IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE: 2021-009716-CA-01

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

    Plaintiff,

vs.

TESLA, INC. a/k/a TESLA FLORIDA, INC.

    Defendant.
_____/

## NOTICE TO STATE COURT OF DEFENDANT TESLA, INC.'S, FILING NOTICE OF REMOVAL

Defendant Tesla, Inc. ("Tesla"), by counsel, gives notice that this action has been removed to the United States District Court for the Southern District of Florida, Miami Division, under 28 U.S.C. §§ 1332, 1441, and 1446. A copy of the Notice of Removal, filed with the United States District Court for the Southern District of Florida, Miami Division, is attached as Exhibit A. Tesla has provided a copy of this Notice of Filing Notice of Removal and Exhibit A to counsel for the Plaintiff, as certified in the Certificate of Service below, in compliance with 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(d), there shall be no further proceedings by this Court unless and until the case is remanded therefrom.

                            Respectfully submitted,

                  By:    s/Henry Salas
                            HENRY SALAS
                            COLE SCOTT & KISSANE



24417087v1

CASE: 2021-009716-CA-01

9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of Miami-Dade County, which will send notice of electronic filing to all counsel of record.

| TODD POSES, ESQUIRE<br>FBN: 0075922<br>POSES & POSES, P.A.<br>Alfred I. Dupont Building<br>169 East Flagler Street<br>Suite 1600<br>Miami, Florida 33131<br>P: (305) 577-0200<br>F: (305) 371-3550<br>Email: tposes@posesandposes.com<br>maria@posesandposes.com | |

Respectfully submitted,

By:   s/Henry Salas
HENRY SALAS
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com