# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

    Plaintiff,

vs.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.

    Defendant.
_____/

## DEFENDANT TELSA, INC., a/k/a TESLA FLORIDA, INC'S
## NOTICE OF FILING DOCKET SHEET

    Defendant Tesla, Inc., a/k/a Tesla Florida, Inc., in compliance with the Court's Order on Post-Removal Procedures, and Requiring Scheduling Report and Certificates of Interested Parties (D.E. 4), gives notice of filing the docket sheet in the Circuit Court Action attached as Exhibit "A".

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that on 1st day of June, 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send an automatic e-mail message to the following parties who are registered with the e-Filing Portal: Todd Posses, Esq., Poses & Poses, P.A.,

CASE: 2021-cv-21940-BLOOM/Otazo-Reyes

Alfred I. Dupont Building, 169 East Flagler Street, Suite 1600, Miami, Florida 33131 (tposes@posesandposes.com; maria@posesandposes.com).

                                        Respectfully submitted,

By:    s/Henry Salas
         HENRY SALAS
         COLE SCOTT & KISSANE
         9150 S Dadeland Blvd Ste 1400
         Miami, FL 33156-7855
         Office: 305-350-5300
         Fax: 305-373-2294
         henry.salas@csklegal.com