

**MIAMI-DADE COUNTY CLERK OF THE COURTS**
HARVEY RUVIN

Contact Us    My Account    

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

**NEIMA BENAVIDES (PR) VS TESLA, INC.**

| | | | |
|---|---|---|---|
| Local Case Number: | 2021-009716-CA-01 | Filing Date: | 04/22/2021 |
| State Case Number: | 132021CA009716000001 | Judicial Section: | CA31 |
| Consolidated Case No.: | N/A | Case Type: | Product Liability |
| Case Status: | OPEN | | |

## 👥 Parties

Total Of Parties: 4

| Party Description | Party Name | Attorney Information | Other Attorney(S) |
|---|---|---|---|
| Plaintiff | BENAVIDES (PR), NEIMA | B#: (Bar Number)75922<br>N: (Attorney Name)Todd Poses | |
| Defendant | TESLA, INC. | | |
| Defendant AKA | TELSLA FLORIDA, INC | | |
| Plaintiff AKA | LEON (ESTATE OF) (DECEASED), NAIBEL BENAVIDES | B#: (Bar Number)75922<br>N: (Attorney Name)Todd Poses | |

## 🔨 Hearing Details

Total Of Hearings: 0

| Hearing Date | Hearing Time | Hearing Code | Description | Hearing Location |
|---|---|---|---|---|

## 📡 Dockets

Total Of Dockets: 9

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| ○ | 8 | 05/27/2021 | | Notice of Filing: | Event | **OF REMOVAL** |
| 📄 | 7 | 05/24/2021 | | Notice of Filing: | Event | **NOTICE OF REMOVAL** |
| | | 04/26/2021 | | 20 Day Summons Issued | Service | |
| 📄 | 6 | 04/26/2021 | | ESummons 20 Day Issued | Event | Parties: TESLA INC. |
| | 5 | 04/24/2021 | | Receipt: | Event | RECEIPT#:2600126 AMT PAID:$10.00 NAME:TODD POSES 169 E FLAGLER S STE 1600 MIAMI FL 33131-1211 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$10.00 RECEIPT DATE:04/24/2021 |



EXHIBIT "A"

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 4 | 04/24/2021 | | Receipt: | Event | RECEIPT#:2600048 AMT PAID:$401.00 NAME:TODD POSES 169 E FLAGLER ST STE 1600 MIAMI FL 33131-1211 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DATE:04/24/2021 REGISTER#:260 CASHIER:EFILINGUSER |
| 3 | 04/23/2021 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 2 | 04/22/2021 | | Complaint | Event | |
| 1 | 04/22/2021 | | Civil Cover Sheet - Claim Amount | Event | |

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer





©2021 Clerk of the Courts. All rights reserved.