**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**[PROPOSED] SCHEDULING ORDER**

    This matter is before the Court with regard to the parties' Rule 16.1(b) Joint conference Report filed on June 15, 2021 and pursuant to the Court's Order on Post-Removal Procedures, and Requiring Scheduling dated May 25, 2021 (Doc. 4)

    The Court is advised that Counsel for the Parties have met and conferred to discuss and prepare a discovery plan, the plan presented below is APPROVED AND ORDERED, with the following deadlines:

    1.    This automotive product liability and wrongful death case is designated as a Complex Track case pursuant to Local Rule 16.1(a).

    2.    The Parties agree to the limits on discovery provided for under the Federal Rules of Civil Procedure unless there is a showing of good cause for discovery beyond those limits.

    3.    Defendant's position is that the time spent drafting and negotiating an ESI protocol is not necessary for the documents that will be produced in this litigation. Further it is Defendant's position that the Producing Party is best situated

to decide how to search for and produce ESI responsive to the Receiving Party's discovery requests. See, The Sedona Principles, Third Edition, 19 SEDONA CONF. J. 1, Principle 6, 118 (2018). If additional issues arise, the parties agree to work in good faith to resolve the matter before bringing the issue to the Court's attention.

4. Detailed schedule agreed to by the parties:

| **Deadline or Date** | **Event** |
|---|---|
| 07/15/21 | Selection of a mediator and scheduling of a time, date and place for mediation. |
| 07/31/21 | The parties shall exchange Rule 26(a)(1)Initial Disclosure |
| 08/15/21 | Deadline to join additional parties or to amend pleadings |
| 02/28/22 | Deadline to complete fact discovery |
| 03/30/22 | Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) |
| 04/30/22 | Defendant shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) |
| 05/31/22 | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) |
| 06/15/22 | Deadline to complete expert discovery |
| 08/01/22 | Deadline for filing of all motions for summary judgment |
| 09/09/22 | Deadline for the filing of pretrial motion (including motions *in limine* and *Daubert* motions) |
| 09/16/22 | Mediation to be completed |
| 09/30/22 | Plaintiff's witness and exhibit lists deadline |

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

| **Deadline or Date** | **Event** |
|---|---|
| 10/14/22 | Defendant's witness and exhibit lists deadline |
| 10/28/22 | The parties shall submit pre-trial stipulations |
|  | Pretrial conference |
|  | Trial date, set for 10 days |

**DONE AND ORDERED** in Chambers at _____, Florida this _____ day of June, 2021.

BY THE COURT

_____
United States District Judge

24555724v2