UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. Motions for Costs | Yes ___ | No | X |
| 2. Motions for Attorney's Fees | Yes ___ | No | X |
| 3. Motions for Sanctions | Yes ___ | No | X |
| 4. Motions to Dismiss | Yes ___ | No | X |
| 5. Motions for Summary Judgment | Yes ___ | No | X |

June 15, 2021        / s /   Todd Poses (0075922) Poses & Poses, Counsel for Plaintiff

June 15, 2021        / s /   Henry Salas (815268) Cole Scott Kissane, Counsel for Tesla