# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Tesla, Inc., by its undersigned Counsel, Cole, Scott & Kissane, pursuant to FRCP 7.1 and this Court's May 26, 2021 Order (Doc. 4) submits this Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1.    The name of each person, associated persons, firm, law firm, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding:

    **a. Tesla, Inc. (Tesla). Tesla states that no parent corporation and any publicly held corporation own 10% or more of its stock. "Tesla Florida, Inc.," identified as a Defendant in the Complaint, is a "dba" of Tesla, Inc.;**

24574027v1

  **b. Cole, Scott & Kissane Counsel for Tesla;**

  **c. Henry Salas Esq., Counsel for Tesla;**

  **d. Bowman and Brooke LLP Counsel for Tesla;**

  **e. Thomas P. Branigan, Esq., Counsel for Tesla;**

  **f. Drew P. Branigan, Esq., Counsel for Tesla;**

  **g. Counsel for Plaintiff**

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

  **None, other than those named above.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee, the 20 largest unsecured creditors:

  **None**.

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

  **None.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on the 15th day of June 2021. I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in this manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

By: */s/ Henry Salas*
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

# **SERVICE LIST**

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

Todd Poses, Esquire
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com
FBN: 0075922

*Counsel for Plaintiff*

                        Respectfully submitted,

By:   ***/s/ Henry Salas***
       HENRY SALAS (815268)
       COLE SCOTT & KISSANE
       9150 S Dadeland Blvd Ste 1400
       Miami, FL 33156-7855
       Office: 305-350-5300
       Fax: 305-373-2294
       henry.salas@csklegal.com