UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:21-cv-21940-BB**

NEIMA BENAVIDES, as Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

    Plaintiff,

v.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.,

    Defendant.
_____/

**NOTICE OF APPEARANCE AND EMAIL DESIGNATION**

    PLEASE TAKE NOTICE that Douglas F. Eaton of the law firm of Eaton & Wolk, PL hereby enters his appearance as co-counsel for Plaintiff, NEIMA BENAVIDES, as Personal Representative of the Estate of NAIBEL BENAVIDES LEON, deceased, in this action and requests that copies of all pleadings, motions, and other papers be served on undersigned counsel at the email addresses below.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing has been filed this 17th day of June 2021, using the Court's CM/ECF filing system and served via e-mail to: **HENRY SALAS, ESQ.,** Cole, Scott & Kissane, *Attorneys for Defendant*, 9150 S. Dadeland Blvd., Suite 1400, Miami, FL 33156; henry.salas@csklegal.com; **TODD POSES, ESQ.,** Poses & Poses, P.A., *Attorneys for Plaintiff*, 169 E. Flagler Street, Suite 1600, Miami, FL 33130; tposes@posesandposes.com; maria@posesandposes.com.

        Respectfully submitted,

        **EATON & WOLK, P.L.**
        2665 S. Bayshore Drive, Suite 609
        Miami, Florida 33133
        Telephone: 305-249-1640
        Email: deaton@eatonwolk.com
           cgarcia@eatonwolk.com

        By: *s/ Douglas F. Eaton*
          Douglas F. Eaton
          FBN: 0129577