## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

     Plaintiff,

vs.

TESLA, INC. a/k/a TESLA
FLORIDA, INC.

     Defendant.
_____/

## MOTION FOR ADMISSION OF THOMAS P. BRANIGAN, ESQ. *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE ELECTRONICALLY
## NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Thomas P. Branigan, Esq. of the law firm of Bowman and Brooke LLP, 41000 Woodward Avenue, Suite 200 East, Bloomfield Hills, MI 48304, Phone: 248-205-3316, for purposes of appearance as co-counsel on behalf of Tesla, Inc. a/k/a Tesla Florida, Inc. in the above-styled case only, and pursuant to

24449510v1

Rule 2B of the CM/ECF Administrative Procedures, to permit Thomas P. Branigan, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1. Thomas P. Branigan, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the following Bars and Courts:

- State of Michigan Bar # P41774 Admitted 11/17/1988
- State of Ohio Bar # 0071740 Admitted 12/15/1999
- State of Illinois Bar # 6271048 Admitted 03/14/2000
- United States Supreme Court Bar # 253391 Admitted 12/08/2004
- United States Court of Appeals, Sixth Circuit Admitted 10/16/1999
- United States Court of Appeals, Eighth Circuit Bar # 16-0380 Admitted 09/02/2016
- United States Court of Appeals, Tenth Circuit Admitted 04/19/2002

- United States District Court, Eastern District of Michigan Bar # P41774 Admitted 11/30/1988
- United States District Court, Western District of Michigan Bar # P41774 Admitted 04/22/1991
- United States District Court, Northern District of Illinois Bar # 6271048 Admitted 08/25/2000
- United States District Court, Southern District of Indiana Bar # P41774 Admitted 07/10/2014
- United States District Court, Northern District of Ohio Bar # 0071740 Admitted 06/25/2018
- United States District Court of Colorado Admitted 11/19/2020
- United States District Court, Western District of Pennsylvania Admitted 11/12/2020

2. Movant, Henry Salas (815268), Esquire, of the law firm of Cole, Scott & Kissane, 9150 S Dadeland Blvd Ste 1400, Miami, FL 33156-7855. Ph. 305-350-5300 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Courts

electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Thomas P. Branigan has made payment of this Courts $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Thomas P. Branigan, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Thomas P. Branigan, Esq. at email address: thomas.branigan@bowmanandbrooke.com.

WHEREFORE, Henry Salas, moves this Court to enter an Order Thomas P. Branigan, Esq., to appear before this Court on behalf of Tesla, Inc. a/k/a Tesla Florida, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Thomas P. Branigan, Esq.

24449510v1

Date: June 18th, 2021

                    Respectfully submitted,

                    /S/ Henry Salas
                    HENRY SALAS (815268)
                    COLE SCOTT & KISSANE
                    9150 S Dadeland Blvd Ste 1400
                    Miami, FL 33156-7855
                    Office: 786-268-6419
                    Fax: 305-373-2294
                    henry.salas@csklegal.com

                    Attorneys for Tesla, Inc.