UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

      Plaintiff,

vs.

TESLA, INC. a/k/a TESLA
FLORIDA, INC.

      Defendant.
_____/

## CERTIFICATION OF THOMAS P. BRANIGAN, ESQ.

Thomas P. Branigan, Esq., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the following Bars and Courts:

- State of Michigan Bar # P41774 Admitted 11/17/1988
- State of Ohio Bar # 0071740 Admitted 12/15/1999
- State of Illinois Bar # 6271048 Admitted 03/14/2000
- United States Supreme Court Bar # 253391 Admitted 12/08/2004
- United States Court of Appeals, Sixth Circuit Admitted 10/16/1999
- United States Court of Appeals, Eighth Circuit Bar # 16-0380 Admitted 09/02/2016

24449510v1

- United States Court of Appeals, Tenth Circuit Admitted 04/19/2002
- United States District Court, Eastern District of Michigan Bar # P41774 Admitted 11/30/1988
- United States District Court, Western District of Michigan Bar # P41774 Admitted 04/22/1991
- United States District Court, Northern District of Illinois Bar # 6271048 Admitted 08/25/2000
- United States District Court, Southern District of Indiana Bar # P41774 Admitted 07/10/2014
- United States District Court, Northern District of Ohio Bar # 0071740 Admitted 06/25/2018
- United States District Court of Colorado Admitted 11/19/2020
- United States District Court, Western District of Pennsylvania Admitted 11/12/2020; and

(3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

*/s/ Thomas P. Branigan*
THOMAS P. BRANIGAN