# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

      Plaintiff,

v.

TESLA, INC. a/k/a TESLA
FLORIDA, INC.

      Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Drew P. Branigan of the law firm of Bowman and Brooke LLP, 41000 Woodward Avenue, Suite 200 East, Bloomfield Hills, Michigan 48304; Tele: (248) 205-3300, for purposes of appearance as co-counsel on behalf of Tesla, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Drew P. Branigan to receive electronic filings in this case, and in support thereof states as follows:

24449812v2

1.   Drew P. Branigan is not admitted to practice in the Southern District of Florida and is a member in good standing of the following Bars and Courts:

- State of Michigan Bar #P83898 Admitted 11/25/2019;
- United States District Court, Western District of Michigan Bar #83898 Admitted 12/31/2019;
- United States District Court, Eastern District of Michigan Bar #83898 Admitted 3/5/2020;
- United States District Court, Western District of Pennsylvania Admitted 12/03/2020;

2.   Movant, Henry Salas, Esquire, of the law firm of Cole Scott & Kissane, 9150 S. Dadeland Blvd Ste 1400, Miami, FL 33156-7855, Tel: 305-350-5300, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant, Henry Salas, Esquire, consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for

filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Drew P. Branigan has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Drew P. Branigan, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Drew P. Branigan at email address: drew.branigan@bowmanandbrooke.com.

WHEREFORE, Henry Salas, Esquire, moves this Court to enter an Order Drew P. Branigan, to appear before this Court on behalf of TESLA, INC. a/k/a TESLA FLORIDA, INC., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Drew P. Branigan.

Date: June 18, 2021

Respectfully submitted,

_/S/ Henry Salas_
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com
*Attorneys for TESLA, INC. a/k/a TESLA FLORIDA, INC.*

24449812v2