## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

       Plaintiff,

v.

TESLA, INC. a/k/a TESLA
FLORIDA, INC.

       Defendant.
_____/

## **CERTIFICATION OF DREW P. BRANIGAN**

Drew P. Branigan, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the following Bars and Courts:

- State of Michigan Bar #P83898 Admitted 11/25/2019;

- United States District Court, Western District of Michigan Bar #83898 Admitted 12/31/2019;

- United States District Court, Eastern District of Michigan Bar #83898 Admitted 03/05/2020;

24449812v2

- United States District Court, Western District of Pennsylvania Admitted 12/03/2020;

(3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                            */s/ Drew P. Branigan*
                            Drew P. Branigan