## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

    Plaintiff,

v.

TESLA, INC. a/k/a TESLA
FLORIDA, INC.

    Defendant.

_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Drew P. Branigan, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

24449812v2

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Drew P. Branigan, Esquire, may appear and participate in this action on behalf of TESLA, INC. a/k/a TESLA FLORIDA, INC. The Clerk shall provide electronic notification of all electronic filings to Drew P. Branigan, Esq., at drew.branigan@bowmanandbrooke.com.

DONE AND ORDERED in Chambers at _____,
Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record

24449812v2