UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

    Plaintiff,

vs.

TESLA, INC. a/k/a TESLA FLORIDA, INC.

    Defendant.
_____/

**JOINT STIPULATION OF CONSENT TO MEDIATOR**

    Pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation and Referring Certain Matters to Magistrate Judge [DE 8], the Parties to this action hereby inform the Court they have selected Stanford Blake, as mediator.  Mediation will take place via Zoom on November 10, 2021 at 1:00 p.m.  See Proposed Order attached.

| | |
|---|---|
| /s/ *Henry Salas* | /s/ *Todd Poses* |
| **Henry Salas, Esq.** | **Todd Poses, Esq.** |
| Florida Bar No. 815268 | Florida Bar No. 0075922 |
| COLE, SCOTT & KISSANE, P.A. | POSES & POSES, P.A. |
| 9150 So. Dadeland Blvd., Suite 1400 | Alfred I. Dupont Building |
| Miami, Florida 33156 | 169 East Flagler Street, Suite 1600 |
| Telephone: 786-268-6419 | Miami, Florida 33131 |
| Facsimile: 305-373-2294 | Telephone: 305-577-0200 |
| Email: Henry.Salas@csklegal.com | Facsimile: 305-371-3550 |
| Asst.: Leisy.Martinez@csklegal.com | Email: tposes@posesandposes.com |
| | Email: maria@posesandposes.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 7th day of July, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                        COLE, SCOTT & KISSANE, P.A.

By: /s/ *Henry Salas*
HENRY SALAS
Florida Bar No. 815268
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com