UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, as Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

    Plaintiff,

vs.

TESLA, INC. a/k/a TESLA
FLORIDA, INC.

    Defendant.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Stanford Blake on  November 10, 2021 at 1:00 p.m., via ZOOM.

    ENTERED this _____ day of _____, 2021.

                                                                                _____

                                                                                   U.S. District Judge