# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this case shall be held on **November 10, 2021**, at **1:00 p.m.** with Stanford Blake via Zoom video conference. On or before **November 15, 2021**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, or whether the mediator declared an impasse. The parties may not reschedule the mediation without leave of court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 7, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record