UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

**NEIMA BENAVIDES**, Personal
Representative of the Estate of
**NAIBEL BENAVIDES LEON,**
deceased,

    Plaintiff,

v.

**TESLA, INC.,** a/k/a/ **TESLA FLORIDA, INC.**

    Defendant.
_____/

**NOTICE OF IMPASSE**

**PLEASE TAKE NOTICE** that mediation ended in an impasse:

| | |
|---|---|
| **MEDIATOR**: | STANFORD BLAKE |
| **LOCATION**: | VIA ZOOM |
| **DATE**: | WEDNESDAY, NOVEMBER 10, 2021 |
| **TIME**: | 1:00 PM |

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on the 10th day of November 2021 via email to:

| | |
|---|---|
| Todd Poses, Esq.<br>tposes@poseslawgroup.com<br>Poses and Poses, P.A.<br>169 East Flagler Street #1600<br>Miami, FL, 33131<br><br>*Counsel for Plaintiff* | Doug Easton, Esq.<br>deaton@eatonwolk.com<br>Eaton and Wolk<br>2665 S Bayshore Dr #609<br>Miami, FL 33133<br><br>*Co-Counsel for Plaintiff* |
| Henry Salas, Esq.<br>Henry.salas@csklegal,com<br>Cole Scott & Kissane<br>9150 S. Dadeland Blvd., Suite 1400<br>Miami, FL 33156<br><br><br><br>*Counsel for Defendant* | Drew P. Branigan, Esq.<br>Drew.branigan@bowmanandbrooke.com<br>Thomas Branigan, Esq.<br>Thomas.branigan@bowmanandbrooke.com<br>Bowman and Brooke LLP<br>41000 Woodward Avenue, Suite 200 East<br>Bloomfield Hills, MI 48304<br><br>*Co-Counsel for Defendant Tesla, INC.* |

Respectfully submitted,

_____
STANFORD BLAKE, MEDIATOR
2 GROVE ISLE DRIVE #203
MIAMI, FL 33133
Tel: (305) 890-6331
Email: stan@stanfordblakemediation.com