# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA (MIAMI)

### Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

## **JOINT REPORT OF MEDIATION**

The Parties, by their undersigned attorneys, hereby give notice to this Honorable Court that the Parties participated in a Mediation Conference which was conducted via Zoom videoconference on Wednesday, November 10, 2021 at 1:00 PM EST through the Honorable Stanford Blake. Following the Mediation session, however, the Parties were unable to reach an agreement and an Impasse was declared.

DATED this 15th day of November, 2021.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: __/s/ Todd Poses_____<br>Todd Poses, Esquire<br>POSES & POSES, P.A.<br>Alfred I. Dupont Building<br>169 East Flagler Street Suite 1600<br>Miami, Florida 33131<br>(305) 577-0200 Tel<br>(305) 371-3550 Fax<br>tposes@posesandposes.com<br>maria@posesandposes.com<br>FBN: 0075922 | By: _/s/ Henry Salas_____<br>HENRY SALAS (815268)<br>COLE SCOTT & KISSANE<br>9150 S Dadeland Blvd Ste 1400<br>Miami, FL 33156-7855<br>Office: 305-350-5300<br>Fax: 305-373-2294<br>henry.salas@csklegal.com |

## **CERTIFICATE OF SERVICE**

I certify that on _____, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system and forwarded a copy of such filing, via 1st class mail, to the following:

Todd Poses, Esquire
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com
FBN: 0075922

                                        Respectfully submitted,

By: _____
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com