UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased*,

    Plaintiff,

v.

TESLA, INC. *a/k/a TESLA FLORIDA,
INC.*,

    Defendant.
_____/

**JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES**

    Plaintiff Neima Benavides and Defendant Testa, Inc. respectfully move the Court to extend certain deadlines contained in the Court's Pretrial Schedule [D.E. 8] and state:

    1.    This is a very complex products liability action involving the operation and design of the autopilot system in certain Tesla Model S vehicles.  The underlying incident involves the crash of a Tesla Model S with a stopped vehicle on Card Sound Road that resulted in the death of Naibel Benavides Leon.

    2.    The Court's Order Setting Trial And Pre-Trial Schedule [D.E. 8] established the following deadlines, some of which the parties respectfully ask the Court to modify because of the complexity of the technical issues involved:

    **January 25, 2022** Parties disclose experts and exchange expert witness summaries or reports.

    **February 8, 2022** Parties exchange rebuttal expert witness summaries or reports.

    **February 22, 2022** All discovery, including expert discovery, is completed.

**March 8, 2022** Parties must have completed mediation and filed a mediation report.

**March 16, 2022** All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.**

3. The parties ask that the dates be adjusted as follows:

**March 15, 2022** Parties disclose experts and exchange expert witness summaries or reports.

**March 30, 2022** Parties exchange rebuttal expert witness summaries or reports.

**April 15, 2022** All discovery, including expert discovery, is completed.

**April 29, 2022** All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.**

4. The mediation date is omitted because mediation was completed on November 10, 2021.

5. As good cause for this request, the parties note the sheer complexity of the technical issues underpinning this case, many of which Plaintiff notes that the National Highway Traffic Safety Administration is also currently investigating. Plaintiff notes that the NHTSA investigation has affected the availability of her experts.

6. Plaintiff's counsel also makes this request because counsel Douglas Eaton's mother passed away unexpectedly on January 1, 2022, and he has not yet returned to the office.

7. The parties have conferred on this Motion and jointly request the relief sought.

WHEREFORE, the parties respectfully ask the Court to grant the foregoing extensions of time.

**Local Rule 7.1(a)(3) Certification**

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiff and Defendant have conferred in good faith and agree to the relief requested in this motion.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: */s/ William G. Wolk* | By: */s/ Henry Salas* |
| William G. Wolk, Esq. | Henry Salas, Esq. |
| FBN: 103527 | FBN: 815268 |
| **EATON & WOLK, PL** | **COLE SCOTT & KISSANE** |
| *Co-counsel for Plaintiff* | *Counsel for Defendant* |
| 2665 S. Bayshore Drive, Suite 609 | 9150 S Dadeland Blvd, Ste 1400 |
| Miami, Florida 33133 | Miami, FL 33156-7855 |
| Telephone: 305-249-1640 | Office: 305-350-5300 |
| Email: wwolk@eatonwolk.com | Fax: 305-373-2294 |
| cgarcia@eatonwolk.com | henry.salas@csklegal.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed on January 21, 2022, using the CM/ECF filing system and served via e-mail to: **HENRY SALAS, ESQ.,** Cole, Scott & Kissane, *Attorneys for Defendant Tesla, Inc.*, 9150 S. Dadeland Blvd., Suite 1400, Miami, FL 33156; henry.salas@csklegal.com; **TODD POSES, ESQ.,** Poses & Poses, P.A., *Co-counsel for Plaintiff*, 169 E. Flagler Street, Suite 1600, Miami, FL 33130; tposes@posesandposes.com; maria@posesandposes.com; and to **DREW P. BRANIGAN, ESQ.** and **THOMAS P. BRANIGAN, ESQ.,** Bowman & Brooke, LLP., *Co-counsel for Defendant*, 41000 Woodward Avenue, Suite 200 East, Bloomfield Hills, MI 48304; drew.branigan@bowmanandbrooke.com and thomas.branigan@bowmanandbrooke.com.

By: *s/William G. Wolk*
WILLIAM G. WOLK
FBN: 103527