UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

**ORDER AMENDING SCHEDULING ORDER
AND CERTAIN PRETRIAL DEADLINES**

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Extend Certain Pretrial Deadlines, ECF No. [19] ("Motion"), filed on January 21, 2022. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [19]**, is **GRANTED**, and the Scheduling Order, **ECF No. [8]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **August 15, 2022, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, August 9, 2022**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

| **March 15, 2022** | Parties disclose experts and exchange expert witness summaries or reports. |
|---|---|
| **March 30, 2022** | Parties exchange rebuttal expert witness summaries or reports. |
| **April 15, 2022** | All discovery, including expert discovery, is completed. |
| **April 29, 2022** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.** |
| **August 1, 2022** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

All other deadlines and provisions set forth in the Court's Scheduling Order, ECF No. [8], remain strictly in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 24, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record