# EXHIBIT B-1

| | |
|---|---|
| **From:** | Drew Branigan |
| **To:** | Todd Poses; Maria Smith |
| **Cc:** | Henry Salas; Thomas Branigan |
| **Subject:** | re. Benavides; P"s overdue responses to Tesla"s discovery requests |
| **Date:** | Thursday, December 2, 2021 2:30:19 PM |

Good afternoon, Todd,

We have not received your responses to our first set of interrogatories and requests for production. These were due in September. Please send us your responses by 12/10/2021.

Thanks,

**Drew P. Branigan**
Associate
+1.248.205.3341   |   drew.branigan@bowmanandbrooke.com

