# EXHIBIT B-2

| | |
|---|---|
| **From:** | Drew Branigan |
| **To:** | Todd Poses; Maria Smith |
| **Cc:** | Thomas Branigan; Henry Salas |
| **Subject:** | re. Benavides; proposed amended schedule |
| **Date:** | Tuesday, January 4, 2022 9:34:22 AM |

Good morning, Todd.

I just wanted to follow up about the parties' discussion re. the trial schedule. Last time we talked, the plan was to file a joint motion to amend the current scheduling order. Let us know if you have a proposed draft for us. Also, could you please send us your responses to Tesla's RFP's? It does not look like we have received them.

Thanks, and happy new year.

**Drew P. Branigan**
Associate
+1.248.205.3341  I  drew.branigan@bowmanandbrooke.com

