# EXHIBIT B-3

| | |
|---|---|
| **From:** | Drew Branigan |
| **To:** | Todd Poses; Maria Smith |
| **Cc:** | Thomas Branigan; Henry Salas; Jodie Groh |
| **Subject:** | RE: re. Benavides; proposed amended schedule |
| **Date:** | Thursday, February 3, 2022 7:54:31 PM |

Todd,

We still have not received Plaintiff's responses to Tesla's first set of requests for production, which were due nearly six months ago. Please send your responses by CoB Monday, or we will be filing a motion to compel.

Thank you,

**Drew P. Branigan**
Associate
+1.248.205.3341

**From:** Drew Branigan
**Sent:** Tuesday, January 4, 2022 9:34 AM
**To:** Todd Poses <tposes@poseslawgroup.com>; Maria Smith <maria@poseslawgroup.com>
**Cc:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; Henry Salas <Henry.Salas@csklegal.com>
**Subject:** re. Benavides; proposed amended schedule

Good morning, Todd.

I just wanted to follow up about the parties' discussion re. the trial schedule. Last time we talked, the plan was to file a joint motion to amend the current scheduling order. Let us know if you have a proposed draft for us. Also, could you please send us your responses to Tesla's RFP's? It does not look like we have received them.

Thanks, and happy new year.

**Drew P. Branigan**
Associate
+1.248.205.3341  |  drew.branigan@bowmanandbrooke.com

