# EXHIBIT D

| | |
|---|---|
| **From:** | Jodie Groh |
| **To:** | tposes@posesandposes.com |
| **Cc:** | Thomas Branigan; Drew Branigan; Henry Salas |
| **Subject:** | Benavides vs. Tesla |
| **Date:** | Tuesday, September 21, 2021 3:58:24 PM |
| **Attachments:** | Attachments.html |

Good afternoon,

Attached are Authorizations for the release of various records for Plaintiff's signature. These Authorizations correspond to Defendant's First Request for Production of Documents, which were served on August 5, 2021.



Secure Files                                         Expires October 21, 2021

Benavides Authorizations.pdf                                         276 KB

Download Attachments

**Jodie A. Groh**
Paralegal
+1.248.205.3394  I  jodie.groh@bowmanandbrooke.com

