# EXHIBIT E

| From: | Thomas Branigan |
|---|---|
| To: | Maria Smith; Drew Branigan; Henry Salas; Todd Poses |
| Cc: | deaton@eatonwolk.com |
| Subject: | RE: SERVICE OF COURT DOCUMENT CASE NO.: 21-CV-21940-BLOOM/Otazo-Reyes |
| Date: | Friday, February 11, 2022 6:16:44 PM |
| Attachments: | Plaintiff"s Response to Defendant"s First Request for Production.pdf |

Todd: I have made an initial review of the attached – Plaintiff's Responses to Tesla's 1st RFP that were served on Plaintiff in August 2021. Based on my initial review, I object to these responses. For starters, many of Plaintiff's responses indicate "… will provide" or "… discovery is ongoing and shall be provided upon acquisition."

As I am certain you know, this sort of "we'll produce it when we get it" response is not acceptable under FRCP 34. Rule 34(b)(2)(B) provides the following, in pertinent part: **"The production must then be completed no later than the time for inspection specified in the request or another reasonable time specified in the response."**

Unless you/Plaintiff will be acquiring information responsive to these requests over the weekend and will actually produce that information to us so that it is in our hands by Monday 2/14, Plaintiff's "upon acquisition" is not a reasonable time under the circumstances of this case; which now has an expert report disclosure deadline in approximately 30 days. Plaintiff has had Tesla's RFP in hand since July 30, 2021 – over 5 months. Please provide, by Monday 2/14/22, actual documents responsive to these requests or an actual and real date by which Plaintiff will actually produce information responsive to Requests 9, 18, 21 and 26-33. Please consider this our meet and confer request.

**Thomas P. Branigan**

Executive Managing Partner I Licensed in Michigan, Ohio, and Illinois
P +1.248.205.3316 I M +1.248.514.9739

**From:** Maria Smith <maria@poseslawgroup.com>
**Sent:** Friday, February 11, 2022 3:13 PM
**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Henry Salas <Henry.Salas@csklegal.com>
**Cc:** Todd Poses <tposes@poseslawgroup.com>; deaton@eatonwolk.com
**Subject:** SERVICE OF COURT DOCUMENT CASE NO.: 21-CV-21940-BLOOM/Otazo-Reyes

| Court Identity: | United States District Court, Southern District of Florida |
|---|---|
| Case No. | 21-cv-21940-BLOOM/Otazo-Reyes |
| Initial parties (Plaintiff(s)): | Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased |
| Initial parties (Defendant(s)): | Tesla, Inc., a/k/a Tesla Florida, Inc. |
| Document being served: | Plaintiff's Response to Defendant's First Request for Production |
| Sender's name: | Todd Poses, Esq. |

| Sender's phone number: | (305) 577-0200 |
|---|---|

******All responsive documents are contained in the Dropbox link below******

https://www.dropbox.com/sh/t7zuorx0avlgnrw/AADyTeJVoXFD6WgjUZGoGYBua?dl=0

Regards,

Maria Smith, Legal Assistant
Poses Law Group, P.A.
169 East Flagler Street
Suite 1600
Miami, FL 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
E-mail: maria@poseslawgroup.com