UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

    Plaintiff,

vs.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.

    Defendant.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing in the above-above styled action has been set as follows:

| | |
|---|---|
| Date: | Tuesday, March 15th, 2022 |
| Time: | 3:30 p.m. |
| Judge: | Honorable Alicia Otazo-Reyes |
| Place: | Telephonic |
| Motion: | Defendant Tesla Inc's Motion to Compel Plaintiff's Responses to Tesla's Request for Production as to Request #6 (statements), #9 (plaintiff damage documents), #24 (publications offered at trial), #27 (design defect documents), #26 (other claims/lawsuits related to Tesla), #28 (auto pilot and driver engagement |

CASE:  2021-cv-21940-BLOOM/Otazo-Reyes

documents), #29 (auto pilot and stationary objects documents), #30 (auto pilot and safety components documents), #31 (auto pilot warning documents), #32 (manufacture recall documents, #33 (similar incidents documents) and authorizations for medical, employment and educational information.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on 2nd day of March, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send an automatic e-mail message to the following parties who are registered with the e-Filing Portal: Todd Posses, Esq., Poses & Poses, P.A., Alfred I. Dupont Building, 169 East Flagler Street, Suite 1600, Miami, Florida 33131 (tposes@posesandposes.com; maria@posesandposes.com).

Respectfully submitted,

By:   /s/Henry Salas
HENRY SALAS
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com
sean.hernandez@csklegal.com


 /s/ Thomas Branigan
Thomas P. Branigan (Pro Hac Vice)
Drew P. Branigan (Pro Hac Vice)
Bowman and Brooke LLP

CASE: 2021-cv-21940-BLOOM/Otazo-Reyes

41000 Woodward Avenue, Suite 200
East Bloomfield Hills, Michigan 48304
Office: 248-205-3300
Fax: 248-205-3399
tom.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com