## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

      Plaintiff,

vs.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.

      Defendant.

_____/

## NOTICE OF CANCELLATION OF HEARING

PLEASE TAKE NOTICE that the parties resolved the issues that were set for

hearing below and notify the Court of its request to cancel the below hearing:

Date:      Tuesday, March 15th, 2022

Time:      3:30 p.m.

Judge:      Honorable Alicia Otazo-Reyes

Place:      Telephonic

Motion:      Defendant Tesla Inc's Motion to Compel Plaintiff's Responses
to Tesla's Request for Production as to Request #6 (statements),
#9 (plaintiff damage documents), #24 (publications offered at
trial), #27 (design defect documents), #26 (other claims/lawsuits
related to Tesla), #28 (auto pilot and driver engagement

CASE: 2021-cv-21940-BLOOM/Otazo-Reyes

documents), #29 (auto pilot and stationary objects documents), #30 (auto pilot and safety components documents), #31 (auto pilot warning documents), #32 (manufacture recall documents, #33 (similar incidents documents) and authorizations for medical, employment and educational information.

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that on 14th day of March, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send an automatic e-mail message to the following parties who are registered with the e-Filing Portal: Todd Posses, Esq., Poses & Poses, P.A., Alfred I. Dupont Building, 169 East Flagler Street, Suite 1600, Miami, Florida 33131 (tposes@posesandposes.com; maria@posesandposes.com).

Respectfully submitted,

By:    /s/Henry Salas_____
HENRY SALAS
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com
sean.hernandez@csklegal.com

 /s/ Thomas Branigan_____
Thomas P. Branigan (Pro Hac Vice)
Drew P. Branigan (Pro Hac Vice)
Bowman and Brooke LLP
41000 Woodward Avenue, Suite 200
East Bloomfield Hills, Michigan 48304
Office: 248-205-3300

CASE:  2021-cv-21940-BLOOM/Otazo-Reyes

Fax: 248-205-3399
tom.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com