# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA (MIAMI)

### Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

## JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES, AND UNOPPOSED MOTION TO EXTEND TESLA'S RESPONSE TO MOTION TO STAY

Plaintiff Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, and Defendant Tesla, Inc., by their attorneys, hereby stipulate and jointly move this Honorable Court to enter an order amending the expert disclosure deadline in its January 24, 2022 Order Amending Scheduling Order and Certain Pretrial Deadlines (Dkt. 20), and to extend Tesla's time to respond to Plaintiff's Motion to Stay (Dkt. 24) for the reasons and in the manner stated below:

1. This is a very complex products liability action involving the operation and design of Auto Pilot features in certain Tesla Model S vehicles. The underlying incident involves the April 25 2019 collision of a Tesla Model S with a stopped vehicle on Card Sound Road that resulted in the death of Naibel Benavides Leon.

2. The Court's January 24, 2022 Order Amending Scheduling Order and Certain Pretrial Deadlines set the Parties' deadline for expert disclosures for March 15, 2022. (Dkt. 20)

3. On March 2, 2022 Plaintiff filed her Motion to Stay Pending the Outcome of NHTSA Investigation (Dkt. 24). If granted, this will result in the pause in all formal activity in

this matter for a certain period of time.  Tesla's response to Plaintiff's motion is forthcoming.

4. After conferring, the Parties agree that expert disclosures should be suspended until the Court resolves Plaintiff's Motion to Stay.  The Parties consequently stipulate that the March 15 deadline to disclose experts should be amended so that disclosures are due 10 business days after the entry of an order denying Plaintiff's Motion.

5. As good cause for this request, the Parties note that the deadline to disclose experts will be moot if this Court grants Plaintiff's Motion to Stay, and the current deadline for expert disclosures will pass before the resolution of Plaintiff's Motion if it is denied.

6. Contemporaneous with this motion, Plaintiff will be filing her Request for Hearing.  Consequently, the Parties further stipulate that Tesla's time to respond to Plaintiff's Motion for Stay – currently due March 16, 2022 – should be amended so that it is due no later than seven (7) days before the hearing set by this Court.  As good cause for this request, the Parties note the complexity of the issues raised in Plaintiff's Motion, and believe such an extension will provide Tesla adequate time to address these issues.

## CONCLUSION

WHEREFORE, for the reasons set forth above, the Parties respectfully request that this Honorable Court enter an order granting the relief requested above.

## Local Rule 7.1(a)(3) Certification

Pursuant to S.D.F.L. Local Rule 9.1(a)(3), counsel for Plaintiff and Defendant have conferred in good faith and agree to the relief requested in this motion.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| POSES & POSES, P.A. | BOWMAN AND BROOKE LLP |
| By: __Todd Poses__<br>Todd Poses, Esquire<br>Alfred I. Dupont Building<br>169 East Flagler Street Suite 1600<br>Miami, Florida 33131<br>(305) 577-0200 Tel<br>(305) 371-3550 Fax<br>tposes@posesandposes.com<br>maria@posesandposes.com<br>FBN: 0075922 | BY: __Thomas P. Branigan__<br>THOMAS P. BRANIGAN (*Admitted Pro Hac Vice*)<br>DREW P. BRANIGAN<br>41000 Woodward Avenue<br>Suite 200 East<br>Bloomfield Hills, MI 483004<br>(248) 205-3300<br>(248) 205-3399<br>tom.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br><br>and<br><br>HENRY SALAS (815268)<br>COLE SCOTT & KISSANE<br>9150 S Dadeland Blvd Ste 1400<br>Miami, FL 33156-7855<br>Office: 305-350-5300<br>Fax: 305-373-2294<br>henry.salas@csklegal.com |

## CERTIFICATE OF SERVICE

I certify that on March 14th, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system and forwarded a copy of such filing, via 1st class mail, to the following:

Todd Poses, Esquire
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com
FBN: 0075922

    Respectfully submitted

    BY: __Henry Salas_____
    HENRY SALAS (815268)
    COLE SCOTT & KISSANE
    9150 S Dadeland Blvd Ste 1400
    Miami, FL 33156-7855
    Office: 305-350-5300
    Fax: 305-373-2294
    henry.salas@csklegal.com

    and

    BOWMAN AND BROOKE LLP
    THOMAS P. BRANIGAN (*Admitted Pro Hac Vice*)
    DREW P. BRANIGAN
    41000 Woodward Avenue
    Suite 200 East
    Bloomfield Hills, MI 483004
    (248) 205-3300
    (248) 205-3399
    tom.branigan@bowmanandbrooke.com
    drew.branigan@bowmanandbrooke.com