UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

    Plaintiff,

v.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.,

    Defendant.

_____

## PLAINTIFF'S REQUEST FOR HEARING

The Plaintiff, Neima Benavides, pursuant to Fed.R.Civ.P. 7.1(b)(2) submits her request for hearing on Plaintiff's Motion to Stay [DE24], and as grounds therefor states:

1.    Currently, there is a hearing set on March 15, 2022, before Magistrate Judge Otazo-Reyes on Defendant's Motion to Compel Discovery. The parties recently conferred on the subjects of this upcoming hearing, Plaintiff's recently filed Motion to Stay, and the upcoming expert witness disclosure deadline and have reached an agreement as to how they wish to proceed on these matters, with the Court's approval.

2.    Contemporaneous with this motion, the parties will be filing a joint motion for an extension of the expert witness deadline and discovery deadlines.

3.    Additionally, the parties have agreed to postpone the March 15th hearing on the discovery matters to a future date approved by the Court, at which time, Plaintiff will be entitled

to argue her motion to stay. There exists substantial overlap for the reasons behind the delays in Plaintiff's discovery production and the Plaintiff's motion to stay the case.

4. Plaintiff believes that a hearing on the Plaintiff's motion to stay will allow the Plaintiff to provide additional background information regarding the work they have done, and the work that is yet to be done to prove this complex products liability case.

WHEREFORE, Plaintiff respectfully request that this Court grant her request for hearing on Plaintiff's motion to stay, and to reset the current discovery hearing presently set for March 15th, so that both motions are heard concurrently.

### Local Rule 7.1(a)(3) Certification

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiff has conferred with the Defendant who is in agreement with the relief sought in this motion.

Respectfully submitted,

By: /s/ Douglas F. Eaton
DOUGLAS F. EATON
FBN: 129577
**EATON & WOLK, PL**
*Co-counsel for Plaintiff*
2665 S. Bayshore Drive, Suite 609
Miami, Florida 33133
Telephone: 305-249-1640
Email: deaton@eatonwolk.com
cgarcia@eatonwolk.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed on **March 14, 2022**, using the CM/ECF filing system and served via e-mail to: **HENRY SALAS, ESQ.,** Cole, Scott & Kissane, *Attorneys for Defendant Tesla, Inc.*, 9150 S. Dadeland Blvd., Suite 1400, Miami, FL 33156;

henry.salas@csklegal.com; **TODD POSES, ESQ.,** Poses & Poses, P.A., *Co-counsel for Plaintiff*, 169 E. Flagler Street, Suite 1600, Miami, FL 33130; tposes@posesandposes.com; maria@posesandposes.com; and to **DREW P. BRANIGAN, ESQ.** and **THOMAS P. BRANIGAN, ESQ.,** Bowman & Brooke, LLP., *Co-counsel for Defendant*, 41000 Woodward Avenue, Suite 200 East, Bloomfield Hills, MI 48304; drew.branigan@bowmanandbrooke.com and thomas.branigan@bowmanandbrooke.com.

                                                                                                              By: */s/ Douglas F. Eaton*
                                                                                                               DOUGLAS F. EATON
                                                                                                               FBN: 129577