UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**OMNIBUS ORDER ON MOTION FOR
EXTENSION OF TIME AND REQUEST FOR HEARING**

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Extend Certain Pretrial Deadlines, and Unopposed Motion to Extend Tesla's Response to Motion to Stay, ECF No. [28] ("Motion for Extension of Time"), and Plaintiff Neima Benavides ("Plaintiff") Request for Hearing, ECF No. [29] ("Request for Hearing")[1] (collectively, "Motions"). The Court has carefully reviewed the Motions, the record in this case, the applicable law, and is otherwise fully advised.

On March 2, 2022, Plaintiff filed a Motion to Stay Pending the Outcome of NHTSA Investigation, ECF No. [24] ("Motion to Stay"). Defendant's response to the Motion to Stay is currently due on March 16, 2022. In the Motion for Extension of Time, the parties request that the Court extend the current March 15, 2022 deadline to disclose experts until the Court resolves Plaintiff's Motion to Stay. ECF No. [28] at 2; *see also* ECF No. [20] ("Amended Scheduling

---

[1] Pursuant to the Local Rule 7.1(a)(3) certification, Defendant Tesla, Inc. ("Defendant") agrees with the relief sought in the Request for Hearing. ECF No. [29] at 2.

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

Order").[2] The parties explain that good cause exists for the request because "the deadline to disclose experts will be moot if the Court grants Plaintiff's Motion to Stay, and the current deadline for expert disclosures will pass before the resolution of Plaintiff's Motion [to Stay] if it is denied." ECF No. [28] at 2. Additionally, in light of the complexities raised in the Motion to Stay, the parties further request that the Court extend Defendant's deadline to respond to the Motion to Stay so that it is due no later than seven (7) days before the hearing set by the Court. *Id.*

Plaintiff has also separately filed a request for hearing on the Motion to Stay. ECF No. [29]. In the Request for Hearing, Plaintiff sets forth that a hearing was set on March 15, 2022 before Judge Otazo-Reyes on Defendant's Motion to Compel Discovery, which the parties agreed to postpone. *Id.* at 1; *see also* ECF Nos. [23], [26], & [27]. Plaintiff explains that "[t]here exists substantial overlap for the reasons behind the delays in Plaintiff's discovery production and the Plaintiff's motion to stay the case." ECF No. [29] at 2. Further, Plaintiff represents that a hearing on the Motion to Stay "will allow the Plaintiff to provide additional background information regarding the work they have done, and the work that is yet to be done to prove this complex products liability case." *Id.* As such, Plaintiff requests that the Court set the Motion to Stay for hearing and reset the current discovery hearing so that both motions are heard concurrently. *Id.*

Accordingly, is it **ORDERED AND ADJUDED** that the Motions, **ECF Nos. [28] & [29]**, are **GRANTED** as follows:

1. A **Motion Hearing** on the Motion to Stay, **ECF No. [24]**, shall be conducted on **April 7, 2022 at 9:00 a.m.** in Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. Should the parties wish to appear remotely, they shall advise the Court **no later than March 31, 2022**.

---

[2] Specifically, the parties stipulate that expert disclosures shall be due within ten (10) business days after the entry of an order on the Motion to Stay. ECF No. [28] at 2.

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

2. To the extent the parties' request that the Court conduct a hearing on Defendant's Motion to Compel Discovery, ECF No. [23], that request is **DENIED**. In accordance with the Court's Scheduling Order, ECF No. [8], all discovery disputes shall be resolved by Magistrate Judge Alicia M. Otazo-Reyes.

3. Defendant shall file a Response to the Motion to Stay **on or before March 31, 2022**.

4. The March 15, 2022 deadline for the parties to disclose experts and exchange expert witness summaries or reports is **AMENDED**. The parties shall disclose experts and exchange expert witness summaries or reports **no later than ten (10) business days** after the entry of an Order on Plaintiff's Motion to Stay.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 15, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record