UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

## UNOPPOSED MOTION TO AMEND DATE FOR HEARING ON PLAINTIFF'S MOTION TO STAY

Plaintiff Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, and Defendant Tesla, Inc., by their attorneys, hereby stipulate and jointly move this Honorable Court to amend the date for hearing on Plaintiff's Motion to Stay to occur on the following dates jointly proposed by the parties:

- April 11 at 9:00 AM Eastern Standard Time;
- April 12 at 9:00 AM Eastern Standard Time, **or**
- April 13 at 9:00 AM Eastern Standard Time

## CONCLUSION

WHEREFORE, for the reasons set forth above, the Parties respectfully request that this Honorable Court enter an order granting the relief requested above.

## Local Rule 7.1(a)(3) Certification

Pursuant to S.D.F.L. Local Rule 9.1(a)(3), counsel for Plaintiff and Defendant have conferred in good faith and agree to the relief requested in this motion.

26036302v1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| POSES & POSES, P.A. | BOWMAN AND BROOKE LLP |
| By: */s/Todd Poses (with consent)*_____<br>Todd Poses, Esquire<br>Alfred I. Dupont Building<br>169 East Flagler Street Suite 1600<br>Miami, Florida 33131<br>(305) 577-0200 Tel<br>(305) 371-3550 Fax<br>tposes@posesandposes.com<br>maria@posesandposes.com<br>FBN: 0075922<br><br>*Attorneys for Plaintiff* | BY: */s/Thomas P. Branigan*_____<br>THOMAS P. BRANIGAN (*Admitted Pro Hac Vice*)<br>DREW P. BRANIGAN (*Admitted Pro Hac Vice*)<br>41000 Woodward Avenue<br>Suite 200 East<br>Bloomfield Hills, MI 483004<br>(248) 205-3300<br>(248) 205-3399<br>tom.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br><br>and<br><br>HENRY SALAS (815268)<br>COLE SCOTT & KISSANE<br>9150 S Dadeland Blvd Ste 1400<br>Miami, FL 33156-7855<br>Office: 305-350-5300<br>Fax: 305-373-2294<br>henry.salas@csklegal.com<br><br>*Attorneys for Defendant TESLA, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on **March 18, 2022**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system and forwarded a copy of such filing, via 1st class mail, to the following:

Todd Poses, Esquire
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com
FBN: 0075922

        Respectfully submitted

        BY: */s/ Henry Salas*
        HENRY SALAS (815268)
        COLE SCOTT & KISSANE
        9150 S Dadeland Blvd Ste 1400
        Miami, FL 33156-7855
        Office: 305-350-5300
        Fax: 305-373-2294
        henry.salas@csklegal.com

        and

        THOMAS P. BRANIGAN (*Admitted Pro Hac Vice*)
        DREW P. BRANIGAN (*Admitted Pro Hac Vice*)
        41000 Woodward Avenue
        Suite 200 East
        Bloomfield Hills, MI 483004
        (248) 205-3300
        (248) 205-3399
        tom.branigan@bowmanandbrooke.com
        drew.branigan@bowmanandbrooke.com