UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel Benavides*
*Leon, deceased*,

     Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

     Defendant.

_____/

## UNOPPOSED MOTION TO EXTEND TESLA'S RESPONSE TO MOTION TO STAY

Plaintiff Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, and Defendant Tesla, Inc., by their undersigned attorneys, hereby stipulate and jointly move this Honorable Court to enter an order amending Tesla's time to respond to Plaintiff's Motion to Stay (Dkt. 24) for the reasons and in the manner stated below:

1.    This is a complex products liability action involving the operation and design of Auto Pilot features in certain Tesla Model S vehicles. The underlying incident involves the April 25 2019 collision of a Tesla Model S with a stopped vehicle on Card Sound Road that resulted in the death of Naibel Benavides Leon.

2.    On March 2, 2022 Plaintiff filed her Motion to Stay Pending the Outcome of NHTSA Investigation (Dkt. 24) ("Motion to Stay"). If granted, this will result in the pause in all formal activity in this matter for a certain period of time. Tesla's response to Plaintiff's motion is forthcoming.

3. On March 14, 2022, the Parties jointly moved to – among other things – extend Tesla's deadline to respond to Plaintiff's Motion to Stay so that it would be due "no later than seven (7) days before the hearing set by this Court." (Dkt 28). On March 15, 2022, the Court issued an Omnibus Order, which set the hearing date for Plaintiff's Motion for April 7, 2022 and extended Tesla's deadline to respond to March 31, 2022.

4. On March 18, 2022, the Parties moved to amend the hearing date for Plaintiff's Motion to Stay. (Dkt 31). In response, the Court issued a Text Order granting the Parties Motion to Amend Date for Hearing, setting the new date for April 12. (Dkt 32). However, the Text Order did not also amend Tesla's deadline to respond to Plaintiff's Motion so that it would be due seven days from the new April 12 hearing date; which would be consistent with the Court's initial Omnibus Order related to this Motion.

5. Consequently, the Parties respectfully move for this Honorable to enter an order amending Tesla's deadline to respond to Plaintiff's Motion to Stay so that it is due on April 5, 2022 – consistent with the Parties' Joint Motion to Extend Certain Pretrial Deadlines and Unopposed Motion to Extend Tesla's Response to Motion to Stay (Dkt. 28).

## CONCLUSION

WHEREFORE, for the reasons set forth above, the Parties respectfully request that this Honorable Court enter an order granting the relief requested above.

## Local Rule 7.1(a)(3) Certification

Pursuant to S.D.F.L. Local Rule 9.1(a)(3), counsel for Plaintiff and Defendant have conferred in good faith and agree to the relief requested in this motion.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| POSES & POSES, P.A. | BOWMAN AND BROOKE LLP |
| By: */s/Todd Poses (with consent)*_____<br>Todd Poses, Esquire<br>Alfred I. Dupont Building<br>169 East Flagler Street Suite 1600<br>Miami, Florida 33131<br>(305) 577-0200 Tel<br>(305) 371-3550 Fax<br>tposes@posesandposes.com<br>maria@posesandposes.com<br>FBN: 0075922<br><br>***Attorneys for Plaintiff*** | BY:  */s/Thomas P. Branigan*_____<br>THOMAS P. BRANIGAN (*Admitted Pro Hac Vice*)<br>DREW P. BRANIGAN (*Admitted Pro Hac Vice*)<br>41000 Woodward Avenue<br>Suite 200 East<br>Bloomfield Hills, MI 483004<br>(248) 205-3300<br>(248) 205-3399<br>tom.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br><br>and<br><br>HENRY SALAS (815268)<br>COLE SCOTT & KISSANE<br>9150 S Dadeland Blvd Ste 1400<br>Miami, FL 33156-7855<br>Office: 305-350-5300<br>Fax: 305-373-2294<br>henry.salas@csklegal.com<br><br>***Attorneys for Defendant TESLA, Inc.*** |

26092764v2

## CERTIFICATE OF SERVICE

I certify that on **March 31, 2022**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system and forwarded a copy of such filing, via 1st class mail, to the following:

Todd Poses, Esquire
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com
FBN: 0075922

        Respectfully submitted

        BY: */s/Henry Salas*

        HENRY SALAS (815268)
        COLE SCOTT & KISSANE
        9150 S Dadeland Blvd Ste 1400
        Miami, FL 33156-7855
        Office: 305-350-5300
        Fax: 305-373-2294
        henry.salas@csklegal.com

        and

        BOWMAN AND BROOKE LLP

        THOMAS P. BRANIGAN (*Admitted Pro Hac Vice*)
        DREW P. BRANIGAN (*Admitted Pro Hac Vice*)
        41000 Woodward Avenue
        Suite 200 East
        Bloomfield Hills, MI 483004
        (248) 205-3300
        (248) 205-3399
        tom.branigan@bowmanandbrooke.com
        drew.branigan@bowmanandbrooke.com

26092764v2