# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA (MIAMI)

**Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

 Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

 Defendant.

_____/

## **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE came before the Court upon the Defendant, TESLA, INC.'s, Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Stay (D.E. _____), filed on March 31, 2022.

THE COURT has considered the motion and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the Motion (D.E. _____) is GRANTED. Dates in this matter shall be extended as follows:

1. The deadline for Defendant, TESLA, INC., to file a response to Plaintiff's Motion to Stay is **April 5, 2022.**

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of March, 2022.

             _____
             BETH BLOOM
             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record