# EXHIBIT E

```
 1  TRANSCRIPTION OF AUDIO RECORDING - EXCERPTS
 2
 3  _____
 4
 5    Recording Entitled:  Body, dash, and rear seat
 6    interior camera videos from Monroe County Sheriff
 7
 8    Excerpts:  1:00-1:15, 2:10-2:30, 4:12-4:50
 9
10    Transcribed by Janice P. Yates, CER-9181.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Body Cam Excerpts

2

1  EXCERPT 1

2  1:00-1:15

3

4          (Excerpt begins.)

5          UNIDENTIFIED SPEAKER:  He was driving

6  that car --

7          MR. MCGEE:  I'm here.  The 911's here.

8          UNIDENTIFIED SPEAKER:  And here was

9  here (INAUDIBLE) --

10         MR. MCGEE:  All right, sir.

11         OFFICER:  Who --

12         MR. MCGEE:  I was driving, I dropped my

13 phone and looked down, and I ran the stop sign

14 and hit the guy's car.

15         OFFICER:  Sir, which car are you

16 driving?

17         MR. MCGEE:  This car, the Tesla right

18 here.

19         UNIDENTIFIED SPEAKER:  They're helping

20 him right now, okay?

21         OFFICER:  Okay, do me a favor.  Just

22 grab your driver's license.

23         UNIDENTIFIED SPEAKER:  (INAUDIBLE.)

24         OFFICER:  Are you okay?

25         MR. MCGEE:  Yes, sir.  I just got to --

Body Cam Excerpts

3

1   OFFICER: Just hang on tight.  Hang on
2 tight.
3   (Inaudible background conversation.)
4   UNIDENTIFIED SPEAKER: Don't move.
5   MR. MCGEE: I just got a bump on my
6 eye.
7   (Excerpt ends.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  EXCERPT 2

2  2:10-2:30

3

4          (Excerpt begins.)

5          PUBLIC SAFETY OFFICER:  Are you okay?

6          MR. MCGEE:  Yes, sir.  I was heading to

7  Ocean Reef, and I hit the --

8          PUBLIC SAFETY OFFICER:  What happened?

9          MR. MCGEE:  I dropped my phone.  I was

10  trying to call, we're flying out for a funeral

11  tomorrow, and I was trying to call to get my

12  wife's stuff ready with the airline.

13          (INAUDIBLE.)

14          PUBLIC SAFETY OFFICER:  Okay.

15          MR. MCGEE:  And I looked down, and I

16  ran right through here and hit the guy's car.

17          PUBLIC SAFETY OFFICER:  You hit this

18  car?

19          MR. MCGEE:  Yeah, I slammed on my

20  brakes when I saw it.

21          PUBLIC SAFETY OFFICER:  Okay, where

22  were you coming from, Ocean Reef?

23          MR. MCGEE:  I'm going to it

24  (INAUDIBLE).

25          (Crosstalk.)

Body Cam Excerpts

5

1       (INAUDIBLE.)

2       UNIDENTIFIED SPEAKER:  All roads and

3  (INAUDIBLE). Whoa, whoa, whoa.

4       (Excerpt ends.)

1  EXCERPT 3

2  4:12-4:50

3

4         (Excerpt begins.)

5         MR. MCGEE:  You know, it was actually

6  because I was -- I was driving and I looked down,

7  and I had been using cruise control, and I looked

8  down.  I didn't realize how (INAUDIBLE).  I sat

9  up, and then, I sat up and I hit the brakes and

10  saw this truck.

11         OFFICER:  Which way were you going?

12         MR. MCGEE:  I was coming from the T

13  here, so.

14         OFFICER:  Okay.  Did you stop at the

15  stop sign?

16         MR. MCGEE:  No, I didn't, sir, I don't

17  think.  I honestly don't know.  I looked down.  I

18  didn't know how close I was to the intersection.

19  And I was driving on cruise going through, and I

20  looked down and to get the phone I dropped.  I

21  was on with the airline for my wife for

22  tomorrow's funeral I'm going to.  And I reached

23  down, I didn't see it.  And when I popped up and

24  looked, I saw a black truck.  It just happened so

25  fast.

1    OFFICER:  Are you okay?
2    MR. MCGEE:  I think so.  I don't know.
3    UNIDENTIFIED SPEAKER:  He's got a
4 (INAUDIBLE) --
5    MR. MCGEE:  I've got an eye injury, but
6 I'm just -- my God, man.
7    (Excerpt ends.)

```
 1             CERTIFICATE OF TRANSCRIPTION
 2   STATE OF MICHIGAN)
 3               ) SS
 4   COUNTY OF KENT  )
 5
 6       I, JANICE P. YATES, hereby certify
 7   the transcription of the foregoing proceedings.
 8   These proceedings were recorded on video; said
 9   video was not recorded by me nor under my
10   supervision or control.  I certify that this is
11   a full, true, complete, and correct
12   transcription of the video to the best of my
13   ability.
14
15
16
17
18
19
20
21
22             JANICE P. YATES, CER-9181
23             Notary Public,
24             Kent County, Michigan
25   My Commission expires:  December 2, 2023
```