# EXHIBIT G

Page 1

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA (MIAMI)
 2
         Civil Case  No.  21-cv-21940-BLOOM/Otazo-Reyes
 3


 4


 5   NEIMA BENAVIDES, as Personal
     Representative of the Estate of
 6   Naibel Benavides Leon, deceased,

 7            Plaintiff,

 8   vs.

 9   TESLA, INC., a/k/a Tesla Florida,
     Inc.,
10
              Defendant.
11   _____/

12


13
                       DEPOSITION OF
14
                    CORPORAL DAVID RISO
15               Friday, January 21, 2022

16              APPEARING REMOTELY FROM
                MIAMI-DADE COUNTY, FLORIDA
17


18


19


20


21


22


23

24   Reported by:
     Margaret Lowe, RPR
25   Job No. 204447
```

```
                                                          Page 2
 1                      January 21, 2022

 2                        9:02 a.m.

 3

 4         Deposition of CORPORAL DAVID RISO held remotely

 5   from Miami-Dade County, Florida, pursuant to notice,

 6   before Margaret Lowe, Registered Professional Reporter

 7   and Notary Public of the State of Florida.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                              Page 3
 1                         REMOTE APPEARANCES

 2

 3    On behalf of the Plaintiff:

 4         Poses and Poses
           169 East Flagler Street
 5         Miami, FL 33131
           BY:  Todd Poses, Esq.
 6

 7

 8
      On behalf of the Defendant:
 9
           Bowman and Brooke
10         41000 Woodward Avenue
           Bloomfield Hills, MI 48304
11         BY:  Thomas Branigan, Esq.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                          Page 67
 1                          Riso
 2    time I've been through it, something like that?
 3        A.    I would have made note of it and documented it.
 4        Q.    Now, even if someone said that, you know, a
 5    driver involved in a crash like this said that, that
 6    doesn't relieve them of their responsibilities to obey
 7    the travel control devices at this intersection,
 8    correct?
 9        A.    That's correct.
10        Q.    Is it your understanding from the investigation
11    that you completed that Mr. McGee stated numerous times
12    to different people including to Officer Torres that he
13    was driving using his phone, his cell phone, while
14    driving and that he dropped his phone and that he looked
15    down and then ran the stop sign?
16             MR. POSES:  Object to the form.
17        A.    He admitted that he was on the phone and, yes,
18    he did say that he dropped it.  And, yeah, I do
19    recall -- yeah, I do recall he ran the stop sign too.
20    BY MR. BRANIGAN:
21        Q.    And is it your recollection that he admitted
22    that he failed to stop for the stop sign and the
23    flashing red light?
24        A.    Yes, he did.
25        Q.    Did you subpoena phone records for Mr. McGee's
```

Page 145

```
 1                    CERTIFICATE OF REPORTER

 2

 3     STATE OF FLORIDA

 4     COUNTY OF ORANGE

 5

 6           I, Margaret Lowe, Registered Professional

 7     Reporter, certify that I was authorized to and did

 8     stenographically report the deposition of CORPORAL DAVID

 9     RISO; that a review of the transcript was not requested;

10     and that the foregoing transcript, pages 4 through 143,

11     is a true and complete record of my stenographic notes.

12           I further certify that I am not a relative,

13     employee, attorney, or counsel of any of the parties,

14     nor am I a relative or employee of any of the parties'

15     attorneys or counsel connected with the action, nor am I

16     financially interested in the action.

17           DATED this 2nd day of February, 2022.

18

19
                        _____
20                      Margaret Lowe, RPR

21

22

23

24

25
```