UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**ORDER AMENDING SCHEDULING ORDER
AND CERTAIN PRETRIAL DEADLINES**

**THIS CAUSE** was before the Court upon the Plaintiff's Motion to Stay Pending the Outcome of the NHTSA Investigation, ECF No. [24] ("Motion"), filed on March 2, 2022. The Court held a hearing on April 12, 2022 and denied the Motion. During the hearing, the parties requested that the Scheduling Order be amended. Accordingly, the Scheduling Order, **ECF No. [20]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **February 7, 2023, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, February 13, 2022**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

| | |
|---|---|
| **September 20, 2022** | Parties disclose experts and exchange expert witness summaries or reports. |
| **October 4, 2022** | Parties exchange rebuttal expert witness summaries or reports. |
| **October 18, 2022** | All discovery, including expert discovery, is completed. |
| **November 9, 2022** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.** |
| **January 30, 2023** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 12, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record