UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

    Plaintiff,

vs.

TESLA, INC. a/k/a TESLA FLORIDA, INC.

    Defendant.

_____/

**DEFENDANT TESLA INC.'S MEMORANDUM REGARDING AUGUST 16
DISCOVERY DISPUTE HEARING**

Defendant Tesla, Inc. ("Tesla") by its attorneys, Cole, Scott & Kissane and Bowman and Brooke LLP, files this Memorandum Regarding the Parties' August 16 Hearing on Tesla's First Requests for Admission and Second Requests for Production ("Memorandum"), and respectfully moves this honorable Court to enter an Order compelling Plaintiff to serve complete and full responses to Tesla's First Requests for Admission and Second Requests for Production, which were served on February 14, 2022, and states as follows:

**BACKGROUND AND RELIEF REQUESTED**

This automotive product liability case arises out of an incident that occurred on April 15, 2019 (the "Subject Incident"). On that day, Decedent Naibel Benavides, a pedestrian, was struck and killed by a 2019 Tesla Model S (the "Subject Vehicle"), which was driven by George McGee. On April 22, 2021, Decedent's Estate ("Plaintiff") filed the instant action against Tesla, Inc. ("Tesla"). Tesla denies all claims against it.

On February 14, 2022, Tesla served its First Requests for Admission Production (RFA) and Second Requests for Production (RFP) to Plaintiff. See Exs. A and B. Plaintiff's Responses thereto were originally due on March 16, 2022 pursuant to FRCP 34 and 36. Despite this, Plaintiff did not serve responses. On June 3 and 23, counsel for Tesla emailed Plaintiff's counsel to request Plaintiff's responses but received no response other than a July 27 confirmation for availability regarding a hearing on the issue. Tesla was forced to make similar repeated efforts to obtain overdue responses to its first set of discovery to Plaintiff.[1] As of the filing of this memorandum, Tesla has not obtained responses to its First Requests for Admission or Second Requests for Production. As stated above, under Federal Rules of Civil Procedure 34 and 36, Plaintiff's responses – which were never served – were due on March 16.

## CONCLUSION

For the reasons stated above, Defendant Tesla, Inc. respectfully requests that this Honorable Court enter an Order compelling Plaintiff to serve full and complete responses to Tesla's First Requests for Admission and Second Requests for Production within 7 days of the entry date of the Order to Compel.

## BRIEF IN SUPPORT

In support of its Memorandum, Tesla relies on its First Requests for Admission, Second Requests for Production to Plaintiff, and Federal Rules of Procedure 26, 34, 36, and 37.

---

[1] Tesla similarly requested hearing on its First Requests for Production after Plaintiff failed to respond to them, despite multiple reminders. (*See* Ex. C Notice of Hearing on Tesla's Motion to Compel). This hearing was cancelled after the parties resolved the issue through a meet and confer process.

26634767v1

2

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that Tesla made reasonable attempts to meet and confer via email on July 20 and 27, 2022 but received no response from Plaintiff's Counsel.

Respectfully submitted,

By: _____
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com


_____
Thomas P. Branigan (*Pro Hac Vice*)
Drew P. Branigan (*Pro Hac Vice*)
BOWMAN and BROOKE LLP
41000 Woodward Avenue, Ste 200 East
Bloomfield Hills, Michigan 48304
Office: 248-205-3300
Fax: 248-205-3399
tom.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

## PROOF OF SERVICE

The undersigned certifies that a copy of this document was served upon all attorneys of record in the above cause at their respective addresses disclosed on the pleadings on the _____ day of **August, 2022**, by:

☐ U.S. Mail ☐ Hand Delivery
☐ Express Mail ☐ Facsimile
☐ E-Correspondence ☐ Court's e-Filing System Service Only

_____