# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

    Plaintiff,

vs.

TESLA, INC. a/k/a TESLA FLORIDA, INC.

    Defendant.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing in the above-styled action has been set as follows:

| | | |
|---|---|---|
| Date: | Tuesday, August 16, 2022 | |
| Time: | 1:30 p.m. EDT | |
| Judge: | Honorable Alicia Otazo-Reyes | |
| Place: | Teleconference | |
| Re: | Parties' Discovery Dispute regarding Defendant's First Request for Admissions and Second Request for Production | |

                              Respectfully submitted,

By: _____
Henry Salas (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com
-and-

                                                                 Thomas P. Branigan (*Pro Hac Vice*)
                                                                 Drew P. Branigan (*Pro Hac Vice*)
                                                                 BOWMAN and BROOKE LLP
                                                                41000 Woodward Avenue
                                                                Ste 200 East
                                                                Bloomfield Hills, Michigan 48304
                                                                Office: 248-205-3300
                                                                Fax: 248-205-3399
                                                               tom.branigan@bowmanandbrooke.com
                                                               drew.branigan@bowmanandbrooke.com

Dated:  August 9, 2022

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on 9th day of August 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send an automatic e-mail message to the following parties who are registered with the e-Filing Portal:

Todd Posses, Esq.
Poses & Poses, P.A.
Alfred I. Dupont Building
169 East Flagler Street
Suite 1600, Miami, Florida 33131
tposes@posesandposes.com
maria@posesandposes.com