## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

      Plaintiff,

vs.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.

      Defendant.

_____/

### <u>NOTICE OF CANCELLATION OF HEARING</u>

PLEASE TAKE NOTICE that a hearing in the above-styled action has been

cancelled:

| | |
|---|---|
| Date: | Tuesday, August 16th, 2022 |
| Time: | 1:30 p.m. EDT |
| Judge: | Honorable Alicia Otazo-Reyes |
| Place: | Telephonic |
| Motion: | Parties' Discovery Dispute regarding Defendant's First Request for Admissions and Second Request for Production. |

CASE:  2021-cv-21940-BLOOM/Otazo-Reyes

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that on 15th day of  August, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send an automatic e-mail message to the following parties who are registered with the e-Filing Portal: Todd Posses, Esq., Poses & Poses, P.A., Alfred I. Dupont Building, 169 East Flagler Street, Suite 1600, Miami, Florida 33131 (tposes@posesandposes.com; maria@posesandposes.com).

Respectfully submitted,

By:     _/s/Henry Salas_____
HENRY SALAS
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com
sean.hernandez@csklegal.com

_/s/ Thomas Branigan_____
Thomas P. Branigan (Pro Hac Vice)
Drew P. Branigan (Pro Hac Vice)
Bowman and Brooke LLP
41000 Woodward Avenue, Suite 200
East Bloomfield Hills, Michigan 48304
Office: 248-205-3300
Fax: 248-205-3399
tom.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com