UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
_____/

**NOTICE OF SELECTION OF MEDIATOR**

    Plaintiffs Dillon Angulo and Neima Benavides – as Personal Representative of the Estate of Naibel Benavides Leon, deceased – and Defendant Tesla, Inc. ("Tesla"), through their undersigned counsel, hereby notify this Court that they have selected Stanford Blake to mediate this case. The parties are currently working on a mutually beneficial date in February, 2023 on which to hold mediation.

Respectfully submitted,

By: */s/ Henry Salas*
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

*Attorneys for Defendant TESLA, Inc.*

Respectfully submitted,

By: */s/ Adam T. Boumel*
ADAM T. BOUMEL, ESQ.
Florida Bar No.: 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com
(primary) Frank@roussolawfirm.com
(secondary)

DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO BOUMEL LAW FIRM
9350 South Dixie Highway
Suite 1520
Mimi, FL 33156
305-670-6669
Darren@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com
Frank@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

26711640v2

Respectfully submitted,

By: */s/ Todd Poses*
Todd Poses, Esquire
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

*Attorney for Neima Benavides*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of September, 2022, the foregoing document was filed using the Court's CM/ECF Electronic Filing System which will send notification of such filing to all parties of record.

Respectfully submitted,

By: */s/ Henry Salas*
Henry Salas (815268)
COLE SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
Miami, FL 33156
Telephone: 305.350.5300
Facsimile: 305.373.2294
henry.salas@csklegal.com

*Attorneys for Defendant TESLA, Inc.*

26711640v2