UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes
(CONSOLIDATED CASES)

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

DILLON ANGULO,          Case No.: 22-cv-22607-KMM

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
_____/

## SUPPLEMENTAL NOTICE OF SELECTION OF MEDIATOR

Plaintiffs Dillon Angulo and Neima Benavides – as Personal Representative of the Estate of Naibel Benavides Leon, deceased – and Defendant Tesla, Inc. ("Tesla"), through their undersigned counsel, hereby inform the Court they have selected Stanford Blake, as mediator. Mediation will take place via Zoom on February 14, 2023 at 1:30 P.M. EST. A Proposed Order is attached as Exhibit A, which will also be emailed to the Court.

26813038v1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| s/ Adam T. Boumel_____ | s/ Todd Poses_____ |

Respectfully submitted,

s/ Adam T. Boumel_____
ADAM T. BOUMEL, ESQ.
Florida Bar No.: 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
Frank@roussolawfirm.com (secondary)

DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO BOUMEL  LAW FIRM
9350 South Dixie Highway
Suite 1520
Mimi, FL 33156
305-670-6669
Darren@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com
Frank@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

Respectfully submitted,

s/ Todd Poses_____
Todd Poses, Esquire
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

*Attorney for Neima Benavides*

Respectfully submitted,

By: s/ Henry Salas_____
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

*Attorneys for Defendant TESLA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23rd, 2022, I electronically file the foregoing paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

ADAM T. BOUMEL, ESQ.
Florida Bar No.: 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669 Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
Frank@roussolawfirm.com (secondary)

DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO BOUMEL LAW FIRM
9350 South Dixie Highway
Suite 1520
Mimi, FL 33156
305-670-6669
Darren@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com
Frank@roussolawfirm.com
Attorneys for Plaintiff Dillon Angulo

Todd Poses, Esquire
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

Respectfully submitted,

By:  s/ Henry Salas
Henry Salas (815268)
COLE SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
Miami, FL 33156
Telephone: 305.350.5300
Facsimile: 305.373.2294
henry.salas@csklegal.com

***Attorneys for Defendant TESLA, Inc.***

26813038v1

**(EXHIBIT A)**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**
**(CONSOLIDATED CASES)**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

      Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

      Defendant.
_____/

DILLON ANGULO,      Case No.: 22-cv-22607-KMM

      Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

      Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Stanford Blake on <u>Tuesday, February 14, 2023, at 1:30 PM EST</u> via Zoom video conference.

**DONE AND ORDERED** in Chambers at Miami, Florida, on _____.

                                                            _____
                                                            **BETH BLOOM**
                                                            **UNITED STATES DISTRICT JUDGE**

Copies to:  All Counsel of Record