**(EXHIBIT A)**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**
**(CONSOLIDATED CASES)**

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel*
*Benavides Leon, deceased*,

      Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

      Defendant.

_____/

DILLON ANGULO,          Case No.: 22-cv-22607-KMM

      Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

      Defendants.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Stanford Blake on Tuesday, February 14, 2023, at 1:30 PM EST via Zoom video conference.

**DONE AND ORDERED** in Chambers at Miami, Florida, on _____.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:  All Counsel of Record