UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

  Plaintiff,

vs.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.

  Defendant.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing in the above-above styled action has been set as follows:

| | |
|---|---|
| Date: | Thursday, November 10th, 2022 |
| Time: | 2:30 p.m. |
| Judge: | Honorable Alicia Otazo-Reyes |
| Place: | Via ZOOM |
| Motion: | Defendant Tesla Inc.'s Memorandum Regarding Discovery Dispute Hearing |

CASE:  2021-cv-21940-BLOOM/Otazo-Reyes

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on 27th day of October, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send an automatic e-mail message to the following parties who are registered with the e-Filing Portal: Todd Posses, Esq., Poses & Poses, P.A., Alfred I. Dupont Building, 169 East Flagler Street, Suite 1600, Miami, Florida 33131 (tposes@posesandposes.com; maria@posesandposes.com).

                                          Respectfully submitted,

By:   _/s/Henry Salas_____
       HENRY SALAS
       COLE SCOTT & KISSANE
       9150 S Dadeland Blvd Ste 1400
       Miami, FL 33156-7855
       Office: 305-350-5300
       Fax: 305-373-2294
       henry.salas@csklegal.com
       sean.hernandez@csklegal.com


  _/s/ Thomas Branigan_____
Thomas P. Branigan (Pro Hac Vice)
Drew P. Branigan (Pro Hac Vice)
Bowman and Brooke LLP
41000 Woodward Avenue, Suite 200
East Bloomfield Hills, Michigan 48304
Office: 248-205-3300

CASE:  2021-cv-21940-BLOOM/Otazo-Reyes

Fax: 248-205-3399
tom.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com