UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

Case No. 1:22-22607-KMM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
_____/

## DEFENDANT TESLA INC.'S MEMORANDUM REGARDING DISCOVERY DISPUTE HEARING

Defendant Tesla, Inc. ("Tesla") by its attorneys, Cole, Scott & Kissane and Bowman and Brooke LLP, files this Memorandum Regarding the Parties' Hearing On Tesla's First Requests for Production, Second Requests for Production, First Requests for Admission, and Third Requests for Production ("Memorandum"). For the reasons set forth below, Tesla respectfully moves this Honorable Court to enter an order compelling Plaintiff to serve complete and full responses and production to Tesla's First Requests for Production, Second Requests for Production, First

1

Requests for Admission, and Third Requests for Production within ten (10) days of entry, and states as follows:

## BACKGROUND AND RELIEF REQUESTED

This automotive product liability case arises out of an incident that occurred on April 15, 2019 (the "Subject Incident"). On that day, Decedent Naibel Benavides, a pedestrian, was struck and killed by a 2019 Tesla Model S (the "Subject Vehicle"), which was operated by George McGee. Decedent's boyfriend – Dillon Angulo – also a pedestrian, was also struck and injured during the incident. On April 22, 2021, Neima Benavides – Representative of Decedent's Estate ("Plaintiff") – filed the instant action against Tesla, Inc. ("Tesla"). [1] Tesla denies all claims against it. Since filing this case in April of 2019, Plaintiff Neima Benavides has issued zero discovery requests and has taken zero depositions.

This motion comes after Tesla has expended extraordinary efforts to obtain substantive responses to four sets of discovery requests over the course of more than a year. After assuring Tesla multiple times that Plaintiff would serve full and complete responses and production by August 23, Plaintiff served Tesla the following on August 24:

1. Copy-paste pre-maturity objections to Tesla's entire set of Second Requests for Production and First Requests for Admission with no substantive response;

2. *Zero* supplemental responses or production to Tesla's First Requests for Production – despite an agreement that Plaintiff would do so.

Most recently, Plaintiff failed to serve any responses to Tesla's Third Requests for Production, which were due on October 3, 2022.

---

[1] On August 16, 2022 Dillon Angulo filed a separate lawsuit against Tesla, which was consolidated with the instant case on August 31, 2022. For the purposes of this motion, "Plaintiff" shall refer to Plaintiff Neima Benavides only.

26703826v4

Consequently, and for the reasons below, Tesla moves this Court to enter an Order compelling full and complete responses and production to Tesla's First and Second Requests for Production, First Requests for Admission, and Third Requests for Production within ten (10) days of its entry.

### I.      Tesla's First Requests for Production

On August 5, 2021, Tesla served its First Requests for Production to Plaintiff. See Exhibit A. Despite Tesla's agreement to extend the date for Plaintiff's response to Tesla's First Requests for Production, Plaintiff failed to serve responses on the agreed-upon date. Over the course of sixty days Counsel for Tesla requested on multiple occasions that that Plaintiff produce her overdue responses to Tesla's First Requests for Production. Because of Plaintiff's failure to respond to Tesla's RFP, and in the face of rapidly approaching discovery deadlines,[2] Tesla's Counsel informed Plaintiff's counsel of Tesla's intent to move this Court for an Order compelling Plaintiff to respond if Plaintiff did not voluntarily respond by February 7.

On Friday, February 11, Plaintiff finally served Tesla with responses to Tesla's RFP. See Exhibit B. For reasons explained in Tesla's First Motion to Compel (which was shared with Plaintiff and is attached as Exhibit C), Tesla informed Plaintiff's counsel that Plaintiff's responses were substantively inadequate.[3] On March 11, 2022 counsel for the Parties entered into a written agreement (Exhibit D), whereby Plaintiff agreed to supplement her responses to Tesla's First

---

[2] Under the Scheduling Order at that time, Tesla's Expert Disclosures were due on March 15, 2022 and a discovery cutoff of April 15, 2022. *See* Dkt. 20.

[3] In short, Plaintiff objected to all requests in Tesla's First Requests for Production related to Plaintiff's product defect theory and experts as premature, but failed to supplement at any time thereafter. The parties' March 11 Agreement (Exhibit D) provided that Plaintiff would supplement responses to these expert-related requests no later than 30 days before Tesla's expert disclosure deadline. Through meet and confer, the Parties resolved the issues associated with Plaintiff's Response to Requests 6 and 9.

