## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

      Plaintiff,

vs.

TESLA, INC. a/k/a TESLA
FLORIDA, INC.

      Defendant.

_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S
### REQUEST FOR PRODUCTION

**COMES NOW** the Plaintiff, NEIMA BENAVIDES, Personal Representative of the

Estate of NAIBEL BENAVIDES LEON, deceased, by and through her undersigned counsel,

and in response to Defendant, TESLA, INC., Request for Production dated August 5, 2021,

would state as follows:

1.     In response to paragraph one, enclosed is the bill from Westchester Funeral Home in Miami-Dade County.

2.     In response to paragraph two, enclosed are taxes of the decedent from 2016, 2017 and 2018.

3.     In response to paragraph three, none.

4.     In response to paragraph four, enclosed are inspection photographs of the vehicles involved in the subject accident.

EXHIBIT "B"

POSES LAW GROUP, ATTORNEYS AT LAW, SUITE 1600, ALFRED I. DUPONT BUILDING, 169 EAST FLAGLER ST., MIAMI, FLORIDA 33131 • TEL. (305) 577-0200

5.   In response to paragraph five, enclosed are witness statements contained within the Homicide report, attached.

6.   In response to paragraph six, enclosed is birth certificate of decedent.

7.   In response to paragraph seven, enclosed are homicide photographs.

8.   In response to paragraph eight, none.

9.   In response to paragraph nine, will provide.

10.  In response to paragraph ten,

      a)   Enclosed is copy of auto insurance policy from The Responsive Auto Insurance Company.

      b)   Plaintiff had health insurance under her father, Guillermo Benavides' health insurance policy with United Health Care. Statement enclosed.

11.  In response to paragraph eleven, none at this time.

12.  In response to paragraph twelve, none.

13.  In response to paragraph thirteen, enclosed is Monroe Sheriff Report and FHP Homicide Report.

14.  In response to paragraph fourteen, enclosed is Medical Examiner's report.

15.  In response to paragraph fifteen, N/A.

16.  In response to paragraph sixteen, see all documents attached.

17.  In response to paragraph seventeen, none at this time.

18.  In response to paragraph eighteen, will provide.

19.  In response to paragraph nineteen, enclosed is curriculum vitae of John D. Lee and Andres Navarro. Reports will be provided upon receipt.

20.     In response to paragraph twenty, experts relied upon all police reports and videos and photographs from Florida Highway Patrol.

21.     In response to paragraph twenty-one, will provide.

22.     In response to paragraph twenty-two, none except for crash reports and homicide reports for the subject accident.

23.     In response to paragraph twenty-three, none at this time.

24.     In response to paragraph twenty-four, discovery is ongoing and shall be provided upon acquisition.

25.     In response to paragraph twenty-five, all documents herein.

26.     In response to paragraph twenty-six, discovery is ongoing and shall be provided upon acquisition.

27.     In response to paragraph twenty-seven, discovery is ongoing and shall be provided upon acquisition.

28.     In response to paragraph twenty-eight, discovery is ongoing and shall be provided upon acquisition.

29.     In response to paragraph twenty-nine, discovery is ongoing and shall be provided upon acquisition.

30.     In response to paragraph thirty, discovery is ongoing and shall be provided upon acquisition.

31.     In response to paragraph thirty-one, discovery is ongoing and shall be provided upon acquisition.

32.     In response to paragraph thirty-two, discovery is ongoing and shall be provided upon acquisition.

33.     In response to paragraph thirty-three, discovery is ongoing and shall be provided upon acquisition.

## CERTIFICATE OF SERVICE

I hereby certify that on this __i i__ day of February, 2022, I served the foregoing document

via e-mail to the following:

Thomas P. Brannigan
Drew P. Brannigan
Bowman and Brooke, LLP
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
thomas.brannigan@bowmanandbrooke.com
drew.brannigan@bowmanandbrooke.com

Henry Salas
9150 S. Dadeland Blvd.
Suite 1400
Miami, FL 33156
(786) 268-6419
henry.salas@csklegal.com

POSES LAW GROUP, P.A.
Alfred I. Dupont Building
169 E. Flagler Street
Suite 1600
Miami, FL 33130
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@poseslawgroup.com
maria@poseslawgroup.com

/s/Todd Poses
TODD POSES, ESQUIRE
FBN: 0075922