**POSES LAW GROUP**
PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
ALFRED I. DUPONT BUILDING
169 EAST FLAGLER STREET · SUITE 1600
MIAMI, FL 33131

MARK POSES                                                           TELEPHONE (305) 577-0200
TODD POSES                                                           FAX      (305) 371-3550

March 11, 2022

Thomas P. Brannigan, Esquire
Drew P. Brannigan, Esquire
Bowman and Brooke, LLP
41000 Woodward Ave.
Suite 200E
Bloomfield Hills, Michigan 48304
thornas.brannigan@bowmanandbrooke.com
drew.brannigan@bowmanandbrooke.com

      **Re:**    **Benavides v. Tesla**
                **Case No.: 1:21-cv-21940-BB**

Dear Gentlemen:

Tom and I spoke this morning and I wanted to memorialize our discussion such that we are all on the same page.

1) Eaton and I are requesting Judge Bloom for a hearing as to our Motion to Stay. As such, and as we discussed, your motion scheduled for March 15, 2022, can now be heard at that same date and time, TBD. That said, the authorizations sent previously and again today can and will be executed by my client, resolving part of your motion. Plaintiff will also produce any other documents in Plaintiff's possession that are responsive to Tesla's First Set of Requests for Production (other than those related to the technical aspects of Plaintiff's claims) no later than March 28, 2022.

1) That we will submit an agreed order to move the deadlines for expert disclosure. I had suggested an order that, pending the outcome of the motion to stay, the disclosure is either moot until the stay is lifted, or the expert disclosure shall be 10 business days following an order denying said motion. This order will also amend Tesla's deadline to respond to Plaintiff's motion for stay to no later than 7 days before the date of the hearing.

2) Should other deadlines require additional time to accommodate our mutual intention, we will work together to accomplish such.

3) The deposition of McGee on March 15, 2022, is on.

4) Both my client/PR Neima Benavides and the decedent's father Guillermo

EXHIBIT "D"

        Benavides can be made available for deposition in short time. Please provide dates beginning March 28, 2022, and we will produce them both.

Tom, I believe this is consistent with our discussion and if not, please advise. Further, if there are other issues that require discussion, call me.

Sincerely,

TODD POSES

TP/mes
Enc.

Cc:   Henry Salas (Via e-mail: henry.salas(a),csklegal.com)