UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

    Plaintiff,

vs.

TESLA, INC. a/k/a TESLA FLORIDA, INC.

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
SECOND REQUEST FOR PRODUCTION**

**COMES NOW** the Plaintiff, NEIMA BENAVIDES, Personal Representative of the Estate of NAIBEL BENAVIDES LEON, deceased, by and through her undersigned counsel, and in response to Defendant, TESLA, INC., Second Request for Production dated February 15, 2022, would state as follows:

1. In response to paragraph one, at present, the investigation is incomplete and cannot be provided. And, as a new case was filed by Dylan Angulo which is the same accident and as such, liability investigations and theory, it is premature to provide complete answers.

2. In response to paragraph two, at present, the investigation is incomplete and cannot be provided. And, as a new case was filed by Dylan Angulo which is the same accident and as such, liability investigations and theory, it is premature to provide complete answers.

3. In response to paragraph three, at present, the investigation is incomplete and cannot be provided. And, as a new case was filed by Dylan Angulo which is the same accident and as such, liability investigations and theory, it is premature to provide complete answers

4. In response to paragraph four, at present, the investigation is incomplete and cannot be provided. And, as a new case was filed by Dylan Angulo which is the same accident and as such, liability investigations and theory, it is premature to provide complete answers.

5. In response to paragraph five, at present, the investigation is incomplete and cannot be provided. And, as a new case was filed by Dylan Angulo which is the same accident and as such, liability investigations and theory, it is premature to provide complete answers.

EXHIBIT "F-1"

6. In response to paragraph six, at present, the investigation is incomplete and cannot be provided. And, as a new case was file by Dylan Angulo which is the same accident and as such, liability investigations and theory, it is premature to provide complete answers.

7. In response to paragraph seven, at present, the investigation is incomplete and cannot be provided. And, as a new case was file by Dylan Angulo which is the same accident and as such, liability investigations and theory, it is premature to provide complete answers.

8. In response to paragraph eight, at present, the investigation is incomplete and cannot be provided. And, as a new case was filed by Dylan Angulo which is the same accident and as such, liability investigations and theory, it is premature to provide complete answers.

9. In response to paragraph nine, at present, the investigation is incomplete and cannot be provided. And, as a new case was filed by Dylan Angulo which is the same accident and as such, liability investigations and theory, it is premature to provide complete answers.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of August, 2022, I served the foregoing document via e-mail to the following:

Thomas P. Brannigan
Drew P. Brannigan
Bowman and Brooke, LLP
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
thomas.brannigan@bowmanandbrooke.com
drew.brannigan@bowmanandbrooke.com

Henry Salas
9150 S. Dadeland Blvd.
Suite 1400
Miami, FL 33156
(786) 268-6419
henry.salas@csklegal.com

POSES LAW GROUP, P.A.
Alfred I. Dupont Building
169 E. Flagler Street
Suite 1600
Miami, FL 33130
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@poseslawgroup.com
maria@poseslawgroup.com

/s/ Todd Poses
TODD POSES, ESQUIRE
FBN: 0075922