UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes
(CONSOLIDATED CASES)

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    SAHILY ORTEGA, ESQ., of COLE SCOTT & KISSANE, P.A. hereby give notices of their appearance on behalf of TESLA, INC., a/k/a Tesla Florida, Inc., and request that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

## CERTIFICATE OF SERVICE

I hereby certify that on November 9th, 2022, I electronically filed the foregoing document with the Court via CM/ECF, which will automatically send notice and a copy of same to counsel of record via electronic mail.

        COLE, SCOTT & KISSANE, P.A.
*Attorneys for Tesla Inc., a/k/a Tesla Florida, Inc.*
Cole, Scott & Kissane Building
9150 So. Dadeland Boulevard, Suite 1400
Miami, Florida 33156
E-Mail: henry.salas@csklegal.com
E-Mail: sean.hernandez@csklegal.com
E-Mail: sahily.ortega@csklegal.com
E-Mail: leisy.martinez@csklegal.com
E-Mail: elvia.gimenez@csklegal.com
Telephone: 305-530-5339
Facsimile:  305-373-2294

By:   /s/ Sahily Ortega_____
      Sahily Ortega, Esq.
      FBN:1025047