**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**
**(Consolidated cases)**

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel*
*Benavides Leon, deceased*,

      Plaintiff,

v.


TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

      Defendant.

_____/

DILLON ANGULO,

      Plaintiff,

v.


TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

      Defendants.

_____/


**<u>NOTICE OF CANCELLATION OF HEARING</u>**

      PLEASE TAKE NOTICE that a hearing in the above-above styled action has been

cancelled as follows:


      Date:          Thursday, November 10th, 2022

      Time:          2:30 p.m.

      Judge:        Honorable Alicia Otazo-Reyes

CASE:  2021-cv-21940-BLOOM/Otazo-Reyes

Place:        Via ZOOM

Motion:       Defendant Tesla Inc.'s Memorandum Regarding Discovery Dispute
              Hearing

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 10th, 2022, I electronically filed the foregoing
document with the Court via CM/ECF, which will automatically send notice and a copy
of same to counsel of record via electronic mail.

Respectfully submitted,

By:        /s/Henry Salas
           HENRY SALAS
           COLE SCOTT & KISSANE
           9150 S Dadeland Blvd Ste 1400
           Miami, FL 33156-7855
           Office: 305-350-5300
           Fax: 305-373-2294
           henry.salas@csklegal.com
           sean.hernandez@csklegal.com


           /s/ Thomas Branigan
           Thomas P. Branigan (Pro Hac Vice)
           Drew P. Branigan (Pro Hac Vice)
           Bowman and Brooke LLP
           41000 Woodward Avenue, Suite 200
           East Bloomfield Hills, Michigan 48304
           Office: 248-205-3300
           Fax: 248-205-3399
           tom.branigan@bowmanandbrooke.com
           drew.branigan@bowmanandbrooke.com