UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

  Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc., Defendant.
_____/

DILLON ANGULO,         Case 1:22-22607-KMM

  Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

  Defendant.
_____/

## MOTION FOR ENTRY OF STIPULATED ORDER REGARDING PLAINTIFF'S RESPONSES TO TESLA'S DISCOVERY

Plaintiff Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased ("Plaintiff"), and Defendant Tesla, Inc. ("Tesla") (collectively referred to herein as "the Parties"), through their undersigned counsel, hereby notify this honorable Court that they have stipulated to an Order (attached as Exhibit A) in resolution of the discovery dispute that gave rise to the November 10, 2022 Discovery Hearing, and respectfully request that this Court enter that order.

27008035v2

**SO STIPULATED**.

Respectfully submitted,

By: /s/Todd Poses, (with consent)
Todd Poses, Esquire
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com
FBN: 0075922

Respectfully submitted,

By: /s/Henry Salas
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

- and –

THOMAS P. BRANIGAN (Admitted Pro Hac Vice)
DREW P. BRANIGAN (Admitted Pro Hac Vice)
BOWMAN AND BROOKE LLP
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, MI 48304
248.205.3300 / 248.205.3399 fax
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

Attorneys for Defendant TESLA, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ADAM T. BOUMEL, ESQ.
Florida Bar No.: 0110727
DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
Frank@roussolawfirm.com (secondary)

*Attorneys for Plaintiff Dillon Angulo*

Todd Poses, Esquire
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

Respectfully submitted,

By: *s/Henry Salas*
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 786-268-6419
Fax: 305-373-2294
henry.salas@csklegal.com

- and –

27008035v2

THOMAS P. BRANIGAN *(Admitted Pro Hac Vice)*
DREW P. BRANIGAN *(Admitted Pro Hac Vice)*
BOWMAN AND BROOKE LLP
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, MI 48304
248.205.3300 / 248.205.3399 fax
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

***Attorneys for Defendant TESLA, Inc.***

27008035v2