(**EXHIBIT A**)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel Benavides*
*Leon, deceased*,

     Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc., Defendant.
                                    /

  DILLON ANGULO,                           Case 1:22-22607-KMM

     Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

     Defendant.
                                    /

**ORDER REGARDING PLAINTIFF'S RESPONSES TO TESLA'S DISCOVERY**

Upon consideration and for good cause, the following is HEREBY ORDERED:

1. Plaintiff Neima Benavides shall fully respond in substance and produce any documents responsive to Requests 24, 26, 27, 28, 29, 30, 31, 32, 33 within Tesla's First Requests for Production no later than December 5, 2022.

2. Plaintiff Neima Benavides shall fully respond in substance and produce any documents responsive to Tesla's Second Requests for Production no later than December 5, 2022.

3. Plaintiff Neima Benavides shall fully respond in substance to Tesla's First Requests for Admission no later than December 5, 2022.

4. Plaintiff Neima Benavides shall fully respond in substance and produce any documents responsive to Tesla's Third Request for Production no later than December 5, 2022.

**DONE AND ORDERED** in Chambers at Miami, Florida, on_____.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**