UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

(CONSOLIDATED CASES)

NEIMA BENAVIDES, *as Personal*

*Representative of the Estate of Naibel*

*Benavides Leon, deceased,*

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*

    Defendant.

    _____/

DILLON ANGULO

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*

    Defendant.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Elise R. Sanguinetti of the law firm of Arias Sanguinetti Wang & Torrijos, LLP, 2200 Powell Street, Suite 740, Emeryville, CA 94608,  Tel: (510)629-4877, for purposes of appearance as co-counsel on behalf of Plaintiffs NEIMA BENAVIDES and DILLON ANGULO in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Elise R. Sanguinetti to receive electronic filings in this case, and in support thereof states as follows:

1. Elise R. Sanguinetti is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California, and U.S. District Court for the Northern District and Eastern District of California.

2. Movant, Todd Poses, Esquire, of the law firm of Poses and Poses, P.A., 169 East Flagler Street, Suite 1600, Miami, Florida 33131, Tel: (305) 577-0200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Elise R. Sanguinetti has made payment of this Court's $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Elise R. Sanguinetti, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Elise R. Sanguinetti at email address: elise@aswtlawyers.com and ncservice@aswtlawyers.com.

WHEREFORE, Todd Poses moves this Court to enter an Order allowing Elise R. Sanguinetti, to appear before this Court on behalf of Plaintiff Benavides, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Elise R. Sanguinetti

Date: December 12, 2022            Respectfully submitted,

                                   /s/Todd Poses_____
                                   Todd Poses
                                   Fla Bar ID # 75922

tposes@poseslawgroup.com

Poses Law Group, P.A.

169 East Flagler Street, Suite 1600

Miami, Florida 33131

Tel: (305) 577-0200

Attorneys for Plaintiff Benavides

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-21940-BLOOM/Otazo-Reyes
(CONSOLIDATED CASES)

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*

    Defendant.

_____/

DILLON ANGULO

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*

    Defendant.

## CERTIFICATION OF ELISE R. SANGUINETTI

Elise R. Sanguinetti, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of California, and U.S. District Court for the Northern District and Eastern District of California; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                           /s/Elise R. Sanguinetti_____

                                                                                            Elise R. Sanguinetti