# EXHIBIT D-1

Watch Live

# Tesla t-bones semi-truck in Detroit, gets wedged under trailer

**By** Jack Nissen | **Published** March 11, 2021 | Detroit | FOX 2 Detroit

**DETROIT** - Two individuals were injured after the vehicle they were in T-boned a semi-truck in Detroit.

A man and a woman driving in the area of Waterman and Fort Street crashed into the side of a trailer in the intersection early Thursday morning.

Both the driver and passenger were taken to the hospital with injuries.

The crash happened around 3:20 a.m. when an unknown man and woman driving in a Tesla sedan collided with the semi-truck, getting wedged underneath the trailer.

Both the driver and the passenger were taken by medics to a local hospital. The passenger is listed in critical condition while the driver's status is unknown at the moment.

The semi-truck driver was unharmed.

Detroit police are investigating the incident and ask if anyone has any knowledge about the incident to contact the Detroit Police Department's Fatal Squad at (313)-596,2260

Ad Content by Taboola |

**Montana Man Discovers He Has Oldest DNA In America**

Sponsored | CRI Genetics

BENA001233

**5 Years From Now, You'll Probably Wish You'd Grabbed...**

Sponsored | The Motley Fool

This material may not be published, broadcast, rewritten, or redistributed. ©2021 FOX Television Stations

BENA001234

# EXHIBIT D-2

SECTIONS

SUBSCRIBE
4 weeks for only 99¢

LOG IN

LEARN MORE ABOUT SUBSCRIPTIONS

Missing Florida woman went on cross-country van trip with fiancé, who returned...



DeSantis says local governments face millions in fines if they mandate COVI...



Tropical Stor nears Gulf Co disturbances in Atl...

ADVERTISEMENT

OSCEOLA COUNTY     NEWS

# Woman killed in Osceola County crash while trying to pass traffic, FHP says

By **CRISTÓBAL REYES**
ORLANDO SENTINEL  |  SEP 17, 2019

  

FEEDBACK



(File Photo)

An Apopka woman was killed Tuesday afternoon after she crashed her Tesla while trying to pass traffic in a two-lane road in Osceola County, Florida Highway Patrol Lt. Kim Montes said in a statement.

At 4:45 p.m., the victim, whose name has not been released, was traveling west on Osceola Polk Line Road north of Davenport when tried to get around another driver. She crashed into a pickup truck driving the opposite direction, which flipped over the top of the Tesla.

ADVERTISEMENT

BENA001312

Advertisement



Bruce Straubel, who was behind the wheel, suffered minor injuries, Montes said.

Another driver, Hannah Davenport, was in the car behind the victim's and couldn't avoid crashing into the front of the victim's car. She was uninjured.

ADVERTISEMENT

The victim was pronounced dead at the scene.

*creyes-rios@orlandosentinel.com*

BENA001313

## Dallas: Startup Is Changing the Way People Retire

**SmartAsset** | Sponsored

---

## Don't spend a fortune updating your space, check out these sofa options first.

**Living Spaces** | Sponsorizzato

## How can you turn grocery shopping into island hopping? Find out.

**NerdWallet** | Sponsorizzato

---

## You could lower your mortgage rate by refinancing.

**NerdWallet NMLS ID# 1617539** | Sponsored

---

## Discover great mortgage rates in Dallas in 2021

**NerdWallet NMLS ID# 1617539** | Sponsorizzato

## New Nissan's Finally On Sale

**All Things Auto | Search Ads** | Sponsorizzato

---

## ...he Richest Family in Every U.S. State

...ilyMinded | Sponsored

---

## You May Like

Sponsored Links by Taboola

### Have private student loans? Here's some great news.

NerdWallet

### Anxious About Seasons Changing? This App Was Made To Help

Calm

FEEDBACK

BENA001314

Case 1:21-cv-21940-BB Document 68-4 Entered on FLSD Docket 01/03/2023 Page 9 of 27

