UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.

    Defendant.

_____/

## MOTION FOR RELIEF FROM ORDER REQUIRING EXPEDITED RESPONSE AND MOTION FOR CONTINUANCE

**COMES NOW** the Plaintiff, NEIMA BENAVIDES, Personal Representative of the Estate of NAIBEL BENAVIDES LEON, deceased, by and through her undersigned counsel, and hereby move this Honorable Court for Relief from Order Requiring Expedited Response dated January 4, 2023 and as grounds therefore would state:

1. That the Court entered order on January 4, 2023.

2. Prior to such and after conference with opposing counsel, the undersigned authored and sent the attached correspondence.

3. The reasons why which the requests for time and accommodation are reasonable include the following:

    A) Benavides was required to file a lawsuit as a result of the wrongful death statute on or before April 2021 as the incident caused the death of Naibel Benavides. As proffered to the Court in the plaintiff's motion to stay, the ongoing NHTSA investigation and information otherwise relevant as to the issues in this matter would be further illuminated given time.

    B) Co-plaintiff Angulo, who suffered serious personal injuries as a result of the incident, only recently filed and ultimately consolidated with Benavides moving forward.

    C) Plaintiffs Benavides and Angulo recently retained Don Slavik and Elise Sanguinetti, now co-counsel on (date). Both Slavik and Sanguinetti are

    presently litigating more than a dozen cases against Tesla in multiple jurisdictions in the United States and are on trial calendars for a number of those same cases, including a Tesla trial at the same time as the litigation at present before the Court.

  D) Relevant here is that no cases, none, have gone to trial against Tesla involving Auto Pilot or its component features. And dozens of cases around the United States, including many of which are presently being litigated by new co-counsel, are far older than the present litigation.

4. The relevance here is prejudice. The defendant has asked for relief from deadlines that can and should be moved to accommodate the co-plaintiff, co-counsel for both plaintiffs and to allow for the time needed such that certain truths and information relevant here to be both accessible and presentable to a finder of fact. And, as there is no prejudice here to the defendant, at all, the plaintiff asks for a continuance and further, relief from the order referenced order,

5. The Plaintiff requests a hearing as to the issues of both relief from the referenced Order and a Continuance.

**WHEREFORE**, the Plaintiff, NEIMA BENAVIDES, Personal Representative of the Estate of NAIBEL BENAVIDES LEON, deceased, moves this Honorable Court for Relief from Order Requiring Expedited Response.

Date: January 6, 2023       Respectfully submitted,

                /s/Todd Poses_____
                Todd Poses
                Fla Bar ID # 75922
                tposes@poseslawgroup.com
                Poses Law Group, P.A.
                169 East Flagler Street, Suite 1600
                Miami, Florida 33131
                Tel: (305) 577-0200
                Attorneys for Plaintiff Benavides

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>6th</u> day of January 2023, I served the foregoing document via e-mail to the following:

Thomas P. Brannigan
Drew P. Brannigan
Bowman and Brooke, LLP
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
thomas.brannigan@bowmanandbrooke.com
drew.brannigan@bowmanandbrooke.com

Henry Salas
9150 S. Dadeland Blvd.
Suite 1400
Miami, FL 33156
(786) 268-6419
henry.salas@csklegal.com

Elise R. Sanguinetti, Esq.
Arias Sanguinetti Wang & Torrijos, LLP
2200 Powell Street
Suite 740
Emeryville, CA 94608
Tel: (510) 629-4877
elise@aswtlawyers.com
assal@aswtlawyers.com

  

January 3, 2023

Thomas P. Branigan, Esquire
Drew P. Branigan, Esquire
Bowman and Brooke, LLP
41000 Woodward Ave.
Suite 200E
Bloomfield Hills, Michigan 48304
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

      **Re:**   **Benavides v. Tesla**
             **Case No.: 1:21-cv-21940-BB**

Dear Tom and Drew:

Thanks for discussing your draft Motion to Compel with Don Slavik and me this morning. As you requested, here's a proposal for moving forward with this matter:

1. Given that the Angulo v Tesla matter is being consolidated with the Benavides v Tesla matter, the upcoming deadlines are likely to be changed as counsel in Angulo needs time to conduct discovery and prepare for trial. We can make a joint motion to set aside the present schedule and request a Case Management Conference or I will do so on behalf of the Plaintiffs.

2. We will provide to you this week a spreadsheet identifying what Request each document produced recently by Plaintiffs responds to.

3. We will provide an updated Response to Tesla's Requests for Admission. However, please note that we still disagree with your position that they should be admitted.

4. I am contacting counsel for McGee to get permission to share the settlement agreement with Tesla. You've already agreed to keep said agreement confidential and not disseminate it or the information contained in it to anyone other than the parties in this action. Please confirm this in writing.

5. We are willing to extend the time for you to file your Motion to Compel by two weeks to see if we can further resolve the outstanding issues that we can't resolve in the meantime.

6. We would agree to having the expert disclosures pushed back 6 months, assuming the Court is agreeable to a continuance.

Sincerely,

TODD POSES

TP/mes

Cc: Henry Salas, Esq. (via e-mail: henry.salas@csklegal.com)
Don Slavik, Esq. (via e-mail: dslavik@slavik.us)
Elise Sanguinetti, Esq. (via e-mail: elise@aswtlawyers.com)