## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULLO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

## AFFIDAVIT OF TODD POSES, ESQ. SETTING FORTH GOOD CAUSE FOR TRIAL CONTINUANCE IN FURTHERANCE OF MOTION TO CONTINUE TRIAL

On this day personally appeared Todd Poses, Esq. who was sworn and says:

1. My name is Todd Poses.

2. I am counsel for Plaintiff, Neima Benavides, in the above captioned matter.

3. This action sounding in products liability claims centers around the design, functionality, and marketing of Defendant's Autopilot system.

4. The claims and allegations in this action are both numerous and extremely complex and involve the wholesale evaluation of a vast amount of extremely technical issues in a relatively new technology, along with evaluation of vast amounts of marketing

     materials from the most recognizable autonomous vehicle designer and manufacturer in the world.

5.  While all products liability cases are by nature complex and difficult, it is anticipated that this case will be far more complex and time consuming than most, both in terms of discovery and trial time.

6.  To that extent, it is anticipated that to conduct full and fair discovery (fact and expert) in this matter will take, at a bare minimum, the remainder of the 2023 calendar year.

7.  The Complaint for the undersigned counsel's client, Neima Benavides, was filed for the first time in this case on April 22, 2021.

8.  Given the recent nature of this action as well as the complexity of the claims at issue, it would be literally impossible for Plaintiff, Neima Benavides, to comply with the deadlines for fact and expert discovery or to be prepared to proceed to trial in June.

9.  Moreover, due to the technical complexity of the claims at issue, the undersigned counsel's client, Neima Benavides, has recently and/or is in the process of engaging Elise Sanguinetti, Esq. and Donald Slavik, Esq. as co-counsel in this matter.

10.  In conferring with Ms. Sanguinetti and Mr. Slavik, the undersigned has been advised that they agree with the need for a substantial continuance of trial in order to conduct the requisite fact and expert discovery in this action. Moreover, Mr. Slavik has indicated that he is currently conflicted for the June trial date as he is set for trial on an older matter during the same time period.

11.  The undersigned has conferred with Plaintiff, Neima Benavides, who agrees with the need for a continuance and has consented to same.

DATED this 6th day of January, 2023.

/s/Todd Poses
Affiant

  The foregoing instrument was acknowledged before me this <u>6th</u> day of January, 2023, by Todd Poses, Esq., who is, Personally known to me, and who took an oath stating that said statements are true and correct.

MARIA E. SMITH
MY COMMISSION # HH 231562
EXPIRES: June 19, 2026

*Maria E. Smith*
Notary Public
State of Florida

Commission No.: HH 231562