# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel*
*Benavides Leon, deceased,*

      Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.,*

      Defendant.

_____/

### Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

      Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.,*

      Defendants.

_____/

## AFFIDAVIT OF ADAM BOUMEL, ESQ. SETTING FORTH GOOD CAUSE FOR TRIAL CONTINUANCE IN FURTHEREANCE OF MOTION TO CONTINUE TRIAL

On this day personally appeared Adam T. Boumel, Esq. who was sworn and says:

1.     My name is Adam Boumel.

2.     I am counsel for Plaintiff, Dillon Angulo, in the above captioned matter.

3.     This action sounding in products liability claims centers around the design, functionality, and marketing of Defendant's Autopilot system.

4.     The claims and allegations in this action are both numerous and extremely complex and involve the wholesale evaluation of a vast amount of extremely technical issues in a relatively new technology, along with evaluation of vast amounts of marketing materials from the most recognizable autonomous vehicle designer and manufacturer in the world.

5.     While all products liability cases are by nature complex and difficult, it is anticipated that this case will be far more complex and time consuming than most, both in terms of discovery and trial time.

6.     To that extent, it is anticipated that to conduct full and fair discovery (fact and expert) in this matter will take, at a bare minimum, the remainder of the 2023 calendar year.

7.     The Complaint for the undersigned counsel's client, Dillon Angulo, was only filed for the first time in this case several months ago, on August 16, 2022.

8.     As of the current date, Plaintiff has not yet even propounded discovery to Defendant, and Defendant only served its first written discovery requests on Plaintiff just yesterday, January 9, 2023.

9.     Given the recent nature of this action as well as the complexity of the claims at issue, it would be literally impossible for Plaintiff, Dillon Angulo, to comply with the deadlines for fact and expert discovery or to be prepared to proceed to trial in June.

10.    Moreover, due to the technical complexity of the claims at issue, the undersigned counsel's client, Dillon Angulo, has recently and/or is in the process of engaging Elise Sanguinetti , Esq. and Donald Slavik, Esq. as co-counsel in this matter.

11.    In conferring with Ms. Sanguinetti and Mr. Slavik, the undersigned has been advised that they agree with the need for a substantial continuance of trial in order to conduct the requisite fact and expert discovery in this action. Moreover, Mr. Slavik has indicated that he is currently conflicted for the June trial date as he is set for trial on an older matter during the same time period.

12.    The undersigned has conferred with Plaintiff, Dillon Angulo, who agrees with the need for a continuance and has consented to same.

13.    Plaintiff's undersigned counsel further notes that he will be completely unavailable for approximately three week in December of 2023 through January of 2024 due to a long awaited pre-planned family trip.

DATED this 10th day of January, 2023.

_____
Affiant

The foregoing instrument was acknowledged before me this 10th day of January, 2023, by Adam T. Boumel, Esq., who is, Personally known to me, and who took an oath stating that said statements are true and correct.

_____
Notary Public
State of Florida

Commission No.: 11/17/24

LILIANIS ROMAN
MY COMMISSION # HH 064450
EXPIRES: November 17, 2024
Bonded Thru Notary Public Underwriters

Page 2 of 2