UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

**PLAINTIFF, NEIMA BENAVIDES' MOTION TO FILE PETITIONS UNDER SEAL**

    Plaintiff, NEIMA BENAVIDES, pursuant to Local Rule 5.4(b) and the Rules Regulating the Florida Bar 4-1.5, Fees and Costs for Legal Services, (f)(4)(B)(ii) and (f)(4)(D)(iii), and then to Seal these proceedings within the File for the reasons set forth below:

    1.    This action stems from an incident wherein the decedent, Naibel Benavides, was killed when, while standing outside of and adjacent to Co-Plaintiff, Angullo's parked motor vehicle, a Tesla vehicle designed and manufactured by Defendant was driving on Autopilot and collided with said vehicle in an extremely high-speed collision, causing the vehicles to violently slam into the decedent's body causing her death. Personal Representative for the deceased has brought this action

sounding in products liability, alleging inter alia that design and manufacturing defects in the subject Tesla vehicle – and particularly the autonomous driving functions of the vehicle - caused the collision at issue.

    2.    Plaintiff hereby moves for leave to file two separate Petitions under seal, as follows:

        a.    Plaintiff's Petition to Approve Contingency Fee Contract and to Seal File, made pursuant to Rule 4-1.5(f)(4)(B)(ii) of the Rules Regulating the Florida Bar ; and

        b.    Counsel's Petition to Authorize Fee Division, made pursuant to Rule 4-1.5(f)(4)(D)(iii) of the Rules Regulating the Florida Bar.

    3.    Both of the above cited rules specifically provide that the Petitions at issue are to be filed under seal.

    4.    Accordingly, Plaintiff and his counsel pray that this Honorable Court grant this Instant Motion and enter an Order providing that both Petitions and all related documents and Orders be filed and kept under seal indefinitely.

WHEREFORE, Plaintiff prays this Court grant this Motion.

                              Respectfully submitted,
                              /s/Todd Poses_____
                              Todd Poses
                              Fla Bar ID # 75922
                              tposes@poseslawgroup.com
                              Poses Law Group, P.A.
                              169 East Flagler Street, Suite 1600
                              Miami, Florida 33131
                              Tel: (305) 577-0200
                              Attorneys for Plaintiff Benavides

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on the following:

Thomas P. Brannigan
Drew P. Brannigan
Bowman and Brooke, LLP
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
thomas.brannigan@bowmanandbrooke.com
drew.brannigan@bowmanandbrooke.com

Henry Salas
9150 S. Dadeland Blvd.
Suite 1400
Miami, FL 33156
(786) 268-6419
henry.salas@csklegal.com