# EXHIBIT B

**POSES LAW GROUP, P.A.**

TODD POSES

ALFRED I DUPONT BUILDING
169 EAST FLAGLER STREET
SUITE 1600
MIAMI, FLORIDA 33131
PH:  (305) 577-0200
FAX: (305) 371-3550
tposes@poseslawgroup.com

NEIMA BENAVIDES, Personal
Representative of the Estate of
Naibel Benavides Leon, deceased
595 Mountain Avenue
Berkeley Heights, NJ 079252
Telephone 908-403-1183
Email: neimagarcia@yahoo.com

**CONTRACT AND AUTHORITY TO REPRESENT**

I do hereby retain and employ Poses Law Group, P.A., referred to as "Firm", as my attorneys to represent me in my claim against <u>TESLA, INC. a/k/a TESLA FLORIDA, INC.</u> and/or any responsible party as a result of an incident occurring on or about <u>April 25, 2019</u>.

**FEES**

All fees herein are contingent upon recovery. If no recovery is made, no fee is owed. As fees, I agree to pay, from the recovery, the greater of a fee awarded by the Court or the following:

a. 40% of any and all proceeds.

b. After any notice of appeal is filed, an additional 5% of any and all proceeds received. Poses Law Group, P.A. may hire, at its discretion, an appellate specialist to do such an appeal,

1 of 5

c. "Proceeds received" means all money received, including all attorney's fees and costs obtained in a settlement or awarded by a Court for any reason, including those obtained as a result of proposals for settlement or sanctions.

d. All fees are computed by applying the percentages above to the gross recovery before deductions of costs (whether taxable or not), before payment of medical bills, or liens of any kind.

e. In the event of a structured or periodic settlement, the fee will be calculated on the basis of the cost of the structure, or if cost is unknown, on the present money value of the structure. Fees and costs shall be paid upon settlement and not subject to a payout.

## COSTS

a. Poses Law Group, P.A. shall pay for all costs throughout litigation.
b. The Client shall get the benefit of any and all costs awarded post judgment.
c. Upon resolution the client is responsible for all costs outstanding and/or paid for by the Poses Law Group, P.A.

## WITHDRAWAL

I agree that my attorneys, upon determining this claim to be too difficult, or not meritorious, may withdraw without my objection. I understand this may occur months of even years after signing this agreement.

## POSES LAW GROUP, P.A.

### STATEMENT OF CLIENT'S RIGHTS

Before you, the prospective client, arrange a contingency fee agreement with a lawyer you should understand this statement of your rights as a client. This statement is not a part of the actual contract between you and your lawyer but, as a prospective client, you should be aware of these rights.

1. There is no legal requirement that a lawyer charge a client a set fee or a percentage of money recovered in a case. You, the client, have the right to talk with your lawyer about the proposed fee and to bargain about the rate or percentage as in any other contract. If you do not reach an agreement with one lawyer, you may talk with other lawyers.

2. Any contingency fee contract must be in writing and you have three (3) business days to reconsider the contract. You may cancel the contract without any reason if you notify your lawyer in writing within three (3) business days and will not then owe the lawyer a fee, although you may be responsible for the lawyer's actual costs during that time. If your lawyer begins to represent you, your lawyer may not withdraw from the case without giving you notice, delivering necessary papers to you, and allowing you time to employ another lawyer. Often, your lawyer must obtain court approval before withdrawing from the case. If you discharge your lawyer without good cause after the three (3) day period, you may have to pay a fee for work the lawyer has done.

3. Before hiring a lawyer, you have the right to know about the lawyer's education, training and experience. If you ask, the lawyer should tell you specifically about his or her actual experience dealing with cases similar to yours. If you ask, the lawyer should provide information about special training or knowledge and, if you request it, give you this information in writing.

4. Before signing a contingency fee contract with you, a lawyer must advise you whether he or she intends to handle your case alone or whether other lawyers will be helping with the case. If your lawyer intends to refer the case to other lawyers, he or she should tell you what kind of fee sharing arrangement will be made with the other lawyers. If lawyers from different law firms will represent you, at least one lawyer from each law firm must sign the contingency fee contract.

5. If your lawyer intends to refer your case to another lawyer or counsel with other lawyers, your lawyer should tell you about that at the beginning.

   If your lawyer takes the case and later decides to refer it to another lawyer or to associate with other lawyers, you should sign a new contract which includes the new lawyers. You also have the right to consult with each lawyer working on your case and each lawyer is legally responsible to represent your interests and is legally responsible for the acts of the other lawyers involved in the case.

6. You have the right to know in advance how you will need to pay the expenses and the legal fees at the end of the case. If you pay a deposit in advance for costs, you may inquire about how the money will be spent and, if applicable, how much remains unspent. Your lawyer should give a reasonable estimate about future necessary costs. If your lawyer agrees to advance you money to prepare or research the case, you have the right to know, periodically, how much money your lawyer has spent on your behalf. You also have the right to decide, after consulting with your lawyer, how much money is to be spend to prepare the case. If you pay the expenses, you have the right to decide how much to spend. Your lawyer should also inform you whether the fee will be based on the gross amount recovered or on the amount recovered minus the costs. Note: Poses Law Group, P.A. will compute your fee based on the gross amount.

