UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,
v.

TESLA, INC., a/k/a. Tesla Florida, Inc.,

    Defendant.
_____/

# PLAINTIFF'S RESPONSES TO TESLA'S MOTION TO ENFORCE ORDER and PLAINTIFF'S MOTION FOR CONTINUANCE

Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, by and through her undersigned counsel, files this Response to Tesla's Motion to Enforce Order [D.E. 68] and Plaintiff's Motion for Continuance, and states as follows:

1. The undersigned has complied with the Court's order, having filed responses to all outstanding discovery. All documents in responses to defendants request for production that the plaintiff can produce have been produced. All requests for admissions have been answered.

2. Regardless, the undersigned asks this Court for a continuance of the trial and of the deadlines as it relates to both our discovery process and expert disclosure. Attached please find correspondence from co-counsel Don Slavik requesting the same.

3. Further, the undersigned requests this Court for a hearing as to the request for continuance considering both the complexity of the issues in the instant matter and in consideration of the Court's lengthy inquiry at prior hearing.

POSES LAW GROUP, P.A.
Alfred I. DuPont Building
169 East Flagler Street
Suite 1600
Miami, FL 33131
(305) 577-0200 Telephone
(305) 371-3550 Facsimile
tposes@poseslawgroup.com
maria@poseslawgroup.com

/s/Todd Poses_____
TODD POSES, ESQ.
FBN: 0075922

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 13th day of January, 2023, a true and correct copy of the foregoing was served upon the following parties via electronic mail.

Thomas P. Branigan (*Pro Hac Vice*)
Drew P. Branigan (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, Michigan 48304
Tel: (248) 201-3300
Fax: (248) 205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

Henry Salas
COLE, SCOTT & KISSANE, P.A.
FBN: 815268
9150 South Dadeland Boulevard
Dadeland Centre II – Suite 1400
Miami, Florida 33156
Tel: (786) 268-6419
Fax: (305) 373-2294
henry.salas@csklegal.com
Attorneys for Defendant

/s/Todd Poses
TODD POSES, ESQ.
FBN: 0075922