# EXHIBIT A



January 13, 2023

Mr. Todd Poses
Poses and Poses P.A.
The Alfred I DuPont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131

Mr. Adam T. Boumel
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156

Re: *Benavides v Tesla, Inc.*, Case No. 1:21-cv-21940-BB
    *Angulo v. Tesla, Inc.*, Case No: 1:22-cv-22607-BB

Gentlemen:

As you know, Attorney Elise Sanguinetti and I have recently been formally retained by your respective clients to serve as co-counsel with your respective firms. We are both looking forward to being involved in the prosecution of this action. Based upon our significant experience in litigating numerous other actions against Tesla throughout the country, we believe this particular lawsuit raises questions and issues of paramount importance to the American public.

Unfortunately, review of the Scheduling Order in this action reveals a significant conflict with the current trial setting of June 19, 2023. Specifically, both Ms. Sanguinetti and I are presently scheduled to be in trial in another action against Tesla on June 20, 2023[1], and also are set for yet another action against Tesla on July 25, 2023[2]. Moreover, based on our experience in conducting case specific discovery against Tesla, we believe that completion of discovery in this instant action will require, at a minimum, the remainder of the 2023 calendar year.

In deference to the Court, I believe it would be improper for us to formally appear in this action knowing that we are conflicted with the current trial setting and unable to proceed as scheduled. Notwithstanding, I know

---

[1] In the matter of Harcourt v. Tesla, Inc., Superior Court of California, County of Santa Clara, Case No. 19CV358488
[2] In the matter of Ochoa v. Tesla, Inc., Superior Court of California, County of Los Angeles, Case No. 21STCV18060

Mr. Todd Poses
Mr. Adam T. Boumel
January 13, 2023
Page 2

that you have each recently moved to for a continuance of trial and the resetting of all scheduling deadlines. If the trial is rescheduled - hopefully to 2024 to allow for full discovery - we will formally appear in the action.

                                      Very truly yours,

                                      SLAVIK LAW FIRM LLC

                                      Donald H. Slavik

DHS/amp

cc:    Ms. Elise Sanguinetti