UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
_____/

**PLAINTIFF, DILLON ANGULO'S, SUPPLEMENT IN SUPPORT OF
<u>MOTION TO CONTINUE [D.E. 72]</u>**

    Plaintiff, DILLON ANGULO, by and through his undersigned counsel and pursuant to Local Rule 7.6, hereby respectfully provides this Supplement in Support of his Motion to Continue [D.E. 72], as follows:

    1.    While Defendant, Tesla, Inc., has not yet responded to Plaintiff's attempts to confer regarding Plaintiff's Motion for Continuance [D.E. 72], in Tesla's Reply in Support of Motion to Enforce Court Order [D.E. 80], Tesla did ask this Court to continue trial in this matter to February of 2024. (See, the first paragraph on page 5 of D.E. 80).

    2.    Accordingly, it is clear that Tesla agrees with the need and appropriateness of a

continuance of trial in this matter, and the only remaining dispute between the parties on this issue is with regards to timing - Plaintiff has requested that trial be continued to June of 2024 as opposed to Tesla's request for February of 2024.

3. The undersigned counsel reiterates the request that the case be continued to June of 2024, for the following reasons:

   a. <u>This is a very complex case</u>. At issue in this case are allegations of (1) defective design, (2) defective manufacturing, and (3) false and/or misleading advertising. Individually and on their own merits, each one of these three areas would render this case as complex and would require substantial time for fact and expert discovery. Taken all together, the time requirements to fully conduct discovery are and will be tremendous.

   b. <u>Plaintiffs are still awaiting the admission and/or appearance of their new co-counsel, national specialists Donald Slavik and Elise Sanguinetti</u>. As detailed in the letter from Mr. Slavik attached here as "Exhibit A", he has yet to move to appear in this case out of deference to this Honorable Court and his not wanting to appear while knowing that he cannot participate in trial as currently scheduled. Additionally, Mr. Slavik, who has ample experience litigating against Tesla, has indicated his belief that completion of full discovery in this case will require, at a minimum, the remainder of the 2023 calendar year.

   c. <u>Plaintiff's undersigned counsel has a pre-planned family trip that would make it extraordinarily difficult to proceed to trial in February of 2024</u>. As detailed in Plaintiff's Motion for Continuance and in the undersigned counsel's Affidavit of Good Cause [D.E. 72], the undersigned counsel will be completely unavailable for approximately three weeks in December of 2023 through January of 2024. Though not previously mentioned, the undersigned counsel now advises that this trip is to

celebrate the undersigned counsel's wife turning 40 by returning, with our kids and other family members in tow, to her country of birth in Asia. Given the length and timing of this trip, there is no feasible way that the undersigned would be able to be prepared to proceed to trial in this action in February. More specifically, given the nature of the undersigned's practice which is comprised of just two attorneys, the undersigned anticipates that to both catch up on all other actions and to fully prepare for what is sure to be a lengthy, complex and hotly disputed trial in this action will take the undersigned a minimum of 3-4 months following his return from this trip.

4. To the extent that this Court deems it appropriate, Plaintiff requests a hearing on this matter.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of January, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway
> Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By:   /s/ *Adam T. Boumel, Esq.*
> Adam T. Boumel, Esq.
> Florida Bar No.: 0110727
> Direct email: adam@roussolawfirm.com
> Service emails:
> Pleadings@roussolawfirm.com
> Frank@roussolawfirm.com