UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
_____/

**PLAINTIFF, DILLON ANGULO'S MOTION TO FILE PETITIONS UNDER SEAL**

    Plaintiff, DILLON ANGULO, pursuant to Local Rule 5.4(b) and the Rules Regulating the Florida Bar 4-1.5, Fees and Costs for Legal Services, (f)(4)(B)(ii) and (f)(4)(D)(iii), and then to Seal these proceedings within the File for the reasons set forth below:

    1.    This action stems from an incident wherein Plaintiff suffered life threatening and life altering personal injuries when, while standing outside of and adjacent to his lawfully parked motor vehicle, a Tesla vehicle designed and manufactured by Defendant was driving on Autopilot and collided with Plaintiff's vehicle in an extremely high-speed collision, causing the vehicles to

violently slam into Plaintiff's body. Plaintiff has brought this action sounding in products liability, alleging inter alia that design and manufacturing defects in the subject Tesla vehicle – and particularly the autonomous driving functions of the vehicle - caused the collision at issue.

2. Plaintiff hereby moves for leave to file two separate Petitions under seal, as follows:

   a. Plaintiff's Petition to Approve Contingency Fee Contract and to Seal File, made pursuant to Rule 4-1.5(f)(4)(B)(ii) of the Rules Regulating the Florida Bar ; and

   b. Counsel's Petition to Authorize Fee Division, made pursuant to Rule 4-1.5(f)(4)(D)(iii) of the Rules Regulating the Florida Bar.

3. Both of the above cited rules specifically provide that the Petitions at issue are to be filed under seal.

4. Accordingly, Plaintiff and his counsel pray that this Honorable Court grant this Instant Motion and enter an Order providing that both Petitions and all related documents and Orders be filed and kept under seal indefinitely.

WHEREFORE, Plaintiff prays this Court grant this Motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

>THE ROUSSO, BOUMEL LAW FIRM, PLLC.
>9350 South Dixie Highway
>Suite 1520
>Miami, Florida 33156
>(305) 670-6669
>
>By:   /s/ *Adam T. Boumel, Esq.*
>       Adam T. Boumel, Esq.
>       Florida Bar No.: 0110727
>       Direct email: adam@roussolawfirm.com
>       Service emails:
>       Pleadings@roussolawfirm.com
>       Frank@roussolawfirm.com