UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

     Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

     Defendant.

_____/


DILLON ANGULO,                Case 1:22-22607-KMM

     Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.


     Defendant.

_____/


## TESLA, INC.'S RESPONSE IN OPPOSITION TO DILLON ANGULO'S MOTION TO CONTINUE TRIAL TO JUNE, 2024

     Tesla, Inc. ("Tesla"), through its undersigned counsel, hereby responds to

Plaintiff Dillon Angulo's Motion to Continue Trial (Dkt. 72), and states that it

**OPPOSES** Plaintiff's request that trial be continued to June, 2024.  For the reasons stated in Tesla's Motion to Enforce Discovery Order (Dkt. 68) and Tesla's Reply in Support (Dkt. 80), Tesla respectfully Requests that this Honorable Court limit any continuance granted for trial to February, 2024 or earlier.

In support of Tesla's Response in Opposition, Tesla Relies on Tesla's Motion to Enforce Discovery Order (Dkt. 68), Tesla's Reply in Support (Dkt. 80), and all other materials submitted to the Docket for this matter.

## CONCLUSION

WHEREFORE, Tesla respectfully requests that this honorable Court GRANT the relief requested above.

Date: January 24, 2023

Respectfully submitted,

By:  /s/ Henry Salas
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 786-268-6419
Fax: 305-373-2294
henry.salas@csklegal.com

- and –

THOMAS P. BRANIGAN *(Admitted Pro Hac Vice)*
DREW P. BRANIGAN *(Admitted Pro Hac Vice)*
BOWMAN AND BROOKE LLP

41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, MI 48304
248.205.3300 / 248.205.3399 fax
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

***Attorneys for Defendant TESLA, Inc.***

27292564v2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 24, 2023, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ADAM T. BOUMEL, ESQ.
Florida Bar No.: 0110727
DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com
(primary)
Frank@roussolawfirm.com
(secondary)

***Attorneys for Plaintiff Dillon Angulo***

Todd Poses, Esquire
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

***Attorneys for Plaintiff Neima Benavides***

Elise R. Sanguinetti, Esq. (PHV)
ARIAS SANGUINETTI WANG & TORRIJOS, LLP
2200 Powell Street, Suite 740
Emeryville, CA 94608
T: 510.629.4877
M: 310.844.9696
F: 510.291.9742
E: elise@asstlawyers.com
E: ncservice@aswtlawyers.com

***Co-Counsel for Plaintiffs Benavides and Angulo***

Respectfully submitted,

By: *s/Henry Salas*_____