UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes NEIMA

BENAVIDES, as Personal
Representative of the Estate of Naibel Benavides
Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc., Defendant.
_____/

DILLON ANGULO,                         Case 1:22-22607-KMM

      Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

      Defendant.

_____/

## **TESLA, INC.'S EXPERT DISCLOSURES**

Defendant, Tesla, Inc., ("Tesla"), by its attorneys, Bowman and Brooke LLP, and pursuant to Fed.R.Civ.P. 26(a)(2)(B), submits the following Expert Disclosure:

The experts identified have relied upon their knowledge, skill, education, background, experience and training in prepare their opinions. Tesla's disclosure of expert opinions, as well as the basis for said opinions, is intended to be a reasonable disclosure as of this date. Tesla will supplement this disclosure if and when appropriate, consistent with Fed.R.Civ.P. 26(e). The

information provided in this disclosure are intended to be a statement of and general description about the opinions held by these experts that can be more fully explained and developed during their depositions.  Each of Tesla's experts will respond to and/or rebut Plaintiffs' experts' opinions and conclusions as appropriate.  Tesla reserves the right to supplement, amend and/or modify this Expert Disclosure and serve supplemental expert reports, as permitted, to the extent necessary.

    1.   David M. Cades, Ph.D.
         Exponent
         525 W. Monroe Street, Ste. 1050
         Chicago, IL  60664

Dr. Cades is an Engineer and he is expected to testify as an expert on issues related to Human Factors, human and machine interface, product/vehicle related instructions, warnings and messages. In anticipation of a ruling on Tesla's Motion to Enforce Order Regarding Plaintiff's Discovery Responses (Dkt. 68) and Plaintiff Dillon Angulo's Motion to Continue Trial (Dkt. 72) (the "Motion"), Tesla intends to serve a copy of Dr. Cades' expert report on Plaintiffs after resolution of  those motions and consistent with any obligations imposed by this Court thereafter. Dr. Cades' report will contain the substance of Dr. Cades' opinions, as well as the basis and reasons for them; the facts, data or other information considered by Dr. Cades in forming his opinions; and exhibits used to summarize or support Dr. Cades' opinions.

    2.   James Walker, Jr.
         Carr Engineering, Inc.
         12500 Castlebridge Drive
         Houston, TX  77065-4532

Mr. Walker is an Engineer and he is expected to testify as an expert on issues related to accident investigation and reconstruction, vehicle dynamics and handling, design and performance of advance driver assist systems, the Subject Incident, and its cause. In anticipation of a ruling on Tesla's Motion to Enforce Order Regarding Plaintiff's Discovery Responses (Dkt. 68) and Plaintiff

Dillon Angulo's Motion to Continue Trial (Dkt. 72) (the "Motion"), Tesla intends to serve a copy of Mr. Walker's expert report on Plaintiffs after resolution of those motions and consistent with any obligations imposed by this Court thereafter. Mr. Walker's report will contain the substance of Mr. Walker's opinions, as well as the basis and reasons for them; the facts, data or other information considered by Mr. Walker's in forming his opinions; and exhibits used to summarize or support Mr. Walker's opinions.

Date: January 24, 2023                     Respectfully submitted,

By:  /s/ Henry Salas
     HENRY SALAS (815268)
     COLE SCOTT & KISSANE
     9150 S Dadeland Blvd Ste 1400
     Miami, FL 33156-7855
     Office: 786-268-6419
     Fax: 305-373-2294
     henry.salas@csklegal.com

          - and –

     THOMAS P. BRANIGAN *(Admitted Pro Hac Vice)*
     DREW P. BRANIGAN *(Admitted Pro Hac Vice)*
     BOWMAN AND BROOKE LLP
     41000 Woodward Avenue
     Suite 200 East
     Bloomfield Hills, MI 48304
     248.205.3300 / 248.205.3399 fax
     thomas.branigan@bowmanandbrooke.com
     drew.branigan@bowmanandbrooke.com

     ***Attorneys for Defendant TESLA, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 24, 2023, I electronically file the foregoing paper with the

Clerk of the Court using the ECF system which will send notification of such filing to the

following:

ADAM T. BOUMEL, ESQ.
Florida Bar No.: 0110727
DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO, BOUMEL LAW FIRM,
PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com
(primary)
Frank@roussolawfirm.com
(secondary)

*Attorneys for Plaintiff Dillon Angulo*

Todd Poses, Esquire
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

Elise R. Sanguinetti, Esq. (PHV)
ARIAS SANGUINETTI WANG &
TORRIJOS, LLP
2200 Powell Street, Suite 740
Emeryville, CA 94608
T: 510.629.4877
M: 310.844.9696
F: 510.291.9742
E: elise@asstlawyers.com
E: ncservice@aswtlawyers.com

*Co-Counsel for Plaintiffs Benavides and
Angulo*

Respectfully submitted,

By:   *s/Henry Salas*_____