UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

**ORDER AMENDING SCHEDULING ORDER
AND CERTAIN PRETRIAL DEADLINES**

**THIS CAUSE** is before the Court upon Plaintiff Dillon Angulo's Motion to Continue Trial, ECF No. [72], filed on January 10, 2023. Therein, Plaintiff requests that the current trial date of June 19, 2023 be continued to June 2024. *Id*. at 4. Defendant Tesla, Inc. agrees to a continuance to February 2024. The Court finds good cause to **AMEND** the Scheduling Order, **ECF No. [50]**, as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **March 11, 2024, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, March 5, 2024**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

| | |
|---|---|
| **October 17, 2023** | Parties disclose experts and exchange expert witness summaries or reports. |
| **October 31, 2023** | Parties exchange rebuttal expert witness summaries or reports. |
| **November 14, 2023** | All discovery, including expert discovery, is completed. |
| **December 6, 2023** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all <u>dispositive motions</u>**. |
| **February 26, 2024** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

All other provisions set forth in the Court's Scheduling Order, ECF No. [50], remain strictly in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 25, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record