UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-21940-BLOOM/OTAZO-REYES

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,
    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,
    Defendant.
_____/

DILLON ANGULO,                               Case 22-CV-22607-KMM
    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,
    Defendant.
_____/

## AMENDED ORDER

THIS CAUSE came before the Court upon Defendant Tesla, Inc. a/k/a Tesla Florida, Inc.'s (hereafter, "Defendant") Motion to Enforce Order Regarding Plaintiff's Discovery Responses and for Sanctions [D.E. 68] (hereafter, "Motion to Enforce"). This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 8]. The undersigned held a hearing on this matter on February 6, 2023. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Defendant's Motion to Enforce, which requested that Defendant's Requests for Admission be deemed admitted, is DENIED. As stated at the hearing, the undersigned found that Plaintiff Neima Benavides timely and sufficiently answered Defendant's Requests for Admission, based on the successive extensions of time granted to her by Defendant's counsel and the requirements of Fed. R. Civ. P. 36. Therefore, the undersigned

1

also denies Defendant's request for discovery sanctions.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on this 7th day of February, 2023.

                                                                     ALICIA M. OTAZO-REYES
                                                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Beth Bloom
Counsel of record