UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,
v.

TESLA, INC., a/k/a. Tesla Florida, Inc.,

    Defendant.

_____

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of David W. Terry of the law firm of Slavik Law Firm, LLC, 3001 South Lincoln Avenue, Suite C-1, Steamboat Springs, CO 80487, (970) 457-1011, for purposes of appearance as co-counsel on behalf of Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit David W. Terry to receive electronic filings in this case, and in support thereof states as follows:

    1.    David W. Terry is not admitted to practice in the Southern District of Florida and is a member in good standing in the following Courts:

    State of Texas – 1986

    USDC Northern District of Texas

    USDC Eastern District of Texas

    2.    Movant, Todd Poses, Esquire, of the law firm of Poses and Poses, P.A., 169 East Flagler Street, Suite 1600, Miami, Florida 33131, Tel: (305) 577-0200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things

that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, David W. Terry has made payment of this Court=s $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.  David W. Terry, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to David W. Terry at email address: dterry@slavik.us.

WHEREFORE, Todd Poses, moves this Court to enter an Order allowing David W. Terry, to appear before this Court on behalf of Plaintiff Benavides, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David W. Terry.

Date: February 8, 2023                                                    Respectfully submitted,

s/ToddPoses            __

Todd Poses
Fla Bar ID # 75922
tposes@poseslawgroup.com
Poses Law Group, P.A.
169 East Flagler Street, Suite 1600
Miami, Florida 33131
Tel: (305) 577-0200
Attorneys for Plaintiff Benavides

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA (MIAMI)**

**Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a. Tesla Florida, Inc.,

    Defendant.

_____

**CERTIFICATION OF DAVID W. TERRY**

David W. Terry, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Texas, State Bar, No. 19797100)  and the United States District Court of Texas; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                     */s/ David W. Terry*
                                                                      David W. Terry

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA (MIAMI)

### Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v

TESLA, INC., a/k/a. Tesla Florida, Inc.,

    Defendant.

_____

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for David W. Terry, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the ⌐Motion¬), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED.  David W. Terry, may appear and participate in this action on behalf of Benavides Plaintiffs.  The Clerk shall provide electronic notification of all electronic filings to David W. Terry, at dterry@slavik.us.

    DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

                                                                                            United States District Judge

Copies furnished to: All Counsel of Record