UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes NEIMA

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel Benavides
Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc., Defendant.
_____/

DILLON ANGULO,                         Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

## JOINT MOTION TO EXTEND MEDIATION DEADLINE

The Parties, through their undersigned counsel, respectfully move this honorable Court to amend the deadline for mediation set in the Court's Order Consolidating Cases (Dkt. 10) from March 7 to November 21. In support of this Motion, the Parties state the following:

1. This is a product liability action involving the tragic death of Naibel Benavides Leon.

27364720v1

2. On April 22, 2021, Plaintiff Neima Benavides, as Personal Representative of Naibel Benavides' Estate, filed a complaint against Tesla, Inc.

3. Subsequently, on August 16, 2022 Plaintiff Dillon Angulo filed a separate action against Tesla arising out of the same incident.

4. On August 31, 2022, this Court entered an Order Consolidating Cases and Amending Scheduling Order. As part of that Order, the Court required the Parties to conduct a second round of mediation no later than March 7, 2022.

5. Plaintiff Neima Benavides and Defendant Tesla previously engaged in mediation on November 10, 2021.

6. The Parties are currently scheduled to engage in a second round of mediation on February 14, 2023.

7. On January, 10, 2023 Plaintiff Dillon Angulo moved to continue trial, in part due to his recent addition to the case.

8. On January 26, 2023, this Court entered an Order Amending Scheduling Order and Certain Pretrial Deadlines. In pertinent part, the Court continued trial to March, 2024 and extended the discovery deadline to November 14, 2023 (*See* Dkt. 91).

9. The Parties intend to conduct additional discovery for this case, including written discovery, as well as multiple fact and expert witness depositions.

10. Given the recent addition of Dillon Angulo as a party, and the additional discovery to be completed, the Parties do not believe that a second round of mediation would be fruitful within the current time allotted.

11. Consequently, the Parties respectfully request that this Court amend the March 7, 2022 deadline so that mediation must be completed no later than November 21, 2023 – one week after the current discovery deadline.

12. The Parties will work diligently and cooperatively to re-schedule their second round of mediation.

## CONCLUSION

WHEREFORE, the Parties respectfully ask the Court to amend the deadline to complete a second round of mediation from March 7, 2023 to November 21, 2023.

## Local Rule 7.1(a)(3) Certification

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiffs and Defendant have conferred in good faith and agree to the relief requested in this motion.

ADAM T. BOUMEL, ESQ.
Florida Bar No.: 0110727
DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com
(primary)
Frank@roussolawfirm.com
(secondary)

*Attorneys for Plaintiff Dillon Angulo*

TODD POSES, ESQUIRE
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

DOUGLAS EATON, ESQUIRE
Florida Bar No.:129577
EATON & WOLK, PL
2665 S. Bayshore Drive, Suite 609
Miami, FL  33133
(786) 752-4742
(786) 350-3079
deaton@eatonwolk.com

*Attorneys for Plaintiff Neima Benavides*

Respectfully submitted,

By: /s/ Henry Salas
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 786-268-6419
Fax: 305-373-2294
henry.salas@csklegal.com

- and –

THOMAS P. BRANIGAN *(Admitted Pro Hac Vice)*
DREW P. BRANIGAN *(Admitted Pro Hac Vice)*
BOWMAN AND BROOKE LLP
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, MI 48304
248.205.3300 / 248.205.3399 fax
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

***Attorneys for Defendant TESLA, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ADAM T. BOUMEL, ESQ.
Florida Bar No.: 0110727
DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
Frank@roussolawfirm.com (secondary)

*Attorneys for Plaintiff Dillon Angulo*

TODD POSES, ESQUIRE
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

DOUGLAS EATON, ESQUIRE
Florida Bar No.:129577
EATON & WOLK, PL
2665 S. Bayshore Drive, Suite 609
Miami, FL  33133
(786) 752-4742
(786) 350-3079
deaton@eatonwolk.com

*Attorneys for Plaintiff Neima Benavides*

Respectfully submitted,

By:  *s/Henry Salas*