UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

**Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

     Plaintiff,

v.

TESLA, INC., a/k/a. Tesla Florida, Inc.,

     Defendant.

_____

**NOTICE OF APPEARANCE *PRO HAC VICE* ON BEHALF OF PLAINTIFF BENAVIDES**

     Please take notice that Donald H. Slavik of the law firm of Slavik Law Firm, LLC, previously permitted by the Court to Appear Pro Hac Vice in this action [ECF No. 98], hereby enters an appearance as co-counsel of record on behalf of Plaintiff Benavides and requests that all future correspondence, docket notices, or other official communications directed or pertaining to Plaintiff Benavides be served at the address(es) listed below. All information provided in support of Mr./Ms. Slavik's initial Pro Hac Vice motion [ECF No. 95] remains current and correct, including sponsoring co-counsel.

Date: February 12, 2023                                    Respectfully submitted,

                                                                         */s/ Donald H. Slavik*
                                                                     Donald H. Slavik
                                                                     *Admitted Pro Hac Vice on 02/09/2023*
                                                                     dslavik@slavik.us
                                                                     Slavik Law Firm LLC
                                                                     3001 South Lincoln Avenue
                                                                     Suite C-1
                                                                     Steamboat Springs, CO 80487
                                                                     Phone: (970) 457-1011
                                                                     Fax:    (267) 878-7697

                                                                 *Attorneys for Plaintiff Benavides*