UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a. Tesla Florida, Inc.,

    Defendant.

**NOTICE OF APPEARANCE *PRO HAC VICE* ON BEHALF OF PLAINTIFF BENAVIDES**

Please take notice that David W. Terry of the law firm of Slavik Law Firm, LLC, previously permitted by the Court to Appear Pro Hac Vice in this action [ECF No. 99], hereby enters an appearance as co-counsel of record on behalf of Plaintiff Benavides and requests that all future correspondence, docket notices, or other official communications directed or pertaining to Plaintiff Benavides be served at the address(es) listed below. All information provided in support of Mr./Ms. Slavik's initial Pro Hac Vice motion [ECF No. 96] remains current and correct, including sponsoring co-counsel.

Date: February 12, 2023                        Respectfully submitted,

                                                     /s/ David W. Terry
                                                 David W. Terry
                                                 *Admitted Pro Hac Vice on 02/09/2023*
                                                 dterry@slavik.us
                                                 Slavik Law Firm LLC
                                                 3001 South Lincoln Avenue
                                                 Suite C-1
                                                 Steamboat Springs, CO 80487
                                                 Phone: (970) 457-1011
                                                 Fax:   (267) 878-7697

                                                *Attorneys for Plaintiff Benavides*