UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NOTICE OF MEDIATION

**NEIMA BENAVIDES**, Personal
Representative of the Estate of
**NAIBEL BENAVIDES LEON,**
deceased,

      Plaintiff,

v.

**TESLA, INC., a/k/a/ TESLA FLORIDA, INC.**
      Defendant.
_____/

**DILLON ANGULO,**

      Plaintiff,

v.

**TESLA, INC. a/k/a Tesla Florida, Inc.**
 **Defendant.**
_____/

**PLEASE TAKE NOTICE** that this ½-day mediation has been set as follows:

MEDIATOR:    STANFORD BLAKE

LOCATION:    ZOOM

Join Zoom Meeting

https://us02web.zoom.us/j/88958202048?pwd=R2tpT2JGMjZnRnB0eCtkY09CbWlRUT09

Meeting ID: 889 5820 2048

Passcode: 538381

DATE:         WEDNESDAY, JULY 12, 2023

TIME:    1:30 PM

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on the 14TH day of APRIL 2023 via email to:

| | |
|---|---|
| Todd Poses, Esq.<br>POSES & POSES, P.A.<br>Alfred I. Dupont Building<br>169 East Flagler Street, Suite 1600<br>Miami, FL 33131<br>tposes@posesandposes.com<br>maria@posesandposes.com<br><br>Attorney for Plaintiff Neima Benavides | ADAM T. BOUMEL, ESQ.<br>DARREN J. ROUSSO, ESQ.<br>THE ROUSSO, BOUMEL LAW FIRM, PLLC.<br>9350 South Dixie Highway Suite 1520<br>Miami, Florida 33156<br>pleadings@roussolawfirm.com<br>Frank@roussolawfirm.com<br>Adam@roussolawfirm.com<br>Darren@roussolawfirm.com<br><br>Attorney for Plaintiff, Dillon Angulo |
| Thomas P. Branigan, Esq. (Admitted Pro Hac Vice)<br>Drew P. Branigan, Esq. (Admitted Pro Hac Vice)<br>Bowman and Brooke LLP<br>41000 Woodward Avenue<br>Suite 200 East<br>Bloomfield Hills, MI 48304<br>thomas.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br><br>Attorney for Defendant Tesla, Inc. | |
| Henry Salas, Esq. (815268)<br>COLE SCOTT & KISSANE<br>9150 S Dadeland Blvd Ste 1400<br>Miami, FL 33156-7855<br>henry.salas@csklegal.com<br><br>Attorney for Defendant Tesla, Inc. | |

Respectfully submitted,

*[signature]*

_____
STANFORD BLAKE, MEDIATOR
2 GROVE ISLE DRIVE #203
MIAMI, FL 33133
Tel: (305) 890-6331
Email: stan@stanfordblakemediation.com