UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing in the above-styled action has been set as follows:

Date:     Wednesday, June 14, 2023

Time:     9:30 AM

Judge:     The Honorable Alicia Otazo-Reyes

Place:     Via Zoom (link to be provided)

Substance of discovery matter to be heard:

1. Tesla's failure to provide any materials in response to Plaintiff's Second Request for Production propounded on March 15, 2023, including but not limited to the electronic Car Log File which is in the exclusive possession of Tesla and contains critical documentary evidence pertaining to the collision at issue.

2. Tesla's failure to produce any materials in response to Plaintiff's Notice of Taking

Deposition Duces Tecum of Tesla's 30(b)(6) designated corporate representative, sent to Tesla on March 2, 2023. For reference, a meet and confer on that deposition notice was conducted on March 7, 2023, at which time Tesla agreed that it "will respond to the document request portion of the NOD like it is a FRCP 34 RFP".

**CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel has conferred with counsel for Tesla, Inc., in a good faith effort to resolve the issues raised in this motion, to no avail.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of May, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By:  **/s/ *Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email: adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com
Frank@roussolawfirm.com

## SERVICE LIST

**Cole, Scott & Kissane, P.A.**
9150 S. Dadeland Blvd, Suite 1400
Miami, Florida 33156
**Attn: Henry Salas, Esq.**
henry.salas@csklegal.com
leisy.martinez@csklegal.com
*Counsel for Defendant, Tesla, Inc.*

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Thomas P. Branigan, Esq.**
**Attn: Drew P. Branigan, Esq.**
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant, Tesla, Inc.*

**Aria Sanguinetti Wang & Torrijos, LLP**
2200 Powell Street, Suite 740
Emeryville, CA 94608
**Attn: Elise R. Sanguinetti, Esq.**
elise@aswtlawyers.com
ncservice@aswtlawyers.com
*Co-Counsel for both Plaintiffs.*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiff, Neima Benavides*

**Slavik Law Firm, LLC**
30001 S. Lincoln Ave, Suite C-1
Steamboat Springs, CO 80487
**Attn: Donald Slavik, Esq.**
dslavik@slavik.us
dcaudle@slavik.us
*Co-Counsel for both Plaintiffs.*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Co-Counsel for both Plaintiffs.*