UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

## AMENDED NOTICE OF HEARING

(Amended only to reflect the parties continued efforts to narrow and resolve the issues)

    PLEASE TAKE NOTICE that a hearing in the above-styled action has been set as follows:

Date:    Wednesday, June 14, 2023

Time:    9:30 AM

Judge:    The Honorable Alicia Otazo-Reyes

Place:    Via Zoom (link to be provided)

Substance of discovery matter to be heard:

1. Tesla's objections to and failure to produce materials in response to Plaintiff's Second Request for Production propounded on March 15, 2023.

    Of note: The parties have continued to confer to narrow and resolve the issues, and

anticipate being able to present some agreements to the Court at the time of hearing.

Of additional note: When Plaintiff initially filed this Notice of Hearing on May 24, 2018, Tesla had not yet produced *any* materials responsive to Plaintiff's Second Request for Production, most notably and importantly the electronic car log file which contains critical documentary evidence pertaining to the collision at issue. Then, on June 7, 2023, Tesla did finally produce a portion of that log file, but still failed to produce the entire file. Specifically, Tesla produced three different excel spreadsheets which together are supposed to comprise the car log file. While the first spreadsheet produced by Tesla did contain pertinent data related to the subject collision, the second and third spreadsheets (which contain completely different information than spreadsheet # 1) did not contain data related to the subject collision, and instead related to an earlier and irrelevant time frame – meaning Plaintiffs are still missing a significant portion of the log file. Additionally, the log file that was produced only displayed time to the nearest second, whereas it should display to the nearest millisecond.

2. Tesla's objections to and failure to produce any materials in response to Plaintiff's Notice of Taking Deposition Duces Tecum of Tesla's 30(b)(6) designated corporate representative, sent to Tesla on March 2, 2023. For reference, a meet and confer on that deposition notice was conducted on March 7, 2023, at which time Tesla agreed that it "will respond to the document request portion of the NOD like it is a FRCP 34 RFP".

As noted above, the parties have continued to confer to narrow and resolve the issues, and anticipate being able to present some agreements to the Court at the time of hearing.

**CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel has conferred with counsel for Tesla, Inc., in a good faith effort to resolve the issues raised in this motion, to no avail.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway
> Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By:  **/s/ *Adam T. Boumel, Esq.***
> Adam T. Boumel, Esq.
> Florida Bar No.: 0110727
> Direct email: adam@roussolawfirm.com
> Service emails:
> Pleadings@roussolawfirm.com
> Frank@roussolawfirm.com