UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-21940-BLOOM/OTAZO-REYES

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,
    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,
    Defendant.
_____/

DILLON ANGULO,                              Case 22-CV-22607-BLOOM
    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,
    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiffs Neima Benavides and Dillon Angulo's ( "Plaintiffs") and Defendant Tesla, Inc.'s ("Tesla") (together "Parties") dispute over the terms of a proposed protective order to be entered in this matter. The undersigned held a hearing on this matter on June 28, 2023 (hereafter, "Hearing"). In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that the proposed protective order shall include the following terms:

1.    The sharing of Confidential and Highly Confidential information from this case shall be limited to counsel for plaintiffs in other cases where the vehicle was a 2019 Model S Tesla, with auto pilot hardware version 3 and software version 9.0 (hereafter, "sharing scope"). This ruling is without prejudice to Plaintiffs seeking to reasonably expand the sharing scope,

after the Parties engage in an unsuccessful meet and confer effort.

2. Information designated in the proposed protective order as "Highly Confidential" shall only be shared with attorneys and experts, subject to those individuals signing Tesla's proposed Non-disclosure Agreement.

3. All other disputes regarding the terms of the proposed protective order have been resolved pursuant to the Parties' agreements or the undersigned's rulings at the Hearing.

4. The Parties shall promptly submit for the undersigned's execution a proposed protective order that comports with the foregoing terms.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this <u>28th</u> day of June, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Beth Bloom
Counsel of record