UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON,
deceased,

    Plaintiff,

vs.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.

    Defendant.
_____/

DILLON ANGULO

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing in the above-above styled action has been set as follows:

    Date:    Thursday, September 7, 2023

    Time:    1:30 p.m.

    Judge:    Honorable Alicia Otazo-Reyes

CASE:  2021-cv-21940-BLOOM/Otazo-Reyes

Place:      Via ZOOM

Motion:    DISCOVERY HEARING

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on 31st day of August, 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send an automatic e-mail message to the following parties who are registered with the e-Filing Portal:

Respectfully submitted,

By:    /s/Henry Salas
HENRY SALAS
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com
sean.hernandez@csklegal.com

 /s/ Thomas Branigan
Thomas P. Branigan (Pro Hac Vice)
Drew P. Branigan (Pro Hac Vice)
Bowman and Brooke LLP
41000 Woodward Avenue, Suite 200
East Bloomfield Hills, Michigan 48304
Office: 248-205-3300
Fax: 248-205-3399
tom.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com