UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                    Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

## UNOPPOSED MEMORANDUM CONCERNING SEPTEMBER 7 DISCOVERY HEARING

Defendant Tesla, Inc. ("Tesla"), through its undersigned counsel, submits this

Memorandum concerning the September 7, 2023 hearing, and moves (unopposed)

1

28477100v3
28477100v4

this Court to enter the attached "Order" (Exhibit A) compelling the production of Plaintiff Dillon Angulo's Settlement Agreement with George Brian McGee within seven (7) days of entry.  In support of this unopposed motion, Tesla states as follows:

This case arises out of an April 25, 2019 two-vehicle collision in Key Largo, Florida.  On that day, non-party George Brian McGee was operating his 2019 Tesla Model S, when he collided with a Chevrolet Tahoe parked on the side of the road, which in turn struck and killed Naibel Benavides and injured Dillon Angulo. Subsequent to this crash, Plaintiff Dillon Angulo signed a settlement and release agreement (the "Agreement") to resolve his claims against George Brian McGee. Tesla sent a Request for Production asking Mr. Angulo to produce this settlement agreement.  Mr. Angulo has indicated that he does not oppose Tesla's request, but – pursuant to the Agreement's confidentiality provision – he is not permitted to disclose this information without a court order.  Once produced, this Agreement may be treated as confidential pursuant to the standing Protective Order in the instant case (Dkt. 126).  Consequently, the parties conferred and Plaintiff Dillon Angulo does not oppose Tesla's motion to compel this settlement agreement.

## CONCLUSION

WHEREFORE, Tesla requests that this Court enter the proposed Order (attached as "Exhibit A") compelling the production of an unredacted version of

Plaintiff Dillon Angulo's release Agreement with George Brian McGee within seven (7) days of entry.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that Counsel for Tesla conferred with Plaintiffs' counsel via telephone on August 30, and again via email on September 1, 2023, and counsel for Dillon Angulo indicated that he does not oppose Tesla's Motion.

28477100v3
28477100v4

Respectfully submitted,

By: _s/Henry Salas_____
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

- and –

THOMAS P. BRANIGAN (Admitted Pro Hac Vice)

DREW P. BRANIGAN (Admitted Pro Hac Vice)

BOWMAN AND BROOKE LLP

101 W. Big Beaver Road

Suite 1100

Troy, MI  48084

248.205.3300 / 248.205.3399 fax

thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

Attorneys for Defendant TESLA, Inc.

4

28477100v3
28477100v4

## CERTIFICATE OF SERVICE

I hereby certify that on September 5th, 2023, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel for all parties of record.

Respectfully submitted,


By: _s/Henry Salas_____
     Henry Salas, Esq.

28477100v3
28477100v4