(EXHIBIT A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                        Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

## **ORDER GRANTING UNOPPOSED MOTION TO COMPEL**

    WHEREFORE, upon consideration of the issues, and for good cause, it is HEREBY

ORDERED, that Plaintiff Dillon Angulo produce an unredacted copy of his settlement and

1

release agreement with George Brian McGee related to the April 25, 2019 crash no later than seven (7) days of the entry of this Order.

**IT IS SO ORDERED:**

_____
U.S. DISTRICT COURT JUDGE

28477100v3
28477100v4