UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                        Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

**UNOPPOSED MOTION TO AMEND THE DEADLINE
FOR TESLA'S RESPONSE TO PLAINTIFFS'
<u>MOTION FOR LEAVE TO AMEND COMPLAINT</u>**

Tesla, Inc. ("Tesla"), through its undersigned counsel, submits its Unopposed

Motion to Amend the Deadline for Tesla's Response to Plaintiffs' Motion for Leave

to Amend Complaint (Dkt. 129) (the "Motion for Leave"), and moves this Court to enter the proposed Order (attached as Exhibit A), moving Tesla's deadline to respond from September 8 to September 18, 2023. In support of its motion, Tesla states the following:

## BACKGROUND AND REQUEST FOR RELIEF

On August 25, 2023, Plaintiffs filed their Motion for Leave to Amend Complaint (Dkt. 129). Prior to filing, the Parties conferred and Tesla noted its opposition to Plaintiffs' Motion. Pursuant to LCivR 7.1(c), Tesla's response is currently due on September 8, 2023. Plaintiffs, through their proposed Amended Complaint, are seeking leave to add several new causes of action against Tesla and their proposed Amended Complaint contains 169 Paragraphs – which will require substantial time for Tesla to analyze and respond to in substance. Consequently, good cause exists, and Plaintiffs do not oppose Tesla's request to extend Tesla's deadline to respond.[1]

## CONCLUSION

WHEREFORE, for the reasons stated above, Tesla respectfully requests that this Court enter an Order (Exhibit A) moving Tesla's deadline to respond to

---

[1] Counsel for the Parties conferred subsequent to the submission of Plaintiffs' motion, and counsel for Plaintiffs communicated that they do not oppose this Motion.

28482019v4

Plaintiffs' Motion for Leave to Amend Complaint from September 8, 2023 to **September 18, 2023.**

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that Counsel for Tesla conferred with Plaintiffs' counsel via electronic mail between September 1 and September 5, 2023, and Plaintiffs' counsel indicated that Plaintiffs do not oppose Tesla's Motion.

Respectfully submitted,

By: s/Henry Salas_____
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

- and –

THOMAS P. BRANIGAN (Admitted Pro Hac Vice)
DREW P. BRANIGAN (Admitted Pro Hac Vice)
BOWMAN AND BROOKE LLP
101 W. Big Beaver Road
Suite 1100
Troy, MI  48084
248.205.3300 / 248.205.3399 fax
thomas.branigan@bowmanandbrooke.com

drew.branigan@bowmanandbrooke.com

Attorneys for Defendant TESLA, Inc.

4

28482019v4

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6th, 2023, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel for all parties of record:

                        Respectfully submitted,

                        By:  _s/ Henry Salas_____

28482019v4