(EXHIBIT A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                           Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO AMEND TESLA'S DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

WHEREFORE, upon consideration of the issues, and for good cause, it is HEREBY ORDERED, that Tesla's Deadline to Respond to Plaintiffs' Motion for Leave to Amend Complaint is moved from September 8, 2023 to **September 18, 2023**.

**IT IS SO ORDERED:**

_____
U.S. DISTRICT COURT JUDGE