UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel Benavides Leon,
deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc., Defendant.
_____/

DILLON ANGULO,                            **Case 1:22-22607-KMM**

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO COMPEL

WHEREFORE, upon consideration of the issues, and for good cause, it is HEREBY ORDERED, that Plaintiff Dillon Angulo produce an unredacted copy of his settlement and release agreement with George Brian McGee related to the April 25, 2019 crash no later than seven (7) days of the entry of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of September, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE