EXHIBIT C

1              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA (MIAMI)
2           CASE NO. 21-CV-21940-BLOOM/Otazo-Reyes

3
   Case:  1:21-CV-21940-BB
4
   NEIMA BENAVIDES, as Personal Representative of
5  the Estate of Naibel Benavides Leon, Deceased,
                   Plaintiff(s),
6       v.

7  TESLA, INC., a/k/a Tesla Florida, Inc.,
                   Defendant(s).
8  _____

9  Case:  22-CV-22607-KMM

10 DILLON ANGULO,
                   Plaintiff(s),
11      v.

12 TESLA, INC., a/k/a Tesla Florida, Inc.,
                   Defendant(s).
13 _____

14

15     DEPOSITION UNDER ORAL EXAMINATION OF

16            GUILLERMO BENAVIDES

17           DATE: August 30, 2023

18      REPORTED BY:  MICHAEL FRIEDMAN, CCR

19

20

21

22
        ESQUIRE DEPOSITION SOLUTIONS, LLC
23        1384 Broadway - 22nd Floor
          New York, New York  10018
24             (212) 687-2010

25 JOB#  J 10072074



1            TRANSCRIPT of the deposition of the

2    witness, called for Oral Examination in the

3    above-captioned matter, said deposition being taken

4    by and before MICHAEL FRIEDMAN, a Notary Public and

5    Certified Court Reporter of the State of New Jersey,

6    located at ZOOM VTC, all parties remote, on August

7    30, 2023, commencing at approximately 10:15 in the

8    morning.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.                                            3

```
 1 │ A P P E A R A N C E S:
   │
 2 │
   │
   │ POSES & POSES
 3 │ 169 East Flagler Street
   │ Miami, FL  33131
 4 │ BY:   TODD POSES, ESQ.
   │ Attorneys for Plaintiff, Neima Benavides
 5 │
   │
 6 │ THE SLAVIK LAW FIRM
   │ 3001 S. Lincoln Avenue
 7 │ Steamboat Springs, CO  80487
   │ BY:   DAVID TERRY, ESQ.
 8 │ Attorneys for all Plaintiffs
   │
 9 │
   │ ROUSSO BOUMEL
10 │ 9350 South Dixie Highway
   │ Miami, FL  33156
11 │ BY:   ADAM BOUMEL, ESQ.
   │ Attorneys for Plaintiff, Dillon Angulo
12 │
   │
13 │ BOWMAN & BROOKE
   │ 41000 Woodward Avenue
14 │ Bloomfield Hills, MI  48304
   │ BY:   DREW P. BRANIGAN, ESQ.
15 │ Attorneys for Defendant, Tesla
   │
16 │
   │
17 │
   │
18 │
   │
19 │
   │
20 │
   │
21 │
   │
22 │
   │
23 │
   │
24 │
   │
25 │
```



GUILLERMO BENAVIDES                                August 30, 2023
BENAVIDES V. TESLA, INC.                                          4

```
1                     I N D E X

2   WITNESS NAME                          PAGE

3   GUILLERMO BENAVIDES

4          By Mr. Branigan                  7

5

6                   E X H I B I T S

7   EXHIBIT NO.                           PAGE

8   A              ..........               9

9   B              ..........              54

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                       - - -

 2                Deposition Support Index

 3                       - - -

 4

 5   Direction to witness not to answer

 6   Page Line   Page Line   Page Line   Page Line

 7   None

 8

 9   Request for production of documents

10   Page Line   Page Line   Page Line   Page Line

11   None

12

13   Questions marked

14   Page Line   Page Line   Page Line   Page Line

15   None

16

17

18

19

20

21

22

23

24

25
```



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.                                          6

```
1        THE COURT REPORTER:  My name is
2    Michael Friedman, a Certified Shorthand
3    Reporter.  This deposition is being held
4    via videoconferencing equipment.
5        The witness and reporter are not in
6    the same room. The witness will be sworn
7    in remotely, pursuant to agreement of
8    all parties.  The parties stipulate that
9    the testimony is being given as if the
10   witness was sworn in person.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



1   G U I L L E R M O   B E N A V I D E S,

2            called as a witness, having been first

3   duly sworn according to law, testifies as follows:

4

5   EXAMINATION BY MR. BRANIGAN:

6       Q    Good morning, Mr. Benavides.  My

7   name is Drew Branigan.

8            I represent Tesla in this lawsuit.

9   I want to go over some ground rules before we

10  start.

11           Have you ever had your deposition

12  taken before?

13      A    No.

14      Q    Okay.  First thing I will do is I

15  will ask that you state your full name and

16  address for the record.

17           Can you do that for us, please?

18      A    Guillermo Benavides, 267 A Mountain

19  Avenue, Scotch Plains, New Jersey, 07076.

20      Q    Thank you.  Okay.  So just to cover

21  some ground rules real quickly, we have a

22  stenographer with us today who is going to be

23  taking down everything that everybody says on

24  the record.

25           So I would appreciate it if in



 1   response to any of my questions, or if you
 2   have any questions from me to clarify what
 3   I'm saying to you, please say it verbally
 4   instead of head nods or any gestures, just so
 5   the stenographer can take it down.
 6           Please try to contain your answer
 7   to the question asked, just so we can get in
 8   and out as quickly as possible.  I know you
 9   have a conflict running up against this
10   deposition.
11           MR. BRANIGAN:  Mr. Poses, before we
12       starred here, you mentioned
13       Mr. Benavides needs to run at around
14       12:30 or noon today.
15           Is that correct?
16           MR. POSES:  I think 12:30 to get to
17       a 1~o'clock conferences.  Drew and I
18       offered and continue to -- we will work
19       through it hopefully, but if for some
20       reason it butts up against your time we
21       can take the deposition later if you
22       have other questions.
23           MR. BRANIGAN:  Thank you.  I
24       appreciate you agreeing to do that.
25       Q    Please take notice, this is the



1  deposition of Guillermo Benavides pursuant to

2  the notice served.  This testimony can be

3  used for any purpose under the Federal Rules

4  of Civil Procedure, Federal Rules of Evidence

5  or any other relevant law.

6          Mr. Benavides, I will show you what

7  I am marking as Exhibit A.  Please disregard

8  the first thing that I sent into the chat

9  here.

10          (Whereupon the above mentioned was

11      marked for Identification.)

12      Q    This document should be titled

13  Notice of Deposition.  Could you please open

14  that up, review it, and then let me know when

15  you've reviewed it.

16      A    I opened the document.

17          MR. POSES:  Guillermo, are you able

18      to open it?

19          THE WITNESS:  Yes, I opened the

20      document, yeah.

21          (Whereupon a discussion was held

22      off the record.)

23      Q    Thank you.  Mr. Benavides, have you

24  seen this document, before I shared it with

25  you?



GUILLERMO BENAVIDES                                     August 30, 2023
BENAVIDES V. TESLA, INC.                                          10

```
 1       A    No, no, this is the first time.

