# EXHIBIT D

1  TRANSCRIPTION OF AUDIO RECORDING - EXCERPTS
2
3  _____
4
5      Recording Entitled:  Body, dash, and rear seat
6      interior camera videos from Monroe County Sheriff
7
8      Excerpts:  1:00-1:15, 2:10-2:30, 4:12-4:50
9
10     Transcribed by Janice P. Yates, CER-9181.

```
 1  EXCERPT 1

 2  1:00-1:15

 3

 4                 (Excerpt begins.)

 5                 UNIDENTIFIED SPEAKER:  He was driving

 6     that car --

 7                 MR. MCGEE:  I'm here.  The 911's here.

 8                 UNIDENTIFIED SPEAKER:  And here was

 9     here (INAUDIBLE) --

10                 MR. MCGEE:  All right, sir.

11                 OFFICER:  Who --

12                 MR. MCGEE:  I was driving, I dropped my

13     phone and looked down, and I ran the stop sign

14     and hit the guy's car.

15                 OFFICER:  Sir, which car are you

16     driving?

17                 MR. MCGEE:  This car, the Tesla right

18     here.

19                 UNIDENTIFIED SPEAKER:  They're helping

20     him right now, okay?

21                 OFFICER:  Okay, do me a favor.  Just

22     grab your driver's license.

23                 UNIDENTIFIED SPEAKER:  (INAUDIBLE.)

24                 OFFICER:  Are you okay?

25                 MR. MCGEE:  Yes, sir.  I just got to --
```

| | |
|---|---|
| 1 | OFFICER: Just hang on tight.  Hang on |
| 2 | tight. |
| 3 | (Inaudible background conversation.) |
| 4 | UNIDENTIFIED SPEAKER: Don't move. |
| 5 | MR. MCGEE: I just got a bump on my |
| 6 | eye. |
| 7 | (Excerpt ends.) |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

```
 1  EXCERPT 2
 2  2:10-2:30
 3
 4              (Excerpt begins.)
 5              PUBLIC SAFETY OFFICER:  Are you okay?
 6              MR. MCGEE:  Yes, sir.  I was heading to
 7   Ocean Reef, and I hit the --
 8              PUBLIC SAFETY OFFICER:  What happened?
 9              MR. MCGEE:  I dropped my phone.  I was
10   trying to call, we're flying out for a funeral
11   tomorrow, and I was trying to call to get my
12   wife's stuff ready with the airline.
13              (INAUDIBLE.)
14              PUBLIC SAFETY OFFICER:  Okay.
15              MR. MCGEE:  And I looked down, and I
16   ran right through here and hit the guy's car.
17              PUBLIC SAFETY OFFICER:  You hit this
18   car?
19              MR. MCGEE:  Yeah, I slammed on my
20   brakes when I saw it.
21              PUBLIC SAFETY OFFICER:  Okay, where
22   were you coming from, Ocean Reef?
23              MR. MCGEE:  I'm going to it
24   (INAUDIBLE).
25              (Crosstalk.)
```

```
 1              (INAUDIBLE.)
 2              UNIDENTIFIED SPEAKER:  All roads and
 3   (INAUDIBLE).  Whoa, whoa, whoa.
 4              (Excerpt ends.)
```

```
 1  EXCERPT 3
 2  4:12-4:50
 3
 4              (Excerpt begins.)
 5              MR. MCGEE:  You know, it was actually
 6     because I was -- I was driving and I looked down,
 7     and I had been using cruise control, and I looked
 8     down.  I didn't realize how (INAUDIBLE).  I sat
 9     up, and then, I sat up and I hit the brakes and
10     saw this truck.
11              OFFICER:  Which way were you going?
12              MR. MCGEE:  I was coming from the T
13     here, so.
14              OFFICER:  Okay.  Did you stop at the
15     stop sign?
16              MR. MCGEE:  No, I didn't, sir, I don't
17     think.  I honestly don't know.  I looked down.  I
18     didn't know how close I was to the intersection.
19     And I was driving on cruise going through, and I
20     looked down and to get the phone I dropped.  I
21     was on with the airline for my wife for
22     tomorrow's funeral I'm going to.  And I reached
23     down, I didn't see it.  And when I popped up and
24     looked, I saw a black truck.  It just happened so
25     fast.
```

```
 1              OFFICER:  Are you okay?
 2              MR. MCGEE:  I think so.  I don't know.
 3              UNIDENTIFIED SPEAKER:  He's got a
 4   (INAUDIBLE) --
 5              MR. MCGEE:  I've got an eye injury, but
 6   I'm just -- my God, man.
 7              (Excerpt ends.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                CERTIFICATE OF TRANSCRIPTION
 2   STATE OF MICHIGAN)
 3                   ) SS
 4   COUNTY OF KENT   )
 5
 6             I, JANICE P. YATES, hereby certify
 7   the transcription of the foregoing proceedings.
 8   These proceedings were recorded on video; said
 9   video was not recorded by me nor under my
10   supervision or control.  I certify that this is
11   a full, true, complete, and correct
12   transcription of the video to the best of my
13   ability.
14
15
16
17
18
19
20
21
22                         JANICE P. YATES, CER-9181
23                         Notary Public,
24                         Kent County, Michigan
25   My Commission expires:  December 2, 2023
```

