UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

    Plaintiff,

v.

TESLA, INC. *a/k/a Tesla Florida, Inc*.

    Defendant,
_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., a/k/a *Tesla Florida, Inc.,*

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE DEADLINE
FOR PLAINTIFFS TO REPLY TO TESLA'S RESPONSE TO
PLAINTIFFS' JOINT MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiffs, jointly through their undersigned counsel, submit this Unopposed Motion to Amend the Deadline for Plaintiffs to Reply to Tesla's Response in opposition to Plaintiffs' Joint Motion for Leave to Amend their Complaint, and states as follows:

1. On August 25, 2023, Plaintiffs filed their Motion for Leave to Amend Complaint (DE 129).

2. On September 18, 2023, after requesting and being granted an unopposed 10-day extension to respond to Plaintiffs' Motion, Tesla filed its Response in opposition to Plaintiffs' Motion (DE 137). In its Response, Tesla objected to Plaintiffs' Motion to Amend, raising both factual and substantive legal grounds as the basis for its objection.

3. Pursuant to this Court's directions reflected in Docket Entry # 137, Plaintiff's Reply is currently due this upcoming Monday, September 25, 2023.

4. Due to the nature and grounds for Tesla's objections to Plaintiffs' Motion, Plaintiffs require additional time to file their Reply.

5. Plaintiffs are requesting a 14-day extension to file their Reply.

6. Plaintiffs have conferred with Tesla regarding this request, and Tesla has indicated it has no objection to the relief sought.

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant this motion and enter the proposed unopposed order attached here as Exhibit A, changing the due date for Plaintiffs' Reply from September 25, 2023 to October 10, 2023.

**CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel has conferred with counsel for Tesla, Inc., and Tesla's counsel indicated that Tesla does not oppose this Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of September 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

        Respectfully Submitted,

        THE ROUSSO, BOUMEL LAW FIRM, PLLC.
        9350 South Dixie Highway
        Suite 1520
        Miami, Florida 33156
        (305) 670-6669

By:    **/s/ *Adam T. Boumel, Esq.***
        Adam T. Boumel, Esq.
        Florida Bar No.: 0110727
        Direct email: adam@roussolawfirm.com
        Service emails:
        Pleadings@roussolawfirm.com
        assistant@roussolawfirm.com


        POSES & POSES, P.A.
        Alfred I. DuPont Building
        169 East Flagler Street
        Suite 1600
        Miami, FL 33131
        (305) 577-0200 Telephone
        (305) 371-3550 Facsimile
        tposes@posesandposes.com

        /s/Todd Poses
        TODD POSES, ESQ.
        FBN: 0075922

        *Counsel for Plaintiff, Neima Benavides as PR for the Estate of Naibel Benavides Leon*