UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
TO AMEND PLAINTIFFS' DEADLINE TO REPLY TO TESLA'S RESPONSE
TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

    Wherefore, upon consideration of the issues, and for good cause, it is HEREBY ORDERED that Plaintiffs' Deadline to file their Reply to Tesla's Response in opposition to Plaintiffs' Motion for Leave to Amend Complaint is moved from September 25, 2023.

    DONE AND ORDERED in Chambers at Miami, Florida this ___ day of ____, 2023.

                                                _____
                                                HONORABLE BETH BLOOM
                                                UNITED STATES DISTRICT JUDGE