UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

  Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

  Defendant.
_____/

DILLON ANGULO,       Case 1:22-22607-KMM

  Plaintiff,
v.

TESLA, INC. a/k/a Tesla Florida, Inc.

  Defendant.
_____/

## JOINT MOTION TO AMEND TRIAL DATE

  The Parties by and through their undersigned counsel, hereby move this Court to amend the current March 11, 2024 trial date to November, 2024.  In support of their Motion, the Parties state the following:

  1.  This is an automotive products liability case arising out of an April 25, 2019 two vehicle collision, causing the death of Decedent Naibel Benavides Leon

28587079v2

and injuring Plaintiff Dillon Angulo. Plaintiff Benavides filed her lawsuit against Tesla on April 23, 2021. Dillon Angulo filed a separate lawsuit against Tesla on August 16, 2022. This Court subsequently consolidated both cases and amended its original Scheduling Order on August 31, 2022.

2. On January 1, 2023, Plaintiff Dillon Angulo filed a Motion to Continue Trial because – among other reasons, he had recently joined the case and did not have enough time to complete sufficient discovery and prepare for the existing June 19, 2023 trial date. *See* Dkt. 72. At pgs 2-4. After considering the Parties briefing, this Court granted Plaintiff's Motion in part and entered its Order Amending Scheduling Order and Certain Pretrial Deadlines, which moved trial to its current March 11, 2024 date. *See* Dkts. 91 and 107.

3. Since that time, the parties have cooperatively engaged in extensive discovery, including five sets of written discovery exchanged by Dillon Angulo and Tesla, as well as the depositions of Dillon Angulo and Guillermo Benavides. However, good cause exists for amending the trial date as it – and the current scheduling order – presents multiple issues for the Parties:

4. First, trial counsel for Tesla is engaged in a mass action in the Eastern District of Michigan that is currently set for trial in March, 2024. *See* Ex. A- Stipulated Order Amending Scheduling Order for the First Time in *Aaron Gant, et al v. Ford Motor Company*, 2:19-cv-12533. Counsel for Tesla is also scheduled for

trial on another Tesla matter in March, 2024 in California. *See* Ex. B- Order Granting New Trial Date in *SZ Hua Huang v. Tesla Inc., et al.*, Case No. 19CV346663. Additionally, the Parties continue to engage in fact discovery in this case, and require additional time to prepare their experts for disclosure. The current deadline for the parties to disclose their experts is October 17, 2023.

5. Finally, as this Court is aware, Plaintiffs filed their Joint Motion for Leave to Amend Complaint on August 25, 2023. *See* Dkt. 129. Should this Court grant Plaintiffs' Motion, the Parties will need additional time to engage in discovery on Plaintiffs' new causes of action.

6. This is the Parties' first joint request to amend the trial date.[1]

7. In support of this Motion, and in compliance with Local Rule 7.6, the Parties submit the affidavits attached as Exhibit B.

## CONCLUSION

WHEREFORE, the Parties request that this Court enter an order amending the trial date to November, 2024.[2]

## Local Rule 7.1(a)(3) Certification

---

[1] Plaintiff Dillon Angulo previously moved to continue trial, which was granted in part. *See* Dkts. 91 and 107. Plaintiff Neima Benavides previously moved to stay trial pending the completion of NHTSA's PE21-020 investigation, which was denied.
[2] Upon request, the Parties will submit a proposed schedule to the Court to serve the interests of judicial economy.

28587079v2

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiffs and Defendant have conferred in good faith and agree to the relief requested in this motion.

Date:

                Respectfully submitted,

By: /**s**/*Henry Salas*
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

- and –

THOMAS P. BRANIGAN (Admitted Pro Hac Vice)
DREW P. BRANIGAN (Admitted Pro Hac Vice)
BOWMAN AND BROOKE LLP
101 W. Big Beaver Road
Suite 1100
Troy, MI 48084
248.205.3300 / 248.205.3399 fax
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

Attorneys for Defendant TESLA, Inc.

28587079v2

Approved as to Form and Content:

ADAM T. BOUMEL, ESQ. Florida Bar No.: 0110727
DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
Frank@roussolawfirm.com (secondary)
***Attorneys for Plaintiff Dillon Angulo***

TODD POSES, ESQUIRE
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com
***Attorneys for Plaintiff Neima Benavides***

DOUGLAS EATON, ESQUIRE
Florida Bar No.:129577
EATON & WOLK, PL
2665 S. Bayshore Drive, Suite 609
Miami, FL 33133
(786) 752-4742
(786) 350-3079
deaton@eatonwolk.com
***Attorneys for Plaintiff Neima Benavides***

28587079v2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ADAM T. BOUMEL, ESQ. Florida Bar No.: 0110727
DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary) Frank@roussolawfirm.com (secondary)

*Attorneys for Plaintiff Dillon Angulo*

Todd Poses, Esquire
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

Respectfully submitted,

By: *s/Henry Salas*_____

6

28587079v2