UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AARON GANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case: 2:19-cv-12533<br><br>Honorable Sean F. Cox<br><br>Magistrate Judge David R. Grand |

**STIPULATED ORDER AMENDING**
**SCHEDULING ORDER FOR THE FIRST TIME**

This matter comes before the Court upon the agreement of the parties for entry of this proposed *Stipulated Order Amending Scheduling Order for the First Time*, controlling the progress of the case as outlined below.

Since this Court entered the initial Scheduling Order, the parties have worked diligently to make significant progress on, and narrow issues and eliminate the unnecessary parties in, the case by engaging in written discovery, the production of documents and the depositions over two dozen Plaintiffs. Through this progress, the parties have agreed to the voluntary dismissal with prejudice of the claims of 185 Plaintiffs to date. However, additional written discovery and document production, the depositions of approximately 175 Plaintiffs and the inspections of approximately 79 Plaintiff vehicles remain to be completed. While the parties are working to

26481181v1

resolve discovery disputes through meet-and-confers, and have been attempting to schedule the remaining Plaintiff depositions and vehicle inspections, the parties submit that good cause exists for an extension of dates and deadlines in this action and respectfully request the Court extend the Scheduling Order as detailed below:

**FACT DISCOVERY COMPLETION: February 3, 2023**.

**EXPERT REPORTS:**
  Plaintiffs' Expert Reports due: **March 3, 2023**
  Depositions of Plaintiffs' Experts completed by: **May 5, 2023**
  Ford's Expert Reports due: **May 19, 2023**
  Depositions of Ford's Experts completed by: **July 14, 2023**

**DISPOSITIVE/*DAUBERT* MOTIONS:**
  Dispositive/*Daubert* motions filing deadline: **August 25, 2023**
  Oppositions to Dispositive/*Daubert* motions filing deadline: **September 29, 2023**
  Replies to Dispositive/*Daubert* motions filing deadline: **October 20, 2023**
  Hearing on Dispositive/*Daubert* motions: **November 10, 2023**

**PRETRIAL MOTIONS AND OTHER FILINGS:**
  Filing deadline for pretrial motions and other filings: **December 1, 2023**
  Filing deadline for responses to pretrial motions and other filings: **December 22, 2023**

**JOINT PRETRIAL STATEMENT:**
  The parties shall file a Joint Pretrial Statement consistent with the requirements provided in Local Rule 16.2(b) and signed by counsel for all parties one week in advance of the Status/Pretrial Conference, on **January 23, 2024**.

**STATUS/PRETRIAL CONFERENCE: January 30, 2024 at 2:00 p.m.**

**TRIAL MONTHS: March/April 2024.**

**IT IS SO ORDERED.**

Dated: August 26, 2022            s/Sean F. Cox
                                  Sean F. Cox
                                  U. S. District Judge

Stipulated as to Form:


/s/ Kenneth A. Stern (w/ permission)     /s/ Thomas P. Branigan
KENNETH A. STERN (P30722)                THOMAS P. BRANIGAN (P41774)
Attorney for Plaintiffs                  Attorney for Ford Motor Company

26481181v1