B. MARK FONG, ESQ. (SBN 99672)
mfong@minamitamaki.com
SEEMA BHATT, ESQ. (SBN 275278)
sbhatt@minamitamaki.com
**MINAMI TAMAKI LLP**
360 Post Street, 8th Floor
San Francisco, Ca 94108-4903
Tel: (415) 788-9000
Fax: (415) 398-3887

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
DORIS CHENG (State Bar #197731)
dcheng@walkuplawoffice.com
ANDREW P. McDEVITT (State Bar #271371)
amcdevitt@walkuplawoffice.com
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, Ca 94108
Tel: (415) 981-7210
Fax: (415) 391-6965

ATTORNEYS FOR PLAINTIFFS
SZ HUA HUANG, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO WEI LUN HUANG, DECEASED; TRINITY HUANG, A MINOR; TRISTAN HUANG, A MINOR

Filed
June 29, 2023
Clerk of the Court
Superior Court of CA
County of Santa Clara
19CV346663
By: vwong

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# COUNTY OF SANTA CLARA

| | |
|---|---|
| SZ HUA HUANG, Individually and as successor in interest to WEI LUN HUANG, deceased; TRINITY HUANG, a minor; TRISTAN HUANG, a minor; HSI KENG HUANG; and CHING FEN HUANG, <br><br>Plaintiffs, <br><br>v. <br><br>TESLA INC. dba TESLA MOTORS, INC., THE STATE OF CALIFORNIA, and DOES 1 through 100,, <br><br>Defendants. | Case No. 19CV346663 <br><br>**Assigned For All Purposes to Hon. Evette Pennypacker Department 6** <br><br>**[PROPOSED] ORDER** ~~GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME RE MOTION TO CONTINUE TRIAL DATE~~ **CONTINUING TRIAL DATE** <br>Date:   June 30, 2023 <br>Time:   8:15 a.m. <br>Dept.:   6 <br><br>Action Filed:   April 26, 2019 <br>Trial Date:   July 31, 2023 |

---

1

1    The Ex Parte Application of Plaintiffs SZ HUA HUANG, Individually and as successor in interest to WEI LUN HUANG, deceased; TRINITY HUANG, a minor; TRISTAN HUANG, a minor; HSI KENG HUANG; and CHING FEN HUANG ("Plaintiffs") for an Order to Continue the Trial Date, was scheduled for a hearing on June 30, 2023. The Court, having reviewed the Plaintiffs Ex Parte Application for an Order Shortening Time to Continue the Trial Date and with good cause appearing therefore:

**IT IS HEREBY ORDER** that:

1. ~~The Plaintiffs' Ex Parte Application for Order Shortening Time to hear the Motion to Continue the Trial date is hereby approved and granted.~~

2. ~~The motion to continue the trial date shall be heard on _____;~~

3. ~~Any opposition to the motion to continue the trial date shall be filed on _____.~~

4. ~~Any reply to the opposition shall be filed on _____.~~

**IT IS SO ORDERED.**

6/29/2023 1:58:14 PM

Dated: June 29, 2023

_____
JUDGE OF THE SUPERIOR COURT

**The July 31 trial and July 12 mandatory settlement conference are VACATED. Trial is set for March 18, 2024. The mandatory settlement conference is reset to March 13, 2024.**

**No additional trial continuances will be granted absent exigent circumstances, which circumstances shall NOT include outstanding fact or expert discovery issues.**

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME RE MOTION TO CONTINUE TRIAL DATE - CASE NO. 19CV346663

# PROOF OF SERVICE

## Huang v. Tesla, Inc., et. al.
## Case No. 19CV346663

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the county where the mailing took place. My business address is 650 California Street, 26th Floor, City and County of San Francisco, CA 94108-2615.

On the date set forth below, I caused to be served true copies of the following document(s) described as

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME RE MOTION TO CONTINUE TRIAL DATE**

to:

| | |
|---|---|
| Vincent Galvin, Esq.<br>Lauren O. Miller, Esq.<br>Joel Smith, Esq. (PHV)<br>Kevin Malloy, Esq. (PHV)<br>BOWMAN AND BROOKE LLP<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110-1364 | Attorneys for Defendant<br>TESLA, INC.<br>Phone: (408) 279-5393<br>Fax: (408) 279-5845<br>Email:<br>vincent.galvin@bowmanandbrooke.com<br>lauren.miller@bowmanandbrooke.com<br>Joel.Smith@bowmanandbrooke.com<br>Kevin.Malloy@bowmanandbrooke.com<br>Ann.Scoleri@bowmanandbrooke.com<br>Debra.Wells@bowmanandbrooke.com<br>Sara.Margo@bowmanandbrooke.com<br>Brianna.Bowling@bowmanandbrooke.com<br>letty.robles@bowmanandbrooke.com<br>Jack.Galvin@bowmanandbrooke.com |
| Thomas Branigan (Pro Hac Vice)<br>BOWMAN AND BROOKE LLP<br>41000 Woodward Avenue, Suite 200 East<br>Bloomfield Hills, MI 48303 | Attorneys for Defendant<br>TESLA, INC.<br>Telephone: (248) 205.3300<br>Facsimile: (248) 205.3399<br>Thomas.branigan@bowmanandbrooke.com |
| Kevin Malloy (Pro Hac Vice)<br>Bowman and Brooke LLP<br>1441 Main Street, Suite 1200<br>Columbia, SC 29201 | Attorneys for Defendant<br>TESLA, INC.<br>Kevin.Malloy@bowmanandbrooke.com |

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME RE MOTION TO CONTINUE TRIAL DATE - CASE NO. 19CV346663

| | |
|---|---|
| Jeanne Scherer, Acting Chief Counsel<br>G. Michael Harrington, Deputy Chief Counsel<br>Landa Low, Deputy Attorney<br>Rosemary Love, Deputy Attorney<br>Andrew Gokoffski, Deputy Attorney<br>Caltrans Legal Division<br>Physical Address:<br>111 Grand Ave., Suite 11-100<br>Oakland, CA 94612<br>Mailing:<br>PO Box 24325<br>Oakland, CA 94623-1325 | Attorneys For Defendant<br>STATE OF CALIFORNIA<br>Phone: 510-433-9100<br>Fax: 510-433-9167<br>Email: landa.low@dot.ca.gov<br>rosemary.love@dot.ca.gov<br>Andrew.Gokoffski@dot.ca.gov<br>maria.cordonero@dot.ca.gov<br>genoveva.mercado@dot.ca.gov |
| B. Mark Fong<br>Seema Bhatt<br>Minami Tamaki LLP<br>101 Montgomery Street, Suite 825<br>San Francisco, CA 94104 | Co-Counsel for Plaintiffs<br>Phone: (415) 788-9000<br>Fax: (415) 398-3887<br>MFong@MinamiTamaki.com<br>SBhatt@MinamiTamaki.com<br>eoparowski@minamitamaki.com<br>ESullivan@minamitamaki.com<br>EEverett@MinamiTamaki.com |

**BY ELECTRONIC TRANSMISSION:** Pursuant to CCP 1010.6(e), I caused the above-titled document(s) to be electronically served on the persons at the electronic service addresses listed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 28, 2023, at San Francisco, California.

_/s/ Karina Lara_
Karina Lara

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME RE MOTION TO CONTINUE TRIAL DATE - CASE NO. 19CV346663