UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

      Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

      Defendant.

_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

      Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

      Defendants.

_____/

## AFFIDAVIT OF ADAM BOUMEL, ESQ. SETTING FORTH GOOD CAUSE FOR TRIAL CONTINUANCE IN FURTHEREANCE OF MOTION TO CONTINUE TRIAL

On this day personally appeared Adam T. Boumel, Esq. who was sworn and says:

1. My name is Adam Boumel.

2. I am counsel for Plaintiff, Dillon Angulo, in the above captioned matter.

3. This action sounding in products liability claims centers around the design, functionality, and marketing of Defendant's Autopilot system.

4. Specifically, this action arises from an April 25, 2019 collision wherein Dillon Angulo, as a pedestrian, was struck by a car being driven on Tesla's Autopilot system and suffered catastrophic injuries as a result.

5. The current trial date for this case is March, 2024.

6. Counsel for Tesla, Inc., has advised Plaintiffs that said counsel has a conflict for the currently set trial period and asked that Plaintiffs agree to a continuance of this matter.

7. Plaintiff, Dillon Angulo, has no objection to the trial continuance proposed by Tesla.

8. Moreover, the undersigned counsel believes that a continuance in this case will best serve the interests of justice, in that the issues presented in this case are both numerous and complex, and a continuance will provide all parties with the requisite time needed to prepare for trial in this matter.

9. In conferring with counsel for all Parties, the undersigned has been advised that all counsel for all parties agree with the need for a substantial continuance of trial in order to conduct the requisite fact and expert discovery in this action and to avoid scheduling conflicts.

DATED this 16th day of October, 2023.

_____
Affiant

The foregoing instrument was acknowledged before me this 16th day of October, 2023, by Adam T. Boumel, Esq., who is, Personally known to me, and who took an oath stating that said statements are true and correct.

_____
Notary Public
State of Florida

Commission No.: HH064450

LILIANIS ROMAN
MY COMMISSION # HH 064450
EXPIRES: November 17, 2024
Bonded Thru Notary Public Underwriters

Page **2** of **2**