UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes NEIMA

BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                        Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

### AFFIDAVIT OF THOMAS P. BRANIGAN SETTING FORTH GOOD CAUSE FOR TRIAL CONTINUANCE IN FURTHERANCE OF MOTION TO CONTINUE TRIAL

On this day personally appeared Thomas P. Branigan who was sworn and says:

1.     My name is Thomas Branigan.

2.     I am Lead Counsel for Tesla, Inc. in the above captioned matter.

3.     This automotive product liability action arises from an April 25, 2019 two-vehicle collision. Plaintiff Benavides originally filed her lawsuit against Tesla on April 23, 2021. Plaintiff Angulo filed a separate action on August 16, 2022. Both Plaintiffs allege that the crash was caused by a defect in the vehicle's Autopilot System.

28640889v1

4. The current trial date for this case is March, 2024. This date conflicts with four other trials for cases on which I am Lead Counsel, including a Mass Action with over 170 Plaintiffs in the United States District Court for the Eastern District of Michigan (*Gant et al v. Ford Motor Co*, Case 2:19-cv-12533-SFC-DRG) that is set for March-April of 2024.

5. Additionally, should this Court grant Plaintiffs' Motion for leave to amend their complaint, the Parties will require an additional 60 to 90 days of discovery on Plaintiffs' new fraud and misrepresentation claims

6. In conferring with counsel for all Parties, the undersigned has been advised that they agree with the need for a substantial continuance of trial in order to conduct the requisite fact and expert discovery in this action and to avoid scheduling conflicts.

DATED this 16th day of October, 2023.

_____
Affiant, Thomas P. Branigan

The foregoing instrument was acknowledged before me this 16th day of October, 2023, by Thomas P. Branigan, Esq., who is, Personally known to me, and who took an oath stating that said statements are true and correct.

_____
Notary Public
State of Michigan

Commission No.: _____

DIANA M. MURRAY
Notary Public, State of Michigan
County of Wayne
My Commission Expires Sep. 25, 2027
Acting in the County of Oakland