UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**ORDER AMENDING SCHEDULING ORDER
AND CERTAIN PRETRIAL DEADLINES**

**THIS CAUSE** is before the Court upon the Parties' Joint Motion to Amend Trial Date, ECF No. **[142]** ("Motion"), filed on October 16, 2023. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [142]**, is **GRANTED IN PART and DENIED IN PART**. The Amended Scheduling Order, **ECF No. [91]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **June 17, 2024, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, June 11, 2024**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

| | |
|---|---|
| **January 23, 2024** | Parties disclose experts and exchange expert witness summaries or reports. |
| **February 6, 2024** | Parties exchange rebuttal expert witness summaries or reports. |
| **February 20, 2024** | All discovery, including expert discovery, is completed. |
| **March 5, 2024** | Parties must have completed mediation and filed a mediation report.[1] |
| **March 13, 2024** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all <u>dispositive motions</u>.** |
| **June 3, 2024** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 25, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

---

[1] The Parties are reminded that they are required to jointly file a notice and proposed order scheduling mediation via CM/ECF pursuant to Local Rule 16.2.