UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
_____/

## JOINT MOTION FOR RECONSIDERATION AND REQUEST FOR ORAL ARGUMENT ON THE PARTIES JOINT MOTION TO AMEND TRIAL DATE [D.E. 142]

Plaintiffs, jointly through their undersigned counsel, submit this Motion for Reconsideration and Request for Oral Argument as to the Parties Joint Motion to Amend Trial Date [D.E. 142] and this Honorable Court's Order on same [D.E. 144], and states as follows:

1. On October 16, 2023, the parties filed their Joint Motion to Amend Trial Date [D.E. 142], wherein the parties jointly requested that the trial in this action be moved to November of 2024.

2. On October 25, 2023, this Honorable Court entered its Order on the parties' Motion [D.E. 144], wherein this court granted the Motion in part and denied it part by resetting the trial to June of 2024 instead of November

of 2024 as requested by the parties.

3. Plaintiffs' lead counsel, Donald Slavik, is currently set for another multi-week trial scheduled to begin on June 25, 2024, captioned Lorena Ochoa, et al., v. Kevin George Aziz Riad, et al. Case No. 20STCV08423, Superior Court of the State of California, County of Los Angeles. Tesla Inc. is one of the defendants in that matter. See, Declaration of Donald Slavik attached herein as "Exhibit A".

4. Additionally, the Plaintiffs do jointly believe that they require the additional time requested to fully prepare for trial in this matter, and do believe in good faith that a November 2024 trial date is in the best interest of all parties involved.

5. Accordingly, the Parties are jointly requesting that this Honorable Court entertain Oral Arguments in reconsideration of the issue.

**CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1 (a)(3), counsel for Plaintiffs and Defendant have conferred in good faith and agree to the relief requested in this motion in part[1].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of October, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway
> Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By:   /s/ *Adam T. Boumel, Esq.*
> Adam T. Boumel, Esq.
> Florida Bar No.: 0110727
> Direct email: adam@roussolawfirm.com
> Service emails:
> Pleadings@roussolawfirm.com
> assistant@roussolawfirm.com

---

[1] Tesla joins Plaintiffs' request for reconsideration of the trial date to the extent it clears an existing trial conflict for Plaintiffs' counsel. Tesla does not agree that additional time is necessary to prepare for trial beyond what was provided in the Court's October 25, 2023 Scheduling Order. [D.E. 144]

Page **2** of **2**