UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

    Plaintiff,

v.

TESLA, INC. *a/k/a Tesla Florida, Inc*.

    Defendant,
_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., a/k/a *Tesla Florida, Inc.,*

    Defendants.
_____/

## **DECLARATION OF DONALD H. SLAVIK**

I, DONALD H. SLAVIK, declare as follows:

    1.    I am the lead attorney representing the plaintiffs in the matters captioned above.

    2.    I presently have a multi-week trial scheduled to begin on June 25, 2024, captioned *Lorena Ochoa, et al., v. Kevin George Aziz Riad, et al.*, Case No. 20STCV08423, Superior Court of the State of California, County of Los Angeles. Tesla, Inc., the Defendant in the instant litigation, is one of the defendants in that matter.

3. I will be unavailable for almost the entirety of June and July 2024 due to preparations for and the trial in the *Lorena Ochoa, et al., v. Kevin George Aziz Riad, et al.* matter.

4. Trial in this instant matter is currently set to commence before this Honorable Court on June 17, 2024. As such, should this case remain set as is, I would not be available to participate in same.

5. I am available the months of November and December 2024 for a trial in this matter.

Dated: October 31, 2023

*[signature]*

Donald H. Slavik, Counsel for Plaintiffs