UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

## JOINT REQUEST FOR STATUS CONFERENCE

The parties, jointly through their undersigned counsel, hereby respectfully request that this Honorable Court conduct a Status Conference in this matter, and state as follows:

1. As this Honorable Court is well aware, this is a complex action sounding in products liability related to allegations that Tesla's Autopilot system was responsible for causing the death of decedent, Naibel Benavides, and severe personal injuries to Dillon Angulo.

2. At this juncture in the litigation of this action, the Parties have been cooperating together in good faith to timely and orderly advance this action.

3. The Parties are hereby jointly requesting that this Honorable Court conduct Status Conference hearing to discuss and address matters pertaining to the timing and scheduling of trial and all pre-trial scheduling deadlines.

4. The Parties believe in good faith that said Status Conference is necessary and important to ensure that this action can continue to progress timely and efficiently.

**CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1 (a)(3), counsel for Plaintiffs and Defendant have conferred in good faith and agree to the relief requested in this motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway
> Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By:   **/s/ *Adam T. Boumel, Esq.***
> Adam T. Boumel, Esq.
> Florida Bar No.: 0110727
> Direct email: adam@roussolawfirm.com
> Service emails:
> Pleadings@roussolawfirm.com
> assistant@roussolawfirm.com