UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-21940-BLOOM/OTAZO-REYES

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

                        Case 22-CV-22607-BLOOM

    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiffs Neima Benavides and Dillon Angulo's (collectively, "Plaintiffs") Notice of Hearing [D.E. 145]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom [D.E. 8]. The undersigned held a hearing on this matter on November 15, 2023 (hereafter, "Hearing"). In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that Plaintiffs' motion to compel document production in response to Plaintiffs' Third Request for Production Nos. 15 and 17–27 [D.E. 153] is GRANTED IN PART. Defendant Tesla, Inc., a/k/a Tesla Florida, Inc. ("Defendant") shall produce all of the documents containing the underlying data supporting the Tesla Vehicle Safety

Reports issued from October 2018 through the second quarter of 2019.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 15th day of November, 2023.

                                                                                       _____
                                                                                         ALICIA M. OTAZO-REYES
                                                                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Beth Bloom
Counsel of record