UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
    _____/

DILLON ANGULO,                  Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
    _____/

## TESLA'S MOTION FOR ORDER ALLOWING DEPOSITION TO BE FILED UNDER SEAL

Defendant Tesla, Inc. ("Tesla") – through undersigned counsel and pursuant to L.R. 5.4(b) and the extant Confidentiality Protective Order [D.E. 126] – moves this Court for an Order allowing the deposition transcript of its corporate

representative to be filed under seal. Tesla intends to rely on highly confidential testimony from this deposition in support of its Objection to the Magistrate's November 15, 2023 Discovery Order [D.E. 154] (the Order) to be filed on November 29, 2023. In support of this Motion, Tesla states as follows:

## BACKGROUND AND RELIEF REQUESTED

This automotive product liability case arises out of a crash that occurred on April 25, 2019 (the "Subject Crash") at a "T" intersection min Key Largo, Florida. On that day, non-party George Brian McGee was operating his 2019 Tesla Model S, when he blew a flashing red stop light and collided with a Chevrolet Tahoe legally parked near the intersection. Consequently, the parked vehicle struck Naibel Benavides and Dillon Angulo, who were standing nearby. This resulted in Ms. Benavides death and injuries to Mr. Angulo. Plaintiffs subsequently filed the instant lawsuit against Tesla for causing their injuries. Tesla denies all claims against it

Tesla intends to file an Objection to the Magistrate's November 15, 2023 Discovery Order.[1] In support of its Objection, Tesla will submit – as Exhibit D to its Objection – the deposition transcript of a Tesla Corporate representative that is highly confidential, and must be afforded the appropriate protections under the extant Confidentiality Protective Order [D.E. 126]. Specifically, this testimony

---

[1] Consistent with the requirements of L.R. 5.4(b)(1), Tesla states that it anticipates its forthcoming Objection to be filed as D.E. 159 for the docket in this matter.

discusses information concerning the design, development and deployment of Tesla's proprietary Autopilot technology, including data generated by Tesla vehicles with Autopilot. Tesla would be competitively harmed if this highly confidential Information is filed in the Court's public file related to this case. *See* D.E. 126 at ¶2(b) (defining "Highly Confidential information"); *see also id* at ¶9 (permitting designation of material as "confidential" or "highly confidential" by the Parties). Pursuant to the Standing Protective Order, Highly Confidential Materials may be shared with the Court and necessary personnel if the material is filed under seal in a manner consistent with the local rules. *See id* at ¶¶4-5, 16(a), and 17. Therefore, pursuant to ¶5 of the Standing Protective Order and Local Rule 5.4(b)(1) Tesla moves for an Order permitting the highly confidential deposition of its corporate representative witness relevant to Tesla's Objection to D.E. 126 to be filed under seal. Further pursuant to Local Rule 5.4(b)(1), Tesla requests that the deposition transcript remain under seal until a final Order of dismissal of this case is entered – at which time the materials – including documents containing the covered material– and any copies of such documents shall be returned to Counsel for Tesla, consistent with ¶29 of the Standing Protective Order [D.E. 126].

**WHEREFORE**, for the reasons stated above, Tesla moves this Court for an Order allowing the deposition transcript of Tesla's Corporate Representative (to be

designated as Exhibit D to Tesla's forthcoming Objection to [D.E. 154] until a final Order of Dismissal is entered in this case.

Date: November 28, 2023                Respectfully submitted,

                                                By:  /s/ *Henry Salas*
                                                    HENRY SALAS (815268)
                                                    COLE SCOTT & KISSANE
                                                    9150 S Dadeland Blvd Ste 1400
                                                    Miami, FL 33156-7855
                                                    Office: 786-268-6419
                                                    Fax: 305-373-2294
                                                    henry.salas@csklegal.com

                                                       - and –

                                                    THOMAS P. BRANIGAN *(Admitted Pro Hac Vice)*
                                                    DREW P. BRANIGAN *(Admitted Pro Hac Vice)*
                                                    BOWMAN AND BROOKE LLP
                                                    101 W. Big Beaver Road
                                                    Suite 1100
                                                    Troy, MI  48084
                                                    248.205.3300 / 248.205.3399 fax
                                                    thomas.branigan@bowmanandbrooke.com
                                                    drew.branigan@bowmanandbrooke.com

                                                    ***Attorneys for Defendant TESLA, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ADAM T. BOUMEL, ESQ.
Florida Bar No.: 0110727
DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
Frank@roussolawfirm.com (secondary)

*Attorneys for Plaintiff Dillon Angulo*

Todd Poses, Esquire
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

Respectfully submitted,

By: *s/Henry Salas*