UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                        Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

## NOTICE OF RESOLUTION CONCERNING MAGISTRATE'S DISCOVERY ORDER [D.E. 154]

Tesla, Inc. ("Tesla"), through its undersigned counsel, hereby notifies this Court that the Parties have reached a resolution concerning the Magistrate's Discovery Order [D.E. 154].

28904938v1

Date:  December 1, 2023

                Respectfully submitted,

            By:  /s/ Henry Salas_____
                HENRY SALAS (815268)
                COLE SCOTT & KISSANE
                9150 S Dadeland Blvd Ste 1400
                Miami, FL 33156-7855
                Office: 786-268-6419
                Fax: 305-373-2294
                henry.salas@csklegal.com

                   - and –

                THOMAS P. BRANIGAN *(Admitted Pro Hac Vice)*
                DREW P. BRANIGAN *(Admitted Pro Hac Vice)*
                BOWMAN AND BROOKE LLP
                Columbia Center
                101 W. Big Beaver Road
                Suite 1100
                Troy, MI  48084
                248.205.3300 / 248.205.3399 fax
                thomas.branigan@bowmanandbrooke.com
                drew.branigan@bowmanandbrooke.com

                ***Attorneys for Defendant TESLA, Inc.***

28904938v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1st, 2023, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ADAM T. BOUMEL, ESQ.
Florida Bar No.: 0110727
DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
Frank@roussolawfirm.com (secondary)

***Attorneys for Plaintiff Dillon Angulo***

Todd Poses, Esquire
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

***Attorneys for Plaintiff Neima Benavides***

Respectfully submitted,

By: *s/ Henry Salas*

28904938v1