## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No.: 21-cv-21940-BLOOM/TORRES

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

     Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

     Defendant.

_____/

DILLON ANGULO,             Case 1:22-22607-KMM

     Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

     Defendant.

_____/

## DEFENDANT, TESLA, INC'S., MOTION FOR LEAVE TO ALLOW BRIEFING UNDER LOCAL RULE 7.1 AS TO DISCOVERY HEARING

Defendant, Tesla, Inc. (Tesla), by and through its undersigned counsel, hereby moves this Court for Leave to Allow Briefing as to the discovery hearing set for January 18, 2024, and states as follows:

1.     This is an automotive products liability case arising out of an April 25, 2019 two vehicle collision. Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, filed her lawsuit against Tesla on April 23, 2021. Dillon Angulo filed a separate lawsuit against Tesla on August 16, 2022.  This Court subsequently consolidated both cases.

2.     Pursuant to the Chief Magistrate Judge Torres' standing discovery Order, the Parties are set for hearing on the Court's regular discovery calendar for January 18, 2024 at 1:00 p.m.

3.     The Plaintiffs seek to take the deposition of Tesla's in-house counsel, Ryan Mccarthy, Esq., and Ashok Elluswamy, Director of Tesla Autopilot Program software. The deposition of these particular individuals will include, issues of attorney client privilege, work product and specific proprietary information of Tesla's Autopilot Program. The Plaintiffs further seek additional documentation regarding Tesla's Autopilot Program.

4.     Due to the highly sensitive information and implications of privilege, as well as the potential far-reaching effects of this discovery on any current or subsequent proceedings, Defendant requests leave to submit a brief on the discovery issues prior to the hearing. Defendant submits that this is a complex products liability case involving Tesla's Autopilot program and the discovery being requested at the hearing could have far-reaching implications.

5.      Defendant is aware of the Court's standing Order on discovery and as to discovery motions, specifically as to briefing discovery motions and the restriction of briefing under Amended Rule 7.1 and D.E. (159), and would request leave to provide a brief on the discovery issues prior to the January 18, 2024, hearing.

6.      Counsel for Defendant conferred with counsel for Plaintiff regarding relief sought herein, and counsel for Plaintiff does not agree with same.

## CONCLUSION

WHEREFORE, the Defendant request that this Court enter an order allowing Defendant to submit a brief adding the pending discovery dispute to be addressed on January 18, 2024.

## Local Rule 7.1(a)(3) Certification

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiffs and Defendant have conferred in good faith and plaintiff's counsel does not agree to the relief requested in this motion.

Date: December 20th, 2023

Respectfully submitted,

By: /s/Henry Salas_____
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

- and –

THOMAS P. BRANIGAN (Admitted Pro Hac Vice)
DREW P. BRANIGAN (Admitted Pro Hac Vice)
BOWMAN AND BROOKE LLP
101 W. Big Beaver Road
Suite 1100
Troy, MI  48084
248.205.3300 / 248.205.3399 fax
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

Attorneys for Defendant TESLA, Inc.

Approved as to Form and Content:

ADAM T. BOUMEL, ESQ. Florida
Bar No.: 0110727
DARREN J. ROUSSO, ESQ.
Florida Bar No.: 97410
THE ROUSSO, BOUMEL LAW
FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com
(primary) Frank@roussolawfirm.com
(secondary)
***Attorneys for Plaintiff Dillon Angulo***

TODD POSES, ESQUIRE
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com
***Attorneys for Plaintiff Neima
Benavides***
DOUGLAS EATON, ESQUIRE
Florida Bar No.:129577
EATON & WOLK, PL
2665 S. Bayshore Drive, Suite 609
Miami, FL 33133
(786) 752-4742
(786) 350-3079
deaton@eatonwolk.com
***Attorneys for Plaintiff Neima
Benavides***

28587079v2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20th, 2023, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ADAM T. BOUMEL, ESQ. Florida Bar No.: 0110727
DARREN J. ROUSSO, ESQ. Florida Bar No.: 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary) Frank@roussolawfirm.com (secondary)

*Attorneys for Plaintiff Dillon Angulo*

Todd Poses, Esquire
Florida Bar No.: 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

Respectfully submitted,

By:   *s/Henry Salas_____*

6

28587079v2