UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,
And DILLON ANGULO

    Plaintiffs,

v.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.,

    Defendant.
_____/

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND AMENDMENT DEADLINE AND FOR LEAVE TO CONSOLIDATE AND AMEND THEIR COMPLAINT**

Wherefore, upon consideration of the issues, and for good cause, it is HEREBY ORDERED that Plaintiffs' Plaintiffs' Motion to Extend Amendment Deadline and for Leave to Consolidate and Amend Their Complaint is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida this __ day of ___, 2024.

_____
HONORABLE BETH BLOOM
UNITED STATES DISTRICT JUDGE