# EXHIBIT E

# FLORIDA HIGHWAY PATROL



# TRAFFIC HOMICIDE FIELD NOTE PACKET

I hereby verify that the contents of this report are true and accurate based on my personal knowledge, information and belief.

Prepared By: Corporal David N. Riso
*(Investigator)*

Reviewed By: Sergeant John Baker
*(THI Sergeant)*

THI Case No. FHP719-38-002
HSMV FHP-FNP001

Page 1

# INVESTIGATOR'S CASE ACTIVITY SUMMARY

| DATE | TIME | ACTIVITY |
| --- | --- | --- |
| 04/25/2019 | 9:14 PM | Crash event at CR 905A and CR 905 is documented as occurring. |
| 04/25/2019 | 9:16 PM | George McGee (D-1) makes 911 call to MCSO dispatch using cellular telephone number (310)465-5676. |
| 04/25/2019 | 9:20 PM | MCSO Deputy Joey Torres (7111) arrives on scene. Body camera footage is recorded and documented. |
| 04/25/2019 | 9:53 PM | Naibel Benavides Leon is pronounced deceased at the scene. |
| 04/25/2019 | 9:53 PM | Trooper Shawn Martin 1st Florida Highway Patrol personnel to arrive on scene. |
| 04/25/2019 | 10:23 PM | Corporal David Kitchen is first THI to arrive on scene. |
| 04/25/2019 | 10:23 PM | I arrived on scene of the crash. |
| 04/25/2019 | 11:09 PM | Trooper Odel Mosquera (962) arrives at Jackson South hospital to make contact with George McGee (D-1). Trooper Mosquera does not detect any alcohol or drugs. He asked D-1 for a voluntary blood draw and he refused wanting to speak with his attorney. No more questions for D-1. |
| 04/26/2019 | 1:32 AM | I made contact with ASA Gail Conolly of Monroe County with facts explained. |
| 04/26/2019 | 2:26 AM | Both vehicles (V-1 and V-2) are headed to the Miami FHP impound yard with Sergeant Rafael Lola (314) and Trooper Keil Nanan (1063) following. |
| 04/26/2019 | 3:58 AM | Father of male victim notified. |
| 04/26/2019 | 5:45 AM | Trooper Odel Mosquera (962) and Corporal David N. Riso (706) make NOK to Lilia Marilin Leon Jimenez (mother of S-7). |
| 04/26/2019 | 11:06 AM | Daytime photographs were taken of scene. |
| 04/30/2019 | 10:00 AM | Corporal Rosario goes back to scene and gathers more parts of V-1 found at the scene. |
| 05/01/2019 | 11:00 AM | I met with ASA Gail Conolly and discussed the facts of the case. |
| 05/06/2019 | 8:00 AM | 911 calls reviewed by Corporal Carlos Rosario. |
| 05/06/2019 | 8:00 AM | Assisted by working on crash report. |
| 05/07/2019 | 7:00 AM | Corporal Rosario and Corporal Stine (488) conduct post collision inspection of V-2. |
| 05/07/2019 | 11:30 AM | Corporal David N. Riso has search warrant for Tesla (V-1) signed. |

