UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-21940-BLOOM/TORRES

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                   Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

**TESLA, INC'S. UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT TO FORTHCOMING RESPONSE TO PLAINTIFFS' MOTION TO EXTEND AMENDMENT DEADLINE AND LEAVE TO CONSOLIDATE AND AMEND COMPLAINT**

Tesla, Inc. ("Tesla"), by and through its undersigned counsel, hereby moves this Court for Leave to Exceed Page Limit to Tesla's forthcoming Response in

28587079v2

Opposition to Plaintiffs' Motion to Extend Amendment Deadline and for Leave to Consolidate and Amend their Complaint ("Renewed Motion"), and states as follows:

## BACKGROUND AND RELIEF REQUESTED

1. This is an automotive products liability case arising out of an April 25, 2019 two-vehicle collision. Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, filed her lawsuit against Tesla on April 23, 2021. Dillon Angulo filed a separate lawsuit against Tesla on August 16, 2022. This Court subsequently consolidated both cases.

2. On December 29, 2023, Plaintiffs filed a Motion to Extend Amendment Deadline and for Leave to Consolidate and Amend their Complaint and Memorandum of Law in Support (D.E. 165) (the "Renewed Motion").[1]

3. Plaintiffs' proposed Amended Complaint includes four additional causes of action, including (1) negligent misrepresentation; (2) intentional misrepresentation; (3) Common Law Fraudulent Concealment; (4) Intentional False Advertising; and a new punitive damages claim. *See* (D.E. 165-2)

4. Tesla's Response to Plaintiffs' Renewed Motion is due January 12, 2024, and is not to exceed twenty (20) pages. *See* S.D.FL. Local Rule 7.1(c)(2),

---

[1] Plaintiffs filed a previous motion for leave to amend August 28, 2023, which was denied by this Court. *See* (D.E. 129); *see also* (D.E. 143). Plaintiffs' Renewed Motion seeks to submit an Amended Complaint that is substantively the same as the one proffered by their August 28 Motion for Leave.

28587079v2

5.      Due to the issues addressed in Plaintiffs' Renewed Motion and the issues raised by the four new counts and claim for punitive damages asserted by Plaintiffs' Proposed Amended Complaint, Tesla believes that six (6) additional pages are necessary for it to adequately respond to Plaintiffs' Renewed Motion.

6.      Plaintiffs will not be prejudiced by the Relief sought herein.

7.      Counsel for Tesla conferred with counsel for Plaintiffs regarding the relief sought herein, and counsel for Plaintiffs do not oppose the relief sought.

## SUPPORTING MEMORANDUM OF LEGAL AUTHORITY

Absent prior permission of the Court, the length of an opposing memorandum shall not exceed twenty (20) pages. S.D.FL. Local Rule 7.1(c)(2). Additionally, "[a] district court retains the inherent authority to mange its own docket," which will be reviewed only for an abuse of discretion. *See, e.g., Wilson v. Farley,* 203 Fed.Appx. 239, 250 (11th Cir. 2006) (citing Four Seasons Hotels and Resorts, B.V. v. Consorcio Barr S.A., 377 F.3d 1164, 1172 n. 7 (11th Cir.2004)). This Court's inherent authority [and discretion] to manage its own docket is premised on the idea to achieve the orderly and expeditious disposition of cases. See Equity Lifestyle Prop., Inc. v. Fla. Mowing And Landscape Serv., Inc., 556 F.3d 1232, 1240 (11th Cir. 2009) (citing Chambers v. NASCO, Inc., 501 U.S. 32, 43, 111 S.Ct. 2123, 2132, 115 L.Ed.2d 27 (1991)).

28587079v2

WHEREFORE, Tesla respectfully requests that the Court grant Tesla's Motion for Leave to Exceed Page Limitation, extending the limit to Tesla's Response to Plaintiffs' Renewed Motion to twenty-six (26) pages.

## CONCLUSION

WHEREFORE, the Tesla requests that this Court enter an order extending the limit to Tesla's forthcoming Response to Plaintiffs' Renewed Motion to twenty-six (26) pages.

## Local Rule 7.1(a)(3) Certification

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiffs and Tesla have conferred in good faith and Plaintiffs noted that they do not oppose the relief requested in this motion.

Date: January 11, 2024

Respectfully submitted,

By: /s/*Sean Hernandez*
HENRY SALAS (815268)
SEAN HERNANDEZ (123834)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com
sean.hernandez@csklegal.com

- and –

THOMAS P. BRANIGAN (Admitted Pro Hac Vice)
DREW P. BRANIGAN (Admitted Pro Hac Vice)
BOWMAN AND BROOKE LLP
101 W. Big Beaver Road
Suite 1100
Troy, MI  48084
248.205.3300 / 248.205.3399 fax
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

Attorneys for Defendant TESLA, Inc.

5

28587079v2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11th, 2024, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| ADAM T. BOUMEL, ESQ. Florida Bar No.: 0110727<br>DARREN J. ROUSSO, ESQ.<br>Florida Bar No.: 97410<br>THE ROUSSO, BOUMEL LAW FIRM, PLLC.<br>9350 South Dixie Highway<br>Suite 1520<br>Miami, Florida 33156<br>(305) 670-6669<br>Adam@roussolawfirm.com<br>SERVICE EMAILS:<br>pleadings@roussolawfirm.com (primary) Frank@roussolawfirm.com (secondary)<br><br>*Attorneys for Plaintiff Dillon Angulo* | Todd Poses, Esquire<br>Florida Bar No.: 0075922<br>POSES & POSES, P.A.<br>Alfred I. Dupont Building<br>169 East Flagler Street Suite 1600<br>Miami, Florida 33131<br>(305) 577-0200 Tel<br>(305) 371-3550 Fax<br>tposes@posesandposes.com<br>maria@posesandposes.com<br><br>*Attorneys for Plaintiff Neima Benavides* |

                Respectfully submitted,

        By:   *s/ Sean Hernandez*_____