# EXHIBIT C

# EDR Report

| File Information | Value |
|---|---|
| VIN | 5YJSA1E24KF302997 |
| Retrieval Date | 2019/04/26 01:13:24 (UTC) |
| Retrieval User Comments | |
| Retrieval Program Information | |
| EDR Report Information | Tesla EDR Reporting Service v20.37.1 |
| Report Date | 2020/09/18 02:19:20 (GMT) |
| Number Of Events | 1 |
| Time From Event 1 To 2 (seconds) | N/A |
| Ignition Cycle At Retrieval | N/A |

## Model S Data Limitations

### General Data Limitations

This report represents data from a Tesla Event Data Recorder (EDR). The report was generated using EDR data that was uploaded to the Tesla EDR Report Service at https://edr.tesla.com. This service is periodically updated using the most current vehicle information available and report users should always ensure that the report was generated by the most recent version of the Report Service.

The Tesla EDR Retrieval Program and Tesla EDR Report Service are designed for vehicles configured for the North American market region only. Report elements found in this report may not have not been validated for vehicles configured for regions outside of North America.

The EDR is part of the vehicle's Restraints Control Module (RCM). When the EDR senses a crash or crash-like event, it may record a short period of data related to vehicle dynamics and safety systems. This recorded data may assist in understanding the crash or crash-like event. EDR data will only be recorded by a Tesla vehicle if the EDR senses a crash or crash-like event; no data is recorded by the EDR under normal driving conditions.

EDR data should only be used as part of a thorough and competent review of the human, vehicle, and environmental information associated with an event. The data recorded by the EDR has limitations including the number of items recorded, the time period of the recording, the data sampling interval, and the data range and resolution. Additionally, EDR data may be limited by sensor capabilities or the availability of 12 V DC power at the RCM. For these and other potential reasons, the EDR data may not capture an entire event, and the data elements captured may not fully represent all aspects of a given event.

Tesla has made all reasonable efforts to include sufficient information in this report's Data Limitations section to clarify terminology and data elements found in this document to assist the end user in understanding the recorded data. Tesla reserves the right to update, change or modify this information.

Event Data Recorder
    An Event Data Recorder is defined as a device or function in a vehicle that records the vehicle's dynamic time-series data during the time period just prior to a crash event (e.g., vehicle speed vs. time) or during a crash event (e.g., delta-V vs. time), intended for retrieval after the crash event. For the purposes of this definition, the event data do not include audio and video data (49 CFR Part 563).

Data Synchronization
    Pre-crash and crash data are recorded in discrete intervals and may be asynchronous.

Events
    The Model S RCM can store up to two events: Event 1 and Event 2. The conditions for triggering the recording of an event differs depending on event type.

Time Zero
    Time Zero, as indicated throughout the event record, is the point where the restraint control algorithm is activated in any sensing direction.

Recording duration
    The end of an event is typically the moment at which the cumulative delta-V within a 20ms time period does not change by more than 0.8 km/h or the moment at which the crash detection algorithm of the RCM resets. Some events may lead to the recording of different duration data as provided for by 49 CFR Part 563.

Deployment events
    A deployment event may be recorded when the RCM commands the deployment of a device (e.g. airbag, pretensioner, or High Voltage (HV) battery disconnect). Deployment events are always locked in memory and are never overwritten. Only the first two deployment events are recorded as in this case the available memory is full and locked.

Non-deployment events
    A non-deployment event may be recorded when the RCM senses a physical occurrence triggering the recording of an event but does not command the deployment of a device (e.g. airbag, pretensioner, High Voltage (HV) battery disconnect). A non-deployment event is recorded if one of the two event memory locations is available (not locked). Non-deployment events are not locked in memory. A non-deployment event is not overwritten by another non-deployment or deployment event that occurs less than or equal to 5 seconds later (and on the same ignition cycle) unless the available memory is full (in which case the new event overwrites the oldest event). All non-deployment events may be overwritten if a second non-deployment or deployment event occurs greater than 5 seconds later.

Data polarity
    Where applicable, the data in this report follows the polarity conventions found in SAE J1733 and J211. For example, forward longitudinal acceleration and resultant delta-V are positive and left-to-right lateral acceleration and resultant delta-V are positive. Positive roll angle is rotation about the vehicle's longitudinal axis using the right hand rule (clockwise vehicle roll when viewed from the rear of the vehicle). Positive steering wheel angle is clockwise rotation of the steering wheel (steering to the right from straight).

Signal Not Available (SNA)
    Signal Not Available (SNA) indicates a data element which is not available due to a fault or network communication disruption with the sensor that supplies the data to the EDR.

