# EXHIBIT D

1  TRANSCRIPTION OF AUDIO RECORDING - EXCERPTS
2
3  _____
4
5      Recording Entitled:  Body, dash, and rear seat
6      interior camera videos from Monroe County Sheriff
7
8      Excerpts:  1:00-1:15, 2:10-2:30, 4:12-4:50
9
10     Transcribed by Janice P. Yates, CER-9181.

```
 1   EXCERPT 1

 2   1:00-1:15

 3

 4                (Excerpt begins.)

 5                UNIDENTIFIED SPEAKER:  He was driving

 6   that car --

 7                MR. MCGEE:  I'm here.  The 911's here.

 8                UNIDENTIFIED SPEAKER:  And here was

 9   here (INAUDIBLE) --

10                MR. MCGEE:  All right, sir.

11                OFFICER:  Who --

12                MR. MCGEE:  I was driving, I dropped my

13   phone and looked down, and I ran the stop sign

14   and hit the guy's car.

15                OFFICER:  Sir, which car are you

16   driving?

17                MR. MCGEE:  This car, the Tesla right

18   here.

19                UNIDENTIFIED SPEAKER:  They're helping

20   him right now, okay?

21                OFFICER:  Okay, do me a favor.  Just

22   grab your driver's license.

23                UNIDENTIFIED SPEAKER:  (INAUDIBLE.)

24                OFFICER:  Are you okay?

25                MR. MCGEE:  Yes, sir.  I just got to --
```

Body Cam Excerpts

3

1          OFFICER: Just hang on tight.  Hang on
2  tight.
3          (Inaudible background conversation.)
4          UNIDENTIFIED SPEAKER: Don't move.
5          MR. MCGEE: I just got a bump on my
6  eye.
7          (Excerpt ends.)

```
 1   EXCERPT 2
 2   2:10-2:30
 3
 4                  (Excerpt begins.)
 5                  PUBLIC SAFETY OFFICER:  Are you okay?
 6                  MR. MCGEE:  Yes, sir.  I was heading to
 7        Ocean Reef, and I hit the --
 8                  PUBLIC SAFETY OFFICER:  What happened?
 9                  MR. MCGEE:  I dropped my phone.  I was
10        trying to call, we're flying out for a funeral
11        tomorrow, and I was trying to call to get my
12        wife's stuff ready with the airline.
13                  (INAUDIBLE.)
14                  PUBLIC SAFETY OFFICER:  Okay.
15                  MR. MCGEE:  And I looked down, and I
16        ran right through here and hit the guy's car.
17                  PUBLIC SAFETY OFFICER:  You hit this
18        car?
19                  MR. MCGEE:  Yeah, I slammed on my
20        brakes when I saw it.
21                  PUBLIC SAFETY OFFICER:  Okay, where
22        were you coming from, Ocean Reef?
23                  MR. MCGEE:  I'm going to it
24        (INAUDIBLE).
25                  (Crosstalk.)
```

Body Cam Excerpts

5

1        (INAUDIBLE.)
2        UNIDENTIFIED SPEAKER:  All roads and
3 (INAUDIBLE).  Whoa, whoa, whoa.
4        (Excerpt ends.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1  EXCERPT 3
 2  4:12-4:50
 3
 4              (Excerpt begins.)
 5              MR. MCGEE:  You know, it was actually
 6      because I was -- I was driving and I looked down,
 7      and I had been using cruise control, and I looked
 8      down.  I didn't realize how (INAUDIBLE).  I sat
 9      up, and then, I sat up and I hit the brakes and
10      saw this truck.
11              OFFICER:  Which way were you going?
12              MR. MCGEE:  I was coming from the T
13      here, so.
14              OFFICER:  Okay.  Did you stop at the
15      stop sign?
16              MR. MCGEE:  No, I didn't, sir, I don't
17      think.  I honestly don't know.  I looked down.  I
18      didn't know how close I was to the intersection.
19      And I was driving on cruise going through, and I
20      looked down and to get the phone I dropped.  I
21      was on with the airline for my wife for
22      tomorrow's funeral I'm going to.  And I reached
23      down, I didn't see it.  And when I popped up and
24      looked, I saw a black truck.  It just happened so
25      fast.
```

```
 1              OFFICER:  Are you okay?
 2              MR. MCGEE:  I think so.  I don't know.
 3              UNIDENTIFIED SPEAKER:  He's got a
 4    (INAUDIBLE) --
 5              MR. MCGEE:  I've got an eye injury, but
 6    I'm just -- my God, man.
 7              (Excerpt ends.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

8

1        CERTIFICATE OF TRANSCRIPTION

2   STATE OF MICHIGAN)

3                    ) SS

4   COUNTY OF KENT   )

5

6            I, JANICE P. YATES, hereby certify

7   the transcription of the foregoing proceedings.

8   These proceedings were recorded on video; said

9   video was not recorded by me nor under my

10  supervision or control.  I certify that this is

11  a full, true, complete, and correct

12  transcription of the video to the best of my

13  ability.

14

15

16

17

18

19

20                          *[signature: Janice Yates]*

21

22                          JANICE P. YATES, CER-9181

23                          Notary Public,

24                          Kent County, Michigan

25  My Commission expires:   December 2, 2023