# EXHIBIT I

 1                 UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA (MIAMI)
 2              CASE NO. 21-CV-21940-BLOOM/Otazo-Reyes

 3
        Case:  1:21-CV-21940-BB
 4
        NEIMA BENAVIDES, as Personal Representative of
 5      the Estate of Naibel Benavides Leon, Deceased,
                     Plaintiff(s),
 6           v.

 7      TESLA, INC., a/k/a Tesla Florida, Inc.,
                     Defendant(s).
 8      ─────────────────────────────────

 9      Case:  22-CV-22607-KMM

10      DILLON ANGULO,
                     Plaintiff(s),
11           v.

12      TESLA, INC., a/k/a Tesla Florida, Inc.,
                     Defendant(s).
13      ─────────────────────────────────

14

15           DEPOSITION UNDER ORAL EXAMINATION OF

16                   GUILLERMO BENAVIDES

17                 DATE: August 30, 2023

18           REPORTED BY:  MICHAEL FRIEDMAN, CCR

19

20

21

22
              ESQUIRE DEPOSITION SOLUTIONS, LLC
23               1384 Broadway - 22nd Floor
                 New York, New York  10018
24                   (212) 687-2010

25      JOB#  J 10072074



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

1              TRANSCRIPT of the deposition of the

2      witness, called for Oral Examination in the

3      above-captioned matter, said deposition being taken

4      by and before MICHAEL FRIEDMAN, a Notary Public and

5      Certified Court Reporter of the State of New Jersey,

6      located at ZOOM VTC, all parties remote, on August

7      30, 2023, commencing at approximately 10:15 in the

8      morning.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1   A P P E A R A N C E S:

 2

     POSES & POSES
 3   169 East Flagler Street
     Miami, FL  33131
 4   BY:   TODD POSES, ESQ.
     Attorneys for Plaintiff, Neima Benavides
 5

 6   THE SLAVIK LAW FIRM
     3001 S. Lincoln Avenue
 7   Steamboat Springs, CO  80487
     BY:   DAVID TERRY, ESQ.
 8   Attorneys for all Plaintiffs

 9

10   ROUSSO BOUMEL
     9350 South Dixie Highway
     Miami, FL  33156
11   BY:   ADAM BOUMEL, ESQ.
     Attorneys for Plaintiff, Dillon Angulo
12

13   BOWMAN & BROOKE
     41000 Woodward Avenue
14   Bloomfield Hills, MI  48304
     BY:   DREW P. BRANIGAN, ESQ.
15   Attorneys for Defendant, Tesla

16

17

18

19

20

21

22

23

24

25
```



GUILLERMO BENAVIDES                                August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1                  I N D E X

 2   WITNESS NAME                          PAGE

 3   GUILLERMO BENAVIDES

 4          By Mr. Branigan                  7

 5

 6                E X H I B I T S

 7   EXHIBIT NO.                           PAGE

 8   A              ..........               9

 9   B              ..........              54

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                        - - -

 2                Deposition Support Index

 3                        - - -

 4

 5   Direction to witness not to answer

 6   Page Line   Page Line   Page Line   Page Line

 7   None

 8

 9   Request for production of documents

10   Page Line   Page Line   Page Line   Page Line

11   None

12

13   Questions marked

14   Page Line   Page Line   Page Line   Page Line

15   None

16

17

18

19

20

21

22

23

24

25
```



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

1          THE COURT REPORTER:  My name is

2   Michael Friedman, a Certified Shorthand

3   Reporter.  This deposition is being held

4   via videoconferencing equipment.

5          The witness and reporter are not in

6   the same room. The witness will be sworn

7   in remotely, pursuant to agreement of

8   all parties.  The parties stipulate that

9   the testimony is being given as if the

10  witness was sworn in person.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   G U I L L E R M O   B E N A V I D E S,

 2              called as a witness, having been first

 3   duly sworn according to law, testifies as follows:

 4

 5   EXAMINATION BY MR. BRANIGAN:

 6       Q    Good morning, Mr. Benavides.  My

 7   name is Drew Branigan.

 8              I represent Tesla in this lawsuit.

 9   I want to go over some ground rules before we

10   start.

11              Have you ever had your deposition

12   taken before?

13       A    No.

14       Q    Okay.  First thing I will do is I

15   will ask that you state your full name and

16   address for the record.

17              Can you do that for us, please?

18       A    Guillermo Benavides, 267 A Mountain

19   Avenue, Scotch Plains, New Jersey, 07076.

20       Q    Thank you.  Okay.  So just to cover

21   some ground rules real quickly, we have a

22   stenographer with us today who is going to be

23   taking down everything that everybody says on

24   the record.

25              So I would appreciate it if in
```



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

1  response to any of my questions, or if you

2  have any questions from me to clarify what

3  I'm saying to you, please say it verbally

4  instead of head nods or any gestures, just so

5  the stenographer can take it down.

6         Please try to contain your answer

7  to the question asked, just so we can get in

8  and out as quickly as possible.  I know you

9  have a conflict running up against this

10  deposition.

11         MR. BRANIGAN:  Mr. Poses, before we

12      starred here, you mentioned

13      Mr. Benavides needs to run at around

14      12:30 or noon today.

15         Is that correct?

16         MR. POSES:  I think 12:30 to get to

17      a 1~o'clock conferences.  Drew and I

18      offered and continue to -- we will work

19      through it hopefully, but if for some

20      reason it butts up against your time we

21      can take the deposition later if you

22      have other questions.

23         MR. BRANIGAN:  Thank you.  I

24      appreciate you agreeing to do that.

25      Q    Please take notice, this is the



```
 1   deposition of Guillermo Benavides pursuant to

 2   the notice served.  This testimony can be

 3   used for any purpose under the Federal Rules

 4   of Civil Procedure, Federal Rules of Evidence

 5   or any other relevant law.

 6           Mr. Benavides, I will show you what

 7   I am marking as Exhibit A.  Please disregard

 8   the first thing that I sent into the chat

 9   here.

10           (Whereupon the above mentioned was

11        marked for Identification.)

12      Q    This document should be titled

13   Notice of Deposition.  Could you please open

14   that up, review it, and then let me know when

15   you've reviewed it.

16      A    I opened the document.

17           MR. POSES:  Guillermo, are you able

18        to open it?

19           THE WITNESS:  Yes, I opened the

20        document, yeah.

21           (Whereupon a discussion was held

22        off the record.)

