UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,
Defendant.
_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,
Defendants.
_____/

**PLAINTIFFS' REPLY TO TESLA'S BRIEF IN RESPONSE TO PLAINTIFFS' DISCOVERY ISSUES**

COME NOW Plaintiffs Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, and Dillon Angulo, pursuant to Federal Rules of Civil Procedure 16(b)(4) and 15(a), and hereby file this Reply to Tesla's Brief in Response to Plaintiffs' Discovery Issues ("Response") [Exhibit 1: D.E. 166, Case 1:21-cv-21940-BB, entered on FLSD Docket 01/04/2024], and state:

**BACKGROUND**

Plaintiff Dillon Angulo was severely injured and Naibel Benavides Leon died when George McGee's Tesla vehicle drove into the parked vehicle Plaintiffs were standing beside. Mr. McGee

was driving with Autosteer, a component of Tesla's Autopilot, engaged at the time of the collision. Plaintiffs have alleged, among other claims, that McGee's Tesla vehicle was defective because 1) it lacked a driver monitoring system that effectively ensured the driver was adequately aware and attentive to the driving tasks when the Autopilot/Autosteer system was active; and 2) that Tesla programed Autopilot/Autosteer system such that drivers could foreseeably misuse the system in situations where its functionality was known to be limited.

**FACTS**

**1.      This Product Liability Case Involves Tesla's Autosteer System that Was Subject to a Recall.**

On December 12, 2023, the National Highway Traffic Administration (NHTSA) issued its Part 573 Safety Recall Report concerning a recall of all Tesla vehicles equipped with Autosteer. [See Exhibit 2]. This recall potentially involved 2,031,220 vehicles, virtually every Tesla made since October 5, 2012. [*Id*., p. 1]

NHTSA described the Autosteer defect in part, saying, "In certain circumstances when Autosteer is engaged, the prominence and scope of the feature's controls may not be sufficient to prevent driver misuse of the SAE Level 2 advanced driver-assistance feature." [*Id*., p. 3]

NHTSA described the safety risk as follows: "In certain circumstances when Autosteer is engaged, if a driver misuses the SAE Level 2 advanced driver-assistance feature such that they fail to maintain continuous and sustained responsibility for vehicle operation and are unprepared to intervene, fail to recognize when the feature is canceled or not engaged, and/or fail to recognize when the feature is operating in situations where its functionality may be limited, there may be an increased risk of a collision." [*Id*.]

Plaintiffs have alleged claims against Tesla concerning these defects in the McGee vehicle. [See Exhibits 3: D.E. 1-1, Case 1:21-cv-21940-BB, entered on FLSD Docket 05/25/2021 and 4:

D.E. 1, Case 1:22-cv-22607-KMM, entered on FLSD Docket 08/16/2022] Further, Plaintiffs have moved jointly for leave to amend their complaint based on these new NHTSA findings and Tesla's inadequate response to them. [See Exhibit 5: D.E. 165, Case 1:21-cv-21940-BB, entered on FLSD Docket 12/29/2023]

Plaintiffs' attorneys know of at least 13 other fatal incidents involving crashes when Tesla's Autopilot was engaged, with 11 currently in litigation. However, recent investigative reports indicate a far higher number of these incidents.[1] The allegations in all these cases, i.e., that Tesla's Autopilot system, which includes Autosteer, is dangerously defective, involve similar discovery requests from the Plaintiffs and likely similar objections from Tesla.

**2.      Discovery Related to Other Autopilot Cases**

While some discovery has been made available to Plaintiffs, there is still a great deal that has not. The discovery requests at issue here seek to fill some of the gaps still existing and answer some of the many questions raised by Tesla's previous discovery responses in this and other cases. Efforts to resolve these disputes are ongoing, and the parties have made significant progress.

