UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,
Defendant.
_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,
Defendants.
_____/

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

Plaintiffs Neima Benavides, as personal representative of the Estate of Naibel Benavides Leon, deceased, Dillon Angulo, individually, and Defendant Tesla, Inc., a/k/a Tesla Florida, Inc., jointly through their undersigned counsel, submit this Joint Motion to Extend Discovery Deadlines in this matter and state as follows:

Pursuant to the Court's Order Amending Scheduling Order and Certain Pretrial Deadlines [D.E. 156] entered herein on November 21, 2023, this matter is set for trial beginning on November 4, 2024. The parties seek by this Joint Motion to extend **ONLY** the discovery deadlines set by said order, as follows:

a) Parties disclose experts and exchange expert witness summaries or reports – **from March 8, 2024, to June 3, 2024**;

b) Parties exchange rebuttal expert witness summaries or reports – **from March 22, 2024 to June 17, 2024**; and

c) All discovery, including expert discovery, is completed – **from April 5, 2024, to June 28, 2024**.

**THE PARTIES IN NO WAY SEEK TO CHANGE OR EXTEND ANY OTHER DEADLINES SET BY THE COURT'S ORDER.**

The parties have been working diligently to resolve numerous discovery disputes and have made significant progress. However, given the complexity of this matter and multiple upcoming trial settings in other cases for all parties' counsel, additional time is needed to complete discovery herein in order to prepare for this trial.

## CONCLUSION

WHEREFORE, the parties request that this Court modify its November 21, 2023 Order Amending Scheduling Order and Certain Pretrial Deadlines [D.E. 156] to extend the discovery deadlines as sought herein.

## Local Rule 7.1(a)(3) Certification

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiffs and Defendant have conferred in good faith and agree to the relief requested in this Motion.

Respectfully submitted,

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 S. Dixie Hwy., Suite 1520
Miami, Florida 33156
(305) 670-6669

By:   */s/ Adam T. Boumel, Esq.*
Adam T. Boumel, Esq.
Florida Bar No.: 0110727

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, a true and correct copy of the foregoing was served via email to all counsel identified below.

      By:  **/s/ *Adam T. Boumel, Esq.***
          Adam T. Boumel, Esq.

**Bowman and Brooke, LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
Attn: Thomas P. Branigan, Esq.
Attn: Drew P. Branigan, Esq.
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant, Tesla, Inc.*

**Cole, Scott & Kissane, PA**
9150 S. Dadeland Blvd., Suite 1400
Miami, Florida 33156
Attn: Henry Salas, Esq.
henry.salas@csklegal.com
leisy.martinez@csklegal.com
*Counsel for Defendant, Tesla, Inc.*

**Poses & Poses, PA**
169 E. Flagler St., Suite 1600
Miami, Florida 33156
Attn: Todd Poses, Esq.
tposes@posesandposes.com
maria@posesandposes.com
*Counsel for Neima Benavides, Plaintiff*

**Eaton & Wolk, PL**
2665 S. Bayshore Dr., Suite 609
Miami, Florida 33133
Attn: Doug Eaton, Esq.
deaton@eatonwolk.com
*Co-counsel for both Plaintiffs*

**Slavik Law Firm, LLC**
3001 S. Lincoln Ave., Suite C-1
Steamboat Springs, Colorado 80487
Attn: Donald H. Slavik, Esq.
dslavik@slavik.us
dcaudle@slavik.us
*Co-counsel for both Plaintiffs*

**Arias Sanguinetti Wang & Torrijos, LLP**
2200 Powell St., Suite 740
Emeryville, California 84608
Attn: Elise R. Sanguinetti, Esq.
elise@aswtlawyers.com
*Co-counsel for both Plaintiffs*