UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

## ORDER GRANTING THE PARTIES JOINT MOTION TO EXTEND DISCOVERY DEADLINES

    Wherefore, upon consideration of the issues, and for good cause, it is HEREBY ORDERED the Parties Joint Motion to Extend Discovery Deadlines is hereby GRANTED.

    The Deadline for the parties to disclose and exchange expert witnesses shall be changed from **March 8, 2024, to June 3, 2024**;

    The Deadline for the parties to exchange rebuttal expert witness summaries or reports shall be changed **from March 22, 2024 to June 17, 2024;** and

    The Deadline for all discovery including expert discovery to be completed shall be changed **from**

**April 5, 2024, to June 28, 2024.**

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of ____, 2024.

_____
HONORABLE BETH BLOOM
UNITED STATES DISTRICT JUDGE