NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased

    Plaintiff,

v.

TESLA, a/k/a/ Tesla Florida, Inc.

    Defendant.
_____/


DILLON ANGULO,

    Plaintiff,

v.

TESLA, a/k/a/ Tesla Florida, Inc.

    Defendants.
_____/

---

    PLEASE TAKE NOTICE that the attached request for Production is being propounded to Defendant Tesla, Inc., by Plaintiff. Responses to these requests should be provided to the Law Firm, SLLC, in 3001 11 Ave, Steamboat Springs, CO 80487, within [ ] days from service of this request.

---

    In order for Plaintiff to evaluate the allegations, When DOCUMENTS are produced, the produced DOCUMENTS in an identified, organized manner that corresponds to the Request.

Page of

Please repeat the applicable request verbati
each request, identify the source of the info
gathered.

If a DOCUMENT is a Program or other than such Word, Excel
application executable installation. Only produce the coa
provide only complete DOCUMENTS. Production of incomplete DOCUMENTS
disputes, and motions, wasting time and Court

If TESLA refuses to respond to any request, i
attorney work product, or other privilege, an
DOCUMENTS or items of information in response to
that TESLA provide a privilege log identifying
subject or title, the name and position of the
and the name and position of any other recipie
the nature of that information or material, a
privilege applies.

---

_____ is used in the broadest sense of the
printed, typed, recorded, or graphic matter wh
kind, nature, and description, of both sides t
limited to, papers, letters, memoranda, corres
messages (existing in hard copy and/or in elec
telex messages, notes, annotations, working paper
recordings, data, databases, other informatio
visual displays, photographs, statements, arti
analyses, evaluations, interpretations, contr
announcements, instructions, charts, manuals
schedules, journals, data, desk, portable and co
diaries, travel reports, lists, tabulations, o
processing inputs and outputs, microfilms, micr
financial statements, governmental records, b
pleadings, discovery in any form, affidavits,
administrative filings, photographic material, record
recordings of any kind, including any storage
limited to, information on hard drives, flopp
communications, including but not limited to, the Internet
pertaining to any of the foregoing, all othe
denominated by TESLA, any other data compiled
translated, if necessary, into a usable form a
any document which contains any note, comment
otherwise contains a copy of another document or a draft
document subject to production. If the identical copies
available, "document(s)" also means any identi
thereof. Any document, graph, chart, film or phot

Page of

be provided in color. Furnish all documents wh[...] in the English language, provide both the orig[...] document.

_____ [___] should be afforded the [...] meaning and includes (by way of example and not [...] electronically, magnetically, or optically stored on [...] DATA STORAGE SYSTEMS:

 a. Digital communications (e.g. voice mail, ins[...] internal chat features, text messages, [...]
 b. E-Mail Servers, e.g. Lotus Notes Domino .NSF or Micro[...]
 c. Word processing, e.g. Word or WordPerfect file[...]
 d. Spreadsheets, e.g. Excel tables or Lotus 123 worksh[...]
 e. Digital modeling, e.g. CAD, CAM/CATIA, AutoCAD, AutoDESK A[...] DELMIA, any form of Finite Element or parametric an[...]
 f. Accounting App., e.g. Quicken, QuickBooks, Money, Peac[...]
 g. Image and Fax, e.g. .PDF, .TIFF, .PNG, .JPG, [...]
 h. Sound Recording, e.g. WAV and .MP3 files);
 i. Video and Animation, e.g. .AVI and .MOV files);
 j. Databases, e.g. Access, Oracle, SQL Server dat[...]
 k. Contact and Relationship Mgmt., e.g. Outlook, ACT!, Da[...]
 l. Calendar and Diary, e.g. Outlook PST, Blog (en[...]
 m. Online Access, e.g. Temporary Internet Files, History, [...]
 n. Presentation, e.g. PowerPoint, Corel Presentatio[...]
 o. Network Access and Server Activity Log[...]
 p. Project Management Application Data;
 q. Backup and Archival Files, e.g. Zip, .GHO[...]
 r. JIRA Issue Tickets
 s. MATLAB, SIMULINK-based or the relevant development prog[...]
 t. Agile Development Software and files [...]
 u. Python, Git and other source control p[...]
 v. "Toolbox" and other TESLA proprietary [...]
 w. Event Data Recorders (see 49 C.F.R. 563 f[...] contents of the event data recorder)
 x. TESLA vehicle "Log Files", including a[...] collect, store, or analyze TESLA vehic[...] to collisions, engagement of ADS features, [...]
 y. Autopilot Reports.
 z. Confluence data.

