[Message clipped]  View entire message

**Thomas Branigan** Jan 17, 2024, 9:53 AM

to Adam, Drew, Todd, Maria, Henry, elise@aswtlawyers.com, dslavik@slavik.us, Ingrid, deaton@eatonwolk.com, David, apawlak@slavik.us, dcaudle@slavik.us, Leisy, Peggy

==Adam and Don, your email below is correct. I have made the requests. I will let you know once I hear.== The schedule you have proposed below is agreeable. Will you prep the proposed stip. or joint motion?

**Thomas P. Branigan**
Executive Managing Partner  |  Licensed in Michigan, Ohio, and Illinois
P +1.248.205.3316 | M +1.248.514.9739
Thomas.Branigan@bowmanandbrooke.com

**From:** Adam Boumel <adam@roussolawfirm.com>
**Sent:** Wednesday, January 17, 2024 11:40 AM
**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>
**Cc:** Todd Poses <tposes@posesandposes.com>; Maria Smith <maria@poseslawgroup.com>; Henry Salas <Henry.Salas@csklegal.com>; elise@aswtlawyers.com; dslavik@slavik.us; Ingrid Robinson <assistant@roussolawfirm.com>; deaton@eatonwolk.com; David Terry <dterry@slavik.us>; apawlak@slavik.us; dcaudle@slavik.us; Leisy M. Martinez <Leisy.Martinez@csklegal.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; 'Debra Caudle' <dcaudle@slavik.us>
**Subject:** RE: Benavides / Angulo v. Tesla - recap of agreements from meet and confer on 1/12/24

Tom,

Pleasure speaking. Please allow this confirm our agreements reached in today's meet and below as follows:

A. <mark>**Issues pertaining to the hearing scheduled for tomorrow.**</mark>

1. <u>D16 in different format.</u>  You have agreed to request the native .json file and get back to us re same.

2. <u>Sales numbers</u>: We have suggested that you produce the same document produced in the Daniel Sargon v. Tesla arbitration. You indicated you would check with Tesla and get back to us.

3. <u>Summaries of data such as Tesla 12025 produced in Harcourt.</u>  Don is set to depose a corporate rep on this issue in another matter. You are going to check with Tesla and get back to us on an agreement that allows us to use that testimony in this case.

4. <u>Timing of action items and cancellation of tomorrow's hearing</u>. You indicated that you would get back to us as soon as possible today with Tesla's position on the above so we can confirm if we are in agreement vs. if anything has to be argued. Notwithstanding, we have agreed to cancel tomorrow's hearing with the understanding that we will reset any remaining issues after our meet and confer on Friday.

B. <mark>**Other issues discussed in today's meet and confer**</mark>

1. <u>Extension of deadlines</u>.  We discussed filing a joint motion to extend all deadlines other than the deadline for Daubert and dispositive motions. If we altered everything to leave 30 days between discovery completion and the Daubert / dispositive deadline, it would be:

    i. June 3 for expert disclosures

    ii. June 17 for rebuttal expert disclosures

    iii. June 28 for discovery completion

Let us know if this works for you and we can take lead in drafting a quick motion

2. <u>Our request for the different car log.</u>  You requested, and we agreed, to look through the car logs produced as Benavides 0000002.CSV and 000003.CSV, and advise what fields we need that were not included in the log produced as Benavides-0000006.xlsx. We will do this and get back to you before our meet and confer on Friday.
3. <u>Our request for 30.b.6 depos.</u>  As discussed, we will get to you by tomorrow a single 30.b.6. notice, which we will then be prepared to discuss at length during our meet and confer on Friday.

C. **Remaining issues from our meet and confer of 1/12/24**

1. <u>Tesla's objections to Plaintiff's 4th and 5th requests for production</u>
    - Re RFP #4, you all (Tom, Don and David) had an offline conversation on this. I am told you are working on an agreement. We look forward to hearing more about this in our upcoming meet and confer this Friday.
    - Re RFP #5:
        - #31 – Tesla is agreeing to produce the customer friendly log data for the duration of McGhee's ownership of vehicle. Tom to check when this will be produced.
        - #32 – We are looking for the ESI showing the driveable space in this intersection. Tom, you have indicated that there are no such documents and that you would tell us what depos from the Wong case support this. We would appreciate your guiding us to those Wong depos, but in discussion with our expert we have been advised as follows:
            - That the driveable space should be depicted in the annotated video (I was apparently wrong about embedded maps)
            - That Tesla should have documents specifying how the driveable space is calculated and integrated with the automated driving system

            As such, what we are requesting is as follows:

            - The annotated video showing the driveable space at this intersection, including but not limited to A) the 2D image space obstacle detection, B) the 3D space including multi-camera and temporal fusion, C) the BEV space, including road boundaries and road layout, and D) the Real 3D space, including occupancy, motion flow and occlusion

- Tesla documents showing how driveable space is calculated and integrated into Autopilot

- #33 and 34– Tom will check with Tesla and get back to us by meet and confer on Friday
- #35 – We have mutually agreed to an initial production of 5 minutes leading up to and including our crash, without prejudice to our requesting additional time if needed

2. <u>Tesla's production of the underling data to support the Vehicle Safety Report, ordered on 11/15 (see, DE 154).</u>
   - Tom, you indicated that this would be produced by end of week.

3. **Scheduling of the various depos requested in email of 12/21, Chris Tapia, Akash Patel, and Peter Scheutzow**
   - Tom you have asked that we wait on scheduling them until after the 30.b.6 depos go forward. On our end, we are asking that dates for these depos be coordinated and scheduled now, with the understanding that we certainly may / will cancel any depos that appear duplicative / unnecessary after completion of the 30.b.6 depo(s). Tom, you have indicated that you will discuss this issue with Tesla and get back to us.

Adam T. Boumel

9350 South Dixie Highway

Suite 1520

Miami, Florida 33156

Office: 305.670.6669

Fax: 305.670.6663

Email: adam@roussolawfirm.com

Website: www.roussoboumellawfirm.com