

**David Terry <davidterryart@gmail.com>**

---

# RE: Benavides/Angulo v. Tesla, Inc. - Summary of Meet and Confer 1/26/24
14 messages

---

**Adam Boumel** <adam@roussolawfirm.com>                    Mon, Jan 29, 2024 at 10:12 AM
To: Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>, "dslavik@slavik.us" <dslavik@slavik.us>,
"apawlak@slavik.us" <apawlak@slavik.us>, Drew Branigan <Drew.Branigan@bowmanandbrooke.com>, Elizabeth Escareno
<Elizabeth.Escareno@bowmanandbrooke.com>, Peggy Green <Peggy.Green@bowmanandbrooke.com>, Tracey Wellons
<Tracey.Wellons@bowmanandbrooke.com>
Cc: Todd Poses <tposes@posesandposes.com>, "elise@aswtlawyers.com" <elise@aswtlawyers.com>,
"deaton@eatonwolk.com" <deaton@eatonwolk.com>, "Jamie G. Goldstein" <jamie@aswtlawyers.com>, David Terry
<dterry@slavik.us>, Debra Caudle <dcaudle@slavik.us>, Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>,
"apawlak@slavik.us" <APawlak@slavik.us>

Tom,

Please allow the below to serve as a summary of our discussions and agreements from our meet and confer on Friday.
As discussed, as to the remaining disagreements we would like to set same for hearing asap. Please provide your
availability for hearing on the following dates:

- February 8, 15, 22

A. **30.b.6 notice**

-

    The below is a summary of Tesla's agreements as to what questions it will provide a corporate representative on.
In addition to the objections noted below as to the specific designated areas of inquiry, you have also advised
that Tesla has a broader objection to all lines of questioning, in that Tesla will only provide testimony as to the
issues described specifically within our complaints, and will object to anything that was not specifically described
even though additional information has been developed during discovery (i.e. geofencing and beta testing issues)

    1 – Tesla objects

    2 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing)

    3 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing)

    4 – Agreed, subject to an objection to anything covered by prior deponent, as well as subject to Tesla's
objections to scope (i.e. geofencing and beta testing)

    5 – Agreed, subject to an objection to anything covered by prior deponent, as well as subject to Tesla's
objections to scope (i.e. geofencing and beta testing)

    6 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing)

    7 – Agreed, with the understanding that Tesla will first produce the responsive docs, and then we will clarify the
subjects that we still seek testimony on

8 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing)

9 – Tesla objects

10 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing)

11 – Tesla objects

12 – No position as of yet (new topic) – Tom to advise

13 – Tesla objects

14 – Agreed, subject to an objection to anything covered by prior deponent, as well as subject to Tesla's objections to scope (i.e. geofencing and beta testing)

15 – Tesla objects

16 – Tesla objects

17 – Tesla objects

18 - Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing)

We also discussed the scheduling of this/these depos. We had discussed later February and early March. Please provide available dates asap. We request that this be scheduled by end of this week at the latest.

B. **Car Log issue**

-

For summary, when the initial car log files were produced, various logs were produced with various categories of signals (including many that were completely irrelevant such as air conditioning and radio settings). We have requested that you produce a log with all of the directly relevant signals that were identified in Tesla TESLA-1244 (such as, by way of example only, the clearly critical ""Obstacle Severity" signal).  We have already provided you with an updated RFP specifying the exact signal logs we want produced for our drive cycle. We also requested expedited production of same, in that we believe that this should have already been produced long ago. In response you indicated that Tesla will respond in the standard 30 days, and you further suggested that because a log with the various signals we are requesting would have to be created, that Tesla will likely not agree to produce same. As such, unless you tell us otherwise, we will include this in the subject which need immediate court intervention.

-

-

C. **Remaining outstanding issue from previous meet and confers  - as discussed, we have been waiting some time for final positions on this.**

1. D16 in different format.   You have advised that the D16 will be produced in native .json file

2. Sales numbers: After going back and forth on this issue for weeks, you have indicated that Tesla will not agree to provide us with anything on this issue.

3. Summaries of data such as Tesla 12025 produced in Harcourt.  After going back and forth on this issue for weeks, you have indicated that Tesla will not agree to provide us with anything on this issue.

4. Tesla's objections to Plaintiff's 4th and 5th requests for production
   - Re RFP #4 (seeking production of the same documents produced in Harcourt v. Tesla), you have indicated that Tesla will not agree to same.
   - Re RFP #5:

- #31 (seeking customer friendly car log for duration of McGhee's ownership of vehicle), after indicating in the response to RFP that same would be produced, and after having discussed it in each of our previous meet and confers of 1/12 and 1/19, for the first time you have just advised us that this is not a document which currently exists and therefore Tesla is now objecting to same.

- #32 (seeking ESI showing where the "driveable space" was and was not at the area of this collision), you initially advised that same would be included in the Annotated Video which Tesla was agreeing to produce five minutes of (see #35 below), but are now stating that because the Annotated Video is not something that currently exists (i.e. has to be created by Tesla), that Tesla will not agree to produce same. –

- #33 (seeking information from other incidents involving a T-intersection) – Tesla is standing by its objections.

- #34 (seeking information from other incidents involving issues due to roadway geometry) – Tesla is standing by its objections

- #35 (seeking Annotated Video of subject drive cycle and collision) – After having previously agreed to producing 5 minutes of annotated video leading up to and including our collision (see, emailed confirmation which you sent on January 17), you are now advising that because the annotated video "doesn't currently exist" (i.e. would have to be created through Tesla's proprietary software) that Tesla will not agree to production of same.

