UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.,*

    Defendant.

_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.,*

    Defendants.

_____/

## AFFIDAVIT OF DR. MARY CUMMINGS

On this day personally appeared Dr. Mary Cummings who was sworn and says:

1. My name is Dr. Mary Cummings.

2. I am former fighter pilot for the U.S. Navy, I hold a Master's degree in Space Systems Engineering issued by the Naval Postgraduate School, along with a PhD in Systems Engineering from the University of Virginia. I am the current director of George Mason University's Autonomy and Robotics Center, and formerly served as an engineering professor at Duke University's College of Engineering. I

am an expert in human-unmanned vehicle interaction, human-autonomous system collaboration, and human-systems engineering.

3. I have been retained as an expert by the parties in the above captioned matter.

4. I am currently also serving as a formally retained expert on two other lawsuits against Tesla related to the Autopilot system, and have been consulting on many more.

5. I am personally aware that Tesla has produced Annotated Videos of crashes involving its vehicles in the other cases which I serve as an expert on.

6. It is my understanding that while Tesla may not maintain the Annotated Videos in the course of its ordinary business operations, that Tesla is able to create the Annotated Videos with ease through its proprietary software systems.

7. The Annotated Videos contain critical information in understanding any Tesla Autopilot collision, and there is no other means of acquiring same except through Tesla and its proprietary software.

8. Similarly, in other Tesla Autopilot cases I am working on, we have been provided with car log files for extended periods of operation.

9. The historical car log files are important in understanding the driving behaviors of Tesla vehicle drivers, providing context as to why and how any such driver behaved at the time of a collision event.

10. I am in need of both the Annotated Video(s) for this crash as well as the car log files for the duration of the driver's ownership of the vehicle, and am unable to fully develop my opinions until I receive same.

DATED this 30th day of January, 2024.


Affiant

The foregoing instrument was acknowledged before me this 30th day of January, 2024, by Dr. Mary Cummings, who is personally known to me, and who took an oath stating that said statements are true and correct.


Notary Public
State of Florida

Commission No.: _____

```
MARINA COMAS DEL VALLE
Notary Public-State of Florida
Commission # HH 260395
My Commission Expires
May 02, 2026
```

Page 3 of 3