UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*,

    Defendant.
_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*,

    Defendant.
_____/

**UNOPPOSED MOTION TO RESCHEDULE HEARING DATES**

    The Plaintiffs, Neima Benavides and Dillon Angulo, by and through undersigned counsel, respectfully request that this Court reschedule two hearings currently set for February 21st and February 22, 2024 due to undersigned counsel's unavailability, and as grounds therefor, states as follows:

    1.    Last week, two hearings were set in this matter during the week of February 19th.

First, Magistrate Torres scheduled a discovery hearing for February 22, 2024.[1]  Then, Judge Bloom set a hearing on Plaintiffs' motion for leave to amend and Plaintiffs' motion to extend discovery deadlines for February 21, 2024.

2. Unfortunately, both hearings conflict with undersigned counsel's family vacation during the week of February 19, 2024.  This family trip was originally scheduled for the first week of January 2024.  We had to cancel the trip when my father became gravely ill and passed away on January 3, 2024.  I spent the month of January dealing with the multiple issues attendant to his passing and have just this past week returned to the office.

3. Both of my children have a winter break the week of February 19th, so we rescheduled the trip that we had cancelled during that week.

4. I was retained in this case to handle the numerous legal issues that were expected to arise over the course of this litigation, including any oral argument on same. It is my clients' preference, and that of my co-counsels', that I be the one to argue these motions.

5. Counsel met and conferred last week, and this weekend, opposing counsel got back to me and graciously agreed to the relief sought herein.  The parties jointly request that the hearings be reset on back to back days (to accommodate Defendant's out of town counsel) after I have returned from the trip on February 27, 2024.  We propose utilizing February 28th and February 29th if possible. I am also available March 1st or on any two days the following week.

6. Alternatively, if the Court prefers to keep the current hearing dates and is willing to accommodate me, I am happy to appear remotely by Zoom to argue both motions, though my preference would be to attend in person hearings upon my retrun.

---

[1] Although the January 22nd discovery hearing was set with the involvement of counsel, my co-counsel unfortunately did not confirm my availability before agreeing to this date.

WHEREFORE, Plaintiffs' respectfully request that the Court enter an Order Resetting the Hearings to dates after my return to Miami on February 27, 2024.

### Local Rule 7.1(a)(3) Certification

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiff has conferred with the Defendant who agrees to the relief sought in this motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **February 12, 2024**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

By: */s/ Douglas F. Eaton*
DOUGLAS F. EATON
FBN: 129577
**EATON & WOLK, PL**
*Co-counsel for Plaintiff*
2665 S. Bayshore Drive, Suite 609
Miami, Florida 33133
Telephone: 305-249-1640
Email: deaton@eatonwolk.com
cgarcia@eatonwolk.com

Adam T. Boumel, Esq.
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669