UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of
Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.

_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.

_____/

Case No. 22-cv-22607-KMM

**TESLA'S RESPONSE TO PLAINTIFFS' MOTION TO RESCHEDULE
HEARING DATES (D.E. 180)**

Tesla, Inc. ("Tesla"), through undersigned counsel, Responds to Plaintiffs' Unopposed Motion to Reschedule Hearing Dates (D.E. 180) to request that the Court maintain the current sequence of hearings when they are rescheduled. Currently,

this Court is set to hear Plaintiffs' renewed Motion for Leave to Amend Complaint (D.E. 165) and Motion to Extend Discovery Deadlines (D.E. 175) on February 21, and the Parties' discovery disputes on February 22.  *See* (D.E. 178-179).  Tesla believes that the hearing on Plaintiffs' Motion to Amend Complaint – if heard first – would help to narrow and clarify the issues set to be heard at the Parties' discovery hearing.  Tesla does not otherwise oppose Plaintiffs' Motion to Reschedule.

## **CONCLUSION**

WHEREFORE, for the reasons stated herein, Tesla requests that this Court reschedule the hearings such that the order of hearings remains the same.

Dated: February 12, 2024          Respectfully submitted,

*s/ Whitney V. Cruz*_____
WHITNEY V. CRUZ
Florida Bar No. 800821
BOWMAN AND BROOKE LLP
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
305-995-5600 / 305-995-6100 fax
whitney.cruz@bowmanandbrooke.com

THOMAS P. BRANIGAN
(Admitted *Pro Hac Vice*)
DREW P. BRANIGAN
(Admitted *Pro Hac Vice*)
BOWMAN AND BROOKE LLP
101 W. Big Beaver Road, Suite 1100
Troy, MI  48084
248-205-3300 / 248-205-3399 fax
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

- and –

HENRY SALAS
Florida Bar No. 815268
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

*Attorneys for Defendant TESLA, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ADAM T. BOUMEL, ESQ.
Florida Bar No. 0110727
DARREN J. ROUSSO, ESQ.
Florida Bar No. 97410
THE ROUSSO, BOUMEL
LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
(305) 670-6669
Adam@roussolawfirm.com
pleadings@roussolawfirm.com
Frank@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

TODD POSES, ESQ.
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, FL 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

By:  s/ Whitney V. Cruz
WHITNEY V. CRUZ