**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida,*

    *Inc.*, Defendant.
_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida,*

    *Inc.*, Defendant.
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

    Plaintiffs Neima Benavides and Dillon Angulo, file this Motion for Leave to File Document Under Seal Pursuant to Court Oder [DE 126] and Local Rule 5.4(b)(1), and in support thereof say:

    1.    In Plaintiffs' Supplemental Proffer Regarding Continuing Discovery Issues in Support of the Parties' Joint Motion to Extend Discovery Deadlines (D.E. 175) [DE 176] [hereinafter called the "Proffer"], Plaintiffs inadvertently

1

included a discovery request containing privileged material. Exhibit 5 [DE 176-5] (referred to on page 7 in the Proffer as Exhibit 10) was intended to be referred to but not filed.

2. As Plaintiffs did with other confidential documents referenced as exhibits, (e.g. Exhibits 2, 3, and 4), Plaintiffs intended to provide a footnote in which they would offer to produce the confidential documents "for the Court to review or file them under seal should the Court so request." Unfortunately, Plaintiffs' counsel overlooked the need to use this process for Exhibit 5.

3. Plaintiffs became aware of this issue on February 15, 2024, when Defense counsel pointed out that this confidential material had been filed with the Court in violation of the Protective Order governing this case [DE 126]. Defense counsel asked that Plaintiffs withdraw Exhibit 5 [DE 176-5], and Plaintiffs immediately agreed to do so. Since under the Rules Plaintiffs cannot simply withdraw the Exhibit, Plaintiffs hereby seek leave to file Exhibit 5 [DE 176-5] under seal.

4. Pursuant to Local Rule 7.1(a)(3), Plaintiffs certify that the parties have conferred and agree to the relief sought in this Motion. Accordingly, Plaintiffs respectfully ask this Court to grant their Motion for Leave to File DE 176-5 under seal.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **February 15, 2024**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

By: /s/ *Douglas F. Eaton*
DOUGLAS F. EATON
FBN: 129577
**EATON & WOLK, PL**
*Co-counsel for Plaintiff*
2665 S. Bayshore Drive, Suite 609
Miami, Florida 33133
Telephone: 305-249-1640
Email: deaton@eatonwolk.com
cgarcia@eatonwolk.com

Adam T. Boumel, Esq.
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 So. Dixie Highway, Suite 1520
Miami, Florida 33156
(305) 670-6669