**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel*
*Benavides Leon, deceased,*

      Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida,*

      *Inc.,* Defendant.

                           /

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

      Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida,*

      *Inc.,* Defendant.

                           /

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Plaintiffs Neima Benavides and Dillon Angulo, file this Motion for Leave to File Document Under Seal Pursuant to Court Oder [DE 126] and Local Rule 5.4(b)(1), and in support thereof say:

1.     In Plaintiffs' Supplemental Proffer Regarding Continuing Discovery Issues in Support of the Parties' Joint Motion to Extend Discovery Deadlines [DE 176] [hereinafter called the "Proffer"], as well as in Plaintiff's Joint Motion for

Hearing [DE 177], Plaintiffs attached documents containing information designated as Confidential by Tesla.

2.      The specific Exhibits which Plaintiff refers to are:

    a.  Exhibit 176-6 to Plaintiff's Proffer [DE 176];

    b.  Exhibit 176-10 to Plaintiff's Proffer [DE 176];

    c.  Exhibit E to Plaintiff's Joint Motion for Hearing [DE 177].

3.      As Plaintiffs did with other confidential documents referenced as exhibits, (e.g. Exhibits 2, 3, and 4 of the Proffer), Plaintiffs intended to provide a footnote in which they would offer to produce the confidential documents "for the Court to review or file them under seal should the Court so request." Unfortunately, Plaintiffs' counsel overlooked the need to use this process for THE referenced documents.

4.      Plaintiffs became aware of this issue on February 23, 2024, when Defense counsel pointed out that this confidential material had been filed with the Court in violation of the Protective Order governing this case [DE 126]. Defense counsel asked that Plaintiffs file a motion to seal said exhibits, and Plaintiffs immediately agreed to do so. Accordingly, Plaintiffs hereby seek leave to file (1) Exhibit 176-6 to Plaintiff's Proffer [DE 176], (2) Exhibit 176-10 to Plaintiff's Proffer [DE 176], and (3) Exhibit E to Plaintiff's Joint Motion for Hearing [DE 177] under seal.

5.      Pursuant to Local Rule 7.1(a)(3), Plaintiffs certify that the parties have conferred and agree to the relief sought in this Motion. Accordingly, Plaintiffs respectfully ask this Court to grant their Motion for Leave to File DE

176-6, 176-10 and 177-E under seal.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **February 27, 2024**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Respectfully Submitted,

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By:     */s/ Adam T. Boumel, Esq.*
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email: adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com
Assistant@roussolawfirm.com