# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

DILLON ANGULO,                                                 Case No. 22-22607-KMM

      Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

## <u>TESLA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Tesla, Inc. ("Tesla"), through undersigned counsel and pursuant to Local Rule 7.8, hereby gives notice to this Court of supplemental authority, attached herein as Exhibits A and B.  This authority is pertinent to the issues discussed on pages 5-8 of Plaintiffs' Request for Oral Argument and Reply in Support of Plaintiffs' Joint Motion to Extend Amendment Deadline and for Leave to Consolidate and Amend Complaint (D.E. 173), and came to Tesla's attention after Tesla filed its

Response to Plaintiffs' Joint Motion to Extend Amendment Deadline for Leave to Amend Complaint (D.E. 169).

Date:  February 27, 2024                    Respectfully submitted,

                                            s/ Whitney V. Cruz
                                            **WHITNEY V. CRUZ**
                                            Florida Bar No. 800821
                                            **BOWMAN AND BROOKE LLP**
                                            Two Alhambra Plaza, Suite 800
                                            Coral Gables, FL 33134
                                            Tel. 305-995-5600 / Fax: 305-995-6100
                                            whitney.cruz@bowmanandbrooke.com

                                            **THOMAS P. BRANIGAN**
                                            (Admitted *Pro Hac Vice*)
                                            **DREW P. BRANIGAN**
                                            (Admitted *Pro Hac Vice*)
                                            **BOWMAN AND BROOKE LLP**
                                            101 W. Big Beaver Road, Suite 1100
                                            Troy, MI 48084
                                            Tel. 248-205-3300 / Fax: 248-205-3399
                                            thomas.branigan@bowmanandbrooke.com
                                            drew.branigan@bowmanandbrooke.com

                                            - and –

                                            **HENRY SALAS**
                                            Florida Bar No. 815268
                                            **COLE SCOTT & KISSANE**
                                            9150 S Dadeland Blvd, Suite 1400
                                            Miami, FL 33156-7855
                                            Tel. 305-350-5300
                                            Fax: 305-373-2294
                                            henry.salas@csklegal.com

                                            *Attorneys for Defendant TESLA, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
**Darren J. Rousso, Esq.**
Florida Bar No. 97410
THE ROUSSO, BOUMEL LAW
FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
Adam@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Elise R. Sanguinetti, Esq.**
Admitted *Pro Hac Vice*
ARIA SANGUINETTI WANG &
TORRIJOS, LLP
2200 Powell Street, Suite 740
Emeryville, CA 94608
Tel. 510-629-4877
Fax: 510-291-9742
elise@aswtlawyers.com
ncservice@aswtlawyers.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Donald H. Slavik, Esq.**
Admitted *Pro Hac Vice*
**David W. Terry, Esq.**
Admitted *Pro Hac Vice*
**Nicole L. Judge, Esq.**
Admitted *Pro Hac Vice*
SLAVIK LAW FIRM, LLC
3001 South Lincoln Avenue, Suite C-1
Steamboat Springs, CO 80487
Tel. 970-457-1011
Fax: 267-878-7697
dslavik@slavik.us
dterry@slavik.us
njudge@slavik.us
dcaudle@slavik.us

*Co-Counsel for Plaintiffs Dillon Angulo
and Neima Benavides*

s/ _Whitney V. Cruz_____
Whitney V. Cruz