# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA

Case No.: 21-cv-21940-BLOOM/Otero-Reyes

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                        Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

## TESLA, INC.'S RESPONSE TO PLAINTIFF ANGULO'S FOURTH DOCUMENT REQUEST

Tesla, Inc. ("Tesla"), through its undersigned counsel, responds to Plaintiff Angulo's Fourth Requests for Production and states as follows:

# GENERAL OBJECTIONS

1. Tesla objects to Plaintiff's Instructions and Definitions to the extent they attempt to impose a requirement or burden on Tesla beyond the requirements of Fed. R. Civ. P. 26, 33 or any other applicable Fed. R. Civ. P or Local Rule.

# REQUESTS FOR PRODUCTION

**REQUEST NUMBER 30:** Produce copies of the following documents produced in *Harcourt v. Tesla,* case number 19CV358488, in the Superior Court of the State of California, for the County of Santa Clara:

TESLA-00009807-814
TESLA-00009840-843
TESLA-00009892-895
TESLA-00009943-945
TESLA-00010222-224
TESLA-00010229-230
TESLA-00010242-243
TESLA-00010306-308
TESLA-00010311-319
TESLA-00010371-377
TESLA-00010449-451
TESLA-00010461-466
TESLA-00010497-500
TESLA-00010518-523
TESLA-00010654-655
TESLA-00010723-730
TESLA-00011261-262
TESLA-00011266-270
TESLA-00011606-635
TESLA-00011640-641
TESLA-00011647-648
TESLA-00011652-659
TESLA-00011664-682
TESLA-00011691-699

28899628v1

TESLA-00011732-740
TESLA-00011750-756
TESLA-00011770-775
TESLA-00011780-781
TESLA-00011784
TESLA-00011802-806
TESLA-00011809-811
TESLA-00011814-815
TESLA-00011824-845
TESLA-00011870-875
TESLA-00011891-898
TESLA-00011913-915
TESLA-00011917-918
TESLA-00011921-923
TESLA-00011978-981
TESLA-00011987-991
TESLA-00012008-025
TESLA-00012035-037
TESLA-00012042-044
TESLA-00012053-055
TESLA-00012062-079
TESLA-00012080
TESLA-00012082-094
TESLA-00012100-105
TESLA-00012108-132
TESLA-00012151-169
TESLA-00013581-589
TESLA-00013602
TESLA-00013625
TESLA-00013631-635
TESLA-00013640-641
TESLA-00013713-716
TESLA-00014864-868
TESLA-00015821
TESLA-00017232-237
TESLA-00017248
TESLA-00017343
TESLA-00017353-355

TESLA-00017358-359

**RESPONSE**: Tesla objects to this Request because it represents Plaintiffs' counsel's violation of the Protective Order entered in the *Harcourt* matter, which prohibits sharing documents with parties and counsel in this matter.

**Date:** January 3, 2024                Respectfully submitted,

                                                     By: /s/ *Henry Salas*
                                                         HENRY SALAS (815268)
                                                         COLE SCOTT & KISSANE
                                                         9150 S Dadeland Blvd Ste 1400
                                                         Miami, FL 33156-7855
                                                         Office: 786-268-6419
                                                         Fax: 305-373-2294
                                                         henry.salas@csklegal.com

                                                         - and –

                                                         THOMAS P. BRANIGAN *(Admitted Pro Hac Vice)*
                                                         DREW P. BRANIGAN *(Admitted Pro Hac Vice)*
                                                         BOWMAN AND BROOKE LLP
                                                         Columbia Center
                                                         101 W. Big Beaver Road
                                                         Suite 1100
                                                         Troy, MI  48084
                                                         248.205.3300 / 248.205.3399 fax
                                                         thomas.branigan@bowmanandbrooke.com
                                                         drew.branigan@bowmanandbrooke.com

                                                         ***Attorneys for Defendant TESLA, Inc.***

28899628v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically file the foregoing paper with the Court via CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| ADAM T. BOUMEL, ESQ.<br>Florida Bar No.: 0110727<br>THE ROUSSO, BOUMEL LAW FIRM, PLLC.<br>9350 South Dixie Highway<br>Suite 1520<br>Miami, Florida 33156<br>(305) 670-6669<br>Adam@roussolawfirm.com<br>SERVICE EMAILS:<br>pleadings@roussolawfirm.com (primary) Frank@roussolawfirm.com (secondary)<br><br>***Attorneys for Plaintiff*** | DARREN J. ROUSSO, ESQ.<br>Florida Bar No.: 97410<br>THE ROUSSO BOUMEL LAW FIRM PLLC<br>9350 South Dixie Highway<br>Suite 1520<br>Mimi, FL 33156<br>305-670-6669<br>Darren@roussolawfirm.com<br>SERVICE EMAILS:<br>pleadings@roussolawfirm.com<br>Frank@roussolawfirm.com<br><br>***Attorneys for Plaintiff*** |

Respectfully submitted,

By: /s/ *Henry Salas*_____
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855
Office: 786-268-6419
Fax: 305-373-2294
henry.salas@csklegal.com

- and –

THOMAS P. BRANIGAN *(Admitted Pro Hac Vice)*
DREW P. BRANIGAN *(Admitted Pro Hac Vice)*
BOWMAN AND BROOKE LLP
Columbia Center
101 W. Big Beaver Road
Suite 1100
Troy, MI  48084
248.205.3300 / 248.205.3399 fax
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

***Attorneys for Defendant TESLA, Inc.***