UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

## ORDER AMENDING SCHEDULING ORDER AND CERTAIN PRETRIAL DEADLINES

**THIS CAUSE** is before the Court following the hearing held on March 1, 2024. *See* ECF No. [197]. The Court granted the parties' Joint Motion for Extension of Time of Discovery Cutoff Deadline, ECF No. [175], for the reasons stated on the record. *Id.* Accordingly, it is **ORDERED AND ADJUDGED** that the Amended Scheduling Order, **ECF No. [156]**, is further **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **November 4, 2024, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, October 29, 2024**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

Case No. 21-cv-21940-BLOOM/Torres

| | |
|---|---|
| **June 3, 2024** | Parties disclose experts and exchange expert witness summaries or reports. |
| **June 17, 2024** | Parties exchange rebuttal expert witness summaries or reports. |
| **June 28, 2024** | All discovery, including expert discovery, is completed. |
| **July 31, 2024** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all <u>dispositive motions</u>.** |
| **October 21, 2024** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 1, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record