UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

  Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

  Defendant.
_____/

DILLON ANGULO,

  Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

  Defendant.
_____/

Case No. 22-22607-KMM

## JOINT MOTION TO AMEND MEDIATION DEADLINE

The Parties, by and through their undersigned counsel, move this Court to enter an Order amending the current March 5, 2024 mediation deadline to July 21, 2024. In support of their Motion, the Parties state the following:

1. This is an automotive products liability case arising out of an April 25, 2019 two vehicle collision, causing the death of Decedent Naibel Benavides Leon and injuring Plaintiff Dillon Angulo. Plaintiff Benavides filed her lawsuit against Tesla on April 23, 2021. Dillon

Angulo filed a separate lawsuit against Tesla on August 16, 2022. This Court subsequently consolidated both cases and amended its original Scheduling Order on August 31, 2022.[1]

2. On October 25, 2023 the Court entered an Order setting the deadline for meditation for March 5, 2024. *See* (D.E. 144). Under this Order, the previous trial start date was June 3, 2024.

3. Subsequently, the Court entered an Order Amending Scheduling Order and Certain Pretrial Deadlines, which rescheduled the trial from June 3, 2024 to November 4, 2024. *See* (D.E. 156). Notably, this Order did not reset the deadline to mediate.

4. On March 1, 2024, the parties attended a hearing – in part – to amend the current discovery schedule. Due to an oversight, the parties did not ask this Court to move the deadline to mediate.

5. The parties have engaged and continue to engage in significant discovery, including over twenty sets of discovery, as well as the depositions of both Plaintiffs and several fact witnesses. However, the parties still need to conduct expert discovery (due on June 28, 2024). Consequently, additional time is required before the parties are prepared to mediate.

6. For these reasons, the parties request that this Court enter an Order moving the deadline to mediate from March 5, 2024 to July 21, 2024.

## **CONCLUSION**

WHEREFORE, the Parties request that this Court enter an order amending the deadline to mediate from March 5, 2024 to July 21, 2024.

---

[1] Tesla and Plaintiff Benavides previously mediated on November 10, 2021.

**Local Rule 7.1(a)(3) Certification**

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiffs and Defendant have conferred in good faith and agree to the relief requested in this motion.

Date:  March 5, 2024                                    Respectfully submitted,

                                                        s/ *Whitney V. Cruz*
                                                        **WHITNEY V. CRUZ**
                                                        Florida Bar No. 800821
                                                        **BOWMAN AND BROOKE LLP**
                                                        Two Alhambra Plaza, Suite 800
                                                        Coral Gables, FL 33134
                                                        Tel. 305-995-5600 / Fax: 305-995-6100
                                                        whitney.cruz@bowmanandbrooke.com

                                                        **THOMAS P. BRANIGAN**
                                                        (Admitted *Pro Hac Vice*)
                                                        **DREW P. BRANIGAN**
                                                        (Admitted *Pro Hac Vice*)
                                                        **BOWMAN AND BROOKE LLP**
                                                        101 W. Big Beaver Road, Suite 1100
                                                        Troy, MI 48084
                                                        Tel. 248-205-3300 / Fax: 248-205-3399
                                                        thomas.branigan@bowmanandbrooke.com
                                                        drew.branigan@bowmanandbrooke.com

                                                        - and –

                                                        **HENRY SALAS**
                                                        Florida Bar No. 815268
                                                        **COLE SCOTT & KISSANE**
                                                        9150 S Dadeland Blvd, Suite 1400
                                                        Miami, FL 33156-7855
                                                        Tel. 305-350-5300
                                                        Fax: 305-373-2294
                                                        henry.salas@csklegal.com
                                                        *Attorneys for Defendant TESLA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
**Darren J. Rousso, Esq.**
Florida Bar No. 97410
THE ROUSSO, BOUMEL LAW
FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669 Adam@roussolawfirm.com
darren@roussolawfirm.com
pleadings@roussolawfirm.com
*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com
*Attorneys for Plaintiff Neima Benavides*

**Elise R. Sanguinetti, Esq.**
Admitted *Pro Hac Vice*
ARIA SANGUINETTI WANG &
TORRIJOS, LLP
2200 Powell Street, Suite 740
Emeryville, CA 94608
Tel. 510-629-4877
Fax: 510-291-9742
elise@aswtlawyers.com
ncservice@aswtlawyers.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Donald H. Slavik, Esq.**
Admitted *Pro Hac Vice*
**David W. Terry, Esq.**
Admitted *Pro Hac Vice*
**Nicole L. Judge, Esq.**
Admitted *Pro Hac Vice*
SLAVIK LAW FIRM, LLC
3001 South Lincoln Avenue, Suite C-1
Steamboat Springs, CO 80487
Tel. 970-457-1011
Fax: 267-878-7697
dslavik@slavik.us
dterry@slavik.us
njudge@slavik.us
dcaudle@slavik.us
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

                                                s/ *Whitney V. Cruz*
                                                  Whitney V. Cruz