# EXHIBIT "1"

# Part 573 Safety Recall Report      23V-838

| | |
|---|---|
| Manufacturer Name : | Tesla, Inc. |
| Submission Date : | DEC 12, 2023 |
| NHTSA Recall No. : | 23V-838 |
| Manufacturer Recall No. : | SB-23-00-008 |



## Manufacturer Information :

Manufacturer Name : Tesla, Inc.
Address : 1 Tesla Road
Austin TX 78725
Company phone : 6506815000

## Population :

Number of potentially involved : 2,031,220
Estimated percentage with defect : 100 %

## Vehicle Information :

**Vehicle 1 :** 2012-2023 Tesla Model S
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : The subject population includes certain MY 2012-2023 Model S that are equipped with Autosteer and were produced between October 5, 2012, and December 7, 2023, and all MY 2016-2023 Model X vehicles, all MY 2017-2023 Model 3 vehicles and all MY 2020-2023 Model Y vehicles that are equipped with Autosteer and were produced through December 7, 2023.
Production Dates : OCT 05, 2012 - DEC 07, 2023
VIN Range 1 : Begin : NR    End : NR    ☐ Not sequential

**Vehicle 2 :** 2016-2023 Tesla Model X
Vehicle Type :
Body Style :
Power Train : NR
Descriptive Information : The subject population includes certain MY 2012-2023 Model S that are equipped with Autosteer and were produced between October 5, 2012, and December 7, 2023, and all MY 2016-2023 Model X vehicles, all MY 2017-2023 Model 3 vehicles and all MY 2020-2023 Model Y vehicles that are equipped with Autosteer and were produced through December 7, 2023.
Production Dates : SEP 15, 2015 - DEC 07, 2023
VIN Range 1 : Begin : NR    End : NR    ☐ Not sequential

|  |  |
|---|---|
| Vehicle 3 : | 2017-2023 Tesla Model 3 |
| Vehicle Type : |  |
| Body Style : |  |
| Power Train : | NR |
| Descriptive Information : | The subject population includes certain MY 2012-2023 Model S that are equipped with Autosteer and were produced between October 5, 2012, and December 7, 2023, and all MY 2016-2023 Model X vehicles, all MY 2017-2023 Model 3 vehicles and all MY 2020-2023 Model Y vehicles that are equipped with Autosteer and were produced through December 7, 2023. |
| Production Dates : | JUL 15, 2017 - DEC 07, 2023 |
| VIN Range 1 : Begin : | NR  End : NR  ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 4 : | 2020-2023 Tesla Model Y |
| Vehicle Type : |  |
| Body Style : |  |
| Power Train : | NR |
| Descriptive Information : | The subject population includes certain MY 2012-2023 Model S that are equipped with Autosteer and were produced between October 5, 2012, and December 7, 2023, and all MY 2016-2023 Model X vehicles, all MY 2017-2023 Model 3 vehicles and all MY 2020-2023 Model Y vehicles that are equipped with Autosteer and were produced through December 7, 2023. |
| Production Dates : | JAN 09, 2020 - DEC 07, 2023 |
| VIN Range 1 : Begin : | NR  End : NR  ☐ Not sequential |

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | Basic Autopilot is a package that includes SAE Level 2 advanced driver-assistance features, including Autosteer and Traffic-Aware Cruise Control (TACC), that drivers may choose to engage subject to certain defined operating limitations. Autosteer is an SAE Level 2 advanced driver-assistance feature that, in coordination with the TACC feature, can provide steering, braking and acceleration support to the driver subject to certain limited operating conditions. Autosteer is designed and intended for use on controlled-access highways when the feature is not operating in conjunction with the Autosteer on City Streets feature. When Autosteer is engaged, as with all SAE Level 2 advanced driver-assistance features and systems, the driver is the operator of the vehicle. As the vehicle operator, the driver is responsible for the vehicle's movement with their hands on the steering wheel at all times, remaining attentive to surrounding road conditions, and intervening (e.g., steer, brake, accelerate or apply the stalk) as needed to maintain safe operation.<br><br>When Autosteer is engaged, it uses several controls to monitor that the driver is engaged in continuous and sustained responsibility for the vehicle's operation as required. If the driver attempts to engage Autosteer when conditions are not met for engagement, the feature will alert the driver it is unavailable through visual and audible alerts, and Autosteer will not engage. Likewise, if the driver operates Autosteer in conditions where its functionality may be limited or has become deteriorated due to environmental or other circumstances, the feature may warn the driver with visual and audible alerts, restrict speed, and/or instruct the driver to intervene immediately.<br><br>In certain circumstances when Autosteer is engaged, the prominence and scope of the feature's controls may not be sufficient to prevent driver misuse of the SAE Level 2 advanced driver-assistance feature. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | In certain circumstances when Autosteer is engaged, if a driver misuses the SAE Level 2 advanced driver-assistance feature such that they fail to maintain continuous and sustained responsibility for vehicle operation and are unprepared to intervene, fail to recognize when the feature is canceled or not engaged, and/or fail to recognize when the feature is operating in situations where its functionality may be limited, there may be an increased risk of a collision. |
| Description of the Cause : | NR |
| Identification of Any Warning that can Occur : | For a description of Autosteer's general design, including visual and audible alerts, please see the description of the defect above. |

