# EXHIBIT "10"

1

2                   UNITED STATES DISTRICT COURT

3              SOUTHERN DISTRICT OF FLORIDA (MIAMI)

4    NEIMA BENAVIDES, as          )     Civil Case No.

5    Personal                     )     21-cv-21940-BLOOM

6    Representative of            )     /Otazo-Reyes

7    Naibel Benavides Leon,       )

8    deceased,                    )

9              Plaintiff,          )

10                 v.              )

11   TESLA, INC., a/k/a           )

12   Tesla Florida, Inc.,         )

13              Defendant.         )

14

15              DEPOSITION OF GEORGE McGEE

16              Tuesday, March 15, 2022

17

18

19

20

21

22

23   Reported by:

24   Vanese Killingbeck, RPR, CRR

25   JOB NO. 207717

Page 174

McGee

1
2  why it was that you decided to purchase the Tesla.
3      A.   It was a pretty frustrating experience,
4  because, you know, on the personal level, my family
5  was living 100 miles from my office, despite the
6  fact if you travel some.  And so it became a very
7  large strain on my relationship with my wife,
8  clearly.  A pretty big strain on my office, my
9  business partner.  So effectively I was pulled in
10  multiple directions, my family, business, personal
11  life.  Everybody wanted me in one place, and I
12  happened to be nowhere all at once.  And so with
13  that, I had been looking for something to help make
14  the commute less painful, or I might be able to be
15  on the phone, work, et cetera, feel like, you know,
16  I'm more available in the car than when I'm kind of
17  knuckle on the -- on the steering wheel.
18      Q.   Okay.  Counsel talked to you about you
19  bought this electronically and maybe you watched
20  some videos or, you know, specifically, perhaps, the
21  media influenced you.  But I want to ask you much
22  more specifically about what your experience was
23  prior to buying the Tesla, okay?
24      A.   Okay.
25      Q.   All right.  So tell me, if you can recall,

Page 175

McGee

1
2  what videos or what information you received from
3  videos that gave you confidence in buying a Tesla
4  that would achieve ultimately what you just
5  described, more autonomy as you -- or the car had
6  more autonomy, giving you more freedom.
7      A.   Big picture, and even the ride taken, it
8  was the ability to help me navigate, because I find
9  that navigating is, you know, one of the things that
10  I was spending time trying to do.  I notice I could
11  get there or there were a couple different routes,
12  and going to South Florida when they were doing
13  construction on 95.  I found it was useful for that
14  to help me navigate, which was -- which was
15  frustrating, you know, big picture.  But that's kind
16  of -- if that answers your question.
17      Q.   Well, in terms of the autonomous
18  driving --
19      A.   Right.
20      Q.   -- and autopilot feature, what did that do
21  different in -- in providing you as it relates to
22  you wanting to have, you know, more time to do
23  things in the car that would be more productive?
24      A.   Right --
25           MR. BRANIGAN:  Objection to form.

Page 176

McGee

1
2           THE WITNESS:  Can I answer?
3           MR. LIRO:  Go ahead.  You can answer.
4      A.   I thought it would help me, again, if I
5  did miss seeing a parked car or something, not that
6  I planned to, obviously, it would then be there as
7  well as copilot, if you will.
8           So I viewed it as something to assist me
9  in my drive, and I was actually quite excited about
10  purchasing it for that reason despite the
11  disclaimers, because I believed it would help assist
12  me in being able to go on the highway and do a work
13  call or what have you.
14  BY MR. POSES:
15      Q.   The Maserati you had before this had had
16  Bluetooth, I assume?
17      A.   Yes, sir.
18      Q.   All right.  So tell me about what level
19  of -- what was different about the Tesla than the
20  Maserati besides -- because they both had Bluetooths
21  to talk hands-free.
22           What was different?
23      A.   Really the only -- to help steer and
24  direct the car in traffic.  I've seen quite a few
25  videos of people riding in them in California where

Page 177

McGee

1
2  there would be in traffic and -- now, it wasn't
3  correct -- but they were riding in the backseat or
4  what have you, and I don't know how they figured out
5  the steering wheel thing.  I don't care.  Wasn't
6  planning on doing that.  Generally believe myself to
7  be a safe driver.  But what was an average idea to
8  help me steer and stay in traffic.  Particularly on
9  a 100-mile commute when you generally encounter
10  quite a bit of traffic.  So on a good day, it's two
11  hours.  On a bad day, it's -- you guys live down
12  here, it's four hours.
13           And so with that stretch of highway in
14  Miami proper, and I'm unfortunately going from Boca
15  to Key Largo, unless you've got an aerial vehicle,
16  you risk massive traffic.  And so the other thing
17  that enamored me quite a bit was the ability to help
18  me in traffic.
19      Q.   Okay.  Now, from January from the time of
20  purchase up until the time this accident happened,
21  you spoke to us about the fact that you had -- you
22  said about 90 percent of the time on the drive; is
23  that right?
24      A.   Yes, sir.
25      Q.   Tell me about the other 10 percent and why

