# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
_____/

## MOTION FOR HEARING

Plaintiffs, Neima Benavides and Dillon Angulo, by and through their undersigned counsel, hereby move this Honorable Court for a hearing on Discovery related issues and states as follows:

HEARING DETAILS:

| | |
|---|---|
| Date: | Thursday, April 4th, 2024 |
| Time: | 1:30 PM |
| Magistrate: | The Honorable Edwin G. Torres |
| Place: | James Lawrence King Federal Justice Building |
| | 99 NE 4th Street, Tenth Floor, Courtroom 5 |
| | Miami, FL 33132 |
| | If Via Zoom (link to be provided) |

<u>Substance of discovery matter to be heard</u>:

1. Plaintiff's Request for Modification of Protective Order. [Please see, Exhibit A]

WHEREFORE, Plaintiff requests that this Honorable Court grant his motion for hearing to address Plaintiff's Request for Modification of Protective Order.

**CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel has conferred with counsel for Tesla, Inc., in a good faith effort to resolve the issues raised in this motion, to no avail.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of March 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Respectfully Submitted,

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By:   /s/ *Adam T. Boumel, Esq.*
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email: adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com
Assistant@roussolawfirm.com