**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,
v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*, Defendant.
_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,
v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*, Defendant.
_____/

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Plaintiffs Neima Benavides and Dillon Angulo, file this Motion for Leave to File Document Under Seal Pursuant to Court Oder [DE 126] and Local Rule 5.4(b)(1), and in support thereof say:

1. In Plaintiffs' Joint Motion for Hearing [DE 177], Plaintiffs attached documents containing information Defendant Tesla seeks to be filed under seal.

2. Plaintiffs previously filed a Motion for Leave to File Document Under Seal [DE 191] that sought to seal Exhibit E to Plaintiffs' Joint Motion for Hearing [DE 177].

3. Defendant's counsel informed Plaintiffs' counsel on March 20, 2024, that the Court could not seal the Exhibit because it was not filed separately as an exhibit.

4. Consequently, Defense counsel asked Plaintiffs to file this motion for leave to seal the entire Joint Motion for Hearing [DE 177].

5. Plaintiffs became aware of this issue on March 20, 2024, and Plaintiffs immediately agreed to do so.

6. Accordingly, Plaintiffs hereby seek leave to file Plaintiffs' Joint Motion for Hearing [DE 177] under seal.

7. Pursuant to Local Rule 7.1(a)(3), Plaintiffs certify that the parties have conferred and agree to the relief sought in this Motion. Accordingly, Plaintiffs respectfully ask this Court to grant their Motion for Leave to File DE 177 under seal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **March 21st, 2024**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

>
> Respectfully Submitted,
>
> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway
> Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By: */s/ Adam T. Boumel, Esq.*
> Adam T. Boumel, Esq.
> Florida Bar No.: 0110727
> Direct email: adam@roussolawfirm.com
> Service emails:
> Pleadings@roussolawfirm.com
> Assistant@roussolawfirm.com