**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

DILLON ANGULO,                           Case No. 22-22607-KMM

      Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

<u>NOTICE OF DISCOVERY HEARING</u>
(Add-On)

      **PLEASE TAKE NOTICE** that Tesla, Inc. ("Tesla"), through undersigned counsel, submits the following additional discovery related issues to be heard before the **Honorable Magistrate Edwin G. Torres** at the April 4, 2024 discovery hearing set by this Court (DE 208):

| | |
|---|---|
| **DATE:** | **Thursday, April 4, 2024** |
| **TIME:** | **1:30 p.m.** |
| **LOCATION:** | **James L. King Federal Justice Building**<br>**99 NE 4th Street, Tenth Floor, Courtroom 5**<br>**Miami, FL 33132** |

**If Via Zoom            (link to be provided)**

**ISSUES:**

- Dillon Angulo's Responses to Tesla's Request for Admission Set 1 (attached as Exhibit A)

- Dillon Angulo's Responses to Tesla's Request for Production Set 2 (attached as Exhibit B)

- Neima Benavides Responses to Tesla's Request for Admission Set 3 (attached as Exhibit C)

- Neima Benavides' Responses to Tesla's Request for Production Set 5 (attached as Exhibit D)

**WHEREFORE**, Tesla requests that the Court address the discovery items referenced above at the Parties' April 4 discovery hearing.

## CERTIFICATE OF CONFERRING WITH COUNSEL
## <u>PURSUANT TO RULE 7.1(A)(3)</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel has conferred with counsel for Plaintiffs in a good faith effort to resolve the issues raised in this motion, to no avail.

Date:  March 22, 2024                              Respectfully submitted,

                                                   s/  Whitney V. Cruz
                                                   **WHITNEY V. CRUZ**
                                                   Florida Bar No. 800821
                                                   **BOWMAN AND BROOKE LLP**
                                                   Two Alhambra Plaza, Suite 800
                                                   Coral Gables, FL 33134
                                                   Tel. 305-995-5600 / Fax: 305-995-6100
                                                   whitney.cruz@bowmanandbrooke.com

                                                   **THOMAS P. BRANIGAN**
                                                   (Admitted *Pro Hac Vice*)
                                                   **DREW P. BRANIGAN**
                                                   (Admitted *Pro Hac Vice*)
                                                   **BOWMAN AND BROOKE LLP**
                                                   101 W. Big Beaver Road, Suite 1100
                                                   Troy, MI 48084
                                                   Tel. 248-205-3300 / Fax: 248-205-3399
                                                   thomas.branigan@bowmanandbrooke.com
                                                   drew.branigan@bowmanandbrooke.com

                                                   - and –

                                                   **HENRY SALAS**
                                                   Florida Bar No. 815268
                                                   **COLE SCOTT & KISSANE**
                                                   9150 S Dadeland Blvd, Suite 1400
                                                   Miami, FL 33156-7855
                                                   Tel. 305-350-5300
                                                   Fax: 305-373-2294
                                                   henry.salas@csklegal.com

                                                   *Attorneys for Defendant TESLA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
**Darren J. Rousso, Esq.**
Florida Bar No. 97410
THE ROUSSO, BOUMEL LAW
FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
darren@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Elise R. Sanguinetti, Esq.**
Admitted *Pro Hac Vice*
ARIA SANGUINETTI WANG &
TORRIJOS, LLP
2200 Powell Street, Suite 740
Emeryville, CA 94608
Tel. 510-629-4877
Fax: 510-291-9742
elise@aswtlawyers.com
ncservice@aswtlawyers.com
*Co-Counsel for Plaintiffs Dillon Angulo and
Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com
*Co-Counsel for Plaintiffs Dillon Angulo and
Neima Benavides*

**Donald H. Slavik, Esq.**
Admitted *Pro Hac Vice*
**David W. Terry, Esq.**
Admitted *Pro Hac Vice*
**Nicole L. Judge, Esq.**
Admitted *Pro Hac Vice*
SLAVIK LAW FIRM, LLC
3001 South Lincoln Avenue, Suite C-1
Steamboat Springs, CO 80487
Tel. 970-457-1011
Fax: 267-878-7697
dslavik@slavik.us
dterry@slavik.us
njudge@slavik.us
dcaudle@slavik.us
*Co-Counsel for Plaintiffs Dillon Angulo and*
*Neima Benavides*

s/ *Whitney V. Cruz*
Whitney V. Cruz