# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel*
*Benavides Leon, deceased*,
      Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*,
      Defendant.

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,
      Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,
      Defendants.

_____/

**DILLON ANGULO'S RESPONSES TO**
**TESLA'S FIRST REQUEST FOR ADMISSIONS**

**REQUEST NO. 1:**    Admit that you have no evidence that – prior to the Subject Incident – George McGee read, listened to, or heard the statements allegedly made by Elon Musk in the video described in Request 39 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 2:**    Admit that you have no evidence that – prior to the Subject Incident – George McGee watched the video described in Request 39 of Plaintiffs' First Requests for Admission.

**DILLON ANGULO'S RESPONSES TO TESLA'S FIRST REQUEST FOR ADMISSIONS – Page 1**

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 3:**   Admit that you have no evidence that – prior to the Subject Incident – George McGee read the statements allegedly made by Tesla in the blog post described in Request 40 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 4:**   Admit that you have no evidence that – prior to the Subject Incident – George McGee read the statements allegedly made by Tesla in the blog post described in Request 42 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 5:**   Admit that you have no evidence that – prior to the Subject Incident – George McGee read the statements allegedly made by Tesla in the blog post described in Request 44 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 6:**   Admit that you have no evidence that – prior to the Subject Incident – George McGee read the statements allegedly made by Tesla in the blog post described in Request 47 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 7:**   Admit that you have no evidence that – prior to the Subject Incident – George McGee read the statements allegedly made by Tesla in the blog post described in Request 50 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 8:**    Admit that you have no evidence that – prior to the Subject Incident – George McGee watched the video described in Request 51 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 9:**    Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Tesla in the video described in Request 51 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 10:**   Admit that you have no evidence that – prior to the Subject Incident – George McGee watched or heard the videos allegedly posted by Elon Musk which are described in Request 52 of Plaintiffs' First Request for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 11:**   Admit that you have no evidence that – prior to the Subject Incident – George McGee watched or heard the interview described in Requests 53-54 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 12:**   Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk the interview described in Request 53 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 13:**   Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk the interview described in Request 54 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 14:** Admit that you have no evidence that – prior to the Subject Incident – George McGee read the statements allegedly made by Tesla which are described in Request 55 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 15:** Admit that you have no evidence that – prior to the Subject Incident – George McGee read the statements allegedly made by Tesla which are described in Request 56 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 16:** Admit that you have no evidence that – prior to the Subject Incident – George McGee watched or heard the video described in Request 57 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 17:** Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk in the video described in Request 57 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 18:** Admit that you have no evidence that – prior to the Subject Incident – George McGee watched or heard the video described in Request 59 of Plaintiffs' First Requests for Admission.

**RESPONSE:** Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 19:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk in the video described in Request 59 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 20:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee watched or heard the Tesla Press Conference described in Requests 60-63 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 21:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk which are described in Request 60 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 22:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk which are described in Request 61 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 23:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk which are described in Request 62 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 24:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk which are described in Request 63 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 25:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee watched or heard the Tesla Press Conference described in Requests 64-65 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 26:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk which are described in Request 64 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 27:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk which are described in Request 65 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 28:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee watched the video described in Request 59 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 29:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk which are described in Request 66 of Plaintiffs First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 30:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read the statements allegedly made by Tesla in the blog post described in Request 68 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 31:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee watched or heard the video described in Requests 70-71 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 32:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Tesla which are described in Request 72 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 33:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee watched or heard the video described in Requests 75-78 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 34:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee watched or heard the video described in Requests 79-81 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 35:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read the statements allegedly made by Elon Musk which are described in Request 82 of Plaintiffs' Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 36:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee watched or heard the video described in Request 83 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 37:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk which are described in Request 83 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 38:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee watched or heard the video described in Request 84 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 39:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk which are described in Request 84 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

**REQUEST NO. 40:**  Admit that you have no evidence that – prior to the Subject Incident – George McGee read or heard the statements allegedly made by Elon Musk which are described in Request 83 of Plaintiffs' First Requests for Admission.

**RESPONSE:**  Plaintiff can neither admit nor deny this Request because, aside from George McGee's testimony, Plaintiff does not know what material George McGee read, listened to, watched, or heard about Tesla, his vehicle, or any aspect of its performance.

DATED March 10, 2024.

SLAVIK LAW FIRM, LLC
3001 S. Lincoln Ave., Suite C-1
Steamboat Springs, CO  80487
(970) 457-1011

**_/s/ Donald H. Slavik_**
Donald H. Slavik, Esq.
Colorado Bar No. 33860
*Admitted Pro Hac Vice 02/02/2023*

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2024, a true and correct copy of the foregoing was served via email to all counsel identified in the below service list.

**_/s/ Donald H. Slavik_**
Donald H. Slavik, Esq.

**DILLON ANGULO'S RESPONSES TO TESLA'S FIRST REQUEST FOR ADMISSIONS – Page 9**

<u>**SERVICE LIST**</u>

| | |
|---|---|
| <u>**Cole, Scott & Kissane, P.A.**</u><br>9150 S. Dadeland Blvd, Suite 1400<br>Miami, Florida 33156<br>**Attn: Henry Salas, Esq.**<br>henry.salas@csklegal.com<br>leisy.martinez@csklegal.com<br>*Counsel for Defendant, Tesla, Inc.* | <u>**Eaton & Wolk PL**</u><br>2665 South Bayshore Dr., Suite 609<br>Miami, FL 33133<br>**Attn: Doug Eaton, Esq.**<br>deaton@eatonwolk.com<br>*Co-Counsel for both Plaintiffs.* |
| <u>**Bowman and Brooke LLP**</u><br>41000 Woodward Ave., Suite 200E<br>Bloomfield Hills, Michigan 48304<br>**Attn: Thomas P. Branigan, Esq.**<br>**Attn: Drew P. Branigan, Esq.**<br>thomas.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br>*Counsel for Defendant, Tesla, Inc.* | |
| <u>**Aria Sanguinetti Wang & Torrijos, LLP**</u><br>2200 Powell Street, Suite 740<br>Emeryville, CA 94608<br>**Attn: Elise R. Sanguinetti, Esq.**<br>elise@aswtlawyers.com<br>ncservice@aswtlawyers.com<br>*Co-Counsel for both Plaintiffs.* | |
| <u>**Poses & Poses, P.A.**</u><br>169 East Flagler Street, Suite 1600<br>Miami, Florida 33156<br>**Attn: Todd Poses, Esq.**<br>tposes@posesandposes.com<br>Maria@posesandposes.com<br>*Counsel for Plaintiff, Neima Benavides* | |
| <u>**The Rousso, Boumel Law Firm, PLLC**</u>.<br>9350 South Dixie Highway<br>Suite 1520<br>Miami, Florida 33156<br>**Attn: Adam T. Boumel**<br>adam@roussolawfirm.com<br>*Counsel for Plaintiff, Dillon Angulo* | |