# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,
    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*,
    Defendant.
_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,
    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,
    Defendants.
_____/

**NEIMA BENAVIDES'S RESPONSES TO
TESLA'S FIFTH REQUEST FOR PRODUCTION**

**REQUEST NO. 1:** If your Response to Request 1 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Not applicable. Plaintiff admitted Request 1 of Tesla's Second Request for Admission on or about May 10, 2023.

However, assuming Defendant seeks materials supporting Plaintiff's Response to Request 1 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**NEIMA BENAVIDES'S RESPONSES TO TESLA'S FIFTH REQUEST FOR PRODUCTION – Page 1**

**REQUEST NO. 2:** If your Response to Request 2 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Assuming Defendant seeks materials supporting Plaintiff's Response to Request 2 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 3:** If your Response to Request 3 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 3 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 3 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 4:** If your Response to Request 4 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 4 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 4 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 5:** If your Response to Request 5 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 5 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 5 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 6:** If your Response to Request 6 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 6 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 6 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 7:** If your Response to Request 7 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 7 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 7 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 8:** If your Response to Request 8 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 8 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 8 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 9:** If your Response to Request 9 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 9 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 9 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case

No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 10:** If your Response to Request 10 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 10 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 10 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 11:** If your Response to Request 11 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 11 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 11 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 12:** If your Response to Request 12 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 12 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 12 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 13:** If your Response to Request 13 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 13 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 13

of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 14:**  If your Response to Request 14 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 14 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 14 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 15:**  If your Response to Request 15 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 15 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 15 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 16:**  If your Response to Request 16 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 16 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 16 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 17:**  If your Response to Request 17 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To

Plaintiff's knowledge, Defendant has not propounded to her a Request 17 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 17 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 18:** If your Response to Request 18 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 18 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 18 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 19:** If your Response to Request 19 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 19 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 19 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 20:** If your Response to Request 20 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 20 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 20 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 21:** If your Response to Request 21 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:**  Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 21 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 21 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 22:**  If your Response to Request 22 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:**  Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 22 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 22 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 23:**  If your Response to Request 23 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:**  Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 23 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 23 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 24:**  If your Response to Request 24 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:**  Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 24 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 24 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 25:**  If your Response to Request 25 of Tesla's Second Request for Admission

was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 25 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 25 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 26:** If your Response to Request 26 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 26 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 26 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 27:** If your Response to Request 27 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 27 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 27 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 28:** If your Response to Request 28 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 28 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 28 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 29:**  If your Response to Request 29 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:**  Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 29 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 29 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 30:**  If your Response to Request 30 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:**  Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 30 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 30 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 31:**  If your Response to Request 31 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:**  Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 31 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 31 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 32:**  If your Response to Request 32 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:**  Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 32 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 32 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case

No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 33:**  If your Response to Request 33 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 33 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 33 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 34:**  If your Response to Request 34 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 34 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 34 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 35:**  If your Response to Request 35 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 35 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 35 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 36:**  If your Response to Request 36 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical.  To Plaintiff's knowledge, Defendant has not propounded to her a Request 36 of a Second Request for Admission.  Assuming Defendant seeks materials supporting Plaintiff's Response to Request 36

of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 37:** If your Response to Request 37 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 37 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 37 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 38:** If your Response to Request 38 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 38 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 38 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 39:** If your Response to Request 39 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 39 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 39 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

**REQUEST NO. 40:** If your Response to Request 40 of Tesla's Second Request for Admission was anything other than an admission, produce a copy of all documents, videos, photos, statements, or any other record that form the factual basis for your response.

**RESPONSE:** Plaintiff objects to the foregoing Request for Production in that it nonsensical. To Plaintiff's knowledge, Defendant has not propounded to her a Request 40 of a Second Request for Admission. Assuming Defendant seeks materials supporting Plaintiff's Response to Request 40 of Tesla's *Third* Request for Admission, Defendant is referred to the March 15, 2022, deposition transcript of George McGee in the underlying consolidated case, *Benavides v. Tesla, Inc.*, Case No. 21-cv-21940-BLOOM/Otazo-Reyes, which Plaintiff reasonably believes is already in Defendant's possession.

DATED March 10, 2024.

SLAVIK LAW FIRM, LLC
3001 S. Lincoln Ave., Suite C-1
Steamboat Springs, CO  80487
(970) 457-1011

**/s/ *Donald H. Slavik***
Donald H. Slavik, Esq.
Colorado Bar No. 33860
*Admitted Pro Hac Vice 02/02/2023*

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2024, a true and correct copy of the foregoing was served via email to all counsel identified in the below service list.

**/s/ *Donald H. Slavik***
Donald H. Slavik, Esq.

**SERVICE LIST**

| | |
|---|---|
| **Cole, Scott & Kissane, P.A.**<br>9150 S. Dadeland Blvd, Suite 1400<br>Miami, Florida 33156<br>**Attn: Henry Salas, Esq.**<br>henry.salas@csklegal.com<br>leisy.martinez@csklegal.com<br>*Counsel for Defendant, Tesla, Inc.* | **Eaton & Wolk PL**<br>2665 South Bayshore Dr., Suite 609<br>Miami, FL 33133<br>**Attn: Doug Eaton, Esq.**<br>deaton@eatonwolk.com<br>*Co-Counsel for both Plaintiffs.* |
| **Bowman and Brooke LLP**<br>41000 Woodward Ave., Suite 200E<br>Bloomfield Hills, Michigan 48304<br>**Attn: Thomas P. Branigan, Esq.**<br>**Attn: Drew P. Branigan, Esq.**<br>thomas.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br>*Counsel for Defendant, Tesla, Inc.* | |
| **Aria Sanguinetti Wang & Torrijos, LLP**<br>2200 Powell Street, Suite 740<br>Emeryville, CA 94608<br>**Attn: Elise R. Sanguinetti, Esq.**<br>elise@aswtlawyers.com<br>ncservice@aswtlawyers.com<br>*Co-Counsel for both Plaintiffs*. | |
| **Poses & Poses, P.A.**<br>169 East Flagler Street, Suite 1600<br>Miami, Florida 33156<br>**Attn: Todd Poses, Esq.**<br>tposes@posesandposes.com<br>Maria@posesandposes.com<br>*Counsel for Plaintiff, Neima Benavides* | |
| **The Rousso, Boumel Law Firm, PLLC**.<br>9350 South Dixie Highway<br>Suite 1520<br>Miami, Florida 33156<br>**Attn: Adam T. Boumel**<br>adam@roussolawfirm.com<br>*Counsel for Plaintiff, Dillon Angulo* | |