UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                        Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**TESLA, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO
ANSWER PLAINTIFFS' CONSOLIDATED AND AMENDED COMPLAINT**

Tesla, Inc. ("Tesla") through undersigned counsel, moves the Court to extend the deadline for Tesla's Answer to Plaintiffs' Consolidated and Amended Complaint. Specifically, Tesla requests that the deadline be set for fourteen (14) days after an order is entered resolving Tesla's Motion to Strike Portions of Plaintiffs' Consolidated and Amended Complaint. (D.E. 209). In support of its Motion, Tesla states the following:

1. On March 1, 2024, the Court entered an Order granting and denying in part Plaintiffs' Motion for Leave to Consolidate and Amend Complaint, setting a March 11 deadline for Plaintiffs' Amendment. *See* (D.E. 198).

2. Plaintiffs filed their Consolidated and Amended Complaint on March 11, setting Tesla's deadline to respond for March 25 pursuant to Fed. R. Civ. P. 15.

3. Tesla subsequently filed its Motion to Strike Portions of Plaintiffs' Consolidated and Amended Complaint for Violation of Order and March 1 Rulings Concerning Same. (D.E. 209) ("the Motion").[1] Tesla also designated that Motion as Expedited and requested a ruling prior to the March 25 deadline.

4. Because Tesla's Motion to Strike is pending, Tesla's March 25 deadline remains live. Additionally, during conference on the instant issue, Plaintiffs expressed the desire to file responsive briefing on Tesla's Motion to Strike. Consequently, Tesla requests that the Court extend Tesla's deadline to Answer Plaintiffs' Consolidated and Amended Complaint until 14 days after the entry of an order resolving Tesla's Motion to Strike. Tesla also requests that the Court permit the normal response and reply briefing schedule for Tesla's Motion to Strike, consistent with Local Rule 7.1(c).

## CONCLUSION

**WHEREFORE**, Tesla, Inc. moves the Court to extend Tesla's deadline to Answer Plaintiffs' Consolidated and Amended Complaint until 14 days after the entry of an order resolving Tesla's Motion to Strike. Tesla also requests that the Court permit the normal response and reply briefing schedule for Tesla's Motion to Strike, consistent with Local Rule 7.1(c).

## Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiffs and Tesla conferred regarding the issues expressed in this Motion on March 22, 2024. Plaintiffs **do not oppose** the relief sought.

---

[1] In the alternative, Tesla requested that the Court extend Tesla's deadline to Answer by 14 days to April 8.

Date:  March 22, 2024	Respectfully submitted,

*s/ Whitney V. Cruz*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

- and –

**HENRY SALAS**
Florida Bar No. 815268
**COLE SCOTT & KISSANE**
9150 S Dadeland Blvd, Suite 1400
Miami, FL 33156-7855
Tel. 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

*Attorneys for Defendant TESLA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
**Darren J. Rousso, Esq.**
Florida Bar No. 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
darren@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Elise R. Sanguinetti, Esq.**
Admitted *Pro Hac Vice*
ARIA SANGUINETTI WANG & TORRIJOS, LLP
2200 Powell Street, Suite 740
Emeryville, CA 94608
Tel. 510-629-4877
Fax: 510-291-9742
elise@aswtlawyers.com
ncservice@aswtlawyers.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Donald H. Slavik, Esq.**
Admitted *Pro Hac Vice*
**David W. Terry, Esq.**
Admitted *Pro Hac Vice*
**Nicole L. Judge, Esq.**
Admitted *Pro Hac Vice*
SLAVIK LAW FIRM, LLC
3001 South Lincoln Avenue, Suite C-1
Steamboat Springs, CO 80487
Tel. 970-457-1011
Fax: 267-878-7697
dslavik@slavik.us
dterry@slavik.us
njudge@slavik.us
dcaudle@slavik.us
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

                                          s/ *Whitney V. Cruz*
                                            Whitney V. Cruz