**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased,

Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

Defendant.
__________________________________/

DILLON ANGULO, Case No. 22-22607-KMM

Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

Defendant.
__________________________________/

**SUPPLEMENTAL NOTICE OF DISCOVERY HEARING**
(Add-On)

**PLEASE TAKE NOTICE** that Tesla, Inc. ("Tesla"), through undersigned counsel, submits the following additional discovery related issues to be heard before the **Honorable Magistrate Edwin G. Torres** at the April 4, 2024 discovery hearing set by this Court (DE 208):

**DATE:** **Thursday, April 4, 2024**

**TIME:** **1:30 p.m.**

**LOCATION:** **James L. King Federal Justice Building**
**99 NE 4th Street, Tenth Floor, Courtroom 5**
**Miami, FL 33132**

**If Via Zoom** **(link to be provided)**

**ISSUES:**

- Dillon Angulo's Response and Supplemental Production of documents in Response to Requests 2 and 3 of Tesla's First Set of Requests for Production (attached as Ex. A).

**WHEREFORE**, Tesla requests that the Court address the discovery items referenced above at the Parties' April 4 discovery hearing.

**CERTIFICATE OF CONFERRING WITH COUNSEL**
**PURSUANT TO RULE 7.1(A)(3)**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel has conferred with counsel for Plaintiffs in a good faith effort to resolve the issues raised in this motion, to no avail.

Date: April 1, 2024

Respectfully submitted,

*s/ Whitney V. Cruz*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

- and –

**HENRY SALAS**
Florida Bar No. 815268
**COLE SCOTT & KISSANE**
9150 S Dadeland Blvd, Suite 1400
Miami, FL 33156-7855
Tel. 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

*Attorneys for Defendant TESLA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
**Darren J. Rousso, Esq.**
Florida Bar No. 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
darren@roussolawfirm.com
pleadings@roussolawfirm.com
*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com
*Attorneys for Plaintiff Neima Benavides*

**Elise R. Sanguinetti, Esq.**
Admitted *Pro Hac Vice*
ARIA SANGUINETTI WANG & TORRIJOS, LLP
2200 Powell Street, Suite 740
Emeryville, CA 94608
Tel. 510-629-4877
Fax: 510-291-9742
elise@aswtlawyers.com
ncservice@aswtlawyers.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Donald H. Slavik, Esq.**
Admitted *Pro Hac Vice*
**David W. Terry, Esq.**
Admitted *Pro Hac Vice*
**Nicole L. Judge, Esq.**
Admitted *Pro Hac Vice*
SLAVIK LAW FIRM, LLC
3001 South Lincoln Avenue, Suite C-1
Steamboat Springs, CO 80487
Tel. 970-457-1011
Fax: 267-878-7697
dslavik@slavik.us
dterry@slavik.us
njudge@slavik.us
dcaudle@slavik.us
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Whitney V. Cruz*
Whitney V. Cruz