# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case  No.:  21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc., Defendant.
_____/

DILLON  ANGULO,                              Case No.: 22-cv-22607-KMM

      Plaintiff,

v.

      TESLA, INC. a/k/a Tesla Florida, Inc.,
      Defendant.
_____/

## DILLON ANGULO'S RESPONSES TO
## DEFENDANT, TESLA, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION

      Dillon Angulo, by and through his undersigned counsel, hereby gives his responses to the First Set of Requests for Production propounded by Defendant, Defendant, Tesla, Inc., a/k/a Tesla Florida, Inc. ("Tesla"), as follows:

      2.       The retained copies or other suitable copies of your United States Income Tax Returns for the following years: 2016, 2017, 2018, 2019, and 2020, and 2021.

      **<u>RESPONSE</u>:  None in possession as of the current date. Plaintiff is attempting to locate responsive documents and will produce same if and when same are located under separate cover, with redaction of the first six digits of his Social Security Number.**

      3.       Proof of all earned income and proof of all non-earned income for any year that a Federal Income Tax Return has not been filed by you.

      **<u>RESPONSE</u>:  Plaintiff objects to the foregoing Request for Production in that it is vague, ambiguous, overly broad, unduly burdensome, and unlimited in scope of time.  Without provision of specificity, Plaintiff is unable to respond to this Request.**

### CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, a true and correct copy of the foregoing was served via email to all counsel identified in the below service list.

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By:     ___/s/ *Adam T. Boumel, Esq.*___
Adam T. Boumel, Esq.

Florida Bar No.: 0110727
Direct email: adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com
Frank@roussolawfirm.com

**SERVICE LIST**

**Cole, Scott & Kissane, P.A.**
9150 S. Dadeland Blvd, Suite 1400
Miami, Florida 33156
**Attn: Henry Salas, Esq.**
henry.salas@csklegal.com
leisy.martinez@csklegal.com
*Counsel for Defendant, Tesla, Inc.*

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Thomas P. Branigan, Esq.**
**Attn: Drew P. Branigan, Esq.**
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant, Tesla, Inc.*

**Aria Sanguinetti Wang & Torrijos, LLP**
2200 Powell Street, Suite 740
Emeryville, CA 94608
**Attn: Elise R. Sanguinetti, Esq.**
elise@aswtlawyers.com
ncservice@aswtlawyers.com
*Co-Counsel for both Plaintiffs.*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiff, Neima Benavides*

**Slavik Law Firm, LLC**
30001 S. Lincoln Ave, Suite C-1
Steamboat Springs, CO 80487
**Attn: Donald Slavik, Esq.**
dslavik@slavik.us
dcaudle@slavik.us
*Co-Counsel for both Plaintiffs.*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Co-Counsel for both Plaintiffs.*