UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-21940-BLOOM/TORRES

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                  Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

**MOTION FOR WITHDRAWAL OF REPRESENTATION**
**AND SUBSTITUTION OF COUNSEL**

Defendant's counsels, HENRY SALAS, ESQ., SEAN HERNANDEZ, ESQ., and SAHILY ORTEGA, ESQ., of COLE, SCOTT & KISSANE, P.A., pursuant to Local Rule 11.1(d)(3), respectfully moves this Court for an Order permitting them to withdraw from representation of the Defendant, TESLA, INC. a/k/a Tesla Florida, Inc., and for substitution of counsel and in support

states the following:

1. The undersigned attorneys and law firm, COLE, SCOTT & KISSANE, P.A., will no longer be representing TESLA, INC. a/k/a Tesla Florida, Inc.

2. Defendant, TESLA, INC. a/k/a Tesla Florida, Inc., will continue to be represented by counsel, BOWMAN and BROOKE, LLP. The firm, BOWMAN and BROOKE, LLP, will have its local office, specifically attorney WHITNEY V. CRUZ, ESQ., stipulate in for the undersigned attorneys and law firm, COLE, SCOTT & KISSANE, P.A.

3. The Defendant has been given notification of the proposed withdrawal and consents. Defendant will continue to be represented by BOWMAN and BROOKE, LLP.

4. Plaintiff has also been given notification of the proposed withdrawal and does not object to the requested relief.

WHEREFORE, for the foregoing reasons, the undersigned counsel respectfully requests this Court to enter an Order permitting HENRY SALAS, ESQ., SEAN HERNANDEZ, ESQ., SAHILY ORTEGA, ESQ., and the law firm, COLE, SCOTT & KISSANE, P.A. to withdraw from representation of the Defendant and substitute WHITNEY V. CRUZ, ESQ., in this matter.

### Local Rule 7.1(a)(3) Certification

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiffs and Defendant have conferred in good faith and have no objection to the relief requested in this motion.

Date: April 3rd, 2024

Case No.: 21-cv-21940-BLOOM/TORRES

Respectfully submitted,

By: /s/ *Henry Salas*
HENRY SALAS (815268)
COLE SCOTT & KISSANE
9150 S Dadeland Blvd.
Suite 1400
Miami, FL 33156-7855
Office: 305-350-5300
Fax: 305-373-2294
henry.salas@csklegal.com

- and –

THOMAS P. BRANIGAN
(Admitted Pro Hac Vice)
DREW P. BRANIGAN
(Admitted Pro Hac Vice)
BOWMAN AND BROOKE LLP
101 W. Big Beaver Road, Suite 1100
Troy, MI  48084
248.205.3300
248.205.3399 fax
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

Attorneys for Defendant TESLA, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on April 3rd, 2024, I electronically file the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Case No.: 21-cv-21940-BLOOM/TORRES

| | |
|---|---|
| ADAM T. BOUMEL, ESQ.<br>Florida Bar No.: 0110727<br>DARREN J. ROUSSO, ESQ.<br>Florida Bar No.: 97410<br>THE ROUSSO, BOUMEL LAW FIRM, PLLC.<br>9350 South Dixie Highway<br>Suite 1520<br>Miami, Florida 33156<br>(305) 670-6669 Adam@roussolawfirm.com<br>SERVICE EMAILS:<br>pleadings@roussolawfirm.com (primary)<br>Frank@roussolawfirm.com (secondary)<br><br>*Attorneys for Plaintiff Dillon Angulo* | TODD POSES, ESQ.<br>Florida Bar No.: 0075922<br>POSES & POSES, P.A.<br>Alfred I. Dupont Building<br>169 East Flagler Street Suite 1600<br>Miami, Florida 33131<br>(305) 577-0200 Tel<br>(305) 371-3550 Fax<br>tposes@posesandposes.com<br>maria@posesandposes.com<br><br>*Attorneys for Plaintiff Neima Benavides* |

Respectfully submitted,

By:     *s/ Henry Salas*_____

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX