UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.,* Defendant.

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.,* Defendant.

_____/

**PLAINTIFF'S MOTION TO SEAL DOCKET ENTRY 177**

Plaintiffs Neima Benavides and Dillon Angulo, file this Motion to Seal Docket Entry 177 Pursuant to Court Oder [DE 126] and Local Rule 5.4(b)(1), and in support thereof say:

1. In Plaintiffs' Joint Motion for Hearing [DE 177], Plaintiffs inadvertently attached documents containing information designated as Confidential by Tesla (designated as "Exhibit E" to DE 177).

1

2.      Plaintiffs became aware of this issue on February 23, 2024, when Defense counsel pointed out that this confidential material had been filed with the Court in violation of the Protective Order governing this case [DE 126]. Defense counsel asked that Plaintiffs file a motion to seal said exhibits, and Plaintiffs immediately agreed to do so.

3.      Accordingly, on February 27, 2024, Plaintiffs filed a Motion to Seal [DE 191], where Plaintiff's requested that only the confidential attachments be sealed.

4.      Thereafter, this Court granted Plaintiff's Motion [DE 191] and directed the Court Clerk to seal the attachment / exhibit at issue. [DE 193].

5.      Thereafter, the Court Clerk advised that the attachment / exhibit at issue was not sealed [DE 194], assumedly because the attachment could not be separated from the motion itself.

6.      Accordingly, Plaintiffs hereby request that this Honorable Court seal the entirety of DE 177, to effectuate the sealing of the exhibit / attachment at issue.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **April 5, 2024**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Respectfully Submitted,

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156

(305) 670-6669

By: **/s/ *Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email: adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com
Assistant@roussolawfirm.com