# EXHIBIT B

```
 1                    SUPERIOR COURT OF CALIFORNIA

 2                         SANTA CLARA COUNTY

 3                   HONORABLE LORI E. PEGG, JUDGE

 4                            DEPARTMENT 5

 5                              ---oOo---

 6   SZ HUA HUANG, Individually and as
     successor in interest to WEI LUN HUANG,
 7   deceased; TRINITY HUANG, a minor;
     TRISTAN HUANG, a minor; HSI KENG HUANG;
 8   and CHING FEN HUANG,

 9                      Plaintiffs,

10   vs.                                        Case No. 19CV346663

11   TESLA, INC. dba TESLA MOTORS, INC.,
     THE STATE OF CALIFORNIA, and DOES 1
12   through 100,

13                      Defendants.
     _____/
14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                Volume III - Pages 439 - 583
                         March 20, 2024
17
     A P P E A R A N C E S:
18
     THE PLAINTIFFS:   B. MARK FONG, Esq.; SEEMA BHATT, Esq.
19                     MINAMI TAMAKI LLP

20                     DORIS CHENG, Esq.; NICK VARDEH, Esq.
                       ANDREW P. MCDEVITT, Esq.
21                     WALKUP, MELODIA, KELLY & SCHOENBERGER

22   TESLA DEFENDANTS: JOEL SMITH, Esq.; THOMAS BRANIGAN, Esq.
                       BOWMAN AND BROOKE LLP
23
                       DANIEL C. POSNER, Esq.
24                     QUINN EMANUEL URQUHART & SULLIVAN LLP

25                     LAUREN O. MILLER, Esq.; RYAN MCCARTHY Esq.
                       TESLA INC.
26
     CALTRANS DEFENDANTS:  LANDA LOW, Esq.; ROSEMARY LOVE, Esq.
27                         PHILIP DIBOISE, Esq.
                           CALTRANS LEGAL DIVISION
28
     STENOGRAPHER: ANDREA M. IGNACIO, CSR, RPR, CCRR, CRR - 9830
                                                              439
```

```
1                THE COURT:  Okay.  So after the break, we'll
2    finish up.  We have Tesla 16 to exclude Andre, in part.  We
3    have Caltrans --
4                MR. SMITH:  Your Honor, 16 we've resolved.
5                THE COURT:  Oh, great.  Yay.
6                So we're done with Tesla except the recall.
7                And then Caltrans 3, and Plaintiffs' 4 and 5.
8    Okay.  Great.
9                Let's take 15, come back at 11:00, and we'll wrap
10   up.
11               (Recess taken.)
12               THE COURT:  We are back on the record in the Huang
13   versus Tesla and Caltrans matter.
14               All Plaintiffs' counsel are present.  All Tesla
15   counsel are present, as well as their client representative,
16   Mr. McCarthy.  All Caltrans lawyers are present.  All right.
17               You know, I am going to rule on the recall issue.
18   I am going to exclude it.  I think it's 352.  I think it's
19   very minimally relevant.
20               Again, if Tesla puts something on that goes
21   against this recall notice, it could come in.  But it's not
22   coming in in the case-in-chief, and it's because it has to
23   be related to the reasons for this accident.
24               And it's going to mislead and confuse the jury.
25   They're not going to understand the nuances and distinctions
26   that Mr. McDevitt explained and Mr. Smith explained.  It's
27   just too confusing to the jury, and it is highly
28   inflammatory.
```

507

ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR - CA LICENSE NO. 9830