UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**NOTICE OF SELECTION OF MEDIATOR**

Plaintiffs Dillon Angulo and Neima Benavides – as Personal Representative of the Estate of Naibel Benavides Leon, deceased – and Defendant Tesla, Inc. ("Tesla"), through their undersigned counsel, hereby inform the Court that they have selected Michael Siboni as mediator. Mediation will take place via Zoom on July 1, 2024 at 1:30 P.M. EST. A Proposed Order is attached as Exhibit A, which will also be emailed to the Court.

Respectfully submitted,

s/ *Adam T. Boumel*
**ADAM T. BOUMEL**
Florida Bar No. 0110727
**THE ROUSSO, BOUMEL LAW FIRM, PLLC**
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com
(primary)
Frank@roussolawfirm.com
(secondary)

**DARREN J. ROUSSO**
Florida Bar No. 97410
**THE ROUSSO, BOUMEL LAW FIRM, PLLC**
9350 South Dixie Highway
Suite 1520
Mimi, FL 33156
305-670-6669
Darren@roussolawfirm.com
pleadings@roussolawfirm.com
Frank@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

Respectfully submitted,

s/ *Todd Poses*
**TODD POSES**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

*Attorney for Plaintiff Neima Benavides*

Respectfully submitted,

s/ *Whitney V. Cruz*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

*Attorneys for Defendant Tesla, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
**Darren J. Rousso, Esq.**
Florida Bar No. 97410
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669 Adam@roussolawfirm.com
darren@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Elise R. Sanguinetti, Esq.**
Admitted *Pro Hac Vice*
ARIA SANGUINETTI WANG & TORRIJOS, LLP
2200 Powell Street, Suite 740
Emeryville, CA 94608
Tel. 510-629-4877
Fax: 510-291-9742
elise@aswtlawyers.com
ncservice@aswtlawyers.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Donald H. Slavik, Esq.**
Admitted *Pro Hac Vice*
**David W. Terry, Esq.**
Admitted *Pro Hac Vice*
**Nicole L. Judge, Esq.**
Admitted *Pro Hac Vice*
SLAVIK LAW FIRM, LLC
3001 South Lincoln Avenue, Suite C-1
Steamboat Springs, CO 80487
Tel. 970-457-1011
Fax: 267-878-7697
dslavik@slavik.us
dterry@slavik.us
njudge@slavik.us
dcaudle@slavik.us

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

                                                                                                  s/ *Whitney V. Cruz*
                                                                                                    Whitney V. Cruz

**EXHIBIT A**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Michael Siboni on Monday, July 1, 2024 at 1:30 PM EST via Zoom video conference.

**DONE AND ORDERED** in Chambers at Miami, Florida, on _____.

                                        **BETH BLOOM**
                                        **UNITED STATES DISTRICT JUDGE**