UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21940-Civ-BLOOM/TORRES
CASE NO. 22-22607-Civ-BLOOM/TORRES (Consolidated)

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    *Plaintiff*,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    *Defendant*
_____/

DILLON ANGULO,

    *Plaintiff*,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    *Defendant.*
_____/

# DISCOVERY ORDER RE APRIL 2024 HEARING

This matter was before the Court on discovery disputes raised at a discovery calendar held April 4, 2024. The Court considered the parties' arguments on several issues and announced its rulings on the record of the hearing together with the supporting reasoning. This Order is entered to memorialize those rulings on the docket.

1. Plaintiff Dillon Angulo shall amend his Responses to Tesla's First Request for Admissions to either admit or deny each request, subject to the objections in his original responses, no later than 14 days from the date of the hearing.

2. Plaintiff Dillon Angulo shall provide better Responses to Tesla's Second Request for Production no later than 14 days from the date of the hearing.

3. Plaintiff Neima Benavides shall provide better Responses to Tesla's Fifth Request for Production no later than 14 days from the date of the hearing. If Plaintiff refers to deposition testimony in her Response, the applicable page and line of the deposition transcript shall be identified.

4. Plaintiff Neima Benavides shall amend her Responses to Tesla's Third Request for Admissions to either admit or deny each request, any may assert objections, no later than 14 days from the date of the hearing.

5. To the extent the supplemental discovery ordered at the hearing has not yet been complied with, the responding party has an additional seven days from the date of this order to cure.

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of April, 2024.

EDWIN G. TORRES
United States Magistrate Judge