UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-21940-BLOOM/Torres

(CONSOLIDATED CASES)

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

  Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*

  Defendant.

_____/

DILLON ANGULO

  Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*

  Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

  In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brett Schreiber of the Law Firm of Singleton Schreiber, 591 Camino de la Reina, Suite 1025, San Diego, CA 92108, for purposes of appearance as co-counsel on behalf of Plaintiffs NEIMA BENAVIDES and DILLON ANGULO in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brett Schreiber to receive electronic filings in this case, and in support thereof states as follows:

1. Brett Schreiber is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California, U.S. District Court for the Southern District and Central District of California; and United States Court of Appeals for the Ninth Circuit.

2. Movants, Todd Poses, Esquire, of the law firm of Poses La Group, P.A., 169 East Flagler Street, Suite 1600, Miami, FL 33131, Tel: (305) 577-0200, and Adam Boumel, Esquire, The Rousso Boumel Law Firm, 9350 South Dixie Highway, Suite 1520, Miami, FL 33156, Tel: (305) 670-6669, are members in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and are authorized to file through the Court's electronic filing system. Movants consent to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Brett Schreiber has made payment of this Court's $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Brett Schreiber, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brett Schreiber at email address: bschreiber@singletonschreiber.com, jjusto@singletonschreiber.com, eelms@singletonschreiber.com, service@singletonschreiber.com.

WHEREFORE, Todd Poses and Adam Boumel move this Court to enter an Order allowing Brett Schreiber, to appear before this Court on behalf of Plaintiffs Benavides and Angulo, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brett Schreiber.

Date: May 7, 2024					Respectfully submitted,

                                                  /s/Todd Poses_____
Todd Poses
FBN: 75922
POSES LAW GROUP, P.A.
169 East Flagler Street, Suite 1600
Miami, Florida 33131
Tel: (305) 577-0200
tposes@poseslawgroup.com
maria@poseslawgroup.com
shelly@poseslawgroup.com
*Attorney for Plaintiff Benavides*

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
Tel: (305) 670-6669
**/s/ *Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
 assistant@roussolawfirm.com
*Attorney for Plaintiff Angulo*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-21940-BLOOM/Otazo-Reyes
(CONSOLIDATED CASES)

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

  Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*

  Defendant.
            /

DILLON ANGULO

  Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida, Inc.*

  Defendant.

## CERTIFICATION OF BRETT SCHREIBER

  Brett Schreiber, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of California, U.S. District Court for the Southern District and Central District of California; and United States Court of Appeals for the Ninth Circuit; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                     */s/*Brett Schreiber____

                      Brett Schreiber