UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
_____/

## MOTION FOR HEARING

Plaintiffs, Neima Benavides and Dillon Angulo, by and through their undersigned counsel, hereby move this Honorable Court for a hearing on Discovery related issues and states as follows:

HEARING DETAILS:

    Date:    Thursday, May 23rd, 2024

    Time:    2:30 PM

    Magistrate:    The Honorable Edwin G. Torres

    Place:    James Lawrence King Federal Justice Building

        99 NE 4th Street, Tenth Floor, Courtroom 5

        Miami, FL 33132

        If Via Zoom (link to be provided)

<u>Substance of discovery matter to be heard:</u>

1. Plaintiff's intent to depose Robert Sumwalt, former chairman of the National Transportation Safety Board (NTSB), and Tesla's objection to same

WHEREFORE, Plaintiff requests that this Honorable Court grant his motion for hearing to address Plaintiff's intent to depose Robert Sumwalt.

**CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel has conferred with counsel for Tesla, Inc., in a good faith effort to resolve the issues raised in this motion, to no avail.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of May 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

> Respectfully Submitted,
>
> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway
> Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By:   */s/ Adam T. Boumel, Esq.*
> Adam T. Boumel, Esq.
> Florida Bar No.: 0110727
> Direct email: adam@roussolawfirm.com
> Service emails:
> Pleadings@roussolawfirm.com
> Assistant@roussolawfirm.com