UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF FLORIDA

**Case No.: 21-cv-21940-BLOOM/TORRES**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel Benavides
Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                     Case 1:22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

    Defendant.
_____/

## MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiffs' counsel, pursuant to Local Rule 11.1(d)(3), respectfully moves this Court for an Order permitting substitution of counsel and in support states the following:

1. The Slavik Law Firm, LLC, and Arias Sanguinetti Wang & Torrijos, LLP will no longer be representing the Plaintiffs.

2. The Plaintiffs will continue to be represented by counsel, Poses Law Group, P.A., The Rousso Boumel Law Firm and the law firm of Singleton Schreiber.

3. Plaintiffs have been given notification of the proposed substitution and consent.

**WHEREFORE**, for the foregoing reasons, the undersigned counsel respectfully requests this Court to enter an Order permitting Donald H. Slavic, Esq., David W. Terry, Esq., Nicole L. Judge, Esq., and the Slavik Law Firm, LLC., and Elise R. Sanguinetti, Esq., and the law firm Arias Sanguinetti Wang & Torrijos, LLP, to withdraw from representation of the Plaintiffs and substitute Brett Schreiber, Esq., Carmela Birnbaum, Esq., Satyasrinivas Hanumadass, Esq., and the law firm of Singleton Schreiber in this matter.

## Local Rule 7.1(a)(3) Certification

Pursuant to S.D.FL. Local Rule 7.1(a)(3), counsel for Plaintiffs and Defendant have conferred in good faith and have no objection to the relief requested in this motion.

Date: May 9, 2024

Respectfully submitted,

/s/Todd Poses_____
Todd Poses
FBN: 75922
POSES LAW GROUP, P.A.
169 East Flagler Street
Suite 1600
Miami, Florida 33131
Tel: (305) 577-0200
tposes@poseslawgroup.com
maria@poseslawgroup.com
shelly@poseslawgroup.com
*Attorney for Plaintiff, Benavides*

The Rousso Boumel Law Firm, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
Tel: (305) 670-6669
**/s/ *Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
FBN: 0110727
Adam@roussolawfirm.com
pleadings@roussolawfirm.com
assistant@roussolawfirm.com
*Attorney for Plaintiff Angulo*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of May, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.