# EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

Case No. 22-22607-KMM

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

### NOTICE OF TAKING REMOTE DEPOSITION AND REQUEST FOR PRODUCTION

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the remote deposition of the following individual:

| DEPONENT | DATE/TIME | LOCATION |
|---|---|---|
| **Lars Moravy** | **Thursday, June 13, 2024** | **Virtual Deposition Video Conference** |

|  | **at 10:00 a.m.** | (A link to appear remotely will be provided via email prior to the deposition) |

The deposition will take place upon examination before Planet Depos, Notary Public or officer authorized by law to take depositions in the State of Florida. Counsel for the parties will be participating from various, separate locations. This deposition will be conducted in accordance with the Federal Rules of Civil Procedure including, but not limited to, Rules 26 and 30 and the Federal Rules of Evidence. The deposition transcript, once completed, may be used for all purposes permitted by law. This deposition will begin at the time stated above and continue until completed.

You are invited to attend and examine the deponent.

### DESCRIPTION OF MATERIALS TO BE PRODUCED

Deponent is required to bring to his/her deposition the materials or categories of materials described below:

**REQUEST FOR PRODUCTION NO. 1:** TESLA's complete unredacted response to NHTSA's Special Order 16-007.

**REQUEST FOR PRODUCTION NO. 2:** All DOCUMENTS received from TESLA related to Preliminary Evaluation 21-020.

**REQUEST FOR PRODUCTION NO. 3:** All DOCUMENTS received from

TESLA related to Engineering Analysis 22-002.

**REQUEST FOR PRODUCTION NO. 4:** All DOCUMENTS received from

TESLA related to Recall Query 24009.

Respectfully submitted,

Dated: May 21, 2024

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
*/s/ **Brett J. Schreiber, Esq.***
Brett J. Schreiber, Esq.
California Bar No. 239707
(Admitted *Pro Hac Vice 05/07/2024*)
*Attorney for Plaintiff Benavides*
bschreiber@singletonschreiber.com
SERVICE EMAILS:
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com


*/s/Todd Poses*_____
Todd Poses
FBN: 75922
POSES LAW GROUP, P.A.
169 East Flagler Street, Suite 1600
Miami, Florida 33131
Tel: (305) 577-0200
tposes@poseslawgroup.com
maria@poseslawgroup.com

shelly@poseslawgroup.com
*Attorney for Plaintiff Benavides*

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
Tel: (305) 670-6669
 **/s/ *Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
 assistant@roussolawfirm.com
*Attorney for Plaintiff Angulo*

## **CERTIFICATE OF SERVICE**

We hereby certify that on May 21, 2024, the foregoing document was served electronically to all counsel of record listed as follows:

| | |
|---|---|
| **Adam T. Boumel, Esq.** Florida Bar No. 0110727 **Darren J. Rousso, Esq.** Florida Bar No. 97410 THE ROUSSO, BOUMEL LAW FIRM, PLLC 9350 South Dixie Highway Suite 1520 Miami, FL 33156 Tel. 305-670-6669 Adam@roussolawfirm.com darren@roussolawfirm.com pleadings@roussolawfirm.com *Attorneys for Plaintiff Dillon Angulo* | **Todd Poses, Esq.** Florida Bar No. 0075922 POSES & POSES, P.A. Alfred I. Dupont Building 169 East Flagler Street, Suite 1600 Miami, FL 33131 Tel.  305-577-0200 Fax: 305-371-3550 tposes@posesandposes.com maria@posesandposes.com *Attorneys for Plaintiff Neima Benavides* |
| **Whitney V. Cruz, Esq.** Florida Bar No. 800821 **BOWMAN AND BROOKE LLP** Two Alhambra Plaza, Suite 800 Coral Gables, FL 33134 Tel. 305-995-5600 / Fax: 305-995-6100 whitney.cruz@bowmanandbrooke.com *Attorneys for Defendant Tesla, Inc.* | **Douglas F. Eaton, Esq.** Florida Bar No. 0129577 EATON & WOLK PL 2665 South Bayshore Drive, Suite 609 Miami, FL 33133 Tel. 305-249-1640 Fax: 786-350-3079 deaton@eatonwolk.com cgarcia@eatonwolk.com lhuete@eatonwolk.com *Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides* |

| | |
|---|---|
| **THOMAS P. BRANIGAN** (Admitted *Pro Hac Vice*) **DREW P. BRANIGAN** (Admitted *Pro Hac Vice*) **BOWMAN AND BROOKE LLP** 101 W. Big Beaver Road, Suite 1100 Troy, MI 48084 Tel. 248-205-3300 / Fax: 248-205-3399 thomas.branigan@bowmanandbrooke.com drew.branigan@bowmanandbrooke.com  *Attorneys for Defendant Tesla, Inc.* | |

*/s/ Ericka Elms*
Ericka Elms

cc: Planet Depos