# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

Case No. 22-22607-KMM

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**NOTICE OF TAKING REMOTE DEPOSITION AND REQUEST FOR PRODUCTION**

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the remote deposition of the following individual:

| DEPONENT | DATE/TIME | LOCATION |
|---|---|---|
| **Ashok Elluswamy** | **Friday, June 14, 2024 at 10:00 a.m.** | **Virtual Deposition Video Conference** |

|  |  | (A link to appear remotely will be provided via email prior to the deposition) |
|---|---|---|

The deposition will take place upon examination before Planet Depos, Notary Public or officer authorized by law to take depositions in the State of Florida. Counsel for the parties will be participating from various, separate locations. This deposition will be conducted in accordance with the Federal Rules of Civil Procedure including, but not limited to, Rules 26 and 30 and the Federal Rules of Evidence. The deposition transcript, once completed, may be used for all purposes permitted by law. This deposition will begin at the time stated above and continue until completed.

You are invited to attend and examine the deponent.

### DESCRIPTION OF MATERIALS TO BE PRODUCED

Deponent is required to bring to his/her deposition the materials or categories of materials described below:

**REQUEST FOR PRODUCTION NO. 1:** TESLA's complete unredacted response to NHTSA's Special Order 16-007.

**REQUEST FOR PRODUCTION NO. 2:** All DOCUMENTS received from TESLA related to Preliminary Evaluation 21-020.

**REQUEST FOR PRODUCTION NO. 3:** All DOCUMENTS received from TESLA related to Engineering Analysis 22-002.

**REQUEST FOR PRODUCTION NO. 4:** All DOCUMENTS received from TESLA related to Recall Query 24009.

**REQUEST FOR PRODUCTION NO. 5:** Any and all DOCUMENTS that memorialize the real world testing of Automatic Emergency Braking the deponent was involved in or around March 2018.

**REQUEST FOR PRODUCTION NO. 6:** All prior unedited iterations of videos from Autonomy Day video that deponent testified about in Exhibit 113 in deponent's Huang v. Tesla deposition take June 30, 2022.

Respectfully submitted,

Dated: May 21, 2024              SINGLETON SCHREIBER, LLP
                                 591 Camino de la Reina, Suite 1025
                                 San Diego, CA 92108
                                 Tel: (619) 771-3473
                                 ***/s/ Brett J. Schreiber, Esq.***
                                 Brett J. Schreiber, Esq.
                                 California Bar No. 239707
                                 (Admitted *Pro Hac Vice 05/07/2024*)
                                 *Attorney for Plaintiff Benavides*
                                 bschreiber@singletonschreiber.com
                                 SERVICE EMAILS:
                                 bschreiber@singletonschreiber.com
                                 vas@singletonschreiber.com
                                 cbirnbaum@singletonschreiber.com
                                 eelms@singletonschreiber.com

        ***/s/Todd Poses***
Todd Poses
FBN: 75922
POSES LAW GROUP, P.A.
169 East Flagler Street, Suite 1600
Miami, Florida 33131
Tel: (305) 577-0200
tposes@poseslawgroup.com
maria@poseslawgroup.com
shelly@poseslawgroup.com
*Attorney for Plaintiff Benavides*

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
Tel: (305) 670-6669
 ***/s/ Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
 assistant@roussolawfirm.com
*Attorney for Plaintiff Angulo*

## **CERTIFICATE OF SERVICE**

We hereby certify that on May 21, 2024, the foregoing document was served electronically to all counsel of record listed as follows:

| | |
|---|---|
| **Adam T. Boumel, Esq.**<br>Florida Bar No. 0110727<br>**Darren J. Rousso, Esq.**<br>Florida Bar No. 97410<br>THE ROUSSO, BOUMEL LAW FIRM, PLLC<br>9350 South Dixie Highway Suite 1520<br>Miami, FL 33156<br>Tel. 305-670-6669<br>Adam@roussolawfirm.com<br>darren@roussolawfirm.com<br>pleadings@roussolawfirm.com<br>*Attorneys for Plaintiff Dillon Angulo* | **Todd Poses, Esq.**<br>Florida Bar No. 0075922 POSES & POSES, P.A.<br>Alfred I. Dupont Building<br>169 East Flagler Street, Suite 1600<br>Miami, FL 33131<br>Tel. 305-577-0200<br>Fax: 305-371-3550<br>tposes@posesandposes.com<br>maria@posesandposes.com<br>*Attorneys for Plaintiff Neima Benavides* |
| **Whitney V. Cruz, Esq.**<br>Florida Bar No. 800821<br>**BOWMAN AND BROOKE LLP**<br>Two Alhambra Plaza, Suite 800<br>Coral Gables, FL 33134<br>Tel. 305-995-5600 / Fax: 305-995-6100<br>whitney.cruz@bowmanandbrooke.com<br>*Attorneys for Defendant Tesla, Inc.* | **Douglas F. Eaton, Esq.**<br>Florida Bar No. 0129577<br>EATON & WOLK PL<br>2665 South Bayshore Drive, Suite 609<br>Miami, FL 33133<br>Tel. 305-249-1640<br>Fax: 786-350-3079<br>deaton@eatonwolk.com<br>cgarcia@eatonwolk.com<br>lhuete@eatonwolk.com<br>*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides* |

| | |
|---|---|
| **THOMAS P. BRANIGAN**<br>(Admitted *Pro Hac Vice*)<br>**DREW P. BRANIGAN**<br>(Admitted *Pro Hac Vice*)<br>**BOWMAN AND BROOKE LLP**<br>101 W. Big Beaver Road, Suite 1100<br>Troy, MI 48084<br>Tel. 248-205-3300 / Fax: 248-205-3399<br>thomas.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br><br>*Attorneys for Defendant*<br>*Tesla, Inc.* | |

                                        */s/ Ericka Elms*
                                        Ericka Elms

cc: Planet Depos