# EXHIBIT D

**DECLARATION OF ASHOK ELLUSWAMY**

I, Ashok Elluswamy, declare as follows:

1. I am over the age of 18 years and competent to testify to the facts set forth in this declaration, which are within my personal knowledge and, if called upon to testify, could testify truthfully as to the same.

2. I am the Director of Autopilot Software at Tesla. Tesla designs, develops, manufactures, sells and leases high-performance fully electric vehicles and energy generation and storage systems, and offers services related to our products. Tesla currently employs about 130,000 people worldwide.

3. In my role as the Director of Autopilot Software, I report directly to Tesla's CEO Elon Musk and I oversee a team of engineers and analysts that focus on developing, testing, evaluating and improving on the Autopilot suite of driver assist features. This work includes:

- Creation of large-scale automatic ground truth pipelines to train neural networks with massive amounts of diverse, high-quality data, and using this fleet-learning approach to replace run-time algorithms with robust learned models;

- Developing an accurate and detailed geometric and semantic understanding of the world using the best of both machine-learned and engineered models;

- Building robust, causal, predictive models for other agents in both geometry and semantic state spaces; and

- Decision making, motion planning, and control modules using state-of-the-art AI techniques including methods for high-dimensional search, trajectory

optimization, reinforcement learning, model-predictive control, etc.

4. Given my obligations and responsibilities, it would be a substantial burden and hardship to be deposed in this matter. Indeed, if I were required to testify in even a percentage of the cases involving Tesla, it would be extremely disruptive to my responsibilities to Tesla.

5. I understand that Plaintiffs' Counsel has stated that they seek to depose me in this matter regarding Tesla's responses to National Highway Traffic Safety Administration's (NHTSA) Special Order 16-007, Engineering Analysis 22-002, Preliminary Evaluation 21-020, Recall 23V838 and Recall Query 24009. I understand that the Plaintiffs have already deposed Tesla's corporate representative regarding Engineering Analysis 22-002, Preliminary Evaluation 21-020, Recall 23V838 and Recall Query 24009, which are all related. Responding to NHTSA's inquiries was a collaborative effort. I was rarely directly involved in the communications with NHTSA, whereas others on my team in addition to other teams (e.g., field quality, regulatory/compliance, legal, etc.) were primarily responsible for that engagement, including developing the remedies Tesla deployed as part of the voluntary recall campaign which resulted in NHTSA closing its investigation. I do not believe I have any unique, personal knowledge about Tesla's responses to NHTSA's inquiries that others would not have.

6. I understand that Plaintiffs' Counsel has stated that they also seek to depose me in this matter regarding Tesla's Automatic Emergency Braking (AEB) feature. I understand that the Plaintiffs have already deposed two Tesla corporate representatives regarding AEB.

7. To the extent that Plaintiffs also want to depose me about Tesla's Autopilot driver assist system, including but not limited to AEB, I do not have unique or superior knowledge about Autopilot or AEB relative to others working on these features within the

company. The design, development, testing and release of Autopilot and AEB is the product of work from teams of numerous engineers, technicians and analysts that followed a process for feature design, development and release. While Mr. Musk or myself may provide operational direction and objectives, strategies and decisions to accomplish related tasks are reached by consensus.

8.  I have no personal knowledge about the accident at issue in this litigation.

9.  Any facts I may have heard about the accident are second-hand, received from either Tesla's Legal Department, the Autopilot team investigating the crash at the direction of counsel, or the media.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct.

Executed June 13, 2024, at Palo Alto, California.

_____
Ashok Elluswamy