**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel*
*Benavides Leon, deceased*,

      Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

      Defendant.

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

      Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

      Defendants.

_____/

**PLAINTIFFS' MOTION TO FILE PETITIONS UNDER SEAL**

      Plaintiffs, NEIMA BENAVIDES, as personal representative of the Estate of Naibel Benavides Leon, deceased, and DILLON ANGULO, pursuant to Local Rule 5.4(b), request leave of court to file under seal the Response to Defendant Tesla's Motion for Protective Order and then to Seal these proceedings within the File for the reasons set forth below:

      1.     This action stems from an incident wherein Plaintiff Dillon Angulo suffered life-altering personal injuries and Naibel Benavides Leon was killed, while standing outside of and adjacent to a Dillon's lawfully parked motor vehicle, when a Tesla vehicle designed and

manufactured by Defendant was driving on Autopilot and collided with Plaintiff's vehicle in an extremely high-speed collision, causing the vehicles to violently slam into Dillon and Neima. Plaintiffs have brought this action sounding in products liability, alleging inter alia that design and manufacturing defects in the subject Tesla vehicle – and particularly the autonomous driving functions of the vehicle - caused the collision at issue.

2.      Plaintiff hereby moves for leave to file the Response to Tesla's Protective Order under seal as information included in Plaintiffs' Response is subject to confidentiality/protective order designations. In order to comply with the operative protective order, Plaintiffs' Response at issue is to be filed under seal.

3.      Accordingly, Plaintiff and his counsel pray that this Honorable Court grant this Instant Motion and enter an Order providing that both Petitions and all related documents and Orders be filed and kept under seal indefinitely.

WHEREFORE, Plaintiff prays this Court grant this Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of June, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway
> Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By:      **/s/ *Adam T. Boumel, Esq.***
> Adam T. Boumel, Esq.
> Florida Bar No.: 0110727
> Direct email: adam@roussolawfirm.com
> Service emails:
> Pleadings@roussolawfirm.com
> Assistant@roussolawfirm.com