UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

**ORDER GRANTING THE PARTIES**
*JOINT MOTION TO EXTEND MEDIATION DEADLINE*

Wherefore, upon consideration of the issues, and for good cause, it is HEREBY ORDERED that the Parties Motion is Granted. Plaintiff shall produce the report of Dr. Sally Kolitz Russel by no later than August 28, 2024, and shall produce Dr. Rusell for deposition no later than September 30, 2024. Tesla shall then have until October 31, 2024, to bring forth any motions and challenges related to Dr. Russell's testimony and opinions.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of ____, 2024.

_____
HONORABLE BETH BLOOM
UNITED STATES DISTRICT JUDGE