UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

      Plaintiff,

v.

TESLA, INC. *a/k/a Tesla Florida, Inc*.

      Defendant,

_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

      Plaintiff,

v.

TESLA, INC., a/k/a *Tesla Florida, Inc.,*

      Defendants.

_____/

**THE PARTIES JOINT MOTION
<u>TO EXTEND THE DEADLINE FOR MEDIATION</u>**

      The Parties, jointly through their undersigned counsel, submit this Stipulated Motion to Extend the Deadline for Mediation, and states as follows:

1. As this Honorable Court is well aware, this is a hotly contested automotive products liability case with substantial claimed damages.

2. Currently, per this Honorable Court's Order Amending Scheduling Order and Certain Pretrial Deadlines (DE 200), dispositive motions and Daubert challenges are due on July 31, 2024, and trial is special set to commence on November 4, 2024.

3. Currently, per this Court's Paperless Order (DE 202), the deadline to conduct mediation in this case is set for July 21, 2024. In accordance with same, the parties are currently scheduled to mediate the case on July 1, 2024.

4. As of the current date, the parties do not believe that mediation on July 1, 2024 will be fruitful. More specifically, the parties are in agreement that mediation has a much higher chance of being fruitful if completed after all expert discovery, expert challenges, and dispositive motions are completed and ruled on by the Court.

5. In conference with each other, the parties mutually agree that the best time to mediate this case would be late September, 2024.

6. Accordingly, the parties jointly request and pray that this Honorable Court extend the deadline to conduct mediation through September 30, 2024.

WHEREFORE, the parties jointly and respectfully request this Honorable Court grant this motion and enter the proposed stipulated order attached here as Exhibit A.

**CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel has conferred with counsel for Tesla, Inc., and Tesla's counsel indicated that Tesla is an agreement with the relief sought.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of June, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By:     **/s/ *Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email: adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com
assistant@roussolawfirm.com