## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

DILLON ANGULO,

                          Case No. 22-22607-KMM

      Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

### AMENDED NOTICE OF TAKING REMOTE DEPOSITION AND REQUEST FOR PRODUCTION

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the remote

stenographic video-recorded deposition of the following individual:

| DEPONENT | DATE/TIME | LOCATION |
|---|---|---|
| **Ashok Elluswamy** | **Friday, June 14, 2024 at 10:00 a.m.** | **Virtual Deposition Video Conference** |

|  |  | (A link to appear remotely will be provided via email prior to the deposition) |
|---|---|---|
|  |  |  |

The deposition will take place upon examination before Planet Depos, Notary Public or officer authorized by law to take depositions in the State of Florida. Counsel for the parties will be participating from various, separate locations. This deposition will be conducted in accordance with the Federal Rules of Civil Procedure including, but not limited to, Rules 26 and 30 and the Federal Rules of Evidence. The deposition transcript, once completed, may be used for all purposes permitted by law. This deposition will begin at the time stated above and continue until completed.

Prior to the deposition, the Court Reporting agency will provide the necessary information to access the remote electronic platform.

Notice is hereby given that the video is intended for use at trial.

When responding to this request for production of documents, you are requested to respond in writing and state as to each of the requests:

1.     That there are such documents and they will be produced in accordance with the terms of this demand;

2.     That there are no such documents as are demanded by the particular demand;

3.      That there are such documents but you refuse to produce them because of a claim of privilege, or for some other reason, specifying that reason or privilege;

It is not Plaintiffs' intention to demand production of privileged matter.  If any materials requested are claimed to be privileged, please list the following for each item claimed to be privileged:

        (a)   A brief description of the nature and contents of the matter claimed to be privileged;

        (b)   The name, occupation and capacity of the individual from whom the privileged matter emanated;

        (c)   The name, occupation and capacity of the individual to whom the allegedly privileged matter was directed;

        (d)   The date the item bears; and

        (e)   The privilege claimed.

Please identify each document by description (memo, contract, letter, handwritten note, etc.), date, author, recipient(s), number of pages and subject matter, and, if you are withholding it from production, state the basis for your refusal to produce it.

As to such document(s) which no longer exists but which you are aware existed at one time, please identify such document(s) in the same manner as indicated in the previous paragraph, and in addition, identify the last known location, and the reason it is no longer in existence.

## <u>DEFINITIONS</u>

**<u>DOCUMENT(S)</u>** is used in the broadest sense of the word and shall mean all original written, printed, typed, recorded, or graphic matter whatsoever, however produced or reproduced, of every kind, nature, and description, and all non-identical copies of both sides thereof, including, but not limited to, papers, letters, memoranda, correspondence, communications, electronic mail (e-mail) messages (existing in hard copy and/or in electronic storage), faxes, mailgrams, telegrams, cables, telex messages, notes, annotations, working papers, drafts, minutes, records, audio and video recordings, data, databases, other information bases, summaries, charts, tables, graphics, other visual displays, photographs, statements, interviews, opinions, reports, newspaper articles, studies, analyses, evaluations, interpretations, contracts, agreements, jottings, agendas, bulletin, notices, announcements, instructions, blueprints, drawings, as-builts, changes, manuals, publications, work schedules, journals, statistical data, desk, portable and computer calendars, appointment books, diaries, travel reports, lists, tabulations, computer printouts, data processing program libraries, data processing inputs and outputs, microfilms, microfiches, statements for services, resolutions, financial statements, governmental records, business records, personnel records, work orders, pleadings, discovery in any form, affidavits, motions, responses to discovery, all transcripts, administrative filings and all mechanical, magnetic, photographic and electronic records or recordings of any kind, including any storage media associated with computers, including, but not limited to, information on hard drives, floppy disks, backup tapes, and zip drives, electronic communications, including but not limited to, the Internet and shall include any drafts or revisions pertaining to any of the foregoing, all other things similar to any of the foregoing, however denominated by TESLA, any other data compilations from which information can be obtained, translated, if necessary, into a usable form and any other documents. For purposes of this request, any document which contains any note, comment, addition, deletion, insertion, annotation, or otherwise comprises a non-identical copy of another document shall be treated as a separate document subject to production. In all cases where original and any non-identical copies are not available, "document(s)" also means any identical copies of the original and all nonidentical copies thereof. Any document, record, graph, chart, film or photograph originally produced in color must be provided in color. Furnish all documents whether verified by TESLA or not. If a document is not in the English language, provide both the original document and an English translation of the document.

**<u>SUBJECT INCIDENT</u>:** The crash that occurred on or about April 25, 2019, involving Naibel Benavides and Dillon Angulo.

**SUBJECT VEHICLE**: The 2019 TESLA MODEL S bearing Florida license plate LFYB88, Vehicle Identification Number 5YJSA1E24KF302997.

**AUTOPILOT:** Includes all AUTOPILOT related safety features, and convenience features as described in the Owner's Manual applicable to the SUBJECT VEHICLE.

**TESLA:** TESLA, Inc., all of its past and present officers and employees, whether assigned to its principal offices or any of its field or other locations, including all of its divisions, subsidiaries (whether or not incorporated) and affiliated enterprises and all of their headquarters, regional, zone and other offices and their employees, agents, contractors, consultants, attorneys and law firms and other persons engaged directly or indirectly by or under the control of TESLA, including all business units and persons previously referred to.

