# EXHIBIT 6



**Carmela Birnbaum, Esq.**
**Counsel**

591 Camino de la Reina, Suite 1025, San Diego, CA 92108
(619) 771-3473 | cbirnbaum@ singletonschreiber.com

Mr. Adam Raviv
Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
Washington D.C. 20590

    Re:    Records Request Under 49 CFR §9.13

Dear Mr. Raviv:

    Per 49 CFR §9.13, this letter serves as our request for records from the National Highway Traffic Safety Administration. The documents requested on page 2 of this letter under "REQUESTS FOR DOCUMENTS" are relevant to a case that we are currently litigating against Tesla in United States District Court in the Southern District of Florida, *Benavides v. Tesla Inc.*, Case No. 22-22607-KMM. In *Benavides*, a Tesla vehicle operating on Autopilot and driven by a defendant in the case crashed into a Chevrolet Tahoe parked off-road at the end of T-intersection, causing the death of Naibel Benavides Leon and catastrophically injuring Dillon Angulo. The young couple was standing outside of their vehicle at the time of the collision. Our office, along with co-counsel, represent Neima Benavides, as the personal representative of the estate of Naibel Benavides Leon, and Dillon Angulo. Mr. Angulo's case, *Dillon Angulo v. Tesla, Inc.*, Case No. 22-22607-KMM, has been consolidated with the *Benavides* case.

    Plaintiffs' allegations in the lawsuit include, but are not limited to, the following: (1) Tesla vehicles, including the subject Tesla in the case, were defective and unsafe for their intended use and due to the design defects, the subject Tesla failed to perform as safely as an ordinary consumer would expect when used in an intended or reasonably foreseeable manner, (2) the subject Telsa failed to detect traffic signals, road signage, and the substantial profile of the parked Chevrolet Tahoe, all of which were directly in the path of travel of the subject Tesla, (3) the design defects in the Tesla and Tesla's Autopilot system suite of technology included defective and unsafe characteristics such as the failure to adequately monitor and determine driver-engagement, and (4) Tesla failed to warn of the defects and dangers of its Autopilot and suite of driver assistance features.

    NHTSA's Investigations PE 16007 and PE 21020, Engineering Analysis 22002, Recall 23V838, and Recall Query 24009 directly address the same issues raised in the *Benavides* lawsuit, specifically that a combination of collision avoidant technology failures and poor driver attentiveness design result in preventable injuries and loss of life. Further, NHTSA's findings in EA 22002 directly support Plaintiffs' contention that Tesla's Autopilot is defective, as does the issuance of the recent recall query. Documents that NHTSA has received from Tesla in the course of its investigations are

highly relevant to the *Benavides* lawsuit as they directly support Plaintiffs' allegations that Tesla's Autopilot system is defective.

## REQUESTS FOR DOCUMENTS

## DEFINITIONS

**DOCUMENT(S)** is used in the broadest sense of the word and shall mean all original written, printed, typed, recorded, or graphic matter whatsoever, however produced or reproduced, of every kind, nature, and description, and all non-identical copies of both sides thereof, including, but not limited to, papers, letters, memoranda, correspondence, communications, electronic mail (e-mail) messages (existing in hard copy and/or in electronic storage), faxes, mailgrams, telegrams, cables, telex messages, notes, annotations, working papers, drafts, minutes, records, audio and video recordings, data, databases, other information bases, summaries, charts, tables, graphics, other visual displays, photographs, statements, interviews, opinions, reports, newspaper articles, studies, analyses, evaluations, interpretations, contracts, agreements, jottings, agendas, bulletin, notices, announcements, instructions, blueprints, drawings, as-builts, changes, manuals, publications, work schedules, journals, statistical data, desk, portable and computer calendars, appointment books, diaries, travel reports, lists, tabulations, computer printouts, data processing program libraries, data processing inputs and outputs, microfilms, microfiches, statements for services, resolutions, financial statements, governmental records, business records, personnel records, work orders, pleadings, discovery in any form, affidavits, motions, responses to discovery, all transcripts, administrative filings and all mechanical, magnetic, photographic and electronic records or recordings of any kind, including any storage media associated with computers, including, but not limited to, information on hard drives, floppy disks, backup tapes, and zip drives, electronic communications, including but not limited to, the Internet and shall include any drafts or revisions pertaining to any of the foregoing, all other things similar to any of the foregoing, however denominated by TESLA, any other data compilations from which information can be obtained, translated, if necessary, into a usable form and any other documents. For purposes of this request, any document which contains any note, comment, addition, deletion, insertion, annotation, or otherwise comprises a non-identical copy of another document shall be treated as a separate document subject to production. In all cases where original and any non-identical copies are not available, "document(s)" also means any identical copies of the original and all nonidentical copies thereof. Any document, record, graph, chart, film or photograph originally produced in color must be provided in color. Furnish all documents whether verified by TESLA or not. If a document is not in the English language, provide both the original document and an English translation of the document.

**SUBJECT INCIDENT:** The crash that occurred on or about April 25, 2019, involving Naibel Benavides and Dillon Angulo.

**SUBJECT VEHICLE**: The 2019 TESLA MODEL S bearing Florida license plate LFYB88, Vehicle Identification Number 5YJSA1E24KF302997.

**AUTOPILOT:** Includes all AUTOPILOT related safety features, and convenience features as described in the Owner's Manual applicable to the SUBJECT VEHICLE.

**TESLA:** TESLA, Inc., all of its past and present officers and employees, whether assigned to its principal offices or any of its field or other locations, including all of its divisions, subsidiaries (whether or not incorporated) and affiliated enterprises and all of their headquarters, regional, zone and other offices and their employees, agents, contractors, consultants, attorneys and law firms and other persons engaged directly or indirectly by or under the control of TESLA, including all business units and persons previously referred to.

