# EXHIBIT 7

**From:** Healy, Thomas (NHTSA) <thomas.healy@dot.gov>
**Sent:** Friday, June 7, 2024 6:17 AM
**To:** Carmela Birnbaum <cbirnbaum@singletonschreiber.com>
**Subject:** Part 9 Request Benavides v. Tesla Inc., 22-22607-KMM

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

You don't often get email from thomas.healy@dot.gov. Learn why this is important

Hello Ms. Birnbaum,

I am emailing to let you know that we have received your requests for documents and employee testimony pursuant to 49 C.F.R. part 9 and we are working to respond to your requests.  Please reach out if you have any questions.  I hope you have a good weekend.

Thanks,

Tom Healy



**Thomas Healy**
Senior Trial Attorney, Office of the Chief Counsel
**Department of Transportation**
National Highway Traffic Safety Administration
1200 New Jersey Avenue SE., W41-211
Washington, DC 20590
Office: 202-366-7161•  Cell: 202-450-0102