# EXHIBIT 8

**From:** Healy, Thomas (NHTSA) <thomas.healy@dot.gov>
**Date:** Wednesday, June 26, 2024 at 6:12 AM
**To:** Carmela Birnbaum <cbirnbaum@singletonschreiber.com>
**Cc:** Brett Schreiber <bschreiber@singletonschreiber.com>
**Subject:** RE: Part 9 Request Benavides v. Tesla, Inc., 22-226-7-KMM

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Carmela,

I am still working to gather all the responsive records. I should have a better idea on timing early next week.

Thanks,

Tom

**From:** Carmela Birnbaum <cbirnbaum@singletonschreiber.com>
**Sent:** Tuesday, June 25, 2024 4:57 PM
**To:** Healy, Thomas (NHTSA) <thomas.healy@dot.gov>
**Cc:** Brett Schreiber <bschreiber@singletonschreiber.com>
**Subject:** Part 9 Request Benavides v. Tesla, Inc., 22-226-7-KMM

Mr. Healy,

Good afternoon. I'm following up on the status of NTHSA's review of our requests for documents and employee testimony pursuant to 49 C.F.R. part 9. Please provide an update at your earliest convenience.

Thank you.

Regards,



### Carmela Birnbaum
Singleton Schreiber | Counsel
cbirnbaum@singletonschreiber.com | (619) 272-4128
591 Camino de la Reina, Suite 1025
San Diego, CA 92108

    

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.