# EXHIBIT 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-21940-BLOOM/OTAZO-REYES

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,
    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,
    Defendant.
                                              /

DILLON ANGULO,                                   Case 22-CV-22607-BLOOM
    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,
    Defendant.
                                              /

## ORDER

THIS CAUSE came before the Court upon Plaintiffs Neima Benavides and Dillon Angulo's (collectively, "Plaintiffs") Amended Notice of Hearing [D.E. 115]. The undersigned held a hearing on this matter on June 14, 2023. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Plaintiffs' motion to compel document production in response to Plaintiffs' Second Request for Production is GRANTED IN PART as follows:

1. By **June 21, 2023**, the parties shall submit a proposed joint protective order. If the parties cannot agree on a proposed protective order by that time, they shall submit competing orders for the undersigned's consideration.

2. With respect to Plaintiffs' Second Request for Production No. 1, Defendant Tesla, Inc. a/k/a Tesla Florida, Inc.'s (hereafter, "Tesla") has agreed to produce the

1

"engineering set" portion of the relevant car log data subject to the forthcoming protective order.

3. With respect to Plaintiffs' Second Request for Production Nos. 2 and 3, Tesla shall produce documents previously provided to the National Highway Traffic Safety Administration ("NHTSA"), limited to those related to Tesla vehicle crashes into stationary vehicles. This ruling is without prejudice to Plaintiffs seeking additional NHTSA documents upon a showing of a proper predicate.

4. With respect to Plaintiffs' Second Request for Production No. 4, Tesla has agreed to provide to Plaintiffs the Bates numbers of the responsive documents from the related litigation in California subject to the forthcoming protective order.

5. With respect to Plaintiffs' Second Request for Production No. 6, Tesla has agreed to produce the requested responsive documents.

6. With respect to Plaintiffs' Second Request for Production No. 9, Tesla has agreed to produce the interior video captured by the onboard cameras in the subject vehicle to the extent that such video is available.

It is further ORDERED AND ADJUDGED that Plaintiffs' motion to compel document production in response to Plaintiffs' Notice of Taking Deposition Duces Tecum is GRANTED in accordance with the ruling in Paragraph 3 above.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 14th day of June, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Beth Bloom
Counsel of record