# EXHIBIT 13

## Doug Eaton

| | |
|---|---|
| **From:** | Maria Smith <maria@poseslawgroup.com> |
| **Sent:** | Wednesday, July 3, 2024 1:43 PM |
| **To:** | Juliet Menendez; adam@roussolawfirm.com; Ingrid Robinson; pleadings@roussolawfirm.com; Todd Poses; Doug Eaton; Clara Garcia; Marina Comas; Brett Schreiber; Srinivas Hanumadass; Carmela Birnbaum; Jaime Justo; Ericka Elms; service@singletonschreiber.com |
| **Cc:** | Thomas Branigan; Whitney Cruz; Joel Smith; Drew Branigan; Danya Houghton; Peggy Green; Carrie Weaver; Brian Dileo |
| **Subject:** | RE: Benavides v. Tesla |
| **Attachments:** | 2024-05-21-ANGULO FINAL- Plt 12th RFP to Tesla.pdf; Angulo-Benavides; 2024-06-26; Tesla's Response to Plaintiff Angulo's 12th RFP (30016038.1).pdf |

Good afternoon,

Plaintiffs would like to schedule Tesla's objection to Plaintiff, Angulo's Twelfth Request for Production for hearing.

As the Court has hearing availability on Thursdays, please advise your availability for soonest possible Thursday. Thank you.

Maria Smith, Legal Assistant
Poses Law Group,P.A.
Alfred I. Dupont Building
169 East Flagler Street
Suite 1600
Miami, FL 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
E-mail: maria@poseslawgroup.com