# EXHIBIT 14

## <u>CONSENT TO CONTINUANCE OF TRIAL</u>

I, Neima Benavides, hereby state that I have read the foregoing Motion for Continuance, agree with its content, and have provided consent and authority to my attorneys for the filing of this Motion and specifically consent to a continuance of trial which is currently set to commence in November of 2024.

By: _____     6/26/2024
         Neima Benavides            Date

## CONSENT TO CONTINUANCE OF TRIAL

I, Dillon Angulo, hereby state that I have read the foregoing Motion for Continuance, agree with its content, and have provided consent and authority to my attorneys for the filing of this Motion and specifically consent to a continuance of trial which is currently set to commence in November of 2024.

By: _____   6/26/24
     Dillon Angulo        Date