UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**ORDER AMENDING SCHEDULING ORDER
AND CERTAIN PRETRIAL DEADLINES**

**THIS CAUSE** is before the Court upon Plaintiffs Neima Benavides and Dillon Angulo's Motion for Leave to Reopen the Fact Discovery Period ("Motion"), ECF No. [252]. The Court finds the dispositive motion deadline must be further amended for the reasons stated in the Order on Motion to Reopen Discovery, ECF No. [257]. Accordingly, it is **ORDERED AND ADJUDGED** that the Amended Scheduling Order, **ECF No. [200]**, is further **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **November 4, 2024, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, October 29, 2024**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

Case No. 21-cv-21940-BLOOM/Torres

| **Augut 19, 2024** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions**. |
|---|---|
| **October 21, 2024** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 23, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record