UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-21940-BLOOM/TORRES

NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased,

        Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

        Defendant.
_____/

DILLON ANGULO,                      Case 1:22-22607-KMM

        Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.

        Defendant.
_____/

**REPORT OF MEDIATION**

The undersigned Mediator hereby advises this Honorable Court that the Parties in the captioned matter participated in a Zoom Mediation on July 1, 2024, and that the Parties reached an Impasse.

                                      Respectfully submitted,
                                      /s/ Michael C. Siboni
                                      Michael C. Siboni, Esq., Mediator
                                      Certification No.: 14026CRA
                                      SIBONI LAW GROUP
                                      3035 SE Maricamp Road, #104-301
                                      Ocala, FL 34471
                                      Email: Michael@SiboniLawGroup.com
                                      Phone: (352) 629-7441

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 24th day of July, 2024, a true and correct copy of the foregoing was electronically filed and served by using the E-Filing Portal system, which will send an automatic e-mail message to all parties who have registered with the E-Filing Portal.

                /s/ Michael C. Siboni
                Michael C. Siboni, Esq., Mediator