UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                                                            Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**MOTION FOR ADMISSION *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>RECEIVE ELECTRONICALLY</u> NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Joel Smith, Esq. of the law firm of Bowman and Brooke LLP, 1441 Main Street, Suite 1200, Columbia, SC 29201, Phone: 803-726-

7420, for purposes of appearance as co-counsel on behalf of Tesla, Inc. a/k/a Tesla Florida, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joel Smith, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1. Joel Smith, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the following Bars and Courts:

- State of South Carolina Bar #5266 Admitted 11/09/1981
- United States District Court, District of South Carolina Bar #3910 Admitted 11/02/1982
- United States Court of Appeals, Fourth Circuit Admitted 06/08/1982

2. Movant, Whitney V. Cruz, Esq. (Fla. Bar No. 800821), of the law firm of Bowman and Brooke, LLP, 2 Alhambra Plaza, Suite 800, Coral Gables, FL 33134, phone 305-995-5600 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Courts electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for

filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Joel Smith has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Joel Smith, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Joel Smith, Esq. at email address: joel.smith@bowmanandbrooke.com.

WHEREFORE, Whitney V. Cruz, moves this Court to enter an Order allowing Joel Smith, Esq., to appear before this Court on behalf of Tesla, Inc. a/k/a Tesla Florida, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Joel Smith, Esq.

Date:   July 31, 2024                    Respectfully submitted,

<div style="margin-left: 3em;">

*s/ Whitney V. Cruz*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

*Attorneys for Defendant Tesla, Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

    s/ *Whitney V. Cruz*
      Whitney V. Cruz

<div align="center">

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Torres**

</div>

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

  Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

  Defendant.
_____/

DILLON ANGULO,                 Case No. 22-22607-KMM

  Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

  Defendant.
_____/

## CERTIFICATION OF JOEL SMITH

  Joel Smith, Esq., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the following Bars and Courts:

- State of South Carolina Bar No. 5266 Admitted 11/09/1981

- United States District Court, District of South Carolina Bar No. 3910 Admitted 11/02/1982

- United States Court of Appeals, Fourth Circuit Admitted 06/08/1982

and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                           */s/ Joel Smith*  
                                           JOEL SMITH