UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                      Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

## TESLA, INC.'S MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

Defendant, Tesla, Inc. ("Tesla"), by and through undersigned counsel, files this Motion to Extend Certain Pretrial Deadlines in the Order Amending Scheduling Order and Certain Pretrial Deadlines [DE 258]. Tesla states as follows:

According to Plaintiffs' counsel, Plaintiffs' experts intend to offer new opinions based on the documents produced by Tesla on August 9, 2024, per the Court's Order on Plaintiffs' Motion to Reopen Fact Discovery [DE 257]. Plaintiffs have indicated they intend to provide reports regarding the new opinions by August 20, and will produce their experts for no later than August 30. Tesla expects its experts will have rebuttal opinions. If so, Tesla will endeavor to produce its

30230056v3

experts' rebuttal opinions by September 10, and produce their experts for deposition no later than September 17. Until the additional expert discovery is completed, pre-trial motions, motions *in limine, Daubert* motions (which include motions to strike experts) and dispositive motions cannot be completed. Therefore, Tesla is requesting a 42-day extension of the currently operative August 19, 2024 deadline to file pre-trial motions, motions *in limine, Daubert* motions (which include motions to strike experts) and dispositive motions making the new deadline September 30, 2024.

Consistent with this timeline, Tesla moves the Court to extend the deadlines in the Order Amending Scheduling Order and Certain Pretrial Deadlines [DE 258] as follows:

- Plaintiffs' Expert Reports[1] - August 20
- Plaintiffs' Expert Depositions – August 30
- Tesla's Rebuttal Expert Reports – September 10
- Tesla's Rebuttal Expert Depositions September 17;
- Motions *in limine*, *Daubert*, dispositive, and other pre-trial motions- September 30.

## CONCLUSION

WHEREFORE, Tesla, Inc. moves the Court to Amend its Order Amending Scheduling Order and Certain Pretrial Deadlines [DE 258] as described above.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that Counsel for Tesla conferred with Plaintiffs' counsel via phone and email on August 13 and 14, 2024. While Plaintiffs' counsel agrees to the deadlines outlined in this Motion, Plaintiffs do not agree the motion is "unopposed."

---

[1] Plaintiffs' experts' new opinions will be strictly limited to the documents produced by Tesla on August 9 document.

Date:  August 14, 2024               Respectfully submitted,

                                                                *s/  Whitney V. Cruz*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

*Attorneys for Defendant Tesla, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHREIBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

                                                          s/ *Whitney V. Cruz*
                                                          Whitney V. Cruz