UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/TORRES

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida,*

    *Inc.,* Defendant.

_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a Tesla Florida,*

    *Inc.,* Defendant.

_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Plaintiffs, NEIMA BENAVIDES, as personal representative of the Estate of Naibel Benavides Leon, deceased, and DILLON ANGULO, pursuant to Local Rule 5.4(b), request leave of court to file under seal Plaintiffs' Notice of Receipt of Previously Subpoenaed Evidence, and Corresponding Request for Tesla to Authorize Access to Data, and then to Seal these proceedings within the file for the reasons set forth below:

1

1. This action stems from an incident wherein Naibel Benavides Leon was killed, and Plaintiff Dillon Angulo suffered critical injuries while standing outside of and adjacent to Dillon's lawfully parked motor vehicle, when a Tesla vehicle designed and manufactured by Defendant, driving on Autopilot, collided with Plaintiff's vehicle in an extremely high-speed collision, causing the vehicles to violently slam into Naibel and Dillon. Plaintiffs have brought this action sounding in products liability, alleging inter alia that design and manufacturing defects in the subject Tesla vehicle – and particularly the autonomous driving functions of the vehicle - caused the collision at issue.

2. Plaintiff hereby moves for leave to file under seal Plaintiff's Notification of Locating Missing Component Parts of the Tesla Which Are Expected to Contain Critical Missing Data Pertaining to this Collision, and Corresponding Request for Tesla to Download the New Data as information included in Plaintiffs' Notice/Request is subject to confidentiality/protective order designations. In order to comply with the operative protective order, Plaintiffs' document at issue is to be filed under seal.

3. Accordingly, Plaintiff and his counsel pray that this Honorable Court grant this Instant Motion and enter an Order providing that both Petitions and all related documents and Orders be filed and kept under seal indefinitely.

WHEREFORE, Plaintiff prays this Court grant this Motion.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **August 15, 2024**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Respectfully Submitted,

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By:   **/s/ *Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email: adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com
Assistant@roussolawfirm.com