UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

## ORDER AMENDING SCHEDULING ORDER AND CERTAIN PRETRIAL DEADLINES

**THIS CAUSE** is before the Court upon Tesla's Motion to Extend Certain Pretrial Deadlines ("Motion"), ECF No. [264]. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [264]**, is **GRANTED**, and the Amended Scheduling Order, **ECF No. [258]**, is further **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **November 4, 2024, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, October 29, 2024**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| **August 20, 2024** | Plaintiffs' supplemental expert reports, if any, are filed. |
|---|---|

Case No. 21-cv-21940-BLOOM/Torres

| | |
|---|---|
| **August 30, 2024** | All depositions of Plaintiffs' experts must be completed. |
| **September 10, 2024** | Tesla's rebuttal expert reports, if any, are filed. |
| **September 17, 2024** | All depositions of Tesla's rebuttal experts must be completed. |
| **September 30, 2024** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions**. |
| **October 21, 2024** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 15, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2