# EXHIBIT A



# FLORIDA HIGHWAY PATROL

## EVIDENCE



FHPE19EVP000603

**Property Number** FHPE19EVP000603

**Case Number** FHPE19OFF022748          **Case Item Number** 014

**Property Details**
VIN: 5YJSA1E24KF302997   Vehicle Style: 4D   Vehicle Year: 2019   Make: TES   Model:   Color: SIL

**Seized From**

**Owner** MCGEE, GEORGE BRIAN

**Reporting Officer** ROSARIO-FLORES, CARLOS J

## CHAIN OF CUSTODY

| Transfer Type | Location | Date | Time | Entered By |
|---|---|---|---|---|
| IN CUSTODY | FHP / FHP E / FHP MIAMI / VIF-1 (VIF 1) | 05/07/2019 | 12:05 PM | CHAVEZ, JESSICA |
| OUT OF CUSTODY | EXCALIBUR TOWING | 11/15/2021 | 11:40 AM | CHAVEZ, JESSICA |

Page 1 of 1