# EXHIBIT B

| | |
|---|---|
| **From:** | Adam Boumel |
| **To:** | Adam Boumel |
| **Subject:** | FW: Claim No. n/a (Neima Benavides, Personal Representative of the Estate of Naibel Benavide Leon, deceased v. Tesla, Inc. a/k/a Tesla Florida, Inc.) CSK File: 5888.3246-00 |
| **Date:** | Thursday, August 15, 2024 1:51:47 PM |
| **Attachments:** | image001.png |

**From:** Henry Salas <Henry.Salas@csklegal.com>
**Sent:** Monday, November 27, 2023 7:59 AM
**To:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; Adam Boumel <adam@roussolawfirm.com>; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Leisy M. Martinez <Leisy.Martinez@csklegal.com>; Sean Hernandez <Sean.Hernandez@csklegal.com>
**Cc:** Todd Poses <tposes@poseslawgroup.com>; Elise Sanguenetti (elise@aswtlawyers.com) <elise@aswtlawyers.com>; David Slavik (dslavik@slavik.us) <dslavik@slavik.us>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; apawlak@slavik.us <apawlak@slavik.us>
**Subject:** RE: Claim No. n/a (Neima Benavides, Personal Representative of the Estate of Naibel Benavide Leon, deceased v. Tesla, Inc. a/k/a Tesla Florida, Inc.) CSK File: 5888.3246-00

Good morning. We are following up as well as the process server.



The Florida Law Firm
www.csklegal.com

**Henry Salas**
Partner
Tel: 786-268-6419 | Fax: 305-373-2294
Email: Henry.Salas@csklegal.com

Cole, Scott & Kissane P.A.
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156

**From:** Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>
**Sent:** Friday, November 17, 2023 11:46 AM
**To:** Adam Boumel <adam@roussolawfirm.com>; Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Leisy M. Martinez <Leisy.Martinez@csklegal.com>; Sean Hernandez <Sean.Hernandez@csklegal.com>; Henry Salas <Henry.Salas@csklegal.com>
**Cc:** Todd Poses <tposes@poseslawgroup.com>; Elise Sanguenetti (elise@aswtlawyers.com) <elise@aswtlawyers.com>; David Slavik (dslavik@slavik.us) <dslavik@slavik.us>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; apawlak@slavik.us
**Subject:** RE: Claim No. n/a (Neima Benavides, Personal Representative of the Estate of Naibel Benavide Leon, deceased v. Tesla, Inc. a/k/a Tesla Florida, Inc.) CSK File: 5888.3246-00

[CAUTION: EXTERNAL EMAIL]

Adam, the subpoena was served on 6/8/23. We are following up with the recipient and will update you when we have more info.

**Thomas P. Branigan**
Executive Managing Partner  |  Licensed in Michigan, Ohio, and Illinois
P +1.248.205.3316 | M +1.248.514.9739
Thomas.Branigan@bowmanandbrooke.com

**From:** Adam Boumel <adam@roussolawfirm.com>
**Sent:** Thursday, November 16, 2023 4:45 PM
**To:** Drew Branigan <Drew.Branigan@bowmanandbrooke.com>; Thomas Branigan <Thomas.Branigan@bowmanandbrooke.com>; Leisy M. Martinez <Leisy.Martinez@csklegal.com>; Sean Hernandez <Sean.Hernandez@csklegal.com>; Henry Salas <Henry.Salas@csklegal.com>
**Cc:** Todd Poses <tposes@poseslawgroup.com>; Elise Sanguenetti (elise@aswtlawyers.com) <elise@aswtlawyers.com>; David Slavik (dslavik@slavik.us) <dslavik@slavik.us>; 'David Terry' <dterry@slavik.us>; 'Debra Caudle' <dcaudle@slavik.us>; apawlak@slavik.us
**Subject:** FW: Claim No. n/a (Neima Benavides, Personal Representative of the Estate of Naibel Benavide Leon, deceased v. Tesla, Inc. a/k/a Tesla Florida, Inc.) CSK File: 5888.3246-00

Drew / Tom,

Can you please advise on the status of this subpoena? Thanks,

Adam T. Boumel
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
Office: 305.670.6669
Fax: 305.670.6663
Email: adam@roussolawfirm.com
Website: www.roussoboumellawfirm.com



**From:** Leisy M. Martinez <Leisy.Martinez@csklegal.com>
**Sent:** Tuesday, May 30, 2023 1:48 PM
**To:** tposes@posesandposes.com; maria@posesandposes.com; Adam Boumel <adam@roussolawfirm.com>; dslavik@slavik.us; deaton@eatonwolk.com; elise@aswtlawyers.com
**Cc:** Henry Salas <Henry.Salas@csklegal.com>; Sean Hernandez <Sean.Hernandez@csklegal.com>
**Subject:** Claim No. n/a (Neima Benavides, Personal Representative of the Estate of Naibel Benavide Leon, deceased v. Tesla, Inc. a/k/a Tesla Florida, Inc.) CSK File: 5888.3246-00

Good afternoon,

Attached please a copy of the proposed Joint Subpoena. Please advise if we have authorization to include your electronic signatures on same?

Thank you and have a nice rest of your day.

Sincerely,

**Leisy M. Martinez**
*Legal Assistant to Attorneys:*
*Henry Salas & Sean Hernandez*



The Florida Law Firm
www.csklegal.com

Tel: 786-268-6479 | Fax: 305-373-2294
Email: Leisy.Martinez@csklegal.com

**Cole, Scott & Kissane P.A.**
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida, 33156

Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.