# EXHIBIT E

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 21-CV-21940-BLOOM/ OTAZO-REYES

Plaintiff:
**NEIMA BENAVIDES, as Personal Rep. of the Estate of Naible Benavides Leon, deceased**

vs.

Defendant:
**TESLA, INC., a/k/a TESLA FLORIDA, INC.,**

For:
Todd Poses
POSES & POSES, P.A
169 E. Flagler Street
Suite # 1600
Miami, FL 33131

Received by Executive Express Courier Services, LLC on the 13th day of May, 2024 at 11:15 am to be served on **FLORIDA HIGHWAY PATROL, 1011 N.W. 111TH AVENUE, MIAMI, FL 33172**.

I, Luis Ramirez, being duly sworn, depose and say that on the **15th day of May, 2024** at **10:41 am**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action** with the date and hour of service endorsed thereon by me, to: **OFFICER SANCHEZ** as **COURT LIAISON** for **FLORIDA HIGHWAY PATROL**, and informed said person of the contents therein, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
Subpoena was served at 1351 N.W. 12TH STREET, SUITE # 310, MIAMI, FL 33125

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury, I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 16th day of May, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #HH102198
EXPIRES: JUN 07, 2025
Bonded through 1st State Insurance

Luis Ramirez
Process Server

**Executive Express Courier Services, LLC**
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2024066727
Ref: BENAVIDES

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased,*

  Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

  Defendant.
_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

  Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

  Defendants.
_____/

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Florida Highway Patrol
   1011 NW 111th Ave., Miami, FL 33172

✓ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**(1) SD Card pertaining to 2019 Tesla Model S, License Number LFYB88, and Vehicle Identification Number 5YJSA1E24KF302997 (HSMV Crash Report # 87219182-06).**

| Place: | Date and Time: |
|---|---|
| Florida Highway Patrol Evidence and Property 1011 NW 111th Ave. Miami, FL 33172 | May 23, 2024, at 10:00 a.m. |


66727

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45)*

I received this Subpoena *(name of individual and title, if any)* Florida Highway Patrol, Evidence and Property on *(date)* May 13th, 2024.

✓ I served the Subpoena by delivering a copy to the named person as follows: Certified Mail, Return Receipt Requested on *(date)* May 15th, 2024.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: May 16th, 2024

Luis Ramirez-
*Server's signature*
*Printed name and title*

4460 NW 73rd Ave.
Miami, Fl 33166
*Server's address*

✓ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land or other property possessed or controlled by you at the time, date and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place:<br>Florida Highway Patrol<br>Evidence and Property<br>1011 NW 111th Ave.<br>Miami, FL 33172 | Date and Time:<br><br>May 23, 2024, at 10:00 a.m. |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: May 9, 2024

_____
Todd Poses (75922)

The name, address, e-mail address, and telephone number of the attorneys representing Plaintiffs, NEIMA BENAVIDES AND DILLON ANGULO who issue or request this Subpoena are:

Todd Poses (0075922)
POSES & POSES, P.A.
169 East Flagler Street, Suite 1600
Miami, FL 33156
Office: (305) 577-0200
tposes@posesandposes.com
maria@posesandposes.com
Counsel for Plaintiff, *Neima Benavides*

Adam T. Boumel (0110727)
THE ROUSSO, BOUMEL, LAW FIRM, PLLC
9350 South Dixie Hwy., Ste. 1520
Miami, FL 33156
Office: (305) 670-6669
adam@roussolawfirm.com
Counsel for Plaintiff, *Dillon Angulo*

### Notice to the person who issues or requests this Subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).