# EXHIBIT F

| | |
|---|---|
| **From:** | HSMV Public Records Operations Center |
| **To:** | tposes@posesandposes.com; maria@posesandposes.com; Adam Boumel |
| **Subject:** | Public Records Request :: P764315-052224 |
| **Date:** | Wednesday, May 22, 2024 11:50:57 AM |

**Attachments:**

George_B._Mcgee__87219182__Evidence_Sheet_.pdf

--- Please respond above this line ---



Dear Todd Poses, Mark Poses, Attorney Adam T Boumel,

Thank you again for contacting the Florida Department of Highway Safety and Motor Vehicles. With regard to your public records request Ref. #P764315-052224, you substantially sought the following records:

"Subpoena :

You are commanded to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

(1) SD Card pertaining to 2019 Tesla Model S, License Number LFYB88, and Vehicle Identification Number 5YJSA1E24KF302997 (HSMV Crash Report #87219182-06).

May 23rd 2024 10:00AM."

In accordance with § 119.07(1)(c), Fla. Stat., the Department has made good faith efforts to determine whether such records exist and, if so, to locate the records.

Accordingly, the Department has determined that no responsive records exist, and public records request Ref. # P764315-052224 is CLOSED.

<mark>The vehicle is no longer at our location, please see the attached evident sheet.</mark>

Florida Highway Patrol Troop E
1011 NW 111th Avenue
Miami Fl 33172

Respectfully yours,

**Nirva Lamy
FHP Troop E (Marathon Station)
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**

---

**DRIVER LICENSE AND MOTOR VEHICLE RECORDS:** Records requests are processed without delay; however, due to high volume of requests received in Bureau of Records, **please allow two weeks' processing time** from date of this message.