# EXHIBIT H

```
        Videotaped Oral Deposition - Eloy Rubio Blanco
            (As Corporate Representative for Tesla)
                   May 31, 2024 - CONFIDENTIAL
```

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
              Case No. 21-cv-21940-BLOOM/Otazo-Reyes
 3
    NEIMA BENAVIDES, as Personal
 4  Representative of the Estate
    of Naibel Benavides Leon,
 5  deceased,

 6       Plaintiff,

 7  v.

 8  TESLA, INC., a/k/a Tesla
    Florida, Inc.,
 9
         Defendant
10  _____/

11               Case No. 22-cv-22607-BLOOM

12  DILLON ANGULO,

13       Plaintiff,

14  v.

15  TESLA, INC., a/k/a Tesla
    Florida, Inc.,
16
         Defendant
17  _____/

18
                    **** CONFIDENTIAL ****
19
                 VIDEOTAPED ORAL DEPOSITION
20
                     ELOY RUBIO BLANCO
21
           (AS CORPORATE REPRESENTATIVE FOR TESLA)
22
                        MAY 31, 2024
23
                     (REPORTED REMOTELY)
24

25                  Adrianne Harris, CSR
```

```
              Julia Whaley & Associates
         214-668-5578   JulieTXCSR@gmail.com
```

| Videotaped Oral Deposition - Eloy Rubio Blanco |
|---|
| (As Corporate Representative for Tesla) |
| May 31, 2024 - CONFIDENTIAL |

```
1         VIDEOTAPED ORAL DEPOSITION OF ELOY RUBIO
2   BLANCO, as Corporate Representative for Tesla, produced
3   as a witness at the instance of the Plaintiff, and duly
4   sworn, was taken in the above-styled and numbered cause
5   on May 31, 2024, from 8:02 a.m. (CST) to 3:48 p.m. (CST),
6   before Adrianne Harris, Certified Shorthand Reporter in
7   and for the State of Texas, via Zoom Video Conference,
8   the witness located in Madrid, Spain, pursuant to the
9   Federal Rules of Civil Procedure and the provisions
10  stated on the record or attached hereto.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
              Videotaped Oral Deposition - Eloy Rubio Blanco
                   (As Corporate Representative for Tesla)
                        May 31, 2024 - CONFIDENTIAL
```

|    |                                                         |
|----|---------------------------------------------------------|
| 1  | APPEARANCES                                             |
| 2  | FOR PLAINTIFFS:                                         |
| 3  | Mr. Brett Schreiber                                     |
|    | SINGLETON SCHREIBER                                     |
| 4  | 591 Camino de la Reina                                  |
|    | Suite 1025                                              |
| 5  | San Diego, California  92108                            |
|    | Phone: (619)771-3473                                    |
| 6  | Fax: (619)255-1515                                      |
|    | Email: bschreiber@singletonschreiber.com                |
| 7  |                                                         |
|    | - and -                                                 |
| 8  |                                                         |
|    | Mr. Todd Poses                                          |
| 9  | POSES LAW GROUP                                         |
|    | 169 East Flagler Street                                 |
| 10 | Suite 1600                                              |
|    | Miami, Florida  33131                                   |
| 11 | Phone: (305)577-0200                                    |
|    | Fax: (305)371-3550                                      |
| 12 | Email: tposes@poseslawgroup.com                         |
| 13 | - and -                                                 |
| 14 | Mr. Adam T. Boumel                                      |
|    | THE ROUSSO BOUMEL LAW FIRM                              |
| 15 | 9350 South Dixie Highway                                |
|    | Suite 1520                                              |
| 16 | Miami, Florida  33156                                   |
|    | Phone: (305)670-6669                                    |
| 17 | Fax: (305)670-6663                                      |
|    | Email: adam@roussolawfirm.com                           |
| 18 |                                                         |
| 19 | FOR DEFENDANT:                                          |
| 20 | Mr. Thomas P. Branigan                                  |
|    | Ms. Whitney V. Cruz                                     |
| 21 | Mr. Drew P. Branigan                                    |
|    | BOWMAN AND BROOKE LLP                                   |
| 22 | 101 West Big Beaver Road                                |
|    | Suite 1100                                              |
| 23 | Troy, Michigan  48084                                   |
|    | Phone: (248)205-3316                                    |
| 24 | Email: thomas.branigan@bowmanandbrooke.com              |
|    |        whitney.cruz@bowmanandbrooke.com                 |
| 25 |        drew.branigan@bowmanandbrooke.com                |

