# EXHIBIT I

| 019 | Article | Miscellaneous | FLAT SILVER METAL BOX WITH MULTI-COLORED VIDEO CABLE CONNECTIONS AND OTHER COLORED CONNECTIONS TAKEN FROM 2019 TESLA "S" VIN: 5YJSA1E24KF302997 | FH |
| 018 | Article | Miscellaneous | PASSIVE SAFETY RESTRAINTS CONTROL MODULE FROM 2019 TESLA "S" VIN: 5YJSA1E24KF302997 | FH |
| 017 | Article | Miscellaneous | TOUCH SCREEN COMPUTER WITH SILVER METAL CASING BEHIND IT. COMPUTER WAS TAKEN OUT OF CENTER OF THE DASH FROM INSIDE OF A 2019 TESLA "S" | FH |
| 016 | Article | Miscellaneous | BODY CONTROL UNIT TAKEN FROM 2019 TESLA "S" VIN: 5YJSA1E24KF302997 | FH |
| 003 | Article | OTHER | HEAD LIGHT LEFT SIDE | FH |
| 002 | Article | OTHER | RIGHT HEAD LIGHT | FH |
| 001 | Article | OTHER | 2 TELSA HEAD LIGHTS | FH |




1011 NW 111th Avenue
Miami, FL 33172
Telephone: 305-718-6016
Kristigrzybek@flhsmv.gov

www.flhsmv.gov

**KRISTI GRZYBEK**
Evidence/Property Custodian
Florida Highway Patrol - Troop E