# EXHIBIT J

**From:** Roshni Shah (Confluence) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**To:** Han Zhang ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** [Confluence] Product Privacy > signals subject to customer data access

---

To: Han Zhang ▮▮▮▮▮▮▮▮▮▮
From: Roshni Shah (Confluence) ▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Wed 1/30/2019 11:40:47 PM Pacific Standard Time
Subject: [Confluence] Product Privacy > signals subject to customer data access

There's **1 new edit** on this page

### signals subject to customer data access

**Roshni Shah** edited this page

Here's what changed:

...

- In addition to signals logging customer interactions, signals that reveal customer location (e.g. via dead-reckoning) and media clips (e.g. images and videos) are considered personal. I.e. subject to DAR.
- If signals are logged in EDR, we will likely share those regardless of customerInteraction because EDR is already accessible to some customers.

| Table Filter | |
|---|---|
| inverse | false |
| default | |
| cell-width | 150 |
| column | revised customer interaction (empty if no change) |
| datepattern | yy-mm-dd |
| id | 1548920323147_193669095 |
| labels | revised customer interaction (empty if no change) |
| order | 0 |

| signal name | description | customer interaction | customer description (if customerInteraction = true) | revised customer interaction (empty if no | subject to customer DAR (this |
|---|---|---|---|---|---|

HIGHLY CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| CC_temperature3 | Charge cable vehicle connector temperature | FALSE | | |
| CC_temperature4 | Charge cable vehicle connector temperature | FALSE | | |
| CMP_HVOverVoltage | Indication of compressor high voltage input above spec | FALSE | | |
| CMP_HVUnderVoltage | Indication of compressor high voltage input below spec | FALSE | | |
| CMP_VCFRONTCANTimeout | Indication of compressor not receiving any CAN messages from the front vehicle controller | FALSE | | |
| CMP_currentSensorCal | Indication of compressor electrical current sensor calibration | FALSE | | |
| CMP_failedStart | Indication that the compressor diagnosed that it cannot start and will retry | FALSE | | |
| CMP_inputHVPower | Compressor high voltage input power | FALSE | | |
| CMP_inputHVVoltage | Compressor high voltage input voltage | FALSE | | |
| CMP_inverterTemperature | Compressor inverter temperature | FALSE | | |
| CMP_motorVoltageSat | Indication that the compressor motor voltage is saturated | FALSE | | |
| CMP_overCurrent | Indication that the compressor has detected an electrical over current | FALSE | | |
| CMP_overTemperature | Indication that the compressor has detected temperatures that exceeds operating spec | FALSE | | |
| CMP_ready | Indication that the compressor is ready to start | FALSE | | |
| CMP_repeatOverCurrent | Indication that the compressor has repeatedly detected an electrical over current | FALSE | | |
| CMP_shortCircuit | Indication that the compressor has detected an electrical short circuit | FALSE | | |
| CMP_speedRPM | Compressor rotational speed | FALSE | | |
| CMP_state | State of compressor | FALSE | | |
| CMP_underTemperature | Indication that the compressor has detected temperatures that is below operating spec | FALSE | | |
| DAS_ACC_report | Indicates what control target TACC is controlling for, only relevant during TACC (not Autosteer). | FALSE | | |
| DAS_LC_handsOnReason | Indicates which hands on reason triggered the visual or audible warning hands on warning. | FALSE | | |
| DAS_accSpeedLimit | The ACC speed limit, derived from speed limits embedded in maps. | TRUE | The Autopilot speed limit when restricted. | FALSE |
| DAS_accState | State of traffic-aware cruise control (ACC/TACC), and Autopark / Summon. | FALSE | | |
| DAS_accelMax | The maximum acceleration the drive inverter can apply to reach the commanded set speed. | FALSE | | |
| DAS_accelMin | The minimum acceleration the drive inverter can apply to reach the commanded set speed. | FALSE | | |

