# EXHIBIT K

AUGMENTED VIDEO EXEMPLAR

Mailed to Chambers via USB Drive:

Wilkie D. Ferguson, Jr. United States Courthouse
Attn: Judge Beth Bloom
400 North Miami Avenue
Chambers 10-2
Miami, Florida 33128