UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**ORDER AMENDING SCHEDULING ORDER
AND ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the status conference held in this case on August 27, 2024. For the reasons stated on the record, it is **ORDERED AND ADJUDGED** that the Amended Scheduling Order, **ECF No. [267]**, is further **AMENDED** as follows:

This case is **specially set for trial** beginning on **March 24, 2025, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, March 18, 2025**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| | |
|---|---|
| **October 23, 2024** | Plaintiffs' supplemental expert reports, if any, are filed. |
| **October 30, 2024** | All depositions of Plaintiffs' experts must be completed. |
| **November 10, 2024** | Tesla's rebuttal expert reports, if any, are filed. |

Case No. 21-cv-21940-BLOOM/Torres

| | |
|---|---|
| **November 17, 2024** | All depositions of Tesla's rebuttal experts must be completed. |
| **December 1, 2024** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.** |
| **March 10, 2025** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

The Clerk of Court shall **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 27, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record