UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                    Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES RELATED SOLELY TO THE PARTIES' EXPERT NEUROPSYCHOLOGISTS**

    Plaintiff, Dillon Angulo, by and through the undersigned counsel, files this Unopposed Motion to Extend Certain Pretrial Deadlines in the Order Amending Scheduling Order [DE 270], and states as follows:

    On August 27, 2024, this Honorable Court convened and presided over a Status Conference hearing, which resulted in the Court sua sponte resetting trial in this action for March 24, 2025. In that hearing, among several other issues addressed, Plaintiff requested and was granted the Court's leave to have his rebuttal expert neuropsychologist, Dr. Sally Kolitz Russell, perform additional testing on and form additional opinions regarding Plaintiff, Dillon Angulo. More specifically, at

the Status Conference hearing on August 27, 2024, Plaintiff advised the Court that due to timing issues Dr. Russell had not been able to perform her own neuropsychological testing on Plaintiff, and as of the date of the hearing would only be testifying as a rebuttal expert to rebut the opinions of Tesla's retained neuropsychologist, Dr. Barry Crown. In light of the time created by the new trial date, Plaintiff requested that Dr. Russell be given leave to perform her own testing of Plaintiff and form her own independent opinions, thereby shifting her from a rebuttal expert witness to a primary expert witness. In response, this Honorable Court asked Tesla if it had any objection to same, to which Tesla indicated that it would not object provided that its expert, Dr. Crown, was given the time necessary to form any rebuttal opinions to the new opinions of Dr. Russell. Ultimately, this Honorable Court granted the above request of Plaintiff, and left it to the parties to mutually come up with an agreed upon schedule for these experts. The parties have so conferred and have agreed upon a proposed schedule. Notwithstanding, because the agreed upon schedule will stretch beyond the Court's current deadline for pre-trial Motions (including Daubert motions and motions in limine), Plaintiff requests, and Tesla does not oppose, a brief extension of the pre-trial motion deadline, solely as it relates to these two expert witnesses. This is a singular, discreet issue that will not disrupt the orderly progression of the remainder of the case. The full proposed schedule as it relates to these witnesses and this issue only is as follows:

- Plaintiff's expert, Dr. Russell, to perform her testing on October 30 and October 31, and to issue her report by no later than November 15, 2024.
- Tesla to depose Dr. Russell on November 26, 2024, with the deposition continued to November 27, 2024 if needed.
- Tesla's expert, Dr. Crown, to issue his rebuttal report, if any, by December 12, 2024.

- Plaintiff to depose Dr. Crown on December 19, 2024.
- Both parties to file any motions pertaining to Dr. Russell or Dr. Crown by January 15, 2025.

## CONCLUSION

WHEREFORE, Plaintiff moves the Court to Amend its Order Amending Scheduling Order and Certain Pretrial Deadlines [DE 270] as described above.

## CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel has conferred with counsel for Tesla, Inc., who indicated that it does not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By:  /s/ *Adam T. Boumel, Esq.*
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email: adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com
assistant@roussolawfirm.com