UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

## ORDER AMENDING SCHEDULING ORDER AND CERTAIN PRETRIAL DEADLINES

**THIS CAUSE** is before the Court upon the Plaintiff's Unopposed Motion to Extend Pretrial Deadlines Related Solely to the Parties' expert Neuropsychologists, ECF No. [271] ("Motion"), filed on September 10, 2024. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [271]**, is **GRANTED**, and the Scheduling Order, **ECF No. [270]**, is **AMENDED** as follows:

This case is **specially set for trial** beginning on **March 24, 2025, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, March 18, 2025**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

Case No. 21-cv-21940-BLOOM/Torres

| | |
|---|---|
| **October 31, 2024** | Plaintiff's expert, Dr. Russell, to perform her testing |
| **November 15, 2024** | Plaintiff's expert, Dr. Russell, to issue her expert report. |
| **November 27, 2024** | Tesla's deposition of Plaintiff's expert, Dr. Russell, if necessary, is completed. |
| **December 12, 2024** | Tesla's expert, Dr. Crown, to issue his rebuttal report. |
| **December 19, 2024** | Plaintiff's deposition of Tesla's expert, Dr. Crown, if necessary, is completed. |
| **January 15, 2025** | Any and all motions pertaining to Dr. Russell or Dr. Crown are filed |

All other scheduling deadlines are to remain in place as previously ordered.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 10, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record