UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

DILLON ANGULO,

    Plaintiff,
v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**ORDER ON PLAINTIFFS' NOTICE OF RECEIPT OF PREVIOUSLY SUBPOENAED EVIDENCE AND CORRESPONDING REQUEST FOR TESLA TO AUTHORIZE ACCESS TO DATA**

**THIS CAUSE** is before the Court upon the Plaintiffs' Notice of Receipt of Previously Subpoenaed Evidence and Corresponding Request for Tesla to Authorize Access to Data, ECF No. [268]. On August 16, 2024, Plaintiffs filed the instant Motion notifying the Court that Plaintiffs had located the crashed Tesla's MCU (and incorporated SD Data storage cards) (collectively, the "MCU") and it is in the possession of the Florida Highway Patrol ("FHP"). *Id.* at 1. Plaintffs assert that although they have now located the MCU, FHP informed the parties that it would only be willing to release the MCU "provided that both parties agreed to and jointly signed off on the return of the evidence." ECF No. [268] at 6. Plaintiffs also note that even if FHP were to turn over the MCU, it would not be reviewable without Tesla's cooperation. According to Plaintiffs, the information on the MCU is proprietary and, as such, "only Tesla can download it and make it

usable by plaintiffs' experts." *Id.* at 1-2. While Tesla is under an order by the Magistrate Judge to produce the requested information to Plaintiffs in a usable format, Tesla has thus far purportedly refused to cooperate and produce the data. Accordingly, Plaintiffs now request that the Court issue an order directing the Florida Highway Patrol to release the MCU to Tesla and compel Tesla "to download and produce the complete crash data available on the MCU." *Id.* at 2.

Tesla has not filed a Response to Plaintiffs' Motion and, as such, is deemed not to oppose the request.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Notice of Receipt of Previously Subpoenaed Evidence and Corresponding Request for Tesla to Authorize Access to Data, **ECF No. [268]**, is **GRANTED.**

2. Florida Highway Patrol shall release the MCU (and incorporated SD data storage cards) to Tesla no later than **September 27**, **2024.**

3. Once Tesla receives the MCU, Tesla shall download and produce all data to the Plaintiffs in a usable format by **October 11, 2024.**

4. Tesla shall also produce the Augumented Video of the accident in the format available on Teslas's web site by **October 11, 2024.**

5. Regarding expert reports, the parties shall comply with the Court's Amended Scheduling Order, ECF No. [270].

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 17, 2024.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Case No. 21-cv-21940-BLOOM/Torres

Copies to: Counsel of Record

3