UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

## JOINT MOTION TO EXTEND CERTAIN COURT ORDERED DEADLINES

Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, Plaintiff Dillon Angulo, and Defendant, Tesla, Inc. (hereinafter the "Parties"), through their undersigned counsel, submit this Joint Motion to Extend Certain Deadlines in the Order on Plaintiff's Motion to Compel [DE 273], Order on Plaintiff's Notice of Receipt of Previously Subpoenaed Evidence and Corresponding Request for Tesla to Authorize Access to Data [DE 274], and Order Amending Scheduling Order and Administratively Closing Case [DE 270] **by 30 days**, and state as follows:

30674634v1

1.      On August 28, 2024, the Court entered its Order Amending Scheduling Order and Administratively Closing Case. [DE 270]. Subsequently, on September 18, the Court entered an Order on Plaintiff's Notice of Receipt of Previously Subpoenaed Evidence and Corresponding Request for Tesla to Authorize Access to Data (the "Motion"). *See* [DE 274].[1] Together, these Orders established the following deadlines:

| Current Deadline | Action to be Completed |
| --- | --- |
| October 11, 2024 | Tesla to download and produce all data from the Subject Vehicle's MCU in a usable format, as well as the "Augmented Video" of the incident in the format available on Tesla's website. |
| October 23, 2024 | Plaintiffs' supplemental expert reports, if any, are filed. |
| October 30, 2024 | All depositions of Plaintiffs' experts must be completed. |
| November 10, 2024 | Tesla's rebuttal expert reports, if any, are filed. |
| November 17, 2024 | All depositions of Tesla's rebuttal experts must be completed. |
| December 1, 2024 | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. This deadline includes all dispositive motions. |
| March 10, 2025 | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

2.      The Parties have been diligently working together to develop a mutually agreeable protocol to comply with the Court's Order concerning the data but have not yet reached an agreement.

3.      The South Florida Tesla technician who is involved in developing the protocol and likely will be involved in downloading the data has been diverted to address urgent issues arising in the Tampa area from Hurricane Helene. With Hurricane Milton certain to cause more damage

---

[1] Three hours prior to the entry of the Order, Magistrate Torres entered an Order compelling Tesla to "download, interpret and produce … all of the crash data from the subject MCU SD card" and "the Augmented Video" of the incident within twenty days of its receipt of the SD card. *See* [DE 273] at pg. 3.

this week, it is likely the technician's efforts will continue to be diverted to address hurricane damage.

4. In light of these developments, the Parties move the Court to extend the deadlines in its Order on Plaintiff's Motion to Compel [DE 273], Order on Plaintiff's Notice of Receipt of Previously Subpoenaed Evidence and Corresponding Request for Tesla to Authorize Access to Data [DE 274], and Order Amending Scheduling Order and Administratively Closing Case [DE 270] by approximately thirty (30) days as follows:

| New Deadline | Action to be Completed |
|---|---|
| November 11, 2024 | Tesla to download and produce all data from the Subject Vehicle's MCU in a usable format, as well as the "Augmented Video" of the incident in the format available on Tesla's website |
| December 2, 2024 | Plaintiffs' supplemental expert reports, if any, are filed. |
| December 13, 2024 | All depositions of Plaintiffs' experts must be completed. |
| December 23, 2024 | Tesla's rebuttal expert reports, if any, are filed. |
| January 6, 2024 | All depositions of Tesla's rebuttal experts must be completed. |
| January 20, 2024 | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. This deadline includes all dispositive motions. |
| March 10, 2025 (unchanged) | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

5. Because Trial is not set to start until March 24, 2024, there is ample time to complete all necessary work permitted by the Court by extending the relevant deadlines as requested.

## CONCLUSION

WHEREFORE, the Parties move the Court to Amend its Order on Plaintiff's Motion to Compel [DE 273], Order on Plaintiff's Notice of Receipt of Previously Subpoenaed Evidence and

3

Corresponding Request for Tesla to Authorize Access to Data [DE 274] and Order Amending Scheduling Order and Certain Pretrial Deadlines [DE 272] as described above.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that Counsel for Tesla conferred with Plaintiffs' counsel via phone and email on October 9, 2024. Plaintiffs' counsel are in agreement to the deadlines outlined in this Motion.

Date: October 10, 2024

Respectfully submitted,

*s/ Whitney V. Cruz*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

*Attorneys for Defendant Tesla, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

                                        s/ *Whitney V. Cruz*
                                        Whitney V. Cruz

30674634v1