UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**ORDER AMENDING SCHEDULING ORDER
AND CERTAIN PRETRIAL DEADLINES**

**THIS CAUSE** is before the Court upon the Parties' Joint Motion to Extend Certain Court Ordered Deadlines, ECF No. [276] ("Motion"), filed on October 10, 2024. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [276]**, is **GRANTED**, and the Scheduling Order, **ECF No. [270]**, and the Order on Plaintiff's Motion to Compel, **ECF No. 274**, are **AMENDED** as follows:

| | |
|---|---|
| **November 11, 2024** | Tesla to download and produce all data from the Subject Vehicle's MCU in a usable format, as well as the "Augmented Video" of the incident in the format available on Tesla's website. |
| **December 2, 2024** | Plaintiffs' supplemental expert reports, if any, are filed. |
| **December 13, 2024** | All depositions of Plaintiffs' experts must be completed. |
| **December 23, 2024** | Tesla's rebuttal expert reports, if any, are filed. |
| **January 6, 2025** | All depositions of Tesla's rebuttal experts must be completed. |

Case No. 21-cv-21940-BLOOM/Torres

| | |
|---|---|
| **January 20, 2025** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. This deadline includes all dispositive motions. |
| **March 10, 2025** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

All other scheduling deadlines are to remain in place as previously ordered.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 10, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record