# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.

_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.

_____/

### NOTICE OF COMPLIANCE – PLAINTIFFS EXPERT REPORTS

Pursuant to the Court Order Amending Scheduling Order and Certain Pretrial Deadlines [DE 277], issued on October 11, 2024, the deadline to file Plaintiffs' supplemental reports is December 2, 2024. Plaintiffs have served, via email, their experts' supplemental reports to Defendant. However, because Defendant may consider information contained in the reports to be confidential, Plaintiff has refrained from filing the reports until obtaining further clarification from the Defendant and/or the Court as to the necessity of filing the reports.

**Error! Unknown document property name.**

Date:  December 2, 2024                               Respectfully submitted,

                                                      By: /s/ Douglas F. Eaton
                                                      DOUGLAS F. EATON
                                                      FBN: 129577
                                                      **EATON & WOLK, PL**
                                                      *Co-counsel for Plaintiffs*
                                                      2665 S. Bayshore Drive,
                                                      Suite 609
                                                      Miami, Florida 33133
                                                      Telephone: 305-249-1640
                                                      Email: deaton@eatonwolk.com
                                                                     cgarcia@eatonwolk.com

.

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Error! Unknown document property name.**

<div style="display: flex;">

<div>

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*


**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

</div>

<div>

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*


**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

</div>

</div>

3