UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
_____/

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Plaintiffs, NEIMA BENAVIDES, as personal representative of the Estate of Naibel Benavides Leon, deceased, and DILLON ANGULO, pursuant to Local Rule 5.4(b), request leave of court to file under seal Plaintiffs' Motion for Rule 37 Sanctions, for the reasons set forth below:

1. Plaintiffs hereby move for leave to file under seal Plaintiffs' Motion for Rule 37 Sanctions,

predicated on, inter alia, Tesla's withholding of critical evidence and its violation of this Honorable Court's Orders (DE 273, DE 274, and Oral Order of Judge Torres made on March 7, 2024).

2. Plaintiffs move to file said Motion under seal because said Motion contains information and documents which Tesla has designated as confidential pursuant to the Parties' Stipulated Confidentiality Protective Order. While Plaintiffs do not agree that all such information and documents are properly designated by Tesla as confidential, and reserve their right to challenge Tesla's designations so that Plaintiffs' forthcoming Motion can be publicly filed at a later date, in an abundance of caution Plaintiffs request leave to file the Motion under seal at this time so as to comply with the Stipulated Confidentiality Protective Order.

3. Accordingly, Plaintiffs pray that this Honorable Court grant this Instant Motion and enter an Order providing that Plaintiffs Motion for Rule 37 Sanctions be filed under seal.

WHEREFORE, Plaintiffs pray this Honorable Court grant this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

          THE ROUSSO, BOUMEL LAW FIRM, PLLC.
          9350 South Dixie Highway
          Suite 1520
          Miami, Florida 33156
          (305) 670-6669

By:   **/s/ *Adam T. Boumel, Esq.***
      Adam T. Boumel, Esq.
      Florida Bar No.: 0110727
      Direct email: adam@roussolawfirm.com
      Service emails:
      Pleadings@roussolawfirm.com

assistant@roussolawfirm.com

## SERVICE LIST

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*