UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

## JOINT MOTION TO EXTEND CERTAIN COURT ORDERED DEADLINES

Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, Plaintiff Dillon Angulo, and Defendant, Tesla, Inc. (hereinafter the "Parties"), through their undersigned counsel, submit this Joint Motion to Extend Certain Deadlines in the Order on Plaintiff's Motion for Rule 37 Sanctions [DE 285] as follows:

1.     On December 12, 2024 the Court set deadlines for Defendant to respond to Plaintiff's Motion for Rule 37 Sanctions by December 27, 2024 and Plaintiff's reply to be filed by January 6, 2025. [DE 287].

2. Anticipating that Plaintiffs will need sufficient time to depose the affiants in support of Defendant's Response and to prepare Plaintiffs' Reply, the parties have agreed – subject to this Court's approval – that Plaintiffs' Reply will be filed no later than **January 13, 2025** (rather than January 6, 2025).

3. The parties have already begun to meet and confer on the scheduling of those affiant depositions but recognize that the shortened holiday week poses certain logistical challenges for plaintiffs to timely complete those depositions and prepare a reply by January 6, 2025. Accordingly, the parties jointly request this Court to extend Plaintiffs time to file a reply by one week to January 13, 2025.

### **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that Counsel for Plaintiffs, Brett Schreiber conferred with Tesla's counsel, Joel Smith via phone on December 12, 2024 and the parties are in agreement to the deadlines outlined in this Motion.

Date:  December 16,  2024                    Respectfully submitted,

                                                                        <u>*s/ Adam T. Boumel*</u>
**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com


**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com
*Attorneys for Plaintiff Neima Benavides*

**CERTIFICATE OF SERVICE**

I hereby certify that on October ___, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

*Attorneys for Defendant Tesla, Inc.*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Adam T. Boumel*
Adam T. Boumel