UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
_____/

**ORDER GRANTING THE PARTIES'
JOINT MOTION TO EXTEND CERTAIN COURT DEADLINES**

Wherefore, upon consideration of the issues, and for good cause, it is HEREBY ORDERED that the Parties' Motion is Granted. Plaintiffs' deadline to file their Reply to Tesla's Response to Plaintiffs' Motion for Rule 37 Sanctions shall be extended to January 13, 2025.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of ____, 2024.

                                                   _____
                                                   HONORABLE BETH BLOOM
                                                   UNITED STATES DISTRICT JUDGE