UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO,
AND INCREASE THE PAGE COUNT FOR,
THEIR REPLY RE MOTION FOR RULE 37 SANCTIONS [DE 285]**

Plaintiffs, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, and Dillon Angulo, through their undersigned counsel, submit this Unopposed Motion to Extend the Deadline to, and Increase the Page Count For, Plaintiffs' Reply Regarding Plaintiffs' Motion for Rule 37 Sanctions [DE 285] as follows:

1. On December 16, 2024 the Court entered its Order [DE 289] on the Parties' Joint Motion for Extension of Time for Plaintiffs Reply Re Motion for Rule 37 Sanctions [DE 288]. That Order [DE 289] set the deadline for Plaintiff to file their Reply by no later than January 13, 2025.

2. Just yesterday, January 9, 2025, Plaintiffs deposed Tesla's employees who submitted sworn declarations in support of Tesla' Response to Plaintiff's Motion for Rule 37 Sanctions [DE 297].

3. At the depositions, Plaintiffs requested expedited / overnight transcripts for those depositions, but our court reporter was unable to confirm that she would be able to accommodate same, and indicated that the final transcripts may not be ready until Monday, January 13, 2025.

4. In light of the timing of the availability of these transcripts, as well as the volume of the issues that Plaintiffs intend to address in their forthcoming Reply, Plaintiffs respectfully request that this Honorable Court:

 a. Extend the deadline for Plaintiffs' Reply to Friday, January 17, 2025; and

 b. Increase the page limit for Plaintiffs' Reply to 20 total pages.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that he has conferred with Tesla's counsel, Whitney Cruz, who has indicated that Tesla has no objection to the relief sought.

Date:  January 10, 2024                    Respectfully submitted,

*s/  Adam T. Boumel*
**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
haiyang@roussolawfirm.com


**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com
*Attorneys for Plaintiff Neima Benavides*

# CERTIFICATE OF SERVICE

I hereby certify that on 10th day of January, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

*Attorneys for Defendant Tesla, Inc.*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Adam T. Boumel*
Adam T. Boumel
Florida Bar No. 0110727