# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

## THE PARTIES' JOINT MOTION FOR A ONE-WEEK EXTENSION TO THE DEADLINE FOR ALL PRE-TRIAL MOTIONS

Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, Plaintiff Dillon Angulo, and Defendant, Tesla, Inc. (hereinafter the "Parties"), through their undersigned counsel, hereby submit this Joint Motion for a One-Week Extension to the Deadline for the Parties to File All Pre-Trial Motions (current deadline is on 1/20/25 per DE 277]

1. On October 11, 2024, this Honorable Court entered its Order Amending Scheduling Order and Certain Pretrial Deadlines [DE 277], which set the deadline for all pre-trial motions as January 20, 2025.

2. As this Court is well aware, currently the Parties are in the process of fully addressing the issues raised in Plaintiff's Motion for Rule 37 Sanctions [DE 285], with Plaintiffs' Reply Brief due this Friday, January 17, 2025.

3. In light of the timing of these issues, the Parties jointly are requesting a brief, one week extension to the deadline to file all pre-trial motions, with the new proposed deadline being Monday, January 27, 2025.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that he has conferred with Tesla's counsel, Whitney Cruz, who has indicated that Tesla joins this Motion.

Date:  January 14,  2025	Respectfully submitted,

	<u>s/  Adam T. Boumel</u>
	**Adam T. Boumel, Esq.**
	Florida Bar No. 0110727
	THE ROUSSO, BOUMEL LAW FIRM, PLLC
	9350 South Dixie Highway
	Suite 1520
	Miami, FL 33156
	Tel. 305-670-6669
	adam@roussolawfirm.com
	assistant@roussolawfirm.com
	haiyang@roussolawfirm.com


	**Todd Poses, Esq.**
	Florida Bar No. 0075922
	POSES & POSES, P.A.
	Alfred I. Dupont Building
	169 East Flagler Street, Suite 1600
	Miami, FL 33131
	Tel.  305-577-0200
	Fax: 305-371-3550
	tposes@posesandposes.com
	maria@posesandposes.com
	*Attorneys for Plaintiff Neima Benavides*

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

*Attorneys for Defendant Tesla, Inc.*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Adam T. Boumel*
Adam T. Boumel