| | |
|---|---|
| **From:** | Joel Smith |
| **Sent:** | Monday, January 13, 2025 8:21 PM |
| **To:** | Brett Schreiber; Todd Poses; Adam Boumel |
| **Cc:** | Jaime Justo; Ericka Elms; Lily Roman; Whitney Cruz; Drew Branigan; Danya Houghton; Thomas Branigan; maria@posesandposes.com |
| **Subject:** | Autopilot ECU |

Brett,

Thank you for taking the time to call me back tonight. As we discussed, Tesla will no longer take the position that the Autopilot ECU was not powered up on June 19, 2019. Your questions to Mr. Calafell during his deposition suggested that information from your consultant's download showed that data had been deleted on June 19. We have confirmed that his retrieved data does in fact show that data was auto-deleted from the Autopilot ECU that day. We agree that for this to have occurred, the Autopilot ECU had to be connected on that day. Our understanding at this time is 1) that the data that was auto-deleted was not related to the crash, 2) that no one logged on to the Autopilot ECU and 3) that there were no software updates that day or any day after the crash.

It appears that Mr. Calafell was either mistaken when he said, he never connected the Autopilot ECU or that someone else connected the Autopilot ECU. As you are preparing your reply brief we wanted to make sure you are aware of our position after the Calafell deposition.

Joel

**Joel H. Smith**
Partner
+1 803-726-7422 | Joel.Smith@bowmanandbrooke.com

