UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                    Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**TESLA'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS
FOR MOTION FOR SUMMARY JUDGMENT, STATEMENT OF MATERIAL FACTS,
AND OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' EXPERTS UNDER FEDERAL
RULE OF CIVIL PROCEDURE 702**

Tesla, Inc. ("Tesla"), incorrectly identified as Tesla Florida, Inc., through its undersigned counsel moves this Court for leave to exceed the page limits for Tesla's forthcoming Motion for Summary Judgment by fifteen (15) pages, Statement of Material Facts by five (5) pages, and Omnibus Motion to Exclude Plaintiffs' Experts Under Federal Rule of Civil Procedure 702 by ten (10) pages. In support of its Motion, Tesla states the following:

Tesla intends to file a Motion for Summary Judgment as well as a Motion to Exclude

30243314v2

several of Plaintiffs' experts under Federal Rule of Procedure 702. Pursuant to Local Rule 7.1(c)(2) and the Court's Order Setting Trial and Pretrial Schedule (ECF 8), there is a twenty (20) page limit for each motion.[1] Additionally, pursuant to Local Rule 56.1(b)(1)(A), the required and separately-filed Statement of Material Facts in support of motions for summary judgment shall not exceed ten (10) pages.

Under the Court's most recent scheduling Order (ECF 301), these motions are due on January 27, 2025. Tesla seeks an extension of the page limit for its forthcoming Motion for Summary Judgment, corresponding Statement of Material Facts, and Omnibus Motion to Exclude Plaintiffs' Experts Under Federal Rule of Civil Procedure 702. Because Plaintiffs' Amended Complaint raises numerous complex issues concerning the Subject Vehicle's Autopilot suite of driver assistance features – and because both sides' experts have issued several rounds of supplemental opinions – Tesla's motions will address a litany of legal and technical issues, as well as voluminous discovery conducted in this case over the past three and a half years. This includes nearly two thousand pages of deposition testimony, including nearly a thousand pages of deposition testimony from Plaintiffs' experts. The current page limits are not sufficient to address the numerous evidentiary and dispositive issues contained in Tesla's motions. Therefore, Tesla respectfully requests the Court for leave to exceed the limit for each filing as set forth below.

## **CONCLUSION**

WHEREFORE, for the reasons set forth above, Tesla moves this Court for leave to exceed the page limits for its forthcoming motions as follows:

---

[1] Pursuant to the Court's Order, all expert motions must be addressed in a single brief, not to exceed twenty pages. (*See* ECF 8) at pg. 2.

| **Filing** | **Current Limit** | **Requested Limit** |
|---|---|---|
| Motion for Summary Judgment | 20 pages | 35 pages |
| Statement of Material Facts in support of Motion for Summary Judgment | 10 pages | 15 pages |
| Omnibus Motion to Exclude Plaintiffs' Experts Under Federal Rule of Civil Procedure 702 | 20 pages | 30 pages |

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that Counsel for Tesla conferred with Plaintiffs' counsel via email on January 23, 2025 and Plaintiffs **do not oppose** the relief requested.

30243314v2

Date:  January 23, 2025                                Respectfully submitted,

                                                 s/ *Whitney V. Cruz*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

*Attorneys for Defendant Tesla, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel. 619-771-3473
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

 

        s/ *Whitney V. Cruz*
          Whitney V. Cruz

30243314v2