# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, | Case No. 21-cv-21940-BLOOM/Torres |
| Plaintiff, | |
| v. | |
| TESLA, INC., a/k/a Tesla Florida, Inc., | |
| Defendant. | |
| _____/ | |
| DILLON ANGULO, | Case No. 22-22607-KMM |
| Plaintiff, | |
| v. | |
| TESLA, INC. a/k/a Tesla Florida, Inc., | |
| Defendant. | |
| _____/ | |

## **NOTICE OF APPEARANCE**

Wendy F. Lumish and the law firm of Bowman and Brooke LLP, files this Notice of Appearance as trial support and appellate counsel for Defendant, Tesla, Inc. a/k/a Tesla Florida, Inc. The undersigned requests that all pleadings, correspondence and other papers be served on the undersigned.

Respectfully submitted,

By: _/s/Wendy F. Lumish_
WENDY F. LUMISH
Florida Bar No. 334332
Wendy.Lumish@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
Two Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
Telephone (305) 995-6099
Facsimile (305) 995-6100
*Attorneys for Defendant,*
*Tesla, Inc. a/k/a Tesla Florida, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 27, 2025, the foregoing was filed using the Court's CM/ECF system, which will send electronic notice of the same to all interested parties.

| | |
|---|---|
| **Adam T. Boumel, Esq.**<br>Florida Bar No. 0110727<br>THE ROUSSO, BOUMEL LAW FIRM, PLLC<br>9350 South Dixie Highway<br>Suite 1520<br>Miami, FL 33156<br>adam@roussolawfirm.com<br>assistant@roussolawfirm.com<br>pleadings@roussolawfirm.com<br><br>*Attorneys for Plaintiff Dillon Angulo* | **Todd Poses, Esq.**<br>Florida Bar No. 0075922<br>POSES & POSES, P.A.<br>Alfred I. Dupont Building<br>169 East Flagler Street, Suite 1600<br>Miami, FL 33131<br>tposes@posesandposes.com<br>maria@posesandposes.com<br><br>*Attorneys for Plaintiff Neima Benavides* |
| **Brett Schreiber, Esq.**<br>Admitted *Pro Hac Vice*<br>**Satyarinivas "Srinivas" Hanumadass, Esq.**<br>Admitted *Pro Hac Vice*<br>**Carmela Birnbaum, Esq.**<br>Admitted *Pro Hac Vice*<br>SINGLETON SCHRIEBER<br>591 Camino de la Reina, Suite 1025<br>San Diego, CA 92108<br>bschreiber@singletonschreiber.com<br>vas@singletonschreiber.com<br>cbirnbaum@singletonschreiber.com<br>jjusto@singletonschreiber.com<br>eelms@singletonschreiber.com<br>service@singletonschreiber.com<br><br>*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides* | **Douglas F. Eaton, Esq.**<br>Florida Bar No. 0129577<br>EATON & WOLK PL<br>2665 South Bayshore Drive, Suite 609<br>Miami, FL 33133<br>deaton@eatonwolk.com<br>cgarcia@eatonwolk.com<br>lhuete@eatonwolk.com<br><br>*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides* |

**Whitney V. Cruz**
BOWMAN AND BROOKE LLP
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
whitney.cruz@bowmanandbrooke.com

**Thomas P. Branigan**
*(Admitted Pro Hac Vice)*
**Drew P. Branigan**
*(Admitted Pro Hac Vice)*
BOWMAN AND BROOKE LLP
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Joel Smith**
*(Admitted Pro Hac Vice)*
BOWMAN AND BROOKE LLP
1441 Main Street, Suite 1200
Columbia, SC 29201
joel.smith@bowmanandbrooke.com

*Attorneys for Defendant,*
*Tesla, Inc. a/k/a Tesla Florida, Inc.*


By: ___*/s/Wendy F. Lumish*___
    WENDY F. LUMISH
    Florida Bar No. 334332