UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

    Plaintiff, DILLON ANGULO, pursuant to Local Rule 5.4(b), request leave of court to file a Motion in Limine under seal for the reasons set forth below:

1. One of the Motions in Limine which Plaintiff intends to file pertains to highly personal, sensitive information about Plaintiff Angulo. Accordingly, Plaintiff moves to file said Motion under seal.

2. WHEREFORE, Plaintiffs pray this Honorable Court grant this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway
> Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By:   /s/ *Adam T. Boumel, Esq.*
> Adam T. Boumel, Esq.
> Florida Bar No.: 0110727
> Direct email: adam@roussolawfirm.com
> Service emails:
> Pleadings@roussolawfirm.com
> assistant@roussolawfirm.com

## SERVICE LIST

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com

cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*