# EXHIBIT A

*Vehicle Engineering*



**Expert Report of
Ryan Harrington**

**Benavides v. Tesla**

**Confidential and Subject to Protective Order**



# Expert Report of Ryan Harrington

# Benavides v. Tesla

Prepared for

Thomas P. Branigan, Esq.
Bowman and Brooke LLP
101 W Big Beaver Rd
Suite 1100
Troy, MI 48084

Prepared by

Ryan Harrington
Exponent
1075 Worcester Street
Natick, MA 01760

June 24, 2024

© Exponent, Inc.

Confidential and Subject to Protective Order

# Contents

Page

**Contents**                                                            **1**

**1.  Scope and Limitations**                                           **3**

**2.  Qualifications**                                                  **4**

**3.  Subject Crash Description**                                       **6**

**4.  Subject Vehicle Description**                                     **19**

**5.  Tesla Model S Peer Vehicles Comparison**                          **24**

**6.  Driver Assistance Technology**                                    **30**
   6.1. FCW / AEB Overview                               34
   6.2. FCW / AEB Regulatory Considerations              35
   6.3. FCW / AEB Development                            39
   6.4. FCW / AEB Limitations                            42

**7.  Tesla System Overview**                                           **45**
   7.1. Collision Avoidance Assist System                46
      7.1.1.  Forward Collision Warning   46
      7.1.2.  Automatic Emergency Braking 49
   7.2. TACC System                                      51
   7.3. Autosteer System                                 54

**8.  Subject Incident Analysis**                                       **57**

**9.  Exponent Testing**                                                **60**
   9.1. Test Vehicle Selection                           61
      9.1.1.  NHTSA High Speed AEB Testing 61
      9.1.2.  MY 2019 Mercedes S-Class FCW/AEB  63
      9.1.3.  MY 2019 Subaru Legacy/Outback FCW/AEB  65
      9.1.4.  MY 2019 Volvo S60 T6 FCW/AEB  67
   9.2. Daylight Nominal FCW and AEB Demonstrations      69
   9.3. Nighttime FCW Demonstrations with Broadside Targets  74
      9.3.1.  Scenario #1: Broadside GVT  74
      9.3.2.  Scenario #2: Broadside Chevrolet Tahoe  75

**Confidential and Subject to Protective Order**

9.3.3.   Scenario #3: Broadside Chevrolet Tahoe Partially Occluded by Road Signage
76

9.4. Nighttime Collision Scenario Demonstrations                    79

9.4.1.   Evaluation of a 2019 Mercedes-Benz S560            80

9.4.2.   Evaluation of a 2019 Subaru Legacy                  83

**10. Conclusions and Opinions**                                **86**


Appendix A    CV of Ryan Harrington & Testimony List
Appendix B    Materials Relied Upon

**Confidential and Subject to Protective Order**

# 1.    Scope and Limitations

Exponent, Inc. (Exponent) was retained for my services by counsel for Tesla, Inc. (Tesla) in *Benavides v. Tesla*, to provide expert testimony in this matter and to review and respond to certain assertions made in Plaintiff's experts' reports.

My opinions are based on my education, training, and experience in mechanical and automotive engineering, including federal government experience developing advanced driver assistance systems (ADAS) test procedures and analyzing ADAS performance; experience working in the automotive industry, my review of materials, and analysis performed in this case. I hold each of my opinions expressed in this report to a reasonable degree of engineering and scientific certainty.

The data, analysis, and conclusions included in this report are based on ongoing review of documents and other materials available to me. If additional information becomes available, this report may be amended or supplemented. At present, final exhibits have not yet been completed for deposition or trial. Exhibits may include, but not be limited to, this report, materials listed in the body and/or provided in the attached appendices, photographs, and results from my analysis described herein. Additional demonstrative exhibits may be prepared when necessary to adequately illustrate and explain technical details of the analysis, findings, or opinions to the jury.

In 2024, Exponent charges $600 per hour for my time. A copy of my curriculum vitae, which provides additional details of my professional background, and my testimony history for the last 4 years is attached as Appendix A to this report. Appendix B contains a list of materials I relied on in the development of this report. Appendix C contains a list of test data I relied on.

Confidential and Subject to Protective Order

## 2.    Qualifications

I am a Principal at Exponent, Inc., an engineering and scientific consulting firm, where I focus on vehicle engineering. I have more than 20 years of experience in mechanical and automotive engineering. Having worked in the automotive industry and the federal government, I have expertise in product development, testing, failure analysis, and evaluating emerging transportation technologies, including advanced driver assistance systems (ADAS) and automated vehicles (AV), and the analysis and development of federal regulations, policies, and standards, including fuel economy and emissions rulemakings and motor vehicle safety standards. During my extensive industry, federal government, and consulting career, I have developed and conducted testing and competitive assessments on a wide variety of ADAS technologies to assess their performance and nuisance alert rates under diverse operating conditions. I have also evaluated ADAS design and deployment considerations across numerous vehicle platforms. I have authored multiple papers and delivered numerous presentations on issues related to emerging transportation technologies, including ADAS and AV technologies, and fuel efficiency and emissions policies.

I hold a Master of Science in Automotive Engineering from the University of Michigan and a Bachelor of Science in Mechanical Engineering from the University of Nebraska. I am a member of SAE International, a trained Automotive Functional Safety (ISO 26262) Professional, and a volunteer design judge for the SAE Formula Hybrid Competition. I also compete in Sports Car Club of America (SCCA) and Porsche Club of America (PCA) autocross racing.

From 2022 to 2023, I left Exponent and served as the Vice President of Safety at Motional where I led a team of safety professionals focused on the development, implementation, and oversight of Motional's AV product, operational, and organizational safety program.

Prior to joining Exponent in 2017, I worked at the U.S. Department of Transportation (DOT) Volpe National Transportation Systems Center (Volpe Center), from 2007 to 2017, where I was Chief of the Technology Innovation and Policy Division. In this role, I led a cross-functional team of scientists, engineers, and analysts focused on emerging transportation technologies including AVs, connected vehicles, connected/smart cities, and big data. I also initiated and led the review

4

Confidential and Subject to Protective Order

of Federal Motor Vehicle Safety Standards (FMVSS) as they relate to AV certification and was invited to the White House Office of Science and Technology Policy's Executive Leadership Retreat to identify key priorities and challenges related to the deployment of AVs.

Prior to my position as Chief of the Technology Innovation and Policy Division at the Volpe Center, I worked as a Senior Engineer at the Volpe Center. In that position, I developed test track and on-road test procedures to assess the performance and nuisance alert rates of ADAS technologies and served as the DOT's evaluator of all test track and on-road testing for an ADAS field operational test (ADAS FOT). I also led a team that performed engineering analyses and developed efficacy, cost, deployment rates, and applicability assumptions for light-duty and heavy-duty vehicle technologies, which were incorporated into the National Highway Traffic Safety Administration's (NHTSA) Corporate Average Fuel Economy (CAFE) standard setting compliance and effects modeling. Additionally, I presented technology analyses at senior level briefings for the White House Office of Management and Budget (OMB), the DOT, the Environmental Protection Agency (EPA), the California Air Resources Board (CARB), and the National Academy of Sciences (NAS). I represented the DOT and participated in executive-level meetings with vehicle manufacturers; engine, transmission, and component suppliers; and industry trade associations. I was recognized by the President in the Oval Office for my technical contributions to the development of the CAFE standards for model years (MY) 2017-2025.

From 2004 to 2007, I was a Technical Support Manager at Cummins Inc., where I led Six Sigma on-road fuel economy testing and improvement projects, analyzed customer requirements, performed root cause analyses for diesel engines, proposed diesel engine/drivetrain changes to improve the fuel efficiency of long-haul trucks, and conducted fuel-efficient driver training.

While working at Delphi Automotive Systems as a Product Development Engineer from 2000 to 2004, I led the design and integration of prototype electric power steering (EPS) systems into customer developmental vehicles. I also conducted vehicle and component-level noise, vibration, and harshness (NVH) and durability testing and driver acceptance evaluations and determinations for four-wheel steering systems and EPS systems.

**Confidential and Subject to Protective Order**

# 3.   Subject Crash Description

This background information is provided as a general summary of the subject incident and is not intended to be a complete recitation of all facts considered in this analysis.

According to the police report,[1] the subject incident occurred on April 25, 2019, at approximately 9:14 p.m., at the intersection of Card Sound Road (CR-905A) and County Road 905 (CR-905) in Key Largo, Florida. The crash event description was coded as "Collision with Person, Motor, Vehicle, or Non-fixed Object." The roadway in the incident location was noted as having a total of two travel lanes on CR-905A with one eastbound lane before the intersection with CR-905, and one westbound lane. CR-905 also has a total of two travel lanes, one northbound and one southbound. The roadway alignment was recorded as being straight. The surface type and condition of CR-905 and CR-905A were recorded as being paved with asphalt and dry. According to the Florida Highway Patrol report,[2] the location where the incident occurred was level and on the gravel portion of the shoulder east of CR-905. The posted speed limit was 45 mph for both directions of traffic.[3] Figure 1 depicts a satellite image showing an aerial view of the incident location and Figure 2 shows a police sketch of the incident sequence.

---

[1]   Florida Traffic Crash Report, Agency Crash Report No. FHPE19OFF022748.

[2]   Florida Highway Patrol, Crash Homicide Investigation Release Case No. FHP719-38-002.

[3]   I inspected the crash scene on June 20, 2024.

**Confidential and Subject to Protective Order**



Figure 1.   Satellite image of the incident location.



Figure 2.   Police sketch of the incident sequence.[4]

---

[4]   Florida Traffic Crash Report, Agency Crash Report No. FHPE19OFF022748.

Confidential and Subject to Protective Order

At the time of the incident, a MY 2019 Tesla Model S (V-1) (VIN: 5YJSA1E24KF302997), referred to as the subject vehicle in this report, was being operated in the eastbound lane of CR-905A by George Brian McGee, age 42 (D-1), and was approaching the intersection with CR-905.

According to the police report,[5] at the time of the incident, a 2010 Chevrolet Tahoe (V-2) (VIN: 1GNMCBE35AR246876) was parked facing south on the east shoulder of CR-905. Naibel Benavides Leon, age 22 (NM-1), and Dillon Austin Angulo, age 27 (NM-2), were standing outside V-2. According to the police report,[6] while approaching the intersection of CR-905A and CR-905, the subject vehicle proceeded through the stop sign and the flashing red stoplight. Subsequently, the subject vehicle traveled through the intersection and onto the east shoulder of CR-905. The front of the subject vehicle collided with traffic signs on the east shoulder of CR-905 and then struck the right side of V-2. This impact forced V-2 in an easterly direction striking Mr. Angulo and Ms. Leon. This impact caused Ms. Leon to travel in a northeasterly direction coming to final rest in a tree line facing downward. Mr. Angulo was forced in an easterly direction coming to final rest on the paved surface east of the roadway. After the impact with V-2, the subject vehicle traveled in a southeasterly direction coming to a final rest up against some branches facing in an easterly direction. V-2 was forced in a northeasterly direction coming to its final rest facing west. Both Mr. McGee and Mr. Angulo were transported to Jackson South Hospital. Ms. Leon sustained fatal injuries and was pronounced deceased on scene at 9:54 p.m.[7] According to accident reconstructionist James Walker Jr., the initial impact between the subject vehicle and the Chevrolet Tahoe "caused the subject Tesla to experience a predominantly frontal Delta-V of approximately 30 MPH while the subject Tahoe simultaneously experienced a predominantly lateral Delta-V of approximately 25 MPH."[8] The Event Data Recorder (EDR) data[9] downloaded from the subject vehicle is presented in Table 1.

---

[5]   Florida Traffic Crash Report, Agency Crash Report No. FHPE19OFF022748.

[6]   Florida Traffic Crash Report, Agency Crash Report No. FHPE19OFF022748.

[7]   Florida Highway Patrol, Traffic Homicide Investigation Release Case No. FHP719-38-002.

[8]   Expert Report of James Walker, Jr.

[9]   Tesla EDR Report 2019-04-26.edr.pdf

Confidential and Subject to Protective Order

**Table 1.   The subject vehicle's downloaded EDR data showing the last recorded event for up to 5 seconds prior to incident[10]**

| Time [s] | Vehicle Speed [mph] | Acceleration Pedal [%] | Service Brake [ON, OFF] | Steering Wheel Angle [deg] |
|---|---|---|---|---|
| -5.0 | 60 | 20 | OFF | 0 |
| -4.5 | 61 | 20 | OFF | 0 |
| -4.0 | 61 | 20 | OFF | 0 |
| -3.5 | 61 | 20 | OFF | 0 |
| -3.0 | 61 | 20 | OFF | 0 |
| -2.5 | 61 | 20 | OFF | 0 |
| -2.0 | 61 | 20 | OFF | 0 |
| -1.5 | 61 | 20 | OFF | 0 |
| -1.0 | 61 | 20 | OFF | 0 |
| -0.5 | 61 | 0 | ON | 67 |
| 0 | 52 | 0 | ON | 163 |

In addition to the EDR data, the subject Tesla was also equipped with an additional crash data recording device that collected vehicle data, equipment status, and documented enabled vehicle functionalities prior to and shortly after the subject incident. These crash data contained information for approximately 73 minutes of driving data leading up to the subject incident. During the 73 minutes of driving time, Mr. McGee drove approximately 71 miles at speeds ranging between 30 mph and 90 mph with an average speed of approximately 58 mph.[11] The crash data reported a frontal collision with a code description of "Crash, 1.0" at the time of the collision. Key events from the recorded data of the subject incident are shown in Table 2.

---

[10]   *Ibid.*

[11]   Expert Report of James Walker, Jr.

**Confidential and Subject to Protective Order**

**Table 2.** **The subject vehicle's downloaded crash data detailing vehicle system and feature status in the time leading up to the subject incident. Time-to-collision calculated by Exponent from the moment of front collision detected[12]**

| Description | Code | Time-to-collision (s) |
|---|---|---|
| Cruise Control State | CRS_STATE_ENABLED, 2.0 | -187.352 |
| Cruise Control Set Speed (mph) | 45 | -187.252 |
| Cruise Control State | CRS_STATE_OVERRIDE, 4.0 | -75.252 |
| Accelerator Pedal Position (%) | 31.2 | -75.113 |
| Autosteer State | ACTIVE_RESTRICTED, 4.0 | -74.828 |
| Autosteer Driver Hands On Detection | LC_HANDS_ON_REQD_DETECTED, 1.0 | -24.094 |
| Autosteer State | ABORTING, 8.0 | -1.345 |
| Autosteer State | ABORTED, 9.0 | -0.480 |
| Brake Pedal Application | ON, 1.0 | -0.382 |
| Brake Pedal Manual Application | Driver_applying_brakes, 2.0 | -0.330 |
| Cruise Control State | CRS_STATE_STANDBY, 1.0 | -0.247 |
| ABS Brake Event | ABS_EVENT_ACTIVE, 1.0 | -0.167 |
| Deployment Type | FIRST_STAGE, 2.0 | 0 |
| Frontal Collision Detected | CRASH, 1.0 | 0 |

Figure 3 to Figure 6 also show the time history of the subject vehicle's speed, accelerator pedal position, brake status, and steering wheel angle and torque, as well as the states of Autosteer, Traffic Aware Cruise Control (TACC), and hands-on detection in the minutes leading up to the subject incident. According to the crash data, the TACC was enabled and set to a cruise speed of 45 mph by Mr. McGee approximately 187 seconds before the subject incident. This speed was maintained until approximately 76 seconds prior to the subject incident. At this point TACC was overridden by Mr. McGee when he accelerated the vehicle past the set cruise speed with an accelerator pedal position of 31.2%. Additionally, Autosteer on the subject vehicle was set to "ACTIVE_RESTRICTED, 4.0" as Mr. McGee accelerated above the posted speed limit. Approximately 24 seconds before the subject incident, Mr. McGee's hands were detected on the steering wheel, and they remained detected on the steering wheel until the collision. During the time that Mr. McGee overrode the TACC set speed, the vehicle was operating as an automation

---

[12]   Tesla recorded car log data 2019-04-26.xlsx.

Confidential and Subject to Protective Order

Level 1 system, described in Section 6, because he was providing continuous longitudinal control of the vehicle while the vehicle was only providing continuous lateral control.

Reviewing the 5-minute time history of subject vehicle data prior to the subject incident provides more details on how the TACC and Autosteer were used. From 5 minutes to around 187 seconds before the subject incident, the vehicle speed reached a top speed around 78 mph, while TACC, hands-on, and Autosteer states switched between different values. The hands-on signal indicates that around 3.5 minutes before the subject incident, while the subject vehicle speed was over 60 mph, the driver received both visual and audible alerts from the hands-on detection system. Following this, visual and audible hands-on alerts were provided to Mr. McGee around 66 and 51 seconds prior to the subject incident, respectively, when Mr. McGee started overriding TACC by accelerating the vehicle past the set cruise speed. In both instances when the hands-on alerts were provided, the alert state changed back to "Hands Detected" upon a sharp change in steering torque.

11

Confidential and Subject to Protective Order



Figure 3.   Plot of the subject vehicle's downloaded crash data[13] for 5 minutes (300 s) before the subject incident: (top) vehicle speed, (middle) accelerator pedal position and brake status, and (bottom) steering wheel angle and torque.

---

[13]   Tesla recorded car log data 2019-04-26.xlsx.

**Confidential and Subject to Protective Order**



Figure 4.   Plot of the subject vehicle's downloaded crash data[14] for 120 s before the subject incident: (top) vehicle speed, (middle) accelerator pedal position and brake status, and (bottom) steering wheel angle and torque.

While Mr. McGee responded to both instances of the hands-on alerts shown in Figure 3 to Figure 6 by applying torque to the steering wheel, there are some differences between these two events. During the first hands-on alert event, approximately 3.5 minutes before the subject incident, the brake status switched from "Off" to "On," and the Autosteer state changed from "Active Restricted" to "Unavailable." Additionally, the vehicle speed, while above 60 mph, started to decline after the first hands-on alert event. However, for the second hands-on alert around 66 seconds before the subject incident, Autosteer and brake status remained "Active Restricted" and "Off," respectively, while the vehicle speed continued to fluctuate between 54 and 62 mph, beyond the set TACC set speed.

---

[14]   Tesla recorded car log data 2019-04-26.xlsx.

Confidential and Subject to Protective Order



Figure 5.   Plot of the subject vehicle's downloaded crash data[15] for 5 minutes (300 s) before the subject incident: (top) Autosteer status, (middle) hands on detection and steering wheel torque, and (bottom) TACC state and accelerator pedal position.

---

[15]   Tesla recorded car log data 2019-04-26.xlsx.

Confidential and Subject to Protective Order



Figure 6.   Plot of the subject vehicle's downloaded crash data[16] for 120 s before the subject incident: (top) Autosteer state, (middle) hands on detection and steering wheel torque, and (bottom) TACC state and accelerator pedal position.

According to Mr. McGee's testimony dated March 15, 2022,[17] his statements to police on the night of the incident,[18] and information provided in Mr. McGee's Answers to Plaintiff's Interrogatories[19] dated June 19, 2020, Mr. McGee left work in Boca Raton around 7:00 p.m. and was heading to his home in Ocean Reef, Key Largo, approximately 2 miles north of the area of the incident.[20] He testified that he did not recall making any stops during his drive, he did not recall whether he was using navigation on the drive, and he did not recall needing to stop and reset Autopilot at any point prior to the incident.[21] Mr. McGee indicated that he was traveling eastbound on Card Sound Road with his Autopilot engaged in his MY 2019 Tesla Model S and

---

[16]   Tesla recorded car log data 2019-04-26.xlsx.

[17]   McGee Deposition, p. 85.

[18]   Body Cam Video 2:28.

[19]   Defendant George Brian McGee, Answers to Plaintiff's First Set of Interrogatories, p. 5.

[20]   Florida Highway Patrol, Crash Homicide Investigation Release Case No. FHP719-38-002, p. 8.

[21]   McGee Deposition, pp. 86, 87, 154-155.

Confidential and Subject to Protective Order

his hands on the steering wheel.[22] He stated that his headlights were on and that they turned on automatically.[23] Mr. McGee testified that he was driving between 70 mph and 90 mph on the night of the incident, and agreed that he was driving at least 50 mph or higher around the time of the subject incident.[24] The EDR data and recorded car log data indicated that Mr. McGee was travelling at 61 mph prior to the collision.[25]

The police investigation concluded that Mr. McGee operated his motor vehicle in a careless or negligent manner by traveling above the posted speed limit, by failing to stop at a stop sign, by failing to stop at a flashing red traffic light, and by being distracted by use of his cell phone.[26,27] As a result, Mr. McGee was issued a citation for careless driving by the Florida Highway Patrol[28] and his license was revoked for 6 months.[29] In his statements to police, Mr. McGee stated that he was using his phone and attempting to make a call while driving on cruise control. He then dropped his phone and subsequently looked down and attempted to retrieve it when he struck the parked Chevrolet Tahoe.[30,31,32,33,34] He further specified that he did not know how close he was to the intersection and that he ran the stop sign while he was looking down attempting to retrieve his phone.[35,36,37] Mr. McGee indicated that after attempting to retrieve his phone, he did not see

---

[22] Defendant's George Brian McGee, Answers to Plaintiff's First Set of Interrogatories, p. 2; McGee Deposition, pp. 17, 86.

[23] McGee Deposition, p. 223

[24] McGee Deposition, pp. 97, 98, 221.

[25] Tesla EDR Reporting Service v20.37.1.

[26] Florida Traffic Crash Report, Agency Crash Report No. FHPE19OFF022748, p. 2.

[27] Florida Highway Patrol, Crash Homicide Investigation Release Case No. FHP719-38-002, p. 32.

[28] McGee Deposition, p. 60.

[29] McGee Deposition, p. 51.

[30] Monroe County Sheriff's Office Offense Report, CAD Incident Number MCSO19CAD055756, p. 2.

[31] Florida Highway Patrol, Crash Homicide Investigation Release Case No. FHPE19-38-002, pp. 12, 17.

[32] Several moments in the Dash Cam Video. For example, at times: 1:08, 1:36, 4:21, 4:27, 4:36.

[33] Several moments in the Body Cam Video. For example, at times: 1:03, 1:30, 2:15, 2:21, 4:15, 4:28, 4:34, 4:42, 7:32.

[34] Several moments in the Rear Interior Seat Video. For example, at times: 1:11, 1:38, 2:21, 4:21, 4:33, 4:38, 7:36.

[35] Monroe County Sheriff's Office Offense Report, CAD Incident Number MCSO19CAD055756, p. 2.

[36] Florida Highway Patrol, Crash Homicide Investigation Release Case No. FHP719-38-002, pp. 12, 17.

[37] Dash Cam Video at times 1:08 and 4:36. Body Cam Video at times 2:15 and 4:28. Rear Interior Seat Video at 4:33.

Confidential and Subject to Protective Order

it so he looked up, saw the parked Chevrolet Tahoe, and "slammed" on his brakes.[38] He later testified that he recalled "feeling bumpiness on the road"[39] prior to striking the Tahoe, but that he does not recall if he hit the brakes prior to the incident.[40] Additionally, Mr. McGee stated that he did not recall seeing the stop sign or the flashing red light prior to the incident,[41] and that he failed to see the Tahoe until it was too late.[42] He indicated he did not recall driving through the road signs.[43] Mr. McGee stated that the Tesla did not attempt to stop at the intersection and he specified that he does not recall any warnings from the vehicle prior to the crash.[44] Mr. McGee specified in his Answers to Plaintiff's Interrogatories that he found his iPhone on the vehicle's floorboard after the incident.[45]

Mr. McGee testified that his Ocean Reef residence is located less than 5 miles from the incident intersection and that he has driven through, and taken a left, at the incident intersection many times.[46] He specified that he would drive to and from his workplace at 2424 North Federal Highway in Boca Raton, Florida, to his residence located in the Ocean Reef Club at 75-A Snapper Lane in Key Largo, Florida, at least three times per week on Thursdays, Saturdays, and Sundays over the course of approximately 2 years prior to the incident.[47] Regarding the incident vehicle, Mr. McGee testified that his Tesla was his "everyday" vehicle, and that he drove the vehicle at least 5 days a week when he was not traveling for work.[48] He further stated that he would use Autopilot in his vehicle during 90% of his drives.[49] Mr. McGee stated that he also used Autopilot 90% of the time as he made the 106 mile drive to and from Boca Raton and Key Largo.[50] When

---

[38] Dash Cam Video at times 2:29, 4:27, and 4:36. Body Cam Video at times 2:24, 4:15, and 4:42. Rear Interior Seat Video at times 2:21, 4:21, 4:47.

