# EXHIBIT C

CONFIDENTIAL BUSINESS INFORMATION

| VIN | DATE (UTC) | | ODOMETER (miles) | PARK BUTTON STATUS | GEAR SELECTOR STATUS | GEAR POSITION | DRIVER PRESENT | VEHICLE SPEED (mph) (179.75 mph is recorded when vehicle is off) | ACCELERATOR PEDAL POSITION (%) (102 is recorded when vehicle is off) | MAX ACCELERATOR PEDAL POSITION SENSOR A (%) (max since previous sample) | REAR DRIVE MOTOR TORQUE (N-m) | FRONT DRIVE MOTOR TORQUE (N-m) | STEERING ANGLE SENSOR (degrees) (positive indicates right turn, +/-819.2 is recorded when signal not available) | STEERING INPUT TORQUE SENSOR (N-m) | DRIVER BRAKE PEDAL APPLICATION | BRAKE APPLICATION | STABILITY CONTROL STATUS | ABS BRAKE EVENT | DETECTED LEAD VEHICLE DISTANCE (m) (127.5 is recorded when no vehicle is detected) | CRUISE CONTROL STATE | CRUISE CONTROL SET SPEED | AEB SYSTEM STATE | AUTOSTEER STATE | AUTOSTEER HANDS ON DETECTION | CRUISE STALK USAGE | AIRBAG WARNING INDICATOR | FRONT CRASH DETECTION | CRASH SEVERITY | ALERT | END_OF_COLUMNS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5YJSA1E24KF302997 | 2019-04-26 00:08:48.519 | | | | | | | 60.3 | 0.0 | | 0 | -19 | -1.5 | -0.48 | | | | | 28.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:49.503 | | | | | | | 59.3 | 0.0 | | 0 | -22 | -1.6 | -0.46 | | | | | 27.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:50.500 | | | | | | | 58.3 | 0.0 | | 0 | -26 | -1.5 | -0.43 | | | | | 27.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:51.500 | | | | | | | 57.3 | 0.0 | | 0 | -11.5 | -1.4 | -0.52 | | | | | 26.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:52.503 | | | | | | | 57.0 | 0.0 | | 0 | 17.75 | -1.1 | -0.53 | | | | | 27.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:52.959 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:53.527 | | | | | | | 57.0 | 0.0 | | 0 | 24.5 | -1.5 | -0.43 | | | | | 27.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:53.768 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:54.507 | | | | | | | 57.3 | 0.0 | | 0 | 32.5 | -1.5 | -0.48 | | | | | 28.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:55.506 | | | | | | | 57.5 | 0.0 | | 0 | 22 | -1.7 | -0.27 | | | | | 28.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:56.508 | | | | | | | 57.7 | 0.0 | | 0 | 23.75 | -1.3 | -0.35 | | | | | 29.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:57.509 | | | | | | | 57.8 | 0.0 | | 0 | 27.75 | -1.4 | -0.32 | | | | | 29.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:58.508 | | | | | | | 58.0 | 0.0 | | 0 | 15.5 | -1.1 | -0.47 | | | | | 29.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:08:59.518 | | | | | | | 57.8 | 0.0 | | 0 | 14 | -1.1 | -0.37 | | | | | 28.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:00.503 | | | | | | | 57.8 | 0.0 | | 0 | 13.25 | -1.7 | -0.21 | | | | | 28.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:01.500 | | | | | | | 57.7 | 0.0 | | 0 | 13 | -0.9 | -0.11 | | | | | 28.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:01.845 | | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:02.504 | | | | | | | 57.8 | 0.0 | | 0 | 34.25 | -1.4 | -0.05 | | | | | 29.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:02.855 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:02.960 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:03.504 | | | | | | | 58.4 | 0.0 | | 0 | 44.75 | -1.6 | 0 | | | | | 29.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:03.779 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:05.067 | | | | | | | 59.6 | 0.0 | | 0 | 49.25 | -1.2 | -0.2 | | | | | 30.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:05.504 | | | | | | | 59.9 | 0.0 | | 0 | 44 | -1.0 | -0.26 | | | | | 30.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:05.506 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:05.507 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:06.504 | | | | | | | 60.5 | 0.0 | | 0 | 37.75 | -1.3 | -0.22 | | | | | 31.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:07.503 | | | | | | | 61.0 | 0.0 | | 0 | 38.25 | -1.6 | -0.25 | | | | | 31.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:08.504 | | | | | | | 61.4 | 0.0 | | 0 | 36.5 | -0.9 | -0.28 | | | | | 31.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:08.725 | | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_DETECTED, 1.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:09.504 | | | | | | | 61.8 | 0.0 | | 0 | 33.5 | -1.3 | -0.14 | | | | | 32.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:10.505 | | | | | | | 62.3 | 0.0 | | 0 | 34.5 | -1.8 | -0.12 | | | | | 32.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:11.019 | | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:11.503 | | | | | | | 62.7 | 0.0 | | 0 | 32.75 | -1.2 | -0.27 | | | | | 32.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:12.500 | | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_DETECTED, 1.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:12.504 | | | | | | | 62.8 | 0.0 | | 0 | 20.5 | -0.8 | -0.39 | | | | | 32.