# EXHIBIT D



# Transcript of Police Camera Video Excerpt

**Case:** Benavides/Estate of Leon, et al. -v- Tesla, Inc. / Angulo -v- Tesla, Inc.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
1            BENAVIDES/ESTATE OF LEON, et al.
2                           V
3                      TESLA, INC.
4
5                         ANGULO
6                           V
7                      TESLA, INC.
8
9
10
11
12
13
14
15
16
17
18
19
20  Job: 550482
21  Pages: 1 - 15
22  Transcribed by: Steph Mistele
```

```
 1                    PROCEEDINGS
 2
 3       UNKNOWN OFFICER: 71-11, we have no road
 4  closure. Vehicles are off to the side of the road.
 5       UNKNOWN FEMALE: You need me to move my car?
 6       UNKNOWN OFFICER: Is that your car?
 7       UNKNOWN FEMALE: I can move my car. I just don't
 8  want to leave him here by himself.
 9       UNKNOWN OFFICER: Who else is involved?
10       UNKNOWN FEMALE: From what I understand, just
11  him. He was driving the car and was here.
12       GEORGE MCGEE: I was driving. I dropped my phone
13  and looked down and I ran a stop sign and hit the
14  guy's car.
15       UNKNOWN OFFICER: Sir, which car are you
16  driving?
17       GEORGE MCGEE: This car, Tesla, right here.
18       UNKNOWN FEMALE: They're helping you right now,
19  okay?
20       UNKNOWN OFFICER: Do me a favor. Just grab your
21  driver's license. Are you okay?
22       GEORGE MCGEE: Yes, sir. I just got to--
```

1    UNKNOWN OFFICER: Hang on tight. Hang on tight.
2    GEORGE MCGEE: Just got a bump on my, uh...
3    UNKNOWN FEMALE: I can move my car if you need
4  me to move my car.
5    GEORGE MCGEE: This poor guy. This poor. Hey,
6  babe, I'll have to call you back.
7    UNKNOWN OFFICER: Boss?
8    GEORGE MCGEE: Say hi to the kids.
9    UNKNOWN OFFICER: Boss?
10   UNKNOWN FEMALE: I just don't want him to move
11 his face. His eyes are (inaudible).
12   UNKNOWN SPEAKER: You-- what car were you in?
13   GEORGE MCGEE: I was in the Tesla.
14   UNKNOWN OFFICER: Hey, guys.
15   GEORGE MCGEE: I looked down. I didn't--
16   UNKNOWN OFFICER: Guys. What's going on? This
17 guy's agonal.
18   UNKNOWN SPEAKER: These guys--
19   UNKNOWN SPEAKER: You were-- you were in the
20 vehicle as well?
21   UNKNOWN SPEAKER: Go get the (inaudible) bag.
22   GEORGE MCGEE: I'm fine. Don't worry about me.

```
1   Just take care of the guy.
2          UNKNOWN SPEAKER: Hey, look at me. What
3   happened?
4          UNKNOWN OFFICER: 71-11, this is a trauma alert.
5          UNKNOWN SPEAKER: Don't touch. Don't touch.
6   Don't touch. What happened? What happened?
7          UNKNOWN FEMALE: Sir, let me know if you need me
8   to move just in case.
9          UNKNOWN OFFICER: (inaudible).
10         UNKNOWN FEMALE: That's my car. I can move it on
11  the side if you want me to.
12         UNKNOWN OFFICER: Do me a favor. Do me a favor.
13  Go ahead and move it right over here. Thank you.
14         UNKNOWN FEMALE: Yeah, of course.
15         UNKNOWN OFFICER: Did you see the accident?
16         UNKNOWN FEMALE: No. I was-- actually just came
17  out of work and I saw the people standing with him
18  and I heard--
19         UNKNOWN SPEAKER: Hey, is there another patient
20  (inaudible)?
21         UNKNOWN SPEAKER: Anybody else (inaudible)?
22         GEORGE MCGEE: No, sir. Just me.
```

