# EXHIBIT F

```
1                UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF FLORIDA

3    _____

4    NEIMA BENAVIDES, as        :

5    Personal Representative of:

6    the Estate of Naibel       :

7    Benavides Leon, deceased, :

8              Plaintiff,       : Case No.

9       v.                      : 21-cv-21940-BLOOM/Torres

10   TESLA, INC., a/k/a Tesla   :

11   Florida, Inc.,             :

12              Defendant.      :

13   _____:

14   DILLON ANGULO,             :

15   Plaintiff,                 : Case No.

16      v.                      : 22-22607-KMM

17   TESLA, INC., a/k/a Tesla   :

18   Florida, Inc.,             :

19   Defendant.                 :

20   _____:

21        Video-recorded videoconference deposition of

22              ROBERT L. SUMWALT, III

23                  via Zoom

24            Tuesday, July 9, 2024

25               9:10 a.m. PDT
```

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    2

1   Job No.:  542762

2   Pages:  1 - 258

3   Reported by:  MARLA SHARP, RPR, CLR, CCRR,

4   OR CSR 17-0446, CA CSR 11924, WA CSR 3408

5

6

7

8

9

10      Video-recorded videoconference deposition of

11  ROBERT L. SUMWALT, III, held via Zoom pursuant to

12  notice, before Marla Sharp, a certified stenographic

13  reporter licensed in California, Oregon, and

14  Washington.

15

16

17

18

19

20

21

22

23

24

25

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    3

```
1                  A P P E A R A N C E S

2          (All parties appeared via videoconference.)

3

4    ON BEHALF OF PLAINTIFF NEIMA BENAVIDES

5          BRETT J. SCHREIBER, ESQ.

6          SINGLETON SCHREIBER, LLP

7          591 Camino de la Reina

8          Suite 1025

9          San Diego, California 92108

10         619-771-3473

11   and

12         TODD POSES, ESQ.

13         POSES & POSES, P.A.

14         169 East Flagler Street

15         Suite 1600

16         Miami, Florida 33131

17         305-577-0200

18

19

20

21

22

23

24

25
```

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    4

```
1              A P P E A R A N C E S

2         (All parties appeared via videoconference.)

3

4    ON BEHALF OF PLAINTIFF DILLON ANGULO

5         ADAM T. BOUMEL, ESQ.

6         THE ROUSSO, BOUMEL LAW FIRM, PLLC

7         9350 South Dixie Highway

8         Suite 1520

9         Miami, Florida 33156

10        888-241-4225

11

12   ON BEHALF OF DEFENDANT TESLA, INC.

13        THOMAS P. BRANIGAN, ESQ.

14        BOWMAN AND BROOKE LLP

15        101 West Big Beaver Road

16        Suite 1100

17        Troy, Michigan 48084

18        248-205-3300

19

20   ALSO PRESENT:

21        Michael Pietanza, Videographer

22        Tomas Reyes, Planet Depos Tech

23        Ryan McCarthy, Tesla

24        Jared Colthurst, Bowman and Brooke

25             Summer Associate
```

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    5

```
 1                        I N D E X
 2     EXAMINATION                              PAGE
 3     ROBERT SUMWALT
 4              BY MR. SCHREIBER              11, 239
 5              BY MR. BRANIGAN              89, 247
 6
 7
 8                  DEPOSITION EXHIBITS
 9     EXHIBIT            DESCRIPTION          PAGE
10     Exhibit 1    Amended Notice of Taking Remote   26
11                  Deposition (5 pages, not Bates
12                  stamped)
13
14     Exhibit 2    6-10-24 letter to William Thomas   26
15                  McMurry, Jr., from Carmela
16                  Birnbaum with related documents
17                  (9 pages, not Bates stamped)
18
19     Exhibit 3    Report entitled "A Collision   33
20                  Between a Car Operating With
21                  Automated Vehicle Control Systems
22                  and a Tractor Semitrailer Truck
23                  Near Williston, Florida, May 7,
24                  2016." (63 pages, not Bates
25                  stamped)
```

```
1                         I N D E X

2                        (continued)

3                 DEPOSITION EXHIBITS

4       EXHIBIT              DESCRIPTION              PAGE

5       Exhibit 4    New Safety Recommendations        42

6                    (20 pages, not Bates stamped)

7

8       Exhibit 5    Safety Recommendation H-17-041     47

9                    (11 pages, not Bates stamped)

10

11      Exhibit 6    2-25-20 text message to Elon Musk  55

12                   from Robert Sumwalt (1 page, not

13                   Bates stamped)

14

15      Exhibit 7    Safety Recommendation H-17-042     77

16                   (9 pages, not Bates stamped)

17

18      Exhibit 8    Code of Federal Regulations Title  98

19                   49, Part 835 - Testimony of Board

20                   Employees (4 pages, not Bates

21                   stamped)

22

23

24

25
```

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          7

```
 1                     I N D E X

 2                     (continued)

 3                DEPOSITION EXHIBITS

 4    EXHIBIT            DESCRIPTION            PAGE

 5    Exhibit 9   Testimony of the Honorable Robert   167

 6                L. Sumwalt, III, chairman of the

 7                NTSB Before the Committee on

 8                Commerce, Science, and

 9                Transportation of the United

10                States Senate on Highly Automated

11                Vehicles:  Federal Perspectives on

12                the Deployment of Safety

13                Technology (12 pages, not Bates

14                stamped)

15

16    Exhibit 10  Autosteer message (1 page, not    171

17                Bates stamped)

18

19    Exhibit 11  12-17-18 Tesla Model S Owner's    182

20                Manual excerpt (10 pages,

21                beginning Bates No.

22                BENAVIDES-00001795)

23

24

25
```

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          8

```
1                    I N D E X

2                    (continued)

3              DEPOSITION EXHIBITS

4    EXHIBIT            DESCRIPTION              PAGE

5    Exhibit 12   Manufacturer Responses to NTSB    203

6                 Safety Recommendation H-17-41

7                 (55 pages, not Bates stamped)

8

9    Exhibit 13   Documents to be provided by       253

10                witness

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              9

```
 1              P R O C E E D I N G S

 2                    - - -

 3         DEPO TECH REYES:  Thank you to everyone for        09:09:57

 4    attending this proceeding remotely, which we           09:10:09

 5    anticipate will run smoothly.                          09:10:11

 6         Please remember to speak slowly and do your       09:10:13

 7    best not to talk over one another.  Please be aware    09:10:14

 8    that we are recording this proceeding for backup       09:10:18

 9    purposes.                                              09:10:20

10         Any off-the-record discussions should be          09:10:21

11    had away from the computer.  Please remember to mute   09:10:22

12    your mike for those conversations.                     09:10:25

13         Please have your video enabled to help the        09:10:28

14    reporter identify who is speaking.  If you are         09:10:30

15    unable to connect with video and are connecting via    09:10:32

16    phone, please identify yourself each time before       09:10:35

17    speaking.  I apologize in advance for any              09:10:37

18    technical-related interruptions.  Thank you.           09:10:39

19         THE VIDEOGRAPHER:  All right.  Please stand        09:10:45

20    by for the video read-on.                              09:10:46

21         Here begins media No. 1 in the videotaped         09:10:51

22    deposition of Robert Sumwalt in the matter of          09:10:53

23    Benavides/Estate of Leon, et al., versus Tesla         09:10:58

24    Incorporated/Angulo verse Tesla Incorporated in the    09:11:05

25    United States District Court, Southern District of     09:11:06
```

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    10

| | | |
|---|---|---|
| 1 | Florida, Case No. 21-cv-21940-BLOOM/Torres. | 09:11:09 |
| 2 | Today's date is Tuesday, July 9th, 2024. | 09:11:20 |
| 3 | The time on the video monitor is 9:11 a.m. Pacific | 09:11:24 |
| 4 | time. | 09:11:27 |
| 5 | The remote videographer today is | 09:11:29 |
| 6 | Michael Pietanza, representing Planet Depos.  All | 09:11:31 |
| 7 | parties of this video deposition are attending | 09:11:34 |
| 8 | remotely. | 09:11:37 |
| 9 | Would counsel please voice identify | 09:11:37 |
| 10 | themselves and state whom they represent. | 09:11:40 |
| 11 | MR. SCHREIBER:  Good morning. | 09:11:41 |
| 12 | Brett Schreiber on behalf of the plaintiffs. | 09:11:41 |
| 13 | MR. BRANIGAN:  Good afternoon. | 09:11:45 |
| 14 | Tom Branigan from the Bowman and Brooke law firm for | 09:11:45 |
| 15 | Tesla Incorporated. | 09:11:50 |
| 16 | MR. SMITH:  I'm Joel Smith, also with | 09:11:54 |
| 17 | Bowman and Brooke, for Tesla. | 09:11:56 |
| 18 | THE VIDEOGRAPHER:  Thank you, Counsel. | 09:12:00 |
| 19 | MR. BOUMEL:  Adam -- | 09:12:01 |
| 20 | THE VIDEOGRAPHER:  Oh, sorry. | 09:12:01 |
| 21 | MR. BOUMEL:  Adam Boumel and Todd Poses | 09:12:02 |
| 22 | also for the plaintiffs. | 09:12:05 |
| 23 | THE VIDEOGRAPHER:  Thank you, Counsel. | 09:12:10 |
| 24 | The court reporter today is Marla Sharp, | 09:12:11 |
| 25 | representing Planet Depos.  The witness will now be | 09:12:12 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              11

| | | |
|---|---|---|
| 1 | sworn. | 09:12:15 |
| 2 | ROBERT L. SUMWALT, III, | 09:12:15 |
| 3 | having been first duly sworn, | 09:12:15 |
| 4 | was examined and testified as follows: | 09:12:15 |
| 5 | THE COURT REPORTER:  Thank you. | 09:12:15 |
| 6 | Counsel, you may proceed. | 09:12:15 |
| 7 | MR. SCHREIBER:  Thank you. | 09:12:29 |
| 8 | EXAMINATION | 09:12:16 |
| 9 | BY MR. SCHREIBER: | 09:12:30 |
| 10 | Q    I guess it's good afternoon, Mr. Sumwalt. | 09:12:30 |
| 11 | I introduced myself to you off the record.  My name | 09:12:35 |
| 12 | is Brett Schreiber.  I represent the plaintiffs in | 09:12:38 |
| 13 | this matter.  We appreciate you taking a little time | 09:12:40 |
| 14 | out of your day and chatting with us this morning. | 09:12:43 |
| 15 | Want to first start out and ask you to just | 09:12:47 |
| 16 | state your full name and spell your last name for | 09:12:49 |
| 17 | the record. | 09:12:51 |
| 18 | A    Yes.  My name is Robert Llewellyn -- and I | 09:12:53 |
| 19 | will spell that one -- Robert Llewellyn Sumwalt, | 09:12:56 |
| 20 | III.  Middle name is L-l-e-w-e-l-l-y-n.  And Sumwalt | 09:13:00 |
| 21 | is S-u-m-w-a-l-t. | 09:13:08 |
| 22 | Q    Thank you, sir.  Have you had your | 09:13:14 |
| 23 | deposition taken before? | 09:13:17 |
| 24 | A    On two occasions. | 09:13:19 |
| 25 | Q    All right.  And were those in a | 09:13:21 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                            12

| | | |
|---|---|---|
| 1 | professional capacity or in a personal capacity? | 09:13:23 |
| 2 | A One was in a personal capacity in 1981 | 09:13:26 |
| 3 | relative to a plane crash that I was in. And this | 09:13:30 |
| 4 | time last year it was -- I was hired as a -- as an | 09:13:35 |
| 5 | expert witness in an aviation case. | 09:13:38 |
| 6 | Q Got it. And so, while you've been deposed | 09:13:42 |
| 7 | about 40 years ago and again most recently, there | 09:13:46 |
| 8 | are a bunch of rules -- | 09:13:49 |
| 9 | A Yes. | 09:13:51 |
| 10 | Q -- regarding the deposition process. I'm | 09:13:51 |
| 11 | only going to cover, I think, the most important | 09:13:53 |
| 12 | ones. | 09:13:56 |
| 13 | And so the first is you were given the same | 09:13:57 |
| 14 | oath as if you were testifying in front of a judge | 09:13:59 |
| 15 | and a jury. | 09:14:02 |
| 16 | You understand that, correct? | 09:14:03 |
| 17 | A I do. | 09:14:05 |
| 18 | Q Secondly, these Zoom proceedings are such | 09:14:05 |
| 19 | that it's really important that I get my questions | 09:14:11 |
| 20 | out before you provide your answers and/or any | 09:14:14 |
| 21 | objections by counsel. And that is all for the | 09:14:19 |
| 22 | benefit of Madam Reporter and so that we have a | 09:14:23 |
| 23 | clean record that reads question, answer, question, | 09:14:26 |
| 24 | answer. | 09:14:28 |
| 25 | So be sure to give you the courtesy of | 09:14:29 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    13

| | | |
|---|---|---|
| 1 | giving me a full and complete response, and would | 09:14:32 |
| 2 | just ask that you allow me to finish my questions | 09:14:35 |
| 3 | before you answer them. | 09:14:38 |
| 4 | And if at any point you don't understand my | 09:14:39 |
| 5 | question or any part of my question, it's incumbent | 09:14:40 |
| 6 | upon you to tell me, "I don't understand your | 09:14:43 |
| 7 | question."  I'll do my best to rephrase it. | 09:14:45 |
| 8 | Is that fair? | 09:14:47 |
| 9 | A    It's fair.  Thank you.  And I understand. | 09:14:48 |
| 10 | Q    Thank you.  Similarly, we're going to be | 09:14:50 |
| 11 | asking you about some factual inquiries, right, and | 09:14:53 |
| 12 | some conversations, communications that you may have | 09:14:57 |
| 13 | had with individuals at Tesla and/or at the NTSB | 09:15:01 |
| 14 | some years ago. | 09:15:06 |
| 15 | I don't want you to guess or speculate, but | 09:15:08 |
| 16 | I am entitled to your best recollection and/or your | 09:15:11 |
| 17 | best estimate of events, times, things of that sort. | 09:15:16 |
| 18 | Do you understand the difference between | 09:15:21 |
| 19 | guesses and estimates for purposes of deposition | 09:15:23 |
| 20 | testimony? | 09:15:25 |
| 21 | A    Yes, I do. | 09:15:26 |
| 22 | Q    All right.  Lastly, sir, at the conclusion | 09:15:27 |
| 23 | of this deposition, you will be afforded the | 09:15:31 |
| 24 | opportunity to read it, review it, make any changes | 09:15:34 |
| 25 | you deem necessary to your answers, probably in the | 09:15:38 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          14

| | | |
|---|---|---|
| 1 | same way you may have been afforded that opportunity | 09:15:41 |
| 2 | in your last deposition a year or so ago. | 09:15:44 |
| 3 | Just simply caution you that substantive | 09:15:48 |
| 4 | changes, right, changing a "yes" to a "no," a | 09:15:50 |
| 5 | "black" to a "white," could impact your credibility | 09:15:52 |
| 6 | at the time of trial if you were to make those | 09:15:56 |
| 7 | changes after testifying.  So it's important for us | 09:15:59 |
| 8 | to try to get your best testimony here today. | 09:16:01 |
| 9 | Is that fair? | 09:16:03 |
| 10 | A     It's fair, and I understand. | 09:16:06 |
| 11 | Q     Very well.  Can you describe for us, | 09:16:07 |
| 12 | Mr. Sumwalt -- and let me say there are some other | 09:16:12 |
| 13 | rules.  They may come up during the course of the | 09:16:15 |
| 14 | deposition.  There'll be objections raised, and | 09:16:17 |
| 15 | we're going to talk about some of the legal | 09:16:19 |
| 16 | implications of this deposition in a moment when I | 09:16:22 |
| 17 | get to the notice. | 09:16:24 |
| 18 | But before we do that, I want to get a | 09:16:26 |
| 19 | little bit of background from you. | 09:16:28 |
| 20 | What is your education since high school? | 09:16:31 |
| 21 | A     I have a bachelor of science from the | 09:16:36 |
| 22 | University of South Carolina.  And I have a master | 09:16:38 |
| 23 | of science from Embry-Riddle Aeronautical | 09:16:40 |
| 24 | University. | 09:16:43 |
| 25 | Q     And what is your bachelor's and master's | 09:16:45 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              15

| | | |
|---|---|---|
| 1 | in? | 09:16:47 |
| 2 | A    The bachelor's is in business | 09:16:48 |
| 3 | administration, and the master's is -- as part of | 09:16:50 |
| 4 | aeronautical science, I have concentrations in | 09:16:55 |
| 5 | aviation and aerospace safety and aviation and | 09:16:58 |
| 6 | aerospace -- actually, that was aviation and | 09:17:03 |
| 7 | aerospace system safety and also in aviation human | 09:17:06 |
| 8 | factors. | 09:17:11 |
| 9 | And I did misspeak then.  It's actually an | 09:17:12 |
| 10 | MS in aeronautics and with a concentration in | 09:17:17 |
| 11 | aviation and aerospace safety systems and also a | 09:17:22 |
| 12 | concentration in aviation human factors. | 09:17:28 |
| 13 | Q    Fantastic.  Thank you for that. | 09:17:33 |
| 14 | And after you obtained your schooling, can | 09:17:35 |
| 15 | you just describe for us briefly your professional | 09:17:40 |
| 16 | experience from college or from the conclusion of | 09:17:42 |
| 17 | your graduate studies through the time that you | 09:17:45 |
| 18 | ultimately joined the NTSB? | 09:17:49 |
| 19 | A    Yes.  Actually, I did not complete my | 09:17:54 |
| 20 | master's until 2014.  So I was pretty far along in | 09:17:56 |
| 21 | life with that. | 09:17:59 |
| 22 | So let's start with receiving my bachelor's | 09:18:00 |
| 23 | in 1979.  I was then employed by the University of | 09:18:03 |
| 24 | South Carolina to be a pilot for the university.  I | 09:18:10 |
| 25 | flew full-time for them for about two years and then | 09:18:13 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                16

| | | |
|---|---|---|
| 1 | got hired by Piedmont Airlines, which became US Air, | 09:18:17 |
| 2 | which became US Airways. | 09:18:20 |
| 3 | I flew for them for approximately 24 years. | 09:18:23 |
| 4 | I then went for two years to work for a utility | 09:18:27 |
| 5 | company in Columbia, South Carolina, then named | 09:18:29 |
| 6 | SCANA, where I managed their corporate aviation | 09:18:32 |
| 7 | flight department. | 09:18:35 |
| 8 | And in August of 2006, I was appointed by | 09:18:37 |
| 9 | President George W. Bush to be a board member and | 09:18:44 |
| 10 | vice chairman of the National Transportation Safety | 09:18:48 |
| 11 | Board.  It was a five-year appointment.  In 2011, I | 09:18:51 |
| 12 | was reappointed by President Obama. | 09:18:54 |
| 13 | And in 2017, I was reappointed as board | 09:18:56 |
| 14 | member by President Trump and then also nominated | 09:19:00 |
| 15 | and confirmed to be the chairman of the NTSB.  That | 09:19:07 |
| 16 | was for a two-year term.  And then, when that | 09:19:12 |
| 17 | two-year term was about to expire, I was again | 09:19:14 |
| 18 | nominated and confirmed to be the chairman of the | 09:19:18 |
| 19 | NTSB. | 09:19:21 |
| 20 | I left NTSB on my 65th birthday, on June | 09:19:22 |
| 21 | the 30th of 19- -- not 19 but 2021 and was offered a | 09:19:28 |
| 22 | job at Embry-Riddle Aeronautical University to start | 09:19:35 |
| 23 | a safety center.  I started there on January the 4th | 09:19:38 |
| 24 | of '22. | 09:19:43 |
| 25 | I'm the executive director of the Boeing | 09:19:46 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    17

| | | |
|---|---|---|
| 1 | Center for Aviation and Aerospace Safety at | 09:19:48 |
| 2 | Embry-Riddle Aeronautical University. | 09:19:51 |
| 3 | Q    Fantastic.  Tell me generally about the | 09:19:57 |
| 4 | appointment as a board member for the NTSB. | 09:20:02 |
| 5 | How does one become appointed to the | 09:20:06 |
| 6 | National Transportation Safety Board? | 09:20:10 |
| 7 | A    Yes.  The board member positions -- and | 09:20:12 |
| 8 | there are five board members on the NTSB -- those | 09:20:14 |
| 9 | are presidentially appointed and confirmed by the | 09:20:16 |
| 10 | Senate, by the United States Senate.  So that's the | 09:20:20 |
| 11 | long and the short of that. | 09:20:23 |
| 12 | Q    All right.  When you were both a board | 09:20:25 |
| 13 | member and then later chairman, just describe for me | 09:20:32 |
| 14 | generally, what is the role of the NTSB?  What does | 09:20:37 |
| 15 | it do in our society? | 09:20:39 |
| 16 | A    Yeah.  I'll start with the biggest | 09:20:42 |
| 17 | misconception about the board members.  I went out | 09:20:43 |
| 18 | on 35 accidents in the 15 years I was there. | 09:20:46 |
| 19 | And I would read in the paper that | 09:20:51 |
| 20 | "Robert Sumwalt is the head investigator of this | 09:20:53 |
| 21 | investigation."  Not so.  The board members do not | 09:20:56 |
| 22 | investigate.  The board members do not lead | 09:21:00 |
| 23 | investigations. | 09:21:03 |
| 24 | When a board member such as myself would go | 09:21:03 |
| 25 | to an accident, it was for the purpose of being the | 09:21:06 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              18

| | | |
|---|---|---|
| 1 | public face of the investigation.  To be the | 09:21:10 |
| 2 | spokesperson, the media spokesperson, to meet with | 09:21:13 |
| 3 | the family members, to meet with the elected | 09:21:16 |
| 4 | officials. | 09:21:18 |
| 5 | So that is what our function would be. | 09:21:20 |
| 6 | So, really, I look at board member | 09:21:23 |
| 7 | positions as like I would look at a member of | 09:21:25 |
| 8 | Congress, that they are there to vote on products. | 09:21:28 |
| 9 | The investigative staff, professional | 09:21:32 |
| 10 | staff, does the investigation.  And then they bring | 09:21:34 |
| 11 | the products -- the draft investigation report up to | 09:21:36 |
| 12 | the board members for our deliberation and hopefully | 09:21:40 |
| 13 | our adoption. | 09:21:45 |
| 14 | Now, my role as chairman was a little | 09:21:47 |
| 15 | different, and I'll be glad to get into that if you | 09:21:49 |
| 16 | like. | 09:21:53 |
| 17 | Q    Yeah, please.  That was my next question. | 09:21:53 |
| 18 | A    Thank you.  I suspect like the Supreme | 09:21:56 |
| 19 | Court -- not that I'm anything like a Supreme Court | 09:21:59 |
| 20 | justice -- but we are -- as a board -- we are one | 09:22:03 |
| 21 | among equals.  Even though I was the chairman, my | 09:22:06 |
| 22 | vote counted no more or no less than my colleagues. | 09:22:10 |
| 23 | But I did have the additional | 09:22:13 |
| 24 | responsibility, the statutory responsibility of | 09:22:16 |
| 25 | being the chief administrative officer and the chief | 09:22:19 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          19

| | | |
|---|---|---|
| 1 | executive officer of the agency. | 09:22:24 |
| 2 | So as board member -- as a board member and | 09:22:25 |
| 3 | chairman, I was one among equals, but I did have | 09:22:30 |
| 4 | those additional duties in addition to chairing the | 09:22:33 |
| 5 | board meeting -- the board meetings that we would | 09:22:38 |
| 6 | have where we would deliberate the actual accidents. | 09:22:40 |
| 7 | Q    And describe generally the types of | 09:22:47 |
| 8 | accidents that the NTSB is involved in investigating | 09:22:50 |
| 9 | in your tenure at the NTSB.  Like, what -- what | 09:22:54 |
| 10 | rises to the level, so to speak, of an NTSB | 09:22:59 |
| 11 | investigation? | 09:23:01 |
| 12 | A    Ah.  So, by statute, the NTSB investigates | 09:23:03 |
| 13 | all modes of transportation:  aviation, some | 09:23:07 |
| 14 | highway-related accidents, some marine -- maritime | 09:23:11 |
| 15 | accidents, some rail accidents, and pipeline | 09:23:15 |
| 16 | accidents. | 09:23:21 |
| 17 | And so in aviation it's very easy.  The | 09:23:24 |
| 18 | board's statutory responsibility is to investigate | 09:23:26 |
| 19 | all civil aviation accidents that occur in this | 09:23:29 |
| 20 | country.  That's easy. | 09:23:33 |
| 21 | When it gets into the other modes, it's not | 09:23:35 |
| 22 | as easy as determining which accidents or crashes | 09:23:38 |
| 23 | the agency would respond to. | 09:23:42 |
| 24 | Q    And so we're going to talk a little bit | 09:23:46 |
| 25 | about an investigation and some -- again, the | 09:23:48 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    20

| | | |
|---|---|---|
| 1 | factual underpinnings that occurred involving a | 09:23:52 |
| 2 | Tesla on Autopilot in Williston, Florida, in 2016. | 09:23:55 |
| 3 | How does a crash that involves a Tesla | 09:24:00 |
| 4 | and -- I grew up in Florida.  I had never heard of | 09:24:06 |
| 5 | Williston. | 09:24:10 |
| 6 | So where does a crash in a Podunk town in | 09:24:10 |
| 7 | Florida rise to the level of requiring investigation | 09:24:13 |
| 8 | by a federal agency like the one you chaired at the | 09:24:17 |
| 9 | time? | 09:24:19 |
| 10 | A    When Williston occurred, I was not the | 09:24:21 |
| 11 | chair of the agency.  But I remember that our | 09:24:25 |
| 12 | then-chair, Chris Hart, had given a speech, maybe at | 09:24:30 |
| 13 | the National Press Club, and talked about automated | 09:24:34 |
| 14 | vehicles. | 09:24:37 |
| 15 | And I believe it was on that very day, | 09:24:38 |
| 16 | like, six weeks after the Williston crash, that we | 09:24:41 |
| 17 | learned, through NHTSA, that the -- National Highway | 09:24:44 |
| 18 | Traffic Safety Administration -- we had learned | 09:24:47 |
| 19 | through NHTSA, I believe, of this particular crash. | 09:24:51 |
| 20 | Given -- and I'm going strictly off of what | 09:24:56 |
| 21 | I believe to be true here.  As I understand it, it | 09:24:58 |
| 22 | was the first -- what we'll call "semiautomatic | 09:25:04 |
| 23 | vehicle" that we had seen.  So, therefore, there was | 09:25:09 |
| 24 | interest in the agency in looking at that particular | 09:25:14 |
| 25 | one. | 09:25:17 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              21

| | | |
|---|---|---|
| 1 | Q    Got it.  When you were a board member and | 09:25:18 |
| 2 | through the time as chairman, approximately how many | 09:25:24 |
| 3 | people in terms of the -- I understand there were | 09:25:28 |
| 4 | five board members. | 09:25:30 |
| 5 | But how many, for lack of a better term, | 09:25:32 |
| 6 | rank-and-file members of the NTSB were there who | 09:25:34 |
| 7 | were actively involved in investigating aviation, | 09:25:39 |
| 8 | maritime, railway, and roadway crashes, | 09:25:43 |
| 9 | approximately, best estimate? | 09:25:46 |
| 10 | A    Yeah.  The agency had about -- right at | 09:25:47 |
| 11 | about 400 employees when I was there. | 09:25:51 |
| 12 | Q    And -- | 09:25:56 |
| 13 | A    And -- yeah, go ahead. | 09:25:56 |
| 14 | Q    Go ahead. | 09:25:57 |
| 15 | A    I'm sorry.  Four hundred employees.  Now, | 09:25:57 |
| 16 | not every one of those, of course, is an | 09:26:00 |
| 17 | investigator.  We've got people that work in the | 09:26:02 |
| 18 | office of general counsel.  We've got people that | 09:26:04 |
| 19 | are -- work in H- -- in human resources.  We've got | 09:26:06 |
| 20 | people that work in finance and things like that. | 09:26:09 |
| 21 | So I really can't give you an exact number | 09:26:11 |
| 22 | of the people that were actually what we would call | 09:26:14 |
| 23 | "investigators," but hopefully that gives you | 09:26:16 |
| 24 | something to go on. | 09:26:20 |
| 25 | Q    It does, sir.  And I appreciate that. | 09:26:23 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    22

