Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    120

| | | |
|---|---|---|
| 1 | A    That is correct, compensated for my time. | 11:46:47 |
| 2 | Q    And is there an agreement that's been | 11:46:50 |
| 3 | reduced to writing that sets out how you're going to | 11:46:55 |
| 4 | be compensated and your retention for this testimony | 11:46:58 |
| 5 | today? | 11:47:01 |
| 6 | A    I can look in my file.  I don't think I | 11:47:01 |
| 7 | even have a retention letter. | 11:47:04 |
| 8 | Q    All right.  Well, speaking of your file, | 11:47:07 |
| 9 | would you be willing to provide us, counsel for | 11:47:09 |
| 10 | Tesla, with a copy of what you described as your | 11:47:14 |
| 11 | file at our expense?  We'll pay for the reproduction | 11:47:16 |
| 12 | expense.  We'll pay for the transmittal expense. | 11:47:19 |
| 13 | A    Yeah. | 11:47:23 |
| 14 | Q    Would you be willing to share that with us? | 11:47:23 |
| 15 | A    Of course. | 11:47:25 |
| 16 | Q    All right.  So how are you being | 11:47:27 |
| 17 | compensated?  Are you being paid by the hour or in | 11:47:32 |
| 18 | some other way? | 11:47:34 |
| 19 | A    Yes.  $400 an hour.  I've got about -- up | 11:47:35 |
| 20 | until this morning or this afternoon till we | 11:47:38 |
| 21 | started, I had, I think, 5.3 hours on the case just | 11:47:39 |
| 22 | because -- yeah. | 11:47:43 |
| 23 | Q    So you didn't -- as I understand your | 11:47:46 |
| 24 | testimony, you didn't receive a -- what we lawyers | 11:47:49 |
| 25 | call a "statutory witness fee" for $15 or $20 or | 11:47:53 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

121

| | | |
|---|---|---|
| 1 | some amount of that size with a subpoena that was | 11:47:59 |
| 2 | served on you. | 11:48:04 |
| 3 | Instead, you received an agreement from | 11:48:07 |
| 4 | these lawyers who are representing people who are | 11:48:08 |
| 5 | suing Tesla an agreement to pay you as a, quote, | 11:48:11 |
| 6 | retained fact expert for an hourly rate of $400 an | 11:48:15 |
| 7 | hour; is that right? | 11:48:19 |
| 8 | A    That's my understanding.  Yes, that's what | 11:48:21 |
| 9 | I believe. | 11:48:22 |
| 10 | Q    And if the agreement for compensation is | 11:48:26 |
| 11 | reduced to writing, that will be provided to us -- | 11:48:30 |
| 12 | to us with the file that you've agreed to share with | 11:48:34 |
| 13 | us; is that fair? | 11:48:36 |
| 14 | A    Yeah.  Could I just look in my file?  Would | 11:48:37 |
| 15 | you mind if I just took a look?  Because I don't | 11:48:39 |
| 16 | think -- | 11:48:42 |
| 17 | Q    Okay.  You -- | 11:48:42 |
| 18 | A    I don't think I -- | 11:48:43 |
| 19 | Q    -- may take what -- that's fine. | 11:48:43 |
| 20 | A    I don't think -- I don't think I have a | 11:48:44 |
| 21 | retention letter.  I'll just take a quick look. | 11:48:45 |
| 22 | I have -- I guess I do have a subpoena. | 11:48:57 |
| 23 | Let's see what this says.  Yeah, I do have a -- | 11:48:59 |
| 24 | well, I'm just looking at the file names.  Looks | 11:49:04 |
| 25 | like "Benavides Sumwalt depo subpoena, 6-27-24." | 11:49:07 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          122

| | | |
|---|---|---|
| 1 | Whatever an NOD is. | 11:49:14 |
| 2 | I've got -- one, two, three, four, five, | 11:49:17 |
| 3 | six -- seven files, including my time sheet.  And | 11:49:19 |
| 4 | one is typed-up notes that I've written myself. | 11:49:26 |
| 5 | Looks like two subpoenas.  One's dated the 23rd.  I | 11:49:31 |
| 6 | don't know. | 11:49:36 |
| 7 | Yeah, but -- sure, you can have anything | 11:49:37 |
| 8 | I've got. | 11:49:39 |
| 9 | Q    I would be -- | 11:49:39 |
| 10 | A    But I do not -- I'm sorry.  Let me come | 11:49:41 |
| 11 | back to you. | 11:49:42 |
| 12 | Q    Oh, no, go ahead.  I interrupted you. | 11:49:43 |
| 13 | A    No, no.  I do not see anything that looks | 11:49:45 |
| 14 | like a letter of retention.  That was a verbal | 11:49:47 |
| 15 | agreement between Mr. Slavik and myself. | 11:49:51 |
| 16 | Q    Okay.  You mentioned that you had four or | 11:49:57 |
| 17 | five files, I think I heard you say.  Is that right? | 11:49:59 |
| 18 | A    Yes, sir. | 11:50:02 |
| 19 | Q    What -- | 11:50:04 |
| 20 | A    And -- | 11:50:05 |
| 21 | Q    -- are those files? | 11:50:05 |
| 22 | A    Yeah.  They're all PDFs.  And it looks like | 11:50:07 |
| 23 | they're -- all the files, other than my time sheet | 11:50:08 |
| 24 | and my personal notes, would be PDFs that I've been | 11:50:10 |
| 25 | sent by whoever sent them to me, somebody associated | 11:50:14 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

123

| | | |
|---|---|---|
| 1 | with this deposition. | 11:50:17 |
| 2 | And it might have been -- let's see. Let | 11:50:18 |
| 3 | me just go -- it's whoever sent the link to this, | 11:50:23 |
| 4 | which would -- might've been Ericka Elms. But | 11:50:27 |
| 5 | they're all related to things like subpoenas and | 11:50:32 |
| 6 | whatever I'm supposed to be provided, like Civil | 11:50:34 |
| 7 | Rules of -- or Rules of Civil Procedure, things like | 11:50:37 |
| 8 | that. | 11:50:40 |
| 9 | Q    All right.  And so when you send us a copy | 11:50:42 |
| 10 | of your file for this matter related to this | 11:50:43 |
| 11 | deposition, you're agreeing to provide us with a | 11:50:47 |
| 12 | copy of all that you just described, correct? | 11:50:49 |
| 13 | A    Absolutely. | 11:50:51 |
| 14 | Q    Thank you, sir.  And when did you start | 11:50:53 |
| 15 | billing on this matter? | 11:50:55 |
| 16 | A    Like, over the weekend.  Let me just -- I | 11:50:59 |
| 17 | mean, I'd like to know, give you a right answer. | 11:51:01 |
| 18 | Started billing on -- it's opening, | 11:51:09 |
| 19 | maybe -- 7-5. | 11:51:11 |
| 20 | Q    Can you tell me what you're looking at | 11:51:18 |
| 21 | there, sir? | 11:51:19 |
| 22 | A    Yes.  I'm -- | 11:51:21 |
| 23 | Q    Something you remember about that? | 11:51:21 |
| 24 | A    Yeah.  And what'd you say?  Tell you what | 11:51:23 |
| 25 | I'm looking at?  Is that what you asked? | 11:51:26 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    124

| | | |
|---|---|---|
| 1 | Q    Yeah, please.  If you wouldn't mind telling | 11:51:28 |
| 2 | me what you're looking at there as you're refreshing | 11:51:30 |
| 3 | your memory. | 11:51:31 |
| 4 | A    Yes.  It is an Excel file that I have | 11:51:32 |
| 5 | created.  And I've titled it maybe "Derrick | 11:51:34 |
| 6 | Monet" -- well, I've actually got Monet's name on | 11:51:40 |
| 7 | there.  So I've got that name in there.  And | 11:51:45 |
| 8 | "Robert L. Sumwalt Record of Time Spent," then I've | 11:51:47 |
| 9 | got some time for 7-5, 7-6, and 7-7, and, you know, | 11:51:51 |
| 10 | five-tenths of an hour, 3.2, .02, .1, 1.3. | 11:51:55 |
| 11 | THE COURT REPORTER:  I'm sorry.  You've got | 11:51:58 |
| 12 | to slow down for me, Mr. Sumwalt. | 11:51:58 |
| 13 | THE WITNESS:  Okay.  No, I'm -- okay. | 11:52:05 |
| 14 | THE COURT REPORTER:  "Five-tenths of an | 11:52:05 |
| 15 | hour" and what? | 11:52:05 |
| 16 | THE WITNESS:  Oh, I'll read it line by | 11:52:05 |
| 17 | line. | 11:52:07 |
| 18 | BY MR. BRANIGAN: | 11:52:07 |
| 19 | Q    You -- so -- | 11:52:10 |
| 20 | A    Go ahead, Counsel. | 11:52:11 |
| 21 | Q    Let me see if I can address it this way. | 11:52:12 |
| 22 | It sounds like you have a billing record | 11:52:15 |
| 23 | that reflects the time that you spent working on | 11:52:16 |
| 24 | this matter as a retained fact witness at the | 11:52:20 |
| 25 | request of these Plaintiffs' lawyers, correct? | 11:52:23 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    125

| | | |
|---|---|---|
| 1 | A    Yes, sir, that's correct. | 11:52:28 |
| 2 | Q    All right.  And it also sounds to me like | 11:52:29 |
| 3 | you bill in increments of .1, which would be roughly | 11:52:31 |
| 4 | 6 minutes, correct? | 11:52:34 |
| 5 | A    That's correct. | 11:52:36 |
| 6 | Q    All right.  And who are you submitting the | 11:52:37 |
| 7 | invoice or bill for your time to? | 11:52:42 |
| 8 | A    Well, if you want a good laugh, I have no | 11:52:46 |
| 9 | idea at all. | 11:52:48 |
| 10 | Q    Well, I think we can agree you won't be | 11:52:50 |
| 11 | submitting that bill to me as counsel for Tesla. | 11:52:53 |
| 12 | Fair? | 11:52:56 |
| 13 | A    If you'll pay it, I will.  But the truth | 11:52:58 |
| 14 | is -- | 11:53:00 |
| 15 | Q    Okay. | 11:53:00 |
| 16 | A    I -- you know, I think the arrangement I | 11:53:01 |
| 17 | had was between Mr. Slavik and myself.  And I | 11:53:03 |
| 18 | didn't -- again, I didn't know the other counselors | 11:53:08 |
| 19 | involved.  I didn't know that he was no longer | 11:53:11 |
| 20 | involved in this particular case.  So, yeah, I was | 11:53:13 |
| 21 | going to send it to him. | 11:53:16 |
| 22 | Q    All right. | 11:53:17 |
| 23 | MR. SCHREIBER:  I'll just say on the record | 11:53:18 |
| 24 | that we are happy to pay for Mr. Sumwalt's time in | 11:53:19 |
| 25 | preparation for and for testifying.  While there is | 11:53:25 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                     126

| | | |
|---|---|---|
| 1 | typically a $40 witness fee that is paid to general | 11:53:28 |
| 2 | witnesses, I routinely, as I trust every lawyer on | 11:53:31 |
| 3 | this call does, sometimes needs to pay for people's | 11:53:34 |
| 4 | time to take -- | 11:53:37 |
| 5 | MR. BRANIGAN:  Counsel -- | 11:53:39 |
| 6 | MR. SCHREIBER:  -- time away from their | 11:53:39 |
| 7 | lives -- | 11:53:39 |
| 8 | MR. BRANIGAN:  -- I object. | 11:53:39 |
| 9 | MR. SCHREIBER:  -- to testify.  That's | 11:53:39 |
| 10 | all -- | 11:53:39 |
| 11 | MR. BRANIGAN:  Counsel, first of all -- | 11:53:39 |
| 12 | THE COURT REPORTER:  I didn't hear you, | 11:53:39 |
| 13 | Mr. Schreiber.  You can't talk at the same time. | 11:53:39 |
| 14 | MR. BRANIGAN:  I apologize for talking over | 11:53:46 |
| 15 | you, sir, but I really do object.  I don't view that | 11:53:46 |
| 16 | as an objection.  I view it as an inappropriate | 11:53:50 |
| 17 | comment to testimony by the witness.  And I'd ask | 11:53:53 |
| 18 | you to restrain yourself, limit yourself to | 11:53:58 |
| 19 | objections rather than commentary about what the | 11:54:01 |
| 20 | witness just said, please. | 11:54:03 |
| 21 | MR. SCHREIBER:  Well, no, I was just, | 11:54:05 |
| 22 | again, trying to clarify because the witness was | 11:54:07 |
| 23 | unclear as to where he was going to get paid.  And I | 11:54:09 |
| 24 | wanted to make sure he knew that we weren't looking | 11:54:12 |
| 25 | for a free lunch.  And I'll pay for your time as | 11:54:14 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    127

| | | |
|---|---|---|
| 1 | well, Mr. Branigan.  I'm happy to do it. | 11:54:16 |
| 2 | BY MR. BRANIGAN: | 11:54:19 |
| 3 |    Q   So have you ever been retained as a, as you | 11:54:19 |
| 4 | put it, retained fact witness before today, sir -- | 11:54:23 |
| 5 |    A   No, sir. | 11:54:26 |
| 6 |    Q   -- for this testimony today? | 11:54:27 |
| 7 |    A   No, sir.  The only other time I've | 11:54:30 |
| 8 | testified other than in a personal case in 1981 was | 11:54:33 |
| 9 | this time last year where I was retained as an | 11:54:35 |
| 10 | expert witness. | 11:54:41 |
| 11 |    Q   All right.  And so at least at -- well, I | 11:54:42 |
| 12 | imagine you're also charging $400 an hour for the | 11:54:47 |
| 13 | time that you're spending in the deposition with us | 11:54:50 |
| 14 | lawyers, correct? | 11:54:53 |
| 15 |    A   That's certainly the intention. | 11:54:55 |
| 16 |    Q   Right.  And we've been at it now for close | 11:54:58 |
| 17 | to three hours. | 11:55:00 |
| 18 |       So if I'm doing my math right, quickly, on | 11:55:02 |
| 19 | the back of the envelope, it sounds like you've got | 11:55:06 |
| 20 | a bill that's over $3,000 and rising as a retained | 11:55:09 |
| 21 | fact witness here; is that correct? | 11:55:15 |
| 22 |    A   Let's see.  Five plus 8 is -- not -- 5 plus | 11:55:16 |
| 23 | 3, that's 8, times 4.  That's about 2,400. | 11:55:18 |
| 24 |    Q   You're right.  I didn't do the math | 11:55:24 |
| 25 | correctly.  But, yeah, 2,400, correct.  Sorry. | 11:55:25 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          128

| | | |
|---|---|---|
| 1 | And that's continuing as your meter runs, | 11:55:30 |
| 2 | correct? | 11:55:34 |
| 3 | A    That's the way it goes.  You're just | 11:55:36 |
| 4 | like -- just like yours. | 11:55:38 |
| 5 | Q    All right.  Let me ask you. | 11:55:40 |
| 6 | Have you -- other than talking to | 11:55:44 |
| 7 | Mr. Slavik, have you talked to -- I'm going to give | 11:55:46 |
| 8 | you some names of lawyers -- have you talked to a | 11:55:50 |
| 9 | lawyer whose name is Adam Boumel before today? | 11:55:52 |
| 10 | A    No, sir. | 11:55:56 |
| 11 | Q    How about Todd Poses, P-o-s-e-s? | 11:55:57 |
| 12 | A    No, sir. | 11:56:01 |
| 13 | Q    How about Jonathan Michaels? | 11:56:02 |
| 14 | A    Never heard of him.  Haven't talked to him. | 11:56:08 |
| 15 | Q    How about Nicholas Rowley? | 11:56:11 |
| 16 | A    Don't know him.  Haven't talked to him. | 11:56:13 |
| 17 | Q    Andrew McDevitt? | 11:56:15 |
| 18 | A    Haven't talked to him.  Don't know him. | 11:56:17 |
| 19 | Q    How about Doris Cheng? | 11:56:19 |
| 20 | A    Don't know her.  I haven't talked to her. | 11:56:21 |
| 21 | Q    All right.  We saw in the very beginning of | 11:56:23 |
| 22 | today's session a letter from the general counsel of | 11:56:31 |
| 23 | the NTSB.  That's now part of Exhibit 2. | 11:56:34 |
| 24 | Did you talk to anybody at the NTSB | 11:56:40 |
| 25 | yourself before agreeing to be a retained fact | 11:56:42 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    129

| | | |
|---|---|---|
| 1 | witness in this case -- | 11:56:45 |
| 2 | A    I did not. | 11:56:48 |
| 3 | Q    -- about the fact that you had been asked | 11:56:48 |
| 4 | to testify here? | 11:56:50 |
| 5 | A    I did not. | 11:56:53 |
| 6 | Q    Just want to make sure I'm clearly | 11:57:07 |
| 7 | understanding the testimony that you've given thus | 11:57:11 |
| 8 | far about the Benavides case. | 11:57:12 |
| 9 | You were given some information about the | 11:57:16 |
| 10 | case from Mr. Slavik, but you personally have not | 11:57:19 |
| 11 | investigated anything about the Benavides case, the | 11:57:21 |
| 12 | incident, crash, the case, the claims, nothing, | 11:57:26 |
| 13 | correct? | 11:57:30 |
| 14 | A    That is correct. | 11:57:30 |
| 15 | Q    Same is true for the Monet case, M-o-n-e-t, | 11:57:33 |
| 16 | correct? | 11:57:38 |
| 17 | A    I've never even -- you know, it's funny, I | 11:57:41 |
| 18 | didn't even think I'd known that name until I saw it | 11:57:43 |
| 19 | on my billing sheet because I just took it off of | 11:57:47 |
| 20 | some of the records. | 11:57:49 |
| 21 | So to answer your question directly, I have | 11:57:50 |
| 22 | not been -- I've had no involvement whatsoever with | 11:57:53 |
| 23 | the Monet case. | 11:57:59 |
| 24 | Q    Okay.  I think I know the answer to this | 11:58:00 |
| 25 | next question but just to be -- to avoid doubt, you | 11:58:02 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

130

| | | |
|---|---|---|
| 1 | have not been provided with a police report for | 11:58:06 |
| 2 | either the Benavides or Monet crash, correct? | 11:58:09 |
| 3 |     A    You are correct.  I've not received | 11:58:14 |
| 4 | anything on either of those two crashes. | 11:58:15 |
| 5 |     Q    Or any testimony from witnesses who have | 11:58:17 |
| 6 | testified in the litigation related to those | 11:58:19 |
| 7 | crashes, correct? | 11:58:22 |
| 8 |     A    That's correct.  And I've not received any | 11:58:23 |
| 9 | documentation on either of those two cases. | 11:58:26 |
| 10 |     Q    All right.  Sir, you mentioned that you're | 11:58:29 |
| 11 | currently in Washington, DC, right now? | 11:58:34 |
| 12 |     A    That's right. | 11:58:38 |
| 13 |     Q    Where do you personally reside today? | 11:58:39 |
| 14 |     A    Where am I?  Where am I physically right | 11:58:42 |
| 15 | now, or where do I live? | 11:58:45 |
| 16 |     Q    No, no.  Where do you live -- well, do you | 11:58:47 |
| 17 | live in Washington, DC, or elsewhere? | 11:58:49 |
| 18 |     A    No.  My home is Columbia, South Carolina. | 11:58:50 |
| 19 | I have a rental condo that I rent in Ormond Beach, | 11:58:53 |
| 20 | Florida, so that I can carry out my job with | 11:58:58 |
| 21 | Embry-Riddle in Daytona Beach. | 11:59:00 |
| 22 |     Q    If we needed to reach you as this case | 11:59:04 |
| 23 | continues, what would be the best way for us to | 11:59:07 |
| 24 | reach you? | 11:59:09 |
| 25 |     A    E-mail or cell phone. | 11:59:09 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

131

| | | |
|---|---|---|
| 1 | Q    Will you share those with us? | 11:59:11 |
| 2 |      And we can take those off the record. | 11:59:12 |
| 3 | A    Yeah.  I'd be happy to. | 11:59:15 |
| 4 | Q    All right.  We'll come back to that before | 11:59:16 |
| 5 | this is over to get that from you.  Thank you. | 11:59:18 |
| 6 |      You mentioned that you've testified in two | 11:59:21 |
| 7 | depositions before this deposition, correct? | 11:59:23 |
| 8 | A    That's right. | 11:59:27 |
| 9 | Q    In either of those depositions, were you | 11:59:30 |
| 10 | testifying as an expert witness about anything? | 11:59:32 |
| 11 | A    Yes. | 11:59:38 |
| 12 | Q    Which of the two had you testifying as an | 11:59:38 |
| 13 | expert? | 11:59:41 |
| 14 | A    The one that was approximately -- well, it | 11:59:41 |
| 15 | was July of last year. | 11:59:44 |
| 16 | Q    And who retained you?  And let me be more | 11:59:47 |
| 17 | precise. | 11:59:50 |
| 18 |      Were you retained by -- well -- | 11:59:51 |
| 19 | A    No, you're fine.  I know what you're | 11:59:57 |
| 20 | saying.  Go ahead. | 11:59:58 |
| 21 | Q    Were you retained by the parties suing, the | 11:59:59 |
| 22 | plaintiff, or were you retained by the defendant? | 12:00:03 |
| 23 | A    Defendant. | 12:00:05 |
| 24 | Q    And who was the defendant? | 12:00:06 |
| 25 | A    Well, the law firm was Clyde & Company. | 12:00:10 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

132

| | | |
|---|---|---|
| 1 | And they're representing Delta Airlines. | 12:00:15 |
| 2 | Q    Okay.  So you were testifying as an expert | 12:00:18 |
| 3 | for Delta Airlines, correct? | 12:00:23 |
| 4 | A    That's correct.  I mean, that's basically | 12:00:26 |
| 5 | correct.  Clyde & Company was paying me, but Delta | 12:00:27 |
| 6 | Airlines was paying Clyde & Company, so yes. | 12:00:30 |
| 7 | Q    Is there a particular lawyer at the Clyde & | 12:00:34 |
| 8 | Company firm that you recall working with? | 12:00:36 |
| 9 | A    Sure.  Yes. | 12:00:40 |
| 10 | Q    Who is that person? | 12:00:40 |
| 11 | A    You know, it's funny.  I'm going to see him | 12:00:43 |
| 12 | tonight at a dinner.  All of a sudden just -- I | 12:00:47 |
| 13 | mean -- it's just stupid. | 12:00:50 |
| 14 | Q    Where's his office located? | 12:00:56 |
| 15 | A    His name is Ken Quinn.  And he's on -- here | 12:00:59 |
| 16 | in Washington, DC.  Q-u-i-n-n. | 12:01:03 |
| 17 | Q    Okay. | 12:01:08 |
| 18 | A    About 1700 block of Pennsylvania. | 12:01:08 |
| 19 | Q    Thank you.  Have you -- based on your | 12:01:11 |
| 20 | testimony, you've never testified in a case before | 12:01:16 |
| 21 | today as an expert in a motor vehicle-related case. | 12:01:19 |
| 22 | I don't mean aircraft.  I mean an automotive case. | 12:01:26 |
| 23 | A    Yeah, you're correct.  The only two cases | 12:01:31 |
| 24 | I've testified in would be the Delta case last year. | 12:01:32 |
| 25 | It was obviously involving an airplane. | 12:01:36 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          133

| | | |
|---|---|---|
| 1 | And I was in a personal aircraft accident | 12:01:38 |
| 2 | in 1978.  And I wasn't being sued, but I think | 12:01:40 |
| 3 | Plaintiff's lawyers just wanted to get some | 12:01:47 |
| 4 | information from me.  So that was an aviation crash | 12:01:49 |
| 5 | as well. | 12:01:52 |
| 6 | Q    You told us a little bit about your | 12:01:56 |
| 7 | education after graduating from high school.  And my | 12:01:59 |
| 8 | understanding is that you have a bachelor's of | 12:02:01 |
| 9 | business administration as your undergrad degree, | 12:02:05 |
| 10 | correct? | 12:02:07 |
| 11 | A    That's right. | 12:02:08 |
| 12 | Q    And you have a master's degree in | 12:02:10 |
| 13 | aeronautical sciences, correct? | 12:02:13 |
| 14 | A    That's right. | 12:02:16 |
| 15 | Q    So you don't have any degree in mechanical | 12:02:17 |
| 16 | engineering, correct? | 12:02:20 |
| 17 | A    Couldn't get through engineering school. | 12:02:22 |
| 18 | Q    All right.  You're not an engineer of any | 12:02:24 |
| 19 | sort, correct? | 12:02:26 |
| 20 | A    That is correct. | 12:02:27 |
| 21 | Q    You know, in many places around the United | 12:02:29 |
| 22 | States, many states, you can sit for an examination | 12:02:31 |
| 23 | that's called the Registered Professional Engineers | 12:02:34 |
| 24 | examination.  I take it you haven't done that | 12:02:37 |
| 25 | anywhere.  Is that fair? | 12:02:39 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

134

| | | |
|---|---|---|
| 1 | A     Yeah, my dad was a PE, but not me. | 12:02:40 |
| 2 | Q     All right.  And you told us about your | 12:02:43 |
| 3 | employment history before being appointed to the | 12:02:47 |
| 4 | NTSB. | 12:02:53 |
| 5 |         Am I correct that you've never been | 12:02:56 |
| 6 | employed by any motor vehicle manufacturer -- | 12:02:58 |
| 7 | sometimes they're referred to as OEMs, original | 12:03:00 |
| 8 | equipment manufacturers; is that fair? | 12:03:03 |
| 9 | A     Yeah.  I've never been employed by -- let | 12:03:04 |
| 10 | me just think through that.  Have I ever been | 12:03:06 |
| 11 | retained in any form or fashion? | 12:03:09 |
| 12 |         I am a safety adviser to a company called | 12:03:14 |
| 13 | Stack AV.  And before that it was a -- and they're | 12:03:19 |
| 14 | a -- they're actually going for a level 4 automation | 12:03:26 |
| 15 | with trucks -- with tractor-trailers.  But before | 12:03:30 |
| 16 | that, the company was called Argo AI.  And Stack -- | 12:03:34 |
| 17 | by the way, if I said it, Stack AV is their name. | 12:03:40 |
| 18 |         But before that the principals were in a | 12:03:43 |
| 19 | company called Argo AI, and I was -- went to one | 12:03:46 |
| 20 | safety advisory meeting for them.  And then they | 12:03:50 |
| 21 | went out of business, and then they resurrected. | 12:03:54 |
| 22 | Q     When did you become a safety adviser for | 12:03:59 |
| 23 | that company? | 12:04:01 |
| 24 | A     I would say -- I've got to make sure I get | 12:04:04 |
| 25 | this right.  Certainly after I left the NTSB.  So | 12:04:07 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

