# EXHIBIT H

| | |
|---|---|
| From: | Sumwalt, Robert L <SUMWALTR@erau.edu> |
| Sent: | Saturday, July 6, 2024 11:43 PM |
| To: | Donald H. Slavik |
| Subject: | Re: [EXTERNAL] Re: Question regarding deposition |

Excellent. Thank you.

---

From: Donald H. Slavik <dslavik@slavik.us>
Sent: Sunday, July 7, 2024 12:00:38 AM
To: Sumwalt, Robert L <SUMWALTR@erau.edu>
Subject: [EXTERNAL] Re: Question regarding deposition

**CAUTION:** This email originated outside of Embry-Riddle Aeronautical University. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'll call you Sunday. Thanks.

Don Slavik
O: 970.457.1011 Slavik Law Firm, LLC
C: 414.899.1197 dslavik@slavik.us

> On Jul 6, 2024, at 7:20 PM, Sumwalt, Robert L <SUMWALTR@erau.edu> wrote:
>
> Hi Don –
>
> I've been prepping for Tuesday's deposition.
>
> I'm sure you're aware of this, but I wanted to double check to see how we can comply with this statutory limitation.
>
> 49 USC 1154 (b) states:
>
> (b)Reports.—
> No part of a report of the Board, related to an accident or an investigation of an accident, may be admitted into evidence or used in a civil action for damages resulting from a matter mentioned in the report.
>
> [49 U.S. Code § 1154 - Discovery and use of cockpit and surface vehicle recordings and transcripts | U.S. Code | US Law | LII / Legal Information Institute (cornell.edu)](https://www.law.cornell.edu/uscode/text/49/1154)
>
> Perhaps we can talk about this ahead of time, but I suspect as long as I'm not reading directly from any NTSB report, but rather speaking based on my knowledge that was gleaned from those investigations, we should be okay.

1

Feel free to call so we can discuss. Sunday is a decent time to talk, as I'll be flying to DC on Monday and will be pretty busy. However, I will certainly make time to talk to you.

Robert
202-306-8217 cell