```
                                                          Page 1
 1

 2              UNITED STATES DISTRICT COURT

 3           SOUTHERN DISTRICT OF FLORIDA (MIAMI)

 4    NEIMA BENAVIDES, as         )    Civil Case No.

 5    Personal                    )    21-cv-21940-BLOOM

 6    Representative of           )    /Otazo-Reyes

 7    Naibel Benavides Leon,      )

 8    deceased,                   )

 9             Plaintiff,         )

10           v.                   )

11    TESLA, INC., a/k/a          )

12    Tesla Florida, Inc.,        )

13             Defendant.         )

14

15              DEPOSITION OF GEORGE McGEE

16                Tuesday, March 15, 2022

17

18

19

20

21

22

23   Reported by:

24   Vanese Killingbeck, RPR, CRR

25   JOB NO. 207717
```

Page 2

March 15, 2022

9:06 a.m. to 3:05 p.m.

Deposition of GEORGE McGEE, held remotely before Vanese Killingbeck, a Registered Professional Reporter, and Notary Public of the State of Florida.

```
                                                            Page 3
 1

 2   A P P E A R A N C E S:

 3

 4              POSES AND POSES, P.A.

 5              Attorney for Plaintiff

 6                 169 East Flagler Street

 7                 Miami, Florida 33131

 8              BY:    TODD POSES, ESQ.

 9

10              BOWMAN AND BROOKE LLP

11              Attorney for Defendant

12                 41000 Woodward Avenue

13                 Bloomfield Hills, Michigan 48304

14              BY:   THOMAS BRANIGAN, ESQ.

15

16              WICKER SMITH O'HARA MCCOY & FORD, P.A.

17              Attorney for George McGee

18              2800 Ponce de Leon Boulevard

19              Coral Gables, Florida

20              BY:  JACOB LIRO, ESQ.

21

22   ALSO PRESENT:

23                 Carlos Sofos, Videographer

24

25
```

Page 263

C E R T I F I C A T E

STATE OF FLORIDA    )
COUNTY OF VOLUSIA   )

       I, VANESE KILLINGBECK, a Notary Public within and for the State of Florida, do hereby certify:

       That GEORGE McGEE, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

       I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of March 2022.

*Vanese Killingbeck*

Vanese Killingbeck, RPR, CRR

```
                                                          Page 136
 1                         McGee
 2    system, automatic emergency braking system, and
 3    front collision warning malfunctioned at the time of
 4    the incident.
 5              Tell me in your own words, if you would,
 6    sir, how it malfunctioned it, how the -- first, the
 7    automatic emergency braking system malfunctioned.
 8              MR. POSES:  Form.  You can answer.
 9         A.   Additionally, I thought, again, when --
10    one, I would probably go back up and say I would
11    start with a detection to say -- I believe it didn't
12    warn me.  Again, I can't recall exactly how
13    everything happened at the moment.  But it didn't
14    detect the vehicle or automatically emergency brake.
15    So those were my beliefs at the time that those
16    things did not work properly.
17 BY MR. BRANIGAN:
18         Q.   We spent a fair amount of time before the
19    break going over the portions of the owner's manual
20    that I marked as Exhibit 4 that talk about the way
21    that automatic emergency braking works.
22         A.   Yes, sir.
23         Q.   Forward collision warning works.
24         A.   Yes, sir.
25         Q.   Including the warnings to you and also the
```