```
          Videotaped Oral Deposition - Eloy Rubio Blanco
              (As Corporate Representative for Tesla)
                    May 31, 2024 - CONFIDENTIAL
```

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                    Case No. 21-cv-21940-BLOOM/Otazo-Reyes
 3
      NEIMA BENAVIDES, as Personal
 4    Representative of the Estate
      of Naibel Benavides Leon,
 5    deceased,

 6         Plaintiff,

 7    v.

 8    TESLA, INC., a/k/a Tesla
      Florida, Inc.,
 9
           Defendant
10    _____/

11              Case No. 22-cv-22607-BLOOM

12    DILLON ANGULO,

13         Plaintiff,

14    v.

15    TESLA, INC., a/k/a Tesla
      Florida, Inc.,
16
           Defendant
17    _____/

18
                        **** CONFIDENTIAL ****
19
                      VIDEOTAPED ORAL DEPOSITION
20
                          ELOY RUBIO BLANCO
21
              (AS CORPORATE REPRESENTATIVE FOR TESLA)
22
                            MAY 31, 2024
23
                          (REPORTED REMOTELY)
24

25                      Adrianne Harris, CSR
```

```
                    Julia Whaley & Associates
              214-668-5578  JulieTXCSR@gmail.com
```

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

1    VIDEOTAPED ORAL DEPOSITION OF ELOY RUBIO

2  BLANCO, as Corporate Representative for Tesla, produced

3  as a witness at the instance of the Plaintiff, and duly

4  sworn, was taken in the above-styled and numbered cause

5  on May 31, 2024, from 8:02 a.m. (CST) to 3:48 p.m. (CST),

6  before Adrianne Harris, Certified Shorthand Reporter in

7  and for the State of Texas, via Zoom Video Conference,

8  the witness located in Madrid, Spain, pursuant to the

9  Federal Rules of Civil Procedure and the provisions

10 stated on the record or attached hereto.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Julia Whaley & Associates
214-668-5578   JulieTXCSR@gmail.com

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

```
 1                      APPEARANCES

 2   FOR PLAINTIFFS:

 3       Mr. Brett Schreiber
         SINGLETON SCHREIBER
 4       591 Camino de la Reina
         Suite 1025
 5       San Diego, California  92108
         Phone: (619)771-3473
 6       Fax: (619)255-1515
         Email: bschreiber@singletonschreiber.com
 7
         - and -
 8
         Mr. Todd Poses
 9       POSES LAW GROUP
         169 East Flagler Street
10       Suite 1600
         Miami, Florida  33131
11       Phone: (305)577-0200
         Fax: (305)371-3550
12       Email: tposes@poseslawgroup.com

13       - and -

14       Mr. Adam T. Boumel
         THE ROUSSO BOUMEL LAW FIRM
15       9350 South Dixie Highway
         Suite 1520
16       Miami, Florida  33156
         Phone: (305)670-6669
17       Fax: (305)670-6663
         Email: adam@roussolawfirm.com

18

19   FOR DEFENDANT:

20       Mr. Thomas P. Branigan
         Ms. Whitney V. Cruz
21       Mr. Drew P. Branigan
         BOWMAN AND BROOKE LLP
22       101 West Big Beaver Road
         Suite 1100
23       Troy, Michigan  48084
         Phone: (248)205-3316
24       Email: thomas.branigan@bowmanandbrooke.com
                whitney.cruz@bowmanandbrooke.com
25              drew.branigan@bowmanandbrooke.com
```

Julia Whaley & Associates
214-668-5578  JulieTXCSR@gmail.com

```
         Videotaped Oral Deposition - Eloy Rubio Blanco
             (As Corporate Representative for Tesla)
                   May 31, 2024 - CONFIDENTIAL
```

| | |
|---|---|
| 1 | ALSO PRESENT: |
| 2 | Mr. Ryan McCarthy |
| 3 | Mr. Jason Warner, Videographer |
|   | LEGAL VIDEO GROUP |
| 4 | P.O. Box 830132 |
|   | Richardson, Texas  75083 |
| 5 | Phone: (214)598-5229 |
|   | Email: lvg.dallas@gmail.com |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

```
                    Julia Whaley & Associates
               214-668-5578   JulieTXCSR@gmail.com
```

