```
 1                    UNITED STATES DISTRICT COURT

 2                    SOUTHERN DISTRICT OF FLORIDA

 3        _____

 4        NEIMA BENAVIDES, AS PERSONAL          )
          REPRESENTATIVE OF THE ESTATE OF       )
 5        NAIBEL BENAVIDES LEON, DECEASED,      )
                              PLAINTIFF,        )
 6            VS.                               )   CASE NO.
          TESLA, INC., A/K/A TESLA FLORIDA,     )   21-cv-21940-
 7        INC.,                                 )   BLOOM/Torres
                              DEFENDANT.        )
 8        _____ )

 9        DILLON ANGULO,                        )
                              PLAINTIFF,        )
10            VS.                               )   CASE NO.
          TESLA, INC., A/K/A TESLA FLORIDA,     )   22-22607-KMM
11        INC.,                                 )
                              DEFENDANT.        )
12        _____ )

13

14               REMOTE VIDEOTAPED DEPOSITION

15                      RYAN HARRINGTON

16               THURSDAY, AUGUST 1, 2024

17                        7:06 A.M.

18               LOS ANGELES, CALIFORNIA

19

20

21

22

23        PAGES 1 - 142

24        REPORTED BY MICHAEL CAGLIATA

25        CSR #14491, RPR
```

Transcript of Ryan Harrington
Conducted on August 1, 2024                              2

1             Videoconference Deposition of

2          RYAN HARRINGTON, held remotely:

3

4

5                 Witness Location:

6             (NOT STATED ON THE RECORD.)

7

8

9

10

11

12          Pursuant to Notice, before Michael

13   Cagliata, Registered Professional Reporter, and

14   Certified Shorthand Reporter No. 14491 in and for the

15   State of California.

16

17

18

19

20

21

22

23

24

25

Transcript of Ryan Harrington
Conducted on August 1, 2024                                    3

```
 1                  A P P E A R A N C E S

 2

 3   For the Plaintiff:

 4           SINGLETON SCHREIBER, LLP

 5           BY:  BRETT J. SCHREIBER, ESQ.

 6           591 CAMINO DE LA REINA

 7           SUITE 1025

 8           SAN DIEGO, CALIFORNIA 92108

 9           619-771-3473

10

11   For the Defendant:

12           BOWMAN AND BROOKE, LLP

13           THOMAS P. BRANIGAN, ESQ.

14           101 WEST BIG BEAVER ROAD

15           SUITE 1100

16           TROY, MICHIGAN 48084

17           248-205-3300

18

19

20

21

22

23

24

25
```

Transcript of Ryan Harrington
Conducted on August 1, 2024                                          142

```
1    STATE OF CALIFORNIA       )
                               )
2    COUNTY OF LOS ANGELES     )

3

4         I, Michael Cagliata, Certified

5    Shorthand Reporter No. 14491, do hereby

6    Certify:

7         That prior to being examined, the witness

8    named in the foregoing deposition was by me duly

9    sworn to testify the truth, the whole truth, and

10   nothing but the truth;

11        That said deposition was taken down by me

12   in shorthand and thereafter reduced to print by

13   means of computer-aided transcription; and the same

14   is a true, correct, and complete transcript of said

15   proceedings.

16        I further certify that I am not

17   interested In the outcome of the action.

18        Witness my hand this 1st day of August, 2024.

19

20

21   _____

22   Michael Cagliata, CSR #14491, RPR

23   Certified Shorthand Reporter

24   In and for the State of California

25
```

Transcript of Ryan Harrington
Conducted on August 1, 2024                          23

```
1    second?
2           (Recess taken.)
3       Q.   Okay.  Mr. Harrington, when we left off I
4    had asked you if there had been any testing that you
5    wanted to perform that you had been unable to perform
6    for any reason and you were answering but I was
7    having a technical difficulty.  Would you please
8    start that answer again?
9       A.   I said, yeah.  There was no testing that I
10   was not able to complete that I had desired to do.
11      Q.   All right.  Describe for me the process of
12   budgeting.  What type of budget, if any, are you
13   provided by either Tesla or the Bowman and Brooke
14   firm as a part of your retention in a case like this?
15      A.   Typically there aren't budgets.  In some of
16   my case I'll talk to the clients about estimated
17   budgets based on, you know, what the production
18   details look like, things like that.  It's not
19   usually something that's set in stone.  It's just
20   kind of communicated as we get into the case and kind
21   of understand the level of effort that likely is
22   acquired.
23      Q.   So at any point prior to -- well, at any
24   point during your retention in this matter -- I
25   should ask.  When were you formally retained?
```

Transcript of Ryan Harrington
Conducted on August 1, 2024                                    32

1   your demonstrations, you did a day time and a

2   nighttime demonstration and then a collision

3   scenario; correct?  You did a total of three?

