

*Vehicle Engineering*

**Expert Report of
Ryan Harrington**

**Benavides v. Tesla**

Confidential and Subject to Protective Order



# Expert Report of Ryan Harrington

# Benavides v. Tesla

Prepared for

Thomas P. Branigan, Esq.
Bowman and Brooke LLP
101 W Big Beaver Rd
Suite 1100
Troy, MI 48084

Prepared by

Ryan Harrington
Exponent
1075 Worcester Street
Natick, MA 01760

June 24, 2024

© Exponent, Inc.

2111593.001-7462

Confidential and Subject to Protective Order

# 8.   Subject Incident Analysis

As noted in previous sections, the subject MY 2019 Tesla Model S was equipped with the optional Enhanced Autopilot and included the following features: Lane Assist, Collision Avoidance Assist, Speed Assist, Auto High Beam, TACC, Autosteer, and Autopark. These features, when used as intended, allow the Tesla Model S to operate as a Level 2 system as defined by NHTSA[210] and SAE International.[211] Prior to the subject incident, the subject vehicle operated as a Level 2 system through its use of TACC for acceleration/braking (longitudinal motion) of the vehicle and Autosteer for steering (lateral motion). However, in the 76 seconds leading up to the subject incident, the subject vehicle was operated as a Level 1 system.[212]

It is important to note that while the algorithms for FCW and AEB vary from one original equipment manufacturer to another, typically these systems (which are discussed in detail in Section 6) monitor multiple vehicle signals, including steering angle and torque, accelerator and brake pedal position, vehicle speeds, lateral and longitudinal accelerations, and yaw rate. These systems need to monitor internal vehicle signals, in addition to sensor data (e.g., radar, camera); that is, they need to monitor the surrounding environment to decide whether activating FCW or applying AEB would be appropriate in response to the driver's simultaneous actions, such as steering input and manual braking. The FCW and AEB systems monitor steering input and yaw rate to estimate the vehicle's future location and assess collision risk. When closing speed is high, the system must act quickly as the target vehicle comes into view. Minor variations in yaw rate or steering angle can impact collision likelihood.

During the subject incident, Autosteer was in the restricted speed mode as indicated by the code "ACTIVE_RESTRICTED, 4.0" about 75 seconds before the collision, and the vehicle was

---

[210] "NHTSA Levels of Automation," NHTSA, Available at: https://www.nhtsa.gov/sites/nhtsa.gov/files/2022-05/Level-of-Automation-052522-tag.pdf, Accessed in June 2024.

[211] "J3016 Levels of Driving Automation graphic," SAE International, May 2021. Available at: https://www.sae.org/binaries/content/assets/cm/content/blog/sae-j3016-visual-chart_5.3.21.pdf, Accessed in June 2024.

[212] Tesla recorded car log data 2019-04-26.xlsx.

## 9.   Exponent Testing

Exponent evaluated the FCW and AEB functions of the forward collision mitigation systems installed on three test vehicles:

- 2019 Mercedes-Benz S560 (VIN: WDDUG8DB0KA435756).
- 2019 Subaru Legacy 2.5i Limited (VIN: 4S3BNAJ66K3014022).
- 2019 Volvo S60 T8 e-AWD R-Design Plug-in Hybrid (VIN: 7JRBR0FMXKG017795).

A series of demonstrations were conducted to evaluate the nominal performance of FCW and AEB and its behavior in a scenario that included certain aspects of the subject collision.[217] The demonstrations were structured in three phases:

1. Daylight nominal FCW and AEB demonstrations:
   - with a human driver; and
   - with a robot driver.
2. Nighttime FCW demonstration with broadside targets:
   - with a human driver.
3. Nighttime collision scenario FCW and AEB demonstration:
   - with a robot driver

The daylight nominal testing was conducted according to the NHTSA CIB confirmation test.[218] All tests were conducted with the FCW warning timing set to nominal.

---

[217] None of the tests/demonstrations performed by Exponent and described in this section were designed to completely recreate the subject crash in all respects.

[218] "Crash Imminent Brake System Performance Evaluation for the New Car Assessment Program," NHTSA, October 2015.