# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

DILLON ANGULO,

      Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

Case No. 22-22607-KMM

## PLAINTIFF'S MOTION TO EXCLUDE
## DR. FERNANDEZ FROM OFFERING OPINION ON CENTRALIZED PAIN

    Plaintiff, Dillon Angulo, by and through undersigned counsel, file this motion to exclude Tesla's retained Orthopedic Expert, Dr. Rafael Fernandez, from offering an opinion as to centralized pain, and states as follows:

    As this Court is aware, this crash involved severe injuries to Dillon Angulo who, in the immediate aftermath of the collision, had to be airlifted to Jackson's trauma center with polytrauma including brain bleeding, a severely fractured pelvis, jaw fractures, and more. From the time of

1

this crash, Plaintiff has been treating for his injuries primarily through the University of Miami Health System as well as the Baptist Health system. There, he has come under the care of pain management specialists who have diagnosed him as suffering from centralized pain, a condition where the central nervous system (CNS) amplifies pain signals in a way that makes the pain experience more intense and persistent, even after the original source of pain has been addressed or healed.

Defendant, Tesla, hired Dr. Rafael Fernandez as its expert orthopedist to conduct a CME on Angulo. In his CME report and in his deposition, Dr. Fernandez opined that, from an orthopedic standpoint, he sees no basis for the severe, chronic pain which Plaintiff Angulo continues to complain of.

When asked at his deposition, Dr. Fernandez testified that he "[doesn't] believe" that Plaintiff Angulo has centralized pain (Fernandez at 46), while also simultaneously acknowledging that:

1. He is not an expert on centralized pain (Fernandez at 63-64);

2. He couldn't answer and would "defer" on questioning as to whether Angulo has elements of centralized pain (Fernandez at 46);

3. Opining on the origin of centralized pain is beyond his expertise (Fernandez at 51); and

4. He was unable to identify, and would defer to pain specialists, on the identification of examination findings which would make a diagnosis of centralized pain less likely (Fernandez at 57).

In accordance with his testimony and acknowledgements, it is clear that centralized pain is a topic beyond the expertise of Dr. Fernandez, and he should not be allowed to offer any testimony

indicating his belief that Plaintiff Angulo does not have centralized pain.

WHEREFORE, Plaintiff respectfully requests this Court enter an order providing the relief requested above.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notices of electronic submission to all parties on the attached service list.

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By: /s/ *Adam T. Boumel, Esq.*
      Adam T. Boumel, Esq.
      Florida Bar No.: 0110727
      Direct email: adam@roussolawfirm.com
      Service emails:
      Pleadings@roussolawfirm.com
      haiyang@roussolawfirm.com

<u>**SERVICE LIST**</u>

**<u>Bowman and Brooke LLP</u>**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Joel Smith Esq.**
**Attn:Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant*

**<u>Singleton Schreiber, LLP</u>**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**<u>Poses & Poses, P.A.</u>**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**<u>Eaton & Wolk PL</u>**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*