UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,                      Case No. 22-22607-KMM

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF INTENT TO COMPLY WITH D.E. 8 AND
COURT RULES REGARDING FILING OF MOTIONS IN LIMINE**

    Plaintiffs, by and through undersigned counsel, hereby file this Notice of Intent to Comply with this Honorable Court's rules and procedures regarding the filing of Motions in Limine as set forth in the Order Setting Trial and Pre-Trial Schedule (D.E. 8), and state as follows:

    As Plaintiffs prepared and filed today several different motions in limine, none of which carried the Local Rule 7.1(a)(3) certification, the undersigned's paralegal just brought to the

undersigned's attention that this Court's Order Setting Trial and Pre-Trial Schedule (D.E. 8), specifies that Plaintiffs are only permitted to file one singular motion in limine, and that it must include the Local Rule 7.1(a)(3) certification.

Plaintiffs apologize to this Court for this oversight, and hereby notify the Court that Plaintiffs intend to comply with these rules by (1) setting a meet and confer with Tesla to occur tomorrow (pending Tesla's counsel's availability) to narrow and resolve as many issues as possible, and (2) refiling all remaining issues into a singular motion in limine, by end of day tomorrow.

Plaintiffs do note that the parties did meet and confer on several motion in limine subjects several months ago in advance of the previous deadline, but frankly speaking that occurred so long ago that the undersigned does not recall, and cannot find emails confirming, what agreements were or were not made in those previous conferences.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notices of electronic submission to all parties on the attached service list.

> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway
> Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By: /s/ *Adam T. Boumel, Esq.*
>       Adam T. Boumel, Esq.
>       Florida Bar No.: 0110727
>       Direct email: adam@roussolawfirm.com
>       Service emails:
>       Pleadings@roussolawfirm.com
>       haiyang@roussolawfirm.com

**SERVICE LIST**

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Joel Smith Esq.**
**Attn:Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*