# EXHIBIT C



# Transcript of Police Camera Video Excerpt

**Case:** Benavides/Estate of Leon, et al. -v- Tesla, Inc. / Angulo -v- Tesla, Inc.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

BENAVIDES/ESTATE OF LEON, et al.

V

TESLA, INC.


ANGULO

V

TESLA, INC.

Job: 550482

Pages: 1 - 15

Transcribed by: Steph Mistele

```
1                          PROCEEDINGS

2

3          UNKNOWN OFFICER: 71-11, we have no road

4     closure. Vehicles are off to the side of the road.

5          UNKNOWN FEMALE: You need me to move my car?

6          UNKNOWN OFFICER: Is that your car?

7          UNKNOWN FEMALE: I can move my car. I just don't

8     want to leave him here by himself.

9          UNKNOWN OFFICER: Who else is involved?

10          UNKNOWN FEMALE: From what I understand, just

11     him. He was driving the car and was here.

12          GEORGE MCGEE: I was driving. I dropped my phone

13     and looked down and I ran a stop sign and hit the

14     guy's car.

15          UNKNOWN OFFICER: Sir, which car are you

16     driving?

17          GEORGE MCGEE: This car, Tesla, right here.

18          UNKNOWN FEMALE: They're helping you right now,

19     okay?

20          UNKNOWN OFFICER: Do me a favor. Just grab your

21     driver's license. Are you okay?

22          GEORGE MCGEE: Yes, sir. I just got to--
```

1    UNKNOWN OFFICER: Hang on tight. Hang on tight.

2    GEORGE MCGEE: Just got a bump on my, uh...

3    UNKNOWN FEMALE: I can move my car if you need

4  me to move my car.

5    GEORGE MCGEE: This poor guy. This poor. Hey,

6  babe, I'll have to call you back.

7    UNKNOWN OFFICER: Boss?

8    GEORGE MCGEE: Say hi to the kids.

9    UNKNOWN OFFICER: Boss?

10    UNKNOWN FEMALE: I just don't want him to move

11  his face. His eyes are (inaudible).

12    UNKNOWN SPEAKER: You-- what car were you in?

13    GEORGE MCGEE: I was in the Tesla.

14    UNKNOWN OFFICER: Hey, guys.

15    GEORGE MCGEE: I looked down. I didn't--

16    UNKNOWN OFFICER: Guys. What's going on? This

17  guy's agonal.

18    UNKNOWN SPEAKER: These guys--

19    UNKNOWN SPEAKER: You were-- you were in the

20  vehicle as well?

21    UNKNOWN SPEAKER: Go get the (inaudible) bag.

22    GEORGE MCGEE: I'm fine. Don't worry about me.

1    Just take care of the guy.

2         UNKNOWN SPEAKER: Hey, look at me. What

3    happened?

4         UNKNOWN OFFICER: 71-11, this is a trauma alert.

5         UNKNOWN SPEAKER: Don't touch. Don't touch.

6    Don't touch. What happened? What happened?

7         UNKNOWN FEMALE: Sir, let me know if you need me

8    to move just in case.

9         UNKNOWN OFFICER: (inaudible).

10        UNKNOWN FEMALE: That's my car. I can move it on

11   the side if you want me to.

12        UNKNOWN OFFICER: Do me a favor. Do me a favor.

13   Go ahead and move it right over here. Thank you.

14        UNKNOWN FEMALE: Yeah, of course.

15        UNKNOWN OFFICER: Did you see the accident?

16        UNKNOWN FEMALE: No. I was-- actually just came

17   out of work and I saw the people standing with him

18   and I heard--

19        UNKNOWN SPEAKER: Hey, is there another patient

20   (inaudible)?

