# EXHIBIT D



# Transcript of 911 Call - George McGee

**Date:** November 8, 2024
**Case:** Benavides/Estate of Leon, et al. -v- Tesla, Inc. / Angulo -v- Tesla, Inc.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

```
 1                         In re:

 2

 3                    RECORDED 911 CALL

 4                 Thursday, April 25, 2019

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20  Job No.:   561021

21  Pages:   1 - 9

22  Transcribed by: Lauren Bishop
```

1      OPERATOR: 911. What is the location of
2  your emergency? 911.
3      MR. MCGEE: Hello?
4      OPERATOR: Hi. 911. What is the location of
5  your emergency?
6      MR. MCGEE: I'm on Card Sound Road, at the
7  end of Card Sound Road where it meets the end. I just
8  ran into a car and a guy --
9      OPERATOR: (Inaudible).
10     MR. MCGEE: -- is unconscious.
11     OPERATOR: Listen to me. Are you at the
12 freeway?
13     MR. MCGEE: Yes. On the freeway.
14     OPERATOR: Okay. And the guy is
15 unconscious? He's unconscious?
16     MR. MCGEE: Yeah. He's unconscious. I don't
17 know what happened. I ended up missing the turn. I
18 was looking down and I don't know if I hit him or
19 not. He's the guy laying on the ground right here and
20 the airbag in his car --
21     OPERATOR: Okay. Is it -- okay. You hit his
22 car?

```
1            MR. MCGEE: Yeah. Oh my God, sir. Sir?
2            OPERATOR: Okay. Listen --
3            MR. MCGEE: Sir, you okay?
4            OPERATOR: Listen. Okay? Listen. Hey.
5            MR. MCGEE: Sir?
6            OPERATOR: Hey --
7            MR. MCGEE: Sir, are you breathing?
8            OPERATOR: Is he breathing?
9            MR. MCGEE: Help. Yeah. He's breathing.
10           OPERATOR: He's breathing?
11           MR. MCGEE: Sir --
12           OPERATOR: Okay. That's good. Hey, listen.
13  He's breathing. That's okay. We're getting help on
14  the way.
15           MR. MCGEE: (Inaudible) oh, God. Because
16  that was --
17           OPERATOR: Okay, listen. Take a couple deep
18  breaths. What's your name?
19           MR. MCGEE: My name is George McGee.
20           OPERATOR: George McGee?
21           MR. MCGEE: Yeah.
22           OPERATOR: Okay. (Inaudible) --
```

```
 1              MR. MCGEE: (Inaudible). Help. I just
 2   didn't see him. I can't see the guy. Help me.
 3              OPERATOR: Hey, what kind of car -- what
 4   kind of cars are involved?
 5              MR. MCGEE: It's a Tesla Model S. Oh my
 6   God. I wasn't looking.
 7              OPERATOR: Tesla -- it's okay. Listen. What
 8   color is the Tesla?
 9              MR. MCGEE: Sir? Sir? It's gray. Sir? He's
10   unconscious.
11              OPERATOR: Okay. I know. I understand. It's
12   okay. He's breathing --
13              MR. MCGEE: (Inaudible) He's breathing.
14   He's breathing.
15              OPERATOR: Okay. And we've got help on the
16   way.
17              MR. MCGEE: Sir? Sir?
18              OPERATOR: John (sic)?
