# EXHIBIT F

# TESLA

## Model S 75D

| | |
|---|---|
| Vehicle Identification Number | 5YJSA1E24KF302997 |
| Date Of Manufacture | 01/2019 |
| Transportation Method | Truck |
| Delivered to | TESLA MOTORS, INC. |
| | Fremont, CA, US |

## STANDARD FEATURES

**TECHNICAL**
- Dual Three phase, four pole AC induction motors
- Dual Drive inverters with regenerative braking system
- Microprocessor controlled, lithium-ion battery
- Onboard charger and mobile connector
- 120 volt, 240 volt and J1772 charging adapters

**SAFETY**
- Seven cameras, forward radar and twelve ultrasonic sensors
- Eight front row and two side curtain airbags
- Three point safety belts for driver and four passengers
- Two LATCH (Lower Anchors and Tethers for Children) attachments in second row
- Electronic stability and traction control
- Four wheel antilock disc brakes with electronic parking brake
- Child safety locks and manual cargo door release mechanisms
- Anti-Theft Alarm System

**INTERIOR**
- 17 inch capacitive touchscreen with digital instrument cluster
- Onboard maps and navigation
- WiFi and Mobile network connectivity
- FM and Internet streaming radio
- Hands free talking with Bluetooth
- Voice activated controls
- High definition backup camera
- One touch power windows
- Dual zone climate control
- 12 volt power outlet and two USB ports for media and power
- Heated seats for driver and front passenger

**EXTERIOR**
- LED daytime running lights
- LED lighting - headlights, rear taillights and high-mounted stop lamp
- Power folding, heated side mirrors with memory

## AS CONFIGURED

| | |
|---|---|
| Model S 75D | $76,000 |
| Enhanced Autopilot | $5,000 |
| Glass Roof | INCLUDED |
| 21" Sonic Carbon Twin Turbine Wheels | $4,500 |
| Black Premium | INCLUDED |
| Midnight Silver Metallic Paint | $1,500 |
| Premium Interior Lighting | INCLUDED |
| Figured Ash Wood Decor | INCLUDED |
| Ultra High Fidelity Sound Package | INCLUDED |
| Premium Interior and Lighting | INCLUDED |
| Smart Air Suspension | INCLUDED |
| Subzero Weather Package | INCLUDED |
| Destination and Regulatory Doc Fee | $1,200 |
| **Total vehicle price** | **$88,200** |

## GOVERNMENT 5-STAR SAFETY RATINGS

| | | |
|---|---|---|
| Overall Vehicle Score | | Not Rated |

Based on the combined ratings of frontal, side and rollover. Should ONLY be compared to other vehicles of similar size and weight.

| Frontal Crash | Driver | Not Rated |
|---|---|---|
| | Passenger | Not Rated |

Based on the risk of injury in a frontal impact. Should ONLY be compared to other vehicles of similar size and weight.

| Side Crash | Front seat | Not Rated |
|---|---|---|
| | Rear seat | Not Rated |

Based on the risk of injury in a side impact.

| Rollover | ★★★★★ |
|---|---|

Based on the risk of rollover in a single-vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.
Source: National Highway Traffic Safety Administration (NHTSA)
www.safercar.gov or 1-888-327-4236

## PARTS CONTENT INFORMATION

**FOR THIS VEHICLE:**
US/CANADIAN PARTS CONTENT:   55%
MAJOR SOURCES OF FOREIGN PARTS CONTENT MEXICO:   15%

Note: Parts content does not include final assembly, distribution or other non-parts costs.

**FOR THIS VEHICLE:**
FINAL ASSEMBLY POINT:   FREMONT, CA
COUNTRY OF ORIGIN:
MOTOR ASSEMBLY:   USA
GEARBOX/TRANSMISSION:   USA

## ADDITIONAL ASSEMBLY INFORMATION

**FOR THIS VEHICLE:**
BATTERY FINAL ASSEMBLY POINT: FREMONT, CA, USA
ON-BOARD CHARGER FINAL ASSEMBLY POINT: FREMONT, CA, USA

## EPA DOT Fuel Economy and Environment — Electric Vehicle

**Fuel Economy**
These estimates reflect new EPA methods beginning with 2017 models.

**103 MPGe** combined city/hwy

Large cars range from 14 to 104 MPGe. The best vehicle rates 136 MPGe.

102 city    105 highway    33 kW-hrs per 100 miles

**Driving Range**
When fully charged, vehicle can travel about... 259 miles
0 50 100 150 200

Charge Time: 12 hours (240V)

**You Save $3,750** in fuel costs over 5 years compared to the average new vehicle.

**Annual fuel cost $650**

Fuel Economy & Greenhouse Gas Rating (tailpipe only): 10/10 Best
Smog Rating (tailpipe only): 10/10 Best

This vehicle emits 0 grams $CO_2$ per mile. The best vehicle emits 0 grams per mile (tailpipe only). Producing and distributing fuel also create emissions; learn more at fueleconomy.gov.

Actual results will vary for many reasons, including driving conditions and how you drive and maintain your vehicle. The average new vehicle gets 27 MPG and costs $7,000 to fuel over 5 years. Cost estimates are based on 15,000 miles per year at 0.13 per kW-hr. MPGe is miles per gasoline gallon equivalent. Vehicle emissions are a significant cause of climate change and smog.

fueleconomy.gov
Calculate personalized estimates and compare vehicles

Smartphone QR Code
http://fueleconomy.gov/qr?id=2019TSL061

BENAVIDES-00001768