# EXHIBIT H

1                    UNITED STATES DISTRICT COURT
              SOUTHER DISTRICT OF FLORIDA (MIAMI)
2

3          Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal        Case:
4   Representative of the Estate of   1:21-cv-21940-BB
Naibel Benavides Leon, deceased,,

5
           Plaintiff,
6
      -vs-
7
TESLA, INC., a/k/a Tesla
8   Florida, Inc.,

9          Defendant.
_____/
10
DILLON ANGULO,                      Case:
11                                   22-cv-22607-KMM
           Plaintiff,
12
      -vs-
13
TESLA, INC., a/k/a Tesla
14   Florida, Inc.,

15          Defendant.
_____/
16

17                    DEPOSITION OF
                      DILLON ANGULO
18
               Wednesday, April 19, 2023
19               10:10 a.m. - 3:09 p.m.

20
            COLE, SCOTT & KISSANE, P.A.
21          9150 South Dadeland Boulevard
                   Suite 1400
22             Miami, Florida 33156

23
          Stenographically Reported By:
24              MAIRELYS ALBO, RPR

25



DILLON ANGULO                                April 19, 2023
NEIMA BENAVIDES vs TESLA                              2

```
 1 │  APPEARANCES:
   │
 2 │
   │
 3 │  On behalf of Dillon Angulo:
   │       THE ROUSSO, BOUMEL LAW FIRM, PLLC
 4 │       9350 South Dixie Highway
   │       Suite 1520
 5 │       Miami, Florida 33156
   │       BY: ADAM T. BOUMEL, ESQUIRE
 6 │
   │
 7 │  On behalf Tesla:
   │       BOWMAN & BROOKE LLP
 8 │       41000 Woodward Avenue
   │       Suite 200 E
 9 │       Bloomfield, Michigan 48304
   │       BY: DREW P. BRANIGAN, ESQUIRE
10 │
   │
11 │  On behalf of Neima Benavides:
   │       POSES & POSES
12 │       169 East Flagler Street
   │       Suite 1600
13 │       Miami, Florida 33131
   │       BY: TODD POSES, ESQUIRE (VIA ZOOM)
14 │
15 │
16 │
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
```



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                     3

```
 1
                      EXAMINATIONS
 2
    DEPOSITION OF                                PAGE
 3
    DILLON ANGULO
 4  DIRECT EXAMINATION BY MR. BRANIGAN              4
    CROSS-EXAMINATION BY MR. BOUMEL               185
 5  REDIRECT EXAMINATION BY MR. BRANIGAN          191
    CERTIFICATE OF OATH                           195
 6  CERTIFICATE OF REPORTER                       196
    ERRATA SHEET                                  197
 7

 8
                   PLAINTIFF'S EXHIBITS
 9
               NO EXHIBITS WERE MARKED
10

11
                   DEFENDANT'S EXHIBITS
12
    Exhibit              Description           Page
13
    Plaintiff's A        Notice of Taking        5
14                       Deposition
    Plaintiff's B        Complaint               9
15  Defendant's C        Photograph, printout,  18
                         laser color copy
16

17

18

19

20

21

22

23

24

25
```



DILLON ANGULO                                   April 19, 2023
NEIMA BENAVIDES vs TESLA                                    4

```
 1  Thereupon,

 2  the following proceedings began at 10:10 a.m.:

 3          THE STENOGRAPHER:  Raise your right

 4       hand, please.

 5          Do you solemnly swear or affirm the

 6       testimony you are about to give in this

 7       matter will be the truth, the whole truth

 8       and nothing but the truth?

 9          THE WITNESS:  Yes.

10  Thereupon,

11            DILLON ANGULO,

12  having been first duly sworn or affirmed, was

13  examined and testified as follows:

14            DIRECT EXAMINATION

15  BY MR. BRANIGAN:                                10:10

16     Q.   Good afternoon, Mr. Angulo.  Could

17  you please state your full name for the record.

18     A.   My full name is Dillon Austin

19  Angulo.

20     Q.   Thank you.                             10:10

21          MR. BRANIGAN:  Everyone attending,

22       please take note that this is the

23       deposition of Dillon Austin Angulo related

24       to Case Number 21-CV-21940.

25          This deposition is taken pursuant to   10:10
```



1       Federal Rules of Civil Procedure and will

2       be used accordingly for any purposes

3       sanctioned by those rules.

4   BY MR. BRANIGAN:

5       Q.   Mr. Angulo, I just want to go over        10:10

6   some formalities before we start.

7           Please speak clearly when you're

8   making an answer.  I need a verbal response,

9   not a head nod or head shake.

10          And if you need me to repeat any          10:11

11  questions at any time, please let me know.  I

12  am happy to go over them again.  All right?

13      A.   Okay.

14      Q.   I first want to first start by

15  introducing Exhibit A, which is the dep notice    10:11

16  for this deposition.

17          (Defendant's A, Notice of Taking

18      Deposition, was marked for identification.)

19  BY MR. BRANIGAN:

20      Q.   Mr. Angulo, before today have you        10:11

21  seen this document?

22      A.   I think so.  Yes.

23      Q.   Okay.  Do you recall whether you

24  received -- strike that.

25          Do you recall whether you received        10:11



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                     6

1   this document before today?

2        A.   Yes.  My lawyer sent it to me via

3   e-mail.

4        Q.   Okay.  And when was that?

5        A.   I'm not sure of the exact date, but        10:12

6   it would have had to have been in the past

7   month or so.

8        Q.   And without divulging any privileged

9   communications you have made with your lawyer,

10  what did you do to prepare for this deposition?     10:12

11       A.   I've been seeking help from my

12  psychologist on ways to breathe and relax, you

13  know.

14       Q.   And what is the name of your

15  psychologist?                                        10:12

16       A.   Maridelie.  Dr. Maridelie.

17       Q.   And do you know what address he or

18  she practices at?

19       A.   I don't know the exact address.

20       Q.   Would you mind spelling their name       10:12

21  for the reporter, if you know?

22       A.   I might not get it exactly right

23  because it's a long name, but M-A-R-I-D-E-L-L-E

24  {sic}, Maridelie.  I'm not -- that might be

25  wrong.                                               10:13



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                        7

 1          Q.    That's fine.

 2                Did you look at any documents to

 3    prepare for this deposition?

 4          A.    What do you mean by "documents"?

 5          Q.    Did you look at any materials that      10:13

 6    were related to this lawsuit to prepare for

 7    this deposition?

 8          A.    Like the discovery questions that

 9    were asked --

10          Q.    Yes.  Or investigation materials.       10:13

11          A.    I'm not sure what you mean by

12    "investigation materials."

13          Q.    Did -- okay.  Strike that.

14                Have you read any of the deposition

15    transcripts that have been taken in this case?     10:14

16          A.    Deposition transcripts?  All I know

17    is I had to answer some questions from what my

18    lawyer --

19          Q.    Okay.  Are you aware that

20    depositions have been taken in this case?           10:14

21          A.    Yes.

22          Q.    Okay.  Are you aware that the

23    deposition of the investigating officer,

24    Corporal Rizzo has been taken in this case?

25          A.    No.                                     10:14



DILLON ANGULO                                     April 19, 2023
NEIMA BENAVIDES vs TESLA                                        8

 1        Q.    Have you received any materials that
 2   are related to Corporal Rizzo's investigation
 3   of this case?
 4        A.    Yes.
 5        Q.    Have you reviewed those materials?        10:14
 6            MR. BOUMEL:  Form.
 7            When I say "form," just kind of
 8        ignore me.  If I want you to know
 9        something, I'll let you know.
10                                                        10:14
11        A.    A.  Okay.
12            MR. BOUMEL:  Otherwise, you can
13        ignore me and pay attention only to
14        Mr. Branigan.
15        A.    I reviewed the homicide               10:15
16   investigation report.
17   BY MR. BRANIGAN:
18        Q.    Have you seen -- strike that.
19            Are you aware that there is body cam
20   footage from responding officers from the date    10:15
21   of the incident?
22        A.    Yes.
23        Q.    Have you reviewed any of that body
24   cam footage?
25        A.    Yes.                                      10:15



DILLON ANGULO
NEIMA BENAVIDES vs TESLA

April 19, 2023
9

```
 1        Q.    Are you aware that the driver of the
 2    Tesla in this case has also been deposed?
 3        A.    Yes.
 4        Q.    Have you reviewed the transcript of
 5    that deposition?                                    10:15
 6        A.    Yes.
 7        Q.    Okay.  Now, I understand that you
 8    also filed a lawsuit against Mr. McGee; is that
 9    correct?
10        A.    Yes.                                      10:15
11        Q.    Okay.  And I want to introduce now
12    Exhibit B, which is the complaint filed in that
13    lawsuit.
14            (Defendant's B, Complaint, was
15        marked for identification.)                     10:15
16    BY MR. BRANIGAN:
17        Q.    And I would like to turn -- start on
18    page 1.
19            When did you file that lawsuit?
20        A.    My lawyer at the time filed that         10:16
21    lawsuit in -- must have been 2019 or 2020.
22        Q.    Okay.  Who is your attorney, if you
23    recall?
24        A.    Andy Yaffa.
25        Q.    And, again, without divulging any       10:16
```



```
 1   privileged communications, do you recall what
 2   year you first spoke to him?
 3        A.    Could be 20 -- 2020.
 4        Q.    Do you recall which month?
 5        A.    No.                                    10:16
 6        Q.    Just to get a ballpark, do you think
 7   it would have been the early part of that month
 8   or the later part of that month?
 9             MR. BOUMEL:  Form.
10        A.    I don't know.                          10:17
11   BY MR. BRANIGAN:
12        Q.    Okay.  How was that lawsuit
13   resolved?
14             MR. BOUMEL:  I have to object and
15             instruct him not to answer based on a  10:17
16             confidentiality provision.
17             MR. BRANIGAN:  Yes.  And,
18             Mr. Angulo, before you respond, let me
19             respond to Counsel.
20             We know that the document, the       10:17
21             settlement document, you claim is
22             confidential, and we will respect that.
23             For the purpose of the deposition, we can
24             work that issue out at another time.
25   BY MR. BRANIGAN:                                 10:17
```



1      Q.    So without divulging any of the

2    information that is purported to be

3    confidential, could you please tell me how the

4    lawsuit against Mr. McGee was resolved?

5              MR. BOUMEL:  I mean, how can he say        10:18

6         that without violating the confidentiality

7         provision?  Like, what are you asking him

8         to say, just that it was resolved?

9              MR. BRANIGAN:  Yeah.  Well, let me

10        rephrase my question.                           10:18

11   BY MR. BRANIGAN:

12     Q.    Was a verdict rendered against

13   Mr. McGee?

14     A.    A "verdict," meaning in court

15   verdict?                                             10:18

16     Q.    Yes.  Did a jury render a verdict

17   against Mr. McGee?

18     A.    No.

19     Q.    Did the court render a verdict

20   against Mr. McGee?                                   10:18

21     A.    No.

22     Q.    Did you resolve the lawsuit with

23   Mr. McGee in the form of a settlement?

24     A.    Yes.

25     Q.    Thank you.                                   10:18



1           Okay.  I would like to turn to page

2    3 of this Exhibit B, and look at paragraph 14.

3           Okay.  Starting at Subsection A of

4    paragraph 14, do you agree that Mr. McGee was

5    responsible for operating the Tesla in a safe          10:19

6    manner?

7           MR. BOUMEL:  Form.

8        A.    I hired lawyers to do this.  I don't

9    know.  All I'm aware is is that I don't

10   remember anything, but that I was told that he          10:19

11   said on body cam he had the car in autopilot

12   and that it failed.

13   BY MR. BRANIGAN:

14       Q.    Okay.  You mentioned before that you

15   reviewed some of the body cam footage; correct?        10:19

16       A.    Yes.

17       Q.    Do you recall that he told officers

18   that he dropped his phone and bent down to pick

19   it up before the crash?

20       A.    Yes.                                          10:20

21       Q.    Do you agree that on the road where

22   the incident occurred, there are -- strike

23   that.

24           Do you agree that there's a speed

25   limit on the road where the crash occurred?            10:20



DILLON ANGULO                                      April 19, 2023
NEIMA BENAVIDES vs TESLA                                      13

```
 1                 MR. BOUMEL:  Form.

 2        A.    Of course.

 3   BY MR. BRANIGAN:

 4        Q.    Do you agree that it's Mr. McGee's

 5   responsibility to drive at or below the speed      10:20

 6   limit?

 7                 MR. BOUMEL:  Form.

 8        A.    I hired lawyers.  All I know is that

 9   I was told that he had the car on autopilot and

10   that the autopilot failed.                         10:20

11   BY MR. BRANIGAN:

12        Q.    Do you agree that there are state

13   laws governing the way that Mr. McGee operates

14   his vehicle?

15                 MR. BOUMEL:  Form.                    10:20

16        A.    I hired lawyers to figure all this

17   out.  All I know is that I was told that he

18   said on body cam that he had the car on

19   autopilot and the autopilot failed.

20   BY MR. BRANIGAN:                                    10:21

21        Q.    Do you agree that it's Mr. McGee's

22   responsibility to maintain control of the

23   Tesla?

24                 MR. BOUMEL:  Form.

25        A.    I have hired lawyers to figure all      10:21
```



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                          14

1  this out, all I know is from what I was told is

2  that he had the car on autopilot and the

3  autopilot failed.

4  BY MR. BRANIGAN:

5       Q.   Mr. Angulo, you mentioned previously          10:21

6  that you reviewed the homicide report.  Do you

7  agree that Mr. McGee was operating the vehicle

8  above the speed limit?

9            MR. BOUMEL:  Form.

10      A.   I had hired lawyers to figure all            10:22

11  this out.  All I know is what I was told.

12  BY MR. BRANIGAN:

13      Q.   And what were you told?

14      A.   I was told that he said on body cam

15  that he had the car on autopilot and the           10:22

16  autopilot failed.

17      Q.   Okay.  Going to the homicide

18  incident that you reviewed, did you -- do you

19  recall whether they noted the speed that he was

20  driving?                                             10:22

21      A.   Yes.

22      Q.   Okay.  Do you recall whether the

23  police report said that he was driving above

24  the posted speed limit?

25      A.   I remember the police report said         10:22



1  that he had the car on autopilot and that it

2  accelerated less than two seconds before

3  impact.

4      Q.    Do you agree that Mr. McGee failed

5  to observe the Chevy Tahoe that he struck on      10:23

6  the date of the crash?

7          MR. BOUMEL:   Object to form.   Calls

8      for an ultimate legal conclusion.   It's not

9      appropriate for a fact witness.

10         You may answer.                           10:23

11     A.    Can you repeat the question, please.

12  BY MR. BRANIGAN:

13     Q.    Is it your contention that Mr. McGee

14  failed to observe the Chevy Tahoe?

15         MR. BOUMEL:   Form.   Same objection.     10:23

16     A.    I don't know.   All I know is what I

17  was told, that he had the car on autopilot and

18  that the autopilot failed.

19  BY MR. BRANIGAN:

20     Q.    Okay.   Mr. Angulo, you've sued        10:24

21  Mr. McGee; correct?

22     A.    Yes.

23     Q.    And this is your complaint; correct?

24     A.    Yes.

25     Q.    Okay.   And in your complaint you       10:24



1   allege that Mr. McGee failed to observe the

2   Chevy Tahoe; correct?

3            MR. BOUMEL:  Form.

4       A.   I hired lawyers for all this.  All I

5   know is what I was told, that he had the car on          10:24

6   autopilot and the autopilot failed.

7   BY MR. BRANIGAN:

8       Q.   Okay.  But do you disagree with the

9   statement in your own complaint?

10           MR. BOUMEL:  Form.                               10:24

11      A.   I hired lawyers for all this.

12  BY MR. BRANIGAN:

13      Q.   I'm going to take that as a

14  nonresponsive answer.  I need a "yes" or "no."

15           MR. BOUMEL:  He's answering the                  10:24

16      question.  He didn't write this; his

17      lawyers wrote this.  He didn't -- I mean,

18      you can ask him if he wrote it or not.

19  BY MR. BRANIGAN:

20      Q.   Mr. Angulo, do you disagree with any            10:24

21  of the statements that are made in paragraph

22  14?

23           MR. BOUMEL:  Form.  Calls for an

24      ultimate legal conclusion.  Not appropriate

25      for a fact witness.  You may answer.                 10:25



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                      17

1        A.     I hired lawyers for all this.

2   BY MR. BRANIGAN:

3        Q.     Okay.

4        A.     All I know is that he had the car on

5   autopilot and that the autopilot failed, from          10:25

6   what I was told.

7        Q.     Okay.  We can resolve that after

8   this.

9               Back here.

10              All right.  Mr. Angulo, I just want        10:25

11  to go over some background information with

12  you.

13              When were you born, what date?

14       A.     I was born April 14th, 1992.

15       Q.     Are you a U.S. resident?                   10:25

16       A.     Yes.

17       Q.     Where were you born?

18       A.     I was born in Miami, Florida.

19       Q.     Do you speak any languages other

20  than English?                                          10:26

21       A.     My main language is English.  And I

22  can speak some Spanish, but not perfectly.

23       Q.     Where do you currently reside?

24       A.     I currently reside at 274

25  West Seaview Drive.                                     10:26



1             THE STENOGRAPHER:  I'm sorry?

2       A.    274 West Seaview Drive.

3   BY MR. BRANIGAN:

4       Q.    What city is that in?

5       A.    Duck Key, Florida.                          10:26

6       Q.    Do you own that house?

7       A.    Yes.

8       Q.    Okay.  When did you purchase that

9   house?

10      A.    I don't want to be wrong and I don't      10:26

11  want to assume.  2020.

12      Q.    Okay.

13      A.    Or towards the end of 2019.

14      Q.    Do you live there alone?

15      A.    Yes.  But I don't spend most of my         10:26

16  time there, no.

17            MR. BRANIGAN:  Okay.  I want to

18      introduce this right here, Exhibit C.

19            (Defendant's C, Photograph,

20      printout, laser color copy, was marked for      10:27

21      identification.)

22            MR. BOUMEL:  And we're going to

23      object to this exhibit to the extent that

24      it contains inadmissible information such

25      as financial information on the purchase        10:27



```
 1          price and value of Mr. Angulo's home.  I
 2          don't think that's -- that's our -- that's
 3          our objection.
 4              MR. BRANIGAN:  Okay.  Thank you.
 5  BY MR. BRANIGAN:                              10:27
 6      Q.   Mr. Angulo, how much did you
 7  purchase this home for?
 8              MR. BOUMEL:  I'm going to object.
 9      But you can answer.
10      A.   900.  900,000.                       10:27
11  BY MR. BRANIGAN:
12      Q.   Thank you.
13              Now, Mr. Angulo, in this exhibit,
14  this is a photo -- strike that.
15              Is this a photo of the home that you  10:27
16  purchased?
17      A.   That was a photo of the home that I
18  purchased, correct.
19      Q.   And -- thank you.
20              And in this photo we see a boat.   10:28
21  Can you tell me if that's your boat?
22      A.   No.  That was a previous owner's
23  boat.
24      Q.   Okay.  Thank you.
25      A.   Which the neighbor owns.            10:28
```



1      Q.     And did you -- strike that.

2             Did you purchase this home with

3   your -- strike that.

4             Did anyone else contribute to the

5   cost of the purchase price?                          10:28

6      A.     No.

7             MR. BOUMEL:  I'm going to object to

8         form, and I'm going to object that this is

9         getting to a harassing point and getting

10        into his financial situation, which has no    10:28

11        bearing on this lawsuit.

12            MR. BRANIGAN:  It's relevant to his

13        damage claims.

14            MR. BOUMEL:  His financial wealth

15        and his financial worth?                       10:28

16            MR. BRANIGAN:  Yes.

17            MR. BOUMEL:  Absolutely not.  It's

18        inadmissible.

19            MR. BRANIGAN:  We disagree.  But we

20        can move on.                                   10:28

21   BY MR. BRANIGAN:

22      Q.     Did you pay cash for the home,

23   Mr. Angulo?

24            MR. BOUMEL:  Same objection.  We

25        want to give you leeway to take the           10:29



1              deposition that you need to get the

2              information that you need, but we are

3              embarking on information that's completely

4              harassing, irrelevant, and inadmissible.

5                    His financial standing, his          10:29

6              financial holdings, is completely

7              inadmissible in this case.

8                    MR. BRANIGAN:  The inquiry is not

9              admissibility, it's discoverability.  This

10             is a discovery deposition.                 10:29

11                   MR. BOUMEL:  And I'm going to allow

12             him to answer this question, but it's

13             getting to a harassing point.

14                   You can answer the question.

15             A.    Yes.                                  10:29

16   BY MR. BRANIGAN:

17        Q.    And I apologize if I already asked

18   this, but do you currently reside there?

19        A.    This is my home, but I spend most of

20   my time in Miami at my parent's house because        10:30

21   I'm seeking treatment, trying to recover and

22   get better, and most of my doctors are here.  I

23   use this house sometimes.

24        Q.    Prior to purchasing the home that we

25   just discussed, where did you live?                  10:30



```
 1          A.    I lived at my parents' house.

 2          Q.    Okay.  And could you provide me that

 3   address?

 4          A.    12300 Southwest 92nd Avenue, ZIP

 5   code 33176, Miami, Florida.                            10:30

 6          Q.    Prior to that address were there any

 7   other addresses that you resided at?

 8          A.    I resided at my parents' house

 9   before, which was at a different location, and

10   one of my grandmother's duplexes.  And I lived     10:30

11   in Pompano for a year.

12          Q.    When you lived in Pompano, was that

13   a residence that you owned?

14          A.    No.

15          Q.    Was that a residence that you           10:31

16   leased?

17          A.    No.

18          Q.    Did you pay rent to reside there?

19          A.    Yes.

20          Q.    If you recall, approximately how        10:31

21   much would you pay per month?

22                MR. BOUMEL:  Same objection as

23          before.

24                You may answer.

25          A.    I don't remember, because -- I don't   10:31
```



DILLON ANGULO                                                April 19, 2023
NEIMA BENAVIDES vs TESLA                                              23

1   remember.

2

3   BY MR. BRANIGAN:

4        Q.    What years did you live at that

5   residence?                                                  10:31

6        A.    2018.

7        Q.    Did you live there the entirety of

8   2018?

9        A.    Maybe like ten to 11 months

10  possibly.                                                    10:31

11       Q.    And did you reside there with anyone

12  else?

13       A.    I had roommates.

14       Q.    Do you recall the address of that

15  house?                                                       10:32

16       A.    I do not remember the address.

17       Q.    Okay.  And the first -- strike that.

18            MR. BRANIGAN:  Madame Reporter,

19       could you please repeat Mr. Angulo's answer

20       about the residences that he lived at?         10:32

21            THE STENOGRAPHER:  Sure.

22            (A portion of the record was read by

23       the stenographer.)

24            MR. BRANIGAN:  And do you mind if I

25       pause you for one moment.                       10:32



```
 1   BY MR. BRANIGAN:

 2        Q.    For that residence did you pay rent?

 3              MR. BOUMEL:  Form.  Same objection.

 4              THE STENOGRAPHER:  I'm sorry.  Was

 5        there an answer?                                        10:32

 6        A.    At my parents' house?  No, I did not

 7   pay rent.

 8              MR. BRANIGAN:  Okay.

 9              Madame Reporter, I apologize.  You

10        may continue.                                           10:32

11              (A portion of the record was read by

12        the stenographer.)

13   BY MR. BRANIGAN:

14        Q.    For the other -- strike that.

15              For the other residence that you        10:33

16   resided at with your parents, did you pay rent?

17              MR. BOUMEL:  Form.  Same objection.

18        A.    You said for my parents?  I answered

19   that question previously for my parents.    But

20   the other residence, the duplex, yes, I paid         10:33

21   rent.

22   BY MR. BRANIGAN:

23        Q.    Was that duplex your grandmother's?

24        A.    Correct.  Great grandmother's.

25        Q.    Do you recall how much you paid in        10:33
```



1   rent for that?

2           MR. BOUMEL:  Form.  Same objection.

3      A.    I paid -- I think it was like -- I

4   had a deal worked out with my grandmother.  I

5   paid her like -- it was like 5- or 600 bucks a          10:33

6   month plus I was managing the plant nursery.

7   BY MR. BRANIGAN:

8      Q.    Do you recall what address that

9   duplex was at?

10     A.    I don't remember the exact address,          10:34

11  but I know it was off of 80th Street and 67th

12  Avenue.

13     Q.    What years did you live at that

14  address?

15     A.    20 -- 2016 or 2017.                            10:34

16     Q.    For the first address at -- where

17  you lived with your parents, what years did you

18  live there?

19     A.    I lived there while I was in

20  college.                                                10:34

21     Q.    And what years were those?

22     A.    Pretty much since I graduated high

23  school until 2018, 2019.

