UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**TESLA, INC.'S INDEX OF CITED EXHIBITS PURSUANT TO
THIS COURT'S ORDER SETTING TRIAL [DE 8]**

Defendant Tesla, Inc. ("Tesla"), files its Index of Cited Exhibits pursuant to this Court's Order Setting Trial [DE 8] as follows:

| **[DE 325] Tesla, Inc.'s Statement of Undisputed Facts in Support of Its Motion for Summary Judgment** | | |
|---|---|---|
| 325-1 | Ex. A | Ryan Harrington Expert Report dated June 24, 2025 |
| 325-2 | Ex. B | Log Data |
| 325-3 | Ex. C | Florida Highway Patrol Body Worn Camera Transcript – George McGee |

| **[DE 325] Tesla, Inc.'s Statement of Undisputed Facts in Support of Its Motion for Summary Judgment** | | |
|---|---|---|
| 325-4 | Ex. D | Transcript of George McGee 911 Call |
| 325-5 | Ex. E | PE21-020: Information Request, Question 5.e. |
| 325-5 | Ex. F | Tesla Model S 75D Standard Features (BENAVIDES-00001768) |
| 325-6 | Ex. G | Dillon Angulo's Objections and Answers to Defendant Tesla, Inc.'s First Set of Interrogatories |
| 325-7 | Ex. H | Transcript of deposition of Dillon Angulo (and exhibits) taken on April 19, 2023 |
| 325-8 | Ex. I | Complaint for Damages filed *in re Neima Benavides v. George Brian McGee* |
| 325-9 | Ex. J | Complaint for Damages filed *in re Dillon Angulo v. George Bryan McGee* |
| 325-10 | Ex. K | Mary Cummings Expert Opinion Supplemental Opinion dated August 20, 2024 |
| 325-11 | Ex. L | Tesla, Inc.'s Response to Plaintiff Dillon Angulo's Eleventh Request for Production |

In addition, Tesla is providing the Court with the following list of cited exhibits in its Rule 702 Motion to Exclude [DE 318] and Motion in Limine [320] since many of the exhibits cited in Tesla's Motion for Summary Judgment [DE 325] were filed with Tesla's Rule 702 Motion to Exclude and Tesla's Motion in Limine.[1]

| **[DE 318] Tesla, Inc.'s Motion to Exclude Plaintiffs' Experts Moore, Cummings, And Pettingill Under Federal Rules of Evidence 702, 401, and 403 and Memorandum of Law** | | |
|---|---|---|
| 318-1 | Ex. A | Alan Moore Expert Report dated June 23, 2024 |
| 318-2 | Ex. B | Transcript of Deposition of Alan Moore (and exhibits) taken on July 12, 2024 |

---

[1] Docket Entries 318, 319, and 325 and all corresponding exhibits were filed UNDER SEAL.

| **[DE 318] Tesla, Inc.'s Motion to Exclude Plaintiffs' Experts Moore, Cummings, And Pettingill Under Federal Rules of Evidence 702, 401, and 403 and Memorandum of Law** | | |
|---|---|---|
| 318-3 | Ex. C | Transcript of Deposition of Alan Moore (and exhibits) taken on December 13, 2024 |
| 318-4 | Ex. D | Mary Cummings Expert Opinion dated June 25, 2024 |
| 318-5 | Ex. E | Mary Cummings Updated Expert Opinion dated July 20, 2024 |
| 318-6 | Ex. F | Transcript of Deposition of Mary Cummings (and exhibits) taken on July 23, 2024 |
| 318-7 | Ex. G | Declaration of Mary Cummings dated December 2, 2024 |
| 318-8 | Ex. H | Transcript of Deposition of Mary Cummings (and exhibits) dated December 13, 2024 |
| 318-9 | Ex. I | Transcript of Deposition of George McGee (and exhibits) taken on March 15, 2022 |
| 318-10 | Ex. J | Model S Owner's Manual |
| 318-11 | Ex. K | Tesla AP Autosteer (Beta) message |
| 318-12 | Ex. L | Distracted Driving – Exhibit 11 to Mary Cummings July 23, 2024 deposition |
| 318-13 | Ex. M | Bernard Pettingill Present Value Analysis Report dated June 19, 2024 |
| 318-14 | Ex. N | Transcript of deposition of Bernard Pettingill (and exhibits) taken on September 13, 2024 |
| 318-15 | Ex. O | Counsel correspondence dated September 13, 2024 |
| 318-16 | Ex. P | Amended Notice of Taking Remote Deposition *Duces Tecum* of Bernard Pettingill |

| **[DE 320] Tesla, Inc.'s Motion *in Limine* and Memorandum of Law in Support** | | |
|---|---|---|
| 320-1 | Ex. A | Ryan Harrington Expert Report dated June 24, 2025 |
| 320-2 | Ex. B | PE21-020: Information Request, Question 5.e. |

| **[DE 320] Tesla, Inc.'s Motion *in Limine* and Memorandum of Law in Support** | | |
|---|---|---|
| 320-3 | Ex. C | Log Data |
| 320-4 | Ex. D | Florida Highway Patrol Body Worn Camera Transcript – George McGee |
| 320-5 | Ex. E | Part 573 Safety Recall Report 23V-838 |
| 320-6 | Ex. F | Transcript of deposition of Robert Sumwalt (and exhibits) taken on July 9, 2024 |
| 320-7 | Ex. G | Correspondence from the NTSB dated July 8, 2024 |
| 320-8 | Ex. H | Email correspondence from Robert Sumwalt dated July 6, 2024 |

Dated: January 28, 2025                               Respectfully submitted,

*s/ Whitney V. Cruz*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

*Attorneys for Defendant TESLA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 28, 2025, the foregoing was filed using the Court's CM/ECF system, which will send electronic notice of the same to all interested parties.

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

*s/ Whitney V. Cruz*
Whitney V. Cruz