**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

Defendant.
_____________________________________/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

Defendants.

_______________________________/

**JOINT REQUEST FOR STATUS CONFERENCE**

The Parties, jointly through their undersigned counsel, hereby respectfully request that this Honorable Court conduct a Status Conference in this matter, and state as follows:

1. As this Honorable Court is aware, trial in this matter is currently special set to commence on March 24, 2025. See, D.E. 270.
2. As this Honorable Court is also aware, at a Status Conference conducted on December 12, 2024, this

Honorable Court indicated to the parties that the current trial setting may be moved because of Plaintiffs' Motion for Rule 37 Sanctions (D.E. 285) which remains pending before the Court.

3. The Parties have both been preparing for and are ready to proceed to trial as currently set. Notwithstanding, because of the complexity of this action and the numerous witnesses which the Parties will need to coordinate (including out-of-state witnesses and witnesses who will need to be compelled to appear through trial subpoenas), the Parties are respectfully requesting that this Honorable Court conduct a Status Conference, so that the Parties may better understand the Court's intention as to whether trial will or will not be proceeding as currently set. Additionally, Tesla would like clarification as to whether a hearing will be held on Plaintiffs' Motion for Sanctions.

**CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel for Plaintiffs conferred with Joel Smith, counsel for Tesla, who indicated that Tesla joins in on this Request.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notices of electronic submission to all parties on the attached service list.

**THE ROUSSO, BOUMEL LAW FIRM, PLLC.**
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By: ***/s/ Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email: Adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com
Haiyang@roussolawfirm.com

**SERVICE LIST**

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Joel Smith Esq.**
**Attn:Thomas P. Branigan, Esq.**
**Attn: Whitney Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
**Attn: Wendy F. Lumish, Esq.**
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
Wendy.Lumish@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*