UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**THE PARTIES' JOINT MOTION FOR TWO-WEEK EXTENSIONS
FOR ALL RESPONSES TO PRE-TRIAL MOTIONS**

Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, Plaintiff Dillon Angulo, and Defendant, Tesla, Inc. (hereinafter the "Parties"), through their undersigned counsel, hereby submit this Joint Motion for Two-Week Extensions for the Parties to filed their Responses to all Pre-Trial Motions, and states as follows:

1. The Parties have both recently filed their Pre-Trial Motions in accordance with this Honorable Court's Orders setting the deadlines for same. See, D.E. 301 and 327.

2. Per Rule 3.01 (d), the timeframe for the Parties to file their Responses is currently 14 days.

3. For Plaintiffs, all of their Responses to Tesla's Motions (D.E. 318-320) are currently due on February 10, 2025.

4. For Tesla, its Response to Plaintiffs' Daubert Motion (D.E. 322) is currently due on February 10, 2025, and its Response to Plaintiffs' Omnibus Motion in Limine (D.E. 329) is currently due on February 14, 2025.

5. Due to the complexity and numerosity of the Pre-Trial Motions, the Parties are jointly requesting an additional 14 days for all Responses. This would render the new due dates as follows:

   a. February 24, 2025: Plaintiffs' Responses to all of Tesla's Pre-Trial Motions (D.E. 318-320)

   b. February 24, 2025: Tesla's Response to Plaintiffs' Daubert Motion (D.E. 322)

   c. February 28, 2025: Tesla's Response to Plaintiffs' Omnibus Motion in Limine (D.E. 329).

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel for Plaintiffs conferred with Joel Smith, counsel for Tesla, who indicated that Tesla joins in on this Request.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2025. I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notices of electronic submission to all parties on the attached service list.

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By: /s/ *Adam T. Boumel, Esq.*
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email: adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com
haiyang@roussolawfirm.com

## SERVICE LIST

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
**Attn: Wendy F. Lumish, Esq.**
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
Wendy.Lumish@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*