**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

Case No. 22-22607-KMM

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

    Hilarie Bass files this Notice of Appearance as additional trial counsel for Defendant, Tesla, Inc. a/k/a Tesla Florida, Inc. The undersigned requests that all pleadings, correspondence and other papers be served on the undersigned.

Date: February 7, 2025

Respectfully submitted,

By: __s/ Hilarie Bass_____
**HILARIE BASS,** Florida Bar No. 334243
bassh@bassinstitute.org
HILARIE BASS, ESQUIRE LLC
2821 Bayshore Drive, UPH-B
Miami, FL 33133
Telephone (305) 505-8777

*Attorney for Defendant,*
*Tesla, Inc. a/k/a Tesla Florida, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Whitney V. Cruz**
Florida Bar No. 800821
**Wendy F. Lumish**
Florida Bar No. 334332
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**Thomas P. Branigan**
*(*Admitted *Pro Hac Vice)*
**Drew P. Branigan**
*(*Admitted *Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Joel Smith**
*(*Admitted *Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
joel.smith@bowmanandbrooke.com

*Attorneys for Defendant TESLA, Inc.*


By:   s/ Hilarie Bass
    HILARIE BASS
    Florida Bar No. 334243