UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

                                                                                                           Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN ADDITIONAL
CHALLENGE RE TESLA'S EXPERT NEUROPSYCHOLOGIST, DR. CROWN**

      Plaintiff, Dillon Angulo, by and through his undersigned counsel, hereby submits this Unopposed Motion for Leave to file an additional challenge to the opinions of Tesla's expert Neuropsychologist, Dr. Barry Crown, and states as follows:

      1.     As this Court is by now well aware, this action arises from the death of Naibel Benavides Leon and serious personal injuries suffered by Dillon Angulo. Regarding Plaintiff Angulo, the medical records are clear that he suffered life threatening polytrauma from this crash, including but not limited to numerous orthopedic injuries and fractures, as well as a traumatic brain

injury with brain bleeding so severe that when he was airlifted from the seen to the trauma center, he was noted to have a Glascow Coma Scale of three (3), the lowest score on the Glascow Coma Scale.

2. Tesla has retained Dr. Barry Crown as its expert neuropsychologist to contest the damages claimed by Plaintiff Angulo.

3. Pursuant to this Honorable Court's Orders reflected in DE 301 and 327, Plaintiffs' Pre-Trial Motions were due on January 27, 2025 and January 31, 2025.

4. In Plaintiffs' Omnibus Motion in Limine, filed on January 31, 2025 (DE 329), Plaintiff did move for the limitation of some of the opinions of Dr. Crown. See, ¶ 19 of Plaintiffs' Omnibus Motion in Limine.

5. At the time Plaintiffs filed that Motion, Plaintiffs had not yet deposed Dr. Crown. Dr. Crown's deposition had originally been scheduled for December 19, 2024, but was then cancelled at the request of Tesla and rescheduled for January 15, 2025. On January 14, 2025, Plaintiff's undersigned counsel requested that Dr. Crown's deposition for the next day be rescheduled. Speaking frankly, Plaintiffs' Reply in Support of Plaintiffs' Motion for Rule 37 Sanctions was due on January 17, 2025, and at the time the undersigned counsel had to prioritize his work on that Reply brief as opposed to preparing for and deposing Dr. Crown.

6. Ultimately, Dr. Crown's deposition proceeded on February 4, 2025. In his deposition, Dr. Crown provided testimony making it clear from Plaintiffs' perspective that several additional challenges to his opinions and anticipated testimony were necessary.

7.      Accordingly, Plaintiff hereby files this Motion for Leave, requesting that this Honorable Court allow Plaintiff to file a single additional Motion challenging the basis and admissibility of several of the opinions which Dr. Crown intends to offer at trial.

8.      These new challenges to Dr. Crown's testimony are simple and narrow, will not require anything more than very simple briefing and responses, and will not impact in any manner the currently set trial period of March 24, 2025.  Plaintiff can have this additional Motion filed by no later than February 21, or sooner if required.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that he has conferred with Tesla's counsel, Whitney Cruz, who has indicated that Tesla has no objection to Plaintiff's filing an additional Motion regarding Dr. Crown, but noted that Tesla will request an additional seven (7) days to file its Response on top of the standard 14 days (for a total of 21 days).

Date:  February 14, 2024                                Respectfully submitted,

*/s/ Adam T. Boumel*
**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
**THE ROUSSO, BOUMEL LAW FIRM, PLLC**
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 14th day of February, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

*Attorneys for Defendant Tesla, Inc.*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Adam T. Boumel*
Adam T. Boumel, Esq.
Florida Bar No. 0110727