UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,
    Defendant.
_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,
    Defendants.
_____/

**THE PARTIES' JOINT MOTION FOR LEAVE
TO FILE EXCESS PAGES FOR THEIR RESPONSES TO PRE-TRIAL MOTIONS**

    Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, Plaintiff, Dillon Angulo, and Defendant, Tesla, Inc. (hereinafter the "Parties") hereby submit this joint request for an increase in the page limitations for their responses to pre-trial motions, and state as follows:

1. As this Honorable Court is aware, this is a complex product liability action. On January 27, 2025, Tesla filed its Pre-Trial Motions, as follows:

    a. Omnibus Motion in Limine (DE 320);

   b. Statement of Material Facts in support of Motion for Summary Judgement (DE 325);

   c. Motion for Summary Judgement (DE 326); and

   d. Omnibus Motion to Exclude Plaintiff's Experts (DE 318).

2. In advance of Tesla's pre-trial Motions, Tesla filed an Unopposed Motion for Leave to File Excess Pages (DE 309) which was granted by this Court (DE 310). As a result, Tesla was granted the following increases in its page limitations:

   a. Motion for Summary Judgement was increased to 35 pages from 20 pages

   b. Statement of Material Facts was increased to 15 pages from 10 pages

   c. Omnibus Motion to Exclude Plaintiffs' experts was increased to 30 pages from 20 pages.

3. In light of the complexity and volume of issues which the Parties need to respond to, the Parties hereby request a corresponding increase in page limitations for their responsive pleadings, as follows:

   a. 15 pages for Plaintiffs to provide a Statement of Facts in support of their Response in Opposition to Tesla's Motion for Summary Judgement;

   b. An additional 15 pages for Plaintiffs to respond to Tesla's Statement of Facts;

   c. 35 pages for Plaintiffs' response to Tesla's Motion for Summary Judgement;

   d. 35 pages for Plaintiffs' response to Tesla's Omnibus Motion to Exclude Plaintiff's Experts; and

   e. 35 pages for Tesla's response to Plaintiffs' Omnibus Motion in Limine (DE 329).

WHEREFORE, Plaintiffs' and Defendant pray this Honorable Court grant this instant Motion.

**CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel for Plaintiffs conferred with Whitney Cruz, counsel for Tesla, who indicated that Tesla joins in on this request.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of February, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notices of electronic submission to all parties on the attached service list.

**THE ROUSSO, BOUMEL LAW FIRM, PLLC.**
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By:   **/s/ *Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email:
Adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com
Haiyang@roussolawfirm.com

## SERVICE LIST

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Joel Smith Esq.**
**Attn:Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*