UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

                                  /

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

                                  /

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Plaintiff, DILLON ANGULO, pursuant to Local Rule 5.4(b), requests leave of court to file additional challenges to the opinions of Tesla's expert Neuropsychologist, Dr. Barry Crown, under seal for the reasons set forth below:

1. The reports and opinions of Dr. Crown pertain to highly personal, sensitive information about Plaintiff Angulo. Accordingly, Plaintiff moves to file said challenges under seal.

2. WHEREFORE, Plaintiff, Dillon Angulo, prays this Honorable Court grant this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notices of electronic submission to all parties on the attached service list.

**THE ROUSSO, BOUMEL LAW FIRM, PLLC.**
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By: /s/ *Adam T. Boumel, Esq.*
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
**Direct email:**
adam@roussolawfirm.com
**Service emails:**

Pleadings@roussolawfirm.com

haiyang@roussolawfirm.com

## SERVICE LIST

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com

eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*