**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,*

      Plaintiff,

v.

TESLA, INC. *a/k/a Tesla Florida, Inc*.

      Defendant,

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

      Plaintiff,

v.

TESLA, INC., a/k/a *Tesla Florida, Inc.,*

      Defendants.

_____/

**NOTICE OF TAKING VIDEO DEPOSITION DUCES TECUM**

      PLEASE TAKE NOTICE that the undersigned attorney will take the deposition,
duces tecum, of the following individual:

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| **Dr. Barry Crown** | **January 6, 2025**<br>**1:00 PM (EST)** | **U.S. Legal**<br>**Remote Via Zoom**<br>*(link to be provided)* |

**DOCUMENTS AND ITEMS TO BE PRODUCED: Please see attached "Schedule A".**

Upon oral examination before an officer authorized by law to take depositions in the State of

Florida, the court reporting service of **US Legal Support** will be present to record the above detailed depositions. The oral examinations will continue from day to day until completed. **These depositions are being taken Duces Tecum and Defendant's above specified retained experts are each required to bring with them all documents and materials specified in the attached "Schedule A".** This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Florida Rules of Civil Procedure.

## SCHEDULE A

1.      The entire file of documents reviewed by Dr. Barry Crown, including, but not limited to, correspondence, memoranda, notes, depositions, photographs, medical records, reports, and any other reference materials used or being relied upon.

2.      Any and all reports prepared or furnished by Dr. Barry Crown in relation to this matter.

3.      Any and all written correspondence by and between Dr. Barry Crown and Defendant's counsel in relation to this matter. Please include all formal letters as well as all email and text communications.

4.      Any books, articles, literature, films, experiments, or any other materials which support the opinions of Dr. Barry Crown.

5.      Any books, articles, literature, films, experiments, or any other materials which contradict the opinions of Dr. Barry Crown.

6.      Dr. Barry Crown's current curriculum vitae.

7.      Dr. Barry Crown's current testimony list.

8.      Dr. Barry Crown's current fee schedule.

9.      All billing documents, invoices, or other documents showing the total amount of money charged by Dr. Barry Crown., as of the current date in relation to this matter.

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, a true and correct copy of the foregoing was served via email to all counsel identified in the below service list.

/s/ *Adam T. Boumel*
Adam T. Boumel, Esq.

## SERVICE LIST

| | |
|---|---|
| **Bowman and Brooke LLP**<br>41000 Woodward Ave., Suite 200E<br>Bloomfield Hills, Michigan 48304<br>**Whitney, Cruz, Esq.**<br>**Thomas P. Branigan, Esq.**<br>**Drew P. Branigan, Esq.**<br>whitney.cruz@bowmanandbrooke.com<br>thomas.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br>*Counsel for Defendant, Tesla, Inc.* | **Eaton & Wolk PL**<br>2665 South Bayshore Dr., Suite 609<br>Miami, FL 33133<br>**Attn: Doug Eaton, Esq.**<br>deaton@eatonwolk.com<br>*Co-Counsel for both Plaintiffs.* |
| **Poses & Poses, P.A.**<br>169 East Flagler Street, Suite 1600<br>Miami, Florida 33156<br>**Attn: Todd Poses, Esq.**<br>tposes@posesandposes.com<br>Maria@posesandposes.com<br>*Counsel for Plaintiffs* | |
| **Singleton Schreiber, LLP**<br>591 Camino de la Reina, Suite 1025<br>San Diego, CA 92108<br>Tel: (619) 771-3473<br>**Attn: Brett J. Schreiber, Esq.**<br>bschreiber@singletonschreiber.com<br>bschreiber@singletonschreiber.com<br>vas@singletonschreiber.com<br>cbirnbaum@singletonschreiber.com<br>eelms@singletonschreiber.com<br>*Counsel for Plaintiffs* | |