UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
_____/

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Plaintiffs, NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased and DILLON ANGULO, pursuant to Local Rule 5.4(b), respectfully move this Honorable Court for leave to file their responses to Tesla's Pre-Trial Motions under seal and state as follows:

1. Plaintiffs are filing the following documents:

    a. Response to Tesla's Motion for Summary Judgment;

    b. Response to Tesla's Omnibus Motion in Limine;

    c. Response to Tesla's Motion to Exclude Experts;

    d. Plaintiffs' Statement of Facts; and

    e. Plaintiffs' Response to Tesla's Statement of Facts.

2. The above-listed filings are subject to confidentiality/protective order designations.

3. In order to comply with the operative protective order, Plaintiffs' Responses at issue are to be filed under seal.

4. Accordingly, Plaintiffs and their counsel pray that this Honorable Court grant this Instant Motion and enter an Order providing that the above responses and all related documents and Orders be filed and kept under seal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notices of electronic submission to all parties on the attached service list.

**THE ROUSSO, BOUMEL LAW FIRM, PLLC.**
9350 South Dixie Highway Suite 1520
Miami, Florida 33156
(305) 670-6669

By: /s/ *Adam T. Boumel, Esq.*
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
**Direct email:**
adam@roussolawfirm.com
**Service emails:**
Pleadings@roussolawfirm.com
haiyang@roussolawfirm.com

## SERVICE LIST

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E

Bloomfield Hills, Michigan 48304
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*