# EXHIBIT F

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3     _____x
 4    NEIMA BENAVIDES, as Personal :
 5    Representative of the Estate :
 6    of Naibel Benavides Leon,    :
 7    deceased,                    :
 8            Plaintiff,           :
 9    vs.                          : Case No. 21-cv-21940-
10    TESLA, INC., a/k/a Tesla     : BLOOM/Torres
11    Florida, Inc.                :
12            Defendant.           :
13    _____ x
14    DILLON ANGULO,               :
15    Plaintiff,                   :
16    vs.                          : Case No. 22-22607-KMM
17    TESLA, INC. a/k/a Tesla      :
18    Florida, Inc.,               :
19    Defendant.                   :
20    _____ x
21
22           DEPOSITION OF RYAN HARRINGTON
23                     VOLUME 2
24                 Conducted Virtually
25         Monday, January 6, 2025, 11:07 A.M. PST
```

```
1              A P P E A R A N C E S
2
3    ON BEHALF OF PLAINTIFF:
4        BRETT J. SCHREIBER, ESQ.
5        SINGLETON SCHREIBER, LLP
6        591 Camino de la Reina, Suite 1025
7        San Diego, California 92108
8        619.771.3473
9
10       TODD POSES, ESQ
11       POSES LAW GROUP, P.A.
12       169 East Flagler Street, Suite 1600
13       Miami, Florida 33131
14       305.577.0200
15
16   ON BEHALF OF DEFENDANT:
17       JOEL H. SMITH, ESQ.
18       BOWMAN AND BROOKE LLP
19       1441 Main Street, Suite 1200
20       Columbia, South Carolina 29201
21       803.726.7420
22
23
24
25
```

```
1           A P P E A R A N C E S
2                  (Continued)
3
4    ON BEHALF OF DEFENDANT:
5         DREW P. BRANIGAN, ESQ.
6         BOWMAN AND BROOKE LLP
7         101 West Big Beaver Road, Suite 1100
8         Troy, Michigan 48084
9         248.205.3300
10
11   ALSO PRESENT:
12        ROBERT BRUCE, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  driver's accelerator pedal torque when it exceeds
2  the torque computed by autopilot commands.
3      Q.   Got it.
4           Anything else?
5      A.   Not that I recall sitting here, no.
6      Q.   Did you receive this weekend an augmented
7  video of this crash produced by Tesla?
8      A.   Late last night I received an augmented
9  video.  Yes.
10     Q.   Did you review it?
11     A.   Very quickly.  I didn't have a chance
12 really to dig into it, and I saw it very quickly.
13 But I have it available to analyze it in its
14 entirety.
15     Q.   How many times did you watch it?
16     A.   Two or three times, maybe.
17     Q.   What, if anything, were your initial
18 impressions?
19     A.   Obviously, I reserve the right to go back
20 and look through it.  These are just initial
21 impressions.
22          There seemed to be some similarities with
23 Mr. Drokin's augmented videos, but then there were
24 some differences as well.  So, you know, it did show
25 some inconsistent detections and classifications of

1  objects, but the confidence intervals in some other
2  aspects were different.  So there's going to be some
3  similarities and some differences, but, again, I'd
4  have to really dig into it to kind of better
5  understand similarities and differences.
6      Q.   Okay.  We'll touch on some of that a
7  little bit further.
8           All right.  Lastly, as it relates to your
9  expert file...
10          All right.  So I know your testimony list
11 hasn't been updated since last year.  You gave me a
12 deposition July, August-ish.  Did you testify in
13 trial at any point in the fall -- from the time we
14 last saw each other till today, have you testified
15 at trial?
16      A.   I just testified at trial right before the
17 holidays up in Canada.
18      Q.   Okay. And what did that involve?  What
19 kind of case?
20      A.   That was related to fuel consumption of
21 different vehicles in different types of operating
22 conditions.
23      Q.   Injury case?  Some sort of a consumer
24 case?  What was it?
25      A.   It was a class action.

1  the vehicle in the moments prior to impact.  True?
2      A.   So it was making some detections
3  and some -- intermittent detections and
4  classifications of those.  So there were periods
5  where it was detecting different objects at
6  different times and then bouncing between them.  So
7  there were detections and classifications, but there
8  was some inconsistency and also the -- those
9  detections also had a description of lane unknown,
10 so the objects weren't determined to be, you know,
11 within the lane of the vehicle.
12     Q.   So you would agree, while intermittent,
13 the vehicle's vision and radar system made
14 detections and classifications of the road edge, the
15 stop sign, the stop line, the pedestrian, and the
16 vehicle in its frontal plane in the five seconds
17 before impact.  True?
18     A.   So it was making detections, but I think
19 the important point here is that just having
20 detections is not enough.  These systems have to
21 have high confidence in their detections, their
22 classifications, where they are relative to the
23 vehicle to make informed decisions.  Again, these
24 are assistive systems, and as part of that, you have
25 to have high confidence in those detections and

