UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-cv-21940-BLOOM/TORRES

NEIMA BENAVIDES, as Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

    Plaintiff,

v.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.,

    Defendant.
_____/

## DECLARATION OF MARY (MISSY) CUMMINGS, PhD

MARY (MISSY) CUMMINGS, PhD, being of full age and have been duly sworn according to law, declares under penalties of perjury:

1. That I am over the age of eighteen (18) years, competent to make this Affidavit, and with personal knowledge of the facts and opinions contained herein, and am competent to testify to the matters stated herein.

2. I am an autonomous systems and artificial intelligence safety expert. My qualifications include a PhD in Systems Engineering, over 200 peer-reviewed conference papers and journal articles related to autonomous systems, and I am currently the director of the Mason Autonomy and Robotics Center at George Mason University. I recently served as the National Highway Traffic Safety Administration's Senior Safety Advisor in 2021-2022.

3. My opinions to date are summarized in my expert report of 12-2-24, attached as Exhibit A to this Declaration, which I incorporate herein by reference.

4. Based on my background, experience, education, training, and review of the evidence in this case, it is my opinion, within a reasonable degree of engineering certainty, that Tesla was guilty of the following acts and omissions:

   a. Negligently and recklessly allowing the Autopilot system to be used outside of Tesla's stated operational design domain despite the NTSB's recommendation to the contrary, including allowing Autopilot to be used on road types where they know they have not adequately labeled potential obstacles like the barriers that Mr. McGee ran through;

   b. Allowing use of autopilot on rural roads like Card Sound Rd. when Tesla's own data suggests there is no safety benefit from its use on such roads.

   c. Making public statements that Autopilot is far more capable than it actually is;

   d. Allowing drivers to take their hands off the wheel for extended periods of time despite Tesla claiming that Autopilot is a level 2 system requiring drivers to be ready to take immediate action;

   e. Failing to provide any standardized training for drivers, including any documentation of instruction or assistance in helping drivers learn to use Autopilot's features;

   f. Tesla's refusal to redesign its defective driver monitoring system after NTSB investigations of 2016-2017 (Williston), 2018 (Culver City) and 2020 (Delray) was negligent and reckless in light of Tesla's corporate representative Mr. Phatak's testimony that confirmed no changes were made; and

   g. Based on document 3135, Tesla has understood the importance of monitoring drivers with a camera, yet Telsa engineer (Phatak) admitted that even after the 2016

  Brown crash, Tesla did not conduct research and testing to determining the efficacy of monitoring drivers with a camera.

h. Even after it became apparent that driver inattention while using autopilot was causing accidents, the volume of driver alerts appears to have been determined by CEO preference instead of using industry standards (Phatak & Rubio Blanco).

i. Tesla engineers did not review existing vigilance research that would directly have informed a better DMS design (Rubio Blanco)

j. The Tesla CEO publicly stated in 2016 that he knew there was a high rate of hands-not-detected alerts, but despite this statement, there was no attempt by Tesla to track these instances to determine if software updates improved engagement rates (Phatak).

k. In addition, there appears to have been no organized effort to analyze TOI (take over immediately) data, especially for roads not in the stated ODD (Rubio Blanco).

l. Tesla leadership encourages drivers to treat their cars like they are self-driving and knowing they are not and encouraging misuse of their vehicles. Mr. Musk said in a TED Talk in April 2017 that in two years Tesla owners could sleep while their vehicles drove themselves. Tesla's "Paint it Black" video was staged and indeed the subject Tesla crashed during the making of the video. Tesla's statements give owners' false confidence. In fact, IIHS studies have determined that Level 2 systems, like Tesla's Autopilot, do not provide any meaningful safety benefit.