Requests for Production no later than 30 days before Tesla's expert disclosure deadline.[4] However, as of the filing of this motion, Plaintiff has failed to supplement her responses or production to Tesla's First Requests for Production.

## II.     Tesla's Second Requests for Production and First Requests for Admission

Tesla served its Second Requests for Production and First Requests for Admission ("Second Wave Discovery" – attached as Exhibits E-1 and E-2) on February 14, 2022.  After Plaintiff's March 14 response deadline passed, Tesla made multiple requests to Plaintiff to respond to its Second Wave Discovery to no avail.  Consequently, Tesla set the issue for hearing on August 16, 2022.  *See* Dkt. 47.  After attempting to meet and confer with Plaintiff several times, Tesla was ostensibly able to resolve the issue on August 15.  Pursuant to the August 15 Agreement, Plaintiff would serve full production and responses to Tesla's Second Wave Discovery no later than August 23 – the same date Plaintiff agreed to supplement her responses to Tesla's First Requests for Production.  In reliance on this, Tesla cancelled the Parties' scheduled hearing on the issue.  (See Doc. 49 Notice of Cancellation).

On August 24, 2022 – one day after the agreed-upon deadline – Plaintiff served Tesla with Responses to Tesla's Second Set of Requests for Production and First Set of Requests for Admission (Attached as Exhibits F-1 and F-2).  Plaintiff's responses to each request in each set simply read:

> [A]t present, the investigation is incomplete and cannot be provided. And, as a new case was filed by Dylan Angulo which is the same accident and as such, liability investigations and theory, it is premature to provide complete answers.

---

[4] Under the Court's April 13 Scheduling Order, Tesla's expert disclosure deadline was amended to September 20, 2022.  *See* Dkt. 42.  The Parties consequently agreed to move Plaintiff's deadline to supplement her responses to Tesla's First Requests for Production to August 23, 2022.

4

While Mr. Angulo's case does arise out of the same incident as the instant action, his role in this case (an injured bystander) is irrelevant to the discovery sought by Tesla – which is related to Plaintiff's allegations that the Subject Tesla was defective. Consequently, Plaintiff's objections that Tesla's product defect theory and expert-related discovery requests are premature are inappropriate and not a factual or legal basis to ignore Tesla's discovery requests which are aimed at moving this case forward. This case was filed a year and a half ago, and Plaintiff has had ample time and opportunity to develop her product defect theory – which is the subject of Tesla's motion to compel. Consequently, Tesla now moves for an order compelling Plaintiff to serve full and complete responses and production to Tesla's First and Second Requests for Production and First Requests for Admission.

## TESLA'S THIRD REQUESTS FOR PRODUCTION

On September 9, 2022, Tesla served its Third Request for Production on Plaintiff (Exhibit G). This set included one request for Plaintiff to produce a copy of the settlement agreement to resolve Plaintiff's claims against George McGee – the driver of the Subject Tesla – arising out of the Subject Incident. Pursuant to Fed. R. Civ. P. 34, Plaintiff's deadline to respond to Tesla's Third Requests for Production was October 3, 2022. As of the filing of this motion, Plaintiff has served no response. Consequently, Tesla now also moves for an order compelling Plaintiff to serve full and complete responses and production to Tesla's Third Requests for Production.

## CONCLUSION

**WHEREFORE**, for the reasons stated above, and in the accompanying Brief in Support, Defendant Tesla, Inc. respectfully request that this Court enter an order compelling Plaintiff to serve full and complete responses and production in response to Tesla's First and Second Requests for Production First Requests for Admission, and Third Requests for Production within ten (10) days of the entry date of the Order to Compel.

26703826v4

**BRIEF IN SUPPORT**

In support of its Motion to Compel, Tesla relies on its First Requests for Production, Tesla's Second Requests for Production, Tesla's Requests for Admission, Federal Rules of Procedure 26, 33, 34, and 37, and all other documents on the record before this Court.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that Tesla made a reasonable attempt to meet and confer via email on October 5th and 14th, 2022, but received no substantive response.

Respectfully submitted,

By: /s/ Henry Salas
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com


/s/ Thomas P. Branigan
Thomas P. Branigan (*Pro Hac Vice*)
Drew P. Branigan (*Pro Hac Vice*)
BOWMAN and BROOKE LLP
41000 Woodward Avenue, Ste 200 East
Bloomfield Hills, Michigan 48304
Office: 248-205-3300
Fax: 248-205-3399
tom.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

26703826v4