**New Healthcare Technologies Put Patients at the Center**
WSJ | Amazon Web Services

**The Best Mountain Towns to Visit in America**
Thrillist

## MOST READ • NEWS  ›

President Biden points to western wildfires to push for $3.5 trillion spending plan

5m

Facility closures continue as Florida prisons face 'unprecedented' staff shortage

5m

DeSantis says local governments face millions in fines if they mandate COVID vaccines for workers

26m

FEEDBACK

ADVERTISEMENT

---

## CONNECT

   

## TRIBUNE PUBLISHING

Chicago Tribune

The Baltimore Sun

New York Daily News

Sun Sentinel of Fla.

BENA001315

The Morning Call of Pa.

Hartford Courant

Daily Press of Va.

The Virginian-Pilot

The Daily Meal

Studio 1847

**COMPANY INFO**

Archives

Careers

Orlando Sentinel

Contact Us

Privacy Policy

Place an Ad

Terms of Service

Help Center

Manage Web Notifications

Classifieds

Copyright © 2021, Orlando Sentinel

FEEDBACK

BENA001316

# EXHIBIT D-3


*Democracy Dies in Darkness*

# Tesla drivers report a surge in 'phantom braking'

Owners say their cars are suddenly slamming the brakes at high speeds, nearly causing crashes in many cases

🎧 **Listen to article** 7 min

By Faiz Siddiqui and Jeremy B. Merrill

Today at 7:00 a.m. EST

🎁  🔖  ⬆️  💬

SAN FRANCISCO — Teslas are unexpectedly slamming on their brakes in response to imagined hazards — such as oncoming traffic on two-lane roads — which has prompted their terrified owners to lodge a surge of complaints with the National Highway Traffic Safety Administration over the past three months, according to a Washington Post analysis of federal auto safety data.

The phenomenon, known as "phantom braking," has been a persistent issue for Tesla vehicles.

The automaker was forced to recall a version of its Full Self-Driving software in October over false positives to its automatic emergency-braking system that it said were triggered by the software update. Complaints soared after the recall and remain elevated, signaling continued owner concern.

Owner reports of phantom braking to NHTSA rose to 107 complaints in the past three months, compared with only 34 in the preceding 22 months.

**Tesla owners have begun complaining about sudden, unexpected automatic braking**

Monthly total complaints to federal regulators of "phantom braking" reported by owners of Tesla Model 3 and Model Y, model years 2019-2022



51

32

24

BENA000266

Source: Post analysis of complaints to the National Highway Traffic Safety Administration's Office of Defects Investigation

THE WASHINGTON POST

In addition to the safety recall in late October, the timing of the complaints coincides with a period in which Tesla has stopped using radar sensors in its vehicles to supplement the suite of cameras that perceive their surroundings. Tesla announced last year that it would stop equipping Tesla Model Y and Model 3 vehicles built in North America with radar beginning in May 2021. Tesla's new approach is known as "Tesla Vision."

Tesla vehicles are equipped with eight surround-view cameras that the automaker says "provide 360 degrees of visibility around the car at up to 250 meters of range." It also leverages 12 ultrasonic sensors to detect objects around the vehicle. Tesla eventually wants to transition its fleet to Tesla Vision, and some owners have been left wondering whether their cars' radar sensors will be disabled.

Drivers and safety experts said they believe the systems began acting erratically after the changes.

Several of the owners who filed complaints with regulators said their cars seemed overly sensitive to trucks in the opposite lane. One owner described how around noon on a straight road, the car lurched from 50 mph to a near-stop seemingly in response to a large truck.

"[It] was scary to almost stop in the middle of my lane," the owner wrote.

"Phantom braking is what happens when the developers do not set the decision threshold properly for deciding when something is there versus a false alarm," said Phil Koopman, a Carnegie Mellon University professor who focuses on autonomous vehicle safety. "What other companies do is they use multiple different sensors and they cross-check between them — not only multiple cameras, but multiple types of sensors," such as radar and lidar, a type of sophisticated sensor that uses laser lights to paint a dot matrix mapping the environment.