7. You have the right to be told by your lawyer about possible adverse consequences if you lose the case. Those adverse consequences might include money which you might have to pay to your lawyer for costs, and liability you might have for attorney's fees and costs to the other party or parties.

8. You have the right to receive and approve a closing statement at the end of the case before you pay any money. The statement list all of the financial details of the entire case, including the amount recovered, all expenses, and a precise statement of your lawyer's fee. Until you approve the closing statement, you need not pay money to anyone, including your lawyer. You also have the right to have every lawyer or law firm working on your case sign this closing statement.

9. You have the right to ask your lawyer at reasonable intervals how the case is progressing and to have these questions answered to the best of your lawyer's ability.

10. You have the right to make the final decision regarding settlement of your case. Your lawyer must notify you of all offers of settlement before and after the trial. Offers during the trial must be immediately communicated and you should consult with your lawyer regarding decisions about accepting a settlement. However, you must make the final decision to accept or reject a settlement.

11. If at any time you believe that your lawyer has charged an excessive or illegal fee you have the right to report the matter to the Florida Bar, the agency that oversees the practice and behavior of all lawyers in Florida. For information on how to reach the Florida Bar, call 866-352-0707, or contact the local bar association. Any disagreement between you and your lawyer about a fee can be taken to court and you may wish to hire another lawyer to help you resolve this disagreement. Usual fee disputes must be handled in a separate lawsuit unless your fee contract provides for arbitration. You may request but may not require that a provision for arbitration (under chapter 682, Florida Statute, or under the fee arbitration rule of the Rules Regulating the Florida Bar) be included in your fee contract.

Review and receipt of the above Statement of Client's Rights is hereby acknowledged.

DATED at 595 Mountain Ave Berkeley Heights, NJ on the 17 day of November, 2022

_Neima Benavides_
CLIENT

_[signature]_
CLIENT

5 of 5

POSES LAW GROUP, P.A.

## ASSOCIATION WITH ADDITIONAL LAWYERS

I understand and agree that the law firm of POSES LAW GROUP, P.A. and ARIAS SANGUINETTI WANG & TORRIJOS, LLP and SLAVIK LAW are handling my case and there will be a division of fees as follows:

60% to Todd Poses, Esq of Poses Law Group, P.A.

and

40% to Elise R. Sanguinetti, Esq of Arias Sanguinetti Wang & Torrijos, LLP and Donald H. Slavik, Esq of Slavik Law

The above division of fees shall not increase the fees agreed to be paid pursuant to this Contract. The undersigned Associate Counsel agrees to be bound by all of the terms of the Authority to Represent, and agrees to assume the same legal responsibility in question as if the attorney of law firm were a partner of POSES LAW GROUP, P.A. All attorneys agree to be bound by the provisions of Florida Bar Rule 4.1.5

_____   1/6/2023
CLIENT  Neima Benavides           DATE

_____   1/11/23
TODD POSES, ESQ                   DATE
Poses Law Group, PA

_____   01/10/2023
ELISE R. SANGUINETTI, ESQ         DATE
Arias Sanguinetti Wang & Torrijos, LLP

_____   _____
DONALD H. SALVIK, ESQ             DATE
Slavik Law

1 of 1

POSES LAW GROUP, P.A.

## ASSOCIATION WITH ADDITIONAL LAWYERS

I understand and agree that the law firm of POSES LAW GROUP, P.A. and ARIAS SANGUINETTI WANG & TORRIJOS, LLP and SLAVIK LAW are handling my case and there will be a division of fees as follows:

<u>60% to Todd Poses, Esq of Poses Law Group, P.A.</u>

and

<u>40% to Elise R. Sanguinetti, Esq of Arias Sanguinetti Wang & Torrijos, LLP and Donald H. Slavik, Esq of Slavik Law</u>

The above division of fees shall not increase the fees agreed to be paid pursuant to this Contract. The undersigned Associate Counsel agrees to be bound by all of the terms of the Authority to Represent, and agrees to assume the same legal responsibility in question as if the attorney of law firm were a partner of POSES LAW GROUP, P.A. All attorneys agree to be bound by the provisions of Florida Bar Rule 4.1.5

_____        _____
CLIENT                                                                    DATE

_____        _____
TODD POSES, ESQ                                                  DATE
Poses Law Group, PA

_____        _____
ELISE R. SANGUINETT, ESQ                                 DATE
Arias Sanguinetti Wang & Torrijos, LLP

_/s/ Donald H. Slavik_____        _1/6/2023_____
DONALD H. SLAVIK, ESQ                                     DATE
Slavik Law