 2       Q    Thank you.  And just one further

 3   instruction to add to the ground rules, if

 4   you are not certain about an answer you were

 5   going to give, and you think you were

 6   guessing, it's okay to say that you don't

 7   know.

 8            We would prefer the certain answer

 9   rather than a guess.  But just to clarify the

10   question I asked, are you saying that you

11   have not seen this document before?

12       A    No.

13       Q    Thank you.  Mr. Benavides, are you

14   currently represented by counsel for this

15   lawsuit?

16       A    Can you explain the question?

17       Q    Yes.  Are you being represented by

18   an attorney?

19       A    Yes.

20       Q    Related to this lawsuit.

21            Correct?

22       A    Yes, correct.

23       Q    Okay.  And who is your attorney?

24       A    Todd Poses.

25       Q    Thank you.  And prior to this
```



1  deposition, did you do anything to prepare?

2       A    Not really.

3       Q    Mr. Benavides, without divulging

4  the substance of anything that you said to

5  Mr. Poses, did you speak with Mr. Poses prior

6  to attending this deposition?

7       A    Yes.

8       Q    And when was the last time you

9  spoke with him prior to attending this

10  deposition?

11       A    I speak to him a few minutes ago.

12       Q    Do you remember when you retained

13  Mr. Poses as your attorney?

14            MR. POSES:  Objection to the form

15       on any retainer issues, but Guillermo,

16       you can answer.

17       A    That's fine.

18       Q    I will rephrase it.  Mr. Benavides,

19  do you remember when you first contacted

20  Mr. Poses about this case?

21            MR. POSES:  Same objection.  You

22       can answer, Guillermo.

23       A    I don't remember.

24       Q    If I were to -- strike that.  Do

25  you remember if it was in 2019?



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.                                          12

```
 1        A    Yes, it was in 2019, but I don't
 2   remember exactly the date.
 3        Q    Okay.  Thank you.  Do you remember
 4   what month it was?
 5             MR. POSES:  Drew, I don't want to
 6        interrupt you.  I will have a standing
 7        objection to this line.
 8             You can continue, Guillermo.
 9        Answer the best you can.
10             MR. BRANIGAN:  Noted.  Thank you,
11        Todd.
12        A    I think maybe it could be in May,
13   June, I don't have the date exactly.
14        Q    Sure.  Mr. Benavides, again, if you
15   don't know, that's totally fine.  Okay.
16             Prior to this deposition, did you
17   review any documents to prepare yourself?
18        A    No.
19        Q    Prior to this deposition, and other
20   than Mr. Poses, did you speak with anybody
21   else to prepare?
22        A    No.
23        Q    Okay.  Have you brought any
24   documents with you today to assist in giving
25   your testimony?
```



```
 1        A    No.
 2        Q    Okay.  Have you ever testified in
 3   court before?
 4        A    No.
 5        Q    Have you ever been a party to a
 6   lawsuit, other than this one?
 7        A    Yes.
 8        Q    Can you tell me about that?
 9        A    That was -- basically it was with
10   the same case that lost my daughter, it was
11   again, the driver, Mr. McGee.
12        Q    Thank you, sir.  Aside from that
13   lawsuit, have you ever been a party to a
14   lawsuit?
15        A    No.
16        Q    Have you ever asserted any lawsuit
17   claim in your lifetime that did not result --
18   strike that.
19             Mr. Benavides, you earlier in this
20   deposition gave me your current address.  How
21   long have you been there?
22        A    Since 2006.
23        Q    I'm sorry, Mr. Benavides, did you
24   say 2006 or 2016?
25        A    2006, 2006.
```



GUILLERMO BENAVIDES                                      August 30, 2023
BENAVIDES V. TESLA, INC.                                             14

1       Q     Okay.  So for about 17 years?

2       A     Correct.

3       Q     Thank you.  And do you own that

4  property?

5       A     Yes, I do.

6       Q     Do you live with anyone else at

7  that house?

8       A     With my wife.

9       Q     Thank you.  And how long has she

10  lived there with you?

11       A     Same time.

12       Q     Has anybody else lived with you

13  during that period?

14       A     Yes, my son and daughter.

15       Q     Okay.

16       A     But they already moved.

17       Q     I think I heard you correctly, but

18  did you say your son and daughter?

19       A     Yeah.

20       Q     When you say your son and daughter,

21  are you referring to Neima or Naibel?

22       A     No, Lisa Benavides, L-I-S-S-Y.

23       Q     Thank you Mr. Benavides, we

24  apologize for making you repeat yourself

25  here.



1            What years did Lissy and your son
2    live with you?
3        A    I don't remember exactly when she
4    moved, maybe five, six years ago.  I don't
5    remember.
6        Q    That's okay.
7        A    My son move in 2020, he was in
8    school and he move after school, he moved out
9    of the house.
10       Q    And what is your son's name?
11       A    William Benavides.
12       Q    Thank you.  And did you have those
13   children with your current wife?
14       A    Yeah, Lissy and William both are
15   from my current wife.
16       Q    Thank you.  What is your wife's
17   name?
18       A    Adelfa, A-D-E-L-F-A.
19       Q    And Benavides.
20            Correct?
21       A    Benavides, yes.
22       Q    Thank you, sir.  If you were to
23   estimate -- I apologize for breaking my own
24   rule, but how many years would you say your
25   daughter Lissy lived in that house with you?



GUILLERMO BENAVIDES                              August 30, 2023
BENAVIDES V. TESLA, INC.                                      16