Body Cam Excerpts
1

| 1 | car 2:6,14, 15,17 4:16,18 | flying 4:10 | L |
|---|---|---|---|
| **1** 2:1 | CER-9181 8:22 | foregoing 8:7 | license 2:22 |
| **1:00-1:15** 2:2 | CERTIFICATE 8:1 | full 8:11 | looked 2:13 4:15 6:6,7, 17,20,24 |
|  | certify 8:6,10 | funeral 4:10 6:22 |  |
| **2** | close 6:18 |  |  |
| **2** 4:1 8:25 | Commission 8:25 | **G** | **M** |
| **2023** 8:25 | complete 8:11 | God 7:6 | man 7:6 |
| **2:10-2:30** 4:2 | control 6:7 8:10 | grab 2:22 | MCGEE 2:7,10, 12,17,25 3:5 4:6,9,15,19, 23 6:5,12,16 7:2,5 |
|  | conversation 3:3 | guy's 2:14 4:16 |  |
| **3** |  |  |  |
| **3** 6:1 | correct 8:11 | **H** |  |
|  | County 8:4,24 | hang 3:1 | Michigan 8:2, 24 |
| **4** | Crosstalk 4:25 | happened 4:8 6:24 | move 3:4 |
| **4:12-4:50** 6:2 | cruise 6:7,19 | heading 4:6 |  |
|  |  | helping 2:19 | **N** |
| **9** | **D** | He's 7:3 | Notary 8:23 |
| **911's** 2:7 | December 8:25 | hit 2:14 4:7, 16,17 6:9 |  |
|  | Don't 3:4 | honestly 6:17 | **O** |
| **A** | driver's 2:22 |  | Ocean 4:7,22 |
| ability 8:13 | driving 2:5, 12,16 6:6,19 | **I** | OFFICER 2:11, 15,21,24 3:1 4:5,8,14,17, 21 6:11,14 7:1 |
| airline 4:12 6:21 | dropped 2:12 4:9 6:20 | inaudible 2:9,23 3:3 4:13,24 5:1,3 6:8 7:4 |  |
|  |  |  |  |
| **B** | **E** | injury 7:5 |  |
| background 3:3 | ends 3:7 5:4 7:7 | intersection 6:18 | **P** |
| begins 2:4 4:4 6:4 | excerpt 2:1,4 3:7 4:1,4 5:4 6:1,4 7:7 | I'm 2:7 4:23 6:22 7:6 | phone 2:13 4:9 6:20 |
| black 6:24 |  | I've 7:5 | popped 6:23 |
| brakes 4:20 6:9 | expires 8:25 |  | proceedings 8:7,8 |
| bump 3:5 | eye 3:6 7:5 | **J** | Public 4:5,8, 14,17,21 8:23 |
|  |  | JANICE 8:6,22 |  |
| **C** | **F** |  |  |
| call 4:10,11 | fast 6:25 | **K** | **R** |
|  | favor 2:21 | Kent 8:4,24 | ran 2:13 4:16 |

U.S. LEGAL SUPPORT
866-339-2608

**reached** 6:22
**ready** 4:12
**realize** 6:8
**recorded** 8:8, 9
**Reef** 4:7,22
**roads** 5:2

### S

**SAFETY** 4:5,8, 14,17,21
**sat** 6:8,9
**sign** 2:13 6:15
**sir** 2:10,15, 25 4:6 6:16
**slammed** 4:19
**SPEAKER** 2:5, 8,19,23 3:4 5:2 7:3
**SS** 8:3
**STATE** 8:2
**stop** 2:13 6:14,15
**stuff** 4:12
**supervision** 8:10

### T

**Tesla** 2:17
**tight** 3:1,2
**tomorrow** 4:11
**tomorrow's** 6:22
**transcription** 8:1,7,12
**truck** 6:10,24
**true** 8:11

### U

**UNIDENTIFIED** 2:5,8,19,23 3:4 5:2 7:3

### V

**video** 8:8,9, 12

### W

**we're** 4:10
**whoa** 5:3
**wife** 6:21
**wife's** 4:12

### Y

**YATES** 8:6,22