THI Case No. FHP719-38-002  
HSMV FHP-FNP003

Page 3

# INVESTIGATOR'S CASE ACTIVITY SUMMARY

| DATE | TIME | ACTIVITY |
|---|---|---|
| 05/08/2019 | 6:00 AM | Search warrant is served on 2019 Tesla "S" (V-1) at the Miami FHP Impound. |
| 05/10/2019 | 1:51 PM | EDR download of data conducted by Officer Eric Dominguez at Miami Beach Police Department. |
| 05/15/2019 | 8:05 AM | Corporal Carlos Rosario and Corporal Lynn Stine conduct post collision vehicle inspection of V-1. |
| 05/16/2019 | --- | Return of service on search warrant issued on Tesla (V-1). |
| 05/17/2019 | 9:30 AM | Corporal Rosario transfers airbag evidence from V-1 to Monroe County evidence. It was then sent to FDLE to obtain a DNA profile. |
| 05/22/2019 | 4:25 PM | Phone subpoena sent to ASA Luke Bovil for review. The phone subpoena was approved and sent to Key West SAO to be written and sent to phone carrier. |
| 05/22/2019 | --- | Contact made with Mark Bagnard, Chief of investigations Division of NTSB- Office of Highway Safety in Washington DC. Mr. Bagnard gave me the contact information for Mr. Al Prescott, an Associate General Counsel at Tesla in California. Cell Phone:  (240) 994-5639 Email:  aprescott@tesla.com |
| 05/22/2019 | 4:17 PM | E-mail sent to Mr. Al Prescott requesting call back to discuss V-1. |
| 05/23/2019 | --- | Mr. Al Prescott from Tesla contacts me and discusses V-1's uploaded data. He advises me to make contact with Ryan McCarthy, Managing Counsel at Tesla. |
| 05/23/2019 | --- | Contact made with Ryan McCarthy, Managing Counsel at Tesla. |
| 05/23/2019 | 1:48 PM | Official letter sent to Ryan McCarthy requesting data and video from the 2019 Tesla Model "S" (V-1). |
| 06/01/2019 | 1:30 PM | Data and video from the 2019 Tesla Model "S" (V-1) received from Ryan McCarthy. |
| 06/07/2019 | 10:00 AM | Meeting with State Attorney Dennis Ward and ASA Gail Conolly at PK Office. |
| 06/17/2019 | | Sworn recorded interview of Karin Saldivia |
| 06/18/2019 | 11:30 AM | Non recorded interview / meeting with Dillon Austin Angulo. Attorney Robert Pellier and Mr. Angulo's family were present. |
| 6/19/2019 | 10:00 AM | Computer & system from V-1 brought to Tesla in Coral Gables. Data downloaded |

THI Case No. FHP719-38-002
HSMV FHP-FNP003

Page 4

# INVESTIGATOR'S CASE ACTIVITY SUMMARY

| DATE | TIME | ACTIVITY |
|---|---|---|
|  |  | and transmitted to server at Tesla in California. |
| 06/21/2019 | 3:00 PM | ASA Gail Conolly e-mails me three vehicular homicide case laws. |
| 06/22/2019 | 6:12 AM | I forwarded the three case laws to April Haile for review and assistance. |
| 07/17/2019 | 10:35 AM | I requested a meeting with ASA Gail Conolly and State Attorney Denis Ward. |
| 07/17/2019 | 11:55 AM | ASA Conolly replies that she will be out of town until August 6. She asks if I will be available August 7 or 9. |
| 07/31/2019 | 7:00 AM | Corporal Chong-Yen assists me in conducting linear -perimeters of V-1 and V-2. |
| 08/07/2019 | 11:00 AM | Met with FHP Legal Council April Haile who assisted me on the case. |
| 08/08/2019 | 11:22 AM | ASA Conolly forwards me 11 more vehicular homicide case laws. |
| 08/08/2019 | 11:30 AM | I forward the case laws to April Haile for review. |
| 08/09/2019 | 9:30 AM | In person meeting with State Attorney Dennis Ward, ASA Gail Conolly, ASA Luke Bovil Sergeant John Baker, FHP Legal Council April Haile, Corporal Stephen Rudd and I. The state attorneys office at this date and time are in the opinion there are no criminal charges. |
| 08/09/2019 | 9:24 AM | I send an e-mail to ASA Conolly inquiring about a subpoena for D-1's possible recorded conversation with American Airlines. |
| 09/01/2019 | 6:30 AM | Arrived at Ocean Reef Station 26. Obtained multiple written statements from rescue personnel on scene. |
| 09/05/2019 | 5:30 AM | Arrived at Ocean Reef Station 26. Obtained one written statement. |
| 10/02/2019 | 12:27 PM | Search warrant for D-1's cellular telephone forwarded to ASA Conolly. |
| 10/02/2019 | 3:56 PM | ASA Conolly states no probable cause for search warrant. |
| 10/10/2019 | N/A | ASA Conolly signs FHP THI release form declining prosecution. |
| 10/24/2019 | 6:08 PM | Holds released on vehicles because SAO declines to prosecute. |
| 10/25/2019 | N/A | Holds on evidence released because SAO declines to prosecute. |
| 10/28/2019 | N/A | D-1 signs traffic citation. |
| 10/29/2019 | N/A | Case turned in. |

THI Case No. FHP719-38-002

HSMV FHP-FNP003

Page 5