## Data Element Definitions

**Number Of Events**
The Number Of Events represents the total number of events that are stored in the RCM memory. The maximum number of events that can be recorded is two.

**Time From Event 1 to 2 (seconds)**
The Time From Event 1 to 2 is the amount of time elapsed between the Time Zero of two linked events (if applicable). Linked events must occur within 5 seconds and in the same ignition cycle. Non-linked events will report "N/A" in the Time From Event 1 to 2 value. The value is reported to the nearest 0.1 seconds.

**Vehicle Identification Number (VIN)**
The Vehicle Identification Number (VIN) is stored in the RCM when it is installed at the Tesla Fremont Factory or by Tesla Service. The last 6 digits of the VIN can be anonymized by selecting the "Save without VIN sequence number" option in the Tesla EDR Retrieval Program.

**Retrieval Date**
The Retrieval Date is the calendar date and time when the data was retrieved from the RCM. This date and time is sourced from the computer that was used to retrieve the data. This is not the date and time of an event.

**Retrieval User Comments**
The Retrieval User Comments is an open field that can be used by the Tesla EDR Retrieval operator to record text comments at the time of retrieval.

**Retrieval Program Information**
The Retrieval Program Information is the version number of the Tesla EDR Retrieval Program that was used to retrieve the EDR data from the RCM.

**EDR Report Information**
The EDR Report Information identifies the version of the Tesla EDR Report Service.

**Report Date**
Report Date is the calendar date when the online Tesla EDR Report Service was used to generate the report. The source of this data element is the Tesla server.

**Ignition Cycle At Retrieval**
The Ignition Cycle At Retrieval is the number of times that the RCM had been powered on as reported at the time that the Tesla EDR Retrieval Program was used to retrieve the data from the RCM. The maximum value for ignition cycles is 65,534.

**Maximum Delta-V, Longitudinal/Lateral (km/h)**
The Maximum delta-V, Longitudinal/Lateral is the maximum magnitude of the recorded delta-V during the event from Time Zero to a maximum of 300 ms. The value is reported to the nearest kilometer per hour. The range for Maximum Delta-V is -127 km/h to +127 km/h. The source of the data is the internal calculation (integration) of the sensor data inside of the RCM.

**Time to Maximum Delta-V, Longitudinal/Lateral (ms)**
The Time to Maximum Delta-V, Longitudinal/Lateral is the time from Time Zero to the maximum magnitude of the recorded delta-V during the event. The maximum value is 300 ms and the value is reported to the nearest millisecond.

**Time to Maximum Delta-V, Resultant (ms)**
The Time to Maximum Delta-V, Resultant is the time from Time Zero to the calculated maximum resultant of the longitudinal and lateral delta-V components. The maximum value is 300 ms and the value is reported to the nearest millisecond.

**Ignition Cycle At Event**
The Ignition Cycle At Event is the number of times that the RCM had been powered on as reported at Time Zero. The maximum value for ignition cycles is 65,534.

**Airbag Warning Lamp Status**
Airbag Warning Lamp Status indicates the commanded state of the warning lamp as "on" or "off" within approximately the last second before Time Zero.

**Driver/Passenger Safety Belt Status**
The Driver/Passenger Safety Belt Status is the recorded status of the safety belt at the time of the event. This data element represents the last observed state within approximately the last second before Time Zero.

**Occupant Classification In Front Passenger Seat**
The Occupant Classification data element indicates the detected occupant type in the front passenger seat. Values include: Empty, Child, or Adult.

**Driver Seat Position**
Driver Seat Position indicates the recorded seat track position of the driver seat. The possible values are Rearward and Forward.

**Complete File Recorded**
Complete File Recorded indicates whether or not the complete data set available to the EDR was successfully recorded.

**Deployment Summary**

The Deployment Summary table indicates which of the deployable safety devices (if any) were commanded to deploy by the RCM and at what time (relative to the event Time Zero). The possible values for the status of each device is "Deployment Commanded" or "Deployment Not Commanded". The deployment commanded time is to the nearest millisecond.

Time Series Data
All time references are based on the event definition of Time Zero.

Vehicle Speed
Vehicle Speed is calculated and reported by the average of the four wheel speed signals. The minimum value for vehicle speed is 0 km/h and the maximum value is greater than 200 km/h. The resolution of Vehicle Speed is to the nearest kilometer per hour.

Accelerator Pedal (%)
Accelerator Pedal (%) is the percent of full application of the accelerator pedal. The resolution of Accelerator Pedal (%) is to the nearest percent.

Rear Motor Speed (rpm)
Rear Motor Speed is the rate of rotation of the rear drive motor. The units of this data element are rotations per minute. The minimum value for Rear Motor Speed is 0 rpm and the maximum value is 17,000 rpm. The resolution of Rear Motor Speed is to the nearest 100 rotations per minute.