23      Q    Thank you.  Mr. Benavides, have you

24   seen this document, before I shared it with

25   you?
```



GUILLERMO BENAVIDES                                August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1        A    No, no, this is the first time.
 2        Q    Thank you.  And just one further
 3   instruction to add to the ground rules, if
 4   you are not certain about an answer you were
 5   going to give, and you think you were
 6   guessing, it's okay to say that you don't
 7   know.
 8            We would prefer the certain answer
 9   rather than a guess.  But just to clarify the
10   question I asked, are you saying that you
11   have not seen this document before?
12        A    No.
13        Q    Thank you.  Mr. Benavides, are you
14   currently represented by counsel for this
15   lawsuit?
16        A    Can you explain the question?
17        Q    Yes.  Are you being represented by
18   an attorney?
19        A    Yes.
20        Q    Related to this lawsuit.
21            Correct?
22        A    Yes, correct.
23        Q    Okay.  And who is your attorney?
24        A    Todd Poses.
25        Q    Thank you.  And prior to this
```



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1   deposition, did you do anything to prepare?
 2        A    Not really.
 3        Q    Mr. Benavides, without divulging
 4   the substance of anything that you said to
 5   Mr. Poses, did you speak with Mr. Poses prior
 6   to attending this deposition?
 7        A    Yes.
 8        Q    And when was the last time you
 9   spoke with him prior to attending this
10   deposition?
11        A    I speak to him a few minutes ago.
12        Q    Do you remember when you retained
13   Mr. Poses as your attorney?
14             MR. POSES:  Objection to the form
15        on any retainer issues, but Guillermo,
16        you can answer.
17        A    That's fine.
18        Q    I will rephrase it.  Mr. Benavides,
19   do you remember when you first contacted
20   Mr. Poses about this case?
21             MR. POSES:  Same objection.  You
22        can answer, Guillermo.
23        A    I don't remember.
24        Q    If I were to -- strike that.  Do
25   you remember if it was in 2019?
```



GUILLERMO BENAVIDES                              August 30, 2023
BENAVIDES V. TESLA, INC.

1        A    Yes, it was in 2019, but I don't

2   remember exactly the date.

3        Q    Okay.  Thank you.  Do you remember

4   what month it was?

5             MR. POSES:  Drew, I don't want to

6        interrupt you.  I will have a standing

7        objection to this line.

8             You can continue, Guillermo.

9        Answer the best you can.

10            MR. BRANIGAN:  Noted.  Thank you,

11       Todd.

12       A    I think maybe it could be in May,

13  June, I don't have the date exactly.

14       Q    Sure.  Mr. Benavides, again, if you

15  don't know, that's totally fine.  Okay.

16            Prior to this deposition, did you

17  review any documents to prepare yourself?

18       A    No.

19       Q    Prior to this deposition, and other

20  than Mr. Poses, did you speak with anybody

21  else to prepare?

22       A    No.

23       Q    Okay.  Have you brought any

24  documents with you today to assist in giving

25  your testimony?



GUILLERMO BENAVIDES                          August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1        A    No.
 2        Q    Okay.  Have you ever testified in
 3   court before?
 4        A    No.
 5        Q    Have you ever been a party to a
 6   lawsuit, other than this one?
 7        A    Yes.
 8        Q    Can you tell me about that?
 9        A    That was -- basically it was with
10   the same case that lost my daughter, it was
11   again, the driver, Mr. McGee.
12        Q    Thank you, sir.  Aside from that
13   lawsuit, have you ever been a party to a
14   lawsuit?
15        A    No.
16        Q    Have you ever asserted any lawsuit
17   claim in your lifetime that did not result --
18   strike that.
19             Mr. Benavides, you earlier in this
20   deposition gave me your current address.  How
21   long have you been there?
22        A    Since 2006.
23        Q    I'm sorry, Mr. Benavides, did you
24   say 2006 or 2016?
25        A    2006, 2006.
```



1       Q     Okay.  So for about 17 years?

2       A     Correct.

3       Q     Thank you.  And do you own that

4   property?

5       A     Yes, I do.

6       Q     Do you live with anyone else at

7   that house?

8       A     With my wife.

9       Q     Thank you.  And how long has she

10  lived there with you?

11      A     Same time.

12      Q     Has anybody else lived with you

13  during that period?

14      A     Yes, my son and daughter.

15      Q     Okay.

16      A     But they already moved.

17      Q     I think I heard you correctly, but

18  did you say your son and daughter?

19      A     Yeah.

20      Q     When you say your son and daughter,

21  are you referring to Neima or Naibel?

22      A     No, Lisa Benavides, L-I-S-S-Y.

23      Q     Thank you Mr. Benavides, we

24  apologize for making you repeat yourself

25  here.



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1              What years did Lissy and your son
 2    live with you?
 3        A    I don't remember exactly when she
 4    moved, maybe five, six years ago.  I don't
 5    remember.
 6        Q    That's okay.
 7        A    My son move in 2020, he was in
 8    school and he move after school, he moved out
 9    of the house.
10        Q    And what is your son's name?
11        A    William Benavides.
12        Q    Thank you.  And did you have those
13    children with your current wife?
14        A    Yeah, Lissy and William both are
15    from my current wife.
16        Q    Thank you.  What is your wife's
17    name?
18        A    Adelfa, A-D-E-L-F-A.
19        Q    And Benavides.
20             Correct?
21        A    Benavides, yes.
22        Q    Thank you, sir.  If you were to
23    estimate -- I apologize for breaking my own
24    rule, but how many years would you say your
25    daughter Lissy lived in that house with you?
```



1    A    What year?  Lissy was 11, 12 years

2   in this house, and William, 14, 15 years.

3    Q    Thank you, sir.  And before the

4   current address you lived at -- strike that.

5        Before the current address that you

6   currently reside at, where did you live?

7    A    Two blocks from this house, let me

8   see.  ███████████████████████████████

9   ██████████████.

10    Q    Thank you.  Did you own that

11   property?

12    A    Yes.

13    Q    And how long did you live there

14   for?

15    A    Four years.

16    Q    Thank you, sir.  And who -- strike

17   that.

18        Did anybody else live with you at

19   that address?

20    A    Yeah, my wife, William and Lissy.

21    Q    So the same people who lived --

22    A    Same people, yes.

23    Q    Thank you.  And at that prior

24   address, the one that you were living at

25   right now, other than the people we



1  discussed, did anybody else live with you?

2      A    No.

3      Q    Thank you.  And at the address that

4  we just -- strike that.

5           At the address that you lived at

6  prior to the one that you live at now, did

7  anyone other than the people we discussed

8  ever live with you?

9      A    No.

10     Q    Thank you.  Prior to that address,

11 did you live anywhere else?

12     A    Yes.  I don't remember the street

13 now.  ████████████████████████████████

14 ██████.

15     Q    Did anyone else live with you at

16 that address?

17     A    It was a three-family house.

18 Three-family house, and part of my family, my

19 inlaws and my sister's inlaws.  In my

20 apartment was only my wife, Lissy and

21 William.

22     Q    And when you say your inlaws you

23 mean your wife's family.

24          Correct?

25     A    Yes.



1    Q    Thank you, sir.  Prior to that

2    address, did you live anywhere else?

3    A    No.

4    Q    Okay.

5    A    Not in this country.

6    Q    And when did you move to that

7    address that we're talking about now?

8    A    It was in 1997.

9    Q    Thank you.  Where did you live

10   prior to that?

11   A    I lived like four years in Bogota,

12   Columbia, and three years before that was in

13   Cuba.

14   Q    And forgive me for asking you to

15   repeat yourself, did you say you lived in

16   Bogota for four years?

17   A    For four years.

18   Q    Thank you.  And who did you live

19   with while you were in Columbia?

20   A    In Columbia, I was -- part of the

21   time was alone, and with -- yes, was alone,

22   yeah.

23   Q    Thank you.  What were you doing in

24   Columbia?

25   A    Engineering, doing engineering work



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

1   over there, design.

2        Q    Okay.  What kind of engineer are

3   you, sir?

4        A    I do mechanical, and also I --

5   right now staff engineering at the Port

6   Authority, yeah.

7        Q    Wow.  When you lived in -- strike

8   that.

9             How long did you live in Cuba for?

10       A    Thirty-three years.

11       Q    Were you born there?

12       A    Yes.

13       Q    What made you move?

14       A    I move in 19 -- it was 1992, 1993,

15   I don't remember exactly when I moved to

16   Columbia.

17       Q    What was the purpose of moving?

18       A    First, I wanted to work because --

19   and I decided to stay, to stay there.

20       Q    Before you left Cuba, were you

21   living with anybody?

22       A    Before?  I live with Lilian Marlene

23   and Neima -- sorry, L-I-L-I-A-N, Marlene

24   Leon.

25       Q    Mr. Benavides, just so I heard you



GUILLERMO BENAVIDES
BENAVIDES V. TESLA, INC.

August 30, 2023