One of the issues in the current discovery dispute concerns the extent to which Plaintiffs in this case can have access to documents produced by Tesla in other cases involving Autopilot. The specific documents involved here have been designated as confidential by Tesla in another case. Plaintiffs are seeking Tesla's agreement to expand the scope of sharing provisions, and unless and until this happens, either by agreement or Court Order, Plaintiffs have thus far and will continue to honor those existing provisions. Plaintiffs contend that because NHTSA found the Autopilot/Autosteer and driver monitoring features to be defective in all Tesla vehicles from Model Year 2012 through 2023, all discovery related to Autopilot/Autosteer, driver monitoring,

---

[1] Faiz Siddiqui and Jeremy B. Merrill, *"17 Fatalities, 736 crashes: The shocking toll of Tesla's Autopilot,"* The Washington Post, June 10, 2023, https://www.washingtonpost.com/technology/2023/06/10/tesla-autopilot-crashes-elon-musk/

and crash avoidance should be discoverable regardless of the make and model of the car or version of software involved.

NHTSA's recall applied to "All versions of Autosteer leading up to the version(s) that contains the recall remedy." [Exhibit 2, p. 4] Thus, NHTSA's recall makes no distinction between various Models, Model Years, Hardware Versions, or Software Versions in Tesla's vehicles. [*Id*., pp. 1-2] NHTSA found that all Tesla vehicles equipped with Autosteer had the same defects. [*Id*., p. 4] Therefore, all claims related to the defective nature of Tesla Autopilot's Autosteer and driver monitoring functions share the same facts relative to the design, programing, and function of Autosteer, as well as Tesla's attempts to comply with the NHTSA recall. If Tesla allows Plaintiffs to use discovery in other cases that relate to issues in this case, it will greatly reduce the time and expense needed for preparation of this case. Plaintiffs remain cautiously optimistic that a mutually suitable agreement will be reached.

**ISSUES IN DISPUTE**

**1. Plaintiffs' Request to Depose Tesla Autopilot Director of Engineering, Ashok Elluswamy**

All of the depositions of Mr. Elluswamy to which Tesla refers in its Opposition Response took place before NHTSA issued its Safety Recall Report on December 12, 2023. Mr. Elluswamy has not testified as to Tesla's response to the recall nor about his knowledge of the specific defect listed in the NHTSA Report. Plaintiffs do not intend to plow old ground but need to address important matters related to the events specific to this case and to recent events concerning NHTSA's Recall Notice. However, Tesla has agreed to produce a corporate representative pursuant to Rule 30(b)(6) to address the topics Plaintiffs had planned to cover with Mr. Elluswamy. Provided the corporate representative Tesla designates has sufficient knowledge of these topics, Plaintiffs will not seek a further deposition of Mr. Elluswamy in this case.

2. **Plaintiff's Request for Video Segments Creating Labels**

As pointed out by Tesla in their Response, "(i)n response to Request 4 of Plaintiff Angulo's Second Request for Production, Tesla agreed to search for material responsive to this Request that it believed was produced in *Huang v. Tesla* and already accessible to Plaintiffs' counsel. *See* D.E. 119 at ¶4." Tesla further stated, "After conducting that search, counsel for Tesla discovered that this material was not produced in the *Huang* matter. However, Tesla will search for and produce if found and subject to the extant Confidentiality Protective Order relevant video tags, defined to mean video tags that address the conditions that were present for this crash." The parties are negotiating the length of time this annotated video will need to be, and progress has been made toward a resolution.

3. **Plaintiffs' Request for Production of BENAVIDES00000007 in Different Format**

In Response to Request 1 of Plaintiffs' Notice of Fed. R. Civ. P. 30(b)(6) Deposition of PMK from Tesla, Tesla produced a copy of the requested "D-16" Report for the subject crash as Bates No. BENAVIDES00000007. Plaintiffs subsequently requested that Tesla produce a copy of this document in a .txt file. As Tesla stated in their Response, Tesla has agreed to do this if it possesses the document in the requested format. Plaintiffs believe Tesla will comply with this request because the document would necessarily have existed in a .txt or other native format at some point. The document contains eleven pages of small print computer code. Tesla produced this as a .pdf. Plaintiffs need the document in a native format so that when they use an optical character reader (OCR) the words in the document will be reproduced in a way that is reliably word-searchable, otherwise it is largely useless. We understand Tesla's commitment to look for such a document, however, time is extremely short and Plaintiffs need this document to fully prepare for trial.