_____ means all TESLA systems for storing [...] to day operation of the SUBJECT VEHICLES, including [...] transmitted from the SUBJECT VEHICLES to TESLA [...] or due to an event, such a crash-for a maintenance appointme[...] continuously generated crash alerts (Log files or CarLo[...] Control Unit, data and images recorded in the Re[...] all other data the SUBJECT VEHICLES record or t[...]

_____ The crash that occurred on or about A[...] in Monroe County, Florida, as further detailed [...]

_____ The 2019 TESLA MODEL S bearing Florida [...] Vehicle Identification Number 5YJSA1E24KF302997[...]

_____ [___] includes:
  a. any feature of a TESLA vehicle that invol[...] other technology used to determine the ve[...] position other roadway users and USDA's;[...] Autopilot, Autosteer, or Full Self Drivin[...]
  b. software and software algorithms that ana[...] appropriate vehicle response;
  c. Level 2 Advanced Driver Assist Systems [A[...]
  d. "LEVEL 2" means the same as in the [...] Categ-Pray t2 al Driving Automation" in SAE J[...] Terms Related to Driving Automation Systems [...] 2021) (i.e., a driver support feature that can co[...] braking/accelerating simul.taneously under [...]

___: Dynamic Driving Task operation: the (lateral an[...] vehicle) and tactical (operational) requirements f[...] excluding the strategic functions such as trip s[...] including without limitation:
  i. Lateral vehicle motion control via ste[...]
  ii. Longitudinal vehicle motion control [...] (operational);
  iii. Monitoring the driving environment via [...] classification, and response preparati[...]
  iv. Object and event response execution (operatio[...]
  v. Maneuver planning (tactical); and
  vi. Enhancing conspicuity via lighting, si[...]

____ Includes object and event detection and res[...] monitoring the driving environment (detecting, [...] preparing to respond as needed) to such objects an[...] as needed to complete the DDT and/or DDT fallba[...]
  a. the design and performance of sensors, so[...] to analyze and respond to the vehicle's e[...]
  b. the operational design of the various components [...]
  c. the evolution of the system over time thr[...]

_____: Refers to the FORWARD COLLISION [...] EMERGENCY BRAKING, AWD, OBSTACLE ACCELERATION features the [...] SUBJECT VEHICLE's Owner's Manual.

_____ the TESLA AUTOMATIC EMERGENCY BRAKING system on SUBJECT VEHICLES, including... determine the distance from a idetewhen objeoht considered unavoidable, AUTOMATIC EMERGENCY BRA... reduce the vehicle's speed and therefore, the s...

_____ suite of software, hardware data system SUBJECT VEHICLE that contributes to the confer... including but not limited to any "Autopilot" or... such as, Traffic Aware Cruise, Lane Keeping Assist (Aut...

_____ All TESLA Vehicles, model years 2013, 2014 with SYSTEM at any time, and manufactured for sale or l... to, the District of Columbia, and current U.S...

_____ refers TESLA to vehicle "crashes in which an on-active restraint deployed." (The same definit... https://www.tesla.com/VehicleSafetyReport

_____: meaning exactly what it does in the TESLA's Vehicle Safety Report, https://www.tesla.com/VehicleSafetyReport, a SUBJECT VEHICLE Safet... traveling without active ADS.

_____: meaning exactly what it does in the "Met... Vehicle Safety Report, https://www.tesla.com/VehicleSafetyReport, "We... crash alert anytime a crash is reported to us f...

_____: meaning exactly what it does in the "... TESLA's Vehicle Report, https://www.tesla.com/VehicleSafetyReport, crashes... in which the incident alert indicated an airbag...

_____ the coming together of two or more things... or progress is severely impeded. (Collision, Merriam-Webster Dictionary,... https://www.merriam-webster.com/dictionary/collision. Acces...

_____ TESLA, Inc., all of its past and present Offi... principal offices or any of its field or other... or not incorporated) and affiliated enterprises... offices and their EMPLOYEES, and EMPLOYEES, contractors, cons... other persons engaged directly or indirectly (e... of TESLA (including all business units, and per... January 1st, 2011 were, involved in any way wit... the SUBJECT VEHICLES:

    a. Design, engineering, analysis, modificati...
    b. Testing, assessment; or e...

c. Consideration, or recognition of potential
information management (e.g., complaints,
sales), analysis, claims, or lawsuits; or
d. Communication to, in, or from or for zone representa
field locations, including but not limit
information from dealers.