  NOW NOT AGREEING, DON'T HAVE ANY RESPONSIVE VIDEO

5. <u>Tesla's production of the underling data to support the Vehicle Safety Report, ordered on 11/15 (see, DE 154).</u>
   - Tom, in our first meet and confer of the year on January 12, you indicated this would be produced by January 19. In our most recent meet and confer on 1/26, you indicated that the production was imminent.

6. <u>Scheduling of the various depos requested in email of 12/21, Chris Tapia, Akash Patel, and Peter Scheutzow</u>
   - Tesla has asked that we wait on scheduling these depos until after the 30.b.6 depos go forward. On our end, we asked that the dates for these depos be coordinated and scheduled now, with the understanding that we certainly may / will cancel any depos that appear duplicative / unnecessary after completion of the 30.b.6 depo(s). After waiting several weeks for a response on this, Tesla is now indicating that it will not agree to coordinate these depos until after the 30.b.6. depo is taken.

If anything I have indicated above is inaccurate, I ask that you please advise of same as soon as possible.

Adam T. Boumel

9350 South Dixie Highway

Suite 1520

Miami, Florida 33156

Office: 305.670.6669

Fax: 305.670.6663

Email: adam@roussolawfirm.com

Website: www.roussoboumellawfirm.com



---

**From:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>
**Sent:** Wednesday, January 24, 2024 10:15 PM
**To:** dslavik@slavik.us; apawlak@slavik.us; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth
Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>;
Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; Adam Boumel <adam@roussolawfirm.com>; elise@aswtlawyers.com;
deaton@eatonwolk.com; Jamie G. Goldstein <jamie@aswtlawyers.com>; 'David Terry' <dterry@slavik.us>; 'Debra
Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>; apawlak@slavik.us;
apawlak@slavik.us
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Plaintiffs' Service of Discover to Defendant, Tesla, Inc.


Thanks Don.


**Thomas P. Branigan**

Executive Managing Partner  |  Licensed in Michigan, Ohio, and Illinois

P +1.248.205.3316 | M +1.248.514.9739

Thomas.Branigan@bowmanandbrooke.com

---

**From:** dslavik@slavik.us <dslavik@slavik.us>
**Sent:** Wednesday, January 24, 2024 7:10 PM
**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; apawlak@slavik.us; Drew Branigan
<Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy
Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; 'Adam Boumel' <adam@roussolawfirm.com>;
elise@aswtlawyers.com; deaton@eatonwolk.com; Jamie G. Goldstein <jamie@aswtlawyers.com>; 'David Terry'
<dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>;

apawlak@slavik.us; apawlak@slavik.us
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Plaintiffs' Service of Discover to Defendant, Tesla, Inc.


Yes, please accept this as an Amended Notice of Deposition.  We are flexible as to the date.  Please let me know if you have any questions.  Thanks.


# Donald H. Slavik, Esq.

### Slavik Law Firm, LLC

3001 S. Lincoln Ave., Ste. C-1, Steamboat Springs, CO 80487-2147

Direct: (949) 269-4284 Cell: (414) 899-1197 Office: (970) 457-1011

dslavik@slavik.us   Licensed in CO, TX, WA & WI   Prof. Engineer (Ret.) in WI

---

**From:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>
**Sent:** Wednesday, January 24, 2024 4:56 PM
**To:** apawlak@slavik.us; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; 'Adam Boumel' <adam@roussolawfirm.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Donald Slavik <dslavik@slavik.us>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Plaintiffs' Service of Discover to Defendant, Tesla, Inc.


I acknowledge receipt. Don, David or Adam, can you clarify and confirm whether the attached is now Plaintiffs' active 30b6 notice meaning that we can disregard the Notice that Adam sent to us last Friday (1/19) before our last Meet & Confer call?


**Thomas P. Branigan**

Executive Managing Partner   |   Licensed in Michigan, Ohio, and Illinois

P +1.248.205.3316 | M +1.248.514.9739


Thomas.Branigan@bowmanandbrooke.com

---

**From:** apawlak@slavik.us <apawlak@slavik.us>
**Sent:** Wednesday, January 24, 2024 6:52 PM
**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; 'Adam Boumel' <adam@roussolawfirm.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Donald Slavik <dslavik@slavik.us>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>

**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Plaintiffs' Service of Discover to Defendant, Tesla, Inc.

Good afternoon Counsel.

Attached please find Plaintiffs' Notice of 30b6 Deposition.

Should you have any questions or concerns, please do not hesitate to contact Plaintiffs' counsel as soon as possible.

Thank you,

Ann

**Ann M. Pawlak,**

 **Office Manager**

 

 Slavik Law Firm, LLC

 3001 South Lincoln Ave, Ste C-1

 Steamboat Springs, CO 80487

 Direct: 970-457-1011  Cell: 414-840-2211

Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.

Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.

**dterry@slavik.us** <dterry@slavik.us>                                                    Mon, Jan 29, 2024 at 10:20 AM
To: Adam Boumel <adam@roussolawfirm.com>

Adam,

In our meeting Tom and Don and I couldn't remember where we were on RPD Set 4. I misremembered that this was about signal names. It was not. It concerned documents Tesla produced in Harcourt that should have been produced in Benavides/Angulo. Please let Tom know we still want these documents produced in this case.

[Quoted text hidden]

---

**Adam Boumel** <adam@roussolawfirm.com>                     Mon, Jan 29, 2024 at 10:21 AM
To: "dterry@slavik.us" <dterry@slavik.us>

Yes I have it marked as an issue that needs to be argued

Adam T. Boumel

9350 South Dixie Highway

Suite 1520

Miami, Florida 33156

Office: 305.670.6669

Fax: 305.670.6663

Email: adam@roussolawfirm.com

Website: www.roussoboumellawfirm.com



[Quoted text hidden]

---

**dterry@slavik.us** <dterry@slavik.us>                     Mon, Jan 29, 2024 at 10:22 AM
To: Adam Boumel <adam@roussolawfirm.com>

Thanks!