**Involved Components :**

| | |
|---|---|
| Component Name 1 : | Vehicle Software |
| Component Description : | All versions of Autosteer leading up to the version(s) that contains the recall remedy. |
| Component Part Number : | NR |

Supplier Identification :

**Component Manufacturer**

Name : Tesla, Inc.
Address : 1 Tesla Road
Austin Texas 78725
Country : United States

Chronology :

- On August 13, 2021, NHTSA opened a Preliminary Evaluation (PE21-020) to investigate eleven incidents involving stationary first-responder vehicles and Tesla vehicles that were operating with Autosteer engaged.

- Over the next year, as part of PE21-020, Tesla, in full cooperation, responded to extensive information requests from NHTSA and participated in several meetings with the agency.

- On June 8, 2022, NHTSA upgraded PE21-020 to Engineering Analysis ("EA") EA22-002.

- Over the next year, as part of EA22-002, Tesla, in full cooperation, responded to extensive information requests from NHTSA and participated in several meetings with the agency.

- From October 16, 2023, through December 4, 2023, NHTSA and Tesla conducted several meetings to discuss the agency's tentative conclusions regarding EA22-002, as they related to the issue of potential driver misuse when Autosteer is engaged, expectations to address the agency's concerns through a voluntary recall, and Tesla's proposed over-the-air ("OTA") software remedies in response.

- While not concurring with the agency's analysis, in the interest of resolving EA22-002, Tesla determined on December 5, 2023, to voluntarily administer a recall and provide the remedy described below.

- As of December 8, 2023, Tesla has identified 9 warranty claims, received between July 13, 2021, and September 17, 2023, that may be related to the condition described above.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | At no cost to customers, affected vehicles will receive an over-the-air software remedy, which is expected to begin deploying to certain affected vehicles on or shortly after December 12, 2023, with software version 2023.44.30. Remaining affected vehicles will receive an over-the-air software remedy at a later date. The remedy will incorporate additional controls and alerts to those already existing on affected vehicles to further encourage the driver to adhere to their continuous driving responsibility whenever Autosteer is engaged, which includes keeping their hands on the steering wheel and paying attention to the roadway. Depending on vehicle hardware, the additional controls will include, among others, increasing the prominence of visual alerts on the user interface, simplifying engagement and disengagement of Autosteer, additional checks upon engaging Autosteer and while using the feature outside controlled access highways and when approaching traffic controls, and eventual suspension from Autosteer use if the driver repeatedly fails to demonstrate continuous and sustained driving responsibility while the feature is engaged.<br><br>Tesla does not plan to include a statement in the Part 577 owner notification about pre-notice reimbursement because there are no out-of-warranty repairs related to this condition. |
| How Remedy Component Differs from Recalled Component : | The remedy component incorporates the software remedy described above whereas the recalled component does not incorporate the software remedy described above. |
| Identify How/When Recall Condition was Corrected in Production : | Beginning midday on December 7, 2023, Model S, Model X, Model 3 and Model Y vehicles in production received a software release that incorporates the software remedy. |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | All Tesla stores and service centers will be notified about this recall on or shortly after December 12, 2023. Owner notification letters will be mailed in accordance with 49 C.F.R. § 577.7. |
| Planned Dealer Notification Date : | DEC 12, 2023 - DEC 12, 2023 |
| Planned Owner Notification Date : | FEB 10, 2024 - FEB 10, 2024 |

\* NR - Not Reported