Page 178

McGee

1
2   you didn't use it, if you can recall.
3        A.   It's a good question.  I can't really
4   recall.  I was probably thinking it was, again,
5   primarily related to really quick, hey, ran to the
6   gas station.  Not really going to use autopilot for
7   that, or, as I mentioned, I think some of my office
8   drives, it actually was a great driving car as well.
9   Did my driving for 2.7 miles.
10       Q.   Okay.  So and maybe -- I think I got it
11  wrong then.  So when you -- you would use autopilot,
12  then, when you took the long drives; is that right?
13       A.   Oh, yes, sir.  Always.
14       Q.   Okay.
15       A.   Just thinking it -- I'm out driving,
16  90 percent of the time it was on.
17       Q.   I understand.  Okay.  In the times that
18  you used the autopilot in that three months or so,
19  have either of the autopilot, autosteer, or the
20  automatic braking system or collision avoidance,
21  these types of features, had they engaged
22  automatically while you were driving?
23            MR. BRANIGAN:  Objection to form.
24       A.   I feel like I had observed it working.
25  Right when I first purchased the car, I was more

Page 179

McGee

1
2   tentative about what it could or couldn't do.  I
3   never had one or driven one at that point.  And as I
4   spent more time with it, got more comfortable, I
5   thought, obviously not -- not on what it could and
6   couldn't do.
7   BY MR. POSES:
8        Q.   When you say you were tentative in the
9   beginning, talk to me about it.
10       A.   Meaning I was learning the new car and the
11  new technology.  Much like any other car, usually
12  it's a period of time for you to acclimate yourself
13  to the vehicle.  Given this had other features that
14  I was excited about, I was tentative about how they
15  might work.  And, again, I thought I learned how to
16  use them.
17       Q.   Tell me which features you're talking
18  about specifically.
19       A.   Primarily the autopilot, but I believe
20  that engages everything.  I'm not -- technically
21  accurate, I'm not sure, but I believe that engaged
22  everything.  So it was the autopilot generally,
23  which, like I said, I was recalling, and I hadn't
24  thought about this in a couple years.  I think you
25  tap twice on that little stick and it turns

Page 180

McGee

1
2   everything on.  Again, could be wrong, but that was
3   my recollection.
4        Q.   All right.  Just jumping around a little.
5   You testified earlier that you never looked at the
6   manual -- through the physical manual or online on
7   the dash; is that right?
8        A.   Yes, sir, I believe so.
9        Q.   Okay.  You went through a Maserati.  You
10  talked about your first car, a Prelude.
11       A.   Mm-hmm.
12       Q.   Mine too.
13       A.   Yeah.
14       Q.   And a Jeep that you rebuilt in '79.  Or at
15  least a '79 Jeep.
16       A.   Yes, sir.
17       Q.   And perhaps other vehicles that -- any of
18  those vehicles that you spent any time with the
19  owner's manual?
20       A.   No, sir.
21       Q.   Why not?
22       A.   Generally feel I usually have a pretty
23  good feel for cars really or wrongly, I'm
24  probably someone who learns by experience and videos
25  and things.  I just read a lot of paper, period.

Page 181

McGee

1
2        Q.   All right.  Even the Jeep that you
3   rebuild, the owner's manual, you ever spend any time
4   with it?
5        A.   Definitely not.  Now, I did -- I did have
6   a book -- I still have it -- of how to assemble a
7   Jeep.  But I would say it's more of a repair manual
8   so I can take one apart, put it back together.  But
9   I, you know, didn't read the owner's manual for
10  that.
11       Q.   So you -- you took that Jeep apart and put
12  it back together absent the owner's manual entirely?
13       A.   Yes, sir.
14       Q.   Okay.  Have you, since the accident,
15  looked at the owner's manual to learn about this
16  Tesla any more so than you had taken the time to do
17  previously?
18       A.   No, sir.
19       Q.   You told me you bought the car -- you told
20  counsel and us you bought the car with an app or
21  electronically; is that right, on your phone?
22       A.   Yes, sir.
23       Q.   Tell me -- walk me through that.
24       A.   I had -- just putting -- sometimes make
25  impulsive purchases.  I wanted a car -- I've been