## REQUESTS FOR PRODUCTION

Deponent is required to bring to his/her deposition the materials or categories of materials described below:

**REQUEST FOR PRODUCTION NO. 1:** TESLA's complete unredacted response to NHTSA's Special Order 16-007.

**REQUEST FOR PRODUCTION NO. 2:** All DOCUMENTS the deponent authored or reviewed in preparation for TESLA's response to Preliminary Evaluation 21-020.

**REQUEST FOR PRODUCTION NO. 3:** All DOCUMENTS the deponent authored or reviewed in preparation for TESLA's response to Engineering Analysis 22-002.

**REQUEST FOR PRODUCTION NO. 4:** All DOCUMENTS the deponent authored or reviewed in preparation for TESLA's response to Recall Query 24009.

**REQUEST FOR PRODUCTION NO. 5:** Any and all DOCUMENTS that memorialize the real world testing of Automatic Emergency Braking the deponent was involved in or around March 2018.

**REQUEST FOR PRODUCTION NO. 6:** All prior unedited iterations of videos from Autonomy Day video that deponent testified about (in Exhibit 113) in his deposition in *Huang v. Tesla* taken June 30, 2022.

**REQUEST FOR PRODUCTION NO. 7:** Any and all DOCUMENTS the deponent read, reviewed or relied upon in preparation for his deposition in this matter.


Respectfully submitted,


Dated: May 22, 2024          SINGLETON SCHREIBER, LLP
                             591 Camino de la Reina, Suite 1025
                             San Diego, CA 92108
                             Tel: (619) 771-3473
                             ***/s/ Brett J. Schreiber, Esq.***
                             Brett J. Schreiber, Esq.
                             California Bar No. 239707
                             (Admitted *Pro Hac Vice 05/07/2024*)
                             *Attorney for Plaintiff Benavides*
                             bschreiber@singletonschreiber.com
                             SERVICE EMAILS:
                             bschreiber@singletonschreiber.com
                             vas@singletonschreiber.com

cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com


***/s/Todd Poses*_____**
Todd Poses
FBN: 75922
POSES LAW GROUP, P.A.
169 East Flagler Street, Suite 1600
Miami, Florida 33131
Tel: (305) 577-0200
tposes@poseslawgroup.com
maria@poseslawgroup.com
shelly@poseslawgroup.com
*Attorney for Plaintiff Benavides*

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
Tel: (305) 670-6669
 ***/s/ Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
 assistant@roussolawfirm.com
*Attorney for Plaintiff Angulo*

## CERTIFICATE OF SERVICE

We hereby certify that on May 22, 2024, the foregoing document was served electronically to all counsel of record listed as follows:

| | |
|---|---|
| **Adam T. Boumel, Esq.** <br> Florida Bar No. 0110727 <br> **Darren J. Rousso, Esq.** <br> Florida Bar No. 97410 <br> THE ROUSSO, BOUMEL <br> LAW FIRM, PLLC <br> 9350 South Dixie <br> Highway Suite 1520 <br> Miami, FL 33156 <br> Tel. 305-670-6669 <br> Adam@roussolawfirm.com <br> darren@roussolawfirm.com <br> pleadings@roussolawfirm.com <br> *Attorneys for Plaintiff Dillon Angulo* | **Todd Poses, Esq.** <br> Florida Bar No. <br> 0075922 POSES <br> & POSES, P.A. <br> Alfred I. Dupont Building <br> 169 East Flagler Street, Suite <br> 1600 <br> Miami, FL 33131 <br> Tel.  305-577-0200 <br> Fax: 305-371-3550 <br> tposes@posesandposes.com <br> maria@posesandposes.com <br> *Attorneys for Plaintiff Neima* <br> *Benavides* |
| **Whitney V. Cruz, Esq.** <br> Florida Bar No. 800821 <br> **BOWMAN AND BROOKE LLP** <br> Two Alhambra Plaza, Suite 800 <br> Coral Gables, FL 33134 <br> Tel. 305-995-5600 / Fax: 305-995-6100 <br> whitney.cruz@bowmanandbrooke.com <br> *Attorneys for Defendant Tesla, Inc.* | **Douglas F. Eaton, Esq.** <br> Florida Bar No. 0129577 <br> EATON & WOLK PL <br> 2665 South Bayshore Drive, <br> Suite 609 <br> Miami, FL 33133 <br> Tel. 305-249-1640 <br> Fax: 786-350-3079 <br> deaton@eatonwolk.com <br> cgarcia@eatonwolk.com <br> lhuete@eatonwolk.com <br> *Co-Counsel for Plaintiffs Dillon* <br> *Angulo and Neima Benavides* |

| | |
|---|---|
| **THOMAS P. BRANIGAN**<br>(Admitted *Pro Hac Vice*)<br>**DREW P. BRANIGAN**<br>(Admitted *Pro Hac Vice*)<br>**BOWMAN AND BROOKE LLP**<br>101 W. Big Beaver Road, Suite 1100<br>Troy, MI 48084<br>Tel. 248-205-3300 / Fax: 248-205-3399<br>thomas.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br><br>*Attorneys for Defendant*<br>*Tesla, Inc.* | |

*/s/ Ericka Elms*
Ericka Elms


cc: Planet Depos