**REQUEST FOR DOCUMENTS NO. 1:** TESLA's complete unredacted response to NHTSA's Special Order 16-007.

**REQUEST FOR DOCUMENTS NO. 2:** All DOCUMENTS received from TESLA in response to Preliminary Evaluation 21-020.

**REQUEST FOR DOCUMENTS NO. 3:** All DOCUMENTS received from TESLA in response to Engineering Analysis 22-002.

**REQUEST FOR DOCUMENTS NO. 4:** All DOCUMENTS received from TESLA related to Recall 23V838.

**REQUEST FOR DOCUMENTS NO. 5:** All DOCUMENTS received from TESLA in response to Recall Query 24009.

**REQUEST FOR DOCUMENTS NO. 6:** All DOCUMENTS related to the SUBJECT INCIDENT.

**REQUEST FOR DOCUMENTS NO. 7**: All DOCUMENTS related to the SUBJECT VEHICLE.

**REQUEST FOR DOCUMENTS NO. 8:** All NHTSA DOCUMENTS related to NHTSA Special Order 16-007

**REQUEST FOR DOCUMENTS NO. 9:** All NHTSA DOCUMENTS related to NHTSA Preliminary Evaluation 21-020.

**REQUEST FOR DOCUMENTS NO. 10:** All NHTSA DOCUMENTS related to Engineering Analysis 22-002.

**REQUEST FOR DOCUMENTS NO. 11:** All NHTSA DOCUMENTS related to Recall 23V838.

**REQUEST FOR DOCUMENTS NO. 12:** All NHTSA DOCUMENTS Recall Query 24009.

Sincerely,

**/s/ Carmela Birnbaum, Esq.**
Carmela Birnbaum Esq.
California Bar No. 190495
(Admitted *Pro Hac Vice 05/07/2024*)
SINGLETON SCHREIBER, LLP
*Attorneys for Plaintiffs Neima Benavides and Dillon Angulo*

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**/s/ Brett J. Schreiber, Esq.**
Brett J. Schreiber, Esq.
California Bar No. 239707
(Admitted *Pro Hac Vice 05/07/2024*)
*Attorney for Plaintiff Benavides*
bschreiber@singletonschreiber.com
SERVICE EMAILS:
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com

**/s/Todd Poses**
Todd Poses

FBN: 75922
POSES LAW GROUP, P.A.
169 East Flagler Street, Suite 1600
Miami, Florida 33131
Tel: (305) 577-0200
tposes@poseslawgroup.com
maria@poseslawgroup.com
shelly@poseslawgroup.com
*Attorney for Plaintiff Benavides*

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
Tel: (305) 670-6669
 **/s/ *Adam T. Boumel, Esq.***
        Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Adam@roussolawfirm.com
SERVICE EMAILS:
pleadings@roussolawfirm.com (primary)
 assistant@roussolawfirm.com
*Attorney for Plaintiff Angulo*

### CERTIFICATE OF SERVICE

We hereby certify that on May 28, 2024, the foregoing document was served electronically to all counsel of record listed as follows:

| Adam T. Boumel, Esq. | Todd Poses, Esq. |
|---|---|
| Florida Bar No. 0110727 | Florida Bar No. |
| **Darren J. Rousso, Esq.** | 0075922 POSES & |
| Florida Bar No. 97410 | POSES, P.A. |
| THE ROUSSO, BOUMEL LAW | Alfred I. Dupont Building |
| FIRM, PLLC | 169 East Flagler Street, Suite 1600 |
| 9350 South Dixie Highway | Miami, FL 33131 |
| Suite 1520 | Tel.  305-577-0200 |
| Miami, FL 33156 | Fax: 305-371-3550 |
| Tel. 305-670-6669 | tposes@posesandposes.com |

Mr. Adam Raviv
Re: Records Request
July 3, 2024
Page 6

| | |
|---|---|
| Adam@roussolawfirm.com<br>darren@roussolawfirm.com<br>pleadings@roussolawfirm.com<br>*Attorneys for Plaintiff Dillon Angulo* | maria@posesandposes.com<br>*Attorneys for Plaintiff Neima Benavides* |
| **Whitney V. Cruz, Esq.**<br>Florida Bar No. 800821<br>**BOWMAN AND BROOKE LLP**<br>Two Alhambra Plaza, Suite 800<br>Coral Gables, FL 33134<br>Tel. 305-995-5600 / Fax: 305-995-6100<br>whitney.cruz@bowmanandbrooke.com<br>*Attorneys for Defendant Tesla, Inc.* | **Douglas F. Eaton, Esq.** Florida Bar No. 0129577 EATON & WOLK PL<br>2665 South Bayshore Drive, Suite 609<br>Miami, FL 33133<br>Tel. 305-249-1640<br>Fax: 786-350-3079<br>deaton@eatonwolk.com<br>cgarcia@eatonwolk.com<br>lhuete@eatonwolk.com<br>*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides* |
| **THOMAS P. BRANIGAN**<br>(Admitted *Pro Hac Vice*)<br>**DREW P. BRANIGAN**<br>(Admitted *Pro Hac Vice*)<br>**BOWMAN AND BROOKE LLP**<br>101 W. Big Beaver Road, Suite 1100<br>Troy, MI 48084<br>Tel. 248-205-3300 / Fax: 248-205-3399<br>thomas.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br><br>*Attorneys for Defendant Tesla, Inc.* | |

*/s/ Ericka Elms*
Ericka Elms