```
                      Julia Whaley & Associates
                 214-668-5578  JulieTXCSR@gmail.com
```

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

1  ALSO PRESENT:

2  Mr. Ryan McCarthy

3  Mr. Jason Warner, Videographer
   LEGAL VIDEO GROUP
4  P.O. Box 830132
   Richardson, Texas  75083
5  Phone: (214)598-5229
   Email: lvg.dallas@gmail.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                    Videotaped Oral Deposition - Eloy Rubio Blanco
                        (As Corporate Representative for Tesla)
                              May 31, 2024 - CONFIDENTIAL
```

01:05  1   situation.
01:05  2          Q.  What type of targets was a -- the subject
01:05  3   vehicle able to identify when operating under autopilot
01:05  4   traveling on the Class 5 roadway it was traveling upon in
01:05  5   the 30 seconds prior to this collision?
01:05  6              MR. T. BRANIGAN:  I'm sorry.  Can you -- can you
01:05  7   restate that from the beginning?  I -- I -- I -- you were
01:05  8   a little -- dropped off at the start.  I didn't hear the
01:05  9   whole question.  Excuse me.
01:06 10              MR. SCHREIBER:  Madame Reporter, did you hear
01:06 11   it, and can you read it back?
01:06 12              THE REPORTER:  Yes.
      13                    (The record was read as requested.)
01:06 14              MR. T. BRANIGAN:  Type of targets for what
01:06 15   purpose; AEB, FCW?
01:06 16              MR. SCHREIBER:  All of the above.
01:06 17          A.  I wouldn't be able to know.  We have -- we don't
01:06 18   have sufficient data in order to evaluate what the
01:06 19   vehicle was seeing 30 seconds prior to the intersection,
01:06 20   so I wouldn't be able to know what targets the vehicle
01:06 21   had.
01:06 22          Q.  (By Mr. Schreiber) What information would you
01:06 23   need so that you could make that evaluation?
01:06 24          A.  I mean, I wouldn't -- I wouldn't be able to --
01:06 25   to know that because that's the vehicle -- like, the

|  |  |
|---|---|
| | Videotaped Oral Deposition - Eloy Rubio Blanco<br>(As Corporate Representative for Tesla)<br>May 31, 2024 - CONFIDENTIAL |

```
01:06  1   vehicle systems were running at that time; and in an
01:06  2   event of a collision, we're able to retrieve a portion of
01:06  3   that data that is relevant for just a few seconds prior
01:06  4   to the collision, and it includes limited data that do
01:06  5   not include all the targets that the vehicle was
01:07  6   detecting.
01:07  7        Q.   If you had -- we'll talk more when we get to
01:07  8   data, and log data, in a little bit.  But if you had
01:07  9   longer video clips, longer than the five or seven seconds
01:07 10   that has been produced by Tesla, would you be able to
01:07 11   analyze through augmented visual overlay what the vehicle
01:07 12   was seeing, what targets it was identifying in, let's
01:07 13   say, the 10 or 20 or 30 seconds before this incident?
01:07 14            MR. T. BRANIGAN:  Objection, form.  Incomplete
01:07 15   hypothetical.
01:07 16        A.   My understanding is that that will not be
01:07 17   possible.
01:07 18        Q.   (By Mr. Schreiber) Why and what do you base that
01:07 19   understanding on?
01:07 20        A.   Well, in order to run an augmented video or
01:08 21   simulation, the -- the system requires to have a series
01:08 22   of -- of -- of data from the actual vehicle that -- that
01:08 23   wasn't received by Tesla in this -- in this collision.
01:08 24        Q.   What data is that?
01:08 25        A.   That data is part of the -- the snapshots or --
```

```
              Videotaped Oral Deposition - Eloy Rubio Blanco
                    (As Corporate Representative for Tesla)
                         May 31, 2024 - CONFIDENTIAL
```