HIGHLY CONFIDENTIAL

BENAVIDES-00001257

| | | | | | |
|---|---|---|---|---|---|
| DAS_aeb_not_activating_reason | Indicates the underlying reason why the next gen LCM AEB did not activate (not yet relevant) | FALSE | | | |
| DAS_alcInternalState | The internal state of the automatic lane change state machine. | FALSE | | | |
| DAS_associated_rad_object | Which radar target is associated to the vision object for FCM. | FALSE | | | |
| DAS_autoLaneChangeState | The legacy automatic lane change state used to drive the instrument cluster UI. | FALSE | | | |
| DAS_autoparkReady | Whether or not all the conditions for Autopark are met. | TRUE | Indicates if the Autopark function is presenting a parking slot to the driver. | FALSE | |
| DAS_autoparkWaitingForBrake | Not currently used | FALSE | | | |
| DAS_autopilotHandsOnState | The hands on state machine state. | TRUE | The current state of the hands on detection state machine. | FALSE | |
| DAS_autopilotState | The high level autopilot state. | TRUE | The current state of the Autopilot function | | |
| DAS_behaviorReport | Which target source are we controlling for longitudionallly. | FALSE | | | |
| DAS_constructionArea | The output of the 'scene tag' neural net, indicates if we are in a construction area. | FALSE | | | |
| DAS_csaState | The state of curve speed adapation algorithm. | FALSE | | | |
| DAS_driveOnNavUnavailableReason | The high level reason why Navigate on Autopilot is not available. | TRUE | The reason why Navigate on Autopilot is not available. | FALSE | |
| DAS_dynamicBrakeLightRequest | Indicates if the dynamic brake light alogirthm is requesting pulsing brake lights. | FALSE | | | |
| DAS_fcmCollisionStage3Checks | The cross checks in the forward collision monitor. | FALSE | | | |
| DAS_fleetSpeedState | The state of the fleet speed algorithm. | TRUE | The current state of the fleet speed algorithm | FALSE | |
| DAS_forkState | The internal state of the mission planner fork state machine. | TRUE | The internal state of the fork selection state machine. | FALSE | |
| DAS_hazardLightRequest | The command from DAS to body controls to turn on the hazard lights. | TRUE | Whether or not there is an non driver initiation of the hazard lights | FALSE | |
| DAS_headlightRequest | The DAS request to the body controls ecu to turn on headlights. | TRUE | The automatic | FALSE | |

HIGHLY CONFIDENTIAL

BENAVIDES-00001258

| | | | | |
|---|---|---|---|---|
| DAS_pmmUltrasonicsFaultReason | Indicates if there is a reason PMM is disabled due to an issue with the ultrasonics. | FALSE | | |
| DAS_radarTarget1_VxRel | The relative longitudinal velocity to the ACC radar target 1. | FALSE | | |
| DAS_radarTarget1_dx | The longitudinal distance from the radar to radar target 1 (closest in path vehicle) | FALSE | | |
| DAS_radarTarget2_dx | The longitudinal distance from the radar to radar target 2 (2nd closest in path vehicle). | FALSE | | |
| DAS_radarTarget3_dx | The longitudinal distance from the radar to the nearest vehicle in the right lane. | FALSE | | |
| DAS_radarTarget4_dx | The longitudinal distance from the radar to the nearest vehicle in the left lane. | FALSE | | |
| DAS_radarTarget5_dx | The longitudinal distance from the radar to the nearest in path stationary radar target. | FALSE | | |
| DAS_radarTelemetry | Trigger for DAS to request the UI to write radar object telemetry to disk in the event of a crash. | FALSE | | |
| DAS_rearRightVehDetectedTrip | | TRUE | Indicates repeater cameras have detected a vehicle in the current drive cycle | FALSE |
| DAS_restrictionLowSpeedTraffic | Lane change restrction for low speed traffic. | FALSE | | |
| DAS_rightFork | Indicates the fork selection state on the right. | TRUE | The detection of a fork on the right side of a vehicle. | FALSE |
| DAS_rqstedBehaviorStatus | Indicates the autopilot behavior state with respect to automatic lane change. | FALSE | | |
| DAS_setSpeed | The commanded TACC or Autopilot set speed to the drive inverter. | TRUE | The TACC or Autosteer requested set speed. | FALSE |
| DAS_sideCollisionAvoid | Indicates if the side collision avoidance function is active to the left or right. | TRUE | The current state of the side collision avoidance function. | FALSE |
| DAS_sideCollisionWarning | Indicates if the side collision warning function is active to the left or right. | TRUE | The current state of the side collision warning function. | FALSE |
| DAS_steeringAngleRequest | External steering angle request. | TRUE | The steering wheel angle request from the Driver's Assistance system. | FALSE |
| DAS_steeringControlType | External steering angle request type from the Autopilot computer to the steering rack. | TRUE | Indicates the Driver Assistance system's control of the steering rack. | FALSE |