[39] McGee Deposition, p. 156.

[40] McGee Deposition, pp. 121-122.

[41] McGee Deposition, p. 157.

[42] McGee Deposition pp. 120-121.

[43] McGee Deposition p. 212.

[44] McGee Deposition, pp. 119-121.

[45] Defendant's George Brian McGee, Answers to Plaintiff's First Set of Interrogatories, p. 6.

[46] McGee Deposition, p. 148.

[47] McGee Deposition, pp. 5-6, 11, 81-82, 153, 154, 173.

[48] McGee Deposition, p. 81.

[49] McGee Deposition, pp. 177, 178.

[50] McGee Deposition, pp. 44-45, 81, 83; Google Earth.

Confidential and Subject to Protective Order

asked about his use of Autopilot and Autosteer on Card Sound Road, Mr. McGee testified that he used these features almost every time he drove on that road.[51] He also indicated that he liked to have Autopilot activated on Card Sound Road as it helped him navigate the dark road when he was tired.[52] Mr. McGee indicated that he never had any trouble with his Tesla prior to the incident, nor does he recall having trouble operating Autopilot features prior to the incident.[53]

---

[51]   McGee Deposition, pp. 201, 215-216.

[52]   McGee Deposition, p. 235.

[53]   McGee Deposition, pp. 42, 44.

**Confidential and Subject to Protective Order**

# 4.    Subject Vehicle Description

Originally announced as a battery electric full-size car in 2008, the Tesla Model S debuted in 2012 and has undergone several updates and design refreshes since its introduction. The MY 2019 Model S was among Tesla's 2nd generation Model S which was launched in the North American market in April 2016.[54] The 2nd generation Model S was replaced by a new model in 2021 (3rd generation). An image of a Tesla MY 2019 Model S is depicted in Figure 7.



Figure 7.    Exemplar 2019 Tesla Model S.[55]

The MY 2019 Tesla Model S, a 4-door liftback sedan, was sold in Standard (75D), Long Range (100D), and Performance (P100D) trim levels. Table 3 presents a breakdown of the trim levels, manufacturer's suggested retail price (MSRP), and sales volumes for the Model S in the United States from 2016 through 2019. With an average of approximately 23,893 vehicles sold per year in the United States, the Tesla Model S was a relatively high-volume vehicle in the upper luxury segment considering that between 2016 and 2019 an average of approximately 77,954 upper luxury vehicles per year were sold in the United States. The Model S was the top selling platform in this segment with an average market share of 30.8%.[56]

---

[54] "Tesla Model S Generations," Autolist, https://www.autolist.com/tesla-model+s/tesla-model+s-generations, Accessed in June 2024.

[55] Tesla MODEL S OWNER'S MANUAL, Version 2018.48.12, December 17, 2018.

[56] 2016-2020 Ward's Automotive Yearbook.

Confidential and Subject to Protective Order

**Table 3.   Tesla Model S trim level MSRP and sales volumes in the United States[57]**

| | | MSRP [$] | | | |
|---|---|---|---|---|---|
| | Trim | 2016 | 2017 | 2018 | 2019 |
| Model S | Standard (75D) | - | - | 75,700 | 77,200 |
| | Long Range (100D) | - | - | 95,200 | 95,200 |
| | Performance (P100D) | - | - | 136,200 | 134,200 |
| | 60 | - | 69,200 | - | - |
| | 75 | - | 75,700 | - | - |
| | 60D | - | 74,200 | - | - |
| | Base | 71,200 | - | - | - |

| | Sale Volume | | | |
|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2019 |
| Total Volume | 26,167 | 28,081 | 25,109 | 16,213 |

Some of the available passive safety features on the MY 2019 Tesla Model S included advanced front airbags, knee airbags, side airbags, curtain airbags, and lower anchors and tethers for children (LATCH). Additionally, some of the listed active safety features included the anti-lock braking system (ABS) with Electronic Brake Force Distribution and Traction Control.[58] All of the safety features mentioned above were standard across all trim levels. For MY 2019, Tesla was one of only two manufacturers to equip 100% of their vehicles with automatic emergency braking (AEB).[59] According to Ward's 2020 Automotive Yearbook for 2019 vehicles, Collision Warning and Collision Mitigation (i.e., AEB), were installed on 100% of new MY 2019 Tesla Model S vehicles.[60,61]

The following Autopilot features were standard equipment on all Model S vehicles:

---

[57]   2016-2020 Ward's Automotive Yearbook.

[58]   Tesla MODEL S OWNER'S MANUAL, Version 2018.48.12, December 17, 2018.

[59]   "NHTSA Announces Update to Historic AEB Commitment by 20 Automakers," December 17, 2019, https://www.nhtsa.gov/press-releases/nhtsa-announces-update-historic-aeb-commitment-20-automakers

[60]   2020 Ward's Automotive Yearbook.

[61]   IIHS, Available at: https://www.iihs.org/ratings/vehicle/Tesla/model-s-4-door-hatchback/2019, Accessed in June 2024.

Confidential and Subject to Protective Order

- Lane Assist:[62]
  - Provides visual alerts on objects detected in blind spots or close to the side of the vehicle.
  - Warns the driver of undesired lane departures if the associated turn signal is off.
- Collision Avoidance Assist:[63]
  - Forward Collision Warning (FCW)[64] provides visual and audible warnings in situations when Model S detects that there is a high risk of a frontal collision.
  - AEB[65] automatically applies braking to reduce the impact of a frontal collision.
  - Obstacle-Aware Acceleration[66] reduces acceleration if the Model S detects an object in its immediate driving path.
- Speed Assist:[67]
  - Displays the speed limit.
  - Can be configured to provide visual and audible alerts if the vehicle speed goes beyond the speed limit.
- Auto High Beam:[68]
  - Automatically switches the high beam headlights to low beam when there is light detected in front of the Model S vehicle.

The following features were available only if the Tesla Model S vehicle was equipped with the optional Enhanced Autopilot or Full Self-Driving Capability packages:

- TACC[69]
- Autosteer[70]

---

[62]  Tesla MODEL S OWNER'S MANUAL, Version 2018.48.12, December 17, 2018, p 100.

[63]  *Ibid.*, p. 102.

[64]  *Ibid.*, p. 102.

[65]  *Ibid.*, p. 103.

[66]  *Ibid.*, p. 104.

[67]  *Ibid.*, p. 105.

[68]  *Ibid.*, p. 55.

[69]  *Ibid.*, p. 82.

[70]  *Ibid.*, p. 89.

Confidential and Subject to Protective Order

- Autopark[71]

The MY 2019 Tesla Model S FCW, crash imminent braking (CIB) (an AEB feature), and lane departure warning (LDW) systems met NHTSA's New Car Assessment Program (NCAP) performance criteria.[72] While a MY 2019 Tesla Model S was not tested by NHTSA, the MY 2016 Tesla Model S received 5-stars (the highest rating) for all NCAP ratings.[73] The Tesla Model S, according to the tests performed by the Insurance Institute for Highway Safety (IIHS) on MY 2016 and 2017 vehicles, achieved the highest possible score of "good" across four of five crashworthiness categories.[74] While the MY 2019 Tesla Model S was not evaluated by IIHS for crashworthiness, the MY 2017 and MY 2019 vehicles are of the same generation.[75] The MY 2019 Tesla Model S also earned a "superior" rating from IIHS for its standard AEB system[76] as shown in Figure 8.



Figure 8.   Tesla Model S IIHS rating, 2017 MY (left),[77] 2019 MY (right).[78]

---

71  Tesla MODEL S OWNER'S MANUAL, Version 2018.48.12, December 17, 2018, p. 95.

72  https://www.nhtsa.gov/vehicle/2019/TESLA/MODEL%252520S%25252075D/5%252520HB/AWD,  Accessed in June 2024.

73  https://www.nhtsa.gov/vehicle/2016/TESLA/MODEL%252520S%25252075/5%252520HB/RWD, Accessed in June 2024.

74  2017 Tesla Model S, IIHS, Available at https://www.iihs.org/ratings/vehicle/Tesla/model-s-4-door-hatchback/2017, Accessed in June 2024.

75  "Tesla Model S Generations," Autolist, https://www.autolist.com/tesla-model+s/tesla-model+s-generations, Accessed in June 2024.

76  2019 Tesla Model S, IIHS, Available at https://www.iihs.org/ratings/vehicle/Tesla/model-s-4-door-hatchback/2019, Accessed in June 2024.

77  2017 Tesla Model S, IIHS, Available at https://www.iihs.org/ratings/vehicle/Tesla/model-s-4-door-hatchback/2017, Accessed in June 2024.

78  *Ibid*.

Confidential and Subject to Protective Order

The subject vehicle was an all-wheel drive (AWD) MY 2019 Tesla Model S 75D (Standard),[79] VIN: 5YJSA1E24KF302997, 4-door hatchback with a lithium-ion battery and an automatic single-speed fixed-gear transmission. The Standard (75D) trim of the vehicle had an MSRP of $75,700 and an equivalent fuel economy rating of 102/105 miles per gallon-equivalent (city/highway),[80] and a maximum driving range of 259 miles.[81] The subject vehicle was equipped with Enhanced Autopilot, seven cameras, a forward-looking radar, and 12 ultrasound sensors.[82]

The MY 2019 Tesla Model S met the applicable FMVSS. The subject MY 2019 Tesla Model S and its VIN tag identifying FMVSS compliance are shown in Figure 9.



Figure 9.   Subject Tesla (left)[83] and VIN plate (right).[84]

---

[79]   VIN Decode 5YJSA1E24KF302997 2.pdf.

[80]   Benavides-00001768.

[81]   2019 Ward's Automotive Yearbook.

[82]   Benavides-00001768.

[83]   Inspection Photograph P3170013.JPG.

[84]   Inspection Photograph P3170078.JPG.

Confidential and Subject to Protective Order

# 5.    Tesla Model S Peer Vehicles Comparison

The MY 2019 Tesla Model S belongs to the upper luxury segment.[85] In this analysis of peer vehicles, Exponent considered other cars in this segment, as well as two domestic cars from the middle luxury segment, available in MY 2019, as summarized in Table 4. The upper luxury vehicle segment was competitive with other vehicles having base MSRPs ranging from approximately $68,995 up to approximately $92,245 and an average base MSRP of approximately $69,425. Feature availability for peer vehicles was determined by reviewing owner's manuals, vehicle brochures, European NCAP documents,[86] as well as information extracted from 2019 and 2020 Ward's Automotive Yearbooks.   summarizes the availability of FCW systems, AEB, adaptive cruise control (ACC), and lane keep assist (LKA) features. These data show that one out of nine peer vehicles listed in  did not offer AEB, and for the remaining eight, the feature was offered as standard on five vehicles and optional on the remaining three vehicles. In total, five of the peers offered FCW as standard and the other four offered it as optional equipment.

**Table 4.    ADAS availability on MY 2019 upper luxury cars[87]**

| Vehicle | Platform MYs | MSRP* [$] | Curb Wt. [lb.] | FCW | AEB | ACC | LKA |
|---|---|---|---|---|---|---|---|
| **Audi A7** | 2018-Present | 68,995 | 4,332 | Std | Std | Opt | Opt |
| **BMW 7-Series** | 2015-2022 | 84,645 | 4,361 | Opt | Opt | Opt | Opt |
| **Cadillac XTS**** | 2013-2019 | 47,890 | 4,021 | Opt | Opt | Opt | Opt |
| **Genesis G90** | 2015-2021 | 69,345 | 4,630 | Std | Std | Std | Std |
| **Jaguar XJ** | 2010-2019 | 76,395 | 3,891 | Opt | Opt | Opt | Opt |
| **Lexus LS** | 2017-2020 | 76,225 | 4,707 | Std | Std | Std | Std |
| **Lincoln Continental**** | 2017-2020 | 47,140 | 4,224 | Std | Std | Std | Std |
| **Mercedes S-Class** | 2013-2020 | 92,245 | 4,710 | Std | Std | Opt | Opt |
| **Porsche Panamera** | 2016-2023 | 87,550 | 4,001 | Opt | - | Opt | Opt |
| **Tesla Model S** | 2016-2021 | 77,200 | 4,647 | Std | Std | Opt | Std |

**\* Base model MSRP.**
**\*\*Due to the absence of US domestic cars in the upper luxury segment, the 2019 MY Lincoln Continental and Cadillac XTS are listed for comparison although they are in the middle luxury segment.**

---

[85]   Data from the 2019-2020 Ward's Automotive Yearbook.

[86]   Available at https://www.euroncap.com/en/, Accessed in June 2024.

[87]   Data from the 2019-2020 Ward's Automotive Yearbook.

Confidential and Subject to Protective Order

Table 5 presents the IIHS safety ratings, or lack of ratings, for these 2019 peer vehicles. The available ratings for the MY 2017 Lexus LS and Tesla Model S were included in the chart. IIHS ratings show that in 2019, most of the peers, like the MY 2019 Tesla Model S, were not or were only partially rated by IIHS.

The IIHS launched the front crash prevention rating program in 2013 to help consumers identify the most effective systems.[88] The IIHS began rating systems that prevent vehicle-to-vehicle, front-to-rear crashes after research by the Highway Loss Data Institute (HLDI) indicated that FCW and autobrake systems help drivers avoid front-to-rear crashes at both low and moderate speeds of up to 25 mph.[89] IIHS suspended the original vehicle-to-vehicle evaluation at the end of 2022 because virtually all new vehicles were earning advanced or superior ratings. IIHS launched a new test in 2024 to address crashes that occur at higher speeds and involve vehicles other than passenger vehicles. As can be seen from Table 5 and Figure 8, the MY 2019 Tesla Model S scored "superior" in the IIHS front crash prevention rating.

---

[88] Available at https://www.iihs.org/ratings/about-our-tests#front-crash-prevention-tests-2013-present, Accessed in June 2024.

[89] "IIHS issues first crash avoidance ratings under new test program", IIHS. Available at: https://www.iihs.org/news/detail/iihs-issues-first-crash-avoidance-ratings-under-new-test-program, Accessed in June 2024.

Confidential and Subject to Protective Order

**Table 5.   IIHS safety ratings for the MY 2019 Tesla Model S and peers listed in Table 4[90] (G = good, A = acceptable, NR = not rated)**

| Make | Model | Model Year | Top Safety Pick | Top Safety Pick+ | Front Overlap Small | Front Overlap Moderate | Side | Roof strength | Head & Seats | Crash Avoidance & Mitigation Headlights | Crash Avoidance & Mitigation Front Crash Prevention: Vehicle-to-Vehicle** |
|------|-------|-----------|-----------------|------------------|---------------------|------------------------|------|---------------|--------------|------------|------------------------|
| Audi | A7 | 2019 | Yes | - | G | G | G | G | G | ✓ | ≡ |
| BMW | 7-Series | 2019 | - | - | NR | NR | NR | NR | NR | NR | NR |
| Cadillac | XTS | 2019 | - | - | NR | G | G | G | G | NR | ≡ |
| Genesis | G90 | 2019 | - | Yes | G | G | G | G | G | ✓ | ≡ |
| Jaguar | XJ | 2019 | - | - | NR | NR | NR | NR | NR | NR | NR |
| Lexus | LS | 2017* | - | - | NR | NR | NR | NR | NR | NR | NR |
| Lincoln | Continental | 2019 | - | Yes | G | G | G | G | G | ✓ | ≡ |
| Mercedes | S-Class | 2014 | - | - | NR | NR | NR | NR | NR | NR | NR |
| Porsche | Panamera | 2019 | - | - | NR | NR | NR | NR | NR | NR | NR |
| Tesla | Model S | 2019 | - | - | NR | NR | NR | NR | NR | ✓ | ≡ |
| Tesla | Model S | 2017 | - | - | A | G | G | G | G | ✓ | ≡ |

\* The only MY of Lexus LS rated by IIHS
\*\*Scale used for front crash prevention ratings:   basic: ≡   advanced: ≡   superior: ≡

Table 6 presents the NHTSA safety ratings for these MY 2019 peer vehicles, most of which were not rated. In 2010, NHTSA introduced more stringent tests for its 5-star NCAP safety rating system and in 2016 began to include AEB in the list of recommended technologies to help prevent or reduce the impact speed of rear-end crashes starting with MY 2018 vehicles.[91] The MY 2019 Tesla Model S was not among those rated by NHTSA, but an earlier rating of the MY 2016 Model S by NHTSA shows that it is the only vehicle rated 5-star in all four categories. The MY 2019 Tesla Model S has been listed by NTHSA to have all the four "Recommended Safety Technologies" as standard equipment, meeting NHTSA's performance criteria.

---

[90]   Data from IIHS, Available at: https://www.iihs.org/ratings.

[91]   Data from NHTSA, Available at: https://www.nhtsa.gov/ratings, Accessed in June 2024.

Confidential and Subject to Protective Order

**Table 6.   NHTSA safety ratings for the MY 2019 Tesla Model S and peers[92] (DBS = Dynamic Brake Support)**

| Make | Model | Model Year | NHTSA Ratings | | | | Recommended Safety Technology* | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Overall | Frontal | Side | Rollover | FCW | LDW | CIB | DBS** |
| Audi | A7 | 2019 | NR | NR | NR | NR | - | - | - | - |
| BMW | 7-Series | 2019 | NR | NR | NR | NR | ✓ | ✓ | - | - |
| Cadillac | XTS | 2019 | NR | 5 | NR | 4 | Optional | Optional | - | - |
| Genesis | G90 | 2019 | NR | NR | NR | NR | ✓ | ✓ | ✓ | ✓ |
| Jaguar | XJ | 2019 | NR | NR | NR | NR | - | - | - | - |
| Lexus | LS | 2019 | NR | NR | NR | NR | ✓ | - | ✓ | ✓ |
| Lincoln | Continental | 2019 | 5 | 5 | 5 | 4 | ✓ | ✓ | ✓ | ✓ |
| Mercedes | S-Class | 2019 | NR | NR | NR | NR | ✓ | Optional | ✓ | ✓ |
| Porsche | Panamera | 2019 | NR | NR | NR | NR | - | - | - | - |
| Tesla | Model S | 2019 | NR | NR | NR | NR | ✓ | ✓ | ✓ | ✓ |
| Tesla | Model S | 2016 | 5 | 5 | 5 | 5 | ✓ | ✓ | N/A* | N/A* |

*In 2016, NHTSA's Recommended Safety Technology included FCW, LDW, and "Rearview Video Systems."
**DBS = Dynamic Brake Support.

The following FCW/AEB limitations are listed in the owner's manuals for some of the peer vehicles discussed above.

- **MY 2019 Cadillac XTS:**
  - **Forward collision alert (FCA):**
    - **Warning:** "When approaching a slower-moving or stopped vehicle ahead too rapidly, or when following a vehicle too closely, FCA may not provide a warning with enough time to help avoid a crash."[93]
    - **Warning:** "It also may not provide any warning at all."[94]
    - **Warning:** "FCA does not warn of pedestrians, animals, signs, guardrails, bridges, construction barrels, or other objects. Be ready to take action and apply the brakes."[95]

---

[92] *Ibid.*
[93] MY 2019 Cadillac XTS Owner's Manual, p. 217.
[94] *Ibid.*
[95] *Ibid.*

- **Warning:** "It may also not detect a vehicle on winding or hilly roads, or in conditions that can limit visibility such as fog, rain, or snow, or if the headlamps or windshield are not cleaned or in proper condition." [96]

- **Forward Automatic Braking (FAB):**

  - **Warning:** "Do not rely on FAB to brake the vehicle. FAB will not brake outside of its operating speed range and only responds to detected vehicles."[97]

  - **Warning:** "FAB may not … Detect a vehicle ahead if it is partially blocked by pedestrians or other objects." [98]

  - **Warning:** "Complete attention is always required while driving, and you should be ready to take action and apply the brakes and/or steer the vehicle to avoid crashes."[99]

- **MY 2019 Lexus LS:**

  - **Pre-collision System (PCS)**

    - **Warning:** "The driver is solely responsible for safe driving. Always drive safely, taking care to observe your surroundings. Do not use the pre-collision system instead of normal braking operations under any circumstances. This system will not prevent collisions or lessen collision damage or injury in every situation. Do not overly rely on this system. Failure to do so may lead to an accident, resulting in death or serious injury."[100]

    - **Warning:** "Although this system is designed to help avoid a collision or help reduce the impact of the collision, its effectiveness may change according to various conditions, therefore the system may not always be able to achieve the same level of performance."[101]

---

[96] *Ibid.*, p. 218.

[97] *Ibid.*, p. 220.

[98] *Ibid.*

[99] *Ibid.*

[100] MY 2019 Lexus LS Owner's Manual, p. 205.

[101] *Ibid.*

Confidential and Subject to Protective Order

- ▪ **Warning:** "In some situations, such as the following, a vehicle, pedestrian or bicyclist may not be detected by the sensors, preventing the system from operating properly … When a vehicle, pedestrian or bicyclist is near a wall, fence, guardrail, manhole cover, vehicle, steel plate on the road, etc., … When part of a vehicle, pedestrian or bicyclist is hidden by an object, such as large baggage, an umbrella, or guardrail, … When a vehicle, pedestrian or bicyclist appears to be nearly the same color or brightness as its surroundings, … When approaching the side or front of a vehicle ahead, … When the surrounding area is dim, such as at dawn or dusk, or while at night or in a tunnel, making a vehicle, pedestrian or bicyclist appear to be nearly the same color as its surroundings, … The vehicle is being driven at extremely high speeds."[102]

- **MY 2019 BMW 7-series:**
  - ○ **Approach control warning with light braking function:**
    - ▪ **Warning:** "The system cannot serve as a substitute for the driver's personal judgment in assessing visibility and traffic situation. There is a risk of an accident. Adjust driving style to traffic conditions. Watch traffic closely and actively intervene where appropriate."[103]
    - ▪ **Warning:** "Indicators and warnings cannot serve as a substitute for the driver's personal judgment. Due to its limits, the system might not output warnings or reactions or these might be output late, incorrectly, or without justification. There is a risk of an accident. Adjust driving style to traffic conditions. Watch traffic closely and actively intervene where appropriate."[104]
    - ▪ **Warning:** "The system can react not at all, too late, incorrectly, or without justification due to the system limits. There is a risk of accidents or risk of damage to property."[105]

---

[102] *Ibid.*, p. 213.

[103] MY 2019 BMW 7-series Owner's Manual, p. 178.

[104] *Ibid.*

[105] *Ibid.*, p. 180.

**Confidential and Subject to Protective Order**

# 6.    Driver Assistance Technology

Advanced driver assistance systems (ADAS) are technologies that "monitor driver input and the environment around the vehicle" to assist the driver in the operation of the vehicle.[106] Some features, such as FCW, LDW, and blind spot detection monitor the vehicle and its environment and may warn the driver of potential conflicts and hazards. Others, such as AEB, ACC, and LKA may automatically intervene through actuation of braking, acceleration, or steering. SAE International has published a Recommended Practice (J3016) that provides a taxonomy of various driver assistance systems and AV technologies, organized by the level of automation they provide from Level 0 (no driving automation) to Level 5 (full driving automation).[107] A summary chart of these automation levels and their associated capabilities is shown in Figure 10.[108] Level 0 systems do not perform any part of the driving task, but may provide warnings or support, such as momentary intervention. The human driver is responsible for performing the entire driving task with Level 0 systems. When engaged, Level 1 systems can control either the lateral or longitudinal motion on a continuous basis but require the human driver to supervise the feature and manually perform the remainder of the driving task.

Based on this taxonomy, FCW and AEB are examples of Level 0 systems since they provide only momentary and intermittent assistance. ACC is an example of a Level 1 system since it provides continuous support to the driver. When combined, ACC and LKA together constitute a Level 2 system since they provide continuous assistance with acceleration, braking, and steering.

---

[106] "Advanced driver assistance", Insurance Institute for Highway Safety, Available at: https://www.iihs.org/topics/advanced-driver-assistance, Accessed in June 2024.

[107] "Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles," SAE J3016, SAE International, June 2018.