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:13.503 | | | | | | | 63.0 | 0.0 | | 0 | 28.25 | -1.5 | -0.26 | | | | | 32.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:14.503 | | | | | | | 63.2 | 0.0 | | 0 | 30.5 | -1.7 | -0.05 | | | | | 32.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:15.503 | | | | | | | 63.5 | 0.0 | | 0 | 30.75 | -1.2 | -0.25 | | | | | 32.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:15.518 | | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:16.503 | | | | | | | 63.7 | 0.0 | | 0 | 21.25 | -2.0 | -0.27 | | | | | 32.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:17.507 | | | | | | | 63.7 | 0.0 | | 0 | 22 | -0.9 | -0.25 | | | | | 32.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:18.503 | | | | | | | 64.1 | 0.0 | | 0 | 42 | -1.7 | 0.02 | | | | | 33.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:19.503 | | | | | | | 64.6 | 0.0 | | 0 | 40.25 | -1.8 | -0.19 | | | | | 33.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:20.459 | | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_DETECTED, 1.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:20.503 | | | | | | | 65.2 | 0.0 | | 0 | 46 | -0.8 | 0.03 | | | | | 52.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:21.150 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:21.254 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:21.349 | | | | | | | | | | | | | | | | | | | | | | | | RWD, 2.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:21.499 | | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:21.500 | | | | | | | 65.8 | 0.0 | | 0 | 44.5 | -2.0 | 0.06 | | | | | 50.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:22.499 | | | | | | | 66.2 | 0.0 | | 0 | 29.75 | -1.4 | -0.05 | | | | | 48.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:22.536 | | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:23.499 | | | | | | | 66.3 | 0.0 | | 0 | 27.25 | -0.9 | -0.21 | | | | | 47.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:24.498 | | | | | | | 66.6 | 0.0 | | 0 | 27 | -1.7 | -0.39 | | | | | 44.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:25.119 | | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_DETECTED, 1.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:25.499 | | | | | | | 66.5 | 0.0 | | 0 | 1 | -1.2 | -0.65 | | | | | 42.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:25.601 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:25.921 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:26.282 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:26.350 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:26.506 | | | | | | | 65.8 | 0.0 | | 0 | -7.5 | -0.6 | -0.64 | | | | | 40.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:26.601 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:26.966 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:27.285 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:27.450 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:27.499 | | | | | | | 63.3 | 0.8 | | -40.25 | -62.25 | -3.1 | -0.27 | | | | | 38.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:27.519 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:27.595 | | | | | | | | | | | | | | | | | | | | CRS_STATE_OVERRIDE, 4.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:27.650 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:27.971 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:28.101 | | | | | | | | | 31.2 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:28.321 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:28.496 | | | | | | | 62.6 | 31.2 | | 30.75 | 79.75 | -3.4 | -1.06 | | | | | 17.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:28.651 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:29.003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:29.100 | | | | | | | | | 33.2 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:29.323 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:29.499 | | | | | | | 64.8 | 32.0 | | 32.25 | 83 | -3.8 | -2.76 | | | | | 15.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:29.686 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:29.700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | EPAS3P_d084_eacCancelled | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:29.715 | | | | | | | | | | | | | | | | | | | | | | UNAVAILABLE, 1.0 | | | | | | APP_w025_LC_Steering_Override | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:29.805 | | | | | | | | | | | | | | | | | | | | 66 | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:29.836 | | | | | | | | | | | | | | | | | | | | | | | | | | | | APP_w271_laneChangeAborted | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:29.852 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:30.003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:30.102 | | | | | | | | | 33.6 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:30.255 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:30.371 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:30.499 | | | | | | | 67.1 | 35.2 | | 41.25 | 81.75 | -0.8 | -0.01 | | | | | 12.