```
1         UNKNOWN SPEAKER: Are you okay?
2         GEORGE MCGEE: Yes, sir. I was heading
3    (inaudible).
4         UNKNOWN SPEAKER: What happened?
5         GEORGE MCGEE: I dropped my phone. I was trying
6    to call. We're flying out for a funeral tomorrow
7    morning and I was trying to call to get my wife's
8    stuff ready at the airline. And I looked down and ran
9    right through here and hit the guy's car.
10        UNKNOWN SPEAKER: You hit this car?
11        GEORGE MCGEE: Yeah. I slammed on my brakes when
12   I saw it.
13        UNKNOWN SPEAKER: Okay, where are you coming
14   from, Ocean Reef?
15        GEORGE MCGEE: I'm going to (inaudible).
16        UNKNOWN SPEAKER: Whoa, whoa. Whoa, whoa, whoa.
17   Let me get this up.
18        UNKNOWN SPEAKER: (inaudible) paramedic. She's a
19   nurse (inaudible) if you guys need anything.
20        UNKNOWN SPEAKER: No, we're good right now.
21   We've got more crews coming.
22        UNKNOWN OFFICER: Listen, boss. I need you to
```

1  stand right over there. Just hang on tight, all
2  right?
3      UNKNOWN SPEAKER: Clear the airway, load and go.
4      UNKNOWN SPEAKER: Yep, yep.
5      UNKNOWN OFFICER: Let's go guys. Come on.
6      UNKNOWN FEMALE: He's got a head injury.
7      UNKNOWN SPEAKER: Yeah, we're going to have to
8  check him out too.
9      UNKNOWN SPEAKER: Got some shit.
10     UNKNOWN SPEAKER: Was anyone else in the vehicle
11 with this guy?
12     UNKNOWN SPEAKER: No, just him. Can you look at
13 me? Look at me. Look at me.
14     UNKNOWN SPEAKER: You guys got any suction?
15     UNKNOWN FEMALE: (inaudible) in the car too?
16     GEORGE MCGEE: Yes, ma'am. I (inaudible) dropped
17 my phone. I reached down (inaudible).
18     UNKNOWN SPEAKER: Does he have a gag
19 (inaudible)?
20     UNKNOWN SPEAKER: Yeah, he had a gag
21 (inaudible).
22     UNKNOWN SPEAKER: Okay. Okay, let's get the

```
 1   suction. Just put him in the back. We'll get him in
 2   the truck and suction him. Come on. Fast.
 3        UNKNOWN SPEAKER: Hey, we got any--
 4        UNKNOWN OFFICER: Guys. Neck brace. Airway.
 5   Let's go. Come on.
 6        UNKNOWN SPEAKER: Yeah, yeah.
 7        UNKNOWN OFFICER: We got to go, bro. Let's go.
 8   Come on, come on, come on.
 9        UNKNOWN SPEAKER: Easy. Start taking reports.
10        UNKNOWN SPEAKER: Okay. Hold the C-spine right
11   there.
12        UNKNOWN SPEAKER: I got it. Okay. Check his
13   back. Check his back.
14        UNKNOWN OFFICER: Jesus Christ.
15        UNKNOWN FEMALE: Okay.
16        GEORGE MCGEE: Officer, I've got a-- oh, my God.
17   This guy's bad.
18        UNKNOWN OFFICER: Boss, how much have you had to
19   drink tonight?
20        GEORGE MCGEE: None. Zero. I just left my office
21   in Boca. 100% sure. I also have a firearm in there.
22   I've got my concealed weapons carry.
```