```
1           And I believe you told me this earlier.  I        09:26:25
2   know you said you left on your 65th birthday and you      09:26:26
3   moved on to Embry-Riddle.  But what year was that?        09:26:32
4   That was the end of '21 or 2022?                          09:26:35
5       A    Yes.  I left in the middle of 2021.  Took        09:26:38
6   six months off.  They offered me a job in September,      09:26:44
7   and I said, "I'm kind of enjoying this retirement         09:26:46
8   gig, but why don't we start at the beginning of the       09:26:50
9   school year" -- "of the new year, which would be a        09:26:52
10  new semester."                                            09:26:54
11          So I took six months off before going to          09:26:55
12  work full-time.                                           09:26:57
13      Q    Got it.                                           09:27:01
14      A    Sorry.  I keep getting these messages            09:27:02
15  from -- you know, whatever they are.  They just pop       09:27:04
16  up on e-mail, so --                                       09:27:06
17      Q    Notifications, yeah.                             09:27:08
18      A    Yeah, exactly.                                   09:27:09
19      Q    Silencing them can be helpful, but if you        09:27:10
20  get --                                                    09:27:12
21      A    I don't know how to do it, actually, but         09:27:12
22  maybe I --                                                09:27:14
23      Q    Don't worry.                                     09:27:14
24      A    Okay.  I could try and close Outlook maybe,      09:27:15
25  but -- but I don't know if that would close out the       09:27:16
```

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                            23

| | | |
|---|---|---|
| 1 | whole -- oh, maybe that worked.  Okay. | 09:27:19 |
| 2 | Q    Thank you, sir. | 09:27:21 |
| 3 | A    Yes, sir. | 09:27:22 |
| 4 | Q    All right.  Now, you said you were | 09:27:25 |
| 5 | appointed as a board member, reappointed -- in 2006, | 09:27:29 |
| 6 | reappointed by Obama. | 09:27:34 |
| 7 | So you were initially appointed by George | 09:27:38 |
| 8 | W. Bush, correct? | 09:27:41 |
| 9 | A    That's correct. | 09:27:42 |
| 10 | Q    And then reappointed by Obama, reappointed | 09:27:43 |
| 11 | by Trump. | 09:27:46 |
| 12 | And then where in there did you elevate to | 09:27:49 |
| 13 | chairman status? | 09:27:52 |
| 14 | A    I was -- in the summer of 20- -- I'm sorry, | 09:27:55 |
| 15 | yeah, the summer of 2017 and -- and that's right.  I | 09:27:59 |
| 16 | became the acting chairman on March 31st of 2017 and | 09:28:02 |
| 17 | then was nominated -- I had not been officially | 09:28:07 |
| 18 | nominated at that point.  So I -- by the time I was | 09:28:10 |
| 19 | nominated and confirmed, I was sworn in on August | 09:28:16 |
| 20 | the 10th of 2017. | 09:28:18 |
| 21 | Q    Got it.  And you continued in that role | 09:28:22 |
| 22 | until your departure in the middle of 2021? | 09:28:24 |
| 23 | A    That is correct. | 09:28:27 |
| 24 | Q    Just out of curiosity -- it's why we call | 09:28:30 |
| 25 | this "discovery," right?  We discover stuff -- is | 09:28:33 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    24

| | | |
|---|---|---|
| 1 | there a -- historically been a typical tenure in | 09:28:35 |
| 2 | terms of time in for either board members or | 09:28:40 |
| 3 | chairpeople of the NTSB? | 09:28:43 |
| 4 | A    There is not.  I was never intending to be | 09:28:47 |
| 5 | the longest-serving board member, as I read in "The | 09:28:50 |
| 6 | Washington Post."  I might have been the | 09:28:55 |
| 7 | second-longest-serving board member. | 09:28:57 |
| 8 | I have a strong conviction that people stay | 09:29:00 |
| 9 | too long in these positions, and I never wanted to | 09:29:02 |
| 10 | be one of them.  But when I had the opportunity to | 09:29:05 |
| 11 | serve as the chairman, I decided I would stick | 09:29:07 |
| 12 | around. | 09:29:09 |
| 13 | I thought that I would have left at the end | 09:29:10 |
| 14 | of my term that ended in December 31st of 2016.  But | 09:29:12 |
| 15 | when the election occurred in November of '16, Trump | 09:29:17 |
| 16 | won.  And I thought, "I think I have a chance to be | 09:29:23 |
| 17 | the chairman." | 09:29:25 |
| 18 | Q    Got it.  And so, then, fair to say you are | 09:29:29 |
| 19 | one of the longest-serving board members of the | 09:29:32 |
| 20 | NTSB? | 09:29:37 |
| 21 | A    Unfortunately, but, yes, no, that is | 09:29:39 |
| 22 | correct. | 09:29:42 |
| 23 | Q    Fair enough, sir.  I appreciate that. | 09:29:44 |
| 24 | Okay. | 09:29:45 |
| 25 | Going to take care of some of the | 09:29:47 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    25

| | | |
|---|---|---|
| 1 | housekeeping, and then we will get into the meat of | 09:29:49 |
| 2 | the thing. | 09:29:53 |
| 3 | A    Yes, sir. | 09:29:54 |
| 4 | Q    I'm going to share with you -- | 09:29:57 |
| 5 | THE COURT REPORTER:  Counsel, I'm sorry to | 09:29:58 |
| 6 | interrupt.  Do you mind if we take two seconds off | 09:29:58 |
| 7 | the record? | 09:29:58 |
| 8 | MR. SCHREIBER:  Of course not.  Absolutely. | 09:30:06 |
| 9 | THE COURT REPORTER:  Thank you. | 09:30:07 |
| 10 | THE VIDEOGRAPHER:  Off the record, | 09:30:08 |
| 11 | 9:30 a.m. | 09:30:08 |
| 12 | (Recess taken from 9:30 a.m. | |
| 13 | to 9:32 a.m.) | |
| 14 | THE VIDEOGRAPHER:  We're back on the | 09:31:58 |
| 15 | record, 9:32. | 09:31:58 |
| 16 | MR. SCHREIBER:  All right.  Brief respite | 09:32:02 |
| 17 | there.  On the record.  Ms. Sharp, our stenographer, | 09:32:05 |
| 18 | was kind enough to share with us that she is not a | 09:32:08 |
| 19 | licensed CSR in Washington, DC, where the witness is | 09:32:12 |
| 20 | located, and raised the issue of that with respect | 09:32:14 |
| 21 | to her ability to administer the oath. | 09:32:16 |
| 22 | I advised that we, as well as the witness, | 09:32:18 |
| 23 | consent to her swearing in the witness.  And | 09:32:22 |
| 24 | Mr. Branigan confirmed the same. | 09:32:26 |
| 25 | True? | 09:32:27 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    26

| | | |
|---|---|---|
| 1 | MR. BRANIGAN:  Correct. | 09:32:28 |
| 2 | MR. SCHREIBER:  Thank you. | 09:32:29 |
| 3 | BY MR. SCHREIBER: | 09:32:30 |
| 4 | Q    All right.  So back to where we were on | 09:32:30 |
| 5 | housekeeping, which is I am going to show you, sir, | 09:32:33 |
| 6 | a document that was served and will just be marked | 09:32:38 |
| 7 | as Exhibit 1 to your deposition. | 09:32:43 |
| 8 | (Deposition Exhibit 1 was marked for | |
| 9 | identification.) | |
| 10 | BY MR. SCHREIBER: | 09:32:45 |
| 11 | Q    This is simply the deposition notice that | 09:32:45 |
| 12 | states the time and the virtual place that we are | 09:32:50 |
| 13 | all in to take your deposition.  Lawyers often ask, | 09:32:53 |
| 14 | "Have you seen this document?"  I know you have. | 09:32:59 |
| 15 | And, honestly, I don't really care. | 09:33:02 |
| 16 | So we're just going to go ahead and call | 09:33:04 |
| 17 | that Exhibit 1. | 09:33:07 |
| 18 | All right.  Secondly, I have a series of | 09:33:12 |
| 19 | three documents that we will mark collectively as | 09:33:14 |
| 20 | Exhibit 2. | 09:33:20 |
| 21 | (Deposition Exhibit 2 was marked for | |
| 22 | identification.) | |
| 23 | BY MR. SCHREIBER: | 09:33:23 |
| 24 | Q    And this is with respect to the request -- | 09:33:23 |
| 25 | or disclosure that my office made, at the bequest of | 09:33:27 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    27

| | | |
|---|---|---|
| 1 | the magistrate in our proceeding, to notify the NTSB | 09:33:33 |
| 2 | that we intended to proceed with today's deposition. | 09:33:37 |
| 3 | Our letter will be the first page of | 09:33:45 |
| 4 | Exhibit 2.  Why is it multipages?  Oh, because | 09:33:47 |
| 5 | there's a bunch of cc's and other signatures on | 09:33:53 |
| 6 | there. | 09:33:55 |
| 7 | The second document will be the response | 09:33:57 |
| 8 | served by Tesla on the general counsel to the NTSB, | 09:34:01 |
| 9 | essentially laying out their objection.  Again, I | 09:34:09 |
| 10 | won't speak for Mr. Branigan.  I'll allow him to do | 09:34:13 |
| 11 | that. | 09:34:16 |
| 12 | And then, most recently, which was shared | 09:34:17 |
| 13 | before we started, a letter that my office received | 09:34:19 |
| 14 | this morning at approximately 7:40 a.m. Pacific | 09:34:22 |
| 15 | time, dated yesterday, that advises us that you were | 09:34:26 |
| 16 | not involved in -- and the NTSB was not involved in | 09:34:33 |
| 17 | an investigation of the Benavides crash and setting | 09:34:37 |
| 18 | forth the various CFR provisions regarding the scope | 09:34:42 |
| 19 | of testimony that may be provided by a former board | 09:34:48 |
| 20 | member or chairman, in your instance. | 09:34:51 |
| 21 | I shared with Mr. Branigan and yourself, | 09:34:55 |
| 22 | Mr. Sumwalt, and everybody here before we got | 09:34:59 |
| 23 | started that I had a conversation with | 09:35:01 |
| 24 | Daria Glagoleva, G-l-a-g-o-l-e-v-a, with the office | 09:35:05 |
| 25 | of general counsel approximately five minutes before | 09:35:13 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              28

| | | |
|---|---|---|
| 1 | we started this proceeding, advised her that she is | 09:35:16 |
| 2 | 100 percent correct. | 09:35:21 |
| 3 | We recognize the NTSB was not involved in | 09:35:22 |
| 4 | the investigation of the Benavides crash, nor did we | 09:35:25 |
| 5 | intend to ask you, Mr. Sumwalt, anything about it. | 09:35:29 |
| 6 | Rather, our focus was going to be on the | 09:35:32 |
| 7 | factual underpinnings of the Williston crash and the | 09:35:35 |
| 8 | factual information that led to the Safety | 09:35:39 |
| 9 | Recommendations 17-041 and 17-042 and that we | 09:35:43 |
| 10 | recognize that you are not here, nor am I going to | 09:35:51 |
| 11 | inquire, in the Williston crash, about probable | 09:35:54 |
| 12 | cause evaluations or analysis of the actual crash | 09:35:57 |
| 13 | itself. | 09:36:02 |
| 14 | Ms. Glagoleva acknowledged that we appear | 09:36:04 |
| 15 | to be working within the confines of the limitations | 09:36:07 |
| 16 | set out by 835.  And we understand and respect | 09:36:10 |
| 17 | those.  So that is just the kind of background. | 09:36:14 |
| 18 | And I assume at this point, Mr. Branigan, | 09:36:19 |
| 19 | you may want to make your statement for the record | 09:36:20 |
| 20 | with respect to this proceeding. | 09:36:26 |
| 21 | MR. BRANIGAN:  Thank you, Mr. Schreiber. | 09:36:28 |
| 22 | And, yes, in light of what you just said about the | 09:36:31 |
| 23 | scope of the questions that you intend to ask | 09:36:34 |
| 24 | Mr. Sumwalt, we'll renew our objections. | 09:36:38 |
| 25 | First of all, as a matter of relevance, I | 09:36:42 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    29

| | | |
|---|---|---|
| 1 | don't think it's relevant to the Benavides case or | 09:36:44 |
| 2 | the Monet case.  With respect to the regulations | 09:36:46 |
| 3 | that apply here, beginning with 49 CFR 835, and | 09:36:52 |
| 4 | specifically 835.3 that identifies the scope of | 09:36:57 |
| 5 | permissible testimony by a member of the NTSB, and | 09:37:02 |
| 6 | 835.7, which addresses whether the regulations apply | 09:37:07 |
| 7 | to a former board member like the witness, we think | 09:37:13 |
| 8 | that the questions that you've just outlined are the | 09:37:17 |
| 9 | type of questions or call for the kind of | 09:37:21 |
| 10 | information, if you will, that this witness is | 09:37:25 |
| 11 | prohibited from providing. | 09:37:29 |
| 12 | And I would quote from | 09:37:30 |
| 13 | Section 853.3 [sic] -- well, first of all, | 09:37:32 |
| 14 | 853.7 [sic] makes it clear that the scope of | 09:37:36 |
| 15 | permissible testimony for a former board employee, | 09:37:39 |
| 16 | board member, continues to be constrained by all the | 09:37:44 |
| 17 | limitations set forth in Section 835.3 and | 09:37:47 |
| 18 | Section 835.4. | 09:37:52 |
| 19 | And so if we look at Section 835.3, | 09:37:57 |
| 20 | subpart (b), as in "boy" -- I'm going to read this | 09:38:01 |
| 21 | from subpart (b) because it supports our objection. | 09:38:05 |
| 22 | "For the reasons stated in | 09:38:09 |
| 23 | paragraph (a) of" section -- "of this | 09:38:11 |
| 24 | section and Section 835.1, Board | 09:38:14 |
| 25 | employees may only testify as to factual | 09:38:18 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    30

| | | |
|---|---|---|
| 1 | information they obtained during the | 09:38:21 |
| 2 | course of an investigation, including | 09:38:23 |
| 3 | factual evaluations embodied in their | 09:38:25 |
| 4 | factual accident reports.  However, they | 09:38:27 |
| 5 | shall decline to testify regarding | 09:38:30 |
| 6 | matters beyond the scope of their | 09:38:32 |
| 7 | investigations, and they shall not give | 09:38:34 |
| 8 | any expert or opinion testimony." | 09:38:37 |
| 9 | Continuing with subpart (c), as in "cat": | 09:38:41 |
| 10 | "Board members may testify about | 09:38:44 |
| 11 | firsthand information they obtained | 09:38:46 |
| 12 | during an investigation that is not | 09:38:49 |
| 13 | reasonably available elsewhere, | 09:38:52 |
| 14 | including observations recorded in their | 09:38:54 |
| 15 | own factual accident reports. | 09:38:57 |
| 16 | Consistent with the principles cited in | 09:38:58 |
| 17 | Section 835.1 and this section, current | 09:39:00 |
| 18 | Board" members -- "Board employees are | 09:39:04 |
| 19 | not authorized to testify regarding | 09:39:08 |
| 20 | other employee's reports, or other types | 09:39:10 |
| 21 | of Board documents, including but not | 09:39:13 |
| 22 | limited to safety recommendations, | 09:39:16 |
| 23 | safety studies, safety proposals, safety | 09:39:19 |
| 24 | accomplishments, reports labeled | 09:39:23 |
| 25 | studies, and analysis reports as they | 09:39:25 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    31

| | | |
|---|---|---|
| 1 | contain staff analysis and/or Board | 09:39:27 |
| 2 | conclusions." | 09:39:31 |
| 3 | So I think, because of the way that you | 09:39:31 |
| 4 | have outlined the scope of this deposition that you | 09:39:34 |
| 5 | intend to take, Mr. Schreiber, and because of the | 09:39:37 |
| 6 | regulations, this witness is prohibited by the | 09:39:41 |
| 7 | regulations from answering the questions that you | 09:39:44 |
| 8 | claim that you intend to ask. | 09:39:49 |
| 9 | General counsel for the NTSB, in the letter | 09:39:50 |
| 10 | that was signed by the NTSB's general counsel of | 09:39:53 |
| 11 | July 8, which you shared with us today, echoes what | 09:39:58 |
| 12 | I just said about 49 CFR 835.7, 835.3, and 835.4. | 09:40:01 |
| 13 | And based on Mr. Sumwalt's testimony | 09:40:10 |
| 14 | moments ago, he made it clear that, as a board | 09:40:13 |
| 15 | member of the NTSB, he did not personally | 09:40:15 |
| 16 | investigate or lead the investigation of any | 09:40:19 |
| 17 | investigation, whether it's the Williston crash | 09:40:22 |
| 18 | investigation or any other investigation.  And so he | 09:40:25 |
| 19 | doesn't have firsthand knowledge that he can share. | 09:40:29 |
| 20 | So we don't think this deposition from | 09:40:32 |
| 21 | Mr. Sumwalt, under the parameters or the scope that | 09:40:36 |
| 22 | you identified, is appropriate for the reasons I've | 09:40:41 |
| 23 | said. | 09:40:45 |
| 24 | MR. SCHREIBER:  Thank you, sir.  I | 09:40:47 |
| 25 | appreciate that.  I'll also recognize that had the | 09:40:48 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              32

| | | |
|---|---|---|
| 1 | NTSB found it necessary or appropriate to have | 09:40:53 |
| 2 | counsel present, they certainly could have.  They've | 09:40:57 |
| 3 | been aware of this proceeding for well over a month | 09:41:00 |
| 4 | and chose not to. | 09:41:04 |
| 5 |          So I recognize the limitations of 835 tend | 09:41:07 |
| 6 | to focus on factual information contained during the | 09:41:11 |
| 7 | investigation and the factual evaluations embodied | 09:41:15 |
| 8 | in the same. | 09:41:20 |
| 9 |          So we'll, again, proceed. | 09:41:25 |
| 10 | BY MR. SCHREIBER: | 09:41:28 |
| 11 |     Q    Obviously, Mr. Sumwalt, if at any point you | 09:41:28 |
| 12 | don't feel comfortable answering any question I ask | 09:41:30 |
| 13 | or Mr. Branigan or any other lawyer asks, you just | 09:41:32 |
| 14 | let us know.  But I have every intention, as I | 09:41:36 |
| 15 | described to counsel for NTSB this morning, and | 09:41:38 |
| 16 | essentially with their blessing to proceed, that we | 09:41:41 |
| 17 | recognize what the guardrails are, and we intend to | 09:41:44 |
| 18 | stay within them. | 09:41:47 |
| 19 |          MR. BRANIGAN:  Well, I'd just like to add I | 09:41:48 |
| 20 | wasn't a party to the conversation that you say that | 09:41:50 |
| 21 | you had with a representative of the NTSB this | 09:41:52 |
| 22 | morning.  But I object to the characterization that | 09:41:55 |
| 23 | this deposition is proceeding with, quote, "the | 09:41:59 |
| 24 | NTSB's blessing." | 09:42:04 |
| 25 |          I don't see that in the letter that we | 09:42:07 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    33

| | | |
|---|---|---|
| 1 | have.  To the contrary, what I see in the letter | 09:42:08 |
| 2 | that we have is a statement that is consistent with | 09:42:10 |
| 3 | the objections that Tesla has made that this witness | 09:42:14 |
| 4 | is constrained from testifying about the matters | 09:42:18 |
| 5 | that you've outlined. | 09:42:22 |
| 6 | So I think I've made my position clear on | 09:42:24 |
| 7 | this record.  We've made it clear to the NTSB. | 09:42:27 |
| 8 | We've made it clear to various courts.  And I'll | 09:42:29 |
| 9 | continue to object as I think it's necessary | 09:42:33 |
| 10 | throughout the course of the deposition. | 09:42:36 |
| 11 | MR. SCHREIBER:  Thank you, sir.  I can just | 09:42:41 |
| 12 | assure you, as an officer of the court, I accurately | 09:42:43 |
| 13 | and correctly summarized a conversation that I | 09:42:49 |
| 14 | literally had five minutes before this proceeding, | 09:42:53 |
| 15 | because, again, like you, I was provided a copy of | 09:42:56 |
| 16 | this letter moments before it. | 09:43:00 |
| 17 | (Deposition Exhibit 3 was marked for | |
| 18 | identification.) | |
| 19 | BY MR. SCHREIBER: | 09:43:05 |
| 20 | Q    Okay.  So let's get to it.  I am going to | 09:43:05 |
| 21 | mark as Exhibit 3 to your deposition, Mr. Sumwalt, a | 09:43:18 |
| 22 | report -- can you see that, sir? | 09:43:32 |
| 23 | A    Yes, sir, I can. | 09:43:35 |
| 24 | Q    -- entitled "A Collision Between a Car | 09:43:36 |
| 25 | Operating With Automated Vehicle Control Systems and | 09:43:39 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                      34

| | | |
|---|---|---|
| 1 | a Tractor-Semitrailer Truck Near Williston, Florida, | 09:43:42 |
| 2 | May 7, 2016." | 09:43:45 |
| 3 | This is a accident report signed off by the | 09:43:50 |
| 4 | NTSB, correct? | 09:43:53 |
| 5 | A   By the full board itself, yes.  When we | 09:43:55 |
| 6 | talk about NTSB, I think you can talk about the | 09:43:58 |
| 7 | agency as a whole or you can talk about the board | 09:44:00 |
| 8 | itself.  So this report was adopted by the full | 09:44:04 |
| 9 | board, of which I was the chairman when we adopted | 09:44:07 |
| 10 | that report. | 09:44:10 |
| 11 | Q   Fair enough.  And, again, I am not going to | 09:44:14 |
| 12 | go into any probable cause determinations or any | 09:44:18 |
| 13 | analysis, really, of the Williston crash, which is | 09:44:20 |
| 14 | set forth in the 50-some-odd-page report.  But what | 09:44:26 |
| 15 | I would like to talk to you about is the statement | 09:44:32 |
| 16 | that you joined in authoring at the conclusion. | 09:44:37 |
| 17 | Do you see this board member statement? | 09:44:50 |
| 18 | It's on page 45 of what I've marked as Exhibit 3. | 09:44:51 |
| 19 | And it concludes with: | 09:44:54 |
| 20 | "Chairman Robert L. Sumwalt, III, | 09:44:58 |
| 21 | joined this statement." | 09:45:00 |
| 22 | A   Yes, sir, I see that. | 09:45:03 |
| 23 | Q   All right.  Have you had an opportunity to | 09:45:06 |
| 24 | review that statement of any recent vintage? | 09:45:08 |
| 25 | A   No.  Unfortunately, I read the rest of the | 09:45:12 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          35

| | | |
|---|---|---|
| 1 | report Saturday.  I did not read that statement. | 09:45:15 |
| 2 | Q    Well, why don't you take a moment to review | 09:45:18 |
| 3 | it.  And when you've gotten through it, let me know. | 09:45:21 |
| 4 | And then I'll bring you to the second page, and then | 09:45:25 |
| 5 | we'll talk a little bit about the factual | 09:45:28 |
| 6 | underpinnings of that statement. | 09:45:30 |
| 7 | A    Okay.  Great.  And for my aging eyes -- | 09:45:31 |
| 8 | yeah. | 09:45:35 |
| 9 | Q    Yeah.  Can I give you a little more zoom? | 09:45:35 |
| 10 | I'm happy to. | 09:45:39 |
| 11 | A    That'd be great.  Thanks. | 09:45:40 |
| 12 | Q    Is that better? | 09:45:41 |
| 13 | A    Yes, sir.  Thank you. | 09:45:42 |
| 14 | Q    Uh-huh. | 09:45:42 |
| 15 | A    Okay.  I'm through with that page.  Mm-hmm. | 09:46:56 |
| 16 | Okay.  Sir, I have completed reading that | 09:48:37 |
| 17 | statement. | 09:48:40 |
| 18 | Q    Thank you.  And so you and a fellow board | 09:48:40 |
| 19 | member issued this statement, correct? | 09:48:44 |
| 20 | A    That is correct.  He issued it, as we're | 09:48:47 |
| 21 | allowed to do.  And I joined it, meaning that, "Yes, | 09:48:49 |
| 22 | I'm willing to sign my name along with your | 09:48:53 |
| 23 | statement." | 09:48:56 |
| 24 | Q    And -- | 09:48:57 |
| 25 | A    "I concur." | 09:48:57 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    36

| | | |
|---|---|---|
| 1 | Q    Can you tell us about what the -- | 09:48:59 |
| 2 | essentially the factual evaluation was that led to | 09:49:01 |
| 3 | you signing off on this statement that is contained | 09:49:04 |
| 4 | at the end of Exhibit 3? | 09:49:08 |
| 5 | MR. BRANIGAN:  Objection to form and also | 09:49:10 |
| 6 | objection based on the regulations that I've already | 09:49:12 |
| 7 | recited and added to the record, 49 CFR 835 et seq. | 09:49:17 |
| 8 | BY MR. SCHREIBER: | 09:49:24 |
| 9 | Q    Go ahead, sir. | 09:49:24 |
| 10 | A    Yes, sir, thank you.  Yeah, my philosophy | 09:49:25 |
| 11 | was -- by the way, the board members, I -- never | 09:49:28 |
| 12 | really were friends.  We were colleagues.  And I | 09:49:34 |
| 13 | never really wanted to be friends with them because | 09:49:39 |
| 14 | I wanted to be able to disagree with them and not | 09:49:42 |
| 15 | really have too bad of feelings. | 09:49:43 |
| 16 | But I did have the idea that if -- that, | 09:49:46 |
| 17 | out of collegiality, if I agreed with somebody, I | 09:49:50 |
| 18 | would generally join their statement. | 09:49:54 |
| 19 | I saw nothing in this statement that I | 09:49:55 |
| 20 | disagreed with.  And I, therefore, elected to join | 09:49:58 |
| 21 | it. | 09:50:03 |
| 22 | As I read again, I was silently -- or | 09:50:04 |
| 23 | acting like I was nodding my head because, as I read | 09:50:09 |
| 24 | each paragraph, I'm like, "Yes, yes, yes." | 09:50:12 |
| 25 | So I feel that the points that Member Hart | 09:50:16 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    37

| | | |
|---|---|---|