135

| | | |
|---|---|---|
| 1 | November -- yeah, I got it now.  Okay.  It was | 12:04:14 |
| 2 | August of '22, I believe. | 12:04:23 |
| 3 | Q    Have you written anything for them, | 12:04:29 |
| 4 | published anything, done any testing for them, | 12:04:31 |
| 5 | anything of that nature? | 12:04:34 |
| 6 | A    No. | 12:04:40 |
| 7 | Q    Besides the work for that AV company or | 12:04:41 |
| 8 | AV-related company, have you been an employee of any | 12:04:45 |
| 9 | motor vehicle supplier -- motor vehicle component or | 12:04:50 |
| 10 | system supplier to the OEMs? | 12:04:54 |
| 11 | A    The reason I'm pausing, I want to make sure | 12:05:03 |
| 12 | that I'm actually thinking.  I do a good bit of | 12:05:05 |
| 13 | consulting for various organizations. | 12:05:11 |
| 14 | And the answer, as I sit here today, to the | 12:05:14 |
| 15 | best of my knowledge, I'm not involved -- other than | 12:05:17 |
| 16 | with -- other than the companies I just mentioned, | 12:05:20 |
| 17 | I'm not involved in any motor vehicle suppliers, | 12:05:23 |
| 18 | OEMs, anything else other than currently Stack AV | 12:05:27 |
| 19 | and previously Argo AI. | 12:05:31 |
| 20 | Q    With respect to that company, Stack AV, | 12:05:36 |
| 21 | formerly known as Argo AI, have you had a chance to | 12:05:37 |
| 22 | even be in one of their vehicles that has ADAS | 12:05:42 |
| 23 | technology of any level? | 12:05:48 |
| 24 | A    Yes. | 12:05:49 |
| 25 | Q    And when did you do that?  And what did you | 12:05:49 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

| | | |
|---|---|---|
| 1 | do in the vehicle? | 12:05:51 |
| 2 | A   Yeah.  So when we had our first safety | 12:05:52 |
| 3 | advisory meeting with Argo in August of 2022, we -- | 12:05:54 |
| 4 | there were about five of us who were safety advisers | 12:06:05 |
| 5 | to them. | 12:06:09 |
| 6 | And we -- two-by-two, we would get in the | 12:06:10 |
| 7 | back seat and ride with them and watch how the | 12:06:12 |
| 8 | safety driver was working and how the technician was | 12:06:17 |
| 9 | in the right seat with her laptop computer, making | 12:06:18 |
| 10 | sure that the vehicle was doing what the laptop was | 12:06:23 |
| 11 | saying it should be doing. | 12:06:25 |
| 12 | And then with Stack, I got in the cab of | 12:06:30 |
| 13 | a -- I think it's Kenmore.  Could've been | 12:06:32 |
| 14 | Peterbilt -- and just sat there -- actually, that | 12:06:38 |
| 15 | one was not even an EV.  It was a -- I'm sorry, it | 12:06:42 |
| 16 | was not an AV.  It was an electric vehicle. | 12:06:46 |
| 17 | And they just wanted to show -- I mean, we | 12:06:49 |
| 18 | must have driven -- I rode for, like, three blocks | 12:06:52 |
| 19 | one way and turned around about three or four blocks | 12:06:55 |
| 20 | coming back. | 12:06:57 |
| 21 | So that's the extent of any of that | 12:06:59 |
| 22 | activity involved with any of those companies. | 12:07:01 |
| 23 | Q   You were in the vehicle as a passenger, not | 12:07:07 |
| 24 | as an operator, correct? | 12:07:10 |
| 25 | A   In both cases, that is correct. | 12:07:11 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                        137

| | | |
|---|---|---|
| 1 | Q    All right.  Does that company make a | 12:07:13 |
| 2 | level 2 ADAS technology that they've got in vehicles | 12:07:17 |
| 3 | on the road today, even on a testing basis? | 12:07:20 |
| 4 | A    No.  They -- with Stack, they want to go | 12:07:24 |
| 5 | straight to L- (video frozen) -- | 12:07:26 |
| 6 | THE COURT REPORTER:  I'm sorry.  I have the | 12:07:27 |
| 7 | witness -- | 12:07:27 |
| 8 | BY MR. BRANIGAN: | 12:07:27 |
| 9 | Q    Did you say "straight to L4"?  You froze | 12:07:34 |
| 10 | there for a second. | 12:07:36 |
| 11 | A    Yeah.  I noticed -- I noticed the freezing. | 12:07:36 |
| 12 | Yeah. | 12:07:38 |
| 13 | I'm sorry, Maria [sic], what did you -- | 12:07:38 |
| 14 | what part did you not hear? | 12:07:40 |
| 15 | THE COURT REPORTER:  I heard "They wanted | 12:07:47 |
| 16 | to go straight to L4." | 12:07:47 |
| 17 | THE WITNESS:  Yeah, level 4.  Level 4 | 12:07:48 |
| 18 | automation.  That's right. | 12:07:50 |
| 19 | BY MR. BRANIGAN: | 12:07:53 |
| 20 | Q    All right.  You're familiar with the | 12:07:53 |
| 21 | Society of Automotive Engineers? | 12:07:57 |
| 22 | A    Yes, now known as SAE. | 12:08:00 |
| 23 | Q    Have you ever been a member, or are you a | 12:08:04 |
| 24 | member today? | 12:08:05 |
| 25 | A    Maybe 35 years ago I might have sent in $60 | 12:08:09 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

138

| | | |
|---|---|---|
| 1 | a year because -- but not for at least 30 years.  I | 12:08:14 |
| 2 | was interested in their aviation -- some of their | 12:08:21 |
| 3 | aviation stuff. | 12:08:25 |
| 4 |     Q    Have you ever -- were you ever involved in | 12:08:29 |
| 5 | any of their nonaviation activity related to motor | 12:08:30 |
| 6 | vehicles? | 12:08:35 |
| 7 |     A    No. | 12:08:38 |
| 8 |     Q    Have you written any peer-reviewed papers | 12:08:39 |
| 9 | concerning advanced driver assistance systems? | 12:08:41 |
| 10 |     A    No, not a peer review.  No.  But I can | 12:08:44 |
| 11 | elaborate on that if you'd like. | 12:08:48 |
| 12 |     Q    Well, what do you mean when you say "not a | 12:08:51 |
| 13 | peer review"? | 12:08:52 |
| 14 |     A    Well, meaning it was not a peer-reviewed | 12:08:53 |
| 15 | article.  What I did do -- | 12:08:55 |
| 16 |     Q    (Inaudible.) | 12:08:56 |
| 17 |     A    Yeah. | 12:08:56 |
| 18 |     Q    Go ahead. | 12:08:57 |
| 19 |     A    So in December of 2020 -- no, 2019, I was | 12:08:57 |
| 20 | invited to go to London to speak to a group, and I | 12:09:07 |
| 21 | don't think the name of it is Society of Mechanical | 12:09:14 |
| 22 | Engineers, but it is a mechanical engineering | 12:09:17 |
| 23 | society.  They put on a lecture, which was called | 12:09:20 |
| 24 | the Westminster lecture. | 12:09:23 |
| 25 |         And I did speak.  I think I was, like, | 12:09:26 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                  139

| | | |
|---|---|---|
| 1 | their evening speaker.  And I spoke about some of | 12:09:29 |
| 2 | the automated vehicle crashes that we had dealt | 12:09:32 |
| 3 | with. | 12:09:38 |
| 4 | And earlier in my testimony, I said that | 12:09:41 |
| 5 | I'd only dealt with -- the only autonomous-related | 12:09:43 |
| 6 | or semiautonomous-related vehicles that we had dealt | 12:09:46 |
| 7 | with were Teslas, but then there was the one in | 12:09:50 |
| 8 | Tempe, Arizona, being operated by -- well, they | 12:09:55 |
| 9 | changed their name. | 12:10:00 |
| 10 | So, oh, who would that have been?  It's my | 12:10:01 |
| 11 | testimony.  I should know the answer. | 12:10:07 |
| 12 | But, you know -- and so that was Volvo that | 12:10:08 |
| 13 | was being operated in semiautonomous mode or with a | 12:10:10 |
| 14 | driver -- safety driver that wasn't paying | 12:10:17 |
| 15 | attention.  So, anyway, I talked about that | 12:10:19 |
| 16 | accident.  I probably talked about the -- probably | 12:10:20 |
| 17 | talked about the Williston accident.  I can't | 12:10:23 |
| 18 | remember. | 12:10:25 |
| 19 | And then they asked if I would -- it was an | 12:10:26 |
| 20 | oral presentation with slides.  And then they asked | 12:10:28 |
| 21 | if I would write a paper as a part of the | 12:10:32 |
| 22 | proceedings -- or maybe that was -- no, that was -- | 12:10:36 |
| 23 | yeah, so I did that.  That was December of 2019. | 12:10:40 |
| 24 | And then, probably in the summer -- one of | 12:10:47 |
| 25 | the summers of COVID -- maybe '20, maybe '21, they | 12:10:50 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

140

| | | |
|---|---|---|
| 1 | asked -- some other group asked if I would speak. | 12:10:55 |
| 2 | It was in '21 because I'd already left the board by | 12:10:59 |
| 3 | about a week, two weeks. | 12:11:03 |
| 4 | I'd agreed to be the keynote speaker, but | 12:11:04 |
| 5 | now I've left the board.  And they wanted to know -- | 12:11:07 |
| 6 | "Well, yeah, you're" -- "we still want you to | 12:11:09 |
| 7 | keynote it."  So I did some virtual conference that | 12:11:11 |
| 8 | some organization was having. | 12:11:14 |
| 9 | Basically, the same slides.  And then they | 12:11:16 |
| 10 | asked me if I'd turn that into a written paper.  And | 12:11:18 |
| 11 | so I did.  And I think it was probably published in | 12:11:21 |
| 12 | their meeting proceedings.  So that's what I mean, | 12:11:25 |
| 13 | that it was not a peer-reviewed document. | 12:11:27 |
| 14 | Q     The name of that organization is what? | 12:11:31 |
| 15 | A     Can I look?  I can tell you. | 12:11:37 |
| 16 | Q     Absolutely.  Sure. | 12:11:38 |
| 17 | A     All right.  Let's just see if I can find | 12:11:40 |
| 18 | it. | 12:11:41 |
| 19 | Oh, yeah, it's an organization I should | 12:11:51 |
| 20 | know.  I am pulling up the paper now. | 12:11:54 |
| 21 | I want to make sure I've got the right | 12:12:06 |
| 22 | paper. | 12:12:07 |
| 23 | Q     Sure.  Take your time. | 12:12:08 |
| 24 | A     Yeah.  Thanks.  I think I'm in the right | 12:12:10 |
| 25 | house here.  I just -- I want to find the actual | 12:12:12 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

141

| | | |
|---|---|---|
| 1 | document. | 12:12:20 |
| 2 | Looks to me like it was the TRB.  And you | 12:12:39 |
| 3 | probably know that, the Transportation Research | 12:12:42 |
| 4 | Board.  And they had a conference call ARTS21.  I | 12:12:44 |
| 5 | wanted to see if I could find the paper for it, but | 12:12:50 |
| 6 | I don't -- | 12:12:55 |
| 7 | Q     If you -- | 12:12:55 |
| 8 | A     Yeah, go ahead. | 12:12:58 |
| 9 | Q     -- can find the paper -- sorry, sir. | 12:12:58 |
| 10 | Would you be willing to share a copy of | 12:12:59 |
| 11 | that paper with us when you send the other file | 12:13:00 |
| 12 | materials, please? | 12:13:02 |
| 13 | A     Absolutely.  And I will find it. | 12:13:04 |
| 14 | But -- well, hell, there it is right there. | 12:13:07 |
| 15 | Let me just make sure this is it.  Yeah, and here it | 12:13:12 |
| 16 | is.  And I titled it "The Great Promise of AV - But | 12:13:17 |
| 17 | it Needs to be Done Properly."  So, yeah, I'd be | 12:13:23 |
| 18 | delighted to send that to you. | 12:13:27 |
| 19 | Q     Thank you.  We'd appreciate that. | 12:13:28 |
| 20 | Have you ever owned a Tesla? | 12:13:32 |
| 21 | A     I have not. | 12:13:38 |
| 22 | Q     Have you ever driven a Tesla with Autopilot | 12:13:38 |
| 23 | engaged? | 12:13:41 |
| 24 | A     No, I've never been in the driver's seat of | 12:13:42 |
| 25 | a Tesla.  I've been in the -- in one of the | 12:13:44 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

142

| | | |
|---|---|---|
| 1 | passenger seats on three occasions.  But that's the | 12:13:47 |
| 2 | extent of my being in a Tesla. | 12:13:51 |
| 3 | Q    And the occasions on which you were a | 12:13:53 |
| 4 | passenger in a Tesla, were you riding in the vehicle | 12:13:57 |
| 5 | for official reasons? | 12:14:02 |
| 6 | A    I was not. | 12:14:03 |
| 7 | Q    So you were just a passenger in someone | 12:14:04 |
| 8 | else's Tesla? | 12:14:07 |
| 9 | A    That's right.  In fact, I think it was the | 12:14:09 |
| 10 | same person's Tesla in each case.  He's an | 12:14:12 |
| 11 | acquaintance that I knew from the aviation business, | 12:14:15 |
| 12 | and he had -- he's a big Tesla fan.  And so -- I | 12:14:19 |
| 13 | mean, we're talking, like, going around the block. | 12:14:23 |
| 14 | And then once he took me to -- took me to lunch | 12:14:26 |
| 15 | somewhere.  So not very far. | 12:14:29 |
| 16 | Q    Do you know what model and what model year | 12:14:33 |
| 17 | Tesla you're talking about? | 12:14:35 |
| 18 | A    No, I don't.  I can't say for sure. | 12:14:36 |
| 19 | Q    Do you know if that Tesla had Autopilot and | 12:14:41 |
| 20 | whether it was engaged while you were in the | 12:14:44 |
| 21 | passenger seat in motion? | 12:14:47 |
| 22 | A    He had -- my wife and I met him at what | 12:14:48 |
| 23 | used to be called Reynolds Plantation in Georgia.  I | 12:14:54 |
| 24 | don't know what it's called now.  But we met him at | 12:14:58 |
| 25 | the resort. | 12:15:01 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

143

| | | |
|---|---|---|
| 1 | And I sat in the back seat.  My wife was in | 12:15:02 |
| 2 | the front seat.  And he -- as I recall, he engaged | 12:15:05 |
| 3 | it and -- you know, I mean -- but we didn't go -- we | 12:15:09 |
| 4 | didn't go three blocks. | 12:15:12 |
| 5 | But, you know, there was a curve in the | 12:15:14 |
| 6 | driveway of the hotel.  And he just showed us how it | 12:15:17 |
| 7 | would kind of make that curve.  It wasn't a fast -- | 12:15:20 |
| 8 | I mean, it's probably 15 miles an hour. | 12:15:22 |
| 9 | Q    The name of this person is, please? | 12:15:25 |
| 10 | A    His name is Pete Agur, A-g-u-r. | 12:15:27 |
| 11 | Q    And the experience that you just described, | 12:15:31 |
| 12 | is that something that happened after you left the | 12:15:36 |
| 13 | NTSB? | 12:15:38 |
| 14 | A    No.  That was while I was at the NTSB.  And | 12:15:40 |
| 15 | the -- and that I know, yeah. | 12:15:45 |
| 16 | Q    Okay.  So you had that experience while you | 12:15:48 |
| 17 | were at the NTSB. | 12:15:49 |
| 18 | You don't remember the -- which Tesla model | 12:15:51 |
| 19 | you were in or the model year, correct? | 12:15:56 |
| 20 | A    That is correct. | 12:16:00 |
| 21 | Q    And you weren't the driver of the Tesla, | 12:16:01 |
| 22 | correct? | 12:16:03 |
| 23 | A    That's right.  The last time I rode with | 12:16:04 |
| 24 | him was after I left NTSB.  But you're correct. | 12:16:05 |
| 25 | Q    And so -- before being part of the NTSB | 12:16:12 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

144

| | | |
|---|---|---|
| 1 | process that issued these safety recommendations to | 12:16:17 |
| 2 | automakers, including Tesla, 17-41 and 17-42, and | 12:16:24 |
| 3 | before testifying to the United States Senate and | 12:16:32 |
| 4 | making comments about Tesla's technology, Autopilot | 12:16:37 |
| 5 | technology, you had never operated a Tesla, correct, | 12:16:41 |
| 6 | you personally? | 12:16:45 |
| 7 | A    Yeah.  I think -- you know, I'm kind of | 12:16:48 |
| 8 | getting tired, so I think I kind of faded out. | 12:16:49 |
| 9 | But basically I think what you asked was | 12:16:52 |
| 10 | have I ever -- during the entire time that I was | 12:16:54 |
| 11 | making recommendations or -- I will use the word | 12:16:55 |
| 12 | "being part of an investigation," I never -- | 12:16:57 |
| 13 | never -- never have operated a Tesla as far as a | 12:17:02 |
| 14 | driver or sitting in the driver's seat, any of that, | 12:17:04 |
| 15 | that's correct. | 12:17:07 |
| 16 | Q    And is it also true that, during that time | 12:17:08 |
| 17 | when you were on the NTSB involved in the process of | 12:17:12 |
| 18 | leading up to these safety recommendations that | 12:17:15 |
| 19 | we've talked about and even before testifying before | 12:17:17 |
| 20 | the US Senate about Tesla crashes and Tesla vehicle | 12:17:21 |
| 21 | performance, you hadn't even read any portion of a | 12:17:25 |
| 22 | Tesla owner's manual concerning Autopilot?  Is that | 12:17:30 |
| 23 | also true? | 12:17:33 |
| 24 | A    No, it's not. | 12:17:34 |
| 25 | Q    It's not true? | 12:17:34 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    145

| | | |
|---|---|---|
| 1 | A     It is not true.  I had -- when I was making | 12:17:36 |
| 2 | those recommendations, when I was part of the NTSB, | 12:17:40 |
| 3 | anytime I would -- we'd have a board meeting, I | 12:17:44 |
| 4 | would go through everything I could get that was in | 12:17:46 |
| 5 | the docket to understand what we were dealing with. | 12:17:49 |
| 6 | So I would say that at the time that I | 12:17:53 |
| 7 | deliberated these accidents, I had extensive | 12:17:56 |
| 8 | knowledge of the facts, circumstances, and | 12:17:58 |
| 9 | conditions surrounding that crash. | 12:18:00 |
| 10 | Q    No, no, sir.  That's not what I asked you. | 12:18:02 |
| 11 | What I asked you -- and I apologize if I | 12:18:05 |
| 12 | wasn't clear -- I asked you if it is true that | 12:18:07 |
| 13 | before you made -- or was part of the team that made | 12:18:11 |
| 14 | the recommendations and before you testified to the | 12:18:15 |
| 15 | United States Senate about the investigations, the | 12:18:20 |
| 16 | recommendations, specifically about Tesla, is it | 12:18:24 |
| 17 | true that you had not even read a Tesla owner's | 12:18:27 |
| 18 | manual? | 12:18:30 |
| 19 | A    That is not correct.  I had read parts of | 12:18:33 |
| 20 | the owner's manual as a part of my official duties | 12:18:36 |
| 21 | in -- especially going into Williston to see what | 12:18:39 |
| 22 | the ODD limits were. | 12:18:42 |
| 23 | Q    For what vehicle -- for what Tesla vehicle | 12:18:48 |
| 24 | did you read an owner's manual? | 12:18:50 |
| 25 | A    Did not read the entire manual.  I read it | 12:18:52 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

146

| | | |
|---|---|---|
| 1 | for the vehicle involved in the Williston crash. | 12:18:53 |
| 2 | And that was a 2015 Tesla Model 70D.  70 Delta. | 12:19:01 |
| 3 |     Q    Model S? | 12:19:11 |
| 4 |     A    Well, that, I don't know.  It says "70," | 12:19:15 |
| 5 | seven zero, "Delta." | 12:19:19 |
| 6 |     Q    What are you referring to right now, sir? | 12:19:20 |
| 7 |     A    I'm looking at my handwritten notes, which | 12:19:22 |
| 8 | could be -- it could mean anything.  It could have | 12:19:24 |
| 9 | said "S," if you read my handwriting. | 12:19:27 |
| 10 |         But I thought that's what the model -- the | 12:19:29 |
| 11 | exact model was of what the NTSB's report said of | 12:19:32 |
| 12 | the Williston crash.  I'd like to look at that | 12:19:37 |
| 13 | report, which I'm going to just look at that.  The | 12:19:40 |
| 14 | Williston Tesla. | 12:20:02 |
| 15 |         On PDF page of this document, the NTSB -- | 12:20:21 |
| 16 |     Q    Can you tell us the name of the document | 12:20:25 |
| 17 | that you're referring to? | 12:20:26 |
| 18 |     A    Yes, I will, certainly.  This was entered, | 12:20:28 |
| 19 | by the way, as Exhibit -- maybe Exhibit 4 where it | 12:20:30 |
| 20 | is the official NTSB accident report entitled | 12:20:35 |
| 21 | "Collision Between a Car Operating With Automated | 12:20:38 |
| 22 | Vehicle Control Systems and a Tractor-Semitrailer | 12:20:43 |
| 23 | Truck Near Williston, Florida, May the 7th, 2016." | 12:20:48 |
| 24 |         And, again, I believe that was Exhibit 4. | 12:20:53 |
| 25 |         MR. SCHREIBER:  It was Exhibit 3, sir. | 12:20:55 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

147

| | | |
|---|---|---|
| 1 | THE WITNESS: Thank you for the correction. | 12:20:56 |
| 2 | And -- thank you. | 12:20:57 |
| 3 | It says in the abstract, and it refers to | 12:21:00 |
| 4 | the car as a 2015 Tesla Model -- oh, you are | 12:21:01 |
| 5 | correct -- Model S 70D. So you are correct. | 12:21:07 |
| 6 | BY MR. BRANIGAN: | 12:21:13 |
| 7 | Q   Okay. What do you remember about what you | 12:21:13 |
| 8 | read from the owner's manual? | 12:21:15 |
| 9 | A   Well, let me come back to you. | 12:21:19 |
| 10 | I don't remember specifically what I read. | 12:21:25 |
| 11 | I thought it was peculiar that that section -- and | 12:21:30 |
| 12 | we're just talking a few pages of it that I was | 12:21:34 |
| 13 | interested in were not entered into the docket. | 12:21:42 |
| 14 | The public docket is just what it implies. | 12:21:44 |
| 15 | It's something that people, the public, can go | 12:21:46 |
| 16 | through and look at just about every factual | 12:21:48 |
| 17 | document that the NTSB has. | 12:21:51 |
| 18 | For whatever reason, that, to my knowledge, | 12:21:53 |
| 19 | was not entered into the docket. So I specifically | 12:21:54 |
| 20 | had to go to the investigator in charge the night | 12:21:58 |
| 21 | before we did the board meeting to ask her, like, | 12:22:01 |
| 22 | 6:00 at night, "I want to see that," because I | 12:22:04 |
| 23 | wanted to see exactly what the wording was for the | 12:22:08 |
| 24 | ODD. | 12:22:12 |
| 25 | Q   Do you remember what the wording was? | 12:22:12 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    148

| | | |
|---|---|---|
| 1 | A     No.  But it helped me to understand the | 12:22:15 |
| 2 | limitations of the ODD. | 12:22:22 |
| 3 | Q     All right.  I asked you about your | 12:22:31 |
| 4 | experience with Tesla vehicles, your personal | 12:22:33 |
| 5 | experience with Tesla vehicles. | 12:22:36 |
| 6 | Have you ever driven a vehicle, motor | 12:22:38 |
| 7 | vehicle, with level 2 ADAS engaged? | 12:22:42 |
| 8 | THE COURT REPORTER:  I'm sorry, Counsel, | 12:22:50 |
| 9 | you might want to repeat that question.  I think a | 12:22:50 |
| 10 | word dropped out. | 12:22:50 |
| 11 | BY MR. BRANIGAN: | 12:22:52 |
| 12 | Q     Have you ever personally driven any motor | 12:22:52 |
| 13 | vehicle -- car, light truck, van, SUV -- that you | 12:22:55 |
| 14 | knew was equipped with level 2 ADAS, A-D-A-S, with | 12:23:01 |
| 15 | that level 2 ADAS engaged? | 12:23:09 |
| 16 | A     Not to my recollection.  I mean, I -- I | 12:23:14 |
| 17 | don't think so. | 12:23:20 |
| 18 | Well, wait a minute, now.  Let's get to | 12:23:22 |
| 19 | level 2.  Yeah, let me just look at the level of | 12:23:24 |
| 20 | automation. | 12:23:26 |
| 21 | Because we're talking about partial | 12:23:27 |
| 22 | automation, the driving mode -- the steering is by | 12:23:29 |
| 23 | the person -- I'm looking at the SAE J3016 document, | 12:23:32 |
| 24 | levels of automation. | 12:23:37 |
| 25 | You know, some of these rental cars that I | 12:23:41 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

149

| | | |
|---|---|---|
| 1 | get, they are partial -- you know, they've got the | 12:23:43 |
| 2 | lane centering.  And I suspect they even have the -- | 12:23:46 |
| 3 | I'm pretty sure by law now they have to have the | 12:23:49 |
| 4 | automatic emergency braking. | 12:23:52 |
| 5 | So I would think that, if you're referring | 12:23:54 |
| 6 | to that, yes, some of the rental cars I've driven do | 12:23:57 |
| 7 | have the -- they won't completely drive themselves, | 12:24:02 |
| 8 | but if you take your hands off the steering wheel, | 12:24:06 |
| 9 | it may or may not make that slight curve in the | 12:24:09 |
| 10 | road. | 12:24:12 |
| 11 | So that's the extent of any of that sort of | 12:24:13 |
| 12 | operation that I've had.  It's just a commercial | 12:24:15 |
| 13 | vehicle that you can buy off of a showroom floor. | 12:24:18 |
| 14 | Not -- | 12:24:22 |
| 15 | Q    Can you identify the -- | 12:24:23 |
| 16 | A    Not -- yeah, sorry.  Go ahead.  Apologies. | 12:24:25 |
| 17 | Q    Can you identify the make and model and | 12:24:26 |
| 18 | model year of the last vehicle that you drove like | 12:24:29 |
| 19 | you just described, that you think had level 2 ADAS? | 12:24:34 |
| 20 | A    Yeah.  No, I cannot.  And sad because I | 12:24:41 |
| 21 | just rented a car two weeks ago.  But no.  No, I | 12:24:44 |
| 22 | cannot. | 12:24:48 |
| 23 | Q    And tell me again what you think level 2 | 12:24:49 |
| 24 | consists of, please. | 12:24:52 |
| 25 | A    Well, that's why I wanted to look at my | 12:24:55 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

150

| | | |
|---|---|---|
| 1 | notes.  And so, honestly, I think that a vehicle | 12:24:58 |
| 2 | like that is actually probably a level 1 of that, | 12:25:02 |
| 3 | where it's a driver assistance versus what SAE -- at | 12:25:05 |
| 4 | least when this chart was printed.  It has been | 12:25:10 |
| 5 | updated since then.  But level 2 would be what they | 12:25:13 |
| 6 | call partial automation. | 12:25:17 |
| 7 | So I was -- you know, I'm not sure exactly | 12:25:18 |
| 8 | where the line is between level 1 and level 2.  I | 12:25:20 |
| 9 | suspect they are more at level 1, the rental cars | 12:25:25 |
| 10 | that I've been renting.  They're not at level 2. | 12:25:27 |
| 11 | Q    Okay.  Do you agree, though, that a vehicle | 12:25:31 |
| 12 | that has level 2 ADAS is a vehicle that still must | 12:25:36 |
| 13 | be operated by the human driver?  The -- | 12:25:41 |
| 14 | A    Absolutely. | 12:25:45 |
| 15 | Q    -- human driver's still the driver of that | 12:25:45 |
| 16 | vehicle, correct? | 12:25:47 |
| 17 | A    Sorry.  I spoke over you.  But the answer | 12:25:49 |
| 18 | is absolutely.  Yes, I totally agree with that. | 12:25:51 |
| 19 | Q    And earlier today you made a statement, and | 12:25:55 |
| 20 | I'm paraphrasing, but I made a note of it because it | 12:25:56 |
| 21 | struck me and I recorded it in my notes.  So if I | 12:26:00 |
| 22 | paraphrase you incorrectly -- | 12:26:04 |
| 23 | A    Okay. | 12:26:05 |
| 24 | Q    -- please correct me in my paraphrasing. | 12:26:05 |
| 25 | What I noted is that you said, "Highly | 12:26:08 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    151

| | | |
|---|---|---|
| 1 | automated systems can lead the operator or, in the | 12:26:11 |
| 2 | case of a motor vehicle, the driver, to become | 12:26:15 |
| 3 | complacent due to the highly reliable perception | 12:26:19 |
| 4 | that the system can create." | 12:26:25 |
| 5 | Does that fairly restate your view on that | 12:26:27 |
| 6 | point? | 12:26:31 |
| 7 | A    It does, yes. | 12:26:31 |
| 8 | Q    All right.  And you said that in connection | 12:26:32 |
| 9 | with your investigation of the Williston crash, | 12:26:36 |
| 10 | correct? | 12:26:39 |
| 11 | A    That's correct. | 12:26:40 |
| 12 | Q    And so you reached that based on | 12:26:42 |
| 13 | investigating one crash involving a Tesla, correct? | 12:26:45 |
| 14 | A    Actually, four -- | 12:26:53 |
| 15 | MR. SCHREIBER:  Misstates testimony, lacks | 12:26:54 |
| 16 | foundation. | 12:26:55 |
| 17 | THE WITNESS:  Four -- four Tesla crashes. | 12:26:57 |
| 18 | My opinion that I stated earlier today was based on | 12:27:02 |
| 19 | four crashes -- four Tesla crashes that I felt were | 12:27:05 |
| 20 | due to the driver inattention and overreliance on | 12:27:08 |
| 21 | the automation that the vehicle has.  Four. | 12:27:12 |
| 22 | BY MR. BRANIGAN: | 12:27:17 |
| 23 | Q    Sir, before reaching that opinion, did you | 12:27:17 |
| 24 | see any research or data on that issue about whether | 12:27:24 |
| 25 | a highly automated system can cause the operator or | 12:27:33 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