```
              Videotaped Oral Deposition - Eloy Rubio Blanco
                    (As Corporate Representative for Tesla)
                         May 31, 2024 - CONFIDENTIAL
```

1       I, Adrianne Harris, Certified Shorthand
2  Reporter in and for the State of Texas, hereby certify to
3  the following:
4       That the witness, ELOY RUBIO BLANCO, was duly
5  sworn by the officer and that the transcript of the
6  deposition is a true record of the testimony given by the
7  witness;
8       That the deposition transcript was duly
9  submitted on _____ to Mr. Thomas P.
10 Branigan, the attorney for the witness/Defendant, for
11 examination, signature, and return to me by
12 _____.
13      That pursuant to information given to the
14 deposition officer at the time said testimony was taken,
15 the following includes all parties of record and the
16 amount of time used by each party at the time of the
17 deposition:
18         Mr. Brett Schreiber (07h07m)
           Mr. Thomas P. Branigan (00h00m)
19
20 FOR PLAINTIFFS:
21    Mr. Brett Schreiber
      SINGLETON SCHREIBER
22    591 Camino de la Reina
      Suite 1025
23    San Diego, California  92108
      Phone: (619)771-3473
24    Fax: (619)255-1515
      Email: bschreiber@singletonschreiber.com
25
         - and -

                    Julia Whaley & Associates
              214-668-5578   JulieTXCSR@gmail.com

```
         Videotaped Oral Deposition - Eloy Rubio Blanco
              (As Corporate Representative for Tesla)
                   May 31, 2024 - CONFIDENTIAL
```

 1       Mr. Todd Poses
         POSES LAW GROUP
 2       169 East Flagler Street
         Suite 1600
 3       Miami, Florida  33131
         Phone: (305)577-0200
 4       Fax: (305)371-3550
         Email: tposes@poseslawgroup.com
 5
         - and -
 6
         Mr. Adam T. Boumel
 7       THE ROUSSO BOUMEL LAW FIRM
         9350 South Dixie Highway
 8       Suite 1520
         Miami, Florida  33156
 9       Phone: (305)670-6669
         Fax: (305)670-6663
10       Email: adam@roussolawfirm.com

11   FOR DEFENDANT:

12       Mr. Thomas P. Branigan
         Ms. Whitney V. Cruz
13       Mr. Drew P. Branigan
         BOWMAN AND BROOKE LLP
14       101 West Big Beaver Road
         Suite 1100
15       Troy, Michigan  48084
         Phone: (248)205-3316
16       Email: thomas.branigan@bowmanandbrooke.com
                whitney.cruz@bowmanandbrooke.com
17              drew.branigan@bowmanandbrooke.com

18

19            That $_____ is the deposition officer's

20   charges to the Plaintiff for preparing the original

21   deposition transcript and any copies of exhibits;

22            I further certify that I am neither counsel

23   for, related to, nor employed by any of the parties in

24   the action in which this proceeding was taken, and,

25   further that I am not financially or otherwise interested

```
                     Julia Whaley & Associates
                214-668-5578   JulieTXCSR@gmail.com
```

```
                Videotaped Oral Deposition - Eloy Rubio Blanco
                   (As Corporate Representative for Tesla)
                        May 31, 2024 - CONFIDENTIAL
```

11:50  1   that myself and -- you know, otherwise, I will ask the
11:50  2   autopilot team.
11:50  3           Q.  Who on the autopilot team today would you ask?
11:50  4           A.  About specifically labeling or back in 2019?
11:50  5           Q.  All the things I just asked you about, sir.
11:50  6           A.  I'm not sure.  It's -- it's -- it's a lot of
11:50  7   topics.  I'm not sure.  I will try to find out who -- who
11:50  8   was involved at that time and -- and try to find out, but
11:50  9   I don't know at this time.
11:51 10           Q.  As it relates to the various road
11:51 11   classifications, would it be your expectation that
11:51 12   autopilot's efficacy and function and safety would be
11:51 13   reduced as you went from a Classification 1, major
11:51 14   highway, down to a residential road or a parking lot at
11:51 15   Levels 5 and 6?
11:51 16               MR. T. BRANIGAN:  Objection, form.  Vague,
11:51 17   compound.
11:51 18           A.  I -- I can't make that determination just based
11:51 19   on -- on what you're saying.  It de- -- it completely
11:51 20   depends on the exposure that the vehicle will have for
11:51 21   the given time, the surroundings, the -- the inputs, et
11:51 22   cetera, et cetera.
11:51 23           Q.  (By Mr. Schreiber) Based upon your work on the
11:51 24   incident review team, have you discovered that autopilot
11:52 25   failures resulting in collisions are higher on

```
                        Julia Whaley & Associates
                  214-668-5578   JulieTXCSR@gmail.com
```