4        A.   Yes.

5        Q.   And what I'm trying to get a sense of is

6   what Level 2 autonomy features were active in that

7   Mercedes S-Class during any of your three

8   experiments?

9        A.   So that experiment was to test the

10  functionality of the forward collision warning and

11  automatic emergency braking, so not the L2

12  functionality.

13       Q.   Right.  So the active lane keeping assist

14  feature was not utilized during any of your testing

15  involving the Mercedes; true?

16       A.   That's true.  Because again, we were

17  looking at the longitudinal response.  That's the

18  AEB.

19       Q.   The attention assist feature was not active

20  in the Mercedes during any of your testing; true?

21       A.   Sorry.  The what?

22       Q.   Attention assist feature.

23       A.   No.  There was a robot driver in the

24  vehicle for much of the testing.

25       Q.   Well, for one of the tests, and then for

Transcript of Ryan Harrington
Conducted on August 1, 2024                                    33

1    two of them you had a human driver; true?

2         A.   For the first two tests there was a human

3    in there.  The third was with a robot driver.  Yes.

4         Q.   Okay.  Was active speed limit assist active

5    in any of the testing involving the Mercedes S-Class?

6         A.   Not that I recall, no.

7         Q.   Was active steer control utilized by active

8    in the Mercedes S-Class during any of your testing?

9         A.   No.  Again, the purpose of the test was to

10   assess SEW and AEB performance.

11        Q.   I understand.  Was night view assist

12   activated during any of your nighttime testing

13   involving the Mercedes S-Class?

14        A.   That, I would have to go back and look at

15   the report to see.  I don't recall it being on, but I

16   would have to go back.  We went through pictures of

17   the menus showing the different settings.  I'd have

18   to look back and confirm.

19        Q.   It's an open book exam, sir.  Go ahead and

20   check.

21        A.   Sorry.  It's a big file which we sent you.

22   It takes a while to load.  All right.  Let's scroll

23   to those pages.  It does not look like that was

24   enabled.

25        Q.   Was traffic sign assist feature enabled on

Transcript of Ryan Harrington
Conducted on August 1, 2024                    57

1    track in the area where you did your testing.

2         A.   Sure.  On the right there's a fog line and

3    then on the left is a dash line.

4         Q.   Is there an adjacent lane as similar to a

5    two-lane rural road by Card Stone Road?

6         A.   Yes.

7         Q.   And it also has a fog line on the opposite

8    side?

9         A.   That is correct.

10        Q.   What is the width of the road ways?  The

11   width of the roadway from fog line to fog line?

12        A.   I believe it's 24 feet.  I can see in the

13   report if I have those dimensions for you.  This is

14   that same report we discussed before.  The 130 page

15   document.  So it looks like it is -- let me pull this

16   up.  Sorry.

17             So it looks like I don't have that listed

18   in the report.  My understanding is they're 12-foot

19   lanes, but I would have to confirm that.

20        Q.   What's the width of the lanes on Card Stone

21   Road?

22        A.   I'd have to go to Mr. Walker's report.

23   Would you like me to do that now?

24        Q.   Like I said, open book exam.  Yes, please.

25        A.   I'm not seeing it easily in this report.

Transcript of Ryan Harrington
Conducted on August 1, 2024                        58