21        UNKNOWN SPEAKER: Anybody else (inaudible)?

22        GEORGE MCGEE: No, sir. Just me.

```
1           UNKNOWN SPEAKER: Are you okay?

2           GEORGE MCGEE: Yes, sir. I was heading

3      (inaudible).

4           UNKNOWN SPEAKER: What happened?

5           GEORGE MCGEE: I dropped my phone. I was trying

6      to call. We're flying out for a funeral tomorrow

7      morning and I was trying to call to get my wife's

8      stuff ready at the airline. And I looked down and ran

9      right through here and hit the guy's car.

10          UNKNOWN SPEAKER: You hit this car?

11          GEORGE MCGEE: Yeah. I slammed on my brakes when

12     I saw it.

13          UNKNOWN SPEAKER: Okay, where are you coming

14     from, Ocean Reef?

15          GEORGE MCGEE: I'm going to (inaudible).

16          UNKNOWN SPEAKER: Whoa, whoa. Whoa, whoa, whoa.

17     Let me get this up.

18          UNKNOWN SPEAKER: (inaudible) paramedic. She's a

19     nurse (inaudible) if you guys need anything.

20          UNKNOWN SPEAKER: No, we're good right now.

21     We've got more crews coming.

22          UNKNOWN OFFICER: Listen, boss. I need you to
```

1   stand right over there. Just hang on tight, all

2   right?

3        UNKNOWN SPEAKER: Clear the airway, load and go.

4        UNKNOWN SPEAKER: Yep, yep.

5        UNKNOWN OFFICER: Let's go guys. Come on.

6        UNKNOWN FEMALE: He's got a head injury.

7        UNKNOWN SPEAKER: Yeah, we're going to have to

8   check him out too.

9        UNKNOWN SPEAKER: Got some shit.

10       UNKNOWN SPEAKER: Was anyone else in the vehicle

11  with this guy?

12       UNKNOWN SPEAKER: No, just him. Can you look at

13  me? Look at me. Look at me.

14       UNKNOWN SPEAKER: You guys got any suction?

15       UNKNOWN FEMALE: (inaudible) in the car too?

16       GEORGE MCGEE: Yes, ma'am. I (inaudible) dropped

17  my phone. I reached down (inaudible).

18       UNKNOWN SPEAKER: Does he have a gag

19  (inaudible)?

20       UNKNOWN SPEAKER: Yeah, he had a gag

21  (inaudible).

22       UNKNOWN SPEAKER: Okay. Okay, let's get the

1   suction. Just put him in the back. We'll get him in

2   the truck and suction him. Come on. Fast.

3       UNKNOWN SPEAKER: Hey, we got any--

4       UNKNOWN OFFICER: Guys. Neck brace. Airway.

5   Let's go. Come on.

6       UNKNOWN SPEAKER: Yeah, yeah.

7       UNKNOWN OFFICER: We got to go, bro. Let's go.

8   Come on, come on, come on.

9       UNKNOWN SPEAKER: Easy. Start taking reports.

10      UNKNOWN SPEAKER: Okay. Hold the C-spine right

11  there.

12      UNKNOWN SPEAKER: I got it. Okay. Check his

13  back. Check his back.

14      UNKNOWN OFFICER: Jesus Christ.

15      UNKNOWN FEMALE: Okay.

16      GEORGE MCGEE: Officer, I've got a-- oh, my God.

17  This guy's bad.

18      UNKNOWN OFFICER: Boss, how much have you had to

19  drink tonight?

20      GEORGE MCGEE: None. Zero. I just left my office

21  in Boca. 100% sure. I also have a firearm in there.

22  I've got my concealed weapons carry.

1       UNKNOWN OFFICER: Just hang on tight.

2       GEORGE MCGEE: (inaudible). It was actually

3  because I was driving on. I looked down and I've been

4  using the cruise control and I looked down, I didn't

5  realize (inaudible) and I was sat up. The minute I

6  sat up I hit the brakes and saw his truck.

7       UNKNOWN OFFICER: Which way were you going?

8       GEORGE MCGEE: I was coming from the T here.

9       UNKNOWN OFFICER: Did you stop at the stop sign?

10      GEORGE MCGEE: No, I didn't, sir. I don't think.

11  I honestly don't know. I looked down. I didn't know

12  how close I was to the intersection. And I was

13  driving on cruise going for-- and I looked down and--

14  to get the phone I dropped. I was on with the airline

15  for my wife for tomorrow's funeral I'm going to. And

16  I reached down. I didn't see it. And then when I

17  popped up and looked, I saw a black truck. It just

18  happened so fast.