19              MR. MCGEE: There's blood coming out of his
20   mouth.
21              OPERATOR: George? George?
22              MR. MCGEE: Yes?
```

```
 1            OPERATOR: Listen. What's the other car
 2   besides the Tesla that's involved?
 3            MR. MCGEE: I can't tell. It's a Nissan --
 4   it's a Chevy Tahoe. Oh my God. I can't believe just
 5   did this (inaudible) this guy.
 6            OPERATOR: It's okay. Listen. Hey, you're
 7   okay. We've got a deputy and we have rescue in route.
 8   Okay?
 9            MR. MCGEE: I have to get to a funeral
10   tomorrow. Oh shit. Oh my God. Fuck.
11            OPERATOR: Can you take -- can you take a
12   couple --
13            MR. MCGEE: Sir?
14            OPERATOR: -- of deep breaths for me?
15            MR. MCGEE: Yeah. That guy's -- what's
16   that, ma'am?
17            OPERATOR: Can you take a couple deep
18   breaths for me?
19            MR. MCGEE: Sure. Can I try and move his
20   head? Sir? Sir? Sir? Sir? Sir? Sir, you okay? They're
21   coming. They're coming. Oh, my God. They're coming.
22   Oh my God.
```

```
 1           FEMALE SPEAKER 1: (Inaudible).
 2           MR. MCGEE: I'm okay. I'm bleeding. It's
 3   okay. I'll live. I'm worried for him.
 4           OPERATOR: Okay. Hey, George. You said
 5   you're bleeding?
 6           MR. MCGEE: I don't know. Ma'am, am I
 7   bleeding?
 8           FEMALE SPEAKER 1: No. You're not.
 9           MR. MCGEE: No. I'm just --
10           OPERATOR: Okay. So --
11           MR. MCGEE: I'm just swollen.
12           OPERATOR: George, are you bleeding?
13           MR. MCGEE: No, ma'am. I'm just swollen.
14   Okay. I just got to keep an eye on him.
15           OPERATOR: Is it only him in the car? Is
16   there only one other person in that vehicle?
17           MR. MCGEE: No. He is going (inaudible.)
18   His (Inaudible). (Inaudible) and he's shaking.
19           FEMALE SPEAKER 1: (Inaudible).
20           OPERATOR: Is he bleeding?
21           MR. MCGEE: I don't know. I -- yeah I
22   looked down.
```

```
 1              OPERATOR: Hey, George --
 2              MR. MCGEE:  I dropped my phone. Oh my God.
 3              OPERATOR: George?
 4              MR. MCGEE: Yes, ma'am?
 5              OPERATOR: Take a couple deep breaths.
 6              MR. MCGEE: Okay.
 7              OPERATOR: Is he the only passenger in the
 8   vehicle?
 9              MR. MCGEE: He's the only -- yes, ma'am.
10   He's the only passenger.
11              OPERATOR: Okay. And is he bleeding from
12   anywhere?
13              MR. MCGEE: He's bleeding from his mouth.
14              OPERATOR: He's bleeding from his mouth?
15   Okay.
16              MR. MCGEE: Dear God.
17              OPERATOR: You're sure you see his chest
18   rising and falling, right?
19              MR. MCGEE: Huh?
20              OPERATOR: George?
21              MR. MCGEE: Yes, ma'am?
22              OPERATOR: You see his chest rising and
```