24     Q.    Okay.  And what year did you

25  graduate high school?                                   10:34



1        A.    I don't remember the exact year.

2        Q.    Are you married?

3        A.    I am not married.

4        Q.    Have you ever been married?

5        A.    I have never been married.                    10:35

6        Q.    Are you currently in a relationship?

7        A.    Yes.

8        Q.    With whom?

9        A.    With my girlfriend, Stephanie.

10       Q.    Do you currently live together?            10:35

11       A.    No.

12       Q.    Do you have any children?

13       A.    I do not have children.

14       Q.    Does your girlfriend have any

15   children?                                             10:35

16       A.    She does not.

17       Q.    And apologies repeating a question,

18   but you said you did -- you do live with her;

19   correct?

20       A.    Do not.  I do not.                          10:35

21       Q.    Do not.

22             Do you support your girlfriend

23   financially in any way?

24             MR. BOUMEL:  Form.  Same objection

25       as before.  We're getting into his          10:36



DILLON ANGULO                                                April 19, 2023
NEIMA BENAVIDES vs TESLA                                            27

1          financial holdings, and his -- which is

2          completely irrelevant and harassing.

3          A.    Repeat the question, please.

4     BY MR. BRANIGAN:

5          Q.    Do you provide your girlfriend any           10:36

6     financial support?

7                MR. BOUMEL:  Same objection.

8          A.    What do you mean by "financial

9     support"?

10    BY MS. BRANIGAN:                                         10:36

11         Q.    Do you help her pay any cost of

12    living?

13         A.    No.

14         Q.    Does she help you pay any cost of

15    living?                                                  10:36

16         A.    No.

17         Q.    Okay.  And I want to go to

18    education.  One moment.

19               Could you just give me a brief

20    background of your education from grade school           10:36

21    through college?

22         A.    Through grade school through

23    college.

24               So I went to Montessori school and

25    then I went to Pine Crest Elementary.  And then          10:37



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    28

1  I went to Palmetto Middle.  I did Palmetto

2  High, Columbus, and I went to college at Miami

3  Dade College.

4       Q.   Okay.  Going back to the first

5  school, was that a preschool?                    10:37

6       A.   Montessori?  Yes.

7       Q.   And what years, if you recall, did

8  you attend?

9       A.   I don't know.

10       Q.   Sure.                                  10:37

11            Do you recall what years you

12  attended your elementary school?

13       A.   Was it like 12 through 14 or

14  something like that?

15       Q.   I apologize and recognize that for    10:38

16  elementary school not all years are the same.

17  So let me rephrase my question.

18            Between what years did you attend

19  first grade through twelfth grade?

20            MR. BOUMEL:  $5 if you can tell us     10:38

21       that.

22       A.   I would need like a calculator to

23  figure out the math right now.  The normal

24  years that people go to elementary school.

25  When you're in high school you're 15, so         10:38



DILLON ANGULO                                         April 19, 2023
NEIMA BENAVIDES vs TESLA                                          29

 1 | elementary school is four years before that.
 2 | So 14, 13, 12, 11, so --
 3 |         MR. BOUMEL:  Dillon, I'm going to
 4 |     give you an instruction, and it's on the
 5 |     record.  Remember, you're only here to          10:39
 6 |     testify to what you know and actually
 7 |     remember.  If you don't remember something,
 8 |     just say that.
 9 |     A.    I don't remember.
10 | BY MR. BRANIGAN:                                    10:39
11 |     Q.    Yes.  And let me add to that
12 | question.
13 |         If you think you're going to guess,
14 | we would prefer the full truth rather than a
15 | guess, if that makes sense.                         10:39
16 |     A.    I don't know.
17 |     Q.    Thank you.
18 |         For the preschool, do you recall
19 | what city it was in?  Do you recall the
20 | address?                                            10:39
21 |     A.    Miami, Florida.
22 |     Q.    Do you recall the address?
23 |     A.    No.
24 |     Q.    What about for the elementary
25 | school, what city was that for?                     10:39



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                      30

```
 1        A.    Miami, Florida.

 2        Q.    Do you recall the address?

 3        A.    No, not the exact address.

 4        Q.    Same for middle school, city?

 5        A.    Correct.                               10:39

 6        Q.    So Miami?

 7        A.    Yes.

 8        Q.    Recall the address?

 9        A.    Not the exact address.

10        Q.    Okay.  And for high school, Miami?     10:39

11        A.    Correct.

12        Q.    Address?

13        A.    I don't remember the exact address.

14        Q.    Okay.  And forgive me, did you say

15   you attended two different high schools?          10:39

16        A.    Correct.

17        Q.    What was the reason for switching

18   high schools?

19        A.    I was -- I wasn't doing well in the

20   high school, in private school, and I went back  10:40

21   to public school.

22        Q.    When you say you weren't doing well,

23   was that academically?

24        A.    Just everything.  Everything.  Just

25   academically I wasn't adjusting to the change.   10:40
```



 1        Q.    Were you -- I'm sorry.  Please

 2   continue.

 3        A.    Go ahead.

 4        Q.    Were you ever required to repeat any

 5   classes?                                               10:40

 6        A.    Possibly.  I don't remember.

 7        Q.    Were you required to repeat any full

 8   grades?

 9        A.    Full grades?

10        Q.    Yes.  And if you like, I can clarify      10:40

11   the question.

12              For example, were you required to

13   repeat the fifth grade, if that serves as an

14   example.

15              MR. BOUMEL:  What he's asking with        10:41

16        that --

17        A.    I wasn't required to repeat any

18   grades, no.

19   BY MR. BRANIGAN:

20        Q.    Okay.  So when you transferred to         10:41

21   the high school, is it correct or is it fair to

22   say that you simply continued the grade that

23   you were in and completed it?

24        A.    I was -- I was a knucklehead back

25   then, and I don't remember all this stuff.  I        10:41



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                      32

 1  remember I graduated when I was 17 years old,

 2  and I started Miami Dade College when I was 18.

 3      Q.   How many years did it take you to

 4  complete high school?

 5      A.   When I was 17, so I guess four          10:41

 6  years -- three years, three and a half.

 7      Q.   Okay.  And going back to your

 8  comment that you were a "knucklehead," were you

 9  ever disciplined in high school?

10      A.   Disciplined, like detentions and       10:42

11  stuff like that?  Yes.

12      Q.   Yes.  Do you recall what for?

13      A.   Just being the class clown, you

14  know.

15      Q.   Did you play any sports in high        10:42

16  school?

17      A.   I played football for Columbus.

18      Q.   How many years?

19      A.   For a couple of semesters -- one.

20      Q.   Varsity?                               10:42

21      A.   No.

22      Q.   What position did you play?

23      A.   I was trying out for quarterback and

24  linebacker.

25      Q.   If you recall did you play any         10:42



 1 | games?  "Games" meaning did you play any

 2 | football games as --

 3 |        A.    No, I never started, no.

 4 |        Q.    How far did you get?

 5 |        A.    Maybe like to the preseason, but I          10:42

 6 | never got a chance to see the field.

 7 |        Q.    Okay.  When you say you tried out,

 8 | what did that involve?

 9 |        A.    It involved, you know, sprints,

10 | cardio exercising, strength training.                     10:43

11 |        Q.    Did it involve scrimmaging any

12 | plays?

13 |        A.    Not -- I never got to the point

14 | where it was contact, but I did scrimmage

15 | plays, yes.                                               10:43

16 |        Q.    Did you play any other sports in

17 | high school?

18 |             MR. BOUMEL:  Form.

19 |        A.    For like a team or like a hobby?

20 | BY MR. BRANIGAN:                                          10:43

21 |        Q.    Yeah.  Why don't we take it one at a

22 | time.

23 |             So for high school did you play any

24 | sports for the school?

25 |        A.    No.  Just -- I tried out for the             10:43



```
 1   football team.
 2        Q.    For a hobby, did you play any
 3   sports?
 4        A.    Yes.
 5        Q.    What sports were those?                    10:44
 6        A.    Basketball.
 7        Q.    And what position were you in
 8   basketball?
 9        A.    Well, I just played pick-up games at
10   the gym and stuff like that.                          10:44
11        Q.    What about in middle school, did you
12   play any sports in school?
13        A.    Not for the school, but I was active
14   in PE and stuff like that.  It was my favorite
15   class.                                                10:44
16        Q.    Did you play any pick-up sports with
17   your friends?
18        A.    Yes.
19        Q.    What sports?
20        A.    Little baseball, basketball.  You          10:44
21   know, throw around the football.  Football
22   games.  Flag football.
23        Q.    Flag football, you said?  Was it
24   ever contact football?
25        A.    No.                                        10:44
```



DILLON ANGULO
NEIMA BENAVIDES vs TESLA

April 19, 2023
35

1    Q.   Okay.  Did you ever receive any

2  special accommodations during your tenure in

3  grade school?

4         MR. BOUMEL:  Form.

5    A.   What do you mean by "grade school"          10:44

6  and what do you mean by "special

7  accommodations"?

8  BY MR. BRANIGAN:

9    Q.   So for grade school -- I recognize

10  that that can be vague.                            10:44

11         For the grades of 1 through 12, did

12  you ever receive any accommodations -- strike

13  that.

14         Did you ever receive any extra time

15  for taking exams?                                  10:45

16         MR. BOUMEL:  Form.

17    A.   Extra time for taking exams?  Not --

18  I don't know.

19  BY MR. BRANIGAN:

20    Q.   Were -- strike that.                        10:45

21         Did the school ever recommend that

22  you attend additional tutoring to complete a

23  class?

24    A.   Yes.

25    Q.   Okay.  Do you recall what class it          10:45



1  was for?

2      A.    I don't know.

3      Q.    Did you follow that advice?

4      A.    I don't know.

5      Q.    So if I were to rephrase that          10:46

6  question, is it fair to say that you don't

7  recall whether you sought tutoring to complete

8  a class in grade school?

9      A.    I don't remember.

10     Q.    Did the school ever recommend that    10:46

11  you seek special accommodations to complete a

12  class?

13     A.    I don't remember.

14     Q.    Did -- do you recall if anyone else

15  made such a recommendation?                     10:46

16     A.    No.  But I remember after -- after

17  what happened to me, at Miami Dade College, I

18  was trying to see if there was an option to get

19  more time for tests since -- for my injuries

20  and everything.                                 10:46

21     Q.    Okay.  Let's talk about that for a

22  second.

23           What type of accommodations did you

24  seek?

25     A.    I was just exploring options to see    10:46



1  what was offered for students with brain

2  injuries.

3       Q.    And what options did they offer?

4       A.    I don't remember.

5       Q.    Going back to grade school, let's          10:47

6  talk about options for accommodations.  So with

7  that as an example, do you recall whether any

8  of those accommodations were recommended for

9  you to complete any classes?

10            MR. BOUMEL:  Form.                          10:47

11       A.    I don't remember for that, no.  But,

12  you know, if I was trying to pass a test, I'd

13  probably get a tutor.  You know, isn't that

14  normal?

15  BY MR. BRANIGAN:                                      10:47

16       Q.    Have you ever been tested for

17  attention deficit hyperactivity disorder?

18       A.    Yes.

19       Q.    Were you diagnosed?

20       A.    Yes.                                       10:47

21       Q.    Do you take any medication for that?

22            MR. BOUMEL:  Form.

23       A.    No.

24  BY MR. BRANIGAN:

25       Q.    Have you ever -- strike that.             10:47



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                       38

 1            Had anyone ever recommended that you
 2    take medication to treat?
 3        A.    Yes.
 4        Q.    What medication did they recommend?
 5        A.    Adderall.                                   10:48
 6        Q.    Do you recall the dose?
 7        A.    I do not remember.
 8        Q.    Do you recall the frequency they
 9    recommended you take it?
10        A.    I don't remember.                           10:48
11            MR. BOUMEL:  Drew, can we just take
12        a 30-second pause?  You want to fix
13        your belt?  I see you --
14            MR. BRANIGAN:  Sure.  I'm happy to
15        take a break.                                     10:48
16            MR. BOUMEL:  I see it bothering
17        you --
18            THE WITNESS:  I have to unbuckle my
19        belt because of the pain in my pelvic area
20        and it puts pressure.  So --                      10:48
21            MR. BRANIGAN:  Do you guys want to
22        take a break?
23            MR. BOUMEL:  Do you need a break?
24            THE WITNESS:  I can keep going.
25        Just loosen it up a little bit.                   10:48



 1              MR. BOUMEL:  All right.

 2              MR. BRANIGAN:  Sure.  It's 10:48

 3      right now, do you guys want to take a

 4      five-minute break at 11:00?

 5              MR. BOUMEL:  Yeah, sure.                   10:48

 6  BY MR. BRANIGAN:

 7      Q.    Now let's go into your education

 8  after high school.

 9              After you graduated from high school

10  did you attend college?                               10:49

11      A.    I did attend college.  I didn't take

12  it that seriously because I was working, you

13  know, and I didn't take it that seriously.  So

14  I did classes slowly, you know, and I -- you

15  know, I finally graduated -- well, I walked in    10:49

16  2018 or 2019 -- 2018, I think.  I walked and

17  graduated with my -- my -- my AA in accounting.

18      Q.    In 2018 you did?

19      A.    I had walked and graduated, but they

20  gave me the diploma -- they shipped it to the     10:49

21  house like years after.

22      Q.    Okay.  So -- and I apologize for

23  repeating myself, you walked --

24      A.    Yes.

25      Q.    -- for that program in 2018 correct?    10:50



DILLON ANGULO                                       April 19, 2023
NEIMA BENAVIDES vs TESLA                                       40

1     A.    Correct.

2     Q.    Okay.  Now, you mentioned that you

3  were working during that time.  What were you

4  doing for work?

5     A.    During what time?                      10:50

6     Q.    During the time that you were going

7  to school for the program that we were just

8  discussing?

9     A.    So I was into landscaping, and I had

10  a pressure cleaning business.  And I was        10:50

11  managing a nursery.

12     Q.    Okay.  Did you own that pressure

13  cleaning business?

14     A.    I did.

15     Q.    Were you the sole owner of that       10:50

16  pressure cleaning business?

17     A.    Yes.

18     Q.    When did you start that business?

19     A.    I don't remember the exact year, but

20  the business wasn't doing well.  I wasn't       10:50

21  making -- you know, I wasn't doing that well.

22     Q.    If -- was -- strike that.

23         Did you start the business in high

24  school?

25     A.    No.                                    10:51



1     Q.    Did you start the business after you

2  started the college program we were just

3  previously discussing?

4     A.    Yes.

5     Q.    And forgive me, when did you start          10:51

6  that college program?

7     A.    When I was 18, 17.  When I was 17 or

8  18.

9     Q.    Do you recall the year?

10    A.    No.                                          10:51

11    Q.    Does that business -- strike that.

12          Do you still operate that business?

13    A.    No, I don't.

14    Q.    When did it close?

15    A.    I do not remember when it closed.           10:51

16    Q.    Was it this year?

17    A.    No.

18    Q.    Was it before the incident that gave

19  rise to this lawsuit?

20    A.    Yes.                                         10:52

21    Q.    Okay.  If you would approximate, how

22  many years was that business operating?

23    A.    Pressure cleaning business?

24    Q.    Yes.

25    A.    Probably for like a year or two, or         10:52



DILLON ANGULO                                        April 19, 2023
NEIMA BENAVIDES vs TESLA                                        42

1  probably like one year.

2       Q.    What was the name of that business?

3       A.    Clearview Pressure Cleaning

4  Contractors.

5       Q.    Did you have an office space for          10:52

6  that business?

7       A.    No.

8       Q.    Did you just run it out of your

9  home?

10      A.    Correct.                                  10:52

11      Q.    And forgive me, where were you

12 residing at that time?

13      A.    8601 Southwest 126 Terrace, Miami,

14 Florida.

15      Q.    Do you recall what kind of company     10:53

16 it was?  And for clarification I'll give you an

17 example.  Was it an LLC?

18      A.    It was an LLC.  And it was named

19 Clearview Pressure Cleaning Contractors.

20 Because at the same time I was motivated to        10:53

21 become a contractor, and I was, like, you

22 know -- I was pressure cleaning roofs and

23 patios and stuff like that.

24      Q.    Sure.

25            How much revenue would you bring in     10:53



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    43

1   on an annual basis?

2           MR. BOUMEL:  Form.

3       A.   I would make like -- like 500 bucks

4   a roof, and I might get like two or three roofs

5   a month.  So it was just money to have in my          10:53

6   pocket while I was going to school for gas, for

7   food, that kind of stuff.

8   BY MR. BRANIGAN:

9       Q.   Did you employ anyone else at that

10  company?                                               10:53

11      A.   No.  But I had like a friend help me

12  a couple of times.

13      Q.   How much would you pay them when

14  they helped you?

15      A.   Probably like 100 to a couple           10:54

16  hundred bucks a day.

17      Q.   And how frequently do you think --

18  strike that.

19           How frequently would they assist you

20  during the operation of that business?                 10:54

21      A.   It would be when I would get a

22  bigger job, and I'd want to help out my friend

23  and give him some work, he'd come and help out.

24      Q.   Okay.  So if you were to guess, do

25  you think they helped out 10 percent of the           10:54



1  time or greater?

2       A.    Probably like 20 percent.

3       Q.    Okay.  You mentioned a nursery.

4  What was that nursery called?

5       A.    The nursery was called Ledya          10:54

6  Lestino's Nursery.

7       Q.    And what type of work would you do

8  there?

9       A.    I would do the books.  I would do

10  the sales.  I would do the deliveries.  I would   10:55

11  go purchase the plants.  I would do the driving

12  when I was working at the nursery.  I would

13  build relationships with clients.  Advertise.

14  I bred koi.  Sold koi.  Yeah.

15       Q.    What years did you work at that       10:55

16  nursery?

17       A.    I would say throughout my lifetime

18  my great grandmother would always give me work

19  when I wanted some money in my pocket, do some

20  stuff around the nursery.                         10:55

21            But it got serious, like I would say

22  2016 through 2018, I was like learning more,

23  you know, I was taking classes on plants and

24  diseases, and I was, you know, involved in the

25  nursery doing a lot of things.                    10:55



1        Q.    Would she pay you hourly?

2        A.    She would pay me daily.

3        Q.    And how much would she pay you on a

4   daily basis?

5        A.    Like $100 a day.                          10:56

6        Q.    And how -- strike that.

7              How frequently would you work there

8   on a yearly basis?

9        A.    On a yearly basis -- well, the years

10  that I told you were probably like 2016 to           10:56

11  2018, it was probably like a full year, 2017,

12  of working there doing that.

13             But as I was a kid, you know,

14  come -- like, when I wanted money to go to the

15  mall or the movie theater, I would go to work.       10:56

16  She would give me some money for my pocket if I

17  helped out and did some stuff.

18       Q.    And have you worked there since the

19  crash?

20       A.    I have not worked there.  Not            10:56

21  specifically there, no.

22       Q.    Okay.  Going back to the power

23  washing business, what -- you mentioned roofs,

24  what -- strike that.

25             Could you describe the type of work       10:57



1  that you would do when you go to someone's

2  house for a power washing project?  Could you

3  walk me through it.

4      A.  So I would have to walk the

5  neighborhoods and pass out flyers trying to get  10:57

6  business.  And then when I would get the job, I

7  would have to take my trailer with a machine to

8  do the job, or I'd have to load the machine

9  into my truck, pick it up, put it into the

10  truck, take it out.  I would have to use a  10:57

11  ladder, I think, climb up to a two-story roof,

12  pressure clean it.  You know, in the sun all

13  day pressure cleaning.

14      Q.  Did you need any sort of licensing

15  or certification to do that job?  10:58

16      A.  I don't know.

17      Q.  Did you take any training to do that

18  job?

19      A.  My uncle trained me.  He has a

20  landscaping company, and that's how I learned  10:58

21  how to do that.

22      Q.  Okay.  For the nursery did you need

23  any licensing or certification to do what you

24  were doing?

25      A.  No.  But I was kind of -- you know,  10:58



1  in school studying business and learning about

2  the plants and learning things because I was --

3  you know --

4          MR. BOUMEL:  And whenever you're

5      done with this line, we --                          10:58

6          MR. BRANIGAN:  Yeah, I think this

7      would be a good time to take a break here.

8          MR. BOUMEL:  All right.

9          MR. BRANIGAN:  I need to catch up.

10     All right, guys.  You want to take five,          10:58

11     ten?  Doesn't matter to me.

12         MR. BOUMEL:  Yeah, let's call it

13     five.

14         (A brief recess was taken from

15     10:59 a.m. to 11:12 a.m.)                         11:12

16  BY MR. BRANIGAN:

17     Q.   Mr. Angulo, before we took a break

18  we were talking a little bit about your college

19  education and employment.  What type of --

20  strike that.                                          11:13

21         It's correct that you obtained an

22  accounting degree; correct?

23     A.   An AA, yes.

24     Q.   Is that an associate's in accounting

25  degree?                                               11:13



1        A.    Yes.

2        Q.    Okay.  What type of -- strike that.

3              What was your GPA at graduation?

4        A.    My GPA?  I do not remember.

5        Q.    Did you, during that program, seek          11:13

6   any type of accommodation to assist you with

7   completing your degree?

8        A.    I went to the math lab for tutoring,

9   but that's about it.

10       Q.    Okay.  Did you play any sports in            11:13

11  college?

12       A.    For a college team, no.  But for

13  hobby, yes.

14       Q.    What sports were those?

15       A.    Basketball.                                  11:14

16       Q.    Just pick-up at the gym?

17       A.    Yes.

18       Q.    Did you play any contact sports?

19       A.    No.

20       Q.    Now, before the crash I know we              11:14

21  talked about the power washing business and the

22  nursery.  Did you have any other employment?

23             MR. BOUMEL:  Form.  Point in time.

24       A.    Nursery and -- say that again.

25  BY MR. BRANIGAN:                                        11:14



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    49

```
 1        Q.    Yes.  And let me rephrase my
 2   question.
 3              Aside from working at the nursery
 4   and working at the power washing business, did
 5   you work anywhere else before the crash?          11:14
 6              MR. BOUMEL:  Form.  Same objection.
 7        A.    I did landscaping.  I worked for my
 8   uncle in landscaping.  And in Pompano, I worked
 9   for Viking Landscaping.
10   BY MR. BRANIGAN:                                  11:15
11        Q.    What years did you work for your
12   uncle's landscaping business?
13        A.    I don't remember.
14        Q.    What was the last year you worked
15   for your uncle's landscaping business?           11:15
16        A.    I don't remember.
17        Q.    Have you worked for his landscaping
18   business since the accident?
19        A.    No.  But I have worked landscaping
20   since then.                                       11:15
21        Q.    Okay.
22        A.    I did one job.
23        Q.    If you were to estimate, how many
24   years -- strike that.
25              If you were to estimate, what years   11:15
```



 1  do you recall working for your uncle's

 2  landscaping business?

 3       A.    2016, 2017 possibly.  I don't want

 4  to assume, you know.  So --

 5       Q.    Sure.  And --                          11:15

 6       A.    I don't know the exact year.

 7       Q.    What is the name of that landscaping

 8  business?

 9       A.    Johnny's Landscape.

10       Q.    Does he have an office?              11:16

11       A.    No.

12       Q.    Does he just run it out of his home?

13       A.    Yes.

14       Q.    Do you know the address of that

15  home?                                           11:16

16       A.    No.

17       Q.    Okay.  You mentioned Viking

18  Landscaping; correct?

19       A.    Yes.

20       Q.    Do you recall what years you worked   11:16

21  there?

22       A.    2018.

23       Q.    Okay.  What type of work would you

24  do at Viking?

25       A.    I cut grass.  I trimmed trees.  I    11:16



1   loaded heavy garbage cans full of trash into

2   the dump truck.  Use power equipment.  Dig

3   ponds.  Move big rocks.

4         Q.    Forgive me, did you say "date

5   palms"?                                                    11:17

6         A.    Dig ponds.

7         Q.    Dig ponds.  Thank you.

8               For your uncle's landscaping

9   business did you do the same type of work?

10        A.    Pretty much all the same type of          11:17

11   work, but the ponds I did with Viking.

12        Q.    And that was 2018 you said?

13        A.    Yes.

14        Q.    For Viking, how many hours a week

15   would you work?                                          11:17

16        A.    Forty.

17        Q.    Were you paid hourly?

18        A.    Yes.

19        Q.    How much were you paid per hour?

20        A.    I think like nine-something.                 11:17

21        Q.    Were -- strike that.

22              How many hours on an annual --

23   strike that.

24              How many hours on a weekly basis

25   would you work for your uncle's landscaping             11:17



 1  business?

 2        A.    Also 40 hours.

 3        Q.    And were you paid hourly?

 4        A.    Yes.

 5        Q.    And how much were you paid?                11:17

 6        A.    Well, it wasn't hourly.  It was

 7  daily.  It was like $90 a day.

 8        Q.    Okay.  Would you ever receive any

 9  bonuses for either of those jobs?

10        A.    No.                                        11:18

11        Q.    You mentioned operation of power

12  tools.  Did you need any certification or

13  licensing to do your jobs at either of those

14  businesses?

15        A.    I -- I don't think so, no.                11:18

16        Q.    Did you receive any training to work

17  those jobs?