1  classifications when these systems are trying to
2  decide when and if they need to provide any warnings
3  or braking functions.
4       Q.   And I understand you want to caveat it.
5  All I'm asking is a very simple question.
6            The vision and radar systems made
7  detections and classifications of the road edge, the
8  stop sign, the stop line, the pedestrian, and the
9  vehicle in the five seconds prior to impact.  True
10 or false?
11      A.   I would say it made some detections.  I
12 don't think the stop line detection was actually
13 detected.  My understanding and interpretation is
14 that that was -- it was detecting the stop sign and
15 putting a reference down as a stop line, because I
16 don't see a stop line in the video itself.  But it
17 seemed like there were some detections there.
18      Q.   You have no intention at the time of trial
19 to criticize the work of Mr. Drokin or the validity
20 of his augmented video.  True?
21      A.   So I haven't -- I know he has -- I don't
22 think he's been deposed, or I'm not sure if he is
23 going to be deposed.  So I can't validate whether
24 his interpretations are correct or not.  Obviously
25 there's the new augmented video that would need to

1  approximately five seconds.  Any reason -- from --
2  literally from the start of the video until the time
3  of the impact.  Is that a fair approximation for
4  purposes of discussion?
5       A.   It's a fair approximation.  Sure.
6       Q.   All right.  Having reviewed both augmented
7  videos, was the vision system -- well, was the
8  vehicle capable of classifying and understanding
9  where the end of drivable space was for the entirety
10 of the five seconds pre-impact?
11      A.   Could you state that again?  You said it
12 was...
13      Q.   During the five seconds prior to impact,
14 was the vehicle, based upon your review of the
15 augmented videos, able to appreciate the end of
16 drivable space during the totality of that time?
17      A.   It was able to determine some of it.  I
18 think in Mr. Drokin's analyses around eight-tenths
19 of a second, or one second TTC, that road edge
20 changed and became significantly longer.  So there
21 was some variability in that road edge
22 determination.
23      Q.   And when did that occur?
24      A.   I'd have to look at the video.
25           Actually, Mr. Moore's PDF is a good way to

```
1    view that.
2        Q.    Which is the main frame-by-frame PDF?
3        A.    Correct.
4        Q.    Got it.  I have it open.
5        A.    It's taking a second to open.
6              It's on page 120 of his report.  Page 120
7    out of 234, that road edge changes.
8        Q.    Why do you think that is, sir?
9        A.    I would have to dig into it more.  I don't
10   know why there was a change at that point.
11             And, again, this is machine learning's
12   trying to decipher with high confidence the
13   surrounding area.  And obviously, as it gets closer
14   and things change, the machine learning can see
15   things differently and trying to determine what the
16   vehicle is doing and the state of the roadway and
17   the incident scenario.
18       Q.    So showing you that page in this -- I'm
19   not going to mark it.  It's referred to main
20   frame-by-frame PDF.  It was a PDF produced with
21   Mr. Moore as well as, I think, Dr. Cummings' expert
22   file, which is a 234-page PDF file.  We're on
23   page 120 of it here.
24             And this is what you're describing with
25   the end of drivable space being the blue-ish,
```

1          So what I'm asking is -- we understand
2    confidence is a key component.  I'm trying to
3    understand how does time and confidence come
4    together to create a probabilistic determination
5    that the thing is dangerous, the vehicle, the
6    pedestrian, the object may pose a threat to the
7    driver?  Walk me through it.
8          MR. SMITH:  Object to the form.
9       A.   So, again, one of the first things is, is
10   it determined to be within the lane of travel, which
11   we know in this case the detections always stated
12   "lane unknown."
13         But then as they come together, typically,
14   you know, how these systems work is they look at the
15   classifications and the detections and then,
16   you know, over subsequent frames is there, you know,
17   some consistency.  Is that object still there?  Is
18   it the same object?  Does it have high
19   classifications that whole time?  You know, is it
20   dropping in and out?  What does the time to
21   collision look like?  How close is it?  Those type
22   of things.  Is that distance being consistent?
23   You know, looking at the augmented video, it looks
24   like in some of these, even though the Tesla was
25   getting -- the subject Tesla was getting closer to

```
 1              CERTIFICATE OF SHORTHAND REPORTER

 2

 3           I, CRYSTAL HEREFORD, the officer before

 4   whom the foregoing deposition was taken, do hereby

 5   certify that the foregoing transcript is a true and

 6   correct record of the testimony given; that said

 7   testimony was taken by me stenographically and

 8   thereafter reduced to typewriting under my

 9   direction; that reading and signing was not

10   discussed; and that I am neither counsel for,

11   related to, nor employed by any of the parties to

12   this case and have no interest, financial or

13   otherwise, in its outcome.

14           IN WITNESS WHEREOF, I have hereunto set my

15   hand and affixed my signature this 17th day of

16   January 2025.

17

18

19
        Crystal Hereford
20   _____

21

22

23

24

25
```