Pursuant to Fla. Stat. 92.525, under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Dated: February 24, 2025

_____
MARY (MISSY) CUMMINGS, PHD

**Mary L. Cummings, PhD**
**2705 Nguyen Hall**
**Fairfax, VA 22030**

**Expert Opinion for Benavides vs. Tesla**

1. Autopilot's design is defective as it allows drivers to engage Autopilot in operational design domains (ODDs) that exceed its stated capabilities.
    - Autopilot consists of Traffic-Aware Cruise Control and Autosteer.
    - At the time of the crash, the 2019 Tesla Model S owner's manual states that:
        - "Traffic-Aware Cruise Control is primarily intended for driving on dry, straight roads, such as highways and freeways. It should not be used on city streets.
        - "Do not use Traffic-Aware Cruise Control on winding roads with sharp curves, on icy or slippery road surfaces, …"
        - Autosteer is intended for use only on highways and limited-access roads with a fully attentive driver.
        - Mr. McGee testified that he did not know that the vehicle allowed him to electronically access the owner's manual so it is not clear that he knew about the correct operational domains. Moreover, since Tesla does not have any training at the point of delivery or any mandatory tutorials, there is no way to ensure drivers obtain this information.
            - At the time of the crash, there were no standardized procedures in place for drivers to get any instruction from dealers upon purchase delivery, including any documentation of any instruction or assistance in helping drivers learn to use Tesla's various features. The lack of formal instruction was confirmed the Tesla expert (Cades) report via the Lubkowski, et.al. (2021) reference[1], as well aa that typical Tesla drivers learn by trial and error, as Mr. McGee asserted.
                - A Tyson's Tesla sales associate confirmed this was still the case as of 10/27/24, stating, "You pick your Tesla up like any other car you buy."
            - In 3163, Tesla says some of their ways to prevent driver abuse was the development of "A user interface [UI] that displays the system's detection of lanes and vehicles, thereby allowing drivers to safely learn the system's limitations." They have provided no evidence that they assessed whether this UI actually promoted any learning.
            - The need for additional driver training given confusing driving assist technologies is so high that the National Safety Council started the **My Car Does What?** program specifically to assist drivers with cars incorporating advanced technologies[2]. In 2017, GM announced dealerships would undergo specific training to sell Super Cruise[3]. Tesla has not formally announced such a program.
    - Despite the owner's manual statements about where Autopilot should not be used, Tesla allows Autopilot to be engaged on two-lane county roads, like that of Card Sound Road, which is the road Mr. McGee was driving on just prior to the crash.
        - Other manufacturers of driving-assist systems like GM (i.e., Super Cruise) or Ford (i.e., Blue Cruise) do not allow their ADAS systems to operate in ODDs outside of their

---

[1] https://www.sciencedirect.com/science/article/abs/pii/S1369847821001625
[2] https://mycardoeswhat.org/
[3] https://gmauthority.com/blog/2017/10/cadillac-dealerships-required-to-undergo-specific-super-cruise-training/