"With only one sensor type, it's harder to be sure because you do not have the cross-check from a different type of sensor," he said.

The NHTSA complaints are not individually verified by the agency. Owners submit their description of the issue, their vehicle identification number and other identifying information when they report their problems to the agency. NHTSA spokeswoman Lucia Sanchez said the agency is engaging in a dialogue with Tesla over the phantom braking reports.

"NHTSA is aware of complaints received about forward collision avoidance and is reviewing them through our risk-based evaluation process," she said. "This process includes discussions with the manufacturer, as well as reviewing additional data sources, including Early Warning Reporting data. If the data show that a risk may exist, NHTSA will act immediately."

BENA000267

Tesla, which disbanded its public relations department in 2020, did not respond to a request for comment. The automaker has contended in the past that its driver-assistance feature suite, Autopilot, is safer than typical driving when crash data is compared. Autopilot is a system primarily intended for highway use, so the data cannot be directly compared with vehicle crashes overall. Tesla's chief executive, Elon Musk, has called Autopilot "unequivocally safer."

But the company faces mounting scrutiny from regulators, including recalls and safety investigations that called into question the responsibility and performance of its driver-assistance approach.

Tesla initiated a safety recall of its Full Self-Driving driver-assistance software late last month because of a feature than enabled it to conduct "rolling stops," proceeding through intersections with stop signs without fully halting. Tesla had met with NHTSA officials twice in January to discuss the issue, part of growing safety concerns about the cars' automation-targeted software. NHTSA opened a safety investigation in August over about a dozen reports of crashes with parked emergency vehicles while Autopilot was activated.

The Post analysis covered more than a year of data for Tesla vehicles from the four most recent model years.

Owners of the 2022 Tesla Model 3 complained 20 times about the issue known as phantom braking, where the car suddenly slows or stops with no external cause, out of 22 total complaints involving the model.

The events are typically triggered by false positives of the forward collision warning and automatic emergency-braking systems. Owners often cited their use of Tesla's Autopilot driver-assistance system or traffic-aware cruise control in their complaints. They also commonly referred to issues on two-lane highways, where the system was triggered by an oncoming truck in the opposite lane.

The bulk of the complaints recently about Tesla cars have been related to the phantom braking issue — 107, or 57 percent, out of 189 complaints since November about the 2020 through 2022 Tesla Model Y and Model 3, along with the 2019 Tesla Model 3.

Some drivers recalled instances of phantom braking even when they were not using Autopilot. Other owners said in complaints to NHTSA that they were shaken by the incidents and feared being rear-ended.

"These events are hair raising for me and passengers, let alone for a driver behind me," one owner wrote in a report to the agency. "If he/she does not pay attention at that very moment, the result could even be disastrous. I would never have expected such a serious safety issue with a Tesla."

Owners also said they experienced the phenomenon one or multiple times while on extended trips. Some said their road trip experiences were marred by the brakes suddenly triggering or the frequency jolts made by their cars.

"My wife has requested that I don't use cruise control or autopilot while she's in the car, as we experienced an unwarranted, aggressive automatic braking episode which caused great pressure against her pregnant belly on a previous road trip," one owner said in a report.

Owners' comments reflected apparent exasperation with the recurrence of the problem and a seeming inability to get it fixed.

"[These] things are happening with NOTHING present in front of my vehicle, and sometimes with nothing around me at all," one wrote.

Luis Fernandez, who drives a 2022 Tesla Model Y, said he was at Taylor Street and Pine Street in San Francisco recently when his car spotted a plastic bag several feet in front of him. The bag didn't pose a hazard and was soon out

BENA000268

of his view, said Fernández, who uses the vehicle to drive for Uber.

Case 1:21-cv-21940-RB   Document 69-4   Entered on FLSD Docket 01/03/2023   Page 15 of 27

But his car jolted him from 25 mph to 15 mph before he could intervene.