```
 1        A    What year?  Lissy was 11, 12 years
 2   in this house, and William, 14, 15 years.
 3        Q    Thank you, sir.  And before the
 4   current address you lived at -- strike that.
 5             Before the current address that you
 6   currently reside at, where did you live?
 7        A    Two blocks from this house, let me
 8   see.  2594 Mountain Avenue, same town, Scotch
 9   Plains, New Jersey.
10        Q    Thank you.  Did you own that
11   property?
12        A    Yes.
13        Q    And how long did you live there
14   for?
15        A    Four years.
16        Q    Thank you, sir.  And who -- strike
17   that.
18             Did anybody else live with you at
19   that address?
20        A    Yeah, my wife, William and Lissy.
21        Q    So the same people who lived --
22        A    Same people, yes.
23        Q    Thank you.  And at that prior
24   address, the one that you were living at
25   right now, other than the people we
```



1  discussed, did anybody else live with you?

2       A    No.

3       Q    Thank you.  And at the address that

4  we just -- strike that.

5            At the address that you lived at

6  prior to the one that you live at now, did

7  anyone other than the people we discussed

8  ever live with you?

9       A    No.

10      Q    Thank you.  Prior to that address,

11  did you live anywhere else?

12      A    Yes.  I don't remember the street

13  now.  1401 70th Street, North Bergen, New

14  Jersey.

15      Q    Did anyone else live with you at

16  that address?

17      A    It was a three-family house.

18  Three-family house, and part of my family, my

19  inlaws and my sister's inlaws.  In my

20  apartment was only my wife, Lissy and

21  William.

22      Q    And when you say your inlaws you

23  mean your wife's family.

24           Correct?

25      A    Yes.



1      Q     Thank you, sir.  Prior to that

2   address, did you live anywhere else?

3      A     No.

4      Q     Okay.

5      A     Not in this country.

6      Q     And when did you move to that

7   address that we're talking about now?

8      A     It was in 1997.

9      Q     Thank you.  Where did you live

10  prior to that?

11     A     I lived like four years in Bogota,

12  Columbia, and three years before that was in

13  Cuba.

14     Q     And forgive me for asking you to

15  repeat yourself, did you say you lived in

16  Bogota for four years?

17     A     For four years.

18     Q     Thank you.  And who did you live

19  with while you were in Columbia?

20     A     In Columbia, I was -- part of the

21  time was alone, and with -- yes, was alone,

22  yeah.

23     Q     Thank you.  What were you doing in

24  Columbia?

25     A     Engineering, doing engineering work



1   over there, design.

2        Q    Okay.  What kind of engineer are

3   you, sir?

4        A    I do mechanical, and also I --

5   right now staff engineering at the Port

6   Authority, yeah.

7        Q    Wow.  When you lived in -- strike

8   that.

9             How long did you live in Cuba for?

10       A    Thirty-three years.

11       Q    Were you born there?

12       A    Yes.

13       Q    What made you move?

14       A    I move in 19 -- it was 1992, 1993,

15   I don't remember exactly when I moved to

16   Columbia.

17       Q    What was the purpose of moving?

18       A    First, I wanted to work because --

19   and I decided to stay, to stay there.

20       Q    Before you left Cuba, were you

21   living with anybody?

22       A    Before?  I live with Lilian Marlene

23   and Neima -- sorry, L-I-L-I-A-N, Marlene

24   Leon.

25       Q    Mr. Benavides, just so I heard you



1  correctly, did you say you lived with Lilian

2  and Neima.

3          Correct?

4      A    Yes.

5      Q    Was Naibel not born at this point?

6      A    No.

7      Q    Thank you.  Were you married to

8  Lilian?

9      A    Yes.

10     Q    What was the reason for your

11  separation?

12     A    The relationship doesn't work at

13  some point.  We have issues, you know,

14  something like that.

15          I don't want to go into detail of

16  that.  We tried -- we tried -- after the

17  separation, we tried again, but definitely

18  doesn't work.

19     Q    Thank you, sir.  I understand this

20  is a difficult subject.  Thank you.

21          Since your separation, do you still

22  talk with Lilian?

23     A    Oh, yes, yeah.

24     Q    How frequently do you talk to each

25  other?



 1      A    Right now?  It's occasional because

 2  we -- we have a good interaction with that

 3  side of the family with the Neima, Neima

 4  family.

 5           It's just occasional when we made

 6  that -- when we stop at the house, just stop

 7  by the house.  We have a good relationship.

 8      Q    Am I correct that you're Naibel's

 9  biological father?

10      A    Yes.

11      Q    Thank you.  How about right after

12  your separation, how frequently would you

13  talk with Lilian?

14      A    When I was out in Cuba, I called --

15  I call the family, I called to be in contact

16  with Neima and Naibel.

17      Q    And what year did you guys

18  separate?

19      A    Maybe -- I don't remember.  I don't

20  remember exactly, maybe 1989, approximately,

21  yeah.

22      Q    Okay.  So is it correct that --

23      A    Yeah, but we go back, it's hard to

24  explain.

25      Q    Is it correct that you separated



1  before you moved from Cuba?

2       A    Yes.

3       Q    Okay.  And prior to leaving Cuba,

4  how many years did you live with Lilian and

5  Neima?

6       A    Four or five years, I don't

7  remember exactly.

8       Q    Thank you, sir.  Are you a U.S.

9  citizen?

10      A    Yes.

11      Q    Congratulations, when did you

12 obtain that?

13      A    I think I get it 2002, 2003, around

14 that.

15      Q    I might jump around here and I

16 apologize to that.  I want to go back to your

17 job.

18           Could you give me a summary of your

19 education?

20      A    Yeah.  I am mechanical -- degree in

21 mechanical engineering from Cuba.  I get

22 it -- sorry, in 1985, yeah, 1985.

23      Q    And where did you obtain that

24 degree?

25      A    It was in The C-E-N-T-R-A-L



 1  University, Santa Clara.
 2       Q    Am I correct that you also attended
 3  high school in Cuba?
 4       A    Yes.
 5       Q    Do you recall what school you
 6  attended?
 7       A    The name of the school was
 8  A-N-I-B-A-L  P-O-N-C-E.  That's what the name
 9  of the school is.
10       Q    Thank you, sir.  And when did you
11  graduate from high school?
12       A    1980.
13       Q    Other than your mechanical
14  engineering degree, do you have any other
15  higher learning degrees or certifications?
16       A    No.
17       Q    Do you have any -- strike that.
18            Do you have any specialization with
19  respect to your mechanical engineering
20  degree?
21       A    No, just -- it's a general
22  mechanical engineering and construction.
23       Q    Have you had done -- strike that.
24  Have you -- strike that.  Excuse me.
25            Have you attended any trade school



1  courses or other extracurricular courses with

2  respect to your profession?

3       A   Yes.  Here, I obtained a lot of

4  personal growth for civil engineering.  I --

5  also, my ANC provide a lot of training that I

6  have taken there, yeah.

7       Q   After you graduated from college,

8  did you go right into engineering?

9       A   I work nine or ten years in

10  college, I taught in college as a professor

11  for ten years.

12       Q   You worked as a professor in Cuba

13  for ten years?

14       A   Yes.

15       Q   What was your salary as a -- as a

16  professor?

17       A   In Cuba?

18       Q   Yes.

19       A   I don't remember.

20       Q   Just to clarify, I'm not going to

21  ask you to do the conversion.

22       A   To be honest, I don't remember.  I

23  don't remember what was my salary at that

24  time.

25           I don't know.  It was about 300