Service Brake
Service Brake indicates the status of the brake pedal as reported by the brake pedal switch. The possible values for Service Brake are "On" (pedal applied) and "Off" (pedal not applied).

Steering Wheel Angle (deg)
Steering Wheel Angle represents the measured rotational angle of the steering wheel. The range for Steering Wheel Angle is -420 deg to +420 deg. The resolution of steering wheel angle is to the nearest degree.

Stability Control
Stability Control is the status of the Electronic Stability Control system (ESC). The possible values are "On" (meaning the ESC was enabled but not active), "Off" (meaning the ESC was turned off), and "Engaged" (meaning that the ESC was active).

ABS Activity
ABS Activity is the status of the Anti-lock Braking System (ABS). The possible values are "On" (meaning the ABS was active) and "Off" (meaning the ABS was not active). Active ABS status does not necessarily indicate that the ABS control unit was actively modulating braking at one or more wheels.

Longitudinal/Lateral Delta-V data
Longitudinal and Lateral Time Series Delta-V Data indicates the change in velocity of the vehicle. The source of the data is the internal calculation (integration) of the sensor data inside of the RCM. The resolution of delta-V data is to the nearest kilometer per hour and the data is reported every 10 ms after Time Zero. The range for delta-V data is -127 km/h to +127 km/h.

Longitudinal and Lateral Time Series Acceleration data
Longitudinal and Lateral Time Series Acceleration Data indicates the measured acceleration of the vehicle. The source of the data is the accelerometers located inside the RCM. The resolution of acceleration data is 0.5 g and the data is reported every 2 ms after Time Zero. The range of acceleration data is -63.5 g to +63.5 g.

Normal Time Series Acceleration data
Normal Time Series Acceleration Data indicates the measured physical acceleration of the vehicle in the vertical direction parallel to the pull of gravity. The source of the data is an accelerometer located inside the RCM. The resolution of acceleration data is 0.04 g and the data is reported every 10 ms from 900 ms before Time Zero and 500 ms After Time Zero. The range of acceleration data is -4.8 g to +4.8 g.

Roll Angle
Roll Angle indicates the vehicles roll angle at a specific time before and/or after Time Zero. The source of the data is the internal calculation (integration) of the sensor data inside of the RCM. The measurement starts 1 second before Time Zero and ends when the RCM rollover algorithm resets. The maximum recording time for Roll Angle Data is 1 second before and 5 seconds after Time Zero. The range of roll angle data is -1,270 deg to +1,270 deg. The resolution of roll angle data is to the nearest 10 deg. From -1 second to 1 second, the time between each sample is 10 ms. From 1 second to 5 seconds the time between each sample is 100 ms.

Serial Numbers
Serial numbers are the sensor identification numbers that are stored in the RCM. These values are stored when the RCM is powered up (each ignition cycle).

Hexadecimal Data
The Hexadecimal Data found in this report represents the original, raw data and identifying information retrieved from the RCM accessed to ultimately generate this report. The binary data is represented in hexadecimal format as a matter of convenience. While it represents all the raw data retrieved from the subject RCM not all of that raw data may be used in a given report or application.

Event 1 Data Record

| Data Element | Value |
|---|---|
| Maximum Delta-V, Longitudinal (km/h) | -54 |
| Time To Maximum Delta-V, Longitudinal (ms) | 297.0 |
| Maximum Delta-V, Lateral (km/h) | 14 |
| Time To Maximum Delta-V, Lateral (ms) | 300.0 |
| Time To Maximum Delta-V, Resultant (ms) | 300.0 |
| Ignition Cycle At Event | 538 |
| Airbag Warning Lamp Status | Off |
| Driver Safety Belt status | Buckled |
| Passenger Safety Belt status | Not Buckled |
| Occupant Classification Status In Front Passenger Seat | Empty |
| Driver Seat Position | Rearward |
| Complete File Recorded | Yes |

Deployment Summary (Event 1)

| Device | Status | Deployment Command Time (ms) |
|---|---|---|
| Driver Front Airbag Stage 1 | Deployment Commanded | 10 |
| Driver Front Airbag Stage 2 | Deployment Commanded | 110 |
| Driver Knee Airbag | Deployment Commanded | 10 |
| Driver Retractor Pretensioner | Deployment Commanded | 10 |
| Driver Lap Pretensioner | Deployment Commanded | 10 |
| Driver Side Seat Airbag | Deployment Not Commanded | |
| Passenger Front Airbag Stage 1 | Deployment Not Commanded | |
| Passenger Front Airbag Stage 2 | Deployment Not Commanded | |
| Passenger Knee Airbag | Deployment Not Commanded | |
| Front Right Passenger Retractor Pretensioner | Deployment Not Commanded | |
| Front Right Passenger Lap Pretensioner | Deployment Not Commanded | |
| Passenger Side Seat Airbag | Deployment Not Commanded | |
| Left Side Curtain Airbag | Deployment Commanded | 190 |
| Right Side Curtain Airbag | Deployment Commanded | 190 |
| HV Battery Disconnect | Deployment Commanded | 10 |