```
 1  correctly, did you say you lived with Lilian
 2  and Neima.
 3          Correct?
 4      A   Yes.
 5      Q   Was Naibel not born at this point?
 6      A   No.
 7      Q   Thank you.  Were you married to
 8  Lilian?
 9      A   Yes.
10      Q   What was the reason for your
11  separation?
12      A   The relationship doesn't work at
13  some point.  We have issues, you know,
14  something like that.
15          I don't want to go into detail of
16  that.  We tried -- we tried -- after the
17  separation, we tried again, but definitely
18  doesn't work.
19      Q   Thank you, sir.  I understand this
20  is a difficult subject.  Thank you.
21          Since your separation, do you still
22  talk with Lilian?
23      A   Oh, yes, yeah.
24      Q   How frequently do you talk to each
25  other?
```



1      A    Right now?  It's occasional because

2   we -- we have a good interaction with that

3   side of the family with the Neima, Neima

4   family.

5           It's just occasional when we made

6   that -- when we stop at the house, just stop

7   by the house.  We have a good relationship.

8      Q    Am I correct that you're Naibel's

9   biological father?

10     A    Yes.

11     Q    Thank you.  How about right after

12  your separation, how frequently would you

13  talk with Lilian?

14     A    When I was out in Cuba, I called --

15  I call the family, I called to be in contact

16  with Neima and Naibel.

17     Q    And what year did you guys

18  separate?

19     A    Maybe -- I don't remember.  I don't

20  remember exactly, maybe 1989, approximately,

21  yeah.

22     Q    Okay.  So is it correct that --

23     A    Yeah, but we go back, it's hard to

24  explain.

25     Q    Is it correct that you separated



GUILLERMO BENAVIDES                                      August 30, 2023
BENAVIDES V. TESLA, INC.

1  before you moved from Cuba?

2      A    Yes.

3      Q    Okay.  And prior to leaving Cuba,

4  how many years did you live with Lilian and

5  Neima?

6      A    Four or five years, I don't

7  remember exactly.

8      Q    Thank you, sir.  Are you a U.S.

9  citizen?

10     A    Yes.

11     Q    Congratulations, when did you

12  obtain that?

13     A    I think I get it 2002, 2003, around

14  that.

15     Q    I might jump around here and I

16  apologize to that.  I want to go back to your

17  job.

18          Could you give me a summary of your

19  education?

20     A    Yeah.  I am mechanical -- degree in

21  mechanical engineering from Cuba.  I get

22  it -- sorry, in 1985, yeah, 1985.

23     Q    And where did you obtain that

24  degree?

25     A    It was in The C-E-N-T-R-A-L



GUILLERMO BENAVIDES                          August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1   University, Santa Clara.
 2        Q    Am I correct that you also attended
 3   high school in Cuba?
 4        A    Yes.
 5        Q    Do you recall what school you
 6   attended?
 7        A    The name of the school was
 8   A-N-I-B-A-L  P-O-N-C-E.  That's what the name
 9   of the school is.
10        Q    Thank you, sir.  And when did you
11   graduate from high school?
12        A    1980.
13        Q    Other than your mechanical
14   engineering degree, do you have any other
15   higher learning degrees or certifications?
16        A    No.
17        Q    Do you have any -- strike that.
18             Do you have any specialization with
19   respect to your mechanical engineering
20   degree?
21        A    No, just -- it's a general
22   mechanical engineering and construction.
23        Q    Have you had done -- strike that.
24   Have you -- strike that.  Excuse me.
25             Have you attended any trade school
```



1  courses or other extracurricular courses with

2  respect to your profession?

3      A    Yes.  Here, I obtained a lot of

4  personal growth for civil engineering.  I --

5  also, my ANC provide a lot of training that I

6  have taken there, yeah.

7      Q    After you graduated from college,

8  did you go right into engineering?

9      A    I work nine or ten years in

10 college, I taught in college as a professor

11 for ten years.

12     Q    You worked as a professor in Cuba

13 for ten years?

14     A    Yes.

15     Q    What was your salary as a -- as a

16 professor?

17     A    In Cuba?

18     Q    Yes.

19     A    I don't remember.

20     Q    Just to clarify, I'm not going to

21 ask you to do the conversion.

22     A    To be honest, I don't remember.  I

23 don't remember what was my salary at that

24 time.

25          I don't know.  It was about 300



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

1  Cuban pesos, at that time.  At the time it
2  meant something, but today is nothing.
3       Q   If we are talking about U.S.
4  dollars, do you think your salary was less
5  than a hundred thousand dollars a year?
6       A   In Cuba, yes, it would be under
7  that, yes, yes.
8       Q   Do you think it would have been
9  less than $50,000 a year?
10      A   50,000 here?  I don't agree with
11 the question because that was in the -- in
12 the 1990s.  I don't know the currency rate at
13 that time.  No idea.
14      Q   Okay.  Fair enough, sir.
15          What school did you teach at?
16      A   The same school, it was the Central
17 University --
18      Q   Thank you, sir.  After that
19 teaching job, where did you work?
20      A   I moved to Columbia.
21      Q   Okay.
22      A   In Columbia I work as a design
23 engineering in A-Z-T-E-N-I-A.
24      Q   And were you working as a civil
25 engineer at that position?



 1       A     No.   At that position I worked as a
 2    mechanical engineer.
 3       Q     Thank you, sir.   What kind of stuff
 4    were you working on?
 5       A     Designing alpha plant, and also
 6    construction, like a crush plant for
 7    construction, yeah, that part I did.
 8             Different kind of -- this is
 9    mechanical equipment for construction
10    industry.
11       Q     You didn't do anything with cars at
12    that position, did you?
13       A     No, no, not in that position.
14       Q     Thank you.   What was your salary at
15    that position in Columbia?
16       A     I don't remember right now, 800
17    Columbian pesos at that time, maybe.   I don't
18    remember.
19       Q     If we were to talk U.S. dollars do
20    you think it would have been under a hundred
21    thousand dollars a year?
22       A     Could be.   But I don't have the
23    answer for that.
24       Q     Thank you, sir.   Fair enough.
25             I think you gave the court reporter



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

 1    the name of the company that you worked at.
 2              Is that correct?
 3         A    Yes.
 4         Q    Thank you, sir.  Is that the
 5    position that you held during your entire
 6    stay in Columbia?
 7         A    Yeah.
 8         Q    Thank you, sir.  After that job,
 9    where did you work?
10         A    It was coming to this country, and
11    here I started working at Amercom.
12              MR. BRANIGAN:  Off the record.
13              (Whereupon a discussion was held
14         off the record.)
15         Q    Mr. Benavides, would you mind
16    spelling the name of that company for the
17    court reporter?
18         A    Yeah.  It's A-M-E-R-C-O-M
19    Corporation.
20         Q    Thank you.  When did you start your
21    job at that company?
22         A    It was in 1999.
23         Q    Okay.  And how long were you at
24    that company?
25         A    I worked for that company



GUILLERMO BENAVIDES                          August 30, 2023
BENAVIDES V. TESLA, INC.