4. **Plaintiffs' Request for Documents Concerning All Model Year 2014-2023 Vehicles Manufactured for Sale or Lease in the United States with Driver Assist Features**

Request 13 of Plaintiff Angulo's Second Requests for Production asks Tesla to produce "applicable documents and ESI" that reflect the number of "Subject Vehicles" Tesla has sold or leased for operation in the United States. Plaintiffs define "Subject Vehicles" as "all Tesla vehicles, model years 2014-2023" equipped with advanced driver assist features. Tesla objects to this production, arguing that this Request is overly broad and disproportionate to the needs of the case.

Plaintiffs first point out that Tesla's Vehicle Safety Report, which compares the rate of crashes when Autopilot is active to the rate of crashes when vehicles are being driven manually, *requires* Tesla to know the number of vehicles it has sold with Autopilot features available – this figure serves as the denominator to its equations.

Second, this is public knowledge. However, Plaintiffs are entitled to know the number of vehicles sold *according to Tesla*. Parties are working to resolve this dispute.

5. **Request 16 of Dillon Angulo's Third Requests for Production**

Request 16 in Plaintiff Angulo's Third Request for Production and Tesla's Response are set out below:

> **REQUEST NUMBER 16:** Produce all DOCUMENTS and ESI containing summaries of data ***such as*** reflected in TESLA-00012025 ["12025"], produced in *Harcourt, et al. v. Tesla*, Case Number 19CV358488, (hereinafter "Harcourt") in the Superior Court of the State of California, County of Santa Clara. Plaintiffs are hereby requesting all of these summaries up to and including TESLA's latest update to its Vehicle Safety Report.
>
> **TESLA'S RESPONSE:** Tesla objects to this Request because it represents Plaintiffs' counsel's violation of the Protective Order entered in the *Harcourt* matter, which prohibits sharing documents with parties and counsel in this matter.

Plaintiffs' counsel who are involved in the *Harcourt* matter have not in any way violated the protective order in that case. No information contained in the document has been revealed to

anyone not subject to that protective order. The Bates number itself is the only bit of information Plaintiffs' *Harcourt* counsel have revealed.

As Tesla pointed out, Tesla chose to produce 12025 in the *Harcourt* case. Arguably 12025 is at least as relevant to this case and should have been produced in Tesla's initial Rule 26 disclosures. This case involves Autopilot, and the relative safety of Autopilot is one of the main issues. Plaintiffs would gladly file this document *in camera* for the Court's inspection if this would be helpful.

The parties are working to resolve this issue and making progress.

**CONCLUSION**

Plaintiffs respectfully request this Court to GRANT their Motion to Compel the discovery requested and order its production.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of January 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

        Respectfully Submitted,

        THE ROUSSO, BOUMEL LAW FIRM, PLLC.
        9350 South Dixie Highway
        Suite 1520
        Miami, Florida 33156
        (305) 670-6669
By:    **/s/ *Adam T. Boumel, Esq.***
        Adam T. Boumel, Esq.
        Florida Bar No.: 0110727
        Direct email: adam@roussolawfirm.com
        Service emails:
        Pleadings@roussolawfirm.com
        Assistant@roussolawfirm.com

EXHIBIT "2"

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report    23V-838

Manufacturer Name : Tesla, Inc.
Submission Date : DEC 12, 2023
NHTSA Recall No. : 23V-838
Manufacturer Recall No. : SB-23-00-008



**Manufacturer Information :**
Manufacturer Name : Tesla, Inc.
Address : 1 Tesla Road
Austin TX 78725
Company phone : 6506815000

**Population :**
Number of potentially involved : 2,031,220
Estimated percentage with defect : 100 %

**Vehicle Information :**

Vehicle 1 : 2012-2023 Tesla Model S
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : The subject population includes certain MY 2012-2023 Model S that are equipped with Autosteer and were produced between October 5, 2012, and December 7, 2023, and all MY 2016-2023 Model X vehicles, all MY 2017-2023 Model 3 vehicles and all MY 2020-2023 Model Y vehicles that are equipped with Autosteer and were produced through December 7, 2023.
Production Dates : OCT 05, 2012 - DEC 07, 2023
VIN Range 1 : Begin : NR    End : NR    ☐ Not sequential