_____ means an individual, such as a representative

_____ : means a person who works in the service
express or implied contract of hire, under which
performance.

_____ means a person who holds an office of command,
or appointed by the board of directors to manag
president, secretary, or treasurer.

_____ Produce a copy of the complete Confidential DOCUME
represented as TEG0093134 through Case Number 19CV34
the Superior Court of the State of California, B
00019334 is only a partial document, and that this

_____ Produce applicable DOCUMENTS and ESI
year, the number of SUBJECT VEHICLES in the US that as St

_____ In its August 2021 letter dated, the Nationa
Administration [NHTSA] and NHTSA's subsequent letter dated
the latest known vehicle mileage and commensurate date for each of the SUBJECT VEHI
copies DOCUMENTS TESLA supplied to NHTSA in response

_____ Produce all DOCUMENTS and ESI used to create the most recent Tesla
Vehicle Safety Report (https://www.tesla.com/VehicleSafetyReport).

_____ Produce all DOCUMENTS and ESI contai
reflected on December 25 Tesla handout, Case Numbers 19CV3
(hereinafter "Harcourt") in the Superior Court
are hereby requesting all of these summary Vehicle
Safety Report

_____ Produce DOCUMENTS and ESI reflecting the miles traveled by SUBJECT
VEHICLES with an ADS active.

Page of

_____ Produce DOCUMENTS and ESI reflecting the miles traveled by SUBJECT VEHICLES in MANUAL DRIVING.

_____ Produce DOCUMENTS and ESI reflecting [...] involving SUBJECT VEHICLES.

_____ Produce DOCUMENTS and ESI reflecting [...] involving SUBJECT VEHICLES in which the vehicle was active when the vehicle [...] impact.

_____ Produce DOCUMENTS and ESI reflecting [...] involving SUBJECT VEHICLES in which the vehicle [...] before impact.

_____ Produce DOCUMENTS and ESI reflecting [...] involving SUBJECT VEHICLES in which the vehicle was in MANUAL [...]

_____ Produce DOCUMENTS and ESI reflecting [...] involving SUBJECT VEHICLES in which the vehicle [...] impact speed of the stationary vehicle.

_____. Produce DOCUMENTS and ESI including the number of [...] involving SUBJECT VEHICLES in which the sensor technology [...] before impact with a stationary vehicle.

_____ Produce DOCUMENTS and ESI reflecting [...] involving SUBJECT VEHICLES being driven which the vehicle using MANUAL [...] before impact with a stationary vehicle.

_____ Produce DOCUMENTS and ESI reflecting [...] with vehicles, objects, or people involving SUBJECT VEHICLES that include injuries and in CRASHES in which the airbag or [...] deployed.

_____. Produce DOCUMENTS and ESI reflecting COLLISIONS [...] with vehicles, objects, or people involving SUBJECT VEHICLES [...] injuries concerning which TESLA has no information [...] of impact.

_____. Produce DOCUMENTS and ESI reflecting which [...] SYSTEM, including Mobileye, Mobileye products actually installed on SUBJECT VEHICLES [...] involved with vehicles, objects, [...]

_____. Produce DOCUMENTS and ESI concerning [...] destruction, or deletion of any DOCUMENTS, ESI, and/or [...] claims asserted in Plaintiff's complaint.

Page of

I hereby certify that on August 52, 2023 that a true and correct copy of the foregoing was served via email to all counsel identified in the below Service List.

                SLAVIK LAW FIRM, LLC
                3001 South Lincoln Ave.
                Suite #1
                Steamboat Springs, CO
                (970) 457-7011
        By: _Donald H. Slavik_
                Donald H. Slavik, Esq.
                Admitted Pro Hac Vice

9105 S. Dadeland Blvd, Suite 1400
Miami, Florida 33156

henry.salas@csklegal.com
leisy.martinez@csklegal.com
Counsel for Defendant, Tesla, Inc.

2665 South Bayshore Dr.
Miami, FL 33133

deaton@eatonwolk.com
Co-Counsel for both Plaintiffs

41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304

thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
Counsel for Defendant, Tesla, Inc.

2200 Powell Street, Suite 740
Emeryville, CA 94608

elise@aswtlawyers.com
ncservice@aswtlawyers.com
Co-Counsel for both Plaintiffs

169 East Flagler Street, Suite 1600
Miami, Florida 33156

tposes@posesandposes.com
Maria@posesandposes.com
Counsel for Plaintiff, Neima Benavides

9350 South Dixie Highway
Suite 1520
Miami, Florida 33156

adam@roussolawfirm.com
Counsel for Plaintiff, Angulo