[Quoted text hidden]

---

**Thomas Branigan** <Thomas.Branigan@bowmanandbrooke.com>     Mon, Jan 29, 2024 at 1:27 PM
To: Adam Boumel <adam@roussolawfirm.com>, "dslavik@slavik.us" <dslavik@slavik.us>, "apawlak@slavik.us"
<apawlak@slavik.us>, Drew Branigan <Drew.Branigan@bowmanandbrooke.com>, Elizabeth Escareno
<Elizabeth.Escareno@bowmanandbrooke.com>, Peggy Green <Peggy.Green@bowmanandbrooke.com>, Tracey Wellons
<Tracey.Wellons@bowmanandbrooke.com>
Cc: Todd Poses <tposes@posesandposes.com>, "elise@aswtlawyers.com" <elise@aswtlawyers.com>,
"deaton@eatonwolk.com" <deaton@eatonwolk.com>, "Jamie G. Goldstein" <jamie@aswtlawyers.com>, David Terry

<dterry@slavik.us>, Debra Caudle <dcaudle@slavik.us>, Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>, "apawlak@slavik.us" <APawlak@slavik.us>

Adam, I will review and respond substantively your email asap but for now re hearing dates, of the 3 option options you provided, I can make 2/22 work. Are you expecting that this will be an in the Court room hearing?

**Thomas P. Branigan**

Executive Managing Partner  |  Licensed in Michigan, Ohio, and Illinois

P +1.248.205.3316 | M +1.248.514.9739

Thomas.Branigan@bowmanandbrooke.com

---

**From:** Adam Boumel <adam@roussolawfirm.com>
**Sent:** Monday, January 29, 2024 1:12 PM
**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; dslavik@slavik.us; apawlak@slavik.us; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Jamie G. Goldstein <jamie@aswtlawyers.com>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>; apawlak@slavik.us; apawlak@slavik.us
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Summary of Meet and Confer 1/26/24

Tom,

[Quoted text hidden]
[Quoted text hidden]

---

**Adam Boumel** <adam@roussolawfirm.com>                                    Mon, Jan 29, 2024 at 2:21 PM
To: Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>, "dslavik@slavik.us" <dslavik@slavik.us>, "apawlak@slavik.us" <apawlak@slavik.us>, Drew Branigan <Drew.Branigan@bowmanandbrooke.com>, Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>, Peggy Green <Peggy.Green@bowmanandbrooke.com>, Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
Cc: Todd Poses <tposes@posesandposes.com>, "elise@aswtlawyers.com" <elise@aswtlawyers.com>, "deaton@eatonwolk.com" <deaton@eatonwolk.com>, "Jamie G. Goldstein" <jamie@aswtlawyers.com>, David Terry <dterry@slavik.us>, Debra Caudle <dcaudle@slavik.us>, Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>, "apawlak@slavik.us" <APawlak@slavik.us>

Thanks Tom. I do assume that the court will want the hearing in person based on the last hearing we scheduled, but obviously can't confirm that

[Quoted text hidden]

---

**Thomas Branigan** <Thomas.Branigan@bowmanandbrooke.com>                    Mon, Jan 29, 2024 at 2:26 PM
To: Adam Boumel <adam@roussolawfirm.com>, "dslavik@slavik.us" <dslavik@slavik.us>, "apawlak@slavik.us" <apawlak@slavik.us>, Drew Branigan <Drew.Branigan@bowmanandbrooke.com>, Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>, Peggy Green <Peggy.Green@bowmanandbrooke.com>, Tracey Wellons

<Tracey.Wellons@bowmanandbrooke.com>
Cc: Todd Poses <tposes@posesandposes.com>, "elise@aswtlawyers.com" <elise@aswtlawyers.com>,
"deaton@eatonwolk.com" <deaton@eatonwolk.com>, "Jamie G. Goldstein" <jamie@aswtlawyers.com>, David Terry
<dterry@slavik.us>, Debra Caudle <dcaudle@slavik.us>, Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>,
"apawlak@slavik.us" <APawlak@slavik.us>

> Agreed Adam. In the court room is fine with me.

[Quoted text hidden]
[Quoted text hidden]

---

**Thomas Branigan** <Thomas.Branigan@bowmanandbrooke.com>                    Mon, Jan 29, 2024 at 3:02 PM
To: Adam Boumel <adam@roussolawfirm.com>, "dslavik@slavik.us" <dslavik@slavik.us>, "apawlak@slavik.us"
<apawlak@slavik.us>, Drew Branigan <Drew.Branigan@bowmanandbrooke.com>, Elizabeth Escareno
<Elizabeth.Escareno@bowmanandbrooke.com>, Peggy Green <Peggy.Green@bowmanandbrooke.com>, Tracey Wellons
<Tracey.Wellons@bowmanandbrooke.com>
Cc: Todd Poses <tposes@posesandposes.com>, "elise@aswtlawyers.com" <elise@aswtlawyers.com>,
"deaton@eatonwolk.com" <deaton@eatonwolk.com>, "Jamie G. Goldstein" <jamie@aswtlawyers.com>, David Terry
<dterry@slavik.us>, Debra Caudle <dcaudle@slavik.us>, Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>,
"apawlak@slavik.us" <APawlak@slavik.us>

Adam, Don and David, see below for our response **[in red]** to Adam's meet & confer email re the 30b6 Dep Notice and
the other discovery issues we have discussed in our meet & confer calls with the last occurring on 1/26/24. In addition to
the comments below, we will serve a Response and Objection to the 30b6 Notice that was served on Jan 24.