01:08  1   or the videos that the -- that the vehicle uploads, and
01:08  2   sometimes those kind of complement with real-time data
01:08  3   values, or activities, as we call it; and -- and with
01:08  4   those, the system is able to run an augmented video clip.
01:08  5   But in this case, that -- that -- that upload didn't
01:08  6   happen.
01:08  7           Q.  Video was uploaded, however, true?
01:08  8           A.  Correct.  And we were able to find the video,
01:08  9   but no augmented video.
01:08 10           Q.  Well, wait, augmented video doesn't upload.  The
01:08 11   data points to create augmented video are uploaded, true?
01:09 12           A.  Correct.  But in our server, we were unable to
01:09 13   find augmented video due to the lack of the data that
01:09 14   you're referring to.
01:09 15           Q.  Right.  So you received videos, correct, from
01:09 16   this crash?
01:09 17           A.  Correct.
01:09 18           Q.  You received log data from this crash, correct?
01:09 19           A.  Correct.
01:09 20           Q.  You had received and were able to obtain D16 log
01:09 21   data, or telemetry data, for this drive cycle, correct?
01:09 22           A.  D16, yes.
01:09 23           Q.  What additional specific type or label of data
01:09 24   would have been required to have been uploaded as a part
01:09 25   of that snapshot so that an augmented video of this crash

| | |
|---|---|
| | Videotaped Oral Deposition - Eloy Rubio Blanco (As Corporate Representative for Tesla) May 31, 2024 - CONFIDENTIAL |

```
01:09  1   could be created?  Please be very specific, sir.
01:10  2        A.  The real-time data values, the RTDVs.
01:10  3            MR. T. BRANIGAN:  Counsel, it's 2:10 in the
01:10  4   east.  We've been going for a little more than an hour.
01:10  5            MR. SCHREIBER:  We're going to finish this one
01:10  6   and then we can go ahead and take that break.  Is that
01:10  7   okay, Mr. Branigan?
01:10  8            MR. T. BRANIGAN:  Well, let -- let's ask
01:10  9   Mr. Rubio Blanco.  Is that okay with you, sir --
01:10 10            THE WITNESS:  That's okay.
01:10 11            MR. T. BRANIGAN:  -- or do you need to take an
01:10 12   earlier break?
01:10 13            MR. SCHREIBER:  No, he's good.
01:10 14        Q.  (By Mr. Schreiber) All right.  So --
01:10 15            MR. T. BRANIGAN:  Are you -- are you good, sir?
01:10 16            MR. SCHREIBER:  He just said he was.
01:10 17            THE WITNESS:  Yeah, I'm okay.
01:10 18            MR. T. BRANIGAN:  Okay.
01:10 19        Q.  (By Mr. Schreiber) Real-time data values, that
01:10 20   was the missing piece of data that, if you had it, you
01:10 21   would be able to overlay on top of the video through
01:10 22   Tclips so that we can identify what the vision system saw
01:11 23   in the moments before this crash; is that correct?
01:11 24        A.  I'm not sure if you will be able to -- to
01:11 25   analyze what you -- what you just said.  I -- I don't
```

|  |  |
|---|---|
|  | Videotaped Oral Deposition - Eloy Rubio Blanco<br>(As Corporate Representative for Tesla)<br>May 31, 2024 - CONFIDENTIAL |

01:11  1    know what the video -- or the data will show in this
01:11  2    situation.  It depends on the availability of the data or
01:11  3    if -- if -- if all the data uploads, or a portion of the
01:11  4    data uploads, we will see different things.  We will have
01:11  5    more information as to what the vision system was -- was
01:11  6    able to detect, so...
01:11  7         Q.  How is real-time data values, RTDVs, transmitted
01:11  8    to Tesla?  Is it -- is it in a form similar to log data?
01:11  9    Is it in a form similar to D16 data?  How -- how is it
01:11 10    packaged and sent back to the mother ship?
01:12 11         A.  So it's packaged with the snapshots, so with the
01:12 12    videos, or that's my understanding.  And then, you know,
01:12 13    over the years, you see that we have collisions in which
01:12 14    we receive video, we only receive RTDVs, or we receive
01:12 15    both; and that depends on what is the damage to the
01:12 16    vehicle, what is the vehicle connectivity status, what
01:12 17    the autopilot computer was running at a given time, et
01:12 18    cetera, et cetera.
01:12 19         Q.  What was it about -- was the damage to this
01:12 20    vehicle such that you were unable to upload or receive
01:12 21    the snapshot videos?
01:12 22         A.  It will not be possible for me to now identify a
01:12 23    cause for -- for the -- the lack of that upload.  I -- I
01:13 24    wouldn't be able to tell.  Looking back, there's no data
01:13 25    point that will tell me why the -- that upload wasn't --