HIGHLY CONFIDENTIAL

BENAVIDES-00001260

| | | | | |
|---|---|---|---|---|
| EPAS3P_bootIdData | bootloader sends boot ID everytime at EPAS power up | FALSE | | |
| EPAS3P_calculatedAngleOffset | Calculated steering angle offset learned by EPAS during drive, which is stored in NVM (Non Volatile Memory) during power-off and applied in next drive cycle | FALSE | | |
| EPAS3P_currentTuneMode | Feedback of selected tuning mode | TRUE | Current Active Steering Tune Mode | |
| EPAS3P_eacErrorCode | This signal reports the reason which causes EAC (External angle controller) to abort | FALSE | | |
| EPAS3P_eacStatus | Status of the EAC (External angle controller), to indicate what mode is active | TRUE | External angle controller status | FALSE |
| EPAS3P_handsOnLevel | Hands on detection level defined by configurable thresholds | FALSE | | |
| EPAS3P_infoApplicationCRC | Reports CRC (Cyclic redundancy check) of the current application running in EPAS | FALSE | | |
| EPAS3P_internalSAS | Steering wheel angle measured by EPAS, Clockwise Positive | TRUE | EPAS internal measured steering wheel angle, Clockwise Positive | |
| EPAS3P_internalSASQF | Steering angle sensor validity status | FALSE | | |
| EPAS3P_powerMode | EPAS ECU power mode per VCFRONT request | FALSE | | |
| EPAS3P_pullDriftCompTrq | Current Pull Drift or road crown Torque applied at driver hand wheel level | FALSE | | |
| EPAS3P_pullDriftLongTermTrq | Pull Drift or road crown long term learnt Torque at driver hand wheel level | FALSE | | |
| EPAS3P_role | Indicates if ECU is controlling the motor (master) or idle backup (slave) | FALSE | | |
| EPAS3P_state | ECU operational state. | TRUE | ECU operational state | FALSE |
| EPAS3P_steeringFault | Power steering is not-available | FALSE | | |
| EPAS3P_steeringRackForce | Realtime estimated force on steering rack | FALSE | | |
| EPAS3P_steeringReduced | Power steering is functional, but reduced | FALSE | | |
| EPAS3P_torsionBarTorque | Measured steering wheel torque input, Clockwise Positive | TRUE | Measured steering wheel torque input, Clockwise Positive | |
| EPAS3S_appliedAngleOffset | Steering angle offset currently applied to EPAS internal steering angle | FALSE | | |
| EPAS3S_bootIdData | bootloader sends boot ID everytime at EPAS power up | FALSE | | |
| EPAS3S_calculatedAngleOffset | Calculated steering angle offset learned by EPAS during drive, which is stored in NVM (Non Volatile Memory) during power-off and applied in next drive cycle | FALSE | | |
| EPAS3S_currentTuneMode | Feedback of selected tuning mode | TRUE | Current Active Steering Tune Mode | |