[108] "J3016 Levels of Driving Automation graphic," SAE International, Available at: https://www.sae.org/binaries/content/assets/cm/content/blog/sae-j3016-visual-chart_5.3.21.pdf, posted May 2021, Accessed in June 2024.

Confidential and Subject to Protective Order



Figure 10.    SAE J3016 levels of automated driving.[109]

NHTSA has commented on the higher Level 2 ADAS, warning that drivers "must remain engaged and alert at all times when using these systems, as they are not designed and not able to perform critical operating components of the driving task."[110] As seen in Figure 11, for Level 0 through Level 2 systems, the responsibility of the driver to monitor the driving environment and execute an appropriate response in an ADAS-equipped vehicle is no different from that of a driver in a vehicle without ADAS technology.[111]

---

[109]    *Ibid.*

[110]    "NHTSA Orders Crash Reporting for Vehicles Equipped with Advanced Driver Assistance Systems and Automated Driving Systems", NHTSA, 2021. Available at: https://www.nhtsa.gov/press-releases/nhtsa-orders-crash-reporting-vehicles-equipped-advanced-driver-assistance-systems, Accessed in June 2024.

[111]    "Automated Vehicles for Safety," NHTSA, https://www.nhtsa.gov/technology-innovation/automated-vehicles-safety, Accessed in June 2024.

Confidential and Subject to Protective Order



Figure 11.      NHTSA levels of automation.[112]

---

[112] "NHTSA Levels of Automation," NHTSA, Available at: https://www.nhtsa.gov/sites/nhtsa.gov/files/2022-05/Level-of-Automation-052522-tag.pdf, Accessed in June 2024.

Confidential and Subject to Protective Order

NHTSA did not mandate that new vehicles be equipped with FCW or AEB until May 2024.[113] However, NHTSA included tests to confirm the presence of FCW as part of its NCAP (a consumer information program) since MY 2011, when equipment rates for FCW were less than 0.2%.[114] In 2015, NHTSA similarly added AEB to the NCAP for MY 2018 vehicles and beyond.[115]

In addition to AEB, there are other ADAS technologies that are being developed by automobile manufacturers and suppliers such as Traffic Sign Recognition (TSR)[116] and Intersection Automatic Emergency Braking[117] (IAEB). TSR and IAEB are both relatively new technologies and are not part of NHTSA's 2024 final rule on AEB. Tesla introduced the Autosteer Stop Sign Warning feature in its 2019.40.2 software version release in December 2019.[118] As for similar features from other original equipment manufacturers (OEM), Super Cruise, which is the "first true hands-free driver assistance technology"[119] developed by and as described by General Motors in its 2024 quick reference guide for Cadillac vehicles that "Super Cruise does not respond to traffic lights, stop signs, or other traffic control devices."[120]

A study published by SAE International in 2018 aimed at understanding "how customers interact with a partially automated vehicle" through observing people driving their own Tesla vehicles with Autopilot engaged.[121] The study showed that "the level of autopilot usage experience did not

---

[113]  "Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles," NHTSA, Docket No. NHTSA-2023-0021, May 2024.

[114]  New Car Assessment Program (NCAP), NHTSA, Safety Labeling, Final Rule, 76 FR 45453, July 2011.

[115]  New Car Assessment Program (NCAP), NHTSA, Final Decision, 80 FR 68604, November 2015.

[116]  "What is Traffic-Sign Recognition?," J.D. Power, Available at: https://www.jdpower.com/cars/shopping-guides/what-is-traffic-sign-recognition, Accessed in June 2024.

[117]  "About intersection automatic emergency braking," GMC, Available at: https://www.gmc.com/support/vehicle/driving-safety/brakes/automatic-emergency-braking, Accessed in June 2024.

[118]  "Tesla releases Autopilot update with new speed adjustments, stop sign warnings, and more," Electrek, Available at: https://electrek.co/2019/12/06/tesla-update-autopilot-adjust-speed-stop-sign-warning/, Accessed in June 2024.

[119]  "WHAT IS SUPER CRUISE," GMC, Available at: https://www.gmc.com/connectivity-technology/super-cruise, Accessed in June 2024.

[120]  Available at: https://www.cadillac.com/bypass/pcf/gma-content-api/resources/sites/GMA/content/staging/MANUALS/8000/MA8809/en_US/1.0/GTK_2024_Cadillac_Super_Cruise_85137426_A.pdf, Accessed in June 2024.

[121]  Shutko, J., Osafo-Yeboah, B., Rockwell, C., and Palmer, M., "Driver Behavior While Operating Partially Automated Systems: Tesla Autopilot Case Study," SAE Technical Paper 2018-01-0497, 2018.

Confidential and Subject to Protective Order

influence percentage eyes on/off-road or percentage hands-on/off steering wheel" and "drivers rarely glanced away from the road for more than 4 seconds while in Autopilot mode, contrary to the common perception of disengagement." [122] Additionally, the 2018 study found that participants treated Tesla's Autopilot as a driver assistance feature. They understood that the driver remained responsible for safe vehicle operation even when Autopilot was active.

ADAS technologies continue to evolve rapidly and the regulatory guidance surrounding them is also evolving. The following subsections provide an overview of FCW and AEB, summarize their development, deployment, and testing, discuss regulatory considerations, and provide context for how NHTSA and other entities have developed an ongoing understanding of their effectiveness over time.

## 6.1.  FCW / AEB Overview

FCW and AEB systems typically use forward facing radar, cameras, and light detection and ranging (LiDAR) in any combination to sometimes detect, warn, or react to objects in the path of the vehicle that could be a potential conflict. These systems scan and monitor the roadway, process the information through a software algorithm to evaluate the likelihood of a collision, and are typically activated when a threshold is reached for a time-based measure of criticality called the time-to-collision (TTC). FCW systems may issue alerts when an object is detected in front of the vehicle that may pose a risk to the vehicle, requiring the driver to take an evasive maneuver. These warnings may be presented individually as audible, visual, or haptic warnings, or some combination of these. The timing of warnings presented to the driver often change according to the criticality of the situation and parameters set by the driver (i.e., drivers can sometimes adjust the timing of warnings within a range). In the event that the driver does not respond to a warning, or their response is inadequate to avoid an impending collision, an AEB system (if present on the vehicle) can, under certain circumstances, automatically apply the brakes in order to avoid or reduce the severity of a collision.

---

[122]  *Ibid.*

Confidential and Subject to Protective Order

## 6.2.  FCW / AEB Regulatory Considerations

In the United States, NHTSA, an agency of the DOT, is charged with writing and enforcing FMVSS. NHTSA's mission is to "save lives, prevent injuries, and reduce economic costs due to road traffic crashes, through education, research, safety standards, and enforcement."[123]

In its rulemaking process leading to the establishment of new requirements for vehicles, NHTSA considers the following factors:[124]

- Identifying a safety problem.
- Assessing the safety risk.
- Conducting a benefit-cost analysis.

A new technology must be technically feasible (so manufacturers can implement it), bring safety benefits (so it can reduce risks to the public), and be economically feasible (so the benefits can be realized).

NHTSA's FMVSS are specified in a manner intended to protect the public against unreasonable risk of crashes occurring as a result of the design, construction, or performance of motor vehicles and to protect against unreasonable risk of death or injury in the event crashes do occur.[125] A vehicle is considered to have a defect "if it is subject to a significant number of failures in normal operation, including failures either occurring during specified use or resulting from owner abuse (including inadequate maintenance) that is reasonably foreseeable (ordinary abuse)."[126]

---

[123]   https://www.nhtsa.gov/

[124]   https://www.transportation.gov/regulations/rulemaking-process#identify, Accessed in June 2024.

[125]   "Quick Reference Guide (2010 Version) to Federal Motor Vehicle Safety Standards and Regulations," NHTSA, DOT HS 811 439, February 2011.

[126]   "Safety-Related Defects and Automated Safety Technologies," NHTSA, Docket No. NHTSA-2016-0040-0040, Sept 2016.

Confidential and Subject to Protective Order

In 2008, NHTSA drafted test protocols to confirm the presence of FCW systems[127] and updated these protocols in 2010.[128] The confirmatory tests were conducted for new vehicles starting in MY 2011, and included three rear-end scenarios at 45 mph. If the vehicle provided an FCW warning before a specified TTC threshold in five out of seven trials in each scenario, the vehicle's Monroney label was permitted to state that the model included the FCW feature. The FCW protocol was last updated in February 2013.[129]

In 2011, AEB was not evaluated for NCAP, with NHTSA noting there were not sufficient data yet to demonstrate the effectiveness of the technology in reducing crashes.[130] NHTSA continued to study AEB, which includes features such as CIB and DBS, establishing draft test protocols for the AEB in 2012.[131,132] In a 2014 research update on AEB,[133] NHTSA limited the scope of crashes that could be expected to be addressed by AEB to those involving a subject vehicle striking another vehicle "stopped or going straight in the same lane and direction" and determined that "[c]rashes with a relative impact speed greater than 80 km/h (50 mph) … should not be considered part of the target population of crashes expected to potentially have a favorable effect" by AEB.[134]

NHTSA released AEB confirmation test protocols for NCAP in 2015, to be applied for MY 2018 vehicles.[135,136] It was comprised of three scenarios similar to the NCAP FCW confirmation tests in place since 2011, plus one false-positive scenario over a steel trench plate at 45 mph. The other AEB tests had closing speeds of 25 mph or less, and the vehicle was required to pass five out of seven attempts under each scenario to allow AEB to be listed on the vehicle's Monroney label. As AEB continued to evolve, a voluntary agreement was established among NHTSA, the IIHS,

---

[127] "Forward Crash Warning System Confirmation Test," NHTSA, July 2008.

[128] "Forward Crash Warning System Confirmation Test," NHTSA, March 2010.

[129] "Forward Collision Warning System Confirmation Test," NHTSA, February 2013.

[130] New Car Assessment Program (NCAP), NHTSA, Safety Labeling, Final Rule, 76 FR 45453, 2011.

[131] "Crash Imminent Braking System Performance Evaluation" and "Dynamic Brake Support System Performance Evaluation," NHTSA, June 2012.

[132] "Forward-Looking Advanced Braking Technologies Research Report," NHTSA, June 2012.

[133] "Automatic Emergency Braking System (AEB) Research Report," NHTSA, August 2014.

[134] *Ibid.*, p. 9.

[135] New Car Assessment Program (NCAP), NHTSA, Final Decision, 80 FR 68604, November 2015.

[136] "Crash Imminent Brake System Performance Evaluation for the New Car Assessment Program" and "Dynamic Brake Support Performance Evaluation for the New Car Assessment Program," NHTSA, October 2015.

Confidential and Subject to Protective Order

and 20 automakers in 2016 where the automakers agreed to equip AEB as a standard feature on almost all new cars by 2022.[137] In 2017, NHTSA denied a petition to mandate AEB because it found no evidence of a market failure related to the offering of AEB technologies.[138]

IIHS stated in 2019 that "no crash avoidance technology is designed to address every possible crash scenario," and that the focus has been on the most common crash modes.[139,140] It concluded that AEB performs better in the typical rear-end crash "involving two passenger vehicles proceeding in a line on a dry road at low speeds," but AEB was found to have a smaller effect on crashes on roads with speed limits of 70+ mph.[141] A 2019 DOT report also noted that "FCW, CIB, and DBS have all been designed for assisting front-to-rear (i.e., rear-end) crashes."[142] A 2021 study[143] by General Motors and the University of Michigan Transportation Research Institute on the real-world effectiveness of various driver assistance features evaluated two AEB systems, one of which was limited to 50 mph. It found that the difference between the two systems in terms of observed collision rates at speeds greater than 50 mph was not statistically significant. It was postulated that this was "due to the preponderance of rear-end striking crashes occurring at posted speeds below 50 mph," and that "even on higher speed roads, rear-end striking crashes themselves most likely occur at lower speeds in response to slow or stopped traffic."[144]

In 2022, NHTSA issued a request for comment (RFC) for ADAS features that would be new to its NCAP rating system: pedestrian AEB (PAEB), LKA, blind spot warning (BSW), and blind

---

[137] "U.S. DOT and IIHS announce historic commitment of 20 automakers to make automatic emergency braking standard on new vehicles," IIHS, Available at: https://www.iihs.org/news/detail/u-s-dot-and-iihs-announce-historic-commitment-of-20-automakers-to-make-automatic-emergency-braking-standard-on-new-vehicles, March 2016, Accessed in June 2024.

[138] "Federal Motor Vehicle Safety Standards: Automatic Emergency Braking," Denial of petition for rulemaking, NHTSA, January 18, 2017.

[139] Cicchino, J., and Zuby, D., "Characteristics of rear-end crashes involving passenger vehicles with automatic emergency braking," *Traffic Injury Prevention,* 10(S1), 2019.

[140] "Autobrake is good, but it could be better," IIHS, February 2019. Available at: https://www.iihs.org/news/detail/autobrake-is-good-but-it-could-be-better, Accessed in June 2024.

[141] *Ibid.*

[142] "Target Crash population for Crash Avoidance Technologies in Passenger Vehicles," DOT HS 812 653, p. 7, March 2019.

[143] Leslie, A., Kiefer, R., Meitzner, M., and Flannagan, C., "Field effectiveness of General Motors advanced driver assistance and headlighting systems," *Accident Analysis and Prevention,* 159, 2021.

[144] *Ibid.*, p. 4.

**Confidential and Subject to Protective Order**

spot intervention (BSI).[145] In this RFC, NHTSA noted that some MY 2019 vehicles had failed the FCW and AEB NCAP confirmation tests, suggesting that the features may not yet be fully mature.[146] This underscores that while some ADAS features have been available on some vehicles sold in the United States, the complex interactions between system performance, environmental conditions, and human driver behavior make it difficult to accurately establish real-world safety benefits, even to this day. It also highlights that even as technologies mature, they will continue to have limitations and constraints, which do not constitute defects.

In 2023, NHTSA noted in a Notice of Proposed Rulemaking (NPRM) proposing the application of AEB to light-duty vehicles,[147] that "[w]hile AEB systems on currently available vehicles are highly effective at lower speed testing, some such systems do not perform well in tests done at higher speeds."[148] In its NPRM, NHTSA defined a lead vehicle AEB system as a system that "automatically applies the brakes to help drivers avoid or mitigate the severity of rear-end crashes."[149]

In the same NPRM, NHTSA also noted that "… the [IIHS[150]] results also indicate that AEB systems have not yet provided their full crash reduction potential. While they are effective at addressing some of the lower speed rear-end crashes, they are less effective at fully addressing the safety need."[151] Similarly, in the 2024 NHTSA final rule that followed the 2023 NPRM, it was noted by NHTSA that "… the test speeds and performance specifications in NCAP and the voluntary commitment do not ensure that the systems perform in a way that will prevent or mitigate crashes resulting in serious injuries and fatalities. The vast majority of fatalities, injuries, and property damage crashes occur at speeds above 40 km/h (25 mph), which are above those

---

[145] "Request for Comments on New Car Assessment Program," NHTSA, Docket No. NHTSA-2021-0002, p. 5.

[146] *Ibid.*, p. 85.

[147] "Notice of proposed rulemaking (NPRM)," NHTSA, Docket No. NHTSA-2023-0021, 2023.

[148] *Ibid.*, p. 38.

[149] *Ibid.*, p. 20.

[150] Cicchino, J., and Zuby, D., "Characteristics of rear-end crashes involving passenger vehicles with automatic emergency braking," *Traffic Injury Prevention,* 10(S1), 2019.

[151] "Notice of proposed rulemaking (NPRM)," NHTSA, Docket No. NHTSA-2023-0021, p. 55.

Confidential and Subject to Protective Order

covered by the voluntary commitment."[152] In the final rule, NHTSA mandated the application of FCW, AEB, and PAEB technologies on all light vehicles by September 1, 2029.[153] The NHTSA ruling requires that light vehicles have an AEB system that applies the brakes automatically at any forward speed that is greater than 6.2 mph and less than 90.1 mph when a collision with a lead vehicle is imminent.[154] These track test procedures have defined parameters, including travel speeds up to 62.2 mph. The scenarios for testing vehicles with a lead vehicle were finalized as proposed in the earlier 2023 NHTSA NPRM.[155] The testing using the lead vehicle test device is only required to be conducted in daylight with in-line vehicles and does not require nighttime testing with broadside lead vehicles, as occurred in the subject incident. Finally, the 2024 NHTSA final rule requires the vehicle to detect AEB system malfunctions and notify the driver of any malfunction that causes the AEB system not to meet the minimum proposed performance requirements.

## 6.3.  FCW / AEB Development

FCW was first introduced on passenger vehicles in the United States by Mercedes-Benz with the S-Class and CL-class for MY 2001.[156] The feature was available as part of the optional Distronic system which was marketed as "the world's first adaptive cruise control"[157,158] and was capable of issuing FCW alerts at certain speeds when ACC was enabled. Honda was the first to introduce AEB on passenger vehicles in the United States with the Collision Mitigation Braking System (CMBS) as a part of an optional technology package on the MY 2006 Acura RL.[159] Mercedes-

---

[152] "NHTSA Finalizes Key Safety Rule to Reduce Crashes and Save Lives," NHTSA, April 2024. Available at: https://www.nhtsa.gov/press-releases/nhtsa-fmvss-127-automatic-emergency-braking-reduce-crashes Accessed in June 2024.

[153] "Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles," NHTSA, Docket No. NHTSA-2023-0021, May 2024.

[154] *Ibid.*, p. 43.

[155] "Notice of proposed rulemaking (NPRM)," NHTSA, Docket No. NHTSA-2023-0021.

[156] Cicchino, J., "Effectiveness of Forward Collision Warning Systems with and without Autonomous Emergency Braking in Reducing Police-Reported Crash Rates," IIHS, February 2017.

[157] 2001 Mercedes-Benz CL-Class Brochure.

[158] 2001 Mercedes-Benz S-Class Brochure.

[159] "2006 Acura RL Press Kit," Acura. Available at: https://acuranews.com/en-US/releases/release-2aa2027d1a0b48369492d8004c34c1b9-2006-acura-rl-introduction. Accessed in June 2024.

Confidential and Subject to Protective Order

Benz followed shortly thereafter, releasing their Pre-Safe Brake system as standard equipment on the CL-Class in the latter half of 2006.[160]

A timeline of the first application of FCW/AEB and NHTSA's main regulatory actions pertaining to FCW/AEB discussed in this section is presented in Figure 12.



Figure 12.    Timeline of the first applications of FCW/AEB in the United States, NHTSA main regulatory actions pertaining to FCW/AEB, and Tesla Model S 2nd generation production.

The mid-2000s saw some of the first data published on the potential effectiveness and consumer acceptance of forward collision avoidance features. In the 1999-2004 ACAS FOT, led by General Motors under contract with NHTSA, eleven General Motors vehicles with FCW and ACC systems were driven by laypersons over 137,000 miles.[161] While both FCW and ACC were found to reduce the prevalence of tailgating among equipped vehicles, FCW was found to "not have a broad effect on reducing approach conflict behavior"[162] and had a less positive reception by users than ACC, with less than half responding that they would be interested in purchasing the feature. Surveyed drivers stated that the rate of nuisance alerts contributed significantly to their negative perceptions of the FCW system, and that false alarms were the system characteristic most in need

---

[160]    "Mercedes-Benz CL-Class Protects Drivers with Pre-Safe System," Motor Trend. Available at: https://www.motortrend.com/news/news060815-mercedes-benz-cl-class-pre-safe-system/. Accessed in June 2024.

[161]    "Automotive Collision Avoidance System Field Operational Test," Final Report, DOT HS 809 886, May 2005.

[162]    Ibid., p. 3.

Confidential and Subject to Protective Order

of improvement.[163] The report concluded that formidable technical challenges lay ahead; only one-third of the FCW alerts were found to be in response to imminent hazards in the same lane as the vehicle, as opposed to roadside objects, turning vehicles, or lane changes.[164]

The ACAS FOT was followed by another NHTSA-sponsored effort to study the performance of an Integrated Vehicle-Based Safety System (IVBSS) equipped on 16 MY 2006 and 2007 Honda Accord vehicles; a final report was published in 2011.[165] The IVBSS was composed of LDW, lane-change/merge warning (LCM), curve-speed warning (CSW), and FCW. The results overall were found to be promising in terms of their potential safety impact.[166] However, the FCW component was found to offer low accuracy for stationary targets,[167] and to be less useful and desirable than the lateral warnings (alerting drivers of a lane departure).[168] In general, the 2011 IVBSS findings reported greater driver acceptance than the 2005 ACAS report, indicating continual evolution and improvement of developmental systems. Nevertheless, nuisance alerts remained a concern; and nuisance alerts remained the most disliked system characteristic (see Figure 13).

---

[163]   *Ibid.*, p. 86.

[164]   *Ibid.*, p. 3.

[165]   Nodine, E., Lam, A., Stevens, S., Razo, M., and Najm, W., "Integrated Vehicle-Based Safety Systems (IVBSS) - Light Vehicle Field Operational Test: Independent Evaluation," Final Report, DOT HS 811 516, October 2011.

[166]   *Ibid.*, p. 45.

[167]   *Ibid.*, p. 70.

[168]   *Ibid.*, p. 92.

Confidential and Subject to Protective Order



Figure 13.   IVBSS system characteristics liked least by drivers, based on survey responses published by NHTSA in 2011.[169]

## 6.4.  FCW / AEB Limitations

In 2021, NHTSA noted, in regard to ADAS features, that nuisance alerts remain a reason that drivers sometimes disable FCW alerts.[170] This is especially important in the context of atypical crash scenarios; enabling warnings and interventions in these situations naturally carries a larger risk of nuisance alerts and increases the chance that consumers will disable these features. The impact of nuisance alerts was addressed in the ACAS FOT, which noted:

> With respect to FCW, results clearly suggest that further reductions in false alarms (resulting in a higher proportion of 'credible' FCW alerts) are needed to ensure widespread FCW system acceptance. Only one-third of the imminent alerts were issued in response to vehicles that remained in the same lane as the driver during the approach. The remaining imminent alerts were issued primarily to roadside stationary objects (such as signs and mailboxes), when the lead vehicle was turning (which can be anticipated by the driver), or during

---

169   *Ibid.*, p. 50.

170   "Request for Comments on New Car Assessment Program," NHTSA, Docket No. NHTSA-2021-0002, p. 28.

Confidential and Subject to Protective Order

*driver-initiated lane changes. The overall impression is that a formidable technical challenge lies ahead in fielding a widely accepted FCW.*[171]

IIHS also notes that "crash avoidance technologies can't be effective unless they are used."[172] IIHS points out that in the adoption of ADAS technologies, trust is crucial, and if drivers find the systems annoying or untrustworthy, they may disable them. IIHS observations at dealerships revealed varying activation rates for different ADAS systems.[173] As an example, it was observed by IIHS that "[a]ctivation of systems that alert (lane departure warning) and intervene (lane departure prevention) to help with lane keeping were [only] 52%."[174] On the other hand, "[l]arge proportions of front crash prevention (93%), blind spot monitoring (99%), rear cross-traffic alert (97%), and driver monitoring alert (90%) systems were enabled, and most optional settings were set to factory defaults."[175] Furthermore, IIHS warns that "[d]rivers need to be ready and able to respond to warnings or interventions in order for them to work."[176] While IIHS mentions that ADAS systems that only warn the driver may not be as effective as those that could act on behalf of the driver (e.g., AEB), "even systems that intervene may require a follow-up response."[177] In terms of the technology limitation, IIHS highlights that ADAS systems, such as LDW systems, "use sensors to register lane markings or the road edge, which may be problematic on roads that aren't well-marked or are covered with snow. Sensors may not function well in low light or inclement weather. Some systems only work at certain speeds."[178]

---

[171] "Automotive Collision Avoidance System Field Operational Test," Final Report, DOT HS 809 886, May 2005.

[172] Available at: https://www.iihs.org/topics/advanced-driver-assistance#limitations-of-crash-avoidance-technologies, Accessed in June 2024.

[173] "Crash avoidance and driver assistance technologies — are they used?," IIHS, 2018. Available at: https://www.iihs.org/topics/bibliography/ref/2140, Accessed in June 2024.

[174] Available at: https://www.iihs.org/topics/advanced-driver-assistance#limitations-of-crash-avoidance-technologies, Accessed in June 2024.