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:30.702 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:31.062 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:31.103 | | | | | | | | | 42.4 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:31.106 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:31.370 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:31.412 | | | | | | | | | | | | | | | | | | | | | | AVAILABLE, 2.0 | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:31.499 | | | | | | | 70.1 | 25.2 | | 11.25 | 78.25 | -1.4 | 0.27 | | | | | 47.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:31.726 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:32.066 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:32.115 | | | | | | | | | 36.0 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:32.415 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:32.506 | | | | | | | 70.2 | 16.0 | | -0.25 | 0.25 | 1.2 | 2.01 | | | | | 41.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:32.529 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:32.570 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:33.114 | | | | | | | | | 16.0 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:33.115 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:33.502 | | | | | | | 69.2 | 6.0 | | -0.5 | -50.5 | 0.1 | 0.63 | | | | | 36.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:34.114 | | | | | | | | | 9.2 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:34.505 | | | | | | | 67.4 | 12.0 | | 0 | -30.5 | -1.3 | -0.95 | | | | | 32.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:35.114 | | | | | | | | | 14.0 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:35.115 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:35.505 | | | | | | | 66.5 | 14.0 | | 0 | -10.75 | -1.5 | -1.1 | | | | | 27.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:36.509 | | | | | | | 65.5 | 14.4 | | 0 | -24.25 | -1.6 | -0.61 | | | | | 24.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:36.852 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:37.114 | | | | | | | | | 20.0 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:37.206 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:37.502 | | | | | | | 65.2 | 23.2 | | 0 | 35 | -3.6 | -1.15 | | | | | 20.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:37.526 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:37.902 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:38.113 | | | | | | | | | 27.6 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:38.209 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:38.506 | | | | | | | 66.2 | 31.2 | | 10.25 | 81.25 | -2.5 | -1.57 | | | | | 17.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:38.570 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:38.890 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:39.115 | | | | | | | | | 31.6 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:39.254 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:39.499 | | | | | | | 67.6 | 28.4 | | 2.25 | 77 | -2.9 | -0.75 | | | | | 13.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:39.574 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:39.599 | | | | | | | | | | | | | | | | | | | | | | UNAVAILABLE, 1.0 | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:40.101 | | | | | | | | | 28.8 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:40.496 | | | | | | | 68.6 | 25.6 | | 0 | 57 | -0.9 | 0.21 | | | | | 33.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:40.664 | | | | | | | | | | | | | | | | | | | | | | AVAILABLE, 2.0 | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:41.101 | | | | | | | | | 26.0 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:41.499 | | | | | | | 69.0 | 17.6 | | 0 | 12.25 | -0.1 | 0.54 | | | | | 34.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:42.101 | | | | | | | | | 18.8 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:42.496 | | | | | | | 68.7 | 18.4 | | 0 | 11.25 | -0.4 | -0.31 | | | | | 35.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:43.120 | | | | | | | | | 18.4 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:43.498 | | | | | | | 68.3 | 18.4 | | 0 | 11.25 | -1.8 | -1.31 | | | | | 36.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:44.101 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:44.500 | | | | | | | 68.1 | 19.2 | | 0 | 12.25 | -0.4 | 0.61 | | | | | 38.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:45.105 | | | | | | | | | 20.0 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:45.496 | | | | | | | 68.0 | 20.0 | | 0 | 20.5 | -0.7 | -0.52 | | | | | 40.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:46.101 | | | | | | | | | 20.4 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:46.499 | | | | | | | 68.0 | 20.0 | | 0 | 22 | -0.9 | -0.39 | | | | | 43.