```
1          UNKNOWN OFFICER: Just hang on tight.
2          GEORGE MCGEE: (inaudible). It was actually
3    because I was driving on. I looked down and I've been
4    using the cruise control and I looked down, I didn't
5    realize (inaudible) and I was sat up. The minute I
6    sat up I hit the brakes and saw his truck.
7          UNKNOWN OFFICER: Which way were you going?
8          GEORGE MCGEE: I was coming from the T here.
9          UNKNOWN OFFICER: Did you stop at the stop sign?
10         GEORGE MCGEE: No, I didn't, sir. I don't think.
11   I honestly don't know. I looked down. I didn't know
12   how close I was to the intersection. And I was
13   driving on cruise going for-- and I looked down and--
14   to get the phone I dropped. I was on with the airline
15   for my wife for tomorrow's funeral I'm going to. And
16   I reached down. I didn't see it. And then when I
17   popped up and looked, I saw a black truck. It just
18   happened so fast.
19         UNKNOWN OFFICER: Are you okay?
20         GEORGE MCGEE: I think so. I don't know. I've
21   got an eye injury.
22         UNKNOWN FEMALE2: He's got a huge--
```

Transcript of Police Camera Video Excerpt

9

```
1         GEORGE MCGEE: But I'm just-- my God, man. This
2    guy.
3         UNKNOWN OFFICER: Do you have any medical
4    problems?
5         GEORGE MCGEE: No, sir, not at all.
6         UNKNOWN OFFICER: All right. What do you do?
7         GEORGE MCGEE: I manage a private equity fund
8    out of Boca.
9         UNKNOWN OFFICER: That'll explain the Tesla.
10        GEORGE MCGEE: Yes, sir. I mean, I-- God. Poor
11   guy. (inaudible) way right now. What can I do for
12   him?
13        UNKNOWN FEMALE2: Pray.
14        UNKNOWN SPEAKER: Okay, guys.
15        UNKNOWN OFFICER: 71-11 (inaudible).
16        UNKNOWN SPEAKER: (inaudible) truck and suction.
17   Okay?
18        UNKNOWN OFFICER: Vehicle 2.
19        UNKNOWN SPEAKER: Okay, guys.
20        UNKNOWN OFFICER: Delta, X-ray, Tango, Romeo,
21   Romeo. D-X-T-R-R. It's black in color, Chevy Tahoe.
22   So far.
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

1  UNKNOWN SPEAKER: Okay, go ahead.
2  UNKNOWN OFFICER: Vehicle 1. Lima, Foxtrot,
3  Yankee, Bravo, 8-8. LFYB88. Gray Tesla. Going to
4  (inaudible).
5  UNKNOWN SPEAKER: Start checking out this guy
6  right here.
7  UNKNOWN FEMALE2: He's got a (inaudible) on his
8  head.
9  UNKNOWN SPEAKER: How you doing, sir?
10  GEORGE MCGEE: Hey, how are you, sir?
11  UNKNOWN SPEAKER: How are you feeling?
12  UNKNOWN OFFICER: (inaudible).
13  UNKNOWN SPEAKER: Hey, don't worry about that.
14  Don't worry about that.
15  UNKNOWN OFFICER: One more (inaudible).
16  UNKNOWN SPEAKER: Stretcher. Get the fucking
17  stretcher over here. Shit.
18  UNKNOWN OFFICER: Mike, 2-0-0-3-0-2-7-6-4-1-2-0.
19  UNKNOWN SPEAKER: Okay, go. One, two, three. Get
20  him in there. Let's suction him.
21  UNKNOWN OFFICER: All (inaudible) run the
22  (inaudible) of the Tahoe.