| 1 | made were valid. | 09:50:18 |
| 2 | Q   And what was it about what you learned | 09:50:22 |
| 3 | firsthand in this investigation that led you to | 09:50:25 |
| 4 | reach those conclusions? | 09:50:30 |
| 5 | A   What I learned firsthand from this | 09:50:35 |
| 6 | investigation was what we knew all along in | 09:50:38 |
| 7 | aviation -- and, remember, I've got a pretty | 09:50:43 |
| 8 | extensive aviation background -- that there's a | 09:50:45 |
| 9 | tendency for complacency to creep in when you have | 09:50:48 |
| 10 | highly automated systems. | 09:50:54 |
| 11 | And so we've seen that in airplanes where | 09:50:59 |
| 12 | pilots are not monitoring the airplane because the | 09:51:02 |
| 13 | autopilot is on and something bad happens. | 09:51:05 |
| 14 | And what I learned from this investigation | 09:51:09 |
| 15 | is that if a system presents itself as being highly | 09:51:12 |
| 16 | reliable but it's not, if it presents itself as | 09:51:21 |
| 17 | being highly reliable, then someone can overtrust | 09:51:24 |
| 18 | the -- over-rely on the automation to do what he or | 09:51:29 |
| 19 | she -- what the driver thinks it should be doing. | 09:51:35 |
| 20 | So automation dependency -- automation | 09:51:37 |
| 21 | overreliance is what really drove home for me | 09:51:41 |
| 22 | firsthand after deliberating this report. | 09:51:48 |
| 23 | Q   Fair enough.  And that's described here | 09:51:53 |
| 24 | where you conclude factually that: | 09:51:58 |
| 25 | "This crash was an example of what | 09:51:59 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    38

| | | |
|---|---|---|
| 1 | can happen when automation is introduced | 09:52:01 |
| 2 | 'because we can' without adequate | 09:52:03 |
| 3 | consideration of the human element." | 09:52:07 |
| 4 | Is that what you're talking about when | 09:52:09 |
| 5 | you're describing kind of the factual evaluation | 09:52:11 |
| 6 | that's embodied in that statement? | 09:52:14 |
| 7 | MR. BRANIGAN:  Same objections. | 09:52:19 |
| 8 | THE WITNESS:  What I believe Member Hart | 09:52:22 |
| 9 | meant from that statement was more on the design | 09:52:23 |
| 10 | aspect of designing a system. | 09:52:27 |
| 11 | "We're going to make this equipment do this | 09:52:31 |
| 12 | because we can and not because it's necessarily the | 09:52:35 |
| 13 | best thing to do in the interest of safety." | 09:52:38 |
| 14 | That's the way that I read that statement. | 09:52:42 |
| 15 | BY MR. SCHREIBER: | 09:52:44 |
| 16 | Q    Got it.  Describe for us the kind of | 09:52:47 |
| 17 | factual underpinnings of the evaluation reached | 09:52:50 |
| 18 | about how the crash demonstrates that not all owners | 09:52:54 |
| 19 | read and follow owner's manuals.  Tell us about what | 09:52:57 |
| 20 | underlies that. | 09:53:02 |
| 21 | MR. BRANIGAN:  Excuse me, Mr. Sumwalt, | 09:53:06 |
| 22 | before you begin. | 09:53:07 |
| 23 | Mr. Schreiber, will you permit me a | 09:53:08 |
| 24 | continuing objection to your questions to the | 09:53:10 |
| 25 | witness about this report so that I don't have to | 09:53:14 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    39

| | | |
|---|---|---|
| 1 | keep interrupting you, sir, and the witness? | 09:53:17 |
| 2 | MR. SCHREIBER:  Absolutely, Mr. Branigan. | 09:53:19 |
| 3 | MR. BRANIGAN:  Thank you. | 09:53:20 |
| 4 | BY MR. SCHREIBER: | 09:53:24 |
| 5 | Q    Go ahead, Mr. Sumwalt. | 09:53:24 |
| 6 | A    Yes, sir.  Thank you.  Yeah, I don't think | 09:53:27 |
| 7 | that most people -- that a lot of people don't read | 09:53:28 |
| 8 | the -- read a owner's manual.  I'm an exception to | 09:53:31 |
| 9 | that, that I -- when I got a car seat 30 years ago | 09:53:33 |
| 10 | for my daughter, I went through the owner's manual | 09:53:36 |
| 11 | with a highlighter.  And I do the same thing with my | 09:53:44 |
| 12 | automobile manuals. | 09:53:46 |
| 13 | But my dad was always like -- if he would | 09:53:48 |
| 14 | get a new car, he would say, "Well, I'll let | 09:53:51 |
| 15 | somebody read the manual and tell me, you know, what | 09:53:55 |
| 16 | all this fancy stuff is."  So I do believe that it's | 09:53:57 |
| 17 | possible that someone would not read a manual.  And | 09:54:00 |
| 18 | so I think that's an accurate statement. | 09:54:06 |
| 19 | I think -- I don't even think that Tesla | 09:54:08 |
| 20 | prints out a manual, and if you're an old guy like | 09:54:14 |
| 21 | me, you like paper.  You don't like to go read | 09:54:19 |
| 22 | something on a computer screen. | 09:54:22 |
| 23 | Q    Fair enough.  With respect to the factual | 09:54:25 |
| 24 | evaluation about driver engagement, there's a | 09:54:28 |
| 25 | discussion here about there was "inadequate | 09:54:31 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    40

| | | |
|---|---|---|
| 1 | consideration of the human element." | 09:54:34 |
| 2 | And it looks like the board looked at the | 09:54:35 |
| 3 | facts about driver engagement in terms of touching | 09:54:38 |
| 4 | the steering wheel. | 09:54:41 |
| 5 | Tell us a little bit about that. | 09:54:42 |
| 6 | What is your firsthand knowledge with | 09:54:44 |
| 7 | respect to that issue and the factual evaluations | 09:54:47 |
| 8 | you reached in that regard? | 09:54:51 |
| 9 | A    I have -- what I learned from this | 09:54:58 |
| 10 | investigation was that Tesla uses steering wheel | 09:54:59 |
| 11 | torque to determine driver engagement.  And we | 09:55:04 |
| 12 | figured -- well, my opinion from that, and just to | 09:55:10 |
| 13 | Mr. Branigan's objection, we pointed out -- we, the | 09:55:15 |
| 14 | board, pointed out that it's not a good surrogate | 09:55:21 |
| 15 | for determining driver engagement. | 09:55:25 |
| 16 | And torque, when we talk about steering | 09:55:28 |
| 17 | wheel torque, we're simply talking about the | 09:55:31 |
| 18 | steering wheel moving like you were -- like you | 09:55:34 |
| 19 | would be if you were steering the car down the road. | 09:55:36 |
| 20 | And so I've testified to Congress on | 09:55:39 |
| 21 | automated vehicles.  And I remember one of the | 09:55:44 |
| 22 | (inaudible) showed a -- I think, a video of | 09:55:47 |
| 23 | somebody -- | 09:55:47 |
| 24 | THE COURT REPORTER:  Sorry to interrupt, | 09:55:47 |
| 25 | Mr. Sumwalt, but you cut out for a second.  "And | 09:55:47 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                41

| | | |
|---|---|---|
| 1 | then I remember one of the" what? | 09:55:47 |
| 2 | THE WITNESS:  I remember -- thank you. | 09:55:59 |
| 3 | I remember one of the senators showed an | 09:56:00 |
| 4 | exhibit of, I think, either tennis balls or tennis | 09:56:03 |
| 5 | shoes tied to the steering wheel that would simulate | 09:56:08 |
| 6 | the steering wheel torque.  It would actually move | 09:56:13 |
| 7 | the steering wheel enough to allow the vehicle to | 09:56:15 |
| 8 | feel like a human driver's hands were on that | 09:56:20 |
| 9 | steering wheel. | 09:56:23 |
| 10 | BY MR. SCHREIBER: | 09:56:27 |
| 11 | Q    Got it.  And fair to say that, from a | 09:56:27 |
| 12 | factual evaluation as a part of this investigation, | 09:56:38 |
| 13 | you, as chairman of the NTSB, recognize that there | 09:56:42 |
| 14 | were tremendous benefits to automation but recognize | 09:56:46 |
| 15 | that it needs to be done thoughtfully and carefully; | 09:56:52 |
| 16 | is that accurate? | 09:56:58 |
| 17 | A    That's exactly correctly [sic].  And that | 09:56:59 |
| 18 | was the last statement I made to a congressional | 09:57:01 |
| 19 | hearing on November, I think, the 19th of 2019.  I | 09:57:03 |
| 20 | said just that.  That was my closing statement, that | 09:57:08 |
| 21 | the automation shows great promise, but it has to be | 09:57:10 |
| 22 | done properly. | 09:57:15 |
| 23 | Q    And that transitions nicely to a couple of | 09:57:21 |
| 24 | the recommendations.  And I want to talk about some | 09:57:25 |
| 25 | of the, like I said, factual underpinnings. | 09:57:28 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                           42

| | | |
|---|---|---|
| 1 | I have marked -- and normally when I change | 09:57:32 |
| 2 | tabs, it works on share screen, but sometimes it | 09:57:36 |
| 3 | freezes. | 09:57:39 |
| 4 | Are you seeing the document that says "New | 09:57:40 |
| 5 | Safety Recommendations" across the top? | 09:57:43 |
| 6 | A    Yes, sir, I am. | 09:57:45 |
| 7 | Q    Okay.  Good.  Sometimes it doesn't -- | 09:57:46 |
| 8 | A    Yeah. | 09:57:48 |
| 9 | Q    -- track me, and I'm talking about a | 09:57:48 |
| 10 | document that no one else is seeing. | 09:57:50 |
| 11 | All right.  So this is a 20-page document. | 09:57:52 |
| 12 | I'm not going to ask you anything meaningful about | 09:57:56 |
| 13 | it. | 09:57:59 |
| 14 | A    Okay. | 09:57:59 |
| 15 | MR. SCHREIBER:  It is going to be marked as | 09:58:00 |
| 16 | Exhibit 3 [sic]. | 09:58:02 |
| 17 | (Deposition Exhibit 4 was marked for | |
| 18 | identification.) | |
| 19 | BY MR. SCHREIBER: | 09:58:02 |
| 20 | Q    It is a document that contains a series of | 09:58:03 |
| 21 | safety recommendation numbers, who received them, | 09:58:06 |
| 22 | and the text of them along with reiterated safety | 09:58:10 |
| 23 | recommendations, and then letters sent.  Just what | 09:58:14 |
| 24 | do -- | 09:58:16 |
| 25 | THE COURT REPORTER:  Sorry to interrupt. | 09:58:19 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    43

| | | |
|---|---|---|
| 1 | It should be Exhibit 4, right? | 09:58:19 |
| 2 | MR. BRANIGAN:  I think it's 4, yes. | 09:58:21 |
| 3 | MR. SCHREIBER:  I apologize.  You're | 09:58:23 |
| 4 | probably right.  Oh, you're right, because I made | 09:58:26 |
| 5 | the report -- apologies.  Yes.  This is Exhibit 4. | 09:58:28 |
| 6 | And it is H-17-37-43.  So it's a series of | 09:58:35 |
| 7 | recommendations and then cover letters. | 09:58:40 |
| 8 | BY MR. SCHREIBER: | 09:58:43 |
| 9 | Q    Just from an authentication kind of | 09:58:43 |
| 10 | foundational standpoint, what is this document, | 09:58:47 |
| 11 | Mr. Sumwalt? | 09:58:51 |
| 12 | And I can scroll through it.  It's a series | 09:58:52 |
| 13 | of -- | 09:58:53 |
| 14 | A    Yeah. | 09:58:53 |
| 15 | Q    -- additional letters that go out to | 09:58:54 |
| 16 | various agencies and OEMs, various equipment -- | 09:58:55 |
| 17 | automotive manufacturers like Volkswagen, BMW, | 09:58:58 |
| 18 | et cetera, and Tesla, of course. | 09:59:04 |
| 19 | MR. BRANIGAN:  Excuse me, Mr. Sumwalt.  I'm | 09:59:06 |
| 20 | sorry to interrupt you, but before you answer, since | 09:59:07 |
| 21 | we're now turning to a new exhibit, I renew my | 09:59:10 |
| 22 | objections and ask counsel to give me a continuing | 09:59:13 |
| 23 | objection on this exhibit so I don't have to | 09:59:15 |
| 24 | interrupt. | 09:59:17 |
| 25 | MR. SCHREIBER:  Yeah, honestly, Tom, you | 09:59:18 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    44

| | | |
|---|---|---|
| 1 | can have one on this.  You don't need it.  I'm | 09:59:19 |
| 2 | literally just going to ask him what this is, and | 09:59:22 |
| 3 | then I'm going to move on. | 09:59:25 |
| 4 | MR. BRANIGAN:  That's fine. | 09:59:27 |
| 5 | MR. SCHREIBER:  Fair? | 09:59:28 |
| 6 | MR. BRANIGAN:  Thank you. | 09:59:29 |
| 7 | THE WITNESS:  Yes, sir.  So the NTSB, the | 09:59:30 |
| 8 | full board -- and when I say "full board," I notice | 09:59:33 |
| 9 | in the Williston crash investigation, we only had | 09:59:36 |
| 10 | four board members.  The statutory quorum for the | 09:59:40 |
| 11 | board is three board members.  So as long as we had | 09:59:43 |
| 12 | three, we could conduct business.  So I think in the | 09:59:47 |
| 13 | Williston crash, we only had four board members. | 09:59:49 |
| 14 | Now -- so when the board adopts a | 09:59:52 |
| 15 | recommendation -- recommendations can only be | 09:59:57 |
| 16 | adopted by the board, by the five-member board, or | 09:59:59 |
| 17 | the three-member or four-member board. | 10:00:03 |
| 18 | We will then send that recommendation to | 10:00:08 |
| 19 | the recommendation recipient.  And what you have in | 10:00:10 |
| 20 | front of us in Exhibit 4, the particular page we're | 10:00:13 |
| 21 | looking at is to Mr. something O'Connell, vice | 10:00:15 |
| 22 | president of business investment at Tesla, this | 10:00:18 |
| 23 | would be the cover letter that would actually | 10:00:21 |
| 24 | accompany that recommendation that we had just | 10:00:24 |
| 25 | issued. | 10:00:26 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    45

| | | |
|---|---|---|
| 1 | BY MR. SCHREIBER: | 10:00:26 |
| 2 | Q    Got it.  And that makes reference to the | 10:00:28 |
| 3 | safety recommendations, of which there are two, that | 10:00:32 |
| 4 | were issued to Tesla as of September 28, 2017, | 10:00:33 |
| 5 | correct? | 10:00:38 |
| 6 | A    Yeah, let me just see if that's what that | 10:00:39 |
| 7 | says. | 10:00:41 |
| 8 | Is it two that we're issuing to Tesla in | 10:00:42 |
| 9 | that particular case? | 10:00:44 |
| 10 | Q    Yes, sir. | 10:00:47 |
| 11 | A    Yeah.  I don't -- yes, sir, I see that. | 10:00:47 |
| 12 | Thank you. | 10:00:49 |
| 13 | Q    Yeah.  And just for completeness, back to | 10:00:52 |
| 14 | Exhibit 3, that was referenced on page 43 of the | 10:00:54 |
| 15 | report, again, that you and the other three members | 10:00:57 |
| 16 | of the board signed off.  And those recommendations | 10:01:02 |
| 17 | are contained at the bottom of page 43 of the | 10:01:08 |
| 18 | report. | 10:01:14 |
| 19 | Would you just read into the record what | 10:01:15 |
| 20 | the two recommendations were? | 10:01:17 |
| 21 | A    Yes, sir.  And I -- if you like, I'd like | 10:01:21 |
| 22 | to start by saying who the recommendation was issued | 10:01:23 |
| 23 | to.  Is that okay? | 10:01:26 |
| 24 | Q    Please.  Absolutely. | 10:01:28 |
| 25 | A    Excuse me.  This recommendation was issued | 10:01:30 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              46

| | | |
|---|---|---|
| 1 | to the: | 10:01:32 |
| 2 | "Manufacturers of vehicles equipped | 10:01:32 |
| 3 | with Level 2 vehicle automation" | 10:01:35 |
| 4 | system -- "systems." | 10:01:37 |
| 5 | And, parenthetically, we point out who | 10:01:39 |
| 6 | those five are.  It's Volkswagen Group of America, | 10:01:42 |
| 7 | BMW of North America, Nissan Group of North America, | 10:01:45 |
| 8 | Mercedes-Benz USA, Tesla Incorporated, and Volvo | 10:01:49 |
| 9 | Cars USA. | 10:01:53 |
| 10 | So that's the end of the parenthetical. | 10:01:54 |
| 11 | That's the end of that part of the recommendation | 10:01:57 |
| 12 | or -- that's not actually the recommendation.  That | 10:02:00 |
| 13 | is who the recommendation recipients are. | 10:02:03 |
| 14 | Now, Recommendation No. H-17-41 is to -- is | 10:02:05 |
| 15 | for those organizations to: | 10:02:11 |
| 16 | "Incorporate system safeguards that | 10:02:12 |
| 17 | limit the use of automated vehicle | 10:02:14 |
| 18 | control systems to those conditions for | 10:02:17 |
| 19 | which they were designed." | 10:02:19 |
| 20 | And then recommendation H-17-42 is to: | 10:02:23 |
| 21 | "Develop applications to more" | 10:02:27 |
| 22 | efficiently -- "effectively sense the | 10:02:29 |
| 23 | driver's" -- it is "effectively," right? | 10:02:32 |
| 24 | Yeah -- "effectively sense the driver's | 10:02:34 |
| 25 | level of engagement and alert the driver | 10:02:37 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              47

| | | |
|---|---|---|
| 1 | when the engagement is lacking while | 10:02:38 |
| 2 | automated vehicle control systems are in | 10:02:40 |
| 3 | use." | 10:02:42 |
| 4 | So those are those two recommendations that | 10:02:44 |
| 5 | we issued to those five organizations. | 10:02:46 |
| 6 | Q    Thank you, sir.  And, again, that was | 10:02:54 |
| 7 | issued in September of 2017 and forwarded to Tesla, | 10:02:55 |
| 8 | Volkswagen, BMW, Nissan, Mercedes, and Volvo, | 10:03:00 |
| 9 | correct? | 10:03:05 |
| 10 | A    That is correct. | 10:03:05 |
| 11 | Q    All right.  Now, turning your attention to | 10:03:07 |
| 12 | what I have marked as Exhibit 5. | 10:03:45 |
| 13 | (Deposition Exhibit 5 was marked for | |
| 14 | identification.) | |
| 15 | MR. SCHREIBER:  Mr. Branigan, your standing | 10:03:51 |
| 16 | objection still stands. | 10:03:52 |
| 17 | MR. BRANIGAN:  Thank you. | 10:03:53 |
| 18 | MR. SCHREIBER:  You're welcome, sir. | 10:03:54 |
| 19 | BY MR. SCHREIBER: | 10:03:58 |
| 20 | Q    Mr. Sumwalt, I want to talk now about the | 10:03:58 |
| 21 | factual underpinnings of the two safety | 10:04:00 |
| 22 | recommendations, 17-041, which relates to this issue | 10:04:04 |
| 23 | of operational design domain; and 17-042, which | 10:04:11 |
| 24 | relates to the issue of driver monitoring. | 10:04:18 |
| 25 | With that in mind, sir, just looking at | 10:04:23 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              48

| | | |
|---|---|---|
| 1 | Exhibit 5, what is this document?  What are we | 10:04:26 |
| 2 | looking at? | 10:04:30 |
| 3 | And I'll scroll through it if you -- | 10:04:30 |
| 4 | A    Yeah. | 10:04:32 |
| 5 | Q    -- if you're not seeing it or aren't | 10:04:32 |
| 6 | familiar with it. | 10:04:35 |
| 7 | A    What this appears to be is if you were to | 10:04:37 |
| 8 | go to the NTSB's Web page and print out the status | 10:04:38 |
| 9 | of each of those recommendations, that's what that | 10:04:42 |
| 10 | is right there. | 10:04:45 |
| 11 | Q    Got it.  And who is responsible for the | 10:04:47 |
| 12 | official correspondence between the NTSB and, in | 10:04:53 |
| 13 | this instance, Tesla? | 10:04:55 |
| 14 | A    Well, we have an office of -- and I say | 10:04:59 |
| 15 | "we."  I don't work there anymore, but -- for the | 10:05:01 |
| 16 | last three years and nine days. | 10:05:05 |
| 17 | But the NTSB has an office of safety | 10:05:07 |
| 18 | recommendations that tracks all of these.  But | 10:05:09 |
| 19 | ultimately the letter -- so we send the | 10:05:13 |
| 20 | recommendations to the organization. | 10:05:17 |
| 21 | The -- if -- when -- if and when the | 10:05:20 |
| 22 | organization responds to the agency, we then, as a | 10:05:22 |
| 23 | five-member board, decide whether we should classify | 10:05:30 |
| 24 | that recommendation in some sort of a category like | 10:05:33 |
| 25 | open -- "Open - Response Received," or "Closed - | 10:05:39 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    49

| | | |
|---|---|---|
| 1 | Unacceptable Action."  And I think there were, like, | 10:05:42 |
| 2 | 17 categories of how recommendations could be | 10:05:46 |
| 3 | classified. | 10:05:49 |
| 4 | But the board, the five-member board, would | 10:05:52 |
| 5 | vote on how that recommendation should be classified | 10:05:57 |
| 6 | after we had heard from the recommendation | 10:06:01 |
| 7 | recipient. | 10:06:06 |
| 8 | Q    And so in this instance we're looking at | 10:06:09 |
| 9 | what is page 10 of 11 of Exhibit 5. | 10:06:12 |
| 10 | And this appears to be kind of the initial | 10:06:16 |
| 11 | transmittal from the NTSB to Tesla; is that correct? | 10:06:19 |
| 12 | A    Yes, that looks right because I believe the | 10:06:25 |
| 13 | board meeting was either the 27th or 28th of | 10:06:28 |
| 14 | September of that year.  So that appears to be the | 10:06:32 |
| 15 | initial -- this appears to be the verbiage from that | 10:06:36 |
| 16 | initial transmittal to the recommendation recipient. | 10:06:43 |
| 17 | In this case what you're showing says "Tesla | 10:06:46 |
| 18 | Motors." | 10:06:51 |
| 19 | Q    And it was at that time, with respect to | 10:06:52 |
| 20 | these recommendations and the factual evaluations | 10:06:59 |
| 21 | that embodied these recommendations, the NTSB's | 10:07:01 |
| 22 | position was that they were: | 10:07:06 |
| 23 | "...vitally interested in these | 10:07:08 |
| 24 | recommendations because they are | 10:07:12 |
| 25 | designed to prevent accidents and save | 10:07:13 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    50

| | | |
|---|---|---|
| 1 | lives." | 10:07:16 |
| 2 | Is that correct, sir? | 10:07:18 |
| 3 | A     That is standard boilerplate that I would | 10:07:22 |
| 4 | imagine would be on the footer of each | 10:07:24 |
| 5 | recommendation that we -- each recommendation | 10:07:28 |
| 6 | transmittal that we send to a recommendation | 10:07:30 |
| 7 | recipient.  But, yes, we viewed all of our | 10:07:32 |
| 8 | recommendations as being vital to improving safety | 10:07:38 |
| 9 | and saving lives. | 10:07:40 |
| 10 | Q     And it asked that they would appreciate a | 10:07:41 |
| 11 | response within 90 days detailing the actions taken. | 10:07:44 |
| 12 | As you sit here today, reflecting back on | 10:07:49 |
| 13 | your time as chairman of the NTSB, did you receive a | 10:07:50 |
| 14 | response from Tesla within 90 days for these vital | 10:07:57 |
| 15 | safety recommendations? | 10:08:03 |
| 16 | A     Well, I'm going to go to a board meeting | 10:08:06 |
| 17 | that we held in February of 2020.  It was the last | 10:08:09 |
| 18 | in-person board meeting that we had while I was at | 10:08:16 |
| 19 | the board because, of course, COVID came about three | 10:08:18 |
| 20 | months -- three weeks later. | 10:08:21 |
| 21 | I pointed -- and that was a board meeting | 10:08:23 |
| 22 | of another Tesla product dealing with the Mountain | 10:08:25 |
| 23 | View accident -- Mountain View crash, Mountain View, | 10:08:31 |
| 24 | California. | 10:08:36 |
| 25 | And I remember making a statement in that | 10:08:36 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              51

| | | |
|---|---|---|
| 1 | board meeting that, of the five recommendation | 10:08:38 |
| 2 | recipients, we have not -- we have received a | 10:08:41 |
| 3 | response from four of the recommendation recipients, | 10:08:43 |
| 4 | but we have not received a response from one of | 10:08:47 |
| 5 | those.  And that carmaker is Tesla. | 10:08:50 |
| 6 | Q    And, as a result of that, did you at any | 10:08:59 |
| 7 | point follow up, have any communications, either | 10:09:00 |
| 8 | directly or at your direction, with individuals at | 10:09:08 |
| 9 | Tesla from 2017 to the time of that board meeting in | 10:09:12 |
| 10 | 2020 basically inquiring, "Where is your response to | 10:09:17 |
| 11 | these recommendations?" | 10:09:23 |
| 12 | A    I cannot say for sure, but I believe I took | 10:09:27 |
| 13 | a screenshot of something that had come out during | 10:09:34 |
| 14 | the board meeting that ended up on online version of | 10:09:38 |
| 15 | maybe "The Washington Post."  I took a screenshot of | 10:09:42 |
| 16 | it and texted it to Elon Musk. | 10:09:45 |
| 17 | Q    And what did you take a screenshot of, and | 10:09:48 |
| 18 | what did you text to Elon Musk? | 10:09:50 |
| 19 | A    I can look on my phone if you like. | 10:09:54 |
| 20 | Q    Please. | 10:09:57 |
| 21 | A    Okay.  I have a screenshot and I'm going to | 10:10:05 |
| 22 | contend that something on that cover letter might've | 10:10:10 |
| 23 | been inaccurate, but I'm kind of a guy for dates. | 10:10:13 |
| 24 | But I think that that cover letter said that we | 10:10:18 |
| 25 | deliberated that board meeting on the 12th of -- | 10:10:20 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                     52

| | | |
|---|---|---|
| 1 | well, I'm sorry, that -- disregard.  Disregard. | 10:10:23 |
| 2 | So when we did the Mountain View, | 10:10:27 |
| 3 | California -- when we had the board meeting -- and a | 10:10:29 |
| 4 | board meeting is where we deliberate the accidents, | 10:10:32 |