152

| | | |
|---|---|---|
| 1 | driver to become complacent? | 12:27:36 |
| 2 | A    Yeah.  The data I -- | 12:27:40 |
| 3 | Q    What research -- | 12:27:40 |
| 4 | A    Sorry. | 12:27:42 |
| 5 | Q    What research did you -- sorry. | 12:27:42 |
| 6 | What research did you see? | 12:27:43 |
| 7 | A    The research that we saw was the accidents | 12:27:47 |
| 8 | that we investigated. | 12:27:49 |
| 9 | Q    I'm sorry.  Perhaps I wasn't clear. | 12:27:53 |
| 10 | Research -- when I say "research," I mean, | 12:27:55 |
| 11 | for example, a technical paper authored by | 12:27:58 |
| 12 | researchers.  Paper that's peer-reviewed that | 12:28:05 |
| 13 | presents data, perhaps based on a survey of | 12:28:10 |
| 14 | consumers or operators or drivers. | 12:28:15 |
| 15 | A    Yes.  But it was related to automation in | 12:28:18 |
| 16 | general and more particularly directed towards | 12:28:22 |
| 17 | airline -- or airplane flying. | 12:28:26 |
| 18 | But the idea that if you have a highly | 12:28:28 |
| 19 | automated system, people can lose focus.  So, yes, | 12:28:29 |
| 20 | considerable research.  And as I may have mentioned | 12:28:34 |
| 21 | earlier, that's what I did my master's thesis on was | 12:28:36 |
| 22 | just that topic there, that the automation can lull | 12:28:40 |
| 23 | you into a sense of complacency and lead to | 12:28:44 |
| 24 | inattention. | 12:28:47 |
| 25 | Q    Thank you for that, sir.  But my question | 12:28:48 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

153

| | | |
|---|---|---|
| 1 | is focused on motor vehicles:  cars, light trucks, | 12:28:50 |
| 2 | SUVs, vans, and the like. | 12:28:54 |
| 3 | Have you seen any research in the form of a | 12:28:57 |
| 4 | technical paper, peer-reviewed or otherwise, that | 12:29:00 |
| 5 | presents data supporting your view that highly | 12:29:04 |
| 6 | automated systems in a motor vehicle can lead the | 12:29:08 |
| 7 | operator or driver to become complacent? | 12:29:11 |
| 8 | A    No, but I'm going to contend that the same | 12:29:14 |
| 9 | issues I talked about and what I'd researched do | 12:29:17 |
| 10 | apply to monitoring anything, whether you're | 12:29:21 |
| 11 | monitoring a car or a piece of machinery or anything | 12:29:22 |
| 12 | else. | 12:29:26 |
| 13 | Q    All right.  And I'm going to move to strike | 12:29:26 |
| 14 | the latter part of your answer as nonresponsive. | 12:29:28 |
| 15 | I'm not asking you that.  I'm just asking you what | 12:29:30 |
| 16 | you've seen. | 12:29:32 |
| 17 | And you've told me you've not seen the kind | 12:29:34 |
| 18 | of research that I'm asking you about related to a | 12:29:36 |
| 19 | motor vehicle, correct? | 12:29:40 |
| 20 | A    I suggest that the information that I've | 12:29:46 |
| 21 | studied applies to any automated system. | 12:29:48 |
| 22 | Q    All right. | 12:29:52 |
| 23 | A    That's my answer. | 12:29:52 |
| 24 | Q    I'll try it again so that there's clarity | 12:29:53 |
| 25 | here. | 12:29:55 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    154

| | | |
|---|---|---|
| 1 | Am I correct that you've not, before | 12:29:56 |
| 2 | developing this opinion about highly automated | 12:30:02 |
| 3 | systems in motor vehicles, you didn't review any | 12:30:04 |
| 4 | study or data in a published paper with technical | 12:30:09 |
| 5 | data or based on a survey of consumers related to | 12:30:16 |
| 6 | automated systems in a motor vehicle:  car, light | 12:30:21 |
| 7 | truck, SUV, van? | 12:30:24 |
| 8 | MR. SCHREIBER:  I'll just object that, for | 12:30:28 |
| 9 | someone who has really taken issue with going | 12:30:29 |
| 10 | outside the bounds of 835 and the various CFR | 12:30:32 |
| 11 | provisions, this violates pretty much every single | 12:30:37 |
| 12 | one of them. | 12:30:39 |
| 13 | Go ahead. | 12:30:40 |
| 14 | BY MR. BRANIGAN: | 12:30:43 |
| 15 | Q    You can answer, sir. | 12:30:43 |
| 16 | A    Yes, sir.  I'd like to look at the list of | 12:30:44 |
| 17 | resources on my master's thesis that I can do and | 12:30:47 |
| 18 | just go through the references real quickly and see | 12:30:50 |
| 19 | before I answer that. | 12:30:52 |
| 20 | Q    Well, I'm not going to stop you from doing | 12:30:54 |
| 21 | that, but let me ask you. | 12:30:57 |
| 22 | What -- you got your master's thesis -- or | 12:30:57 |
| 23 | you wrote your master's thesis in what year? | 12:30:59 |
| 24 | A    2014. | 12:31:02 |
| 25 | Q    Do you think that there were level 2 ADAS | 12:31:05 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              155

| | | |
|---|---|---|
| 1 | vehicles on the road in 2014? | 12:31:09 |
| 2 | MR. SCHREIBER:  Same objections. | 12:31:13 |
| 3 | I mean, as fascinating -- | 12:31:13 |
| 4 | BY MR. BRANIGAN: | 12:31:14 |
| 5 | Q    Or before 2014? | 12:31:14 |
| 6 | MR. SCHREIBER:  -- as this is -- as | 12:31:16 |
| 7 | fascinating as this is, it violates 835.2, 3, 4, 5, | 12:31:17 |
| 8 | 6, 27, et cetera.  We have gone really far afield. | 12:31:21 |
| 9 | But, with that in mind, go ahead and | 12:31:27 |
| 10 | answer, Mr. Sumwalt. | 12:31:28 |
| 11 | THE WITNESS:  Well, which question are we | 12:31:32 |
| 12 | asking? | 12:31:34 |
| 13 | I don't know if -- yeah, Tesla had -- I | 12:31:35 |
| 14 | don't -- I can't tell you at what point they started | 12:31:36 |
| 15 | with ADAS.  They had -- the Tesla that was involved | 12:31:38 |
| 16 | in Williston was a 2015.  I don't know at what point | 12:31:41 |
| 17 | they introduced the ADAS. | 12:31:45 |
| 18 | So I think the principles concerning | 12:31:47 |
| 19 | monitoring, whether you're driving a truck, a car, | 12:31:53 |
| 20 | an airplane, operating machinery, it's highly | 12:31:56 |
| 21 | automated.  And I'd like to go and look at my | 12:32:00 |
| 22 | research right now and just see what references I | 12:32:02 |
| 23 | have before I answer the question. | 12:32:05 |
| 24 | BY MR. BRANIGAN: | 12:32:07 |
| 25 | Q    Go ahead, sir.  You can do that.  We'll | 12:32:07 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    156

| | | |
|---|---|---|
| 1 | take a short -- we'll take a two-minute break so | 12:32:10 |
| 2 | that you can do that. | 12:32:12 |
| 3 | A    Perfect. | 12:32:14 |
| 4 | Q    If you need more than two minutes, we can | 12:32:14 |
| 5 | do that too. | 12:32:16 |
| 6 | A    I've got to find it, but, yeah, I'll -- | 12:32:17 |
| 7 | okay.  Sounds good. | 12:32:19 |
| 8 | THE VIDEOGRAPHER:  Off the record. | 12:32:21 |
| 9 | 12:32 p.m. | 12:32:21 |
| 10 | (Recess taken from 12:32 p.m. | |
| 11 | to 12:45 p.m.) | |
| 12 | THE VIDEOGRAPHER:  We are back on the | 12:45:03 |
| 13 | record.  The time is 12:45 p.m. | 12:45:03 |
| 14 | BY MR. BRANIGAN: | 12:45:07 |
| 15 | Q    All right.  First of all, Mr. Schreiber, I | 12:45:07 |
| 16 | would ask that you take the document down that | 12:45:10 |
| 17 | you're sharing.  This is my examination.  I didn't | 12:45:13 |
| 18 | put that document up. | 12:45:15 |
| 19 | MR. SCHREIBER:  I'm sorry.  Am I sharing | 12:45:18 |
| 20 | something? | 12:45:19 |
| 21 | MR. BRANIGAN:  Well, there's a document on | 12:45:20 |
| 22 | the screen that I'm not sharing.  And so whoever put | 12:45:21 |
| 23 | it up, I would ask that you take it down.  It's not | 12:45:25 |
| 24 | part of my examination right now. | 12:45:28 |
| 25 | MR. SCHREIBER:  Oh, apologies.  You're | 12:45:29 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              157

| | | |
|---|---|---|
| 1 | right.  That was Exhibit 7.  We talked about it off | 12:45:30 |
| 2 | the record, and I -- it was three -- it was behind | 12:45:32 |
| 3 | three other windows.  I didn't realize it was still | 12:45:35 |
| 4 | up.  There we go. | 12:45:37 |
| 5 | MR. BRANIGAN:  And I'm not sure if our | 12:45:39 |
| 6 | colloquy before the break was on the record or not. | 12:45:41 |
| 7 | To the extent it was not on the record, | 12:45:46 |
| 8 | I'll state while we're on the record that I object | 12:45:47 |
| 9 | to the commentary that you're making in the presence | 12:45:50 |
| 10 | of the witness after his testimony.  I think it's | 12:45:53 |
| 11 | inappropriate.  And I'd ask you to not continue it, | 12:45:57 |
| 12 | please.  I'd ask you to stop that. | 12:45:59 |
| 13 | So with that -- one other comment.  You | 12:46:03 |
| 14 | said that a number of my questions asking the | 12:46:08 |
| 15 | witness about safety recommendations and his | 12:46:12 |
| 16 | opinions concerning those are in violation of the | 12:46:15 |
| 17 | regulations that I raised. | 12:46:19 |
| 18 | What I would say to you in response, sir, | 12:46:21 |
| 19 | is that, you know, since you opened the door to it | 12:46:23 |
| 20 | over my objections and because the Court has not yet | 12:46:26 |
| 21 | ruled, I think it's appropriate for me to follow up | 12:46:31 |
| 22 | when it's my turn to cross-examine the witness about | 12:46:34 |
| 23 | areas that you brought up subject to my objections. | 12:46:37 |
| 24 | BY MR. BRANIGAN: | 12:46:42 |
| 25 | Q    So with that, Mr. Sumwalt, I bring it back | 12:46:42 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    158

| | | |
|---|---|---|
| 1 | to you to ask you, during the break, were you able | 12:46:46 |
| 2 | to look at your master's thesis and find anything | 12:46:49 |
| 3 | that you wanted to report to us in response to my | 12:46:52 |
| 4 | question? | 12:46:57 |
| 5 | A    Yes, I did.  I found several documents. | 12:46:58 |
| 6 | But I know what you're going to say, but I'll say it | 12:47:00 |
| 7 | anyway. | 12:47:06 |
| 8 |        As you pointed out, levels of highly | 12:47:07 |
| 9 | automated vehicles weren't around back when my | 12:47:09 |
| 10 | thesis was done. | 12:47:13 |
| 11 |        So all of the documents that I have are | 12:47:14 |
| 12 | related to monitoring highly reliable computer | 12:47:18 |
| 13 | systems but not surface vehicles. | 12:47:22 |
| 14 | Q    All right. | 12:47:27 |
| 15 | A    But I did find several, but that's -- but | 12:47:28 |
| 16 | they were all related to other forms of highly | 12:47:32 |
| 17 | automated machines such as airplanes and other | 12:47:37 |
| 18 | machinery, but not cars or trucks. | 12:47:41 |
| 19 | Q    Thank you, Mr. Sumwalt.  I appreciate you | 12:47:45 |
| 20 | taking the time to look at that before you answered | 12:47:46 |
| 21 | further. | 12:47:49 |
| 22 |        So, you know, I want to ask you more | 12:47:52 |
| 23 | questions about the safety recommendations, but, you | 12:47:55 |
| 24 | know, I am aware of the objections to my questions | 12:47:57 |
| 25 | about them by Plaintiffs' counsel. | 12:48:02 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    159

| | | |
|---|---|---|
| 1 | So let me ask you this, sir. | 12:48:05 |
| 2 | You know, in light of the regulations that | 12:48:07 |
| 3 | you and I read at the beginning of my examination | 12:48:09 |
| 4 | from 49 CFR 835, particularly 835.7 -- | 12:48:13 |
| 5 | A    Mm-hmm. | 12:48:19 |
| 6 | Q    -- that relates to you as a former board | 12:48:20 |
| 7 | member, and 835.3 that we both agree it addresses | 12:48:22 |
| 8 | the board's safety recommendations and says that | 12:48:27 |
| 9 | you're not to comment on them, would you agree that | 12:48:29 |
| 10 | you're not supposed to be testifying about those | 12:48:32 |
| 11 | safety recommendations? | 12:48:34 |
| 12 | A    Yeah, what I am testifying to is -- | 12:48:36 |
| 13 | MR. SCHREIBER:  Objection.  Yeah, | 12:48:38 |
| 14 | objection.  Calls for a legal conclusion. | 12:48:39 |
| 15 | Go ahead. | 12:48:40 |
| 16 | THE WITNESS:  Thank you.  What I believe I | 12:48:43 |
| 17 | testified to was the -- was why the status of those | 12:48:45 |
| 18 | recommendations was changed.  So I think that's why | 12:48:51 |
| 19 | I testified -- that's what I testified about | 12:48:55 |
| 20 | concerning that. | 12:48:59 |
| 21 | BY MR. BRANIGAN: | 12:49:00 |
| 22 | Q    Well, my question is whether you would | 12:49:00 |
| 23 | agree that, in light of the regulations that you and | 12:49:03 |
| 24 | I read together from 49 CFR 835, that you're not | 12:49:06 |
| 25 | supposed to be giving testimony in a civil | 12:49:11 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    160

1    deposition like this or a deposition for civil        12:49:14

2    litigation about the content, the meaning, the        12:49:17

3    reasons for those safety recommendations.             12:49:21

4            MR. SCHREIBER:  Foundation, speculation,      12:49:25

5    legal conclusion.                                     12:49:27

6            None of us are wearing a black robe.          12:49:28

7            THE WITNESS:  If we were to go back -- and    12:49:32

8    the truth of the matter is those accident reports     12:49:36

9    were the board's accident reports of which I was      12:49:41

10   part of.                                              12:49:44

11           So I am, in essence, a coauthor of those      12:49:44

12   reports.  The staff -- the position of the NTSB       12:49:49

13   would be the drafting of the report, that belongs to  12:49:53

14   the staff.  But the final report, that is the         12:49:56

15   board's.                                              12:50:00

16           So I do contend that they are -- it is my     12:50:01

17   work.                                                 12:50:04

18   BY MR. BRANIGAN:                                      12:50:06

19       Q   All right, sir.  Well, let's talk about       12:50:06

20   them, then, subject to my objections because, with    12:50:10

21   all due respect, I don't agree with you and that's    12:50:13

22   probably clear from the objections I've made.         12:50:17

23           But I got to do my job, so let me --          12:50:19

24       A   Yeah.                                         12:50:21

25       Q   -- follow up with you and ask you some        12:50:21

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    161

| | | |
|---|---|---|
| 1 | questions. | 12:50:23 |
| 2 | First of all, is it correct that there's no | 12:50:24 |
| 3 | legal obligation on the part of Tesla or any other | 12:50:29 |
| 4 | motor vehicle manufacturer to respond to the safety | 12:50:33 |
| 5 | recommendations -- | 12:50:37 |
| 6 | MR. SCHREIBER:  Foundation -- | 12:50:39 |
| 7 | THE WITNESS:  I -- | 12:50:40 |
| 8 | BY MR. BRANIGAN: | 12:50:40 |
| 9 | Q    -- that you've been talking about? | 12:50:41 |
| 10 | MR. SCHREIBER:  Foundation, speculation, | 12:50:43 |
| 11 | legal conclusion. | 12:50:43 |
| 12 | THE WITNESS:  You're exactly correct. | 12:50:45 |
| 13 | Unless you're a federal agency, there is no legal | 12:50:47 |
| 14 | obligation for anybody to reply to an NTSB | 12:50:51 |
| 15 | investigation. | 12:50:54 |
| 16 | BY MR. BRANIGAN: | 12:50:55 |
| 17 | Q    All right.  And you know that from your | 12:50:55 |
| 18 | experience at the NTSB both before you became the | 12:50:57 |
| 19 | chairman and while you were the chairman; is that | 12:51:02 |
| 20 | fair? | 12:51:04 |
| 21 | A    That's right. | 12:51:06 |
| 22 | Q    So you didn't need to be a lawyer to know | 12:51:06 |
| 23 | what you know and just told us, correct? | 12:51:09 |
| 24 | A    That's right. | 12:51:12 |
| 25 | MR. SCHREIBER:  Same objections. | 12:51:13 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

162

| | | |
|---|---|---|
| 1 | BY MR. BRANIGAN: | 12:51:15 |
| 2 | Q    Now, the first regulation -- excuse me -- | 12:51:15 |
| 3 | the first recommendation is referred to as -- that I | 12:51:19 |
| 4 | want to question you about now is referred to as | 12:51:23 |
| 5 | 17-41, correct? | 12:51:26 |
| 6 | A    Well, I can't say if that's correct or not. | 12:51:31 |
| 7 | You're the one asking the question. | 12:51:33 |
| 8 | Q    You're right.  That was a sloppy question. | 12:51:34 |
| 9 | I apologize. | 12:51:37 |
| 10 | A    Okay. | 12:51:37 |
| 11 | Q    What I really meant to ask you is -- the | 12:51:38 |
| 12 | first recommendation that you were asked about | 12:51:42 |
| 13 | earlier was 17-41. | 12:51:43 |
| 14 | And that relates to the incorporation of | 12:51:46 |
| 15 | safety -- excuse me -- system safeguards that limit | 12:51:51 |
| 16 | the use of automated vehicle control systems to | 12:51:55 |
| 17 | those conditions for which they were designed, | 12:52:01 |
| 18 | correct? | 12:52:02 |
| 19 | A    That's what 17-41 says, yes. | 12:52:04 |
| 20 | Q    Yes.  And you/the NTSB, you sent those | 12:52:10 |
| 21 | recommendations to six motor vehicle manufacturers, | 12:52:13 |
| 22 | correct? | 12:52:16 |
| 23 | A    Correct. | 12:52:16 |
| 24 | Q    Sent them to BMW, Mercedes, Nissan, | 12:52:18 |
| 25 | Volkswagen, Volvo, and Tesla, correct? | 12:52:25 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

163

| | | |
|---|---|---|
| 1 | A    Correct. | 12:52:29 |
| 2 | Q    And to be precise, for those foreign | 12:52:29 |
| 3 | manufacturers, you sent them to their North American | 12:52:32 |
| 4 | subsidiaries or related companies. | 12:52:37 |
| 5 | For example, you sent it to BMW of North | 12:52:39 |
| 6 | America, not BMW AG in Munich, correct? | 12:52:40 |
| 7 | A    Correct. | 12:52:44 |
| 8 | Q    All right.  And we all know that Tesla did | 12:52:45 |
| 9 | not respond to the recommendation 17-41 or 17-42, | 12:52:47 |
| 10 | correct? | 12:52:54 |
| 11 | A    That's right. | 12:52:57 |
| 12 | Q    And with respect to 17-41, again, that | 12:52:59 |
| 13 | relates to what Plaintiffs' counsel referred to as | 12:53:05 |
| 14 | the ODD, the operational design domain. | 12:53:09 |
| 15 | That's one way to characterize that safety | 12:53:14 |
| 16 | recommendation, correct? | 12:53:16 |
| 17 | A    Yeah.  I would refer to it as the "ODD" -- | 12:53:18 |
| 18 | as the "ODD rec."  And we'd call the other one -- | 12:53:22 |
| 19 | 42, we'd call that one "the driver engagement" -- | 12:53:24 |
| 20 | Let me back up.  When you asked if Tesla | 12:53:29 |
| 21 | had not responded, up until the point that I left | 12:53:32 |
| 22 | the NTSB, Tesla had not responded.  So I don't know | 12:53:35 |
| 23 | where they are now. | 12:53:38 |
| 24 | Well, that's right.  We saw the -- we saw | 12:53:39 |
| 25 | the -- yeah.  Yeah.  We saw what -- what was shown | 12:53:42 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

164

| | | |
|---|---|---|
| 1 | and what Mr. Schrei- -- let's see.  I can't -- | 12:53:48 |
| 2 | again, like -- yeah, yeah, yeah, yeah, it's fair to | 12:53:54 |
| 3 | say that they had not responded to either of those | 12:53:56 |
| 4 | up until the time I left the NTSB. | 12:54:05 |
| 5 | Q    You said that you had reviewed an owner's | 12:54:09 |
| 6 | manual for a Model S, correct? | 12:54:13 |
| 7 | A    What I did testify to is that I had | 12:54:16 |
| 8 | reviewed a few pages of the owner's manual. | 12:54:19 |
| 9 | Q    And do you recall if those few pages, to | 12:54:25 |
| 10 | use your terminology, related to Autosteer? | 12:54:28 |
| 11 | A    I don't recall. | 12:54:33 |
| 12 | Q    Do you recall if those few pages related to | 12:54:36 |
| 13 | what Tesla refers to as Traffic-Aware Cruise | 12:54:38 |
| 14 | Control? | 12:54:41 |
| 15 | A    I don't recall that either, but we did have | 12:54:46 |
| 16 | pretty extensive descriptions of those in our | 12:54:48 |
| 17 | accident reports and in the factual documents. | 12:54:51 |
| 18 | Q    Would you agree with me that a warning or | 12:54:58 |
| 19 | an instruction or both from the manufacturer to a | 12:55:00 |
| 20 | product user can be a safeguard about appropriate | 12:55:05 |
| 21 | use of that product? | 12:55:09 |
| 22 | MR. SCHREIBER:  Objection.  Foundation, | 12:55:11 |
| 23 | speculation, improper opinion. | 12:55:12 |
| 24 | THE WITNESS:  What I look at is alerts are | 12:55:15 |
| 25 | hierarchical. | 12:55:20 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

165

| | | |
|---|---|---|
| 1 | For example, a note in a manual is just | 12:55:22 |
| 2 | something that you need to be aware of.  When you | 12:55:23 |
| 3 | get to a caution in a manual, it means, "Hey, this | 12:55:26 |
| 4 | could cause problems to a vehicle and possible | 12:55:29 |
| 5 | injury."  When you get to a warning, that means | 12:55:32 |
| 6 | that -- possible death. | 12:55:35 |
| 7 | So that's the way that I understand it. | 12:55:38 |
| 8 | BY MR. BRANIGAN: | 12:55:42 |
| 9 | Q   Well, a warning like you just described | 12:55:42 |
| 10 | that warned that using the product a certain way or | 12:55:44 |
| 11 | misusing the product a certain way could lead to the | 12:55:47 |
| 12 | risk of personal injury or death, would you agree | 12:55:50 |
| 13 | with that style of warning is a safeguard? | 12:55:55 |
| 14 | MR. SCHREIBER:  Same objections. | 12:56:00 |
| 15 | THE WITNESS:  I do think so.  And I think | 12:56:03 |
| 16 | that that is one layer of defense. | 12:56:06 |
| 17 | But if you're looking at the hierarchy of | 12:56:10 |
| 18 | controls, in other words, if you've got a hazard, | 12:56:12 |
| 19 | how do you want to control or mitigate that hazard? | 12:56:14 |
| 20 | The best form of hazard mitigation is by design and | 12:56:17 |
| 21 | engineering aspects. | 12:56:23 |
| 22 | The lowest form of -- well, from there, it | 12:56:25 |
| 23 | goes down to guards, that you put a guard on | 12:56:29 |
| 24 | something so somebody can't stick their hand in a | 12:56:31 |
| 25 | saw. | 12:56:34 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

166

| | | |
|---|---|---|
| 1 | And then the next layer is to put warnings, | 12:56:34 |
| 2 | you know, maybe there's a warning sign saying, | 12:56:40 |
| 3 | "Don't stick your hand in the door" -- "in the saw." | 12:56:42 |
| 4 | And then the last layer of defense would be | 12:56:44 |
| 5 | procedures and training. | 12:56:46 |
| 6 | So, yes, I agree with that, that a warning | 12:56:48 |
| 7 | label or warning in a manual is, in fact, one layer | 12:56:51 |
| 8 | of defense, but it is the third down in the | 12:56:56 |
| 9 | hierarchy of controls. | 12:57:00 |
| 10 | BY MR. BRANIGAN: | 12:57:03 |
| 11 | Q   And, again, looking at 17-41, the specific | 12:57:03 |
| 12 | language of 17-41 says, and I quote: | 12:57:07 |
| 13 | "Incorporate system safeguards that | 12:57:13 |
| 14 | limit the use of automated vehicle | 12:57:15 |
| 15 | controls to those conditions for which | 12:57:18 |
| 16 | they were designed." | 12:57:20 |
| 17 | Correct? | 12:57:22 |
| 18 | A   Yeah.  I'd like to look -- I mean, you just | 12:57:24 |
| 19 | read it to me.  Mine is paraphrased, what I have | 12:57:27 |
| 20 | written here in my personal notes because I -- so is | 12:57:30 |
| 21 | that what it says -- | 12:57:33 |
| 22 | Q   It is. | 12:57:36 |
| 23 | A   -- "incorporate safeguards"? | 12:57:36 |
| 24 | Q   It is.  I'm going to show it to you in a | 12:57:37 |
| 25 | few minutes. | 12:57:42 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                         167

| | | | |
|---|---|---|---|
| 1 | A | Yeah, that'd be good.  I mean, I know -- | 12:57:43 |
| 2 | Q | All right. | 12:57:45 |
| 3 | A | -- we've already read it a hundred times, | 12:57:45 |
| 4 | but I want to make sure I'm being true to the | | 12:57:46 |
| 5 | answers. | | 12:57:48 |
| 6 | Q | I'll tell you what.  Let's do that right | 12:57:50 |
| 7 | now. | | 12:57:52 |
| 8 | A | Okay. | 12:57:52 |
| 9 | Q | Just give me a second to put it up on the | 12:57:53 |
| 10 | screen here. | | 12:57:57 |
| 11 | A | Okay.  Thanks. | 12:57:57 |
| 12 | | I might have it written down somewhere | 12:58:16 |
| 13 | else. | | 12:58:17 |
| 14 | Q | I'm going to show it to you.  Just a | 12:58:19 |
| 15 | second.  I'm trying to get to the specific page. | | 12:58:20 |
| 16 | A | Okay. | 12:58:23 |
| 17 | Q | All right.  So -- | 12:58:25 |
| 18 | A | Yeah, "Incorporate safeguards to limit" -- | 12:58:28 |
| 19 | yeah.  Okay. | | 12:58:31 |
| 20 | Q | And so, here, I'm going to show you what | 12:58:31 |
| 21 | we're going to mark as Exhibit 9. | | 12:58:33 |
| 22 | A | Okay. | 12:58:35 |
| 23 | | (Deposition Exhibit 9 was marked for | |
| 24 | | identification.) | |
| 25 | /// | | |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