1    He's got the width of the pad, where the -- where Mr.
2    Angulo's Tahoe was as being a 24-foot wide pad.  But
3    I'm not seeing the width of the Card Sound Road being
4    listed independently.
5         Q.   Okay.  I noticed in your -- what do you
6    call this report that we're looking at?  The 130 page
7    report?
8         A.   It says, "test report".
9         Q.   Test report.  Thank you.  I noticed in your
10   test report that as you approach the Tahoe, there's a
11   guard rail to the left.  I don't know what is -- I
12   don't know what orientation we're looking at, so I
13   have to use left or right.  So I'll just say that the
14   approach of the Tahoe in the opposite lane running
15   along the last I don't know 50 or 100 feet, perhaps
16   more, there is a guard rail; true?
17        A.   That's correct.
18        Q.   There was no guard rail running along Card
19   Sound Road in the last 50 to 100 feet before impact;
20   true?
21        A.   There was a guard rail leading up to the
22   intersection once the vehicle entered the
23   intersection there was not a guard rail to the left.
24        Q.   Is it your testimony there's a guard rail
25   to the left of the lane of travel at the same

Transcript of Ryan Harrington
Conducted on August 1, 2024                    59

1    orientation to where the guard rail is relative to

2    the roadway in your testing?

3         A.   I think I got lost in your question.

4         Q.   I got a little lost asking it.  I've seen

5    Card Sound Road relative to the roadway edge.  Would

6    you agree with that?

7         A.   I'm looking at the pictures.  They're

8    slightly below, but they're similar to the road

9    height.

10        Q.   Okay.  How slightly below are the

11   guardrails along Card Sound Road approaching the

12   intersection of the subject collision versus on your

13   demonstration -- in your testing report, and as a

14   part of your testing?

15        A.   Sure.  So I don't know the exact

16   difference.  I think you said before, along the

17   roadway, but it's a lane over, right?  So it's not

18   that guard rail to the left that's right next to the

19   lane of travel that you're mentioning.

20        Q.   I understand.  When you're approaching on

21   the subject incident along Card Sound Road, are there

22   guardrails on both sides of the roadway for the last

23   500 feet for the intersection, if you know?

24        A.   There are guardrails on both sides near the

25   point of, I believe, the stop sign.

Transcript of Ryan Harrington
Conducted on August 1, 2024                    60

1        Q.   Okay.  And for how long prior to the
2   approach of the stop sign do those guardrails run?
3        A.   I can look at it from images.  I don't have
4   an exact number.  It's a pretty significant distance.
5        Q.   Okay.  And how far are those guardrails
6   from the edge of the fog line on either side?
7        A.   I don't have that measurement.
8        Q.   What's your best estimate based upon your
9   review of the photos?
10        A.   Five to ten feet.  Somewhere in that range.
11   Maybe a little less.
12        Q.   Okay.  How far from the edge of the fog
13   line is the guard rail depicted in your testing
14   report?
15        A.   I don't have an exact number, but I can --
16   somewhere under five feet.  Something like that.
17        Q.   Closer to maybe three feet?
18        A.   About a lane over.
19        Q.   Okay.  Your testing was not done in an
20   intersection configuration, was it?
21        A.   What do you mean by "intersection
22   configuration"?
23        Q.   Well, it's a straight road.  There's no
24   cross traffic.  There's no cross street where you
25   place the Tahoe in any of your testing; true?

Transcript of Ryan Harrington
Conducted on August 1, 2024                              61

```
1         A.    There's not a cross traffic -- however, the
2    lane marking is there, the flashing light is there,
3    but there's not an intersection.
4         Q.    This is done on a test track where?
5         A.    In Phoenix, Arizona.
6         Q.    What's the address?
7         A.    I don't have it memorized.  It's off of
8    maybe 19th Avenue in North Phoenix.  It is Exponent's
9    test and engineering center.
10        Q.    Okay.  Do you know if at Exponent's test
11   and engineering center in North Phoenix, there are
12   any locations where there is a T intersection where
13   testing can be performed?
14        A.    I'm just envisioning going around the
15   track.  I don't believe there's a T intersection.  We
16   have some gravel roads that come near the track, but
17   I can't recall if there's an actual something like a
18   T intersection.
19        Q.    Was there anything that prevented you from
20   performing this testing at a T intersection?
21        A.     Given the testing, the safety protocols we
22   needed to do it on site, and we didn't have any -- we
23   didn't have a T intersection so we created in essence
24   what looks like a T intersection with the signage.
25   Obviously, it doesn't have the roads, but the signage
```

Transcript of Ryan Harrington
Conducted on August 1, 2024                                62

1   is -- which would be right in front of the subject

2   vehicles and the Tahoe -- subject incident.