19      UNKNOWN OFFICER: Are you okay?

20      GEORGE MCGEE: I think so. I don't know. I've

21  got an eye injury.

22      UNKNOWN FEMALE2: He's got a huge--

1    GEORGE MCGEE: But I'm just-- my God, man. This

2  guy.

3    UNKNOWN OFFICER: Do you have any medical

4  problems?

5    GEORGE MCGEE: No, sir, not at all.

6    UNKNOWN OFFICER: All right. What do you do?

7    GEORGE MCGEE: I manage a private equity fund

8  out of Boca.

9    UNKNOWN OFFICER: That'll explain the Tesla.

10    GEORGE MCGEE: Yes, sir. I mean, I-- God. Poor

11  guy. (inaudible) way right now. What can I do for

12  him?

13    UNKNOWN FEMALE2: Pray.

14    UNKNOWN SPEAKER: Okay, guys.

15    UNKNOWN OFFICER: 71-11 (inaudible).

16    UNKNOWN SPEAKER: (inaudible) truck and suction.

17  Okay?

18    UNKNOWN OFFICER: Vehicle 2.

19    UNKNOWN SPEAKER: Okay, guys.

20    UNKNOWN OFFICER: Delta, X-ray, Tango, Romeo,

21  Romeo. D-X-T-R-R. It's black in color, Chevy Tahoe.

22  So far.

1       UNKNOWN SPEAKER: Okay, go ahead.

2       UNKNOWN OFFICER: Vehicle 1. Lima, Foxtrot,

3   Yankee, Bravo, 8-8. LFYB88. Gray Tesla. Going to

4   (inaudible).

5       UNKNOWN SPEAKER: Start checking out this guy

6   right here.

7       UNKNOWN FEMALE2: He's got a (inaudible) on his

8   head.

9       UNKNOWN SPEAKER: How you doing, sir?

10      GEORGE MCGEE: Hey, how are you, sir?

11      UNKNOWN SPEAKER: How are you feeling?

12      UNKNOWN OFFICER: (inaudible).

13      UNKNOWN SPEAKER: Hey, don't worry about that.

14  Don't worry about that.

15      UNKNOWN OFFICER: One more (inaudible).

16      UNKNOWN SPEAKER: Stretcher. Get the fucking

17  stretcher over here. Shit.

18      UNKNOWN OFFICER: Mike, 2-0-0-3-0-2-7-6-4-1-2-0.

19      UNKNOWN SPEAKER: Okay, go. One, two, three. Get

20  him in there. Let's suction him.

21      UNKNOWN OFFICER: All (inaudible) run the

22  (inaudible) of the Tahoe.

1    GEORGE MCGEE: Going to see my kids and my wife.

2  They're like 10 minutes away.

3    UNKNOWN SPEAKER: (inaudible).

4    GEORGE MCGEE: Can my wife come pick me up or

5  someone?

6    UNKNOWN SPEAKER: No, no, no. We (inaudible) you

7  to go.

8    UNKNOWN OFFICER: You didn't see the accident?

9    UNKNOWN FEMALE: No, sir. I actually just got

10  out of work and I stopped at the stop sign and I

11  heard him on the phone--

12    GEORGE MCGEE: How do I stay in touch with this

13  guy?

14    UNKNOWN FEMALE: --and I notice that--

15    GEORGE MCGEE: --to make sure--

16    UNKNOWN FEMALE: --the other person was on the

17  floor.

18    UNKNOWN OFFICER: Mr. McGee?

19    GEORGE MCGEE: Yes, sir.

20    UNKNOWN OFFICER: Just do me a favor. Just hang

21  on tight, okay?

22    GEORGE MCGEE: No problem, sir.

1   UNKNOWN SPEAKER: Does anybody got a-- no one's

2 at the station?