1  falling, correct?
2              MR. MCGEE: Yes. It's rising and falling
3  and he's got one of the guys -- paramedics is here.
4              OPERATOR: There is a paramedic there?
5              MR. MCGEE: Yeah.
6              OPERATOR: Okay.
7              MR. MCGEE: Yes.
8              OPERATOR: Okay. I'm going to disconnect,
9  George, okay? Just take a couple deep breaths. Okay?
10             MR. MCGEE: Thank you so much.
11             OPERATOR: You're welcome.
12             (The recording was concluded.)
13
14
15
16
17
18
19
20
21
22

```
 1              CERTIFICATE OF TRANSCRIBER
 2           I, Lauren Bishop, do hereby certify that
 3   the foregoing transcript is a true and correct record
 4   of the recorded proceedings; that said proceedings
 5   were transcribed to the best of my ability from the
 6   audio recording and supporting information; and that
 7   I am neither counsel for, related to, nor employed by
 8   and of the parties to this case and have no interest,
 9   financial or otherwise, in its outcome.
10
11
12   [signature: Lauren Bishop]
13   _____
14   LAUREN BISHOP
15   PLANET DEPOS, LLC
16   NOVEMBER 19, 2024
17
18
19
20
21
22
```

**A**

ability
9:5
airbag
2:20
anywhere
7:12
april
1:4
audio
9:6

**B**

because
3:15
believe
5:4
besides
5:2
best
9:5
bishop
1:22, 9:2, 9:14
bleeding
6:2, 6:5, 6:7, 6:12, 6:20, 7:11, 7:13, 7:14
blood
4:19
breathing
3:7, 3:8, 3:9, 3:10, 3:13, 4:12, 4:13, 4:14
breaths
3:18, 5:14, 5:18, 7:5, 8:9

**C**

call
1:3
can't
5:3
can't
4:2, 5:4
car
2:8, 2:20, 2:22, 4:3, 5:1, 6:15
card
2:6, 2:7
cars
4:4
case
9:8
certificate
9:1
certify
9:2
chest
7:17, 7:22
chevy
5:4
color
4:8
coming
4:19, 5:21
concluded
8:12
correct
8:1, 9:3
counsel
9:7
couple
3:17, 5:12, 5:17, 7:5, 8:9

**D**

dear
7:16
deep
3:17, 5:14, 5:17, 7:5, 8:9
depos
9:15
deputy
5:7
disconnect
8:8
down
2:18, 6:22
dropped
7:2

**E**

emergency
2:2, 2:5
employed
9:7
end
2:7
ended
2:17
eye
6:14

**F**

falling
7:18, 8:1, 8:2
female
6:1, 6:8, 6:19
financial
9:9
foregoing
9:3
freeway
2:12, 2:13
fuck
5:10
funeral
5:9

**G**

george
3:19, 3:20, 4:21, 6:4, 6:12, 7:1, 7:3, 7:20, 8:9
getting
3:13
god
3:1, 3:15, 4:6, 5:4, 5:10, 5:21, 5:22, 7:2, 7:16
going
6:17, 8:8
good
3:12
gray
4:9
ground
2:19
guy
2:8, 2:14, 2:19, 4:2, 5:5

guys
8:3
guy's
5:15

**H**

happened
2:17
head
5:20
hello
2:3
help
3:9, 3:13, 4:1, 4:2, 4:15
here
2:19, 8:3
hereby
9:2
hey
3:4, 3:6, 3:12, 4:3, 5:6, 6:4, 7:1
he's
2:16, 3:9, 3:10, 3:13, 4:9, 4:13, 4:14, 6:18, 7:9, 7:10, 7:14, 8:3
hi
2:4
hit
2:18, 2:21
huh
7:19

**I**

information
9:6
interest
9:8
involved
4:4, 5:2
it's
5:3, 5:4, 6:2
i'll
6:3
i'm
2:6, 6:2, 6:3,

6:11, 6:13

### J
**job**
1:20
**john**
4:18

### K
**keep**
6:14
**kind**
4:3, 4:4
**know**
2:17, 2:18, 4:11, 6:6, 6:21

### L
**lauren**
1:22, 9:2, 9:14
**laying**
2:19
**listen**
2:11, 3:2, 3:4, 3:12, 3:17, 4:7, 5:1, 5:6
**live**
6:3
**llc**
9:15
**location**
2:1, 2:4
**looked**
6:22
**looking**
2:18, 4:6

### M
**ma'am**
6:13, 7:4, 7:9, 7:21
**ma'am**
5:16, 6:6
**mcgee**
2:3, 2:6, 2:10, 2:13, 2:16, 3:1, 3:3, 3:5, 3:7, 3:9, 3:11, 3:15, 3:19, 3:20, 3:21, 4:1, 4:5, 4:9, 4:13, 4:17, 4:19, 4:22, 5:3, 5:9, 5:13, 5:15, 5:19, 6:2, 6:6, 6:9, 6:11, 6:13, 6:17, 6:21, 7:2, 7:4, 7:6, 7:9, 7:13, 7:16, 7:19, 7:21, 8:2, 8:5, 8:7, 8:10
**meets**
2:7
**missing**
2:17
**model**
4:5
**mouth**
4:20, 7:13, 7:14
**move**
5:19
**much**
8:10