18        A.    Yes.  I learned from my uncle.

19        Q.    Okay.  Was it sort of a

20  learn-as-you-go kind of thing?                         11:18

21        A.    Yes.

22        Q.    Okay.  Did you ever have ownership

23  in either of those companies?

24        A.    No.

25        Q.    Okay.  Aside from the four companies      11:18



1  that we have talked about, the nursery, the

2  power washing business, and the landscaping

3  business, were there any other jobs that you

4  worked before this crash?

5           MR. BOUMEL:  Form.                              11:18

6      A.   Yes.

7  BY MR. BRANIGAN:

8      Q.   Okay.  Could you tell me about them?

9      A.   I worked at Pincho Factory.  It's a

10 restaurant.  And we did the Miami Open.  And I         11:19

11 was like, you know, taking orders and running

12 food and calling numbers like bingo.

13     Q.   Do you remember the address of that

14 restaurant?

15     A.   No.                                            11:19

16     Q.   How long did you work there for?

17     A.   Probably for like six months.

18     Q.   Do you recall the year?

19     A.   No.  I don't remember.

20     Q.   Was it after 2016?                             11:19

21     A.   I don't remember.

22     Q.   Were you paid hourly?

23     A.   Yes.

24     Q.   How much were you paid per hour?

25     A.   Probably like eight-something.                 11:19



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                          54

1        Q.    You said you worked there for six

2   months.  How many hours a week would you work?

3        A.    I think like 30.  30 hours -- 30,

4   40 hours.

5        Q.    Is that fairly consistent?                  11:20

6        A.    Yes.

7        Q.    Did you also receive tips?

8        A.    No.

9        Q.    Were there any other companies that

10  you worked for during that time before the        11:20

11  crash?

12              MR. BOUMEL:  Form.

13        A.    No.  But I would pick up -- I never

14  started like a company, but I might pick up

15  like a couple landscaping jobs here and there.     11:20

16  Maybe like two or three a year, you know.

17  BY MR. BRANIGAN:

18        Q.    Okay.  Did you have -- strike that.

19              Prior to the crash, did you have an

20  ownership interest in any company that you have    11:20

21  not discussed today?

22        A.    No.

23        Q.    Okay.  And, for clarification,

24  follow-up question:  Do you own any stocks?

25              MR. BOUMEL:  Form.  Same objection      11:21



1           as before, delves into his financial

2           holdings.  It's inadmissible.  It should be

3           undiscoverable.  I'm going to allow --

4           A.   Yes.  At the moment, yes.

5      BY MR. BRANIGAN:                                    11:21

6           Q.   Do you know -- strike that.

7                Do you know what companies you own

8      stocks in?  And before you answer, I want to

9      modify it; that's a yes-or-no question.  I'm

10     not asking you to name them all.                    11:21

11               MR. BOUMEL:  Same objection as

12          before.

13               MR. BRANIGAN:  Okay.

14          A.   Yes.

15     BY MR. BRANIGAN:                                    11:21

16          Q.   Do you own stock in any automotive

17     company?

18               MR. BOUMEL:  Same objection as

19          before.

20          A.   Do I own stock now in any automotive     11:21

21     company?

22     BY MR. BRANIGAN:

23          Q.   Yeah.  Let's start with that.  Do

24     you now?

25          A.   No.                                       11:22



```
 1        Q.    Have you ever?

 2              MR. BOUMEL:  Same objection.

 3        Standing objection to any questions related

 4        to his stock holdings as inadmissible and

 5        undiscoverable and borderline harassing.        11:22

 6              MR. BRANIGAN:  Noted.

 7        A.    In any car companies, yes.

 8   BY MR. BRANIGAN:

 9        Q.    Okay.  Could you name them?

10        A.    Tesla.                                    11:22

11        Q.    Do you recall when you owned that

12   stock?

13        A.    Last year.

14        Q.    Okay.  How many shares did you own?

15        A.    I think I bought one share before it     11:22

16   split.

17        Q.    Okay.  Do you recall how much it was

18   worth?

19        A.    At the time it was -- I forgot what

20   it was.  I don't remember.                          11:22

21        Q.    Okay.  At that time did you directly

22   manage your stocks?

23        A.    Yes.

24        Q.    Okay.  Other than Tesla, have you

25   ever owned stock in an automotive company?          11:23
```



1          A.    No.

2          Q.    Okay.  All right.

3                So going back to education, you said

4     you graduated with an associate's in

5     accounting.                                          11:23

6          A.    Correct.

7          Q.    After that did you obtain any other

8     education?

9          A.    Yes.  So the landscaping wasn't

10     something that I was very, you know -- wasn't       11:23

11     something that was working out for me so I

12     decided to -- to pursue my general contracting

13     license.

14                And before the accident I was taking

15     the class and I was about to take the test         11:23

16     before I got injured.

17          Q.    What -- strike that.

18                Where did you take the classes to

19     obtain the licensing?

20          A.    I was taking the classes at FIU         11:24

21     engineering campus.

22          Q.    When did you start?

23          A.    2019.

24          Q.    Do you recall which month?

25          A.    It was the beginning of the year,       11:24



1  probably January, February.  In April.  April.

2      Q.    Okay.  Do you know how long it --

3  strike that.

4          Do you know how long it would take

5  you to complete that program?                          11:24

6      A.    It was a test that you have to study

7  for, so it was kind of like when you were ready

8  to take the test you take it and then you get

9  it.  But I was -- they offered a program at the

10  school where they prepare you for the test.           11:24

11  And I purposely took this class two times to

12  let it all sink in so I would try to take the

13  test.

14          And before my -- this whole thing

15  happened to me, I was about to take the test.          11:25

16  And I took the class twice.

17      Q.    Okay.  Was there tuition involved in

18  that?

19      A.    Just the books.

20      Q.    And if you don't mind me going back     11:25

21  to that associate's degree, was there tuition

22  for that?

23      A.    Yes.

24      Q.    Did you pay that yourself?

25      A.    So when I was -- when I first          11:25



1   started college I was mainly working, and I

2   wasn't taking school seriously.  So I dropped

3   some classes and my parents were helping me pay

4   for school.  And then my dad's like:  "Hey, I'm

5   not paying for your classes anymore.  If you          11:25

6   pay for your class and pass it, I'll pay you

7   back."

8            So then I was paying out of pocket,

9   and my dad would pay me back once I passed the

10  class.                                                11:25

11      Q.    During that program did you ever

12  obtain a scholarship?

13      A.    No.

14      Q.    Do you recall -- strike that.

15            Do you recall the tuition per              11:26

16  semester for that program?

17      A.    I don't remember.

18      Q.    Do you recall how much you paid

19  personally to complete that program?

20      A.    I don't remember.                          11:26

21      Q.    Was it in the tens of thousands?

22      A.    I don't remember.

23      Q.    Okay.  Going back to the contractor

24  program, how far away were you before the crash

25  to taking the test?                                  11:26



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                          60

1        A.    I was about, like, literally about

2   to sign up to take the class -- the test.

3        Q.    Did you take any practice test

4   before?

5        A.    Yes.                                          11:26

6        Q.    How did you do?

7        A.    I don't remember.

8        Q.    Did you pass any of those practice

9   tests?

10       A.    I don't remember.                             11:26

11       Q.    How long -- strike that.

12             When you were preparing to obtain

13  the licensing, did that involve any hands-on

14  work, like practical work to prepare for the

15  test?                                                    11:27

16       A.    Meaning pen -- pencil in hand?  What

17  do you mean?

18       Q.    Let me rephrase.

19             What does the test comprise of?

20       A.    The test is an open-book test, and         11:27

21  you basically have to come to class to take the

22  test with a dolly with a bin full of like maybe

23  10, 15 books, and it's an open-book test and

24  you got to know how to find the answers in that

25  book.                                                    11:27



1    Q.   So is it fair to say that it doesn't

2    involve any labor, physical labor?

3    A.   To take the test?

4    Q.   Yes.

5    A.   Physical -- physically, like lifting          11:27

6    things?

7    Q.   Yes.

8    A.   No.  But like your brain and using

9    focus, yes.

10   Q.   Okay.  Okay.                                   11:27

11        After the crash did you or were you

12   able to take that test?

13   A.   I have not taken the test.  I have

14   not tried.  I have not had the mindstate to

15   take it.                                            11:28

16   Q.   Okay.  So is it fair to say that at

17   this time you are not a licensed contractor?

18   A.   I am not a licensed contractor.

19   Q.   Okay.  After the crash did you start

20   any other form of education?                        11:28

21   A.   Any other form of education?  I took

22   a class at Miami Dade College for a certificate

23   participation for the arborist course.  So I

24   participated in this class that prepares you to

25   get an arborers license, and I got a                11:28



DILLON ANGULO                                      April 19, 2023
NEIMA BENAVIDES vs TESLA                                      62

1   certificate for being a participant in that

2   class.

3        Q.    Okay.  Why did you take that class?

4        A.    Because I was interested in learning

5   more about trees and maybe it would open up a         11:28

6   door for me to do something.

7        Q.    Have you done anything with that

8   certificate?

9        A.    No.

10       Q.    Do you do any arborist or nursery         11:29

11  work since the crash?

12       A.    I have not done arborist work, but I

13  have done -- my grandfather was building a

14  house and I had helped do the land -- manage

15  the landscaping.  And I tried to do some         11:29

16  physical work, but it -- I was able to do it,

17  but I was in so much pain the next day.  That

18  was the last time I did that type of work.

19       Q.    Sure.

20            Could you describe what kind of work         11:29

21  you were doing helping to build a house, the

22  physical part?

23            MR. BOUMEL:  Form.

24       A.    Not build the house, but like,

25  putting grass or, you know, using the         11:29



 1  wheelbarrow or moving a plant or tree or

 2  something.

 3          But I had hired somebody to help me,

 4  and, you know, I was just in this unbearable

 5  pain in my pelvic area, my sacrum.  I just          11:30

 6  had -- haven't been doing that work anymore

 7  like that.

 8  BY MR. BRANIGAN:

 9      Q.   Do you recall when that was that you

10  were helping him build that house?                  11:30

11      A.   I don't remember.

12          MR. BOUMEL:  Form.  Mischaracterizes

13      his testimony.

14  BY MR. BRANIGAN:

15      Q.   You mentioned that you hired someone        11:30

16  to assist you with the work that we just

17  discussed; is that correct?

18      A.   Yes.

19      Q.   Who did you hire?

20      A.   It was a laborer that was looking           11:30

21  for work and I was trying to help.  And he did

22  most of the main -- the main labor for the job.

23      Q.   Did you do any management of his

24  work?

25      A.   Yes.                                        11:30



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    64

1      Q.    What kind of management did you do?

2      A.    Tell him what to do, where something

3   goes.

4      Q.    Did he have some kind of contract

5   that described his role and what he was doing?        11:31

6      A.    It wasn't a contract, it was just

7   basically I asked him to help me with this,

8   and he helped me since I wasn't able to do it.

9      Q.    How much did you pay him?

10     A.    I paid him $200 a day.                        11:31

11     Q.    Okay.  How many days did he work?

12     A.    I don't remember.

13     Q.    How many months did he work,

14   approximately?

15     A.    Maybe a month or two.  I don't              11:31

16   remember.

17     Q.    How consistently would he work per

18   week, is it like every day?

19     A.    For that specific job it was maybe

20   twice a week.                                        11:31

21     Q.    Other than the project we were just

22   discussing, did you do -- were you involved in

23   any other employment after the crash?

24     A.    Besides that specific job I might

25   have had one or two other persons that might        11:32



DILLON ANGULO                                                April 19, 2023
NEIMA BENAVIDES vs TESLA                                              65

```
 1   have helped me for one day.  That's about it.
 2        Q.    When you say "one or" -- well, let's
 3   go back to that.
 4              When you say they were helping you,
 5   what were they helping you with?                      11:32
 6        A.    With the labor.
 7        Q.    With the labor for the job that we
 8   were just discussing?
 9        A.    Yes.
10        Q.    Other than the job that we were just   11:32
11   discussing, were you working any other job --
12   have you worked any other jobs after the crash?
13        A.    After the crash any other jobs?  No.
14        Q.    So is it fair to say that you have
15   been unemployed -- other than what we were just  11:32
16   talking about -- since the crash?
17        A.    Yes.  I have not been working.  I
18   have been working on myself and my mental
19   health and my physical health and doing
20   physical therapy and doctors' appointments and  11:33
21   trying to get better as a person for the past
22   four years.
23        Q.    Do you currently have ownership in
24   any business?
25        A.    No.                                    11:33
```



1        Q.    Since the crash have you had any

2    ownership in any business?

3        A.    No.

4        Q.    Okay.  And I know we were talking

5    about stocks earlier, do you currently own            11:33

6    stocks?

7             MR. BOUMEL:  Same objection as

8        before.  This invades -- this is an

9        invasion of his privacy and his financial

10       status and objection based on that.               11:33

11            You may answer.

12       A.    Yes.  I just wanted to start

13   investing in some stocks and experimenting.

14   And I used Robin Hood, and I have stocks

15   through there.                                         11:33

16   BY MR. BRANIGAN:

17       Q.    When did you start investing in

18   stocks?

19            MR. BOUMEL:  Standing objection

20       to --                                              11:34

21            MR. BRANIGAN:  Sure.

22            MR. BOUMEL:  Standing objection for

23       everything related to stocks.

24   BY MR. BRANIGAN:

25       Q.    You may answer.                              11:34



 1      A.    I don't remember, but I do remember

 2   learning in college that it's, you know,

 3   beneficial to start investing when you're young

 4   to set up your life.

 5      Q.    So is it fair to say that you            11:34

 6   started investing before the crash?

 7      A.    No.

 8      Q.    Is it fair to say that you started

 9   investing after the crash?

10      A.    Yes.                                     11:34

11      Q.    Do you recall what year?

12      A.    No.

13      Q.    Was it last year?

14      A.    I don't remember.

15      Q.    What is the value -- total value of      11:34

16   your stock ownership to date?

17         MR. BOUMEL:  I'm going to -- that is

18      crossing the line.  I'm going to object and

19      instruct him not to answer.

20         THE WITNESS:  Can I use the                 11:35

21      bathroom?

22         MR. BRANIGAN:  We can move on from

23      that.

24         Sorry?

25         THE WITNESS:  Can I use the                 11:35



1     bathroom?

2            MR. BRANIGAN:  Yeah.  We can move on

3        from that and we can take a break.  Yes.

4            (A brief recess was taken from

5        11:35 a.m. to 11:38 a.m.)                    11:38

6     BY MR. BRANIGAN:

7        Q.    Okay.  Going back to education for a

8     moment, Mr. Angulo.

9            Other than the post-high school

10    programs that we have discussed here today, are    11:38

11    there any other programs, educational programs

12    that you have participated in?

13       A.    Yes.  I had finished getting my high

14    school diploma at a program, like, Roger

15    Whitman {phonetic} Academy; that's where I        11:38

16    finished my high school diploma at.

17       Q.    What year was that?

18       A.    I don't remember.  It was when I was

19    17, so subtract --

20       Q.    Okay.  So is it fair to say that you     11:38

21    attended three different high schools?

22       A.    Well, two high schools and it was a

23    program.  Something different.

24       Q.    I see.  So the Roger Whitman Academy

25    wasn't a high school, it was a separate           11:38



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                      69

1   program; is that correct?

2        A.    It was a separate program to get the

3   high school diploma.

4        Q.    Okay.  And what did you have to do

5   to obtain that program at that -- excuse me --            11:39

6   that diploma at that program?

7        A.    I had to review English, math,

8   sciences, all these, and then take a test and

9   pass it.

10       Q.    Okay.  Was there -- strike that.              11:39

11             What was the reason for obtaining

12   your diploma at that academy rather than the

13   previous high school?

14       A.    Because I -- I stopped going to that

15   school.                                                  11:39

16       Q.    And what was the reason you stopped

17   going to that school?

18       A.    Because I dropped out of school.

19       Q.    Why did you drop out?

20       A.    Because I was a knucklehead and I            11:39

21   was -- you know, I wasn't -- I wasn't that

22   interested in school at the time.

23       Q.    What types of things were you

24   interested in?

25       A.    In --                                         11:39



1            MR. BOUMEL:  Form.

2            You can answer.

3       A.   Working, going to the beach, having

4   a girlfriend.

5   BY MR. BRANIGAN:                                   11:40

6       Q.   What was your GPA when you dropped

7   out?

8       A.   I don't remember.

9       Q.   Do you remember -- strike that.

10           What was your GPA when you obtained    11:40

11   your high school diploma?

12       A.   I don't remember.

13       Q.   What city was that academy in?

14       A.   I don't remember.

15       Q.   Was it in the state of Florida?      11:40

16       A.   Yes.

17       Q.   Was it in the Miami area?

18       A.   No.

19       Q.   What -- was it in -- what was the

20   nearest city to the academy?                     11:40

21       A.   Broward.

22       Q.   Broward County.  Or, excuse me,

23   Broward.

24           Okay.  Is it fair to say that you do

25   not recall the address?                          11:40



 1          A.    Yes.

 2          Q.    Okay.  Other than that and the

 3     education programs we discussed, are there any

 4     other programs you participated in?

 5          A.    In middle school I was briefly in          11:40

 6     5000 Role Models.

 7          Q.    Could you describe that, elaborate

 8     on that?

 9          A.    I just -- I don't remember much.  I

10     just remember that I had to wear a tie and I        11:41

11     was trying to be part of this program.

12          Q.    What did you do during that program?

13     What did it --

14          A.    I don't remember.  It was brief.

15          Q.    Was that in Miami?                         11:41

16          A.    Yes.

17          Q.    And how many years was that for?

18          A.    It was like probably like fifth

19     grade or something.

20          Q.    Okay.                                      11:41

21          A.    Or sixth grade.

22          Q.    Okay.  Is it fair to say that we

23     discussed the entirety of your education

24     leading up to now?

25          A.    Yes.                                       11:41



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                          72

1       Q.    Okay.  Is there anything -- are
2    there any other programs that --
3       A.    Oh.  I have a certificate in boating
4    for the auxiliary boating course for boating
5    safety.                                        11:42
6       Q.    Do you own a boat?
7       A.    Yes.
8       Q.    What type of boat is it?
9       A.    A fishing boat.
10      Q.    When did you buy this boat?          11:42
11      A.    Well, I have a couple of boats.  My
12   first boat that I bought was in 2017 or 2018.
13   I don't remember the date.
14      Q.    Is that the fishing boat that you're
15   talking about?                                11:42
16      A.    One of them, yes.
17      Q.    Okay.  How many boats do you own?
18      A.    Three.
19      Q.    The other two boats, did you buy
20   them after the crash?                         11:42
21      A.    Yes.
22      Q.    Okay.  Do you recall what year you
23   bought them?
24      A.    No.
25      Q.    Okay.  Did you pay for them          11:43



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                      73

1  yourself?

2       A.    Yes.

3       Q.    How much did you pay for those

4  boats?

5       A.    I paid five -- I paid $1,000 for one      11:43

6  of them.  It's like a skiff.  An older skiff

7  that I -- that I want to redo one day.  And

8  then I bought an older 1990 Mako 26-foot.

9       Q.    When you say "redo," what do you

10  mean by that?                                      11:43

11       A.    Because the -- redo, or it's like I

12  buy an older hull and kind of fix it up.  Not

13  me personally, but hire somebody to fix it up

14  instead of buying a new boat because new boats

15  are just so expensive.                             11:43

16       Q.    Okay.  Do you have any

17  restrictions -- strike that.

18            Do you have a -- are you required to

19  have a boating license?

20       A.    In the state of Florida, no.            11:44

21       Q.    Are you able to operate the boats

22  yourself?

23       A.    Yes.

24       Q.    Okay.

25       A.    Not the same way though.                11:44



1          Q.    What --

2          A.    Not the same way as before my

3     accident.

4          Q.    Could you elaborate on that?

5          A.    Just if I go fishing, if I go to one        11:44

6     spot and I throw the anchor and I pick up the

7     anchor, it's very hard for me to go to the

8     second spot or the third spot because of the

9     physical limitations I have of -- on my body

10    being in pain.  It's like I just want to go --        11:44

11    I want to go home after.  It's like I can't go

12    to the next spot.  I want to go to the next

13    spot to go fishing?  No, I'm in so much pain I

14    got to go back.

15          And I only go out on like perfect               11:44

16    days because I can't -- when I get beat up, my

17    body is like in a lot of pain.

18         Q.    How often do you go fishing?

19         A.    I would say maybe -- maybe two or

20    three times a month.                                  11:44

21         Q.    Do you go with anyone else or just

22    on your own?

23         A.    I go with other people.

24         Q.    Other than fishing, do you have any

25    other hobbies?                                        11:45



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                           75

```
 1        A.    Other hobbies besides fishing?
 2   Sports.  I mean going -- like going to games.
 3   Hobbies, I don't know.
 4             MR. BOUMEL:  I'll object to form.
 5        It's "hobbies," it's a little vague.         11:45
 6   BY MR. BRANIGAN:
 7        Q.    What kind of fishing do you do, is
 8   it deep sea fishing or is it right off the
 9   coast?
10        A.    I would say like fishing for mahi or   11:45
11   snapper, just probably a couple of miles
12   offshore.  Or like snorkeling, diving, stuff
13   like that.  Nothing with a tank.
14        Q.    Did you have to do -- strike that.
15             Did you have to take any              11:45
16   certification for that diving?
17        A.    No.
18        Q.    What about the snorkeling?
19        A.    The snorkeling, no.
20        Q.    How often do you do that?            11:46
21        A.    I would say maybe like -- maybe like
22   once a month if the weather is good, but the
23   last time I went I had to go to the emergency
24   room because my body was in so much pain, maybe
25   from the pressure of the water, but it was in    11:46
```



DILLON ANGULO                                      April 19, 2023
NEIMA BENAVIDES vs TESLA                                    76

1    the pelvic area from my accident.

2            And I was just -- I couldn't stop

3    crying, and I was in the shower, like, "Aah,

4    Aah," in so much pain, you know.

5        Q.    And have you been back out since?          11:46

6        A.    Have I went out?  I didn't go out as

7    deep.

8            MR. BOUMEL:  If you need to take a

9        minute --

10           MR. BRANIGAN:  Yeah, sure.                   11:46

11           MR. BOUMEL -- for any reason, just

12       take a minute, Dillon.  We don't have to

13       rush into the next question.

14   BY MS. BRANIGAN:

15       Q.    Would you like to take like a             11:46

16   five-minute break?

17       A.    No.  I'm all-in.  Let's go.

18       Q.    Sure.

19           How long do these snorkeling trips

20   typically last?                                     11:47

21       A.    The last time that I went, it was

22   probably for a couple hours.

23       Q.    Is that -- would it be fair to say

24   that that's a typical length for the snorkeling

25   trips?                                              11:47



```
 1        A.    I would say possibly like two, maybe
 2   two to four hours.
 3        Q.    How about before the accident, would
 4   you snorkel before the accident?
 5        A.    Yeah.  I was getting into fishing.      11:47
 6        Q.    I am absolutely fine with taking a
 7   break if you'd like to.  You want to walk
 8   around and get a glass of water?
 9        A.    No.  It's all right.
10        Q.    Sure?                                   11:48
11        A.    I was -- yeah.  I was into fishing a
12   lot.  You know, it was like my main hobby and
13   how to get peace.
14             MR. BOUMEL:  We're -- let's take a
15        five-minute break.                            11:48
16             MR. BRANIGAN:  Todd, we're going to
17        take a break.
18             (A brief recess was taken from
19        11:48 a.m. to 11:58 a.m.)
20             MR. BRANIGAN:  Are we on the record     11:58
21        now?  Excellent.
22             MR. BOUMEL:  And I think Todd is
23        not -- he texted me -- he is not going to
24        be -- we can start without him.
25             MR. BRANIGAN:  Excellent.  Okay.        11:58
```



DILLON ANGULO                                       April 19, 2023
NEIMA BENAVIDES vs TESLA                                        78

 1  BY MR. BRANIGAN:

 2      Q.    So we left off, Mr. Angulo, talking

 3  about some hobbies, and I want to continue on

 4  that.

 5            Mr. Angulo, since the accident have       11:58

 6  you participated in any sports?

 7      A.    I've tried playing basketball a

 8  couple of times, yeah.

 9      Q.    How did that go?

10      A.    My body's in pain -- I could do it       11:59

11  today, but then the next day I'm in a lot of

12  pain and I'm like bedridden in my bed, like,

13  why did I do all this.

14            And at times I forget, you know,

15  that I can't do this and then I do it, and then   11:59

16  the next day it's like it's unbearable.