1

- capabilities, which are controlled-access highways. Blanco confirmed Tesla could do this but chooses not to.
    - In Tesla's Moving Objects Manual, they clearly classify a two-lane road similar to Card Sound Road as a "main road" and a "nominal space" where they expect Autopilot to be functional (slide 34). Despite this classification, they state on slide 35 that only barriers on or near freeways and highway roads will be labeled for the computer vision system to recognize. Thus, they allow Autopilot to be used on road types where they know they have not adequately labeled potential obstacles like the barriers that Mr. McGee ran through. Without such labeling, Autopilot is effectively blind in these scenarios.
    - 3163 says Tesla designed to prevent mode confusion and a lack of attention, but they did not say how. This document is a response to NHTSA's Engineering Analysis investigation and both the subsequent 573 recall and the follow-on recall query investigation indicate these and follow-on safeguards are inadequate.
        - Similarly in 3163 Tesla claims "Autopilot has the most robust set warnings against driver misuse and abuse any feature ever deployed in the automotive industry." The recall and associated Recall Query suggest these statements not true, particularly in light of no data that shows any testing or results.
  - In their investigation of the 2016 Williston crash (NTSB/HAR-17/02), NTSB recommended that Tesla "Incorporate system safeguards that limit the use of automated vehicle control systems to those conditions for which they were designed (H-17-41)." NTSB noted in its 2020 report (NTSB/HAR-20/01) that Tesla still had not responded to this recommendation, and that Tesla's lack of response is deemed by NTSB to be "unacceptable."
  - In their April 18, 2024 letter to the NHTSA Acting Administrator, Senators Markey, Blumenthal, Welch, Warren, Lujan and Sanders specifically cite Tesla's inability to geofence their vehicles to their stated ODDs as a public safety hazard.
  - Tesla's own data suggests no safety benefit of Autopilot on rural roads like the one in this accident. In document 3188, they state "While the miles/crash rate on Road Class 1-2 has a narrow error bound, the rate on Road Class 3-5 has a wide error bound, making the comparison beyond Road Class 1-2 not statistically significant."
  - Telsa's allowance of its cars to operate outside established ODDs is negligent and reckless.
2. The design of the Tesla Driver Monitoring System (DMS) is defective.
  - The 2019 Tesla Model S DMS leverages a steering wheel torque sensing system.
  - In the 2016 Williston 2015 Model S Tesla crash, NTSB concluded that the Tesla DMS was not an "effective method of ensuring driver engagement" and monitoring steering wheel torque is a "poor surrogate means of determining a driver's degree of engagement with the driving task." (NTSB/HAR-17/02)
    - In their investigation of this crash, NTSB recommended that Tesla "Develop applications to more effectively sense the driver's level of engagement and alert the driver when engagement is lacking while automated vehicle control systems are in use (H-17-42)." NTSB noted in their report (NTSB/HAB-19/07) concerning the 2018 Culver City Tesla crash and again in the 2020 Delray report (NTSB/HAR-20/01) that Tesla has not responded to this recommendation, and that Tesla's lack of response is deemed by NTSB to be "unacceptable."
  - In the 2017 Culver City 2014 Model S Tesla crash, the NTSB concluded that Tesla's Autopilot design "permitted the driver to disengage from the driving task" and was a causal factor in this crash (NTSB/HAB-19/07).
  - The driver warning and alerting system is defective

2

- Tesla asserted that Mr. McGhee was shown a visual alert that stated "Cruise control will not brake[4]" when he overrode the 45mph speed limiter, but Tesla elected to still allow automatic steering even when someone was likely speeding on a road that was not in the stated operational domain.
- There is no audio alert that accompanies the "Cruise control will not brake" visual alert. Reading the alert on the center display requires drivers to shift their gaze to read the alert, which could mean eyes off the road at critical times. It is the industry standard to pair an audio alert with a visual alert so that drivers can determine the best time to glance at the center screen.
- Between the time of the alert about the lack of braking action at 12:10.314 and the accident at 13:16.427, Mr. McGee received no other alerts and the car continued to steer while Mr. McGee pushed the accelerator pedal, as designed.
- Autopilot aborted with an accompanying visual alert at 13:14.77, 1.65s prior to the crash. There was no cause given for the abort, and Mr. McGhee's hands were on the steering wheel at the time of the abort. While the car clearly detected an anomalous event that caused the abort, there was no frontal collision warning and nor activation of emergency braking, both of which can operate at speeds up to 90mph per the owner's manual.
  - From the augmented video supplied by Ole Drokin, the vehicle knew where the edge of the road was, and successfully detected both the road's edge and a stop sign 61.16m in front of it. Given Mr. McGee's speed of 62mph, the Autopilot system knew 2.2s prior to the stop sign that the car was speeding into a very dangerous situation. Had the system sufficiently warned Mr. McGee either at 2.2s or 1.65s, the accident could have been avoided or at least mitigated.
  - The Tesla also detected possible obstacles from 172.9 ft (1.9s to impact) but sounded no warning, despite the claim in the in the Owner's Manual that control will revert to the driver if an obstacle is detected at or less than 525 ft.
  - The vehicle also correctly detected a pedestrian 1.29s prior to impact and a miniva at 1.14s prior to impact, with no warning communicated to the driver.
- Mr. McGee stated in his deposition that "it [his Tesla] didn't detect the vehicle or automatically emergency brake. So those were my beliefs at the time that those things did not work properly."
  - From the annotated video supplied by Oleg Drokin, the car did detect the presence of a vehicle 2s before impact. The Tesla was confused as to whether the obstacle was a vehicle or a cycle and this uncertainty about the nature of the object lasted for .81 s until it updated the detection as a minivan. Despite the detection of a vehicle starting at ~2s until the collision, the car never braked nor warned the driver.
  - AEB has known limitations at night[5], including tests where a 2019 Tesla Model 3 never braked in the presence of a pedestrian[6]. None of this information about specific AEB limitations was communicated in the Tesla Owner's Manual.