"Suddenly the car kind of locked, but it immediately released because the plastic bag moved away. . . . The car just completely took precaution," he said. "Automatically, it braked."

A 2021 Tesla Model Y owner, Ben Morris, confirmed that he was one of the people who filed a complaint with NHTSA. He said this was his third Tesla, and the issues presented themselves more than ever before on his other models.

"We primarily drove the car on two-lane highways, which is where the issues would show themselves consistently," he said in an email. "Although my 2017 Model X has phantom braked before, it is very rare, the vision-based system released May 2021 is night and day. We were seeing this behavior every day."

He recalled an instance when his wife was driving at highway speeds of 55 to 60 mph and "it slammed on the brakes hard, sending our children's booster seats slamming into the front seats."

Thankfully, he said, the children weren't in the car.

*Chris Alcantara contributed to this report.*



# EXHIBIT D-4



February 17, 2022 · 5:16 AM MST
Last Updated 6 hours ago

**Autos & Transportation**

# U.S. investigates 416,000 Tesla vehicles over unexpected braking reports

By David Shepardson                    3 minute read

        





A Tesla sign is pictured outside the Tesla Gigafactory 2 in Buffalo, New York, U.S., February 13, 2022. REUTERS/Carlo Allegri

WASHINGTON, Feb 17 (Reuters) - The National Highway Traffic Safety Administration (NHTSA) said Thursday it is opening a formal investigation into 416,000 Tesla vehicles over reports of unexpected brake activation tied to its driver assistance system Autopilot.

The preliminary evaluation covers 2021-2022 Tesla Model 3 and Model Y vehicles in the United States after the agency received 354 complaints about the issue over the past nine months. NHTSA said the vehicles under review have a advanced driver assistance system that Tesla calls Autopilot that allows them to brake and steer automatically within its lanes.

NHTSA said: "Complainants report that the rapid deceleration can occur without warning, at random, and often repeatedly in a single drive cycle."

Register now for FREE unlimited access to Reuters.com

**Register**

Owners say they have raised concerns with Tesla, which has dismissed the complaints saying the braking is normal, and some have called it "phantom braking".

The owner of a 2021 Tesla Model Y told NHTSA in October that while driving on a highway at 80 miles per hour "the car braked hard and decelerated from 80 mph to 69 mph in less than a second. The braking was so violent, my head snapped forward and I almost lost control of the car."

My View    Following    Saved

BENA000271

NHTSA in August opened a formal safety probe into Tesla's Autopilot system in 765,000 U.S. vehicles after a series of crashes involving Tesla models and emergency vehicles.

Earlier this month, NHTSA confirmed it was reviewing consumer complaints that Tesla vehicles were activating the brakes unnecessarily. A preliminary evaluation is the first phase before NHTSA could issue a formal recall demand.

In May, Tesla chief executive Elon Musk said dropping a radar sensor from its partially automated driving system would address "phantom braking," which some Tesla drivers have long complained about. Tesla, which disbanded its media relations department, did not respond to a request for comment.

Tesla has come under increasingly scrutiny from NHTSA, which is investigating several issues and the electric vehicle manufacturer has issued 10 recalls since October, including many for software issues and some under pressure from the agency.

Jonathan Adkins, executive director of the Governors Highway Safety Association, the group that represents state highway safety agencies, said on Twiter "another day, another issue with Tesla. Good to see NHTSA being more active in reigning this company in."

In November, Tesla recalled nearly 12,000 U.S. vehicles sold since 2017 because a communication error may cause a false forward-collision warning or unexpected activation of the emergency brakes.

The recall was prompted after a software update on Oct. 23 to vehicles in its limited early access version 10.3 Full-Self Driving (FSD) (Beta) population.

FSD is an advanced driver assistance system that handles some driving tasks but Tesla and NHTSA say it does not make vehicles autonomous.