```
 1   Cuban pesos, at that time.  At the time it
 2   meant something, but today is nothing.
 3        Q    If we are talking about U.S.
 4   dollars, do you think your salary was less
 5   than a hundred thousand dollars a year?
 6        A    In Cuba, yes, it would be under
 7   that, yes, yes.
 8        Q    Do you think it would have been
 9   less than $50,000 a year?
10        A    50,000 here?  I don't agree with
11   the question because that was in the -- in
12   the 1990s.  I don't know the currency rate at
13   that time.  No idea.
14        Q    Okay.  Fair enough, sir.
15             What school did you teach at?
16        A    The same school, it was the Central
17   University --
18        Q    Thank you, sir.  After that
19   teaching job, where did you work?
20        A    I moved to Columbia.
21        Q    Okay.
22        A    In Columbia I work as a design
23   engineering in A-Z-T-E-N-I-A.
24        Q    And were you working as a civil
25   engineer at that position?
```



GUILLERMO BENAVIDES                          August 30, 2023
BENAVIDES V. TESLA, INC.                              26

1      A    No.  At that position I worked as a
2   mechanical engineer.
3      Q    Thank you, sir.  What kind of stuff
4   were you working on?
5      A    Designing alpha plant, and also
6   construction, like a crush plant for
7   construction, yeah, that part I did.
8           Different kind of -- this is
9   mechanical equipment for construction
10  industry.
11     Q    You didn't do anything with cars at
12  that position, did you?
13     A    No, no, not in that position.
14     Q    Thank you.  What was your salary at
15  that position in Columbia?
16     A    I don't remember right now, 800
17  Columbian pesos at that time, maybe.  I don't
18  remember.
19     Q    If we were to talk U.S. dollars do
20  you think it would have been under a hundred
21  thousand dollars a year?
22     A    Could be.  But I don't have the
23  answer for that.
24     Q    Thank you, sir.  Fair enough.
25          I think you gave the court reporter



1    the name of the company that you worked at.

2            Is that correct?

3        A    Yes.

4        Q    Thank you, sir.  Is that the

5    position that you held during your entire

6    stay in Columbia?

7        A    Yeah.

8        Q    Thank you, sir.  After that job,

9    where did you work?

10       A    It was coming to this country, and

11   here I started working at Amercom.

12           MR. BRANIGAN:  Off the record.

13           (Whereupon a discussion was held

14       off the record.)

15       Q    Mr. Benavides, would you mind

16   spelling the name of that company for the

17   court reporter?

18       A    Yeah.  It's A-M-E-R-C-O-M

19   Corporation.

20       Q    Thank you.  When did you start your

21   job at that company?

22       A    It was in 1999.

23       Q    Okay.  And how long were you at

24   that company?

25       A    I worked for that company



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.                                            28

 1  approximately 15 year, because I work at that

 2  company, but I work from that company as a

 3  consultant for the Port Authority, the

 4  engineering department at the Port Authority.

 5       Q    Thank you, sir.  What was your

 6  salary at that position?

 7       A    At that position, when I worked

 8  there, my last salary with them was 98,000.

 9  Yeah, 98,000 dollar.

10       Q    Okay.

11       A    I think that's my last salary with

12  them.

13       Q    Okay.

14       A    And in 2014, I joined the Port

15  Authority as a permanent staff.

16       Q    Okay.  Are you still with the Port

17  Authority?

18       A    Yes.

19       Q    Are you still in the same position

20  that you started at in 2014?

21       A    I get a different position,

22  promotion.  Right now I'm senior traffic

23  engineer.

24       Q    When did you get that promotion?

25       A    I get multiple promotion because I



1  working for 24 years inside of the Port

2  Authority.  In 2014, I start working as a

3  permanent staff.

4      Q    Thank you.  What was your salary

5  starting in 2014?

6      A    In 2014, was I think -- I believe

7  it was 106,000 dollar.

8      Q    Okay.  Is that the same as your

9  salary today?

10      A    No.

11      Q    What is your salary today?

12      A    Around 146.

13      Q    Okay.  And when did your salary

14  change to 146?

15      A    Last year.

16      Q    Thank you, sir.  That's 146,000.

17          Correct?

18      A    I get that every year, every year I

19  get raise.  It's not one jump from 106 to

20  146, it was multiple increase and changing

21  position in the last ten year or nine years.

22      Q    Thank you, sir.  Is that a steady

23  increase per year?

24      A    Yeah, we have a salary increase per

25  year.



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.                                            30

1       Q    Thank you, sir.  And what kind of

2   things do you do at the Port Authority?

3       A    I work in the designing and

4   planning group.  I work designing on the land

5   side of the airport, from the terminal front,

6   parking, all the access to airport.

7            The A and C I'm working now, the

8   Port Authority own and operate six airports.

9   Kennedy, Newark Airport, and also LaGuardia,

10  and my role is working on the design of

11  runway.

12           For example, right now my focus is

13  on Newark Airport, working on the replacement

14  of the A train, and also the vision or plan

15  for the future airport of Newark.

16           Last couple of year I work on JFK.

17  I also work on the new LaGuardia Airport.

18  But I also work on other routes between New

19  York and New Jersey, the tunnels and bridge.

20      Q    Thank you, sir.  Just to briefly

21  summarize, is it fair to say that your work

22  is concentrated on public transportation?

23      A    Correct.

24      Q    Thank you, sir.  Do you have any

25  experience in designing highways?



1        A     Designing, can you repeat that?

2        Q     Yes, sir.  Do you have experience

3   in designing highways?

4        A     Highways, yes.

5        Q     Okay.  What is your experience with

6   respect to that?

7        A     For example, all the access to the

8   LaGuardia, access to JFK, and I work on --

9   ten years ago on the designing the access to

10   other access for Terminal A in Newark.  It's

11   basically my role on the agency.

12        Q     Thank you, sir.  Do you have any

13   experience designing traffic control systems?

14        A     We -- yeah, at some point we work

15   on traffic signal and BMS yeah.

16        Q     What about traffic signage?

17        A     Yes, I -- part of my career work on

18   traffic signage, yes.

19        Q     Thank you.  Just very briefly, what

20   is the extent of your experience with respect

21   to those two things?

22        A     Can you repeat the question?

23        Q     Yes, sir.  What is the extent --

24   strike that.

25              What kind of things did you do with



GUILLERMO BENAVIDES
BENAVIDES V. TESLA, INC.

August 30, 2023
32

1    traffic signals and traffic signage?

2         A    We -- with signal, it's not too

3    much.  But with signage, yes, I -- not right

4    now, but one part of my career I did a lot of

5    signing work, yeah.

6         Q    Okay.  Is it fair to say that that

7    was maybe more than ten years ago?

8         A    No, less than ten years ago, less

9    than.

10        Q    Okay.  How about less than five

11   years ago?

12        A    It's not my main role but I'm

13   involved in that, yes.

14        Q    Sure.  Thank you, sir.  Have you

15   ever been disciplined at a job?

16        A    Excuse me?  Can you repeat?

17        Q    Yes, sir.  Have you ever been

18   disciplined at a job?

19        A    No.

20        Q    Have you ever been fired from a

21   job?

22        A    No.

23        Q    Have you ever been laid off from a

24   job?

25        A    No.



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.                                            33

1        Q    Thank you.  Have you ever developed

2    a physical or medical condition that

3    prevented you from working?

4        A    No.

5        Q    Would you say that you're in good

6    health?

7        A    Yes.

8        Q    Physical and mental?

9        A    Yes.

10       Q    Do you have any physical

11   disabilities?

12       A    No.

13       Q    Thank you, sir.  All right.  I want

14   to jump around again.

15            I think we covered -- strike that.

16   Other than the two -- other than -- strike

17   that again.  Excuse me.

18            Other than Lilian and your current

19   wife, have you ever been married?

20       A    No.

21       Q    Other than Neima, Naibel and the

22   children that you have that we spoke about

23   with your current wife, do you have any other

24   children?

25       A    No.



1    Q    What are the -- what do the two

2  children you have with your current wife do

3  for work?

4    A    Can you repeat that?

5    Q    Yes, sir, of course.  Forgive me

6  for not remembering.

7         What do the -- do your son and

8  daughter with your current wife, what do they

9  do for work?

10    A    Okay.  My daughter is interior

11  design.  She work in the city.

12         I don't know the exact name of the

13  company, but she work in the city as interior

14  design.

15         And William is working right now as

16  a contractor for the Navy, and he work in

17  communication and security thing for the

18  Navy.

19    Q    Thank you, sir.  Do you currently

20  provide any of your children financial

21  support?

22    A    Right now, no.

23    Q    In the past, have you ever provided

24  any of your children financial support?

25    A    Oh, yes.



1     Q     Can you describe the manner of

2  support that you provided?

3     A     First, they live at home, but -- so

4  we support for the education and the normal

5  thing that a father do for daughter and son,

6  yeah.

7     Q     Did you pay for any of your kids'

8  schooling?

9     A     We help a lot.  We not say we pay

10  in full, but we help a lot on the -- for

11  education, yes.

12     Q     Okay.  Have any of your children

13  provided you with financial support?

14     A     No.

15     Q     Thank you.  Have any of your

16  children provided you with any type of help

17  around the house?

18     A     No.

19     Q     And I want to ask you the same

20  about Lilian, if you know, have any of your

21  children provided Lilian with financial

22  support?

23     A     I have no idea.

24     Q     Thank you, sir.  Have any of your

25  children provided Lilian with any other form



 1   of support?

 2        A    No idea.

 3        Q    Thank you, sir.  I want to jump

 4   around again.

 5             Sir, am I correct that you

 6   understand this lawsuit relates to an

 7   April 25, 2019 crash?

 8        A    Yes.

 9        Q    Do you understand that one of the

10   vehicles involved in this crash is a Tesla

11   vehicle?

12        A    Yes, I know.

13        Q    Okay.  Before that crash on

14   April 25 of 2019, have you ever heard of

15   Tesla?

16        A    Yes, of course.

17        Q    Okay.  And what did you hear about

18   Tesla?

19             MR. POSES:  Objection to the form.

20        You can answer, Guillermo.

21        A    What I hear about Tesla?  It's a

22   new company that tried to make electric

23   vehicle, not only electric vehicle, but also

24   electric vehicle with an auto pilot.  This is

25   something that I know about Tesla.



 1        Q    I'm sorry, sir.  I don't want to
 2   interrupt you.  Did you have something else
 3   to say?
 4        A    Yeah, and they -- Tesla, it's not
 5   only known -- known for things for -- not
 6   good things, a lot of crashes, what happened
 7   with my daughter.
 8        Q    Everything that you just
 9   described --
10        A    It's on the news.
11        Q    Thank you.  Everything that you
12   just described you heard on the news.
13             Did you hear any of that from
14   Tesla, itself?
15        A    No.
16        Q    Okay.  Before that -- strike that.
17   Everything that you just described, you heard
18   that before the crash.
19             Correct?
20        A    Yes, correct.
21        Q    Okay.  Before the crash, have you
22   ever gone to Tesla's website?
23        A    No.
24        Q    Before the crash, had you ever
25   heard any statements made by Tesla?