Event Data (Event 1)

| Time (sec) | Vehicle Speed (kph) | Accelerator Pedal % | Rear Motor Speed (rpm) | Service Brake | Steering Wheel Angle (deg) | Stability Control | ABS Activity |
|---|---|---|---|---|---|---|---|
| -5.0 | 97 | 20 | 6900 | Off | 0 | On | Off |
| -4.5 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -4.0 | 98 | 20 | 6900 | Off | 0 | On | Off |
| -3.5 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -3.0 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -2.5 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -2.0 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -1.5 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -1.0 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -0.5 | 98 | 0 | 7000 | On | 67 | On | Off |
| 0.0 | 84 | 0 | 5800 | On | 163 | On | On |

Longitudinal Delta-V (Event 1)



| Time (ms) | Delta-V (km/h) | Time (ms) | Delta-V (km/h) | Time (ms) | Delta-V (km/h) |
|---|---|---|---|---|---|
| 0 | 0 | 140 | -5 | 280 | -52 |
| 10 | -2 | 150 | -6 | 290 | -52 |
| 20 | -3 | 160 | -6 | 300 | -53 |
| 30 | -3 | 170 | -6 | | |
| 40 | -4 | 180 | -7 | | |
| 50 | -4 | 190 | -11 | | |
| 60 | -4 | 200 | -17 | | |
| 70 | -4 | 210 | -24 | | |
| 80 | -4 | 220 | -32 | | |
| 90 | -4 | 230 | -40 | | |
| 100 | -4 | 240 | -46 | | |
| 110 | -5 | 250 | -48 | | |
| 120 | -5 | 260 | -50 | | |
| 130 | -5 | 270 | -51 | | |

Lateral Delta-V (Event 1)



| Time (ms) | Delta-V (km/h) | Time (ms) | Delta-V (km/h) | Time (ms) | Delta-V (km/h) |
|-----------|----------------|-----------|----------------|-----------|----------------|
| 0 | 0 | 140 | 3 | 280 | 13 |
| 10 | 0 | 150 | 3 | 290 | 13 |
| 20 | 1 | 160 | 3 | 300 | 14 |
| 30 | 1 | 170 | 3 | | |
| 40 | 2 | 180 | 4 | | |
| 50 | 2 | 190 | 5 | | |
| 60 | 2 | 200 | 6 | | |
| 70 | 2 | 210 | 7 | | |
| 80 | 2 | 220 | 8 | | |
| 90 | 2 | 230 | 9 | | |
| 100 | 3 | 240 | 9 | | |
| 110 | 3 | 250 | 10 | | |
| 120 | 3 | 260 | 11 | | |
| 130 | 3 | 270 | 12 | | |

Longitudinal Acceleration (Event 1)



Longitudinal Acceleration Values (Event 1)

| Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) |
|---|---|---|---|---|---|---|---|
| 0 | -0.5 | 88 | -0.5 | 176 | -1.0 | 264 | -3.5 |
| 2 | -1.0 | 90 | -0.5 | 178 | -2.0 | 266 | -4.0 |
| 4 | -8.5 | 92 | 0.0 | 180 | -14.5 | 268 | -2.5 |
| 6 | -5.5 | 94 | -0.5 | 182 | 0.5 | 270 | -0.5 |
| 8 | -2.0 | 96 | 0.0 | 184 | -33.0 | 272 | -2.5 |
| 10 | -10.0 | 98 | -0.5 | 186 | -0.5 | 274 | 0.0 |
| 12 | 2.5 | 100 | 0.0 | 188 | -19.5 | 276 | 0.0 |
| 14 | -10.0 | 102 | 0.0 | 190 | -3.5 | 278 | -1.0 |
| 16 | 0.5 | 104 | -0.5 | 192 | -25.0 | 280 | 0.0 |
| 18 | -4.0 | 106 | 0.0 | 194 | -4.0 | 282 | 0.0 |
| 20 | -1.0 | 108 | -0.5 | 196 | -7.0 | 284 | -1.0 |
| 22 | 1.0 | 110 | 0.0 | 198 | -23.5 | 286 | -0.5 |
| 24 | -1.0 | 112 | 0.0 | 200 | -16.5 | 288 | -3.5 |
| 26 | -2.0 | 114 | 0.0 | 202 | -22.5 | 290 | 0.5 |
| 28 | 2.0 | 116 | 0.0 | 204 | -2.5 | 292 | -5.5 |
| 30 | -5.0 | 118 | 0.0 | 206 | -47.0 | 294 | 3.5 |
| 32 | 2.0 | 120 | 0.0 | 208 | -22.5 | 296 | -6.5 |
| 34 | -4.0 | 122 | 0.0 | 210 | -4.0 | 298 | 0.5 |
| 36 | -2.0 | 124 | 0.0 | 212 | -21.5 | 300 | -1.0 |
| 38 | 2.5 | 126 | 0.0 | 214 | -15.0 | | |
| 40 | -5.0 | 128 | 0.0 | 216 | -10.5 | | |
| 42 | 2.0 | 130 | 0.0 | 218 | -54.5 | | |
| 44 | -4.0 | 132 | -0.5 | 220 | 1.0 | | |
| 46 | 3.5 | 134 | -0.5 | 222 | -36.0 | | |
| 48 | -4.0 | 136 | -1.0 | 224 | -21.0 | | |
| 50 | 0.5 | 138 | -1.0 | 226 | -23.5 | | |
| 52 | 0.0 | 140 | -0.5 | 228 | -30.5 | | |
| 54 | -1.0 | 142 | -0.5 | 230 | -15.0 | | |
| 56 | 0.0 | 144 | 0.0 | 232 | -14.5 | | |
| 58 | -0.5 | 146 | -2.0 | 234 | -23.0 | | |
| 60 | 0.0 | 148 | -0.5 | 236 | -14.5 | | |
| 62 | 2.0 | 150 | -1.0 | 238 | -13.0 | | |
| 64 | -7.0 | 152 | 0.0 | 240 | -11.5 | | |
| 66 | 3.5 | 154 | 0.0 | 242 | -12.0 | | |
| 68 | -3.5 | 156 | 0.0 | 244 | -3.5 | | |
| 70 | 2.5 | 158 | 0.0 | 246 | -9.0 | | |
| 72 | -4.0 | 160 | 0.0 | 248 | -6.5 | | |
| 74 | 2.5 | 162 | 0.0 | 250 | -2.5 | | |
| 76 | -1.0 | 164 | 0.0 | 252 | -5.0 | | |
| 78 | 1.0 | 166 | 0.0 | 254 | -3.5 | | |
| 80 | -1.0 | 168 | 0.0 | 256 | -2.5 | | |
| 82 | 0.5 | 170 | 0.5 | 258 | -3.5 | | |
| 84 | -0.5 | 172 | -0.5 | 260 | -5.0 | | |
| 86 | 0.0 | 174 | 0.0 | 262 | -3.5 | | |

Lateral Acceleration (Event 1)



Lateral Acceleration Values (Event 1)

| Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) |
|---|---|---|---|---|---|---|---|
| 0 | 0.5 | 88 | 0.5 | 176 | 1.0 | 264 | 2.0 |
| 2 | 0.5 | 90 | 0.0 | 178 | 0.5 | 266 | 2.5 |
| 4 | 0.5 | 92 | 0.0 | 180 | 0.0 | 268 | 2.5 |
| 6 | 1.0 | 94 | 0.0 | 182 | 4.0 | 270 | 4.0 |
| 8 | 4.0 | 96 | 0.0 | 184 | 5.5 | 272 | 5.0 |
| 10 | 1.0 | 98 | 0.0 | 186 | 4.0 | 274 | 3.5 |
| 12 | 0.5 | 100 | 0.5 | 188 | 1.0 | 276 | 2.5 |
| 14 | 1.0 | 102 | 0.5 | 190 | 0.0 | 278 | 0.5 |
| 16 | 1.0 | 104 | 0.0 | 192 | 2.5 | 280 | 0.5 |
| 18 | 1.0 | 106 | 0.0 | 194 | 5.5 | 282 | 1.0 |
| 20 | 1.0 | 108 | 0.0 | 196 | 2.0 | 284 | 1.0 |
| 22 | 1.0 | 110 | 0.5 | 198 | 0.5 | 286 | 0.5 |
| 24 | 0.5 | 112 | 0.0 | 200 | 0.0 | 288 | 0.5 |
| 26 | 1.0 | 114 | 0.0 | 202 | 2.5 | 290 | 0.5 |
| 28 | 0.0 | 116 | 0.0 | 204 | 2.0 | 292 | 0.5 |
| 30 | 1.0 | 118 | 0.0 | 206 | 1.0 | 294 | 0.0 |
| 32 | 0.5 | 120 | 0.0 | 208 | 2.0 | 296 | 0.0 |
| 34 | 0.0 | 122 | 0.0 | 210 | -2.0 | 298 | 0.0 |
| 36 | 0.0 | 124 | 0.0 | 212 | 4.0 | 300 | 1.0 |
| 38 | 0.0 | 126 | 0.0 | 214 | 7.0 | | |
| 40 | 0.0 | 128 | 0.0 | 216 | 7.0 | | |
| 42 | 0.5 | 130 | 0.0 | 218 | 3.5 | | |
| 44 | 0.0 | 132 | 0.0 | 220 | 0.5 | | |
| 46 | 0.0 | 134 | 0.0 | 222 | 0.0 | | |
| 48 | 1.0 | 136 | 0.0 | 224 | 2.5 | | |
| 50 | 0.0 | 138 | 0.0 | 226 | 0.5 | | |
| 52 | 0.5 | 140 | 0.5 | 228 | 2.0 | | |
| 54 | 0.0 | 142 | 1.0 | 230 | 2.5 | | |
| 56 | 0.0 | 144 | 0.5 | 232 | -0.5 | | |
| 58 | 0.5 | 146 | 0.0 | 234 | -0.5 | | |
| 60 | 0.5 | 148 | 0.0 | 236 | 0.0 | | |
| 62 | 1.0 | 150 | -0.5 | 238 | 0.5 | | |
| 64 | 0.5 | 152 | -0.5 | 240 | 0.5 | | |
| 66 | 0.0 | 154 | 0.0 | 242 | 0.5 | | |
| 68 | 0.0 | 156 | 0.0 | 244 | 2.5 | | |
| 70 | 0.0 | 158 | 0.5 | 246 | 5.0 | | |
| 72 | 0.0 | 160 | 1.0 | 248 | 3.5 | | |
| 74 | 0.0 | 162 | 1.0 | 250 | 1.0 | | |
| 76 | 0.0 | 164 | 0.5 | 252 | 1.0 | | |
| 78 | 0.0 | 166 | 0.5 | 254 | 0.0 | | |
| 80 | 0.0 | 168 | 0.0 | 256 | 2.0 | | |
| 82 | 0.0 | 170 | 0.5 | 258 | 2.0 | | |
| 84 | 0.0 | 172 | 0.5 | 260 | 2.5 | | |
| 86 | 0.0 | 174 | 2.0 | 262 | 2.0 | | |

Roll Angle Data (Event 1)



Roll Angle Values (Event 1)