1  approximately 15 year, because I work at that
2  company, but I work from that company as a
3  consultant for the Port Authority, the
4  engineering department at the Port Authority.
5       Q    Thank you, sir.  What was your
6  salary at that position?
7       A    At that position, when I worked
8  there, my last salary with them was 98,000.
9  Yeah, 98,000 dollar.
10      Q    Okay.
11      A    I think that's my last salary with
12  them.
13      Q    Okay.
14      A    And in 2014, I joined the Port
15  Authority as a permanent staff.
16      Q    Okay.  Are you still with the Port
17  Authority?
18      A    Yes.
19      Q    Are you still in the same position
20  that you started at in 2014?
21      A    I get a different position,
22  promotion.  Right now I'm senior traffic
23  engineer.
24      Q    When did you get that promotion?
25      A    I get multiple promotion because I



GUILLERMO BENAVIDES                    August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1   working for 24 years inside of the Port

 2   Authority.  In 2014, I start working as a

 3   permanent staff.

 4        Q    Thank you.  What was your salary

 5   starting in 2014?

 6        A    In 2014, was I think -- I believe

 7   it was 106,000 dollar.

 8        Q    Okay.  Is that the same as your

 9   salary today?

10        A    No.

11        Q    What is your salary today?

12        A    Around 146.

13        Q    Okay.  And when did your salary

14   change to 146?

15        A    Last year.

16        Q    Thank you, sir.  That's 146,000.

17             Correct?

18        A    I get that every year, every year I

19   get raise.  It's not one jump from 106 to

20   146, it was multiple increase and changing

21   position in the last ten year or nine years.

22        Q    Thank you, sir.  Is that a steady

23   increase per year?

24        A    Yeah, we have a salary increase per

25   year.
```



800.211.DEPO (3376)
EsquireSolutions.com

GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

1        Q     Thank you, sir.  And what kind of
2    things do you do at the Port Authority?
3        A     I work in the designing and
4    planning group.  I work designing on the land
5    side of the airport, from the terminal front,
6    parking, all the access to airport.
7              The A and C I'm working now, the
8    Port Authority own and operate six airports.
9    Kennedy, Newark Airport, and also LaGuardia,
10   and my role is working on the design of
11   runway.
12             For example, right now my focus is
13   on Newark Airport, working on the replacement
14   of the A train, and also the vision or plan
15   for the future airport of Newark.
16             Last couple of year I work on JFK.
17   I also work on the new LaGuardia Airport.
18   But I also work on other routes between New
19   York and New Jersey, the tunnels and bridge.
20       Q     Thank you, sir.  Just to briefly
21   summarize, is it fair to say that your work
22   is concentrated on public transportation?
23       A     Correct.
24       Q     Thank you, sir.  Do you have any
25   experience in designing highways?



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

1        A    Designing, can you repeat that?

2        Q    Yes, sir.  Do you have experience

3    in designing highways?

4        A    Highways, yes.

5        Q    Okay.  What is your experience with

6    respect to that?

7        A    For example, all the access to the

8    LaGuardia, access to JFK, and I work on --

9    ten years ago on the designing the access to

10   other access for Terminal A in Newark.  It's

11   basically my role on the agency.

12       Q    Thank you, sir.  Do you have any

13   experience designing traffic control systems?

14       A    We -- yeah, at some point we work

15   on traffic signal and BMS yeah.

16       Q    What about traffic signage?

17       A    Yes, I -- part of my career work on

18   traffic signage, yes.

19       Q    Thank you.  Just very briefly, what

20   is the extent of your experience with respect

21   to those two things?

22       A    Can you repeat the question?

23       Q    Yes, sir.  What is the extent --

24   strike that.

25            What kind of things did you do with



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

1  traffic signals and traffic signage?

2        A    We -- with signal, it's not too

3  much.  But with signage, yes, I -- not right

4  now, but one part of my career I did a lot of

5  signing work, yeah.

6        Q    Okay.  Is it fair to say that that

7  was maybe more than ten years ago?

8        A    No, less than ten years ago, less

9  than.

10        Q    Okay.  How about less than five

11  years ago?

12        A    It's not my main role but I'm

13  involved in that, yes.

14        Q    Sure.  Thank you, sir.  Have you

15  ever been disciplined at a job?

16        A    Excuse me?  Can you repeat?

17        Q    Yes, sir.  Have you ever been

18  disciplined at a job?

19        A    No.

20        Q    Have you ever been fired from a

21  job?

22        A    No.

23        Q    Have you ever been laid off from a

24  job?

25        A    No.



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1        Q     Thank you.   Have you ever developed
 2   a physical or medical condition that
 3   prevented you from working?
 4        A     No.
 5        Q     Would you say that you're in good
 6   health?
 7        A     Yes.
 8        Q     Physical and mental?
 9        A     Yes.
10        Q     Do you have any physical
11   disabilities?
12        A     No.
13        Q     Thank you, sir.   All right.   I want
14   to jump around again.
15              I think we covered -- strike that.
16   Other than the two -- other than -- strike
17   that again.   Excuse me.
18              Other than Lilian and your current
19   wife, have you ever been married?
20        A     No.
21        Q     Other than Neima, Naibel and the
22   children that you have that we spoke about
23   with your current wife, do you have any other
24   children?
25        A     No.
```



GUILLERMO BENAVIDES                           August 30, 2023
BENAVIDES V. TESLA, INC.

1      Q    What are the -- what do the two

2  children you have with your current wife do

3  for work?

4      A    Can you repeat that?

5      Q    Yes, sir, of course.  Forgive me

6  for not remembering.

7           What do the -- do your son and

8  daughter with your current wife, what do they

9  do for work?

10     A    Okay.  My daughter is interior

11  design.  She work in the city.

12          I don't know the exact name of the

13  company, but she work in the city as interior

14  design.

15          And William is working right now as

16  a contractor for the Navy, and he work in

17  communication and security thing for the

18  Navy.

19     Q    Thank you, sir.  Do you currently

20  provide any of your children financial

21  support?

22     A    Right now, no.

23     Q    In the past, have you ever provided

24  any of your children financial support?