Vehicle 2 : 2016-2023 Tesla Model X
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : The subject population includes certain MY 2012-2023 Model S that are equipped with Autosteer and were produced between October 5, 2012, and December 7, 2023, and all MY 2016-2023 Model X vehicles, all MY 2017-2023 Model 3 vehicles and all MY 2020-2023 Model Y vehicles that are equipped with Autosteer and were produced through December 7, 2023.
Production Dates : SEP 15, 2015 - DEC 07, 2023
VIN Range 1 : Begin : NR    End : NR    ☐ Not sequential

|                         |                                                                                                                                                                                                                                                                                                                                                                           |
|-------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Vehicle 3 :             | 2017-2023 Tesla Model 3                                                                                                                                                                                                                                                                                                                                                   |
| Vehicle Type :          |                                                                                                                                                                                                                                                                                                                                                                           |
| Body Style :            |                                                                                                                                                                                                                                                                                                                                                                           |
| Power Train :           | NR                                                                                                                                                                                                                                                                                                                                                                        |
| Descriptive Information : | The subject population includes certain MY 2012-2023 Model S that are equipped with Autosteer and were produced between October 5, 2012, and December 7, 2023, and all MY 2016-2023 Model X vehicles, all MY 2017-2023 Model 3 vehicles and all MY 2020-2023 Model Y vehicles that are equipped with Autosteer and were produced through December 7, 2023. |
| Production Dates :      | JUL 15, 2017 - DEC 07, 2023                                                                                                                                                                                                                                                                                                                                               |
| VIN Range 1 : Begin :   | NR    End : NR    ☐ Not sequential                                                                                                                                                                                                                                                                                                                                        |

|                         |                                                                                                                                                                                                                                                                                                                                                                           |
|-------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Vehicle 4 :             | 2020-2023 Tesla Model Y                                                                                                                                                                                                                                                                                                                                                   |
| Vehicle Type :          |                                                                                                                                                                                                                                                                                                                                                                           |
| Body Style :            |                                                                                                                                                                                                                                                                                                                                                                           |
| Power Train :           | NR                                                                                                                                                                                                                                                                                                                                                                        |
| Descriptive Information : | The subject population includes certain MY 2012-2023 Model S that are equipped with Autosteer and were produced between October 5, 2012, and December 7, 2023, and all MY 2016-2023 Model X vehicles, all MY 2017-2023 Model 3 vehicles and all MY 2020-2023 Model Y vehicles that are equipped with Autosteer and were produced through December 7, 2023. |
| Production Dates :      | JAN 09, 2020 - DEC 07, 2023                                                                                                                                                                                                                                                                                                                                               |
| VIN Range 1 : Begin :   | NR    End : NR    ☐ Not sequential                                                                                                                                                                                                                                                                                                                                        |

Description of Defect :

| | |
|---|---|
| Description of the Defect : | Basic Autopilot is a package that includes SAE Level 2 advanced driver-assistance features, including Autosteer and Traffic-Aware Cruise Control (TACC), that drivers may choose to engage subject to certain defined operating limitations. Autosteer is an SAE Level 2 advanced driver-assistance feature that, in coordination with the TACC feature, can provide steering, braking and acceleration support to the driver subject to certain limited operating conditions. Autosteer is designed and intended for use on controlled-access highways when the feature is not operating in conjunction with the Autosteer on City Streets feature. When Autosteer is engaged, as with all SAE Level 2 advanced driver-assistance features and systems, the driver is the operator of the vehicle. As the vehicle operator, the driver is responsible for the vehicle's movement with their hands on the steering wheel at all times, remaining attentive to surrounding road conditions, and intervening (e.g., steer, brake, accelerate or apply the stalk) as needed to maintain safe operation.<br><br>When Autosteer is engaged, it uses several controls to monitor that the driver is engaged in continuous and sustained responsibility for the vehicle's operation as required. If the driver attempts to engage Autosteer when conditions are not met for engagement, the feature will alert the driver it is unavailable through visual and audible alerts, and Autosteer will not engage. Likewise, if the driver operates Autosteer in conditions where its functionality may be limited or has become deteriorated due to environmental or other circumstances, the feature may warn the driver with visual and audible alerts, restrict speed, and/or instruct the driver to intervene immediately.<br><br>In certain circumstances when Autosteer is engaged, the prominence and scope of the feature's controls may not be sufficient to prevent driver misuse of the SAE Level 2 advanced driver-assistance feature. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | In certain circumstances when Autosteer is engaged, if a driver misuses the SAE Level 2 advanced driver-assistance feature such that they fail to maintain continuous and sustained responsibility for vehicle operation and are unprepared to intervene, fail to recognize when the feature is canceled or not engaged, and/or fail to recognize when the feature is operating in situations where its functionality may be limited, there may be an increased risk of a collision. |
| Description of the Cause : | NR |
| Identification of Any Warning that can Occur : | For a description of Autosteer's general design, including visual and audible alerts, please see the description of the defect above. |