**Thomas P. Branigan**

Executive Managing Partner  |  Licensed in Michigan, Ohio, and Illinois

P +1.248.205.3316 | M +1.248.514.9739

Thomas.Branigan@bowmanandbrooke.com

---

**From:** Adam Boumel <adam@roussolawfirm.com>
**Sent:** Monday, January 29, 2024 1:12 PM
**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; dslavik@slavik.us; apawlak@slavik.us; Drew
Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@
bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@
bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Jamie G. Goldstein
<jamie@aswtlawyers.com>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz
<Whitney.Cruz@bowmanandbrooke.com>; apawlak@slavik.us; apawlak@slavik.us
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Summary of Meet and Confer 1/26/24

Tom,

Please allow the below to serve as a summary of our discussions and agreements from our meet and confer on Friday.
As discussed, as to the remaining disagreements we would like to set same for hearing asap. Please provide your

availability for hearing on the following dates:

- February 8, 15, 22 **[Feb 22 is the only date out of these that works for me. I am unavailable on 2/8 and during the week of 2/12.]**

    A. <u>**30.b.6 notice**</u>

-

The below is a summary of Tesla's agreements as to what questions it will provide a corporate representative on. In addition to the objections noted below as to the specific designated areas of inquiry, you have also advised that Tesla has a broader objection to all lines of questioning, in that Tesla will only provide testimony as to the issues described specifically within our complaints, and will object to anything that was not specifically described even though additional information has been developed during discovery (i.e. geofencing and beta testing issues)

1 –  Tesla objects **[Correct]**

2 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct but also subject to the objections we have raised to the DMS topic because of testimony Don already has obtained re DMS from Tesla's Corp Rep in Huang]**

3 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

4 – Agreed, subject to an objection to anything covered by prior deponent, as well as subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

5 – Agreed, subject to an objection to anything covered by prior deponent, as well as subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

6 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

7 – Agreed, with the understanding that Tesla will first produce the responsive docs, and then we will clarify the subjects that we still seek testimony on **[Correct]**

8 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

9 – Tesla objects **[Correct]**

10 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

11 – Tesla objects **[Correct]**

12 – No position as of yet (new topic) – Tom to advise **[Correct]**

13 – Tesla objects **[Correct]**

14 – Agreed, subject to an objection to anything covered by prior deponent, as well as subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

15 – Tesla objects **[Correct]**

16 – Tesla objects **[Correct]**

17 – Tesla objects **[Correct]**

18 - Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct but also subject to the objections we have raised to this topic because of testimony Don already has obtained re "Drivable Space" from Tesla engineers who testified in Huang. Tesla object to providing more info because it not**

**proportional to the needs of this case, not important to resolution of this case and not relevant to the product claims in the Complaints which are premised on an alleged failure of Autosteer and/or AEB to detect stationary objects ahead and the DMS in the 2019 Model S. Plaintiffs have not claimed that the crash occurred because of an alleged failure of Autopilot to detect drivable space at the crash scene.]**

We also discussed the scheduling of this/these depos. We had discussed later February and early March. Please provide available dates asap. We request that this be scheduled by end of this week at the latest. **[on 1/26/24, I shared Tesla's position re setting more Tesla deps before the 30b6 is completed.]**

B. <u>**Car Log issue**</u>

-

For summary, when the initial car log files were produced, various logs were produced with various categories of signals (including many that were completely irrelevant such as air conditioning and radio settings). We have requested that you produce a log with all of the directly relevant signals that were identified in Tesla TESLA-1244 (such as, by way of example only, the clearly critical ""Obstacle Severity" signal). We have already provided you with an updated RFP specifying the exact signal logs we want produced for our drive cycle. We also requested expedited production of same, in that we believe that this should have already been produced long ago. In response you indicated that Tesla will respond in the standard 30 days, and you further suggested that because a log with the various signals we are requesting would have to be created, that Tesla will likely not agree to produce same. As such, unless you tell us otherwise, we will include this in the subject which need immediate court intervention. **[we view this issue to now be addressed by Ps' 7th RFP and it is my understanding that Don and David agree with my understanding.]**

-

-

C. <u>**Remaining outstanding issue from previous meet and confers - as discussed, we have been waiting some time for final positions on this.**</u>

1. <u>D16 in different format.</u> You have advised that the D16 will be produced in native .json file [Correct]

2. <u>Sales numbers</u>: After going back and forth on this issue for weeks, you have indicated that Tesla will not agree to provide us with anything on this issue. **[Correct because Don and his expert have this info from publicly available sources]**

3. <u>Summaries of data such as Tesla 12025 produced in Harcourt.</u> After going back and forth on this issue for weeks, you have indicated that Tesla will not agree to provide us with anything on this issue. **[Correct for the reasons that I have provided]**

4. <u>Tesla's objections to Plaintiff's 4th and 5th requests for production</u>
   - Re RFP #4 (seeking production of the same documents produced in Harcourt v. Tesla), you have indicated that Tesla will not agree to same. **[Correct for the reasons that I have provided]**
   - Re RFP #5:
     - #31 (seeking customer friendly car log for duration of McGhee's ownership of vehicle), after indicating in the response to RFP that same would be produced, and after having discussed it in each of our previous meet and confers of 1/12 and 1/19, for the first time you have just advised us that this is not a document which currently exists and therefore Tesla is now objecting to same. **[Tesla did not agree to produce "customer friendly car log for duration of McGhee's ownership of vehicle" in response to #31. See Tesla's response to #31.]**

     - #32 (seeking ESI showing where the "driveable space" was and was not at the area of this collision), you initially advised that same would be included in the Annotated Video which

Tesla was agreeing to produce five minutes of (see #35 below), but are now stating that because the Annotated Video is not something that currently exists (i.e. has to be created by Tesla), that Tesla will not agree to produce same.  – **[Correct]**

- #33 (seeking information from other incidents involving a T-intersection) – Tesla is standing by its objections. **[Correct]**