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

01:13  1   wasn't performed at that time.
01:13  2        Q.  But it was -- the damage to the vehicle, the
01:13  3   connectivity, and the autopilot computer that was running
01:13  4   at the time was sufficient to upload videos of the crash,
01:13  5   true, from the various cameras?
01:13  6        A.  Correct.  That's -- that's the case.
01:13  7        Q.  The damage to the vehicle, connectivity, and the
01:13  8   autopilot computers that were running were also
01:13  9   sufficient such that log data and telemetry data were
01:13 10   able to be uploaded to Tesla, true?
01:13 11            MR. T. BRANIGAN:  Objection, asked and answered.
01:13 12            He's already told you we've got log data, we've
01:13 13   got video, we've got a D16 report, but it's your time.
01:14 14        A.  Correct, we received log data and the D16.
01:14 15        Q.  (By Mr. Schreiber) Have you, in your experience,
01:14 16   discovered that real-time data values can also be saved
01:14 17   on the vehicle's SD card?
01:14 18        A.  No.  That's not my understanding, no.
01:14 19        Q.  Longer clips of videos can and often are saved
01:14 20   on the vehicle's SD card, true?
01:14 21        A.  Only if you have the dashcam feature enabled,
01:14 22   and it will only be the video from the frontal camera.
01:14 23        Q.  Only the video from the frontal camera?
01:14 24        A.  Yes.
01:14 25        Q.  In 2019?

Julia Whaley & Associates
214-668-5578   JulieTXCSR@gmail.com

```
Videotaped Oral Deposition - Eloy Rubio Blanco
        (As Corporate Representative for Tesla)
              May 31, 2024 - CONFIDENTIAL
```

01:15  1        A.   If you're talking about a longer video, like a
01:15  2   minute-long video, that -- that's done through the
01:15  3   dashcam feature and it requires for you to have a USB
01:15  4   drive, and then it saves the data into that USB drive.
01:15  5   The -- the SD card does not contain videos.
01:15  6        Q.   What do you mean -- wait.  It doesn't contain
01:15  7   videos?  I don't understand.
01:15  8        A.   Yeah.  The SD card in which the log data files
01:15  9   are saved does not contain videos.
01:15 10        Q.   Okay.  Longer videos contained through dashcam,
01:15 11   if turned on by the user, where are those saved to?
01:15 12        A.   In the USB drive that the user will put in the
01:15 13   slot.
01:15 14        Q.   But they don't usually put a US- -- I mean --
01:15 15   oh, okay.  But -- so -- so any kind of external memory
01:16 16   source that they put in there would save that
01:16 17   information.  But the SD card in the media control unit
01:16 18   will also receive a copy of log data, true?
01:16 19        A.   It doesn't receive a copy of log data.  It's
01:16 20   actually the -- the opposite.  So log data is saved onto
01:16 21   the SD card of the vehicle, a portion -- so log data gets
01:16 22   generated by the vehicle controllers, right, and -- when
01:16 23   they communicate; and a portion of that communication
01:16 24   gets saved into the SD card.  And now, when a collision
01:16 25   occurs, the vehicle attempts to perform an urgent upload

```
Videotaped Oral Deposition - Eloy Rubio Blanco
       (As Corporate Representative for Tesla)
            May 31, 2024 - CONFIDENTIAL
```