BENAVIDES-00001272

| | | |
|---|---|---|
| HVP_fcCtrsRequestStatus | Current status of FC contactor request | FALSE |
| HVP_fcCtrsResetRequestRequired | Flag indicating a reset request of the FC contactors | FALSE |
| HVP_fcLinkAllowedToEnergize | The type of charge that is allowed to energize the FC link. Indicates that the HVP has disabled the dynamic FC weld check for DC charge, or has enabled the PCS charging hardware for AC charge | FALSE |
| HVP_fcLinkAllowedToEnergizeAc | Flag indicating allowance of FC link to energize for AC charging | FALSE |
| HVP_fcLinkAllowedToEnergizeDc | Flag indicating allowance of FC link to energize for DC charging | FALSE |
| HVP_fcLinkVoltage | Measured voltage on FC link | FALSE |
| HVP_fcPrechargeTargetVoltage | Target voltage for precharge on FC link | FALSE |
| HVP_gpioBmsEout | Error output from BMS | FALSE |
| HVP_gpioCpFaultIn | Fault line from CP | FALSE |
| HVP_gpioCrashSignal | Crash signal from RCM | FALSE |
| HVP_gpioFcContNegAux | Aux contact line from negative FC contactor | FALSE |
| HVP_gpioFcContPosAux | Aux contact line from positive FC contactor | FALSE |
| HVP_gpioHvCablesOk | CPIL fault monitoring signal | FALSE |
| HVP_gpioPassivePyroDepl | Passive pyro deployed status signal | FALSE |
| HVP_hvilInVoltage | Measured HVIL input voltage | FALSE |
| HVP_hvilOutVoltage | Measured HVIL output voltage | FALSE |
| HVP_hvilStatus | Current status of HVIL circuit | FALSE |
| HVP_packContPositiveState | Current state of positive pack contactor | FALSE |
| HVP_packContactorSetState | The current state of the pack contactors | FALSE |
| HVP_packContactorSetState | The current state of the pack contactors | FALSE |
| HVP_packCtrsClosingAllowed | Flag indicating closure allowance of pack contactors | FALSE |
| HVP_packCtrsOpenNowRequested | Flag indicating immediate-opening request of pack contactors | FALSE |
| HVP_packCtrsOpenRequested | Flag indicating opening request of pack contactors | FALSE |
| HVP_packCtrsRequestStatus | Current request status of pack contactors | FALSE |
| HVP_pcbaID | HVP's assigned assembly ID | FALSE |
| HVP_pcsChargeHwEnabled | The state of the PCS's charge enable line | FALSE |
| HVP_pcsControlRequest | The operating state that the HVP would like the PCS to be in | FALSE |

HIGHLY CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| | | | identified by the Autopark function. | | |
| PARK_pscRightCurbType | The type of curb for the parallel parking slot on the right side. | FALSE | | | |
| PARK_sdiActive | Whether or not the raw sensor measurements from the ultrasonics are present and valid | TRUE | Whether or not ultrasonic sensor measurements are shown on the instrument cluster. | FALSE | |
| PARK_sdiBlindSpotLeft | The output of the PARK ECU blindspot algorithm on the left side of the car, indicates the presence of a vehicle. | TRUE | Indicates if there is a vehicle detected by the ultrasonics in the left blindspot. | FALSE | |
| PARK_sdiBlindSpotRight | The output of the PARK ECU blindspot algorithm on the right side of the car, indicates the presence of a vehicle. | TRUE | Indicates if there is a vehicle detected by the ultrasonics in the right blindspot. | FALSE | |
| PARK_sdiNoise | The output of the noise detection algorithm for raw sensor measurements, indicates if the measurements are degraded due to ambient noise. | TRUE | Indicates if there is a high level of signal noise in the ultrasonic sensors. | FALSE | |
| PMS_limpRequest | Torque safety monitor limp request to drive inverter | FALSE | | | |
| PMS_soptState | Torque safety monitor switch-off path test state | FALSE | | | |
| PM_accelPedalPressed | Torque safety monitor asserts this when the accelerator pedal is detected as pressed, when sampled at 100Hz | TRUE | Accelerator Pedal Pressed - 0/1 | | |
| ● PM_aebRequest | Torque safety monitor asserts this when requesting the drive inverter to fault the automatic emergency braking feature | FALSE | | | |
| ● PM_cruiseFaultRequest | Torque safety monitor asserts this when requesting to de-activate cruise control to the drive inverter | FALSE | | | |
| PM_ebrCmdState | Safety ECU signal to inform the ESP to switch to alternate input for external brake request. | FALSE | | | |
| PM_limpRequest | Torque safety monitor limp request to drive inverter | FALSE | | | |
| PM_pedalPosMaxA | Torque safety monitor measured maximum accelerator pedal input of track A since previous sample (derived from raw accelerator pedal position) | FALSE | | | |
| PM_soptState | Torque safety monitor switch-off path test state | FALSE | | | |
| PM_state3Counter | Message counter for PM_state3 message: increments in each message. | FALSE | | | |
| PM_stationaryMode | PM policing DI in stationary mode | FALSE | | | |