[175] "Crash avoidance and driver assistance technologies — are they used?," IIHS, 2018. Available at: https://www.iihs.org/topics/bibliography/ref/2140, Accessed in June 2024.

[176] Available at: https://www.iihs.org/topics/advanced-driver-assistance#limitations-of-crash-avoidance-technologies, Accessed in June 2024.

[177] "Effects of automatic emergency braking systems on pedestrian crash risk?," IIHS, 2022. Available at: https://www.iihs.org/topics/bibliography/ref/2243, Accessed in June 2024.

[178] *Ibid.*

Confidential and Subject to Protective Order

In the most recent test procedures issued in NHTSA's 2024 final rulemaking on AEB, only 100% overlap in car-to-car scenario in a straight path is considered,[179] and AEB tests in other scenarios that may include partial overlap or a curved travel path are not discussed. NHTSA stated that it "does not have the necessary information to demonstrate practicality and need for a regulation that adopts scenarios that include a broad range of overlap."[180] NHTSA also noted that "data and technologies for test scenarios representing crashes other than a rear-end crash are not yet available to support possible inclusion in an FMVSS."[181] Furthermore, as noted previously, there are no requirements or test procedures included in the NHTSA 2023 NPRM and 2024 final rule that would require AEB to prevent vehicle-to-vehicle broadside (T-bone) collisions.

In a separate study published by IIHS in April 2024, it was reported that in an IIHS front-crash collision test, AEB systems in vehicles it classifies as small SUVs performed significantly worse when speeds were increased from 12 and 25 mph to 31, 37, and 43 mph. All vehicles tested at the lower speeds received a "superior" rating, while only one vehicle tested at the higher speeds ranked "good."[182] IIHS noted in their analysis that while real-world data indicate that front crash prevention is eliminating higher-speed crashes, the test IIHS conducted did not provide a way to gauge the performance of specific systems at those higher speeds.[183]

---

[179] "Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles," NHTSA, Docket No. NHTSA-2023-0021, May 2024.

[180] *Ibid.*

[181] *Ibid.*, p. 139.

[182] "Few small SUVs excel in new IIHS front crash prevention test," IIHS, April 2024. Available at: https://www.iihs.org/news/detail/few-small-suvs-excel-in-new-iihs-front-crash-prevention-test, Accessed in June 2024.

[183] *Ibid.*

**Confidential and Subject to Protective Order**

# 7.    Tesla System Overview

Autopilot is a family of driver assistive technologies that is not intended to replace the driver, and requires the driver to monitor the driving environment, supervise the system, and intervene as necessary to maintain safe operation of the vehicle.[184] According to the 2019 Tesla Model S Owner's Manual, Autopilot includes the following components to "actively monitor the surrounding roadway:

1. A camera is mounted above the rear license plate.
2. Ultrasonic sensors are located in the front and rear bumpers.
3. A camera is mounted in each door pillar.
4. Three cameras are mounted to the windshield above the rear-view mirror
5. A camera is mounted to each front fender.
6. Radar is mounted behind the front bumper on the left side of the vehicle"[185]

The locations of these components are outlined in Figure 14.



Figure 14.      Location of the Autopilot components on the MY 2019 Tesla Model S.[186]

---

[184]  MY 2019 Tesla Model S Owner's Manual, p. 80.

[185]  *Ibid.*, p. 79.

[186]  *Ibid.*, p. 79.

Confidential and Subject to Protective Order

The following features were available on all 2019 Tesla Model S vehicles: Lane Assist, Collision Avoidance Assist, Speed Assist, and Auto High Beam. Additionally, the following features were equipped on vehicles equipped with the optional Enhanced Autopilot or Full Self Driving Capability packages: TACC, Autosteer, and Autopark. As discussed previously, the subject vehicle in this incident was equipped with the optional Enhanced Autopilot.[187]

This section provides more detail on the design parameters and capabilities of the rear-end collision mitigation function as it is the feature most closely related to the subject crash scenario. A few related features within Autopilot, including the Collision Avoidance Assist, TACC, and Autosteer, are discussed in detail. It is important to note that while the Autopilot is designed to address rear-end collisions, this does not mean that the system can mitigate every possible scenario. Factors such as illumination, weather conditions, road profile, vehicle state, driver actions, position and shape of the target, closing speed, etc., can affect the system performance and influence the capability of the Autopilot system to issue warnings or apply the brakes. ADAS system developers have to consider all these factors also in the context of driver expectations and tolerance for nuisance alerts so that the system is well received by vehicle operators and can effectively assist drivers. Below is a summary, based on Tesla documents, of the related features and limitations of Autopilot that elucidates some of design considerations for this technology.

## 7.1.  Collision Avoidance Assist System

The Collision Avoidance Assist system is designed to increase the safety of the operator and passengers of the vehicle. The system includes FCW, AEB, and Obstacle-Aware Acceleration. FCW and AEB features are discussed below.

### 7.1.1.   Forward Collision Warning

The MY 2019 Tesla Model S Owner's Manual describes FCW as a system that "provides visual and audible warnings in situations when Model S detects that there is a high risk of a frontal

---

[187]   BENAVIDES-00001768.

Confidential and Subject to Protective Order

collision."[188] The FCW uses the front cameras and forward-facing radar sensor to monitor the area in front of the vehicle for objects such as a vehicle, motorcycle, bicycle, or pedestrian. Perception of the environment is only the first step since the FCW system also has to account for the vehicle state and the driver's actions before making a decision. If a collision is determined to be likely and no immediate corrective action was detected, an audible chime is emitted, and the leading vehicle is highlighted in red on the instrument panel, as shown in Figure 15. The warnings are cancelled automatically when the risk of collision is reduced.



Figure 15.   Instrument panel highlight screen of FCW.[189]

By default, the FCW is turned on and is set to a sensitivity of "medium." The operator of the vehicle has the option to turn FCW on or off and can change the sensitivity of the system to be "early," "medium," or "late." These levels affect the timing of the warning (all else being equal) and allow the driver to personalize the system based on their own preference and driving style.

---

[188]   MY 2019 Tesla Model S Owner's Manual, p. 102.

[189]   MY 2019 Tesla Model S Owner's Manual, p. 102

Confidential and Subject to Protective Order

These settings are customer selectable to help minimize nuisance alerts. The chosen setting is retained until it is manually changed again.

Given the designed functions, the FCW is for guidance purposes only and is not a substitute for attentive driving and sound judgment.[190] The MY 2019 Tesla Model S Owner's Manual listed out the related warnings and limitations of the system, as shown in Figure 16. It is important to note that the cameras and sensors associated with FCW are designed to monitor an approximate area of up to 525 feet in the driving path. As mentioned, the FCW also closely monitors the vehicle status and driver actions, functions within a speed range of 7 mph up to 90 mph, and does not provide warnings when the brake pedal is already being pressed.

⚠ Warning: Forward Collision Warning is for guidance purposes only and is not a substitute for attentive driving and sound judgment. Keep your eyes on the road when driving and never depend on Forward Collision Warning to warn you of a potential collision. Several factors can reduce or impair performance, causing either unnecessary, invalid, inaccurate, or missed warnings. Depending on Forward Collision Warning to warn you of a potential collision can result in serious injury or death.

⚠ Warning: The camera(s) and sensors associated with Forward Collision Warning are designed to monitor an approximate area of up to 525 feet (160 meters) in your driving path. The area being monitored by Forward Collision Warning can be adversely affected by road and weather conditions. Use appropriate caution when driving.

⚠ Warning: Forward Collision Warning is designed only to provide visual and audible alerts. It does not attempt to apply the brakes or decelerate Model S. When seeing and/or hearing a warning, it is the driver's responsibility to take corrective action immediately.

⚠ Warning: Forward Collision Warning may provide a warning in situations where the likelihood of collision may not exist. Stay alert and always pay attention to the area in front of Model S so you can anticipate whether any action is required.

⚠ Warning: Forward Collision Warning operates only when driving between approximately 7 mph (10 km/h) and 90 mph (150 km/h).

⚠ Warning: Forward Collision Warning does not provide a warning when the driver is already applying the brake.

Figure 16.    FCW warning statements in the MY 2019 Tesla Model S Owner's Manual.[191]

---

[190] *Ibid.*

[191] 2019 Tesla Model S Owner's Manual, pp. 102-103

Confidential and Subject to Protective Order

### 7.1.2. Automatic Emergency Braking

The MY 2019 Tesla Model S Owner's Manual describes AEB as a system that "automatically applies braking to reduce the impact of a frontal collision."[192] The AEB system processes the data from cameras located in the windshield under the rearview mirror and a radar located in the front bumper [193] and "fuses" the information from these two types of sensors to detect and identify and object or objects on the road and determine the distance from the detected object or objects. As with FCW, AEB also monitors the vehicle state and the driver's actions before making a decision. If the frontal collision is considered unavoidable, the AEB may apply the brakes to reduce the severity of the impact.

By default, the AEB is enabled each time the vehicle is started, and the operator of the vehicle has the option to disable it for their current drive only. The Owner's Manual strongly recommends not disabling AEB, as shown in the following AEB warning statements (Figure 17).

---

[192]  2019 Tesla Model S Owner's Manual, p. 102.

[193]  *Ibid*., p. 79.

Confidential and Subject to Protective Order

⚠ Warning: It is strongly recommended that you do not disable Automatic Emergency Braking. If you disable it, Model S does not automatically apply the brakes in situations where a collision is considered likely.

⚠ Warning: Automatic Emergency Braking is designed to reduce the severity of an impact. It is not designed to avoid a collision.

⚠ Warning: Several factors can affect the performance of Automatic Emergency Braking, causing either no braking or inappropriate or untimely braking, such as when a vehicle is partially in the path of travel or there is road debris. It is the driver's responsibility to drive safely and remain in control of the vehicle at all times. Never depend on Automatic Emergency Braking to avoid or reduce the impact of a collision.

⚠ Warning: Automatic Emergency Braking is not designed to prevent all collisions. In certain situations, it can minimize the impact of a frontal collision by attempting to reduce your driving speed. Depending on Automatic Emergency Braking to avoid a collision can result in serious injury or death.

⚠ Warning: Automatic Emergency Braking is designed to reduce the impact of frontal collisions only and does not function when Model S is in Reverse.

⚠ Warning: Automatic Emergency Braking is not a substitute for maintaining a safe traveling distance between you and the vehicle in front of you.

⚠ Warning: The brake pedal moves downward abruptly during automatic braking events. Always ensure that the brake pedal can move freely. Do not place material under or on top of the Tesla-supplied driver's floor mat (including an additional mat) and always ensure that the driver's floor mat is properly secured. Failure to do so can impede the ability of the brake pedal to move freely.

Figure 17.    AEB warning statements in the MY 2019 Tesla Model S Owner's Manual.[194]

During AEB activation, a visual warning is displayed on the instrument panel, a chime is sounded, and the brake lights turn on to alert other road users. AEB operates when the vehicle is traveling between 7 and 90 mph. The performance of AEB can also be affected by several factors such as when a vehicle is only partially in the path of travel or there is road debris (Figure 17). The AEB's decision is based on the vehicle state and the driver's actions by monitoring the steering angle, accelerator pedal position, and brake pedal position, and it does not apply or stops applying the brakes under certain conditions, listed in Figure 18.

---

[194]    *Ibid.*, p. 103.

Confidential and Subject to Protective Order

- You turn the steering wheel sharply.
- You press and release the brake pedal while Automatic Emergency Braking is applying the brakes.
- You accelerate hard while Automatic Emergency Braking is applying the brakes.
- The vehicle, motorcycle, bicycle, or pedestrian is no longer detected ahead.

Figure 18.   MY 2019 Tesla Model S Owner's Manual AEB conditions where brakes are not applied.[195]

In essence, the AEB must perceive the environment, evaluate the driver's actions, estimate the future location of the vehicle, and decide whether a collision is imminent and how likely it is. When the closing speed is high, as in the subject incident, all these steps must occur in a short space of time. The target vehicle will come into view of both the camera and radar, and minor variations in yaw rate or steering angle can impact the performance of the system.

## 7.2.  TACC System

The TACC system is described in the MY 2019 Tesla Model S Owner's Manual as using the forward-looking cameras and the radar sensor to determine if a vehicle is in front of the Tesla in the same traveling lane. The system is designed to maintain a set driving speed if there is no vehicle in front in the same traveling lane. when a vehicle in front is detected in the same traveling lane, the TACC slows down to maintain a pre-selected time-based distance from the vehicle in front. This following distance may be chosen by the operator from seven pre-set levels. The Owner's Manual states that "Traffic-Aware Cruise Control does not eliminate the need to watch the road in front of you and to manually apply the brakes when needed."[196] The Tesla Model S Owner's Manual provides warnings about the TACC system for the MY 2019 Tesla Model S, as shown in Figure 19.

---

[195]   *Ibid.*, p. 103.

[196]   *Ibid.*, p. 82.

Confidential and Subject to Protective Order

⚠ Warning: Traffic-Aware Cruise Control is designed for your driving comfort and convenience and is not a collision warning or avoidance system. It is your responsibility to stay alert, drive safely, and be in control of the vehicle at all times. Never depend on Traffic-Aware Cruise Control to adequately slow down Model S. Always watch the road in front of you and be prepared to take corrective action at all times. Failure to do so can result in serious injury or death.

⚠ Warning: Although Traffic-Aware Cruise Control is capable of detecting pedestrians and cyclists, never depend on Traffic-Aware Cruise Control to adequately slow Model S down for them. Always watch the road in front of you and be prepared to take corrective action at all times. Failure to do so can result in serious injury or death.

⚠ Warning: Do not use Traffic-Aware Cruise Control on city streets or on roads where traffic conditions are constantly changing.

⚠ Warning: Do not use Traffic-Aware Cruise Control on winding roads with sharp curves, on icy or slippery road surfaces, or when weather conditions (such as heavy rain, snow, fog, etc.) make it inappropriate to drive at a consistent speed. Traffic-Aware Cruise Control does not adapt driving speed based on road and driving conditions.

Figure 19.   TACC warning statements in the MY 2019 Tesla Model S Owner's Manual.[197]

The TACC allows the operator to set the speed to either the current driving speed or the speed limit plus a pre-selected offset the operator has specified. The minimum set speed is 18 mph and the maximum is 90 mph. The driver can override TACC by pressing the accelerator pedal. When the accelerator pedal is released, TACC resumes driving at the set speed. As noted in the Owner's Manual, the TACC system cannot detect all objects, including stationary vehicles or objects, especially when the vehicle is driving over 50 mph (Figure 20).[198] The TACC object detection performance could be affected when a vehicle or object is only partially in the driving lane or when a vehicle in front moves out of the driving path and a stationary or slow-moving vehicle or object is in front.

The application of TACC is also limited by the road and its profile. As specified, the TACC is primarily intended for driving on dry, straight roads such as highways and freeways. The MY 2019 Tesla Model S Owner's Manual clearly states, "[d]o not use Traffic-Aware Cruise Control on city streets or on roads where traffic conditions are constantly changing."[199] The TACC adjusts

---

[197]   *Ibid.*, p. 82.

[198]   *Ibid.*, p. 83.

[199]   *Ibid.*, p. 82.

Confidential and Subject to Protective Order

the cruising speed when entering and exiting curves or cruising near or on freeway exits, which may result in unexpected braking occasionally.

> ⚠ **Warning:** Traffic-Aware Cruise Control cannot detect all objects and, especially in situations when you are driving over 50 mph (80 km/h), may not brake/ decelerate when a vehicle or object is only partially in the driving lane or when a vehicle you are following moves out of your driving path and a stationary or slow-moving vehicle or object is in front of you. Always pay attention to the road ahead and stay prepared to take immediate corrective action. Depending on Traffic-Aware Cruise Control to avoid a collision can result in serious injury or death. In addition, Traffic-Aware Cruise Control may react to vehicles or objects that either do not exist or are not in the lane of travel, causing Model S to slow down unnecessarily or inappropriately.

Figure 20.   Limitation of TACC from the 2019 Model S Owner's Manual.[200]

Overall, the TACC works under certain limited conditions, and is particularly unlikely to operate in the following non-exhaustive list of situations.[201]

- The road has sharp curves.

- Visibility is poor (due to heavy rain, snow, fog, etc.).

- Bright light such as from oncoming headlights or direct sunlight is interfering with the view of the cameras.

- The radar sensor is obstructed (dirty, covered, etc.).

- The windshield is obstructing the view of the cameras (fogged over, dirty, covered by a sticker, etc.).

---

[200]   *Ibid.*, p. 83.

[201]   *Ibid.*, p. 87.

Confidential and Subject to Protective Order

## 7.3.  Autosteer System

The Autosteer system is described in the MY 2019 Tesla Model S Owner's Manual as feature that builds upon TACC, "intelligently keeping the Model S in its driving lane when cruising at a set speed."[202] The system uses the vehicle's cameras, radar sensor, and ultrasonic sensor to detect lane markings and the presence of vehicles and objects to steer the vehicle. However, the Autosteer is not designed to steer around objects either partially or completely in the driving lane, as shown in Figure 21. Warning messages about the requirements to use this feature are also provided in the 2019 Tesla Model S Owner's Manual, as shown in Figure 22.

 Warning: Autosteer is not designed to, and will not, steer Model S around objects partially or completely in the driving lane. Always watch the road in front of you and stay prepared to take appropriate action. It is the driver's responsibility to be in control of Model S at all times.

Figure 21.   Autosteer limitation warning statement in the MY 2019 Tesla Model S Owner's Manual.[203]

---

[202]   2019 Tesla Model S Owner's Manual, p. 89.

[203]   *Ibid.*, p. 90.

Confidential and Subject to Protective Order

⚠ **Warning:** Autosteer is a hands-on feature. You must keep your hands on the steering wheel at all times.

⚠ **Warning:** Autosteer is intended for use only on highways and limited-access roads with a fully attentive driver. When using Autosteer, hold the steering wheel and be mindful of road conditions and surrounding traffic. Do not use Autosteer on city streets, in construction zones, or in areas where bicyclists or pedestrians may be present. Never depend on Autosteer to determine an appropriate driving path. Always be prepared to take immediate action. Failure to follow these instructions could cause damage, serious injury or death.

Figure 22.    Autosteer warning statements in the MY 2019 Tesla Model S Owner's Manual.[204]

As shown in Figure 22, the Autosteer is a hands-on feature. Therefore, for Autosteer to be operational, the driver must hold the steering wheel. In other words, Autosteer monitors the vehicle state and driver's actions during activation. Autosteer detects the driver's hands on the steering wheel by recognizing light resistance on the steering wheel, or from the driver manually turning the steering wheel very lightly (without enough force to retake control). Engaging a turn signal, using the cruise control lever to adjust the cruise speed or follow distance, or using any steering wheel button or scroll wheel also qualifies for a driver's hands to be detected by Autosteer.[205] If Autosteer does not detect driver's hands on the steering wheel for a period of time, a flashing white light appears along the top of the instrument panel, indicating that the driver needs to "[a]pply light force to steering wheel," and it may also sound a chime at the same time the message is initially displayed. The chime frequency will increase if no hands are detected after the initial warning. Repeatedly ignoring the hands-on warning will trigger the system to be disabled automatically for the rest of the current drive. Autosteer will continue chiming and

---

[204]   *Ibid.*, p. 90.

[205]   *Ibid.*, p. 90.

Confidential and Subject to Protective Order

further slow down the vehicle to a complete stop if the driver does not resume manual steering after the Autosteer is disabled.[206]

The Autosteer is only intended for use on highways and limited-access roads and with a fully attentive driver.[207] However, the driver may choose to use Autosteer on other roads, which will trigger the Autosteer functions under the restricted speed mode. In these cases, the maximum allowed set speed is restricted to 5 mph over the detected speed limit based on the GPS data.[208] If the speed limit cannot be detected, Autosteer limits the set speed to 45 mph. In regard to this feature, the Tesla 2019 Model S Owner's Manual states that "[a]lthough [a driver] can manually accelerate to exceed the limited speed, Model S may not brake for detected obstacles."[209]

---

[206] *Ibid*., p. 90.

[207] *Ibid*., p. 89.

[208] *Ibid*., p. 105.

[209] *Ibid*., p. 90.

**Confidential and Subject to Protective Order**

# 8.   Subject Incident Analysis

As noted in previous sections, the subject MY 2019 Tesla Model S was equipped with the optional Enhanced Autopilot and included the following features: Lane Assist, Collision Avoidance Assist, Speed Assist, Auto High Beam, TACC, Autosteer, and Autopark. These features, when used as intended, allow the Tesla Model S to operate as a Level 2 system as defined by NHTSA[210] and SAE International.[211] Prior to the subject incident, the subject vehicle operated as a Level 2 system through its use of TACC for acceleration/braking (longitudinal motion) of the vehicle and Autosteer for steering (lateral motion). However, in the 76 seconds leading up to the subject incident, the subject vehicle was operated as a Level 1 system.[212]

It is important to note that while the algorithms for FCW and AEB vary from one original equipment manufacturer to another, typically these systems (which are discussed in detail in Section 6) monitor multiple vehicle signals, including steering angle and torque, accelerator and brake pedal position, vehicle speeds, lateral and longitudinal accelerations, and yaw rate. These systems need to monitor internal vehicle signals, in addition to sensor data (e.g., radar, camera); that is, they need to monitor the surrounding environment to decide whether activating FCW or applying AEB would be appropriate in response to the driver's simultaneous actions, such as steering input and manual braking. The FCW and AEB systems monitor steering input and yaw rate to estimate the vehicle's future location and assess collision risk. When closing speed is high, the system must act quickly as the target vehicle comes into view. Minor variations in yaw rate or steering angle can impact collision likelihood.

During the subject incident, Autosteer was in the restricted speed mode as indicated by the code "ACTIVE_RESTRICTED, 4.0" about 75 seconds before the collision, and the vehicle was

---

[210] "NHTSA Levels of Automation," NHTSA, Available at: https://www.nhtsa.gov/sites/nhtsa.gov/files/2022-05/Level-of-Automation-052522-tag.pdf, Accessed in June 2024.

[211] "J3016 Levels of Driving Automation graphic," SAE International, May 2021. Available at: https://www.sae.org/binaries/content/assets/cm/content/blog/sae-j3016-visual-chart_5.3.21.pdf, Accessed in June 2024.

[212] Tesla recorded car log data 2019-04-26.xlsx.

Confidential and Subject to Protective Order

traveling at approximately 61 mph leading to the collision.[213] This speed was achieved by Mr. McGee manually pressing the accelerator pedal and taking longitudinal control of the vehicle, and is higher than the Autosteer operation speed limit of 45 mph on roads that are not limited access. The accelerator pedal was depressed to approximately 20% by Mr. McGee until 1.1 seconds before the initial collision. In addition to Autosteer being in restricted mode, a status code of "CRS_STATE_OVERRIDE, 4.0" was reported immediately after Mr. McGee pressed the accelerator pedal.[214] This indicates that Mr. McGee had overridden TACC, and was in control of the speed of the vehicle prior to the collision. These actions by Mr. McGee indicate that the subject vehicle was being operated as a Level 1 system with the vehicle providing lateral assistance while Mr. McGee had his hands on the steering wheel.

Based on Tesla's description of the FCW system along with my understanding of the subject incident, FCW would not be expected to reliably give a warning in a situation similar to the subject incident. According to the MY 2019 Tesla Model S Owner's Manual,[215] the FCW monitors the area in front of the vehicle for objects such as a vehicle, motorcycle, bicycle, or pedestrian. According to the 2019 Tesla Model S Owner's Manual, the FCW system is not expected to provide a warning for street signs.[216]

Within the Collision Avoidance Assist system, if no immediate actions are taken after the FCW activation, the AEB may automatically apply the brakes if a collision is considered imminent. By default, AEB is enabled each time the vehicle is started. The operator of the vehicle has the option to disable AEB for their current drive. Based on Tesla's description of the AEB system along with my understanding of the subject incident and the components of the 2019 Tesla Model S, this feature would not be expected to reliably provide braking in a situation similar to that of the subject incident.

The high closing speed, lighting conditions, the broadside vehicle partially occluded by road signs, among other factors, make the subject incident challenging for any FCW and AEB system

---

[213]   Tesla recorded car log data 2019-04-26.xlsx.

[214]   *Ibid.*

[215]   2019 Tesla Model S Owner's Manual.