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:47.120 | | | | | | | | | | | | | | | | | | | | | | | | RWD, 2.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:47.209 | | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:47.294 | | | | | | | | | | | | | | | | | | | | | | | | RWD, 2.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:47.313 | | | | | | | | | | | | | | | | | | | | | | | | | | | | APP_w216_driverOverriding | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:47.344 | | | | | | | | | | | | | | | | | | | | | | ACTIVE_NAV, 5.0 | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:47.402 | | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:47.451 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:47.496 | | | | | | | 68.0 | 20.4 | | 0 | 22 | -1.3 | -0.1 | | | | | 45.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:48.263 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:48.294 | | | | | | | | | | | | | | | | | | | | CRS_STATE_ENABLED, 2.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:48.312 | | | | | | | | | | | | | | | | | | | | | | | | UP_2ND, 4.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:48.409 | | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:48.492 | | | | | | | | | | | | | | | | | | | | 70 | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:48.498 | | | | | | | 67.5 | 0.0 | | -3 | -51.25 | -2.9 | 0.02 | | | | | 48.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:48.619 | | | | | | | | | | | | | | | | | | | | | | | | UP_2ND, 4.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:48.720 | | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:48.796 | | | | | | | | | | | | | | | | | | | | 75 | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:49.096 | | | | | | | | | 12.8 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:49.380 | | | | | | | | | | | | | | | | | | | | | | | | UP_2ND, 4.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:49.475 | | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:49.496 | | | | | | | | | | | | | | | | | | | | 80 | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:49.499 | | | | | | | 67.7 | 0.0 | | 2.5 | 77.5 | -1.7 | -0.07 | | | | | 51.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:09:49.676 | | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |

CONFIDENTIAL BUSINESS INFORMATION

The data table on this page is illegible at the available resolution. Column headers are rotated and the numeric data cells cannot be read reliably.

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

| VIN | DATE (UTC) | ODOMETER (miles) | PARK BUTTON STATUS | GEAR SELECTOR STATUS | GEAR POSITION | DRIVER PRESENT | VEHICLE SPEED (mph) (179.75 mph is recorded when vehicle is off) | ACCELERATOR PEDAL POSITION (%) (102 is recorded when vehicle is off) | MAX ACCELERATOR PEDAL POSITION SENSOR A (%) (max since previous sample) | REAR DRIVE MOTOR TORQUE (N-m) | FRONT DRIVE MOTOR TORQUE (N-m) | STEERING ANGLE SENSOR (degrees) (positive indicates right turn, +/-819.2 is recorded when signal not available) | STEERING INPUT TORQUE SENSOR (N-m) | DRIVER BRAKE PEDAL APPLICATION | BRAKE APPLICATION | STABILITY CONTROL STATUS | ABS BRAKE EVENT | DETECTED LEAD VEHICLE DISTANCE (m) (127.5 is recorded when no vehicle is detected) | CRUISE CONTROL STATE | CRUISE CONTROL SET SPEED | AEB SYSTEM STATE | AUTOSTEER STATE | AUTOSTEER HANDS ON DETECTION | CRUISE STALK USAGE | AIRBAG WARNING INDICATOR | FRONT CRASH DETECTION | CRASH SEVERITY | ALERT | END_OF_COLUMNS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5YJSA1E24KF302997 | 2019-04-26 00:16:11.789 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:11.999 | | | | | | 32.1 | 16.4 | | -62 | -17.25 | -13.3 | -0.72 | | | | | 18.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:12.104 | | | | | | | | | | | | | | | | | | | | | UNAVAILABLE, 1.0 | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:12.202 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:12.542 | | | | | | | | 22.0 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:12.543 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:13.003 | | | | | | 32.7 | 27.6 | | 110.5 | 0 | -16.1 | -1.94 | | | | | 5.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:13.554 | | | | | | | | 27.6 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:14.003 | | | | | | 34.7 | 18.8 | | 30.5 | 0 | -18.3 | -1.43 | | | | | 7.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:14.133 | | | | | | | | | | | | | | | | | | | | | AVAILABLE, 2.0 | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:14.543 | | | | | | | | 19.6 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:14.809 | | | | | | | | | | | | | | | | | | | | | | | RWD, 2.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:14.913 | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:14.976 | | | | | | | | | | | | | | | | | | CRS_STATE_OVERRIDE, 4.