1       GEORGE MCGEE: Going to see my kids and my wife.
2 They're like 10 minutes away.
3       UNKNOWN SPEAKER: (inaudible).
4       GEORGE MCGEE: Can my wife come pick me up or
5 someone?
6       UNKNOWN SPEAKER: No, no, no. We (inaudible) you
7 to go.
8       UNKNOWN OFFICER: You didn't see the accident?
9       UNKNOWN FEMALE: No, sir. I actually just got
10 out of work and I stopped at the stop sign and I
11 heard him on the phone--
12       GEORGE MCGEE: How do I stay in touch with this
13 guy?
14       UNKNOWN FEMALE: --and I notice that--
15       GEORGE MCGEE: --to make sure--
16       UNKNOWN FEMALE: --the other person was on the
17 floor.
18       UNKNOWN OFFICER: Mr. McGee?
19       GEORGE MCGEE: Yes, sir.
20       UNKNOWN OFFICER: Just do me a favor. Just hang
21 on tight, okay?
22       GEORGE MCGEE: No problem, sir.

```
1          UNKNOWN SPEAKER: Does anybody got a-- no one's
2    at the station?
3          UNKNOWN SPEAKER: You feeling all right?
4          GEORGE MCGEE: Yeah, I'm just really upset. I
5    was using the stupid cruise control and I looked
6    down.
7          UNKNOWN SPEAKER: Just do me a favor, just don't
8    (inaudible) walking around. Mind if I take your shirt
9    off?
10         GEORGE MCGEE: No, sir.
11         UNKNOWN SPEAKER: I have (inaudible).
12         GEORGE MCGEE: I got his blood on me. I was
13   trying to check him when I first saw him over there.
14         UNKNOWN OFFICER: It looks to be a 20- to 30-
15   year-old male. Copy. I'm going to have to run this
16   through the records to see if I can find a DL. How
17   about the other guy, McGee? Copy. Thank you. Going
18   back to (inaudible). 71-11, I have the other party's
19   DL. Alpha 5-2-4-1-6-1-9-2-1-3-4-0.
20         UNKNOWN OFFICER: How did he get out of the car?
21         UNKNOWN FEMALE: He was on the floor when I--
22         GEORGE MCGEE: He was-- he was here when I got
```

```
 1   out of the car as well.
 2           UNKNOWN OFFICER: Do you remember at all? Do you
 3   think--
 4           GEORGE MCGEE: No, I just went in the car to
 5   make sure no one else was there when the officer
 6   asked--
 7           UNKNOWN OFFICER: Hold on. Hold on. Hold on.
 8   Hold on. So, you're telling me that when you got out
 9   of your car, he was already laying on that ground?
10           GEORGE MCGEE: Yeah, on the ground. But I don't
11   know if he was-- I think he stumbled out. I don't
12   know if he was in the car or not. I don't know where
13   he was standing.
14           UNKNOWN OFFICER: All right, he got ejected.
15           UNKNOWN FEMALE: He got ejected?
16           UNKNOWN OFFICER: He got ejected.
17           UNKNOWN FEMALE: Where?
18           GEORGE MCGEE: Holy shit. On the passenger side?
19   Oh, my God.
20           UNKNOWN SPEAKER: There's no one else here, is
21   there?
22           UNKNOWN FEMALE: Wait a minute though. There's
```

1  ladies' flip-flops under the car.
2       UNKNOWN OFFICER: Yeah, but it was (inaudible)
3  when it spun.
4       UNKNOWN FEMALE: There's ladies' flip-flops
5  under the car.
6       UNKNOWN SPEAKER: When it spun.
7       UNKNOWN OFFICER: I don't know.
8       UNKNOWN FEMALE: There's a pair of ladies' flip-
9  flops.
10      GEORGE MCGEE: Please tell me no. Please tell me
11 this.
12      UNKNOWN OFFICER: Get back.
13      GEORGE MCGEE: Shit. I'm sorry.
14      UNKNOWN FEMALE: Ladies' flip-flops under there.
15
16
17 (The recording was concluded.)
18
19
20
21
22

```
 1              CERTIFICATE OF TRANSCRIBER
 2              I, Steph Mistele, do hereby certify that
 3    this transcript was prepared from the digital audio
 4    recording of the foregoing proceeding; that said
 5    transcript is a true and accurate record of the
 6    proceedings to the best of my knowledge, skills, and
 7    ability; and that I am neither counsel for, related
 8    to, nor employed by any of the parties to the case
 9    and have no interest, financial or otherwise, in its
10    outcome.
11
12
13    _____
14    STEPH MISTELE
15    August 20, 2024
16
17
18
19
20
21
22
```