| 5 | the reports, and ultimately, at the end of the board | 10:10:35 |
| 6 | meeting, hopefully we will adopt the report and the | 10:10:38 |
| 7 | recommendations and the probable cause and the | 10:10:44 |
| 8 | findings. | 10:10:45 |
| 9 | So I texted -- I took a screenshot from | 10:10:46 |
| 10 | "The New York Times," actually.  The headlines are: | 10:10:49 |
| 11 | "NTSB Faults Tesla and U.S. | 10:10:53 |
| 12 | Regulators in a Deadly 2018 Autopilot | 10:10:55 |
| 13 | Crash." | 10:11:01 |
| 14 | And -- oh, and it actually quotes here: | 10:11:01 |
| 15 | "NTSB chairman Robert Sumwalt said | 10:11:03 |
| 16 | Tesla -- unlike five other auto | 10:11:05 |
| 17 | manufacturers -- had ignored safety | 10:11:07 |
| 18 | recommendations issued in 2017," quoting | 10:11:10 |
| 19 | me, "'It's been 881 days since those | 10:11:15 |
| 20 | recommendations were sent to Tesla. | 10:11:18 |
| 21 | We're still waiting,' end of quote, | 10:11:20 |
| 22 | Sumwalt said at the hearing to determine | 10:11:23 |
| 23 | the crash's probable cause." | 10:11:26 |
| 24 | So I texted that to Elon Musk on -- at | 10:11:29 |
| 25 | 2:57 p.m. Washington time, eastern time, on | 10:11:32 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              53

| | | |
|---|---|---|
| 1 | February 25th, 2020. | 10:11:38 |
| 2 | Q    And did you receive any response from | 10:11:45 |
| 3 | Mr. Musk at any point? | 10:11:49 |
| 4 | A    Apparently, on the same day I get a reply | 10:11:52 |
| 5 | with two question marks. | 10:11:56 |
| 6 | Q    Anything further? | 10:12:02 |
| 7 | A    No. | 10:12:04 |
| 8 | Q    Okay.  Can you, just for the purposes of | 10:12:04 |
| 9 | posterity and accuracy, hold up your phone just to | 10:12:08 |
| 10 | the screen so that we can see it and capture it on | 10:12:12 |
| 11 | the video? | 10:12:15 |
| 12 | A    Yeah.  Just tell me where -- well, tell you | 10:12:15 |
| 13 | what.  Maybe I should move this light.  See, I was | 10:12:17 |
| 14 | trying to be smart with the light, but -- | 10:12:20 |
| 15 | Q    Right.  I got you. | 10:12:21 |
| 16 | A    Maybe it's better.  Let's see here. | 10:12:22 |
| 17 | Q    Hmm. | 10:12:27 |
| 18 | A    Well -- | 10:12:27 |
| 19 | Q    Why don't we do this.  Not looking for you | 10:12:28 |
| 20 | to share Mr. Musk's cell phone number with anybody. | 10:12:31 |
| 21 | If you can screenshot that image that just, I | 10:12:35 |
| 22 | assume, has his name and nothing further on it. | 10:12:38 |
| 23 | A    Yes, I can do that.  And I've just done | 10:12:42 |
| 24 | that. | 10:12:45 |
| 25 | Q    And then e-mail it -- you have my e-mail or | 10:12:45 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                        54

| | | |
|---|---|---|
| 1 | maybe we should just have you e-mail it directly -- | 10:12:49 |
| 2 | well, you could send it to us.  You were on an | 10:12:51 |
| 3 | e-mail with all the parties in this case.  And then | 10:12:54 |
| 4 | I will mark it as the next exhibit in order. | 10:12:57 |
| 5 | THE WITNESS:  If you like, I have it pulled | 10:13:02 |
| 6 | up on the phone.  I can just e-mail it right now, | 10:13:04 |
| 7 | but I don't know -- I don't think I have a good | 10:13:06 |
| 8 | e-mail address. | 10:13:07 |
| 9 | BY MR. SCHREIBER: | 10:13:08 |
| 10 | Q     That's fine.  We'll do it at the | 10:13:08 |
| 11 | conclusion, but I'll be sure that we add it. | 10:13:10 |
| 12 | A     Thanks. | 10:13:13 |
| 13 | Q     All right.  I guess -- | 10:13:14 |
| 14 | MR. BRANIGAN:  Excuse me, Counsel and | 10:13:15 |
| 15 | Mr. Sumwalt.  If it's possible, I would ask that we | 10:13:16 |
| 16 | do that at a break so that it's part of the -- | 10:13:18 |
| 17 | THE WITNESS:  Yeah. | 10:13:21 |
| 18 | MR. BRANIGAN:  -- record for additional | 10:13:21 |
| 19 | questioning by other counsel. | 10:13:23 |
| 20 | MR. SCHREIBER:  Fair enough.  Why don't we | 10:13:25 |
| 21 | take a pause for the cause, go off the record, take | 10:13:26 |
| 22 | a 60 seconds.  We've been going a little over an | 10:13:30 |
| 23 | hour.  I don't know if anyone needs a break anyways. | 10:13:32 |
| 24 | And then we'll go ahead and resume. | 10:13:35 |
| 25 | All right.  So why don't we go ahead and go | 10:13:36 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                      55

| | | |
|---|---|---|
| 1 | off the record. | 10:13:38 |
| 2 | THE VIDEOGRAPHER:  Off the record, | 10:13:40 |
| 3 | 10:13 a.m. | 10:13:40 |
| 4 | (Recess taken from 10:13 a.m. | |
| 5 | to 10:23 a.m.) | |
| 6 | THE VIDEOGRAPHER:  We're back on the | 10:23:48 |
| 7 | record.  The time is 10:23 a.m. | 10:23:48 |
| 8 | MR. SCHREIBER:  Thank you. | 10:23:53 |
| 9 | BY MR. SCHREIBER: | 10:23:54 |
| 10 | Q    Mr. Sumwalt, we will mark as Exhibit 6 -- | 10:23:54 |
| 11 | oh, Adobe decided to crash while I shut it off. | 10:24:06 |
| 12 | There we go.  Okay. | 10:24:09 |
| 13 | (Deposition Exhibit 6 was marked for | |
| 14 | identification.) | |
| 15 | MR. SCHREIBER:  Let me just reopen.  I | 10:24:20 |
| 16 | apologize.  I got to open up 5 and what is now 7. | 10:24:21 |
| 17 | Okay. | 10:24:29 |
| 18 | BY MR. SCHREIBER: | 10:24:38 |
| 19 | Q    With respect to the board meeting -- | 10:24:38 |
| 20 | A    Yes, sir. | 10:24:42 |
| 21 | Q    So you were describing that, in February of | 10:24:43 |
| 22 | 2020 at a board meeting, you screenshotted a couple | 10:24:45 |
| 23 | of screenshots from a "New York Times" article | 10:24:52 |
| 24 | and -- where it finds that the NTSB faulted Tesla | 10:24:55 |
| 25 | and regulators in a deadly 2018 Autopilot crash and | 10:25:00 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              56

| | | |
|---|---|---|
| 1 | that you sent those screenshots directly to | 10:25:05 |
| 2 | Elon Musk.  And what you got in response was two | 10:25:10 |
| 3 | question marks. | 10:25:15 |
| 4 | You were kind enough in the break to share | 10:25:16 |
| 5 | that with us.  And I have gone ahead and marked it | 10:25:23 |
| 6 | as Exhibit 6 to your deposition. | 10:25:31 |
| 7 | Is that the screenshot that you received -- | 10:25:39 |
| 8 | or that you sent me of your text exchange with | 10:25:41 |
| 9 | Mr. Musk on February 25th, 2020? | 10:25:45 |
| 10 | A    Yes, it is. | 10:25:49 |
| 11 | Q    And with respect to these safety | 10:25:50 |
| 12 | recommendations as it relates to what is often known | 10:25:55 |
| 13 | as the "operational design domain," in other words, | 10:25:58 |
| 14 | the locations through which the vehicle should be | 10:26:01 |
| 15 | used as well as the safety recommendations regarding | 10:26:05 |
| 16 | driver monitoring, those were not specific to that | 10:26:10 |
| 17 | Williston crash, true? | 10:26:15 |
| 18 | They arose from it, but they applied to all | 10:26:17 |
| 19 | level 2 automation manufacturers, and that's why you | 10:26:22 |
| 20 | issued it and the NTSB issued it at the time that | 10:26:26 |
| 21 | they did, so that steps could be made to improve | 10:26:28 |
| 22 | both ODD and driver monitoring; is that correct? | 10:26:31 |
| 23 | MR. BRANIGAN:  Objection. | 10:26:36 |
| 24 | THE WITNESS:  I cannot -- | 10:26:37 |
| 25 | MR. BRANIGAN:  Sorry.  Go ahead, sir. | 10:26:38 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    57

| | | |
|---|---|---|
| 1 | I'd just place an objection to the form of | 10:26:38 |
| 2 | the question. | 10:26:40 |
| 3 | But you may answer. | 10:26:41 |
| 4 | THE WITNESS:  Thank you. | 10:26:44 |
| 5 | I cannot say that that question -- I cannot | 10:26:45 |
| 6 | answer that question the way that you asked it | 10:26:46 |
| 7 | because the only automated vehicles -- or | 10:26:49 |
| 8 | semiautomated vehicles that I dealt with, with maybe | 10:26:53 |
| 9 | one exception, were always the Tesla vehicles. | 10:26:56 |
| 10 | So I never saw -- I never had an | 10:27:02 |
| 11 | opportunity to look at other vehicles where ODD may | 10:27:06 |
| 12 | have been a factor. | 10:27:11 |
| 13 | BY MR. SCHREIBER: | 10:27:14 |
| 14 | Q    Yeah. | 10:27:14 |
| 15 | A    So I didn't like the way the question was | 10:27:15 |
| 16 | phrased.  And I hope I clarified it for you right | 10:27:17 |
| 17 | there. | 10:27:19 |
| 18 | Q    You did.  And that's a perfect example.  I | 10:27:20 |
| 19 | told you at the beginning I can assure you I'm going | 10:27:22 |
| 20 | to ask a question that is inarticulate or | 10:27:24 |
| 21 | unintelligible or something perhaps you're | 10:27:28 |
| 22 | uncomfortable or unable to answer, and you need to | 10:27:31 |
| 23 | let me know.  So you did that. | 10:27:34 |
| 24 | So, to be clear, then, just so we have a | 10:27:35 |
| 25 | clear question and answer, the recommendations with | 10:27:38 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

58

| | | |
|---|---|---|
| 1 | respect to ODD and driver monitoring that were | 10:27:40 |
| 2 | contained in the report that we marked as Exhibit 4 | 10:27:45 |
| 3 | that you signed off on as chairman of the NTSB, | 10:27:49 |
| 4 | those were directed to Tesla going forward and not | 10:27:53 |
| 5 | just limited to the confines of the Williston crash. | 10:27:57 |
| 6 | Is that a true, factual statement? | 10:28:01 |
| 7 | A    I think so, but let me clarify. | 10:28:03 |
| 8 | Q    Okay. | 10:28:05 |
| 9 | A    So we issued it -- certainly our education | 10:28:05 |
| 10 | of ODD was highlighted through the Williston crash. | 10:28:10 |
| 11 | Q    Mm-hmm. | 10:28:17 |
| 12 | A    However, we realized that there could be | 10:28:19 |
| 13 | other advanced automation driving systems -- auto | 10:28:20 |
| 14 | manufacturers that could possibly be dealing with | 10:28:26 |
| 15 | the same situation. | 10:28:29 |
| 16 | So that is why we cast the net broader and | 10:28:31 |
| 17 | issued those recommendations to those four other | 10:28:35 |
| 18 | auto manufacturers. | 10:28:39 |
| 19 | Q    And as of February 2020, you had said in | 10:28:40 |
| 20 | "The New York Times" that, unlike five other auto | 10:28:45 |
| 21 | manufacturers, Tesla had ignored these safety | 10:28:50 |
| 22 | recommendations issued in 2017. | 10:28:54 |
| 23 | And as you said in that quote it was | 10:28:57 |
| 24 | "888 [sic] days since those recommendations were | 10:29:02 |
| 25 | sent to Tesla" and that "We" -- or "We're," which | 10:29:04 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          59

| | | |
|---|---|---|
| 1 | was the NTSB -- "We're still waiting." | 10:29:08 |
| 2 | When you sent this to Mr. Musk, you got a | 10:29:11 |
| 3 | response of two question marks. | 10:29:17 |
| 4 | How did you interpret that? | 10:29:19 |
| 5 | MR. BRANIGAN: Objection. Lack of | 10:29:22 |
| 6 | foundation, calls for speculation. | 10:29:22 |
| 7 | THE WITNESS: Yeah, I just said, "Hey, | 10:29:27 |
| 8 | here's two question marks." Did not -- I'm not sure | 10:29:30 |
| 9 | how I responded to it on that particular day. | 10:29:36 |
| 10 | BY MR. SCHREIBER: | 10:29:41 |
| 11 | Q    Okay. Did you at any point have any | 10:29:41 |
| 12 | further communications with Mr. Musk about the NTSB | 10:29:45 |
| 13 | safety recommendations regarding ODD and driver | 10:29:51 |
| 14 | monitoring at any point after February 25th, 2020? | 10:29:54 |
| 15 | A    No. | 10:29:58 |
| 16 | Q    Okay. From the time the recommendations | 10:30:04 |
| 17 | were issued in 2017 till 2020, did you have any | 10:30:05 |
| 18 | communications with anybody at the -- at Tesla about | 10:30:09 |
| 19 | these safety recommendations? | 10:30:19 |
| 20 | A    No. And I'll point out that my text | 10:30:20 |
| 21 | message was not -- yes, I was acting in my -- it was | 10:30:22 |
| 22 | not the official NTSB way of communications is | 10:30:25 |
| 23 | sending a screenshot from "The New York Times" -- | 10:30:28 |
| 24 | sending it to a CEO of the organization. | 10:30:32 |
| 25 | But it would not normally be my job to be | 10:30:35 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    60

| | | |
|---|---|---|
| 1 | the one in the NTSB to follow up with the | 10:30:37 |
| 2 | recommendation recipients.  That would have been | 10:30:39 |
| 3 | somebody else in the organization, staff member. | 10:30:42 |
| 4 | Q     And going back to -- thank you, sir. | 10:30:48 |
| 5 | A     Yes, sir. | 10:30:50 |
| 6 | Q     Going back to Exhibit 5, we see here that, | 10:30:54 |
| 7 | as to the various addressees of this recommendation, | 10:30:57 |
| 8 | 17-041, about using these vehicles within a proper | 10:31:04 |
| 9 | ODD, Tesla was the only one that received an | 10:31:10 |
| 10 | "Unacceptable Response." | 10:31:15 |
| 11 | Can you describe for us the -- essentially | 10:31:20 |
| 12 | the factual evaluation that embodied the conclusion | 10:31:22 |
| 13 | that Tesla's response was unacceptable? | 10:31:27 |
| 14 | A     I cannot.  As I mentioned earlier in my | 10:31:34 |
| 15 | testimony, there are about 17 different ways that a | 10:31:35 |
| 16 | recommendation can be classified.  And I cannot say | 10:31:39 |
| 17 | exactly what the criteria would be for each of them | 10:31:43 |
| 18 | other than "Closed - Unacceptable." | 10:31:47 |
| 19 | But whatever it was, the board, the | 10:31:49 |
| 20 | five-member board, based on staff's recommendation, | 10:31:53 |
| 21 | after reading the response from an organization, | 10:31:58 |
| 22 | that is how we come up with the recommendation -- | 10:32:00 |
| 23 | with how we should classify each recommendation. | 10:32:04 |
| 24 | So I cannot tell you why that one was | 10:32:08 |
| 25 | classified "Open - Unacceptable."  If they had not | 10:32:11 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                        61

| | | |
|---|---|---|
| 1 | responded at all -- and I think what you just showed | 10:32:18 |
| 2 | me is a very recent page because I pulled it up on | 10:32:19 |
| 3 | Sunday night.  That's the way it was classified. | 10:32:23 |
| 4 | So if it was -- if they had never replied, | 10:32:28 |
| 5 | in my recollection, it would have been classified as | 10:32:35 |
| 6 | "Open - Await Response."  However, there's a nuance | 10:32:37 |
| 7 | of that that if somebody just finally ignores you, | 10:32:43 |
| 8 | then we change it to "Open - Unacceptable Response." | 10:32:47 |
| 9 | So for a while we'll give the people the | 10:32:52 |
| 10 | leeway to say "Open - Await Response."  And then | 10:32:53 |
| 11 | after a while we say, "Hey, it's been three years. | 10:32:58 |
| 12 | They've never replied to us.  We're going to | 10:33:01 |
| 13 | reclassify that in" -- "you know, as 'Unacceptable | 10:33:03 |
| 14 | Response.'" | 10:33:05 |
| 15 | I say three years.  I mean, it could be one | 10:33:06 |
| 16 | year.  It could be whatever.  But they did not give | 10:33:08 |
| 17 | us the type of response that would reassure us and | 10:33:11 |
| 18 | give that warm and fuzzy feeling that they're | 10:33:14 |
| 19 | actually moving forward with satisfying that | 10:33:17 |
| 20 | recommendation. | 10:33:20 |
| 21 | Q    To your knowledge, sir, from the time of | 10:33:37 |
| 22 | the issuance of the safety recommendations to Tesla | 10:33:41 |
| 23 | till the end of your tenure as chairman of the NTSB, | 10:33:44 |
| 24 | did anyone within the NTSB have direct | 10:33:49 |
| 25 | communications with Mr. Musk or the leadership at | 10:33:54 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    62

| | | |
|---|---|---|
| 1 | Tesla about those recommendations that you were | 10:33:58 |
| 2 | privy to or made aware of? | 10:34:02 |
| 3 | A    As I sit here today on July the 9th of | 10:34:07 |
| 4 | 2024, I don't know if there was any correspondence. | 10:34:12 |
| 5 | There may have been, but I can't recall whether or | 10:34:18 |
| 6 | not there was. | 10:34:20 |
| 7 | Q    Okay.  You recall if there were any phone | 10:34:24 |
| 8 | calls that involved Mr. Musk and anyone on behalf of | 10:34:25 |
| 9 | the NTSB regarding these safety recommendations at | 10:34:31 |
| 10 | any point? | 10:34:36 |
| 11 | A    Up until the time that I left as chairman, | 10:34:43 |
| 12 | I can -- I would feel like I would have known if | 10:34:45 |
| 13 | anybody would have called Elon Musk. | 10:34:49 |
| 14 | To my knowledge, I was the only one who had | 10:34:52 |
| 15 | ever called Elon.  And I think if someone else had, | 10:34:54 |
| 16 | I would have known about it. | 10:35:00 |
| 17 | It would not be usual for us to engage | 10:35:03 |
| 18 | directly with the CEO of an organization.  Usually | 10:35:07 |
| 19 | we would be -- our staff would be dealing with | 10:35:11 |
| 20 | somebody somewhere more directly involved with the | 10:35:13 |
| 21 | investigation. | 10:35:17 |
| 22 | I did have a reason to contact Elon via | 10:35:19 |
| 23 | phone.  And so that's why I had his cell phone | 10:35:22 |
| 24 | number.  And -- so I don't -- I can't say for sure | 10:35:27 |
| 25 | if no one else from the NTSB directly called him, | 10:35:31 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          63

| | | |
|---|---|---|
| 1 | but not to my knowledge. | 10:35:34 |
| 2 | Q    Now, you said a moment ago that you had | 10:35:36 |
| 3 | Mr. Musk's phone number and -- because you had the | 10:35:40 |
| 4 | occasion to speak with him. | 10:35:43 |
| 5 | Describe for us that occasion and what was | 10:35:45 |
| 6 | discussed. | 10:35:48 |
| 7 | A    Yes. | 10:35:51 |
| 8 | MR. BRANIGAN:  And sorry, sir, but -- | 10:35:53 |
| 9 | sorry.  Sorry to interrupt you. | 10:35:54 |
| 10 | THE WITNESS:  No. | 10:35:57 |
| 11 | MR. BRANIGAN:  Sometimes I'm a little slow | 10:35:57 |
| 12 | on the draw. | 10:35:58 |
| 13 | But I do just want to reassert my objection | 10:35:59 |
| 14 | here and ask that it be a continuing objection since | 10:36:02 |
| 15 | we're now turning to a new matter. | 10:36:07 |
| 16 | Counsel, is that okay with you? | 10:36:09 |
| 17 | MR. SCHREIBER:  Of course. | 10:36:10 |
| 18 | MR. BRANIGAN:  Thank you. | 10:36:10 |
| 19 | Sorry, Mr. Sumwalt.  Please continue. | 10:36:11 |
| 20 | THE WITNESS:  No, sir.  No, sir.  You're | 10:36:14 |
| 21 | doing your job.  Thank you. | 10:36:15 |
| 22 | The last deposition I took, there was | 10:36:16 |
| 23 | constantly objections going across the table, so -- | 10:36:18 |
| 24 | verbally, that is.  Here we have a continuous one. | 10:36:21 |
| 25 | Okay.  So NTSB designates those | 10:36:28 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          64

| | | |
|---|---|---|
| 1 | organizations that can provide technical expertise | 10:36:30 |
| 2 | to an investigation.  The NTSB designates those | 10:36:34 |
| 3 | organizations to be a party to the NTSB's | 10:36:39 |
| 4 | investigation. | 10:36:42 |
| 5 | The parties are used to collect -- to help | 10:36:43 |
| 6 | ascertain factual information regarding that | 10:36:48 |
| 7 | particular crash or accident. | 10:36:51 |
| 8 | Tesla -- no one knows more about Tesla's | 10:36:55 |
| 9 | design and manufacture than Tesla.  So they were | 10:36:58 |
| 10 | designated as a party to the investigation. | 10:37:03 |
| 11 | As such, the Tesla representatives sign a | 10:37:07 |
| 12 | party agreement form, which is only about three, | 10:37:12 |
| 13 | maybe four paragraphs long.  It's not horribly | 10:37:14 |
| 14 | arduous, the form itself. | 10:37:18 |
| 15 | And you have to agree to certain things. | 10:37:20 |
| 16 | You cannot conduct an independent investigation. | 10:37:22 |
| 17 | You cannot be -- we only want one voice of the | 10:37:24 |
| 18 | investigation.  We don't want -- and that voice is | 10:37:28 |
| 19 | the NTSB. | 10:37:31 |
| 20 | So, in other words, you can talk about | 10:37:34 |
| 21 | generally anything that you could talk about the day | 10:37:36 |
| 22 | before the crash, but if it happened on the day of | 10:37:39 |
| 23 | or after, then you probably shouldn't be talking | 10:37:42 |
| 24 | about it to adhere to the NTSB's rules. | 10:37:45 |
| 25 | Now, the week that ended on -- I'll say the | 10:37:49 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          65

| | | |
|---|---|---|
| 1 | week ended on -- I don't know when it began, but the | 10:37:53 |
| 2 | Friday, the -- April the 6th, it was a Friday, I did | 10:37:56 |
| 3 | call Elon Musk to talk to him because -- | 10:38:03 |
| 4 | BY MR. SCHREIBER: | 10:38:05 |
| 5 |    Q   What year? | 10:38:06 |
| 6 |    A   Go ahead. | 10:38:07 |
| 7 |    Q   What year? | 10:38:07 |
| 8 |    A   Oh, thank you.  Yeah, 2018. | 10:38:10 |
| 9 |    Q   Very well.  Friday, April 6, 2018.  Go | 10:38:12 |
| 10 | ahead. | 10:38:14 |
| 11 |    A   Yes, sir, that's correct. | 10:38:15 |
| 12 |       We had read in the newspaper or online or | 10:38:18 |
| 13 | wherever you read things these days -- we had read | 10:38:21 |
| 14 | that Elon Musk had been making comments about the | 10:38:23 |
| 15 | Mountain View, California, crash involving a | 10:38:28 |
| 16 | Tesla -- let's see what it was.  I don't know what | 10:38:31 |
| 17 | it was.  I can't remember at this point. | 10:38:34 |
| 18 |       But -- oh, it was an SUV.  So whatever that | 10:38:36 |
| 19 | is.  I think maybe -- is that a Y or an X?  I don't | 10:38:40 |
| 20 | know. | 10:38:43 |
| 21 |       But -- I don't know at this point.  But, | 10:38:43 |
| 22 | anyway -- | 10:38:48 |
| 23 |    Q   It's an X.  It was an X.  But go ahead. | 10:38:48 |
| 24 |    A   An X.  Thanks. | 10:38:50 |
| 25 |       Mr. Musk himself, as I recall, had been | 10:38:54 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

| | | |
|---|---|---|
| 1 | making comments in the media about the crash.  So | 10:38:56 |
| 2 | staff pointed that out to me.  And knowing full well | 10:39:02 |
| 3 | what the NTSB's party rules were, I did call him on | 10:39:05 |
| 4 | that Friday, April 6th of 2018. | 10:39:10 |
| 5 | We had a decent conversation.  It was -- | 10:39:14 |
| 6 | you know, we can look on our phone and see how long | 10:39:16 |
| 7 | the call was.  It was exactly a 30-minute call.  And | 10:39:19 |
| 8 | I told him that -- what's all this stuff here?  I | 10:39:22 |
| 9 | guess, maybe -- I don't know if that's on my | 10:39:26 |
| 10 | computer or not or -- yeah, that's probably stuff on | 10:39:28 |
| 11 | my computer, news and all. | 10:39:31 |
| 12 | Anyway, I told him that, you know, "Hey, | 10:39:33 |
| 13 | look, you're a party to the investigation.  Your | 10:39:37 |
| 14 | representative, whoever it was, signed this party | 10:39:41 |
| 15 | agreement.  And you're not supposed to be talking | 10:39:44 |
| 16 | about things about the crash." | 10:39:49 |
| 17 | And he said, "Well, I want to be a party." | 10:39:52 |
| 18 | And I said, "Good.  We like organizations | 10:39:55 |
| 19 | to be party members."  I was a party member myself | 10:39:57 |
| 20 | when my airline had several crashes back in the | 10:40:00 |
| 21 | '90s. | 10:40:04 |
| 22 | And so I -- you know, I see the value of a | 10:40:07 |
| 23 | party system.  I've been on both sides of the table | 10:40:09 |
| 24 | of that.  And he said, yeah, he wanted to be a -- he | 10:40:13 |
| 25 | wanted Tesla to remain as a party. | 10:40:15 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    67

| | | |
|---|---|---|
| 1 | Anyway, that was a good conversation.  But | 10:40:17 |
| 2 | then the next week there had been -- he really came | 10:40:21 |
| 3 | out and made comments that even the NTSB did not | 10:40:28 |
| 4 | have that information yet from -- I guess the crash | 10:40:33 |
| 5 | data is -- through telemetry would be received by | 10:40:36 |
| 6 | Tesla, the parameters. | 10:40:40 |
| 7 | And so he was talking about the parameters | 10:40:42 |
| 8 | and actually said the driver of the vehicle caused | 10:40:44 |