168

| | | |
|---|---|---|
| 1 | BY MR. BRANIGAN: | 12:58:43 |
| 2 | Q    And Exhibit 9 -- there we go.  All right. | 12:58:43 |
| 3 | So you should be able to see my screen now.  Can you | 12:58:46 |
| 4 | see -- | 12:58:51 |
| 5 | A    Yes, I can.  Uh-huh.  I can. | 12:58:52 |
| 6 | Q    Okay.  And we're going to just show you the | 12:58:54 |
| 7 | first page so you know what we're looking at in | 12:58:55 |
| 8 | context here. | 12:58:59 |
| 9 | This is identified as the "Testimony of the | 12:59:00 |
| 10 | Honorable Robert L. Sumwalt, III, chairman of the | 12:59:04 |
| 11 | NTSB Before the Committee on Commerce, Science, and | 12:59:09 |
| 12 | Transportation of the United States Senate on Highly | 12:59:12 |
| 13 | Automated Vehicles:  Federal Perspectives on the | 12:59:17 |
| 14 | Deployment of Safety Technology" that you gave in | 12:59:20 |
| 15 | November -- to be precise, November 20, 2019, | 12:59:24 |
| 16 | correct? | 12:59:28 |
| 17 | A    Yes. | 12:59:29 |
| 18 | Q    All right.  And if we scroll down -- this | 12:59:31 |
| 19 | is -- according to the little PDF counter here, | 12:59:34 |
| 20 | PDF -- | 12:59:36 |
| 21 | A    Yeah. | 12:59:39 |
| 22 | Q    -- page here, it's 12 pages.  I'm going to | 12:59:39 |
| 23 | scroll down to page 8. | 12:59:40 |
| 24 | A    All right. | 12:59:46 |
| 25 | Q    And here we can see a reference to H-17-41 | 12:59:47 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    169

| | | |
|---|---|---|
| 1 | in the center of the page. | 12:59:51 |
| 2 | A    Yes. | 12:59:52 |
| 3 | Q    And that provides us with the text of | 12:59:53 |
| 4 | safety -- NTSB Safety Recommendation H-17-41, | 12:59:56 |
| 5 | correct? | 01:00:00 |
| 6 | A    Correct. | 01:00:03 |
| 7 | Q    And we can see there that my quoting to you | 01:00:03 |
| 8 | is correct, that it says, "Incorporate system | 01:00:06 |
| 9 | safeguards..." so on and so forth, correct? | 01:00:11 |
| 10 | A    Correct. | 01:00:13 |
| 11 | Q    And I think a few minutes ago, you agreed | 01:00:15 |
| 12 | with me that a warning can be a safeguard.  Correct? | 01:00:17 |
| 13 | A    I did agree to that.  I also agreed that it | 01:00:21 |
| 14 | was about the third layer down in the hierarchy of | 01:00:23 |
| 15 | controls. | 01:00:26 |
| 16 | Q    Okay.  Would you agree that if a | 01:00:26 |
| 17 | manufacturer of a motor vehicle with level 2 ADAS | 01:00:36 |
| 18 | informed drivers of that vehicle that the ADAS | 01:00:43 |
| 19 | system is designed for use on highways that have a | 01:00:46 |
| 20 | center divider and clear lane markings and that the | 01:00:51 |
| 21 | ADAS system should not be used on highways that have | 01:00:55 |
| 22 | very sharp turns or lane markings that are absent, | 01:01:00 |
| 23 | faded, or ambiguous, that that kind of information | 01:01:06 |
| 24 | would be an appropriate safeguard to provide to the | 01:01:10 |
| 25 | driver or user of that level 2 ADAS? | 01:01:17 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

170

| | | |
|---|---|---|
| 1 | MR. SCHREIBER:  Foundation, speculation, | 01:01:22 |
| 2 | compound, leading. | 01:01:22 |
| 3 | THE WITNESS:  It depends what level of | 01:01:25 |
| 4 | safety you're looking for.  If you want to | 01:01:27 |
| 5 | ultimately solve the problem, you go to the | 01:01:29 |
| 6 | hierarchy of controls and you would design and | 01:01:30 |
| 7 | engineer something out, as I mentioned earlier, the | 01:01:32 |
| 8 | fourth -- the fourth level, the lowest level, is | 01:01:34 |
| 9 | putting something in a manual. | 01:01:38 |
| 10 | BY MR. BRANIGAN: | 01:01:40 |
| 11 | Q    Well, so my question is:  Would you agree | 01:01:40 |
| 12 | that that's -- that's an appropriate safeguard | 01:01:43 |
| 13 | message to provide to the user of that level 2 ADAS | 01:01:45 |
| 14 | technology? | 01:01:49 |
| 15 | A    I would agree -- | 01:01:50 |
| 16 | MR. SCHREIBER:  Same objections. | 01:01:51 |
| 17 | THE WITNESS:  I would agree that that would | 01:01:53 |
| 18 | be one; however, we've seen through investigations | 01:01:55 |
| 19 | that just putting it in a manual alone is | 01:01:58 |
| 20 | insufficient.  So I would say it's not a | 01:02:02 |
| 21 | sufficient -- the evidence of crashes has borne out | 01:02:04 |
| 22 | that that is not a sufficient safeguard. | 01:02:07 |
| 23 | BY MR. BRANIGAN: | 01:02:11 |
| 24 | Q    All right.  I'm going to show you what | 01:02:11 |
| 25 | we're going to mark as Exhibit 10. | 01:02:13 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

171

```
 1              (Deposition Exhibit 10 was marked for          01:02:53

 2         identification.)

 3         MR. BRANIGAN:  Bear with me.  I just need          01:02:53

 4    to make a note about my exhibits here so I keep         01:02:54

 5    track of things.                                        01:02:57

 6    BY MR. BRANIGAN:                                        01:03:23

 7    Q    Okay.  All right.  Can you see my screen          01:03:23

 8    now, sir?                                               01:03:24

 9    A    I can see it.  I can't read it.                   01:03:25

10    Q    Is it because it's not large enough?             01:03:27

11    A    Correct.                                           01:03:29

12    Q    How about -- is that better?                      01:03:31

13    A    Yeah.  That's getting much better.  Go back      01:03:36

14    to one more, one click you just hit.  Yeah.  I can    01:03:38

15    read that.                                             01:03:42

16    Q    Is that better?                                   01:03:43

17    A    Yes, sir.                                          01:03:43

18    Q    Okay.  So this is Exhibit 10.  And I'm           01:03:44

19    going to represent to you that this is what is        01:03:46

20    referred to as the "Autosteer" message that is        01:03:50

21    presented to the driver of a 2019 Model S, the same   01:03:57

22    vehicle that was involved in the Benavides incident.  01:04:04

23    And this same message would be presented to the       01:04:09

24    driver of the Model 3 -- 2019 Model 3, the same       01:04:11

25    vehicle that was involved in the Monet incident.      01:04:16
```

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

172

| | | |
|---|---|---|
| 1 | And I'm also going to represent to you that | 01:04:23 |
| 2 | this message is not in the owner's manual, but, | 01:04:27 |
| 3 | instead, it's presented to the driver of those two | 01:04:31 |
| 4 | Tesla vehicles through the touch screen that is | 01:04:34 |
| 5 | located inside the cabin of those vehicles, the | 01:04:39 |
| 6 | passenger compartment, facing the driver. | 01:04:44 |
| 7 | A    Mm-hmm. | 01:04:45 |
| 8 | Q    Before I made those representations to you, | 01:04:47 |
| 9 | were you aware of that? | 01:04:50 |
| 10 | MR. SCHREIBER:  Objection.  First of all, | 01:04:52 |
| 11 | it's irrelevant.  Second of all, foundation, assumes | 01:04:52 |
| 12 | facts. | 01:04:55 |
| 13 | THE WITNESS:  As I sit here today, I had -- | 01:04:58 |
| 14 | I had forgotten that.  But I do -- I did know that | 01:04:58 |
| 15 | at one point, that it's on -- you know, it's got big | 01:05:03 |
| 16 | iPads-looking things in the -- in there.  So the | 01:05:06 |
| 17 | person has to acknowledge those issues, I think. | 01:05:09 |
| 18 | BY MR. BRANIGAN: | 01:05:14 |
| 19 | Q    Acknowledge what issues? | 01:05:14 |
| 20 | A    Acknowledge what it says, I think.  But go | 01:05:15 |
| 21 | ahead. | 01:05:18 |
| 22 | Q    Yeah.  Did you know that at the time that | 01:05:19 |
| 23 | you issued Safety Recommendation 17-41? | 01:05:20 |
| 24 | A    I cannot say -- | 01:05:26 |
| 25 | MR. SCHREIBER:  Hold on. | 01:05:27 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    173

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yeah. | 01:05:28 |
| 2 | MR. SCHREIBER:  Objection.  It's an | 01:05:29 |
| 3 | improper question about what was shown in a 2019 | 01:05:29 |
| 4 | Tesla when a recommendation was made in 2017. | 01:05:34 |
| 5 | So absent a DeLorean that goes 88 miles an | 01:05:36 |
| 6 | hour with a -- | 01:05:39 |
| 7 | MR. BRANIGAN:  No, no.  I -- | 01:05:39 |
| 8 | MR. SCHREIBER:  -- flux capacitor -- | 01:05:39 |
| 9 | MR. BRANIGAN:  Your point's well taken. | 01:05:42 |
| 10 | I -- | 01:05:42 |
| 11 | MR. SCHREIBER:  -- it would not be | 01:05:42 |
| 12 | possible. | 01:05:42 |
| 13 | MR. BRANIGAN:  Sorry.  Your point's well | 01:05:42 |
| 14 | taken.  It was a sloppy question. | 01:05:42 |
| 15 | BY MR. BRANIGAN: | 01:05:45 |
| 16 | Q    I was referring to -- did you know that, at | 01:05:45 |
| 17 | the time that you wrote the safety | 01:05:46 |
| 18 | recommendations -- the NTSB issued them in 2017 -- | 01:05:50 |
| 19 | that even the 2017 model year Teslas had a touch | 01:05:52 |
| 20 | screen that presented this kind of information? | 01:05:57 |
| 21 | MR. SCHREIBER:  Objection.  Foundation, | 01:06:02 |
| 22 | speculation, assumes facts.  It's an improper | 01:06:02 |
| 23 | question because obviously this is not the warning | 01:06:04 |
| 24 | they were given. | 01:06:06 |
| 25 | THE WITNESS:  Yes, I believe so.  I believe | 01:06:09 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              174

| | | |
|---|---|---|
| 1 | that was in the material that I reviewed going into | 01:06:10 |
| 2 | the board meeting. | 01:06:14 |
| 3 | BY MR. BRANIGAN: | 01:06:15 |
| 4 | Q    All right.  Well, just focusing your | 01:06:16 |
| 5 | attention on what's on the screen now, Exhibit 10, | 01:06:19 |
| 6 | which I've represented to you is what the driver of | 01:06:22 |
| 7 | a 2019 Model S and Model 3 would see, were you aware | 01:06:25 |
| 8 | before today that this is the message that was | 01:06:33 |
| 9 | driver would see when they wanted to enable | 01:06:34 |
| 10 | Autosteer -- | 01:06:37 |
| 11 | MR. SCHREIBER:  Same objections. | 01:06:39 |
| 12 | BY MR. BRANIGAN: | 01:06:39 |
| 13 | Q    -- before Autosteer was actually enabled? | 01:06:39 |
| 14 | Did you know that? | 01:06:41 |
| 15 | A    As I just previously stated, I believe that | 01:06:44 |
| 16 | this was part of the material that we would have | 01:06:46 |
| 17 | read that I would have known about going into the | 01:06:50 |
| 18 | 2017 board meeting regarding Williston as well as | 01:06:53 |
| 19 | Mountain View. | 01:06:58 |
| 20 | Q    Did you know that, before Autosteer could | 01:07:01 |
| 21 | be activated in the 2019 Model S and 2019 Model 3, | 01:07:04 |
| 22 | that the driver would be confronted with this | 01:07:10 |
| 23 | message and would have to answer a question that's | 01:07:13 |
| 24 | shown at the bottom, "Do you want to enable | 01:07:17 |
| 25 | Autosteer while it is in Beta?" -- | 01:07:20 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

175

| | | |
|---|---|---|
| 1 | A     You're talking -- | 01:07:24 |
| 2 |         MR. SCHREIBER:   Foundation -- | 01:07:24 |
| 3 | BY MR. BRANIGAN: | 01:07:24 |
| 4 |   Q     -- "No" or "Yes"?  Did you know that? | 01:07:24 |
| 5 |         MR. SCHREIBER:   Foundation, speculation, | 01:07:27 |
| 6 | irrelevant. | 01:07:28 |
| 7 |         THE WITNESS:   Counselor, I believe you were | 01:07:30 |
| 8 | asking about a 2019 model Tesla. | 01:07:31 |
| 9 | BY MR. BRANIGAN: | 01:07:33 |
| 10 |   Q     Yes.   Correct. | 01:07:33 |
| 11 |   A     The automobiles that we dealt with were not | 01:07:37 |
| 12 | of that late model, right?  The Williston was a '16, | 01:07:41 |
| 13 | 2016.  Mountain View occurred in '18, so it could | 01:07:46 |
| 14 | not -- would not have been applicable.  So Delray | 01:07:50 |
| 15 | Beach was in March of '19, but no, I can't say I was | 01:07:55 |
| 16 | aware of that because that was not relative to the | 01:08:02 |
| 17 | cases that I was reviewing. | 01:08:05 |
| 18 |   Q     Well, I'll represent to you, Mr. Sumwalt, | 01:08:07 |
| 19 | that with respect to the Mountain View vehicle, 2017 | 01:08:09 |
| 20 | Model X, it had a very similar statement presented | 01:08:15 |
| 21 | to the driver like I'm showing you.  And I believe | 01:08:17 |
| 22 | the earlier model Tesla had a similar statement as | 01:08:19 |
| 23 | well. | 01:08:22 |
| 24 |         I've shown you this version that I've said | 01:08:23 |
| 25 | comes from the 2019 model year vehicle because the | 01:08:25 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    176

| | | |
|---|---|---|
| 1 | case that we're here for today involves a 2019 | 01:08:29 |
| 2 | Model S. | 01:08:33 |
| 3 | A    Yeah, but I had -- | 01:08:35 |
| 4 | Q    So my representation to you, sir, is that | 01:08:36 |
| 5 | this message about Autosteer is presented to the | 01:08:38 |
| 6 | driver in the 2019 Model S when the driver is about | 01:08:43 |
| 7 | to enable Autosteer.  And I'm asking you if you were | 01:08:49 |
| 8 | aware of that. | 01:08:54 |
| 9 | MR. SCHREIBER:  Objection.  Foundation, | 01:08:55 |
| 10 | speculation. | 01:08:59 |
| 11 | And, again, now we're completely and | 01:08:59 |
| 12 | unabashedly trying to violate 835 and its various | 01:09:03 |
| 13 | subparts, seeking expert opinion testimony from a | 01:09:07 |
| 14 | lay witness about events and warnings that occurred | 01:09:09 |
| 15 | in vehicles years after the factual underpinnings of | 01:09:13 |
| 16 | the investigation that we inquired about was | 01:09:17 |
| 17 | completed. | 01:09:19 |
| 18 | BY MR. BRANIGAN: | 01:09:21 |
| 19 | Q    I'm just asking you, as a matter of fact, | 01:09:21 |
| 20 | did you know something. | 01:09:24 |
| 21 | Did you know before today that the message | 01:09:26 |
| 22 | that I'm showing you was projected on the touch | 01:09:27 |
| 23 | screen inside the Model -- 2019 Model S and 2019 | 01:09:30 |
| 24 | Model 3 to the drivers before they can enable | 01:09:36 |
| 25 | Autosteer? | 01:09:41 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    177

| | | |
|---|---|---|
| 1 | A    Of course not.  I was not involved in any | 01:09:42 |
| 2 | of those investigations involving a 2019 model. | 01:09:43 |
| 3 | Q    So you were not aware before today that | 01:09:50 |
| 4 | Tesla told drivers like Mr. McGee who was driving | 01:09:52 |
| 5 | the 2019 Model S in the Benavides case or Mr. Monet | 01:10:00 |
| 6 | who was driving the 2019 Model 3 in the Monet | 01:10:02 |
| 7 | case -- | 01:10:02 |
| 8 | THE COURT REPORTER:  I'm sorry, Counsel, | 01:10:02 |
| 9 | would you mind repeating the question?  "So you were | 01:10:02 |
| 10 | not aware before today..." | 01:10:02 |
| 11 | BY MR. BRANIGAN: | 01:10:10 |
| 12 | Q    You were not aware before today that Tesla | 01:10:10 |
| 13 | presented this message to the driver of the | 01:10:13 |
| 14 | Benavides Tesla Model S, the driver of the Monet | 01:10:16 |
| 15 | Model 3 this message about Autosteer that says, | 01:10:21 |
| 16 | "Autosteer is an assist feature that requires you to | 01:10:24 |
| 17 | keep your hands on the steering wheel at all times," | 01:10:31 |
| 18 | and the rest of the message that you can read for | 01:10:35 |
| 19 | yourself. | 01:10:38 |
| 20 | You weren't aware of that, correct? | 01:10:38 |
| 21 | MR. SCHREIBER:  Foundation, speculation, | 01:10:40 |
| 22 | relevance, violation 835.3. | 01:10:42 |
| 23 | THE WITNESS:  You're correct.  I have no | 01:10:46 |
| 24 | knowledge of anything involving two of the cases | 01:10:47 |
| 25 | that you've just mentioned. | 01:10:50 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    178

| | | |
|---|---|---|
| 1 | BY MR. BRANIGAN: | 01:10:54 |
| 2 |    Q   And were you also not aware that before | 01:10:54 |
| 3 | Autosteer could even be engaged to operate, that the | 01:10:57 |
| 4 | driver of the 2019 Model S, 2019 Model 3 had to | 01:11:01 |
| 5 | answer this question, "Do you want to enable | 01:11:07 |
| 6 | Autosteer while it's in Beta?" after reading all of | 01:11:10 |
| 7 | these statements about the limitations and the | 01:11:14 |
| 8 | purpose of Autosteer? | 01:11:18 |
| 9 |    A   I have no -- | 01:11:19 |
| 10 |       MR. SCHREIBER:  Same objection. | 01:11:20 |
| 11 |       THE WITNESS:  Sorry.  Sorry. | 01:11:20 |
| 12 |       THE COURT REPORTER:  Say it again.  When | 01:11:20 |
| 13 | you speak at the same time, you completely cut out, | 01:11:20 |
| 14 | Mr. Schreiber.  So go ahead. | 01:11:20 |
| 15 |       MR. SCHREIBER:  All I was saying was, "Same | 01:11:27 |
| 16 | objections."  Apologies. | 01:11:29 |
| 17 |       THE WITNESS:  Mr. Branigan, I have no | 01:11:32 |
| 18 | knowledge of a 2019 Tesla, including the question | 01:11:32 |
| 19 | that you've just asked. | 01:11:37 |
| 20 | BY MR. BRANIGAN: | 01:11:48 |
| 21 |    Q   Well, before I put this Exhibit 10 up, I | 01:11:48 |
| 22 | asked you about some warning language that a | 01:11:53 |
| 23 | manufacturer of a vehicle -- motor vehicle with a | 01:12:00 |
| 24 | L2 -- level 2 ADAS system might provide to a user. | 01:12:03 |
| 25 |       Do you recall that question? | 01:12:10 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

179

| | | |
|---|---|---|
| 1 | A    Yes, I do. | 01:12:12 |
| 2 | Q    If you take a look at the first paragraph | 01:12:14 |
| 3 | of the Autosteer message presented to the driver of | 01:12:17 |
| 4 | the 2019 Model S and Model 3, would you agree with | 01:12:20 |
| 5 | me that you see that warning language right there? | 01:12:26 |
| 6 | A    I'm sorry, sir, where -- I mean, you're | 01:12:30 |
| 7 | referring -- go ahead.  Sorry. | 01:12:33 |
| 8 | Q    Right -- | 01:12:34 |
| 9 | A    Go ahead. | 01:12:34 |
| 10 | Q    Right here: | 01:12:34 |
| 11 |        "Autosteer is an assist feature that | 01:12:34 |
| 12 |        requires you to keep your hands on the | 01:12:38 |
| 13 |        steering wheel at all times.  It is | 01:12:39 |
| 14 |        designed for use on highways that have a | 01:12:42 |
| 15 |        center divider and clear lane markings. | 01:12:45 |
| 16 |        It is also appropriate in slow-moving | 01:12:49 |
| 17 |        traffic.  It should not be used on | 01:12:52 |
| 18 |        highways that have very sharp turns or | 01:12:54 |
| 19 |        lane markings that are absent, faded, or | 01:12:58 |
| 20 |        ambiguous.  Similar to the autopilot | 01:13:00 |
| 21 |        function in airplanes, you need to | 01:13:05 |
| 22 |        maintain control and responsibility for | 01:13:07 |
| 23 |        your vehicle while enjoying the | 01:13:09 |
| 24 |        convenience Autosteer." | 01:13:12 |
| 25 |        Would you agree with me that that is an | 01:13:15 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    180

| | | |
|---|---|---|
| 1 | appropriate safeguard for Tesla to provide users of | 01:13:17 |
| 2 | its level 2 ADAS system that includes Autosteer? | 01:13:23 |
| 3 | MR. SCHREIBER:  Foundation, speculation, | 01:13:28 |
| 4 | relevance, violative of 835.3. | 01:13:29 |
| 5 | THE WITNESS:  Counselor, I do not agree at | 01:13:35 |
| 6 | all with your statement. | 01:13:36 |
| 7 | I have said on three occasions -- at least | 01:13:37 |
| 8 | three occasions, that that is a warning -- something | 01:13:39 |
| 9 | in writing like that, whether it's in a book or on a | 01:13:42 |
| 10 | computer screen, it is -- when you're dealing with | 01:13:45 |
| 11 | life or death, that is the lowest form of mitigating | 01:13:48 |
| 12 | a hazard. | 01:13:52 |
| 13 | So, to be clear, I do not agree with your | 01:13:54 |
| 14 | statement.  That's my answer. | 01:13:57 |
| 15 | BY MR. BRANIGAN: | 01:13:58 |
| 16 | Q    Well, if this statement has to be reviewed | 01:13:58 |
| 17 | before Autosteer can be engaged, used, and not just | 01:14:01 |
| 18 | reviewed, but it also requires the driver to answer | 01:14:07 |
| 19 | "no" or "yes" if they want to use it, that by itself | 01:14:10 |
| 20 | is a limitation on the driver's ability to use | 01:14:15 |
| 21 | Autosteer. | 01:14:19 |
| 22 | Would you agree with that? | 01:14:20 |
| 23 | MR. SCHREIBER:  Same objections. | 01:14:22 |
| 24 | THE WITNESS:  There's no requirement for | 01:14:23 |
| 25 | the person that goes down to the bottom of that | 01:14:25 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                   181

| | | |
|---|---|---|
| 1 | screen to read it.  It's like when you say, "I'm | 01:14:28 |
| 2 | going to accept this before I download this | 01:14:31 |
| 3 | software."  You just say, "Yes, I agree." | 01:14:34 |
| 4 | There's no requirement to make sure that | 01:14:37 |
| 5 | someone has read that.  So, once again, that is not | 01:14:38 |
| 6 | an adequate safeguard.  And we've got dead people to | 01:14:41 |
| 7 | show for it. | 01:14:45 |
| 8 | BY MR. BRANIGAN: | 01:14:47 |
| 9 | Q    Well, talking about requirements, there's | 01:14:47 |
| 10 | no requirement that anybody use Autosteer or | 01:14:50 |
| 11 | Autopilot. | 01:14:53 |
| 12 | Are you aware of that? | 01:14:54 |
| 13 | A    Absolutely. | 01:14:56 |
| 14 | Q    So you're aware that in -- whether it's a | 01:14:57 |
| 15 | 2017 Tesla, a 2019 Tesla, like we're dealing with in | 01:15:01 |
| 16 | the Benavides case, it's always up to the driver to | 01:15:06 |
| 17 | make the decision to engage that technology, | 01:15:10 |
| 18 | correct? | 01:15:12 |
| 19 | A    That's right. | 01:15:14 |
| 20 | Q    It's never on by default, correct? | 01:15:15 |
| 21 | A    That's certainly my understanding, that you | 01:15:19 |
| 22 | have to actually engage it. | 01:15:20 |
| 23 | Q    Now, I know earlier you said you looked at | 01:15:47 |
| 24 | some owner's manual pages from a Tesla.  And I | 01:15:49 |
| 25 | think, based on when you say you looked at those | 01:15:55 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    182

| | | |
|---|---|---|
| 1 | pages, it was probably for a Tesla before the model | 01:15:57 |
| 2 | year 2019. | 01:16:03 |
| 3 |         Is that your thinking? | 01:16:05 |
| 4 |     A    Yes, sir.  It was for -- it was | 01:16:07 |
| 5 | regarding -- in regards to the Williston crash, | 01:16:09 |
| 6 | which was a 2015 Model -- Tesla Model S. | 01:16:12 |
| 7 |     Q    Yes. | 01:16:17 |
| 8 |     A    That is correct.  That's right. | 01:16:17 |
| 9 |     Q    Well, I'm going to show you Exhibit 11. | 01:16:18 |
| 10 | And I'll tell you that Exhibit 11... | 01:16:25 |
| 11 |         (Deposition Exhibit 11 was marked for | |
| 12 |         identification.) | |
| 13 | BY MR. BRANIGAN: | 01:16:41 |
| 14 |     Q    Can you see my screen now, sir? | 01:16:41 |
| 15 |     A    I can.  There's some writing below that I | 01:16:43 |
| 16 | can't read.  But I can read that, yes, sir. | 01:16:45 |
| 17 |     Q    Okay. | 01:16:47 |
| 18 |     A    Mm-hmm. | 01:16:48 |
| 19 |     Q    So I'm representing to you that this is the | 01:16:48 |
| 20 | owner -- this is a section of the owner's manual | 01:16:51 |
| 21 | from the 2019 Model S. | 01:16:55 |
| 22 |         And you can see that there's even a | 01:16:59 |
| 23 | reference to the Benavides case in what we call a | 01:17:01 |
| 24 | Bates number at the bottom because this is a | 01:17:04 |
| 25 | document that Tesla has shared with the other | 01:17:05 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

183

| | | |
|---|---|---|
| 1 | lawyers in the case, including Mr. Schreiber and his | 01:17:09 |
| 2 | colleagues. | 01:17:11 |
| 3 | And I just want to ask you some questions | 01:17:12 |
| 4 | about this in connection with Safety Recommendation | 01:17:16 |
| 5 | 17-41. | 01:17:18 |
| 6 | A    Okay. | 01:17:21 |
| 7 | Q    All right?  And you can see I'm now moving | 01:17:21 |
| 8 | to the next page of Exhibit 11.  And, to be clear, | 01:17:23 |
| 9 | this is not the next page in the owner's manual. | 01:17:26 |
| 10 | I have selected pages from the owner's | 01:17:28 |
| 11 | manual that deal with the Autopilot features of the | 01:17:31 |
| 12 | car, starting with what Tesla refers to as | 01:17:34 |
| 13 | Traffic-Aware Cruise Control.  Sometimes in some | 01:17:39 |
| 14 | other vehicles, it's called "adaptive cruise | 01:17:44 |
| 15 | control." | 01:17:46 |
| 16 | A    Mm-hmm. | 01:17:46 |
| 17 | Q    And also the feature that we were just | 01:17:51 |
| 18 | talking about a few minutes ago in connection with | 01:17:53 |
| 19 | Exhibit 10, Autosteer. | 01:17:56 |
| 20 | You see the reference to Autosteer on this | 01:17:59 |
| 21 | page? | 01:18:01 |
| 22 | A    I do. | 01:18:02 |
| 23 | Q    All right.  And, for the record, I'm now | 01:18:03 |
| 24 | looking at Bates 1884.  This is page 89 of the | 01:18:05 |
| 25 | owner's manual. | 01:18:11 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    184

| | | |
|---|---|---|
| 1 | And if you take a look at the language | 01:18:14 |
| 2 | here, at the upper left-hand corner on this page, | 01:18:17 |
| 3 | there's a note, correct? | 01:18:21 |
| 4 | A    Yes. | 01:18:25 |
| 5 | Q    Right.  And if you read that note, that | 01:18:26 |
| 6 | note explains to the user that if their vehicle has | 01:18:35 |
| 7 | an Enhanced Autopilot or Full Self-Driving | 01:18:41 |
| 8 | Capability packages, the Autosteer feature can be | 01:18:46 |
| 9 | used under "certain circumstances," correct? | 01:18:49 |
| 10 | A    What -- | 01:18:55 |
| 11 | Q    Did I read that correctly? | 01:18:57 |
| 12 | A    Well, I can't read it, but I'm -- | 01:18:57 |
| 13 | MR. SCHREIBER:  If I can just pause very | 01:18:59 |
| 14 | briefly, Mr. Branigan.  As I've offered you before | 01:19:00 |
| 15 | so that I don't have to keep saying the same | 01:19:04 |
| 16 | objections, this entire line of inquiry, I would | 01:19:06 |
| 17 | argue, is irrelevant, lacks foundation, calls for | 01:19:09 |
| 18 | speculation, and violates 835.3. | 01:19:13 |
| 19 | And rather than having to say "same | 01:19:15 |
| 20 | objection" after every question, can I too have a | 01:19:18 |
| 21 | standing objection to this entire line of inquiry? | 01:19:20 |
| 22 | MR. BRANIGAN:  I don't agree with the | 01:19:24 |
| 23 | objection, but of course you can have a standing | 01:19:25 |
| 24 | objection. | 01:19:27 |
| 25 | MR. SCHREIBER:  Yeah, no. | 01:19:28 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