3        Q.   And there was no limit line to evident the

4   edge of the travel way in front of the signage that

5   you placed; true?

6             MR. BRANIGAN:  Objection.  Form.  Vague.

7             THE WITNESS:  You're saying a line

8   perpendicular to the lane of travel?

9        Q.   That would be the word I was looking for.

10  Yes.  There is no fog line perpendicular to the lane

11  of travel in your testing; true?

12       A.   There is not, no.  I don't see that being

13  an issue.  The sensors are looking for objects in

14  front.

15       Q.   Is it your testimony that the vision system

16  is not looking for the edge of travel way at any

17  point prior to impact?

18       A.   It can look at lane markings, but typically

19  for FCW and AEB, it is looking for vehicles and/or

20  objects in front of it.

21       Q.   Right.  But you told me previously that the

22  radar and the cameras' views for purposes of both

23  object event detection response and also for

24  understanding and appreciating drivable space and the

25  limits of drivable space; true?

Transcript of Ryan Harrington
Conducted on August 1, 2024                    66

1          MR. SCHREIBER:  Yes, sir.

2          THE WITNESS:  So it looks like our road

3   signs are four to five feet.  Something like that.

4      Q.   And what were the height of the actual road

5   signs on scene?

6      A.   So I don't have the exact number, but it's

7   column eight to 10 feet.

8      Q.   So you were off with a magnitude of about

9   40 percent.  Why?

10      A.   That is something that I did notice after

11   the testing was conducted.  However, if you look at

12   the data, without the signage, the systems weren't

13   observing the side profile of the vehicle.  It seems

14   like the Subaru and the Mercedes were actually

15   reacting to the signage.

16          So looking at it, if we actually would have

17   raised the sign height, it would have likely caused

18   either no FCW alert, or even later than we had.  So

19   from a conservative perspective, having the road

20   signs being lower likely resulted in a higher

21   likelihood of FCW alerts for even earlier alerts than

22   having put them even higher, which I think is what

23   Mr. Moore was trying to highlight.  That the signage,

24   if you would have put it higher, it would have been

25   at the edge of where the radar may not have perceived

Transcript of Ryan Harrington
Conducted on August 1, 2024                    70

1    the signs.  If you look at the limitations language

2    on most systems, they aren't designed to pick up

3    signs.  Now, they can, but that's not how systems are

4    designed.  How the Tesla would have perceived those

5    signs, I don't have information on that.  Most of

6    these systems are trying to filter out signage, and

7    they're not intended to react to signage.

8         Q.   At some point, you had a conversation with

9    Mr. Branigan and the folks at Tesla, probably after

10   receiving Mr. Moore's report regarding sign height

11   and his issue or his taking issue that your sign

12   height was approximately 40 percent lower than the

13   actual sign height.  Tell me about that conversation.

14   What was discussed.

15        A.   You said, when was this discussion?

16        Q.   Well, I'm assuming -- let me ask you this.

17   At some point you became aware that the sign height

18   in all of these $500,000 worth of tests were 40

19   percent lower than the actual sign height on the

20   scene.  When did you become so aware?

21        A.   I believe I saw it when I was out there,

22   and then I looked at it again when Mr. Moore brought

23   that to my attention as well.

24        Q.   And then at some point you had a

25   conversation with Mr. Branigan or the lawyers and/or

1    representatives of Tesla about that distinction.

2    Tell me about that conversation.  What was discussed?

3        A.   The same thing that I just told you.  That

4    if the signs were higher, it is likely that the

5    systems would have provided a warning even later.  So

6    based on my knowledge and experience.

7        Q.   Okay.  Point to me in any of the underlying

8    data in the thousands of pages in your file that

9    would support the idea that the Mercedes, the Subaru,

10   and or the Volvo, would not have appreciated the

11   signs -- or, they would have appreciated the signs

12   later in time if they were the actual height as they

13   were on scene?

14       A.    Again, they are further out of path than

15   they were.  They were lower and at vehicle height

16   versus something above a typical vehicle height.  So

17   eight feet is above where vehicles typically are.

18   The way they are positioned in my testing are more at

19   the height where you would see vehicles.

20       Q.   So the answer is you don't have any data

21   that you can point to with respect to the Mercedes,

22   the Subaru, or the Volvo, which supports the

23   conclusion that the vehicles wouldn't have

24   appreciated -- would have appreciated later in time

25   the sign height if they were the actual height on

Transcript of Ryan Harrington
Conducted on August 1, 2024                                72

1    scene; correct?