3   UNKNOWN SPEAKER: You feeling all right?

4   GEORGE MCGEE: Yeah, I'm just really upset. I

5 was using the stupid cruise control and I looked

6 down.

7   UNKNOWN SPEAKER: Just do me a favor, just don't

8 (inaudible) walking around. Mind if I take your shirt

9 off?

10   GEORGE MCGEE: No, sir.

11   UNKNOWN SPEAKER: I have (inaudible).

12   GEORGE MCGEE: I got his blood on me. I was

13 trying to check him when I first saw him over there.

14   UNKNOWN OFFICER: It looks to be a 20- to 30-

15 year-old male. Copy. I'm going to have to run this

16 through the records to see if I can find a DL. How

17 about the other guy, McGee? Copy. Thank you. Going

18 back to (inaudible). 71-11, I have the other party's

19 DL. Alpha 5-2-4-1-6-1-9-2-1-3-4-0.

20   UNKNOWN OFFICER: How did he get out of the car?

21   UNKNOWN FEMALE: He was on the floor when I--

22   GEORGE MCGEE: He was-- he was here when I got

1  out of the car as well.

2      UNKNOWN OFFICER: Do you remember at all? Do you

3  think--

4      GEORGE MCGEE: No, I just went in the car to

5  make sure no one else was there when the officer

6  asked--

7      UNKNOWN OFFICER: Hold on. Hold on. Hold on.

8  Hold on. So, you're telling me that when you got out

9  of your car, he was already laying on that ground?

10     GEORGE MCGEE: Yeah, on the ground. But I don't

11  know if he was-- I think he stumbled out. I don't

12  know if he was in the car or not. I don't know where

13  he was standing.

14     UNKNOWN OFFICER: All right, he got ejected.

15     UNKNOWN FEMALE: He got ejected?

16     UNKNOWN OFFICER: He got ejected.

17     UNKNOWN FEMALE: Where?

18     GEORGE MCGEE: Holy shit. On the passenger side?

19  Oh, my God.

20     UNKNOWN SPEAKER: There's no one else here, is

21  there?

22     UNKNOWN FEMALE: Wait a minute though. There's

1    ladies' flip-flops under the car.

2        UNKNOWN OFFICER: Yeah, but it was (inaudible)

3    when it spun.

4        UNKNOWN FEMALE: There's ladies' flip-flops

5    under the car.

6        UNKNOWN SPEAKER: When it spun.

7        UNKNOWN OFFICER: I don't know.

8        UNKNOWN FEMALE: There's a pair of ladies' flip-

9    flops.

10        GEORGE MCGEE: Please tell me no. Please tell me

11    this.

12        UNKNOWN OFFICER: Get back.

13        GEORGE MCGEE: Shit. I'm sorry.

14        UNKNOWN FEMALE: Ladies' flip-flops under there.

15

16

17    (The recording was concluded.)

18

19

20

21

22

1            CERTIFICATE OF TRANSCRIBER

2        I, Steph Mistele, do hereby certify that

3    this transcript was prepared from the digital audio

4    recording of the foregoing proceeding; that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; and that I am neither counsel for, related

8    to, nor employed by any of the parties to the case

9    and have no interest, financial or otherwise, in its

10   outcome.

11

12

13   *Steph Mistele*
     _____

14   STEPH MISTELE

15   August 20, 2024

16

17

18

19

20

21

22

## A

**a-**
7:16, 12:1
**ability**
15:7
**about**
3:22, 10:13,
10:14, 12:17
**accident**
4:15, 11:8
**accurate**
15:5
**actually**
4:16, 8:2, 11:9
**agonal**
3:17
**ahead**
4:13, 10:1
**airline**
5:8, 8:14
**airway**
6:3, 7:4
**al**
1:1
**alert**
4:4
**all**
6:1, 9:5, 9:6,
10:21, 12:3,
13:2, 13:14
**alpha**
12:19
**already**
13:9
**also**
7:21
**and-**
8:13
**angulo**
1:5
**another**
4:19
**any**
6:14, 9:3, 15:8
**any-**
7:3
**anybody**
4:21, 12:1