### N
**name**
3:18, 3:19
**neither**
9:7
**nissan**
5:3
**november**
9:16

### O
**oh**
3:1, 3:15, 4:5, 5:4, 5:10, 5:21, 5:22, 7:2
**okay**
2:14, 2:21, 3:2, 3:3, 3:4, 3:12, 3:13, 3:17, 3:22, 4:7, 4:11, 4:12, 4:15, 5:6, 5:7, 5:8, 5:20, 6:2, 6:3, 6:4, 6:10, 6:14, 7:6, 7:11, 7:15, 8:6, 8:8, 8:9
**one**
6:16, 8:3
**only**
6:15, 6:16, 7:7, 7:9, 7:10
**operator**
2:1, 2:4, 2:9, 2:11, 2:14, 2:21, 3:2, 3:4, 3:6, 3:8, 3:10, 3:12, 3:17, 3:20, 3:22, 4:3, 4:7, 4:11, 4:15, 4:18, 4:21, 5:1, 5:6, 5:11, 5:14, 5:17, 6:4, 6:10, 6:12, 6:15, 6:20, 7:1, 7:3, 7:5, 7:7, 7:11, 7:14, 7:17, 7:20, 7:22, 8:4, 8:6, 8:8, 8:11
**other**
5:1, 6:16
**otherwise**
9:9
**out**
4:19
**outcome**
9:9

### P
**pages**
1:21
**paramedic**
8:4
**paramedics**
8:3
**parties**
9:8
**passenger**
7:7, 7:10
**person**
6:16
**phone**
7:2
**planet**
9:15
**proceedings**
9:4

### R
**ran**
2:8
**record**
9:3
**recorded**
1:3, 9:4
**recording**
8:12, 9:6
**related**
9:7
**rescue**
5:7
**right**
2:19, 7:18
**rising**
7:18, 7:22, 8:2
**road**
2:6, 2:7
**route**
5:7

### S
**said**
6:4, 9:4
**see**
4:2, 7:17, 7:22
**shaking**
6:18
**shit**
5:10
**sic**
4:18
**signature-p1kal**
9:11
**sir**
3:1, 3:3, 3:5, 3:7, 3:11, 4:9, 4:17, 5:13, 5:20
**sound**
2:6, 2:7

| | | |
|---|---|---|
| **speaker** 6:1, 6:8, 6:19 **supporting** 9:6 **sure** 5:19, 7:17 **swollen** 6:11, 6:13 **T** **tahoe** 5:4 **take** 3:17, 5:11, 5:17, 7:5, 8:9 **tell** 5:3 **tesla** 4:5, 4:7, 4:8, 5:2 **thank** 8:10 **that's** 5:2 **there's** 4:19 **thursday** 1:4 **tomorrow** 5:10 **transcribed** 1:22, 9:5 **transcriber** 9:1 **transcript** 9:3 **true** 9:3 **try** 5:19 **turn** 2:17 **U** **unconscious** 2:10, 2:15, 2:16, 4:10 **understand** 4:11 | **V** **vehicle** 6:16, 7:8 **W** **wasn't** 4:6 **way** 3:14, 4:16 **we're** 3:13 **we've** 5:7 **welcome** 8:11 **we've** 4:15 **what's** 5:15 **worried** 6:3 **Y** **yeah** 2:16, 3:1, 3:9, 3:21, 5:15, 6:21, 8:5 **1** **1** 6:1, 6:8, 6:19 **19** 9:16 **2** **2019** 1:4 **2024** 9:16 **25** 1:4 **5** **561021** 1:20 **9** **911** 1:3, 2:1, 2:2, | 2:4 |