17      Q.    Do you do any off-road driving?

18      A.    Off-road driving?

19      Q.    And to add clarification to that,

20  for example, an ATV or a four-wheeler.             11:59

21      A.    No.

22      Q.    Okay.

23      A.    No off-road driving, no.  I've

24  ridden some jet skis, but it's like I don't

25  enjoy it the same way anymore.  It's like with    11:59



 1 | my head, it's like I feel weird.  It's like I
 2 | just feel this lightheadedness, and then my
 3 | body is in pain from when it goes up and down.
 4 | It's like I barely even --
 5 |     Q.   Other than basketball, have you                12:00
 6 | participated in -- strike that.  I already
 7 | asked that.
 8 |         Give me a second to collect myself
 9 | here.
10 |         I know you said that you are                    12:00
11 | currently not employed; is that correct?
12 |     A.   Currently unemployed.  Correct.
13 |     Q.   Okay.  Do you have any intent to
14 | resume employment?
15 |     A.   Yeah.  That's why I was -- I wanted            12:00
16 | to do the arbors' course and stuff like that.
17 | Maybe possibly do that.  But it's just like --
18 | it's like I can't -- I can't study like that
19 | the same anymore.  It's like -- it's hard.
20 |     Q.   Have you tried since the crash?               12:00
21 |     A.   To study?  Yes.  I get very
22 | overwhelmed when I have things that I'm trying
23 | to, you know, do, you know.  When I have
24 | information coming in, and then it's like I --
25 | I try to remember something, it's like I              12:01



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                               80

```
 1   forget.  It's like my memory is not the same

 2   anymore.

 3        Q.    Do you have any intent to resume

 4   your pursuit of your contracting certification?

 5        A.    I would like to.  I would like to        12:01

 6   try, but I just don't think I could do it.  I

 7   don't think I can be a contractor, like, with

 8   the way that I am now.  It's -- it's very hard,

 9   you know, to get up in the morning, you know,

10   I'm in pain, and it's, like, I would             12:02

11   stretch and like -- it's just, like, it's a

12   lot.

13           It's, like, I get overwhelmed and

14   it's, like, I don't think I would be able to

15   manage things like that, do the job.             12:02

16        Q.    Since the crash have you tried to

17   engage in any other form of job that we have

18   not discussed already?

19        A.    What do you mean, "other form of

20   job"?                                             12:02

21        Q.    Have you tried to pursue any work,

22   any employment, since the crash other than what

23   we've discussed?

24        A.    No.  I've been focusing on my

25   health.                                           12:02
```



1      Q.    And when you say you've been
2  focusing on your health, what types of
3  activities have you been trying?
4      A.    I been trying to do all the doctors'
5  recommendations.  You know, I was -- I was in          12:03
6  so much pain, my surgeon told me, start going
7  to pain management.  I go to pain management.
8  The pain management offered physical therapy.
9  But I was already doing physical therapy, but
10  they want me to do two physical therapies.          12:03
11  They wanted me to start doing yoga, you know.
12          I got to seeking treatment -- my
13  psychologist, you know.  You know, at one point
14  I wanted to take a break.  I was seeing a
15  counselor, it was -- trying to find things that          12:03
16  work for me so I could get better; to get back
17  to being able to do those things I wanted to do
18  before.
19      Q.    Okay.  I'm going to bounce around
20  here a little bit.          12:03
21          Going back to your employment before
22  the crash, did you have any restrictions on the
23  jobs that you were working prior to the crash?
24          MR. BOUMEL:  Form.
25          MR. BRANIGAN:  Yeah.  Let me          12:04



DILLON ANGULO                                     April 19, 2023
NEIMA BENAVIDES vs TESLA                                    82

1        rephrase that.

2   BY MR. BRANIGAN:

3        Q.    Did you have any physical

4   restrictions for the jobs that you were working

5   prior to the crash?                               12:04

6        A.    No.  I was -- I was a very hard

7   worker, and I would do a lot of heavy lifting

8   and moving branches and climbing trees and all

9   kinds of things.

10       Q.    Was there anything that you were      12:04

11  asked to do at those jobs that you could not

12  do?

13       A.    That I could not do?  Now?

14       Q.    I'm sorry.

15       A.    Or couldn't do then?                   12:04

16       Q.    At that time, yes.

17       A.    At that time, no.

18       Q.    Have you ever been disciplined at a

19  job?

20       A.    Disciplined at a job?  No.  I don't   12:04

21  remember.

22       Q.    Have you ever been fired?

23       A.    Have I ever been fired?  No.  But I

24  have resigned before I got fired.  Not that I

25  remember.                                         12:05



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                          83

```
 1          Q.    When you say "resigned," what
 2    company did you resign from?
 3          A.    I was working at a law office.  I
 4    was like a file clerk.  I don't remember the
 5    name of the office.                               12:05
 6          Q.    Okay.  What years were you working
 7    at that law office?
 8          A.    I don't remember.
 9          Q.    Was it before the crash?
10          A.    Yes.                                   12:05
11          Q.    Okay.  Was it a year before the
12    crash?
13          A.    No.
14          Q.    Was it less than five years before
15    the crash?                                        12:05
16          A.    I don't think -- no.  I think it was
17    more -- I must have been like 22 or 23.  I
18    don't remember.
19          Q.    To clarify, are you saying that you
20    were 22 or 23 years old when you were working    12:05
21    there?
22          A.    Yes.
23          Q.    Okay.
24          A.    Possibly.  I don't remember.
25          Q.    What city was that?                   12:05
```



DILLON ANGULO                                                 April 19, 2023
NEIMA BENAVIDES vs TESLA                                                 84

1        A.    Miami, Florida.

2        Q.    Okay.  What type of law did they do?

3        A.    I don't remember.

4        Q.    What was your daily -- what were

5   your daily tasks at that law firm, what kind of          12:06

6   stuff did you do?

7        A.    Running papers to the courthouse

8   across the street, filing files.

9        Q.    Okay.  Other than the job that we

10  just talked about, the jobs that we have               12:06

11  discussed, is there any other employment that

12  you have been involved in?

13            MR. BOUMEL:  At any point in his

14       life?

15  BY MR. BRANIGAN:                                       12:06

16       Q.    Prior to the crash.

17       A.    So that means anywhere before the

18  crash?

19       Q.    Yes.

20       A.    Not that I remember.  I think we           12:06

21  have talked about all of them.

22       Q.    Okay.  What about after the crash

23  aside from the ones that we've talked about?

24       A.    After the crash, I had that -- the

25  one job of -- of the landscaping from the house        12:07



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    85

```
 1   that my grandfather was building when I tried

 2   to do what I was doing before, and I found out

 3   that it's just not -- I'm not able to do it

 4   anymore.

 5        Q.    Okay.  Why did you resign from the     12:07

 6   job at the law office?

 7        A.    I don't remember.

 8        Q.    Do you recall what year you

 9   resigned?

10        A.    I don't remember.                       12:07

11        Q.    Did you leave on good terms?

12        A.    Yes.

13        Q.    Have you ever been laid off?

14        A.    No.

15        Q.    Going back to the job at the law       12:07

16   office briefly, how often would you work there

17   a week, how many hours?

18        A.    40-hour workweek.

19        Q.    Were you paid hourly?

20        A.    Yes.                                    12:08

21        Q.    How much were you paid?

22        A.    I think I was paid like $13 an hour

23   or something, or 12.

24        Q.    Did you do any document review or --

25   strike that.                                       12:08
```



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                      86

1         Did you do any document review at

2    that job?

3         A.   No.  I was basically just taking

4    files to the courthouse and filing files where

5    they go in the cabinets.                          12:08

6         Q.   Okay.  And did you ever receive any

7    bonus?

8         A.   No.

9         Q.   And forgive me if I've already asked

10   this, but how many years did you work there?      12:08

11            MR. BOUMEL:  Objection.  Asked and

12       answered.

13        A.   I don't remember.  But it was

14   probably less than a year.

15   BY MR. BRANIGAN:                                   12:08

16        Q.   Okay.  Do you currently have a

17   driver's license?

18        A.   Yes.

19        Q.   Do you currently have any

20   restrictions on that driver's license?            12:08

21        A.   No.

22        Q.   Okay.  When did you obtain that

23   license?

24        A.   I don't remember.  I think when I

25   was 18 or 19.                                      12:09



1      Q.    How did you learn how to drive?

2      A.    My grandmother.

3      Q.    What did she do to teach you?

4      A.    She told me to start driving and

5   told me what to do when I drive.                    12:09

6      Q.    Is that -- strike that.

7      A.    Oh, let me -- sorry to interrupt

8   you.

9      Q.    Sure.

10      A.    I learned to drive at Palmetto High     12:09

11   School.  I took a driver's ed course.  It was a

12   class that was across the street that we

13   learned how to drive.

14      Q.    Do you recall the name of that

15   program or company?                                12:09

16      A.    No.  It was part of the -- it was a

17   class for school.

18      Q.    I see.

19      A.    In high school.

20      Q.    Did you have to take a test to         12:09

21   obtain your license?

22      A.    Yes.

23      Q.    And as part of that test, did you

24   have to familiarize yourself with the rules

25   governing the operation of a vehicle?             12:10



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                       88

1        A.    Yes.

2        Q.    Okay.  How many times did you take

3   that test?

4        A.    Once.

5        Q.    And when did you start driving?         12:10

6        A.    I don't remember the exact age and

7   stuff like that or -- I think I took the test

8   one time.  I don't want to assume, so I would

9   answer that I don't know.

10             When did I start driving?  I don't       12:10

11  know.  I don't want to assume.  I think when I

12  was 18.

13       Q.    Do you agree that it's the

14  responsibility of the driver to follow the

15  traffic laws when driving a vehicle?              12:10

16             MR. BOUMEL:  Form.  Asks an ultimate

17        question for the trier of fact.  Not

18        appropriate for a fact witness.

19             And you may answer.

20       A.    Can you repeat the question?            12:11

21  BY MR. BRANIGAN:

22       Q.    Do you agree that it is the

23  responsibility of the person operating the

24  vehicle to follow traffic laws?

25             MR. BOUMEL:  Same objection.            12:11



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                               89

1        A.    Yes.

2   BY MR. BRANIGAN:

3        Q.    Do you agree that it is the

4   responsibility of the person operating the

5   vehicle to maintain control of the vehicle?          12:11

6              MR. BOUMEL:   Same objection.

7        A.    If it's -- repeat the question.

8   BY MR. BRANIGAN:

9        Q.    Do you agree that it is the

10  responsibility of the person operating the          12:11

11  vehicle to maintain control of the vehicle?

12             MR. BOUMEL:   Same objection.   Calls

13        for legal conclusion.   Not appropriate for

14        a fact witness.

15        A.    Can you -- can you clarify "control    12:11

16  of vehicle"?   What do you mean by that?

17  BY MR. BRANIGAN:

18        Q.    When I say "maintain control of

19  vehicle," I mean operating the gas, the brakes,

20  and the steering.                                    12:12

21             MR. BOUMEL:   Same objection.

22        A.    Yes.

23  BY MR. BRANIGAN:

24        Q.    Earlier in this deposition you

25  mentioned that you reviewed the homicide            12:12



1    report; is that correct?

2         A.    Yes, sir.

3         Q.    Do you agree -- strike that.

4              Do you recall that that report

5    included a portion about material that Tesla          12:12

6    provided the author of that report?

7         A.    I hired attorneys to be in charge of

8    all these police reports and all these things.

9    I had looked at the report.  I was interested

10   in seeing what happened to me because I had no         12:12

11   idea what happened to me.  I just wake up in

12   the hospital and have no idea what's going on.

13             And, you know, that's -- did I

14   answer your question?

15        Q.    Well, I'm just asking what you saw          12:13

16   in the report that you read.  And my -- and I

17   can rephrase my question.

18             Did you see a section in that report

19   about materials that Tesla provided to the

20   author of the report?                                  12:13

21        A.    Yes.  I saw that Tesla said the

22   autopilot was engaged, and it deactivated less

23   than a second before impact.

24        Q.    Did you see an excerpt in that

25   report that said the data obtained from the            12:13



 1  Tesla indicated that the autopilot was

 2  overridden by the manual operation of the

 3  vehicle?

 4          MR. BOUMEL:  Form.

 5      A.    I hired lawyers to be in charge of        12:13

 6  figuring out what's on the report, how to

 7  process it, how to think about it.  I don't --

 8  I just know that the car was -- I was told the

 9  car was on autopilot and it malfunctioned.

10  BY MR. BRANIGAN:                                    12:14

11      Q.    Okay.  I'm just asking what you saw

12  in the report right now.  So I guess if you

13  could answer a "yes" or "no" -- and I can have

14  the reporter repeat it.  I just want to know if

15  you saw that in the report.                         12:14

16          Would you like her to repeat the

17  question?

18      A.    Sure.

19          MR. BRANIGAN:  Madame Reporter.

20          THE STENOGRAPHER:  One second.             12:14

21          (A portion of the record was read by

22      the reporter.)

23          MR. BOUMEL:  Form.

24      A.    I don't remember.  What is

25  "excerpt," "expert"?                                12:14



```
 1
 2   BY MR. BRANIGAN:
 3        Q.    Apologies.
 4              Excerpt, so in other words, did you
 5   see a portion within that report that said        12:14
 6   the substance that Madame Reporter just read to
 7   you?
 8              MR. BOUMEL:  Form.
 9        A.    I don't remember.  But I was told by
10   my lawyers that the autopilot was engaged and     12:15
11   it deactivated a second before impact.
12   BY MR. BRANIGAN:
13        Q.    Did you --
14        A.    Less than a second --
15              MR. BOUMEL:  Hold on.  Hold on.        12:15
16        We're not going to get -- I have to -- you
17        can't talk about anything that you've
18        spoken about with your lawyers.  So I'm
19        going to object to that.
20              I'm going to move to strike it and     12:15
21        ask that it be stricken from the record.
22              You can't talk about anything that
23        you've spoken about with your lawyers.
24              MR. BRANIGAN:  To the extent that he
25        mentioned anything that he spoke with his    12:15
```



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    93

```
1        attorneys about in privilege, we will not
2        oppose that.  And I can move on to another
3        question now.
4  BY MR. BRANIGAN:
5        Q.   Did you read the entirety of the            12:15
6  homicide report?
7        A.   Yes.  But I don't remember
8  everything.
9        Q.   Okay.  Other than -- strike that.
10       Is your driver's license for the                 12:15
11 state of Florida?
12       A.   Yes.
13       Q.   Do you have any licenses to operate
14 a vehicle in any other state?
15       A.   No.                                          12:16
16       Q.   Do you have licenses for any other
17 country?
18       A.   No.
19       Q.   Do you have any endorsements for
20 your license?                                           12:16
21       A.   No.
22       Q.   Okay.  No motorcycle endorsement?
23       A.   (Nodding head.)
24       Q.   Commercial driving?
25       A.   Endorsements, like people that pay          12:16
```



1  you?

2       Q.    No.   In other words -- and forgive

3  me.   The question is a bit vague.

4            Do you have an endorsement that

5  allows you to operate a motorcycle through your        12:16

6  license?

7       A.    No.   I would never ride a

8  motorcycle.

9       Q.    What about a commercial vehicle like

10 a semitruck?                                            12:16

11      A.    No.

12      Q.    Okay.  Have you ever driven a

13 semitruck?

14      A.    No.

15      Q.    Do you -- have you ever had a           12:16

16 restriction on your license?

17      A.    No.

18      Q.    Okay.  Not to wear glasses when you

19 drive or only operate during the day, nothing

20 like that?                                              12:17

21      A.    No.

22      Q.    Okay.  Do you own a vehicle?

23      A.    Say that again.

24      Q.    Do you own a motor vehicle?

25      A.    Yes.                                         12:17



1        Q.    What kind of vehicle do you own?

2        A.    Ford F-150.

3        Q.    Do you own any other vehicles?

4        A.    Vehicles, like -- I have a golf cart

5    and vessels -- boat vessels.  But vehicles I                12:17

6    could drive on the road, I have a car and I

7    have a golf cart.

8        Q.    And the car that you mentioned is

9    that F-150; correct?

10       A.    Yes.                                               12:17

11       Q.    When did you purchase that F-150?

12       A.    In -- I think 2020.

13       Q.    How much did you pay for that

14   vehicle?

15       A.    I don't remember.                                 12:17

16            MR. BOUMEL:  Form.  That's fine.

17   BY MR. BRANIGAN:

18       Q.    Did you purchase that vehicle before

19   the crash?

20       A.    No.                                                12:17

21       Q.    Before the F-150, did you own any

22   motor vehicles?

23       A.    Yes.  I owned a -- a Scion, and I

24   owned a Ford F-150.  It was my first vehicle.

25       Q.    Those F-1 -- strike that.                          12:18



1              The F-150 that you have right now,

2     is that automatic or manual drive?

3          A.    Automatic.

4          Q.    What about the one before that?

5          A.    Automatic.                              12:18

6          Q.    Have you ever owned a car that is

7     manual drive -- driven?

8          A.    No.

9          Q.    Have you ever driven a manual?

10         A.    No.                                     12:18

11         Q.    Have you ever owned a Tesla vehicle?

12         A.    No.

13         Q.    Have you ever driven a Tesla

14    vehicle?

15         A.    No.                                     12:18

16         Q.    Have you ever had your license

17    suspended?

18         A.    No.

19         Q.    Have you ever had your license

20    revoked?                                           12:18

21         A.    No.

22         Q.    In the five years before the

23    incident, have you ever had any traffic

24    violations?

25         A.    Before the incident, yes.  Yes.        12:18



DILLON ANGULO                                        April 19, 2023
NEIMA BENAVIDES vs TESLA                                      97

1     Q.    Okay.  What were those for?

2     A.    I don't remember.

3     Q.    How many did you obtain?

4     A.    I don't remember.  I remember when I

5  was younger I had quite a few traffic                  12:19

6  violations.

7     Q.    Were those for speeding?

8           MR. BOUMEL:  Form.  Asked and

9     answered.

10    A.    Am I supposed to answer?                       12:19

11          MR. BOUMEL:  Yeah, you can answer.

12    A.    Yes.  Yes.

13  BY MR. BRANIGAN:

14    Q.    After the crash have you had any

15  traffic violations?                                    12:19

16    A.    Yes.

17    Q.    How many?

18    A.    I don't know, but I remember two.

19    Q.    Were they both for speeding?

20    A.    One.                                           12:19

21    Q.    What was the other one for?

22    A.    The other one was -- I was

23  merging -- on an entrance to a highway I was

24  merging into a lane after the game -- stadium

25  traffic to the football game, and I was like          12:20



DILLON ANGULO                                   April 19, 2023
NEIMA BENAVIDES vs TESLA                              98

1   almost halfway merged and this lady is like ten

2   cars back, she wouldn't let me finish merging

3   and she speeds up and scrapes the side of my

4   car.  And then, yeah, I don't know what the

5   exact citation was for, but that was the          12:20

6   incident.

7        Q.    What vehicles were you driving in

8   the two incidents that we were just discussing

9   after the crash?

10       A.    The Ford F-150.                         12:20

11       Q.    Okay.  What was the resolution of

12  the speeding citation?

13       A.    I think it got dropped.  I don't

14  know.  I don't remember.

15       Q.    Did you have to take any class to      12:20

16  resolve it?

17       A.    I don't remember.  I don't think so.

18       Q.    Okay.  What about the other

19  violation, did you have to take any class to

20  resolve that?                                     12:21

21       A.    No.

22       Q.    Other than the driver course that

23  you took to obtain your license, have you done

24  any other driver training course since then?

25       A.    No.                                    12:21



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    99

```
 1        Q.    Other than the crash that we're

 2   talking about, have you ever been involved in a

 3   motor vehicle accident?

 4             MR. BOUMEL:  Form.

 5        A.    Yes.                                   12:21

 6   BY MR. BRANIGAN:

 7        Q.    How many?

 8        A.    When I was young, when I was a

 9   teenager, like, a fender bender.  I was in one,

10   in a fender bender, and then -- with minimal,     12:21

11   minimal damage.  My car had no damage.  The car

12   had, like, a little bump or damage.

13             But -- and then one time making a

14   left, somebody was trying to speed at the

15   yellow light, and they broke the axle on my      12:22

16   truck.

17        Q.    Were you driving in both of the

18   incidents you just described?

19        A.    Yes.  But they were all like -- had

20   to have been at least more than ten years ago,   12:22

21   those, I think.

22             You said -- you're talking before

23   the incident?

24        Q.    Yeah.  Why don't we break that up

25   into two.                                         12:22
```



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                        100

 1           So let's presume that my question

 2   was about crashes before the incident.  All

 3   right?

 4           Is that inclusive of all the crashes

 5   you were involved in -- motor vehicle crashes      12:22

 6   before the incident?

 7      A.    I don't remember.  But those are the

 8   ones that I remember.

 9      Q.    Okay.  After the incident have you

10   been involved in any motor vehicle crashes?        12:22

11      A.    Yes.  One.

12      Q.    Okay.  Can you talk a little bit

13   about that?

14      A.    I just explained it to you.  It was

15   the one after the football game.  Yeah.            12:22

16      Q.    Thank you.

17           In either of the incidents before

18   the crash, was anybody injured in those

19   incidents?

20           MR. BOUMEL:  Form.                          12:23

21      A.    Nobody was injured in my vehicle,

22   but the lady was claiming injuries in her

23   vehicle.

24   BY MR. BRANIGAN:

25      Q.    Did she file a lawsuit?                    12:23



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                        101

1      A.   I don't -- I don't remember.  But

2   she hired attorneys to try to go after my

3   insurance.

4      Q.   Were you involved in that post-crash

5   litigation?                                          12:23

6           MR. BOUMEL:  Form.

7      A.   No.  What do you mean?  Explain what

8   do you mean by that.

9   BY MR. BRANIGAN:

10     Q.   Were you involved in the process       12:23

11  that she started, hiring the attorney, were you

12  involved in that process after the crash?

13          MR. BOUMEL:  Form.

14     A.   Give me an example what you're

15  talking about.                                        12:23

16  BY MR. BRANIGAN:

17     Q.   Were you contacted by an attorney to

18  represent you, without divulging privileged

19  information?

20     A.   I wasn't -- I didn't hire an          12:24

21  attorney for that.

22     Q.   Do you know if the insurance company

23  did on your behalf?

24     A.   It's possible.  GEICO was in charge

25  of that.  But they just had somebody come out    12:24



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    102

1   to my house to check the -- the black box of

2   the car.  That's all I remember.

3        Q.    Okay.  Other than that, did they

4   contact you about that crash?  "They" meaning

5   GEICO, your insurer.                              12:24

6        A.    Yeah.  They would e-mail every so

7   often, like it didn't settle, blah, blah, blah,

8   you know.  And then finally they e-mailed me

9   that it settled.  They settled with her.

10       Q.    Okay.  Do you recall --  sorry to     12:24

11  interrupt.

12       A.    That they settled with her.

13       Q.    Okay.  Do you recall the settlement

14  amount?

15       A.    Yeah.                                   12:24

16       Q.    How much was it?

17       A.    She got $80,000.

18       Q.    What kind of injuries was she

19  claiming?

20       A.    She was claiming that she had         12:24

21  problems with her spine and getting injections

22  in her spine.

23       Q.    Have you been involved in any other

24  litigation aside from what we just talked about

25  in this litigation?  And I want to throw in      12:25



DILLON ANGULO                                        April 19, 2023
NEIMA BENAVIDES vs TESLA                                      103

1   there also aside from the litigation with

2   McGee.

3           MR. BOUMEL:   Form.   Predicate.

4       A.    I don't remember.   What do you mean

5   by "litigation," like as the fender bender?         12:25

6   That guy tried to get money from the insurance

7   too.  Is that what he means by that?  I don't

8   know.

9   BY MS. BRANIGAN:

10      Q.    Yeah.  Let me rephrase.                    12:25

11      A.    I don't know.

12      Q.    And, actually, let me ask about

13  that.

14          That fender bender, did he file a

15  lawsuit against you?                                 12:25

16      A.    No.

17      Q.    Did your insur- --

18      A.    I don't know.  I don't know.

19      Q.    Okay.

20      A.    I never hired attorneys for any of        12:25

21  those incidents.

22      Q.    Did your insurance company at the

23  time contact you about that crash?

24      A.    No.  Because at the time it was my

25  dad's insurance.                                     12:26



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    104

1      Q.    Have you -- aside from the

2   litigation that we've talked about and the

3   litigation related to this incident, have you

4   been sued?

5      A.    No.                                    12:26

6      Q.    Have you ever sued --

7            MR. BOUMEL:   Form.

8   BY MR. BRANIGAN:

9      Q.    -- anyone else?

10           MR. BOUMEL:   Form.                     12:26

11     A.    Yes.

12   BY MR. BRANIGAN:

13     Q.    Okay.  Can you tell me about that?

14     A.    Is that before this incident?

15     Q.    Any time.                               12:26

16     A.    Yes.

17     Q.    Can you tell me about that?

18     A.    McGee.

19     Q.    Aside from your lawsuit against

20   McGee and your lawsuit against Tesla, this      12:26

21   lawsuit, have you sued anyone?

22     A.    No.

23     Q.    Okay.  Have you ever had your

24   deposition taken?

25     A.    No.  This is my first time.             12:26



1      Q.    Have you ever testified in court?

2      A.    No.

3      Q.    Have you ever been charged with a

4   crime?

5      A.    Yes.                                        12:26

6      Q.    What were you charged with?

7      A.    Possession of marijuana when I was

8   younger.  And also when I was younger, leaving

9   the scene of an accident.  And when I was

10  younger, something with a BB gun.                   12:27

11     Q.    The leaving the scene of the

12  accident, was that related to any of the

13  incidents that we've discussed here today?