---

[4] https://www.tesla.com/blog/bigger-picture-autopilot-safety
[5] https://www.consumerreports.org/cars/car-safety/automatic-emergency-braking-struggle-to-stop-for-pedestrians-a9924685047/
[6] https://newsroom.aaa.com/2019/10/aaa-warns-pedestrian-detection-systems-dont-work-when-needed-most/

3

Moreover, it is not clear why the computer vision system's detection of the pedestrian or vehicle was not communicated to the AEB system.
- o The limitations warning in the 2019 Tesla Owner's Manual was vague: "Warning: Several factors can affect the performance of Automatic Emergency Braking, causing either no braking or inappropriate or untimely braking. It is the driver's responsibility to drive safely and remain in control of the vehicle at all times. Never depend on Automatic Emergency Braking to avoid or reduce the impact of a collision."
- o The lack of a more specific warning that the AEB system is degraded at night and/or in the presence of pedestrians contributes to false driver mental models.
- o None of the conditions required for AEB engagement listed by Rubio Blanco (pp. 220 & 246) were detailed in the Owner's Manual. If engineers know these limitations for AEB, it is not clear why these were not specifically communicated to drivers.
- Mr. McGee's confusion with Autopilot's capabilities is very clear in his deposition where he said "My assumption was that, again, some of these features, like the lane assist or collision assist, you know, would help me see any ongoing traffic or any issues on the road as I going with the systems it had to help me -- I assume -- to put better -- that would help me make the drive as far as any possible people changing in my lane.· It would help me stop or turn or avoid that crash or someone that stopped ahead, it would slow down and stop, so it wouldn't have a collision." In short, Mr. McGee thought that the car could detect and stop for objects in the frontal plane (which it occasionally did), and because he never read the owner's manual, did not realize what the limitations were.
  - He also stated "I believe I thought when it was on autopilot, if there was an object in the way, it would stop regardless of any car." He also referred to his car as a "copilot."
    - Tesla's own documents (3228 & 3188) assert that its system detects driveable space, which theoretically also accounts and brakes for stationary obstacles (like the signs).  In addition, a chime is supposed to sound approaching the end of driveable space.
      - The augmented video provided by the consultant illustrates that the Autopilot system correctly calculated the driveable space calculation in this accident. Despite this and the fact that the car's mapping system computed the car was approaching a T intersection, no warning was sounded that the end of driveable space was approaching at a high rate of speed.
      - The design of Autopilot allowed it to detect the road's edge and relevant objects but take no action or warn the driver, even when it was obvious that the car would depart driveable space and people in and out of the car could be seriously injured or killed.
  - Tesla requires every driver to accept an agreement upon first receiving the car that they understand the system is a Beta (i.e., experimental) system (Sumwalt Exhibit 10). This agreement only further causes confusion for drivers and it appears that someone wrote this with no background in communicating warnings to non-experts.
    - o Stating the Tesla's Autopilot is similar to the autopilot in airplanes is factually not correct and is contradictory to other statements in the