The recall came after NHTSA in Octo... ...ed Tesla wh... h... `issued a recall to address software updates made to its Autop... ...mprove the vehicles' ability

My View    Following    Saved

BENA000272

# EXHIBIT D-5

 *Democracy Dies in Darkness*

# Tesla 'phantom braking' issue is focus of federal safety probe after owners bombard government website with complaints

The Washington Post reported on a surge in complaints of false braking events, leading to more than 130 new reports over two days

🎧 **Listen to article**  7 min

By Faiz Siddiqui and Jeremy B. Merrill

Today at 11:29 a.m. EST  |  Updated today at 1:15 p.m. EST

🎁  🔖  ⬆️  💬

SAN FRANCISCO — The National Highway Traffic Safety Administration is probing sudden unexpected braking in Tesla vehicles, the latest safety probe faced by the electric vehicle maker.

The agency said it had received 354 complaints about the issue in nine months, in two models across multiple model years: the 2021 and 2022 Tesla Model 3 and Model Y. NHTSA said the preliminary evaluation will affect approximately 416,000 vehicles.

"The complaints allege that while utilizing the [advanced driver-assistance] features including adaptive cruise control, the vehicle unexpectedly applies its brakes while driving at highway speeds," the agency said. "Complainants report that the rapid deceleration can occur without warning, at random, and often repeatedly in a single drive cycle."

Tesla owners flooded NHTSA's website with hundreds of complaints of alleged "phantom braking" this month following a Washington Post report that noted a sharp uptick in the phenomenon. The issue, a glitch in the cars' forward collision warning and automatic emergency braking systems, occurs when Tesla's cars suddenly slow down in response to falsely detected hazards.

Owners began complaining of the issue in larger numbers beginning in November, days after the automaker issued a recall of its "Full Self-Driving" software over a glitch that could lead to phantom braking. More broadly, the surge has followed Tesla's shift from a multi-sensor perception system combining cameras and radar to a camera-based system that relies on what the automaker calls "Tesla Vision." The spate of complaints included several common patterns as well as at least one report of an injury.

BENA000273

After The Post's article in early February, NHTSA received about 250 complaints about phantom braking during the following two weeks. That compared to 107 complaints in the previous three months — a steep surge of its own — and only 34 in the preceding 22 months.

Tesla, which disbanded its public relations department in 2020, did not respond to requests for comment. "NHTSA will determine the scope and severity of the potential problem and fully assess the potential safety-related issues," said NHTSA spokeswoman Lucia Sanchez.

Tesla CEO Elon Musk has repeatedly defended the use of its automated features, calling its Autopilot driver-assistance "unequivocally safer" than normal driving and decrying the "fun police" as the company faced multiple recalls in recent weeks — an apparent reference to federal regulators.

Complaints of phantom braking involving Tesla vehicles also far surpass those for other automakers that also have advanced driver assistance but largely rely on radar-equipped systems. The increase in complaints sheds light on the types of common scenarios in which owners report phantom braking. Among all the complaints, about a third of the sudden slowdowns occurred on two-lane roads or highways when, for example, an oncoming truck was approaching in the distance, according to a Post analysis. Teslas across the fleet often react to such situations in the same way, leaving common patterns emerging in the complaints.

"It's when the traffic is coming towards me that it randomly throws on the brake," Sally Bergquist, of Alexander City, Ala., who experienced repeated sudden slowdowns on her 2021 Tesla Model S on drives to Birmingham, said in an interview. "This random braking is really concerning to me."

The NHTSA complaints are not individually verified by the agency — owners describe the issue they experience, and provide their vehicle identification number along with other identifying information when they send their report. Complaints to NHTSA can — as apparently occurred here — be more frequent as owners learn about the possibility of telling the government about safety problems with their car, so increases in complaints might not always be due to an increase in the rate of problems.

But the sheer number of complaints for Teslas related to phantom braking far outpaced those for other vehicle makes and models, indicating a known problem of growing prominence among the owner population.