```
 1              MR. POSES:  Objection to the form.
 2      A     No.
 3      Q     Before the crash, had you ever read
 4  any statements by Tesla?
 5      A     A statement from the news, I don't
 6  know exactly if it's direct from Tesla or
 7  other authorities.  I can't be specific on
 8  that.
 9      Q     Before the crash, had you heard any
10  statements by Elon Musk?
11      A     A statement about what?  Because --
12      Q     Let me clarify, sir.  Thank you.
13              Before the crash, had you heard any
14  statements made by Elon Musk about Tesla?
15      A     From him, no.
16      Q     Before the crash, had you heard any
17  statements made by Mr. Musk about Tesla?
18      A     I don't know, exactly.
19      Q     I'm sorry, sir --
20      A     I don't follow Elon Musk, I don't
21  know if it's exactly from him.  I read a lot
22  of things from the reports about Tesla.
23              About not only Tesla, all the --
24  other technologies, but I can't be specific
25  on that answer.
```



GUILLERMO BENAVIDES                              August 30, 2023
BENAVIDES V. TESLA, INC.                                      39

1        Q    Okay.  Is it safe to say that all
2    the information you heard was from the news?
3        A    Yes.
4        Q    Thank you, sir.  Before the crash,
5    did you ever go to a Tesla store?
6        A    I think, yes, it was on the news,
7    previous, about previous crash.
8        Q    Let me -- I think you may have
9    misheard my question.  I apologize, sir.
10           Before the crash, did you ever go
11   to a Tesla store?
12       A    Oh, no, sorry no.  I missed that,
13   no.
14       Q    Thank you, sir.  No worries at all.
15           Have you ever driven a Tesla?
16       A    No.
17       Q    Have you ever owned Tesla stock?
18       A    No.
19       Q    Thank you.  Have you ever had
20   worked at Tesla?
21       A    No.
22       Q    Do you know anyone personally that
23   works at Tesla?
24       A    I know a co-worker that moved from
25   here and work in Tesla, but I don't have any



1   contact with any -- with him.

2        Q    Have you ever spoken with Lilian

3   about anything she heard about Tesla?

4        A    No.

5        Q    Okay.

6        A    This is a difficult topic in the

7   family that we don't -- yeah.

8        Q    Thank you, sir.  Have you ever --

9   strike that.

10            Have you ever spoken with Neima

11  about anything she heard about Tesla?

12       A    We -- every time there's any news

13  about Tesla, we tried to now follow, you

14  know.  But she do her thing, I do mine.

15       Q    What about before the crash, did

16  you speak with Neima about anything?

17       A    No.

18       Q    Thank you, sir.  All right, sir.

19            Earlier, you testified that you are

20  Naibel's daughter.

21            Correct?

22       A    Correct.

23       Q    Have you ever lived together with

24  Naibel?

25       A    No.



1      Q     When was the last time you spoke

2   with Naibel before the April 25, 2019 crash?

3      A     Like two days before.  We were in

4   contact.

5            She lived in Miami, I live in New

6   Jersey, but we are all texting, yes, calls,

7   yes.

8      Q     How did you guys usually

9   communicate?

10     A     How?  We -- for the period of time

11   she was in Cuba, I called often to her.  I

12   visit her a couple of time.

13           The last time was in 2015.  But

14   when she moved to here, we were in close

15   contact, you know.

16           She staying in New Jersey for a

17   short period of time because her mom decided

18   to move to Florida, and she going there to

19   support and stay with her mom, but we

20   communicate by phone, text.

21           And also every time I visit I go

22   there to visit her or going to Florida, we

23   pass time together.  Same thing when she come

24   to New Jersey.

25     Q     How often would you go down to



1   Florida to visit Naibel?

2        A    I go there a lot of time a year,

3   you know.  I go there.

4        Q    Is it fair to say more than five

5   times a year?

6        A    During a year, I think a good four

7   or five time went to Florida to visit, yeah.

8        Q    How many times -- strike that.

9   Would Naibel ever come up to visit you in New

10  Jersey?

11       A    Yeah.

12       Q    How many times would she come up in

13  a year?

14       A    I don't remember how many time.

15  Unfortunately, she only enjoyed this country

16  for only a few years, approximately, but I

17  don't have --

18       Q    Sure.  Is it fair to say more than

19  five times a year?

20       A    I don't remember.

21       Q    Okay.  Fair to say less than ten

22  times a year?

23       A    Definitely, because, you know, she

24  worked, she doesn't have a lot of time, but

25  every time she have a opportunity to come to



```
 1   visit family, yeah.