| Time (ms) | Angle (deg) | Time (ms) | Angle (deg) | Time (ms) | Angle (deg) | Time (ms) | Angle (deg) | Time (ms) | Angle (deg) |
|---|---|---|---|---|---|---|---|---|---|
| -1000 | 0 | -510 | 0 | -20 | -10 | 470 | 0 | 960 | |
| -990 | 0 | -500 | 0 | -10 | -10 | 480 | -10 | 970 | |
| -980 | 0 | -490 | 0 | 0 | -10 | 490 | -10 | 980 | |
| -970 | 0 | -480 | 0 | 10 | -10 | 500 | -10 | 990 | |
| -960 | 0 | -470 | 0 | 20 | -10 | 510 | -10 | 1000 | |
| -950 | 0 | -460 | 0 | 30 | -10 | 520 | -10 | 1100 | |
| -940 | 0 | -450 | 0 | 40 | -10 | 530 | -10 | 1200 | |
| -930 | 0 | -440 | 0 | 50 | -10 | 540 | -10 | 1300 | |
| -920 | 0 | -430 | -10 | 60 | -10 | 550 | -10 | 1400 | |
| -910 | 0 | -420 | -10 | 70 | -10 | 560 | -10 | 1500 | |
| -900 | 0 | -410 | -10 | 80 | -10 | 570 | | 1600 | |
| -890 | 0 | -400 | -10 | 90 | -10 | 580 | | 1700 | |
| -880 | 0 | -390 | -10 | 100 | -10 | 590 | | 1800 | |
| -870 | 0 | -380 | -10 | 110 | -10 | 600 | | 1900 | |
| -860 | 0 | -370 | -10 | 120 | -10 | 610 | | 2000 | |
| -850 | 0 | -360 | -10 | 130 | -10 | 620 | | 2100 | |
| -840 | 0 | -350 | -10 | 140 | -10 | 630 | | 2200 | |
| -830 | 0 | -340 | -10 | 150 | -10 | 640 | | 2300 | |
| -820 | 0 | -330 | -10 | 160 | -10 | 650 | | 2400 | |
| -810 | 0 | -320 | -10 | 170 | 0 | 660 | | 2500 | |
| -800 | 0 | -310 | -10 | 180 | 0 | 670 | | 2600 | |
| -790 | 0 | -300 | -10 | 190 | 0 | 680 | | 2700 | |
| -780 | 0 | -290 | -10 | 200 | 0 | 690 | | 2800 | |
| -770 | 0 | -280 | -10 | 210 | -10 | 700 | | 2900 | |
| -760 | 0 | -270 | -10 | 220 | -10 | 710 | | 3000 | |
| -750 | 0 | -260 | -10 | 230 | -10 | 720 | | 3100 | |
| -740 | 0 | -250 | -10 | 240 | -10 | 730 | | 3200 | |
| -730 | 0 | -240 | -10 | 250 | -10 | 740 | | 3300 | |
| -720 | 0 | -230 | -10 | 260 | -10 | 750 | | 3400 | |
| -710 | 0 | -220 | -10 | 270 | -10 | 760 | | 3500 | |
| -700 | 0 | -210 | -10 | 280 | -10 | 770 | | 3600 | |
| -690 | 0 | -200 | -10 | 290 | -10 | 780 | | 3700 | |
| -680 | 0 | -190 | -10 | 300 | -10 | 790 | | 3800 | |
| -670 | 0 | -180 | -10 | 310 | -10 | 800 | | 3900 | |
| -660 | 0 | -170 | -10 | 320 | 0 | 810 | | 4000 | |
| -650 | 0 | -160 | -10 | 330 | 0 | 820 | | 4100 | |
| -640 | 0 | -150 | -10 | 340 | 0 | 830 | | 4200 | |
| -630 | 0 | -140 | -10 | 350 | 0 | 840 | | 4300 | |
| -620 | 0 | -130 | -10 | 360 | 0 | 850 | | 4400 | |
| -610 | 0 | -120 | -10 | 370 | 0 | 860 | | 4500 | |
| -600 | 0 | -110 | -10 | 380 | 0 | 870 | | 4600 | |
| -590 | 0 | -100 | -10 | 390 | 0 | 880 | | 4700 | |
| -580 | 0 | -90 | -10 | 400 | 0 | 890 | | 4800 | |
| -570 | 0 | -80 | -10 | 410 | 0 | 900 | | 4900 | |
| -560 | 0 | -70 | -10 | 420 | 0 | 910 | | 5000 | |
| -550 | 0 | -60 | -10 | 430 | 0 | 920 | | | |
| -540 | 0 | -50 | -10 | 440 | 0 | 930 | | | |
| -530 | 0 | -40 | -10 | 450 | 0 | 940 | | | |
| -520 | 0 | -30 | -10 | 460 | 0 | 950 | | | |

Serial Numbers

| Sensor Number | Sensor Type | Serial Number |
|---|---|---|
| 1 | RCM Serial Number | 8WGO |
| 2 | Front Left Impact Sensor | ACC62A216 |
| 3 | Front Right Impact Sensor | AFF52C016 |
| 4 | Left B-Pillar Impact Sensor | A306DA216 |
| 5 | Right B-Pillar Impact Sensor | A6798AE16 |
| 6 | Right C-Pillar Impact Sensor | AD192AE16 |
| 7 | Left C-Pillar Impact Sensor | A6C4D9A16 |
| 8 | Right Front Door Pressure Impact Sensor | P2928A130 |
| 9 | Left Pressure Tube Sensor | P38280421 |

## Hexadecimal Data

F190

    35  59  4A  53  41  31  45  32  34  4B  46  33  30  32  39  39  37

FD00

    28  52  46  08  20  20  00  00

FD02

    38  57  47  4

FD03

    80  FF  FF  FF  FF  00  31  38  31  30  32  32  30  31  38  57  47  4B  41  4B  58

FD52

    01  02  06  07  09  08  0C  0

FD60

    FF  00  00  00  00  41  43  43  36  32  41  32  31  36

FD61

    FF  00  00  00  00  41  46  46  35  32  43  30  31  36

FD62

    FF  00  00  00  00  41  33  30  36  44  41  32  31  36

FD63

    FF  00  00  00  00  41  36  37  39  38  41  45  31  36

FD64

    FF  00  00  00  00  41  44  31  39  32  41  45  31  36

FD65

    FF  00  00  00  00  41  36  43  34  44  39  41  31  36

FD66

    FF  00  00  00  00  50  32  39  32  38  41  31  33  30

FD67

    FF  00  00  00  00  50  33  38  32  38  30  34  32  31

FD80

    FF  FF  FF  FF  FF  FF  FF  FF

FD90

    0000  7F  7D  7C  7B  7B  7B  7B  7B  7B  7B  7A  7A  7A  7A  79  79  79  78  74  6E  67  5F  57  51  4F  4D  4C
    0028  4B  4B  4A  49  01  29  7F  7F  80  80  81  81  81  81  81  81  82  82  82  82  82  82  82  83  84  85  86
    0056  87  88  88  89  8A  8B  8C  8C  8D  8D  01  2C  01  2C