25     A    Oh, yes.



GUILLERMO BENAVIDES                          August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1        Q    Can you describe the manner of
 2   support that you provided?
 3        A    First, they live at home, but -- so
 4   we support for the education and the normal
 5   thing that a father do for daughter and son,
 6   yeah.
 7        Q    Did you pay for any of your kids'
 8   schooling?
 9        A    We help a lot.  We not say we pay
10   in full, but we help a lot on the -- for
11   education, yes.
12        Q    Okay.  Have any of your children
13   provided you with financial support?
14        A    No.
15        Q    Thank you.  Have any of your
16   children provided you with any type of help
17   around the house?
18        A    No.
19        Q    And I want to ask you the same
20   about Lilian, if you know, have any of your
21   children provided Lilian with financial
22   support?
23        A    I have no idea.
24        Q    Thank you, sir.  Have any of your
25   children provided Lilian with any other form
```



GUILLERMO BENAVIDES                              August 30, 2023
BENAVIDES V. TESLA, INC.

 1   of support?

 2        A    No idea.

 3        Q    Thank you, sir.  I want to jump

 4   around again.

 5             Sir, am I correct that you

 6   understand this lawsuit relates to an

 7   April 25, 2019 crash?

 8        A    Yes.

 9        Q    Do you understand that one of the

10   vehicles involved in this crash is a Tesla

11   vehicle?

12        A    Yes, I know.

13        Q    Okay.  Before that crash on

14   April 25 of 2019, have you ever heard of

15   Tesla?

16        A    Yes, of course.

17        Q    Okay.  And what did you hear about

18   Tesla?

19             MR. POSES:  Objection to the form.

20        You can answer, Guillermo.

21        A    What I hear about Tesla?  It's a

22   new company that tried to make electric

23   vehicle, not only electric vehicle, but also

24   electric vehicle with an auto pilot.  This is

25   something that I know about Tesla.



GUILLERMO BENAVIDES                                       August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1        Q    I'm sorry, sir.  I don't want to
 2   interrupt you.  Did you have something else
 3   to say?
 4        A    Yeah, and they -- Tesla, it's not
 5   only known -- known for things for -- not
 6   good things, a lot of crashes, what happened
 7   with my daughter.
 8        Q    Everything that you just
 9   described --
10        A    It's on the news.
11        Q    Thank you.  Everything that you
12   just described you heard on the news.
13             Did you hear any of that from
14   Tesla, itself?
15        A    No.
16        Q    Okay.  Before that -- strike that.
17   Everything that you just described, you heard
18   that before the crash.
19             Correct?
20        A    Yes, correct.
21        Q    Okay.  Before the crash, have you
22   ever gone to Tesla's website?
23        A    No.
24        Q    Before the crash, had you ever
25   heard any statements made by Tesla?
```



```
 1                MR. POSES:  Objection to the form.
 2        A     No.
 3        Q     Before the crash, had you ever read
 4   any statements by Tesla?
 5        A     A statement from the news, I don't
 6   know exactly if it's direct from Tesla or
 7   other authorities.  I can't be specific on
 8   that.
 9        Q     Before the crash, had you heard any
10   statements by Elon Musk?
11        A     A statement about what?  Because --
12        Q     Let me clarify, sir.  Thank you.
13                Before the crash, had you heard any
14   statements made by Elon Musk about Tesla?
15        A     From him, no.
16        Q     Before the crash, had you heard any
17   statements made by Mr. Musk about Tesla?
18        A     I don't know, exactly.
19        Q     I'm sorry, sir --
20        A     I don't follow Elon Musk, I don't
21   know if it's exactly from him.  I read a lot
22   of things from the reports about Tesla.
23                About not only Tesla, all the --
24   other technologies, but I can't be specific
25   on that answer.
```



GUILLERMO BENAVIDES                          August 30, 2023
BENAVIDES V. TESLA, INC.

1        Q    Okay.  Is it safe to say that all

2   the information you heard was from the news?

3        A    Yes.

4        Q    Thank you, sir.  Before the crash,

5   did you ever go to a Tesla store?

6        A    I think, yes, it was on the news,

7   previous, about previous crash.

8        Q    Let me -- I think you may have

9   misheard my question.  I apologize, sir.

10            Before the crash, did you ever go

11  to a Tesla store?

12       A    Oh, no, sorry no.  I missed that,

13  no.

14       Q    Thank you, sir.  No worries at all.

15            Have you ever driven a Tesla?

16       A    No.

17       Q    Have you ever owned Tesla stock?

18       A    No.

19       Q    Thank you.  Have you ever had

20  worked at Tesla?

21       A    No.

22       Q    Do you know anyone personally that

23  works at Tesla?

24       A    I know a co-worker that moved from

25  here and work in Tesla, but I don't have any



```
 1    contact with any -- with him.

 2        Q    Have you ever spoken with Lilian

 3    about anything she heard about Tesla?

 4        A    No.

 5        Q    Okay.

 6        A    This is a difficult topic in the

 7    family that we don't -- yeah.

 8        Q    Thank you, sir.  Have you ever --

 9    strike that.

10             Have you ever spoken with Neima

11    about anything she heard about Tesla?

12        A    We -- every time there's any news

13    about Tesla, we tried to now follow, you

14    know.  But she do her thing, I do mine.

15        Q    What about before the crash, did

16    you speak with Neima about anything?

17        A    No.

18        Q    Thank you, sir.  All right, sir.

19             Earlier, you testified that you are

20    Naibel's daughter.

21             Correct?

22        A    Correct.

23        Q    Have you ever lived together with

24    Naibel?

25        A    No.
```



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

1      Q    When was the last time you spoke

2   with Naibel before the April 25, 2019 crash?

3      A    Like two days before.  We were in

4   contact.

5           She lived in Miami, I live in New

6   Jersey, but we are all texting, yes, calls,

7   yes.

8      Q    How did you guys usually

9   communicate?

10     A    How?  We -- for the period of time

11  she was in Cuba, I called often to her.  I

12  visit her a couple of time.

13          The last time was in 2015.  But

14  when she moved to here, we were in close

15  contact, you know.

16          She staying in New Jersey for a

17  short period of time because her mom decided

18  to move to Florida, and she going there to

19  support and stay with her mom, but we

20  communicate by phone, text.

21          And also every time I visit I go

22  there to visit her or going to Florida, we

23  pass time together.  Same thing when she come

24  to New Jersey.

25     Q    How often would you go down to



GUILLERMO BENAVIDES                          August 30, 2023
BENAVIDES V. TESLA, INC.

1  Florida to visit Naibel?

2       A    I go there a lot of time a year,

3  you know.  I go there.

4       Q    Is it fair to say more than five

5  times a year?

6       A    During a year, I think a good four

7  or five time went to Florida to visit, yeah.

8       Q    How many times -- strike that.

9  Would Naibel ever come up to visit you in New

10  Jersey?

11      A    Yeah.

12      Q    How many times would she come up in

13  a year?

14      A    I don't remember how many time.

15  Unfortunately, she only enjoyed this country

16  for only a few years, approximately, but I

17  don't have --

18      Q    Sure.  Is it fair to say more than

19  five times a year?

20      A    I don't remember.

21      Q    Okay.  Fair to say less than ten

22  times a year?

23      A    Definitely, because, you know, she

24  worked, she doesn't have a lot of time, but

25  every time she have a opportunity to come to



GUILLERMO BENAVIDES                              August 30, 2023
BENAVIDES V. TESLA, INC.

 1  visit family, yeah.

 2      Q    Did you ever vacation with her?

 3      A    Can you repeat that?

 4      Q    Yes, sir.  Did you ever go on

 5  vacation with Naibel?

 6      A    Yes.

 7      Q    How often would you go on vacation

 8  with Naibel?