Involved Components :

| | |
|---|---|
| Component Name 1 : | Vehicle Software |
| Component Description : | All versions of Autosteer leading up to the version(s) that contains the recall remedy. |
| Component Part Number : | NR |

Supplier Identification :

**Component Manufacturer**

Name : Tesla, Inc.
Address : 1 Tesla Road
Austin Texas 78725
Country : United States

Chronology :

- On August 13, 2021, NHTSA opened a Preliminary Evaluation (PE21-020) to investigate eleven incidents involving stationary first-responder vehicles and Tesla vehicles that were operating with Autosteer engaged.

- Over the next year, as part of PE21-020, Tesla, in full cooperation, responded to extensive information requests from NHTSA and participated in several meetings with the agency.

- On June 8, 2022, NHTSA upgraded PE21-020 to Engineering Analysis ("EA") EA22-002.

- Over the next year, as part of EA22-002, Tesla, in full cooperation, responded to extensive information requests from NHTSA and participated in several meetings with the agency.

- From October 16, 2023, through December 4, 2023, NHTSA and Tesla conducted several meetings to discuss the agency's tentative conclusions regarding EA22-002, as they related to the issue of potential driver misuse when Autosteer is engaged, expectations to address the agency's concerns through a voluntary recall, and Tesla's proposed over-the-air ("OTA") software remedies in response.

- While not concurring with the agency's analysis, in the interest of resolving EA22-002, Tesla determined on December 5, 2023, to voluntarily administer a recall and provide the remedy described below.

- As of December 8, 2023, Tesla has identified 9 warranty claims, received between July 13, 2021, and September 17, 2023, that may be related to the condition described above.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | At no cost to customers, affected vehicles will receive an over-the-air software remedy, which is expected to begin deploying to certain affected vehicles on or shortly after December 12, 2023, with software version 2023.44.30. Remaining affected vehicles will receive an over-the-air software remedy at a later date. The remedy will incorporate additional controls and alerts to those already existing on affected vehicles to further encourage the driver to adhere to their continuous driving responsibility whenever Autosteer is engaged, which includes keeping their hands on the steering wheel and paying attention to the roadway. Depending on vehicle hardware, the additional controls will include, among others, increasing the prominence of visual alerts on the user interface, simplifying engagement and disengagement of Autosteer, additional checks upon engaging Autosteer and while using the feature outside controlled access highways and when approaching traffic controls, and eventual suspension from Autosteer use if the driver repeatedly fails to demonstrate continuous and sustained driving responsibility while the feature is engaged.<br><br>Tesla does not plan to include a statement in the Part 577 owner notification about pre-notice reimbursement because there are no out-of-warranty repairs related to this condition. |
| How Remedy Component Differs from Recalled Component : | The remedy component incorporates the software remedy described above whereas the recalled component does not incorporate the software remedy described above. |
| Identify How/When Recall Condition was Corrected in Production : | Beginning midday on December 7, 2023, Model S, Model X, Model 3 and Model Y vehicles in production received a software release that incorporates the software remedy. |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | All Tesla stores and service centers will be notified about this recall on or shortly after December 12, 2023. Owner notification letters will be mailed in accordance with 49 C.F.R. § 577.7. |
| Planned Dealer Notification Date : | DEC 12, 2023 - DEC 12, 2023 |
| Planned Owner Notification Date : | FEB 10, 2024 - FEB 10, 2024 |

\* NR - Not Reported