- #34 (seeking information from other incidents involving issues due to roadway geometry) – Tesla is standing by its objections **[Correct]**

- #35 (seeking Annotated Video of subject drive cycle and collision) – After having previously agreed to producing 5 minutes of annotated video leading up to and including our collision (see, emailed confirmation which you sent on January 17), you are now advising that because the annotated video "doesn't currently exist" (i.e. would have to be created through Tesla's proprietary software) that Tesla will not agree to production of same.
- NOW NOT AGREEING, DON'T HAVE ANY RESPONSIVE VIDEO **[Correct]**

5. Tesla's production of the underling data to support the Vehicle Safety Report, ordered on 11/15 (see, DE 154).

Tom, in our first meet and confer of the year on January 12, you indicated this would be produced by January 19. In our most recent meet and confer on 1/26, you indicated that the production was imminent. **[Correct and I believe it was produced today]**

6. Scheduling of the various depos requested in email of 12/21, Chris Tapia, Akash Patel, and Peter Scheutzow

Tesla has asked that we wait on scheduling these depos until after the 30.b.6 depos go forward. On our end, we asked that the dates for these depos be coordinated and scheduled now, with the understanding that we certainly may / will cancel any depos that appear duplicative / unnecessary after completion of the 30.b.6 depo(s). After waiting several weeks for a response on this, Tesla is now indicating that it will not agree to coordinate these depos until after the 30.b.6. depo is taken.  **[Correct]**

[Quoted text hidden]
[Quoted text hidden]

---

**Adam Boumel** <adam@roussolawfirm.com>                                      Tue, Jan 30, 2024 at 6:32 AM
To: Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>, "dslavik@slavik.us" <dslavik@slavik.us>,
"apawlak@slavik.us" <apawlak@slavik.us>, Drew Branigan <Drew.Branigan@bowmanandbrooke.com>, Elizabeth Escareno
<Elizabeth.Escareno@bowmanandbrooke.com>, Peggy Green <Peggy.Green@bowmanandbrooke.com>, Tracey Wellons
<Tracey.Wellons@bowmanandbrooke.com>
Cc: Todd Poses <tposes@posesandposes.com>, "elise@aswtlawyers.com" <elise@aswtlawyers.com>,
"deaton@eatonwolk.com" <deaton@eatonwolk.com>, "Jamie G. Goldstein" <jamie@aswtlawyers.com>, David Terry
<dterry@slavik.us>, Debra Caudle <dcaudle@slavik.us>, Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>,
"apawlak@slavik.us" <APawlak@slavik.us>

Tom,

That's for the comprehensive point. Two points for clarification:

1. My request for deposition dates at the end of section A was meant as a request for dates for the 30.b.6 depo(s). Please let me know if you will agree to provide availability for same before the end of week.

2. As to 5th RFP #31, Tesla's exact response was "Tesla will produce the data that the vehicle owner—Mr. McGee—could obtain himself were he to submit a data access request via his Tesla account, i.e., the "Customer Friendly" version of data reflecting occupant interactions with the vehicle that is in Tesla's possession."  As you know, the temporal scope of our request was for the relatively short lifetime of the vehicle. In our last meet and confer, you advised us that Tesla would not be agreeing to produce same and were unable to give me a temporal scope, if any, that Tesla would agree to produce.  Can you please provide clarification as to what Tesla is agreeing to produce, if anything?

Thanks,

[Quoted text hidden]

---

**Thomas Branigan** <Thomas.Branigan@bowmanandbrooke.com>                    Tue, Jan 30, 2024 at 11:44 AM
To: Adam Boumel <adam@roussolawfirm.com>, "dslavik@slavik.us" <dslavik@slavik.us>, "apawlak@slavik.us"
<apawlak@slavik.us>, Drew Branigan <Drew.Branigan@bowmanandbrooke.com>, Elizabeth Escareno
<Elizabeth.Escareno@bowmanandbrooke.com>, Peggy Green <Peggy.Green@bowmanandbrooke.com>, Tracey Wellons
<Tracey.Wellons@bowmanandbrooke.com>
Cc: Todd Poses <tposes@posesandposes.com>, "elise@aswtlawyers.com" <elise@aswtlawyers.com>,
"deaton@eatonwolk.com" <deaton@eatonwolk.com>, "Jamie G. Goldstein" <jamie@aswtlawyers.com>, David Terry
<dterry@slavik.us>, Debra Caudle <dcaudle@slavik.us>, Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>,
"apawlak@slavik.us" <APawlak@slavik.us>

Adam, my response to yours below.

**Thomas P. Branigan**

Executive Managing Partner  |  Licensed in Michigan, Ohio, and Illinois

P +1.248.205.3316 | M +1.248.514.9739

Thomas.Branigan@bowmanandbrooke.com

---

**From:** Adam Boumel <adam@roussolawfirm.com>
**Sent:** Tuesday, January 30, 2024 9:33 AM

**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; dslavik@slavik.us; apawlak@slavik.us; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Jamie G. Goldstein <jamie@aswtlawyers.com>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>; apawlak@slavik.us; apawlak@slavik.us
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Summary of Meet and Confer 1/26/24

Tom,

That's for the comprehensive point. Two points for clarification:

1. My request for deposition dates at the end of section A was meant as a request for dates for the 30.b.6 depo(s). Please let me know if you will agree to provide availability for same before the end of week.  **[Yes. Hope to have dates by end of today or tomorrow to keep that part of this rolling.]**

2. As to 5th RFP #31, Tesla's exact response was "Tesla will produce the data that the vehicle owner—Mr. McGee—could obtain himself were he to submit a data access request via his Tesla account, i.e., the "Customer Friendly" version of data reflecting occupant interactions with the vehicle that is in Tesla's possession."  As you know, the temporal scope of our request was for the relatively short lifetime of the vehicle. In our last meet and confer, you advised us that Tesla would not be agreeing to produce same and were unable to give me a temporal scope, if any, that Tesla would agree to produce.  Can you please provide clarification as to what Tesla is agreeing to produce, if anything? **[Yes, I am working on this.]**