| | | |
|---|---|---|
| 01:16 | 1 | that includes a portion of the data that is in the SD |
| 01:16 | 2 | card. |
| 01:16 | 3 | Q.  And a portion of the data that can be uploaded |
| 01:16 | 4 | in an urgent upload is the RTDV, the real-time data |
| 01:17 | 5 | values, correct? |
| 01:17 | 6 | MR. T. BRANIGAN:  Uploaded to what -- |
| 01:17 | 7 | A.  No, this is -- |
| 01:17 | 8 | MR. T. BRANIGAN:  -- Counsel?  You -- uploaded |
| 01:17 | 9 | to the SD card? |
| 01:17 | 10 | MR. SCHREIBER:  No, no, no.  From the vehicle, |
| 01:17 | 11 | uploaded to the air, back to the mother ship. |
| 01:17 | 12 | MR. T. BRANIGAN:  Okay.  Just want to be clear. |
| 01:17 | 13 | Because we've been talking about the SD card, and now |
| 01:17 | 14 | you're just switching -- |
| 01:17 | 15 | MR. SCHREIBER:  Sorry. |
| 01:17 | 16 | MR. T. BRANIGAN:  -- to... |
| 01:17 | 17 | MR. SCHREIBER:  He was describing -- and I'm |
| 01:17 | 18 | sorry.  I was trying to logically take his last answer, |
| 01:17 | 19 | which was data is put onto the SD card, then in the event |
| 01:17 | 20 | of a crash, urgent upload occurs and it goes up into the |
| 01:17 | 21 | sky -- and I'm using that term for your and my benefit, |
| 01:17 | 22 | Mr. Branigan, because I'm sure -- I don't even know |
| 01:17 | 23 | exactly how a light switch works.  It's a miracle every |
| 01:17 | 24 | time you flip it and the light comes on. |
| 01:17 | 25 | Q.  (By Mr. Schreiber) It's your understanding, |

|  |  |
|--|--|
|  | Videotaped Oral Deposition - Eloy Rubio Blanco<br>(As Corporate Representative for Tesla)<br>May 31, 2024 - CONFIDENTIAL |

```
01:17   1    Mr. Blanco, that that data which is processed and put
01:17   2    onto the SD card, a portion of it gets pushed into the
01:17   3    cloud to Tesla servers, true?
01:17   4         A.   And that's a different question.  That's true,
01:17   5    but those are the diagnostic log files or the CAN log's
01:18   6    files.  That is not the RTDVs, the real-time data -- data
01:18   7    values.
01:18   8         Q.   Right.  So diagnostic log files get pushed out.
01:18   9    The RTDVs, would they still live on the SD card?
01:18  10         A.   The RTDVs are never on the SD card.
01:18  11         Q.   How do you know that?
01:18  12         A.   I mean, that I understand what the RTDVs are,
01:18  13    and they're in the -- they're run in the autopilot
01:18  14    computer.  There's -- it's information that is generated
01:18  15    by the autopilot computer tasks as they -- as they -- as
01:18  16    they process the information; and then there's a buffer
01:18  17    that, in an event of a collision, attempts to upload
01:18  18    along with the autopilot clips, but it doesn't go into
01:18  19    the SD card of the vehicle.
01:18  20         Q.   So, to the extent RTDVs still exist on this
01:18  21    vehicle, they would exist within the autopilot computer
01:19  22    contained in the vehicle, true?
01:19  23         A.   I don't think that will be the case.  I -- I
01:19  24    haven't heard of any instance in which Tesla has been
01:19  25    able to go back and retrieve RTDVs from the autopilot
```

```
         Videotaped Oral Deposition - Eloy Rubio Blanco
              (As Corporate Representative for Tesla)
                    May 31, 2024 - CONFIDENTIAL
```

01:19  1   computer directly.  Because this works as a buffer, that
01:19  2   in -- in an event of a collision, it tries to be
01:19  3   uploaded, but then it lose -- it -- it loses power.
01:19  4            So, you know, I don't -- you know, I'm not sure,
01:19  5   but I haven't heard of an instance that -- that would
01:19  6   have been able to retrieve clips or RTDVs from the
01:19  7   autopilot computer.
01:19  8        Q.  Do you know if it's ever been tried?
01:19  9        A.  I believe so.
01:19 10        Q.  When and where and by whom?
01:19 11        A.  All the information that I have with regards to
01:19 12   that, Counsel, comes from Tesla legal team, so I'm not
01:19 13   sure I can disclose it.
01:19 14        Q.  I'm not asking for any strategy or information
01:19 15   lawyers told you, but I'm asking for foundational facts.
01:19 16            Do you have any foundational facts outside of
01:20 17   information you've learned from lawyers that, in fact,
01:20 18   RTDVs and clips that lived at one point on the autopilot
01:20 19   computer, not uploaded in an urgent upload post-crash,
01:20 20   were able to later be retrieved when the autopilot
01:20 21   computer was reenergized?
01:20 22        A.  My understanding is that that hasn't been
01:20 23   possible.  It hasn't been possible.  And if you ask me if
01:20 24   that has been tried and when and -- and all those
01:20 25   questions, the answer to those questions will come