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| RCM_nearDeployRollover | Indicates that a roll over near deploy event has occurred. No airbags have been deployed. | FALSE | |
| RCM_passAirbagIndicatorRequest | User interface passenger airbag indicator status | FALSE | Front Passenger Airbag Status |
| RCM_pitchRate | Offset compensated pitch rate measured by the airbag ECU. ISO axis convention (positive when the nose pitches down) | FALSE | |
| RCM_pitchRateOffset | Pitch rate sensor offset calculated by the RCM. Sensor value + offset = RCM_pitchRate signal. | FALSE | |
| RCM_pitchRateQF | Indicates availability of the pitch rate signal. | FALSE | |
| RCM_rollRate | Offset compensated roll rate measured by the airbag ECU. ISO axis convention (positive during left turn) | FALSE | |
| RCM_rollRateOffset | Roll rate sensor offset calculated by the RCM. Sensor value + offset = RCM_rollRate signal. | FALSE | |
| RCM_rollRateQF | Indicates availability of the roll rate signal. | FALSE | |
| RCM_seatTrackPositionDrvr | Driver seat track position status | FALSE | |
| RCM_seatTrackPositionPass | Passenger seat track position status | FALSE | |
| RCM_verticalAccel | Offset compensated vertical acceleration measured by the airbag ECU. ISO axis convention (positive up) | FALSE | |
| RCM_verticalAccelOffset | Acceleration sensor offset calculated by the RCM. Sensor value + offset = RCM_verticalAccel signal. | FALSE | |
| RCM_verticalAccelQF | Indicates availability of the vertical acceleration signal. | FALSE | |
| RCM_vinLearnFlag | Vehicle Identification Number learn status | FALSE | |
| RCM_warningIndicatorState | User interface warning indicator status | FALSE | |
| RCM_yawRate | Offset compensated yaw rate measured by the airbag ECU. ISO axis convention (Positive during left turn) | FALSE | |
| RCM_yawRateOffset | Yaw rate sensor offset calculated by the RCM. Sensor value + offset = RCM_yawRate signal. | FALSE | |
| RCM_yawRateQF | Indicates availability of the yaw rate signal. | FALSE | |
| SA_AssemblyID | Smart adapter assembly identifier from EEPROM, currently always 0x00 | FALSE | |
| SA_SubUsageID | Smart adapter current/voltage rating from EEPROM | FALSE | |
| SA_UsageID | Smart adapter usage identifier from EEPROM, currently always 0x0000 | FALSE | |
| SA_genealogyCrc | Smart adapter genealogy CRC read from EEPROM | FALSE | |