[216]   *Ibid.*

**Confidential and Subject to Protective Order**

on their own, let alone in combination. These factors make it difficult for any FCW and AEB system to accurately detect, classify, predict, and control for the stationary broadside Chevrolet Tahoe partially occluded by street signs. Within the perception system of the subject vehicle and other vehicles with ADAS technologies, broadside vehicles are typically more difficult to detect and classify as a vehicle. The side profile of vehicles can be challenging for computer vision systems partially due to their substantial variability. Additionally, the capability of the radar to identify stationary objects as potential targets (e.g., vehicles) with high confidence is more challenging than moving vehicles. Typically, confirmation from the vision system is used to increase confidence in the classification of stationary objects. This is especially relevant in the subject incident where it was dark, and the black Chevrolet Tahoe was partially occluded by street signs.

Confidential and Subject to Protective Order

# 9.   Exponent Testing

Exponent evaluated the FCW and AEB functions of the forward collision mitigation systems installed on three test vehicles:

- 2019 Mercedes-Benz S560 (VIN: WDDUG8DB0KA435756).
- 2019 Subaru Legacy 2.5i Limited (VIN: 4S3BNAJ66K3014022).
- 2019 Volvo S60 T8 e-AWD R-Design Plug-in Hybrid (VIN: 7JRBR0FMXKG017795).

A series of demonstrations were conducted to evaluate the nominal performance of FCW and AEB and its behavior in a scenario that included certain aspects of the subject collision.[217] The demonstrations were structured in three phases:

1. Daylight nominal FCW and AEB demonstrations:
    - with a human driver; and
    - with a robot driver.
2. Nighttime FCW demonstration with broadside targets:
    - with a human driver.
3. Nighttime collision scenario FCW and AEB demonstration:
    - with a robot driver

The daylight nominal testing was conducted according to the NHTSA CIB confirmation test.[218] All tests were conducted with the FCW warning timing set to nominal.

---

[217] None of the tests/demonstrations performed by Exponent and described in this section were designed to completely recreate the subject crash in all respects.

[218] "Crash Imminent Brake System Performance Evaluation for the New Car Assessment Program," NHTSA, October 2015.

Confidential and Subject to Protective Order

## 9.1.  Test Vehicle Selection

### 9.1.1.  NHTSA High Speed AEB Testing

As a part of its 2023 NPRM to establish FMVSS No. 127 relating to Light Vehicle AEB, NHTSA conducted a Preliminary Regulatory Impact Analysis (PRIA). This PRIA "presents the benefits and costs associated with the proposed rule to require light vehicles to be equipped with Automatic Emergency Braking (AEB) that meets the specified requirements."[219] To establish the test procedures for the 2023 Light Vehicle AEB NPRM, NHTSA conducted system characterization research through the PRIA for both Lead Vehicle AEB and PAEB. NHTSA states that the goal of the testing conducted as a part of the PRIA "was to quantify the performance of current Lead Vehicle AEB systems" which it describes as being "intended to address rear-impact crashes."[220] The proposed test conditions for the Lead Vehicle AEB tests were Lead Vehicle Stopped (LVS), Lead Vehicle Moving (LVM), and Lead Vehicle Decelerating (LVD). The setup for each test condition is seen below in Figure 23.



Figure 23.   Depiction of the test setup for LVS (top), LVM (middle), and LVD (bottom) scenarios. [221]

---

[219]  "Memorandum and Preliminary Regulatory Impact Analysis (PRIA); Federal Motor Vehicle Safety Standard No. 127; Light Vehicle Automatic Emergency Braking (AEB); AEB Test Devices," NHTSA, Docket No. NHTSA-2023-0021-0004, May 2023.

[220]  *Ibid.*

[221]  *Ibid.*

Confidential and Subject to Protective Order

In the LVS test scenario, "the [subject vehicle is] traveling straight, at a constant speed, approaching a stopped [lead vehicle] in its path."[222] In the LVM test scenario "the [subject vehicle] is traveling straight, at a constant speed, and approaching the [lead vehicle] which is traveling in the same path at a constant, slower speed."[223] Finally, in the LVD test scenario, "the [subject vehicle] and [lead vehicle] both travel at the same, constant speed in a straight path and the [lead vehicle] decelerates."[224] The key test parameters described by NHTSA are displayed in Figure 24.

| Scenario | Speed (km/h) | | Headway[1] (m) | Lead Vehicle Deceleration (g) | Manual Brake Application |
|---|---|---|---|---|---|
| | Subject Vehicle | Lead Vehicle | | | |
| Lead Vehicle Stopped | Any 10-80 | 0 | n/a | n/a | No |
| | Any 70-100 | 0 | n/a | n/a | Yes |
| Lead Vehicle Moving | Any 40-80 | 20 | n/a | n/a | No |
| | Any 70-100 | 20 | n/a | n/a | Yes |
| Lead Vehicle Decelerating | 50 | 50 | Any 12-40 | Any 0.3-0.5 | No |
| | 50 | 50 | Any 12-40 | Any 0.3-0.5 | Yes |
| | 80 | 80 | Any 12-40 | Any 0.3-0.5 | No |
| | 80 | 80 | Any 12-40 | Any 0.3-0.5 | Yes |

[1] Where headway is n/a, headway is not a key parameter. The initial headway for these scenarios is based on the travel speeds.

Figure 24. Key test parameters for NHTSA AEB performance testing (red outline added by Exponent).[225]

Most related to the subject incident is the LVS test scenario with a subject vehicle travelling between 10-80 km/h with no manual brake application towards a stationary lead vehicle. Though it is important to note that in the subject incident the subject vehicle was travelling above NHTSA's defined test speeds, it was approaching the side of the lead vehicle at night, the lead vehicle had no headlights or taillights visible, and the lead vehicle was partially occluded by signs. All of these differences increase the difficulty for FCW and AEB to mitigate or avoid a collision.

Prior to the publication of NHTSA's 2023 NPRM on light vehicle AEB, NHTSA has on two separate occasions, commissioned testing of light vehicle AEB systems at high closing

---

[222]   *Ibid.*

[223]   *Ibid.*

[224]   *Ibid.*

[225]   *Ibid.*

Confidential and Subject to Protective Order

speeds.[226],[227] In both studies, the response of FCW and AEB systems were evaluated in response to a Global Vehicle Target (GVT) Revision G attached to an ABD GST 120 robotic platform at variable speeds. Reported test data shows that the 2021 Mercedes-Benz S580, the 2020 Subaru Outback, and the 2020 Volvo S60 exhibited the best performance (of the vehicles tested) at high closing speeds in response to a stationary GVT.

The following sections provide more information on the limitations on the collision mitigation systems of the best performing vehicles in NHTSA's testing. Based on their performance in the testing, these systems can be considered the best available for MY2020 vehicles. For this reason, we conducted testing on these systems, as they were viewed as the best systems available at the time of the subject incident.

## 9.1.2.   MY 2019 Mercedes S-Class FCW/AEB

The MY 2019 Mercedes S-Class is equipped with Active Brake Assist as a part of its driving systems and driving safety systems. Active Brake Assist is described as having the ability to "help you to minimize the risk of a collision with vehicles or pedestrians or to reduce the effects of such a collision"[228] and consists of the following functions:

- Distance warning function
- Autonomous braking function
- Situation-dependent braking assistance
- Evasive Steering Assist (Vehicles with Driving Assistance Package)[229]

If Active Brake Assist detects an imminent collision, a warning tone sounds, and the warning light turns on. If there is no response to the warnings, autonomous braking may be activated. In some

---

[226] "Final MY2019/MY2020 Research Reports for Pedestrian Automatic Emergency Braking, High-Speed Crash Imminent Braking, Blind Spot Warning, and Blind Spot Intervention Testing", NHTSA, Docket No. NHTSA-2021-0002-0002, March 2022.

[227] "NHTSA's 2022 Light Vehicle Automatic Emergency Braking Research Test Summary," NHTSA, Docket No. NHTSA-2023-0021-0005, Attachment 2, February 2023.

[228] MY 2019 Mercedes-Benz S-Class Operator's Manual, p. 196.

[229] *Ibid.*

Confidential and Subject to Protective Order

critical cases autonomous braking may occur directly and a warning is given simultaneously. The following warning (Figure 25) is given in the Operator's Manual relating to Active Brake Assist:



Figure 25.    Warning on limitations of Active Brake Assist on the MY2019 Mercedes-Benz S-Class.[230]

According to the Operator's Manual, the Distance Warning Function of Active Brake Assist is able to give a warning to stationary vehicles "[u]p to approx. 62 mph (100 km/h)" and crossing vehicles "[u]p to approx. 43 mph (70 km/h)"[231] The Autonomous Braking function can intervene at speeds "[u]p to approx. 62 mph (100 km/h)" for stationary vehicles and speeds "[u]p to approx. 43 mph (70 km/h)" for crossing vehicles.[232] While the newer model of this vehicle performed well in NHTSA's testing, given the documented system limitations, the subject incident is a challenging scenario for the system. The following limitations are listed for Active Break Assist where the system may be impaired or not function correctly:

- "In snow, rain, fog, heavy spray, if there is glare, in direct sunlight or in greatly varying ambient light.

---

[230]   *Ibid.,* p. 197.

[231]   *Ibid.*

[232]   *Ibid.,* p. 198.

Confidential and Subject to Protective Order

- If the sensors are dirty, fogged up, damage or covered.

- If the sensors malfunction due to other radar source interference, for example strong radar reflections in parking garages.

- If a loss of tire pressure or a defective tire has been detected and displayed.

The system may not react correctly:

- In complex traffic situations where objects cannot always be clearly identified.

- If pedestrians or vehicles move if they quickly into the sensor detection range.

- To pedestrians who are hidden by other objects.

- If the typical outline of a pedestrian cannot be distinguished from the background.

- If a pedestrian is not detected as such, e.g. due to special clothing or other objects.

- On bends with a tight radius."[233]

### 9.1.3.   MY 2019 Subaru Legacy/Outback FCW/AEB

The MY2020 Subaru Outback tested by DRI on behalf of NHTSA and the MY2019 Subaru Outback are both equipped with EyeSight, Subaru's collision mitigation system.[234] This system was also included on the MY 2019 Subaru Legacy.[235] EyeSight is described as "a driving support system that uses a range of functions to assist the driver in making decisions in order to provide for more safe and comfortable driving and to reduce driver fatigue."[236] EyeSight includes the following functions: Pre-Collision Braking System, Adaptive Cruise Control, LKA, LDW, Pre-Collision Throttle Management, Lane Sway Warning, Lead Vehicle Start Alert, and Conventional Cruise Control. The performance and limitations of Pre-Collision Braking are most relevant for the NHTSA NPRM stationary vehicle testing and the subject incident.

---

[233]   *Ibid.,* pp. 199-200.

[234]   2019 Subaru Outback Owner's Manual.

[235]   2019 Subaru Legacy/Outback EyeSight Owner's Manual.

[236]   *Ibid.*

Confidential and Subject to Protective Order

Pre-Collision Braking is designed to minimize a collision in situations at "risk of a rear-end collision with an obstacle in front."[237] The warnings and limitations of the Pre-Collision Braking system are seen below in Figure 26.



Figure 26.   Warning messages on EyeSight operation in the MY2019 Subaru Outback Owner's Manual.[238]

---

[237] *Ibid.*, p. 27.

[238] *Ibid.*

Confidential and Subject to Protective Order

Though the Subaru Outback equipped with EyeSight and Pre-Collision Braking performed well in the NHTSA test suite, given the documented system limitations, the subject incident is a challenging scenario for the system. Specifically, the manual mentions that "[i]f the driver relies only on the Pre-Collision Braking System for Brake operation, collisions may occur."[239] Additionally, the circumstances of the subject incident are specifically named as limitations to EyeSight. The EyeSight Owner's Manual mentions limitations and states that there are "cases when detection is not possible depending on a variety of conditions."[240] These cases include, but are not limited to, when: "a vehicle is viewed from the side," when the difference in the subject vehicle speed and the speed of the vehicle in front is more than 30 mph, when "[t]he detected object is something other than a vehicle, motorcycle, bicycle or pedestrian" (e.g., road signage in the subject incident), and "[a]t night or in a tunnel when there is a vehicle in front that does not have its taillights on." These limitations are directly related to the subject incident and go behind the intended design of EyeSight and the Pre-Collision Braking system.

### 9.1.4.   MY 2019 Volvo S60 T6 FCW/AEB

The MY 2019 and MY2020 Volvo S60 are equipped with Volvo's collision mitigation system, City Safety,[241] which includes the functions of FCW and AEB. City safety is described as being able to "alert the driver with light, sound and pulsations in the brake pedal to help the driver detect pedestrians, cyclists, large animals and vehicles that appear suddenly."[242] Specifically, City Safety "assists the driver by automatically applying the brakes if there is an imminent risk of a collision and the driver does not react in time by braking and/or steering away."[243] The Volvo S60 Owner's Manual displays the following warnings regarding City Safety (Figure 27):

---

239   2019 Subaru Outback EyeSight Owner's Manual, p. 22.

240   *Ibid.*

241   2019 Volvo S60 Owner's Manual

242   *Ibid*, p. 329.

243   *Ibid.*

Confidential and Subject to Protective Order

⚠ **WARNING**

- The City Safety function is supplementary driver support intended to help improve driving safety – it cannot handle all situations in all traffic, weather and road conditions.
- The City Safety auto-brake function can prevent a collision or reduce collision speed, but to ensure full brake performance the driver should always depress the brake pedal – even when the car auto-brakes.
- The warning and steering assistance are only activated if there is a high risk of collision – you must therefore never wait for the collision warning or City Safety to intervene.
- Warnings and brake interventions for pedestrians and cyclists are disengaged at vehicle speeds over 80 km/h (50 mph).
- City Safety does not activate auto-braking intervention during heavy acceleration.
- City Safety is not a substitute for the driver's attention and judgment. The driver is always responsible for ensuring the vehicle is driven in a safe manner, at the appropriate speed, with an appropriate distance to other vehicles, and in accordance with current traffic rules and regulations.
- The driver is advised to read all sections in the Owner's Manual that relate to City Safety to learn about factors such as its limitations and what the driver should be aware of before using the system (see the list of links for all subsections).

Figure 27. City Safety warning messages from 2019 Volvo S60 Owner's Manual.[244]

Additionally, the owner's manual also describes limitations of the collision mitigation system (Figure 28). Limitations that are most relevant to the subject incident include for the system "[t]o be able to detect to vehicles at night, its front and rear lights must work and illuminate clearly," "[f]or stationary or slow-moving vehicles, warnings and brake interventions are effective at vehicle speeds up to 70 km/h (43 mph)," and "warnings for stationary or slow-moving vehicles and large animals can be disengaged due to darkness or poor visibility."

---

[244]   *Ibid.*

**Confidential and Subject to Protective Order**

**WARNING**

- Warnings and brake interventions can be triggered late or not at all if the traffic situation or external influences prevent the camera and radar unit from properly detecting pedestrians, cyclists, large animals or vehicles ahead of the vehicle.
- To be able to detect vehicles at night, its front and rear lights must work and illuminate clearly.
- The camera and radar unit have a limited range for pedestrians and cyclists – the system can provide effective warnings and brake interventions if the relative speed is lower than 50 km/h (30 mph). For stationary or slow-moving vehicles, warnings and brake interventions are effective at vehicle speeds of up to 70 km/h (43 mph). Speed reduction for large animals is less than 15 km/h (9 mph) and can be achieved at vehicle speeds over 70 km/h (43 mph). At lower speeds, the warning and brake intervention for large animals is less effective.
- Warnings for stationary or slow-moving vehicles and large animals can be disengaged due to darkness or poor visibility.

- Warnings and brake interventions for pedestrians and cyclists are disengaged at vehicle speeds over 80 km/h (50 mph).
- Do not place, affix or mount anything on the inside or outside of the windshield, or in front of or around the camera and radar unit – this could disrupt camera-based functions.
- Objects, snow, ice or dirt in the area of the camera sensor can reduce the function, disengage it completely or give an improper function response.

Figure 28.      Limitations of City Safety from the 2020 Volvo S60 Owner's Manual.[245]

This vehicle and its collision mitigation system, City Safety, performed well in NHTSA's test scenario. However, given the documented system limitations, the subject incident is a challenging scenario for this system. In the subject incident the subject vehicle was operating at a higher speed (61 mph) than the system's effective operational speed of 43 mph. Additionally, the subject incident occurred in the dark and the Chevrolet Tahoe did not have headlights or taillights on, which is a requirement for City Safety to be able to detect a vehicle at night.

## 9.2.  Daylight Nominal FCW and AEB Demonstrations

Demonstrations with a human driver were conducted to benchmark the performance of the forward collision mitigation systems of each test vehicle against publicly available test data (i.e., NHTSA NCAP tests) to ensure that each vehicle was achieving nominal performance.  Each of the test vehicles were prepared for testing by installing a Global Positioning System (GPS) Inertial Measurement Unit (IMU) to measure location, speed, acceleration, and rotation rates. Photo sensors were installed on one of the external brake lights of each vehicle to detect the initiation of

---

[245]   *Ibid.*, p. 341

**Confidential and Subject to Protective Order**

vehicle brake application. Onboard cameras were installed to record the forward view through the vehicle windshield, the instrumentation cluster, and the vehicle's accelerator and brake pedals.

Demonstrations were conducted for the LVS scenario which is representative of an in-line rear-end collision scenario where the test vehicle is driven toward a stationary target with 100% overlap, meaning that the vehicle under test (VUT) and the target vehicle's centerlines are approximately aligned. All tests were conducted using a GVT as the target vehicle. The GVT was parked in the center of a travel lane with its longitudinal axis orientated parallel to the lane line and facing the same direction as the VUT. The VUT was driven at a nominal speed of 25 mph in the center of the travel lane towards the rear of the parked GVT.

NHTSA's current FCW test procedure states that "[i]f the FCW system provides a warning timing adjustment for the driver, at least one setting must meet the criterion of the test procedure."[246] The procedure states that "[t]he FCW alert shall be issued when the time-to-collision (TTC) is at least 2.1 seconds."[247] However, NHTSA has since revised their position on FCW warning timing adjustment when testing forward collision mitigation systems.[248,249] In their 2022 RFC, the agency noted that consumers who "choose to adjust the alert timing may be unlikely to select the earliest setting, as this setting is most likely to result in false positive alerts (i.e., nuisance alerts) during real-world operation."[250] NHTSA determined that "testing the middle alert setting may be more appropriate."[251] The 2019 Mercedes-Benz S560 and the 2019 Volvo S60 both provide the option of FCW warning timing adjustment. Exponent conducted all FCW and AEB demonstrations of these vehicles with the middle FCW warning adjustment setting on. This was also the factory default setting on these vehicles.

Data from human driver test runs of the 2019 Mercedes-Benz S560 are summarized in Table 7. It was observed that on average, FCW alerts occurred when the TTC was approximately

---

[246] "Forward Collision Warning System Confirmation Test", NHTSA, February 2013.

[247] *Ibid*.

[248] U.S. Federal Register, Vol.87 No.46, 13477, March 2022.

[249] "Request for Comments on New Car Assessment Program", NHTSA, Docket No. NHTSA-2021-0002, p. 89.

[250] *Ibid*.

[251] *Ibid*., p. 90.

Confidential and Subject to Protective Order

2.35 seconds. AEB activations occurred on average when the TTC was approximately 1.36 seconds. These results were substantially similar to what was observed in DRI's testing on behalf of NHTSA of a 2019 Mercedes-Benz S450.

**Table 7.** **Comparison of Exponent's human driver benchmark testing of a 2019 Mercedes-Benz S560 to DRI's testing on behalf of NHTSA of a 2019 Mercedes-Benz S450 in a stopped POV scenario at 25 mph[252]**

| Test Org. | VUT | POV | FCW Setting | FCW TTC (s) | Min Dist. (ft) | Speed Reduction (mph) | Peak Decel. (g) | AEB TTC (s) |
|---|---|---|---|---|---|---|---|---|
| **DRI** | 2019 Mercedes-Benz S450 | SSV | Early | 2.52 | 1.52 | 24.3 | 0.46 | 1.43 |
| **DRI** | 2019 Mercedes-Benz S450 | SSV | Early | 2.48 | 1.54 | 24.4 | 0.49 | 1.39 |
| **DRI** | 2019 Mercedes-Benz S450 | SSV | Early | 2.44 | 1.54 | 24.9 | 0.47 | 1.39 |
| **DRI** | 2019 Mercedes-Benz S450 | SSV | Early | 2.44 | 0.00 | 19.6 | 1.10 | 1.43 |
| **DRI** | 2019 Mercedes-Benz S450 | SSV | Early | 2.47 | 1.67 | 24.7 | 0.49 | 1.39 |
| **DRI** | 2019 Mercedes-Benz S450 | SSV | Early | 2.49 | 1.70 | 24.2 | 0.47 | 1.45 |
| **Exponent** | 2019 Mercedes-Benz S560 | GVT | Medium | 2.54 | 2.64 | 24.2 | 1.18 | 1.34 |
| **Exponent** | 2019 Mercedes-Benz S560 | GVT | Medium | 2.68 | 3.59 | 25.9 | 1.15 | 1.38 |
| **Exponent** | 2019 Mercedes-Benz S560 | GVT | Medium | 1.44 | 2.96 | 24.5 | 1.14 | 1.34 |
| **Exponent** | 2019 Mercedes-Benz S560 | GVT | Medium | 2.54 | 1.74 | 24.7 | 1.18 | 1.39 |
| **Exponent** | 2019 Mercedes-Benz S560 | GVT | Medium | 2.52 | 1.84 | 23.6 | 1.19 | 1.35 |

**Note:** **Testing carried out by DRI utilized a different target (SSV) and the FCW alert timing adjustment setting was set to Early.**

Data from human driver test runs of the 2019 Subaru Legacy are summarized in Table 8. It was observed that on average, FCW alerts occurred when the TTC was approximately 4.11 seconds. AEB activations occurred on average when the TTC was approximately 1.57 seconds. While there was no publicly available test data showing the performance of the 2019 Subaru Legacy in this scenario, data were compared to DRI testing on behalf of NHTSA of a 2020 Subaru Outback. FCW and AEB activations observed in Exponent's testing of the 2019 Subaru Legacy occurred earlier than those observed in DRI's testing of a 2020 Subaru Outback. While earlier FCW and AEB activations may give the driver more time to react to an object in its forward path, it may also lead to more nuisance alerts or brake activations. Even though the 2020 Subaru Legacy was

---

[252] "Crash Imminent Brake System Confirmation Test—2019 Mercedes-Benz S450," Docket No. NHTSA-2015-0006-0117, attachment_1

**Confidential and Subject to Protective Order**

providing alerts earlier, it was determined that the tested 2019 Subaru Legacy's Eyesight system was meeting and exceeding nominal performance.