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:15.005 | | | | | | 35.4 | 22.0 | | 49.5 | 0 | -10.6 | -0.14 | | | | | 9.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:15.010 | | | | | | | | | | | | | | | | | | | | | | | RWD, 2.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:15.049 | | | | | | | | | | | | | | | | | | | | | ACTIVE_NAV, 5.0 | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:15.062 | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:15.073 | | | | | | | | | | | | | | | | | | | 60 | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:15.136 | | | | | | | | | | | | | | | | | | | | | | | RWD, 2.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:15.243 | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:15.543 | | | | | | | | 24.4 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:16.004 | | | | | | 37.1 | 23.6 | | 87.5 | 0 | -7.5 | -0.47 | | | | | 93.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:16.542 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:16.733 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:16.939 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:17.005 | | | | | | 38.3 | 19.2 | | 36.25 | 0 | 2.4 | -0.12 | | | | | 94.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:17.279 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:17.542 | | | | | | | | 20.4 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:17.885 | | | | | | | | | | | | | | | | | | CRS_STATE_ENABLED, 2.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:18.005 | | | | | | 38.8 | 1.2 | | 19.5 | 0 | 3.2 | 0.09 | | | | | 29.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:18.009 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:18.543 | | | | | | | | 18.8 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:19.005 | | | | | | 39.5 | 0.0 | | 52.5 | 0 | -1.2 | 0.02 | | | | | 19.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:19.545 | | | | | | | | 0.0 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:20.005 | | | | | | 40.4 | 0.0 | | 26.25 | 0 | -0.8 | 0 | | | | | 29.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:21.005 | | | | | | 40.5 | 0.0 | | 0.75 | 0 | -0.4 | -0.14 | | | | | 20.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:22.000 | | | | | | 39.5 | 0.0 | | -53.25 | -2.5 | 1.6 | -0.06 | | | | | 20.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:22.205 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:22.485 | | | | | | 37.0 | 0.0 | | -51 | -60.75 | -2.5 | -0.02 | | | | | 18.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:23.486 | | | | | | 34.3 | 0.0 | | -55.75 | -2 | 3.1 | -0.36 | | | | | 18.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:23.806 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:24.485 | | | | | | 33.6 | 0.0 | | 5.25 | 0 | 9.1 | -0.21 | | | | | 18.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:24.707 | | | | | | | | | | | | | | | | | | | | | | | UP_2ND, 4.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:24.730 | | | | | | | | | | | | | | | | | | | | | ACTIVE_RESTRICTED, 4.0 | LC_HANDS_ON_REQD_DETECTED, 1.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:24.746 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:24.786 | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:24.807 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_DETECTED, 1.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:24.824 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:24.970 | | | | | | | | | | | | | | | | | | | | | | | | | | | PM_w012_canData | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:24.971 | | | | | | | | | | | | | | | | | | | | | | | | | | | DI_w094_canData | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:25.487 | | | | | | 33.5 | 0.0 | | -10 | 0 | 10.1 | -0.17 | | | | | 18.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:26.085 | | | | | | | | | | | | | | | | | | | | | | | UP_2ND, 4.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:26.107 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_DETECTED, 1.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:26.126 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:26.248 | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:26.266 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_DETECTED, 1.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:26.282 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:26.486 | | | | | | 32.3 | 0.0 | | -63.25 | -1.75 | 9.9 | 0.02 | | | | | 18.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:27.092 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:27.487 | | | | | | 30.0 | 0.0 | | -77.25 | -20.25 | 8.1 | -0.06 | | | | | 17.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:28.291 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:28.498 | | | | | | 28.0 | 0.0 | | -33.75 | -0.25 | 11.7 | -0.14 | | | | | 17.