| 9 | the crash. | 10:40:48 |
| 10 | And I think he even called the driver by | 10:40:48 |
| 11 | name, which might've been Walter Huang, but I'm | 10:40:51 |
| 12 | not -- I can't recall if that's exactly right.  But | 10:40:56 |
| 13 | I think he actually said, "The driver" -- you know, | 10:40:58 |
| 14 | and called him by name -- "caused this crash." | 10:41:01 |
| 15 | So we said, "You know what?  We've already | 10:41:04 |
| 16 | talked to him.  We've already talked to Elon once." | 10:41:06 |
| 17 | And I gathered about four or five of our staff, and | 10:41:09 |
| 18 | we talked through it. | 10:41:12 |
| 19 | And I said, "Now, everybody's telling me | 10:41:13 |
| 20 | why I need to do it.  I want somebody to tell me why | 10:41:15 |
| 21 | we should not remove party" -- so we're going to | 10:41:18 |
| 22 | kick them off the investigation because they | 10:41:21 |
| 23 | violated our rules, clearly.  They've been warned | 10:41:23 |
| 24 | once. | 10:41:25 |
| 25 | So I got the staff, and I said, "All right. | 10:41:26 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    68

| | | |
|---|---|---|
| 1 | We all agree.  Now tell me why -- I want somebody to | 10:41:28 |
| 2 | tell me why we should not.  Pick a hole in this | 10:41:31 |
| 3 | argument." | 10:41:34 |
| 4 | Everybody agreed.  "No, they've clearly | 10:41:34 |
| 5 | violated the terms." | 10:41:36 |
| 6 | So I made a cell phone call from my office. | 10:41:38 |
| 7 | And accompanying me was the then-managing director | 10:41:42 |
| 8 | of the agency, Dennis Jones.  We sat at my | 10:41:46 |
| 9 | conference table and called Elon.  It was a | 10:41:50 |
| 10 | 28-minute call. | 10:41:53 |
| 11 | He continued to argue and tell us that -- I | 10:41:54 |
| 12 | think he said he was going to sue us because we were | 10:41:58 |
| 13 | decreasing safety.  And I think he completely missed | 10:42:02 |
| 14 | the point that by removing him from an investigation | 10:42:06 |
| 15 | was not going to decrease safety.  And, you know, he | 10:42:10 |
| 16 | made all these comments. | 10:42:16 |
| 17 | And, you know, finally, I kind of -- after | 10:42:18 |
| 18 | debating back and forth, he said, "Well, I don't | 10:42:20 |
| 19 | want to lose party status." | 10:42:24 |
| 20 | And I said, "Well, too late for that.  You | 10:42:26 |
| 21 | have been removed from the investigation -- Tesla | 10:42:29 |
| 22 | has." | 10:42:32 |
| 23 | And the phone went dead.  And that phone | 10:42:32 |
| 24 | call was 28 minutes long.  My phone did not go dead | 10:42:34 |
| 25 | because I ran out of battery or anything like that. | 10:42:40 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    69

| 1 | So my conclusion was is that he hung up on me. | 10:42:44 |
| 2 | Q    And with respect to that phone call and the | 10:42:52 |
| 3 | removal of Tesla as a party to that investigation, | 10:42:55 |
| 4 | what else did Mr. Musk tell you with regard to how | 10:43:03 |
| 5 | the NTSB was decreasing safety? | 10:43:08 |
| 6 | A    You paraphrased what I said correctly. | 10:43:15 |
| 7 | It's a mystery to me why he would state that.  We're | 10:43:20 |
| 8 | not NHTSA, National Highway Traffic Safety | 10:43:24 |
| 9 | Administration.  That's not who we are. | 10:43:28 |
| 10 | He claimed -- and I'm not saying this is | 10:43:33 |
| 11 | untrue, but his premise was he had these data that | 10:43:35 |
| 12 | showed that his system would save all these lives | 10:43:39 |
| 13 | per year.  And, you know, he did have some figures | 10:43:45 |
| 14 | that I think NHTSA later recounted as saying the | 10:43:50 |
| 15 | methodology was not exactly accurate. | 10:43:53 |
| 16 | But -- I can't remember much more about the | 10:43:56 |
| 17 | conversation.  Maybe your prompting can help me to | 10:44:00 |
| 18 | remember some things. | 10:44:05 |
| 19 | Q    Well, it sounds like that, as of 2018, you | 10:44:07 |
| 20 | still hadn't heard from Tesla -- you, the NTSB, | 10:44:14 |
| 21 | hadn't heard from Tesla regarding your safety | 10:44:17 |
| 22 | recommendations on the ODD or driver monitoring. | 10:44:20 |
| 23 | Was that conversation you had with Mr. Musk | 10:44:25 |
| 24 | in 2018 -- did it at any level involve either of | 10:44:28 |
| 25 | those issues in terms of how the vehicle was being | 10:44:31 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    70

| | | |
|---|---|---|
| 1 | operated and the responsiveness or lack thereof from | 10:44:36 |
| 2 | the driver and/or where it was being operated at the | 10:44:39 |
| 3 | time of the crash? | 10:44:42 |
| 4 | A    I have no recollection of that being | 10:44:45 |
| 5 | discussed or not being discussed.  I think the juxt | 10:44:46 |
| 6 | [sic] of the conversation centered around Tesla's | 10:44:51 |
| 7 | flagrant violations of the NTSB's party rules and | 10:44:55 |
| 8 | the fact that he was being removed from the | 10:45:01 |
| 9 | investigation. | 10:45:03 |
| 10 | Now, I believe that part of your question | 10:45:04 |
| 11 | was -- let's see, now.  So, see, those | 10:45:06 |
| 12 | recommendations were issued -- I think I saw | 10:45:12 |
| 13 | something there on one of your displays -- around | 10:45:15 |
| 14 | the 27th of September, the initial recommendations, | 10:45:18 |
| 15 | like, 17 -- what were they? -- 17-3041 -- | 10:45:22 |
| 16 | Q    17-041 and 042 -- | 10:45:27 |
| 17 | A    Yeah. | 10:45:30 |
| 18 | Q    -- were issued in September of 2017, | 10:45:30 |
| 19 | approximately -- | 10:45:33 |
| 20 | A    Yeah. | 10:45:33 |
| 21 | Q    -- seven months before the conversation | 10:45:33 |
| 22 | with Mr. Musk. | 10:45:35 |
| 23 | A    That's right.  So it would not be -- even | 10:45:36 |
| 24 | though we request people to respond to us within 90 | 10:45:38 |
| 25 | days, that's a request.  There is no requirement. | 10:45:42 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                           71

| | | |
|---|---|---|
| 1 | Sometimes people need to kind of get things | 10:45:47 |
| 2 | sorted out.  So it would not have been highly | 10:45:50 |
| 3 | unusual to have been -- what'd you say? -- seven | 10:45:54 |
| 4 | months -- six or seven months for somebody not to | 10:45:57 |
| 5 | have replied. | 10:45:59 |
| 6 | But -- so I'll just end it right there. | 10:46:02 |
| 7 | Q    Fair enough.  But, rather, your biggest | 10:46:05 |
| 8 | concern was the fact that Tesla and, in particular, | 10:46:07 |
| 9 | Mr. Musk had been violating the party rules with | 10:46:12 |
| 10 | respect to the investigation by speaking publicly | 10:46:15 |
| 11 | about the investigation and sharing information that | 10:46:19 |
| 12 | the NTSB was not even privy to at that point, true? | 10:46:22 |
| 13 | A    You're exactly right.  And you'll notice | 10:46:26 |
| 14 | that two weeks ago the NTSB called out Boeing for | 10:46:28 |
| 15 | doing the same thing. | 10:46:32 |
| 16 | Q    Mm-hmm. | 10:46:33 |
| 17 | A    It's rare, but we have removed -- NTSB has | 10:46:34 |
| 18 | removed people from investigations.  Boeing only got | 10:46:37 |
| 19 | sanctioned.  But it does show that it does happen | 10:46:40 |
| 20 | before.  We've kicked UPS off.  We've kicked some | 10:46:43 |
| 21 | pilots unions off before.  We've kicked air traffic | 10:46:47 |
| 22 | control unions off. | 10:46:50 |
| 23 | But, yes, to answer your question -- sorry | 10:46:52 |
| 24 | to get off on a tangent -- the sole purpose of that | 10:46:54 |
| 25 | conversation was to remove Tesla as a party to the | 10:46:57 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

72

| | | |
|---|---|---|
| 1 | NTSB's investigation of the 2018 crash at Mountain | 10:47:02 |
| 2 | View, California. | 10:47:08 |
| 3 | Q    Got it.  Going back to Exhibit 5 -- | 10:47:12 |
| 4 | A    Okay. | 10:47:30 |
| 5 | Q    -- this is approximately one month -- a | 10:47:30 |
| 6 | little less than one month after your text exchange, | 10:47:35 |
| 7 | which was on February -- or a little less than a | 10:47:41 |
| 8 | month.  It was February 25th of 2020. | 10:47:44 |
| 9 | A    Okay.  All right. | 10:47:48 |
| 10 | Q    Here we are on March 19th.  It's an | 10:47:49 |
| 11 | official transmittal from NTSB to Tesla.  And -- | 10:47:53 |
| 12 | A    Ah. | 10:47:58 |
| 13 | Q    -- it discusses the issue of ODD. | 10:47:59 |
| 14 | Do you recognize this document, sir? | 10:48:01 |
| 15 | A    Not really.  You know, that's an external | 10:48:05 |
| 16 | document there. | 10:48:09 |
| 17 | Q    Okay. | 10:48:11 |
| 18 | A    But what it does appear -- if you'll scroll | 10:48:11 |
| 19 | up a little bit. | 10:48:13 |
| 20 | Q    Yes, sir. | 10:48:15 |
| 21 | A    It does say it's "Report Reclassification." | 10:48:16 |
| 22 | Q    Exactly. | 10:48:20 |
| 23 | A    So if I studied that and saw what it was, | 10:48:20 |
| 24 | it was likely in the accident investigation report | 10:48:22 |
| 25 | in the Mountain View crash where we reclassified the | 10:48:28 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              73

| | | |
|---|---|---|
| 1 | recommendations to Tesla from "Open - Await | 10:48:33 |
| 2 | Response" to "Open - Unacceptable Response." | 10:48:35 |
| 3 | I suspect that's what that is right there. | 10:48:41 |
| 4 | Q    And to that end, if you read the 17-41, | 10:48:49 |
| 5 | which we've talked about previously on ODD, this | 10:48:53 |
| 6 | transmittal describes both the -- again, the factual | 10:48:57 |
| 7 | basis of the Mountain View crash as well as a crash | 10:49:01 |
| 8 | in Delray Beach, Florida, and talks about how: | 10:49:05 |
| 9 | "Tesla vehicles continue to be | 10:49:14 |
| 10 | involved in crashes where Autopilot is | 10:49:18 |
| 11 | activated and" operated -- "operating | 10:49:21 |
| 12 | outside the intended geographic ODD." | 10:49:22 |
| 13 | Do you see that, sir? | 10:49:26 |
| 14 | A    Yes, sir, I do. | 10:49:27 |
| 15 | MR. BRANIGAN:  And, Counsel, I'm just going | 10:49:30 |
| 16 | to add to my objections that you're now representing | 10:49:31 |
| 17 | other incidents that are substantially dissimilar | 10:49:35 |
| 18 | from the Benavides and Monet incidents. | 10:49:39 |
| 19 | MR. SCHREIBER:  That's fine.  We'll | 10:49:42 |
| 20 | respectfully disagree on that front.  But that's | 10:49:44 |
| 21 | okay. | 10:49:47 |
| 22 | BY MR. SCHREIBER: | 10:49:54 |
| 23 | Q    Can you read for -- to yourself and | 10:49:54 |
| 24 | ultimately then tell us kind of why -- I think you | 10:49:58 |
| 25 | said, "If I had studied this, I would understand why | 10:50:02 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    74

| | | |
|---|---|---|
| 1 | the recommendation was reclassified." | 10:50:05 |
| 2 | Perhaps you can take a moment, read that, | 10:50:07 |
| 3 | and then let us know, from your perspective, what | 10:50:09 |
| 4 | was the factual basis for the reclassification. | 10:50:11 |
| 5 | A    Yeah.  I think I know, and I think I've | 10:50:16 |
| 6 | said it, but I do want to just look at it real | 10:50:19 |
| 7 | quickly. | 10:50:21 |
| 8 | Q    Of course. | 10:50:21 |
| 9 | A    Make sure I'm -- yes, sir, and what I said | 10:50:22 |
| 10 | earlier was true. | 10:50:34 |
| 11 | It was during that board meeting, which I | 10:50:35 |
| 12 | believe was February the 25th of 2020, that -- it | 10:50:37 |
| 13 | was during that board meeting of the Mountain View | 10:50:48 |
| 14 | crash where we basically said -- and I'll just say | 10:50:50 |
| 15 | it in plain language -- probably didn't say these | 10:50:53 |
| 16 | words, but "It's been, what, 188" -- no, "888 days | 10:50:56 |
| 17 | or whatever.  We still have not heard from Tesla. | 10:51:00 |
| 18 | And so now we're going to reclassify it from 'Open - | 10:51:04 |
| 19 | Await Response' to 'Open - Unacceptable Response.'" | 10:51:06 |
| 20 | So my intuition was correct on that. | 10:51:12 |
| 21 | That's why we did it.  We said, "Come on.  Three | 10:51:15 |
| 22 | years?"  Well, almost three years, 888 days. | 10:51:18 |
| 23 | Whatever my text message said. | 10:51:22 |
| 24 | Q    Yep.  And that's because, according to the | 10:51:24 |
| 25 | NTSB -- and, again, the kind of factual | 10:51:29 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    75

| | | |
|---|---|---|
| 1 | underpinnings of its analysis was that Tesla failed | 10:51:33 |
| 2 | to provide system safeguards to limit the use of | 10:51:36 |
| 3 | Autopilot for the operating conditions for which it | 10:51:40 |
| 4 | was designed, true? | 10:51:42 |
| 5 | MR. BRANIGAN:  Objection.  Form, leading. | 10:51:45 |
| 6 | BY MR. SCHREIBER: | 10:51:49 |
| 7 | Q    You can answer, sir. | 10:51:49 |
| 8 | A    Yes, sir, thank you. | 10:51:50 |
| 9 | What you've just said there is correct. | 10:51:53 |
| 10 | Q    And it goes on to include that: | 10:51:59 |
| 11 | "By placing full reliance on the | 10:52:01 |
| 12 | success of its partial automation system | 10:52:04 |
| 13 | on the premise that drivers will be | 10:52:06 |
| 14 | attentive at all times and will be | 10:52:09 |
| 15 | sufficiently knowledgeable to make | 10:52:10 |
| 16 | proper decisions regarding where to | 10:52:12 |
| 17 | operate the system, Tesla has created a | 10:52:14 |
| 18 | system designed to fail because of the | 10:52:17 |
| 19 | foreseeable misuse of the system." | 10:52:21 |
| 20 | Is that -- | 10:52:24 |
| 21 | MR. BRANIGAN:  Same objection. | 10:52:25 |
| 22 | BY MR. SCHREIBER: | 10:52:26 |
| 23 | Q    -- a correct statement? | 10:52:26 |
| 24 | MR. BRANIGAN:  Leading. | 10:52:26 |
| 25 | Sorry.  Go ahead. | 10:52:26 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                        76

| | | |
|---|---|---|
| 1 | THE COURT REPORTER:  I didn't catch the | 10:52:26 |
| 2 | tail end of the answer.  "Is that" what? | 10:52:26 |
| 3 | BY MR. SCHREIBER: | 10:52:32 |
| 4 | Q    I said is that a correct statement? | 10:52:32 |
| 5 | A    Yes, sir, it is. | 10:52:37 |
| 6 | Q    And the NTSB concluded, as a part of its | 10:52:38 |
| 7 | factual investigations, that: | 10:52:44 |
| 8 | "...Tesla does not incorporate | 10:52:47 |
| 9 | system safeguards that limit the use of | 10:52:49 |
| 10 | the Autopilot system to the conditions | 10:52:51 |
| 11 | for which it was designed" and | 10:52:54 |
| 12 | "continued use of the system beyond its | 10:52:56 |
| 13 | ODD is foreseeable and the risk for | 10:52:58 |
| 14 | future crashes will remain." | 10:53:02 |
| 15 | That was the factual underpinnings of the | 10:53:04 |
| 16 | conclusions reached by the NTSB at that time; is | 10:53:08 |
| 17 | that correct, Mr. Sumwalt? | 10:53:11 |
| 18 | MR. BRANIGAN:  Objection.  Form.  Leading. | 10:53:13 |
| 19 | THE WITNESS:  That conclusion that you read | 10:53:16 |
| 20 | there, Counselor, was coming out of the Mountain | 10:53:20 |
| 21 | View crash.  And we were -- that is what we believed | 10:53:23 |
| 22 | in the Mountain View crash as also with the | 10:53:28 |
| 23 | Williston, Florida, crash. | 10:53:31 |
| 24 | BY MR. SCHREIBER: | 10:53:34 |
| 25 | Q    Very well.  I'm going to switch briefly to | 10:53:34 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          77

| | | |
|---|---|---|
| 1 | what I have marked as Exhibit 7. | 10:53:45 |
| 2 | (Deposition Exhibit 7 was marked for | |
| 3 | identification.) | |
| 4 | BY MR. SCHREIBER: | 10:53:48 |
| 5 | Q This is the transmittal to Safety | 10:53:48 |
| 6 | Recommendation 17-042 sent to various level 2 | 10:53:52 |
| 7 | manufacturers, just like with the prior | 10:53:57 |
| 8 | recommendation, Volkswagen, BMW, Nissan, Mercedes, | 10:54:01 |
| 9 | Tesla, and Volvo. | 10:54:05 |
| 10 | And while I won't go back through it, | 10:54:08 |
| 11 | because a lot of this document says the same stuff | 10:54:10 |
| 12 | that was contained in Exhibit 5, the primary | 10:54:13 |
| 13 | recommendation in 17-42 was to: | 10:54:21 |
| 14 | "Develop applications to more | 10:54:26 |
| 15 | effectively sense the driver's level of | 10:54:28 |
| 16 | engagement and to alert the driver when | 10:54:30 |
| 17 | the engagement is lacking while | 10:54:32 |
| 18 | automated vehicle control systems are in | 10:54:35 |
| 19 | use." | 10:54:37 |
| 20 | You see that, sir? | 10:54:38 |
| 21 | A Yes, I want to read that just real quickly. | 10:54:40 |
| 22 | You read it, but -- | 10:54:42 |
| 23 | Q Yes, of course. | 10:54:44 |
| 24 | A -- I want to see more of it, so -- | 10:54:49 |
| 25 | "Develop" -- thank you. | 10:54:49 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    78

| | | |
|---|---|---|
| 1 | Yes, sir.  Yes, sir, I see it, and I | 10:54:55 |
| 2 | understand it. | 10:54:57 |
| 3 | Q   And can you describe for us, based upon | 10:54:59 |
| 4 | your role as chairman of the NTSB, what some of the | 10:55:01 |
| 5 | factual evaluations were that were embodied in that | 10:55:08 |
| 6 | recommendation with respect to developing systems to | 10:55:10 |
| 7 | more effectively sense driver engagement? | 10:55:13 |
| 8 | MR. BRANIGAN:  And I re-raise my objection | 10:55:18 |
| 9 | based on the federal regulations that apply here and | 10:55:21 |
| 10 | ask that you extend it as a continuing objection for | 10:55:26 |
| 11 | this new exhibit, Exhibit 7 -- | 10:55:29 |
| 12 | MR. SCHREIBER:  Sure.  So stipulated. | 10:55:32 |
| 13 | MR. BRANIGAN:  -- and testimony about it. | 10:55:33 |
| 14 | MR. SCHREIBER:  So stipulated. | 10:55:35 |
| 15 | BY MR. SCHREIBER: | 10:55:36 |
| 16 | Q   Go ahead, Mr. Sumwalt. | 10:55:36 |
| 17 | A   Yes, sir.  We found, in the Williston | 10:55:38 |
| 18 | crash, that of the -- I forget exactly how many | 10:55:40 |
| 19 | minutes.  I've got it here in some notes.  But the | 10:55:46 |
| 20 | driver of the Williston crash had -- over, like, a | 10:55:49 |
| 21 | 42-minute period of time had only put his hands on | 10:55:54 |
| 22 | the steering wheel for a combined time of, like, 25 | 10:55:58 |
| 23 | seconds. | 10:56:02 |
| 24 | And so -- and, yeah, 41-minute trip.  The | 10:56:03 |
| 25 | Autopilot was engaged for 17 minutes.  And the | 10:56:10 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                         79

| | | |
|---|---|---|
| 1 | system detected hands on the steering wheel for only | 10:56:12 |
| 2 | about 25 combined seconds. | 10:56:16 |
| 3 | This was a crash where a driver in a Tesla | 10:56:23 |
| 4 | peaked -- crested a hill and had about 10 seconds of | 10:56:26 |
| 5 | visibility, forward-looking visibility.  And there | 10:56:31 |
| 6 | was a tractor-trailer truck that was making a left | 10:56:34 |
| 7 | turn across the highway. | 10:56:36 |
| 8 | And so this means the Tesla driver could | 10:56:40 |
| 9 | have watched and seen the tractor-trailer pulling | 10:56:42 |
| 10 | across the road. | 10:56:46 |
| 11 | And, likewise, if the driver of the truck | 10:56:48 |
| 12 | had been looking, he would have had an equal amount | 10:56:50 |
| 13 | of time, approximately, to see the Tesla coming down | 10:56:54 |
| 14 | the hill. | 10:56:57 |
| 15 | There were no skid marks -- excuse me. | 10:56:58 |
| 16 | There was no evidence -- the computers of the car -- | 10:57:00 |
| 17 | in the car recorded no braking before the Tesla went | 10:57:06 |
| 18 | underneath, underrode the trailer of the | 10:57:12 |
| 19 | tractor-trailer.  No braking or no steering wheel | 10:57:17 |
| 20 | movement. | 10:57:21 |
| 21 | That would indicate that, for whatever | 10:57:24 |
| 22 | reason, the driver was not engaged at all in the | 10:57:25 |
| 23 | driving task. | 10:57:31 |
| 24 | BY MR. SCHREIBER: | 10:57:41 |
| 25 | Q    Got it.  And when this recommendation was | 10:57:41 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    80

| | | |
|---|---|---|
| 1 | issued to Tesla and five other manufacturers | 10:57:43 |
| 2 | equipped with SAE level 2 driving automation | 10:57:48 |
| 3 | systems, from the time of that recommendation to the | 10:57:52 |
| 4 | time of that board meeting in 2020, the other five | 10:57:55 |
| 5 | manufacturers had responded: | 10:57:58 |
| 6 | "...describing the actions they | 10:57:59 |
| 7 | planned to take, or were taking, to | 10:58:02 |
| 8 | better monitor a driver's level of | 10:58:05 |
| 9 | engagement."  And "Tesla remained the | 10:58:06 |
| 10 | only manufacturer that did not | 10:58:11 |
| 11 | officially respond about that | 10:58:13 |
| 12 | recommendation." | 10:58:15 |
| 13 | Is that true, Mr. Sumwalt? | 10:58:16 |
| 14 | MR. BRANIGAN:  Objection.  Leading, and the | 10:58:18 |
| 15 | document speaks for itself. | 10:58:19 |
| 16 | THE WITNESS:  I can say that the last | 10:58:22 |
| 17 | sentence is absolutely correct because we've seen my | 10:58:23 |
| 18 | text message to Mr. Musk and all that.  Tesla is the | 10:58:28 |
| 19 | only manufacturer that did not officially respond to | 10:58:30 |
| 20 | us about the recommendations. | 10:58:33 |
| 21 | What I cannot recall four years later, | 10:58:34 |
| 22 | because that's when this -- what we're talking about | 10:58:38 |
| 23 | here, because this letter was prompted after our | 10:58:40 |
| 24 | February 25th board meeting of Mountain View, what I | 10:58:45 |
| 25 | can't say -- cannot say is the details that each of | 10:58:50 |

| | | |
|---|---|---|
| 1 | those five of the -- four other manufacturers | 10:58:53 |
| 2 | stated.  You know, that's what's written here. | 10:58:58 |
| 3 | BY MR. SCHREIBER: | 10:59:01 |
| 4 | Q    Sure. | 10:59:01 |
| 5 | A    I can't remember exactly what it is.  I | 10:59:03 |
| 6 | cannot testify what they told us.  So -- | 10:59:05 |
| 7 | Q    Understood, sir. | 10:59:09 |
| 8 | But that is why, if nothing else, you were | 10:59:11 |
| 9 | able to conclude and you did understand that the | 10:59:13 |
| 10 | other manufacturers had an open and acceptable | 10:59:16 |
| 11 | response and Tesla at that point had an open but | 10:59:20 |
| 12 | unacceptable response, correct? | 10:59:23 |
| 13 | MR. BRANIGAN:  Objection.  Form.  Leading. | 10:59:25 |
| 14 | THE WITNESS:  Yes.  Okay.  So at the time | 10:59:28 |
| 15 | of the board meeting, going into the board meeting, | 10:59:29 |
| 16 | from what I've seen here, the -- that Tesla | 10:59:32 |
| 17 | recommendation was -- no, that was the other | 10:59:36 |
| 18 | recommendation we were talking about, 17-42. | 10:59:43 |
| 19 | Now we're on 17-43.  I'd like to look at | 10:59:45 |
| 20 | that because I think that recommendation was | 10:59:48 |
| 21 | probably -- going into the board meeting was | 10:59:51 |
| 22 | probably "Open - Await Response." | 10:59:53 |
| 23 | BY MR. SCHREIBER: | 10:59:55 |
| 24 | Q    Mm-hmm. | 10:59:56 |
| 25 | A    We probably reclassified it, but I don't | 10:59:57 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    82

| | | |
|---|---|---|
| 1 | want to be guessing, so let's see what the letter | 10:59:59 |
| 2 | says.  I think, at that board meeting, we must have | 11:00:01 |
| 3 | then reclassified it as unacceptable response. | 11:00:03 |
| 4 | Q    Got it.  Okay.  Well, if you want to read | 11:00:10 |
| 5 | on to this transmittal.  I'll leave it up for you. | 11:00:13 |
| 6 | It goes on -- | 11:00:15 |
| 7 | A    Yeah.  Go back to the top and let's see if | 11:00:16 |
| 8 | it shows "Reclassification" there at the header. | 11:00:19 |
| 9 | Q    Yeah, this one is not.  There's -- | 11:00:22 |
| 10 | A    Okay. | 11:00:22 |
| 11 | Q    -- another one that is. | 11:00:23 |
| 12 | A    Okay.  All right. | 11:00:25 |
| 13 | Q    I can find that for you if you just bear | 11:00:25 |
| 14 | with me. | 11:00:27 |
| 15 | Oh, can you just describe for us, again, | 11:00:33 |
| 16 | factually, what is a reiteration? | 11:00:35 |
| 17 | A    I was thinking the same thing.  Boy, | 11:00:38 |
| 18 | that's -- it's been -- | 11:00:41 |