185

| | | |
|---|---|---|
| 1 | MR. BRANIGAN:  The answer is yes. | 01:19:29 |
| 2 | THE WITNESS:  Okay. | 01:19:29 |
| 3 | MR. SCHREIBER:  Thank you. | 01:19:30 |
| 4 | THE WITNESS:  Okay.  Let's see.  Is there a | 01:19:32 |
| 5 | question on the table? | 01:19:36 |
| 6 | BY MR. BRANIGAN: | 01:19:37 |
| 7 | Q    Yes.  The question is:  Am I correct that | 01:19:37 |
| 8 | in the note that begins the discussion about | 01:19:39 |
| 9 | Autosteer on this page of the 2019 Model S owner's | 01:19:42 |
| 10 | manual, the note explains to the user, the driver, | 01:19:46 |
| 11 | or the reader that Autosteer can be used to manage | 01:19:50 |
| 12 | steering and speed under "certain circumstances." | 01:19:55 |
| 13 | Not all but "certain circumstances." | 01:19:56 |
| 14 | Did I read that correctly? | 01:20:00 |
| 15 | A    Yeah.  That's what I was about to say | 01:20:02 |
| 16 | before you all -- before we got an objection.  It'd | 01:20:04 |
| 17 | be nice if I could read it. | 01:20:06 |
| 18 | Q    What -- how can I help you read it?  Can I | 01:20:08 |
| 19 | enlarge it? | 01:20:10 |
| 20 | A    Yes. | 01:20:11 |
| 21 | Q    How about that? | 01:20:13 |
| 22 | A    Thank you.  Yeah, I can read that now. | 01:20:16 |
| 23 | Q    And I'm referring to the section under the | 01:20:18 |
| 24 | note. | 01:20:20 |
| 25 | A    Okay. | 01:20:23 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

186

| | | |
|---|---|---|
| 1 | Q    See that there? | 01:20:24 |
| 2 | A    Capacity -- what's that?  "Capability | 01:20:27 |
| 3 | packages"?  Capacity -- I can't read -- "capability | 01:20:28 |
| 4 | packages, you can Autosteer" -- | 01:20:31 |
| 5 | Yes, I can read that. | 01:20:38 |
| 6 | "You can use Autosteer to manage | 01:20:39 |
| 7 | steer and speed under certain | 01:20:41 |
| 8 | circumstances." | 01:20:43 |
| 9 | Okay.  I've got that. | 01:20:43 |
| 10 | Q    Right.  So right there it's telling the | 01:20:44 |
| 11 | reader or the driver that Autosteer can be used not | 01:20:46 |
| 12 | under every circumstance but under certain | 01:20:50 |
| 13 | circumstances, correct? | 01:20:53 |
| 14 | A    I think that's what that says.  You can use | 01:20:57 |
| 15 | Autosteer to manage steering under certain | 01:21:00 |
| 16 | circumstances.  Yes, that's what that says. | 01:21:02 |
| 17 | Q    And if we scroll down here on the same | 01:21:04 |
| 18 | page, the owner's manual also indicates, just like | 01:21:09 |
| 19 | the other message that's inside the vehicle | 01:21:12 |
| 20 | indicates, that Autosteer is a hands-on feature and | 01:21:14 |
| 21 | that the driver must keep his or her hands on the | 01:21:17 |
| 22 | steering wheel at all times, correct? | 01:21:21 |
| 23 | A    Yes, it says that. | 01:21:22 |
| 24 | Q    And Tesla also provided this additional | 01:21:25 |
| 25 | warning about Autosteer indicating that it was -- it | 01:21:27 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

187

| | | |
|---|---|---|
| 1 | is "intended for use only on highways and | 01:21:30 |
| 2 | limited-access roads with a fully" attended -- | 01:21:34 |
| 3 | excuse me -- "attentive driver," correct? | 01:21:37 |
| 4 | A    That's what it says, yes. | 01:21:40 |
| 5 | Q    Right.  And then if we scroll down even | 01:21:41 |
| 6 | farther and go, actually, to the next side of the | 01:21:45 |
| 7 | page, there's a statement about Autosteer briefly | 01:21:49 |
| 8 | displaying a message on the instrument panel | 01:21:56 |
| 9 | reminding the driver to "pay attention to the road | 01:22:00 |
| 10 | and to be ready to take over at any time."  Do you | 01:22:02 |
| 11 | see that up here? | 01:22:06 |
| 12 | A    I do see that.  "Autosteer briefly | 01:22:09 |
| 13 | displays" -- "briefly displays a message," yes, I | 01:22:11 |
| 14 | see that.  I agree. | 01:22:14 |
| 15 | Q    And then when we look at the next note | 01:22:24 |
| 16 | towards the lower right-hand corner of page 89 of | 01:22:27 |
| 17 | the owner's manual for the 2019 Model S, right here, | 01:22:28 |
| 18 | this note tells the user about the certain | 01:22:36 |
| 19 | circumstances when Autosteer can be used, correct? | 01:22:40 |
| 20 | A    That's what it appears, but I'd like to | 01:22:47 |
| 21 | read it.  There's no vehicles in front of you -- | 01:22:47 |
| 22 | speed -- visible. | 01:22:52 |
| 23 |      Okay.  And the question was once again? | 01:23:02 |
| 24 | Q    Would you -- the question was:  What I've | 01:23:06 |
| 25 | highlighted on page 89 of this owner's manual | 01:23:09 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    188

| | | |
|---|---|---|
| 1 | provides the driver with information about the | 01:23:14 |
| 2 | circumstances under which Autosteer will operate, | 01:23:19 |
| 3 | correct? | 01:23:21 |
| 4 | A    Yes.  I'm not sure -- | 01:23:26 |
| 5 | Q    Would you -- | 01:23:30 |
| 6 | A    -- if that's all of -- I'm sorry, | 01:23:30 |
| 7 | Counselor.  I -- | 01:23:30 |
| 8 | Q    No, no.  Go ahead.  You go ahead.  Go | 01:23:31 |
| 9 | ahead, sir. | 01:23:32 |
| 10 | A    It -- thank you very much.  It does not -- | 01:23:32 |
| 11 | I don't believe it lists all of the -- those | 01:23:36 |
| 12 | operational domain items that we may have talked | 01:23:39 |
| 13 | about previously. | 01:23:42 |
| 14 | Q    Well, just this highlighted note explains | 01:23:44 |
| 15 | that the system has -- the Autosteer system in the | 01:23:49 |
| 16 | 2019 Model S has system limitations that limit its | 01:23:52 |
| 17 | use, correct? | 01:23:58 |
| 18 | A    Well, one of them is that, you know, | 01:24:08 |
| 19 | visible lane markings, and it talks about if a | 01:24:10 |
| 20 | vehicle is detected ahead of you, any speed under | 01:24:12 |
| 21 | 90 miles an hour. | 01:24:15 |
| 22 | So it just basically says you have to be | 01:24:18 |
| 23 | going at least 18 miles an hour on a roadway with | 01:24:23 |
| 24 | visible lane markings.  So those are the limitations | 01:24:28 |
| 25 | that it says that you need to have before you can | 01:24:31 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                      189

| | | |
|---|---|---|
| 1 | engage it. | 01:24:36 |
| 2 | Q    Well, one of the other limitations is that | 01:24:38 |
| 3 | a vehicle has to be detected ahead of the Tesla and | 01:24:40 |
| 4 | the Tesla's speed has to be under 90 miles an hour. | 01:24:44 |
| 5 | A    Okay. | 01:24:49 |
| 6 | Q    Would you agree with me that those are | 01:24:50 |
| 7 | system limitations? | 01:24:52 |
| 8 | A    Yes.  And apologies for interrupting. | 01:24:53 |
| 9 | But, yes, yes, I agree with that.  It | 01:24:55 |
| 10 | does -- it does have some system limitations, yes. | 01:24:57 |
| 11 | Q    All right.  And if we continue on to the | 01:25:00 |
| 12 | next page, we can see another system limitation of | 01:25:03 |
| 13 | Autosteer. | 01:25:12 |
| 14 | In this section that I've highlighted | 01:25:15 |
| 15 | here -- and I'll enlarge that for you -- that is, | 01:25:19 |
| 16 | again, related to speed of the Tesla, correct? | 01:25:29 |
| 17 | A    I'd like to read it.  Let's see.  And sorry | 01:25:35 |
| 18 | I'm a slow -- | 01:25:35 |
| 19 | Q    Please do. | 01:25:37 |
| 20 | A    -- reader.  I'll just kind of read it here. | 01:25:38 |
| 21 | Okay.  So the first paragraph -- or | 01:25:49 |
| 22 | sentence certainly says you have to have a fully | 01:25:50 |
| 23 | attentive driver and highways with -- that are | 01:25:54 |
| 24 | basically limited-access roads.  That's what the | 01:25:58 |
| 25 | first sentence says. | 01:26:00 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

190

| | | |
|---|---|---|
| 1 | If you choose a road without center line -- | 01:26:03 |
| 2 | center divider -- yeah, so it's not a | 01:26:08 |
| 3 | limited-access, "Autosteer may limit maximum | 01:26:13 |
| 4 | allowable cruising speed."  Okay. | 01:26:17 |
| 5 | Okay.  I haven't read the second paragraph | 01:26:24 |
| 6 | yet, but I'm okay.  I've read the first paragraph. | 01:26:27 |
| 7 | Q    Would you agree with me that, in that first | 01:26:31 |
| 8 | paragraph that you just read, there's a discussion | 01:26:33 |
| 9 | about system limitations for Autosteer? | 01:26:35 |
| 10 | A    It says -- if I'm reading this properly, I | 01:26:46 |
| 11 | don't think it says -- the first paragraph -- the | 01:26:48 |
| 12 | first sentence is not talking about a system | 01:26:51 |
| 13 | limitation.  It's talking about that the system is | 01:26:54 |
| 14 | intended to be used by a fully attentive driver on | 01:26:58 |
| 15 | freeways.  So that's not a system limitation. | 01:27:03 |
| 16 | Now, the next sentence, if you choose to | 01:27:06 |
| 17 | use it on residential roads, a road without a center | 01:27:08 |
| 18 | divider, Autosteer -- yeah, it says -- so the system | 01:27:13 |
| 19 | may limit the maximum allowable cruising speed. | 01:27:20 |
| 20 | So that's a system limitation with a "may" | 01:27:22 |
| 21 | in front of it, it may limit the speed.  The maximum | 01:27:25 |
| 22 | allowable cruising speed -- okay.  Tells how it's | 01:27:29 |
| 23 | calculated.  And -- "However, you may" -- okay.  You | 01:27:34 |
| 24 | may -- "You can select a more restrictive cruising | 01:27:37 |
| 25 | speed by reducing the speed limit offset," whatever | 01:27:40 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

191

| | | |
|---|---|---|
| 1 | that means. | 01:27:46 |
| 2 | But I see one system limitation in there | 01:27:47 |
| 3 | that can be overridden.  I do see that. | 01:27:53 |
| 4 | Q    And if you go down to the next paragraph | 01:27:55 |
| 5 | that starts out "In situations where the speed limit | 01:27:58 |
| 6 | cannot be detected" -- | 01:28:01 |
| 7 | A    Right. | 01:28:02 |
| 8 | Q    -- please read that and let me know if you | 01:28:02 |
| 9 | agree that that paragraph also contains a system | 01:28:05 |
| 10 | limitation for Autosteer. | 01:28:07 |
| 11 | A    Great.  Thanks.  Hang on. | 01:28:10 |
| 12 | Q    Sure. | 01:28:12 |
| 13 | A    Yeah. | 01:28:26 |
| 14 | In my opinion, from reading that, what I | 01:28:27 |
| 15 | read is that Autosteer can be engaged when there is | 01:28:29 |
| 16 | no speed limit sign detected, speed limit detected. | 01:28:39 |
| 17 | And that there is a system limit, yes, that will | 01:28:43 |
| 18 | limit the driving speed to a certain speed, in this | 01:28:48 |
| 19 | case, 45 miles per hour. | 01:28:50 |
| 20 | But, again, it says it can be manually | 01:28:52 |
| 21 | accelerated to exceed that limited speed.  It also | 01:28:55 |
| 22 | says that it's -- that the -- it may not brake for | 01:28:58 |
| 23 | detected obstacles.  "Will slow down to the limited | 01:29:05 |
| 24 | speed."  Okay.  I see some system -- let's see, | 01:29:10 |
| 25 | "When you leave the road, or disengage" -- "you can | 01:29:14 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

192

| | | |
|---|---|---|
| 1 | increase your" -- | 01:29:18 |
| 2 | Okay.  So I believe the question was do I | 01:29:19 |
| 3 | see system limitations in there.  I see -- I see | 01:29:21 |
| 4 | them, yes, I do.  It's limiting the speed which can | 01:29:27 |
| 5 | be overridden. | 01:29:30 |
| 6 | Q    All right.  And then if we scroll down even | 01:29:31 |
| 7 | further on this same page, page 90 of the owner's | 01:29:34 |
| 8 | manual that we're looking at, we can see a | 01:29:36 |
| 9 | subheading that says "Holding the Steering Wheel," | 01:29:40 |
| 10 | correct? | 01:29:43 |
| 11 | A    That's right.  I do see that. | 01:29:44 |
| 12 | Q    Right.  And if you read that section -- and | 01:29:46 |
| 13 | you -- read it all, if you'd like, but I'd like to | 01:29:49 |
| 14 | focus your attention on what I've highlighted, | 01:29:52 |
| 15 | particularly the sentence that starts out: | 01:29:55 |
| 16 | "When active, Autosteer requires you | 01:30:00 |
| 17 | to hold the steering wheel." | 01:30:03 |
| 18 | So please read that, and I'm going to have | 01:30:06 |
| 19 | some questions. | 01:30:08 |
| 20 | A    Yeah.  Certainly.  Certainly.  "When" -- | 01:30:10 |
| 21 | Yes, I've read that. | 01:30:18 |
| 22 | Q    Right.  So the driver is told that when | 01:30:20 |
| 23 | Autosteer is active, they need to hold onto the | 01:30:25 |
| 24 | steering wheel. | 01:30:28 |
| 25 | And if the steering wheel does not detect | 01:30:29 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

193

| | | |
|---|---|---|
| 1 | hands on the steering wheel for a certain period of | 01:30:31 |
| 2 | time, a certain series of events will happen, | 01:30:33 |
| 3 | starting with lights flashing and messages being | 01:30:37 |
| 4 | displayed to the driver like we see described in the | 01:30:43 |
| 5 | upper right-hand corner of this page, correct? | 01:30:47 |
| 6 | A    I have not read the upper right-hand | 01:30:52 |
| 7 | portion of the page, but I do know -- | 01:30:55 |
| 8 | Q    Please take whatever time you need to read | 01:30:56 |
| 9 | that. | 01:30:57 |
| 10 | A    Okay.  All right. | 01:30:58 |
| 11 | Q    I've highlighted it for you.  And if you | 01:30:58 |
| 12 | need me to enlarge it, I will. | 01:31:00 |
| 13 | A    It's okay.  Thanks. | 01:31:03 |
| 14 |      It -- so is there a question on the table? | 01:31:23 |
| 15 | Q    Yes. | 01:31:27 |
| 16 | A    Okay. | 01:31:27 |
| 17 | Q    The question is:  Do you agree that what's | 01:31:27 |
| 18 | highlighted here is at least a safeguard concerning | 01:31:32 |
| 19 | operation of Autosteer? | 01:31:37 |
| 20 | A    It does say that; however, I know that | 01:31:40 |
| 21 | the -- I know that the period of time that it will | 01:31:42 |
| 22 | detect -- it'll wait to provide any of those -- | 01:31:45 |
| 23 | we'll call them "three strikes, you're out" before | 01:31:48 |
| 24 | it provides any of those alerts or messages, it can | 01:31:52 |
| 25 | vary considerably up to several minutes. | 01:31:55 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

194

| | | |
|---|---|---|
| 1 | Q    Well, sir, it can vary based on the speed | 01:32:00 |
| 2 | of the vehicle and road type, correct?  Is that your | 01:32:04 |
| 3 | understanding of the way it operates? | 01:32:07 |
| 4 | A    I can't -- I can't tell you what it | 01:32:08 |
| 5 | involves because I don't remember.  But it -- but it | 01:32:11 |
| 6 | can vary -- we have seen cases, I think, up to six | 01:32:15 |
| 7 | minutes.  We've seen that in the past in some crash | 01:32:18 |
| 8 | we dealt with. | 01:32:21 |
| 9 | Q    Well, sir, let's take a look at what we | 01:32:22 |
| 10 | have right in front of us, see if we can agree on | 01:32:24 |
| 11 | this. | 01:32:27 |
| 12 | What I've highlighted now is the text on | 01:32:30 |
| 13 | this page that explains to the driver what will | 01:32:37 |
| 14 | happen, ultimately, if the driver's hands are not | 01:32:40 |
| 15 | detected on the steering wheel as required while | 01:32:44 |
| 16 | Autosteer is engaged, correct? | 01:32:49 |
| 17 | A    Yes.  I'm familiar with -- I mean, I'm | 01:32:51 |
| 18 | familiar that it will do that, yes. | 01:32:53 |
| 19 | Q    Right.  And the thing that it will | 01:32:56 |
| 20 | ultimately do is disengage Autosteer, turn on the | 01:32:59 |
| 21 | warning flashers, and slow the vehicle to a complete | 01:33:04 |
| 22 | stop, correct? | 01:33:07 |
| 23 | A    I believe after you've had three strikes, | 01:33:09 |
| 24 | or something like that, yes, it will -- that's the | 01:33:10 |
| 25 | last -- that's the last level right there. | 01:33:13 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

195

| | | |
|---|---|---|
| 1 | So, yes, it will come in and take control | 01:33:15 |
| 2 | of the car and stop it, turn on the -- turn on the | 01:33:19 |
| 3 | flashers. | 01:33:21 |
| 4 | Q    That's a system limitation, isn't it, sir? | 01:33:22 |
| 5 | A    Yes, it is. | 01:33:25 |
| 6 | Q    All right.  So if the 2019 Model S for | 01:33:30 |
| 7 | which this owner's manual applies and the 2019 | 01:33:35 |
| 8 | Model 3 have these system limitations and safeguards | 01:33:40 |
| 9 | that we just read -- and you agreed, yep, some of | 01:33:47 |
| 10 | those are safeguards, some of those are system | 01:33:49 |
| 11 | limitations -- then those vehicles -- those 2019 | 01:33:52 |
| 12 | model year vehicles, they have safeguards and system | 01:33:56 |
| 13 | limitations like you recommended in Safety | 01:33:59 |
| 14 | Recommendation 17-41, correct, sir? | 01:34:06 |
| 15 | MR. SCHREIBER:  I know I have a standing | 01:34:09 |
| 16 | objection, but I just have to state it now again. | 01:34:10 |
| 17 | Foundation, speculation, violation of 835.3. | 01:34:14 |
| 18 | THE WITNESS:  Yeah, and 17-42.  These | 01:34:19 |
| 19 | accidents have shown that the length of time that it | 01:34:24 |
| 20 | takes somebody to actually put their hands on the | 01:34:30 |
| 21 | steering wheel and move that steering wheel just a | 01:34:33 |
| 22 | tiny bit, the length of time can vary significantly. | 01:34:36 |
| 23 | Meanwhile, you can fall asleep, you could | 01:34:40 |
| 24 | run under a tractor-trailer truck, as we've seen in | 01:34:42 |
| 25 | two occasions, you could run into a median barrier | 01:34:46 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

196

| | | |
|---|---|---|
| 1 | because you are -- a broken median barrier because | 01:34:49 |
| 2 | you were playing a video game. | 01:34:52 |
| 3 | So the length of time that the hands are | 01:34:54 |
| 4 | required to be detected can be extreme. | 01:34:57 |
| 5 | BY MR. BRANIGAN: | 01:35:01 |
| 6 | Q    And I'll move to strike as nonresponsive, | 01:35:01 |
| 7 | sir.  Perhaps I wasn't clear in my question. | 01:35:04 |
| 8 | My question again is:  If the 2019 Model S | 01:35:06 |
| 9 | and Model 3 have the safeguards and system | 01:35:11 |
| 10 | limitations that you and I just went through on the | 01:35:16 |
| 11 | pages of the owner's manual marked as Exhibit 11, | 01:35:20 |
| 12 | those vehicles do incorporate system safeguards that | 01:35:21 |
| 13 | limit the use of Autopilot to conditions for which | 01:35:25 |
| 14 | they were designed, correct? | 01:35:31 |
| 15 | MR. SCHREIBER:  Same objections. | 01:35:33 |
| 16 | THE WITNESS:  No.  This says nothing about | 01:35:36 |
| 17 | ODD, operational design -- operational design, | 01:35:38 |
| 18 | OOD -- ODD.  It says nothing about that. | 01:35:43 |
| 19 | BY MR. BRANIGAN: | 01:35:46 |
| 20 | Q    So you disagree with my statement; is that | 01:35:48 |
| 21 | correct, sir? | 01:35:49 |
| 22 | A    State it one more time, please.  It's -- | 01:35:52 |
| 23 | I'm just -- I haven't eaten lunch.  Kind of tired | 01:35:55 |
| 24 | now, so I want to make sure I'm answering your | 01:35:58 |
| 25 | questions properly. | 01:36:00 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

197

| | | |
|---|---|---|
| 1 | MR. BRANIGAN:  Why don't we have the court | 01:36:01 |
| 2 | reporter repeat it for you. | 01:36:02 |
| 3 | THE WITNESS:  Thank you. | 01:36:04 |
| 4 | MR. BRANIGAN:  Please. | 01:36:04 |
| 5 | (The record was read as follows: | 01:36:39 |
| 6 | Q   My question again is:  If the 2019 | 01:36:39 |
| 7 | Model S and Model 3 have the safeguards and | 01:36:39 |
| 8 | system limitations that you and I just went | 01:36:39 |
| 9 | through on the pages of the owner's manual | 01:36:39 |
| 10 | marked as Exhibit 11, those vehicles do | 01:36:39 |
| 11 | incorporate system safeguards that limit | 01:36:39 |
| 12 | the use of Autopilot to conditions for | 01:36:39 |
| 13 | which they were designed, correct?) | 01:36:39 |
| 14 | THE WITNESS:  Yeah, I do not agree with | 01:36:40 |
| 15 | that statement that you just stated. | 01:36:42 |
| 16 | BY MR. BRANIGAN: | 01:36:43 |
| 17 | Q   All right, sir.  Let's talk about Safety | 01:36:43 |
| 18 | Recommendation 17-42. | 01:36:48 |
| 19 | You said in your testimony earlier today | 01:36:53 |
| 20 | that, generally speaking, that applies to driver | 01:36:54 |
| 21 | monitoring systems, correct? | 01:36:58 |
| 22 | A   Correct. | 01:36:59 |
| 23 | Q   And just so we have it in front of us, I'm | 01:37:06 |
| 24 | going to share it with you. | 01:37:22 |
| 25 | So I'm going back to Exhibit 9.  This is | 01:37:36 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

198

| | | |
|---|---|---|
| 1 | your testimony to the United States Senate in | 01:37:47 |
| 2 | November 2019.  And I'm looking at PDF page 10. | 01:37:51 |
| 3 | And this is the text of Safety | 01:38:00 |
| 4 | Recommendation H-17-42, correct? | 01:38:02 |
| 5 | A    Yes. | 01:38:05 |
| 6 | Q    All right.  And just so it's apparent on | 01:38:07 |
| 7 | the record for those listening: | 01:38:10 |
| 8 | "Develop applications to more | 01:38:13 |
| 9 | effectively sense the driver's level of | 01:38:15 |
| 10 | engagement and alert the driver when | 01:38:16 |
| 11 | engagement is lacking while automated | 01:38:18 |
| 12 | vehicle control systems are in use." | 01:38:21 |
| 13 | Correct? | 01:38:24 |
| 14 | A    That's right. | 01:38:25 |
| 15 | Q    And you sent that statement -- excuse me -- | 01:38:27 |
| 16 | that safety recommendation to the six OEMs that | 01:38:29 |
| 17 | we've already identified, correct? | 01:38:32 |
| 18 | A    That's correct. | 01:38:35 |
| 19 | Q    And one of those OEMs is Volvo North | 01:38:36 |
| 20 | America, correct? | 01:38:44 |
| 21 | A    That's right. | 01:38:45 |
| 22 | Q    Before I get to that, let's keep our eyes | 01:38:49 |
| 23 | on Exhibit 11 for a few minutes here. | 01:38:53 |
| 24 | Again, this is the testimony that you gave | 01:38:56 |
| 25 | to the Senate in 2019, correct? | 01:38:57 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

199

| | | |
|---|---|---|
| 1 | A    That's right. | 01:39:00 |
| 2 | Q    If we scroll up and we look at page 7, here | 01:39:02 |
| 3 | you're talking about "Monitoring an AV Driver's | 01:39:07 |
| 4 | Level of Engagement" for an "SAE-defined Level 2 | 01:39:13 |
| 5 | partial automated" vehicle -- or "system," correct? | 01:39:18 |
| 6 | A    That's right. | 01:39:25 |
| 7 | Q    And in the full paragraph before the end of | 01:39:25 |
| 8 | page 7, you make reference to the Williston, | 01:39:29 |
| 9 | Florida, crash, correct? | 01:39:30 |
| 10 | A    That's right. | 01:39:32 |
| 11 | Q    And in the second sentence of that | 01:39:33 |
| 12 | paragraph, you say: | 01:39:35 |
| 13 | "Tesla assesses the driver's level | 01:39:38 |
| 14 | of engagement by monitoring driver | 01:39:39 |
| 15 | interaction with the steering wheel | 01:39:44 |
| 16 | through changes in steering wheel | 01:39:45 |
| 17 | torque." | 01:39:47 |
| 18 | Did I read that correctly? | 01:39:48 |
| 19 | A    You read it correctly.  And that's a true | 01:39:49 |
| 20 | statement. | 01:39:51 |
| 21 | Q    And then if you look down several lines, | 01:39:53 |
| 22 | you can see a statement that starts out with "This | 01:39:56 |
| 23 | measure."  I'm highlighting it now. | 01:40:01 |
| 24 | A    Yeah.  Mm-hmm. | 01:40:04 |
| 25 | Q    Do you see that? | 01:40:05 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              200

| | | |
|---|---|---|
| 1 | A    Yeah. | 01:40:06 |
| 2 | Q    And "This measure" is a reference to | 01:40:06 |
| 3 | Tesla's driver monitoring system.  And you say: | 01:40:09 |
| 4 | "This measure of driver engagement, | 01:40:11 |
| 5 | however, is misleading." | 01:40:13 |
| 6 | Correct? | 01:40:16 |
| 7 | A    That's what it says, yes. | 01:40:18 |
| 8 | Q    Right.  So you were telling the United | 01:40:19 |
| 9 | States Senate under oath in 2019 that Tesla's | 01:40:22 |
| 10 | measure of driver engagement, which is to say | 01:40:28 |
| 11 | relying on torque measured from the steering | 01:40:32 |
| 12 | wheel -- or measured on the steering wheel is, to | 01:40:35 |
| 13 | use your word, misleading, correct? | 01:40:38 |
| 14 | A    Yes.  I think a better word would have been | 01:40:41 |
| 15 | "insufficient" or "inadequate." | 01:40:43 |
| 16 | Q    Well -- but you used -- you testified that | 01:40:45 |
| 17 | it was, quote, misleading, correct? | 01:40:48 |
| 18 | A    That's correct. | 01:40:52 |
| 19 | Q    And then you went on to say, last sentence | 01:40:54 |
| 20 | in this paragraph: | 01:40:56 |
| 21 | "Simply checking whether the driver | 01:40:57 |
| 22 | has placed a hand on the steering wheel | 01:40:59 |
| 23 | gives little indication of where the | 01:41:01 |
| 24 | driver is focusing his or her | 01:41:04 |
| 25 | attention." | 01:41:07 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    201

| | | |
|---|---|---|
| 1 | Correct? | 01:41:08 |
| 2 | A     That's what it says.  And that's a true | 01:41:09 |
| 3 | statement. | 01:41:10 |
| 4 | Q     Mm-hmm.  And this is from -- testimony by | 01:41:12 |
| 5 | you from 2019, correct? | 01:41:17 |
| 6 | A     We've already established that.  That is | 01:41:19 |
| 7 | correct. | 01:41:20 |
| 8 | Q     Yeah.  And so this would be roughly a year | 01:41:24 |
| 9 | and a half or more after you and your colleagues at | 01:41:26 |
| 10 | the NTSB received responses to Safety Recommendation | 01:41:31 |
| 11 | 17-42 from OEMs like BMW, Mercedes, and -- I | 01:41:36 |
| 12 | mentioned Volvo a few minutes ago. | 01:41:42 |
| 13 | And that would also include Volvo, correct? | 01:41:44 |
| 14 | A     I'm not sure where we're going.  So I'm not | 01:41:49 |
| 15 | following the line of questioning.  This statement | 01:41:51 |
| 16 | is in reference to Tesla's simply checking where the | 01:41:54 |
| 17 | driver has placed his hand on the steering wheel. | 01:42:00 |
| 18 | Q     Yeah, I understand that. | 01:42:03 |
| 19 | But at the time you made this statement | 01:42:04 |
| 20 | under oath to the United States Senate calling | 01:42:06 |
| 21 | Tesla's measure misleading in 2019, you also had in | 01:42:10 |
| 22 | hand -- you and your colleagues at the NTSB also had | 01:42:15 |
| 23 | responses to Safety Recommendation 17-42 from five | 01:42:20 |
| 24 | car companies -- BMW, Mercedes, Nissan, Volkswagen, | 01:42:25 |
| 25 | and Volvo -- correct? | 01:42:32 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