2         A.   I don't have any data.  It's based on my

3    experience testing these systems and how they are

4    typically designed.

5         Q.   Got it.  All right.  Let's talk about the

6    stop sign.  Going to your test report.  All right.  I

7    see a photo on page 95 and it ends with the prefix

8    "0316".  Is that designed to depict the limit line of

9    where the stop sign was located, or is that the start

10   of the test?

11        A.   Sorry.  What page are you on?  95?

12        Q.   95 of 138.  Photograph 12820.  P as in

13   Paul, H as in Harry, _0316.

14        A.   That is the start of the 500 feet.  So we

15   had a tape line there, but after that point it was

16   kind of the point of no return.  So we looked at all

17   the initial conditions and once it hit that point the

18   test was going to go ahead no matter what.

19        Q.   Okay.  I thought I saw at some point a stop

20   sign depicted on the approach.  Am I mistaken?

21        A.   No, you're not.  There's a schematic, and I

22   just had it.  It's in that same test report.  If you

23   look on page 6 out of 138, the schematic shows the

24   location of the stop sign.

25        Q.   And a stop sign is approximately 137 feet

Transcript of Ryan Harrington
Conducted on August 1, 2024                    73

1   from the front right quarter panel of the Tahoe;

2   true?

3        A.   It's measured from the centerline of the

4   right rear tire, but it's 137.4 feet from that

5   position.

6        Q.   I always hate asking questions like that of

7   engineers because you guys always give me responses

8   like that.  You're not wrong.  It's not a

9   controversial topic.  All right.  So fair enough.

10  I've seen a photo of it and now it's just bothering

11  me that I can't put my finger on it.  What's the

12  height of the stop sign?

13       A.   I don't have the height of the stop sign at

14  this point?

15       Q.   It is not a standard MUTCD height stop

16  sign; true?

17       A.   We didn't reference any TCD of the stop

18  sign height.  Correct.

19       Q.   It too is approximately four feet from the

20  ground; correct?

21       A.   Based on my memory, it's a similar height

22  frame.

23       Q.   Is there a reason why the stop sign

24  137 feet from the Tahoe that was used in your testing

25  was not the same height or substantially similar

1   forward collision warning but you can't set the

2   sensitivity of automatic emergency breaking in terms

3   of when it would fire?

4         A.   Correct.  That's typically how these

5   systems are designed.  The FCW in some vehicles has a

6   sensitivity setting, but AEB typically is the point

7   of -- at that point, there's no sensitivity.  This is

8   the last point in which the system feels like it can

9   brake.  That one is not -- I have not seen that user

10  defined.  It's usually the warnings that are user

11  defined.

12        Q.   In any of the three tests that you did for

13  the Mercedes -- let's walk through them, actually.  I

14  want to use the proper names.  So in your first test

15  which you refer to as daylight nominal FCW and AEB

16  demonstration, you use the Mercedes in that test;

17  correct?

18        A.   Yes.

19        Q.   And when run with a human driver, was any

20  longitudinal L2 control activated in the vehicle?

21        A.   No.  Those were done with just the driver

22  providing the input.

23        Q.   Same question for lateral control.  In the

24  Mercedes, test one, was any lateral L2 feature

25  activated on the vehicle when there was a human

```
1    driver?
2         A.   No.
3         Q.   Okay.  Same question for the Subaru.  In
4    test one, the daylight nominal FCW and AEB
5    demonstration, was there any longitudinal Level 2
6    control activated in the Subaru?
7         A.   No.
8         Q.   What about for the Volvo?
9         A.   No.
10        Q.   Okay.  Now, with respect -- and same
11   question for the Subaru and the Volvo in the first
12   test.  Was there any lateral Level 2 system activated
13   as a part of that test?
14        A.   Just to clarify, lateral on its own is not
15   L2.  You're saying the lateral component of an L2
16   system assuming --
17        Q.   Sure.  If that's a distinction for you,
18   yes?
19        A.   No, it was not lateral control engaged.
20        Q.   Okay.
21        A.   The AEB systems operate independent of ACC
22   and (inaudible).
23             THE REPORTER:  I'm sorry, Mr. Harrington.
24   Your answers are falling off at the end.
25        A.   The AEB systems operate independent of ACC
```