**anyone**
6:10
**anything**
5:19
**around**
12:8
**asked-**
13:6
**audio**
15:3
**august**
15:15
**away**
11:2

## B

**babe**
3:6
**back**
3:6, 7:1, 7:13,
12:18, 14:12
**bad**
7:17
**bag**
3:21
**because**
8:3
**been**
8:3
**benavides**
1:1
**best**
15:6
**black**
8:17, 9:21
**blood**
12:12
**boca**
7:21, 9:8
**boss**
3:7, 3:9, 5:22,
7:18
**brace**
7:4
**brakes**
5:11, 8:6
**bravo**
10:3

**bro**
7:7
**bump**
3:2

## C

**c-spine**
7:10
**call**
3:6, 5:6, 5:7
**came**
4:16
**car**
2:5, 2:6, 2:7,
2:11, 2:14,
2:15, 2:17, 3:3,
3:4, 3:12, 4:10,
5:9, 5:10, 6:15,
12:20, 13:1,
13:4, 13:9,
13:12, 14:1,
14:5
**care**
4:1
**carry**
7:22
**case**
4:8, 15:8
**certificate**
15:1
**certify**
15:2
**check**
6:8, 7:12,
7:13, 12:13
**checking**
10:5
**chevy**
9:21
**christ**
7:14
**clear**
6:3
**close**
8:12
**closure**
2:4
**color**
9:21

**come**
6:5, 7:2, 7:5,
7:8, 11:4
**coming**
5:13, 5:21, 8:8
**concealed**
7:22
**concluded**
14:17
**control**
8:4, 12:5
**copy**
12:15, 12:17
**counsel**
15:7
**course**
4:14
**crews**
5:21
**cruise**
8:4, 8:13, 12:5

## D

**d-x-t-r-r**
9:21
**delta**
9:20
**didn't-**
3:15
**digital**
15:3
**dl**
12:16, 12:19
**doing**
10:9
**down**
2:13, 3:15,
5:8, 6:17, 8:3,
8:4, 8:11, 8:13,
8:16, 12:6
**drink**
7:19
**driver's**
2:21
**driving**
2:11, 2:12,
2:16, 8:3, 8:13
**dropped**
2:12, 5:5,

6:16, 8:14

**E**

**easy**
7:9
**ejected**
13:14, 13:15,
13:16
**else**
2:9, 4:21,
6:10, 13:5,
13:20
**employed**
15:8
**equity**
9:7
**estate**
1:1
**et**
1:1
**explain**
9:9
**eye**
8:21
**eyes**
3:11

**F**

**face**
3:11
**far**
9:22
**fast**
7:2, 8:18
**favor**
2:20, 4:12,
11:20, 12:7
**feeling**
10:11, 12:3
**female**
2:5, 2:7, 2:10,
2:18, 3:3, 3:10,
4:7, 4:10, 4:14,
4:16, 6:6, 6:15,
7:15, 11:9,
11:14, 11:16,
12:21, 13:15,
13:17, 13:22,

14:4, 14:8,
14:14
**female2**
8:22, 9:13,
10:7
**financial**
15:9
**find**
12:16
**fine**
3:22
**firearm**
7:21
**first**
12:13
**flip**
14:8
**flip-flops**
14:1, 14:4,
14:14
**floor**
11:17, 12:21
**flops**
14:9
**flying**
5:6
**for-**
8:13
**foregoing**
15:4
**foxtrot**
10:2
**fucking**
10:16
**fund**
9:7
**funeral**
5:6, 8:15