14     A.    No.

15     Q.    What was that related to?               12:27

16     A.    I don't remember.

17     Q.    Was it related to an incident in

18  which you were the driver?

19     A.    Yes.

20     Q.    Okay.  How many years ago was that?     12:27

21     A.    I don't remember.

22     Q.    What vehicle were you driving at

23  that time?

24     A.    A Ford F-150.

25     Q.    What was the resolution of that        12:27



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                        106

```
 1   charge?

 2       A.   I don't remember.  I think I might

 3   have had to do some school.  But I was young,

 4   you know, I was a knucklehead.  I was just --

 5   you know.  I wasn't in the right state of mind    12:28

 6   at that time.

 7       Q.   Okay.  What city did that occur in?

 8       A.   Miami.

 9       Q.   What court?

10       A.   Miami.                                    12:28

11       Q.   Like -- strike that.

12            Have you ever been charged with any

13   other crimes that we have not discussed?

14       A.   The thing with the BB gun, I have

15   the marijuana charge, and then the leaving the   12:28

16   scene of the accident.  Those are the ones I

17   remember.  I don't think so, no.

18       Q.   The thing with the BB gun, what was

19   the resolution of that?

20       A.   I don't -- I don't -- I don't           12:28

21   remember.  It was -- you know --

22       Q.   If you were to estimate, how old

23   were you when that happened?

24       A.   I was 17 years old.

25       Q.   Was that also in Miami?                  12:28
```



1    A.    Yes.

2    Q.    Was that also in Miami state court?

3    A.    Yes.

4    Q.    Okay.

5    A.    Or state court?  No.  It was                   12:28

6    juvenile court.

7    Q.    I see.  Okay.  Thank you.

8          Talk about your health for a minute

9    here.

10         Who is the primary care physician at         12:29

11   the time of the crash for you?

12   A.    Physician?

13   Q.    Yes.

14   A.    What do you mean by "physician"?

15   Q.    Who is your primary doctor at the            12:29

16   time of the crash?

17   A.    At the time of the crash -- I forgot

18   the guy's name.  But all I know is that when I

19   went to go see him after the crash, he wouldn't

20   want to see me.  Because it's so hard to find      12:29

21   treatment when you've been in an accident and

22   you try to go see a doctor; they don't want to

23   see people that are in accidents.

24   Q.    When you went to go see him after

25   the accident, what did he tell you?                12:29



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                  108

 1        A.    I'm here trying to figure out my

 2   pain that I have in my pelvic area, and I was

 3   involved in an accident, and he said:  "I'm

 4   sorry.  We don't see people that are in

 5   accidents."                                        12:29

 6          I didn't even get a chance to talk

 7   to a doctor, just the person at the front desk

 8   telling me that.

 9        Q.    Was that in Miami, his office?

10        A.    Yes.                                    12:30

11        Q.    Do you recall the name of the

12   office?

13        A.    I don't remember.

14        Q.    Before you -- strike that.

15          Did you have another primary doctor       12:30

16   before he was your primary doctor?

17        A.    I don't remember.  The only doctor

18   that I remember that I had was childhood and

19   was named Dr. Franklin.

20        Q.    Is that the same doctor that we're     12:30

21   talking about now?

22        A.    No.

23        Q.    Okay.  And when did you stop seeing

24   Dr. Franklin, what year approximately?

25        A.    When I started getting into high       12:30



1   school and stuff.  It was just like a

2   pediatrician, nurse.  I don't know.  Like a

3   nurse when you're younger.  A doctor, I mean,

4   when you're younger.  But I don't remember

5   because I was never sick like that, so I wasn't          12:30

6   going to a doctor a lot.

7       Q.    Okay.  How often would you see this

8   Dr. Franklin?

9       A.    If I get a cold as a kid or

10  something, you know, I would go.                         12:31

11      Q.    Would you do -- strike that.

12            Would you go see him for annual

13  checkups?

14      A.    Yeah.

15      Q.    And is it -- strike that.                      12:31

16            How many years did you see the

17  doctor who turned you away after the crash?

18      A.    I might have seen him a couple of

19  times.  I don't remember.

20      Q.    And is it fair to say that you don't           12:31

21  recall his first or last name?

22      A.    I don't -- I don't remember.

23      Q.    What about after the crash, do

24  you -- strike that.

25            Who is your current primary care              12:31



DILLON ANGULO                                              April 19, 2023
NEIMA BENAVIDES vs TESLA                                          110

 1 | physician?

 2 |     A.   I don't remember his name.  I would

 3 | have to look it up.

 4 |     Q.   When was the last time you saw them?

 5 |     A.   Probably -- I don't remember.  This      12:32

 6 | year or sometime last year.  I don't remember

 7 | the exact date.

 8 |     Q.   Other than the person that we were

 9 | just talking about, have you seen anyone else

10 | that you would consider your primary doctor          12:32

11 | since the incident occurred?

12 |         MR. BOUMEL:  Form.

13 |     A.   No.  I just been seeing my -- like,

14 | my surgeon, specialist with pain, physical

15 | therapy, you know.  Those are the kinds of          12:32

16 | doctors that I have been seeing.  Urologist.

17 | Neurologist.

18 | BY MR. BRANIGAN:

19 |     Q.   Okay.  Prior to the crash, did you

20 | have any disabilities?                               12:32

21 |     A.   No.

22 |     Q.   Okay.  Did you have any serious

23 | health problems?

24 |     A.   Not serious health problems, but I

25 | was -- I had -- I was -- I had issues with          12:33



DILLON ANGULO                                         April 19, 2023
NEIMA BENAVIDES vs TESLA                                        111

```
 1   addiction when I was younger and some

 2   depression.

 3        Q.    What type of drug did you suffer an

 4   addiction problem with?

 5        A.    xanax.                                    12:33

 6        Q.    What kind of drug is that?

 7        A.    I don't remember.  I don't know.

 8        Q.    How long did you suffer from that

 9   addiction?

10        A.    For a while.                              12:33

11        Q.    If you were to estimate, how many

12   years; five, ten?

13        A.    Ten.  Ten years.

14        Q.    Okay.  If you were to estimate, when

15   did that addiction start?                            12:33

16        A.    When I was 15, 16 years old.

17        Q.    Did you seek any treatment for that

18   addiction?

19        A.    Yeah.  It got to a point where I was

20   like I can't be living like this anymore, and       12:34

21   in 2018, I checked myself into rehab to get my

22   life together.

23        Q.    And how did that go?

24        A.    It was hard, but, you know, I did

25   it.                                                  12:34
```



DILLON ANGULO                                      April 19, 2023
NEIMA BENAVIDES vs TESLA                                       112

1      Q.    How long were you in that rehab for?

2      A.    For about a year.  I had to

3   finish -- I finished that.  I came back home.

4   I was studying to get my GC's license, you

5   know, moved into this part of my parents'        12:34

6   house, met a nice -- met Naibel, and then all

7   this happened.

8      Q.    Do you recall the name of that

9   facility?

10     A.    Beach Home.                              12:34

11     Q.    What city is that in?

12     A.    Pompano Beach.

13           MR. BOUMEL:  If you need to take a

14     minute --

15           MR. BRANIGAN:  Yeah, please.             12:34

16           MR. BOUMEL:  -- at any time, you can

17     take a minute.  Okay?

18     A.    I'm good.  Just go.

19   BY MR. BRANIGAN:

20     Q.    Okay.  Before the crash did you have     12:34

21   any serious injuries -- strike that.

22           Before the crash did you have any

23   injuries?

24           MR. BOUMEL:  Form.

25     A.    As a teenager I got attacked by a        12:35



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                      113

 1  dog.  I have a scar here.  I just got 12

 2  staples.  Just staples, that was about it.

 3  BY MR. BRANIGAN:

 4       Q.    Any broken bones?

 5       A.    No.                                    12:35

 6       Q.    Muscle tears?

 7       A.    No.

 8       Q.    Any serious illnesses?

 9       A.    No.

10             MR. BRANIGAN:  I'm sorry, can we       12:35

11       just take a break.

12       A.    Do you consider addiction and

13  depression a serious illness or just an

14  illness?  I don't know.  But, no, not a serious

15  illness.                                         12:35

16             MR. BRANIGAN:  Guys, I'm sorry.  Can

17       we take a very quick break?

18             MR. BOUMEL:  Do your thing.

19             MR. BRANIGAN:  Yes, thank you.

20             MR. BOUMEL:  How long you need, ten?

21             MR. BRANIGAN:  Probably five

22       minutes.  I don't think this is going to

23       take long.  So I apologize guys.

24             MR. BOUMEL:  That's fine.

25             (A brief recess was taken from         12:35



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                        114

1        12:35 p.m. to 12:41 p.m.)

2   BY MR. BRANIGAN:

3        Q.    So last time we were talking about

4   prior injuries and you mentioned a dog bite.

5              Other than that dog bite have you          12:41

6   had any other injuries before the crash?

7              MR. BOUMEL:   Form.

8        A.    Besides my hand here, that's about

9   it.

10  BY MR. BRANIGAN:                                      12:42

11       Q.    What happened to your hand?

12       A.    Maybe like broke a finger or

13  something when I was younger, and it just

14  healed weirdly, I believe.   That's about it.

15       Q.    Okay.   Do you still suffer from any       12:42

16  pain from that injury?

17       A.    Sometimes, like if I'm using like a

18  screwdriver or something, yeah, I feel it.

19       Q.    Are you right-handed?

20       A.    Yes.                                       12:42

21       Q.    Any hospitalizations before the

22  crash?

23       A.    Hospitalizations?   The time that I

24  got attacked by a dog.   And then, I think, one

25  time -- one time I had to get detox from xanax.       12:42



```
 1        Q.    Any prior surgeries?

 2        A.    No.

 3        Q.    Aside from what I just talked about,

 4   have you ever visited the emergency room for

 5   yourself?                                          12:43

 6        A.    For myself?  Not that I remember.

 7        Q.    Okay.  And that includes being taken

 8   to the emergency room?

 9        A.    No, I haven't.  I was taken to the

10   emergency room one time when I told my parents    12:43

11   that I felt like I was -- took too much xanax

12   and they took me there when I was younger and

13   they gave me like a detox thing.

14        Q.    Is that the same detox incident you

15   mentioned just a minute ago?                      12:43

16        A.    Yes.

17        Q.    Okay.  Aside from it, what we just

18   discussed, have you been in any other accidents

19   prior to the crash that resulted in physical

20   injury?                                           12:43

21            MR. BOUMEL:  Form.

22        A.    No.

23   BY MR. BRANIGAN:

24        Q.    Have you ever been tested for any

25   heart condition prior to the crash?               12:43
```



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    116

1      A.    No.  I don't remember.  I don't
2   know.
3      Q.    Have you ever been tested for any
4   neurophysical condition prior to the crash?
5      A.    Neurophysical?  Can you give me          12:44
6   examples and details of what you're talking
7   about.
8      Q.    Do you know what an EKG is?
9      A.    And EKG is like when you're trying
10  to bring someone back to life, they give          12:44
11  you the -- I don't know.
12     Q.    Why don't we --
13     A.    I don't know.
14     Q.    And sure.  And I can rephrase.
15          Have you ever been diagnosed with a       12:44
16  physical condition related to your brain that
17  is not related to this crash?
18          MR. BOUMEL:  Form.
19     A.    No.  Besides when I was younger, the
20  doctor saying that I had ADD and I took           12:44
21  medicine for a couple of months, but it made me
22  feel weird when I was, like, in elementary
23  school, that was about it.
24  BY MR. BRANIGAN:
25     Q.    Was that the Adderall that you           12:45



DILLON ANGULO                                        April 19, 2023
NEIMA BENAVIDES vs TESLA                                      117

1  mentioned?

2       A.    Yes.

3       Q.    And is it fair to say that you don't

4  recall the dose?

5       A.    No.                                          12:45

6       Q.    Okay.  How many times did you take

7  it before you stopped?

8       A.    I took it one or two times, and I

9  just didn't like how I felt.  I stopped.

10      Q.    Prior to the crash were you ever       12:45

11 tested for a traumatic brain injury?

12      A.    No.

13      Q.    Prior to the crash were you ever

14 tested for any sort of head injury?

15            MR. BOUMEL:  Form.                      12:45

16      A.    No.

17 BY MR. BRANIGAN:

18      Q.    Prior to the crash were you ever

19 tested for any sort of -- for any brain bleed?

20      A.    No.                                     12:45

21      Q.    Prior to the crash other than the

22 medication we talked about, were you prescribed

23 any medication?

24            MR. BOUMEL:  Form.

25      A.    Yes.  When I was taking Wellbutrin      12:45



 1   for depression before -- before all this

 2   happened to me.

 3   BY MR. BRANIGAN:

 4        Q.    What years were you taking

 5   Wellbutrin?                                                    12:46

 6        A.    2018 to 2019, beginning of the year.

 7   And after the accident, too, I was taking it

 8   for a while.

 9        Q.    Did you suffer from depression

10   before you started taking it?                                  12:46

11             MR. BOUMEL:  Form.

12        A.    Yes, I guess you could say.  That's

13   what the doctors recommended that I took at the

14   time.  It was helping me.

15   BY MR. BRANIGAN:                                               12:46

16        Q.    When did you personally notice that

17   you were suffering from depression?

18        A.    I don't remember.

19        Q.    If you were to estimate, did it

20   start in high school?                                          12:47

21        A.    I don't remember.  Just -- I don't

22   remember.

23        Q.    And why did you -- strike that.

24             Who is the doctor who prescribed you

25   the medication for the depression?                             12:47



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    119

1        A.    I don't remember the doctor's name,

2   but it was one of the doc -- one of the

3   psychologists, psychiatrists in the rehab

4   program that I was in.

5        Q.    Okay.  And did you feel that it              12:47

6   helped your depression?

7        A.    It was helping a lot.

8        Q.    How so?

9        A.    I was just -- I was doing so much

10  better.  I was doing very good, you know, and I        12:47

11  was taking it.  And then -- then it got to a

12  point after all this happened in the accident,

13  I was taking it, but then it would intensify

14  the effects of the PTSD that I have and it just

15  would intensify, so I had to stop taking it.           12:48

16       Q.    So would you say before you started

17  on the medication, did depression affect your

18  daily life?

19            MR. BOUMEL:  Form.

20       A.    Prior to taking the medication?             12:48

21  BY MR. BRANIGAN:

22       Q.    Prior to being put on, yes.

23       A.    I would say more of the addiction

24  than the depression.

25       Q.    Okay.  How would it affect your             12:48



DILLON ANGULO                                      April 19, 2023
NEIMA BENAVIDES vs TESLA                                       120

 1  life?

 2          MR. BOUMEL:  Form.

 3      A.    Just something that I wanted in --

 4  it's an addiction.  Something that I wanted to

 5  have in my life every day, you know.              12:48

 6  BY MR. BRANIGAN:

 7      Q.    Did you ever skip class to take the

 8  drug that you were addicted to?

 9      A.    When I was younger, all the time.

10      Q.    How frequently, if you were to         12:48

11  estimate?  Like a couple days a week?

12      A.    Yeah.  Yes.

13      Q.    When you say "younger," are we

14  talking high school or middle school?

15      A.    High school.                            12:49

16      Q.    Okay.  Would you ever skip work to

17  take the drug?

18      A.    No.

19      Q.    Okay.  Did the drug ever impact your

20  ability to perform the jobs that we discussed    12:49

21  that you had before the crash?

22      A.    Yes.

23      Q.    How so?

24      A.    Just be out of it.  Can't function

25  when I'm on it.  Can't do things when I'm on     12:49



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                               121

```
 1   it.
 2          It was an issue that I had when I
 3   was younger, you know, and I addressed the
 4   issue.  You know, I manned up to it, and I
 5   checked myself in rehab and I addressed the       12:49
 6   issue.  You know, something that I had
 7   overcome.
 8       Q.   How often would you take the drug
 9   and go to work during the period we're
10   discussing?                                        12:49
11       A.   I wouldn't take it at work like
12   that; wouldn't.
13       Q.   How often would you take the drug
14   generally?
15       A.   I don't remember.  It was a couple        12:49
16   of times a week, you know.
17       Q.   Were you ever prescribed -- excuse
18   me.  Strike that.
19          Were you ever prescribed with the
20   drug that we're talking about right now?           12:50
21       A.   Yes.  One time.
22       Q.   Okay.  When was that?
23       A.   After the accident, when I went --
24   one of the doctors was trying to treat the PTSD
25   and prescribed it, but I never took it.            12:50
```



DILLON ANGULO                                           April 19, 2023
NEIMA BENAVIDES vs TESLA                                           122

1        Q.    Aside from the Wellbutrin and the

2   drug that we're talking about right now, prior

3   to the accident were there any other

4   medications that you were prescribed?

5        A.    No.                                          12:50

6        Q.    Were there any other medications

7   that you took?

8             MR. BOUMEL:   Form.

9        A.    Prior to the accident?

10  BY MR. BRANIGAN:                                        12:50

11       Q.    Yes.

12       A.    When I was younger I told you for a

13  couple of months I took the Adderall when I was

14  in middle school -- or grade school per se.

15  But that's about it.                                    12:50

16       Q.    Okay.  So aside from the drugs that

17  we're talking about right now, is it fair that

18  you don't recall taking any other medication

19  prior to the crash?

20       A.    Yes.  I do not remember taking any          12:51

21  kind of medication.  Just the ones that I

22  referred to.

23       Q.    Aside from -- and please correct me

24  if I'm misremembering the drug.

25             Aside from the xanax, have you been         12:51



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                        123

1  addicted to any other substance?

2       A.    Marijuana.

3       Q.    How frequently would you use

4  marijuana --

5             MR. BOUMEL:  Form.                        12:51

6  BY MR. BRANIGAN:

7       Q.    -- before the crash?

8       A.    Since I was 15 years old until I was

9  like 20-something, like every day.

10      Q.    Did the use of marijuana affect your    12:51

11 performance at school?

12      A.    Performance at school?  I

13 wouldn't -- I wouldn't -- yeah.

14      Q.    Did you ever skip class to use

15 marijuana?                                           12:51

16      A.    Yes.

17      Q.    How often?

18      A.    Often.

19      Q.    Is this high school we're talking

20 about or another time?                               12:52

21      A.    High school.

22      Q.    What about college?

23      A.    In college?  Yeah.  Part of college,

24 too, you know.  I wouldn't go to class.  I

25 would just want to work and hang out with my         12:52



DILLON ANGULO                                     April 19, 2023
NEIMA BENAVIDES vs TESLA                                      124

 1  friends a little bit.  You know, at work and

 2  stuff like that.

 3      Q.    And same thing with xanax, would you

 4  ever skip college classes to take xanax or

 5  because you were on xanax?                          12:52

 6      A.    Yeah.  It was an issue that I had

 7  that I addressed, you know.

 8      Q.    Have you ever skipped work because

 9  of your use of marijuana?

10      A.    No.                                        12:52

11      Q.    Okay.  Have you ever been

12  reprimanded at school or work for your use of

13  the drugs that we're talking about?

14      A.    I don't remember.  I don't think so.

15      Q.    Has anyone that you worked with --      12:53

16  strike that.  Strike that.

17             Other than the ADHD that we

18  discussed, have you ever been tested for any

19  type of learning disability?

20      A.    No.                                        12:53

21      Q.    Prior to the crash were you ever

22  seeing a psychologist?

23      A.    Yes.

24      Q.    Who were you seeing?

25      A.    I don't remember the names, but I         12:53



1 know like when I was younger, my mom wanted me

2 to see a psychologist.  When I was in rehab, I

3 was seeing a psychologist, you know.  Yeah.

4     Q.   Was your visitation to the

5 psychologist strictly related to your          12:53

6 depression and drug use?

7     A.   It was -- it was mostly -- I never

8 felt like I had depression.  It was mostly the

9 addiction and it was mostly for the addiction.

10     Q.   When did you start generally, in         12:54

11 high school?

12          MR. BOUMEL:  Form.  Asked and

13     answered.

14     A.   I have answered this question.  I

15 said 15 years old is when I started using.       12:54

16          MR. BRANIGAN:  Well, hang on.  I'm

17     asking when he started seeing the

18     psychologist.

19     A.   Okay.

20          MR. BOUMEL:  Well, you didn't         12:54

21     specify that.

22     A.   So the psychologist, I don't

23 remember.  I remember in middle school my

24 parents wanted me to talk to somebody, you

25 know.  And when I was -- when I checked myself     12:54



1  into rehab, I saw a psychologist.  I don't

2  remember the exact dates.

3  BY MR. BRANIGAN:

4      Q.   Do you continue to see that

5  psychologist?                                        12:54

6      A.   The specific psychologist that I was

7  seeing before?  No.  Because I don't live in

8  Pompano.  And I don't remember who my parents

9  were sending me to when I was little, but the

10 one that I have been seeing, I have followed up    12:55

11 with and I've been staying with her treating

12 for the past, you know.

13          You know, I have been trying to try

14 different psychologists, too, to see which one

15 works for me.  I have tried -- what was I going    12:55

16 to say?  Yeah.  I forgot.

17          So can you ask the question again?

18          MR. BRANIGAN:  Madame Reporter,

19     could you please read the question.

20          THE STENOGRAPHER:  Yes.               12:55

21          (A portion of the record was read by

22     the stenographer.)

23      A.   "That psychologist," meaning the one

24 previous to the accident?

25



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                   127

 1   BY MR. BRANIGAN:

 2       Q.   Yes.  Correct.

 3       A.   No.  But when I was in the

 4   accident and my mom had called my psychologist

 5   to come and they came to visit me in the         12:55

 6   hospital.

 7       Q.   Prior to the crash -- aside from the

 8   psychologist we were just talking about -- have

 9   you ever seen a psychiatrist for treatment?

10       A.   Prior to the crash, yes.             12:56

11       Q.   Who did you see?

12       A.   I don't remember the name.

13       Q.   Do you remember the company they

14   worked for?

15       A.   Beachcomber.                          12:56

16       Q.   And I don't think I asked this, do

17   you remember the company the psychologist that

18   you saw before the crash worked for?

19       A.   I just said it.  Beachcomber.

20       Q.   Is that -- so, just for              12:56

21   clarification, I'm now asking about a

22   psychiatrist.  Is it correct that we're talking

23   about two different people, one psychologist

24   and one psychiatrist?

25       A.   Okay.  I understand what you're      12:56



DILLON ANGULO                                              April 19, 2023
NEIMA BENAVIDES vs TESLA                                            128

```
 1  saying now.

 2       Q.    Yes.

 3       A.    Yes, they were both at Beachcomber.

 4       Q.    Okay.  I see.  Thank you.

 5             Do you recall when you started          12:56

 6  seeing the psychiatrist before the crash?

 7       A.    2018.

 8       Q.    Okay.  And what were you seeing them

 9  for?

10       A.    It was part of the rehab program       12:56

11  that I was in.

12       Q.    Okay.  Do you still see them?

13       A.    No.

14       Q.    Okay.  Aside from psychologists or

15  psychiatrists, have you ever sought -- prior to    12:57

16  the crash -- any other form of counseling?

17       A.    Any form of counseling?

18       Q.    Yes.

19       A.    Yeah.  I was -- counseling, like, I

20  don't know if this is considered counseling,       12:57

21  but, like, I was involved in the church and we

22  do like small group meetings and stuff like

23  that.  That helped me for a while.

24       Q.    When did you start becoming involved

25  in that?                                           12:57
```



1    A.    I don't remember the year.

2    Q.    But that was -- was that --

3    A.    Prior.

4    Q.    -- before the accident.  Thank you.

5          MR. BOUMEL:  Prior to -- can we          12:57

6    just --

7          MR. BRANIGAN:  Yeah.  Let -- let me

8    ask the question so we're all clear.

9          MR. BOUMEL:  I know it's a little

10   vague.                                          12:57

11         MR. BRANIGAN:  Yes.

12 BY MR. BRANIGAN:

13   Q.    Yes.  Is it correct that you started

14 becoming involved with the church that you're

15 talking about prior to the crash?               12:57

16   A.    Yes.

17   Q.    Okay.  And what types of things

18 would you do at this church?

19   A.    Basically my cousin was in the band,

20 and I know I was -- it got to a point in my      12:57

21 life where, you know, I knew God was real, and

22 I was trying to learn more about God.  And I

23 would -- I was very involved.

24         I was -- you know, I would help out.

25 I would be part of the middle school ministry.   12:58



800.211.DEPO (3376)
EsquireSolutions.com

DILLON ANGULO                                            April 19, 2023
NEIMA BENAVIDES vs TESLA                                          130

1   Because at that time, I thought that, you

2   know -- my hard times in my life that when I

3   was younger was when I was that age, and I

4   wanted to be a role model and help them.  And,

5   you know, go to the meetings.  I'd have small          12:58

6   group with adults, my age.  Did a couple of

7   mission trips and stuff like that.  You know,

8   and I was doing that, and it got to a point

9   where I just stopped.

10         Q.    And when did you stop this               12:58

11   involvement?