4

- - agreement. Such statements give people unjustified confidence in Tesla's Autopilot, and furthermore, most people in the public do not understand how autopilot in a plane works. This is likely where Mr. McGee's confusion about Autopilot as a co-pilot comes from.
    - Making the comparison to a phone or a PC gives false confidence.
    - Telling people that they must have their hands on the steering wheel at all times and giving them 30 seconds or more between alerts, as well as letting people indefinitely get warnings if they comply only briefly after the first warning, does not reinforce this message of caution.
    - In this statement, Tesla asserts two times that, at a minimum, they need hundreds of millions of miles to ensure that Autopilot is safe for all drivers. First, it is not clear to drivers when this would happen, so they have no idea whether this is far in the future or an event that is near at hand. Second, this statement is a clear admission by Tesla that Autopilot is not ready for fleetwide deployment and likely contains significant flaws, but does not explain what they are. Tesla needs to, at a minimum, communicate to drivers exactly where they are in achieving "hundreds of millions of miles", what the milestones are for achieving production-ready status, and for this warning, it should specifically list those issues that stop the software from being production-level ready.
  - Tesla accidents very similar to Mr. McGee's are so common that NHTSA required Telsa to issue a recall for all vehicles with Autosteer on Dec. 12, 2023, including 2019 Model Ss. (Part 573 Safety Recall Report #23V-838). In this report, Tesla agrees that "In certain circumstances when Autosteer is engaged, if a driver misuses the SAE Level 2 advanced driver-assistance feature such that they fail to maintain continuous and sustained responsibility for vehicle operation and are unprepared to intervene, fail to recognize when the feature is canceled or not engaged, and/or fail to recognize when the feature is operating in situations where its functionality may be limited, there may be an increased risk of a collision."
    - One of the primary reason's NHTSA asked Tesla to recall their DMSs is because in more than half of the crashes in their Engineering Analysis investigation[7], frontal hazards were visible five or more seconds prior to impact, which was the case for Mr. McGhee.
    - Recent research has shown that Tesla drivers significant disengage from the driving task upon engagement of Autopilot[8].
  - The Tesla DMS design is not in keeping with industry ADAS (Advanced driver-assistance systems) DMS practices, which is the use of facial recognition technology.
    - Currently found in GM, BMW, Ford, Volvo, and Subaru vehicles, as well as recent Tesla Models 3 and Y.
    - 3135 document illustrates that Tesla understands the importance of monitoring drivers with a camera
    - Telsa engineer (Phatak) admitted to a lack of research and testing to determining efficacy, including after the Brown crash.
    - The volume of alerts appears to be determined by CEO preference instead of using industry standards (Phatak & Rubio Blanco).

---

[7]https://www.google.com/url?sa=t&source=web&rct=j&opi=89978449&url=https://static.nhtsa.gov/odi/inv/2022/INCR-EA22002-14496.pdf&ved=2ahUKEwjGt9C475yGAxU0FlkFHXOUDDEQFnoECBYQAQ&usg=AOvVaw3fBkoOVaUo7N3VplPLTrC
[8] https://journals.sagepub.com/doi/abs/10.1177/1071181321651118 & https://www.sciencedirect.com/science/article/pii/S0001457521003791?via%3Dihub#!