The Post's analysis covered the 2019 Tesla Model 3 along with 2020 through 2022 Tesla Model Y and Model 3 vehicles.

BENA000274

Tesla has faced mounting pressure from NHTSA over Autopilot and its practice of issuing over-the-air software updates to remedy issues with its vehicles, without initiating the formal recall process. The agency is investigating the potential role of Autopilot in about a dozen crashes involving Teslas and parked emergency vehicles while the driver-assistance system was active. Tesla has issued a steady stream of recalls since October, when NHTSA publicly called out the company for its failure to issue a formal recall when it updated its cars to better detect emergency vehicles in low light.

Tesla is facing scrutiny from other regulators, who have trained a lens on Musk's leadership.

Tesla disclosed in its annual financial report, for example, that the Securities and Exchange Commission issued a subpoena Nov. 16 looking for information on the company's compliance with a settlement governing Musk's tweets. Musk and the company each faced $20 million fines, and Musk had to give up his chairmanship of Tesla's board, after a 2018 tweet where he said he had secured funding to take Tesla private at $420 a share. Musk's potentially market-moving tweets also had to be vetted by a securities lawyer.

But a letter from Musk's attorney Thursday accused the SEC of hounding the CEO and Tesla with "endless, unfounded investigations."

"Without coming before this Court, it has been weaponizing the consent decree by using it to try to muzzle and harass Mr. Musk and Tesla, while ignoring its Court-ordered duty to remit the $40 million that it continues to hold while Tesla's shareholders continue to wait," wrote Musk attorney Alex Spiro, in a letter to U.S. District Judge Alison J. Nathan. "Worst of all, the SEC seems to be targeting Mr. Musk and Tesla for unrelenting investigation largely because Mr. Musk remains an outspoken critic of the government; the SEC's outsized efforts seem calculated to chill his exercise of First Amendment rights rather than to enforce generally applicable laws in evenhanded fashion."

The SEC did not immediately respond to a request for comment.

The NHTSA scrutiny presents a separate issue for the company, which has thus far benefited from a relatively relaxed regulatory environment in piloting its futuristic features.

Tesla has aimed to streamline its hardware suite — eliminating the use of radar — as part of its effort to usher in a new self-driving era using the millions of vehicles it has put on the road. The company has given owners dual driver-assistance options in the form of Autopilot, which is largely intended for use on highways, and "Full Self-Driving" beta, which brings driver-assistance functionalities to city and residential streets.

Musk has said he believes Tesla will be able to safely deploy self-driving vehicles based on the software.

BENA000275

"I would be shocked if we do not achieve Full Self-Driving safer than a human this year. I would be shocked," he said on a company earnings call recently. Musk said people have failed to grasp the gravity of Tesla's work.

"It's not, like, some little feature," he said on the call. "It's, like, the most profound software upgrade maybe in history."

Experts in vehicle perception systems say that a reliance on cameras to navigate roads can sometimes be problematic, since it can be more easily confused than radar about factors such as distance or an upcoming billboard.

Some owners who spoke with The Post said they've been experiencing phantom braking for months — coinciding with the period when Tesla eliminated radar — but it had previously not occurred to them to report the issue to NHTSA.

Owners described the problem as "serious" and "scary" in emails to The Post, with several describing Tesla's cruise control features as unusable in light of the problems.

Marlin Myers, 52, of Mechanicsburg, Penn., said repeated phantom braking forced him to stop using cruise control altogether on his monthly drives to Philadelphia on Interstate 76.

Since he bought his Tesla Model Y in June 2021, it's happened roughly eight times, lurching his car from around 70 mph to 40 mph, with no visible hazard in the vicinity.

"The first one or two times that it happened, you're shocked by it," he said. "I very quickly became very cautious about having it on whenever the cars are behind me."

Myers, who said he otherwise enjoys his Model Y, said he wants Tesla to address the issue — and quickly.