 2        Q    Did you ever vacation with her?

 3        A    Can you repeat that?

 4        Q    Yes, sir.  Did you ever go on

 5   vacation with Naibel?

 6        A    Yes.

 7        Q    How often would you go on vacation

 8   with Naibel?

 9        A    In 2018 we went to for her birthday

10   to Dominican Republic, 2017, for that, the

11   21st birthday.

12        Q    Thank you.  Was Naibel married at

13   the time of the incident?

14        A    What did you say?

15        Q    Let me repeat the question.

16             (Whereupon a discussion was held

17   off the record.)

18        Q    Mr. Benavides, was Naibel married

19   at the time of the crash?

20        A    Can you -- can you repeat that?

21   Sorry.

22        Q    Sure.

23             MR. POSES:  Guillermo, it says

24        connecting to audio on your visual.

25             (Whereupon a discussion was held
```



1        off the record.)

2        A    If she was married at the time of

3   the crash?  No.

4             (Whereupon a discussion was held

5   off the record.)

6        Q    Mr. Benavides, before we went on

7   break here, I asked you whether Naibel was

8   married at the time of the crash?

9        A    No.

10        Q    Thank you, sir.  Was she in a

11   relationship?

12        A    Yes, in a new relationship from

13   what I know, is that she was dating for few

14   weeks, you know, at that time.

15        Q    Okay.  And you said that was with

16   Dillon?

17        A    Dillon, yes.

18        Q    Okay.  Did they live together?

19        A    Not that I know.

20        Q    Did she ever talk about getting

21   married to Dillon?

22        A    No, because that was something

23   that -- was the beginning of the

24   relationship, there.

25        Q    Had you ever met Dillon prior to



```
 1   the crash?

 2        A    No.

 3        Q    Had you spoken to Dillon prior to

 4   the crash?

 5        A    No.

 6        Q    I'm sorry, sir, did you say no?

 7        A    No.

 8        Q    Thank you, sir.  Was Naibel ever

 9   married?

10        A    No.

11        Q    Did she have any children?

12        A    No.

13        Q    At the time of the crash, was she

14   in high school?

15        A    No, she was working at that time

16   and starting in Miami Dade, starting learning

17   English and preparing for -- to go to school,

18   yeah.

19        Q    What was she studying to become?

20        A    At that point she starting getting

21   course in Miami Dade for English to -- just

22   starting at some point in some career, but at

23   that point was the beginning.

24        Q    Okay.  Do you know what career she

25   was trying to enter into?
```



 1        A    She -- it was a few things, but at
 2   some point -- it was not for her, but she
 3   thought about financial accounting was the
 4   idea that she mention a couple of time.
 5        Q    How long did she get in pursuing a
 6   degree for accounting?
 7        A    No, that was just a beginning
 8   thinking on that.
 9        Q    Okay.  I see.  At the time of the
10   crash how far along was she with her college
11   courses?
12        A    I don't know exactly.  I don't have
13   that.
14        Q    Do you know if she had been there
15   for like a year?
16        A    Kind of a year, yeah.
17        Q    Was she working at the time of the
18   crash?
19        A    Yes.
20        Q    Where did she work?
21        A    She worked in -- part time, it was
22   in Forever 21 and Walgreens, the pharmacy.
23        Q    Thank you.  Do you know what kind
24   of grades she was getting in school?
25        A    Can you repeat that question?



 1        Q    Yes, sir.  Do you know what kind of

 2   grades Naibel was getting in school?

 3        A    No.

 4        Q    Did she have any close friends?

 5        A    Can you repeat that, please?

 6        Q    Yes, sir.  Did Naibel have any

 7   close friends?

 8        A    Yeah.  She had friends.  She was a

 9   really friendly girl, yeah.

10        Q    Had you ever met any of them?

11        A    No, because I'm -- they're from

12   Miami.

13        Q    Did she have any hobbies outside of

14   school?

15        A    She -- one of the thing she liked

16   was the beaches, but it's not a hobby, no.

17        Q    Any other hobbies other than the

18   beach?

19        A    No.

20        Q    What was her job title at Forever

21   21?

22        A    Forever 21 was -- I think she was a

23   salesperson over there.

24        Q    What about at Walgreens?

25        A    I think the same thing, cashier.



GUILLERMO BENAVIDES                                      August 30, 2023
BENAVIDES V. TESLA, INC.                                            48

```
 1        Q    Do you know if she was ever a
 2   member of a union?
 3        A    No, no union.
 4        Q    What about a trade association?
 5        A    No, she never mentioned anything,
 6   and both jobs were part time.
 7        Q    Do you know if she ever had been
 8   fired or laid off from a job?
 9        A    Not that I know, no.
10        Q    Prior to the crash, had Naibel ever
11   had any surgeries?
12        A    No.
13        Q    Prior to the crash, had she ever
14   been hospitalized?
15        A    No.
16        Q    Prior to the crash, had she ever
17   suffered any injuries?
18        A    No.
19        Q    Did she have any disabilities?
20        A    No.
21        Q    Had she ever visited the emergency
22   room?
23        A    No.
24        Q    Prior to the crash, had she ever
25   been involved in an automobile crash?
```



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.                                           49

```
 1        A    Yes.  It was in 2017, I don't know
 2   exactly.  She had a crash in Miami, but it
 3   was a minor accident.
 4        Q    Did she sustain any injuries in
 5   that crash?
 6        A    No.
 7        Q    Thank you.  You said Miami.
 8             Correct?
 9        A    In Miami, yeah.
10        Q    Do you know if there was a -- any
11   police or first responders who responded to
12   that crash?
13        A    No.
14        Q    Do you know if she ever made a
15   claim to insurance?
16        A    No.
17        Q    Related to that crash?
18        A    No.
19        Q    Okay.  Had she ever made a claim
20   for insurance proceeds?
21        A    No.
22        Q    And Mr. Benavides, actually, let me
23   clarify that.  Prior to the crash, had she
24   made an insurance claim?
25        A    No.
```



1      Q    And what about as a result of the

2   crash?

3      A    Not that I know.

4      Q    Prior to the crash, had she ever

5   made a claim for Workers' Compensation?

6      A    No.

7      Q    What about Social Security?

8      A    No.

9      Q    What about long or short-term

10  disability?

11     A    No.

12     Q    Had Naibel ever been a party to a

13  lawsuit?

14     A    No.

15     Q    Had Naibel ever been charged with a

16  crime?

17     A    No.

18     Q    Other than the crash that we just

19  talked about in 2017, had she been involved

20  in any other crashes?

21     A    No.

22     Q    Okay.  Mr. Benavides, as a result

23  of the April 25, 2019 crash, have you had to

24  personally pay any costs or expenses related

25  to this crash?



1        A    No.

2        Q    Okay.  Do you know if Lilian

3   Benavides had to pay any costs or expenses

4   related to this crash?

5        A    If she pay, no, she doesn't pay,

6   no.

7        Q    And why doesn't she pay?

8        A    What?

9        Q    I heard your answer to say that she

10  has not paid any costs or expenses related to

11  the crash.

12            Is that correct?

13       A    That's correct, yes.  I don't

14  have -- I don't know if she pay, I don't

15  know.

16            I don't have that information, but

17  I don't think that she pay anything.

18       Q    Okay.  Do you know whether any

19  insurance coverage was used to pay for any

20  expenses related to the crash?

21       A    I think that -- I think that

22  Naibel's insurance paid something for the

23  crash.

24       Q    Okay.

25       A    I don't have the exact number.



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.                                          52