FD91

    0000  61  62  62  62  62  62  62  62  62  62  54  14  14  14  14  14  14  14  14  14  00  00  45  46  45  46  46  46
    0028  46  46  46  46  3A  00  00  10  7F  7F  7F  7F  7F  7F  7F  7F  7F  6F  58  00  00  14  55  55  15  02  1A  00
    0056  00  00  00  00  00  00  01  00  00  03  00  03  00  00  00  00  00  C0  30  00  00  82  E0  4B  48  3E  3E  3D
    0084  3F  3A  3C  3C  3C  41  00  43  41  00  43  3C

FD92

    0000  7E  7D  6E  74  7B  6B  84  6B  80  77  7D  81  7D  7B  83  75  83  77  7B  84  75  83  77  86  77  80  7F  7D
    0028  7F  7E  7F  83  71  86  78  84  77  84  7D  81  7D  80  7E  7F  7E  7E  7F  7E  7F  7E  7F  7F  7E  7F
    0056  7F  7F  7F  7F  7F  7F  7F  7F  7F  7F  7E  7E  7D  7D  7E  7E  7F  7B  7E  7D  7F  7F  7F  7F  7F  7F  7F
    0084  7F  80  7E  7F  7D  7B  62  80  3D  7E  58  78  4D  77  71  50  5E  52  7A  21  52  77  54  61  6A  12  81  37
    0112  55  50  42  61  62  51  62  65  68  67  78  6D  72  7A  75  78  7A  78  75  78  78  77  7A  7E  7A  7F  7F  7D
    0140  7F  7F  7D  7E  78  80  74  86  72  80  7D  80  80  80  81  87  81  80  81  81  81  81  81  80  81  7F  81  80
    0168  7F  7F  7F  7F  80  7F  7F  81  7F  80  7F  7F  80  80  81  80  7F  7F  7F  7F  7F  7F  7F  7F  7F  7F  7F  80
    0196  7F  7F  7F  7F  7F  80  80  7F  7F  80  7F  80  7F  7F  7F  7F  7F  7F  7F  7F  7F  7F  7F  80  81  80
    0224  7F  7F  7E  7E  7F  7F  80  81  81  80  80  7F  80  80  83  81  80  7F  87  8A  87  81  7F  84  8A  83  80  7F
    0252  84  83  81  83  7B  87  8D  8D  86  80  7F  84  80  83  84  7E  7E  7F  80  80  80  84  89  86  81  81  7F  83
    0280  83  84  83  83  84  84  87  89  86  84  80  80  81  81  80  80  80  80  7F  7F  7F  81

FD93

    0000  09  01  05  11  C1  71  01  00  00  0A  00  6E  FF  FF  FF  FF  00  0A  FF  FF  00  0A  FF  FF  00  0A  FF  FF

FD93 Continued
| 0028 | FF | FF | FF | FF | 00 | BE | FF | FF | FF | FF | 00 | BE | 00 | 0A |

FD94
| 0000 | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F |
| 0028 | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F |
| 0056 | 7F | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E |
| 0084 | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E |
| 0112 | 7E | 7E | 7E | 7E | 7E | 7F | 7F | 7F | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F |
| 0140 | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF |
| 0168 | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF |
| 0196 | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF |
| 0224 | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF |

B2 ED C1 27 BD 4F A3 57 05 CE A5 D9 1D C7 BB 4E 98 81 E5 67 72 06 D5 FB 9E D9 7D E9 D9 0C 74 8A

## Disclaimer of Liability

All users and reviewers of Tesla, Inc.'s event data recorder ("EDR") product, EDR reports, and/or any data exported or derived therefrom shall ensure the validity of the source data and the applicability of the Tesla EDR Report Service to that data. Tesla, Inc. and its subsidiaries, directors, officers, employees, and agents (collectively, "Tesla") hereby disclaim all liability for any claims or damages whatsoever arising from or relating in any way to the use of the EDR product, reports, or data, including without limitation for any direct, indirect, consequential, or punitive damages, and any attorneys' fees. By using or reviewing the EDR product, reports, and/or data, you expressly agree to waive any claims against Tesla in accordance with the terms of this paragraph, and to indemnify Tesla against any claims brought by third parties in connection with your use or review of the EDR product, reports, or data.