 9      A    In 2018 we went to for her birthday

10  to Dominican Republic, 2017, for that, the

11  21st birthday.

12      Q    Thank you.  Was Naibel married at

13  the time of the incident?

14      A    What did you say?

15      Q    Let me repeat the question.

16          (Whereupon a discussion was held

17  off the record.)

18      Q    Mr. Benavides, was Naibel married

19  at the time of the crash?

20      A    Can you -- can you repeat that?

21  Sorry.

22      Q    Sure.

23          MR. POSES:  Guillermo, it says

24      connecting to audio on your visual.

25          (Whereupon a discussion was held



GUILLERMO BENAVIDES                          August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1          off the record.)
 2      A    If she was married at the time of
 3  the crash?  No.
 4          (Whereupon a discussion was held
 5  off the record.)
 6      Q    Mr. Benavides, before we went on
 7  break here, I asked you whether Naibel was
 8  married at the time of the crash?
 9      A    No.
10      Q    Thank you, sir.  Was she in a
11  relationship?
12      A    Yes, in a new relationship from
13  what I know, is that she was dating for few
14  weeks, you know, at that time.
15      Q    Okay.  And you said that was with
16  Dillon?
17      A    Dillon, yes.
18      Q    Okay.  Did they live together?
19      A    Not that I know.
20      Q    Did she ever talk about getting
21  married to Dillon?
22      A    No, because that was something
23  that -- was the beginning of the
24  relationship, there.
25      Q    Had you ever met Dillon prior to
```



1   the crash?

2        A     No.

3        Q     Had you spoken to Dillon prior to

4   the crash?

5        A     No.

6        Q     I'm sorry, sir, did you say no?

7        A     No.

8        Q     Thank you, sir.  Was Naibel ever

9   married?

10       A     No.

11       Q     Did she have any children?

12       A     No.

13       Q     At the time of the crash, was she

14  in high school?

15       A     No, she was working at that time

16  and starting in Miami Dade, starting learning

17  English and preparing for -- to go to school,

18  yeah.

19       Q     What was she studying to become?

20       A     At that point she starting getting

21  course in Miami Dade for English to -- just

22  starting at some point in some career, but at

23  that point was the beginning.

24       Q     Okay.  Do you know what career she

25  was trying to enter into?



1        A    She -- it was a few things, but at
2    some point -- it was not for her, but she
3    thought about financial accounting was the
4    idea that she mention a couple of time.
5        Q    How long did she get in pursuing a
6    degree for accounting?
7        A    No, that was just a beginning
8    thinking on that.
9        Q    Okay.  I see.  At the time of the
10   crash how far along was she with her college
11   courses?
12       A    I don't know exactly.  I don't have
13   that.
14       Q    Do you know if she had been there
15   for like a year?
16       A    Kind of a year, yeah.
17       Q    Was she working at the time of the
18   crash?
19       A    Yes.
20       Q    Where did she work?
21       A    She worked in -- part time, it was
22   in Forever 21 and Walgreens, the pharmacy.
23       Q    Thank you.  Do you know what kind
24   of grades she was getting in school?
25       A    Can you repeat that question?



1      Q    Yes, sir.  Do you know what kind of

2   grades Naibel was getting in school?

3      A    No.

4      Q    Did she have any close friends?

5      A    Can you repeat that, please?

6      Q    Yes, sir.  Did Naibel have any

7   close friends?

8      A    Yeah.  She had friends.  She was a

9   really friendly girl, yeah.

10     Q    Had you ever met any of them?

11     A    No, because I'm -- they're from

12  Miami.

13     Q    Did she have any hobbies outside of

14  school?

15     A    She -- one of the thing she liked

16  was the beaches, but it's not a hobby, no.

17     Q    Any other hobbies other than the

18  beach?

19     A    No.

20     Q    What was her job title at Forever

21  21?

22     A    Forever 21 was -- I think she was a

23  salesperson over there.

24     Q    What about at Walgreens?

25     A    I think the same thing, cashier.



GUILLERMO BENAVIDES                                 August 30, 2023
BENAVIDES V. TESLA, INC.

1       Q    Do you know if she was ever a

2    member of a union?

3       A    No, no union.

4       Q    What about a trade association?

5       A    No, she never mentioned anything,

6    and both jobs were part time.

7       Q    Do you know if she ever had been

8    fired or laid off from a job?

9       A    Not that I know, no.

10      Q    Prior to the crash, had Naibel ever

11   had any surgeries?

12      A    No.

13      Q    Prior to the crash, had she ever

14   been hospitalized?

15      A    No.

16      Q    Prior to the crash, had she ever

17   suffered any injuries?

18      A    No.

19      Q    Did she have any disabilities?

20      A    No.

21      Q    Had she ever visited the emergency

22   room?

23      A    No.

24      Q    Prior to the crash, had she ever

25   been involved in an automobile crash?



GUILLERMO BENAVIDES                              August 30, 2023
BENAVIDES V. TESLA, INC.

```
1        A    Yes.  It was in 2017, I don't know
2   exactly.  She had a crash in Miami, but it
3   was a minor accident.
4        Q    Did she sustain any injuries in
5   that crash?
6        A    No.
7        Q    Thank you.  You said Miami.
8             Correct?
9        A    In Miami, yeah.
10       Q    Do you know if there was a -- any
11  police or first responders who responded to
12  that crash?
13       A    No.
14       Q    Do you know if she ever made a
15  claim to insurance?
16       A    No.
17       Q    Related to that crash?
18       A    No.
19       Q    Okay.  Had she ever made a claim
20  for insurance proceeds?
21       A    No.
22       Q    And Mr. Benavides, actually, let me
23  clarify that.  Prior to the crash, had she
24  made an insurance claim?
25       A    No.
```



GUILLERMO BENAVIDES                          August 30, 2023
BENAVIDES V. TESLA, INC.

1        Q    And what about as a result of the
2   crash?
3        A    Not that I know.
4        Q    Prior to the crash, had she ever
5   made a claim for Workers' Compensation?
6        A    No.
7        Q    What about Social Security?
8        A    No.
9        Q    What about long or short-term
10   disability?
11        A    No.
12        Q    Had Naibel ever been a party to a
13   lawsuit?
14        A    No.
15        Q    Had Naibel ever been charged with a
16   crime?
17        A    No.
18        Q    Other than the crash that we just
19   talked about in 2017, had she been involved
20   in any other crashes?
21        A    No.
22        Q    Okay.  Mr. Benavides, as a result
23   of the April 25, 2019 crash, have you had to
24   personally pay any costs or expenses related
25   to this crash?



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

1         A     No.

2         Q     Okay.  Do you know if Lilian

3    Benavides had to pay any costs or expenses

4    related to this crash?

5         A     If she pay, no, she doesn't pay,

6    no.

7         Q     And why doesn't she pay?

8         A     What?

9         Q     I heard your answer to say that she

10   has not paid any costs or expenses related to

11   the crash.

12              Is that correct?

13        A     That's correct, yes.  I don't

14   have -- I don't know if she pay, I don't

15   know.

16              I don't have that information, but

17   I don't think that she pay anything.

18        Q     Okay.  Do you know whether any

19   insurance coverage was used to pay for any

20   expenses related to the crash?

21        A     I think that -- I think that

22   Naibel's insurance paid something for the

23   crash.

24        Q     Okay.

25        A     I don't have the exact number.



GUILLERMO BENAVIDES                                August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1         Q    Are there any outstanding medical
 2    expenses related to the crash?
 3         A    Unfortunately, she passed away.
 4         Q    Right.  Let me rephrase my
 5    question.
 6              Are there any expenses that have
 7    not been paid yet as a result of the crash?
 8         A    Oh, yes, for example we pay for the
 9    funeral home, for the service, we pay for
10    that kind of thing, but I don't know -- sorry
11    about the question.
12              MR. POSES:  It's okay.
13         Q    No worries.  Just so we make sure
14    we understand each other, aside from the --
15    strike that.
16              Did you personally pay for all or
17    part of the funeral expenses?
18         A    Yes, we pay for that.
19         Q    Did you personally pay?
20         A    I paid for that.
21         Q    Okay.  Other than the funeral
22    expenses, did you personally pay for any
23    other medical expenses or insurance expenses
24    related to this crash?
25         A    No.
```