[Quoted text hidden]
[Quoted text hidden]

---

**Adam Boumel** <adam@roussolawfirm.com>                                    Tue, Jan 30, 2024 at 12:16 PM
To: Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>, "dslavik@slavik.us" <dslavik@slavik.us>, "apawlak@slavik.us" <apawlak@slavik.us>, Drew Branigan <Drew.Branigan@bowmanandbrooke.com>, Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>, Peggy Green <Peggy.Green@bowmanandbrooke.com>, Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
Cc: Todd Poses <tposes@posesandposes.com>, "elise@aswtlawyers.com" <elise@aswtlawyers.com>, "deaton@eatonwolk.com" <deaton@eatonwolk.com>, "Jamie G. Goldstein" <jamie@aswtlawyers.com>, David Terry <dterry@slavik.us>, Debra Caudle <dcaudle@slavik.us>, Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>, "apawlak@slavik.us" <APawlak@slavik.us>

Thanks Tom

[Quoted text hidden]

---

**Adam Boumel** <adam@roussolawfirm.com>                                    Wed, Jan 31, 2024 at 12:24 PM
To: David Terry <dterry@slavik.us>

[Quoted text hidden]

---

**Adam Boumel** <adam@roussolawfirm.com>                                    Wed, Jan 31, 2024 at 12:24 PM

To: David Terry <dterry@slavik.us>

Sending you separate email with written response

Adam T. Boumel

9350 South Dixie Highway

Suite 1520

Miami, Florida 33156

Office: 305.670.6669

Fax: 305.670.6663

Email: adam@roussolawfirm.com

Website: www.roussoboumellawfirm.com



---

**From:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>
**Sent:** Monday, January 29, 2024 6:03 PM

[Quoted text hidden]

[Quoted text hidden]

---

**dterry@slavik.us** <dterry@slavik.us>                                    Wed, Jan 31, 2024 at 12:25 PM
To: Adam Boumel <adam@roussolawfirm.com>

Thanks!

---

**From:** Adam Boumel <adam@roussolawfirm.com>
**Date:** Wednesday, January 31, 2024 at 12:24
**To:** 'David Terry' <dterry@slavik.us>
**Subject:** FW: Benavides/Angulo v. Tesla, Inc. - Summary of Meet and Confer 1/26/24

Adam T. Boumel

9350 South Dixie Highway

Suite 1520

Miami, Florida 33156

Office: 305.670.6669

Fax: 305.670.6663

Email: adam@roussolawfirm.com

Website: www.roussoboumellawfirm.com



**From:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>
**Sent:** Tuesday, January 30, 2024 2:44 PM
**To:** Adam Boumel <adam@roussolawfirm.com>; dslavik@slavik.us; apawlak@slavik.us; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Jamie G. Goldstein <jamie@aswtlawyers.com>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>; apawlak@slavik.us; apawlak@slavik.us
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Summary of Meet and Confer 1/26/24

Adam, my response to yours below.

**Thomas P. Branigan**

Executive Managing Partner  |  Licensed in Michigan, Ohio, and Illinois

P +1.248.205.3316 | M +1.248.514.9739

Thomas.Branigan@bowmanandbrooke.com

**From:** Adam Boumel <adam@roussolawfirm.com>
**Sent:** Tuesday, January 30, 2024 9:33 AM
**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; dslavik@slavik.us; apawlak@slavik.us; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; elise@aswtlawyers.com; deaton@eatonwolk.com;

Jamie G. Goldstein <jamie@aswtlawyers.com>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>; apawlak@slavik.us; apawlak@slavik.us
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Summary of Meet and Confer 1/26/24

Tom,

That's for the comprehensive point. Two points for clarification:

1. My request for deposition dates at the end of section A was meant as a request for dates for the 30.b.6 depo(s). Please let me know if you will agree to provide availability for same before the end of week. **[Yes. Hope to have dates by end of today or tomorrow to keep that part of this rolling.]**

2. As to 5th RFP #31, Tesla's exact response was "Tesla will produce the data that the vehicle owner—Mr. McGee—could obtain himself were he to submit a data access request via his Tesla account, i.e., the "Customer Friendly" version of data reflecting occupant interactions with the vehicle that is in Tesla's possession." As you know, the temporal scope of our request was for the relatively short lifetime of the vehicle. In our last meet and confer, you advised us that Tesla would not be agreeing to produce same and were unable to give me a temporal scope, if any, that Tesla would agree to produce. Can you please provide clarification as to what Tesla is agreeing to produce, if anything? **[Yes, I am working on this.]**

Thanks,

Adam T. Boumel

9350 South Dixie Highway

Suite 1520

Miami, Florida 33156

Office: 305.670.6669

Fax: 305.670.6663

Email: adam@roussolawfirm.com

Website: www.roussoboumellawfirm.com



**From:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>
**Sent:** Monday, January 29, 2024 6:03 PM
**To:** Adam Boumel <adam@roussolawfirm.com>; dslavik@slavik.us; apawlak@slavik.us; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Jamie G. Goldstein <jamie@aswtlawyers.com>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>; apawlak@slavik.us; apawlak@slavik.us
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Summary of Meet and Confer 1/26/24

Adam, Don and David, see below for our response **[in red]** to Adam's meet & confer email re the 30b6 Dep Notice and the other discovery issues we have discussed in our meet & confer calls with the last occurring on 1/26/24. In addition to the comments below, we will serve a Response and Objection to the 30b6 Notice that was served on Jan 24.