| | |
|---|---|
| | Videotaped Oral Deposition - Eloy Rubio Blanco<br>(As Corporate Representative for Tesla)<br>May 31, 2024 - CONFIDENTIAL |

```
01:20   1    from -- from legal counsel, and they're related to other
01:20   2    matters; so I wouldn't be able to share them with you.
01:20   3         Q.  But it's your understanding that -- was that
01:20   4    effort ever engaged in this case?
01:20   5         A.  I don't believe it was.  I -- as I've said, I --
01:20   6    Tesla set the standard, and my understanding is that
01:20   7    that's -- it's not possible to retrieve clips and RTDVs
01:20   8    from -- from the autopilot computer when it's powered
01:21   9    down.  That's as far as I understand it.
01:21  10         Q.  I need you to define when you use the word
01:21  11    "clips."  What do you mean?
01:21  12         A.  Videos.
01:21  13         Q.  So you've got the clips here, but you didn't get
01:21  14    the RTDVs, fair?
01:21  15         A.  That's my understanding.
01:21  16             MR. SCHREIBER:  Hard five.  Thank you, sir.
01:21  17             THE VIDEOGRAPHER:  Off the record, 1:21 Central.
       18                  (Recess from 1:21 a.m to 1:30 p.m.)
01:30  19             THE VIDEOGRAPHER:  The time is 1:30 Central.
01:30  20    We're on the record.
01:31  21         Q.  (By Mr. Schreiber) All right.  Mr. Rubio, going
01:31  22    back, we're on Topic 5, which is the driver monitoring
01:31  23    system and development of autopilot and autosteer.  We
01:31  24    were talking a lot about urgent uploads.  I want to
01:31  25    change our focus.
```

Julia Whaley & Associates
214-668-5578  JulieTXCSR@gmail.com

|  |  |
|---|---|
| | Videotaped Oral Deposition - Eloy Rubio Blanco<br>(As Corporate Representative for Tesla)<br>May 31, 2024 - CONFIDENTIAL |

```
03:46  1   crash.  That question calls for an expert opinion, which
03:46  2   he's not here to give.  So if he -- if he answers, he's
03:46  3   answers that -- answering as a fact witness, not as a
03:46  4   corporate rep.
03:46  5              MR. SCHREIBER:  We'll agree to disagree.
03:46  6         Q.  (By Mr. Schreiber) Mr. Rubio, go ahead, sir.
03:46  7         A.  That's not my testimony, Counsel.  I didn't say
03:46  8   that.
03:46  9         Q.  I asked you a question, sir, which was:  Based
03:46 10   upon what we see here, knowing that this vehicle exit
03:46 11   this roadway in less than 2 1/2 seconds, as a corporate
03:46 12   representative on drivable space, was this vehicle at
03:46 13   this time, based upon the GPS coordinates, based upon the
03:46 14   fact that it have navigation, the fact that it's on a
03:46 15   map, the fact that it knows it's approaching a T-
03:46 16   intersection -- was this vehicle incapable at this time
03:46 17   of recognizing that the drivable space was going to end
03:47 18   in less than 500 feet or in less than 2 1/2 seconds?
03:47 19              MR. T. BRANIGAN:  Same objections.
03:47 20         A.  Again, I can't answer the question because I'm
03:47 21   not able to simulate in my head what the vehicle was
03:47 22   seeing at that time, and we have insufficient data in
03:47 23   order to perform that evaluation at this time.
03:47 24         Q.  (By Mr. Schreiber) So Tesla is unable to answer
03:47 25   that question?
```