BENAVIDES-00001292

| | | | | | |
|---|---|---|---|---|---|
| TAS_targetLevel | Target level of the air suspension. | FALSE | | | |
| UI_PINToDriveEnabled | UI customer level request to pin to drive enabled. | TRUE | PIN to drive enabled | | |
| UI_PINToDrivePassed | UI customer level request to enable drive with pin passed. | TRUE | correct PIN to drive entered | | |
| UI_acChargeCurrentLimit | UI charging line current request | TRUE | Charging current request | | |
| UI_accOvertakeEnable | Enable ACC Overtake assistance (reduce follow distance when the turn signal is on), UI firmware only sets datavalue to True | FALSE | | | |
| UI_accessoryPowerRequest | Request accessory power | FALSE | | | |
| UI_aebEnable | Enable Autonomous Emergency Brakes | TRUE | Enable Automatic Emergency Braking | | |
| UI_aesEnable | Enable Automatic Emergency Steering (associated datavalue set to true and never changed by UI firmware) | FALSE | | | |
| UI_ahlbEnable | Enable Automatic High/Low Beams | TRUE | Automatic High Beams | | |
| UI_alarmEnabled | UI customer level request to enable alarm. | TRUE | Alarm enabled | | |
| UI_audioActive | Audio system is ready. | FALSE | | | |
| UI_autoHighBeamEnabled | Enable Automatic High/Low Beams | TRUE | Automatic High Beams | | |
| UI_autoLaneChangeEnable | Enable Automatic Lane Change | TRUE | Automatic Lane Change Enabled | | |
| UI_autoParkRequest | Request Automatic Parking | TRUE | Request Automatic Parking | | |
| UI_autosteerRestricted | Autopilot map is autostreer restricted. | FALSE | | | |
| UI_bsdEnable | Enable Blind Spot Detection (datavalue defaults to true and not changed by UI firmware) | FALSE | | | |
| UI_cellActive | Cell is powered | FALSE | | | |
| UI_chargeEnableRequest | Charging request initiated | TRUE | Charging request initiated | | |
| UI_chargeTerminationPct | Charge Termination Limit Percent | FALSE | | | |
| UI_childDoorLockOn | UI child door lock request status. | TRUE | Child door lock enabled | | |
| UI_closeChargePortDoorRequest | Request to close charge port. | TRUE | Close charge port | | |

HIGHLY CONFIDENTIAL

| UI_controlledAccess | DAS map controlled access segment. | FALSE | |
| UI_displayReady | UI is ready (GUI_allReady) and display is ok (GUI_displayHardwareOK) | FALSE | |
| UI_driveOnMapsEnable | Drive on Autopilot enabled | TRUE | Drive on Autopilot enabled |
| UI_driveStateRequest | Request drive rail | FALSE | |
| UI_factoryMode | Vehicle in factory mode | FALSE | |
| UI_factoryReset | UI request for factory reset | TRUE | UI request for factory reset |
| UI_falseTouchCounter | Count false touches after display is off. | FALSE | |
| UI_fcwEnable | Enable Forward Collision Warning | TRUE | Forward Collison Warning enabled |
| UI_fcwSensitivity | Forward Collision Warning Level | TRUE | Forward Collison Warning level |
| UI_followNavRouteEnable | Following route with Drive on Autopilot | TRUE | Drive on Autopilot active |
| UI_frontSeatBackPos | Back tilt position of front seat | TRUE | Back tilt position of front seat |
| UI_frontSeatLiftPos | Lift position of front seat | TRUE | Lift position of front seat |
| UI_frontSeatRecallActive | Memory seat recall | TRUE | Memory seat recall |
| UI_frontSeatTiltPos | Tilt position of front seat | TRUE | Tilt position of front seat |
| UI_frontSeatTrackPos | Track position of front seat | TRUE | Track position of front seat |
| UI_frunkRequest | Request open frunk | TRUE | Request open front trunk |
| UI_gpsActive | GPS has valid fix | FALSE | |
| UI_gpsAntennaDisconnected | GPS antenna state | FALSE | |
| UI_gpsNmeaMIA | GPS NMEA data MIA | FALSE | |
| UI_hovEnabled | UI HOV routes enabled | TRUE | HOV navigation routing enabled |
| UI_hvacReqACDisable | Request to disable AC. | TRUE | Disable AC |
| UI_hvacReqAirDistributionMode | Request for air distribution mode. | TRUE | HVAC air direction |