**Table 8.    Comparison of Exponent's human driver benchmark testing of a 2019 Subaru Legacy to DRI's testing on behalf of NHTSA of a 2020 Subaru Outback in a stopped POV scenario at 25 mph[253,254]**

| Test Org. | VUT | POV | FCW Setting | 72C WTT C (s) | Min Dist. (ft) | Speed Reduction (mph) | Peak Decel. (g) | AEB TTC (s) |
|---|---|---|---|---|---|---|---|---|
| DRI | 2020 Subaru Outback Premium | SSV | N/A | 2.76 | 0.85 | 25.2 | 0.95 | 1.25 |
| DRI | 2020 Subaru Outback Premium | SSV | N/A | 2.72 | 0.66 | 25.5 | 0.85 | 1.10 |
| DRI | 2020 Subaru Outback Premium | SSV | N/A | 2.67 | 1.48 | 24.5 | 0.95 | 1.26 |
| DRI | 2020 Subaru Outback Premium | SSV | N/A | 2.69 | 0.87 | 24.2 | 0.85 | 1.29 |
| DRI | 2020 Subaru Outback Premium | SSV | N/A | 2.79 | 1.12 | 25.1 | 0.93 | 1.27 |
| DRI | 2020 Subaru Outback Premium | SSV | N/A | 2.76 | 0.79 | 25.3 | 0.86 | 1.26 |
| DRI | 2020 Subaru Outback Premium | SSV | N/A | 2.89 | 0.04 | 24.8 | 0.85 | 1.18 |
| DRI | 2020 Subaru Outback Premium | GVT | N/A | 2.77 | 2.03 | 25.0 | 0.97 | 1.33 |
| DRI | 2020 Subaru Outback Premium | GVT | N/A | 2.93 | 2.14 | 25.1 | 0.98 | 1.33 |
| DRI | 2020 Subaru Outback Premium | GVT | N/A | 2.88 | 1.79 | 24.6 | 0.96 | 1.25 |
| DRI | 2020 Subaru Outback Premium | GVT | N/A | 2.84 | 2.06 | 24.5 | 0.96 | 1.35 |
| DRI | 2020 Subaru Outback Premium | GVT | N/A | 2.83 | 1.83 | 24.6 | 0.96 | 1.27 |
| DRI | 2020 Subaru Outback Premium | GVT | N/A | 2.80 | 2.11 | 25.1 | 0.97 | 1.33 |
| DRI | 2020 Subaru Outback Premium | GVT | N/A | 2.78 | 2.02 | 24.8 | 0.98 | 1.29 |
| Exponent | 2019 Subaru Legacy Limited | GVT | N/A | 4.20 | 4.19 | 24.6 | 0.84 | 1.67 |
| Exponent | 2019 Subaru Legacy Limited | GVT | N/A | 4.18 | 3.59 | 24.1 | 0.90 | 1.54 |
| Exponent | 2019 Subaru Legacy Limited | GVT | N/A | 4.22 | 4.49 | 24.8 | 0.84 | 1.56 |
| Exponent | 2019 Subaru Legacy Limited | GVT | N/A | 4.03 | 4.20 | 24.2 | 0.89 | 1.57 |
| Exponent | 2019 Subaru Legacy Limited | GVT | N/A | 3.93 | 2.13 | 24.2 | 0.89 | 1.49 |

**Note:  Testing was carried out by DRI on a 2020 Subaru Outback and in one of the test series shown, they utilized a different target (SSV).**

Data from human-driven test runs of the 2020 Volvo S60 are summarized in Table 9. It was observed that on average, FCW alerts occurred when the TTC was approximately 2.59 seconds.

---

[253] "Crash Imminent Braking System Confirmation Test—2020 Subaru Outback Premium/LDD," Docket No. NHTSA-2020-0001-0019, attachment_1.

[254] "Crash Imminent Braking System Research Test—2020 Subaru Outback Premium/LDD," Docket No. NHTSA-2021-0002-0002, attachment_21

Confidential and Subject to Protective Order

AEB activations occurred on average when the TTC was approximately 1.58 seconds. While there was no publicly available test data showing the performance of the 2019 Volvo S60 in this scenario, data were compared to DRI testing on behalf of NHTSA of a 2020 Volvo S60. FCW alert timing observed in Exponent's testing was substantially similar to what was observed in DRI's testing. AEB activation timing observed in Exponent's testing met and exceeded nominal performance observed in DRI's testing.

**Table 9.   Comparison of Exponent's human driver benchmark testing of a 2019 Volvo S60 T8 e-AWD to DRI's testing on behalf of NHTSA of a 2020 Volvo S60 T6 AWD in a stopped POV scenario at 25 mph[255,256]**

| Test Org. | VUT | POV | FCW Setting | FCW TTC (s) | Min Dist. (ft) | Speed Reduction (mph) | Peak Decel. (g) | AEB TTC (s) |
|---|---|---|---|---|---|---|---|---|
| **DRI** | 2020 Volvo S60 T6 AWD | SSV | Early | 2.52 | 2.08 | 24.9 | 1.09 | 0.88 |
| **DRI** | 2020 Volvo S60 T6 AWD | SSV | Early | 2.55 | 0.74 | 24.8 | 1.08 | 0.85 |
| **DRI** | 2020 Volvo S60 T6 AWD | SSV | Early | 1.66 | 0.00 | 6.8 | 1.20 | 0.26 |
| **DRI** | 2020 Volvo S60 T6 AWD | SSV | Early | 2.53 | 2.61 | 24.2 | 1.06 | 0.97 |
| **DRI** | 2020 Volvo S60 T6 AWD | SSV | Early | 2.50 | 2.29 | 24.5 | 1.04 | 0.87 |
| **DRI** | 2020 Volvo S60 T6 AWD | SSV | Early | 2.51 | 2.43 | 24.5 | 1.08 | 0.97 |
| **DRI** | 2020 Volvo S60 T6 AWD | GVT | Early | 2.34 | 2.80 | 24.8 | 1.09 | 0.91 |
| **DRI** | 2020 Volvo S60 T6 AWD | GVT | Early | 2.48 | 2.38 | 25.0 | 1.08 | 0.91 |
| **DRI** | 2020 Volvo S60 T6 AWD | GVT | Early | 2.56 | 2.35 | 25.0 | 1.11 | 1.03 |
| **DRI** | 2020 Volvo S60 T6 AWD | GVT | Early | 2.55 | 2.85 | 25.2 | 1.16 | 0.99 |
| **DRI** | 2020 Volvo S60 T6 AWD | GVT | Early | 2.45 | 2.60 | 24.9 | 1.13 | 1.00 |
| **Exponent** | 2019 Volvo S60 T8 e-AWD | GVT | Normal | 2.35 | 2.87 | 25.2 | 1.03 | 1.60 |
| **Exponent** | 2019 Volvo S60 T8 e-AWD | GVT | Normal | 2.98 | 3.08 | 24.2 | 1.02 | 1.61 |
| **Exponent** | 2019 Volvo S60 T8 e-AWD | GVT | Normal | 2.48 | 3.11 | 24.4 | 1.03 | 1.54 |
| **Exponent** | 2019 Volvo S60 T8 e-AWD | GVT | Normal | 3.06 | 2.59 | 25.1 | 1.00 | 1.51 |
| **Exponent** | 2019 Volvo S60 T8 e-AWD | GVT | Normal | 2.08 | 2.60 | 24.8 | 0.98 | 1.66 |

**Note:  Testing was carried out by DRI on a 2020 Volvo S60, the FCW alert timing adjustment setting was set to Early in their testing, and in one of the test series shown, they utilized a different target (SSV).**

---

[255] "Crash Imminent Braking System Confirmation Test—2020 Volvo S60 T6 AWD Momentum," Docket No. NHTSA-2020-0001-0019, attachment_1

[256] "Crash Imminent Braking System Research Test—2020 Volvo S60 T6 AWD Momentum," Docket No. NHTSA-2021-0002-0002, attachment_23

**Confidential and Subject to Protective Order**

## 9.3.   Nighttime FCW Demonstrations with Broadside Targets

Demonstrations with a human driver were conducted to evaluate the performance of the forward collision mitigation systems of each test vehicle when approaching a stationary broadside target vehicle at night. The test vehicles were instrumented in the same way as described in the prior section.

The nominal performance of FCW was evaluated in the following scenarios:

Scenario #1.   VUT approaches a stationary broadside GVT at night

Scenario #2.   VUT approaches a stationary broadside 2010 Chevrolet Tahoe at night

Scenario #3.   VUT approaches a stationary broadside 2010 Chevrolet Tahoe that is partially occluded by road signage at night

In each of the test scenarios, the VUT was driven at a nominal speed of 60 mph. The driver was instructed to drive straight in the center of the travel lane towards the broadside of the target vehicle, and then steer to avoid the target upon reaching a cone positioned approximately 141 feet from the target (i.e., approximately 1.6 s time to collision). The driver was further instructed to not apply the brakes before the steering maneuver unless an abort was necessary. Multiple test runs were recorded with high and low beam headlights engaged on each test vehicle.

### 9.3.1.   Scenario #1: Broadside GVT

The nominal performance of each vehicle's forward collision mitigation system in response to a broadside GVT target at night was evaluated. The GVT was positioned in the center of the travel lane. The GVT longitudinal axis was orientated at approximately 95-97 degrees relative to the lane. The orientation of the GVT was consistent with the orientation of the subject Chevrolet Tahoe in Mr. Walker's reconstruction of the pre-impact configuration of the subject crash. The GVT orientation is depicted in Figure 29 during vehicle "zeroing" prior to the demonstration. A diagram depicting the demonstration procedure is also depicted in Figure 29. Results from Scenario #1 of the nighttime FCW demonstrations are summarized in Table 10. None of the

Confidential and Subject to Protective Order

vehicles provided an AEB activation in this scenario prior to the driver-initiated steering maneuver.



Figure 29.   Orientation of the GVT relative to the VUT during zeroing (left) and diagram depicting test procedure (right)

Table 10.    Summarized test results – Scenario #1: Broadside GVT

| Speed (mph) | Light Status | FCW TTC (s) | | |
| --- | --- | --- | --- | --- |
| | | 2019 Mercedes-Benz S-Class | 2019 Subaru Legacy | 2019 Volvo S60 |
| 60 | High-Beam | - | - | - |
| 60 | High-Beam | - | - | - |
| 60 | High-Beam | - | 2.08 | - |
| 60 | Low-Beam | - | - | - |
| 60 | Low-Beam | - | - | - |
| 60 | Low-Beam | - | - | - |

Note: Dash (-) denotes no warning prior to steering avoidance maneuver.

### 9.3.2.    Scenario #2: Broadside Chevrolet Tahoe

The nominal performance of each vehicle's forward collision mitigation system in response to a broadside 2010 Chevrolet Tahoe at night was evaluated. The Chevrolet Tahoe was positioned approximately in the center of the travel lane with its right rear wheel centered over the lane line. The Chevrolet's longitudinal axis was orientated at approximately 95-97 degrees relative to the

Confidential and Subject to Protective Order

lane. The relative position and orientation of the Chevrolet Tahoe was consistent with Mr. Walker's reconstruction of the pre-impact configuration of the subject crash. The Chevrolet's orientation relative to the travel lane is depicted in Figure 30. A diagram depicting the test procedure is also depicted in Figure 30. None of the test vehicles provided an AEB activation in this scenario prior to the driver-initiated steering maneuver.



Figure 30.    Orientation of the Chevrolet Tahoe relative to the travel lane (left) and diagram depicting test procedure (right).

### 9.3.3.    Scenario #3: Broadside Chevrolet Tahoe Partially Occluded by Road Signage

The nominal performance of each vehicle's forward collision mitigation system in response to a broadside 2010 Chevrolet Tahoe partially occluded by road signage at night was evaluated. The Chevrolet Tahoe was positioned approximately in the center of the travel lane with its right rear wheel centered over the lane line. The Chevrolet's longitudinal axis was oriented at approximately 95-97 degrees relative to the lane. Five road signs that were substantially similar to the road signs at the scene of the subject incident were placed across the travel lane and the left adjacent lane, spaced in a row approximately 3 feet apart and 75-77 degrees relative to the lane. The middle sign was positioned 15 feet in front of the Chevrolet's right rear wheel. The Chevrolet's orientation and position behind the road signage is depicted in Figure 31. A diagram depicting the test procedure is also depicted in Figure 31. The relative position and orientation of the Chevrolet Tahoe and the various road signs were consistent with Mr. Walker's reconstruction

Confidential and Subject to Protective Order

of the pre-impact configuration of the subject crash. Results from Scenario #3 of the nighttime FCW demonstrations are summarized in Table 11. None of the test vehicles provided an AEB activation in this scenario prior to the driver-initiated steering maneuver.



Figure 31.    Orientation of the Chevrolet Tahoe and road signage relative to the travel lane (left) and diagram depicting test procedure (right).

**Table 11.  Summarized Test Results – Scenario #3: Broadside Chevrolet Tahoe partially occluded by road signage**

| Speed (mph) | Light Status | FCW TTC (s) | | |
|---|---|---|---|---|
| | | 2019 Mercedes-Benz S-Class | 2019 Subaru Legacy | 2019 Volvo S60 |
| 60 | High-Beam | - | 2.97 | - |
| 60 | High-Beam | - | 3.60 | - |
| 60 | High-Beam | - | - | - |
| 60 | Low-Beam | 1.83 | 1.87 | - |
| 60 | Low-Beam | - | 1.97 | - |
| 60 | Low-Beam | 1.81 | - | - |

Note: Dash (-) denotes no warning prior to steering avoidance maneuver.

The 2019 Mercedes-Benz and 2019 Subaru Legacy both provided FCW alerts in response to the stationary broadside Chevrolet Tahoe partially occluded by road signage. The 2019 Volvo S60 did not provide any FCW alerts in this scenario. In addition to the timing of FCW alerts, additional data are summarized for each test run in Table 12 to Table 14. The yaw rate signal was filtered with a 12-pole phase less Butterworth filter with a cut off frequency of 10Hz. The max yaw rate

Confidential and Subject to Protective Order

during approach was determined by examining the period between the instance when the VUT was less than 500 feet from the target, and the moment that a manual steering avoidance maneuver was initiated.

**Table 12. 2019 Mercedes-Benz S560 Test Results – Scenario #3: Broadside Chevrolet Tahoe partially occluded by road signage**

| Run No. | Speed at Steering Onset (mph) | Calculated Distance to Target at FCW (ft) | Max Yaw Rate During Approach (deg/s) | Light Status | Warning Issued (Yes/No) | FCW TTC (sec.) | Vehicle Initiated Braking (Yes/No) |
|---|---|---|---|---|---|---|---|
| 1 | 61.2 | N/A | 1.03 | High-Beam | No | N/A | No |
| 2 | 61.4 | N/A | 0.63 | High-Beam | No | N/A | No |
| 3 | 60.4 | N/A | 0.63 | High-Beam | No | N/A | No |
| 4 | 60.2 | 161.2 | 0.50 | Low-Beam | Yes | 1.83 | No |
| 5 | 60.6 | N/A | 0.78 | Low-Beam | No | N/A | No |
| 6 | 59.9 | 159.4 | 0.76 | Low-Beam | Yes | 1.81 | No |

**Table 13. 2019 Subaru Legacy Test Results – Scenario #3: Broadside Chevrolet Tahoe partially occluded by road signage**

| Run No. | Speed at Steering Onset (mph) | Calculated Distance to Target at FCW (ft) | Max Yaw Rate During Approach (deg/s) | Light Status | Warning Issued (Yes/No) | FCW TTC (sec.) | Vehicle Initiated Braking (Yes/No) |
|---|---|---|---|---|---|---|---|
| 1 | 59.5 | 258.6 | 0.31 | High-Beam | Yes | 2.97 | No |
| 2 | 59.2 | 313.2 | 0.63 | High-Beam | Yes | 3.60 | No |
| 3 | 60.5 | N/A | 1.16 | High-Beam | No | N/A | No |
| 4 | 60.8 | 166.4 | 0.61 | Low-Beam | Yes | 1.87 | No |
| 5 | 59.7 | 172.3 | 0.41 | Low-Beam | Yes | 1.97 | No |
| 6 | 59.9 | N/A | 0.59 | Low-Beam | No | N/A | No |

Confidential and Subject to Protective Order

**Table 14.  2019 Volvo S60 Test Results – Scenario #3: Broadside Chevrolet Tahoe partially occluded by road signage**

| Run No. | Speed at Steering Onset (mph) | Calculated Distance to Target at FCW (ft) | Max Yaw Rate During Approach (deg/s) | Light Status | Warning Issued (Yes/No) | FCW TTC (sec.) | Vehicle Initiated Braking (Yes/No) |
|---|---|---|---|---|---|---|---|
| 1 | 60.4 | N/A | 0.78 | High-Beam | No | N/A | No |
| 2 | 59.3 | N/A | 0.47 | High-Beam | No | N/A | No |
| 3 | 60.7 | N/A | 0.58 | High-Beam | No | N/A | No |
| 4 | 59.7 | N/A | 0.57 | Low-Beam | No | N/A | No |
| 5 | 59.9 | N/A | 0.46 | Low-Beam | No | N/A | No |
| 6 | 60.0 | N/A | 0.78 | Low-Beam | No | N/A | No |

## 9.4.  Nighttime Collision Scenario Demonstrations

Exponent conducted a two-vehicle test to evaluate FCW and AEB and its behavior in a scenario that included certain aspects of the subject collision. Two separate tests were conducted with the same 2019 Mercedes-Benz S560 and 2019 Subaru Legacy used in prior phases of testing. Due to the performance (or lack thereof) of the 2019 Volvo S60 in the prior phase of testing, this vehicle was not evaluated in the nighttime collision scenario.

A black 2010 Chevrolet Tahoe was acquired for each test. Each exemplar Chevrolet matched the MY and paint code (U 8555) of the subject Chevrolet. The VUT was instrumented with the driving robot, GPS, IMU, data acquisition system, and cameras used in the nominal FCW and AEB demonstrations while the Chevrolet was not instrumented. The test vehicle was driven straight toward the Chevrolet with its longitudinal centerline collinear to the centerline of the inside lane of the Exponent test track.

A flashing red traffic light was suspended across the travel lane at a height of approximately 19 feet from the ground and laterally offset from the centerline by 4.1 feet. Video footage recorded by the subject Tesla's onboard forward-facing cameras was analyzed to determine the timing of the traffic light flashes. This timing was replicated in Exponent's nighttime collision scenario demonstrations. A stop sign was placed 81.5 feet upstream of the traffic light and laterally offset from the centerline by 21.6 feet.

Confidential and Subject to Protective Order

The 2010 Chevrolet Tahoe was positioned approximately in the center of the travel lane with its right rear wheel centered over the lane line. The Chevrolet's longitudinal axis was orientated at approximately 96 degrees relative to the lane. The Chevrolet's right rear wheel was positioned approximately 56 feet from the traffic light in the longitudinal direction. Five road signs were placed across the travel lane and the left adjacent lane in a row approximately 76 degrees relative to the lane. The middle sign was positioned approximately 14.8 feet in front of the Chevrolet's right rear wheel. The relative position and orientation of the Chevrolet Tahoe, the traffic light, and the various road signs were consistent with Mr. Walker's reconstruction of the pre-impact configuration of the subject crash. Testing was conducted at night as in the subject crash.

### 9.4.1.    Evaluation of a 2019 Mercedes-Benz S560

Exponent conducted an evaluation of the 2019 Mercedes-Benz in a nighttime collision scenario on June 6, 2024.[257] The Mercedes-Benz was instrumented with the driving robot which was capable of imparting the steering, accelerator, and braking inputs commanded by a remote operator via steering and pedal controls shown in Figure 32.



Figure 32.    Exponent driving robot installed in the Mercedes-Benz test vehicle (left) and example of remote-control station setup (right).

In order to confirm that the presence of the robot controller did not negatively affect the performance of the Active Brake Assist system, Exponent conducted low speed AEB testing towards a stationary GVT as described in a prior section. The robot controller allowed for slight

---

[257] "Automatic Emergency Braking (AEB) Demonstration—2019 Mercedes-Benz S560 and a 2010 Chevrolet Tahoe," Report No: 2404528.000 - 4348, Exponent, June 2024.

Confidential and Subject to Protective Order

variations in speed and steering control resulting in wider deviations from the nominal test specifications. However, the performance was not affected, and the vehicle was stopped before the target by automatic braking application in every test run. After confirming that the presence of the robot controller did not negatively affect the performance of the Mercedes-Benz Active Brake Assist system, Exponent conducted an evaluation of the system in a nighttime collision scenario.

The nominal test speed for this test was 61 mph which was consistent with Mr. Walker's reconstruction of the Tesla in the subject crash. However, during preparatory runs it was observed that the driving robot could introduce differences in the achieved speed. Therefore, to ensure that the approach speed was not in excess of 61 mph (as in the subject crash), the target speed was set at 59 mph ±2mph for the nighttime crash test. The Chevrolet's orientation and position behind the road signage is depicted in Figure 33.



Figure 33.   Chevrolet Tahoe and road signage position, orientation, and nominal impact configuration for the night demonstration of the 2019 Mercedes-Benz S560.

Confidential and Subject to Protective Order

During the demonstration, the Mercedes-Benz approached the stationary broadside Chevrolet Tahoe at a speed of 57 mph during the 5 seconds prior to impact.[258] The low-beam headlights of the Mercedes-Benz were engaged. An audible and visual FCW alert occurred 1.6 seconds before impact and the AEB did not activate. Figure 34 depicts a composite view of onboard cameras at the onset of the FCW alert.



Figure 34.   Composite view of the accelerator and brake pedals (bottom left), forward view (top), and instrument cluster (bottom right) at the onset of an audible and visual FCW alert at approximately 1.6 s TTC.

The night demonstration showed that the subject collision was beyond the capabilities of the Mercedes-Benz Active Brake Assist system equipped on the 2019 S560. The 2019 Mercedes-Benz Active Brake Assist system performed appropriately during Exponent's testing—the lack of AEB activation during the crash test does not indicate any issue with the design or operation

---

[258] The EDR report downloaded after the nighttime demonstration indicates a range of 56-57 mph in the 5 seconds leading to collision which is also observed in the instrument cluster. It was noted that the GPS signal and the instrument cluster indicated the speed differed by approximately 1 mph. This is likely an artifact of a slight difference between the installed tire height, and the calculated tire height based on the tire placard (1% difference in tire height)

Confidential and Subject to Protective Order

of the system but demonstrates that this crash scenario is not one that available AEB systems could address.

### 9.4.2.   Evaluation of a 2019 Subaru Legacy

Exponent conducted an evaluation of the 2019 Mercedes-Benz in a nighttime collision scenario on June 21, 2024.[259] The Subaru was instrumented with the driving robot in the same way as the Mercedes-Benz (Figure 32). The driving robot was capable of imparting the steering, accelerator, and braking inputs commanded by a remote operator via steering and pedal controls. In order to confirm that the presence of the robot controller did not negatively affect the performance of the Subaru Eyesight system, Exponent conducted low speed AEB testing towards a stationary GVT as described previously. The robot controller allowed for slight variations in speed and steering control resulting in wider deviations from the nominal test specifications. However, the performance was not affected, and the vehicle was stopped before the target by automatic braking application in every test. After confirming that the presence of the robot controller did not negatively affect the performance of the Subaru Eyesight system, Exponent conducted an evaluation of the system in a nighttime collision scenario.

The nominal test speed for this test was 61 mph which was consistent with Mr. Walker's reconstruction of the Tesla in the subject crash. However, during preparatory runs it was observed that the driving robot could introduce differences in the achieved speed. Therefore, to ensure that the approach speed was not in excess of 61 mph (as in the subject crash), the target speed was set at 59 mph ±2mph for the nighttime crash test. The Chevrolet's orientation and position behind the road signage is depicted in Figure 35.

---

[259] "Automatic Emergency Braking (AEB) Demonstration—2019 Subaru Legacy and a 2010 Chevrolet Tahoe," Report No: 2404528.000 – 1594, Exponent, June 2024.

**Confidential and Subject to Protective Order**



Figure 35.   Chevrolet Tahoe and road signage position, orientation, and nominal impact configuration for the night demonstration of the 2019 Subaru Legacy.

During the demonstration, the Subaru approached the stationary broadside Chevrolet Tahoe at a speed of 59-60 mph during the 5 seconds prior to impact.[260] The Subaru's low-beam headlights were engaged. An audible and visual FCW alert occurred 1.0 seconds before impact and the AEB did not activate. Figure 36 depicts a composite view of onboard cameras at the onset of the FCW alert.

---

[260]   The EDR report downloaded after the nighttime demonstration indicates 59 mph in the 5 seconds leading to collision while the instrument cluster indicated 60 mph.

Confidential and Subject to Protective Order



Figure 36.    Composite view of the forward view (top), and instrument cluster (bottom) at the onset of an audible and visual FCW alert at approximately 1.0 s TTC.[261]

The night demonstration showed that the subject collision was beyond the capabilities of the Subaru Eyesight system equipped on the 2019 Legacy. The 2019 Subaru's Eyesight system performed appropriately during Exponent's testing—the lack of AEB activation during the crash test does not indicate any issue with the design or operation of the system, but demonstrates that this crash scenario is not one which available AEB systems could address.

As previously discussed, the design of FCW and AEB systems balances the need to address the most common crash scenarios consistently while avoiding false positive results. FCW and AEB systems available on light passenger vehicles in 2019 would not be expected to engage braking when traveling at approximately 61 mph and coming upon a stationary broadside vehicle at night.

---

[261] An onboard camera was placed in the footwell of the vehicle, but the area was not lit sufficiently to illuminate the pedals.