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:28.934 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:29.026 | | | | | | | | 11.2 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:29.248 | | | | | | | | | | | | | | | | | | | | | ACTIVE_NAV, 5.0 | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:29.460 | | | | | | | | | | | | | | | | | | CRS_STATE_OVERRIDE, 4.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:29.482 | | | | | | 28.1 | 34.0 | | 86 | 0 | 13.0 | -0.07 | | | | | 18.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:30.027 | | | | | | | | 34.4 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:30.482 | | | | | | 32.6 | 29.2 | | 161.25 | 2.25 | 9.8 | 0.07 | | | | | 19.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:31.026 | | | | | | | | 30.8 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:31.482 | | | | | | 36.0 | 23.2 | | 107.5 | -0.25 | 10.3 | -0.07 | | | | | 18.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:31.557 | | | | | | | | | | | | | | | | | | CRS_STATE_ENABLED, 2.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:31.859 | | | | | | | | | | | | | | | | | | CRS_STATE_OVERRIDE, 4.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:32.028 | | | | | | | | 28.4 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:32.427 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:32.486 | | | | | | 37.3 | 20.8 | | 51.25 | 0 | 7.9 | 0.04 | | | | | 17.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:33.030 | | | | | | | | 21.2 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:33.485 | | | | | | 38.3 | 20.8 | | 50.75 | 0 | 4.2 | 0.1 | | | | | 17.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:34.030 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:34.259 | | | | | | | | | | | | | | | | | | CRS_STATE_ENABLED, 2.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:34.386 | | | | | | | | | | | | | | | | | | CRS_STATE_OVERRIDE, 4.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:34.482 | | | | | | 39.3 | 20.8 | | 50.25 | 0 | -2.0 | 0.18 | | | | | 17.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:35.030 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:35.258 | | | | | | | | | | | | | | | | | | CRS_STATE_ENABLED, 2.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:35.486 | | | | | | 40.2 | 21.2 | | 52 | 0 | -2.0 | -0.02 | | | | | 17.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:35.557 | | | | | | | | | | | | | | | | | | CRS_STATE_OVERRIDE, 4.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:36.027 | | | | | | | | 22.4 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:36.484 | | | | | | 41.5 | 26.4 | | 96.25 | 0 | -0.8 | 0.09 | | | | | 18.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:37.030 | | | | | | | | 27.2 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:37.484 | | | | | | 43.9 | 26.8 | | 106 | 1.5 | -1.5 | 0.01 | | | | | 18.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:37.858 | | | | | | | | | | | | | | | | | | CRS_STATE_ENABLED, 2.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:38.032 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:38.182 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_DETECTED, 1.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:38.296 | | | | | | | | | | | | | | | | | | | | | | | RWD, 2.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:38.485 | | | | | | 44.6 | 8.0 | | -33 | 0 | -0.9 | -0.59 | | | | | 17.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:38.528 | | | | | | | | | | | | | | | | | | | | | | | IDLE, 0.0 | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:38.530 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:38.892 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:38.941 | | | | | | | | | | | | | | | | | | | | | | | | | | | APP_w216_driverOverriding | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:39.034 | | | | | | | | 9.2 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:39.217 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:39.385 | | | | | | | | | | | | | | | | | | | 63 | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:39.484 | | | | | | 42.8 | 10.8 | | -56.25 | -9 | -1.4 | -0.37 | | | | | 16.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:39.557 | | | | | | | | | | | | | | | | | | CRS_STATE_OVERRIDE, 4.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:39.572 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:39.739 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:39.858 | | | | | | | | | | | | | | | | | | CRS_STATE_ENABLED, 2.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:39.897 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:40.024 | | | | | | | | 12.8 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:40.025 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:40.251 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:40.484 | | | | | | 41.7 | 15.2 | | -3.5 | 0 | -6.1 | 0.13 | | | | | 16.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:40.570 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:40.935 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:40.958 | | | | | | | | | | | | | | | | | | CRS_STATE_OVERRIDE, 4.