| 19 | Q    That's okay. | 11:00:43 |
| 20 | A    You know, if a -- yeah, I can answer that | 11:00:44 |
| 21 | now.  If we had already issued a recommendation -- | 11:00:47 |
| 22 | let's say we issued a recommendation in 2017 and | 11:00:52 |
| 23 | that recommendation -- we see another crash that | 11:00:58 |
| 24 | we're voting on in 2020 and that recommendation is | 11:01:00 |
| 25 | still applicable, we can reiterate it without | 11:01:04 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

83

| | | |
|---|---|---|
| 1 | reclassifying it. | 11:01:09 |
| 2 | Q    Got it. | 11:01:11 |
| 3 | A    So it would maintain the still -- status, | 11:01:12 |
| 4 | "Open - Unacceptable Action," "Open - Acceptable | 11:01:13 |
| 5 | Response," something like that.  But we reiterate it | 11:01:17 |
| 6 | because it's still relevant. | 11:01:21 |
| 7 | Q    And here, sir, is the report | 11:01:22 |
| 8 | reclassification from 3-19-20.  So why don't you go | 11:01:23 |
| 9 | ahead and take a moment of this.  These are my last | 11:01:26 |
| 10 | questions for you, and then I'm going to yield the | 11:01:28 |
| 11 | floor. | 11:01:31 |
| 12 | A    Thank you. | 11:01:32 |
| 13 | Q    So take a moment here and read that to | 11:01:32 |
| 14 | yourself. | 11:01:34 |
| 15 | A    Now, is this related to the recommendation | 11:01:35 |
| 16 | 17-43? | 11:01:38 |
| 17 | Q    This is 42.  So 41 is ODD, and 42 is driver | 11:01:41 |
| 18 | monitoring. | 11:01:46 |
| 19 | A    Okay.  Good.  Forty-two is monitoring. | 11:01:47 |
| 20 | Okay. | 11:01:50 |
| 21 | Q    Yes, sir. | 11:01:51 |
| 22 | A    And that's what this particular one here -- | 11:01:53 |
| 23 | so for H-17-42; is that correct? | 11:01:54 |
| 24 | Q    Yes, sir.  And you just -- again, you don't | 11:01:58 |
| 25 | have to take my word for it.  I know I'm controlling | 11:01:59 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    84

| | | |
|---|---|---|
| 1 | the document, but I'll just scroll up to the top | 11:02:02 |
| 2 | real fast and show you that this is -- | 11:02:04 |
| 3 | A    Yes, sir. | 11:02:05 |
| 4 | Q    -- related to the H-17-042. | 11:02:05 |
| 5 | THE WITNESS:  Thank you -- | 11:02:12 |
| 6 | MR. SCHREIBER:  So I'll scroll back -- | 11:02:12 |
| 7 | THE WITNESS:  -- very much.  Thank you. | 11:02:12 |
| 8 | THE COURT REPORTER:  I'm sorry.  If you | 11:02:12 |
| 9 | could slow down and not talk at the same time -- | 11:02:12 |
| 10 | THE WITNESS:  Yeah, my fault. | 11:02:13 |
| 11 | THE COURT REPORTER:  I didn't get -- | 11:02:14 |
| 12 | THE WITNESS:  My fault. | 11:02:14 |
| 13 | MR. SCHREIBER:  Mine as well.  Apologies. | 11:02:14 |
| 14 | BY MR. SCHREIBER: | 11:02:16 |
| 15 | Q    Go ahead, sir.  Take a moment and review | 11:02:16 |
| 16 | that.  And I got a couple more questions, and then | 11:02:18 |
| 17 | I'll hand the baton. | 11:02:20 |
| 18 | A    Thank you. | 11:02:23 |
| 19 | Yes, sir.  Would you scroll down now? | 11:02:28 |
| 20 | Q    Mm-hmm. | 11:02:29 |
| 21 | A    I just want to see -- I understand all | 11:02:29 |
| 22 | that. | 11:02:33 |
| 23 | Yes, sir.  And it was on that board meeting | 11:02:42 |
| 24 | that we had on February, I think, the 25th for the | 11:02:45 |
| 25 | Mountain View, California, Tesla crash that we | 11:02:50 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    85

| | | |
|---|---|---|
| 1 | reclassified this recommendation H-17-42 from | 11:02:55 |
| 2 | "Open - Await Response" to "Open - Unacceptable | 11:03:00 |
| 3 | Response" based on the fact that it had been 800 | 11:03:01 |
| 4 | and -- let me look -- 881 days since we issued it, | 11:03:06 |
| 5 | and we still had not heard from them. | 11:03:15 |
| 6 | Q   And, as described, with respect to the | 11:03:17 |
| 7 | factual evaluation that embodies this recommendation | 11:03:21 |
| 8 | is that, during the course of that 881 days, "Driver | 11:03:27 |
| 9 | disengagement from supervising" Tesla's -- or | 11:03:37 |
| 10 | "Autopilot's partial automation was a critical | 11:03:40 |
| 11 | factor" in additional crashes like Mountain View, | 11:03:44 |
| 12 | Culver City, and Delray Beach; is that accurate, | 11:03:50 |
| 13 | sir? | 11:03:54 |
| 14 | MR. BRANIGAN:  Objection.  Leading.  Lack | 11:03:55 |
| 15 | of foundation.  Also injecting dissimilar other | 11:03:57 |
| 16 | incidents into the question. | 11:04:00 |
| 17 | THE WITNESS:  In my research for this | 11:04:05 |
| 18 | deposition, I did go back and look at NTSB -- look | 11:04:07 |
| 19 | at some of the NTSB reports. | 11:04:14 |
| 20 | And what I did find is that we found driver | 11:04:16 |
| 21 | inattention and overreliance on the vehicle's | 11:04:20 |
| 22 | advanced automation driving systems in four of the | 11:04:23 |
| 23 | five Tesla crashes that we completed while I was | 11:04:30 |
| 24 | chairman of the board. | 11:04:35 |
| 25 | And those were Williston, Florida; Culver | 11:04:38 |

| | | |
|---|---|---|
| 1 | City, California; Mountain View, California; and | 11:04:40 |
| 2 | Delray Beach, Florida. | 11:04:42 |
| 3 | BY MR. SCHREIBER: | 11:04:44 |
| 4 | Q    Got it.  And as someone, you know, who has | 11:04:46 |
| 5 | a master's degree with an emphasis in aviation human | 11:04:52 |
| 6 | factors, which obviously would include the | 11:05:00 |
| 7 | overseeing or supervision of autonomous systems, you | 11:05:03 |
| 8 | were well aware that drivers were poor at monitoring | 11:05:08 |
| 9 | automation and oftentimes "do not perform well on | 11:05:14 |
| 10 | tasks requiring passive vigilance," as this | 11:05:17 |
| 11 | reclassification notice states, true? | 11:05:22 |
| 12 | MR. BRANIGAN:  Objection.  Form, leading. | 11:05:27 |
| 13 | Also beyond the scope of this deposition, which was | 11:05:27 |
| 14 | described as a fact witness deposition.  Calls for | 11:05:31 |
| 15 | an expert opinion from this lay witness. | 11:05:35 |
| 16 | THE WITNESS:  I believe you would like for | 11:05:40 |
| 17 | me to proceed with answering it, sir. | 11:05:41 |
| 18 | BY MR. SCHREIBER: | 11:05:43 |
| 19 | Q    Yes, please. | 11:05:43 |
| 20 | A    Yes, sir.  In fact, I did my master's | 11:05:44 |
| 21 | dissertation on monitoring by pilots.  This is a | 11:05:48 |
| 22 | topic that I've been looking at since -- actually, | 11:05:53 |
| 23 | since about 1995.  And I did a couple of -- I did | 11:05:55 |
| 24 | one research project for NASA in 1997 to look at | 11:06:01 |
| 25 | pilot monitoring and then continued to work on it. | 11:06:05 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    87

| | | |
|---|---|---|
| 1 | And then in 2014, I did my master's thesis | 11:06:12 |
| 2 | on monitoring of the flight path.  And I see some | 11:06:17 |
| 3 | familiar references, which I've cited before, in the | 11:06:22 |
| 4 | statement before me here, Raja Parasuraman and | 11:06:28 |
| 5 | Riley.  I think that's Vic Riley. | 11:06:34 |
| 6 | We do know that humans are not really good | 11:06:37 |
| 7 | at monitoring automated systems for extended periods | 11:06:40 |
| 8 | of time when they believe that the automation is | 11:06:45 |
| 9 | very reliable. | 11:06:47 |
| 10 | Q    And that is precisely why -- or at least | 11:06:53 |
| 11 | one of the reasons why the NTSB made the safety | 11:06:58 |
| 12 | recommendations they did in 2017 to Tesla to more | 11:07:01 |
| 13 | effectively sense the driver's level of engagement | 11:07:05 |
| 14 | or -- and to alert them when that engagement was | 11:07:09 |
| 15 | lacking so as to hopefully reduce crashes involving | 11:07:11 |
| 16 | drivers who are overly relying on this technology; | 11:07:21 |
| 17 | is that correct, Mr. Sumwalt? | 11:07:25 |
| 18 | MR. BRANIGAN:  Objection.  Form.  Leading, | 11:07:26 |
| 19 | calls for an expert opinion from this lay witness, | 11:07:27 |
| 20 | beyond the scope, lack of foundation. | 11:07:30 |
| 21 | BY MR. SCHREIBER: | 11:07:32 |
| 22 | Q    You can answer. | 11:07:32 |
| 23 | A    What I can testify to is that the reason we | 11:07:36 |
| 24 | issued that recommendation in, I believe, 17-42 was | 11:07:39 |
| 25 | based on the evidence that came from the Williston, | 11:07:47 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    88

| | | |
|---|---|---|
| 1 | Florida, crash, that here was a driver of the | 11:07:51 |
| 2 | vehicle that had only had his hands on the steering | 11:07:58 |
| 3 | wheel, as recorded by the vehicle system, for a | 11:08:00 |
| 4 | total of 25 seconds in a trip that had, up to that | 11:08:05 |
| 5 | point, been 41 minutes. | 11:08:08 |
| 6 | And we know from the evidence that, if you | 11:08:11 |
| 7 | don't see something in front of you and you have | 11:08:15 |
| 8 | 10 seconds of time and you don't make evasive | 11:08:17 |
| 9 | steering action or even tap the brakes even enough | 11:08:21 |
| 10 | to turn on the brake lights, which doesn't take | 11:08:27 |
| 11 | much, then you have a pilot -- I'm sorry -- a human | 11:08:30 |
| 12 | driver that is not attentive or somehow physically | 11:08:33 |
| 13 | disabled. | 11:08:39 |
| 14 | We found no evidence of a physical | 11:08:41 |
| 15 | disability prior to the crash. | 11:08:46 |
| 16 | Q    Understood.  Thank you, Mr. Sumwalt. | 11:08:49 |
| 17 | At this point I don't believe I have any | 11:08:52 |
| 18 | more questions for you.  I will yield the floor to | 11:08:56 |
| 19 | Mr. Branigan, who I understand has some follow-up. | 11:09:01 |
| 20 | Give me an opportunity to review my notes, may have | 11:09:04 |
| 21 | a few clean-up questions at the end.  But very much | 11:09:06 |
| 22 | appreciate your time, sir. | 11:09:09 |
| 23 | THE WITNESS:  Thank you, sir. | 11:09:11 |
| 24 | /// | |
| 25 | /// | |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    89

| | | |
|---|---|---|
| 1 | - - - | 11:09:11 |
| 2 | EXAMINATION | 11:09:11 |
| 3 | BY MR. BRANIGAN: | 11:09:12 |
| 4 | Q    Mr. Sumwalt, how are you, sir? | 11:09:12 |
| 5 | A    Doing well.  Thank you, Mr. Branigan.  I | 11:09:14 |
| 6 | understand you just had a wedding or something. | 11:09:17 |
| 7 | Q    I did.  Another guy named Branigan found | 11:09:20 |
| 8 | someone to marry him, so... | 11:09:23 |
| 9 | A    That is wild. | 11:09:25 |
| 10 | Q    Anyway -- | 11:09:26 |
| 11 | A    Yeah. | 11:09:26 |
| 12 | Q    As I stated at the beginning of the | 11:09:28 |
| 13 | deposition, I represent Tesla, and I do have some | 11:09:29 |
| 14 | questions for you. | 11:09:32 |
| 15 | A    Sure. | 11:09:34 |
| 16 | Q    And I apologize.  I may be bouncing around | 11:09:35 |
| 17 | a bit, but that's sometimes part of the process when | 11:09:38 |
| 18 | you go second. | 11:09:41 |
| 19 | But I want to just ask you a couple of | 11:09:42 |
| 20 | quick questions about the two crashes that were | 11:09:45 |
| 21 | referenced in the later part of your testimony.  One | 11:09:49 |
| 22 | was referred to as the "Mountain View crash."  And | 11:09:52 |
| 23 | you have a good memory.  You remembered the name of | 11:09:57 |
| 24 | the driver, Walter Huang, H-u-a-n-g, was the driver | 11:09:59 |
| 25 | of that 2017 Model X. | 11:10:04 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                           90

| | | |
|---|---|---|
| 1 | In your preparation for today, did you | 11:10:08 |
| 2 | learn that the Mountain View crash was the subject | 11:10:11 |
| 3 | of a trial involving the estate of Mr. Huang and | 11:10:16 |
| 4 | Caltrans and that, in that trial, the jury was | 11:10:20 |
| 5 | specifically asked whether fault should be allocated | 11:10:25 |
| 6 | against Tesla for product liability and the jury | 11:10:29 |
| 7 | declined to assess any fault against Tesla for | 11:10:33 |
| 8 | product liability or the design of Autopilot?  Were | 11:10:37 |
| 9 | you aware of that? | 11:10:44 |
| 10 | MR. SCHREIBER:  Lacks foundation, calls for | 11:10:45 |
| 11 | speculation.  It's irrelevant.  Go ahead. | 11:10:45 |
| 12 | THE WITNESS:  No, sir, I was not aware of | 11:10:51 |
| 13 | that at all. | 11:10:53 |
| 14 | BY MR. BRANIGAN: | 11:10:54 |
| 15 | Q    Did the lawyers who asked you to testify | 11:10:54 |
| 16 | today share any information with you about the | 11:10:57 |
| 17 | Mountain View crash or the Mountain View trial? | 11:11:00 |
| 18 | A    Not that I can recall.  I had very little | 11:11:05 |
| 19 | conversations with Don Slavik and really don't even | 11:11:07 |
| 20 | know -- I hardly know anything about the current -- | 11:11:11 |
| 21 | the incident case.  And I'm just as happy that it's | 11:11:14 |
| 22 | that way.  I'm just here to testify about what I | 11:11:18 |
| 23 | know. | 11:11:21 |
| 24 | But, no, I have no recollection of any | 11:11:23 |
| 25 | knowledge of the Mountain View trial. | 11:11:25 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    91

| | | |
|---|---|---|
| 1 | Q    Let's talk about the Williston, Florida, | 11:11:32 |
| 2 | crash. | 11:11:34 |
| 3 | First of all, am I correct in concluding | 11:11:35 |
| 4 | that you did not personally investigate that crash? | 11:11:40 |
| 5 | A    Let me -- and I know I've said this, but I | 11:11:48 |
| 6 | was very involved in it once the investigative staff | 11:11:52 |
| 7 | had completed their investigation.  So they'll do | 11:11:58 |
| 8 | whatever they need to do, and then they will forward | 11:12:01 |
| 9 | a draft report to the board members.  We'll get it | 11:12:03 |
| 10 | about a month -- three weeks to a month ahead of the | 11:12:10 |
| 11 | board meeting. | 11:12:12 |
| 12 | The board meeting, again, is the event | 11:12:13 |
| 13 | where we -- the first time that we have deliberated | 11:12:15 |
| 14 | as a deliberative body, as a collegial body, the | 11:12:18 |
| 15 | first time that we will have discussed this report. | 11:12:22 |
| 16 | When I talk about the collegial body, again, I'm | 11:12:25 |
| 17 | talking about the five-member board.  So -- | 11:12:28 |
| 18 | Q    All right.  And what I'm asking you, sir, | 11:12:31 |
| 19 | is whether you were one of the -- what I'll call | 11:12:32 |
| 20 | firsthand investigators. | 11:12:36 |
| 21 | The answer to that is you were not, | 11:12:37 |
| 22 | correct, of the Williston crash? | 11:12:39 |
| 23 | A    That is correct; however, I would like to | 11:12:41 |
| 24 | continue my answer because I think it's relative. | 11:12:43 |
| 25 | I was very involved in the final product | 11:12:47 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    92

| | | |
|---|---|---|
| 1 | for concluding that -- for all of our investigations | 11:12:52 |
| 2 | that came before me, I would get into the draft | 11:12:57 |
| 3 | report.  I would meet with staff.  I would get into | 11:13:00 |
| 4 | the docket.  I would read all the party submissions. | 11:13:03 |
| 5 | I would make comments on the draft report.  Those | 11:13:06 |
| 6 | would be -- may or may not be incorporated. | 11:13:09 |
| 7 | Then, finally, we would go to the board | 11:13:13 |
| 8 | meeting.  So I was very involved, as I always would | 11:13:14 |
| 9 | be, in the final product. | 11:13:18 |
| 10 | But you are correct, yes, that I was not | 11:13:21 |
| 11 | the one out there picking up the pieces, and neither | 11:13:23 |
| 12 | were the NTSB investigators because we did not learn | 11:13:26 |
| 13 | about that investigation until probably about seven | 11:13:30 |
| 14 | weeks after the crash.  So it's not like we were out | 11:13:35 |
| 15 | there measuring things on the road. | 11:13:40 |
| 16 | Q    Sir, I'm going to ask you again. | 11:13:43 |
| 17 | You did not personally investigate the | 11:13:47 |
| 18 | Williston crash, correct? | 11:13:49 |
| 19 | A    That is not correct. | 11:13:52 |
| 20 | Q    Are you telling me, sir, that at the time | 11:13:55 |
| 21 | of the Williston crash, you were a investigator at | 11:13:57 |
| 22 | the NTSB who went out and investigated that crash? | 11:14:02 |
| 23 | A    I am not telling you that, but I am | 11:14:06 |
| 24 | disputing the fact -- your notion that I was not -- | 11:14:08 |
| 25 | that I did not investigate it. | 11:14:12 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

93

| | | |
|---|---|---|
| 1 | I consider myself highly involved in the | 11:14:13 |
| 2 | investigation process of the concluding that report. | 11:14:15 |
| 3 | Q    Well, sir, based on what you just testified | 11:14:21 |
| 4 | to moments ago under oath here, you testified that | 11:14:23 |
| 5 | there were other -- other members of the NTSB that | 11:14:25 |
| 6 | investigated the crash and that you got involved | 11:14:31 |
| 7 | after their investigation was done to review the | 11:14:33 |
| 8 | results of their work, correct?  And you were | 11:14:36 |
| 9 | involved at that level, correct? | 11:14:42 |
| 10 | MR. SCHREIBER:  Well, it's argumentative in | 11:14:43 |
| 11 | that it requires the witness to assume something as | 11:14:44 |
| 12 | a part of his answer that may be factually | 11:14:50 |
| 13 | inappropriate. | 11:14:53 |
| 14 | Go ahead. | 11:14:54 |
| 15 | BY MR. BRANIGAN: | 11:14:55 |
| 16 | Q    Is my statement correct, Mr. Sumwalt? | 11:14:55 |
| 17 | A    Restate it. | 11:14:58 |
| 18 | MR. BRANIGAN:  Would you read it back, | 11:15:01 |
| 19 | please, Marla? | 11:15:02 |
| 20 | THE WITNESS:  I love the intimidation | 11:15:07 |
| 21 | aspects of "What you testified to moments ago under | 11:15:09 |
| 22 | testimony." | 11:15:12 |
| 23 | BY MR. BRANIGAN: | 11:15:13 |
| 24 | Q    Well, sir, to be clear -- | 11:15:13 |
| 25 | A    I like that. | 11:15:15 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          94

| | | |
|---|---|---|
| 1 | Q    I'm not here to intimidate you, sir.  So | 11:15:16 |
| 2 | please let me be clear on that.  That's not why I'm | 11:15:19 |
| 3 | asking you the questions that I'm asking.  I'm | 11:15:21 |
| 4 | simply trying to -- | 11:15:24 |
| 5 | A    And I'm trying -- | 11:15:25 |
| 6 | Q    -- get questions answered in a clear way. | 11:15:25 |
| 7 | A    And -- | 11:15:29 |
| 8 | Q    So I object to the characterization. | 11:15:30 |
| 9 | That's not my motivation at all.  And if you took it | 11:15:32 |
| 10 | that way, I didn't intend it that way. | 11:15:36 |
| 11 | Please -- | 11:15:40 |
| 12 | A    I did -- | 11:15:40 |
| 13 | MR. BRANIGAN:  Please read the question | 11:15:42 |
| 14 | back, Marla. | 11:15:43 |
| 15 | THE WITNESS:  No, I did.  I did interpret | 11:15:44 |
| 16 | it that way.  And not to be argumentative, but, yes, | 11:15:45 |
| 17 | I did, because I'm trying to clarify the answer that | 11:15:48 |
| 18 | you're trying to feed me.  And I want to be very | 11:15:52 |
| 19 | clear that I'm giving you an accurate answer. | 11:15:55 |
| 20 | BY MR. BRANIGAN: | 11:15:56 |
| 21 | Q    Sir, we're going to have the court reporter | 11:15:59 |
| 22 | read back my question, so I'd ask you to listen to | 11:16:01 |
| 23 | the read back and then answer that question, please. | 11:16:04 |
| 24 | (The record was read as follows: | 11:16:35 |
| 25 | Q    Sir, well, based on what you just | 11:16:35 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    95

| | | |
|---|---|---|
| 1 | testified to moments ago under oath here, | 11:16:35 |
| 2 | you testified that there were other members | 11:16:35 |
| 3 | of the NTSB that investigated the crash and | 11:16:35 |
| 4 | that you got involved after their | 11:16:35 |
| 5 | investigation was done to review the | 11:16:35 |
| 6 | results of their work, correct?  And you | 11:16:35 |
| 7 | were not [sic] involved at that level, | 11:16:35 |
| 8 | correct?) | 11:16:35 |
| 9 | THE WITNESS:  Okay.  So that's the | 11:16:38 |
| 10 | question.  I'm going to explain -- hopefully, in | 11:16:39 |
| 11 | response to your question, I'm going to explain the | 11:16:43 |
| 12 | process because I think the way that you have | 11:16:48 |
| 13 | characterized it is not exactly correct.  So let's | 11:16:51 |
| 14 | go through it again. | 11:16:54 |
| 15 | The staff -- so -- and, by the way, when we | 11:16:57 |
| 16 | say "members of the NTSB," the members of the board | 11:17:00 |
| 17 | are the members of the board, the presidentially | 11:17:06 |
| 18 | appointed members of the board. | 11:17:08 |
| 19 | Then we've got staff investigators.  So | 11:17:11 |
| 20 | let's distinguish that.  The staff does the | 11:17:12 |
| 21 | investigation, the field phase, and they draft the | 11:17:15 |
| 22 | analysis. | 11:17:19 |
| 23 | Then the board members do, in fact, at that | 11:17:22 |
| 24 | point get engaged to sort it all out and to come up | 11:17:24 |
| 25 | with a probable cause to adopt the recommendations | 11:17:29 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          96

| | | |
|---|---|---|
| 1 | and the findings.  So that's our level. | 11:17:34 |
| 2 | BY MR. BRANIGAN: | 11:17:37 |
| 3 | Q    Am I correct, sir, that for the Williston | 11:17:39 |
| 4 | crash, you personally did not do any fact-gathering | 11:17:41 |
| 5 | work? | 11:17:45 |
| 6 | A    That is correct. | 11:17:45 |
| 7 | Q    And so when it comes to facts that were | 11:17:54 |
| 8 | gathered, you don't have personal knowledge of those | 11:17:57 |
| 9 | facts. | 11:17:59 |
| 10 | What you have is facts gathered by others | 11:18:00 |
| 11 | that you then reviewed as a member of the NTSB | 11:18:04 |
| 12 | board, correct? | 11:18:08 |
| 13 | A    Yes, sir, that's correct. | 11:18:10 |
| 14 | Q    And throughout the course of this | 11:18:13 |
| 15 | deposition today, you have been commenting on a | 11:18:14 |
| 16 | report based on facts gathered by others, correct? | 11:18:19 |
| 17 | A    There have been aspects of that that I | 11:18:24 |
| 18 | have.  And in many cases I've commented on my | 11:18:26 |
| 19 | interpretation of those facts. | 11:18:31 |
| 20 | Q    And, of course, you've also talked about | 11:18:35 |
| 21 | and given your testimony about your opinions about | 11:18:38 |
| 22 | safety recommendations from the NTSB, correct? | 11:18:43 |
| 23 | A    Yes, sir, that's correct. | 11:18:48 |
| 24 | Q    All right.  Sir, before we started and more | 11:18:49 |
| 25 | than once throughout the course of the deposition | 11:18:56 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                        97

| | | |
|---|---|---|
| 1 | today, I made reference to a federal regulation, | 11:18:57 |
| 2 | 49 CFR 835 et seq, meaning with subparts. | 11:19:02 |
| 3 | Are you familiar with that federal | 11:19:11 |
| 4 | regulation that has the force of law? | 11:19:13 |
| 5 | A    No.  I'd have to go back and look at it. | 11:19:18 |
| 6 | I looked at -- as I -- I've looked at the | 11:19:20 |
| 7 | statute, 49 USC 1154, paragraph (b).  I've read | 11:19:24 |
| 8 | that.  Not familiar with the NTSB -- not familiar | 11:19:30 |
| 9 | with the exact wording of the 835 regs. | 11:19:37 |
| 10 | Q    I'm trying to drop something into the chat | 11:19:58 |
| 11 | unsuccessfully.  So give me just a moment -- | 11:20:01 |
| 12 | A    Yeah. | 11:20:05 |
| 13 | Q    -- here. | 11:20:05 |
| 14 | THE VIDEOGRAPHER:  Counsel, I'm sorry to | 11:20:06 |
| 15 | interrupt.  Would now be a good time -- can we take | 11:20:08 |
| 16 | a short break so I can switch out SD cards?  Just -- | 11:20:09 |
| 17 | I'm running out of space on this current active one. | 11:20:11 |
| 18 | MR. BRANIGAN:  It's fine.  Sure.  Why don't | 11:20:14 |
| 19 | we take just a couple minutes. | 11:20:16 |
| 20 | THE VIDEOGRAPHER:  All right.  Thank you. | 11:20:19 |
| 21 | Sorry for the interruption. | 11:20:19 |
| 22 | THE WITNESS:  No.  Sounds good. | 11:20:22 |
| 23 | THE VIDEOGRAPHER:  Off the record, | 11:20:24 |
| 24 | 11:20 a.m. | 11:20:24 |
| 25 | /// | |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                98

```
 1              (Recess taken from 11:20 a.m.
 2              to 11:22 a.m.)                              11:22:03
 3              THE VIDEOGRAPHER:  We're back on the        11:22:03
 4     record.  The time is 11:22 a.m.                      11:22:03
 5     BY MR. BRANIGAN:                                     11:22:09
 6         Q    All right.  Sir, are you able to see my     11:22:09
 7     screen now?                                          11:22:12
 8         A    Yes, sir.                                   11:22:13
 9         Q    By the way, just as a preliminary sort of   11:22:13
10     housekeeping matter, are you the only person in the  11:22:15
11     room with you right now?                             11:22:17
12         A    Yes, sir.                                   11:22:19
13         Q    And besides your computer, do you have      11:22:21
14     anything else in front of you?                       11:22:23
15         A    No.  Got a water bottle.  I do have some    11:22:24
16     notes that I took in preparation, and my iPhone and  11:22:26
17     a pen.  Looks like a TV remote control.              11:22:30
18         Q    All right.  And what I'm showing you right  11:22:33
19     now we're going to mark as Exhibit -- I think the    11:22:36
20     next number is No. 8.                                11:22:40
21              (Deposition Exhibit 8 was marked for
22              identification.)
23     BY MR. BRANIGAN:                                     11:22:43
24         Q    This is a copy of the Code of Federal       11:22:43
25     Register [sic].                                      11:22:47
```

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

99

| | | | |
|---|---|---|---|
| 1 | A | Sure. | 11:22:48 |
| 2 | Q | This is 49 CFR, Part 835. | 11:22:49 |
| 3 | | And you can see at the top here, it even | 11:22:53 |
| 4 | makes reference to the National Transportation -- | | 11:22:56 |
| 5 | A | Sure. | 11:22:57 |
| 6 | Q | -- Safety Board. | 11:22:57 |
| 7 | A | Yeah, I'm familiar with those regs. | 11:22:58 |
| 8 | Sorry -- sorry if I spoke over you. Yes. | | 11:23:00 |
| 9 | Q | All right. And you can see that | 11:23:03 |
| 10 | Section 835.1 provides the purpose of this set of | | 11:23:05 |
| 11 | regulations, correct? | | 11:23:11 |
| 12 | A | Yes. | 11:23:14 |
| 13 | Q | Right here. | 11:23:15 |
| 14 | A | Yes. Yes. Yes. Mm-hmm. | 11:23:15 |
| 15 | Q | And we can scroll down here and see that -- | 11:23:16 |
| 16 | I'm going to highlight this for you. According to | | 11:23:23 |
| 17 | the regulation: | | 11:23:27 |
| 18 | | "The purpose of this part is to | 11:23:29 |
| 19 | | ensure that the time of the Board | 11:23:31 |
| 20 | | employees is used only for official | 11:23:32 |
| 21 | | purposes, to avoid embroiling the Board | 11:23:34 |
| 22 | | in controversial issues that are not | 11:23:37 |
| 23 | | related to its duties, to avoid spending | 11:23:40 |
| 24 | | public funds for non-Board purposes, | 11:23:42 |
| 25 | | and, finally, to preserve the | 11:23:45 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              100

| | | |
|---|---|---|
| 1 | impartiality of the Board, and to | 11:23:49 |
| 2 | prohibit the discovery of opinion | 11:23:50 |
| 3 | testimony." | 11:23:52 |
| 4 | Correct?  Did I read that correct, sir? | 11:23:53 |
| 5 | A    Yes, sir, you read that correctly. | 11:23:56 |
| 6 | Q    And now I'm going to move forward in the | 11:23:57 |
| 7 | regulation to subpart 835.7. | 11:23:59 |
| 8 | A    All right. | 11:24:07 |
| 9 | Q    Right here.  Can you still see my screen | 11:24:08 |
| 10 | with the highlighting? | 11:24:11 |
| 11 | A    Yeah, let me write down something because I | 11:24:13 |
| 12 | wanted to go back to the other one in just a minute. | 11:24:16 |
| 13 | So I want to not forget it. | 11:24:19 |
| 14 | All right.  "Testimony of the former | 11:24:20 |
| 15 | Board..."  Okay.  I see that, yes, sir. | 11:24:22 |
| 16 | Q    First of all, you're -- no doubt about it, | 11:24:23 |
| 17 | you're a former member of the NTSB, correct? | 11:24:25 |
| 18 | A    That is correct. | 11:24:29 |
| 19 | Q    Right.  And if we look at Section 835.7, it | 11:24:31 |
| 20 | indicates that: | 11:24:36 |
| 21 | "It's not necessary to request Board | 11:24:36 |
| 22 | approval for testimony of a former Board | 11:24:39 |
| 23 | employee, nor is testimony limited to | 11:24:41 |
| 24 | depositions.  However, the scope of | 11:24:44 |
| 25 | permissible testimony continues to be | 11:24:49 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    101

| | | |
|---|---|---|
| 1 | constrained by all the limitations set | 11:24:53 |
| 2 | forth in Section 835.3 and | 11:24:54 |
| 3 | Section 835.4." | 11:24:58 |
| 4 | Did I read that correctly, sir? | 11:25:01 |
| 5 | A    Yes, you did.  Yes, sir. | 11:25:03 |
| 6 | Q    Is that news to you as of my reading of it | 11:25:07 |
| 7 | to you right now?  Or were you aware before today | 11:25:10 |
| 8 | that, as a former member of the NTSB, should you | 11:25:14 |
| 9 | give testimony in a civil case like this, your | 11:25:18 |
| 10 | testimony would be constrained still by all the | 11:25:21 |
| 11 | limitations of those two subparts, 835.3 and 835.4? | 11:25:29 |
| 12 | MR. SCHREIBER:  Just object that it lacks | 11:25:35 |
| 13 | foundation, it calls for an expert opinion, and it | 11:25:37 |
| 14 | was also addressed at the outset of the deposition. | 11:25:41 |
| 15 | THE WITNESS:  To answer your question, | 11:25:46 |
| 16 | Counselor, no, I was not aware of that.  I was more | 11:25:47 |
| 17 | familiar with the statutory requirements that | 11:25:53 |
| 18 | basically states that no evidence -- no factual | 11:25:55 |
| 19 | information in a board report may be presented as | 11:26:00 |
| 20 | evidence in -- basically, in civil litigation is, I | 11:26:03 |
| 21 | think, basically what it says. | 11:26:08 |
| 22 | So I was more familiar with the statute and | 11:26:09 |
| 23 | not the CFRs. | 11:26:11 |
| 24 | BY MR. BRANIGAN: | 11:26:16 |
| 25 | Q    Now, if we go and look at Section 835.3 and | 11:26:16 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                        102

| | | | |
|---|---|---|---|
| 1 | | 835.4 in Exhibit 8. | 11:26:20 |
| 2 | A | All right. | 11:26:30 |
| 3 | Q | We can see that 835.3 has a subheading: | 11:26:33 |
| 4 | | "The scope" -- or "Scope of | 11:26:38 |
| 5 | | permissible testimony." | 11:26:39 |
| 6 | | Correct? | 11:26:41 |
| 7 | A | Yes, sir. | 11:26:41 |
| 8 | Q | And if we look at subpart (b) of 835.3 | 11:26:43 |
| 9 | | right here (indicating). | 11:26:58 |
| 10 | A | Mm-hmm. | 11:26:59 |
| 11 | Q | Can you see what I've highlighted on my | 11:27:05 |
| 12 | | screen in subpart (b)? | 11:27:07 |
| 13 | A | I can, yes, sir, (b) and (c). | 11:27:09 |
| 14 | Q | I'm going to jump down to the -- well, | 11:27:12 |
| 15 | | first of all, let's just look at the whole thing | 11:27:16 |
| 16 | | together. | 11:27:17 |
| 17 | A | Yeah. | 11:27:18 |
| 18 | Q | (b) says: | 11:27:18 |
| 19 | | "For the reasons stated in paragraph | 11:27:19 |
| 20 | | (a) of this section and Section 835.1, | 11:27:21 |
| 21 | | Board employees may only testify as to | 11:27:25 |
| 22 | | factual information they obtained during | 11:27:28 |
| 23 | | the course of an investigation, | 11:27:31 |
| 24 | | including factual evaluations embodied | 11:27:34 |
| 25 | | in their factual accident reports." | 11:27:36 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

103

| | | |
|---|---|---|
| 1 | I'm going to stop right there. | 11:27:40 |
| 2 | Did you -- you personally -- did you | 11:27:42 |
| 3 | personally prepare a factual investigation or | 11:27:43 |
| 4 | accident report for the Williston crash? | 11:27:46 |
| 5 | A    Just as the definition of "is" is, and the | 11:27:54 |
| 6 | definition of "prepare" might apply here.  Because I | 11:27:57 |
| 7 | did not write the report, but I was involved in | 11:28:01 |
| 8 | approving the report.  And my signature is on the | 11:28:06 |
| 9 | report. | 11:28:11 |
| 10 | Q    Continuing in this section, it goes on to | 11:28:14 |
| 11 | say: | 11:28:16 |
| 12 | "However, they," meaning members of | 11:28:18 |
| 13 | the board or employees of the NTSB, | 11:28:20 |
| 14 | "shall decline to testify regarding | 11:28:25 |
| 15 | matters beyond the scope of their | 11:28:27 |
| 16 | investigation, and they shall not give | 11:28:29 |
| 17 | expert or opinion testimony." | 11:28:31 |
| 18 | Did I read that correctly, sir? | 11:28:33 |
| 19 | A    Let's see.  You're on (c); is that correct? | 11:28:35 |
| 20 | Q    No.  That's still -- that's still (b). | 11:28:37 |
| 21 | A    I'm sorry.  I didn't -- okay. | 11:28:39 |
| 22 | Q    Sure.  Let me -- | 11:28:40 |
| 23 | A    "However" -- | 11:28:40 |
| 24 | Q    Right here. | 11:28:41 |
| 25 | A    "However, they shall decline to | 11:28:42 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    104

| | | |
|---|---|---|
| 1 | testify...matters..." | 11:28:45 |
| 2 | May I ask a question about that?  Are we -- | 11:28:47 |
| 3 | in this case, aren't we talking about employees? | 11:28:50 |
| 4 | Q    Well, sir, this -- this is the regulation | 11:28:53 |
| 5 | that relates to the NTSB and employees, board | 11:28:56 |
| 6 | members. | 11:29:00 |
| 7 | And so my question is:  Did I read that | 11:29:01 |
| 8 | correctly that it says: | 11:29:02 |
| 9 | "However, they shall decline to | 11:29:03 |
| 10 | testify regarding matters beyond the | 11:29:05 |
| 11 | scope of their investigation, and they | 11:29:07 |
| 12 | shall not give expert or opinion | 11:29:09 |
| 13 | testimony"? | 11:29:11 |
| 14 | Did I read that correctly? | 11:29:12 |
| 15 | A    You read that correctly. | 11:29:14 |
| 16 | Q    And more than once in the course of this | 11:29:17 |
| 17 | deposition, you have given opinion testimony in | 11:29:18 |
| 18 | response to questions by Plaintiffs' counsel, | 11:29:23 |
| 19 | correct? | 11:29:26 |
| 20 | MR. SCHREIBER:  Objection.  It lacks | 11:29:27 |
| 21 | foundation.  It calls for a legal conclusion and an | 11:29:27 |
| 22 | interpretation of the CFR. | 11:29:30 |
| 23 | As you are well aware, Counsel, throughout | 11:29:33 |
| 24 | the pendency of today's proceedings, we asked about | 11:29:35 |
| 25 | his factual evaluations embodied in those reports, | 11:29:39 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                           105

| | | |
|---|---|---|
| 1 | which is consistent with 835.3, sub (b). | 11:29:43 |
| 2 | And, further, we also both know that what | 11:29:48 |
| 3 | that provision is actually addressing is that if a | 11:29:52 |
| 4 | rank-and-file investigator is deposed, they do not | 11:29:55 |
| 5 | want them offering opinion testimony speaking on | 11:29:59 |
| 6 | behalf of -- with the imprimatur of the NTSB behind | 11:30:03 |
| 7 | it, if all they had done was gathered some debris in | 11:30:08 |
| 8 | a debris field. | 11:30:12 |
| 9 | It is very different when we're talking | 11:30:14 |
| 10 | about the chairman of the NTSB who, in fairness, | 11:30:15 |
| 11 | also did not opine about the analysis or probable | 11:30:20 |
| 12 | cause of the Williston report.  And, in fact, what | 11:30:24 |
| 13 | we focused on was his statement, his factual | 11:30:28 |
| 14 | statement, and the bases thereof that he signed off | 11:30:32 |
| 15 | with a fellow board member. | 11:30:34 |
| 16 | MR. BRANIGAN:  Mr. Schreiber, I'm going to | 11:30:36 |
| 17 | ask you to not submit a brief instead of an | 11:30:37 |
| 18 | objection.  Your speaking objection is | 11:30:43 |
| 19 | objectionable, and I'd ask you to curtail it to a | 11:30:45 |
| 20 | limited objection as I did during the course of your | 11:30:50 |
| 21 | examination, please. | 11:30:52 |
| 22 | BY MR. BRANIGAN: | 11:30:54 |
| 23 | Q    And, sir, I am correct that you gave | 11:30:54 |
| 24 | opinions in response to a number of questions today? | 11:30:59 |
| 25 | Correct? | 11:31:01 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

106

| | | |
|---|---|---|
| 1 | MR. SCHREIBER:  Same objection. | 11:31:02 |
| 2 | THE WITNESS:  I gave opinions based on what | 11:31:06 |
| 3 | I learned in the process of these investigations. | 11:31:09 |
| 4 | BY MR. BRANIGAN: | 11:31:13 |
| 5 | Q    And you gave opinions about safety | 11:31:13 |
| 6 | recommendations that were raised with you today | 11:31:15 |
| 7 | during Plaintiffs' counsel's examination of you, | 11:31:20 |
| 8 | correct, those being the NTSB safety | 11:31:23 |
| 9 | recommendations? | 11:31:26 |
| 10 | A    I do -- | 11:31:26 |
| 11 | MR. SCHREIBER:  Same objection. | 11:31:26 |
| 12 | THE WITNESS:  -- not believe I did.  We | 11:31:27 |
| 13 | read the recommendations, and then I told -- then I | 11:31:28 |
| 14 | stated in my testimony for what the status of those | 11:31:32 |
| 15 | recommendations were and how those recommendation | 11:31:35 |
| 16 | statuses were changed. | 11:31:38 |
| 17 | THE COURT REPORTER:  I'm sorry, Counsel. | 11:31:44 |
| 18 | Mr. Schreiber, you said, "Same objections," right? | 11:31:44 |
| 19 | MR. SCHREIBER:  I did. | 11:31:46 |
| 20 | BY MR. BRANIGAN: | 11:31:48 |
| 21 | Q    Well, even your testimony about the safety | 11:31:48 |
| 22 | recommendations would be in violation of 835.3, | 11:31:51 |
| 23 | subpart (c), which I'm going to highlight for you | 11:31:56 |
| 24 | now.  Just give me a second, please. | 11:32:04 |
| 25 | And you can see what I've highlighted here. | 11:32:16 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    107

| | | |
|---|---|---|
| 1 | And it talks about things that you or a board | 11:32:19 |
| 2 | employee are not authorized to testify, including a | 11:32:26 |
| 3 | safety recommendation from the NTSB. | 11:32:30 |
| 4 | Did I read that correctly -- or paraphrase | 11:32:32 |
| 5 | it correctly? | 11:32:34 |
| 6 | A    Well, I haven't read it, but I will say | 11:32:35 |
| 7 | that I'm not a board employee at this point. | 11:32:37 |
| 8 | Q    Well, I think we've already agreed that | 11:32:41 |
| 9 | subpart 835.3 and subpart 835.4 applies to you as a | 11:32:42 |
| 10 | former board employee. | 11:32:52 |
| 11 | We can agree with that based on our mutual | 11:32:53 |
| 12 | review -- our reading together of Section 835.7, | 11:32:57 |
| 13 | fair? | 11:32:59 |
| 14 | MR. SCHREIBER:  Foundation, speculation, | 11:33:02 |
| 15 | legal conclusion. | 11:33:04 |
| 16 | THE WITNESS:  Yeah, I'd like to go and look | 11:33:08 |
| 17 | at .7 just one more time.  But, yes, let's take a | 11:33:09 |
| 18 | peek at that because it does -- somewhere in there | 11:33:12 |
| 19 | it does say that -- it does say what you said, that | 11:33:15 |
| 20 | it's a -- the same restrictions apply.  Let's see | 11:33:16 |
| 21 | .7. | 11:33:21 |
| 22 | "It's not necessary to request..." | 11:33:22 |
| 23 | Okay. | 11:33:23 |
| 24 | "However, the scope of permissible | 11:33:23 |
| 25 | testimony continues to be constrained by | 11:33:27 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    108

| | | |
|---|---|---|
| 1 | all of the limitations both in .3 and | 11:33:29 |
| 2 | .4." | 11:33:32 |
| 3 | Okay. | 11:33:35 |
| 4 | BY MR. BRANIGAN: | 11:33:36 |
| 5 | Q    So my statement is correct that, even as a | 11:33:36 |
| 6 | former member of the NTSB, the constraints and | 11:33:39 |
| 7 | limitations set forth in Section 835.3 and 835.4 | 11:33:44 |
| 8 | apply to you as a witness in civil litigation, | 11:33:51 |
| 9 | correct? | 11:33:53 |
| 10 | A    Yes.  Yes, I -- thank you.  Yes, I do agree | 11:33:55 |
| 11 | with that. | 11:33:58 |
| 12 | Q    And so, if we go back to 835.4, subpart -- | 11:33:59 |
| 13 | excuse me -- 835.3, subpart (c), as in "cat" -- | 11:34:04 |
| 14 | A    Mm-hmm. | 11:34:13 |
| 15 | Q    -- we can see that -- can you see my | 11:34:17 |
| 16 | highlighting there, sir? | 11:34:27 |
| 17 | A    Yes, I can.  I'd like to read that, or you | 11:34:28 |
| 18 | can read it to me, either way. | 11:34:30 |
| 19 | Q    I'll read it to you. | 11:34:32 |
| 20 | A    Thanks. | 11:34:33 |
| 21 | Q    We can see that, under this regulation that | 11:34:34 |
| 22 | continues to apply to you: | 11:34:36 |
| 23 | "Board employees may testify about | 11:34:37 |
| 24 | firsthand information they obtained | 11:34:40 |
| 25 | during an investigation that is not | 11:34:42 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                           109

| | | |
|---|---|---|
| 1 | reasonably available elsewhere, | 11:34:43 |
| 2 | including observations recorded in their | 11:34:46 |
| 3 | own factual accident reports. | 11:34:48 |
| 4 | Consistent with the principles cited in | 11:34:50 |
| 5 | Section 835.1 and this section, current | 11:34:52 |
| 6 | Board employees are not authorized to | 11:34:57 |
| 7 | testify regarding other employee's | 11:34:59 |
| 8 | reports, or other types of Board | 11:35:02 |
| 9 | documents, including but not limited to | 11:35:05 |
| 10 | the safety recommendations..." | 11:35:07 |
| 11 | Did I read that section of subpart (c) | 11:35:12 |
| 12 | perfectly correct, sir? | 11:35:15 |
| 13 | A    I think you did.  I do want to read it just | 11:35:16 |
| 14 | real quickly if you'll allow that.  But I -- let's | 11:35:19 |
| 15 | see: | 11:35:20 |
| 16 | "Board employees may testify about | 11:35:20 |
| 17 | firsthand information they | 11:35:24 |
| 18 | obtained...that is not reasonably" -- | 11:35:25 |
| 19 | okay. | 11:35:30 |
| 20 | Okay.  So it says here that: | 11:35:51 |
| 21 | "Board employees are not authorized | 11:35:53 |
| 22 | to testify regarding other employee's | 11:35:55 |
| 23 | reports of [sic] other types of Board | 11:35:59 |
| 24 | documents, including" -- okay. | 11:36:01 |
| 25 | You read that correctly.  And I'd like | 11:36:06 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    110

| | | |
|---|---|---|
| 1 | to -- well, you go ahead and ask questions because | 11:36:07 |
| 2 | I've got some thoughts on that. | 11:36:10 |
| 3 | Q    Sir, when you were still chairman of the | 11:36:12 |
| 4 | NTSB, did there ever come a time where you were | 11:36:18 |
| 5 | briefed about requests for employee testimony? | 11:36:20 |
| 6 | A    No.  That would have been handled through | 11:36:25 |
| 7 | our general counsel's office. | 11:36:26 |
| 8 | Q    All right.  But you weren't involved in | 11:36:27 |
| 9 | those discussions? | 11:36:29 |
| 10 | A    That's correct.  I would like to say | 11:36:30 |
| 11 | something, but -- I should ask for a question, but I | 11:36:36 |
| 12 | would -- I do have a comment, though, but I don't | 11:36:38 |
| 13 | know what the procedure is for me to just jump in | 11:36:40 |
| 14 | there. | 11:36:43 |
| 15 | Q    Well, I'm going to continue with some other | 11:36:44 |
| 16 | questions, and I'm going to move on to another | 11:36:46 |
| 17 | topic. | 11:36:49 |
| 18 | A    Okay.  Before you leave that, I'd like to | 11:36:51 |
| 19 | say that -- | 11:36:52 |
| 20 | Q    Well, sir, there -- I'm sorry -- there's no | 11:36:55 |
| 21 | question pending right now.  And the way this | 11:36:57 |
| 22 | process works is I ask a question, and if you can | 11:36:59 |
| 23 | answer it -- | 11:37:01 |
| 24 | A    Okay. | 11:37:02 |
| 25 | Q    -- you answer it, and then we move to the | 11:37:02 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    111

| | | |
|---|---|---|
| 1 | next question.  So let me -- | 11:37:04 |
| 2 | A    Yeah. | 11:37:05 |
| 3 | Q    Let me follow that process, if you would, | 11:37:07 |
| 4 | sir.  I want to take you all the way back to sort of | 11:37:08 |
| 5 | the beginning here. | 11:37:14 |
| 6 | You were shown a deposition notice, and | 11:37:18 |
| 7 | Plaintiffs' counsel said that you had already seen | 11:37:20 |
| 8 | that before today, and you acknowledged that you had | 11:37:22 |
| 9 | seen that before today. | 11:37:26 |
| 10 | That was the first exhibit that you were | 11:37:27 |
| 11 | shown. | 11:37:28 |
| 12 | A    Yes. | 11:37:29 |
| 13 | Q    That's the document that says we're going | 11:37:29 |
| 14 | to do this deposition at a particular time and so on | 11:37:31 |
| 15 | and so forth, correct? | 11:37:34 |
| 16 | A    Correct. | 11:37:36 |
| 17 | Q    Right.  So I want to explore this | 11:37:36 |
| 18 | acknowledgment by you that you had seen that | 11:37:40 |
| 19 | document before today. | 11:37:42 |
| 20 | First of all, how is it that you learned | 11:37:45 |
| 21 | about the request for your deposition?  Who | 11:37:49 |
| 22 | contacted you? | 11:37:51 |
| 23 | A    Don Slavik. | 11:37:54 |
| 24 | Q    And how did Mr. Slavik contact you? | 11:37:58 |
| 25 | A    Slavik.  Sorry.  I don't know.  I mean, | 11:38:01 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                           112

| | | |
|---|---|---|
| 1 | he -- | 11:38:04 |
| 2 | Q    Let me ask a better question. | 11:38:07 |
| 3 | A    All right. | 11:38:08 |
| 4 | Q    Did he call you?  Did he e-mail you?  Did | 11:38:09 |
| 5 | he send you a text? | 11:38:11 |
| 6 | A    I cannot remember what the initial -- it | 11:38:15 |
| 7 | was either through a telephone or through an e-mail. | 11:38:17 |
| 8 | Q    And had you ever spoken with Mr. Slavik | 11:38:21 |
| 9 | before that contact? | 11:38:24 |
| 10 | A    No, I had not. | 11:38:25 |
| 11 | Q    All right.  And when was that contact? | 11:38:27 |
| 12 | A    I'm going to estimate that it was -- it's | 11:38:30 |
| 13 | been in the last four months.  It could have been | 11:38:32 |
| 14 | five, but it's been back -- somewhere in that period | 11:38:34 |
| 15 | of time. | 11:38:36 |
| 16 | Q    Did you make any notes about that | 11:38:37 |
| 17 | conversation, either during or after? | 11:38:39 |
| 18 | A    I did not. | 11:38:42 |
| 19 | Q    Okay.  What did Mr. Slavik say to you? | 11:38:43 |
| 20 | A    He wanted to know if I would be -- he said | 11:38:48 |
| 21 | that he was working on a case.  And I have very | 11:38:51 |
| 22 | little details of that case, but he did say that it | 11:38:55 |
| 23 | involved Tesla.  He did say that he was interested | 11:39:00 |
| 24 | in operational design domain and wanted to know if | 11:39:02 |
| 25 | I'd be interested in testifying. | 11:39:07 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          113

| | | |
|---|---|---|
| 1 | Q    What information did he give you about the | 11:39:10 |
| 2 | case? | 11:39:12 |
| 3 | A    I'll tell you what I know about it.  I | 11:39:13 |
| 4 | believe it was a case that was somewhere in the | 11:39:15 |
| 5 | Florida Keys. | 11:39:17 |
| 6 | Apparently there was a "T" intersection, | 11:39:19 |
| 7 | maybe a couple in a Chevrolet -- or in some sort of | 11:39:22 |
| 8 | a -- maybe a Suburban, some sort of an SUV, | 11:39:25 |
| 9 | apparently were fishing. | 11:39:27 |
| 10 | And I believe that the Tesla may have gone | 11:39:30 |
| 11 | through the "T" intersection and run into the SUV | 11:39:35 |
| 12 | and perhaps one fatal and one nonfatal but still | 11:39:40 |
| 13 | serious. | 11:39:45 |
| 14 | That's what I believe I know about this.  I | 11:39:46 |
| 15 | don't even know the names. | 11:39:50 |
| 16 | Q    How many conversations did you have with | 11:39:52 |
| 17 | Mr. Slavik before today? | 11:39:54 |
| 18 | A    Yeah, probably about -- you know -- well, | 11:39:55 |
| 19 | you don't want a long answer.  I'm going to say five | 11:40:01 |
| 20 | or six. | 11:40:06 |
| 21 | Q    Were any of them via text or e-mail? | 11:40:09 |
| 22 | A    None were via text.  And, honestly, I'm not | 11:40:14 |
| 23 | even sure that any were via e-mail.  I did -- yeah, | 11:40:20 |
| 24 | no.  That's it. | 11:40:26 |
| 25 | Q    When is the last time you spoke with | 11:40:29 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              114

| | | |
|---|---|---|
| 1 | Mr. Slavik? | 11:40:31 |
| 2 | A    I talked to him -- you know, I did e-mail | 11:40:32 |
| 3 | him.  I e-mailed him on Saturday because I brought | 11:40:34 |
| 4 | up the statutory issue, 49 USC 1154, paragraph (b). | 11:40:38 |
| 5 | I brought that up in an e-mail to him. | 11:40:48 |
| 6 |      I said that I'd be traveling to Washington | 11:40:51 |
| 7 | on Monday and so Sunday would be a good day to get | 11:40:53 |
| 8 | me. | 11:40:57 |
| 9 |      I think he replied Sunday -- or Saturday | 11:40:58 |
| 10 | and said, yeah, he would try and get me on Sunday. | 11:41:00 |
| 11 | And he called me around 10:30 eastern time on | 11:41:02 |
| 12 | Sunday, and we talked for -- I think it was less | 11:41:06 |
| 13 | than two tenths of an hour. | 11:41:10 |
| 14 | Q    So you referenced Saturday. | 11:41:15 |
| 15 |      Do you mean July 6th, this past Saturday? | 11:41:18 |
| 16 | A    That's correct. | 11:41:20 |
| 17 | Q    2024? | 11:41:21 |
| 18 | A    Yes. | 11:41:21 |
| 19 | Q    All right.  And you said he e-mailed you, | 11:41:21 |
| 20 | correct? | 11:41:26 |
| 21 | A    That's right.  He e-mailed me, basically, | 11:41:27 |
| 22 | to say, "Yeah, okay, we'll talk."  That's basically | 11:41:29 |
| 23 | what the e-mail was about. | 11:41:32 |
| 24 | Q    All right.  Are you aware, sir, that | 11:41:33 |
| 25 | Mr. Slavik is no longer counsel in the Benavides | 11:41:36 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                   115

| | | |
|---|---|---|
| 1 | case? | 11:41:38 |
| 2 | A    No, I'm not. | 11:41:38 |
| 3 | Q    Are you aware, sir, that Mr. Slavik is | 11:41:41 |
| 4 | counsel in another case called Monet, M-o-n-e-t? | 11:41:44 |
| 5 | A    I'm not. | 11:41:49 |
| 6 | Q    Did Mr. Slavik share with you that Tesla | 11:41:49 |
| 7 | objected to Mr. Slavik's attempt to take your | 11:41:54 |
| 8 | deposition in the Monet case? | 11:41:57 |
| 9 | A    No, sir, not to my knowledge.  He did | 11:42:01 |
| 10 | object that Tesla -- quote, unquote, Tesla, was not | 11:42:03 |
| 11 | happy about my testifying on this on the basis of | 11:42:08 |
| 12 | what we've already discussed, about whether or not I | 11:42:12 |
| 13 | would be eligible to testify to that.  He told me | 11:42:14 |
| 14 | that on Sunday. | 11:42:18 |
| 15 | Q    Did Mr. Slavik share with you that Tesla's | 11:42:20 |
| 16 | objection to your testimony -- or the request for | 11:42:23 |
| 17 | your testimony in the Monet case was brought before | 11:42:26 |
| 18 | a federal magistrate judge on July 1 and that the | 11:42:28 |
| 19 | judge has entered a temporary protective order | 11:42:35 |
| 20 | preventing your deposition in the Monet case?  Was | 11:42:39 |
| 21 | that shared with you? | 11:42:41 |
| 22 | A    No, sir, it was not. | 11:42:42 |
| 23 | MR. SCHREIBER:  Foundation, speculation, | 11:42:43 |
| 24 | relevance. | 11:42:45 |
| 25 | /// | |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                116

| | | |
|---|---|---|
| 1 | BY MR. BRANIGAN: | 11:42:45 |
| 2 | Q    Did Mr. Slavik or Mr. Schreiber or any of | 11:42:45 |
| 3 | the Plaintiffs' lawyers that you've been | 11:42:53 |
| 4 | communicating with before today share with you that | 11:42:55 |
| 5 | a state court judge in Los Angeles also ruled, not | 11:42:58 |
| 6 | on a temporary basis, on a final basis, that Tesla's | 11:43:05 |
| 7 | objections to your testimony would be granted and | 11:43:09 |
| 8 | that your testimony would not be permitted in that | 11:43:13 |
| 9 | case, a case called Ochoa, O-c-h-o-a, versus Tesla? | 11:43:15 |
| 10 | Was that made known to you before today? | 11:43:21 |
| 11 | MR. SCHREIBER:  Objection. | 11:43:24 |
| 12 | THE WITNESS:  No. | 11:43:25 |
| 13 | MR. SCHREIBER:  It assumes facts, calls for | 11:43:26 |
| 14 | speculation, foundation, and it's completely | 11:43:29 |
| 15 | irrelevant, which I know is not an appropriate | 11:43:30 |
| 16 | deposition objection, but in this instance it is. | 11:43:33 |
| 17 | Go ahead. | 11:43:35 |
| 18 | THE WITNESS:  I was -- I was not made aware | 11:43:35 |
| 19 | of that.  And, by the way, I've never met or talked | 11:43:37 |
| 20 | to Brett Schreiber until -- till this morning when | 11:43:40 |
| 21 | we got on this call. | 11:43:45 |
| 22 | BY MR. BRANIGAN: | 11:43:46 |
| 23 | Q    So you've had four or five conversations | 11:43:48 |
| 24 | with Mr. Slavik before today, correct? | 11:43:50 |
| 25 | A    Yes.  And so now that you've pointed out I | 11:43:55 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    117

| | | |
|---|---|---|
| 1 | said -- I might have said -- my testimony might have | 11:43:58 |
| 2 | said six, but it was a handful.  Not many phone | 11:44:00 |
| 3 | calls. | 11:44:05 |
| 4 | I mean, I think the phone calls we had were | 11:44:05 |
| 5 | "Can you do it on" -- it's been moved because I | 11:44:08 |
| 6 | think you had a wedding coming up.  I think | 11:44:12 |
| 7 | originally it was on the -- maybe the 27th or 28th | 11:44:14 |
| 8 | of June.  And he wanted to know if I could be | 11:44:16 |
| 9 | available on the 9th. | 11:44:20 |
| 10 | And it was those sorts of conversations | 11:44:21 |
| 11 | that we had had.  So -- usually the conversations | 11:44:22 |
| 12 | were very short. | 11:44:25 |
| 13 | Q    But in one or more of those conversations, | 11:44:28 |
| 14 | Mr. Slavik told you what he wanted you to testify | 11:44:31 |
| 15 | about in a deposition, correct? | 11:44:34 |
| 16 | A    He did not -- well, he -- | 11:44:36 |
| 17 | MR. SCHREIBER:  Objection.  Yeah. | 11:44:40 |
| 18 | Objection.  It's argumentative, assumes facts. | 11:44:40 |
| 19 | BY MR. BRANIGAN: | 11:44:43 |
| 20 | Q    You can answer, sir. | 11:44:43 |
| 21 | A    Yeah, thank you.  He didn't tell me what to | 11:44:44 |
| 22 | say.  He said that there was an interest in ODD, | 11:44:47 |
| 23 | operational design domain. | 11:44:52 |
| 24 | Q    Did Mr. Slavik present you with any | 11:44:55 |
| 25 | documents -- | 11:44:57 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    118

| | | |
|---|---|---|
| 1 | A    He did not. | 11:44:57 |
| 2 | Q    -- to review? | 11:44:57 |
| 3 | A    No, sir, he did not. | 11:44:58 |
| 4 | Q    How about Mr. Schreiber or the other | 11:45:00 |
| 5 | lawyers that you've communicated with before today? | 11:45:02 |
| 6 | A    No.  I've had -- the only person I've | 11:45:05 |
| 7 | contacted -- that I've been in contact with was | 11:45:08 |
| 8 | Don Slavik.  That was the only person.  And the | 11:45:11 |
| 9 | e-mails that I've gotten from whoever was sending | 11:45:14 |
| 10 | out the subpoenas or whatever it is, the | 11:45:16 |
| 11 | documentation about this call. | 11:45:23 |
| 12 | Q    Did you -- were you actually served with a | 11:45:25 |
| 13 | subpoena -- | 11:45:27 |
| 14 | A    No, I -- | 11:45:27 |
| 15 | Q    -- to secure your testimony at the | 11:45:28 |
| 16 | deposition today? | 11:45:30 |
| 17 | A    Sorry.  I'm talking over you. | 11:45:32 |
| 18 | Q    It's okay. | 11:45:34 |
| 19 | A    So that's why I'm zipping my lips. | 11:45:35 |
| 20 | You know, I was thinking about that about | 11:45:37 |
| 21 | 3:30 or 4:00 this morning.  I don't know if I | 11:45:39 |
| 22 | actually have a subpoena or not. | 11:45:44 |
| 23 | Q    So if you weren't subpoenaed, then you've | 11:45:45 |
| 24 | just appeared willingly to testify; is that correct? | 11:45:46 |
| 25 | A    Well, of course, the answer is is that I | 11:45:50 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                119

| | | |
|---|---|---|
| 1 | was retained as a fact witness, so, therefore, | 11:45:51 |
| 2 | compensated for the amount of time that I'm spending | 11:45:56 |
| 3 | on the case. | 11:45:57 |
| 4 | MR. SCHREIBER:  And, in fairness, he's | 11:45:59 |
| 5 | willing to accept a subpoena and a deposition notice | 11:46:02 |
| 6 | via e-mail, which was provided by my office. | 11:46:05 |
| 7 | MR. BRANIGAN:  And, Counsel, I object to | 11:46:07 |
| 8 | the commentary/unsworn testimony.  So let me -- | 11:46:08 |
| 9 | MR. SCHREIBER:  I was just clarifying. | 11:46:16 |
| 10 | BY MR. BRANIGAN: | 11:46:16 |
| 11 | Q    Let me -- let me follow up with what you | 11:46:16 |
| 12 | just said. | 11:46:16 |
| 13 | THE COURT REPORTER:  Sorry.  I didn't hear | 11:46:16 |
| 14 | what you said, Mr. Schreiber. | 11:46:16 |
| 15 | MR. SCHREIBER:  Oh, I said I was just | 11:46:21 |
| 16 | clarifying.  That's all. | 11:46:23 |
| 17 | BY MR. BRANIGAN: | 11:46:27 |
| 18 | Q    Mr. Sumwalt, you described yourself moments | 11:46:27 |
| 19 | ago as a, quote, retained fact witness, end quote, | 11:46:29 |
| 20 | correct? | 11:46:35 |
| 21 | A    I think I'm a fact witness versus a -- | 11:46:36 |
| 22 | maybe what legally would be called a -- what? -- an | 11:46:39 |
| 23 | expert witness. | 11:46:43 |
| 24 | Q    And you're being compensated; is that | 11:46:45 |
| 25 | right? | 11:46:46 |