202

| | |
|---|---|
| 1 | A     It was -- the recommendation was -- the | 01:42:35 |
| 2 | recommendation to those five auto manufacturers was | 01:42:38 |
| 3 | classified as "Open - Acceptable Response."  And | 01:42:40 |
| 4 | that indicates that what they have written us sounds | 01:42:44 |
| 5 | like they're on the right path. | 01:42:48 |
| 6 | Q     Uh-huh.  But -- that's good.  Thank you.  I | 01:42:50 |
| 7 | appreciate that. | 01:42:53 |
| 8 | But the answer to my question is, yeah, | 01:42:54 |
| 9 | when you made this testimony to the Senate in 2019, | 01:42:56 |
| 10 | you had responses from those five OEMs, including | 01:42:59 |
| 11 | Volvo, about their driver monitoring system in | 01:43:03 |
| 12 | response to Safety Recommendation 17-42, correct? | 01:43:08 |
| 13 | A     Counselor, I -- Counselor, I can't say that | 01:43:11 |
| 14 | for sure because our board meeting where I made that | 01:43:14 |
| 15 | proclamation that we'd received responses from | 01:43:18 |
| 16 | all -- from five auto manufacturers, we had not | 01:43:21 |
| 17 | received it from Tesla, that board meeting was | 01:43:23 |
| 18 | February of 2020.  And this testimony was on | 01:43:26 |
| 19 | November the 20th of the preceding year. | 01:43:30 |
| 20 | So I cannot -- | 01:43:33 |
| 21 | Q     All right. | 01:43:34 |
| 22 | A     I can't acknowledge -- I can't confirm what | 01:43:35 |
| 23 | you've just said. | 01:43:38 |
| 24 | Q     Let me see if I can show you something that | 01:43:39 |
| 25 | may help you refresh your memory here.  Keeping in | 01:43:41 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    203

| | | |
|---|---|---|
| 1 | mind that this testimony to the Senate where you | 01:43:43 |
| 2 | called Tesla's device misleading -- that was in | 01:43:47 |
| 3 | November 2019 -- let me take that down for a moment | 01:43:51 |
| 4 | and show you a different exhibit.  Okay? | 01:43:54 |
| 5 | A    Okay. | 01:43:56 |
| 6 | Q    And we're going to look at exhibit -- we're | 01:43:57 |
| 7 | going to look at Exhibit 12 now. | 01:43:58 |
| 8 | (Deposition Exhibit 12 was marked for | |
| 9 | identification.) | |
| 10 | BY MR. BRANIGAN: | 01:44:23 |
| 11 | Q    Okay.  Can you see Exhibit 12? | 01:44:23 |
| 12 | A    I do. | 01:44:25 |
| 13 | Q    And Exhibit 12 is entitled "Manufacturer's | 01:44:26 |
| 14 | Responses to NTSB Safety Recommendation 17-41." | 01:44:30 |
| 15 | And I'm going to scroll down.  This is the | 01:44:34 |
| 16 | title page.  We're going to zoom in on 17-42 in a | 01:44:36 |
| 17 | minute. | 01:44:39 |
| 18 | And you can see this is -- at the top of | 01:44:46 |
| 19 | this page that relates to Safety Recommendation | 01:44:47 |
| 20 | H-17-41, it shows that this is from data.ntsb.gov, | 01:44:50 |
| 21 | right?  So this comes from the NTSB, would you | 01:44:58 |
| 22 | agree? | 01:45:00 |
| 23 | A    Yes. | 01:45:01 |
| 24 | Q    Okay.  And let's go down to the section on | 01:45:07 |
| 25 | 17-42. | 01:45:13 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    204

| | | |
|---|---|---|
| 1 | There we go.  Apologize.  It's a long | 01:46:04 |
| 2 | document.  We're now looking at PDF page 51 of this | 01:46:06 |
| 3 | 55-page PDF document.  And you can see that this | 01:46:15 |
| 4 | references now Volvo Cars of North America -- | 01:46:19 |
| 5 | A    Yes, I see that. | 01:46:22 |
| 6 | Q    -- with open and acceptable response.  And | 01:46:22 |
| 7 | this is in the section that deals with 17-42. | 01:46:26 |
| 8 | I've just highlighted it right there at the | 01:46:30 |
| 9 | bottom, correct? | 01:46:31 |
| 10 | A    Yes. | 01:46:33 |
| 11 | Q    And -- sorry.  Apologize for moving around. | 01:46:37 |
| 12 | I'm trying to find the right piece of this. | 01:46:51 |
| 13 | A    You take your time. | 01:46:53 |
| 14 | Q    So what we're looking at in the page that | 01:46:54 |
| 15 | you can see now, PDF page 52, is the communication | 01:46:56 |
| 16 | from the NTSB to Volvo Cars of North America, dated | 01:47:01 |
| 17 | May 15, 2018, correct? | 01:47:08 |
| 18 | A    Correct.  Yes. | 01:47:13 |
| 19 | Q    And you've seen this before, correct? | 01:47:15 |
| 20 | A    I can't say that I've seen that very | 01:47:17 |
| 21 | document.  That's a printout from -- if you go to | 01:47:19 |
| 22 | our safety recommendations page and say, "What's the | 01:47:21 |
| 23 | status of a certain rec?"  So I can't say that I've | 01:47:24 |
| 24 | seen that particular document that you have before | 01:47:27 |
| 25 | you. | 01:47:30 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    205

| | | |
|---|---|---|
| 1 | Q    Well, if we scroll down, we can see that | 01:47:30 |
| 2 | this document makes reference to both Safety | 01:47:38 |
| 3 | Recommendation 17-41 and 17-42, correct? | 01:47:42 |
| 4 | A    Yes.  And which manufacturer was that for? | 01:47:46 |
| 5 | Q    This is still for Volvo. | 01:47:49 |
| 6 | A    Okay.  Got it.  The whole -- the whole file | 01:47:51 |
| 7 | is -- this whole exhibit, whatever it is -- | 01:47:54 |
| 8 | Q    Yes. | 01:47:55 |
| 9 | A    -- is for Volvo? | 01:47:55 |
| 10 | Q    Right. | 01:48:00 |
| 11 | A    Got you.  Got you. | 01:48:00 |
| 12 | Q    And now we have Volvo's response to the | 01:48:01 |
| 13 | NTSB, correct? | 01:48:04 |
| 14 | A    That's certainly what that appears to be. | 01:48:05 |
| 15 | Q    Right.  And it's highlighted here in | 01:48:08 |
| 16 | yellow, and it's from Katherine Yehl, the vice | 01:48:12 |
| 17 | president of government affairs at Volvo. | 01:48:14 |
| 18 | Before we get into the guts of this, let me | 01:48:21 |
| 19 | ask you this. | 01:48:23 |
| 20 | Would you agree with me that Volvo is a | 01:48:24 |
| 21 | company that sort of portrays itself as a motor | 01:48:25 |
| 22 | vehicle manufacturer that puts safety above all | 01:48:31 |
| 23 | else? | 01:48:34 |
| 24 | A    That is my belief.  I've owned a Volvo, and | 01:48:35 |
| 25 | I believe what you've said is true.  That's my | 01:48:37 |

| | | |
|---|---|---|
| 1 | personal opinion. | 01:48:40 |
| 2 | Q   Would you agree that Volvo likes to portray | 01:48:41 |
| 3 | itself as, if not the leader in motor vehicle | 01:48:43 |
| 4 | safety, one of the leaders of motor vehicle safety | 01:48:47 |
| 5 | on the globe? | 01:48:50 |
| 6 | A   Well, I think we just answered that | 01:48:52 |
| 7 | question, did we not?  I think my previous answer | 01:48:53 |
| 8 | stands.  My -- whatever I just said. | 01:48:56 |
| 9 | THE VIDEOGRAPHER:  Counsel, would now be a | 01:49:06 |
| 10 | good time to take a quick break?  I need to change | 01:49:07 |
| 11 | my SD cards. | 01:49:10 |
| 12 | MR. BRANIGAN:  Can you give me two more | 01:49:11 |
| 13 | minutes, or do you need to do it right now? | 01:49:12 |
| 14 | THE VIDEOGRAPHER:  Yeah, two more minutes | 01:49:15 |
| 15 | should be fine. | 01:49:16 |
| 16 | BY MR. BRANIGAN: | 01:49:27 |
| 17 | Q   All right.  I'm scrolling down because I | 01:49:27 |
| 18 | believe this next section is from the NTSB to Volvo | 01:49:28 |
| 19 | about Safety Recommendation 17-42. | 01:49:33 |
| 20 | Oh, sorry.  I've missed it.  I'll tell you | 01:49:40 |
| 21 | what.  Let's take a short break since the | 01:49:42 |
| 22 | videographer needs to change media, and that'll give | 01:49:45 |
| 23 | you a break.  And I'll get to the right question. | 01:49:48 |
| 24 | And, just for planning purposes, I've got | 01:49:50 |
| 25 | about 20 more minutes of questions.  Okay?  So let's | 01:49:54 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    207

| | | |
|---|---|---|
| 1 | take about five, seven minutes. | 01:49:57 |
| 2 | THE WITNESS:  Sounds great.  Thanks.  Just | 01:50:00 |
| 3 | out of curiosity -- | 01:50:02 |
| 4 | THE VIDEOGRAPHER:  Off the record, 13:50. | 01:50:03 |
| 5 | (Recess taken from 1:50 p.m. | |
| 6 | to 1:58 p.m.) | |
| 7 | THE VIDEOGRAPHER:  Back on the record, | 01:58:02 |
| 8 | 13:58. | 01:58:04 |
| 9 | BY MR. BRANIGAN: | 01:58:06 |
| 10 | Q   Okay.  So, Mr. Sumwalt, just to reorient | 01:58:06 |
| 11 | us, Volvo, like the other five OEMs, was sent the | 01:58:09 |
| 12 | NTSB recommendations 17-41 and 17-42 in late -- | 01:58:16 |
| 13 | like, third quarter, fourth quarter of 2017, | 01:58:24 |
| 14 | correct? | 01:58:28 |
| 15 | A   Yes.  We sent those -- yeah, we finished up | 01:58:32 |
| 16 | in September.  So, yes, that's correct.  Yeah. | 01:58:35 |
| 17 | Q   And we can see, in looking at Exhibit 12 | 01:58:38 |
| 18 | here, that -- documents from the NTSB, that Volvo | 01:58:41 |
| 19 | responded to the recommendations on December 27, | 01:58:47 |
| 20 | 2017, correct? | 01:58:51 |
| 21 | A   That's what it shows, yes. | 01:58:54 |
| 22 | Q   Yes.  And in looking at Volvo's response | 01:58:57 |
| 23 | from Ms. Yehl, we can see that Volvo said: | 01:58:59 |
| 24 | "With regard to the two NTSB | 01:59:11 |
| 25 | recommendations..." | 01:59:13 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          208

| | | |
|---|---|---|
| 1 | So Volvo gave a response to both | 01:59:14 |
| 2 | recommendations at the -- in the same piece of | 01:59:16 |
| 3 | information here; is that fair? | 01:59:19 |
| 4 | A    Yeah.  In other words, they had -- they | 01:59:23 |
| 5 | knocked out 41 and 42 in the same breath.  Is that | 01:59:26 |
| 6 | what you're saying, basically? | 01:59:30 |
| 7 | Q    Yes.  Yes. | 01:59:32 |
| 8 | A    Yeah.  I agree.  Yes, sir. | 01:59:32 |
| 9 | Q    And back to the timing of this, if Volvo | 01:59:34 |
| 10 | provided the NTSB with this response in December of | 01:59:38 |
| 11 | 2017, you and your colleagues at the NTSB had this | 01:59:43 |
| 12 | for almost two years before you testified to the | 01:59:47 |
| 13 | US Senate in November of 2019, fair? | 01:59:50 |
| 14 | A    Yes, that's fair. | 01:59:54 |
| 15 | Q    And if we look at what Volvo said when | 01:59:56 |
| 16 | addressing the Safety Recommendations 17-41 and | 02:00:00 |
| 17 | 17-42, specifically this paragraph that starts, "The | 02:00:04 |
| 18 | driver is in control and the system gives | 02:00:13 |
| 19 | assistance" -- do you see that paragraph? | 02:00:15 |
| 20 | A    "The driver's in control" -- yeah, I see | 02:00:17 |
| 21 | that.  Mm-hmm. | 02:00:19 |
| 22 | Q    We can go down to -- | 02:00:20 |
| 23 | A    Mm-hmm. | 02:00:25 |
| 24 | Q    -- the second sentence from the end that | 02:00:25 |
| 25 | starts out: | 02:00:27 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                      209

| | | |
|---|---|---|
| 1 | "The driver is always responsible | 02:00:28 |
| 2 | for maintaining their hands on the wheel | 02:00:29 |
| 3 | and eyes on the road when using these | 02:00:33 |
| 4 | features.  If a driver's hands are not" | 02:00:37 |
| 5 | detected "on the steering wheel, a | 02:00:40 |
| 6 | warning is given to the driver to grasp | 02:00:42 |
| 7 | the steering wheel.  If the driver does | 02:00:44 |
| 8 | not respond to the warning, an | 02:00:47 |
| 9 | additional warning is provided with an | 02:00:49 |
| 10 | audible alert.  If the driver...does not | 02:00:51 |
| 11 | respond, the system disengages." | 02:00:55 |
| 12 | What I just read to you is what Volvo | 02:01:00 |
| 13 | reported to the NTSB in response to 17-41 and 17-42. | 02:01:02 |
| 14 | 17-42 relates to driver monitoring system | 02:01:09 |
| 15 | issue, right? | 02:01:11 |
| 16 | A    I agree. | 02:01:12 |
| 17 | Q    And so Volvo's description of its driver | 02:01:15 |
| 18 | monitoring system is essentially the same as the | 02:01:17 |
| 19 | Tesla driver monitoring system in the sense that it | 02:01:23 |
| 20 | is based on steering wheel sensation or torque | 02:01:25 |
| 21 | measured from the steering wheel, correct? | 02:01:32 |
| 22 | MR. SCHREIBER:  Assumes facts not in | 02:01:36 |
| 23 | evidence.  It's actually laughable that you're | 02:01:36 |
| 24 | making the comparison.  It's argumentative because | 02:01:38 |
| 25 | it requires him to accept that in answering the | 02:01:40 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

210

| | | |
|---|---|---|
| 1 | question. | 02:01:42 |
| 2 | THE WITNESS:  The truth is, from what | 02:01:45 |
| 3 | you've read to me, Mr. Branigan, I can't tell what | 02:01:47 |
| 4 | type of driver monitoring system they have, if | 02:01:49 |
| 5 | they're using steering wheel torque or some other | 02:01:52 |
| 6 | method. | 02:01:54 |
| 7 | BY MR. BRANIGAN: | 02:01:55 |
| 8 | Q    Well, you just read what Volvo reported to | 02:01:55 |
| 9 | you and your colleagues in the NTSB two years before | 02:01:58 |
| 10 | you testified before the senate. | 02:02:01 |
| 11 | You can read all of this that's highlighted | 02:02:04 |
| 12 | yellow.  It's their entire response.  I invite you | 02:02:07 |
| 13 | to do that. | 02:02:10 |
| 14 | In fact, I invite you to do that and tell | 02:02:11 |
| 15 | me if you see any reference concerning Volvo's | 02:02:13 |
| 16 | driver monitoring system other than a reference to | 02:02:16 |
| 17 | hands-on-the-steering-wheel detection. | 02:02:20 |
| 18 | And I'll take you right back up to the top. | 02:02:24 |
| 19 | A    Okay.  All right.  So -- | 02:02:27 |
| 20 | Q    If you read on, you tell me.  Here's where | 02:02:29 |
| 21 | it starts. | 02:02:30 |
| 22 | A    Okay. | 02:02:32 |
| 23 | Q    Tell me when I need to scroll down for you. | 02:02:33 |
| 24 | A    Let's go down to at least the -- put the | 02:02:34 |
| 25 | third paragraph up top.  Okay.  Good.  All right. | 02:02:36 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    211

| | | |
|---|---|---|
| 1 | Got it.  Yeah, that's okay.  And then -- 2017. | 02:02:39 |
| 2 | Let's see.  Looks to me like -- okay. | 02:02:42 |
| 3 | Let's scroll up to the whole new page. | 02:02:58 |
| 4 | "Numerous studies of real-world crash | 02:02:59 |
| 5 | performance..."  So I've read that.  "...abroad show | 02:03:03 |
| 6 | the effectiveness" -- okay.  Scroll up, please. | 02:03:07 |
| 7 | Thanks. | 02:03:09 |
| 8 | Okay.  Scroll up and put all that stuff | 02:03:39 |
| 9 | behind us.  Okay.  Yeah, starting with "VCC."  Let's | 02:03:42 |
| 10 | start there.  See there.  Okay. | 02:03:47 |
| 11 | Yep, you can scroll all the way up and get | 02:04:04 |
| 12 | rid of that page.  Yeah, all right. | 02:04:06 |
| 13 | Okay.  I've read that. | 02:04:16 |
| 14 | Q    Based on your review of Volvo's response to | 02:04:19 |
| 15 | Safety Recommendation 17-42, would you agree with | 02:04:21 |
| 16 | me, sir, that at the time of this response in 2017, | 02:04:25 |
| 17 | December 2017, Volvo, just like Tesla, relied, for | 02:04:29 |
| 18 | its driver monitoring system, on steering wheel | 02:04:35 |
| 19 | sensing, hands on the steering wheel? | 02:04:38 |
| 20 | MR. SCHREIBER:  Foundation, speculation, | 02:04:42 |
| 21 | assumes facts, violates 835. | 02:04:44 |
| 22 | Go ahead. | 02:04:48 |
| 23 | THE WITNESS:  I cannot say that they're | 02:04:49 |
| 24 | using steering wheel torque.  I don't know what | 02:04:50 |
| 25 | they're using, but -- so that's my answer. | 02:04:52 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              212

| | | |
|---|---|---|
| 1 | BY MR. BRANIGAN: | 02:04:55 |
| 2 | Q    Well, did you read anything about the use | 02:04:55 |
| 3 | of camera technology as part of a driver monitoring | 02:04:57 |
| 4 | system in -- | 02:05:01 |
| 5 | A    No. | 02:05:02 |
| 6 | Q    -- Volvo's response? | 02:05:02 |
| 7 | A    No. | 02:05:03 |
| 8 | Q    Did you read anything about the use of | 02:05:05 |
| 9 | technology to measure eye location or eye gaze as | 02:05:07 |
| 10 | part of Volvo's response? | 02:05:12 |
| 11 | A    No. | 02:05:13 |
| 12 | Q    The only thing that you read in Volvo's | 02:05:15 |
| 13 | response concerning its driver monitoring system is | 02:05:17 |
| 14 | a statement about detection of hands on the steering | 02:05:22 |
| 15 | wheel, correct? | 02:05:25 |
| 16 | A    Correct. | 02:05:27 |
| 17 | Q    Yeah.  So -- now let's go back and look at | 02:05:29 |
| 18 | what the NTSB said in response to Volvo's response | 02:05:33 |
| 19 | concerning 17-42.  Here's the NTSB's response.  And | 02:05:36 |
| 20 | it's dated May 15, 2018.  And it's called "Type: | 02:05:45 |
| 21 | Official Correspondence," right? | 02:05:50 |
| 22 | A    Yes. | 02:05:52 |
| 23 | Q    And we can scroll down to this section here | 02:05:53 |
| 24 | where it says: | 02:05:58 |
| 25 |         "We appreciate your description..." | 02:05:58 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          213

| | | |
|---|---|---|
| 1 | Do you see that? | 02:06:00 |
| 2 | A    Yes. | 02:06:03 |
| 3 | Q    Okay.  I would invite you to read that | 02:06:04 |
| 4 | paragraph to the bottom of the page.  And then I'd | 02:06:06 |
| 5 | invite you to read -- and when you're ready for me | 02:06:10 |
| 6 | to scroll down, I will -- the rest of what is stated | 02:06:13 |
| 7 | by the NTSB on the following page. | 02:06:18 |
| 8 | A    Okay.  All right. | 02:06:20 |
| 9 | Q    But why don't you please start by reading | 02:06:20 |
| 10 | where it says: | 02:06:22 |
| 11 | "We appreciate your description of | 02:06:23 |
| 12 | Volvo Car's" -- | 02:06:25 |
| 13 | A    Sure. | 02:06:27 |
| 14 | Q    -- "automation features..." | 02:06:27 |
| 15 | A    Right. | 02:06:29 |
| 16 | First part's really ODD.  Okay.  Let's see. | 02:06:44 |
| 17 | Let me go back read that again. | 02:06:56 |
| 18 | Okay.  Scroll.  Yeah, okay.  I've read it. | 02:07:18 |
| 19 | Q    So at least as of May of 2018, in the minds | 02:07:32 |
| 20 | of you and your colleagues at the NTSB, Volvo was | 02:07:37 |
| 21 | relying on steering wheel torque to capture where a | 02:07:42 |
| 22 | driver is focusing his or her attention, correct? | 02:07:45 |
| 23 | MR. SCHREIBER:  Same objections. | 02:07:51 |
| 24 | THE WITNESS:  Yes. | 02:07:53 |
| 25 | There was an objection there.  I overspoke. | 02:07:53 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    214

| | | |
|---|---|---|
| 1 | But yes.  That's what it says, yes. | 02:07:56 |
| 2 | Correct. | 02:07:59 |
| 3 | BY MR. BRANIGAN: | 02:08:00 |
| 4 | Q    Right.  Now, going back to your testimony | 02:08:00 |
| 5 | to the United States Senate in November of 2019, you | 02:08:05 |
| 6 | and your colleagues at the NTSB had Volvo's response | 02:08:13 |
| 7 | as of December 2017, and you had responses from the | 02:08:18 |
| 8 | other OEMs before you testified before the Senate, | 02:08:20 |
| 9 | correct? | 02:08:24 |
| 10 | A    Yes. | 02:08:25 |
| 11 | Q    And none of those other OEMs -- not BMW, | 02:08:28 |
| 12 | not Nissan, not Mercedes, not VW, not Volvo -- told | 02:08:32 |
| 13 | you and your colleagues at the NTSB that they were | 02:08:38 |
| 14 | using something other than steering wheel torque to | 02:08:43 |
| 15 | capture where a driver is focusing for their level 2 | 02:08:48 |
| 16 | ADAS systems at that time. | 02:08:50 |
| 17 | Isn't that a fact, sir? | 02:08:53 |
| 18 | MR. SCHREIBER:  Foundation -- | 02:08:54 |
| 19 | THE WITNESS:  I don't know. | 02:08:55 |
| 20 | MR. SCHREIBER:  Yeah, foundation, | 02:08:55 |
| 21 | speculation and assumes facts.  And it's | 02:08:56 |
| 22 | inaccurate -- | 02:08:59 |
| 23 | BY MR. BRANIGAN: | 02:08:59 |
| 24 | Q    Well, I'll represent to you, sir, that if | 02:08:59 |
| 25 | we spent the time to go through each response that | 02:09:02 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    215

| | | |
|---|---|---|
| 1 | we have from those five other OEMs -- really four | 02:09:04 |
| 2 | because we've already established what Volvo told | 02:09:08 |
| 3 | you in December of 2017 -- that each of those | 02:09:11 |
| 4 | companies told you that, just like Volvo and just | 02:09:15 |
| 5 | like Tesla, they relied on steering wheel torque as | 02:09:18 |
| 6 | a measure of driver engagement and attention. | 02:09:22 |
| 7 | Do you have any reason to disagree with | 02:09:27 |
| 8 | that, sir? | 02:09:28 |
| 9 | A    That premise -- | 02:09:29 |
| 10 | MR. SCHREIBER:  Calls for speculation, | 02:09:29 |
| 11 | assumes facts, argumentative. | 02:09:32 |
| 12 | Go ahead. | 02:09:34 |
| 13 | THE WITNESS:  I think you're making the | 02:09:36 |
| 14 | premise or -- you're saying that you will represent | 02:09:37 |
| 15 | to me that those other manufacturers basically said | 02:09:40 |
| 16 | the same as Volvo in terms of steering wheel torque. | 02:09:42 |
| 17 | Is that what you're saying, Mr. Branigan? | 02:09:45 |
| 18 | BY MR. BRANIGAN: | 02:09:47 |
| 19 | Q    It is what I'm saying.  And I'm asking you | 02:09:47 |
| 20 | if you have any reason to disagree with my | 02:09:49 |
| 21 | representation. | 02:09:52 |
| 22 | A    My only disagreement would be that I can't | 02:09:55 |
| 23 | verify that that's correct. | 02:09:58 |
| 24 | Q    Well, I'm not interested in making this | 02:10:01 |
| 25 | process any longer than it needs to be, but if you | 02:10:04 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                          216

| | | |
|---|---|---|
| 1 | want to verify -- the responses are right in front | 02:10:06 |
| 2 | of us -- you can go through each response from the | 02:10:10 |
| 3 | other four OEMs that we haven't looked at yet if | 02:10:12 |
| 4 | you'd like to verify my representation to you, sir. | 02:10:15 |
| 5 | But I'm representing to you that I've read | 02:10:20 |
| 6 | it and that's what they've said. | 02:10:23 |
| 7 | So I'm ready to ask my next question unless | 02:10:25 |
| 8 | you want to read it all. | 02:10:30 |
| 9 | A   All right.  So my answer on that is is | 02:10:32 |
| 10 | that -- | 02:10:33 |
| 11 | MR. SCHREIBER:  Well, hold on.  Hold on. | 02:10:34 |
| 12 | I'll just object.  There's actually not a question. | 02:10:35 |
| 13 | That was just a speech by Mr. Branigan that -- what | 02:10:37 |
| 14 | he read.  So great. | 02:10:39 |
| 15 | BY MR. BRANIGAN: | 02:10:42 |
| 16 | Q   So I state again -- I ask again:  Do you | 02:10:42 |
| 17 | have any reason or any basis to disagree with my | 02:10:45 |
| 18 | representation that the other four OEMs, BMW, | 02:10:49 |
| 19 | Mercedes, Nissan, Volkswagen, told the NTSB | 02:10:53 |
| 20 | essentially the same that Volvo told you and that we | 02:10:58 |
| 21 | know Tesla was doing, that they relied on steering | 02:11:04 |
| 22 | wheel torque to determine driver engagement while | 02:11:07 |
| 23 | their level 2 ADAS systems were in operation? | 02:11:10 |
| 24 | MR. SCHREIBER:  Same objections. | 02:11:13 |
| 25 | THE WITNESS:  Yeah, I honestly don't even | 02:11:17 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    217

| | | |
|---|---|---|
| 1 | know if that's a question. | 02:11:19 |
| 2 | BY MR. BRANIGAN: | 02:11:20 |
| 3 | Q    The question is:  Do you have any reason to | 02:11:20 |
| 4 | disagree with what I just said? | 02:11:24 |
| 5 | A    Other than the fact that I have not looked | 02:11:25 |
| 6 | at it myself, I can't agree or disagree with you.  I | 02:11:26 |
| 7 | mean, if -- you know, if that's what they said, | 02:11:31 |
| 8 | that's what they said.  I can't testify that that's | 02:11:34 |
| 9 | what they said other than from your representing | 02:11:37 |
| 10 | that that's what they said. | 02:11:43 |
| 11 | Q    Well, would you agree with me, sir, that | 02:11:45 |
| 12 | when you testified before the senate in 2019 and you | 02:11:46 |
| 13 | talked about Tesla's means of driver monitoring and | 02:11:51 |
| 14 | you called it misleading, you didn't point out that | 02:11:55 |
| 15 | Volvo, for example, also used steering wheel torque | 02:11:59 |
| 16 | to capture where a driver is focusing his or her | 02:12:04 |
| 17 | attention even though you and your colleagues at the | 02:12:08 |
| 18 | NTSB knew that that's exactly the way Volvo was | 02:12:11 |
| 19 | measuring driver attention at the time? | 02:12:16 |
| 20 | A    The inadequacy -- or the misleading part of | 02:12:17 |
| 21 | what Tesla was doing is that they were leading you | 02:12:23 |
| 22 | to believe that if you had any significant time away | 02:12:26 |
| 23 | from the steering wheel, that it would alert you. | 02:12:30 |
| 24 | But we know that in some cases that alerting could | 02:12:32 |
| 25 | wait as long as six minutes. | 02:12:37 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

218

| | | |
|---|---|---|
| 1 | Q    And I'll move to strike as nonresponsive. | 02:12:40 |
| 2 | My question is:  It is true that when you | 02:12:42 |
| 3 | testified before the US Senate and told the | 02:12:47 |
| 4 | US Senate under oath that Tesla's reliance on | 02:12:50 |
| 5 | steering wheel torque to measure driver engagement | 02:12:55 |
| 6 | was misleading, you didn't tell the senate that you | 02:12:57 |
| 7 | had answers from companies like Volvo that said they | 02:13:01 |
| 8 | were doing the same thing, did you, sir? | 02:13:04 |
| 9 | A    No.  Correct.  We did not -- we did not say | 02:13:09 |
| 10 | that the others were doing the same thing.  And I | 02:13:11 |
| 11 | will -- | 02:13:15 |
| 12 | Q    And it's clear now -- it's clear now from | 02:13:15 |
| 13 | Exhibit 12 that at least Volvo told you in December | 02:13:19 |
| 14 | of 2017 that they were doing the same thing that | 02:13:24 |
| 15 | Tesla was doing, correct, sir? | 02:13:28 |
| 16 | A    That's correct. | 02:13:30 |
| 17 | MR. SCHREIBER:  Same objections. | 02:13:32 |
| 18 | THE COURT REPORTER:  Was that -- | 02:13:36 |
| 19 | BY MR. BRANIGAN: | 02:13:36 |
| 20 | Q    Sir -- | 02:13:36 |
| 21 | THE COURT REPORTER:  -- "Same objections," | 02:13:36 |
| 22 | Mr. Schreiber? | 02:13:36 |
| 23 | MR. SCHREIBER:  It was. | 02:13:37 |
| 24 | BY MR. BRANIGAN: | 02:13:39 |
| 25 | Q    Sir, do you know if any OEM selling a | 02:13:39 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

219

| | | |
|---|---|---|
| 1 | level 2 ADAS system has changed the design of their | 02:13:43 |
| 2 | driver monitoring system because of the Safety | 02:13:48 |
| 3 | Recommendation 17-42 from the NTSB? | 02:13:52 |
| 4 | MR. SCHREIBER:  Same objections.  Well, | 02:13:56 |
| 5 | I'll just limit it to speculation, foundation, and | 02:13:58 |
| 6 | relevance. | 02:14:01 |
| 7 | THE WITNESS:  I have no knowledge of that. | 02:14:02 |
| 8 | BY MR. BRANIGAN: | 02:14:08 |
| 9 | Q    Do you know if any OEM selling a level 2 | 02:14:08 |
| 10 | ADAS system has changed the design of the safeguards | 02:14:10 |
| 11 | or system limitations for their systems because of | 02:14:14 |
| 12 | the NTSB's recommendation 17-41? | 02:14:18 |
| 13 | MR. SCHREIBER:  Same. | 02:14:23 |
| 14 | THE WITNESS:  I have no knowledge of that. | 02:14:24 |
| 15 | BY MR. BRANIGAN: | 02:14:28 |
| 16 | Q    Of course, you're familiar with the | 02:14:28 |
| 17 | National Highway Traffic Safety Administration, | 02:14:30 |
| 18 | right? | 02:14:33 |
| 19 | A    I am. | 02:14:34 |
| 20 | Q    And you've leveled various criticisms | 02:14:34 |
| 21 | against the NHTSA because, in your view, the NHTSA | 02:14:36 |
| 22 | has not acted appropriately, either timely or in the | 02:14:40 |
| 23 | way that you think you and your colleagues at the | 02:14:46 |
| 24 | NTSB think NHTSA should act with respect to level 2 | 02:14:49 |
| 25 | ADAS technology, correct? | 02:14:53 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

220

| | | |
|---|---|---|
| 1 | A    That's right. | 02:14:57 |
| 2 | Q    Do you know if NHTSA has published any new | 02:15:00 |
| 3 | Federal Motor Vehicle Safety Standards because of | 02:15:02 |
| 4 | the NTSB's recommendation 17-41 or 17-42? | 02:15:04 |
| 5 | A    No.  I'm under the impression there had | 02:15:15 |
| 6 | been an NPRM or an ANPRM, notice of proposed | 02:15:17 |
| 7 | rulemaking, but I do not believe that they have | 02:15:23 |
| 8 | enacted final rulemaking. | 02:15:26 |
| 9 | Q    Can you tell me the specifics of that | 02:15:28 |
| 10 | rulemaking activity that you just alluded to? | 02:15:29 |
| 11 | A    No. | 02:15:31 |
| 12 | Q    You've made some comments earlier today | 02:15:41 |
| 13 | about driver distraction, correct? | 02:15:44 |
| 14 | A    I don't think I talked about distraction. | 02:15:48 |
| 15 | I talked about inattention. | 02:15:50 |
| 16 | Q    Inattention.  Okay.  We'll use that word. | 02:15:53 |
| 17 | That's a perfectly good word, and I think, frankly, | 02:15:55 |
| 18 | you're right.  So forgive me if I misstated, driver | 02:15:58 |
| 19 | inattention. | 02:16:02 |
| 20 | Would you agree with me, sir, that well | 02:16:03 |
| 21 | before level 2 ADAS technology was available in | 02:16:07 |
| 22 | motor vehicles, drivers drove inattentively for a | 02:16:13 |
| 23 | variety of reasons? | 02:16:19 |
| 24 | MR. SCHREIBER:  Foundation. | 02:16:21 |
| 25 | THE WITNESS:  Absolutely. | 02:16:22 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    221

| | | |
|---|---|---|
| 1 | MR. SCHREIBER:  Foundation, speculation, | 02:16:23 |
| 2 | violation of 835. | 02:16:25 |
| 3 | BY MR. BRANIGAN: | 02:16:26 |
| 4 | Q    So, for example, drivers' attention would | 02:16:26 |
| 5 | be distracted from the task of driving by things | 02:16:31 |
| 6 | like children in their car, right? | 02:16:35 |
| 7 | A    Absolutely, yes. | 02:16:39 |
| 8 | Q    Eating food while they try to drive, | 02:16:41 |
| 9 | correct? | 02:16:43 |
| 10 | A    That's correct.  But there's a difference. | 02:16:46 |
| 11 | Q    Looking at a map or reading directions, | 02:16:49 |
| 12 | that could cause driver inattention, correct? | 02:16:52 |
| 13 | A    Yes. | 02:16:56 |
| 14 | Q    And, of course, you know, using a cell | 02:16:57 |
| 15 | phone either to talk or to text, that can cause | 02:17:01 |
| 16 | driver inattention from the task of driving, | 02:17:04 |
| 17 | correct? | 02:17:07 |
| 18 | A    Absolutely. | 02:17:08 |
| 19 | Q    And all of those causes of driver | 02:17:10 |
| 20 | inattention that I just identified can occur whether | 02:17:12 |
| 21 | the driver is in a vehicle with L2 ADAS technology | 02:17:16 |
| 22 | engaged or not or a vehicle that doesn't have that | 02:17:20 |
| 23 | level of technology, correct? | 02:17:23 |
| 24 | A    That's correct. | 02:17:26 |
| 25 | Q    You're aware that NHTSA has studied driver | 02:17:33 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

222

| | | |
|---|---|---|
| 1 | inattention over the years, correct? | 02:17:39 |
| 2 | A    You know, you would think I would know | 02:17:43 |
| 3 | that.  I can't say at this point. | 02:17:44 |
| 4 | Q    Are you aware that NHTSA published a report | 02:17:50 |
| 5 | called "The Economic and Societal Impact of Motor | 02:17:53 |
| 6 | Vehicle Crashes" in 2019 and then updated it in | 02:17:56 |
| 7 | 2023? | 02:18:01 |
| 8 | A    I am not. | 02:18:02 |
| 9 | Q    All right.  Let's touch on a different | 02:18:07 |
| 10 | topic here. | 02:18:09 |
| 11 | You talked about this conversation, this | 02:18:15 |
| 12 | telephone conversation, a couple of them, that you | 02:18:18 |
| 13 | had with Elon Musk in 2018 -- April of 2018, | 02:18:19 |
| 14 | correct? | 02:18:26 |
| 15 | A    Yes. | 02:18:27 |
| 16 | Q    And you said after the -- during the second | 02:18:27 |
| 17 | conversation when you told him that Tesla's status | 02:18:33 |
| 18 | as a party to the investigation of the crash that | 02:18:37 |
| 19 | you referred to as the Mountain View crash was | 02:18:41 |
| 20 | being -- I don't know if it's right to say canceled | 02:18:46 |
| 21 | or ended, discontinued -- | 02:18:48 |
| 22 | A    Revoked. | 02:18:51 |
| 23 | Q    -- revoked, you said that you believe that | 02:18:51 |
| 24 | Mr. Musk hung up on you on that call. | 02:18:55 |
| 25 | Is that your testimony? | 02:18:59 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    223

| | | |
|---|---|---|
| 1 | A    Yes, that's my testimony.  And that's the | 02:19:03 |
| 2 | assumption that I've been on ever since that day | 02:19:05 |
| 3 | because the conversation ended with him -- he was | 02:19:09 |
| 4 | arguing with us. | 02:19:12 |
| 5 | And when I told him that he was -- that, | 02:19:13 |
| 6 | "No, we're not debating whether or not you're being | 02:19:14 |
| 7 | removed.  You are officially removed from the | 02:19:17 |
| 8 | investigation," then that's when the phone just went | 02:19:19 |
| 9 | dead. | 02:19:23 |
| 10 | Q    Would I be right, Mr. Sumwalt, if I said | 02:19:24 |
| 11 | that you took some level of personal offense to | 02:19:26 |
| 12 | being, as you put it, hung up on by Mr. Musk? | 02:19:31 |
| 13 | A    I'm not sure if I was offended by it.  But | 02:19:38 |
| 14 | I think that we sort of sat there in shock after the | 02:19:40 |
| 15 | conversation because it was -- it was combative. | 02:19:50 |
| 16 | And we just kind of sat there and said, "Well, what | 02:19:54 |
| 17 | was that?"  I'm not sure if I took personal offense | 02:19:58 |
| 18 | to it.  In fact, I -- | 02:20:02 |
| 19 | Q    Well, it certainly didn't -- it didn't sit | 02:20:03 |
| 20 | well with you, did it, sir? | 02:20:06 |
| 21 | A    What it -- what it did -- no, no, I'd say | 02:20:08 |
| 22 | if anybody hung up on you, it wouldn't sit well.  So | 02:20:13 |
| 23 | I think that's a fair statement, what you just said. | 02:20:17 |
| 24 | If I hung up on you, it would -- you know, you would | 02:20:20 |
| 25 | be like, "What was that all about?" | 02:20:23 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    224

| | | |
|---|---|---|
| 1 | So, yeah, it did -- you know, it was -- in | 02:20:25 |
| 2 | a professional setting, you don't expect that | 02:20:28 |
| 3 | behavior. | 02:20:31 |
| 4 | Q    It didn't sit well with you to the point | 02:20:31 |
| 5 | where you even posted a note about it on your | 02:20:34 |
| 6 | LinkedIn account.  Told the world through your | 02:20:38 |
| 7 | LinkedIn posting that you had this conversation with | 02:20:41 |
| 8 | Mr. Musk and he hung up on you, correct? | 02:20:43 |
| 9 | A    I may have.  That sounds like something I | 02:20:46 |
| 10 | would do. | 02:20:48 |
| 11 | Q    And not only did you tell the world through | 02:20:50 |
| 12 | your LinkedIn account that Mr. Musk hung up on you, | 02:20:53 |
| 13 | you also included in that posting the April 2018 | 02:20:55 |
| 14 | letter that you had sent to Mr. Musk telling him | 02:21:03 |
| 15 | that Tesla was being kicked out of the investigation | 02:21:06 |
| 16 | into the Mountain View crash, correct? | 02:21:12 |
| 17 | A    That's correct.  I took photos of the | 02:21:14 |
| 18 | letter and attached it to the LinkedIn post. | 02:21:17 |
| 19 | Q    You're aware that several years after that | 02:21:23 |
| 20 | incident, that phone hang-up incident, "The New York | 02:21:28 |
| 21 | Times" ran a -- developed a documentary about Tesla | 02:21:31 |
| 22 | that was highly critical of Tesla?  You're aware of | 02:21:38 |
| 23 | that? | 02:21:42 |
| 24 | A    Yes, I am. | 02:21:42 |
| 25 | Q    You watched that, did you not, sir? | 02:21:44 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

225

| | | |
|---|---|---|
| 1 | A    I watched it once because, as you know, I | 02:21:47 |
| 2 | was interviewed for that. | 02:21:49 |
| 3 | Q    Right.  And not only did you watch it, but | 02:21:51 |
| 4 | you posted a link to a "Los Angeles Times" story | 02:21:56 |
| 5 | letting everybody know that that "New York Times" | 02:22:02 |
| 6 | documentary critical of Tesla was going to be aired | 02:22:06 |
| 7 | on the FX and Hulu streaming services, correct? | 02:22:09 |
| 8 | A    I don't recall that, but I -- sounds like | 02:22:14 |
| 9 | something I would do. | 02:22:17 |
| 10 | Q    And that was over four years after this | 02:22:19 |
| 11 | hang-up episode with Mr. Musk, correct? | 02:22:24 |
| 12 | A    Well, let's see here.  I did the -- we hung | 02:22:28 |
| 13 | up in -- and he allegedly hung up in April of '18. | 02:22:31 |
| 14 | And -- you're right.  And the documentary would have | 02:22:37 |
| 15 | come out sometime in 2022. | 02:22:41 |
| 16 | Q    And you know, because of your involvement | 02:22:45 |
| 17 | with that documentary, that that wasn't a puff piece | 02:22:48 |
| 18 | about Tesla, was it, sir? | 02:22:53 |
| 19 | A    No.  I'm trying to think of the title of | 02:22:55 |
| 20 | it.  But, no, it was not -- I felt like it was an | 02:22:57 |
| 21 | accurate portrayal of the attitudes that safe -- | 02:23:01 |
| 22 | that Tesla has portrayed as it relates to safety. | 02:23:05 |
| 23 | Q    Were you paid for your interview -- | 02:23:10 |
| 24 | A    No. | 02:23:13 |
| 25 | Q    -- in that documentary, sir? | 02:23:13 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

226

| | | |
|---|---|---|
| 1 | A    No, I was not. | 02:23:15 |
| 2 | Q    So you voluntarily went on that documentary | 02:23:17 |
| 3 | and provided your position about Tesla in the | 02:23:19 |
| 4 | documentary, correct? | 02:23:24 |
| 5 | A    That's right. | 02:23:26 |
| 6 | Q    And your position wasn't flattering of | 02:23:27 |
| 7 | Tesla, was it? | 02:23:30 |
| 8 | A    No, because I had experienced accidents | 02:23:31 |
| 9 | involving the Tesla product, and they would not even | 02:23:34 |
| 10 | respond to our recommendations. | 02:23:42 |
| 11 | Q    And, of course, you got hung up on, | 02:23:47 |
| 12 | correct? | 02:23:49 |
| 13 | You didn't like that. | 02:23:50 |
| 14 | That didn't sit well with you, right? | 02:23:51 |
| 15 | A    I've testified to that.  I've already said | 02:23:53 |
| 16 | that. | 02:23:55 |
| 17 | Q    Now, just to be clear, the investigation | 02:24:06 |
| 18 | that you were discussion -- excuse me -- discussing | 02:24:11 |
| 19 | with Mr. Musk in April of 2018, that had nothing to | 02:24:13 |
| 20 | do with a 2019 Model S or a 2019 Model 3, obviously, | 02:24:20 |
| 21 | because it was 2018, correct? | 02:24:26 |
| 22 | A    You just answered your own question. | 02:24:30 |
| 23 | Q    Yeah.  So it had something to do with | 02:24:33 |
| 24 | vehicles -- a vehicle not even involved in the | 02:24:36 |
| 25 | Benavides case, which involves a 2019 Model S, | 02:24:40 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                     227

| | | |
|---|---|---|
| 1 | correct? | 02:24:43 |
| 2 | A    That's correct.  I don't even know what | 02:24:45 |
| 3 | case I'm testifying in at this point.  I mean, so -- | 02:24:46 |
| 4 | so, yeah, it didn't involve Benavides at all. | 02:24:50 |
| 5 | Q    And then you showed us some texts.  You -- | 02:24:57 |
| 6 | we appreciate you sharing those with us today.  You | 02:25:01 |
| 7 | showed us a text that you sent to Mr. Musk.  I think | 02:25:04 |
| 8 | you said that was in 2021.  Is that right? | 02:25:09 |
| 9 | A    It was the 25th of February of 2020. | 02:25:11 |
| 10 | Q    2020.  Sorry.  And you got a response, you | 02:25:17 |
| 11 | say, from Mr. Musk that just had two question marks | 02:25:19 |
| 12 | in it, correct? | 02:25:23 |
| 13 | A    That's right. | 02:25:25 |
| 14 | Q    Did you ever respond further to Mr. Musk, | 02:25:25 |
| 15 | to his text with just two question marks to find out | 02:25:28 |
| 16 | what that meant? | 02:25:32 |
| 17 | A    No, I did not. | 02:25:34 |
| 18 | Q    Those aren't the only texts that you've | 02:25:37 |
| 19 | exchanged with Mr. Musk, though, over the years, | 02:25:40 |
| 20 | correct? | 02:25:43 |
| 21 | A    That's right.  I'll be glad to share you -- | 02:25:43 |
| 22 | share with you what I have sent. | 02:25:47 |
| 23 | Q    Let me ask you a couple questions about the | 02:25:52 |
| 24 | use of level 2 ADAS technology to see if we can | 02:25:55 |
| 25 | agree on a couple things here. | 02:26:00 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                      228

| | | |
|---|---|---|
| 1 | Would you agree with me that a driver of a | 02:26:03 |
| 2 | vehicle, whether it's a Tesla vehicle or any | 02:26:07 |
| 3 | vehicle, motor vehicle with level 2 ADAS technology, | 02:26:10 |
| 4 | should never allow a cell phone to distract them | 02:26:14 |
| 5 | from the driving task? | 02:26:18 |
| 6 | MR. SCHREIBER:  Foundation, speculation, | 02:26:22 |
| 7 | 835. | 02:26:23 |
| 8 | THE WITNESS:  Would I agree -- I want to | 02:26:26 |
| 9 | paraphrase your question to make sure I understand | 02:26:27 |
| 10 | it.  Would I -- | 02:26:29 |
| 11 | I'll tell you what, Ms. Sharp, could you | 02:26:32 |
| 12 | just repeat the question? | 02:26:34 |
| 13 | MR. BRANIGAN:  Sure. | 02:26:36 |
| 14 | THE WITNESS:  Thank you. | 02:26:38 |
| 15 | (The record was read as follows: | 02:26:38 |
| 16 | Q   Let me ask you a couple questions about | 02:26:39 |
| 17 | the use of level 2 ADAS technology to see | 02:26:39 |
| 18 | if we can agree on a couple things here. | 02:26:39 |
| 19 | Would you agree with me that a | 02:26:39 |
| 20 | driver of a vehicle, whether it's a | 02:26:39 |
| 21 | Tesla vehicle or any vehicle, motor | 02:26:39 |
| 22 | vehicle with level 2 ADAS technology, | 02:26:39 |
| 23 | should never allow a cell phone to | 02:26:39 |
| 24 | distract them from the driving task?) | 02:26:39 |
| 25 | THE WITNESS:  I would agree that that's a | 02:27:06 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    229

| | | |
|---|---|---|
| 1 | statement for any vehicle that is level 2 or below. | 02:27:08 |
| 2 | So, yeah, that's my statement. | 02:27:17 |
| 3 | BY MR. BRANIGAN: | 02:27:22 |
| 4 |    Q   Would you agree that a driver operating a | 02:27:22 |
| 5 | vehicle with level 2 ADAS engaged also should not | 02:27:25 |
| 6 | reach for an object that might be on the floor | 02:27:29 |
| 7 | because they dropped it or across the seat -- object | 02:27:33 |
| 8 | like a cell phone? | 02:27:38 |
| 9 |       MR. SCHREIBER:  Same objections. | 02:27:41 |
| 10 |       THE WITNESS:  Yes.  I agree that the | 02:27:43 |
| 11 | driver's sole responsibility is to drive the car to | 02:27:45 |
| 12 | make sure it's doing what it should do.  And | 02:27:49 |
| 13 | anything that distracts from that task should not be | 02:27:53 |
| 14 | done. | 02:27:57 |
| 15 | BY MR. BRANIGAN: | 02:27:58 |
| 16 |    Q   Would you also agree that if a driver | 02:27:58 |
| 17 | driving a vehicle with level 2 ADAS technology | 02:28:01 |
| 18 | engaged did something like drop a cell phone and | 02:28:06 |
| 19 | reached for it and then had a crash while they were | 02:28:12 |
| 20 | reaching for their cell phone, that they would be at | 02:28:18 |
| 21 | fault for the crash?  It would be their fault? | 02:28:21 |
| 22 |       MR. SCHREIBER:  Object -- foundation, | 02:28:26 |
| 23 | speculation, legal conclusion, invade the province | 02:28:28 |
| 24 | of the jury, improper, incomplete hypothetical. | 02:28:32 |
| 25 |       I could go on, but I won't. | 02:28:37 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                           230

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yeah, I'm not qualified in | 02:28:41 |
| 2 | this particular case to determine -- to determine | 02:28:42 |
| 3 | fault without hearing all the facts.  And then I'd | 02:28:45 |
| 4 | want to be a part of a jury and instructed properly | 02:28:49 |
| 5 | by the judge to make that determination. | 02:28:51 |
| 6 | BY MR. BRANIGAN: | 02:28:56 |
| 7 | Q    So you just don't want to answer that | 02:28:56 |
| 8 | question; is that right? | 02:28:58 |
| 9 | A    I've answered the question. | 02:28:59 |
| 10 | MR. SCHREIBER:  Oh, that's absolutely | 02:29:00 |
| 11 | inappropriate, Mr. Branigan.  You know that.  You -- | 02:29:01 |
| 12 | THE WITNESS:  I have -- I have -- | 02:29:04 |
| 13 | BY MR. BRANIGAN: | 02:29:04 |
| 14 | Q    Well, is -- | 02:29:04 |
| 15 | A    -- answered the question. | 02:29:04 |
| 16 | Q    Is it that you can't answer the question as | 02:29:05 |
| 17 | phrased? | 02:29:08 |
| 18 | A    Yes.  I'm -- | 02:29:09 |
| 19 | MR. SCHREIBER:  It's an incomplete | 02:29:09 |
| 20 | hypothetical.  It's an inappropriate question.  It | 02:29:10 |
| 21 | lacks foundation.  It calls for speculation and | 02:29:13 |
| 22 | expert opinion.  And it directly violates 835, which | 02:29:16 |
| 23 | you were the one jumping up and down all about from | 02:29:18 |
| 24 | the beginning of this deposition about an improper | 02:29:21 |
| 25 | expert opinion testimony. | 02:29:24 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    231

| | | |
|---|---|---|
| 1 | MR. BRANIGAN:  Counsel, I -- | 02:29:24 |
| 2 | MR. SCHREIBER:  I nibble around the edges. | 02:29:26 |
| 3 | MR. BRANIGAN:  Counsel, I've said -- | 02:29:29 |
| 4 | MR. SCHREIBER:  You've been going straight | 02:29:29 |
| 5 | to it. | 02:29:29 |
| 6 | MR. BRANIGAN:  -- I've said multiple times | 02:29:29 |
| 7 | today I object to your speaking objections.  You can | 02:29:31 |
| 8 | just make your objection.  You don't need a speech | 02:29:34 |
| 9 | that's designed to coach your retained fact witness. | 02:29:37 |
| 10 | So would you please try to limit yourself | 02:29:40 |
| 11 | to a lawful objection? | 02:29:42 |
| 12 | MR. SCHREIBER:  I'm trying my best. | 02:29:45 |
| 13 | BY MR. BRANIGAN: | 02:29:47 |
| 14 | Q    Would you agree, Mr. Sumwalt, that a driver | 02:29:47 |
| 15 | should never rely solely on a level 2 ADAS system to | 02:29:51 |
| 16 | operate a motor vehicle for them when the system is | 02:30:00 |
| 17 | engaged? | 02:30:04 |
| 18 | A    Yes. | 02:30:05 |
| 19 | MR. SCHREIBER:  Same -- | 02:30:05 |
| 20 | THE WITNESS:  I'm sorry, there, Ms. Sharp. | 02:30:08 |
| 21 | He had an objection, and I jumped in a little early. | 02:30:08 |
| 22 | BY MR. BRANIGAN: | 02:30:11 |
| 23 | Q    All right.  Give me just -- | 02:30:14 |
| 24 | THE COURT REPORTER:  Could you repeat your | 02:30:14 |
| 25 | objection? | 02:30:14 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                              232

| | | |
|---|---|---|
| 1 | MR. SCHREIBER:  I just said, "Same | 02:30:15 |
| 2 | objections."  It was the laundry list from before. | 02:30:16 |
| 3 | And the witness said, "Yes." | 02:30:18 |
| 4 | MR. BRANIGAN:  Why don't we do this.  I | 02:30:21 |
| 5 | think I may be done, but I'd like just a couple | 02:30:22 |
| 6 | minutes to look at my notes.  So why don't we take a | 02:30:25 |
| 7 | short break. | 02:30:27 |
| 8 | MR. SCHREIBER:  Fair.  I have literally two | 02:30:28 |
| 9 | minutes, so why don't I do that and then you can | 02:30:31 |
| 10 | look.  And if you still need time to collect your | 02:30:33 |
| 11 | thoughts, Tom, you can. | 02:30:35 |
| 12 | MR. BRANIGAN:  Well, I don't think that's | 02:30:37 |
| 13 | actually the appropriate way to proceed.  I haven't | 02:30:38 |
| 14 | passed the witness yet. | 02:30:42 |
| 15 | MR. SCHREIBER:  Oh. | 02:30:43 |
| 16 | MR. BRANIGAN:  So I'm suggesting let's take | 02:30:44 |
| 17 | five minutes -- five or six minutes. | 02:30:45 |
| 18 | THE WITNESS:  Sure.  Sure. | 02:30:49 |
| 19 | MR. BRANIGAN:  I've got to look at my | 02:30:50 |
| 20 | notes.  Frankly, I got to use the men's room.  And | 02:30:50 |
| 21 | then we'll -- I'll wrap up.  Okay? | 02:30:53 |
| 22 | THE WITNESS:  No.  I think we ought to | 02:30:56 |
| 23 | continue. | 02:30:58 |
| 24 | THE VIDEOGRAPHER:  Off the record -- | 02:31:02 |
| 25 | MR. BRANIGAN:  You can, but I'm going to | 02:31:02 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

233

| | | |
|---|---|---|
| 1 | the men's room. | 02:31:02 |
| 2 | THE VIDEOGRAPHER:  -- 14:31. | 02:31:02 |
| 3 | (Recess taken from 2:31 p.m. | |
| 4 | to 2:41 p.m.) | |
| 5 | THE VIDEOGRAPHER:  We're back on the | 02:41:48 |
| 6 | record.  The time is 14:41. | 02:41:48 |
| 7 | BY MR. BRANIGAN: | 02:41:52 |
| 8 | Q    Okay.  Mr. Sumwalt, is it correct that, | 02:41:52 |
| 9 | with respect to the Williston crash and the Mountain | 02:41:55 |
| 10 | View crash that were investigated by the NTSB, that | 02:41:59 |
| 11 | the NTSB did not make a finding that the Tesla | 02:42:04 |
| 12 | vehicles involved in those crashes were defective? | 02:42:08 |
| 13 | MR. SCHREIBER:  Foundation, speculation, | 02:42:15 |
| 14 | assumes facts. | 02:42:15 |
| 15 | THE WITNESS:  Yes, that's a -- let's see, | 02:42:18 |
| 16 | Mountain View -- you asked Mountain View and | 02:42:20 |
| 17 | Williston.  And the -- | 02:42:23 |
| 18 | BY MR. BRANIGAN: | 02:42:24 |
| 19 | Q    Yes, sir. | 02:42:24 |
| 20 | A    And the answer to that is you are correct. | 02:42:25 |
| 21 | We did not find any indication that the vehicles | 02:42:26 |
| 22 | were defective. | 02:42:29 |
| 23 | Q    And -- | 02:42:33 |
| 24 | A    We -- yeah, go ahead.  I'm sorry. | 02:42:33 |
| 25 | Q    No.  I didn't mean, if you were -- | 02:42:34 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    234

```
1       A    Well, as you well know, we did find ways       02:42:35
2   that the system could be improved.  But, no, there      02:42:40
3   were absolutely no defects that we could find with      02:42:42
4   the vehicle.                                            02:42:44
5       Q    Thank you.  And, sir, turning to another       02:42:47
6   issue, would you agree that more than 90 percent of     02:42:49
7   motor vehicle accidents that occur presently,           02:42:55
8   meaning in 2024 or 2023, are caused by driver error?    02:42:58
9            MR. SCHREIBER:  Foundation, speculation.       02:43:05
10           THE WITNESS:  I don't have those exact          02:43:08
11  figures.                                                02:43:09
12  BY MR. BRANIGAN:                                         02:43:11
13      Q    Well, if we open up Exhibit 3 -- we could       02:43:11
14  get that back up.  Give me a second here.               02:43:19
15           Counsel, I don't see Exhibit 3 in the chat      02:43:30
16  any longer.  Exhibit 3 is the Williston report.         02:43:33
17           MR. SCHREIBER:  I didn't put it in the          02:43:37
18  chat.  But I'm happy to share it, and I just            02:43:39
19  e-mailed it to the reporter with a copy to you so       02:43:42
20  that you have everything I used and --                  02:43:44
21           MR. BRANIGAN:  Thank you.  I appreciate         02:43:47
22  that.  And let me just --                               02:43:47
23           MR. SCHREIBER:  Would you like me to pull       02:43:51
24  it up, sir?                                             02:43:52
25           MR. BRANIGAN:  Yeah, you know what?             02:43:54
```

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    235

| | | |
|---|---|---|
| 1 | Because I don't see it in my e-mail.  It's probably | 02:43:55 |
| 2 | still making its way to me. | 02:43:57 |
| 3 | MR. SCHREIBER:  It probably is.  I got you. | 02:43:59 |
| 4 | Okay.  Where would you like me to go? | 02:44:15 |
| 5 | MR. BRANIGAN:  I think it's the second -- | 02:44:20 |
| 6 | yeah, it's -- yeah, I'm sorry.  It's just going to | 02:44:21 |
| 7 | be -- you'll need to make it bigger for my eyes. | 02:44:22 |
| 8 | But I think just -- | 02:44:26 |
| 9 | MR. SCHREIBER:  Okay. | 02:44:27 |
| 10 | MR. BRANIGAN:  Yeah, keep scrolling down. | 02:44:28 |
| 11 | MR. SCHREIBER:  Mm-hmm. | 02:44:31 |
| 12 | MR. BRANIGAN:  Maybe in the "Executive | 02:44:31 |
| 13 | Summary." | 02:44:33 |
| 14 | THE WITNESS:  Can we do a word search, | 02:44:42 |
| 15 | something like "90"?  Can you do a control-F? | 02:44:44 |
| 16 | MR. BRANIGAN:  Yeah, can you do a word | 02:44:47 |
| 17 | search for "90"? | 02:44:48 |
| 18 | THE WITNESS:  Control-F.  You probably knew | 02:44:51 |
| 19 | that. | 02:44:52 |
| 20 | MR. SCHREIBER:  I did, but thank you.  I'm | 02:44:53 |
| 21 | getting a spinning ball.  Oh, there we go. | 02:44:55 |
| 22 | MR. BRANIGAN:  There we go. | 02:45:13 |
| 23 | THE WITNESS:  All right. | 02:45:14 |
| 24 | BY MR. BRANIGAN: | 02:45:14 |
| 25 | Q    So we're looking at Exhibit 3. | 02:45:14 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

236

| | | |
|---|---|---|
| 1 | A      Okay. | 02:45:16 |
| 2 | Q      And this is the NTSB report on the | 02:45:17 |
| 3 | Williston crash, correct? | 02:45:20 |
| 4 | A      It is.  And I joined -- | 02:45:23 |
| 5 | Q      And -- | 02:45:25 |
| 6 | A      -- that one, so -- yeah.  Yeah. | 02:45:25 |
| 7 | Q      Yes.  And -- sorry -- what we're looking at | 02:45:26 |
| 8 | is page 45 of that report.  And it's identified at | 02:45:29 |
| 9 | the top as the "Board Member Statement." | 02:45:31 |
| 10 | And in the second full paragraph, the | 02:45:35 |
| 11 | statement is made that: | 02:45:39 |
| 12 | "Because more than 90% of motor | 02:45:40 |
| 13 | vehicle crashes are attributed to driver | 02:45:42 |
| 14 | error, automation in cars offers | 02:45:44 |
| 15 | significant potential to save tens of | 02:45:47 |
| 16 | thousands of lives every year by | 02:45:49 |
| 17 | eventually replacing the driver." | 02:45:51 |
| 18 | Correct?  That's what you and your | 02:45:53 |
| 19 | colleagues reported in the report about the | 02:45:55 |
| 20 | Williston crash, correct? | 02:45:59 |
| 21 | A      Yeah.  That's what Chris Hart wrote, and I | 02:46:00 |
| 22 | joined his statement.  So, basically, I'm saying | 02:46:02 |
| 23 | I -- you know, I'm -- yeah, I'll go along with 90. | 02:46:05 |
| 24 | I don't know what it is.  Eighty-five, 93, I don't | 02:46:09 |
| 25 | know.  But 90, I'll buy that. | 02:46:13 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

237

| | | |
|---|---|---|
| 1 | Q    Would you -- excuse me. | 02:46:18 |
| 2 | Accepting that and accepting your response | 02:46:18 |
| 3 | to that question, thank you, would you agree that | 02:46:20 |
| 4 | technologies like adaptive cruise control, forward | 02:46:24 |
| 5 | collision warning, automatic emergency braking, and | 02:46:29 |
| 6 | level 2 ADAS as a system are providing safety | 02:46:33 |
| 7 | benefits to motorists? | 02:46:37 |
| 8 | A    Yes.  As long as they're introduced and | 02:46:44 |
| 9 | designed and utilized properly, yes, I will agree | 02:46:48 |
| 10 | with that.  Absolutely. | 02:46:50 |
| 11 | Q    Would you agree, generally speaking, that | 02:46:53 |
| 12 | the motor vehicle industry -- motor vehicle | 02:46:54 |
| 13 | manufacturing industry is moving in the right | 02:46:57 |
| 14 | direction in terms of its effort to develop and | 02:47:00 |
| 15 | release this technology that we've been referring to | 02:47:05 |
| 16 | as SAE level 2 ADAS technology? | 02:47:08 |
| 17 | A    I don't know about the auto industry at | 02:47:16 |
| 18 | large.  You know, we know there were six | 02:47:17 |
| 19 | manufacturers back when we did that report in 2016. | 02:47:20 |
| 20 | I don't know if -- you know, that doesn't constitute | 02:47:24 |
| 21 | all of the auto industry. | 02:47:27 |
| 22 | But -- so I can't really factually answer | 02:47:28 |
| 23 | that. | 02:47:31 |
| 24 | Q    Well, let me ask the question in this way. | 02:47:33 |
| 25 | Would you generally agree that the design | 02:47:37 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

238

| | |
|---|---|
| 1 | and release to the public of ADAS technology -- | 02:47:41 |
| 2 | level 2 ADAS technology is a move in the right | 02:47:45 |
| 3 | direction in terms of enhancing, improving motor | 02:47:49 |
| 4 | vehicle safety? | 02:47:54 |
| 5 | MR. SCHREIBER:  Foundation, speculation, | 02:47:56 |
| 6 | expert opinion. | 02:47:58 |
| 7 | THE WITNESS:  I think when it's done | 02:47:59 |
| 8 | properly, I think that -- I think that, yes, it will | 02:48:00 |
| 9 | enhance safety. | 02:48:06 |
| 10 | And, you know, if you took level 2 out of | 02:48:07 |
| 11 | that and if you just talked about automatic | 02:48:09 |
| 12 | emergency brake and lane centering and lane | 02:48:12 |
| 13 | departure warning systems and things like that, | 02:48:13 |
| 14 | which are down to level 1 automation, then, yes, I | 02:48:16 |
| 15 | would say that those systems really do save lives. | 02:48:20 |
| 16 | And I wish I had them on my car, but I don't. | 02:48:22 |
| 17 | So, yes, I think that that's a move in the | 02:48:26 |
| 18 | right direction.  I think ultimately we want to be | 02:48:29 |
| 19 | at level 4 and 5 to mitigate these horrible, | 02:48:32 |
| 20 | horrendous traffic fatalities that we're having | 02:48:37 |
| 21 | every year. | 02:48:41 |
| 22 | MR. BRANIGAN:  Mr. Sumwalt, thank you.  I | 02:48:42 |
| 23 | don't have any other questions.  I want to tell you | 02:48:44 |
| 24 | that I appreciate your patience.  My examination was | 02:48:46 |
| 25 | a little bit longer than I expected, primarily | 02:48:50 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    239

| | | |
|---|---|---|
| 1 | because I had to fumble around with some documents. | 02:48:52 |
| 2 | But thank you, sir.  I appreciate it.  Thank you for | 02:48:54 |
| 3 | your time. | 02:48:57 |
| 4 | THE WITNESS:  No.  Listen, I appreciate it. | 02:48:58 |
| 5 | So hey, I -- you know, said, "Oh, that's | 02:48:59 |
| 6 | intimidating," but, you know -- | 02:49:03 |
| 7 | MR. BRANIGAN:  That's all right. | 02:49:04 |
| 8 | THE WITNESS:  I did take it that way, and | 02:49:05 |
| 9 | you didn't intend it that way.  So -- thank you. | 02:49:06 |
| 10 | MR. BRANIGAN:  No worries. | 02:49:09 |
| 11 | THE WITNESS:  Thanks so much.  Thank you. | 02:49:10 |
| 12 | - - - | 02:49:12 |
| 13 | FURTHER EXAMINATION | 02:49:12 |
| 14 | BY MR. SCHREIBER: | 02:49:13 |
| 15 | Q   All right.  Real quick, Mr. Sumwalt, I want | 02:49:13 |
| 16 | to get you on with your evening, although we're | 02:49:15 |
| 17 | probably bumping up into whatever dinner you were | 02:49:20 |
| 18 | supposed to go to. | 02:49:24 |
| 19 | A   Eleven minutes. | 02:49:25 |
| 20 | Q   All right.  I'll do it in two.  You were | 02:49:26 |
| 21 | being inquired about this Section 835.  And I'm just | 02:49:30 |
| 22 | going to throw up -- it's not the same copy, so it | 02:49:34 |
| 23 | won't look the same, but you should see a copy of it | 02:49:37 |
| 24 | here -- | 02:49:41 |
| 25 | A   Okay. | 02:49:43 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    240

| | | |
|---|---|---|
| 1 | Q    -- in front of you.  And you were talking | 02:49:43 |
| 2 | about 835.3(c), which is this section.  It was about | 02:49:45 |
| 3 | three hours ago now.  And you said, "I have some | 02:49:51 |
| 4 | additional thoughts on it." | 02:49:54 |
| 5 | A    Yeah. | 02:49:58 |
| 6 | Q    And Mr. Branigan clearly didn't want to | 02:49:58 |
| 7 | hear those thoughts.  I don't even know if you | 02:50:00 |
| 8 | remember those thoughts. | 02:50:03 |
| 9 | A    I do. | 02:50:04 |
| 10 | Q    But I wanted to give you an opportunity to | 02:50:04 |
| 11 | follow up. | 02:50:07 |
| 12 | A    I do, and -- | 02:50:07 |
| 13 | MR. BRANIGAN:  Let me just object to the | 02:50:08 |
| 14 | form of the question in terms of its | 02:50:08 |
| 15 | characterization about my comments. | 02:50:10 |
| 16 | But go ahead, sir. | 02:50:12 |
| 17 | THE WITNESS:  No, if you -- he -- yeah. | 02:50:13 |
| 18 | Okay.  That's all right.  I remember the objection, | 02:50:16 |
| 19 | and you explained to me that's not the way it works. | 02:50:17 |
| 20 | So that was what was said. | 02:50:20 |
| 21 | Could you enlarge that just so I can see | 02:50:22 |
| 22 | it?  Because I think I've already answered the | 02:50:24 |
| 23 | question, but I want to come back and make sure I | 02:50:25 |
| 24 | did.  Yeah. | 02:50:28 |
| 25 | "Board employees may | 02:50:28 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    241

| | | |
|---|---|---|
| 1 | testify...firsthand...including... | 02:50:29 |
| 2 | recorded" -- | 02:50:33 |
| 3 | They "may testify...firsthand" -- | 02:50:33 |
| 4 | they "during the investigation that is | 02:50:37 |
| 5 | not reasonably available, including | 02:50:40 |
| 6 | observations...in their own | 02:50:43 |
| 7 | factual...reports." | 02:50:44 |
| 8 | "Consistent with that...this section, | 02:50:45 |
| 9 | current Board employees are not | 02:50:47 |
| 10 | authorized..." | 02:50:50 |
| 11 | All right. | 02:50:56 |
| 12 | "...including but not limited to the | 02:50:56 |
| 13 | safety recommendations..." | 02:50:58 |
| 14 | Was it on paragraph (c)?  Anyway, let me | 02:51:06 |
| 15 | say a couple things about this thing here.  I can't | 02:51:09 |
| 16 | even read anymore. | 02:51:13 |
| 17 | "May testify firsthand about | 02:51:15 |
| 18 | information they obtained during an | 02:51:18 |
| 19 | investigation...including observations | 02:51:20 |
| 20 | recorded in their own factual reports. | 02:51:22 |
| 21 | Consistent" -- | 02:51:26 |
| 22 | I will say here that Mr. Branigan was | 02:51:28 |
| 23 | making the distinction that -- I think it might have | 02:51:30 |
| 24 | been in 837 -- that said that the same rules apply | 02:51:33 |
| 25 | for former employees that apply to current | 02:51:37 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    242

| | | |
|---|---|---|
| 1 | employees. | 02:51:44 |
| 2 | But -- yeah, but let's go -- yeah, okay. | 02:51:45 |
| 3 | So it was -- I'm sorry.  It was 835.7. | 02:51:48 |
| 4 | Okay.  Well, go back to where you were, | 02:51:51 |
| 5 | because I do note that here in the regulation, it | 02:51:54 |
| 6 | does make a distinction here in (c), which is where | 02:51:59 |
| 7 | we were.  It does say, second paragraph, second | 02:52:03 |
| 8 | line: | 02:52:09 |
| 9 | "Consistent with the principles | 02:52:10 |
| 10 | cited in 835.1 and this section" | 02:52:12 |
| 11 | -- it does make the distinction here -- | 02:52:15 |
| 12 | "current Board employees are not | 02:52:16 |
| 13 | authorized to testify..." | 02:52:19 |
| 14 | So in writing that rule, the way I read it, | 02:52:21 |
| 15 | the plain language of that is they are making a | 02:52:24 |
| 16 | distinction between former employees and current | 02:52:26 |
| 17 | employees. | 02:52:31 |
| 18 | Another point that I wanted to make, and I | 02:52:33 |
| 19 | did make it, but -- I did make it earlier, is that | 02:52:35 |
| 20 | the report, in some -- in one of these -- one of | 02:52:40 |
| 21 | these rules, it does say that you can only -- you | 02:52:45 |
| 22 | can't talk about reports done by other people, I | 02:52:48 |
| 23 | believe.  Something like that. | 02:52:52 |
| 24 | But the report, as I said earlier, after | 02:52:54 |
| 25 | it's adopted by the board, it is my report.  It's my | 02:52:57 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    243

| | | |
|---|---|---|
| 1 | signature.  Not literally a signature, but it is my | 02:53:01 |
| 2 | name along with at least two other presidential | 02:53:04 |
| 3 | appointees that have signed that report.  In the | 02:53:09 |
| 4 | case of Williston, it was a total of four | 02:53:11 |
| 5 | presidential appointees that signed it. | 02:53:13 |
| 6 | So that was my point there, is that it is | 02:53:17 |
| 7 | my report.  I am testifying to my report. | 02:53:20 |
| 8 | BY MR. SCHREIBER: | 02:53:22 |
| 9 | Q    Fair enough.  Mr. Branigan asked you | 02:53:24 |
| 10 | questions about the Huang case and Mountain View and | 02:53:26 |
| 11 | the trial. | 02:53:30 |
| 12 | Did anyone ever inform that you Tesla paid | 02:53:32 |
| 13 | substantial amounts of money to avoid going to trial | 02:53:35 |
| 14 | in that case? | 02:53:37 |
| 15 | MR. BRANIGAN:  And, Counsel -- | 02:53:37 |
| 16 | THE WITNESS:  No. | 02:53:39 |
| 17 | MR. BRANIGAN:  -- I'll object to that and | 02:53:39 |
| 18 | move to strike your comments as a violation of the | 02:53:41 |
| 19 | settlement agreement in that case that has | 02:53:44 |
| 20 | confidentiality -- | 02:53:46 |
| 21 | MR. SCHREIBER:  I don't know what it was. | 02:53:46 |
| 22 | MR. BRANIGAN:  -- that has confidentiality | 02:53:47 |
| 23 | provisions.  So how it is that you know -- how you | 02:53:49 |
| 24 | can characterize the amount of money that's paid is | 02:53:52 |
| 25 | interesting and will lead to further inquiry by me. | 02:53:55 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                    244

| | | |
|---|---|---|
| 1 | MR. SCHREIBER:  That's fine, Counsel.  I | 02:54:00 |
| 2 | know from reading expert depositions how much was | 02:54:01 |
| 3 | spent, so I could only imagine that something | 02:54:04 |
| 4 | significant had to be paid to make it go away. | 02:54:06 |
| 5 | MR. BRANIGAN:  Well, your speculation is | 02:54:10 |
| 6 | improper. | 02:54:11 |
| 7 | MR. SCHREIBER:  It's a comment, as was your | 02:54:11 |
| 8 | inquiry of the witness, so... | 02:54:14 |
| 9 | MR. BRANIGAN:  Well, actually, no, your | 02:54:14 |
| 10 | question -- your statement was included in a | 02:54:16 |
| 11 | question to a witness who's testifying under oath. | 02:54:18 |
| 12 | And I'm telling you that your statement suggests | 02:54:21 |
| 13 | that you're intending to violate the confidentiality | 02:54:25 |
| 14 | provision in that settlement agreement. | 02:54:28 |
| 15 | MR. SCHREIBER:  I couldn't violate it | 02:54:31 |
| 16 | because I don't know it.  It was just simply an | 02:54:32 |
| 17 | inquiry as to whether or not he knew anything, in | 02:54:33 |
| 18 | the same way you asked him if he knew anything about | 02:54:36 |
| 19 | the jury's findings.  That's all. | 02:54:38 |
| 20 | MR. BRANIGAN:  That's quite a different | 02:54:40 |
| 21 | matter from suggesting to this witness that Tesla | 02:54:41 |
| 22 | paid a, quote, substantial amount of money. | 02:54:45 |
| 23 | It suggests to me that you know something | 02:54:49 |
| 24 | that you shouldn't know and that you're trying to | 02:54:51 |
| 25 | convey it to this witness in a way that you're not | 02:54:54 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    245

| | | |
|---|---|---|
| 1 | authorized to convey.  So I'd ask you to rephrase | 02:54:56 |
| 2 | your question. | 02:55:01 |
| 3 | MR. SCHREIBER:  Clearly, this is a | 02:55:02 |
| 4 | sensitive subject for you all.  I'll move on. | 02:55:03 |
| 5 | BY MR. SCHREIBER: | 02:55:06 |
| 6 | Q    With respect to being paid for (inaudible) | 02:55:06 |
| 7 | you and Mr. Slavik had -- | 02:55:09 |
| 8 | THE COURT REPORTER:  Sorry.  You cut out. | 02:55:09 |
| 9 | Could you start the question over? | 02:55:09 |
| 10 | MR. SCHREIBER:  Happy to. | 02:55:15 |
| 11 | BY MR. SCHREIBER: | 02:55:16 |
| 12 | Q    You had discussed about payment for your | 02:55:16 |
| 13 | time which was an agreement -- Mr. Slavik had | 02:55:19 |
| 14 | indicated that they would pay your reasonable hourly | 02:55:22 |
| 15 | rate for preparation and time to testify today, | 02:55:24 |
| 16 | correct, Mr. Sumwalt? | 02:55:29 |
| 17 | A    That's correct. | 02:55:30 |
| 18 | Q    And as I have said previously and we'll | 02:55:32 |
| 19 | state again on the record, we're happy to compensate | 02:55:34 |
| 20 | you at whatever was agreed upon. | 02:55:36 |
| 21 | I would just inquire as to whether or not | 02:55:39 |
| 22 | Tesla has any interest in actually paying for any of | 02:55:40 |
| 23 | the time it spent in the hours of inquiry of you | 02:55:43 |
| 24 | today. | 02:55:46 |
| 25 | Mr. Branigan? | 02:55:47 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                               246

| | |
|---|---|
| 1 | MR. BRANIGAN:  The short answer is we're | 02:55:48 |
| 2 | going to follow the law that says that a fact | 02:55:49 |
| 3 | witness like Mr. Sumwalt is entitled to a statutory | 02:55:52 |
| 4 | witness fee by the party -- by the party who | 02:55:54 |
| 5 | subpoenas him, and that wouldn't be Tesla. | 02:55:59 |
| 6 | So if you and your colleagues are deciding | 02:56:02 |
| 7 | to do something that the law doesn't authorize, | 02:56:05 |
| 8 | allow, or require, we're not going to be party to | 02:56:09 |
| 9 | that. | 02:56:11 |
| 10 | MR. SCHREIBER:  Well, there's what it -- | 02:56:13 |
| 11 | well, whatever.  We'll leave that alone.  There's | 02:56:15 |
| 12 | certainly nothing that prohibits it.  And I know | 02:56:22 |
| 13 | you, as I, have paid for witnesses' time when | 02:56:24 |
| 14 | they're taking time away to testify for us. | 02:56:26 |
| 15 | Let's see. | 02:56:30 |
| 16 | BY MR. SCHREIBER: | 02:56:34 |
| 17 | Q    You said you covered the research on | 02:56:34 |
| 18 | automation.  My last note, last question. | 02:56:36 |
| 19 | You said drivers can be attentive.  You | 02:56:39 |
| 20 | were asked a series of inquiries about drivers' | 02:56:41 |
| 21 | inattentiveness.  They can drop their phone.  They | 02:56:45 |
| 22 | can be eating a sandwich, talking to their kid, | 02:56:47 |
| 23 | whatever.  In other words, they can be inattentive | 02:56:51 |
| 24 | for a myriad of reasons. | 02:56:54 |
| 25 | You said, "But there's a difference," and | 02:56:55 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    247

| | | |
|---|---|---|
| 1 | then you didn't get a chance to answer what that | 02:56:56 |
| 2 | difference is. | 02:56:59 |
| 3 | What is it, sir? | 02:57:00 |
| 4 | A   I'm thinking because when I said that, I | 02:57:06 |
| 5 | was thinking there was a difference.  So, like, cell | 02:57:09 |
| 6 | phones, for example, that's something you can | 02:57:15 |
| 7 | control.  And I do control it.  I don't talk on my | 02:57:18 |
| 8 | phone when I drive.  I don't text while I drive. | 02:57:20 |
| 9 | Other things like kids screaming in the | 02:57:24 |
| 10 | back, you know, that can be hard to control.  But | 02:57:27 |
| 11 | there are some times that you -- I don't know.  I | 02:57:32 |
| 12 | think that's probably the point I was going to make | 02:57:34 |
| 13 | is that some of these distractions are relating to | 02:57:36 |
| 14 | the driving task and some are not.  And we want to | 02:57:40 |
| 15 | minimize as many as we can that we can control.  So | 02:57:44 |
| 16 | that's probably enough that I would say there. | 02:57:48 |
| 17 | MR. SCHREIBER:  Fair enough.  Thank you, | 02:57:52 |
| 18 | Mr. Sumwalt.  I have nothing further. | 02:57:52 |
| 19 | MR. BRANIGAN:  I just have one quick | 02:57:56 |
| 20 | follow-up for you, sir. | 02:57:58 |
| 21 | THE WITNESS:  Yes, sir. | 02:57:59 |
| 22 | - - - | 02:57:59 |
| 23 | FURTHER EXAMINATION | 02:58:00 |
| 24 | BY MR. BRANIGAN: | 02:58:00 |
| 25 | Q   And I'm going to share my screen so that | 02:58:00 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024                                    248

| | | |
|---|---|---|
| 1 | you can see what Mr. Schreiber marked as Exhibit 2. | 02:58:03 |
| 2 | And hopefully that's large enough for you -- | 02:58:05 |
| 3 | A     Oh, yeah. | 02:58:12 |
| 4 | Q     -- to see just to show you the -- | 02:58:13 |
| 5 | A     Yeah. | 02:58:15 |
| 6 | Q     -- document in context.  This is the letter | 02:58:15 |
| 7 | from the NTSB's general counsel, dated July 8, 2024, | 02:58:17 |
| 8 | to Ms. Birnbaum, who is with Mr. Schreiber's law | 02:58:23 |
| 9 | firm. | 02:58:28 |
| 10 | And -- so this is a letter from the general | 02:58:32 |
| 11 | counsel.  To be fair on that point, it's actually | 02:58:33 |
| 12 | from William T. McMurry, Jr., general counsel of the | 02:58:38 |
| 13 | NTSB. | 02:58:42 |
| 14 | Do you know Mr. McMurry? | 02:58:43 |
| 15 | A     No, I don't.  I met him at a holiday | 02:58:45 |
| 16 | party -- an unofficial NTSB holiday party in | 02:58:47 |
| 17 | December, this past December.  I wouldn't recognize | 02:58:50 |
| 18 | him if he walked in here. | 02:58:52 |
| 19 | Q     All right.  Well, his letter indicates that | 02:58:54 |
| 20 | he's the general counsel, correct? | 02:58:56 |
| 21 | A     Yeah.  Yeah, I -- | 02:59:00 |
| 22 | Q     "Sincerely, William McMurry."  Okay. | 02:59:01 |
| 23 | A     That's what it -- | 02:59:01 |
| 24 | Q     And Mr. McMurry, as the general counsel, is | 02:59:04 |
| 25 | writing to Mr. Schreiber's colleague about this | 02:59:06 |

Transcript of Robert L. Sumwalt, III
Conducted on July 9, 2024

249

| | | |
|---|---|---|
| 1 | deposition.  And he points out, and I quote: | 02:59:09 |
| 2 | "While it is correct 49 CFR Section | 02:59:14 |
| 3 | 835.7 does not require NTSB approval of | 02:59:17 |
| 4 | testimony of a former Board employee, | 02:59:23 |
| 5 | Section 835.7 indicates that such | 02:59:26 |
| 6 | testimony is nevertheless constrained by | 02:59:30 |
| 7 | the limitations set forth in | 02:59:35 |
| 8 | Section 835.3 and 835.4.  In short, | 02:59:36 |
| 9 | these limitations indicate that a former | 02:59:42 |
| 10 | Board employee may not give expert or | 02:59:44 |
| 11 | opinion testimony and may only testify | 02:59:48 |
| 12 | as to the factual information he or she | 02:59:51 |
| 13 | obtained during the course of an | 02:59:54 |
| 14 | investigation." | 02:59:56 |
| 15 | Did I read that perfectly correct? | 02:59:57 |
| 16 | A    Yeah.  I want to just read that last -- I | 02:59:59 |
| 17 | mean, you read it.  But -- | 03:00:01 |
| 18 | "May not give expert or" -- "and may | 03:00:03 |
| 19 | only testify as to the factual | 03:00:04 |
| 20 | information he or she obtained during | 03:00:06 |
| 21 | the course of the investigation." | 03:00:09 |
| 22 | Okay. | 03:00:11 |
| 23 | Q    I read that correctly, and that's from the | 03:00:12 |
| 24 | general counsel of the NTSB, correct? | 03:00:15 |
| 25 | A    Yes. | 03:00:18 |