Transcript of Ryan Harrington
Conducted on August 1, 2024                                    111

```
1    light.  There was no -- those lights were just for
2    pre and post test.
3         Q.   That's what I thought.  That's fine.  Okay.
4         A.   The videos of the testing show pretty clear
5    that there was no lights.
6         Q.   Right.  And I've seen this as well.  I just
7    wanted to confirm.  Maybe I was missing something.
8    Okay.  And in the same scenario, scenario 2, the
9    driver was instructed to drive straight in the travel
10   lane towards the broadside of the target vehicle in
11   scenario 2 it's a Tahoe, not a Jeep VT, and then
12   steer to avoid it upon reaching the column's position
13   141 feet from the Tahoe; true?
14        A.   Correct.
15        Q.   Okay.  And they were instructed not to
16   apply the brakes before steering or maneuver was
17   necessary unless they had to abort; correct?  That's
18   true?
19        A.   Correct.
20        Q.   Okay.  It was a Zoom hiccup.  I saw your
21   mouth move.  I didn't hear you.  Okay.  Again, under
22   that second scenario there were no lateral or
23   longitudinal automation features activated in any of
24   the Mercedes, Subaru, or Volvo vehicles involved;
25   correct?
```

Transcript of Ryan Harrington
Conducted on August 1, 2024                                   112

1          A.    Correct.   There was no lateral or
2     longitudinal control.   It was manually driven and no
3     alerts were given.
4          Q.    Got it.   And in that test, it says that
5     "none of the test vehicles provided an AE B
6     activation"; true?   This is scenario 2.
7          A.    Correct.
8          Q.    Did any of the vehicles provide a forward
9     collision warning?
10         A.    No.
11         Q.    And where is that information documented?
12         A.    So the lack of a table is the point I'm
13    trying to make sure that we made a statement, and
14    maybe we missed the statement, that the reason it
15    isn't at the table is because FCW alerts were not
16    given.   It seems like we may have missed that
17    statement.
18         Q.    You did.   That's why I'm asking.
19         A.    Yeah.   Okay.   That's a good catch.   So the
20    other ones have a statement about that.   That one
21    should have said that there's the reason there was no
22    table because the FCW alerts weren't given.
23         Q.    Where is that data actually collected and
24    documented in your expert file?
25         A.    So in the file we sent, I'm not seeing that

Transcript of Ryan Harrington
Conducted on August 1, 2024                                    113

1    there -- understanding where the video -- it seems

2    like it is not in the file.  That is something we can

3    get that seems to be missing from the file.

4         Q.   Yeah.  Would you, please?

5              MR. BRANIGAN:  I'm sorry.  What is it that

6    you're asking about that appears to be not in the

7    file?

8              MR. SCHREIBER:  So presumably there was a

9    summary or some documentation of a forward collision

10   warning not firing under scenario 2.  The description

11   at page 75 and 76 of Exhibit 1 references that AEB

12   doesn't fire but is silent as to forward collision

13   warning, and then there's no summary table as there

14   is for scenarios 1 and 3.  I went through extensively

15   Mr. Harrington's file looking for some data to verify

16   or not whether FCW fired under scenario 2 in any of

17   the three vehicles, and I'm unable to locate it and

18   so is the witness.

19             I'm asking that after today, that he please

20   produce that data to the extent it exists to you, Mr.

21   Branigan, obviously, forward it to me.  My sense is

22   I'm unlikely to need to discuss with Mr. Harrington

23   at any length that information received post, but I

24   will reserve my right to the extent there's something

25   in there that's meaningful to 20 minutes of testimony

Transcript of Ryan Harrington
Conducted on August 1, 2024                                    114

1    at the most to cover that if and when it is produced.

2              MR. BRANIGAN:  That's fine.  I mean, if

3    it's something that's producible at a break without

4    extreme mountain Everest like effort, we can do that

5    too.  Well do what you just described counsel.

6              MR. SCHREIBER:  I'm going to be done

7    probably in the next half hour.  We're already in

8    test 3 here in a minute.  Then I've got some wrap up

9    and some close out stuff.  We're in the home stretch.

10             MR. BRANIGAN:  Got it.

11             MR. SCHREIBER:  Okay.

12        Q.   Fair so say under your scenario 2,

13   broadside to the Tahoe, forward collision warning and

14   AEB did not fire in any of the test vehicles;

15   correct?

16        A.   That is correct.

17        Q.   Okay.  Third scenario.  We've already

18   talked about the differences in the environment.  I'm

19   not going to re-plow that field with respect to the

20   roadway, roadway edge, road signs, but just to

21   confirm that just like in scenarios 1 and 2, when

22   there was a human driver they were similarly directed

23   -- well, what were the human drivers directed to do

24   in scenario 3?

25        A.   Sorry.  I just lost that page.  So scenario

Transcript of Ryan Harrington
Conducted on August 1, 2024                                    115

1    3 was very similar.  Same thing.  Don't test the

2    brakes unless they need to abort, drive straight at

3    the target which now was an exemplar Tahoe with the

4    road signage in front of it, and then at the 1.6

5    second TTC mark of that 134 to peel off to the right.

6         Q.   Same thing.  No lateral or longitudinal

7    automation features were activated in the vehicle in

8    scenario 3 in any of the vehicles in scenario 3 with

9    a human driver; true?

10        A.   That is correct.

11        Q.   All right.  Again, these drivers knew they

12   were approaching a vehicle and you were not trying to

13   recreate any type of distracted driver scenario;

14   true?

15        A.   So this was to perform FCW and AEB

16   performance testing, not human response to a

17   potential warning.

18        Q.   Understood.  The Mercedes -- I'm looking at

19   Table 12 in scenario 3.  The Mercedes through an FCW,

20   a forward collision warning, at just over 1.8

21   seconds.  Do you see that?

22        A.   Yes.

23        Q.   Did you discuss that with Dr. Cades?  And

24   his opinion as to whether or not that would be

25   sufficient reaction time or perception -- would that

Transcript of Ryan Harrington
Conducted on August 1, 2024                              126

```
 1        Q.   Okay.  Just looking out for you Branigan?
 2             MR. BRANIGAN:  The question is whether we
 3   get a -- some money from the plaintiffs now that we
 4   know that they're not really interest needy their FCW
 5   and AEB claim, contrary to multiple allegations in
 6   the amended and consolidated complaint.
 7        Q.   All right.  So let's go ahead and talk
 8   about the crashing.  Same thing.  No -- well, the
 9   Subaru -- let's start with the Mercedes.  We're going
10   to get to my page.  So when you crash the Mercedes,
11   you have a robot driver?  Or you have a robot in the
12   vehicle?  Is that a yes?
13        A.   Correct.
14        Q.   And how was the vehicle being controlled?
15        A.   By the robot driver.
16        Q.   Okay.  And there are no lateral automation
17   features being used?
18        A.   Correct.  The control functions come from a
19   test driver using the VR headset and controls into
20   the robot driver, and so all lateral and longitudinal
21   control is provided by the test driver via the robot.
22   The vehicle is not providing lateral or longitudinal
23   control.
24        Q.   Okay.  And that's the same for the Subaru
25   as well?
```

Transcript of Ryan Harrington
Conducted on August 1, 2024

1      A.    Correct.

2      Q.    And where is the summary table for the

3  firing or not of FCW and AEB on the Subaru and the

4  Mercedes in the final crash scenario?

5      A.    So those are documented in the test reports

6  that were marked as Exhibits 3 and 4 earlier.

7      Q.    And so focusing on the testing report of

8  the Mercedes, which is Exhibit 3, where do I find

9  that data?

10      A.    Let me find the page number for you.  This

11  is the one.  So in Mercedes we had a battery that

12  failed in some of our test equipment.  So the results

13  are discussed on page 5.  It's that last paragraph.

14  The brake lights illuminated, this is an automatic

15  function of the switch, not as a result of the active

16  distance.  Automatic emergency braking event.  With

17  this one we lost the data, which is the images.  The

18  Subaru report, at the end of the report there's the

19  data that came off the sensors of the vehicles.

20      Q.    All right.  So as it relates to the third

21  run involving the Mercedes, the final run involving

22  the crash of the Mercedes, you cannot say when

23  forward collision warning was fired or when AEB

24  fired; is that true?

25      A.    No, we can.  So if you look at the analysis