**G**

**gag**
6:18, 6:20
**george**
2:12, 2:17,
2:22, 3:2, 3:5,
3:8, 3:13, 3:15,
3:22, 4:22, 5:2,
5:5, 5:11, 5:15,

6:16, 7:16,
7:20, 8:2, 8:8,
8:10, 8:20, 9:1,
9:5, 9:7, 9:10,
10:10, 11:1,
11:4, 11:12,
11:15, 11:19,
11:22, 12:4,
12:10, 12:12,
12:22, 13:4,
13:10, 13:18,
14:10, 14:13
**go**
3:21, 4:13,
6:3, 6:5, 7:5,
7:7, 10:1,
10:19, 11:7
**god**
7:16, 9:1,
9:10, 13:19
**going**
3:16, 5:15,
6:7, 8:7, 8:13,
8:15, 10:3,
11:1, 12:15,
12:17
**good**
5:20
**grab**
2:20
**gray**
10:3
**ground**
13:9, 13:10
**guy**
3:5, 4:1, 6:11,
9:2, 9:11, 10:5,
11:13, 12:17
**guy's**
2:14, 3:17,
5:9, 7:17
**guys**
3:14, 3:16,
5:19, 6:5, 6:14,
7:4, 9:14, 9:19
**guys-**
3:18

**H**

**hang**
3:1, 6:1, 8:1,

11:20
**happened**
4:3, 4:6, 5:4,
8:18
**head**
6:6, 10:8
**heading**
5:2
**heard**
11:11
**heard-**
4:18
**helping**
2:18
**here**
2:8, 2:11,
2:17, 4:13, 5:9,
8:8, 10:6,
10:17, 12:22,
13:20
**hereby**
15:2
**hey**
3:5, 3:14, 4:2,
4:19, 7:3,
10:10, 10:13
**hi**
3:8
**himself**
2:8
**hit**
2:13, 5:9,
5:10, 8:6
**hold**
7:10, 13:7,
13:8
**holy**
13:18
**honestly**
8:11
**huge-**
8:22

**I**

**i-**
9:10, 12:21
**inc**
1:3, 1:7

| | | | |
|---|---|---|---|
| **injury** | **lima** | **medical** | 3:16, 4:4, 4:9, |
| 6:6, 8:21 | 10:2 | 9:3 | 4:12, 4:15, |
| **interest** | **listen** | **mike** | 5:22, 6:5, 7:4, |
| 15:9 | 5:22 | 10:18 | 7:7, 7:14, 7:16, |
| **intersection** | **load** | **mind** | 7:18, 8:1, 8:7, |
| 8:12 | 6:3 | 12:8 | 8:9, 8:19, 9:3, |
| **involved** | **look** | **minute** | 9:6, 9:9, 9:15, |
| 2:9 | 4:2, 6:12, 6:13 | 8:5, 13:22 | 9:18, 9:20, |
| **i'm** | **looked** | **minutes** | 10:2, 10:12, |
| 8:15 | 2:13, 3:15, | 11:2 | 10:15, 10:18, |
| **J** | 5:8, 8:3, 8:4, | **mistele** | 10:21, 11:8, |
| **jesus** | 8:11, 8:13, | 1:22, 15:2, | 11:18, 11:20, |
| 7:14 | 8:17, 12:5 | 15:14 | 12:14, 12:20, |
| **job** | **looks** | **more** | 13:2, 13:5, |
| 1:20 | 12:14 | 5:21, 10:15 | 13:7, 13:14, |
| **just-** | **M** | **morning** | 13:16, 14:2, |
| 9:1 | **ma'am** | 5:7 | 14:7, 14:12 |
| **K** | 6:16 | **move** | **oh** |
| **kids** | **make** | 2:5, 2:7, 3:3, | 7:16, 13:19 |
| 3:8, 11:1 | 11:15, 13:5 | 3:4, 3:10, 4:8, | **okay** |
| **know** | **male** | 4:10, 4:13 | 2:19, 2:21, |
| 4:7, 8:11, | 12:15 | **much** | 5:1, 5:13, 6:22, |
| 8:20, 13:11, | **man** | 7:18 | 7:10, 7:12, |
| 13:12, 14:7 | 9:1 | **N** | 7:15, 8:19, |
| **knowledge** | **manage** | **neck** | 9:14, 9:17, |
| 15:6 | 9:7 | 7:4 | 9:19, 10:1, |
| **L** | **mcgee** | **need** | 10:19, 11:21 |
| **ladies** | 2:12, 2:17, | 2:5, 3:3, 4:7, | **one** |
| 14:1, 14:4, | 2:22, 3:2, 3:5, | 5:19, 5:22 | 10:15, 10:19, |
| 14:8, 14:14 | 3:8, 3:13, 3:15, | **neither** | 13:5, 13:20 |
| **laying** | 3:22, 4:22, 5:2, | 15:7 | **one's** |
| 13:9 | 5:5, 5:11, 5:15, | **none** | 12:1 |
| **leave** | 6:16, 7:16, | 7:20 | **other** |
| 2:8 | 7:20, 8:2, 8:8, | **notice** | 11:16, 12:17, |
| **left** | 8:10, 8:20, 9:1, | 11:14 | 12:18 |
| 7:20 | 9:5, 9:7, 9:10, | **nurse** | **otherwise** |
| **leon** | 10:10, 11:1, | 5:19 | 15:9 |
| 1:1 | 11:4, 11:12, | **O** | **out** |
| **let's** | 11:15, 11:18, | **ocean** | 4:17, 5:6, 6:8, |
| 6:5, 6:22, 7:5, | 11:19, 11:22, | 5:14 | 9:8, 10:5, |
| 7:7, 10:20 | 12:4, 12:10, | **office** | 11:10, 12:20, |
| **lfyb** | 12:12, 12:17, | 7:20 | 13:1, 13:8, |
| 10:3 | 12:22, 13:4, | **officer** | 13:11 |
| **license** | 13:10, 13:18, | 2:3, 2:6, 2:9, | **outcome** |
| 2:21 | 14:10, 14:13 | 2:15, 2:20, 3:1, | 15:10 |
| | **mean** | 3:7, 3:9, 3:14, | **over** |
| | 9:10 | | 4:13, 6:1, |
| | | | 10:17, 12:13 |

| P | | R |
|---|---|---|
| pages | 1:21 | |
| pair | 14:8 | |
| paramedic | 5:18 | |
| parties | 15:8 | |
| party's | 12:18 | |
| passenger | 13:18 | |
| patient | 4:19 | |
| people | 4:17 | |
| person | 11:16 | |
| phone | 2:12, 5:5, 6:17, 8:14 | |
| phone- | 11:11 | |
| pick | 11:4 | |
| please | 14:10 | |
| poor | 3:5, 9:10 | |
| popped | 8:17 | |
| pray | 9:13 | |
| prepared | 15:3 | |
| private | 9:7 | |
| problem | 11:22 | |
| problems | 9:4 | |
| proceeding | 15:4 | |
| proceedings | 2:1, 15:6 | |
| put | 7:1 | |

**P**

pages
1:21
pair
14:8
paramedic
5:18
parties
15:8
party's
12:18
passenger
13:18
patient
4:19
people
4:17
person
11:16
phone
2:12, 5:5,
6:17, 8:14
phone-
11:11
pick
11:4
please
14:10
poor
3:5, 9:10
popped
8:17
pray
9:13
prepared
15:3
private
9:7
problem
11:22
problems
9:4
proceeding
15:4
proceedings
2:1, 15:6
put
7:1

**R**

ran
2:13, 5:8
reached
6:17, 8:16
ready
5:8
realize
8:5
really
12:4
record
15:5
recording
14:17, 15:4
records
12:16
reef
5:14
related
15:7
remember
13:2
reports
7:9
right
2:17, 2:18,
4:13, 5:9, 5:20,
6:1, 6:2, 7:10,
9:6, 9:11, 10:6,
12:3, 13:14
road
2:3, 2:4
romeo
9:20, 9:21
run
10:21, 12:15

**S**

said
15:4
sat
8:5, 8:6
saw
4:17, 5:12,
8:6, 8:17, 12:13
say
3:8

see
4:15, 8:16,
11:1, 11:8,
12:16
shirt
12:8
shit
6:9, 10:17,
13:18, 14:13
side
2:4, 4:11,
13:18
sign
2:13, 8:9,
11:10
signature-p1kal
15:12
sir
2:15, 2:22,
4:7, 4:22, 5:2,
8:10, 9:5, 9:10,
10:9, 10:10,
11:9, 11:19,
11:22, 12:10
skills
15:6
slammed
5:11
some
6:9
someone
11:5
sorry
14:13
speaker
3:12, 3:18,
3:19, 3:21, 4:2,
4:5, 4:19, 4:21,
5:1, 5:4, 5:10,
5:13, 5:16,
5:18, 5:20, 6:3,
6:4, 6:7, 6:9,
6:10, 6:12,
6:14, 6:18,
6:20, 6:22, 7:3,
7:6, 7:9, 7:10,
7:12, 9:14,
9:16, 9:19,

10:1, 10:5,
10:9, 10:11,
10:13, 10:16,
10:19, 11:3,
11:6, 12:1,
12:3, 12:7,
12:11, 13:20,
14:6
spun
14:3, 14:6
stand
6:1
standing
4:17, 13:13
start
7:9, 10:5
station
12:2
stay
11:12
steph
1:22, 15:2,
15:14
stop
2:13, 8:9,
11:10
stopped
11:10
stretcher
10:16, 10:17
stuff
5:8
stumbled
13:11
stupid
12:5
suction
6:14, 7:1, 7:2,
9:16, 10:20
sure
7:21, 13:5
sure-
11:15

**T**

tahoe
9:21, 10:22
take
4:1, 12:8

| | | | |
|---|---|---|---|

**taking**
7:9
**tango**
9:20
**tell**
14:10
**telling**
13:8
**tesla**
1:3, 1:7, 2:17, 3:13, 9:9, 10:3
**thank**
4:13, 12:17
**that-**
11:14
**think**
8:10, 8:20, 13:11
**think-**
13:3
**three**
10:19
**through**
5:9, 12:16
**tight**
3:1, 6:1, 8:1, 11:21
**to-**
2:22
**tomorrow**
5:6
**tomorrow's**
8:15
**tonight**
7:19
**touch**
4:5, 4:6, 11:12
**transcribed**
1:22
**transcriber**
15:1
**transcript**
15:3, 15:5
**trauma**
4:4
**truck**
7:2, 8:6, 8:17, 9:16

**true**
15:5
**trying**
5:5, 5:7, 12:13
**two**
10:19

---
**U**
---

**uh**
3:2
**under**
14:1, 14:5, 14:14
**understand**
2:10
**upset**
12:4
**using**
8:4, 12:5

---
**V**
---

**vehicle**
3:20, 6:10, 9:18, 10:2
**vehicles**
2:4

---
**W**
---

**wait**
13:22
**walking**
12:8
**want**
2:8, 3:10, 4:11
**was-**
4:16, 12:22, 13:11
**way**
8:7, 9:11
**we'll**
7:1
**we're**
5:6, 5:20, 6:7
**we've**
5:21
**weapons**
7:22
**went**
13:4

**were-**
3:19
**whoa**
5:16
**wife**
8:15, 11:1, 11:4
**wife's**
5:7
**work**
4:17, 11:10
**worry**
3:22, 10:13, 10:14

---
**X**
---

**x-ray**
9:20

---
**Y**
---

**yankee**
10:3
**yeah**
4:14, 5:11, 6:7, 6:20, 7:6, 12:4, 13:10, 14:2
**year-old**
12:15
**yep**
6:4
**you-**
3:12

---
**Z**
---

**zero**
7:20

---
**1**
---

**10**
11:2
**100**
7:21
**11**
2:3, 4:4, 9:15, 12:18
**15**
1:21

---
**2**
---

**2-0-0-3-0-2-7-6--4-1-2-0**
10:18
**20**
12:14, 15:15
**2024**
15:15
**24**
15:15

---
**3**
---

**30**
12:14

---
**5**
---

**5-2-4-1-6-1-9-2--1-3-4-0**
12:19
**550482**
1:20

---
**7**
---

**71**
2:3, 4:4, 9:15, 12:18

---
**8**
---

**8-8**
10:3
**88**
10:3