12         A.    I don't remember the year.

13         Q.    Was it after the crash?

14         A.    No.  It was before.

15         Q.    Okay.  Before this crash have you        12:58

16   ever made a claim for long-term disability?

17         A.    No.

18         Q.    Have you ever made a claim for

19   short-term disability?

20         A.    No.                                      12:59

21         Q.    Have you ever made a claim for

22   Social Security payments?

23         A.    No.

24         Q.    Before the crash have you ever made

25   a claim for workers' compensation?                   12:59



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                          131

```
 1        A.    No.
 2        Q.    Before this claim have you ever made
 3   an insurance claim?
 4              MR. BOUMEL:  Form.
 5        A.    Insurance claim?  I don't remember.      12:59
 6   I don't think so.
 7              MR. BRANIGAN:  Okay.  What time is
 8        it?  I think this would be the time to
 9        stop.  This is a good breaking-off point.
10              MR. BOUMEL:  So 1:30-ish?             12:59
11              MR. BRANIGAN:  Yeah.  That sounds
12        good to me.  A loose 1:30-ish.
13              MR. BOUMEL:  Yeah.  A loose 1:30.
14              (A lunch recess was taken from
15        12:59 p.m. to 1:45 p.m.)                    13:45
16   BY MR. BRANIGAN:
17        Q.    Okay.  So, Mr. Angulo, I just want
18   to go back to your lawsuit against Mr. McGee
19   real quick.
20              After the crash have you personally     13:45
21   spoken with Mr. McGee?
22        A.    Yes.
23        Q.    What did he tell you about the
24   crash?
25        A.    Nothing.                               13:45
```



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    132

1      Q.   Do you recall at all what you guys
2   spoke about?
3      A.   He didn't speak to me.  I spoke to
4   him.
5      Q.   What did you say?                    13:45
6      A.   You know, I looked him in the eyes,
7   and I'm like -- I'm like:  "I don't care if you
8   had the car on autopilot.  I don't care if you
9   were drunk.  I don't care if you dropped your
10  phone.  I don't care.  I don't care."          13:46
11          But I looked him in the eyes, and,
12  like:  "I forgive you."
13          And that was it.
14          Because I didn't want to live
15  holding -- holding that in my heart, my whole   13:46
16  life being that.
17  BY MR. BRANIGAN:
18     Q.   And he said nothing in response?
19     A.   Nothing.
20     Q.   Earlier in this deposition you said  13:46
21  that you were -- strike that.
22          Earlier in this deposition you
23  claimed that the driver was operating the
24  vehicle on autopilot; is that correct?
25     A.   That was what I was told by my        13:47



DILLON ANGULO                                      April 19, 2023
NEIMA BENAVIDES vs TESLA                                     133

 1 | lawyers.

 2 |          MR. BOUMEL:  Okay.  We can't get

 3 |     into --

 4 |     A.    Oh, sorry.  That's what I heard,

 5 | that he said that the car was on autopilot and      13:47

 6 | it malfunctioned.

 7 | BY MR. BRANIGAN:

 8 |     Q.    When you say "he said," who are you

 9 | referring to?

10 |     A.    McGee.                                     13:47

11 |     Q.    Okay.  Have you seen any documents

12 | that support that statement?

13 |     A.    My lawyers are in charge of looking

14 | at all those documents.  I think I looked

15 | briefly, but I don't remember.                      13:47

16 |     Q.    Okay.  So you personally have --

17 | strike that.

18 |          Do you recall seeing a document that

19 | supports the contention that Mr. McGee was

20 | driving the vehicle on autopilot at the time of    13:47

21 | the crash?

22 |          MR. BOUMEL:  Form.  Asked and

23 |     answered.  That was your last question.

24 |          You can answer again.

25 |     A.    I think I remember seeing that on        13:48



1  the homicide investigation report.

2  BY MR. BRANIGAN:

3      Q.    Okay.  Is it your contention that

4  that report says that Mr. McGee was operating

5  with the vehicle on autopilot at the time of          13:48

6  the crash?

7           MR. BOUMEL:  Form.  Asked and

8      answered for the third time now.

9      A.    From what I know, from what I was

10  told, McGee said that he had the car on              13:48

11  autopilot and autopilot malfunctioned.

12  BY MR. BRANIGAN:

13      Q.    Is there any other document that you

14  recall seeing that supports that statement?

15      A.    No.                                        13:48

16      Q.    Okay.  I now want to go to the day

17  of the accident.

18           And as your counsel has told you, if

19  at any time you need to take a break, we can

20  take a break.  Okay?                                 13:49

21           So could you just briefly describe

22  what your plans were on the day of the

23  accident?

24      A.    I do not remember what happened that

25  day.  I only know what people have told me.          13:49



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                       135

1      Q.    Okay.  Is it fair to say that you

2   cannot recall anything from the day of the

3   crash?

4      A.    I do not remember.  I only know what

5   people have told me --                              13:49

6      Q.    Okay.

7      A.    -- what happened.

8      Q.    Are there any other days -- strike

9   that.

10         Within the week of the crash, are          13:49

11   there any other days that you have either no

12   memory of or only partial memory of?

13      A.    Any other days?  Can you repeat the

14   question, please?

15      Q.    Yes.                                      13:49

16         So within the week of the crash --

17   so starting with the day of the crash and seven

18   days after, are there any days in that time

19   period that you either have no memory or a

20   partial -- or only partial memory of?            13:50

21      A.    I -- when this happened to me, you

22   know, I wake up in the hospital.  I don't know

23   what happened.  I don't know what was wrong

24   with me.  How did this happen?  I don't

25   remember.  I thought my girlfriend -- I mean, I   13:50



1  thought Naibel was in New York.  I don't

2  know -- I don't know what was going on.

3          When people told me what happened

4  and when people give me things that have

5  happened -- or when Naibel's sister sent me        13:50

6  pictures of dates that I've gone on with

7  Naibel, I remember what happened the weeks

8  before the crash.  But only by when people have

9  told me things that I remember.  Because at the

10  moment when it happened to me, I did not        13:51

11  know -- I don't know what was going on.

12      Q.    Okay.  You mentioned you woke up in

13  the hospital.  What day did you wake up in the

14  hospital?

15      A.    I don't remember.                    13:51

16      Q.    Did anybody tell you what day you

17  woke up in the hospital?

18      A.    Like, reading me the date?  No, I

19  don't think so.

20      Q.    Okay.                                13:51

21      A.    I don't remember.

22      Q.    What is the first day after the

23  crash that you remember what day it was?

24          MR. BOUMEL:  Form.

25      A.    I don't remember.  I don't remember.  13:51



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                               137

1  I just know I was out of it for a while, you

2  know.  I was told that I was in -- I was in the

3  hospital for like a week or two having to go do

4  the brain and spinal program at Baptist.  You

5  know, I had to learn how to talk, walk, write;        13:52

6  all these things I had to learn how to do

7  again.

8          And I was out of it for a while so I

9  couldn't give you an exact date of when.

10 BY MR. BRANIGAN:                                       13:52

11    Q.   When did you have to learn to do the

12 things that you just described again, when did

13 that take place?

14    A.   That took place at the Baptist --

15 when I was doing speech therapy at Baptist,           13:52

16 and, I think, speech therapy at the Ryder

17 Trauma Program that I was in.  I don't

18 remember.

19    Q.   Okay.  Was that immediately after

20 getting out of the hospital or was that           13:52

21 sometime after?

22    A.   That was during when I was in one of

23 the programs, after the emergency room.

24    Q.   Okay.  So was that the -- like the

25 weeks --                                           13:53



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                   138

```
 1        A.    Yeah.

 2        Q.    -- subsequent to the crash?

 3        A.    (Nodding head.)

 4        Q.    Would you mind giving a verbal

 5   answer?                                          13:53

 6        A.    The weeks after the crash, you're

 7   saying?

 8        Q.    Yeah.  That's what I'm asking, did

 9   that --

10        A.    Yes.                                  13:53

11        Q.    Okay.  Thank you.

12              Do you remember what you were doing

13   the day before the crash?

14        A.    The day before the crash?  No.

15        Q.    Okay.  Do you remember what you were 13:53

16   doing the week before the crash, generally

17   speaking?

18              MR. BOUMEL:  Form.

19        A.    Yes.

20   BY MR. BRANIGAN:                                 13:53

21        Q.    What time frame, if you were to

22   describe it, do you think that you have lost

23   your memory of?

24        A.    What time frame?

25        Q.    Yes.                                  13:54
```



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    139

1        A.    Like, the whole accident.  Like, the

2    whole -- the whole -- you know, the whole

3    thing.  I don't know what happened to me.  I

4    don't remember that day.  I didn't know why am

5    I in the hospital, why do I have to get my          13:54

6    diaper changed, why do I have to get into a

7    wheelchair, why do I have to go to physical

8    therapy, why do I have to go to speech therapy,

9    why do I have to do all these things every day.

10       Q.    Okay.  But when we talk about time        13:54

11   frame, you said you don't remember the day

12   before.

13            Do you remember the day two days

14   before the crash?

15            MR. BOUMEL:  Form.  Mischaracterizes        13:54

16       his testimony.

17       A.    I don't remember.  All I remember is

18   what I told you; that I was studying to get my

19   general contracting license.  I had just

20   finished going to rehab.  I came home.  I had      13:54

21   met Naibel.  We started dating.  And my life

22   seemed to be working out very good.

23   BY MR. BRANIGAN:

24       Q.    When did you meet Naibel?

25       A.    I met Naibel in April of 2019.            13:55



DILLON ANGULO
NEIMA BENAVIDES vs TESLA

April 19, 2023
140

1    Q.    Okay.  So you met Naibel the month

2  of the crash; is that correct?

3    A.    Yes.

4    Q.    Okay.  Where did you meet?

5    A.    I met her through online dating.      13:55

6    Q.    And if you recall, when was the

7  first time you saw her?

8    A.    I don't remember an exact date, but

9  the exact date, like the day.  But I do

10  remember our first date.  And I -- I took -- we   13:55

11  went out to Dolores But You Can Call Me Lolita.

12  It's like a rooftop restaurant and we had a

13  bottle of wine and we ate and we had a good

14  time.

15    Q.    How many times did you see her        13:56

16  before the crash?

17    A.    After that date -- after that date,

18  I was almost seeing her like every day.  She

19  would come over after work.

20    Q.    Did you guys talk every day?           13:56

21    A.    (Nodding head.)

22         MR. BOUMEL:  You have to say that

23    out loud.

24    A.    Yes.

25  BY MR. BRANIGAN:                              13:56



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                          141

1        Q.    Did you guys live together at all
2    before the crash?
3        A.    No.  But she slept over.
4        Q.    How often?
5        A.    After work.  After work for -- you      13:56
6    know, for the time that it's been -- after that
7    first date that I met her, she would come over
8    every day after work and stay over.
9        Q.    So just to --
10       A.    Sleep over.  Yeah.                        13:56
11       Q.    Just to clarify your testimony, are
12   you saying that she would sleep over about
13   every day?
14       A.    I don't remember the exact amount of
15   days, but I remember that I was talking to her    13:57
16   every day and that she would come to sleep
17   over.
18       Q.    How did you guys get along?
19       A.    Very well.
20       Q.    Did you guys get into any fights        13:57
21   about anything?
22       A.    We never got into any fights about
23   anything.  There was just, like on my birthday
24   dinner, we went out to this restaurant called
25   El Secreto on 88th Street and like 100 --          13:57



1  across from Town and Country, it's an Italian

2  restaurant, to have dinner.

3          And, you know, we had just met and

4  we both really liked each other.  And she

5  starts crying at the table telling me that          13:57

6  before she met me that her parents had bought

7  her a ticket to go to New York, and that she

8  was supposed to move to New York.  And I just

9  got really quiet and she just kept on crying.

10  And I didn't want to talk.                          13:58

11          And then she was just saying that

12  she was going to stay here and be with me.  It

13  wasn't a fight.  It was just like -- I wouldn't

14  consider that a fight.  So, no, I never had a

15  fight with her.                                     13:58

16     Q.    And forgive me for a question that's

17  already been answered, but what day is your

18  birthday?

19     A.    April 14th, 1992.

20     Q.    Okay.  Thank you.                          13:58

21          After that did you guys talk about

22  that incident?

23     A.    No.  We just -- she just told me

24  that, you know, we really liked each other,

25  that she was going to stay.  That she wasn't      13:58



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    143

 1  going to go to New York.

 2            MR. BOUMEL:  Let's take a break.

 3            MR. BRANIGAN:  Sure.  Want to go off

 4     the record?

 5            MR. BOUMEL:  Yeah.  Thank you.          13:59

 6            (A brief recess was taken from

 7     1:59 p.m. to 2:01 p.m.)

 8  BY MR. BRANIGAN:

 9     Q.    Back on.

10            How close were you with Naibel's          14:02

11  family?

12     A.    I had met her -- her grandmother, I

13  think, or her aunt one time.  And, you know, I

14  was -- you know, I was told -- I don't remember

15  this, but I was told and this is -- since I was     14:02

16  told, now I remember.  That day we went

17  fishing, and, you know, I found this new

18  yellowtailing spot.  We're limiting out in

19  yellowtail in like an hour, like 10 or 20

20  yellowtail on the boat.                             14:02

21            And I wanted to take her there, you

22  know, and we were going to bring back the fish

23  and she was going to introduce me to her

24  family, and with the fish that we caught we

25  were going to have a lunch or dinner.  Because      14:03



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                     144

 1 | her mom worked at Walmart at night, so it would
 2 | have to be like a lunch.  And I was about to
 3 | meet her family.  Everything was very fresh,
 4 | you know.  And --
 5 |      Q.    So before the crash, did you ever          14:03
 6 | meet any of her family members?
 7 |      A.    No.
 8 |           MR. BOUMEL:  Form.  Form.  I think
 9 | he --
10 |      A.    I said I saw the aunt or something.        14:03
11 | I like waved at her from like the truck when I
12 | went to go drop something off for -- to help
13 | her.
14 | BY MR. BRANIGAN:
15 |      Q.    After the crash, have you spoken           14:03
16 | with any of her family?
17 |      A.    I have.  Nima {phonetic}, the
18 | sister -- I mean, Naibel's sister got my number
19 | from my parents and texted me to -- you know,
20 | to tell me that, you know, that she's there and   14:04
21 | everything, and reached out to me and
22 | everything.
23 |           But it was just super hard to -- you
24 | know, to talk with them.  But, yeah.
25 |      Q.    How often -- strike that.               14:04



1          Other than Nima, do you speak with

2    anybody else from her family?

3          A.    No.

4          Q.    How often do you speak with Nima?

5          A.    I probably spoke to her a handful of          14:04

6    times through text message since 2019, but it

7    hasn't been -- it's been years.

8          Q.    I know you said before that you

9    don't remember much.  Do you remember which

10   hospital you were taken to?                               14:04

11         A.    I remember what I was told.  I was

12   airlifted to Jackson.

13         Q.    Do you remember how long you were

14   there?

15         A.    I would say about a week or two.  I           14:05

16   don't remember.

17         Q.    Do you remember what -- strike that.

18         Did you have any surgery while you

19   were there?

20         A.    Yes.                                          14:05

21         Q.    Do you remember what procedures were

22   performed?

23         A.    I didn't remember when it was

24   happening to me, but from what people have told

25   me, I had a pelvic surgery, and I had jaw            14:05



```
 1   surgery.  And I had a blood transfusion,

 2   because I had internal bleeding and a lacerated

 3   bladder.

 4        Q.    When were you discharged from that

 5   hospital?                                              14:05

 6        A.    I don't remember the exact date.

 7        Q.    When you were discharged, do you

 8   remember what you did?

 9        A.    I think from Jackson I got

10   transferred to Ryder -- to Ryder Trauma Center        14:06

11   or some kind of brain program.  Forgot the name

12   of it.

13        Q.    Do you remember what you were doing

14   at that hospital or trauma center?

15        A.    It's very -- I don't remember           14:06

16   everything, but it's like bits and pieces of

17   things.  You know, I had to get in my

18   wheelchair every day and go to physical therapy

19   and speech therapy, and I actually remember

20   laying down.                                          14:06

21             I remember wanting to know what

22   happened to me.  And my parents said they

23   didn't know what happened to me.  And I was

24   like:  "You know what, I am not going to eat.

25   I don't want any medicine.  I don't want to          14:07
```



1  take" -- "I'm not getting in my wheelchair.

2  I'm not going to physical therapy until

3  somebody tells me what happened to me."  And

4  then my parents leave the room, and they come

5  back in with a neurologist.                    14:07

6          And then the -- they started telling

7  me:  "Dillon, you were in an accident.  And

8  we've been telling you what happened to you,

9  but you would go to sleep and you forget, and

10 in the morning we have to tell you again what   14:07

11 happened to you."

12         And it got to a point that my

13 parents said they couldn't -- they had to stop

14 doing it because they would have to remind me

15 every morning.                                  14:07

16         And then they told me:  "And your

17 girlfriend was with" -- I mean:  "Naibel was

18 with you.  Naibel was with you.  And Naibel

19 didn't make it.  She passed away."

20         And I remember sobbing, crying.  And    14:08

21 I believe in God, you know, but it was just,

22 like -- like, Why?  Why, God?  Why would this

23 happen to me?

24         And it was a very sad moment.  It

25 was very hard.                                  14:08



DILLON ANGULO                                           April 19, 2023
NEIMA BENAVIDES vs TESLA                                        148

```
 1              And that's what I remember.
 2        Q.    Now, at that point you said that you
 3   didn't want to eat or do your PT, did you
 4   actually act on that?
 5        A.    I said it.  And they knew, I guess,        14:08
 6   I was serious because everybody told me what
 7   happened to me.
 8        Q.    And after you said that did you
 9   actually proceed to stop going to therapy or
10   eating?                                               14:09
11        A.    No.  Because they told me.  Told me
12   a couple of hours later.
13        Q.    Okay.  You mentioned that you were
14   transported to a secondary facility after the
15   first hospital.                                       14:09
16              After that facility, were you
17   transported anywhere else before being
18   discharged?
19        A.    Not that I remember.  Maybe to do
20   some kind of surgery or something, but from          14:09
21   what I was told, I got airlifted to Jackson and
22   then I went, I think, to Ryder Trauma Center
23   after, or I don't know if I'm getting these
24   confused or not.
25              But I went to another hospital up         14:09
```



DILLON ANGULO                                  April 19, 2023
NEIMA BENAVIDES vs TESLA                                  149

1  north in Miami, North Miami, to do that program

2  for like a week or so.

3          And then once I got out of there, I

4  was non-weight bearing, and I had a -- I was in

5  a wheelchair for three months.  And I went          14:09

6  to -- to Baptist, brain and physical therapy

7  program they had over there.

8      Q.    Okay.  Since those three months,

9  have you ever used a wheelchair?

10     A.    Before?                                    14:10

11     Q.    No.  After those three months.

12     A.    After these three months?  No.

13     Q.    Okay.  You mentioned that you needed

14  assistance going to the bathroom; is that

15  correct?                                            14:10

16     A.    Yes.

17          MR. BOUMEL:  You have to --

18  BY MR. BRANIGAN:

19     Q.    When -- strike that.

20          Do you still require assistance          14:10

21  going to the bathroom?

22     A.    No.

23     Q.    When did that stop?

24     A.    After I got out of the wheelchair.

25     Q.    Okay.  If you were to estimate,          14:10



DILLON ANGULO                                        April 19, 2023
NEIMA BENAVIDES vs TESLA                                        150

```
 1   would that be six months after being discharged
 2   from the hospital?
 3        A.    I was in the wheelchair for three
 4   months.  So after I was in the wheelchair.  So
 5   I would say maybe three to four months after          14:11
 6   the injury.
 7        Q.    Okay.
 8        A.    You know, but I still have problems
 9   with the bathroom.  That's not the same
10   anymore.                                              14:11
11        Q.    What kinds of problems do you have?
12        A.    I have inconsistency and
13   constipation.  Where, for example, I drank one
14   glass of water here; right?  I drank
15   one-and-a-half now, but that one glass of             14:11
16   water, I have to use the bathroom in five
17   times.
18             I wake up in the morning, I got to
19   use the bathroom, and I'm rushing to the
20   bathroom, and I pee on myself a little bit.           14:11
21             All this started happening after my
22   injury.  I don't know if it's because of the
23   pelvic fracture or the lacerated bladder that I
24   had, but I have been dealing with all of these
25   things with the bathroom.                             14:12
```



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                          151

 1        Q.    How frequently do these issues

 2   occur?

 3        A.    Every day.

 4             MR. BOUMEL:  Do you need more water,

 5        Dillon?                                            14:12

 6        A.    Sure.  Thanks.

 7             MR. BRANIGAN:  There's some in the

 8        cabinet.

 9   BY MR. BRANIGAN:

10        Q.    Have you been prescribed medication    14:12

11   to address the issues that we're talking about

12   right now?

13        A.    I was prescribed -- because I went

14   to go see a urologist, and the urologist

15   prescribed me Cialis to help with the prostate    14:12

16   and the urination, and also to help with my

17   erection issue that I'm having.  In the

18   accident I had -- my testicles were lacerated.

19        Q.    Was the erection issue that you just

20   described a result of the injury that you         14:13

21   sustained from the accident?

22        A.    Yes.

23        Q.    Okay.  Did you ever have an erection

24   issue prior to this crash?

25        A.    No.                                     14:13



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                         152

1      Q.    Okay.  Did you ever have a bladder

2  issue prior to this crash?

3      A.    No.

4      Q.    Did you ever have a bowel issue

5  prior to this crash?                               14:13

6      A.    No.

7      Q.    How does the medication work for you

8  for the bladder and bowel issues?

9      A.    It's been improving, but it's not

10 exactly the same, obviously.  But it's              14:13

11 definitely helped since I've been taking it.

12     Q.    When were you prescribed the

13 medication?

14     A.    Couple months ago.

15     Q.    Do you know what dose you're on?          14:13

16     A.    The minimum.  The starting dose.  I

17 don't -- I don't know what that is.  I forgot.

18     Q.    And how frequently do you take it?

19     A.    Once a day.

20     Q.    Do you know what the medication is        14:14

21 called -- strike that.  Asked and answered.

22 Strike that.

23          MR. BOUMEL:  I love it.  Just keep

24     objecting to yourself.

25



```
 1   BY MR. BRANIGAN:
 2       Q.    Aside from the issues that we have
 3   already discussed, have you experienced any
 4   other issues, physical issues, with your daily
 5   life?                                              14:14
 6           MR. BOUMEL:   Form.
 7       A.    Every day.
 8   BY MR. BRANIGAN:
 9       Q.    What type of issues?
10       A.    I'm just always in pain.  When I        14:14
11   wake up in the morning, my whole pelvic area,
12   my sacrum, on the side of my pelvic area, in a
13   lot of pain.
14           And I'm having to stretch.  And I'm
15   having to go to physical therapy, and do yoga,    14:14
16   and do all these things to try to manage the
17   pain that I'm in.
18           My life has completely changed.
19           If I try to do something I enjoy, if
20   I try to go fishing -- I explained to you         14:15
21   before, when I pull up the anchor I don't want
22   to go to the next stop after, I'm in so much
23   pain, the next day I'm bedridden.
24           If I try to cut the grass at my
25   parents' property, I have to take breaks.  I      14:15
```



 1 | have to sit down in the chair.  I have -- it

 2 | takes me two days to cut the grass.

 3 |           And the next day and the next

 4 | following days, I'm just in a lot, a lot of

 5 | pain.                                                    14:15

 6 |           And it's just this has changed my

 7 | life.

 8 |     Q.    The pain that you're describing, do

 9 | you feel that pain right now?

10 |     A.    Yes.  I have my -- my belt unbuckled    14:15

11 | because the pressure of the belt makes the pain

12 | worse.

13 |     Q.    Is this pain that you're

14 | experiencing, is this a constant thing or is it

15 | triggered by activity?                                  14:16

16 |     A.    Constantly in pain.  There are

17 | certain things that I do that make it worse.

18 | Like high-impact things, like I don't go for a

19 | jog at the park anymore.  Could probably do it,

20 | but the next day I am going to be in a lot of    14:16

21 | pain.  As I'm doing it, I'm going to be in pain

22 | as well.

23 |           For example, I've been walking my

24 | dog recently for the past couple of months to

25 | try to lose weight, because I'm just -- you            14:16



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                          155

```
 1    know, I have to stand up, sit down, lay down.
 2    If I stand for too long, I'm in pain.  If I sit
 3    down for too long, I'm in pain.  If I lay
 4    down for too long, I'm in pain.  I have to be
 5    constantly switching.  And -- I forgot what I       14:16
 6    was going to say.
 7             What was the question again?
 8             MR. BRANIGAN:  Would you mind
 9        repeating the question?
10             THE STENOGRAPHER:  Yes.
11             (A portion of the record was read by
12        the stenographer.)
13        A.   Yes, the pain is every day.  There's
14    certain activities that makes it worse.  I
15    don't go for a jog anymore.  I don't play          14:17
16    pick-up basketball games anymore at the gym.  I
17    don't jump.  If I get off the side of my boat,
18    I don't jump down off the side of the boat.
19        Q.   I'm going to --
20        A.   And if I work -- if I try to do           14:17
21    something like that one landscaping job I did,
22    I try to do it, I push myself to do it, but
23    then the next day I'm in just so much pain.
24    That's why I don't do that anymore, you know.
25             There will be times -- I'm in pain        14:17
```



1  every single day, and I have been living with

2  this pain for a while.  And there's sometimes

3  when I -- when I do something, I forgot about

4  everything, and then I do this, and the next

5  day I'm in this horrible pain.  And it makes it          14:18

6  worse.

7            But I would say on a scale of 1 to

8  10, my pain every day is probably like -- like

9  a 4 or a 5.  And then maybe two or three days

10  out of the week it's like a 10.  And this is            14:18

11  something that I have been dealing with.

12            And I have been having a lot of

13  issues with my sleep too.  Just taking

14  melatonin for a long time to try to help me

15  sleep.                                                  14:18

16            I've been having -- the PTSD thing

17  is crazy.  I could be doing anything, and then

18  out of nowhere this fear -- this fear like

19  something bad is going to happen to me, this

20  overwhelming fear.  It's uncontrollable.  I             14:18

21  could be thinking about anything, and it just

22  happens.

23            And I was taking that depression

24  medication, and I noticed that it would make

25  it -- it would intensify it even more.                  14:19



```
 1              And it's like, I don't want to take
 2    anything.  I didn't want to take pills.  I
 3    don't want to take medication.  I struggled
 4    with addiction in my life before, I don't want
 5    to get hooked to pain pills.  I don't want to      14:19
 6    take something every day.  So I'm living with
 7    this pain and I'm trying to manage it the best
 8    that I can.
 9              I'm trying to do everything that I
10    can.  I'm going to physical therapy.  I'm doing    14:19
11    yoga.  I'm getting massages.  I'm stretching.
12    I'm trying to do everything that I can.
13              MR. BOUMEL:  Let's take a break.
14              MR. BRANIGAN:  Want to take a break,
15         use the restroom?                             14:19
16              Are we off the record?
17              THE STENOGRAPHER:  Off the record.
18              (A brief recess was taken from
19         2:19 p.m. to 2:24 p.m.)
20    BY MR. BRANIGAN:                                   14:24
21         Q.   Mr. Angulo, I know we were talking
22    about pelvic pain that you experience.
23              Is there any other part of your body
24    that you have physical pain in on a daily
25    basis?                                             14:24
```



1    A.    Just the whole pelvic region.  The

2  sacrum.  I get headaches.  I will also have the

3  issue with my memory.  Have the issue with just

4  feeling confused and overwhelmed all the time.

5          My parents tell me that I have this,          14:24

6  like, paranoia that I'm dealing with.  I have

7  this issue where I react to things, like -- and

8  I say things, you know, like -- like, for

9  example, I went -- you know, I was walking my

10 dog and I had to -- trying to send something to      14:25

11 someone and had my mom talking to me

12 about something else, and it was just, like,

13 everything happening at one time, I just, like,

14 I just shut down.

15         And my -- I feel like my head, like,        14:25

16 I shut down a lot.  I don't know if -- they

17 explained it, like -- I don't know the right

18 word to call it, but it's -- I'm definitely

19 dealing with some head issues -- some issues

20 with my head, and I will say words that don't      14:25

21 make sense.  I won't make sense.  I will say

22 something -- I know what I want to say, but I

23 say something else.

24    Q.    Okay.  Do you feel -- strike that.

25         Do you experience any pain in your          14:26



DILLON ANGULO                                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                                  159

```
 1   arms as a result --
 2        A.    I had a partially torn -- is it MCL?
 3   -- in my elbow, and I feel it sometimes when I
 4   extend it.
 5        Q.    Is that from the crash?          14:26
 6        A.    Yeah.
 7        Q.    Okay.  What about -- aside from your
 8   pelvis, your legs and feet, do you experience
 9   pain there?
10        A.    My legs and feet, like, my whole   14:26
11   lower body.  Not, like, my feet, I would say.
12   From like my knees up -- up to my belly button;
13   that whole area gets inflamed.
14        Q.    How frequently do you have
15   headaches?                                    14:26
16        A.    I don't remember.
17        Q.    Okay.  When you get them, on a scale
18   of 1 to 10, how bad is the pain?
19        A.    It's like a 6 or a 7.
20        Q.    Okay.  For the pain that you         14:27
21   experience from the crash, have you been
22   prescribed any medication?
23        A.    I have mentioned that I've tried not
24   to take medications.  You know, I've tried
25   doing some things that the doctor recommended   14:27
```



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                          160

 1  that were nonaddicting, like there's this
 2  inflammation medicine that I was taking, but it
 3  wasn't working.  I was feeling the same way, so
 4  I stopped taking it.
 5       Q.    What things have your doctors          14:27
 6  recommended to abate the pain?
 7       A.    So physical therapy, yoga,
 8  exercising, walking on the treadmill, trying to
 9  walk backwards on the treadmill.  I was trying
10  to do everything as least invasive first.  I     14:28
11  was trying to -- you know, yoga and all these
12  things, that I'm trying to do the natural ways
13  first, you know.
14            But there's other options that are
15  available, that I'm trying to do everything      14:28
16  first before I do those -- like, I think,
17  recommending maybe to inserting something in my
18  spine or blocking some kind of nerve and stuff
19  like that.
20            But I've just been trying to do         14:28
21  everything natural first, you know, because I
22  don't want to take any pills or medication and
23  get addicted to anything.
24       Q.    On that note, aside from the
25  procedures that you were just describing, are    14:28



DILLON ANGULO
NEIMA BENAVIDES vs TESLA

April 19, 2023
161

```
 1   there any other procedures that a professional

 2   has recommended that you should undergo in the

 3   future?

 4       A.    No.

 5       Q.    No.                                           14:29

 6             Is there any procedure that a

 7   professional has recommended that you undergo

 8   that you declined?

 9       A.    No.

10       Q.    Okay.  How -- strike that.                    14:29

11             When did you start going to physical

12   therapy?

13       A.    I started when I was in the

14   hospital, physical therapy.  And I've been

15   doing it since then once a week, sometimes       14:29

16   twice a week.

17       Q.    What kind of stuff do they do at

18   physical therapy?  And I apologize if I cut you

19   off.

20       A.    Strength training, stretching,              14:29

21   massage.

22       Q.    When you say "strength training," is

23   that weights or bands?

24       A.    Bands.  Or when the physical

25   therapist is applying pressure and telling me        14:29
```



1  to push down on my legs, and, you know, on my

2  pelvic area, trying to gain strength in the

3  pelvic area.

4      Q.    And are you still doing the physical

5  therapy to this day?                                    14:30

6      A.    Yes.

7      Q.    And with what frequency?

8      A.    I have been doing once a week,

9  almost -- sometimes twice a week physical

10  therapy.  And I, you know, have been trying to          14:30

11  walk with my dog to get exercise.  Stay moving.

12  Yoga.

13      Q.    Since the incident, have you taken

14  xanax?

15      A.    No.                                           14:30

16      Q.    Since the incident, have you used

17  marijuana?

18      A.    One time.

19      Q.    Okay.  When was that, just -- sorry.

20      A.    It was some, like -- it was, like, a          14:30

21  CBD cream that my mom gave me to rub on for

22  pain.

23      Q.    Were you diagnosed with any

24  fractures after the incident?

25      A.    After my incident?  No.  Well --              14:31



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    163

 1 | after the incident?  Yes.

 2 |     Q.    Yeah.  I'm sorry.  Let me cut you

 3 | off because I want to rephrase that.

 4 |     A.    Okay.

 5 |     Q.    Were you diagnosed with any            14:31

 6 | fractures as a result of the crash?

 7 |     A.    Yes.  I had a -- okay.  Let me just

 8 | start from the beginning.

 9 |          So I had a brain bleed.  I had my

10 | second -- the second ball on your spine,         14:31

11 | fractured on my neck; I forgot what they call

12 | that, what number, but okay.  And then I had

13 | the torn -- the partially torn MCL on the arm.

14 | I think that's what you call it.

15 |          Now, the pelvic area had -- my          14:31

16 | pelvic area, I had, like, two or three

17 | fractures in the pelvic area, my pelvic bone

18 | went like this, and they had to put a screw in

19 | the back.

20 |          MR. BOUMEL:  So just because there's    14:32

21 |     nobody videoing, when you say "this," that

22 |     doesn't come out in the record.  You have

23 |     to describe "this."

24 |     A.    Okay.  So I had, like, two or three

25 | fractures on my pelvis.  I had -- my sacrum was  14:32



1  fractured.  The part that holds the bottom of

2  the spine, there's like the second ball towards

3  the bottom of the spine was fractured.  I had a

4  lacerated bladder.  I broke my jaw.  I have a

5  metal plate in here and three screws on each        14:32

6  side.  Partially torn ACL on my leg, I think.

7  Yeah.

8          MR. BOUMEL:  And can you just -- if

9      you don't mind, can you just describe, when

10     you said "this," what did you mean?            14:32

11     Because that just didn't come out --

12     A.    So the pelvic bone -- I guess they

13  call it a pelvic tilt, I think.  I don't -- or

14  displacement of my whole pelvic bone was

15  displaced, and they had to put a screw in the      14:33

16  back of my pelvis.   And they had to put this

17  device in the front where they put two screws

18  in the front of my pelvic to hold my pelvic

19  bone in place.  And I had that for three

20  months.                                             14:33

21          They took out the screws in the

22  front, but they left the screws in the back,

23  and I was living like that for a year or so,

24  but my body was still in a lot of pain.  And

25  I'm thinking maybe the body is in pain because     14:33



1  the screws in the back there.  So the doctor

2  said:  "Look, you can live with the screw.  You

3  don't need to remove, but you can remove it if

4  you want to remove it."

5          And I got a second opinion from a          14:33

6  doctor at the UM -- the lady that works at UM

7  did my surgery.  There's, like, an elder guy

8  that works there that does surgeries.  I got a

9  second opinion from him, and he says that, you

10  know, that I'm just going to be in a lot of      14:34

11  pain because of everything that I passed

12  through, you know.  That it's probably not the

13  screw that was causing the pain, what's causing

14  the pain is the injury that I had.

15          But I still had it removed.  Yeah.        14:34

16  BY MR. BRANIGAN:

17      Q.   Are the fractures, the bone

18  fractures that you just mentioned, are any of

19  them not fully healed?

20      A.   They're all fully healed according      14:34

21  to the doctors.

22      Q.   Okay.  The -- you mentioned you

23  sometimes -- strike that.

24          You mentioned that you have felt

25  pain in your arm as a result of that muscle      14:34



```
 1   injury.  On a scale of 1 to 10, what's that
 2   pain like?
 3        A.   Oh, no.  The pain in the arm, it's
 4   like a 3 or a 4.  I don't feel that pain every
 5   day.  It's mostly my pelvic area and my head          14:34
 6   with the speaking wrong and the memory.  So --
 7        Q.   When was the last procedure you
 8   underwent -- surgical procedure -- to treat the
 9   injuries from this crash?
10        A.   I guess to have that screw removed.         14:35
11   I don't remember the date.
12        Q.   Was it like within the last year?
13        A.   No.
14        Q.   Okay.  Was it more than a year after
15   the crash?                                            14:35
16        A.   Yes.
17        Q.   Okay.  What about before that?
18        A.   Before that, I had the pelvic
19   surgery, and I had the jaw surgery.  I had some
20   teeth repaired.  Yeah.                                14:35
21        Q.   The procedures that you just
22   mentioned, was that immediately after the
23   crash?
24        A.   Yeah.
25        Q.   Okay.  All right.                           14:35
```



| | |
|---|---|
| 1 | You mentioned you're in therapy. |
| 2 | How do you feel that's working for you, the |
| 3 | physical therapy? |
| 4 | A.   So the physical therapy, it's |
| 5 | something that gives me relief when I do it.   14:36 |
| 6 | Like, it feels good in the moment and maybe |
| 7 | like two hours after, but then the pain comes |
| 8 | right back. |
| 9 | So it's, like, for example, if I go |
| 10 | to get a massage to feel good -- you know, I   14:36 |
| 11 | get a massage and I feel good, you know.  It's |
| 12 | the same kind of thing.  It brings me relief in |
| 13 | the moment and the same thing with the yoga, |
| 14 | like, it brings me relief in the moment, but |
| 15 | the pain, it comes right back.   14:36 |
| 16 | Q.   Have you noticed any increase in |
| 17 | your strength after going to therapy? |
| 18 | A.   Yeah. |
| 19 | Q.   Okay.  Do you think it's something |
| 20 | that goes away if you, for example, don't go to   14:36 |
| 21 | physical therapy for a week or two? |
| 22 | A.   The pain?  No. |
| 23 | Q.   Yeah.  Let me re-ask my question. |
| 24 | Do you think the improvement in your |
| 25 | strength goes away if you, for example, don't   14:36 |



```
 1   go to therapy for a week?

 2       A.    Yeah.

 3       Q.    So, in other words, is it fair to

 4   say that if you don't -- strike that.

 5             Is it fair to say that you need          14:37

 6   to -- need to consistently attend therapy to

 7   maintain that increase in strength that you're

 8   noticing?

 9             MR. BOUMEL:  Form.

10       A.    Yes.                                      14:37

11   BY MR. BRANIGAN:

12       Q.    Okay.  All right.

13             Have you driven since getting out of

14   the hospital in the week after the crash?

15       A.    Yes.  Oh, the week after the crash?       14:37

16       Q.    Just any time after that.

17             MR. BOUMEL:  Form.  Like, to the

18       present date?

19             MR. BRANIGAN:  Yes, to the present

20       date.                                           14:37

21       A.    Yes, to the present date.

22   BY MR. BRANIGAN:

23       Q.    How frequently do you drive?

24       A.    Every day.

25       Q.    Okay.  Do you have any modifications      14:37
```



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    169

1  | to your vehicle to help you drive?

2  |     A.    I have a massage on my seat to help

3  | me with the pain.

4  |          When this first happened to me, I

5  | didn't drive for a while because I was getting,        14:37

6  | like, dizzy in the car.  And that -- that

7  | lasted for like six months to a year.  After

8  | the injury I was getting -- I got tested for

9  | vertigo and all these things.  I was trying to

10 | figure out what it was.  And it happens to me         14:38

11 | still.

12 |     Q.    Going back to modifications, have

13 | you had any modifications put on your truck

14 | other than to help you drive?

15 |     A.    No.                                          14:38

16 |     Q.    Okay.  Do you know if the truck is

17 | lifted?

18 |     A.    It has a step that comes out.

19 |     Q.    Do you know what size rims it has?

20 |     A.    22.                                          14:38

21 |     Q.    Okay.  Sorry.  Let me just collect

22 | myself for a second.  We're almost done here.

23 |          Okay.  I want to move on to the

24 | medical ex -- excuse me -- expenses you

25 | incurred.                                              14:39



DILLON ANGULO                                        April 19, 2023
NEIMA BENAVIDES vs TESLA                                        170

```
 1              Do you know whether, to this day,
 2   you produced to Tesla all of your medical
 3   records?
 4        A.    I don't know.  I hired a lawyer.  I
 5   mean, I hired my lawyer to do that.  But I      14:39
 6   think I'm aware that I made my lawyer aware of
 7   all the medical treatment I have been seeking,
 8   yes.
 9        Q.    At the time of the crash did you
10   have medical insurance?                         14:39
11        A.    Yes.
12        Q.    Okay.  Who was that insurer?
13        A.    I think the insurer was Aetna.  I'm
14   not sure.  I don't know.  I don't know.  But I
15   was under my dad's policy that he had at work.  14:39
16        Q.    Okay.  How much of the medical
17   expenses that you incurred have you paid
18   yourself out of your own pocket?
19        A.    I don't know.
20        Q.    Have you paid any out of your own    14:40
21   pocket?
22        A.    Yes.
23        Q.    Would it be in the thousands?
24        A.    Yes.
25        Q.    Would it be in the hundreds of       14:40
```



DILLON ANGULO
NEIMA BENAVIDES vs TESLA

April 19, 2023
171

1  thousands?

2      A.   I don't know.

3      Q.   How about the tens of thousands?

4      A.   Probably.  I don't remember how much

5  the medical bill was for when I was in the          14:40

6  hospital and all these things, but I do think

7  money is owed for that.

8          But I have been paying for my

9  treatments for my physical therapy and all

10  these things that I do on a daily basis, yes.        14:40

11      Q.   Okay.  Did you submit an insurance

12  claim for those costs?

13          MR. BOUMEL:  Form.

14      A.   I don't know.  I don't remember.

15  BY MR. BRANIGAN:                                     14:40

16      Q.   Is the insurance policy that you

17  have with your father, is it covering any of

18  the costs?

19          MR. BOUMEL:  Form.

20      A.   I think so.                                 14:41

21  BY MR. BRANIGAN:

22      Q.   Have you spoken with anyone at that

23  insurance company about this crash?

24      A.   I think I just asked for my

25  explanation of benefits, but I don't remember.       14:41



DILLON ANGULO                                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                                    172

1       Q.    Have you sent them any records?

2       A.    No.

3       Q.    Okay.  Has anyone on your behalf

4    sent them records?

5       A.    Possibly.                                          14:41

6       Q.    Did you submit an insurance claim

7    for any other damage?  Meaning any damage aside

8    from personal injury related to this crash.

9       A.    I don't know.  I don't think so.

10      Q.    Just to rehash this question, for        14:41

11   example, for your truck?

12      A.    Yes.  I think I -- yes, I think --

13   for what truck?  For the truck that was

14   involved in the accident?

15      Q.    Yes.                                      14:42

16      A.    That was my mother's vehicle.

17      Q.    Okay.

18      A.    And she did get money for that, yes.

19      Q.    Okay.  Was your mother's vehicle

20   insured?                                           14:42

21      A.    Yes.

22      Q.    Okay.  Do you know what insurance

23   company insured it?

24      A.    GEICO.

25      Q.    Did you submit any documents to          14:42



```
 1   GEICO related to that coverage?

 2        A.    No.

 3        Q.    Do you know if your mom submitted a

 4   claim?

 5        A.    I don't know.                          14:42

 6        Q.    What is your mother's name, by the

 7   way?

 8        A.    Dawn Angulo.

 9        Q.    And where does she currently reside?

10        A.    12300 Southwest 92nd Avenue.           14:42

11        Q.    What about your father, what's his

12   name?

13        A.    Austin Angulo.

14        Q.    Does he reside at that same address?

15        A.    Yes.                                    14:42

16        Q.    Do you know if any claim -- strike

17   that.

18              Do you know if any insurance claim

19   filed for your medical bills has been denied

20   for this crash?                                    14:43

21        A.    I think so.  I think -- there was

22   also a gap insurance.  I don't remember the

23   name of it.  But they denied it, and I was

24   trying to get it through the gap insurance and

25   I was waiting for the response, and it's          14:43
```



DILLON ANGULO                                            April 19, 2023
NEIMA BENAVIDES vs TESLA                                          174

 1   like -- I don't know what's going on with that
 2   right now.
 3        Q.    Okay.  You say "gap insurance," can
 4   you kind of describe what you mean by that?
 5        A.    Well, my father's policy, he had a          14:43
 6   gap insurance too, which covered whatever the
 7   regular insurance didn't cover.
 8        Q.    Okay.  So this gap insurance would
 9   have been under your father's policy?
10        A.    Yes.                                         14:43
11        Q.    Okay.  Do you know when that claim
12   was submitted?
13        A.    No.
14        Q.    Okay.  Do you know the reason it was
15   denied?                                                 14:43
16        A.    No.
17        Q.    Okay.  Was there any other denial of
18   payments related to your treatment from an
19   insurer?
20        A.    Not that I'm aware of.                       14:44
21        Q.    Okay.  Do you know if an insurer is
22   still paying any of your medical costs?
23        A.    No.  I've been coming out of pocket.
24        Q.    Okay.  Since when?
25        A.    Since I haven't been on my dad's            14:44



1    insurance.  But I have insurance now, and my

2    insurance has been covering -- it's been

3    covering some of my treatment, but for the

4    private providers, they -- I have been coming

5    out of pocket.                                         14:44

6        Q.    Okay.  Let's walk through that.

7              When did you get off your dad's

8    insurance?

9        A.    I think when I was 26.

10       Q.    Okay.  When did you get your new        14:44

11   insurance?

12       A.    I think that year.

13       Q.    Okay.  How much of a time gap was

14   there between when you got off your dad's and

15   you got on yours?                                     14:45

16       A.    I got on right away.

17       Q.    Okay.  So there wasn't, like, a

18   month gap or anything?

19       A.    I don't know.

20       Q.    Who is your insurer?                       14:45

21       A.    Blue Shield.

22       Q.    Have you submitted any records to

23   them related to your coverage for these

24   injuries?

25       A.    I have not submitted anything to         14:45



DILLON ANGULO                                           April 19, 2023
NEIMA BENAVIDES vs TESLA                                          176

 1   them, no.

 2        Q.    Has anybody on your behalf submitted

 3   anything?

 4        A.    Not that I know of.

 5        Q.    Okay.  Do you have a claim filed          14:45

 6   with them for this?

 7        A.    No.

 8        Q.    Okay.  Have you been asked to give a

 9   statement under oath related to the payment of

10   insurance proceeds for this crash?                   14:45

11        A.    Like, right now?

12        Q.    Between the crash date and now.

13             MR. BOUMEL:  I think he's asking for

14        clarification on what an examination under

15        oath is.                                        14:45

16        A.    This is the only time I have been

17   under oath for anything --

18   BY MR. BRANIGAN:

19        Q.    Okay.  I see what you're saying.

20             So the answer would be "no";               14:46

21   correct?

22        A.    No.

23        Q.    Okay.  Have you ever been asked to

24   submit an IME related to your injuries from

25   this crash?                                          14:46



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                      177

 1        A.    No.  I don't know what that means.
 2        Q.    Have you ever been -- re-ask the
 3   question for clarification.
 4             Have you ever been asked to submit
 5   to an independent medical exam to obtain          14:46
 6   proceeds for the payment of your medical costs?
 7        A.    I don't know.
 8        Q.    Have you been ever -- have you ever
 9   been asked to provide proof of your injury for
10   the release of benefits to cover your medical     14:46
11   costs, aside from Tesla?
12             MR. BOUMEL:  Form.
13        A.    It sounds familiar what you're
14   saying, but I don't remember.
15   BY MR. BRANIGAN:                                  14:46
16        Q.    Okay.  Does any entity have a lien
17   against you for any recovery you may obtain
18   from Tesla?
19        A.    I don't know.
20        Q.    Does any entity have a lien against    14:47
21   you for any recovery you may have obtained from
22   Mr. McGee?
23        A.    Not that I know of.  I don't know.
24        Q.    Okay.  Did you make a claim for
25   disability for this crash?                        14:47



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                          178

```
 1         A.    No.
 2         Q.    Did you make a claim for Social
 3    Security benefits?
 4         A.    No.
 5         Q.    Did you make a claim for Medicare?        14:47
 6         A.    No.
 7         Q.    What about Medicaid?
 8         A.    No.
 9         Q.    Okay.  Aside from the entities that
10    we just talked about, has anyone else provided       14:47
11    you financial support to cover your medical
12    expenses?
13         A.    No.  Repeat the question, please.
14         Q.    Yes.
15               Has anyone other than yourself and        14:48
16    an insurance company paid for your medical
17    expenses?
18         A.    No.
19         Q.    Okay.  Has anyone since --
20         A.    Well --                                   14:48
21         Q.    Sorry?
22         A.    No.  I would say no.
23         Q.    Oh, okay.  Has anyone since the
24    crash provided you any financial support?
25         A.    No.                                       14:48
```



DILLON ANGULO                                                April 19, 2023
NEIMA BENAVIDES vs TESLA                                            179

```
 1        Q.    Has anyone since the crash provided
 2   you any support around the house?
 3        A.    Yes.
 4        Q.    Okay.  What kind of support do they
 5   give you?                                          14:48
 6        A.    My mom had hired like a home aid to
 7   take care of me for the time that when I was in
 8   the wheelchair and everything.  And then my
 9   mom -- my mom started working from home to help
10   me with the daily things.                          14:49
11        Q.    When you say "daily things,"
12   just can you give some examples?
13        A.    Like getting up in the morning.
14   Going for a walk.  You know, all those things.
15   Like, to support -- since I been -- gone          14:49
16   through all this, to be more supportive for me,
17   to be there for me.
18        Q.    Do you know how much that costs?
19        A.    I don't know.
20        Q.    How many hours would that person       14:49
21   attend to you a day?
22        A.    I don't know.  She comes -- two or
23   three times a day she comes by a couple of
24   hours.
25        Q.    Okay.  Does she still do that?          14:49
```



DILLON ANGULO                                      April 19, 2023
NEIMA BENAVIDES vs TESLA                                      180

```
 1        A.    Yeah.

 2        Q.    So when did that service start?

 3        A.    I wouldn't say it was a service

 4   because it's my mom, you know.  I don't know

 5   what you're --                                     14:50

 6              MR. BOUMEL:  I think you asked --

 7              MR. BRANIGAN:  I think -- yeah, I

 8        think we are a little confused.

 9              MR. BOUMEL:  You're conflating

10        because you asked two questions              14:50

11        back-to-back.

12              First, you asked the -- well, I

13        think first he's talked about a helper,

14        then you talked about his mom.  And you're

15        asking questions and I think you guys are    14:50

16        confused as to who you're talking about --

17              MR. BRANIGAN:  Yeah, a little.  Let

18        me sort this out.

19   BY MR. BRANIGAN:

20        Q.    So as far as the attendant that was    14:50

21   hired to assist you, how often would she come

22   by during the day?

23        A.    She would come by when my parents

24   were working and she would help me go to the

25   bathroom.  She'd cook me breakfast and lunch.     14:50
```



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                          181

1   And she did that to -- the time that I was in a

2   wheelchair.

3           But you got -- but I just felt so

4   uncomfortable having somebody to have to, you

5   know, wheel me to the bathroom and these                14:50

6   things, and I kind of just said that I wanted

7   to be by myself at some point.

8           And I was very motivated to try to

9   do everything that I could by myself because I

10  didn't want to be like -- I didn't want to be      14:51

11  handicapped.  I didn't want to be in these

12  things.  You know, I was -- and to this day,

13  you know, I fight that.  You know, I don't want

14  to label myself like that.  I want to get

15  better.                                            14:51

16      Q.    Okay.  When did those services end?

17      A.    I would say the three months that I

18  was in a wheelchair, so it lasted like three

19  months.

20      Q.    Okay.  Was she compensated hourly?       14:51

21      A.    I don't know how my -- well, my mom

22  helped pay that, so I don't know how much she

23  paid.

24      Q.    When you say your mom helped pay it,

25  did you pay part of it?                             14:51



DILLON ANGULO
NEIMA BENAVIDES vs TESLA

April 19, 2023
182

1      A.    No.

2      Q.    Did anybody else pay part of it?

3      A.    No.  Just my mom paid the lady to

4   help.

5      Q.    How much did she pay --          14:51

6      A.    I don't know.

7      Q.    -- in total?

8            No idea?

9      A.    I don't know.

10     Q.    Okay.  Aside from that woman and     14:51

11  your mom, has anybody else helped you with your

12  day-to-day life, just day-to-day activities?

13     A.    Day-to-day activities?  What, like

14  physical therapy and stuff like that or like --

15     Q.    No.  Just, like, stuff around the     14:52

16  house or chores.

17     A.    I have somebody that comes to help

18  clean the house.

19     Q.    How often do they do that?

20     A.    Once a week.                          14:52

21     Q.    Are they paid?

22     A.    Yes.

23     Q.    How much are they paid?

24     A.    $100.

25     Q.    $100 a day?                           14:52



800.211.DEPO (3376)
EsquireSolutions.com

DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                      183

 1     A.    Yes.

 2     Q.    Okay.  And they -- strike that.

 3           Does your mom still come by and

 4   assist you on a daily basis?

 5     A.    Physically, no.  But, like, for          14:52

 6   emotional support and to help me get going and

 7   stuff like that, yeah.

 8     Q.    When did that physical assistance

 9   end?

10     A.    When I got out of the wheelchair.        14:52

11     Q.    Would it be fair to say that you are

12   able to do your daily activities on your own

13   since getting out of the wheelchair?

14           MR. BOUMEL:  Form.

15     A.    Since -- since getting out of the        14:52

16   wheelchair, I -- I can't do the things that I

17   used to do without being in pain.  You know, I

18   have pain in daily activities.  Just waking up

19   in the morning, you know, I'm in pain.  Just

20   laying down, just sitting down talking to you    14:53

21   right now, I'm in pain.

22           The daily activities are very hard

23   for me.  I'm in a lot of pain.  I can do them,

24   but I'm pushing through pain every single day.

25   BY MR. BRANIGAN:                                 14:53



1      Q.    Okay.  Aside from medical costs --

2  have you incurred any other type of financial

3  cost or burden as a result of the crash?

4            MR. BOUMEL:  Form.

5      A.    I don't know.                                  14:53

6  BY MR. BRANIGAN:

7      Q.    Prior to the crash, did you provide

8  financial support to anyone?

9      A.    Prior to the crash did I provide --

10  no.                                                      14:54

11      Q.    Do you drink alcohol?

12      A.    Now?  I drink socially, or if I go

13  on a date, I'll have wine or a bottle of wine,

14  but it's just socially.

15            Or if I go -- if I watch a game, I          14:54

16  will have a beer or something like that.  But

17  I've never been a big drinker.

18      Q.    How about before the crash?

19      A.    I was never a big drinker.  But

20  before the crash, I was sober for like about a         14:54

21  year.  I wasn't drinking.  I wasn't doing

22  anything.

23      Q.    Okay.

24            MR. BRANIGAN:  Do you guys mind if I

25      take a five-minute break here?  We're --           14:55



1        we're pretty much done.  I just want to --

2             MR. BOUMEL:  Sure.  Yeah.  Do your

3        thing.

4             (A brief recess was taken from

5        2:55 p.m. to 3:01 p.m.)                    15:01

6             MR. BOUMEL:  All right.  You done?

7             MR. BRANIGAN:  Yes.  I'm sorry.

8        Yes.  I am finished.

9             Thank you, Mr. Angulo.  Your

10       attorney has a few questions for you now.    15:01

11            MR. BOUMEL:  Hey, Dillon.  How are

12       you today?

13            THE WITNESS:  Hanging in there.

14            MR. BOUMEL:  I know we've been here

15       for a long time, I just have a couple of

16       brief follow-ups and then we'll get out of

17       here.  Good?

18            THE WITNESS:  Okay.

19                 CROSS-EXAMINATION

20   BY MR. BOUMEL:                                 15:01

21       Q.   All right.  So Mr. Branigan asked

22   you and you testified about some other car

23   collisions other than this one from both before

24   and after this collision.

25            Do you remember that?                 15:01



1      A.    Yes.

2      Q.    For any of those collisions that you

3  were in, did you have to get medical treatment,

4  or were you injured in any way?

5      A.    No.                                          15:01

6      Q.    Mr. Branigan also asked you about

7  criminal charges that you had, and you told him

8  about some of those charges.

9            Do you remember that?

10     A.    Yes.                                         15:01

11     Q.    Did any of those criminal charges

12 result in any convictions within the past ten

13 years?

14     A.    No.

15     Q.    Obviously we talked about your time      15:02

16 in rehab.

17           Approximately how long were you out

18 of rehab before this incident happened?

19     A.    About a year.

20     Q.    And did you -- in that year'S time     15:02

21 did you do any xanax?

22     A.    No.

23     Q.    And still, to this day, have you

24 done any xanax since leaving rehab?

25     A.    No.                                          15:02



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                      187

1       Q.   We talked about -- I know you said

2  you had a fracture -- from this incident, you

3  had a fracture of a bone in your neck.

4            Do you recall that?

5       A.   Yes.                                         15:02

6       Q.   Are you still having any pain or

7  symptoms that you believe may be related to

8  that bone fracture?

9       A.   Yes.  When I look down to read, or

10  if I'm looking down on my phone for 30 minutes      15:02

11  or like an hour or so, my neck starts to hurt.

12      Q.   Okay.  And I know you talked about

13  injuring your knee in this incident.  I believe

14  you called it an ACL tear?

15      A.   Partial tear.                               15:03

16      Q.   Partial tear.

17            Do you have new symptoms

18  that continue --

19      A.   It was the ACL or MCL, one of the

20  ligaments in the leg was partially torn.            15:03

21      Q.   And do you still have any symptoms

22  that you relate to that, any symptoms or pain

23  or impairment?

24      A.   Yes, I do have symptoms.

25      Q.   And what -- what do you still --          15:03



1  what's still going on with your knee?

2      A.   Like, I can feel, like, when I'm

3  walking, sometimes, you know, I can feel the

4  pain in the leg.

5      Q.   I know you also said that you had    15:03

6  lower -- some fractures to the bones in your

7  lower spine.

8        Do you recall that?

9      A.   Yes.  The second -- the second,

10  like, ball on the spine on the bottom, I forgot   15:03

11  the name of it, but it's like -- that's, like,

12  the worst of my pain, in the sacrum area; that

13  whole area.  There's a lot of pain in that

14  area.

15      Q.   And then I know you said you       15:04

16  fractured some teeth or broke some teeth?

17      A.   Yes --

18        MR. BRANIGAN:  I'm going to stop

19      right here, and I'm going to place a

20      standing objection to the extent this was   15:04

21      asked and answered.

22        MR. BOUMEL:  Okay.  I mean, I'm

23      just --

24        MR. BRANIGAN:  He can answer --

25        MR. BOUMEL:  That's why it's a      15:04



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                          189

1          cross-examination.  I'm asking him about

2          the stuff that you asked him about.  That's

3          what a cross-exam is.

4    BY MR. BOUMEL:

5          Q.    You testified that you had fractured          15:04

6    some teeth, correct, in this incident?

7          A.    Correct.  I -- I fractured -- I

8    think it was, like three or four teeth in my

9    mouth.

10          I know previously, before the          15:04

11   accident, I fractured one.  But it was three or

12   four teeth in my mouth that were fractured.

13   And the whole jaw was fractured, and I have the

14   metal plate and three screws inside my jaw.

15         Q.    Do you -- and I'm looking under your          15:04

16   chin and I see a pretty significant scar, is

17   that the scar from your jaw surgery?

18         A.    Yes.

19         Q.    And then do you still have any

20   issues as it relates to your teeth continuing          15:05

21   to this day?

22         A.    I grind my teeth at night.  And also

23   it's just -- when I look at myself in photos,

24   you know, I don't smile the same way.  Like, I

25   have this stiff Frankenstein smile.  It's not          15:05



1    the same.

2         Q.    And then what about your teeth

3    themselves, how were your teeth repaired?  Were

4    they -- the teeth that were broken in this

5    collision, this collision involving the Tesla,            15:05

6    how were those teeth repaired?

7         A.    I forgot what they call it, but it's

8    like they fill them in, and then they, like,

9    grind it and smooth it out to make it look like

10   a tooth.  They're not veneers.  It's the other           15:05

11   way they repair it.

12        Q.    And you having any issues continuing

13   to this day, I guess, with those teeth

14   replacements, we'll call them?

15        A.    Yeah.  Every so -- so every two --            15:05

16   two months, I got to repair my teeth because I

17   eat something that's hard, or I have a piece of

18   thin crust pizza and my teeth breaks.

19             Like yesterday, my tooth broke and I

20   got it fixed yesterday.  I'm constantly having           15:06

21   to watch what I eat, and I have to break it up

22   into small pieces and put it into my mouth.

23             MR. BOUMEL:  No further questions.

24        Thank you so much.

25             MR. BRANIGAN:  Thank you.  I have a            15:06



```
 1      couple.

 2

 3              REDIRECT EXAMINATION

 4    BY MR. BRANIGAN:

 5      Q.    You just mentioned that sometimes    15:06

 6    when you chew on hard things your teeth are

 7    reinjured.

 8            Is that a fair characterization of

 9    what you said?

10      A.    Yes.                                 15:06

11      Q.    What kind of things -- strike that.

12            How frequently has that occurred?

13      A.    Many.  I don't know how many times,

14    but it's happened a lot.

15      Q.    Is it like a weekly thing?          15:06

16      A.    Not weekly.  But I would say in the

17    year, it might happen like four or five times.

18      Q.    What kind of things would you chew

19    on that would trigger this reinjury?

20      A.    What happened last time was I was    15:07

21    chewing a piece of pizza that I got at

22    Frankie's Pizza on Bird Road, and just heated

23    it up, just a little bit hard, and it just

24    cracked my tooth again.

25            And I think the last time that it    15:07
```



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                          192

 1  happened, I forgot what I was -- it's always

 2  eating something, you know.  Eating something.

 3      Q.    When this happens, do you have to --

 4  strike that.

 5          When this happens, what kind of          15:07

 6  procedure do you undergo to repair your teeth?

 7      A.    I have to make an appointment at the

 8  doctor, and they sometimes can't get me in on

 9  the same day.  I have to wait.  And then they

10  fill it in.  They fill it back in.  I don't      15:07

11  know what that's called in dentist terms, but

12  they fill it back in and make it look like a

13  tooth again.

14      Q.    Okay.

15      A.    But it's embarrassing, you know,        15:08

16  when I have to talk to somebody and they have

17  to see my chipped tooth, and I look like a

18  hillbilly or something.

19      Q.    Now, previously I asked if you had

20  undergone any procedures related to your         15:08

21  injuries.  And I just want to make sure that

22  we're getting all of them.

23          Aside from what you just mentioned

24  to me and aside from removing the rod, after

25  you're discharged from the hospital have there   15:08



DILLON ANGULO                                           April 19, 2023
NEIMA BENAVIDES vs TESLA                                          193

```
 1   been any other procedures that you
 2   have undergone related to your injuries that we
 3   have not talked about?
 4        A.    No.
 5        Q.    Okay.  When you get these procedures    15:08
 6   to repair your teeth after biting down on
 7   something, is it always the same dentist?
 8        A.    Yes.
 9        Q.    Okay.  Who is that?
10        A.    Falls Dental.                           15:08
11        Q.    Okay.  Do you know their address?
12        A.    I don't know the exact address, but
13   it's like 136th Street and something.  I don't
14   know.  I was there yesterday.
15        Q.    What were you there yesterday for?     15:08
16        A.    Repairing my front tooth.
17        Q.    Okay.  Is this a result of -- strike
18   that.
19              Was the repair yesterday a result of
20   you biting down on food?                          15:09
21        A.    Yes.  Eating pizza.
22        Q.    Okay.  That pizza, is that what you
23   were describing earlier, the Frankie's Pizza?
24        A.    Yeah.
25        Q.    Okay.  When did that occur?            15:09
```



DILLON ANGULO                                          April 19, 2023
NEIMA BENAVIDES vs TESLA                                         194

1        A.    That occurred the morning before.

2        Q.    Okay.   These procedures, do you pay

3    out of pocket for them?

4        A.    Yes.

5        Q.    Okay.   How much do they cost per          15:09

6    procedure?

7              MR. BOUMEL:   Form.

8        A.    200- to $300 a tooth.

9    BY MR. BRANIGAN:

10       Q.    Per tooth?                                 15:09

11       A.    Per tooth.

12       Q.    Okay.   Thank you.

13             MR. BRANIGAN:   I have no more

14       questions.

15             MR. BOUMEL:   We will read, and if a       15:09

16       copy is ordered, we will take a copy.   If

17       the transcript is ordered, we will take a

18       copy.

19             MR. BRANIGAN:   I will order an

20       e-transcript.                                    15:09

21             MR. BOUMEL:   And we will take a copy

22       and we will read.

23             (The deposition was concluded at

24       3:09 p.m.)

25



DILLON ANGULO                                    April 19, 2023
NEIMA BENAVIDES vs TESLA                                    195

CERTIFICATE OF OATH

THE STATE OF FLORIDA )

COUNTY OF MIAMI-DADE )

I, the undersigned authority, certify that
DILLON ANGULO personally appeared before me and
was duly sworn on the 19th day of April, 2023.

Signed this 2nd day of April, 2023.



_____

MAIRELYS ALBO, RPR
Notary Public - State of Florida
My Commission No. HH 065887
My Commission Expires: 01/27/25



CERTIFICATE OF REPORTER


THE STATE OF FLORIDA )

COUNTY OF MIAMI-DADE )


    I, MAIRELYS ALBO, Registered Professional Reporter, certify that I was authorized to and did stenographically report the deposition of DILLON ANGULO, pages 1 through 194; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

    I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.


    DATED this 2nd day of May, 2023.


*Mairelys Albo*

_____

MAIRELYS ALBO, RPR



DILLON ANGULO                                                     April 19, 2023
NEIMA BENAVIDES vs TESLA                                                    197

```
                         ERRATA SHEET
        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
                 IN RE: ANGULO v. TESLA, INC.
             CASE NO. 21-CV-21940-BLOOM/OTAZO-REYES
WITNESS:  DILLON ANGULO            TAKEN:  04/19/2023


PAGE     LINE    CHANGE         REASON FOR CHANGE
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


         Under penalties of perjury, I declare that
I have read the foregoing document and that the facts
stated in it are true.


_____      _____
Date                    DILLON ANGULO
```



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA (MIAMI)

### Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

     Plaintiff,

v.                               Case: 1:21-cv-21940-BB

TESLA, INC., a/k/a Tesla Florida, Inc., Defendant.

     Defendant.

_____/

DILLON ANGULO,

     Plaintiff,

v.                               Case: 22-cv-22607-KMM

TESLA, INC. a/k/a Tesla Florida, Inc.,

     Defendant.

_____/

## AMENDED NOTICE OF TAKING
## DEPOSITION OF PLAINTIFF DILLON ANGULO

    TO:    All Counsel of Record
           TSG Court Reporting

**PLEASE TAKE NOTICE** that Defendant TESLA, INC., by its attorneys, BOWMAN

AND BROOKE LLP, will take the deposition of Plaintiff **DILLON ANGULO** on **Wednesday,**

**April 19, 2023, beginning at 10:00 a.m.** at COLE, SCOTT & KISSANE, P.A., 9150 S.

Dadeland Blvd., Suite 1400, Miami, Florida 33156.  Access via Zoom Teleconference will be

provided for counsel attending remotely.

      This deposition will be taken before a court reporter in accordance with the Federal Rules

of Civil Procedure including, but not limited to, Rules 26 and 30 and the Federal Rules of

Evidence.  The deposition transcript, once completed, may be used for all purposes permitted by

law.  This deposition will begin at the time stated above and continue until complete.

27607782v1

EXHIBIT
D. Angulo
A
4/19/23 mA

Scanned with CamScanner

You are invited to attend and examine the deponent.

Respectfully Submitted,
COLE, SCOTT & KISSANE, P.A.

*/s/ Henry Salas*
Henry Salas
Florida Bar No. 815268
9150 S. Dadeland Blvd., Suite 1400
Miami, Florida 33156
(786) 268-6419
henry.salas@csklegal.com

and

BOWMAN AND BROOKE LLP
Thomas P. Branigan (*Pro Hac Vice*)
Drew P. Branigan (*Pro Hac Vice*)
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
(248) 201-3300
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

Dated: March 10, 2023

27607782v1

Scanned with CamScanner

## PROOF OF SERVICE

I hereby certify that on March 10, 2023, I served the foregoing paper by electronic mail to the following:

Todd Poses, Esq.
Florida Bar No. 075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street Suite 1600
Miami, Florida 33131
(305) 577-0200 Tel
(305) 371-3550 Fax
tposes@posesandposes.com
maria@posesandposes.com

Attorneys for Plaintiff *Neima Benavides*

Douglas Eaton, Esq.
Florida Bar No. 129577
EATON & WOLK, PL
2665 S. Bayshore Drive
Suite 609
Miami, Florida 33133
(786) 752-4742
(786) 350-3079
deaton@eatonwolk.com

Attorneys for Plaintiff *Neima Benavides*

Darren J. Rousso, Esq.
Florida Bar No.: 97410
Adam T. Boumel, Esq.
Florida Bar No.: 110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669
Adam@roussolawfirm.com

Attorneys for Plaintiff *Dillon Angulo*

COLE, SCOTT & KISSANE, P.A.

*/s/ Henry Salas*
Henry Salas
Florida Bar No. 815268
9150 S. Dadeland Blvd., Suite 1400
Miami, Florida 33156
(786) 268-6419
henry.salas@csklegal.com

27607782v1

Scanned with CamScanner

IN THE CIRCUIT COURT OF THE
16TH JUDICIAL CIRCUIT IN AND FOR
MONROE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.:

DILLON ANGULO,

     Plaintiff,

v.

GEORGE BRYAN MCGEE.

     Defendant.

_____/

## COMPLAINT

     The Plaintiff, Dillon Angulo sues the Defendant, George Bryan McGee and alleges as

follows:

### JURISDICTIONAL STATEMENT AND IDENTIFICATION OF PARTIES

     1.    This is an action for damages in excess of the minimum jurisdictional limits of the

Court, exclusive of interest and costs.

     2.    Plaintiff, DILLON ANGULO, is a resident of Miami-Dade County, Florida that

has suffered severe and permanent injuries as a result of Defendant's negligence.

     3.    Defendant George Bryan McGee is a resident of Palm Beach County, Florida.

     4.    Venue is proper in Monroe County, Florida where the events giving rise to the

lawsuit occurred.

     5.    Any and all conditions precedent to the maintenance of this action have been

complied with.

Law Offices Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134   T 305.442.8666   F 305.285.1668

Scanned with CamScanner

D-Angulo
**EXHIBIT**
**B**
4/19/23  MA
depobook.com

## FACTS GIVING RISE TO CAUSE OF ACTION

6.     On April 25, 2019 Defendant McGee was operating his 2019 Tesla Model S Eastbound on County Road 905A in Monroe County approaching the intersection of County Road 905A and County Road 905.

7.     Dillon Angulo's 2010 Chevy Tahoe was parked facing southbound on the East shoulder of County Road 905.

8.     As he approached the intersection of County Road 905, Defendant, McGee failed to slow his vehicle and ran the red light striking a traffic sign and then the right side of Dillon Angulo's Chevy Tahoe.

9.     The force was such that the impact spun the Chevy Tahoe Eastbound causing it to strike Dillon Angulo and his girlfriend, Naibel Benavides who were standing outside of the parked vehicle.

10.     Ocean Reef Fire Rescue responded to the scene where they treated Dillon Angulo for serious injuries and pronounced Naibel Benavides dead.

11.     As a direct and proximate result of the Defendant' negligence, Plaintiff Dillon Angulo sustained serious and permanent injuries and the damages detailed below.

## COUNT I

## CLAIM FOR NEGLIGENCE AGAINST DEFENDANT MCGEE

12.     Plaintiff adopts and realleges paragraphs 1 through 11 as if fully set forth herein and further alleges:

13.     At all times material, Defendant McGee owed a duty to exercise reasonable care in the operation, control, and use of the Tesla Model S for the benefit of other individuals on the public roadways, including Dillon Angulo.

2

Law Offices Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134   T 305.442.8666   F 305.285.1668

9/25/2019 8:47 AM eFiled - Kevin Madok, CPA, Clerk of the Court Page 2

Scanned with CamScanner

14.     Defendant McGee, however, breached his duty in the following ways:

    a.  Failing to operate the Tesla in a safe and reasonable manner;

    b.  Failing to operate the Tesla in compliance with the state and local traffic laws;

    c.  Failing to maintain control of the Tesla;

    d.  Driving the Tesla at an unsafe speed, which was greater than reasonable and prudent under the circumstances;

    e.  Failing to observe the Chevy Tahoe and to take appropriate action to avoid a collision when there was reasonable and sufficient time to do so;

    f.  Other acts of negligence to be determined through discovery.

15.     As a direct and proximate result of the negligence of Defendant McGee, Plaintiff has suffered the damages set forth below.

## PERSONAL INJURY DAMAGES OF DILLON ANGULO

29.     Dillon Angulo has incurred and will continue to incur the following serious injuries and damages, which are permanent or continuing in nature:

    a.  Past and future severe mental distress;

    b.  Permanent bodily injury;

    c.  Past and future permanent pain and suffering;

    d.  Disability and disfigurement;

    e.  Loss of capacity for the enjoyment of life;

    f.  Past and future medical and other health care related expenses;

    g.  Hospital expenses;

    h.  Rehabilitation expenses;

    i.  Past lost wages; and

Law Offices Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134   T 305.442.8666   F 305.285.1668

Scanned with CamScanner

    j.  Loss of future earning capacity.

WHEREFORE, Dillon Angulo demands judgment for the damages alleged above against Defendant as well as post-judgment interest, the costs and fees of bringing this action as allowed by law, and any other relief this Honorable Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues triable as of right by a jury.

Dated this 25th day of September, 2019.

GROSSMAN ROTH YAFFA COHEN, P.A.
Attorneys for Plaintiff
2525 Ponce de Leon Blvd.
Suite 1150
Coral Gables, Florida 33134
Telephone:  305-442-8666
Facsimile:  305-285-1668
E-Mail:  aby@grossmanroth.com
        aag@grossmanroth.com
        jjc@grossmanroth.com
        omb@grossmanroth.com


By:  /s/Andrew B. Yaffa
     ANDREW B. YAFFA
     FL Bar No.: 897310
     ALEX ARTEAGA GOMEZ
     FL Bar No.: 18122
     JULIAN J. CATALA
     FL Bar No.: 101485

4

Law Offices Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134  T 305.442.8666  F 305.285.1668

9/25/2019 8:47 AM eFiled - Kevin Madok, CPA, Clerk of the Court Page 4

Scanned with CamScanner



4 bd | 2 ba | 1,460 sqft

274 W Seaview Dr, Duck Key, FL 33050

● **Sold: $900,000** | Sold on 07/16/20 | Zestimate®: **$1,546,200**

**Est. refi payment:** $5,327/mo  $  **Refinance your loan**



Scanned with CamScanner