5

- Tesla engineers are not familiar with vigilance research that would directly have informed a better DMS design (Rubio Blanco)
    - Telsa has admitted its DMS is defective by issuing a recall and its refusal to redesign this system after the NTSB report recommendations for the 2016 and 2017 Tesla crashes is negligent and reckless.
        - The Tesla CEO publicly stated in 2016 that he knew there was a high rate of hands-not-detected alerts, but despite this statement, there was no attempt by Tesla to track these instances to determine if software updates actually improved engagement rates (Phatak). In addition, there appears to be no organized effort to analyze TOI (take over immediately) data, especially for roads not in the correct ODD (Rubio Blanco).
        - Given that Autopilot can and will hand over control back to the driver when time-to-collision drops below 2.5s (Phatak, or 525 ft per the Owner's Manual), it is unclear why the permitted times for drivers to take their hands off the wheel exceeds this. This is especially true given the large body of research that Cades (Tesla's own expert) highlights in his report that shows on average it takes people up to 2s to respond to an alert but can take up to 5s.
        - In his report, Cades asserts that the Tesla warning design balances nuisance alerts with those that are needed to keep the driver engaged. and cites the Lubkowski, et. al. (2021) study as evidence that justifies their decisions, stating that people will turn such alarms off if they find them annoying. Unfortunately, Cades misunderstands the study, which looked at false positive warnings like those that come from the frontal collision warning system. The DMS system on the Tesla is not prone to false positive warnings, meaning it does not tell drivers to put their hands on the wheel when their hands are actually on the wheel. So, the Lubkowski, et. al. (2021) study is not relevant to this discussion. Unfortunately, as noted by Rubio Blanco, Tesla has not conducted any research in vigilance so they do not have any evidence from tests or experiments to defend why they chose their warnings schemes.
3. Tesla leadership encourages drivers to treat their cars as if they were actual self-driving vehicles, knowing they are not and thus encouraging misuse of the vehicles.
    - In April 2017, during a TED talk, Musk reportedly said that in about two years, Tesla owners could sleep while their cars drove themselves[9].
    - In 2016, Tesla aired a commercial commonly referred to as the "Paint It Black" commercial where the statement was made that "The person in the driver's seat is only there for legal reasons. He is not doing anything. The car is driving itself." A Tesla engineer testified in a deposition for another case[10] that many segments of the commercial were staged and indeed, one Tesla crashed in the making of this video.
    - Tesla publicly asserted many times prior to the McGee crash that Autopilot makes drivers safer[11], and this was also asserted in the Blanco deposition. Tesla has not provided any data for an independent review to corroborate this assertion and data provided to NHTSA by Tesla was shown to be unreliable and likely to show the opposite[12]. Additional research has shown Tesla's reporting to contain significant discrepancies[13] and that Tesla Autopilot will often abort milliseconds prior to an accident (as it did in the McGee case (Blanco)), possibly

---

[9] https://www.ted.com/talks/elon_musk_the_future_we_re_building_and_boring?utm_campaign=tedspread&utm_medium=referral&utm_source=tedcomshare
[10] https://www.documentcloud.org/documents/23574198-elluswamy-deposition-transcript
[11] https://spectrum.ieee.org/elon-musk-says-tesla-aims-to-cut-crashes-by-90-percent
[12] https://arstechnica.com/cars/2019/02/in-2017-the-feds-said-tesla-autopilot-cut-crashes-40-that-was-bogus/
[13] https://arxiv.org/abs/2311.06187

   causing it not to be counted as a crash on Autopilot[14]. Such statements give drivers false confidence, since it is not humanly possible to gain control in such a short period of time.
- IIHS has determined that partial automation systems like Tesla's Autopilot do not provide any measurable safety benefit[15]
- A recent study found that Tesla has the highest fatal accident rate by brand, with the Model S listed as one of the most dangerous cars[16].

o Tesla commissioned a survey in Germany about possible driver confusion with Autopilot (3163), and 7% of 675 German drivers thought the car was fully autonomous. Thus, 47 drivers thought the car could drive itself, so Tesla has known since 2016 that there is a problem with the nomenclature.

---

[14] https://static.nhtsa.gov/odi/inv/2022/INOA-EA22002-3184.PDF
[15] https://www.iihs.org/news/detail/iihs-hldi-research-finds-little-evidence-that-partial-automation-prevents-crashes
[16] https://www.iseecars.com/most-dangerous-cars-study#v=2024

7