"It seems like we're not alone," he said. "Fundamentally, there's a problem with the car — let's get it fixed, and let's move on."

# EXHIBIT D-6

# The Washington Post

*Democracy Dies in Darkness*

# US has over 750 complaints of Teslas braking for no reason

By Tom Krisher | AP

June 3, 2022 at 1:52 p.m. EDT

DETROIT — More than 750 Tesla owners have complained to U.S. safety regulators that cars operating on the automaker's partially automated driving systems have suddenly stopped on roadways for no apparent reason.

The National Highway Traffic Safety Administration revealed the number in a detailed information request letter to Tesla that was posted Friday on the agency's website.

The 14-page letter dated May 4 asks the automaker for all consumer and field reports it has received about false braking, as well as reports of crashes, injuries, deaths and property damage claims. It also asks whether the company's "Full Self Driving" and automatic emergency braking systems were active at the time of any incident.

The agency began investigating phantom braking in Tesla's Models 3 and Y last February after getting 354 complaints. The probe covers an estimated 416,000 vehicles from the 2021 and 2022 model years. In February, the agency said it had no reports of crashes or injuries.

The letter gives Tesla a deadline of June 20 to respond to the information request but says the company can ask for an extension.

Shares of Tesla Inc. tumbled more than 9% Friday.

A message was left early Friday seeking comment from Tesla.

In opening the probe, the agency said it was looking into vehicles equipped with automated driver-assist features such as adaptive cruise control and "Autopilot," which allows them to automatically brake and steer within their lanes.

"Complainants report that the rapid deceleration can occur without warning, and often repeatedly during a single drive cycle," the agency said.

Many owners wrote in their complaints that they feared a rear-end crash on a freeway.

In the letter, NHTSA asks for the initial speed of when the cars began to brake, the final speed, and the average deceleration. It also asks if the automated systems detected a target obstacle, and whether Tesla has video of the braking incidents.

BENA000277

The agency is now seeking information on warranty claims for phantom braking including the owners' names and what repairs were made. It's also seeking information on Tesla's sensors, any testing or investigations into the braking problems, or if any modifications were made.

The letter focuses on Tesla's testing of the automated systems when it comes to detecting metal bridges, s-shaped curves, oncoming and cross traffic, and different sizes of vehicles including large trucks. The agency also wants information on how cameras deal with reflections, shadows, glare and blockage due to snow or heavy rain.

The agency asks Tesla to detail its assessment of the "alleged defect" in the automated systems, including what caused the unnecessary braking, what failed, and the risk to motor vehicle safety that the problem poses. It asks Tesla "what warnings, if any, the operator and the other persons both inside and outside the vehicle would have that the alleged defect was occurring, or subject component was malfunctioning."

The probe is another in a string of enforcement efforts by the agency that include Autopilot and "Full Self-Driving" software. Despite their names, neither feature can drive the vehicles without people supervising.

It's the fourth formal investigation of the Texas automaker in the past three years, and NHTSA is supervising 23 Tesla recalls since January of 2021.

The agency also is investigating complaints that the automatic emergency braking systems on more than 1.7 million newer Hondas can stop the vehicles for no reason.

In addition, NHTSA has a broader probe under way into crashes involving partially automated driving systems from all automakers. Since 2016, the agency has sent teams to 34 crashes in which the systems were either in use or suspected of operating. Of the 34, 28 involved Teslas.

Fifteen people died in the crashes that NHTSA is investigating, and at least 15 more were hurt. Of the deaths, 14 occurred in crashes involving Teslas, agency documents say.

NHTSA also is investigating why Teslas on Autopilot have crashed into emergency vehicles parked on roads.

Tesla and CEO Elon Musk have been fighting with U.S. and California government agencies for years, sparring with NHTSA and most notably with the Securities and Exchange Commission.

Musk has offered to buy Twitter for $44 billion and make it a private company, but says he has put the deal on hold because of allegations that the social media platform has more automated bot accounts than it has disclosed.

BENA000278