```
 1        Q    Are there any outstanding medical
 2   expenses related to the crash?
 3        A    Unfortunately, she passed away.
 4        Q    Right.  Let me rephrase my
 5   question.
 6             Are there any expenses that have
 7   not been paid yet as a result of the crash?
 8        A    Oh, yes, for example we pay for the
 9   funeral home, for the service, we pay for
10   that kind of thing, but I don't know -- sorry
11   about the question.
12             MR. POSES:  It's okay.
13        Q    No worries.  Just so we make sure
14   we understand each other, aside from the --
15   strike that.
16             Did you personally pay for all or
17   part of the funeral expenses?
18        A    Yes, we pay for that.
19        Q    Did you personally pay?
20        A    I paid for that.
21        Q    Okay.  Other than the funeral
22   expenses, did you personally pay for any
23   other medical expenses or insurance expenses
24   related to this crash?
25        A    No.
```



1      Q    Okay.  Are there -- forgive me for

2   asking this again, I just want to be sure we

3   understand each other.

4          Are there any expenses that still

5   need to be paid related to the April 25, 2019

6   crash?

7          MR. POSES:  Guillermo, did you hear

8       the question?

9          THE WITNESS:  Yeah, I hear the

10       question.

11          MR. POSES:  Okay.  I think I can

12       help here, as it relates to that

13       question specifically, we're not making

14       a claim for anything further.

15          MR. BRANIGAN:  Okay.  I want to

16       unpack that --

17          MR. POSES:  There's nothing to

18       unpack.  There's nothing related to --

19       any damages related to the question

20       asked.

21          MR. BRANIGAN:  I will issue the

22       next exhibit, Mr. Court Reporter.  This

23       is Exhibit B.

24          (Whereupon the above mentioned was

25       marked for Identification.)



 1      MR. BRANIGAN:  Todd, this is mostly

 2  for you, it's a bit long.  I can give

 3  you the exact page number for you and

 4  Mr. Benavides.

 5      I will find it in my notes.  For

 6  the record, this is a motion for leave

 7  to amend the -- and consolidate

 8  plaintiff's complaint in this lawsuit,

 9  and Todd, the page I want to go to, it

10  should be page 55.  That's PDF page 55.

11      MR. POSES:  You can tell me what it

12  is, that's fine.

13      MR. BRANIGAN:  Todd, I want to

14  start at paragraph 157, if you're there

15  with me.

16      MR. POSES:  I'm not.

17      MR. BRANIGAN:  I will wait.

18      MR. POSES:  Paragraph 157, okay.

19      MR. BRANIGAN:  Okay.  Now this

20  section is titled wrongful death damages

21  that plaintiff submitted to the court.

22      And I would like to go down to

23  157-C, I see there's a claim for medical

24  and funeral expenses paid by the estate.

25      I want to understand what you're



1  saying correctly here.  Are you saying

2  that you're not making a claim for

3  medical expenses?

4       MR. POSES:  Well, there are not

5  any.  They were funeral expenses.

6       They were in the Interrogatories we

7  provided you, with those same expenses,

8  and there's no other expenses, is what I

9  was suggesting.

10      That's why the pending question

11 doesn't require an answer, because we're

12 not seeking anything further other than

13 what was proffered to you previously.

14      There's no outstanding -- you asked

15 a question about whether there's

16 outstanding issues financially, and the

17 answer is no.

18      We're not making a claim for

19 anything, other than what is already

20 proffered and discussed, which is the

21 funeral.

22      You have the bills, they were

23 proffered in discovery.  Guillermo

24 doesn't have them on him, but you have

25 them.  That's the extent of 157-C.



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.                                            56

```
 1        MR. BRANIGAN:  What is confusing to
 2   me, you're talking about there being no
 3   expenses other than the funeral bill.
 4        Correct?
 5        MR. POSES:  Well, if there's -- and
 6   also whatever care and treatment she
 7   received that evening.
 8        MR. BRANIGAN:  Thank you.  Right.
 9   This is why --
10        MR. POSES:  There's nothing
11   outstanding.  Your question was, is
12   there anything outstanding.
13        What I was trying to help you with,
14   the answer is no, and we're not looking
15   to make a claim for what is outstanding
16   except for whatever was proffered
17   previously.
18        MR. BRANIGAN:  Todd, I think this
19   clarifies this issue for me.  For the
20   record I will ask a follow-up question.
21        MR. POSES:  That's fine.
22        MR. BRANIGAN:  So for medical
23   expenses, there are nothing -- there's
24   nothing outstanding.
25        Is that correct?
```



```
 1              MR. POSES:  Correct.
 2              MR. BRANIGAN:  For any other costs
 3        that you are claiming, there's nothing
 4        outstanding.
 5              Correct?
 6              MR. POSES:  That's correct.
 7              MR. BRANIGAN:  Thank you.  That
 8        does clarify, and I sincerely appreciate
 9        your clarification here.  Thank you.
10        Q    Mr. Benavides, one additional
11   question.  Are there any medical liens
12   outstanding with respect to this lawsuit?
13        A    No.
14        Q    Thank you, sir.  Okay.  I would
15   like to take a five-minute break just to
16   collect myself.
17              Thank you both for navigating
18   through this issue with me.  Can we come back
19   at noon, and before I say that, I think -- I
20   don't keep you here longer than you can be
21   here, Mr. Benavides.
22              You said you have to leave around
23   12:30.  Correct?
24        A    Yes.
25              MR. BRANIGAN:  Let's take five.
```



 1              MR. POSES:  Drew, do you think

 2       you'll be able to finish.

 3              MR. BRANIGAN:  I have crossed out a

 4       lot of things on my list, so let me

 5       answer that when get back, but I have

 6       confidence.

 7              MR. POSES:  Me too.  Okay.

 8              (Brief recess taken.)

 9       Q     Mr. Benavides, did your daughter

10  Naibel support anyone financially at the time

11  of the crash?

12       A     I provide a lot of support, yes.

13       Q     Did she support -- strike that.

14  Did your daughter support anyone?

15       A     No, no, sorry.

16       Q     And what kind of support did you

17  provide her?

18       A     It's just financial, it's -- we

19  have, for example, with the first car she

20  get.  You know, that.  I give her money, you

21  know, to help her a lot.

22       Q     How would you describe your health,

23  prior to the crash?

24       A     My what?  Health?  It was fine.

25       Q     Were you on any medications related



1  to depression or anxiety before the crash?

2       A    Not medication, but definitely it's

3  a really hard time and difficult to handle,

4  yes.

5       Q    Okay.  I will take a step back.

6  Right now, I'm only asking about before the

7  crash.

8       A    Before the crash, no, no

9  medication, no.

10      Q    Okay.  Thank you.  Before the

11 crash, did you ever attend therapy?

12      A    No.

13      Q    After the crash, have you ever

14 attended therapy?

15      A    No.

16      Q    After the crash, have you taken

17 medications?

18      A    No.

19      Q    Do you drink alcohol?

20      A    Well, just casual, social, no.

21      Q    I'm sorry, Mr. Benavides, I didn't

22 quite catch that.

23           Do you mind repeating your answer?

24      A    I drink casual.  I don't have a

25 drinking problem, if that is the question,



1   no.

2        Q    Sir, I'm certainly not implying

3   that you have a drinking problem.  Did you

4   drink before the crash?

5        A    No.

6        Q    Thank you, sir.  When did you first

7   hear about the crash?

8        A    That day, the next morning at

9   around 6:00 a.m. in the morning when her mom

10  called me, the police get -- from Miami,

11  right away the police was at the house when

12  they called me.

13       Q    When you say her mom, are you

14  referring to Lilian?

15       A    Yes.

16       Q    Okay.  And where were you when this

17  happened?

18       A    I was at home.

19       Q    Okay.  And what did Lilian say

20  about the incident?

21            MR. POSES:  Guillermo, take your

22       time.

23       A    I don't know how to say.  I don't

24  know why you ask for that.

25       Q    Sir, I understand this is an



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.                                             61

```
 1   extremely difficult question, so if you would

 2   like to take a minute, I certainly am

 3   appreciative of that.

 4        A    Sorry.  I don't know how to answer,

 5   because I can't say exact word they mentioned

 6   to me.  We lost our daughter.

 7        Q    Sure.  If you don't remember the

 8   details, I'm totally fine accepting that

 9   answer, as well, Mr. Benavides.

10             We don't need to -- we will not be

11   dwelling deep into this topic.

12        A    I am not, thank you.

13        Q    Do you recall speaking with police

14   on the phone?

15        A    Speak with who?

16        Q    Police.

17        A    With the police, yes.

18        Q    Do you recall the names of the

19   officers you spoke to?

20        A    No, I don't remember the name, no.

21        Q    Okay.  After the crash, did you go

22   down to Florida?

23        A    Right away, yes.

24        Q    All right.  Thank you, sir.

25             MR. BRANIGAN:  Those are all the
```



```
 1   questions I have today.  Thank you for
 2   appearing.
 3        We sincerely appreciate it.  And we
 4   appreciate you taking the time to speak
 5   with us.  Thank you.
 6        MR. POSES:  Drew?
 7        MR. BRANIGAN:  Yes, sir.
 8        MR. POSES:  I appreciate your depo.
 9   Thank you.
10        MR. BRANIGAN:  Thank you, Todd.
11        MR. POSES:  We will waive and take
12   a copy, and Guillermo, I know you have a
13   meeting, I will call you in the
14   afternoon, and if there are exhibits --
15   off the record.
16        (Whereupon a discussion was held
17   off the record.)
18        THE COURT REPORTER:  Regular
19   delivery for the final?
20        MR. BRANIGAN:  Yes, sir.  Thank
21   you.  Electronic.
22        THE COURT REPORTER:  Who from the
23   plaintiff's side gets a copy?
24        MR. POSES:  All of us, yes.
25        THE COURT REPORTER:  So copy sales
```



 1   to Mr. Terry and Mr. Boumel, as well?

 2        MR. TERRY:  Yes.

 3        MR. BOUMEL:  Right.

 4        (Whereupon the deposition was

 5   concluded at 12:10 p.m.)

 6        (Witness was excused.)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1              C E R T I F I C A T E

2              I, MICHAEL FRIEDMAN, a Certified Court

3     Reporter and Notary Public, qualified in and for

4     the State of New Jersey do hereby certify that

5     prior to the commencement of the examination

6     GUILLERMO BENAVIDES was duly sworn by me to testify

7     to the truth the whole truth and nothing but the

8     truth.

9              I DO FURTHER CERTIFY that the foregoing

10    is a true and accurate transcript of the testimony

11    as taken stenographically by and before me at the

12    time, place and on the date hereinbefore set forth.

13             I DO FURTHER certify that I am neither a

14    relative of nor employee nor attorney nor counsel

15    for any of the parties to this action, and that I

16    am neither a relative nor employee of such attorney

17    or counsel, and that I am not financially

18    interested in the action.

19

20

21             _____

22             MICHAEL FRIEDMAN, CCR of the

23             State of New Jersey

24             License No:  30XI00228600

25             Date:  September 3, 2023



1

                               LAWYER'S NOTES

2    PAGE   LINE

3    _____  _____    _____

4    _____  _____    _____

5    _____  _____    _____

6    _____  _____    _____

7    _____  _____    _____

8    _____  _____    _____

9    _____  _____    _____

10   _____  _____    _____

11   _____  _____    _____

12   _____  _____    _____

13   _____  _____    _____

14   _____  _____    _____

15   _____  _____    _____

16   _____  _____    _____

17   _____  _____    _____

18   _____  _____    _____

19   _____  _____    _____

20   _____  _____    _____

21   _____  _____    _____

22   _____  _____    _____

23   _____  _____    _____

24   _____  _____    _____

25   _____  _____    _____



GUILLERMO BENAVIDES                                          August 30, 2023
BENAVIDES V. TESLA, INC.                                                  66

```
 1                    DEPOSITION ERRATA SHEET

 2

 3    Assignment No. J 10072074

 4    Case Caption:  Benavides v. Tesla

 5

 6

 7         DECLARATION UNDER PENALTY OF PERJURY

 8              I declare under penalty of perjury

 9       that I have read the entire transcript of

10       my Deposition taken in the captioned matter

11       or the same has been read to me, and

12       the same is true and accurate, save and

13       except for changes and/or corrections, if

14       any, as indicated by me on the DEPOSITION

15       ERRATA SHEET hereof, with the understanding

16       that I offer these changes as if still under

17       oath.

18

19

20

21              Signed on the _____ day of

22              _____, 20_____

23

24       _____

25                    GUILLERMO BENAVIDES
```



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.                                          67

```
1                     DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_____

25                     GUILLERMO BENAVIDES
```



GUILLERMO BENAVIDES                                      August 30, 2023
BENAVIDES V. TESLA, INC.                                          68

```
1                    DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_____

25                    GUILLERMO BENAVIDES
```