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

```
1      Q    Okay.  Are there -- forgive me for
2   asking this again, I just want to be sure we
3   understand each other.
4           Are there any expenses that still
5   need to be paid related to the April 25, 2019
6   crash?
7           MR. POSES:  Guillermo, did you hear
8       the question?
9           THE WITNESS:  Yeah, I hear the
10      question.
11          MR. POSES:  Okay.  I think I can
12      help here, as it relates to that
13      question specifically, we're not making
14      a claim for anything further.
15          MR. BRANIGAN:  Okay.  I want to
16      unpack that --
17          MR. POSES:  There's nothing to
18      unpack.  There's nothing related to --
19      any damages related to the question
20      asked.
21          MR. BRANIGAN:  I will issue the
22      next exhibit, Mr. Court Reporter.  This
23      is Exhibit B.
24          (Whereupon the above mentioned was
25      marked for Identification.)
```



```
 1        MR. BRANIGAN:  Todd, this is mostly
 2   for you, it's a bit long.  I can give
 3   you the exact page number for you and
 4   Mr. Benavides.
 5        I will find it in my notes.  For
 6   the record, this is a motion for leave
 7   to amend the -- and consolidate
 8   plaintiff's complaint in this lawsuit,
 9   and Todd, the page I want to go to, it
10   should be page 55.  That's PDF page 55.
11        MR. POSES:  You can tell me what it
12   is, that's fine.
13        MR. BRANIGAN:  Todd, I want to
14   start at paragraph 157, if you're there
15   with me.
16        MR. POSES:  I'm not.
17        MR. BRANIGAN:  I will wait.
18        MR. POSES:  Paragraph 157, okay.
19        MR. BRANIGAN:  Okay.  Now this
20   section is titled wrongful death damages
21   that plaintiff submitted to the court.
22        And I would like to go down to
23   157-C, I see there's a claim for medical
24   and funeral expenses paid by the estate.
25        I want to understand what you're
```



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

1  saying correctly here.  Are you saying

2  that you're not making a claim for

3  medical expenses?

4       MR. POSES:  Well, there are not

5  any.  They were funeral expenses.

6       They were in the Interrogatories we

7  provided you, with those same expenses,

8  and there's no other expenses, is what I

9  was suggesting.

10       That's why the pending question

11  doesn't require an answer, because we're

12  not seeking anything further other than

13  what was proffered to you previously.

14       There's no outstanding -- you asked

15  a question about whether there's

16  outstanding issues financially, and the

17  answer is no.

18       We're not making a claim for

19  anything, other than what is already

20  proffered and discussed, which is the

21  funeral.

22       You have the bills, they were

23  proffered in discovery.  Guillermo

24  doesn't have them on him, but you have

25  them.  That's the extent of 157-C.



1      MR. BRANIGAN:  What is confusing to

2   me, you're talking about there being no

3   expenses other than the funeral bill.

4      Correct?

5      MR. POSES:  Well, if there's -- and

6   also whatever care and treatment she

7   received that evening.

8      MR. BRANIGAN:  Thank you.  Right.

9   This is why --

10      MR. POSES:  There's nothing

11   outstanding.  Your question was, is

12   there anything outstanding.

13      What I was trying to help you with,

14   the answer is no, and we're not looking

15   to make a claim for what is outstanding

16   except for whatever was proffered

17   previously.

18      MR. BRANIGAN:  Todd, I think this

19   clarifies this issue for me.  For the

20   record I will ask a follow-up question.

21      MR. POSES:  That's fine.

22      MR. BRANIGAN:  So for medical

23   expenses, there are nothing -- there's

24   nothing outstanding.

25      Is that correct?



GUILLERMO BENAVIDES                          August 30, 2023
BENAVIDES V. TESLA, INC.

1              MR. POSES:  Correct.

2              MR. BRANIGAN:  For any other costs

3       that you are claiming, there's nothing

4       outstanding.

5              Correct?

6              MR. POSES:  That's correct.

7              MR. BRANIGAN:  Thank you.  That

8       does clarify, and I sincerely appreciate

9       your clarification here.  Thank you.

10       Q    Mr. Benavides, one additional

11  question.  Are there any medical liens

12  outstanding with respect to this lawsuit?

13       A    No.

14       Q    Thank you, sir.  Okay.  I would

15  like to take a five-minute break just to

16  collect myself.

17             Thank you both for navigating

18  through this issue with me.  Can we come back

19  at noon, and before I say that, I think -- I

20  don't keep you here longer than you can be

21  here, Mr. Benavides.

22             You said you have to leave around

23  12:30.  Correct?

24       A    Yes.

25             MR. BRANIGAN:  Let's take five.



1            MR. POSES:  Drew, do you think

2       you'll be able to finish.

3            MR. BRANIGAN:  I have crossed out a

4       lot of things on my list, so let me

5       answer that when get back, but I have

6       confidence.

7            MR. POSES:  Me too.  Okay.

8            (Brief recess taken.)

9       Q    Mr. Benavides, did your daughter

10  Naibel support anyone financially at the time

11  of the crash?

12       A    I provide a lot of support, yes.

13       Q    Did she support -- strike that.

14  Did your daughter support anyone?

15       A    No, no, sorry.

16       Q    And what kind of support did you

17  provide her?

18       A    It's just financial, it's -- we

19  have, for example, with the first car she

20  get.  You know, that.  I give her money, you

21  know, to help her a lot.

22       Q    How would you describe your health,

23  prior to the crash?

24       A    My what?  Health?  It was fine.

25       Q    Were you on any medications related



1  | to depression or anxiety before the crash?

2  |      A    Not medication, but definitely it's

3  | a really hard time and difficult to handle,

4  | yes.

5  |      Q    Okay.  I will take a step back.

6  | Right now, I'm only asking about before the

7  | crash.

8  |      A    Before the crash, no, no

9  | medication, no.

10 |      Q    Okay.  Thank you.  Before the

11 | crash, did you ever attend therapy?

12 |      A    No.

13 |      Q    After the crash, have you ever

14 | attended therapy?

15 |      A    No.

16 |      Q    After the crash, have you taken

17 | medications?

18 |      A    No.

19 |      Q    Do you drink alcohol?

20 |      A    Well, just casual, social, no.

21 |      Q    I'm sorry, Mr. Benavides, I didn't

22 | quite catch that.

23 |           Do you mind repeating your answer?

24 |      A    I drink casual.  I don't have a

25 | drinking problem, if that is the question,



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1   no.
 2        Q    Sir, I'm certainly not implying
 3   that you have a drinking problem.  Did you
 4   drink before the crash?
 5        A    No.
 6        Q    Thank you, sir.  When did you first
 7   hear about the crash?
 8        A    That day, the next morning at
 9   around 6:00 a.m. in the morning when her mom
10   called me, the police get -- from Miami,
11   right away the police was at the house when
12   they called me.
13        Q    When you say her mom, are you
14   referring to Lilian?
15        A    Yes.
16        Q    Okay.  And where were you when this
17   happened?
18        A    I was at home.
19        Q    Okay.  And what did Lilian say
20   about the incident?
21            MR. POSES:  Guillermo, take your
22        time.
23        A    I don't know how to say.  I don't
24   know why you ask for that.
25        Q    Sir, I understand this is an
```



1  extremely difficult question, so if you would

2  like to take a minute, I certainly am

3  appreciative of that.

4       A    Sorry.  I don't know how to answer,

5  because I can't say exact word they mentioned

6  to me.  We lost our daughter.

7       Q    Sure.  If you don't remember the

8  details, I'm totally fine accepting that

9  answer, as well, Mr. Benavides.

10          We don't need to -- we will not be

11  dwelling deep into this topic.

12      A    I am not, thank you.

13      Q    Do you recall speaking with police

14  on the phone?

15      A    Speak with who?

16      Q    Police.

17      A    With the police, yes.

18      Q    Do you recall the names of the

19  officers you spoke to?

20      A    No, I don't remember the name, no.

21      Q    Okay.  After the crash, did you go

22  down to Florida?

23      A    Right away, yes.

24      Q    All right.  Thank you, sir.

25          MR. BRANIGAN:  Those are all the



GUILLERMO BENAVIDES                         August 30, 2023
BENAVIDES V. TESLA, INC.

 1  questions I have today.  Thank you for

 2  appearing.

 3       We sincerely appreciate it.  And we

 4  appreciate you taking the time to speak

 5  with us.  Thank you.

 6       MR. POSES:  Drew?

 7       MR. BRANIGAN:  Yes, sir.

 8       MR. POSES:  I appreciate your depo.

 9  Thank you.

10       MR. BRANIGAN:  Thank you, Todd.

11       MR. POSES:  We will waive and take

12  a copy, and Guillermo, I know you have a

13  meeting, I will call you in the

14  afternoon, and if there are exhibits --

15  off the record.

16       (Whereupon a discussion was held

17  off the record.)

18       THE COURT REPORTER:  Regular

19  delivery for the final?

20       MR. BRANIGAN:  Yes, sir.  Thank

21  you.  Electronic.

22       THE COURT REPORTER:  Who from the

23  plaintiff's side gets a copy?

24       MR. POSES:  All of us, yes.

25       THE COURT REPORTER:  So copy sales



GUILLERMO BENAVIDES                                     August 30, 2023
BENAVIDES V. TESLA, INC.

1 | to Mr. Terry and Mr. Boumel, as well?

2 |     MR. TERRY:  Yes.

3 |     MR. BOUMEL:  Right.

4 |     (Whereupon the deposition was

5 | concluded at 12:10 p.m.)

6 |     (Witness was excused.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1              C E R T I F I C A T E
 2              I, MICHAEL FRIEDMAN, a Certified Court
 3    Reporter and Notary Public, qualified in and for
 4    the State of New Jersey do hereby certify that
 5    prior to the commencement of the examination
 6    GUILLERMO BENAVIDES was duly sworn by me to testify
 7    to the truth the whole truth and nothing but the
 8    truth.
 9              I DO FURTHER CERTIFY that the foregoing
10    is a true and accurate transcript of the testimony
11    as taken stenographically by and before me at the
12    time, place and on the date hereinbefore set forth.
13              I DO FURTHER certify that I am neither a
14    relative of nor employee nor attorney nor counsel
15    for any of the parties to this action, and that I
16    am neither a relative nor employee of such attorney
17    or counsel, and that I am not financially
18    interested in the action.
19
20
21              _____
22              MICHAEL FRIEDMAN, CCR of the
23              State of New Jersey
24              License No:  30XI00228600
25              Date:  September 3, 2023
```



GUILLERMO BENAVIDES                                      August 30, 2023
BENAVIDES V. TESLA, INC.

1                           LAWYER'S NOTES

2     PAGE   LINE

3     _____  _____        _____

4     _____  _____        _____

5     _____  _____        _____

6     _____  _____        _____

7     _____  _____        _____

8     _____  _____        _____

9     _____  _____        _____

10    _____  _____        _____

11    _____  _____        _____

12    _____  _____        _____

13    _____  _____        _____

14    _____  _____        _____

15    _____  _____        _____

16    _____  _____        _____

17    _____  _____        _____

18    _____  _____        _____

19    _____  _____        _____

20    _____  _____        _____

21    _____  _____        _____

22    _____  _____        _____

23    _____  _____        _____

24    _____  _____        _____

25    _____  _____        _____



GUILLERMO BENAVIDES                    August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1              DEPOSITION ERRATA SHEET

 2

 3   Assignment No. J 10072074

 4   Case Caption:  Benavides v. Tesla

 5

 6

 7        DECLARATION UNDER PENALTY OF PERJURY

 8            I declare under penalty of perjury

 9     that I have read the entire transcript of

10     my Deposition taken in the captioned matter

11     or the same has been read to me, and

12     the same is true and accurate, save and

13     except for changes and/or corrections, if

14     any, as indicated by me on the DEPOSITION

15     ERRATA SHEET hereof, with the understanding

16     that I offer these changes as if still under

17     oath.

18

19

20

21          Signed on the _____ day of

22          _____, 20_____

23

24     _____

25              GUILLERMO BENAVIDES
```



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1                     DEPOSITION ERRATA SHEET

 2     Page No._____Line No._____Change to:_____

 3     _____

 4     Reason for change:_____

 5     Page No._____Line No._____Change to:_____

 6     _____

 7     Reason for change:_____

 8     Page No._____Line No._____Change to:_____

 9     _____

10     Reason for change:_____

11     Page No._____Line No._____Change to:_____

12     _____

13     Reason for change:_____

14     Page No._____Line No._____Change to:_____

15     _____

16     Reason for change:_____

17     Page No._____Line No._____Change to:_____

18     _____

19     Reason for change:_____

20     Page No._____Line No._____Change to:_____

21     _____

22     Reason for change:_____

23

24     SIGNATURE:_____DATE:_____

25                          GUILLERMO BENAVIDES
```



GUILLERMO BENAVIDES                                    August 30, 2023
BENAVIDES V. TESLA, INC.

```
 1              DEPOSITION ERRATA SHEET

 2   Page No._____Line No._____Change to:_____

 3   _____

 4   Reason for change:_____

 5   Page No._____Line No._____Change to:_____

 6   _____

 7   Reason for change:_____

 8   Page No._____Line No._____Change to:_____

 9   _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_____

25              GUILLERMO BENAVIDES
```