**Thomas P. Branigan**

Executive Managing Partner  |  Licensed in Michigan, Ohio, and Illinois

P +1.248.205.3316 | M +1.248.514.9739

Thomas.Branigan@bowmanandbrooke.com

**From:** Adam Boumel <adam@roussolawfirm.com>
**Sent:** Monday, January 29, 2024 1:12 PM
**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; dslavik@slavik.us; apawlak@slavik.us; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Jamie G. Goldstein <jamie@aswtlawyers.com>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>; apawlak@slavik.us; apawlak@slavik.us
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Summary of Meet and Confer 1/26/24

Tom,

Please allow the below to serve as a summary of our discussions and agreements from our meet and confer on Friday. As discussed, as to the remaining disagreements we would like to set same for hearing asap. Please provide your availability for hearing on the following dates:

· February 8, 15, 22   **[Feb 22 is the only date out of these that works for me. I am unavailable on 2/8 and during the week of 2/12.]**

A. <u>**30.b.6 notice**</u>

The below is a summary of Tesla's agreements as to what questions it will provide a corporate representative on. In addition to the objections noted below as to the specific designated areas of inquiry, you have also advised that Tesla has a broader objection to all lines of questioning, in that Tesla will only provide testimony as to the issues described specifically within our complaints, and will object to anything that was not specifically described even though additional information has been developed during discovery (i.e. geofencing and beta testing issues)

1 – Tesla objects **[Correct]**

2 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct but also subject to the objections we have raised to the DMS topic because of testimony Don already has obtained re DMS from Tesla's Corp Rep in Huang]**

3 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

4 – Agreed, subject to an objection to anything covered by prior deponent, as well as subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

5 – Agreed, subject to an objection to anything covered by prior deponent, as well as subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

6 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

7 – Agreed, with the understanding that Tesla will first produce the responsive docs, and then we will clarify the subjects that we still seek testimony on **[Correct]**

8 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

9 – Tesla objects **[Correct]**

10 – Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

11 – Tesla objects **[Correct]**

12 – No position as of yet (new topic) – Tom to advise **[Correct]**

13 – Tesla objects **[Correct]**

14 – Agreed, subject to an objection to anything covered by prior deponent, as well as subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct]**

15 – Tesla objects **[Correct]**

16 – Tesla objects **[Correct]**

17 – Tesla objects **[Correct]**

18 - Agreed, subject to Tesla's objections to scope (i.e. geofencing and beta testing) **[Correct but**

**also subject to the objections we have raised to this topic because of testimony Don already has obtained re "Drivable Space" from Tesla engineers who testified in Huang. Tesla object to providing more info because it not proportional to the needs of this case, not important to resolution of this case and not relevant to the product claims in the Complaints which are premised on an alleged failure of Autosteer and/or AEB to detect stationary objects ahead and the DMS in the 2019 Model S. Plaintiffs have not claimed that the crash occurred because of an alleged failure of Autopilot to detect drivable space at the crash scene.]**

We also discussed the scheduling of this/these depos. We had discussed later February and early March. Please provide available dates asap. We request that this be scheduled by end of this week at the latest.  **[on 1/26/24, I shared Tesla's position re setting more Tesla deps before the 30b6 is completed.]**

B. <u>**Car Log issue**</u>

For summary, when the initial car log files were produced, various logs were produced with various categories of signals (including many that were completely irrelevant such as air conditioning and radio settings). We have requested that you produce a log with all of the directly relevant signals that were identified in Tesla TESLA-1244 (such as, by way of example only, the clearly critical ""Obstacle Severity" signal).  We have already provided you with an updated RFP specifying the exact signal logs we want produced for our drive cycle. We also requested expedited production of same, in that we believe that this should have already been produced long ago. In response you indicated that Tesla will respond in the standard 30 days, and you further suggested that because a log with the various signals we are requesting would have to be created, that Tesla will likely not agree to produce same. As such, unless you tell us otherwise, we will include this in the subject which need immediate court intervention. **[we view this issue to now be addressed by Ps' 7th RFP and it is my understanding that Don and David agree with my understanding.]**

C. <u>**Remaining outstanding issue from previous meet and confers  - as discussed, we have been waiting some time for final positions on this.**</u>

1. <u>D16 in different format.</u>   You have advised that the D16 will be produced in native .json file **[Correct]**
2. <u>Sales numbers</u>: After going back and forth on this issue for weeks, you have indicated that Tesla will not agree to provide us with anything on this issue. **[Correct because Don and his expert have this info from publicly available sources]**
3. <u>Summaries of data such as Tesla 12025 produced in Harcourt.</u>  After going back and forth on this issue for weeks, you have indicated that Tesla will not agree to provide us with anything on this issue. **[Correct for the reasons that I have provided]**

   4. <u>Tesla's objections to Plaintiff's 4th and 5th requests for production</u>

      ▪ Re RFP #4 (seeking production of the same documents produced in Harcourt v. Tesla), you have indicated that Tesla will not agree to same. **[Correct for the reasons that I have provided]**
      ▪ Re RFP #5:

- #31 (seeking customer friendly car log for duration of McGhee's ownership of vehicle), after indicating in the response to RFP that same would be produced, and after having discussed it in each of our previous meet and confers of 1/12 and 1/19, for the first time you have just advised us that this is not a document which currently exists and therefore Tesla is now objecting to same. **[Tesla did not agree to produce "customer friendly car log for duration of McGhee's ownership of vehicle" in response to #31. See Tesla's response to #31.]**

- #32 (seeking ESI showing where the "driveable space" was and was not at the area of this collision), you initially advised that same would be included in the Annotated Video which Tesla was agreeing to produce five minutes of (see #35 below), but are now stating that because the Annotated Video is not something that currently exists (i.e. has to be created by Tesla), that Tesla will not agree to produce same.  – **[Correct]**

- #33 (seeking information from other incidents involving a T-intersection) – Tesla is standing by its objections. **[Correct]**

- #34 (seeking information from other incidents involving issues due to roadway geometry) – Tesla is standing by its objections **[Correct]**

- #35 (seeking Annotated Video of subject drive cycle and collision) – After having previously agreed to producing 5 minutes of annotated video leading up to and including our collision (see, emailed confirmation which you sent on January 17), you are now advising that because the annotated video "doesn't currently exist" (i.e. would have to be created through Tesla's proprietary software) that Tesla will not agree to production of same.
- NOW NOT AGREEING, DON'T HAVE ANY RESPONSIVE VIDEO **[Correct]**

5. <u>Tesla's production of the underling data to support the Vehicle Safety Report, ordered on 11/15 (see, DE 154).</u>

Tom, in our first meet and confer of the year on January 12, you indicated this would be produced by January 19. In our most recent meet and confer on 1/26, you indicated that the production was imminent. **[Correct and I believe it was produced today]**

6. <u>Scheduling of the various depos requested in email of 12/21, Chris Tapia, Akash Patel, and Peter Scheutzow</u>

Tesla has asked that we wait on scheduling these depos until after the 30.b.6 depos go forward. On our end, we asked that the dates for these depos be coordinated and scheduled now, with the understanding

that we certainly may / will cancel any depos that appear duplicative / unnecessary after completion of the 30.b.6 depo(s). After waiting several weeks for a response on this, Tesla is now indicating that it will not agree to coordinate these depos until after the 30.b.6. depo is taken.  **[Correct]**

  ▪

If anything I have indicated above is inaccurate, I ask that you please advise of same as soon as possible.

Adam T. Boumel

9350 South Dixie Highway

Suite 1520

Miami, Florida 33156

Office: 305.670.6669

Fax: 305.670.6663

Email: adam@roussolawfirm.com

Website: www.roussoboumellawfirm.com



---

**From:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>
**Sent:** Wednesday, January 24, 2024 10:15 PM
**To:** dslavik@slavik.us; apawlak@slavik.us; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; Adam Boumel <adam@roussolawfirm.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Jamie G. Goldstein <jamie@aswtlawyers.com>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>; apawlak@slavik.us; apawlak@slavik.us
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Plaintiffs' Service of Discover to Defendant, Tesla, Inc.

Thanks Don.

**Thomas P. Branigan**

Executive Managing Partner  |  Licensed in Michigan, Ohio, and Illinois

P +1.248.205.3316 | M +1.248.514.9739

Thomas.Branigan@bowmanandbrooke.com

---

**From:** dslavik@slavik.us <dslavik@slavik.us>
**Sent:** Wednesday, January 24, 2024 7:10 PM
**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; apawlak@slavik.us; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; 'Adam Boumel' <adam@roussolawfirm.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Jamie G. Goldstein <jamie@aswtlawyers.com>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>; apawlak@slavik.us; apawlak@slavik.us
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Plaintiffs' Service of Discover to Defendant, Tesla, Inc.

Yes, please accept this as an Amended Notice of Deposition.  We are flexible as to the date.  Please let me know if you have any questions.  Thanks.

## Donald H. Slavik, Esq.

### Slavik Law Firm, LLC

3001 S. Lincoln Ave., Ste. C-1, Steamboat Springs, CO 80487-2147

Direct: (949) 269-4284 Cell: (414) 899-1197 Office: (970) 457-1011

dslavik@slavik.us   Licensed in CO, TX, WA & WI   Prof. Engineer (Ret.) in WI

---

**From:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>
**Sent:** Wednesday, January 24, 2024 4:56 PM
**To:** apawlak@slavik.us; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; 'Adam Boumel' <adam@roussolawfirm.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Donald Slavik <dslavik@slavik.us>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; Whitney Cruz <Whitney.Cruz@bowmanandbrooke.com>
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Plaintiffs' Service of Discover to Defendant, Tesla, Inc.

I acknowledge receipt. Don, David or Adam, can you clarify and confirm whether the attached is now Plaintiffs' active 30b6 notice meaning that we can disregard the Notice that Adam sent to us last Friday (1/19) before our last Meet & Confer call?

**Thomas P. Branigan**

Executive Managing Partner | Licensed in Michigan, Ohio, and Illinois

P +1.248.205.3316 | M +1.248.514.9739

Thomas.Branigan@bowmanandbrooke.com

---

**From:** apawlak@slavik.us <apawlak@slavik.us>
**Sent:** Wednesday, January 24, 2024 6:52 PM
**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Elizabeth Escareno <Elizabeth.Escareno@bowmanandbrooke.com>; Peggy Green <Peggy.Green@bowmanandbrooke.com>; Tracey Wellons <Tracey.Wellons@bowmanandbrooke.com>
**Cc:** 'Todd Poses' <tposes@posesandposes.com>; 'Adam Boumel' <adam@roussolawfirm.com>; elise@aswtlawyers.com; deaton@eatonwolk.com; Donald Slavik <dslavik@slavik.us>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>
**Subject:** RE: Benavides/Angulo v. Tesla, Inc. - Plaintiffs' Service of Discover to Defendant, Tesla, Inc.


Good afternoon Counsel.


Attached please find Plaintiffs' Notice of 30b6 Deposition.


Should you have any questions or concerns, please do not hesitate to contact Plaintiffs' counsel as soon as possible.


Thank you,

Ann


**Ann M. Pawlak,**

 **Office Manager**

 

Slavik Law Firm, LLC

3001 South Lincoln Ave, Ste C-1

Steamboat Springs, CO 80487

Direct: 970-457-1011  Cell: 414-840-2211

Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.

Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.

Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.

Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.

**2 attachments**


**image002.png**
15K


**image003.png**
15K