BENAVIDES-00001296

| | | | | | |
|---|---|---|---|---|---|
| UI_hvacReqBlowerSegment | HVAC manual blower request (GUI_hvacManualBlowerRequest) | TRUE | HVAC blower set to manual | | |
| UI_hvacReqManualDefogState | HVAC manual defog state. | TRUE | HVAC manual defog mode | | |
| UI_hvacReqRecirc | HVAC recirculation mode | TRUE | HVAC recirculation mode | | |
| UI_hvacReqSecondRowState | HVAC rear fan request speed. | TRUE | HVAC rear seat fan speed | | |
| UI_hvacReqTempSetpointLeft | HVAC left seat temperature. | TRUE | Left front seat temperature | | |
| UI_hvacReqTempSetpointRight | HVAC right seat temperature. | TRUE | Right front seat temperature | | |
| UI_hvacReqUserPowerState | HVAC power state. | TRUE | HVAC power mode | | |
| UI_hvacUseModeledDuctTemp | HVAC use modeled duct temperature (developer only) | FALSE | | | |
| UI_isDelivered | is delivered | FALSE | | | |
| UI_isSunUp | is sun up | FALSE | | | |
| UI_latControlEnable | Enable Lateral Control (lane centering, lane keeping, lane changing) | TRUE | Autosteer enabled | | |
| UI_ldwEnable | Enable Lane Departure Warning | TRUE | Lane departure warning enabled | | |
| UI_lightSwitch | Headlight mode | TRUE | Headlight mode | | |
| UI_lockRequest | Lock or unlock request | TRUE | Door lock/unlock | | |
| UI_mapSpeedLimitUnits | Autopilot map speed limit units. | FALSE | | | |
| UI_minsToSunrise | time until to sunrise | FALSE | | | |
| UI_minsToSunset | time until to sunset | FALSE | | | |
| UI_mirrorFoldRequest | Fold the mirrors | TRUE | Mirror folding mode | | |
| UI_mppSpeedLimit | Autopilot map speed limit | FALSE | | | |
| UI_navRouteActive | Navigation route is active | TRUE | Using navigation route | | |
| UI_nmKeepAwakeReason | reason UI is being kept awake | TRUE | Reason UI is on | | |
| UI_odometer | Odometer | TRUE | UI odometer | | |
| UI_openChargePortDoorRequest | Request to open charge port. | TRUE | Open charge port | | |
| UI_parallelAutoparkEnabled | Autopilot map parallel park enabled. | FALSE | | | |

HIGHLY CONFIDENTIAL

BENAVIDES-00001297

| | | | |
|---|---|---|---|
| UI_parkBrakeRequest | User selection for Park brake | TRUE | Enable barking break |
| UI_pedalMap | Switch between various platform specific pedal maps | TRUE | Driving acceleration mode |
| UI_perpendicularAutoparkEnabled | Autopilot map perpendicular park enabled. | FALSE | |
| UI_powerOff | power off rails request. | FALSE | |
| UI_readyForDrive | Ready for drive (UI ready or self park request) | TRUE | UI ready for drive |
| UI_readyToAddKey | Ready to add key | TRUE | Ready to add key |
| UI_remoteClosureRequest | remote actuate trunk | TRUE | Actuate trunk |
| UI_remoteStartRequest | remote start or self park request | TRUE | Request to start |
| UI_roadClass | Autopilot map road class | FALSE | |
| UI_screenPCBTemperature | Temperature of display PCB | FALSE | |
| UI_seeYouHomeLightingOn | Headlights after exit | TRUE | Headlights after exit |
| UI_selfParkRequest | Self park request | TRUE | Self park request |
| UI_serviceMode | Service mode | FALSE | |
| UI_setRCPFront | set front tire pressure | FALSE | |
| UI_setRCPRear | set rear tire pressure | FALSE | |
| UI_showroomMode | UI showroom mode | FALSE | |
| UI_solarAzimuthAngleCarRef | Solar Azimuth Angle relative to car | FALSE | |
| UI_solarElevationAngle | Solar Elevation Angle | FALSE | |
| UI_steeringButtonMode | Steering wheel control mode | FALSE | |
| UI_steeringTuneRequest | UI customer level request for steering feel. MS had comfort, normal, sport. M3 intent is Normal, sport see SW-95934 | TRUE | Steering Mode |
| UI_stop12vSupport | UI request to stop rails as 12v support | FALSE | |
| UI_summonActive | Summon is active | TRUE | Summon active |
| UI_suspensionLevelRequest | UI customer level request for suspension height or jack mode toggle. | TRUE | Suspension Level Request |
| UI_touchActive | No touchscreen errors | FALSE | |
| UI_tractionControlMode | Transport user selected traction control modes | FALSE | |
| UI_transportMode | Transport mode | FALSE | |
| UI_trunkRequest | Rear trunk request | TRUE | Rear trunk request |

HIGHLY CONFIDENTIAL

BENAVIDES-00001298

| VCFRONT_compLimitTempDischargeHi | The compressor's performance is limited due to high discharge temperature. | FALSE | | |
|---|---|---|---|---|
| VCFRONT_compLimitTempDischargeSim | The compressor's performance is limited due to simulated discharge temperature. | FALSE | | |
| VCFRONT_compPerfRecoveryLimited | The compressor's performance is limited. | FALSE | | |
| VCFRONT_compRampRateUpMax | Compressor's maximum upward ramp rate | FALSE | | |
| VCFRONT_compStandbyCommunication | The compressor cannot function due to a lack of communication. | FALSE | | |
| VCFRONT_compStandbyHVNotReady | The compressor cannot function due to a lack of high voltage input. | FALSE | | |
| VCFRONT_compStandbyLowAmbient | The compressor cannot function due to low ambient temperature. | FALSE | | |
| VCFRONT_compStandbyLowDischPress | The compressor cannot function due to low refrigerant pressure. | FALSE | | |
| VCFRONT_compStandbyRefrigNotOk | The compressor cannot function due to the refrigerant system's reported status not being ready. | FALSE | | |
| VCFRONT_compStandbySelfNotReady | The compressor cannot function due to the device's reported status not being ready. | FALSE | | |
| VCFRONT_compressorState | State of the refrigerant compressor. | FALSE | | |
| VCFRONT_condenserPressureLimit | Refrigerant system condenser discharge pressure limit | FALSE | | |
| VCFRONT_coolantAirPurgeBatState | Battery coolant loop air purge state | FALSE | | |
| VCFRONT_coolantFlowBatActual | Estimate of present flow through the battery coolant loop | FALSE | | |
| VCFRONT_coolantFlowBatReason | Rationale for the present target flow through the battery coolant loop | FALSE | | |
| VCFRONT_coolantFlowBatTarget | Target flow through the battery coolant loop | FALSE | | |
| VCFRONT_coolantFlowPTActual | Estimate of present flow through the powertrain coolant loop | FALSE | | |
| VCFRONT_coolantFlowPTReason | Rationale for the present target flow through the powertrain coolant loop | FALSE | | |
| VCFRONT_coolantFlowPTTarget | Target flow through the powertrain coolant loop | FALSE | | |
| VCFRONT_coolantHasBeenFilled | Whether coolant has been filled in the lifetime of the controller. | FALSE | | |
| VCFRONT_coolantLevel | State of the powertrain coolant level. | FALSE | | |
| VCFRONT_coolantLevelVoltage | Coolant level voltage | FALSE | | |
| VCFRONT_coolantTempBasedMode | Mode of the powertrain coolant system. | FALSE | | |
| VCFRONT_cpLVRequest | Low voltage power state of the charge port. | FALSE | | |
| VCFRONT_cpOkToUseHighPower | Indication that it is ok for the charge port to use high power. | FALSE | | |
| VCFRONT_crashDetectedType | Type and severity of collision that the vehicle has detected if any. | FALSE | | |
| VCFRONT_crashState | State of the collision monitoring system. | FALSE | | |
| VCFRONT_crashUnlockOverrideSet | Indication that vehicle lock state has been overridden due to a collision. | FALSE | | |

HIGHLY CONFIDENTIAL

BENAVIDES-00001303