Confidential and Subject to Protective Order

# 10.  Conclusions and Opinions

Based on a review of the materials provided; publicly available, published scientific and engineering literature; regulatory documents; and my education, training, and experience, I came to the following conclusions and opinions:

1. The MY 2019 Tesla Model S's Autopilot system is reasonably safe and is capable of operating safely as a Level 2 system, however, at the time of the subject incident, it was being operated as a Level 1 system with Autopilot only providing steering assistance (lateral motion) and Mr. McGee controlling the speed of the vehicle (longitudinal motion). As designed and developed and with known performance capabilities and limitations, which are described in vehicle owner's manuals and NHTSA and IIHS research reports, assistive systems like FCW, AEB, TACC, and Autosteer can, under certain conditions, provide assistance to but cannot replace an alert and attentive driver.

2. FCW and AEB cannot mitigate all crashes and can perform differently even under similar conditions. The performance of FCW and AEB systems and their detection, classification, and prediction functions are dependent on operating conditions, driver actions, nuisance alert mitigation, and other factors. At the time of the subject MY 2019 Tesla Model S's design and manufacture, FCW and AEB systems were typically designed to address front-to-rear collisions at lower closing speeds. The high closing speed, lighting conditions, the broadside lead vehicle partially occluded by road signs, among other factors, were known to be challenging scenarios, through NHTSA, IIHS, etc. research, for FCW and AEB systems on their own let alone in combination.

3. Exponent testing, demonstrations, and analysis indicated that even some of the best available AEB systems in 2019 would not initiate braking under certain conditions present during the subject crash. The testing also indicated that some of the best available FCW systems would either not issue warnings or issue warnings late. Ultimately, this work confirmed that FCW and AEB systems in other MY 2019 peer vehicles that performed well in testing by NHTSA would not be expected to operate in a manner that would have reliably avoided or substantially mitigated the subject crash. The lack of FCW and AEB activation during the subject crash

Confidential and Subject to Protective Order

does not indicate any issue with the design or operation of Tesla's Autopilot system but demonstrates that this crash scenario is not one which available FCW and AEB systems could address due of system limitations.

Ryan Harrington
Principal – Vehicle Practice

Confidential and Subject to Protective Order



# E*x*ponent®
Engineering & Scientific Consulting

## Ryan Harrington, M.E.

Principal | Vehicle Engineering
Natick
+1-508-652-8543 | rharrington@exponent.com

## Professional Profile

Mr. Harrington brings a unique perspective to his clients having worked in the automotive and emerging transportation technology industries and the federal government. He specializes in the analysis of complex technical and policy issues related to the development, testing, failure analysis, and deployment of emerging technologies, including automated vehicles (AVs), advanced driver assistance systems (ADAS), electric vehicles, vehicle-to-vehicle (V2V) communications, and fuel economy and emissions related technologies, while fostering collaboration between industry executives, senior government officials, and engineers.

During his decades of industry and federal government experience, Mr. Harrington has developed and assessed automated vehicle safety cases and safety management systems (SMSs). He has developed ADAS test procedures and conducted testing on a wide variety of ADAS technologies, on numerous vehicle platforms, to assess their performance and nuisance alert rates under diverse operating conditions. Mr. Harrington has analyzed and developed federal regulations, policies, and standards related to fuel economy and emissions rulemakings and motor vehicle safety standards. He has also analyzed failure data and conducted root cause analyses for gasoline and diesel engines and automotive components; supported defect and recall investigations, developed prototype electric power steering (EPS) systems; performed noise, vibration, and harshness (NVH) investigations and customer acceptance evaluations; led fuel economy studies; conducted fuel efficient driver training; and assessed hybrid electric vehicle (HEV) driving range.

As the Vice President of Safety at Motional, Mr. Harrington led a team of safety professionals focused on the development, implementation, and oversight of Motional's AV product, operational, and organizational safety program. He and his team were responsible for developing Motional's safety case and SMS; conducting functional safety, Safety of the Intended Functionality (SOTIF), and industry best practice assessments; analyzing test results and data; and leading safety investigations.

During his time at the U.S. Department of Transportation (DOT), Mr. Harrington served as the Chief of the Technology Innovation and Policy Division at the Volpe National Transportation Systems Center (Volpe Center). He led a cross-functional team of scientists, engineers, and analysts focused on emerging transportation technologies including automated vehicles, connected vehicles, connected/smart cities, and big data. Mr. Harrington and his team assessed alternative policy approaches to overcome technical and policy barriers impacting the deployment of advanced transportation technologies at the local, regional, and national level. He and his team also conducted a scan of Federal Motor Vehicle Safety Standards (FMVSS) to identify potential conflicts with the certification of automated vehicles; reviewed comments submitted in response to the Federal Automated Vehicles Policy (FAVP); and supported automated vehicle research and safety regulation analyses for passenger cars, commercial motor vehicles (CMV), and transit vehicles. Mr. Harrington was invited to the White House Office of Science and

Confidential and Subject to Protective Order

Technology Policy's (OSTP) Executive Leadership Retreat at Camp David to identify key priorities and challenges related to the deployment of automated vehicles.

In his prior work at the Volpe Center, as a Senior Engineer, Mr. Harrington led a team that performed engineering analyses and developed fuel-savings, cost, deployment rates and applicability assumptions for light-duty and heavy-duty vehicle technologies, which were incorporated into the National Highway Traffic Safety Administration's (NHTSA) Corporate Average Fuel Economy (CAFE) standard setting compliance and effects modeling. He presented technology analyses at senior level briefings for the White House Office of Management and Budget (OMB), the DOT, the Environmental Protection Agency (EPA), the California Air Resources Board (CARB), and the National Academy of Sciences (NAS). He represented the DOT and participated in executive level meetings with vehicle manufacturers; engine, transmission, and component suppliers; and industry trade associations. Mr. Harrington was personally congratulated and recognized by the President in the Oval Office for his technical contributions to the development of the model years 2017-2025 CAFE standards. Additionally in his role as a Senior Engineer, Mr. Harrington developed performance specifications, test track and on-road test procedures, and pass/fail criteria to assess the performance and nuisance alert rates of ADAS technologies. He also served as the U.S. DOT/NHTSA's test evaluator for the Integrated Vehicle-Based Safety Systems (IVBSS) crash avoidance program, which evaluated the independent and integrated performance of forward collision, lane departure, lane change/merge, and curve speed warnings.

As a Technical Support Manager at Cummins Inc., Mr. Harrington led Six Sigma fuel economy improvement projects, analyzed customer requirements, and proposed diesel engine/drivetrain changes to improve the fuel efficiency of long-haul trucks. He analyzed failure data and conducted field investigations to identify the root cause of diesel engine failures and brought resolution to customer product issues. In his role as a Vehicle Test Operations Manager at Environmental Testing Corporation, Mr. Harrington coordinated Federal Test Procedure (FTP) dynamometer emissions testing by interfacing with customer engineers and managing technicians. While working at Delphi Automotive Systems, as a Product Development Engineer, Mr. Harrington led the design and integration of prototype EPS systems into customer developmental vehicles. Using Shainin® Red X methodologies, he performed NVH identification and consumer acceptance evaluations of EPS systems at customer and Delphi facilities in Poland, Italy, and Germany.

Mr. Harrington's passion for motor vehicles and automotive engineering extends beyond his professional career. He is a volunteer design judge for the Formula Hybrid Competition, which is part of the SAE International Collegiate Design Series. Mr. Harrington continues to develop his vehicle dynamics knowledge and driving skills by competing in Sports Car Club of America (SCCA) and Porsche Club of America (PCA) autocross racing.

## Academic Credentials & Professional Honors

M.E., Automotive Engineering, University of Michigan, Ann Arbor, 2004

B.S., Mechanical Engineering, University of Nebraska, 1999

Recipient of the U.S. DOT Secretary's Gold Medal Award (DOT's highest award), 2008

## Prior Experience

Vice President of Safety, Motional, 2022-2023

Principal, Exponent, 2017-2022

Division Chief, U.S. DOT Volpe National Transportation Systems Center, 2012–2017

Senior Engineer, U.S. DOT Volpe National Transportation Systems Center, 2007–2012

Confidential and Subject to Protective Order

Technical Support Manager, Cummins Inc., 2004–2007

Vehicle Test Operations Manager, Environmental Testing Corporation, 2004

Product Development Engineer, Delphi Automotive Systems, 2000–2004

Engineering Intern, Goodyear Tire & Rubber Company, 1998–1999

## Professional Affiliations

SAE International

## Publications

Scully I, Scally S, Clark R, Carey M, Cades D, Harrington R. Safety and Regulatory Considerations of Advanced Driver Assistance Systems (ADAS). American Bar Association – Tort Trial and Insurance Practice Section's Committee News; Fall 2020.

Krake A, Jonas R, Hoyos C, Crump C, Lester B, Cades D, Harrington R. Effects of Training on Learning and Use of an Adaptive Cruise Control System. SAE Technical Paper 2020-01-1033, April 2020.

Harrington R. Government Keeps Foot Off Gas on AV Regulations. Automotive News, February 2020.

Cades D, Senatore C, Campbell J, Harrington R, Wood D. Automated and Assistive Vehicle Technology: Opportunities and Challenges. American Bar Association – The Brief, Volume 49, Number 1, Fall 2019.

Harrington R, Senatore C. The Road Toward Automated Vehicles. Connecticut Defense Lawyers Association – The DEFENSE, Volume 31, Number 1, Spring 2019.

Harrington R, Senatore C, Scanlon J, Yee R. The Role of Infrastructure in an Automated Vehicle Future. National Academy of Engineering – The BRIDGE, Volume 48, Number 2, Summer 2018.

Lange R, Kelly S, Senatore C, Wilson J, Yee R, Harrington R. Data Requirements for Post-Crash Analyses of Collisions Involving Collison Avoidance Technology Equipped, Automated, and Connected Vehicles. ESV 2017 Paper Number 17-0338, June 2017.

Kim A, Perlman D, Bogard D, Harrington R. Review of Federal Motor Vehicle Safety Standards (FMVSS) for Automated Vehicles: Identifying potential barriers and challenges for the certification of automated vehicles using existing FMVSS. DOT VNTSC OSTR 16 03, March 2016.

Bettisworth C, Burt M, Chachich A, Harrington R, Hassol J, Kim A, Lamoureux K, LaFrance-Linden D, Maloney C, Perlman D, Ritter G, Sloan S, Wallischeck E. Status of the Dedicated Short-Range Communications Technology and Applications: Report to Congress. FHWA JPO 15 218, July 2015.

Shaulov M, Green K, Harrington R, Mergel J, Pickrell D, Keefe R, Van Schalkwyk J. 2017 - 2025 Corporate Average Fuel Economy Compliance and Effects Modeling System Documentation. DOT HS 811 670, August 2012.

Van Schalkwyk J, Green K, Pickrell D, Harrington R, Shaulov M. 2012 - 2016 Corporate Average Fuel Economy Compliance and Effects Modeling System Documentation. DOT HS 811 301, March 2010.

Harrington R, Lam A, Nodine E, Ference J, Najm W. Integrated Vehicle-Based Safety Systems Light-Vehicle On-Road Test Report. DOT HS 811 020, August 2008.

Confidential and Subject to Protective Order

Harrington R, Lam A, Nodine E, Ference J, Najm W. Integrated Vehicle-Based Safety Systems Heavy-Truck On-Road Test Report. DOT HS 811 021, August 2008.

**Selected Invited Presentations**

Harrington R. Latest Technological Advancements and their Legal, Regulatory, and Compliance Challenges Part II: The Legal and Regulatory Dynamics in Autonomous Vehicle Technology. Presenter and panelist, American Conference Institute (ACI) – Legal, Regulatory, and Compliance Forum for the Automotive Industry, Chicago, IL, March 6, 2024.

Harrington R. Latest Technological Advancements and their Legal, Regulatory, and Compliance Challenges Part II: The Legal and Regulatory Dynamics in Autonomous Vehicle Technology. Presenter and panelist, American Conference Institute (ACI) – Legal, Regulatory, and Compliance Forum for the Automotive Industry, Chicago, IL, March 6, 2024.

Harrington R. Autonomous Vehicles: How Safe Is Safe Enough? Panelist, Massachusetts Institute of Technology (MIT) – Mobility Vision Day: Setting a Research Agenda for the Future of Transportation, Cambridge, MA, November 3, 2022.

Harrington R. An Inside Look at Policy-Making for Automated Vehicles – Understanding the Federal Policy Landscape. Presenter and panelist, Transportation Research Board (TRB) – Automated Road Transportation Symposium 2021 (ARTS21), July 12-15, 2021.

Harrington R. Efficiency Town Hall: AV Fuel Economy & Efficiency Regulations and Technologies. Presenter and panelist, Transportation Research Board (TRB) – Automated Road Transportation Symposium 2021 (ARTS21), July 12-15, 2021

Harrington R. Legal & Liability. Panelist, Center for Connected and Automated Transportation (CCAT) at the University of Michigan - Global Symposium on Connected and Automated Transportation Webinar, April 14, 2020.

Harrington R. Overview of the Technologies - Levels of Automation - Federal Policies and Regulations. Presenter, ADAS & AV Legal Issues & Liabilities World Congress, Novi, MI, October 22, 2019.

Harrington R. Automated/Autonomous Driving Systems (ADS) 101: A Guide for Automotive Practitioners. Presenter and panelist, American Conference Institute (ACI) - Automotive Product Liability Litigation Conference, Chicago, IL, July 17, 2019.

Harrington R. Changing Landscapes of the Transportation Environment - What Attorneys Need to Know. Panelist, Product Liability Advisory Council (PLAC) - OEM/Supplier Legal Summit, Detroit, MI, February 28, 2019.

Harrington R. Advanced Driver Assistance Systems. Presenter and panelist, Product Liability Advisory Council (PLAC) - Fall Conference, Dana Point, CA, November 1-2, 2018.

Harrington R. Autonomous Vehicles: The Good, The Bad, & The Ugly. Presenter and panelist, American Bar Association - Webinar, October 2, 2018.

Harrington R. The Changing Nature of Driving: Implications of Advanced Driver Assistance Systems (ADAS) and Highly Automated Vehicles (HAV). Presenter and panelist, The Bar Association of San Francisco - Webcast, San Francisco, CA, July 11, 2018.

Harrington R. An AV Crash Occurs: What Happens Next?. Panelist, Automated Vehicles Symposium 2018, San Francisco, CA, July 9-12, 2018.

Harrington R. Paving the Road to ADAS & Automated Driving with Embedded Systems. Panelist,

**Confidential and Subject to Protective Order**

Embedded Systems Conference 2018, Boston, MA, April 18-19, 2018.

Harrington R. The Passenger Cabin of the Future: Alternative Cabin Layouts for Autonomous Vehicles. Presenter and panelist, American Bar Association - 2018 Emerging Issues in Motor Vehicle Liability Litigation Conference, Phoenix, AZ, April 5-6, 2018.

Harrington R. An Automated Vehicle Crashes: What Happens Next?. Panelist, Automated Vehicles Symposium 2017, San Francisco, CA, July 11-13, 2017.

Harrington R. Societal Perspectives on Safety Assurance. Presenter and panelist, Automated Vehicles Symposium 2017, San Francisco, CA, July 11-13, 2017.

Harrington R. The Future of Vehicle Fuel Efficiency & Emissions Policies. Panelist, Motor & Equipment Manufacturers Association (MEMA) - 2017 Legislative Summit, Washington, DC, May 16-18, 2017.

Harrington R. Automated Vehicles: The Evolving Landscape and Product Litigation Considerations. Presenter and panelist, American Bar Association - 2017 Emerging Issues in Motor Vehicle Liability Litigation Conference, Phoenix, AZ, April 6-7, 2017.

Harrington R. Exploring Autonomous Technology within Greater Boston. Panelist, Association for Unmanned Vehicle System International (AUVSI) New England - Autonomous Vehicles Summit 2017, Cambridge, MA, March 2, 2017.

Harrington R. Automated and Connected Vehicles: Overview and USDOT Role. Eighth Annual Autonomous Guidance, Navigation and Control (AGN&C) Symposium, Draper Laboratories, Cambridge, MA, November 3, 2016.

Harrington R. Automated and Connected Vehicles: Overview and USDOT Role. American Council of Engineering Companies (ACEC) 2016 Fall Conference, Colorado Springs, CO, October 21, 2016.

Harrington R. CAFE Compliance and Effects Modeling System - Overview. National Academy of Sciences Committee Meeting - Assessment of Technologies for Improving Fuel Economy of Light-Duty Vehicles - Phase 2, Washington, DC, June 20-21, 2012.

Harrington R. Passenger Car and Light Truck CAFE Analysis and Technology Inputs. National Academy of Sciences Committee Meeting - Committee to Assess Fuel Economy Technologies for Medium- and Heavy-Duty Vehicles, Ann Arbor, MI, June 18-19, 2009.

Harrington R. Light Vehicle and Heavy Truck Test Track Verification Test Results. Integrated Vehicle-Based Safety Systems 2008 Public Annual Meeting, Ypsilanti, MI, April 10-11, 2008.

## Additional Education & Training

Emissions Analytics – Portable Emissions Measurement System (PEMS) Training, 2021

kVA and SGS-TÜV Saar – Automotive Function Safety Professional (AFSP) Certification (ISO 26262), 2019

SAE International – Powertrain Selection for Fuel Economy and Acceleration Performance and Turbocharging for Fuel Economy and Emissions, 2009

Bosch VP44 Diesel Fuel Injection System Training, 2006

Six Sigma Green Belt Training, 2005

Shainin® Red X Problem Solving Training, 2003

Confidential and Subject to Protective Order

General Motors Advanced Driver Training, 2001

## Peer Reviews

Served as a peer reviewer at the Department of Energy's (DOE) Annual Merit Review (AMR)

**Confidential and Subject to Protective Order**

# E*x*ponent®

## List of Depositions and Trial Testimony for Ryan J. Harrington

## Depositions

1. Jason Counts, et al. v. General Motors LLC, Robert Bosch GmbH, and Robert Bosch, LLC, et al. July 22-23, 2020 in the United States District Court for the Eastern District of Michigan, Case No. 1:16-cv-12541-TLL-PTM.

2. Barry Rebuck v. Ford Motor Company and Ford Motor Company of Canada, Limited and Yonge-Steeles Ford Lincoln Sales Limited. September 11, 2020 in the Superior Court of Justice of Ontario, Court File No. CV-16-544545-00CP.

3. Mary Caroline Tripp, et al. v. Ronald D. Lucito, et al. September 24, 2020 in the Circuit Court of Jackson County, State of Missouri at Kansas City, Case No. 1916-CV08956.

4. Angela Brewer v. PACCAR, Inc. d/b/a Peterbilt Motors Co. October 28, 2020 in the Morgan Superior Court No. 2, State of Indiana, Cause No. 55D02-1605-CT-691.

5. Robert W. Steele v. American Honda Motor Co., Inc. December 11, 2020 in the United States District Court for the Eastern District of Michigan Southern Division, Case No. 2:19-cv-11778.

6. Speed RMG Partners, LLC, Robby Gordon, and Todd Romano v. Arctic Cat Sales Inc., Artic Cat Inc., Textron Specialized Vehicles, Inc., and Textron, Inc. April 13, 2021 in the United States District Court for the District of Minnesota, Case No. 0:20-cv-00609-NEB-LIB.

7. Kim Banner v. Tesla, Inc. a/k/a Tesla Florida, Inc., Firstfleet, Inc. of Tennessee a/k/a Firstfleet, Inc., and Richard Keith Wood. May 27, 2021 in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, Case No. 50-2019-CA-009962 (AB).

Confidential and Subject to Protective Order

8. Ka Hang ("Peter") Wong and Chui Kai ("Alice") Wong v. Toyota Motor Sales USA, Inc., Toyota Motor Corporation, Daimler, A.G., Mercedes-Benz USA, LLC, John and Jane Does 1-10, and Black Entities 11-20. June 3, 2021 in the Superior Court of the State of California in and for the County of Alameda Hayward Hall of Justice, Case No. HG19009805.

9. James Bledsoe, et al. v. FCA US LLC and Cummins Inc. December 3, 2021 in the United States District Court for the Eastern District of Michigan, Case No. 4:16-cv-14024-TGB-RSW.

10. Estate of Chrystal R. Rounds, et al. v. Mack Trucks, Inc., et al. December 7, 2021 in the Circuit Court of St. Mary's County, Maryland, Case No. C-18-CV-20-000119.

11. Julie Mitchell and Doug Mitchell v. Jason R. Busher v. Daico Supply Company and Gilberto Bercian v. PACCAR, Inc., Individually and d/b/a Kenworth Trucking Company and Texas Kenworth Co. d/b/a MHC Kenworth-Dallas. February 11, 2022 in the District Court of the 44th Judicial District of Dallas County, Texas, Cause No. DC-19-18216.

12. Duramax Diesel Litigation. March 30-31, 2022 in the United States District Court for the Eastern District of Michigan, Case No. 1:17-cv-11661-TLL-PTM.

13. Mark D. Chapman, et al. v. General Motors, LLC. June 2, 2022 in the United States District Court for the Eastern District of Michigan, Case No. 2:19-cv-12333-TGB-DRG.

14. In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation. August 26, 2022 in the United States District Court for the Northern District of California, MDL No.: 3:15-md-02672-CRB. Related to Environmental Protection Commission of Hillsborough County v. Volkswagen AG et al., No. 16-cv-2210 (N.D. Cal.)

Last Updated April 2024

Confidential and Subject to Protective Order

15. In re: Nissan North America, Inc. Litigation. October 28, 2022 in the United States District Court for the Middle District of Tennessee Nashville Division, Case No.: 3:19-cv-00843.

16. Kathy Adkins v. Daimler Truck North America, LLC, et al. April 2, 2024 in the Court of Common Pleas Hamilton County, Ohio, Case No. A 2104157.

## Trials

1. Angela Brewer v. PACCAR, Inc. d/b/a Peterbilt Motors Co. March 7, 2022 in the Morgan Superior Court No. 2, State of Indiana, Cause No. 55D02-1605-CT-691.

2. Frédérick Duguay vs. General Motors Company of Canada and General Motors LLC, February 1-2, 2023 in the Superior Court of Québec District of Montréal, File No. 500-06-000691-143.

Last Updated April 2024

Confidential and Subject to Protective Order

Benavides v. Tesla, Inc. RH
2111593.001-7462                                                                                      1

## List of Materials

- Court Documents
  - Complaint for Damages and Demand for Jury Trial – Tesla
  - Order Amending Scheduling Order and Certain Pretrial Deadlines-2022-01-24
  - Order Amending Scheduling Order and Certain Pretrial Deadlines-2022-04-12
  - Complaint for Damages and Demand for Jury Trial – McGee
  - Defendant's Initial Disclosures -Tesla
  - Defendant's Answers to Wrongful Death Interrogatories – McGee
  - Plaintiff's Answers to Wrongful Death Interrogatories
  - Plaintiff's Response to Defendant's Request for Production
  - Plaintiff's Initial Disclosures
  - Order Consolidating Cases and Amending Scheduling Order-2022-08-31
  - Order Consolidating Cases and Amending Scheduling Order-2023-11-21
  - Order Consolidating Cases and Amending Scheduling Order-2024-03-04
  - Plaintiff's Consolidated and Amended Complaint (with Exhibits)
- Depositions
  - Riso, David with Exhibits (1 .PTX, 1.txt, 9 .pdf)
  - Dillon, Angelo (1 .pdf)
  - McGee, George with Exhibits (9 .pdf)
  - Benavides, Lilia M. Leon Jimenez (2 .pdf, 1 .ptx, 1 .mpg)
  - Benavides, Neima (2 .pdf, 1 .ptx, 1 .mpg, 1 .NRL)
  - Blanco, Eloy Rubio (1 .pdf)
- Police Documents
  - Case Laws PDFs (3 .pdf)
  - Florida Highway Patrol CDs (4 .cdx; 2 .ini; 2 .czd; 4 .dbf; 2 .dxf; 2 .csv; 2 .raw; 2 .txt)
  - Interviews (1 .mp3)
  - Leica Total Station Files (2 .cdx; 1 .ini; 1 .czd; 2 .dbf; 1 .dxf; 3 .csv; 1 .raw; 1 .txt)
  - Florida Highway Patrol Traffic Homicide Field Note Packet
  - Florida Highway patrol Traffic Homicide Investigation
  - Monroe Country Sheriffs Office Offense Report
  - Monroe Country Sheriffs Office PowerPoint
  - Florida Traffic Crash Report
  - M.E. Report
- Vehicle Documents
  - Camera Recordings -Tesla (8 .mp4)
  - Vehicle Data (2 .csv)
  - Tesla EDR Report (1 .pdf; 2 .txt)
  - 2019 Model S Owners Manual
  - MY 2019 Cadillac XTS Owner's Manual
  - MY 2019 Lexus LS Owner's Manual
  - MY 2019 BMW 7-series Owner's Manual
  - 2001 Mercedes-Benz CL-Class Brochure
  - 2001 Mercedes-Benz S-Class Brochure
  - Super Cruise Convenience & Personalization Guide 2024

**Confidential and Subject to Protective Order**

Benavides v. Tesla, Inc. RH
2111593.001-7462                                                                                           2

- o MY 2019 Mercedes-Benz S-Class Operator's Manual.
- o 2019 Subaru Outback Owner's Manual.
- o 2019 Volvo S60 Owner's Manual
- o 2019 Subaru Outback EyeSight Owner's Manual
- o Vehicle Specification (1 .pdf)
- o "Tesla Model S Generations," Autolist, https://www.autolist.com/tesla-model+s/tesla-model+s-generations (Accessed June 2024)
- o 2016-2020 Ward's Automotive Yearbook
- o IIHS 2019 Tesla Model S, https://www.iihs.org/ratings/vehicle/Tesla/model-s-4-door-hatchback/2019 (Accessed June 2024)
- o IIHS 2017 Tesla Model S, https://www.iihs.org/ratings/vehicle/Tesla/model-s-4-door-hatchback/2017 (Accessed June 2024)
- o NHTSA 2019 Tesla Model S 75D, https://www.nhtsa.gov/vehicle/2019/TESLA/MODEL%252520S%25252075D/5%252520HB/AWD, (Accessed June 2024)
- o NHTSA 2016 Tesla Model S 75 https://www.nhtsa.gov/vehicle/2016/TESLA/MODEL%252520S%25252075/5%252520HB/RWD (Accessed June 2024)
- Regulatory
  - o NHTSA, https://www.nhtsa.gov/ (Accessed June 2024)
  - o U.S. DoT Rulemaking Process, https://www.transportation.gov/regulations/rulemaking-process#identify (Accessed June 2024).
  - o Euro NCAP, https://www.euroncap.com/en/ (Accessed June 2024)
  - o IIHS Frontal Crash Tests, https://www.iihs.org/ratings/about-our-tests#front-crash-prevention-tests-2013-present (Accessed June 2024)
  - o IIHS Vehicle Ratings, https://www.iihs.org/ratings (Accessed June 2024)
  - o NHTSA Ratings, https://www.nhtsa.gov/ratings (Accessed June 2024)
  - o "Advanced driver assistance", Insurance Institute for Highway Safety, https://www.iihs.org/topics/advanced-driver-assistance (Accessed June 2024)
  - o "Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles," SAE J3016, SAE International, June 2018.
  - o "J3016 Levels of Driving Automation graphic," SAE International, https://www.sae.org/binaries/content/assets/cm/content/blog/sae-j3016-visual-chart_5.3.21.pdf, posted May 2021, Accessed June 2024.
  - o "Automated Vehicles for Safety," NHTSA, https://www.nhtsa.gov/technology-innovation/automated-vehicles-safety (Accessed June 2024).
  - o "NHTSA Levels of Automation," NHTSA, hhttps://www.nhtsa.gov/sites/nhtsa.gov/files/2022-05/Level-of-Automation-052522-tag.pdf (Accessed June 2024).

Confidential and Subject to Protective Order

Benavides v. Tesla, Inc. RH
2111593.001-7462                                                                                             3

- o "Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles," NHTSA, Docket No. NHTSA-2023-0021, May 2024.
- o "Safety-Related Defects and Automated Safety Technologies," NHTSA, Docket No. NHTSA-2016-0040-0040, Sept 2016.
- o "Quick Reference Guide (2010 Version) to Federal Motor Vehicle Safety Standards and Regulations," NHTSA, DOT HS 811 439, February 2011.
- o "Federal Motor Vehicle Safety Standards: Automatic Emergency Braking," Denial of petition for rulemaking, NHTSA, January 18, 2017.
- o "Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles," NHTSA, Docket No. NHTSA-2023-0021, May 2024sss
- o "Request for Comments on New Car Assessment Program," NHTSA, Docket No. NHTSA-2021-0002.
- o "Notice of proposed rulemaking (NPRM)," NHTSA, Docket No. NHTSA-2023-0021
- o New Car Assessment Program (NCAP), NHTSA, Safety Labeling, Final Rule, 76 FR 45453, July 2011.
- o New Car Assessment Program (NCAP), NHTSA, Final Decision, 80 FR 68604, November 2015.
- o "Forward Crash Warning System Confirmation Test," NHTSA, July 2008.
- o "Forward Crash Warning System Confirmation Test," NHTSA, March 2010.
- o "Forward Collision Warning System Confirmation Test," NHTSA, February 2013.
- o "Crash Imminent Braking System Performance Evaluation" and "Dynamic Brake Support System Performance Evaluation," NHTSA, June 2012.
- o "Forward-Looking Advanced Braking Technologies Research Report," NHTSA, June 2012.
- o "Automatic Emergency Braking System (AEB) Research Report," NHTSA, August 2014.
- o "Target Crash population for Crash Avoidance Technologies in Passenger Vehicles," DOT HS 812 653, p. 7, March 2019.
- o Nodine, E., Lam, A., Stevens, S., Razo, M., and Najm, W., "Integrated Vehicle-Based Safety Systems (IVBSS) - Light Vehicle Field Operational Test: Independent Evaluation," Final Report, DOT HS 811 516, October 2011.
- o "Automotive Collision Avoidance System Field Operational Test," Final Report, DOT HS 809 886, May 2005. Available at: https://www.iihs.org/topics/advanced-driver-assistance#limitations-of-crash-avoidance-technologies, Accessed in June 2024.
- o "Crash avoidance and driver assistance technologies — are they used?," IIHS, 2018. Available at: https://www.iihs.org/topics/bibliography/ref/2140, Accessed in

Confidential and Subject to Protective Order

Benavides v. Tesla, Inc. RH
2111593.001-7462
4

June 2024. Available at: https://www.iihs.org/topics/advanced-driver-assistance#limitations-of-crash-avoidance-technologies, Accessed in June 2024.

o "Effects of automatic emergency braking systems on pedestrian crash risk?," IIHS, 2022. Available at: https://www.iihs.org/topics/bibliography/ref/2243, Accessed in June 2024.

o "Crash Imminent Brake System Performance Evaluation for the New Car Assessment Program," NHTSA, October 2015.

o "Memorandum and Preliminary Regulatory Impact Analysis (PRIA); Federal Motor Vehicle Safety Standard No. 127; Light Vehicle Automatic Emergency Braking (AEB); AEB Test Devices," NHTSA, Docket No. NHTSA-2023-0021-0004, May 2023.

o "Final MY2019/MY2020 Research Reports for Pedestrian Automatic Emergency Braking, High-Speed Crash Imminent Braking, Blind Spot Warning, and Blind Spot Intervention Testing", NHTSA, Docket No. NHTSA-2021-0002-0002, March 2022.

o "NHTSA's 2022 Light Vehicle Automatic Emergency Braking Research Test Summary," NHTSA, Docket No. NHTSA-2023-0021-0005, Attachment 2, February 2023.

o "Forward Collision Warning System Confirmation Test", NHTSA, February 2013.

o U.S. Federal Register, Vol.87 No.46, 13477, March 2022.

o "Request for Comments on New Car Assessment Program", NHTSA, Docket No. NHTSA-2021-0002, p. 89.

o "Crash Imminent Brake System Confirmation Test—2019 Mercedes-Benz S450," Docket No. NHTSA-2015-0006-0117, attachment_1

o "Crash Imminent Braking System Confirmation Test—2020 Subaru Outback Premium/LDD," Docket No. NHTSA-2020-0001-0019, attachment_1.

o "Crash Imminent Braking System Research Test—2020 Subaru Outback Premium/LDD," Docket No. NHTSA-2021-0002-0002, attachment_21

o "Crash Imminent Braking System Confirmation Test—2020 Volvo S60 T6 AWD Momentum," Docket No. NHTSA-2020-0001-0019, attachment_1

o "Crash Imminent Braking System Research Test—2020 Volvo S60 T6 AWD Momentum," Docket No. NHTSA-2021-0002-0002, attachment_23

• Academic and Technical Papers

o Shutko, J., Osafo-Yeboah, B., Rockwell, C., and Palmer, M., "Driver Behavior While Operating Partially Automated Systems: Tesla Autopilot Case Study," SAE Technical Paper 2018-01-0497, 2018.

o Cicchino, J., and Zuby, D., "Characteristics of rear-end crashes involving passenger vehicles with automatic emergency braking," *Traffic Injury Prevention,* 10(S1), 2019.

o Leslie, A., Kiefer, R., Meitzner, M., and Flannagan, C., "Field effectiveness of General Motors advanced driver assistance and headlighting systems," *Accident Analysis and Prevention,* 159, 2021.

Confidential and Subject to Protective Order

Benavides v. Tesla, Inc. RH
2111593.001-7462                                                                                          5

- Photos and Videos
  - Monroe County Sheriff Dash Cam Videos (3 .mp4)
  - FHP Photo Lab Photos
    - Daytime Photographs (209 .jpg)
    - Evidence Photograph (68 .jpg)
    - On Scene Pictures (102 .jpg)
    - Pictures-Rosario
      - Scene (126 .jpg; 2 .mov)
      - v1 (84 .jpg; 2 .mov)
      - v2 Post Inspection (107 .jpg)
    - S-7 Victim Photographs (17 .jpg)
  - Carr Engineering VI – 2021-07-20
    - Roll A – Exterior
      - High Res (421 .jpg)
      - Low Res (421 .jpg)
    - Roll B – Interior
      - High Res (91 .jpg)
      - Low Res (91 .jpg)
    - Roll C – Overall and ID
      - High Res (14 .jpg)
      - Low Res (14 .jpg)
    - Roll D – Suspension
      - High Res (51 .jpg)
      - Low Res (51 .jpg)
    - Roll E – Underhood
      - High Res (58 .jpg)
      - Low Res (58 .jpg)
    - CEI Tahoe VI Notes
  - Carr Engineering Scene Inspection – 2021-09-08
    - Roll F – High Res (139 .jpg)
    - Roll F – Low Res (139 .jpg)
    - Roll G – Drive Through Video (2 , mp4; 1 .jpg)
    - Carr Engineering Scene Inspection Notes
  - Photos of Tahoe from LKQ (4 .jpg)
- Media Coverage
  - Media Coverage (7 .pdf)
  - Elon Musk Video (1 .mkv, BENA001748)
  - Media Coverage and Complaint Documents -Combined
  - "NHTSA Announces Update to Historic AEB Commitment by 20 Automakers," December 17, 2019, https://www.nhtsa.gov/press-releases/nhtsa-announces-update-historic-aeb-commitment-20-automakers
  - "IIHS issues first crash avoidance ratings under new test program", IIHS. https://www.iihs.org/news/detail/iihs-issues-first-crash-avoidance-ratings-under-new-test-program (Accessed June 2024).

Confidential and Subject to Protective Order

Benavides v. Tesla, Inc. RH
2111593.001-7462                                                                 6

- o "NHTSA Orders Crash Reporting for Vehicles Equipped with Advanced Driver Assistance Systems and Automated Driving Systems", NHTSA, 2021. https://www.nhtsa.gov/press-releases/nhtsa-orders-crash-reporting-vehicles-equipped-advanced-driver-assistance-systems (Accessed June 2024).
  - o "What is Traffic-Sign Recognition?," J.D. Power, https://www.jdpower.com/cars/shopping-guides/what-is-traffic-sign-recognition, (Accessed June 2024).
  - o "About intersection automatic emergency braking," GMC, https://www.gmc.com/support/vehicle/driving-safety/brakes/automatic-emergency-braking, (Accessed June 2024).
  - o "Tesla releases Autopilot update with new speed adjustments, stop sign warnings, and more," Electrek, https://electrek.co/2019/12/06/tesla-update-autopilot-adjust-speed-stop-sign-warning/ (Accessed June 2024).
  - o "WHAT IS SUPER CRUISE," GMC, https://www.gmc.com/connectivity-technology/super-cruise (Accessed June 2024).
  - o "Autobrake is good, but it could be better," IIHS, February 2019. https://www.iihs.org/news/detail/autobrake-is-good-but-it-could-be-better (Accessed June 2024).
  - o "NHTSA Finalizes Key Safety Rule to Reduce Crashes and Save Lives," NHTSA, April 2024. https://www.nhtsa.gov/press-releases/nhtsa-fmvss-127-automatic-emergency-braking-reduce-crashes (Accessed June 2024).
  - o "Mercedes-Benz CL-Class Protects Drivers with Pre-Safe System," Motor Trend. Available at: https://www.motortrend.com/news/news060815-mercedes-benz-cl-class-pre-safe-system/. Accessed in June 2024.
  - o "2006 Acura RL Press Kit," Acura. Available at: https://acuranews.com/en-US/releases/release-2aa2027d1a0b48369492d8004c34c1b9-2006-acura-rl-introduction.  Accessed in June 2024.
- Reports
  - o Carr Engineering Inc. Report
  - o Expert Report of James Walker, Jr.
  - o "Automatic Emergency Braking (AEB) Demonstration—2019 Mercedes-Benz S560 and a 2010 Chevrolet Tahoe," Report No: 2404528.000 - 4348, Exponent, June 2024.
  - o "Automatic Emergency Braking (AEB) Demonstration—2019 Subaru Legacy and a 2010 Chevrolet Tahoe," Report No: 2404528.000 – 1594, Exponent, June 2024.
- Angulo Production (Angulo )
  - o US Senate Letter to the Honorable Lina Khan (008339)
  - o Driver Expectancy in Highway Design and Traffic Operations (008411)
  - o Level of automation effects on performance, situation awareness and workload in a dynamic control task (008462)
  - o Takeover Time in Highly Automated Vehicles: Noncritical Transitions to and From Manual Control (008493)
  - o Takeover Time in Highly Automated Vehicles: The Role of Traffic Density (008510)

Confidential and Subject to Protective Order

Benavides v. Tesla, Inc. RH
2111593.001-7462                                                                                                7

- Out-of-the-Loop Performance Problems and the Use of Intermediate Levels of Automation for Improved Control System Functioning and Safety (008526)
- Takeover Times in Highly Automated Driving (Level 3) (008556)
- An interview study exploring Tesla drivers' behavioral adaptation (008591)
- Take-Over Request for Automated Driving (008593)
- Driver-initiated Tesla Autopilot Disengagements in Naturalistic Driving (008601)
- A model for naturalistic glance behavior around Tesla Autopilot disengagements (008610)
- NHTSA's Implausible Safety Claim for Tesla's Autosteer Driver Assistance System (008629)
- What's in a name? Drivers' perceptions of the use of five SAE Level 2 driving automation systems (008739)
- Automation Expectation Mismatch: Incorrect Prediction Despite Eyes on Threat and Hands on Wheel (008770)
- Determinants of take-over time from automated driving: A meta-analysis of 129 studies (008811)
- Determinants of take-over time from automated driving: A meta-analysis of 129 studies (008835)
- Ethical Decision Making During Automated Vehicle Crashes (008859)
- Blank Document - Produced in Native Format (008879)
- Is a self-driving car smarter than a seven-month-old? (009142)
- Cars with Adaptive Cruise Control: Everything You Need to Know (009169)
- Back to the Future: Autonomous Vehicles, Safety Regulations and Common Law (009174)
- GM's Super Cruise feels like it's self-driving, but it's not (009188)
- Lease Expensive Cars With Active Safety System (009204)
- Consumer Confusion with Levels of Vehicle Automation (009217)
- Automating the Driver's Control Tasks (009224)
- Driver behavior with Adaptive Cruise Control (009242)
- Stopping Distance Calculator (009243)
- Cruise Control and Speed Limiters Impact Driver Vigilance (009249)
- Normalizing Crash Risk of Partially Automated Vehicles under Sparse Data (009252)
- Potential Solutions to Human Factors Challenges in Road Vehicles Automation (009270)
- National Transportation Safety Board Safety Recommendations (009286)
- NTSB Safety Recommendations Search Results (009306)
- Renewed Request for Investigation of Deceptive and Unfair Practices in Advertising and Marketing of the "Autopilot" Feature Offered in Tesla Motor Vehicles(009354)
- Drive-by-wire: The case of driver workload and reclaiming control with adaptive cruise control (009371)
- How Tesla's 'Self-Driving' Beta Testers Protect the Company From Critics (009375)
- Consumer Report: Cadillac's Super Cruise Outperforms Other Driving Assistance Systems (009392)

**Confidential and Subject to Protective Order**

Benavides v. Tesla, Inc. RH
2111593.001-7462                                                                                              8

- o Monitoring an automated system for a single failure: Vigilance and task complexity effects (009433)
- o Malleable Attentional Resources Theory: A New Explanation for the Effects of Mental Underload on Performance (009496)
- Tesla Production (BENAVIDES-)
  - o Chan v. Tesla Desautels Report (00000018)
  - o Wang v. Tesla Donachie Report (00000046)
  - o Chan v. Tesla Droll Report (00000048)
  - o Tesla Data (00000088)
  - o Tesla Invoice (00000089)
  - o Tesla Invoice (00000184)
  - o Certificate in Support of Request for Confidentiality (00000279)
  - o NHTSA Letter (000000280)
  - o NHTSA Letter (000000288)
  - o NHTSA Letter (000000296)
  - o NHTSA Letter (000000298)
  - o EDR Report (000000300)
  - o EDR Report (000000318)
  - o Tesla Data (000000336)
  - o Certificate in Support of Request for Confidentiality (00000337)
  - o EDR Report (000000338)
  - o EDR Report (000000364)
  - o Tesla Data (000000390)
  - o NHTSA Letter (000000391)
  - o NHTSA Letter (000000393)
  - o Certificate in Support of Request for Confidentiality (00000395)
  - o NHTSA Letter (000000396)
  - o Customer Facing Alerts (00000398)
  - o Customer Facing Alerts (00000399)
  - o Service Estimate (00000400)
  - o Service Estimate (00000401)
  - o Certificate in Support of Request for Confidentiality (00000402)
  - o NHTSA Letter (000000403)
  - o Certificate in Support of Request for Confidentiality (00000405)
  - o NHTSA Letter (000000406)
  - o EDR Report (000000408)
  - o EDR Report (000000434)
  - o Tesla Data (00000460)
  - o Tesla Data (00000461)
  - o Tesla Data (00000462)
  - o Certificate in Support of Request for Confidentiality (00000463)
  - o NHSTA Letter (0000464)
  - o Tesla Data (00000466)
  - o Wang v. Tesla Complaint (00000467)
  - o Certificate in Support of Request for Confidentiality (00000484)
  - o NHSTA Letter (00000485)

**Confidential and Subject to Protective Order**

Benavides v. Tesla, Inc. RH
2111593.001-7462                                                                        9

- New York Police Report (00000487)
- Certificate in Support of Request for Confidentiality (00000492)
- NHTSA Letter (00000493)
- Certificate in Support of Request for Confidentiality (00000495)
- NHTSA Letter (00000496)
- EDR Report (00000498)
- EDR Report (00000528)
- Certificate in Support of Request for Confidentiality (00000558)
- NHTSA Letter (00000559)
- Summary of Technical Items (00000561)
- Summary of Technical Items (00000562)
- Summary of Technical Items (00000563)
- Certificate in Support of Request for Confidentiality (00000564)
- NHTSA Letter (00000565)
- Florida Traffic Crash Report (00000567)
- Tesla Data (00000571)
- Tesla Data (00000572)
- Tesla Data (00000573)
- Tesla Data (00000574)
- Tesla Data (00000575)
- Tesla Data (00000576)
- Tesla Data (00000577)
- Certificate in Support of Request for Confidentiality (00000578)
- NHTSA Letter (00000579)
- USDT NHTSA Report (00000581)
- Certificate in Support of Request for Confidentiality (00000582)
- NHSTA Letter (00000583)
- Code (00000585)
- Code (00000598)
- Tesla Data (00000599)
- Tesla Incident Review (00000600)
- EDR Report (00000627)
- EDR Report (00000675)
- ODI Resume (00000723)
- ODI Resume (00000725)
- ODI Resume (00000727)
- ODI Resume (00000729)
- Tesla Data (00000731)
- Certificate in Support of Request for Confidentiality (00000732)
- NHSTA Letter (00000733)
- EDR Report (00000735)
- EDR Report (00000781)
- Tesla Data (00000827)
- ODI Investigation Letter (00000828)
- ODI Investigation Letter (00000839)
- ODI Investigation Letter (00000850)

**Confidential and Subject to Protective Order**

Benavides v. Tesla, Inc. RH
2111593.001-7462                                                                        10

- o ODI Investigation Letter (00000861)
- o ODI Investigation Letter (00000872)
- o ODI Investigation Letter (00000883)
- o ODI Investigation Letter (00000894)
- o ODI Investigation Letter (00000905)
- o ODI Investigation Letter (00000916)
- o ODI Investigation Letter (00000927)
- o ODI Investigation Letter (00000938)
- o ODI Investigation Letter (00000949)
- o ODI Investigation Letter (00000960)
- o ODI Investigation Letter (00000971)
- o ODI Investigation Letter (00000982)
- o Tesla Data (00000993)
- o ODI Investigation Letter (00000994)
- o Tesla Data (00001000)
- o Tesla Data (00001001)
- o Certificate in Support of Request for Confidentiality (00001002)
- o NHTSA Letter (00001003)
- o Tesla Data (00001005)
- o Tesla Data (00001006)
- o Tesla Data (00001007)
- o Tesla Data (00001008)
- o Tesla Data (00001009)
- o Tesla Data (00001010)
- o Tesla Data (00001011)
- o NHTSA Document (00001012)
- o ODI Letter (00001016)
- o Response to Information Request (00001036)
- o NHTSA Letter (00001037)
- o Certificate in Support of Request for Confidentiality (00001039)
- o NHTSA Second Information Request (00001040)
- o ODI Letter (00001042)
- o South Jordan Police Department Memorandum (00001054)
- o NHSTA Letter (00001100)
- o Certificate in Support of Request for Confidentiality (00001102)
- o Tesla Data (00001103)
- o ODI Letter (00001104)
- o Tesla Data (00001106)
- o ODI Resume (00001107)
- o Tesla Data (00001111)
- o NHTSA Letter (00001112)
- o ODI Letter (00001123)
- o ODI Letter (00001134)
- o Tesla Data (00001140)
- o ODI Resume (00001141)
- o Safety Issue Investigation (00001145)

Confidential and Subject to Protective Order

Benavides v. Tesla, Inc. RH
2111593.001-7462                                                                    11

- o  Tesla Crash Video (00001148)
- o  Tesla Crash Video (00001149)
- o  Tesla Crash Video (00001150)
- o  Tesla Crash Video (00001151)
- o  Tesla Crash Video (00001152)
- o  Images of a Crash (00001153)
- o  Tesla Crash Video (00001154)
- o  Image (00001155)
- o  Image (00001156)
- o  Image (00001157)
- o  Image (00001158)
- o  Image (00001159)
- o  Image (00001160)
- o  Image (00001161)
- o  Image (00001162)
- o  Tesla Crash Video (00001163)
- o  Tesla Crash Video (00001164)
- o  Tesla Video (00001165)
- o  Lommatzsch v. Tesla Summons (00001166)
- o  EDR Report (00001178)
- o  Tesla Data (00001222)
- o  Image (00001223)
- o  Tesla Model S Information Sheet (00001224)
- o  Tesla Crash Video (00001227)
- o  Tesla Crash Video (00001228)
- o  Tesla Crash Video (00001229)
- o  Tesla Crash Video (00001230)
- o  Tesla Crash Video (00001231)
- o  Images of a Crash (00001232)
- o  Tesla Crash Video (00001233)
- o  Image (00001234)
- o  Image (00001235)
- o  Image (00001236)
- o  Image (00001237)
- o  Image (00001238)
- o  Image (00001239)
- o  Image (00001240)
- o  Image (00001241)
- o  Tesla Crash Video (00001242)
- o  Tesla Crash Video (00001243)

Confidential and Subject to Protective Order