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:41.025 | | | | | | | | 20.0 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:41.251 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:41.485 | | | | | | 42.0 | 23.2 | | 67.5 | 0 | -3.9 | -0.11 | | | | | 17.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:41.616 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:41.804 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:41.941 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:42.022 | | | | | | | | 23.6 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:42.297 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:42.482 | | | | | | 43.4 | 23.2 | | 69.25 | 0 | -0.3 | -0.09 | | | | | 19.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:42.616 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:42.972 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:43.297 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:43.484 | | | | | | 44.8 | 16.4 | | 46.75 | 0 | 1.2 | -0.11 | | | | | 59.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:43.557 | | | | | | | | | | | | | | | | | | CRS_STATE_ENABLED, 2.0 | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:43.652 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:43.841 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:43.972 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:44.485 | | | | | | 45.3 | 0.0 | | 52.25 | 0 | 1.6 | 0.07 | | | | | 64.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:45.025 | | | | | | | | 0.0 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:45.485 | | | | | | 47.0 | 0.0 | | 99.5 | 0 | 0.3 | 0.1 | | | | | 22.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:45.617 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:46.490 | | | | | | 48.5 | 0.0 | | 83 | 0 | -1.4 | 0.06 | | | | | 23.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:47.482 | | | | | | 50.1 | 0.0 | | 78.75 | 0 | -0.2 | -0.1 | | | | | 24.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:48.482 | | | | | | 51.8 | 0.0 | | 77 | 0 | -1.8 | 0.03 | | | | | 25.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:49.482 | | | | | | 53.3 | 0.0 | | 80 | 0 | -1.7 | 0.09 | | | | | 26.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:50.482 | | | | | | 54.8 | 0.0 | | 70.25 | 0 | -1.2 | 0.02 | | | | | 27.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:51.500 | | | | | | 55.9 | 0.0 | | 60.5 | 0 | -2.4 | 0.11 | | | | | 28.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:52.219 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:52.482 | | | | | | 56.8 | 0.0 | | 42.75 | 0 | -0.7 | -0.14 | | | | | 29.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:53.482 | | | | | | 57.4 | 0.0 | | 38.5 | 0 | -0.3 | 0.04 | | | | | 30.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:54.331 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:54.482 | | | | | | 58.1 | 0.0 | | 51 | 0 | -1.1 | 0.07 | | | | | 31.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:55.482 | | | | | | 59.1 | 0.0 | | 60.25 | 0 | -1.2 | 0.12 | | | | | 32.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:56.166 | | | | | | | | | | | | | | | | | | | 55 | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:56.482 | | | | | | 59.8 | 0.0 | | 10.5 | 0 | -1.5 | -0.01 | | | | | 33.0 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:57.482 | | | | | | 59.0 | 0.0 | | -41 | 0 | 0.6 | -0.1 | | | | | 34.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:57.618 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:57.621 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:57.622 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:57.625 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_DETECTED, 1.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:57.646 | | | | | | | | | | | | | | | | | | | | | | LC_HANDS_ON_REQD_NOT_DETECTED, 2.0 | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:57.972 | | | | | | | | | | | | | | | | | | | 60 | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:57.979 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:58.300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:58.424 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:58.482 | | | | | | 58.0 | 0.0 | | -1.25 | 0 | -1.5 | 0.05 | | | | | 36.5 | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:58.670 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:58.822 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:58.980 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:59.025 | | | | | | | | 6.0 | | | | | | | | | | | | | | | | | | | | |
| 5YJSA1E24KF302997 | 2019-04-26 00:16:59.337 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

The page content is a large, dense spreadsheet/data table that is illegible at this resolution. The individual cell values cannot be reliably read.

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION