**HUANG**

**vs.**

**TESLA INC., et al.**


**VIDEOTAPED DEPOSITION OF**

**AKSHAY PHATAK**

**VOLUME I**

**(Pages 1 - 203)**


CONDENSED TRANSCRIPT

July 20, 2023



(510) 653-1312

www.cranglereporting.com

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SANTA CLARA

CERTIFIED TRANSCRIPT

SZ HUA HUANG, Individually and as
successor in interest to WEI LUN
HUANG, deceased; TRINITY HUANG, a
minor; TRISTAN HUANG, a minor; HSI
KENG HUANG; and CHING FEN HUANG,          CASE NO. 19CV346663

              Plaintiffs,

      -vs-

TESLA INC. dba TESLA MOTORS, INC.,
THE STATE OF CALIFORNIA, and DOES
1 through 100,

              Defendants.
_____/

                  VIDEOTAPED

          DEPOSITION OF AKSHAY PHATAK

          Volume I  (Pages 1 - 203)

      Taken before KAREN A. CRANGLE
        Certified Shorthand Reporter
             State of California
          C.S.R. License No. 3816

              July 20, 2023

---

1
2       Andrew Gokoffski and Rosemary Love, Deputy
3   Attorneys, State of California, Caltrans Legal Division,
4   111 Grand Avenue, Suite 11-100, Oakland, California,
5   94612, were present remotely on behalf of the defendant
6   California Department of Transportation.
7
8       Donald H. Slavik, Attorney at Law, Slavik Law
9   Firm, LLC, 3001 S. Lincoln Avenue, Suite C-1, Steamboat
10  Springs, Colorado, 80487, was remotely present and
11  cross-noticed the deposition in the matter of Monet vs.
12  Tesla, et al.
13
14      Seema Bhatt, Attorney at Law, MINAMI TAMAKI LLP,
15  101 Montgomery Street, Suite 825, San Francisco,
16  California, 94104, was present remotely on behalf of the
17  plaintiffs.
18
19      And there also being present Corey Jollie,
20  summer law clerk, Walkup, Melodia, Kelly and Schoenberger.
21
22      And there also being present Kristina Lee,
23  videographer, Eureka Street Legal Video.
24
25
                                                          3

---

1   VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I
2
3       Pursuant to Notice of Taking Deposition, and on
4   Thursday, July 20, 2023, at the hour of 10:00 a.m., via
5   Zoom video conference, before me, KAREN A. CRANGLE,
6   Certified Shorthand Reporter, personally appeared AKSHAY
7   PHATAK, produced as a witness in the above-entitled
8   action, who, having been first duly sworn, was thereupon
9   examined as a witness to said action.
10
11
12              APPEARANCES
13
14      Andrew P. McDevitt, Attorney at Law, WALKUP,
15  MELODIA, KELLY & SCHOENBERGER, 650 California Street, 26th
16  Floor, San Francisco, California, 94108, was present
17  remotely on behalf of the plaintiffs.
18
19      Thomas Branigan, Attorney at Law, and Lauren O.
20  Miller, Attorney at Law, BOWMAN AND BROOKE LLP, 1741
21  Technology Drive, Suite 200, San Jose, California, 95110,
22  were present remotely on behalf of the defendant Tesla,
23  Inc.
24
25
                                                          2

---

1                    I N D E X
2
3
4   Videotaped Deposition of AKSHAY PHATAK
5
6                        Page
7
8   Examination by:
9       MR. MCDEVITT                            9
10
11
12  Plaintiff's Exhibits
13
14  Exhibit 307   Nine-page Order Granting, In Part,   11
                  Plaintiffs' Motion to Compel PMQ
15                Deposition
16  Exhibit 308   Seven-page Second Amended Notice of  13
                  Taking Videotaped Deposition of
17                Defendant Tesla, Inc.'s Person Most
                  Qualified and Request for
18                Production of Documents
19  Exhibit 54    Exhibit 54, an Excel document, file  25
                  labeled EXHIBIT 54 - 2018.01.04
20                Crash List Bates stamped
                  TESLA-00086907 (redacted).XLSX was
21                previously marked as an exhibit and
                  is attached hereto
22
    Exhibit 309   96-page document Bates stamped       51
23                TESLA-00052700 through 00052795
                  headed EU Homologation - ECE R79.03
24
25
                                                          4

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1
2  Exhibit 311   Two-page e-mail from Lauren Miller   62
3       to all counsel dated July 20, 2023
        re Huang PMQ List of Materials
4       Reviewed
5  Exhibit 271   Exhibit 271 was previously marked   62
        as an exhibit and is attached
6       hereto
7  Exhibit 314   Five-page Tesla document entitled   75
        Appendix A - Table of Autopilot
8       Software Changes Bates stamped
        TESLA-00108942-00108946
9  Exhibit 313   615-page document file named   75
10      Autopilot 1.0 (Monocam Gnatbrain)
        Bates stamped
11      TESLA-00055811-00056425.pdf
12 Exhibit 274   Exhibit 274 was previously marked   93
        as an exhibit is attached
13      hereto
14 Exhibit 252   Exhibit 2, a four-page NTSB   134
        document addressed to Mr. Diamuid
15      O'Connell, Vice President of
        Business Development, Tesla, Inc.
16      Dated September 28, 2017, was
        previously marked as an exhibit and
17      is attached hereto
18 Exhibit 233   Exhibit 233, an 11-page NTSB Safety   136
        Recommendation H-17-041, was
19      previously marked as an exhibit and
        is attached hereto
20 Exhibit 221   Exhibit 221, an eight-page NTSB   148
        document entitled Safety
21      Recommendation H-17-042, was
        previously marked as an exhibit and
22      is attached hereto
23 Exhibit 312   One page of handwritten notes dated   156
        July 20, 2023, Akshay Vijay Phatak
24
25

                                                    5

1
2  Exhibit 320   Two-page Tesla document entitled   158
        7.1 Autosteer Hands-On Alert
3       Training Bates stamped
        TESLA-00108954
4
5  Exhibit 315   Two-page e-mail string with Alex   162
        Wilke and Alex Haag dated January
6       2016
7  Exhibit 316   One-page e-mail string with Nicklas   163
        Gustafsson and Sterling Anderson
8       dated May 2016
9  Exhibit 317   Three-page e-mail string re Drive   172
        Stalk Autopilot/Drive Behaviors
10      dated July 2016
11 Exhibit 318   One-page e-mail to Nickolai   177
        Belakovski from Sterling Anderson
12      dated July 26, 2016 Bates stamped
        TESLA-00116268
13 Exhibit 319   Two-page e-mail string with Thomas,   184
        Menzel, and Musk dated September 6,
14      2016 Bates stamped TESLA-00077924
        and 00077925
15
16 Exhibit 310   Four-page article entitled Tesla   189
        Considered Adding Eye Tracking and
17      Steering-Wheel Sensors to Autopilot
        System by Tim Higgins
18 Exhibit 321   Two-page e-mail string re Driver   193
        Monitoring dated June 2016 Bates
19      stamped TESLA-00106107 and 00106108
20
21
         ---oOo---
22
23
24
25

                                                    6

1                      PROCEEDINGS
2       THE VIDEOGRAPHER:  Here begins video number one of
3  the PMK deposition of Akshay Phatak in the matter of Huang
4  versus Tesla, Inc. et al. venued in the Superior Court of
5  the State of California, County of Santa Clara.  Case
6  number 19CV346663.
7       Today's date is July 20th, 2023, and the time on
8  the video monitor is 10:04 a.m.
9       The video operator today is Kristina Lee
10 representing Eureka Street Legal Video, telephone
11 (415) 215-2041.
12      This video deposition is taking place remotely via
13 Zoom video conference and was noticed by Walkup, Melodia,
14 Kelly and Schoenberger.
15      Counsel, please voice identify yourselves and state
16 whom you represent.
17      MR. MCDEVITT:  This is Andrew McDevitt for
18 plaintiffs.
19      MR. SLAVIK:  This is attorney Don Slavik
20 cross-noticing this deposition in the matters of Monet,
21 M-o-n-e-t, vs. Tesla, U.S. District Court, Northern
22 District of California.  Case number 5:22-CV-00681-ejd, as
23 well as in the matter of Benavides, B-e-n-a-v-i-d-e-s, and
24 Angulo, A-n-g-u-l-o, U. S. District Court for the Southern
25 District of Florida.  Case number 21-CV-21940, dash,

                                                    7

1  B-l-o-o-m.
2       MR. GOKOFFSKI:  Andrew Gokoffski for Caltrans.
3       THE VIDEOGRAPHER:  We've got a Mr. Jollie,
4  Seema Bhatt.  Can you please state your names for the
5  record?
6       MR. JOLLIE:  Corey Jollie, summer law clerk at
7  Walkup, Melodia, Kelly and Schoenberger, on behalf of the
8  plaintiffs.
9       MS. BHATT:  Seema Bhatt for Minami Tamaki for
10 plaintiffs.
11      MS. LOVE:  This is Rosemary Love for Caltrans.
12      MR. BRANIGAN:  Good morning.  Tom Branigan for
13 Tesla, Inc.
14      THE VIDEOGRAPHER:  Thank you.
15      The court reporter is Karen Crangle representing
16 Crangle Reporting Services.
17      And would the reporter please administer the oath.
18      MR. BRANIGAN:  One moment, please.
19      Let me just add that Lauren Miller of Bowman and
20 Brooke is also here on behalf of Tesla.
21      THE VIDEOGRAPHER:  Thank you.
22                  AKSHAY PHATAK,
23       sworn as a witness by the Court Reporter,
24        testified as follows:
25      THE VIDEOGRAPHER:  Please begin.

                                                    8

CRANGLE
REPORTING SERVICES

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1        EXAMINATION BY MR. MCDEVITT
2        MR. MCDEVITT:  Q.  Good morning.  Please state your
3 full name for the record.
4        A. Akshay Vijay Phatak.
5        Q. Okay.  And Mr. Phatak, who do you currently
6 work for?
7        A. Tesla.
8        Q. How long have you worked for Tesla?
9        A. About nine years.
10        Q. What is your current job title?
11        A. Senior staff software engineer.
12        (Discussion off the record.)
13        THE VIDEOGRAPHER:  Going off the record.  The time
14 is 10:09.
15        (Discussion off the record.)
16        THE VIDEOGRAPHER:  We're coming back on the record.
17 The time is 10:10.  Please begin.
18        MR. MCDEVITT:  Q.  Okay.  Mr. Phatak, is your
19 current job title senior staff software engineer at Tesla?
20        A. Correct.
21        Q. Have you ever had your deposition taken before?
22        A. No.
23        Q. Okay.  You are under oath today.  Do you
24 understand that?
25        A. Yes.

9

1        Q. The oath that you took this morning is the same
2 oath you would take if you were testifying in Court in
3 front of a jury and in the presence of a judge.  Okay?
4        A. Okay.
5        Q. The proceeding today is going to be videotaped.
6 All right?
7        A. Yes.
8        Q. And the significance of that is if the case
9 proceeds to trial, portions of your testimony today could
10 be shown to jurors in the courtroom with your face being
11 projected on a projector screen and then speakers playing
12 the audio.  Okay?
13        A. Yes.
14        Q. The court reporter today is transcribing
15 everything that is spoken during the deposition.  So it's
16 important that you do your best to enunciate as best you
17 can and to speak clearly and loudly.  Okay?
18        A. Yes.
19        MR. MCDEVITT:  Give me one moment here.  I've got
20 to grab something.
21        Q. Do you understand that your role today is to
22 testify as a representative of Tesla?
23        A. Yes.
24        Q. Are you aware that there was an order issued by
25 the Court in this case that relates to the topics that you

10

1 will be addressing today?
2        A. Yes.
3        Q. I want to show you what I've marked as
4 Exhibit 307.
5        (Plaintiff's Exhibit 307 was marked for
6 identification.)
7        MR. MCDEVITT:  Q.  Are you able to see the PDF on
8 the screen?
9        A. Yes.
10        Q. All right.  Have you seen this order prior to
11 this morning?
12        A. Uh, I don't believe.  No, I don't -- I haven't
13 seen this before.
14        Q. Okay.  And I'm going to direct you to page 5 of
15 Exhibit 307, and I'm going to direct you to language
16 starting at line 9 --
17        A. Do you mind zooming in a little?
18        Q. No, no, that's fine.  And please let me know as
19 we go through documents if you need me to expand it.
20        A. Okay.
21        Q. It says:  "Under the current law, if the
22 subject matter of the questioning is clearly stated, the
23 burden is on the entity, not the examiner, to produce the
24 right witnesses.  And, if the particular officer or
25 employee designated lacks personal knowledge of all the

11

1 information sought, he or she is supposed to find out from
2 those who do!"  Exclamation point.
3        Do you have that language in mind?
4        A. Uh, Yes.
5        MR. BRANIGAN:  Objection.  Form.  You mean does he
6 see the language?  Does he understand the language?
7        MR. MCDEVITT:  Q.  That's what I mean.  Do you see
8 that language?
9        A. Yes.
10        Q. Okay.  And it was your understanding of what
11 your role was with respect to the topics identified in the
12 notice?
13        A. Yes.
14        Q. Okay.  Now moving to page 6, and starting at
15 page 6, this identifies the topics for which the Court
16 ordered Tesla to produce a witness, and I just want to
17 make sure that you understand you are the witness
18 designated by Tesla to address these topics.  Okay?
19        A. Okay.
20        Q. Topic a. is:  Driver Monitoring and Hands-On
21 Detection for Autopilot, and then there's a number of said
22 topics.
23        My question is:  Is it your understanding that your
24 role is to testify today on behalf of Tesla with respect
25 to driver monitoring and hands-on detection for Autopilot?

12

CRANGLE
REPORTING SERVICES

1   A. Yes.
2   Q. All right.  And I'm going to show you now
3 Exhibit 308.
4       (Plaintiff's Exhibit 308 was marked for
5 identification.)
6   MR. MCDEVITT:  Q.  Going to page 2.
7   These are the topics included in the notice
8 starting at line 21 and 22.  And those include:  Reason
9 why a particular detection method was selected;
10 alternative detection methods evaluated; and it continues.
11   Have you reviewed the notice and the topics for
12 which you are going to be testifying on behalf of Tesla?
13   A. Yes.
14   Q. And if we continue in the notice, to page 3 of
15 Exhibit 308, there's a heading that says:  Description of
16 Materials to Be Produced.  Do you see that?
17   A. Yes.
18   Q. Okay.  And there's Requests for Production
19 number 1, 2, 15, 16, 17, 21, and 30.
20   First of all, did you review each of those requests
21 in the language described in the documents?
22   A. I mean I read it if that's your question.
23   Q. Okay.  So the first request is:
24   "All documents read or reviewed in any fashion in
25 preparation for giving testimony in this action."

13

1   So let me focus on that particular topic.
2   Did you collect particular documents that you
3 reviewed to prepare yourself to testify on Tesla's behalf
4 today?
5   A. Uh, yes.
6   MS. MILLER:  Andrew, I have a list available to
7 e-mail you.  They're all -- I think it's in there with the
8 provided numbers.  Do you want me to e-mail that over to
9 you?
10   MR. MCDEVITT:  Yes, please.
11   MS. MILLER:  Okay.
12   MR. SLAVIK:  Lauren, please copy those to me,
13 Don Slavik.  Thank you.
14   MS. MILLER:  Sure.
15   MR. GOKOFFSKI:  I'll also get that as well.  Thank
16 you.
17   MS. MILLER:  Of course.
18   MR. MCDEVITT:  Q.  Can you tell me if you spoke
19 with anybody other than the attorneys representing Tesla
20 in this case in order to prepare yourself for today's
21 deposition?
22   A. Yeah, I spoke -- yeah, I did speak with some of
23 the engineers.
24   Q. Who did you speak with?
25   A. Uh, I spoke with -- are you asking specifically

14

1 for this driver monitoring topic or, like, overall?
2   Q. Let's start with overall.
3   And if I could ask you, just for the court
4 reporter's sake, just remind you, can you please do your
5 best to enunciate so she has an easier time capturing --
6   A. Yes.  So, for, like, driver monitoring, I
7 talked to engineers from the Camera Hardware Team.
8   Do you need names or do you just need --
9   Q. Yes.  Please tell me the name.
10   A. So the name of the engineer was Ben Frevert.
11   Q. Can you give us a spelling of the last name as
12 best you can?
13   A. F-r-e-v-e-r-t.
14   Q. Okay.  Anybody else?
15   A. I talked to a couple other people who did not
16 have any information.
17   Q. Did you ever speak with Nick Gustafsson?
18   A. Not specifically.  But he's a fellow developer,
19 so I have, like, I have the history of all the, like,
20 relevant changes he made.
21   Q. So your understanding is that Mr. Gustafsson
22 was involved in some way in decisions relating to driver
23 monitoring?
24   A. Yes.
25   Q. Who else besides Ben Frevert did you speak

15

1 with?
2   A. Uh, do you want me to list names that -- names
3 of people who did not have any information?
4   Q. Sure.
5   A. Uh, so I talked to Matthew Oswald.  He's an
6 engineer -- like, software engineer, but he did not have
7 relevant information.
8   Q. Okay.  Anybody else?
9   A. Uh, no.
10   Q. Now, I want to just make sure, I'm going to
11 extend that question to all the topics in the notice.
12   With that understanding, was there anybody else
13 that you spoke to?
14   A. So, specifically for the b. 16 part in your
15 notice, I talked to the engineers from the Data Infra
16 Team.
17   Q. I-n-f-r-a, infra?
18   A. Yeah.
19   Q. Data Infrastructure?
20   A. Yeah, not data; just data.
21   Q. Okay.  And what are the names of those persons?
22   A. Pete Scheutzow and sue you can't and Chris
23 Tapia.
24   Q. We have Peet's last name spelling so we don't
25 need that, but for the other person, can you give us the

16

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1 spelling of that last name?
2      A. T-a-p-i-a.
3      Q. Okay. Anybody else that you spoke with in
4 order to prepare yourself to testify on Tesla's behalf
5 today?
6      A. Uh, I talked to Chris Payne about some of the
7 topics. And Jeremy Goldman about some of the topics.
8      Both of them didn't have the information I was
9 asking for.
10      Q. Did you take any notes during the time that you
11 spent preparing for the deposition?
12      A. Uh, I have like -- I have a couple of notes I
13 think. These guys have made copies of the notes.
14      Q. Okay.
15      MR. MCDEVITT: Lauren, can you send us his notes?
16      MS. MILLER: Yes.
17      MR. MCDEVITT: Q. Did you gather, in other words,
18 did you put into a folder or print documents that you
19 relied on to prepare yourself to testify on Tesla's behalf
20 today?
21      A. I didn't print anything. I was just looking at
22 them online.
23      Q. Okay. Did you take screenshots of any
24 documents or in any way aggregate information that you
25 were finding during your preparation?

17

1      A. No, not really. I was just reviewing online.
2      Q. Okay. So to be clear, you didn't put any items
3 into a folder or start taking notes electronically during
4 your preparation. Is that true?
5      A. Correct.
6      Q. Let me jump back a second here.
7      What is your educational background?
8      A. So I did engineer -- both bachelor's and
9 master's in engineering.
10      Q. In what field of engineering?
11      A. The bachelor was in electronics. The master's
12 was in robotics.
13      Q. When you first started at Tesla, what was your
14 job title?
15      A. I started as an intern.
16      Q. Okay. Can you just walk us through the
17 different job positions you've held at Tesla and then tell
18 us the years you held each position?
19      A. Uh, I may not be able to remember the exact
20 years but I will try my best.
21      I joined as an intern in 2014. Joined as
22 software -- it may have been firmware software engineer.
23 When I joined full time, my title was either firmware
24 engineer or software engineer; I don't exactly remember.
25 That was in 2015.

18

1      Then over the period I got through, like, I got
2 promoted like senior firmware engineer, staff firmware
3 engineer, and now senior staff software engineer.
4      MR. MCDEVITT: Q. All right. During the time that
5 you've been employed with Tesla, have you had any role in
6 the development of the Autopilot car package?
7      A. Yes.
8      Q. And describe for us your role with respect to
9 the development of Autopilot over the years.
10      A. So when I joined as an intern, I was mostly
11 involved in hardware bringup, so that was before we
12 launched any Autopilot hardware.
13      Then when I joined as full time, I have been in
14 involved in, like, various capacities. Hardware bringup
15 for like subsequent generation of hardware has been one of
16 the roles.
17      Bringup Autopilot -- like bringup and integration
18 of Autopilot in the new car models have been one of my
19 roles.
20      I've helped with -- with, like, various, like,
21 smaller, like, controls projects. Also helped with some
22 of the telemetry, like the vehicle side telemetry code.
23      And I've helped with car monitoring, camera
24 bringup, and -- yeah.
25      Q. Okay.

19

1      A. Those are some of the examples that I remember
2 off the top.
3      Q. And during what period of time were you
4 involved in development of driver monitoring for Tesla
5 Autopilot?
6      A. I got involved in driver monitoring during
7 bringup of Autopilot for the first Model X.
8      And then I've been involved on and off depending on
9 the requirements of the team.
10      Q. Is there any document that you are aware of
11 that provides an overview of any testing that Tesla
12 performed relating to driver monitoring?
13      A. We do testing for every incremental change.
14 And all of that -- like those details would be documented
15 in the relevant JIRA tickets.
16      Q. And did you look through relevant JIRA tickets
17 to prepare yourself for today's deposition?
18      A. Yes.
19      Q. Do you know who Robert Rose is?
20      A. Yes.
21      Q. Who is Robert Rose?
22      A. I don't know his exact title but he was the,
23 like, manager; he may have been like the director or VP.
24 I don't know his -- I don't remember his exact title, but
25 he was managing Autopilot and UR teams. I want to say

20

1 2016 or '17, but I'm not 100 percent sure.  But around
2 that time.
3      Q.  Okay.  Let me ask you.  Prior to March of 2018,
4 can you tell us how many times a Tesla vehicle with
5 Autosteer engaged crashed into a fixed object?
6      A.  Uh, I don't think I have that data.
7      Q.  Prior to March of 2018, can you tell us how
8 many times a Tesla with Autosteer engaged crashed into a
9 crash attenuator?
10     MR. BRANIGAN:  Let me just object.  I think this is
11 beyond the scope of the Court's order and the notice.  But
12 go ahead if you can answer, sir.
13     THE WITNESS:  So I -- I don't have like specific
14 data for that time.  Or any aggregate data for that time.
15 Like what Andy was asking.  Like total number of X type of
16 crashes, for example.
17     MR. MCDEVITT:  Q.  Prior to March of 2018, did
18 Tesla keep track of the number of times a Tesla vehicle
19 with Autopilot or Autosteer engaged was involved in a
20 crash?
21     A.  So we reviewed the telemetry from crashes that
22 we got.  But I'm not aware of whether there was a count
23 kept somewhere for total number of crashes.
24     Q.  Prior to March of 2018, did Tesla perform
25 analysis of crashes involving vehicles with Autopilot

21

1 engaged?
2      A.  With regard to telemetry, we did look at the
3 snapshot or clip, and we did analyze that.
4      Q.  And who specifically did that?
5      A.  So like this, this is the part where we didn't
6 have, like, specific documentation.  Uh, but from my
7 understanding, it would have been Hans Zhang and CJ Moore
8 would have been involved with that analysis.
9      Q.  Did you ask Mr. Gustafsson if he was involved
10 in that analysis?
11     A.  I did.  Uh, he -- his response was, like, he
12 would get -- he was not like the first level of -- you are
13 not involved in like first level of analysis, but he would
14 get -- I mean if there are any accidental items, related
15 to the features he was working on, he would get, like, the
16 actions passed down to him which was practice -- like that
17 was the practice same for all the developers.
18     Q.  Okay.  For whatever work Tesla performed
19 relating to monitoring, evaluation and analysis of crashes
20 prior to March of 2018, was any documentation generated to
21 reflect that work?
22     A.  Uh, so as a result of analysis, if there is an
23 actionable change, there would be Jira tickets filed for
24 that change.
25     Q.  Prior to March of 2018, did Tesla perform any

22

1 regular -- bimonthly or weekly -- analysis of Autopilot
2 crashes in the fleet?
3      A.  I think I already answered, like whenever we
4 got telemetry, we analyzed the telemetry.
5      Q.  Okay.  And what form of documentation exists
6 that reflects the crash statistics of Tesla vehicles prior
7 to March of 2018 under the condition of when Autopilot was
8 engaged versus not?
9      A.  Uh, I'm not aware of any such documentation.
10     Q.  Okay.  So let me just be clear.
11     There's no documentation prior to March of 2018
12 from which anybody at Tesla could say there are less
13 crashes with Autopilot engaged than without.
14     A.  That is -- yeah, that is my understanding.
15     Q.  All right.  And there's no documentation, prior
16 to March of 2018, from which anybody at Tesla could say
17 it's safer to use a Tesla with Autopilot engaged than
18 without.
19     MR. BRANIGAN:  Let me just object to the overly
20 broad nature of the question.  I think it calls for him to
21 speculate.  But go ahead, sir.
22     THE WITNESS:  Yeah.  I mean I would answer like the
23 documentation part of your question.  I'm not aware of the
24 documentation.
25     I won't be able to comment on, like, safety, the

23

1 safety part of the question.
2      MR. MCDEVITT:  Q.  Prior to March of 2018, did
3 Tesla maintain any records for the purpose of evaluating
4 whether it was safer to use a Tesla with Autopilot engaged
5 than without?
6      A.  Um, I'm not sure how you define "safer".
7      Q.  If you were to define "safer" by safer meaning
8 that you're less likely to get into a crash with Autopilot
9 engaged than without Autopilot engaged.
10     A.  Yeah, we did not have a specific documentation
11 for crashes, yes.
12     Q.  Okay.  Regardless of whether there was specific
13 documentation, did Tesla maintain any documentation that
14 would allow anybody to comment as to whether Tesla
15 vehicles were less likely to be engaged -- involved in a
16 crash with Autopilot activated than without?
17     A.  Not to my knowledge.
18     Q.  Did Tesla have any documentation specifically
19 that reached a conclusion that Autopilot was two times,
20 three times, four times or five times safer than a human
21 driver prior to March of 2018?
22     A.  Uh, I'm not sure what's the difference between
23 the earlier question and this question.
24     Q.  Was your answer the same?
25     A.  Yeah.

24



VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1    Q. Okay. So there was no documentation or data
2 that Tesla maintained to support an assertion that
3 Autopilot was some number of times safer than a human
4 driver prior to March of 2018. True?
5    MR. BRANIGAN: Objection. Overly broad.
6    Go ahead, sir.
7    THE WITNESS: I'd say there is not -- no conclusive
8 documentation, no.
9    MR. MCDEVITT: Q. Prior to March of 2018, did
10 Tesla maintain any records or data that kept track of the
11 number of crashes that occurred per vehicle mile driven
12 with Autopilot engaged?
13    A. No.
14    Q. Okay. Sir, did you review what was previously
15 marked in this case as Exhibit 54?
16    A. Uh --
17    MR. BRANIGAN: Counsel, I'm not sure this lay
18 witness would recognize or distinguish one document from
19 another in that form.
20    If you have the document, why don't you just show
21 it to him.
22    MR. MCDEVITT: Okay.
23    Q. I'm going to show you, sir, what was previously
24 marked in this case as Exhibit 54.
25    (Plaintiff's Exhibit 54 was marked for

25

1 identification.)
2    MR. MCDEVITT: Q. Do you see this document? This
3 is an Excel file.
4    A. Uh, I see that it's an Excel file. The numbers
5 are not very clear.
6    Q. Okay. Let me see if I can --
7    MR. BRANIGAN: If you could enlarge it, it would
8 help.
9    MR. MCDEVITT: Q. Okay. Do you see it now?
10    A. Yes.
11    Q. Do you know what this is?
12    A. I've not seen it before.
13    Q. Do you know when this is from, what time
14 period?
15    A. No, I've never seen this before.
16    Q. Okay. And as part of your preparation for this
17 deposition, were there some documents that were provided
18 to you for review?
19    A. Yes.
20    Q. Okay. And was this one of them?
21    A. No.
22    Q. Did any of the documents that were provided to
23 you to prepare you to testify on Tesla's behalf today in
24 response to the Court order contain information similar to
25 what we see in the Summary tab of Exhibit 54, and by that

26

1 I mean there's a column that says Total Mileage, and then
2 on the left, there's different versions of Autopilot
3 identified from 7.0 to 7.1 up through 8.0 and 8.1?
4    A. Uh, sorry. Can you repeat that question? I
5 was just looking at the document.
6    Q. Yes. Were any of the documents that were
7 provided to you, in order for you to prepare yourself to
8 testify on Tesla's behalf in response to the Court order,
9 did any of those contain information similar to what you
10 see in the Summary tab of Exhibit 54?
11    A. Uh, not in this format, but there was a
12 document with some screenshots of dashboards, but those
13 were, like, after 2018.
14    Q. Okay. And so you, sir, today, you agree you're
15 not in a position to testify regarding the contents of
16 Exhibit 54?
17    MR. BRANIGAN: Objection. Form. Mischaracterizes
18 the witness's testimony.
19    MR. MCDEVITT: Let me ask a new question.
20    Q. So until I just showed you this document, you
21 had never seen it. Right?
22    A. Yeah, I believe so.
23    Q. And you didn't know that this document was a
24 document that was e-mailed between Tesla employees in
25 January of 2018?

27

1    A. No, I did not know that.
2    Q. And actually, one of the people you spoke with,
3 Chris Payne, was actually on that e-mail thread. You
4 didn't know that, right?
5    A. No, I did not.
6    Q. Did you ask Mr. Payne if he was aware of the
7 existence of any Excel files or other documents that
8 contained information about the crash rates of Autopilot
9 as a function of miles driven in different conditions?
10    A. No, that -- that was not my question for him.
11 I asked him about whether he knew about the process of
12 evaluating the crash telemetry. And he did not remember
13 any of that.
14    Q. Okay. I'm going to click on the -- there's a
15 tab entitled Internal. And this has various rows
16 corresponding to different crashes.
17    Have you ever seen a document like this?
18    A. Uh, I haven't seen one that had the Delivery
19 Status. But the current crash dashboard has similar
20 fields to filter by state of the car or software of the
21 car.
22    Q. Okay. And you referenced a current crash
23 dashboard.
24    And how do you access the current crash dashboard?
25 In other words, what software, what tool houses that?

28

CRANGLE
REPORTING SERVICES

1    A. Uh, I'm forgetting the name, but, like, there's
2 a link where you can access the dashboard, so...
3    Q. Okay.
4    A. I don't remember the name of the visualizing
5 tool, but, yeah, you access it through a browser. Through
6 a browser, yeah.
7    Q. Let me show you what was previously marked as
8 Exhibit 156.
9    Is this a document that you reviewed in preparation
10 for your deposition today?
11    A. Yes.
12    Q. Okay. And I'm going to go to page three of
13 that document. And do you recognize the appearance of the
14 screen grabs on page three?
15    A. Yes.
16    Q. When you refer to the current crash dashboard,
17 is that the appearance of the current crash dashboard that
18 you referred to?
19    A. Yeah, it looks similar.
20    Q. Okay. And does the current crash dashboard --
21 well, first of all, was that something that you looked at
22 to prepare yourself for today's deposition?
23    A. Yes.
24    Q. Does that allow you to filter the data by
25 version of Autopilot?

29

1    A. Uh, I'm not clear what you mean by "version of
2 Autopilot". There is a filter for software version of the
3 vehicle.
4    Q. Okay. So in other words, on the current
5 dashboard, there's a way that you can have the data
6 filtered or limited, in other words, to a particular
7 software version of Autopilot. Correct?
8    A. Yes.
9    Q. All right. And did you use that dashboard to
10 filter and look at data for the versions of Autopilot that
11 existed prior to March of 2018?
12    A. Uh --
13    MR. BRANIGAN: Let me just object to the form of
14 the question as beyond the scope of the notice and order.
15    Go ahead, sir.
16    THE WITNESS: I personally don't have access to the
17 dashboard. So I looked at it on Pete's --
18 Pete Scheutzow's laptop. And he was just showing me how
19 it looks today.
20    MR. MCDEVITT: Q. And did Pete inform you that he
21 is the person or one of the people responsible for
22 reviewing videos in crash information sent to Tesla after
23 a crash and then assigning labels to it?
24    A. I don't -- I don't think Pete is personally
25 assigning labels. There is a -- there are a few people

30

1 who work for Pete who are responsible for that.
2    Q. Who are the people that are responsible for
3 crash labeling underneath Pete?
4    MR. BRANIGAN: Hang on. Objection to form. It's
5 overly broad and beyond the scope of the order and the
6 notice. Go ahead, sir.
7    THE WITNESS: Yeah, I don't remember the names off
8 the top. I don't interact with them like day to day, but,
9 yeah, if you want I may be able to provide the names
10 later.
11    MR. MCDEVITT: Q. Okay. Did you familiarize
12 yourself with Tesla's methodology for labeling AP
13 collision snapshots?
14    MR. BRANIGAN: Objection. Form. It's overly
15 broad. Goes beyond the scope of the notice.
16    MR. MCDEVITT: You can answer.
17    THE WITNESS: Uh, yeah. I mean I -- I did
18 familiarize myself, yes.
19    MR. MCDEVITT: Q. Describe for us the process
20 within Tesla for labeling AP crash snaphots.
21    MR. BRANIGAN: At what point in time, Counsel? We
22 have an order that sets out very clearly the parameters of
23 this question and you're not really -- I mean you're just
24 saying, asking a general question that goes beyond the
25 scope of the order. Are you asking March 23, 2018? Or

31

1 are you asking after?
2    MR. MCDEVITT: I mean that assumes that there's a
3 difference. I don't know that there's a difference.
4    Q. Was there a difference, sir?
5    A. I'm not sure what the process was before
6 March 2018. Uh, but the software tools they use today,
7 they didn't exist back then, so I'm sure there was a
8 different process back then.
9    MR. MCDEVITT: Q. What was the process?
10    A. I don't know. Both Peter and Han who would
11 know are no longer here, like, working at Tesla. So I
12 didn't, like, I didn't find anybody who knew about that
13 process.
14    Q. And Tesla doesn't maintain any records that
15 would allow you to understand what its method for labeling
16 collisions with vehicles that have Autopilot engaged, what
17 that process was prior to March of 2018?
18    A. I mean I -- talking to a few developers, I know
19 CJ and Han reviewed the data and generated JIRA tickets
20 for any actionable item. And that's the extent that I'm
21 aware.
22    Q. Okay. And beyond the developers communicating
23 that to you verbally, you were not able to locate any
24 documents prior to March of 2018 that explained how Tesla
25 reviewed collision video and data from Autopilot?

32

CRANGLE
REPORTING SERVICES

1    A. Yeah, I did not find any documents.
2    Q. For the time period prior to March of 2018,
3 Tesla does not have any data that's internal reflecting
4 whether or not Tesla determined a collision involving a
5 vehicle with Autopilot engaged, whether Autopilot was at
6 fault or not. Is that true?
7    A. Uh, sorry. Can you repeat?
8    MR. BRANIGAN: Yes, can you repeat the question?
9    MR. MCDEVITT: Sure.
10    Q. So from your preparation for the deposition
11 today, you became aware that at some point in time Tesla
12 came up with a methodology for reviewing video from
13 vehicles that were involved in collisions with Autopilot
14 engaged. Correct?
15    A. Yes.
16    Q. And Tesla also had a process -- at some point
17 in time came up with a process that involved not only
18 looking at the video, but looking at the vehicle, the data
19 from the vehicle, in order to evaluate the collision.
20 Correct?
21    A. I'm not sure what you mean by "data from the
22 vehicle".
23    Q. Well, the Car Log data essentially telling you
24 what the vehicle sensors detected, how they perceived the
25 roadway, and then what control outputs the vehicle made.

33

1 Right?
2    A. Yes. Yeah, that's correct.
3    Q. Okay. So before March of 2018, Tesla doesn't
4 have any data that would reflect an internal determination
5 as to whether a collision was caused by Autopilot being,
6 quote, at fault or not. Is that true?
7    MR. BRANIGAN: Objection. Form. Goes beyond the
8 order and the notice. It's overly broad.
9    You can answer if you can answer.
10    THE WITNESS: Yeah, yeah, I'm not aware of --
11 actually, can you repeat the question? I kind of forgot.
12    MR. MCDEVITT: Yes.
13    Q. Before March of 2018, for that time period,
14 Tesla doesn't have any internal data that would reflect a
15 determination by Tesla employees as to whether a collision
16 was caused by Autopilot, quote, being at fault or not.
17 Right?
18    MR. BRANIGAN: Same objection. It's overly broad.
19 It goes beyond the scope of the order and the notice.
20    THE WITNESS: Yeah, I'm not aware of any specific
21 documentation for that except for any JIRA tickets that
22 may have been created.
23    MR. MCDEVITT: Q. Okay. Are you familiar with the
24 term "human machine interface"?
25    A. Yes.

34

1    Q. And describe for us what that means.
2    A. It's how humans interact with -- like how
3 humans interact with the machine and like how -- like the
4 field generally deals with making sure, like, humans are
5 able to correctly identify, like, the state of the
6 machine, etcetera.
7    Q. Are you familiar with the term "complacency" as
8 it relates to automation?
9    A. Yeah, I'm familiar with the term.
10    Q. What does "complacency" mean in the automation
11 field?
12    A. Uh --
13    MR. BRANIGAN: Let me just object to the form of
14 the question. It's vague and overly broad.
15    But go ahead, sir, you can answer.
16    THE WITNESS: Yeah, I would say, like, being,
17 like -- I'm not sure how to define it, but --
18    MR. BRANIGAN: Go ahead.
19    THE WITNESS: Yeah, I mean it's that kind of overly
20 relying on some automation without understanding the
21 responsibilities, I guess.
22    MR. MCDEVITT: Q. Okay. In your preparation for
23 today's deposition did you find any documents within Tesla
24 that related to the concept of automation complacency?
25    A. Uh, not --

35

1    MR. BRANIGAN: Excuse me. Let me just object to
2 the form of the question. It's overly broad and goes
3 beyond the scope of the notice and the Court's order.
4    THE WITNESS: Yeah, uh, I'd say not with those
5 specific terms.
6    MR. MCDEVITT: Q. Are you familiar with the
7 concept -- or strike that.
8    In developing its Driver Monitoring System for
9 Autopilot, did Tesla take into account the concept of
10 primary task reversal?
11    A. I'm not aware of the specific term.
12    Q. And Tesla, none of the Tesla engineers involved
13 in developing the hands on or the Driver Monitoring System
14 as far as you know were familiar with the concept of
15 primary task reversal?
16    MR. BRANIGAN: Objection. Lack of foundation.
17 Calls for speculation.
18    THE WITNESS: Yeah, I couldn't really tell what
19 they knew and did not know. Most of the engineers are no
20 longer with Tesla.
21    MR. MCDEVITT: Q. In developing the Driver
22 Monitoring System for Autopilot, did Tesla take into
23 consideration the concept of driver complacency with
24 automated driving systems?
25    A. In principle, yes. I don't know if you'll find

36

CRANGLE
REPORTING SERVICES

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1 a document that says that it's, like, specific, like, the
2 word like driver complacency with good relationship to
3 automation.
4    Q. Did Tesla rely on any -- strike that.
5      Did Tesla consider any research that related to
6 driver complacency when coming up with its Driver
7 Monitoring System for Autopilot?
8    A. Uh, can you repeat that?
9    Q. Yes.
10     Did Tesla consider any research that related to
11 driver complacency when coming up with its Driver
12 Monitoring System for Autopilot?
13    A. Yeah, I'm not sure if there is any document
14 about that. I mean I don't -- like, as I said earlier,
15 the engineers who ordinarily develop the scheme are no
16 longer here, so I don't know about whether it was
17 specifically considered or not at the time the scheme was
18 first developed.
19    Q. And in response to the Court order that Tesla
20 produce a witness to speak on the topic of Tesla's
21 evaluation of and consideration of data, research and
22 studies regarding driver complacency with automated
23 driving systems, Tesla was unable to locate any documents
24 that would have reflected it considering data research and
25 studies regarding driver complacency. Is that true?

37

1    MR. BRANIGAN: Let me just object. I think that
2 mischaracterizes what the witness just said, but go ahead,
3 sir.
4    THE WITNESS: So what was the question?
5    MR. MCDEVITT: Sure.
6    Q. In response to the Court's order that Tesla
7 produce a witness to speak on Tesla's behalf on the topic
8 of whether Tesla evaluated and considered data, research
9 and studies regarding driver complacency with automated
10 driving systems, Tesla was unable to locate any documents
11 that would reflect that it actually did that. True?
12    MR. BRANIGAN: Same objection. Mischaracterizes
13 the witness's earlier testimony. Go ahead, sir.
14    THE WITNESS: Yeah, I mean, as I mentioned, I
15 didn't find any documents with that specific term in
16 there.
17    MR. MCDEVITT: Q. Okay. Well, did you find any
18 documents that reflected that Tesla took into
19 consideration any data, research or studies regarding
20 driver complacency with automated driving systems when
21 coming up with its method for evaluating -- or for
22 monitoring a driver with Autopilot engaged?
23    A. Uh, I didn't -- no, I didn't find any
24 documentation for that.
25    Q. Did Tesla evaluate any data relating to the

38

1 impact of the use of automated driving systems on driver
2 situational awareness when coming up with its method for
3 monitoring drivers with Autopilot engaged?
4    A. I'm not aware of any external research. But
5 we, like, from analysis of telemetry, from our own cars,
6 if we -- like, we made like incremental improvements. If
7 we concluded that, like, a set of incidents or an incident
8 didn't happen because driver was somehow not aware of the
9 situation.
10    MR. MCDEVITT: Q. Okay. When you're referring to
11 analysis of telemetry data from Tesla's own cars, what are
12 you talking about?
13    A. I mean the same sort of data like the clips,
14 the snapshots, the Car Logs data, that sort of data, yeah.
15    Q. Okay. So you mean that's data that comes from
16 Tesla customers?
17    A. Correct.
18    Q. All right. How about before Autopilot was
19 released to customers? Before that, did Tesla perform any
20 study to evaluate the impact of the use of automated
21 driving systems on driver's situational awareness?
22    A. I'm not aware of any specific study, but I mean
23 like the fact that we had driver monitoring shipped, like
24 we shipped driver monitoring with the first version of
25 Autopilot.

39

1    Q. What is the purpose of driver monitoring in
2 Autopilot?
3    A. Making sure that the drivers are following,
4 like, the suggestions that we, like, the suggestions that
5 we give at the time of activating Autopilot, make sure
6 they're like not -- they're not like misusing the system
7 in any way.
8    Q. Why did Tesla include driver monitoring with
9 Autopilot if there's instructions? Why was that even
10 needed?
11    A. Uh, just to make sure that the system is used
12 correctly by the user.
13    Q. Okay. But if there's instructions why did
14 Tesla feel that there was even a need to have driver
15 monitoring?
16    MR. BRANIGAN: Objection. Form. It goes beyond
17 the scope of the order and the notice. Go ahead.
18    THE WITNESS: I mean it's all the -- I mean it's --
19 why there was a need for, like, I don't know, like --
20 like -- how do I specify this?
21    Just like any technology, where you put out, could
22 be, like, misused or abused, right, so you have to have
23 some sort of guards against it.
24    MR. MCDEVITT: Q. Were you able to locate any
25 documents that explained why Tesla included a hands-on

40

CRANGLE
REPORTING SERVICES

1 monitor in Autopilot?
2     MR. BRANIGAN:  Again, I'd object.  This is beyond
3 the scope of the order and the notice.
4     And I would note more specifically, Counsel, that
5 the order indicates that you, on behalf of plaintiffs,
6 withdrew this topic --
7     MR. MCDEVITT:  No.  Tom, that's not correct.
8     MR. BRANIGAN:  It is.  I'm looking at the order,
9 Andrew.  Please don't interrupt me.
10     You were asking questions about the purpose of
11 hands-on detection, and the order that you marked as an
12 exhibit at the start of the dep indicates that that topic
13 is withdrawn.
14     And so whether you're asking did you find a document
15 that relates to the purpose of hands-on detection, or if
16 you're asking him to just tell you what the purpose of
17 hands-on detection is, you're outside the four corners of
18 the order, because you withdrew the topic.
19     And, you know, I'm going on a little bit on this
20 because we are now on witness, I don't know, witness
21 thirty?  And we're hearing you ask questions on a topic
22 that you withdrew.
23     So I would ask you to get back within the confines
24 of the order in your deposition notice, please.
25     MR. MCDEVITT:  Okay.  And I'll direct you to topic

41

1 A 2.  Reasons why a particular detection method was
2 selected.
3     MR. BRANIGAN:  That's a different topic.  That's a
4 topic about discrimination.  Why did you pick this over
5 that?  That's different from:  Did you find a document
6 about the purpose of something?  You're asking him about
7 purpose.  You're asking about why.  You're not asking him
8 why did you pick version A over version B.  Had you asked
9 that, I would have been silent because that is part of the
10 order.  But you're not asking about that.
11     MR. MCDEVITT:  Okay.  And we'll see if the witness
12 can explain how they determined which detection method to
13 pick without knowing the purpose of it.
14     So, if that's your position, you don't need to know
15 the purpose of driver monitoring in order to pick a
16 detection method, I think that's a reach, but there we go.
17     MR. BRANIGAN:  My intention, and my position, is
18 that as you've known, and as every lawyer on this
19 deposition knows, this is a PMQ dep, and under the rules
20 we're entitled to fair notice of what we need to prepare
21 the witness to cover.
22     And when we see an order indicating that plaintiffs
23 withdrew a topic, we're not going to have the witness
24 prepared to address a topic that you withdrew.
25     And you're asking about a topic that you withdrew.

42

1     So I'm just simply pointing that out.  Sorry for
2 raising my voice.  But I would ask you to please get back
3 to the topics that the Court said we had to have the
4 witness prepared to address.
5     MR. MCDEVITT:  Q.  What were the different driver
6 monitoring methods that Tesla considered before March or
7 2018?  And for this purpose, I'm just asking you to list
8 the different ones.
9     A.  Uh, I mean we had, like -- we had considered --
10 we actually released the torque-based hands-on detection.
11     We had considered capacitance-based, liked hands-on
12 detection, capacitative, based on hands-on detection, but
13 did not end up releasing that.
14     And we are considered -- like we are evaluating
15 like Cabin Camera, but that was not fully for the use of
16 driver monitoring at that time.
17     Q.  Did Tesla consider any outside companies'
18 technology for driver monitoring prior to March of 2018?
19     A.  I'm not aware of that.
20     Q.  Okay.  Do you know what EYEQ is, E-Y-E-Q?
21     A.  Uh, is that Mobileye?  No.  Yeah.
22     Q.  Okay.  What were the reasons that Tesla did not
23 include capacitive touch -- well, strike that.
24     Capacitive touch, that means that there's some sort
25 of sensor in the steering wheel that will detect the

43

1 presence of a person's hands?  Is that true?
2     A.  Yes.  That is detecting the presence of a
3 person's hands not by using torque, in other words it's
4 not measuring whether or not they're turning the wheel; it
5 actually can just tell if there's hands there.  Correct?
6     A.  Correct.
7     Q.  And why didn't Tesla use capacitive touch?
8     A.  So there were multiple reasons for that.
9 They're like few technical issues with that technology.
10 And then few real world use cases that don't work.
11     Q.  How did Tesla evaluate the effectiveness of the
12 different driver monitoring methods that it considered?
13     A.  Uh, it -- I mean just by, like, during -- so
14 there were like engineering experiments done to do that.
15     Q.  Okay.  Internally, what was Tesla's definition
16 or method for evaluating the effectiveness of different
17 driver monitoring technologies that it considered?
18     A.  I mean whether the technology works most of the
19 time.  Whether it works for real world use cases.  Whether
20 we have ability to, like, package it and ship it in the
21 car, like production worthiness of the technology.
22     And there were like -- these are like some of the
23 parameters.
24     Q.  Did Tesla include as a measure of effectiveness
25 of the different driver monitoring technologies it

44


CRANGLE
REPORTING SERVICES

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1 considered an analysis as to whether the technology
2 actually measured driver attentiveness?
3     A. That was part of the consideration, yes.
4     Q. Okay. And what tests did Tesla perform to
5 evaluate the effectiveness of the different driver
6 monitoring technologies it considered?
7     A. Like we evaluated them in the engineering
8 vehicles with engineers and other drivers. Like internal
9 to the company.
10    Q. Okay. What was the test protocols that were
11 used?
12    A. The, like, so if I -- I mean I would give you
13 an example for, like, the torque-based system.
14    So, like, there are several parameters that are
15 like, for example, you need to make sure the system
16 correctly detects hands off when the driver doesn't have
17 hands off.
18    So to test that, we, like -- I mean the way the
19 hands-on detection works is, like, the torque-based
20 hands-on detection works, is you have to have your hands
21 on the wheel and then that produces some -- some process
22 that -- some -- like the weight of your hand produces the
23 torque that is quote, unquote, fighting with the steering
24 control from the motor on the steering control module, and
25 that is detected as a torque.

45

1     One criteria is when you have hands off, stuff like
2 mechanical feedback from, like, debris, like the roughness
3 of the road, doesn't actually -- I mean that feedback also
4 generates torque, but we want to make sure that that
5 doesn't get incorrectly detected as hands on the wheel
6 when somebody doesn't have hands on the wheel.
7     So we did testing around, like, various test
8 tracks. We tell it specifically, double up rough terrains
9 for various use cases. So we tested that to make sure
10 that this doesn't incorrectly detect hands on.
11    Then part-to-part variations in the steering
12 control module. They don't cause significant, uh,
13 differences in the algorithm for hands-on detection.
14    And flip side is like making sure that driver
15 doesn't have to look go over the top to like prove to the
16 system that they have their hands on.
17    So like building the thresholds such that they are,
18 like, like a normal driver with just having their hands on
19 the wheel would correctly get identified as hands on
20 detected.
21    And then we tried that for like various -- like
22 various people, so that, like, individual habits are kind
23 of -- I mean one person may have, like, different style
24 than other person.
25    So verified the system across multiple people.

46

1     Q. What you're talking about is the way Tesla
2 tested whether the torque-based system actually captured
3 whether or not a person's hands were on the wheel. True?
4     A. Yes.
5     Q. Okay. My question is different from that.
6     My question is: What testing did Tesla do to
7 evaluate the different driver monitoring methods and
8 whether those actually reflected the attentiveness of the
9 driver. Or the operator, excuse me.
10    A. Uh, I mean the hands-on detection was just part
11 of the Driver Monitoring System. So we had -- we had,
12 like, UI warnings, so warnings in the UI like visual and
13 audible warnings.
14    Q. And I'll let you come back to this, but you're
15 going afield of my question.
16    We were talking about the different driver
17 monitoring methods that Tesla considered.
18    And so my question is: What studies or tests did
19 Tesla perform to evaluate whether the different methods it
20 considered were actually effective at capturing whether or
21 not the operator of the vehicle was attentive.
22    MR. BRANIGAN: Let me just object. I think the
23 question is beyond the scope of the Court's order and the
24 notice, but go ahead, sir.
25    THE WITNESS: I think that -- like -- so when -- I

47

1 guess when a user is responding to the warnings on UI,
2 that is making sure that they are attentive, right?
3     MR. MCDEVITT: Q. Okay. And sir, my question is
4 different from that. I'm not asking you to draw a
5 conclusion.
6     I'm asking you to tell us what evaluations did
7 Tesla do, if any, to determine whether different methods
8 of driver monitoring were effective at actually evaluating
9 whether the operator of the vehicle was attentive?
10    MR. BRANIGAN: Same objection. Go ahead, sir.
11    THE WITNESS: So maybe I'm understanding your
12 question incorrectly, but, like --
13    MR. MCDEVITT: Q. Well, okay. So here. I'll give
14 you a quote from one of the experts that Tesla retained in
15 this case.
16    He said: "Putting your hands on the steering wheel
17 is completely different than looking at the roadway or
18 away from the roadway."
19    Okay. Do you have that in mind?
20    A. Yeah.
21    Q. Okay. So my question relates to what sort of
22 evaluation or study, if any, did Tesla perform to
23 determine which different driver monitoring options were
24 most effective at ensuring an operator of a Tesla was
25 attentive when Autopilot was engaged.

48



VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1    MR. BRANIGAN:  Same objections.  I think the
2  question goes beyond the scope of the order and the
3  notice, but go ahead.
4    THE WITNESS:  Yeah, I mean if you think about,
5  like, that time period like you are talking about, like,
6  there were very limited options available for this
7  specific use case.
8    And like of that, we went with, like, what we were
9  able to, like, evaluate and ship based on the criteria
10  that we -- that I mentioned earlier, which is like
11  production worthiness, and then making sure it works for
12  most of the customers most of the time.
13    Q.  Okay.  And sir, my question was different than
14  that.  I'm not asking you about the number of options
15  available.
16    My question is -- well, let me start with this.
17    Did Tesla perform any testing, prior to giving the
18  Autopilot to customers, to evaluate the different driver
19  monitoring methods that were available at the time to see
20  the relative effectiveness of those different systems at
21  measuring operator attentiveness when Autopilot was
22  engaged?
23    MR. BRANIGAN:  Same objection.  Beyond the scope of
24  the order.  Beyond the scope of the notice.  The witness
25  has already answered the question.  But go ahead, sir.

49

1    THE WITNESS:  Yeah, I think -- I mean, that -- the
2  testing, the evaluation that I'm aware of, was just
3  evaluating on the, like, evaluations with the --
4  evaluations of the audible system with the, like, internal
5  employees of Tesla.
6    MR. MCDEVITT:  Q.  Okay.  So did Tesla outfit a
7  vehicle with capacitive touch and then have engineers use
8  that vehicle to see how effective the capacitive touch
9  was?
10    A.  So capacitive touch, as far as I'm aware, never
11  actually made it into the car.  There were like several
12  reasons for that.  Like, as I said, like packaging that
13  was not feasible, and in the real world, the capacitive
14  touch doesn't work for people who, like, wear gloves, for
15  example, or like to put covers on their steering wheel.
16    So -- and like in connection with torque-based
17  system was effective enough to -- for the purposes of dial
18  monitoring.  And correctly detecting hands on or off.
19    So the capacitive-based system was like never
20  actually installed in the car.
21    Q.  Okay.  You're familiar with the concept of
22  "redundancy".  Correct?
23    A.  Yes.
24    Q.  Tell us what redundancy is.
25    A.  Having, I guess, more than one -- more than one

50

1  sources for the information or activation.
2    Q.  Did Tesla determine that it was unnecessary to
3  have redundancy in driver monitoring prior to March of
4  2018?
5    A.  Uh, I don't think we evaluated redundancy.
6    Q.  Now, internally, Tesla indicated that the
7  hands-on detection system is not great.  True?
8    MR. BRANIGAN:  Is not what?
9    MR. MCDEVITT:  Great.
10    MR. BRANIGAN:  Objection.  Form.  Vague.
11    THE WITNESS:  Yeah, I'm not sure if that's the
12  case.
13    MR. MCDEVITT:  Okay.  Well, I'll mark the next in
14  order as -- this will be Exhibit 309.
15    (Plaintiff's Exhibit 309 was marked for
16  identification.)
17    MR. BRANIGAN:  Are you putting it into the Chat,
18  Andrew?
19    MR. MCDEVITT:  Yes.
20    MR. BRANIGAN:  Give me just a second.  I need to
21  show the witness how to get the document.
22    I think if you click on Chat button you'll see some
23  documents.
24    Alternatively, are you going to display it on your
25  own, Andrew?  That might be the easiest thing to do.

51

1    MR. MCDEVITT:  Yes.
2    MR. BRANIGAN:  Okay.  Mr. McDevitt is going to
3  display it.  So if you click on the Chat button down at
4  the bottom, that will bring you -- you got it.  You got
5  it.
6    MR. MCDEVITT:  Q.  All right.  I'm showing you
7  Exhibit 309.  This is a document, the first page says EU
8  Homologation.  Do you see that?
9    A.  I don't see it in sharing but I see it in the
10  Chat.
11    MR. BRANIGAN:  Let me fix that.
12    MR. MCDEVITT:  Q.  Are you able to see it now?
13    A.  Yes.
14    Q.  Now the first thing I want to show you, page
15  ending in 5205, do you see there's a definition or a term
16  driver monitor and then there's a definition?
17    A.  Yes.
18    Q.  And it says:  As the name suggests, the driver
19  monitor keeps track of the driver's interactions with the
20  vehicle to ensure driver attentiveness.
21    A.  Yes.
22    Q.  Okay.  So let me just jump back to the prior
23  questions.
24    In the process of determining what type of Driver
25  Monitoring System to use, did Tesla perform any research

52

CRANGLE
REPORTING SERVICES

1 into the different methods it considered to evaluate which
2 method was the most effective at ensuring driver
3 attentiveness?
4     A. As I said earlier, the only, like, research
5 that I am aware of is evaluation by the employees.
6     Q. Okay. In other words, what I'm wondering is
7 did Tesla or the engineers conduct a literature review of
8 human factor related documents to see if there was any
9 research that addressed which of the different driver
10 monitoring options were the most effective at ensuring
11 driver attentiveness?
12     MR. BRANIGAN: I'll just object. That goes beyond
13 the scope of the order and the notice. But go ahead.
14     THE WITNESS: Uh, when you say different methods,
15 are you, like, talking about, like, specific methods
16 beyond what we ended up shipping?
17     MR. MCDEVITT: Q. Correct. Like capacitive touch,
18 in-cabin infrared camera. Or any other methods that were
19 considered?
20     A. And are you asking if we did studies of human
21 factors research around all of these methods?
22     Q. Correct.
23     A. Um, I'm not aware of that.
24     MR. BRANIGAN: Andrew, we've been going about an
25 hour and a half. Can we take a break for a few minutes?

53

1     MR. MCDEVITT: Yes. Do you mind if I -- I had
2 referred to a particular comment. Can I just go over that
3 and then we can take a break?
4     MR. BRANIGAN: Sure.
5     MR. MCDEVITT: Q. I'd asked you if internally
6 Tesla characterized the hands-on detection as not great,
7 and you said not as far as you know. Correct?
8     A. Yeah.
9     Q. All right. So I'm going to go to page 52795.
10 Do you see the heading is Top Customer Complaints?
11     A. Yes.
12     Q. And then if you go down --
13     MR. BRANIGAN: Can you enlarge it?
14     MR. MCDEVITT: Yes. --
15     Q. -- to the row that has number five at the
16 beginning? Do you see that?
17     A. Yes.
18     Q. And you see in the first column it says, quote:
19 "Since our hands-on detection is not ready, this caused
20 the system to constantly nag the user. Annoyance can lead
21 to user turning system off or using a defeat device."
22     Do you see that?
23     A. Yeah, I see it.
24     Q. And this was not a document that you reviewed
25 prior to today?

54

1     A. I have not.
2     Q. And how many Tesla engineers have voiced the
3 opinion that the hands-on detection system is not great as
4 far as you know?
5     MR. BRANIGAN: Objection. Lack of foundation.
6     THE WITNESS: Yeah, I'm not sure, like, I didn't go
7 and survey everybody.
8     MR. MCDEVITT: Q. And do you disagree that because
9 the hands-on detection system is not great it causes the
10 system to constantly nag the user?
11     MR. BRANIGAN: Let me just object temporally. Do
12 you mean to the system that is in vehicles today? Or at
13 the time this particular document was written?
14     MR. MCDEVITT: At any point in time.
15     MR. BRANIGAN: Objection. Form. Overly broad. Go
16 ahead.
17     THE WITNESS: So I think when you have, like, this
18 statement and missing some context, so there are like --
19 so the answer detection, the torque-based system is --
20 like works very well to detect hands off which is like the
21 safety critical part of the system, part of the Driver
22 Monitoring System.
23     Detecting hands on, it could be -- I know it could
24 be improved, but, like, what -- what's being discussed
25 here is about detection of hands on when the hands are,

55

1 like, on the steering wheel.
2     MR. MCDEVITT: Q. So you mean that it's not great
3 at detecting the hands on that we also -- sometimes it'll
4 think the hands are off the wheel when they're actually on
5 it? Is that what you mean?
6     A. That can happen when you have like equal and
7 opposite forces. So if you have, like, both of your hands
8 on the wheel, applying like exactly the same force, they
9 tend to cancel out.
10     Q. Okay. So Tesla knows that the system, the
11 Autopilot Driver Monitoring System, sometimes it will
12 believe that the hands are not on the steering wheel when,
13 in fact, they are on the steering wheel. True?
14     MR. BRANIGAN: Objection. Form. Overly broad.
15 Vague.
16     THE WITNESS: Sure. Yeah, it is technically
17 possible, but I say it's like in the direction of, like,
18 warning more as opposed to warning less which is the safer
19 thing to do.
20     MR. MCDEVITT: Q. Okay. But it would be warning
21 more because it incorrectly determines that the person
22 doesn't have their hands on the steering wheel. That's
23 what this is talking about. Right?
24     MR. BRANIGAN: Same objections. Overbroad and
25 vague concerning time and the vehicle it applies to.

56

1    THE WITNESS:  Yeah, this is like -- this specific
2  line item is talking about that.
3    MR. MCDEVITT:  Q.  Okay.  And that has been
4  something that the Tesla engineers have known since the
5  hands-on detection scheme was first implemented, that
6  there is a tendency for it to incorrectly determine the
7  driver does not have his or her hands on the wheel when,
8  in fact, they do.  True?
9    A.  Like I said, I got involved in this a little
10  bit later, so I don't -- I can't say for sure whether this
11  was known, like, at the first -- like first time this was
12  released, but when I got involved, this was a known -- a
13  know trait of the system.
14    MR. MCDEVITT:  Okay.  We can take a break.
15    (Recess.)
16    THE VIDEOGRAPHER:  We are going off the record.
17  The time is 11:38.
18    (Recess.)
19    THE VIDEOGRAPHER:  Coming back on the record.  The
20  time on the video monitor is 11:54.  Please begin.
21    MR. MCDEVITT:  Q.  In the area of driver
22  monitoring, what does the phrase within Tesla of "mode
23  confusion" mean?
24    A.  Mode confusion would be like driver thinks the
25  system is some specific mode, but the system is in some

57

1  threshhold allows, Autosteer will be disengaged.  Correct?
2    A.  That's right.
3    Q.  But that same steering movement that disables
4  Autosteer does not disable the Traffic-Aware Cruise
5  Control?
6    A.  Are you talking about the software back in
7  2017?
8    Q.  2018.
9    A.  Yeah.  Yeah.  Yes, that's true.
10    Q.  Okay.  So following that same scenario, in that
11  scenario, the driver has turned the wheel to disable
12  Autosteer, and the Traffic-Aware Cruise Control remains
13  on, that's one of the conditions where Tesla has seen mode
14  confusion:  The driver doesn't realize that Autosteer is
15  off because the Traffic-Aware Cruise Control is still
16  controlling the speed.  Correct?
17    A.  I would, like -- I would say part of your
18  answer is correct.  I couldn't tell if the driver thought
19  Autosteer was on because Traffic-Aware Cruise Control was
20  on.  I can't be in driver's mind.
21    Q.  Regardless of what the driver's thinking, the
22  scenario where a driver has turned the wheel such that it
23  disables the Autosteer, but the Traffic-Aware Cruise
24  Control is still on, that is a scenario where Tesla has
25  received reports of mode confusion.  Correct?

59

1  other mode.  For example, if for some reason the driver
2  thinks Autosteer is on but it's not actually on.
3    Q.  Okay.  So a known example of that particular
4  scenario within Tesla is with a driver that has Autosteer
5  engaged, if they apply a torque to the wheel that exceeds
6  the threshhold and therefore disables Autosteer, that
7  doesn't automatically disable the Traffic-Aware Cruise
8  Control at the same time.  Correct?
9    A.  I wouldn't call it "mode confusion"; it's how
10  the system is designed.
11    Q.  No, I understand that.  I'm talking -- I'm just
12  trying to -- okay.
13    So there's a scenario that Tesla is aware of for
14  users that have Autosteer activated who put torque on the
15  wheel --
16    A.  I think you cut out.
17    MR. BRANIGAN:  You cut out.  Can you repeat --
18    MR. MCDEVITT:  Okay.  We're on a different page, so
19  let me just ask some foundational questions.
20    Q.  In order for Autosteer to be engaged,
21  Traffic-Aware Cruise Control also has to be engaged.
22  Correct?
23    A.  Yes.
24    Q.  Okay.  And if an operator has Autosteer engaged
25  and they put more torque on the wheel than the system

58

1    A.  Yes, that is correct.
2    Q.  All right.
3    Now, one of the topics in the notice is the dates
4  and details of all changes to the hands-on detection
5  scheme.
6    I want to ask you some questions about that.
7    So Autopilot was first released to the public in
8  October of 2015.  Correct?
9    A.  Yes.
10    Q.  All right.  And prior to that point in time,
11  the -- Tesla's method or -- strike that.
12    I'm going to back up just so it makes it easier.
13    When Autosteer is engaged on a Tesla vehicle, the
14  production vehicles, one of the things that they do is
15  they check for how much torque is being applied to the
16  steering wheel.  Correct?
17    A.  Uh, I'm not sure.  Can you, like -- can you say
18  that again?
19    Q.  Yes.  When Autopilot, Autosteer is engaged, the
20  system is constantly monitoring the amount of torque that
21  is being applied to the steering wheel.  Right?
22    A.  Yes.
23    Q.  Okay.  And the system, the way that it detects
24  whether or not hands are on the wheel, is it looks to see
25  whether the torque being applied to the steering wheel

60

1 exceeds some value.  Right?
2       A. Yes.
3       Q. And over the period of time that Autopilot has
4 been in customer vehicles, Autopilot has allowed for hands
5 to not be detected for different amounts of time before
6 the driver will receive a visual warning.  Correct?
7       A. Yeah.
8       Q. All right.  And initially, for Autopilot, the
9 plan was for a warning to appear as soon as the hands were
10 not detected on the wheel if the vehicle was traveling at
11 freeway speeds.  True?
12      A. Uh, I'm not sure that's true.
13      Q. All right.  Well, let me -- when you were
14 preparing yourself to testify about the changes to the
15 hands-on detection scheme, did you educate yourself on
16 what the initial scheme was for the hands-on detection?
17      A. Yeah.  I went as far back as 2016.
18      Q. Okay.  And where did you find that information
19 as of 2016?  What document?
20      A. Uh --
21      Where are the documents that I had with me?  The
22 hands-on detection scheme was -- I don't know the name of
23 the document.
24      MR. BRANIGAN:  Can we show him the list?  He
25 doesn't remember the name.

61

1       MR. MCDEVITT:  Q.  Yeah, I was about to do that.
2 So I'm going to show you what I just marked as -- this
3 will be Exhibit 311.
4       (Plaintiff's Exhibit 311 was marked for
5 identification.)
6       MR. MCDEVITT:  Q.  So we're looking at Exhibit 311.
7 Which of the documents identified on 311 describe the
8 hands-on detection scheme in 2016?
9       A. Uh, 271?
10      Q. 271?
11      A. Yes.
12      Q. Okay.  So let me -- do you now see Exhibit 271
13 on the screen?
14      A. Yes.
15      (Plaintiff's Exhibit 271 was marked for
16 identification.)
17      MR. MCDEVITT:  Q.  Okay.  And tell us what page
18 shows the hands-on detection scheme in 2016?
19      A. This one on the right side.
20      Q. Okay.  So that's page 85345?
21      MR. BRANIGAN:  We can't see the page number now.
22      THE WITNESS:  This is the page.  I can't see the
23 page number; that's the description.  85345.  Yes.
24      MR. MCDEVITT:  Q.  All right.  And on this page it
25 describes a three strike scheme.

62

1       A. Yes.
2       Q. And are you testifying that that is the scheme
3 that existed in 2016?
4       A. Uh, three strikes were introduced in 2016.
5       Q. Okay.  That was not introduced until August of
6 2016.  Right?
7       A. I think so.
8       Q. Before that, what was the scheme before that?
9       A. So it's like similar scheme except for the
10 strike, strike, and strike out, as described in the
11 figure, so the system will slow down, but we weren't
12 counting any strikes.
13      Q. And let me just see if I understand.
14      The scheme that is shown on Exhibit 271, the page
15 we're looking at, was that the scheme that existed in
16 March of 2018?
17      A. Yes.
18      Q. Okay.  So you have to follow -- or you have to
19 basically interpret the box that's shown on the page in
20 order to know how much time a person could have his or her
21 hands off the wheel before they would get a visual
22 warning.  Correct?
23      A. Yes.
24      Q. All right.  So if we go to -- the first
25 question you ask is:  Is the lateral acceleration above a

63

1 particular limit.  Correct?
2       A. Yes.
3       Q. And the next page of the document has a curve
4 that describes that, what the limit is at different
5 speeds.  Is that right?
6       A. Uh, can you zoom in a little?
7       Q. Yes.  It says lateral acceleration threshold.
8 There's two boxes?
9       A. Right.
10      Q. Okay.  So the lateral acceleration, there's a
11 sensor in the Tesla that is measuring the acceleration of
12 the vehicle from left to right if you're sitting in the
13 vehicle.  That's called lateral acceleration?
14      A. Yes.
15      Q. All right.  And at a particular speed, if the
16 lateral acceleration, meaning the vehicle is going to the
17 left or right at a particular acceleration, if it's above
18 a particular acceleration, then the system would only
19 allow hands to be off the wheel for 45 seconds in the
20 United States?
21      A. Correct.
22      Q. All right.  But if the lateral acceleration,
23 meaning the vehicle is not steering itself to the left or
24 right such that there's an acceleration above the limit,
25 then you look at the different part of the chart, the part

64

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1 that says No.  Correct?
2       A. The vehicle could be still steering but it is
3 not above the acceleration limit.
4       Q. Correct.  Right?
5       A. Yeah.
6       Q. Okay.  So you would go -- on this box you go to
7 Lateral Acceleration Above Limit, you would go to No.
8 Right?
9       Then there's another set of questions you have to
10 ask in order to determine how long a person could have
11 Autosteer engaged without hands being detected on the
12 wheel before they would get a visual warning.  True?
13       A. Yes.
14       Q. All right.  And then the next question is:
15       Is the Tesla vehicle on a road with a central
16 divider.  True?
17       A. Right.
18       Q. And so a freeway, a divided freeway like U.S.
19 101, that's a type of road that has a central divider.  Is
20 that right?
21       A. Correct.
22       Q. All right.  So then -- and in that condition,
23 if the vehicle's going under eight miles an hour, the
24 driver could have their hands off the wheel for an
25 infinite amount of time and they would never get a

65

1 warning.  True?
2       A. So that's not a definitive statement because
3 there could be like some other reasons why he would want
4 to use this.
5       Q. Okay.  But --
6       A. The timing-based warning would not trigger
7 under eight miles per hour.
8       Q. Okay.  So in March of 2018, the Tesla vehicles
9 with Autopilot on a freeway, if you're under eight miles
10 an hour, it would allow you to drive without your hands on
11 the wheel.  Correct?
12       A. If no other, like, situational thing was fired,
13 then yes.
14       Q. Okay.  So from the customer perspective, there
15 would be certain situations, for instance if you're in
16 stop-and-go traffic under eight miles an hour where, if
17 your hand were not on the wheel, you'd never get a visual
18 warning.  True?
19       MR. BRANIGAN: Objection.  Form.  The question
20 mischaracterizes the witness's testimony.
21       He may need the question repeated.
22       THE WITNESS: Yes.
23       MR. MCDEVITT: Q.  All right.  From the user
24 perspective, in March of 2018, there were certain
25 situations, for instance, if you're in stop-and-go traffic

66

1 on U.S. 101 and you're going under eight miles an hour,
2 you could have your hands off the wheel and you would
3 never get a visual warning.  True?
4       MR. BRANIGAN: Same objections.
5       THE WITNESS: That depends, like, if you never went
6 above eight miles per hour, and some of the environmental
7 warnings didn't trigger, then it's theoretically possible.
8       MR. MCDEVITT: And for purposes of these questions,
9 I want you to set aside the environmental warnings; I'll
10 come back to those next.
11       Q. So also in March of 2018, from the user
12 perspective, if you were on a freeway like U.S. 101 and
13 the vehicle was going between eight and 25 miles an hour,
14 the user could have his or her hands off the wheel for ten
15 minutes before they would get a visual warning.  True?
16       A. Yeah.  Like if you are setting aside
17 environmental ones, yes.
18       Q. And actually, from a user perspective, if
19 you're on a freeway like U.S. 101 in March of 2018 with
20 Autopilot engaged, up to speeds of 45 miles per hour, the
21 user could have his or her hands off the wheel for ten
22 minutes before they'd get a visual warning.  True?
23       A. Right.
24       Q. Okay.  And then once you get -- the vehicle
25 starts traveling above 45 miles an hour on a freeway like

67

1 U.S. 101, whether or not you would get a visual warning
2 would depend on two things:  One, is there a vehicle in
3 front of the Tesla, and two, the amount of time.  Correct?
4       A. Yes.
5       Q. So if in March of 2018, if a person with a
6 Tesla with Autopilot engaged is on the freeway going more
7 than 45 miles an hour, and there's a vehicle in front of
8 the Tesla, the person could have his or her hands off the
9 wheel for three minutes before there would be a visual
10 warning.  True?
11       A. If there is a vehicle in front of them and
12 they're going about 45, yes.
13       Q. And in that same situation, with no vehicle in
14 front of the Tesla, there would be two minutes before a
15 visual warning would appear.  True?
16       A. Yes.
17       Q. At this point in time, as of -- actually, in
18 late 2017, Tesla knew that there was going to be a
19 regulation in the EU that would require a hands-on
20 warning, visual warning to appear, if a person had his or
21 hands off the wheel for more than 15 seconds.  True?
22       A. Uh, I -- I know about the regulation that
23 you're talking about. I don't know, like, on the date if
24 we were aware of that or not.
25       Q. In your preparation for deposition didn't you

68

CRANGLE
REPORTING SERVICES

1 review documents reflecting that in late 2017 Tesla knew
2 that the EU regulation was going to require a visual
3 warning after 15 seconds of hands not being detected on
4 the wheel?
5      A. I don't know the dates exactly.
6      Q. Okay.  Well, let's start with -- let's parse
7 that out.
8      You don't dispute that at some point Tesla learned
9 the EU regulations were going to require a visual warning
10 if hands were not detected on the wheel for more than
11 15 seconds.  Correct?
12      A. Yes.
13      Q. And you just don't know when Tesla learned of
14 that.  Correct?
15      A. Correct.
16      Q. Are you able to answer questions if I were to
17 ask you when Tesla learned in a that EU regulation was
18 going to be in place, the one requiring a warning after
19 15 seconds, why Tesla did not immediately change the
20 hands-on detection scheme?
21      MR. BRANIGAN:  Well, I'm going to object to the
22 questions as being beyond the scope of the order or the
23 notice.
24      THE WITNESS:  I am -- I don't know if we didn't --
25 we did it in time for the regulations to take effect is

69

1 what I can tell.
2      MR. MCDEVITT:  Q.  And when did the regulations
3 take effect?
4      A. Uh, I'm not sure of those dates.
5      Q. Was it your understanding that the
6 regulations -- well, strike that.
7      Tesla knew the regulations were going to into
8 effect in April of 2018.  Right?
9      A. As I say, I'm not sure about those dates
10 exactly.
11      Q. When the EU regulation went into effect, that
12 would require a hands-on warning if hands weren't detected
13 for more than 15 seconds, did Tesla implement that change
14 in the U.S.-based versions of Autopilot at the same time?
15      A. No, that regulation was only for EU.
16      Q. Okay.  At this point in time, if a person is on
17 the freeway with Autopilot engaged, and they're traveling
18 above 45 miles an hour, how much time can pass with the
19 hands not being detected before the system will issue a
20 visual warning?
21      MR. BRANIGAN:  Counsel, you said at this point in
22 time.  Do you mean to say is it like today?  Is that what
23 you mean by "at this point in time"?
24      MR. MCDEVITT:  Correct.
25      MR. BRANIGAN:  Okay.  Go ahead.

70

1      THE WITNESS:  Uh, it depends on the speed.  There's
2 a variable time out based on the speed and some other
3 factors.
4      MR. MCDEVITT:  Q.  For the U.S. based versions of
5 Autopilot, is there any scenario in which a Tesla vehicle
6 traveling at 65 miles per hour with Autopilot engaged will
7 not issue a visual warning if hands are not detected for
8 more than 15 seconds?
9      A. Are you asking about today or --
10      Q. Yes.  Today.
11      A. Uh, I'd have to look at the speed code but
12 based on that -- based on the speed code I can maybe
13 answer that question.
14      Q. Why didn't Tesla use the same 15-second timing
15 that was required in the EU in the U.S. versions of
16 Autopilot?
17      A. I mean whether we implemented that in EU
18 because it was a requirement from -- from the -- I want to
19 say the I-79 regulation.  It may have been like -- I don't
20 know the name of the regulation off the top, but the
21 requirement as a response to the regulation and we -- the
22 regulation was limited only to EU.
23      MR. MCDEVITT:  Okay.  I understand that.
24      But did Tesla recognize that part of the purpose of
25 the regulation was for overall safety of both the user and

71

1 the public?
2      A. Uh, I'm guessing yes.
3      Q. Okay.  In light of the purpose of the
4 regulation being for the overall safety of both the user
5 and the public, why didn't Tesla implement that same
6 15-second threshold for the U.S.-based versions of
7 Autopilot?
8      A. I mean it's -- it's as like the -- as I said
9 earlier, the regulation did not apply for the U.S.  And --
10      What was your question again?
11      Q. Okay.  With Tesla understanding that the
12 purpose of the regulation being for the overall safety of
13 both the user and the public, why didn't Tesla then
14 implement that same 15-second threshold for the
15 U.S.-based versions of Autopilot?
16      A. So I mean it was -- I don't know if you have,
17 like, any concrete evidence of, like, changing that
18 threshhold, like, directly impacts safety of the product.
19 Like we did it to comply with the regulation.
20      Q. Okay.  So did Tesla do any analysis as to
21 whether having a 15-second threshhold before Autopilot
22 would trigger a hands-on visual reminder, whether that had
23 any impact on the safety of the car?
24      MR. BRANIGAN:  Just object to the form of the
25 question.  It's beyond the scope of the notice and the

72

1 order.
2      THE WITNESS:  I'm not aware of like specific
3 studies for the 15-second rule.
4      MR. MCDEVITT:  Q.  At any point in time, has Tesla
5 performed any studies to evaluate whether there's an
6 association between the amount of time that Tesla allows a
7 user to have Autopilot engaged without there being hands
8 detected, and the likelihood of a crash with Autopilot
9 engaged?
10      MR. BRANIGAN:  Same objections.
11      THE WITNESS:  Yeah, I'm not aware of like any
12 specific studies done for that purpose.
13      MR. MCDEVITT:  Q.  Okay.  Well, has Tesla ever
14 evaluated whether having a shorter -- allowing a shorter
15 amount of time with hands not being detected would
16 increase driver attentiveness with Autopilot engaged?
17      A.  Uh, again, like not aware of any formal studies
18 for that.
19      Q.  What about any informal studies?
20      A.  Uh, not aware of specific studies, no.
21      Q.  In this case one of the experts retained by
22 Tesla performed a study with participants wearing
23 eye-tracking goggles to evaluate where the person's eyes
24 were directed under different scenarios with Autopilot
25 engaged.

73

1      Has Tesla internally ever performed that type of a
2 study?
3      A.  No, I don't know what study you're talking
4 about.  And not aware of similar studies, internal to
5 Tesla.
6      Q.  Okay.  Setting aside my reference to that
7 study, at any point in time has Tesla performed a study
8 with participants wearing eye-tracking goggles to evaluate
9 the effectiveness of the hands-on detection scheme at
10 maintaining drivers' attention on the roadway?
11      A.  I'm not aware of any such studies with
12 eye-tracking goggles.
13      Q.  Has Tesla performed any studies that,
14 regardless of whether eye goggles were used or whether the
15 in-vehicle camera on the vehicles that have it, whether
16 there's any correlation between the amount of time that
17 Tesla allows a user to have his or her hands off the wheel
18 and the amount of attention that the user is directing to
19 the roadway?
20      A.  Um, not to my recollection, no.
21      Q.  Okay.  So let me go back to my -- the other --
22 the question I asked you initially was about whether the
23 initial concept for Autopilot was for an alert to be
24 generated as soon as hands were not detected on the wheel.
25      So I'm going to open up what I've marked as

74

1 Exhibit 314.
2      (Plaintiff's Exhibit 314 was marked for
3 identification.)
4      MR. MCDEVITT:  Q.  Okay.  You as a Tesla employee,
5 you're familiar with Confluence, correct?
6      A.  Yes.
7      Q.  And Tesla had Confluences analogous to an
8 internal Wikipedia.  Is that a fair way to describe it?
9      A.  Sure.
10      Q.  Okay.  And there are Confluence pages on a
11 whole variety of different topics.  Correct?
12      A.  Yes.
13      (Plaintiff's Exhibit 313 was marked for
14 identification.)
15      MR. MCDEVITT:  Q.  Okay.  So I'm going to show you
16 Exhibit 313 which is a Confluence page for Autopilot 1.0,
17 and on this document it refers to it as Monocam Gnatbrain?
18 Have you heard that?
19      A.  Yes.
20      Q.  And I previously asked you to --
21      MR. BRANIGAN:  Counsel, can you make it larger?
22      MR. MCDEVITT:  Yes, I will.
23      Q.  I previously asked you who Robert Rose was.
24      Is it your understanding that at one point in time
25 he was the senior director of Autopilot?

75

1      A.  Again, I'm not sure what his exact official
2 title was, but, yeah, that sounds right.
3      Q.  Okay.  So I'm going to go to page 56092.  And
4 you see this says Autosteer Driver Attentiveness Strategy?
5      A.  Yeah.
6      Q.  And the author is identified as Robert Rose?
7      A.  Yes.
8      Q.  And then it's dated September of 2015?
9      A.  Yes.
10      Q.  So I'm going to scroll down within this
11 section.
12      There's a heading entitled Hands-On Detection and
13 Automatic Disengagement of Autosteer.  Do you see that?
14      A.  Yes.
15      Q.  And it says:  "The Autosteer function is always
16 checking if driver's hands are on the steering wheel."
17      That's true, right?
18      A.  Yeah.
19      Q.  And then the next sentence says:
20      "Above 45 miles per hour, or 70 kilometers per
21 hour, the system will request the driver place their hands
22 on the steering wheel if their hands were detected to not
23 be on the steering wheel."
24      A.  Yes.
25      Q.  Okay.  And has that ever been true?

76

1    A. I mean it does offer a time out.
2    Q. Sure.  But has it ever been true that Autopilot
3  has requested a driver to place his or her hands on a
4  steering wheel as soon as hands are not detected on the
5  steering wheel?
6    A. Is that what the statement says?
7    MR. BRANIGAN:  Objection.  Form.  Question
8  misstates the document.
9    MR. MCDEVITT:  Q.  Well, that's -- I mean is that
10 not true?  Is that not what the initial scheme was
11 intended to be?
12    A. I mean it never says like as soon as --
13    Q. Well, it doesn't say that it's going to wait an
14 infinite amount of time or ten minutes or two minutes or
15 three minutes, does it?
16    A. It doesn't say that.
17    MR. BRANIGAN:  Let me object to the form.  The
18 document speaks for itself.
19    THE WITNESS:  I mean it doesn't say that but it
20 might -- it doesn't say, like, do it as soon as hands are
21 detected off the wheel.
22    MR. MCDEVITT:  Q.  Okay.  In October of 2015 when
23 Autopilot was released, how long would the system allow a
24 person to have his or her hands off the wheel before they
25 would receive a visual warning?

77

1    A. Uh, I went back to 2016; I didn't go as far
2  back as 2015.
3    Q. Well, let's focus on January of 2016.
4    In January of 2016, how long would Autopilot allow
5  a user to have his or her hands off the wheel before there
6  would be a visual warning?
7    MR. BRANIGAN:  Objection to form.  I think this has
8  been covered.  Asked and answered.  Extensively.
9    MR. MCDEVITT:  No.  Tom, what he talked about
10 started in October of 2016.  I'm asking about January.
11    MR. BRANIGAN:  If there's a difference, go ahead.
12    THE WITNESS:  So I mean the -- if I remember
13 correctly, the timing was similar.  We didn't have the
14 concept of strikes and strike outs.
15    MR. MCDEVITT:  Q.  Okay.  Well, did you verify
16 that, that the timing didn't change between January and
17 October?
18    A. Uh, don't specifically remember like going that
19 far, no.
20    Q. Okay.  Why did Tesla decide to allow up to ten
21 minutes of time to pass before a driver would get a visual
22 warning instead of having the visual warning be
23 immediately, as soon as the hands were not detected?
24    A. So are you referring to ten minutes from the
25 previous document?

78

1    Q. Yes, I was just using ten minutes as one
2  example.
3    A. I mean it's, like, based on, like, performance
4  of the system, and, like, at lower speeds, what is the --
5  like, what is the consequence if something goes wrong.
6    And it's also, like, I don't know if I cited
7  earlier, but this is like a Level 2 system, where the
8  driver, like, is free to take over any time, like if
9  something is going wrong with the system.
10    And at lower speeds, like, even if something goes
11 wrong, like, the consequences are not as severe, so the
12 time out would be longer for lower speeds.
13    Q. Okay.  Let me write this down.
14    So first of all, can you tell me when Tesla first
15 told the customers that it was, quote -- Autopilot was,
16 quote, a Level 2 system, using that word?
17    A. I don't know if the Level 2 system was like
18 what the word they used, but, like, I mean essentially the
19 wording may have been like a Driver Assistance System.
20    Q. Okay.  Sir, my question is very specific.
21    A. Yeah.
22    Q. Okay.  At any point in time, has Tesla told
23 customers that Autopilot is, quote, a Level 2 system?
24 Using that word.
25    A. I haven't reviewed, like, the release notes or

79

1  user manual, but, like, if I'm thinking, like, from a --
2  like a typical end user, I don't know if they're aware of
3  all of these categories like Level 2 and whatnot.
4    That specific category is defined by I want to say
5  by SAE, and they're quite technical, so I don't know if --
6  even if we said, like, it's a Level 2 system, a typical
7  end user would understand what that means.
8    Q. Okay.  Well, as far as you know, has --
9    I understand you haven't looked at documents, but
10 as far as you know, has Tesla ever told customers that
11 Autopilot is, quote, an SAE Level 2 system?
12    MR. BRANIGAN:  Objection.  Form.  Asked and
13 answered.  He just gave you a detailed answer in response
14 to that question.
15    THE WITNESS:  Yeah, like I said, I don't know if
16 that specific term was used or not.
17    MR. MCDEVITT:  Q.  As far as you know has Tesla
18 ever explained what SAE Level 2 means to customers, using
19 that wording.  This is a SAE Level 2 system, that means X,
20 Y, Z.  Has that ever happened?
21    MR. BRANIGAN:  Objection.  Form.  Well beyond the
22 order and scope of the notice now.  Go ahead, sir.
23    THE WITNESS:  I'm not sure if that -- if we've,
24 like, explained it anywhere.
25    MR. MCDEVITT:  Q.  Okay.  And as you just indicated

80



1 it's a fairly technical terminology?  Correct?
2     A. Yeah.
3     Q. And as far as -- you don't even know if users
4 would understand what that means.  True?
5     MR. BRANIGAN: Objection.  Form.  Calls for
6 speculation.  Beyond the scope of the notice and the
7 order.
8     THE WITNESS: Yeah.  I mean if I were to guess,
9 like an average person wouldn't know what Level 2 means.
10     MR. MCDEVITT: Q.  Okay.  You reviewed some
11 documents relating to the crash involving Josh Brown?
12     A. Is that the Williston -- yeah.
13     Q. And that crash happened in May of 2016?
14     A. Uh, I don't remember the date exactly but
15 sometime during 2016.
16     Q. As of May of 2016, what was the hands-on
17 detection timing scheme that existed?
18     A. If I remember correctly, that was the scheme.
19     Q. The one that we looked at in Exhibit 271?
20     A. The one with the diagram and the decisions,
21 like, based on various questions.
22     Q. Okay.
23     A. And except for the strike and strike -- I think
24 I mentioned this earlier, too.
25     Q. Now, one of the topics in the notice relates to

81

1 changes made to the hands-on detection scheme.
2     And as early as 2016, Tesla knew that persons using
3 Autopilot may get distracted by using their cell phone
4 with Autopilot engaged.  Right?
5     A. It's possible.
6     Q. Well, do you know who John McNeil is?
7     A. No.
8     Q. Have you ever heard of John McNeil who was the
9 global sales manager for Autopilot?
10     A. I don't think I was, like, involved with that
11 person, no.
12     Q. Okay.  With respect to the changes made to the
13 timing of the hands-on detection scheme, in relating to
14 the timing of the hands-on scheme, Tesla knew that there
15 were going to be people that were using Autopilot, and
16 amongst those people, there would be people looking at
17 text messages or looking at e-mails on their phone or
18 doing other things on their phone.  Right?
19     MR. BRANIGAN: Objection.  Form.  Goes beyond the
20 scope of the notice and the order.  Calls for speculation.
21     THE WITNESS: It's possible.
22     MR. MCDEVITT: Q.  And during your time at Tesla,
23 obviously you've learned of scenarios with persons using
24 Autopilot and then using their phone when Autopilot is
25 engaged?

82

1     MR. BRANIGAN: Same objections.  Beyond the scope
2 of the order.  Beyond the scope of the notice.
3     THE WITNESS: Yeah, if you're talking about time
4 with Tesla till now, yes.
5     MR. MCDEVITT: Q.  And at any point in time have
6 there been changes made to the hands-on detection scheme
7 out of Tesla recognizing that the longer that Tesla allows
8 Autopilot to be engaged with a person's hands not
9 detected, the more likely it is that drivers will become
10 distracted by secondary tasks?
11     A. Can you repeat that?
12     Q. Sure.
13     At any point in time have there been changes made
14 to the hands-on detection scheme out of Tesla recognizing
15 that the longer the system allows Autopilot and Autosteer
16 to be engaged without a person's hands being detected, the
17 more likely it is that drivers will be distracted by
18 secondary tasks?
19     A. Uh, I mean it's -- again, it could possibly be.
20 But I don't know, like, that's like -- that would happen
21 with every driver, but, yeah, it's a possibility.
22     Q. And Tesla knew that their --
23     Well, first of all, did Tesla know from a human
24 factors perspective that the longer it allowed Autopilot
25 to be engaged without a user's hands detected on the

83

1 wheel, the more likely it is that persons would engage in
2 secondary tasks or become distracted?
3     MR. BRANIGAN: Objection.  Form.  Beyond the scope
4 of the order.  Beyond the scope of the notice.
5     THE WITNESS: I mean I think that what -- wasn't
6 that the same question?  Or maybe I misunderstood.  I
7 thought it was the same thing that you asked just now.
8     MR. MCDEVITT: Q.  Okay.  Well, let me just
9 confirm.
10     So Tesla knew from a human factors perspective that
11 the longer allowed Autopilot to be engaged without a
12 user's hands detected on the wheel, the more likely it
13 would be for a person to engage in secondary tasks or
14 become distracted.  Right?
15     MR. BRANIGAN: Objection.  Form.  Beyond the scope
16 of the order.  Beyond the scope of the notice also
17 incomplete hypothetical.
18     THE WITNESS: Yeah, I mean it's possible, as I said
19 earlier, it's possible; it depends on person to person.
20 But yes, it's possible.
21     MR. MCDEVITT: Q.  One of the topics in the notice
22 is the basis for Elon Musk's statement in September of
23 2016 that, quote:  So we will see half a dozen or more,
24 sometimes as many, ten warnings in one hour continuously
25 ignored by the driver.  End quote.

84

CRANGLE
REPORTING SERVICES

1     What was the basis for that statement?
2     A. Uh, I'm guessing it came from some review of
3 telemetry from some customer vehicles.
4     Q. Well, did you ask Elon Musk why he made that
5 statement?
6     A. No, I didn't think he would remember like
7 specifics about statements of that far back.
8     Q. Okay.  But you didn't ask him, did you?
9     A. No, I did not.
10     Q. Did you ask anybody what the basis was for
11 Elon Musk's statement in September of 2016 that, quote:
12 So we will see half a dozen or more, sometimes as many,
13 ten warnings in one hour continuously ignored by the
14 driver?
15     A. When I asked if anybody -- like I specifically
16 asked Pete if he remembered any, like, Elon meetings where
17 we specifically discussed these topics, but he didn't
18 because I don't think he was even part of these meetings
19 by then.  And --
20     Q. Were --
21     MR. BRANIGAN:  I don't think he's done with his
22 answer.
23     MR. MCDEVITT:  Yeah, go ahead.
24     THE WITNESS:  And like, I didn't find anybody else
25 who would be part of the Elon meetings.

85

1     MR. MCDEVITT:  Q.  In September of 2016, what data
2 did Tesla have that would provide a basis for -- well,
3 strike that.  Let me start over.
4     First of all, it's Tesla's position, Tesla is not
5 indicating that Elon Musk made that up.  True?
6     A. Yeah, that would be my -- yeah, suspicion.  I
7 wouldn't think he made it -- made it up.
8     Q. Okay.  So in September of 2016, what was the
9 data that Tesla had available to it that would allow for
10 Elon Musk to state, quote:  So we will see half a dozen or
11 more, sometimes as many, ten warnings in one hour
12 continuously ignored by the driver?
13     A. I mean based on that statement, it sounds like
14 the data was analyzed from a given vehicle, like, for a
15 period of more than an hour.  So based on that, I would
16 say this would be -- this would be coming from analysis of
17 Car Log data.
18     Q. Okay.  So let me break this down.
19     So the Tesla vehicles in 2016, they had internet
20 connectivity.  Correct?
21     A. Yes.
22     Q. And the Tesla customer vehicles had different
23 sensors installed within them including a sensor related
24 to steering wheel torque?
25     A. Yes.

86

1     Q. Okay.  And looking at the steering wheel
2 torque, the Tesla car system would make a conclusion as to
3 whether or not a person had his or her hands on the wheel.
4 Correct?
5     A. Based on the -- yeah.  Based on that, yes.
6     Q. In addition to that type of data, the Tesla
7 vehicles also would keep track of data indicating whether
8 or not the Autopilot system issued a visual warning to a
9 particular driver.  Right?
10     A. Yes.
11     Q. And in addition to the vehicles keeping track
12 of whether a visual warning was displayed, the vehicles
13 would also keep track of whether an audible warning was
14 displayed.  Correct?  Or played.
15     A. Yes.
16     Q. And so from looking at that data, Tesla could
17 look at the data from its vehicles and it could see:  Are
18 drivers responding to the visual or audible warnings by
19 putting their hands on the wheel?
20     A. Correct.
21     Q. And Tesla could also evaluate not only are the
22 users responding to the warnings by putting their hands on
23 the wheel for a moment, are they then keeping their hands
24 on the wheel after the warning?
25     A. Yeah.

87

1     Q. Okay.  And so using that data, that allowed
2 Tesla in September 2016 to determine that it would see
3 half a dozen or more, sometimes as many as ten warnings in
4 one hour, continuously ignored by the driver.
5     A. Yeah, I would assume based on all of that data
6 the statement was made.
7     Q. Were any changes made to the hands-on detection
8 scheme in response to that discovery, or Tesla
9 recognizing, hey, people are ignoring these warnings?
10     A. Uh, so I mean, like, the changes would be
11 like -- yeah, uh, I think as a result of this, I think,
12 you know, the strike out system was introduced as a result
13 of like, this analysis, yes.
14     Q. Well, the strike out system was introduced
15 before that.  The strike out system was introduced in
16 August of '16, wasn't it?
17     A. I mean this -- like based on this, it may have
18 been referring to some -- like some vehicle from before
19 the strike out system, because like once you get, like --
20 once you get with the strike out system, you wouldn't be
21 able to, like, get those many, like, warnings and like --
22 like those many of -- it doesn't say specifically audible
23 warnings.
24     So I'm not sure, like, whether he meant, like,
25 audible warnings or visual warnings in that statement.

88

CRANGLE
REPORTING SERVICES

1    Q. Okay.  In August of 2016, Tesla implemented a
2  free strike out system.  Correct?
3    A. Yes.
4    Q. And in terms of the sequence of warnings that
5  would be presented to the driver, the first warning that
6  would be presented was a visual warning?
7    A. Correct.
8    Q. That didn't count as a strike.
9    A. That did not count as a strike.
10   Q. The second warning would be an audible warning.
11 Correct?
12   A. Yes.
13   Q. What warnings -- actually, let's go back to
14 Exhibit 271.
15     Coming back to this Exhibit 271 that we've been
16 looking at previously, which is 85345, the first type of
17 warning that a user would receive if there was a time out,
18 in other words, if they had exceeded the amount of time
19 that Autopilot was allowing them to have their hands off
20 the wheel, would be a visual warning?
21   A. Correct.
22   Q. And then if the driver did not put his or her
23 hands on the wheel within 15 seconds, they would get an
24 audible warning?
25   A. Correct.

89

1    Q. The way that Tesla set up the system, the user
2  would not get a strike that counted toward the three
3  strikes until they at least got an audible warning.
4  Correct?
5    A. Yes.
6    Q. So let me ask this question.
7      In order to avoid getting a strike, how long would
8  the user have to have his or her hands on the wheel after
9  a visual warning?
10   A. How long?
11   Q. Correct.
12   A. I mean the minimum amount of time would be
13 to -- would be whatever time it takes for the system to
14 detect their hands on.
15   Q. Okay.  So in response to a visual warning, a
16 user could put his or her hands on the wheel for less than
17 a second as long as they applied a torque above the
18 threshhold required.  Right?
19   A. I don't know if less than a second is
20 sufficient to, like, detect, but regarding that the torque
21 goes through a filter, and then there are some timing
22 thresholds applied, I don't remember off the top what the
23 thresholds are, but whatever time it takes for the system
24 to, like, declare hands on.
25   Q. Okay.  So if a user gets a visual warning, and

90

1  they respond to that visual warning by applying a torque
2  to the wheel for, let's say, three seconds, such that it
3  would result in the warning going away, then they would
4  not get a strike?
5    A. Yeah.  As an example, three seconds sounds like
6  about the ballpark.
7    Q. Okay.  And then the person again could take
8  their hands off the wheel again for the amount of time
9  that the system would allow.  On the freeway, you could go
10 up to another three minutes before you'd get another
11 visual warning.  True?
12   A. Well, as I said earlier, there were some
13 environmental conditions, but if we are ignoring those, as
14 you said, then maybe yes.
15   Q. Okay.  So after September 2016, when Elon Musk
16 made the statement about users continuously ignoring
17 warnings, did Tesla do any sort of evaluation at that
18 point in time to evaluate the effectiveness of the
19 hands-on detection scheme at maintaining driver attention?
20     MR. BRANIGAN:  Let me just object to the form of
21 the question.  It misrepresents and mischaracterizes the
22 actual statement by Mr. Musk included in your notice.
23     THE WITNESS:  Can you repeat the question?
24     MR. MCDEVITT:  All right.  Well, I'll just read the
25 quote.

91

1      In September 2016, Tesla, through Elon Musk,
2  stated, quote:  So we will see half a dozen or more,
3  sometimes as many as ten warnings in one hour continuously
4  ignored by the driver.  End quote.
5      After that statement was made, did Tesla do any
6  sort of evaluation at that point in time to evaluate the
7  effectiveness of the hands-on detection scheme at
8  maintaining driver attention?
9    A. I am not aware of any, like, studies done as I
10 think I said earlier.
11   Q. Okay.  The next category is Tesla's evaluation
12 and/or analysis of fleet data relating to hands on.
13 Standards, best practices and research relied upon by
14 Tesla in development of the hands-on scheme.
15     So let me start with the second part of that.
16     Can you identify for us any standards, best
17 practices, and research -- or strike that.  Let me
18 separate it.  So I'm going to ask you a new question.
19     Can you identify for us any research relied upon by
20 Tesla in development of the hands on scheme?
21   A. Hands on scheme?
22   Q. Correct.  And I'm just talking about research.
23   A. So there were like some studies that -- like I
24 saw some document describing, like, some studies by BMW
25 laboratory about how they how the users can respond --

92

1  respond -- like how soon the users can respond to a -- how
2  soon the users can, like, take over.
3       But that -- those are the studies that I'm aware of
4  that we used.
5       Q. Okay. And I think I know the document you're
6  referring to. But let me just...
7       Other than what's reflected in that particular
8  document -- well, first of all, let me show you. I think
9  you were referring to Exhibit 274. Let me pull that up.
10      (Plaintiff's Exhibit 274 was marked for
11  identification.)
12      MR. MCDEVITT: Q. Is this the document you're
13  referring to that references a BMW study?
14      A. Yes.
15      Q. Okay. Who created this document?
16      A. Uh, I'm not sure. I'm not sure who created the
17  document.
18      Q. Did Tesla, in fact, rely on this particular
19  document and the research reflected in it? In developing
20  the hands-on scheme?
21      A. That is my understanding, at least.
22      As I said, like, I was not involved in the initial
23  scheme and the engineers who did that are no longer here.
24  So I couldn't confirm.
25      Q. Okay. So what is your basis for stating that

93

1  Tesla did, in fact, rely on this document in the studies
2  referenced within it in developing the hands-on detection
3  scheme?
4       MR. BRANIGAN: Objection to form. Mischaracterizes
5  the witness's testimony. Go ahead.
6       THE WITNESS: I mean based on the -- give me a
7  second.
8       MR. BRANIGAN: Give him a second. He's reviewing
9  the document.
10      He has it in hard copy in front of him, too,
11  Andrew, but thanks for putting it up.
12      THE WITNESS: I think from this page 2 it says this
13  material review reports in the literature about the
14  timing. So that based on the document, I assume that this
15  was -- these studies were used.
16      MR. MCDEVITT: Q. Okay. But you're making an
17  inference based on the document itself, but you can't
18  actually confirm that Tesla relied upon this in coming up
19  with the hands-on detection timing. Correct?
20      A. Yeah, I didn't have any -- any resources where
21  I can, like, ask.
22      Q. Now, do these particular studies, do these
23  relate to Level 2 systems or do these relate to Level 3?
24      A. I don't think this says specifically about SAE
25  level.

94

1       Q. Let's look at the third page of the
2  Exhibit 274. This is the takeover time analysis. Do you
3  see that? This is the BMW group paper?
4       A. Yeah.
5       Q. The fourth bullet point says: Obstacle appears
6  on the road and driver is prompted to take over.
7       Do you see that?
8       A. Yeah.
9       Q. So the concept in a Level 3 system is that a
10  driver will receive a prompt when they need to take over.
11  Correct?
12      A. Yeah.
13      Q. All right. Is that the concept in all
14  scenarios in a Level 2 system?
15      MR. BRANIGAN: Objection. Overbroad. Calls for
16  the witness to speculate. But go ahead.
17      THE WITNESS: The Level 2 system, like, it's not
18  required to have redundancy, so it can have failures, and
19  user may be required to like Take Over Immediately.
20      MR. MCDEVITT: Q. Okay. I just want to make sure
21  that the reporter got that.
22      You said the Level 2 system is not required to have
23  redundancies, so it can have failures, and the user may be
24  required to Take Over Immediately?
25      A. Yeah, that's what I said.

95

1       Q. Okay. And when you're describing failures of
2  Level 2 system as it relates to Autosteer, what are you
3  referring to?
4       A. I mean in, like, it could have, like software
5  crashes, for example, or -- I mean, I don't know if you,
6  like, if it's clear what I mean by software crashes,
7  whether -- like is that clear to you or no?
8       Q. I think so. Let's set aside -- let's set aside
9  the software crashing.
10      What are the types of failures you're referring to
11  in a Level 2 system as it relates to Autosteer?
12      A. I mean that is one of the failure, right?
13  Software crash is another failure. Then there could be,
14  like, communication failures between like radio
15  sub-systems.
16      Q. What about steering failures? Incorrect
17  steering failures? Is that included within what you were
18  alluding to with failures?
19      A. Uh, how do you define incorrect steering? Is
20  it like mechanical failure that the system cannot steer?
21  Or, like, it goes, like -- one of the thing that can
22  happen is like the way we designed the system we put
23  limits on how quickly it can steer, and we can encounter
24  like a particularly curvy road where it's beyond the
25  limits of the system. So that's like the -- yeah.

96

1    Q. You're talking about the jerk threshhold?
2    A. The jerk thresholds, steering angle thresholds.
3    Q. Within the umbrella term of failures for the
4 Level 2, are you including, for Autosteer -- well, strike
5 that.
6        Autosteer, by definition, the intended function of
7 Autosteer is to maintain the vehicle's left to right
8 position within a lane.  Is that true?
9    A. Yes.
10    Q. Okay.  So are you including within the
11 definition of failure of Autosteer an instance where it
12 makes a steering movement that results in it going out of
13 the lane?
14    A. I mean I'm not sure that, like, what would
15 be -- like there could be like multiple reasons.  I don't
16 know what, like, you are specifically referring to.
17    Q. I'm just following up on your response.
18       And I'm asking you within what you're referring to
19 as a failure in a Level 2 system for Autosteer, within
20 what you're describing as a failure, are you including the
21 scenario where Autosteer steers the vehicle out of the
22 lane and therefore fails to keep it within the lane it was
23 in when it was activated?
24    A. Uh, I'd say that's possible, yeah.
25    Q. Okay.  And in this particular -- the first

97

1 paper we're looking at, this may be applicable in an
2 instance where the Tesla Autopilot system provides a Take
3 Over Immediately warning to the driver.  Correct?
4    A. Right.
5    Q. Okay.  You're not indicating that this paper
6 and the research here applies in a scenario where the
7 system fails without providing a Take Over Immediately to
8 the driver, are you?
9    A. I mean Level 2 system, like driver would be
10 monitoring the performance, also, like the system may or
11 may not always report the failures, so like as a
12 Level 2 system, the driver is part of the system, driver
13 monitoring the performance of the system is part of the
14 system.
15    Q. Let me clarify.  My question is:  This
16 particular paper, you see the bullet point says:  Obstacle
17 appears on the road and -- meaning also -- driver is
18 prompted to take over.  Do you see that?
19    A. Yeah.
20    Q. Okay.  Did Tesla believe this research applied
21 to a scenario where an obstacle appeared on the road and
22 the driver was not prompted to take over?
23    A. I'm not sure what -- what the interpretation
24 was at the time.
25    Q. Okay.  For the next one, paper reference in

98

1 Exhibit 274, I'm looking at Bates ending 5905.  This is
2 also authored by the BMW group?
3    A. Yeah.
4    Q. And the third bullet point describes a
5 condition as the driver being involved in a visually
6 intensive secondary task?
7    A. Right.
8    Q. And so Tesla considered and recognized there
9 would be scenarios with Autopilot engaged in which a
10 driver would be involved in a visually intensive secondary
11 task?
12    A. It's -- yeah.  I mean it's possible based on
13 this.
14    Q. Okay.  The fourth bullet point indicates:
15 Obstacle appears on the road and driver is prompted to
16 take over.
17       Are you saying that Tesla interpreted this study to
18 apply to a scenario where there was an obstacle on the
19 road and the driver was not prompted to take over?
20    A. I'm not sure what was the interpretation at the
21 time.
22    Q. Okay.  Did Tesla assume that the takeover time
23 for a driver with an obstacle appearing in the road would
24 be the same regardless of whether there was also a prompt
25 by the system for the driver to take over?

99

1    A. Are you asking -- sorry.  Can you repeat the
2 question?
3    Q. Yes.  Did Tesla assume that the takeover time
4 for a driver, in a scenario where an obstacle appears in
5 the road, while the driver was involved in a visually
6 intensive secondary task, would be the same regardless of
7 whether the system provided a prompt to the driver to take
8 over?
9    A. Uh, is the assumed -- yeah, I'm not sure what
10 driver sees at that time.
11    Q. So in what way did Tesla rely on these papers
12 in the development of the hands-on scheme for Autopilot?
13    A. I mean as I said earlier, this is like -- this
14 is the same document that I've seen, and the developer
15 engineers are no longer here so I can't confirm much on
16 the document.
17    Q. And there was no documentation left by the
18 engineer developers that memorialized whether or not they
19 relied upon this, and if so, how?
20    A. I didn't come across anything.
21    Q. And at this point in time Tesla doesn't have
22 any way to confirm or deny whether or not the engineers,
23 in fact, relied on this paper?
24    MR. BRANIGAN:  Objection.  Asked and answered.
25    THE WITNESS:  Again, I'm not sure like how we

100

1 would -- how I would do that.
2       MR. MCDEVITT:  Q.  All right.  Well, setting aside
3 the papers referenced in Exhibit 274, can you identify for
4 us any studies that Tesla relied upon in development of
5 the hands-on scheme for Autopilot?
6       A.  Uh, yeah.  I think I mentioned about like
7 internal studies, but not -- I am not aware of any other
8 external studies.
9       Q.  Okay.  What were the internal studies that
10 Tesla relied upon in development of the hands-on scheme?
11      A.  Uh, I think I mentioned it earlier, but like we
12 had like engineers and others, other internal employees,
13 like evaluate the system for its effectiveness.
14      MR. BRANIGAN:  Andrew, it's 1:14, our lunch is
15 here.  I'd like to take a break for lunch.  We've been
16 going for over an hour now.
17      MR. MCDEVITT:  That's fine.  Do you mind if I just
18 button up the questions on this particular area?  I just
19 have a few more.
20      MR. BRANIGAN:  Yeah.  Go ahead.
21      MR. MCDEVITT:  Q.  Okay.  Can you identify for us
22 documents that memorialize the studies that you just
23 referenced, the internal studies?
24      A.  Uh, I'm sorry.  I don't really understand the
25 question.

101

1       Q.  You referenced internal studies that Tesla
2 relied upon to develop the hands-on scheme.
3       And my question is:  Can you identify those to us?
4 In other words, where are they?
5       A.  Uh, I don't -- I didn't see any documents per
6 se.
7       Q.  Okay.  What were the different conditions that
8 Tesla evaluated in the internal studies?
9       A.  Uh, I mean, like, in and around, like, the --
10 uh, so I mean for sure in and around the Bay Area, and
11 some test tracks.  I don't recall if -- so at some point
12 we had, like, drivers driving around like various parts of
13 U.S.
14      I don't recall if that was the case during, like,
15 initial development for this hands-on schema.
16      Q.  The people that participated in those studies
17 you referenced, were those all Tesla employees?
18      A.  Yeah.
19      Q.  And were they all trained on the use of
20 Autopilot?
21      A.  I can't speak for everybody, but --
22      Q.  Were there -- sorry.  Go ahead.
23      A.  Yeah, I mean their engineers were -- I don't
24 know if the -- like, the operators who are, like, whose
25 main job is to just drive, I don't know how much training

102

1 they had for, like, on Autopilot users per se.
2       Q.  Okay.  Tesla has employees that were tasked
3 with the role of evaluating different versions of
4 Autopilot.  In other words, they were just testers; that's
5 all they did, correct?
6       A.  Correct.
7       Q.  They're Quality Assurance drivers?
8       A.  Yes.
9       Q.  So did Tesla do any studies to evaluate the --
10 in development of the hands-on detection scheme using
11 participants that were not Tesla employees?  In other
12 words, people that were naive to Autopilot; they had never
13 used it before.
14      A.  I mean, as far as I know there were no, like,
15 people outside -- who were, like, not Tesla employees.
16      But there may have been, like, some people, like --
17 these, like, QA drivers, like, they, like, before, like --
18 when you say, like, initial development, you mean, like,
19 when the system was released first, right?
20      Q.  I was following up on your response where you
21 reference internal studies --
22      A.  Yeah.
23      Q.  -- into the hands on -- and that's what I was
24 asking about.
25      A.  Yeah.  Yeah, yeah.  So I mean it's possible

103

1 that some of the QA drivers, like, were experiencing
2 Autopilot for the first time when they participated.  But
3 I can't say for sure.
4       Q.  Okay.  Did Tesla ever intentionally do studies
5 with persons that were naive to Autopilot?  In other
6 words, did they purposefully use participants that didn't
7 have experience with Autopilot in order to evaluate the
8 effectiveness of the hands-on detection scheme at
9 maintaining the operator attention while Autopilot was
10 engaged?
11      MR. BRANIGAN:  Objection.  Form.  Asked and
12 answered.  Go ahead.
13      THE WITNESS:  I'm not aware of all the nitty
14 gritties and details of all the participants.
15      MR. MCDEVITT:  Q.  Is there anybody at Tesla that
16 is aware of that?
17      A.  I would say like the initial developers and QA
18 people would be on that but none of them are around.
19      MR. MCDEVITT:  All right.  We can take a break.
20      THE VIDEOGRAPHER:  Okay.  We are going off the
21 record.  The time is 1:18.
22      (Recess.)
23      THE VIDEOGRAPHER:  We're come back on the record.
24 The time on the video monitor is 1:55.  Please begin.
25      MR. MCDEVITT:  Q.  Before the break we were talking

104

1 about internal studies performed at Tesla. I want to
2 switch gears a bit and ask you about topic a. 13.
3      One of the sub topics in a. 13. is factors that
4 influence driver -- or Tesla's evaluation of and
5 consideration of data, research and studies regarding
6 factors that influence driver takeover time when automated
7 driving systems are in use.
8      On that particular issue, one of the fundamental
9 assumptions of Autopilot is that the operator will be in a
10 position to take over at any point in time. Correct?
11      A. Yes.
12      Q. Okay. What factors did Tesla identify, if any,
13 that influence driver takeover time when an automated
14 driving system is in use?
15      A. That influence takeover time?
16      Q. Yes.
17      A. It goes -- the topic was like those studies --
18 studies like we talked about earlier?
19      Q. Yes. No, my question is a little bit
20 different.
21      My question is: What are the factors that Tesla
22 identified as having an influence on driver takeover time
23 when automated driving systems are in use?
24      A. Uh, sorry. I was just, like, reading the
25 question again.

105

1      I don't know that there is like a list somewhere
2 that -- or at least I didn't come across, like, a list of
3 spell factors specifically.
4      Q. Okay. Were there any factors that Tesla took
5 into account that have an impact on driver takeover time
6 when an automated driving system is in use?
7      A. I mentioned about the rate of steering wheel
8 rotation. That I mentioned earlier.
9      Other than that, I'm not aware of, like, any
10 documentation around this.
11      Q. Okay. And let me just redirect you on that
12 question.
13      So for purposes of my question, I'm focusing on
14 factors that Tesla recognizes potentially impacting driver
15 takeover time when an automated driving system is in use.
16      What were the factors, if any, that Tesla
17 identified?
18      A. Yeah, like, I think as I said earlier, like I
19 didn't come across like a list of -- list of specific
20 factors, per se.
21      Q. Okay. Did Tesla recognize that there is a
22 range of perception/reaction times across a population?
23      A. Uh, yeah.
24      Q. Okay. And what was the -- with respect to the
25 takeover time, what was Tesla's operating assumption as to

106

1 the range of perception/reaction times within the general
2 public?
3      A. Uh, yeah, I don't know if I have like specific
4 numbers for this.
5      Q. Okay. And let me just reframe this.
6      So do you agree that one of the central safety
7 assumptions for Autopilot is that the operator will be in
8 a position and will be capable of taking over control of
9 the vehicle at any point in time?
10      A. Yes. We mentioned that, like, at multiple
11 places.
12      Q. Okay. So did Tesla look at any research to
13 evaluate whether that was a reasonable assumption to make?
14      A. Uh, not sure that there is specific research,
15 study for that.
16      Q. Okay. And recognizing that there's a range of
17 perception/reaction times across the general public, what
18 was the basis for Tesla's belief that despite that,
19 drivers will be able to take over control of the vehicle
20 at any time there is, as you reference, a failure of
21 Autopilot?
22      A. I'm not sure I understand the question.
23      Q. Okay. So Tesla's part of the fundamental
24 assumptions for Autopilot is in the event Autopilot fails,
25 in some way, the driver will be in a position and capable

107

1 of taking over control of the vehicle prior to a crash
2 occurring. Correct?
3      A. Um-hum. Yeah.
4      Q. Okay. And so my question is: Can you point us
5 to any research that Tesla relied upon that would support
6 that fundamental assumption?
7      A. I mean, again, going back to the capabilities
8 of the system, this is like a Driver Assistance System, so
9 driver is in control even when the car is, like, actuating
10 the skidding motion, right? So I don't know if that's
11 like -- if there is, like, more to that than that the
12 system design itself.
13      Q. Okay. So when Autopilot is engaged with
14 Autosteer, when Autosteer is engaged, the Tesla vehicle is
15 using automated features to control the speed and the
16 steering. Correct?
17      A. Right.
18      Q. All right. So in an instance where the system
19 makes a steering error, for instance, Tesla's assumption
20 is despite there being a range of perception/reaction time
21 across the general public, a driver will always be capable
22 and in a position to recover before a crash occurs.
23 Right?
24      A. Yes.
25      Q. Okay. And so my question is: What is the

108



1 basis for that assumption?
2      A. I think I talked -- I talked about the various
3 limitations -- like -- like there's ways in which we limit
4 the capabilities of systems, and like the reason behind
5 doing that is to give a generally attentive driver enough
6 time to take over before the system can actually do
7 something, like, unexpected.
8      Q. And one of the things we talked about is
9 there's a jerk threshhold, which means, in other words, if
10 the control system believes it should make a sudden
11 steering movement that is beyond a particular threshhold,
12 there is a check coded into the system that will say, no,
13 we're not going to do that.  Right?
14      A. Yes.
15      Q. Okay.  So my question is:  Even with the jerk
16 threshhold in place, what is the basis for Tesla's
17 assumption that even with the jerk threshhold in place, a
18 driver will always be in a position to take over control
19 prior to a crash occurring?
20      A. I mean that -- it's about, like, how soon can
21 the car, like, steer away and, like, how much time does a
22 driver have to react.
23      And, like, I think when you're talking about jerk,
24 jerk, I would say, like a longitudinal control parameter,
25 if you are talking about like steering off -- the

109

1 limitations -- like the system limitations that play most
2 important part there is the steering angle rate, the rate
3 at which the steering angles can change.  So we have
4 limits on those.
5      So those limits are designed in such a way that
6 there is like enough time for the driver to, like, react
7 in case the Autopilot is steering incorrectly.
8      Q. Okay.  And my question is:  What is the basis
9 for saying that there is enough time?
10      A. I mean like the system cannot depart -- like
11 depart a lane without, like, under -- like under a certain
12 time.  I don't recollect like the time off the top of my
13 head, but that was determined to be a sufficient time for
14 an attentive driver to realize that the system is doing
15 something that they wouldn't expect the system to do given
16 the environment, and then interject and take over the
17 system.
18      Q. Okay.  So my question is:  How did Tesla
19 determine, whatever it's called a sufficient time, how did
20 Tesla determine that is a sufficient time in light of
21 there being a range of perception/reaction times across
22 the public?
23      A. I'm not sure if there's like a specific -- I
24 mean I -- like I said, I don't remember the threshhold off
25 the top of my head, but if you're asking how that

110

1 threshhold was selected and deemed sufficient, I don't --
2 I haven't seen any specific studies around that.
3      Q. Okay.  Tesla recognizes that across its user
4 base, it's going to have people of different ages and
5 mental capacities.  Right?
6      A. Yes.
7      Q. Okay.  Some people are going to have quicker
8 reactions than others.  Right?
9      A. Yes.
10      Q. Okay.  So let me give you an example.
11      Say, for instance, a person has Autosteer engaged,
12 and one second before a collision is -- or they're one
13 second away from hitting an object.  And they have to take
14 over.
15      In that scenario, what is the basis for Tesla
16 assuming that they will be able to take over?
17      MR. BRANIGAN: Objection.  Form.  Incomplete
18 hypothetical.
19      THE WITNESS:  Uh, yeah.  I'm not sure if like one
20 second is the limit here, but I mean the basis, yeah, like
21 I said, like this would be like evaluations on the test
22 track, etcetera, but I'm like not -- I didn't come across
23 like any specific documentation of how specific thresholds
24 were selected.
25      MR. MCDEVITT:  Q. How much time does Tesla believe

111

1 is sufficient in order for a driver to take over when an
2 automated driving system is engaged?
3      A. Like I said, I don't have the specific
4 thresholds.  So I don't know if I can answer that right
5 now.
6      Q. Okay.  In other words, what I'm asking is with
7 respect to takeover time, is a fundamental assumption of
8 Autopilot as long as we give the operator five seconds
9 before a collision, they will always be able to take over?
10 Or is it as long as they have three seconds?  Or is it as
11 long as they have one second?
12      What is the assumption within Autopilot as to how
13 much time needs to be afforded in order for a driver to
14 take over and avoid a collision?
15      MR. BRANIGAN:  Objection.  Form.  Incomplete
16 hypothetical.
17      THE WITNESS:  I mean as I said, I don't have the
18 threshhold, like, in front of me, so I don't know if I can
19 answer that right now.  The specific timing, specific time
20 threshhold.
21      MR. MCDEVITT:  Q. For the Autopilot system, is
22 there an assumed amount of time that Tesla believes will
23 be sufficient for a driver to take over in any scenario
24 and avoid a collision?
25      A. Yes.  I mean that is the basis of all of the

112

1  system limitations that we have put in place.
2      Q. Okay.  So where is that amount of time
3  documented?
4      A. Uh, assuming some of the -- like ideal
5  Confluence of Jira would have the documentation.
6      Q. Tell us the process that Tesla utilized to come
7  up with that time.
8      A. I wasn't part of that initial design, but based
9  on, like, my engineering judgment, I would say it would be
10  some literature review and, like, some testing on test
11  tracks.
12      Q. Okay.  Do you know if, in fact, that sort of
13  evaluation was done?
14      A. Uh, I know some -- like some of the --
15  something was done, but I don't know like exactly what.
16      Q. Okay.  Did Tesla take into account research
17  that related to the concept of a driver being out of the
18  loop?
19      A. Uh, can you describe that?
20      Q. Yes.  So one of the experts that Tesla retained
21  in this matter authored a paper that is -- give me a
22  second -- entitled:  The Out of the Loop Concept in
23  Automated Driving.
24      Is that something that Tesla considered?
25      A. I don't think I've seen that paper and I'm not

113

1  sure if that was considered or not.
2      Q. Did Tesla take into consideration research on
3  automation and humans' ability to monitor automation from
4  research that was performed in aviation field or railway
5  field?
6      A. This is pointing back to the earlier human
7  factors questions you asked?  But I'm not sure if that
8  was -- that was part of the initial design or not.
9      Q. Okay.  And you weren't able to find any
10  documentation that would memorialize or show that Tesla
11  took into account research that related to the
12  capabilities and limitations of humans in monitoring
13  automation?
14      A. Uh, yeah, I'm -- I'm not sure, like, I've come
15  across something.  Like that.
16      Q. Okay.  Did Tesla do -- again, focusing on the
17  fundamental assumption that a driver will always be in a
18  position and capable of taking over for an automation
19  error -- did Tesla take into account or consider any
20  research that related to the amount of time it would take
21  for an operator of the Tesla to recognize that the system
22  was making an error?
23      A. I think that would be part of the earlier
24  thresholds earlier that I talked about.
25      Q. Okay.  And the earlier threshhold study that

114

1  you're talking about, you're assuming that occurred; you
2  never saw any evidence that it actually did occur?
3      A. I didn't specifically go looking for how the
4  thresholds were set.
5      Q. And why are you assuming that that sort of an
6  analysis would have occurred?
7      A. Like we have the thresholds in place, that I
8  know for sure, so, like, we have, like, have some sort of,
9  like, judgment, a judgment call of how the thresholds were
10  selected.
11      And then, like, as I said, like based on my
12  engineering judgment, that's what one would have to do to
13  come up with such thresholds.
14      Q. All right.  And even though you understood
15  there was a Court order directing you to figure out what
16  Tesla did to evaluate and consider data relating to
17  factors that influence driver takeover time when automated
18  driving systems are in use, nevertheless you couldn't find
19  any documentation showing that that sort of analysis was
20  done.  True?
21      MR. BRANIGAN:  Objection.  Form.  He's already
22  answered this at least twice.
23      THE WITNESS:  Right.
24      MR. BRANIGAN:  So it's asked and answered.
25      THE WITNESS:  Yeah, yeah.  I didn't find any

115

1  specific studies around that.
2      MR. MCDEVITT:  Okay.
3      Q. Was there anybody on the team at Autopilot or
4  developing Autopilot that took into account research
5  relating to the concept of work load as that relates to
6  perception/reaction time?
7      A. So if I understand correctly, that's under the
8  human factors dome, but goes back to the same, like, human
9  factors research, but I'm not sure if there was specific
10  research done around that.  Or at least I didn't find any
11  documentation around it.
12      Q. Okay.  Was there a person at Tesla you believe
13  that did perform human factors research?
14      A. Uh, like I can't say for sure, but like the --
15  like the engineer's responsible for the initial
16  development of the system.  This may have been part of
17  their research.  But I'm not 100 percent sure.
18      Q. All right.  You've been at Tesla since 2014.
19  Right?
20      A. Yes.
21      Q. Okay.  And during your time at Tesla were you
22  aware of somebody that you understood to be a human
23  factors engineer on an Autopilot team?
24      A. So maybe not on the Autopilot team, but the UX
25  team would have probably had experts in that field.

116

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1    Q.  Okay.  And was the UX team that you were
2  referring to, were they involved in the development of the
3  hands-on detection scheme?
4    A.  Uh, like I don't think I can -- well, I'm not
5  aware -- aware of their involvement.
6    Q.  The UX team, is that, like, a team that's
7  responsible for like the graphical interface of Autopilot?
8    A.  Yeah, that would be part of their
9  responsibility, yes.
10    Q.  Okay.  And was the UX team involved in
11  performing research relating to factors that influence
12  driver takeover time when automated driving systems are in
13  use?
14    A.  I'm -- I don't know.
15    Q.  Do you know did Tesla, as far as you know,
16  you've been referring to UX team, did they consult with a
17  human factors engineer or human factors automation expert
18  outside of Tesla?
19    A.  I'm not sure.
20    Q.  All right.  You, as early as 2016, you were
21  involved in some discussions relating to the Model X
22  hands-on detection.  Correct?
23    A.  Yes.  I don't know exactly -- they would, like,
24  bring up Model X just before we released Model X for the
25  first time, so timeline I'm not 100 percent sure, but,

117

1  yeah.
2    Q.  All right.  And there were some issues that
3  came up regarding hands-on detection that were specific to
4  the Model X.  Correct?
5    A.  I mean, I sat next to both different cars,
6  different mechanical linkages, different, like -- like the
7  steering racks.  So the mechanical system was different
8  enough, so -- and Model X was, as everybody knows, was
9  like the first car apart from Model S, to have Autopilot.
10  Like Model S was where we released the system first, and
11  we just, like, the code was not modernized enough, I
12  guess, like, to -- because it didn't need to be.  Because
13  it was targeted for one car.
14    Model X is where we had to, like, start
15  differentiating between different chassis types and
16  different geometry and different steering racks and
17  whatnot.
18    And during part of that bringup is where we
19  realized the same hands-on detection, like the algorithm,
20  which is like the filters and the thresholds and whatnot
21  didn't work out of the box for Model X because of, like,
22  mechanical differences in the cars.
23    So that's where we had to, like, come up with,
24  like, development changes to make the system -- to make
25  the hands-on detection system to work for Model X.

118

1    Q.  All right.  And during the time when the team
2  was troubleshooting hands-on detection with the Model X,
3  there was a discussion about using capacitive touch
4  instead.  True?
5    A.  May have been around that time, yes.
6    Q.  And the Autopilot engineers determined that in
7  order to use capacitive touch as a driver monitor in the
8  Model X, that would require a heated steering wheel being
9  standard?
10    A.  I don't remember it that way.  Actually, the
11  heated steering wheel was sort of a, like, hindrance in
12  capacitive touch.  So with the heating element on, the
13  sensing wouldn't work properly is what we were told from
14  the chassis team.
15    Q.  Okay.  Now let me just jump back to the topic
16  of factors that influence driver takeover time when an
17  automated driving system is in use.
18    Did Tesla, knowing that some drivers that used
19  Autopilot would be distracted or engaged in secondary
20  tasks, did Tesla evaluate how much time would need to be
21  afforded for a driver in that scenario to take over
22  control in the event of a failure of Autopilot?
23    MR. BRANIGAN:  Objection.  Form.  Incomplete
24  hypothetical.  Go ahead.
25    THE WITNESS:  Was the question that how much time

119

1  will a distracted driver require to take over?
2    MR. MCDEVITT:  Yes.  So let me back up.
3    Q.  So Tesla knew that with people in the general
4  population using Autopilot, there would be people using
5  Autopilot that, at various points in time, would be
6  distracted either because they're just thinking of
7  something else, or they may be distracted because, you
8  know, they're interacting with their phone.  Right?
9    A.  Yeah, that is a possibility, yes.
10    Q.  Okay.  So, did Tesla do any sort of analysis
11  regarding how much time drivers in that type of a scenario
12  would need in order to take over to correct a failure of
13  either Autosteer or Autopilot?
14    MR. BRANIGAN:  Objection.  Form.  Incomplete
15  hypothetical.
16    THE WITNESS:  The time required to take over I
17  don't think would change.  What would change was like for
18  the driver understand the system is not behaving according
19  to what they are expecting because they're, like, not
20  paying attention as your question says.
21    MR. MCDEVITT:  Q.  Okay.  You're separating -- when
22  you say the time required to take over would be the same,
23  you're just talking about the time required to maybe steer
24  the wheel or push the pedal.  That physical movement would
25  take the same amount of time.  Is that what you're saying?

120

1    A. Yes.
2    Q. But you're aware that there's another part of
3  that, and that part relates to the amount of time it would
4  take for the operator to recognize there's a failure of
5  Autosteer or Autopilot and then realize they need to
6  compensate for that. Right?
7    A. If they're not paying attention on the road,
8  that's possible, yes.
9    Q. Okay. And so my question is: Did Tesla
10 evaluate for a driver that is either -- is distracted for
11 any reason? It could be someone who is just daydreaming
12 because Autopilot is on, or, you know, someone that's
13 looking at e-mails on their phone.
14    Did Tesla evaluate how much time would need to be
15 afforded in order for a person in that scenario to take
16 over and avoid a collision?
17    MR. BRANIGAN: Objection. Incomplete hypothetical.
18 Go ahead.
19    THE WITNESS: One, it's subjective.
20    Two, it's like misuse of the system.
21    So, like, it depends on, like, how involved that
22 person is in what they are doing as opposed to paying
23 attention of the road as we tell them every time we --
24 like the car would show a banner to remind people that
25 they should pay attention to the road every time they

121

1  engage Autopilot.
2    So, yeah, sorry. I lost my train of thought. But
3  yeah.
4    I mean as I said, it's like subjective so I don't
5  know how to answer that question.
6    MR. MCDEVITT: Q. Okay. Well, regardless of
7  whether it's subjective, my question is still is a
8  threshhold question.
9    Did Tesla evaluate how much time would need to be
10 afforded for a person who was, for whatever reason,
11 distracted when Autopilot was engaged, how much time would
12 need to be afforded for that person to process that they
13 need to take over and then actually move their hands or
14 muscles to take over in order to avoid a collision?
15    A. Correct. So --
16    MR. BRANIGAN: Objection. Form. Incomplete
17 hypothetical.
18    THE WITNESS: Yeah. So the second part of moving
19 hands and taking over, as I said earlier, wouldn't require
20 any more time.
21    The first part, also I would say that you're --
22 it's completely variable, like, based on what the person
23 is doing and how distracted they are.
24    MR. MCDEVITT: Q. Okay. So did Tesla try to
25 evaluate based on the different conditions that you're

122

1  calling variable how long -- how much time would need to
2  be afforded to a person in that circumstance to take over
3  in order to avoid a collision?
4    A. I'm not aware of specific studies, but as I
5  said, it wouldn't, like -- it wouldn't be like -- there
6  wouldn't be like a one answer.
7    Q. Okay. And that's what my question is. Did
8  Tesla come up with an evaluation that it's going to be a
9  range of time, say, from five seconds to ten seconds,
10 therefore we need to always make sure there's ten seconds.
11    Did Tesla do anything like that?
12    A. Not that I'm aware of specific studies like
13 that.
14    Q. Did Tesla evaluate any research in the field of
15 automation that identified factors that influenced driver
16 takeover time?
17    A. Didn't you ask this --
18    MR. BRANIGAN: Objection. Form.
19    MR. MCDEVITT: I asked --
20    MR. BRANIGAN: Asked and answered multiple
21 times, yes.
22    MR. MCDEVITT: I've asked some similar questions,
23 but the notices relate to data research and studies. So
24 for this question now I'm just talking about research.
25    Q. So my question is: At any point prior to March

123

1  of 2018, did Tesla evaluate or consider research on the
2  topic of factors that influence driver takeover time when
3  automated driving systems are in use?
4    MR. BRANIGAN: Same objections. Asked and
5  answered. Sorry.
6    THE WITNESS: Yeah, I'm not aware --
7    MR. BRANIGAN: Go ahead.
8    THE WITNESS: Yeah, I'm not aware of any research
9  specifically.
10    MR. MCDEVITT: Q. All right. Prior to March of
11 2018, did Tesla evaluate and consider any studies that
12 related to driver complacency with automated driving
13 systems?
14    MR. BRANIGAN: Andrew, you asked him about this in
15 the first hour of the deposition.
16    MR. MCDEVITT: I asked him what complacency was.
17    MR. BRANIGAN: And you also asked him about
18 studies, and you can check the record.
19    Go ahead, sir.
20    THE WITNESS: Yeah. I'm not directly aware of any
21 studies like that.
22    MR. MCDEVITT: Q. Did Tesla perform any internal
23 studies that focus on the issue of driver complacency with
24 automated driving system?
25    A. Not aware of any internal study.

124



1    Q. Did Tesla prior to March of 2018 evaluate or
2  consider any data regarding the impact of the use of
3  automated driving systems on driver's situational
4  awareness?
5      MR. BRANIGAN:  Objection.  Asked and answered.
6      THE WITNESS:  I'm sorry.  Can you repeat?
7
8      MR. MCDEVITT:  Sure.
9    Q. In the time period prior to March of 2018, did
10  Tesla evaluate or consider any data regarding the impact
11  of a human being using an automated driving system on the
12  human's situational awareness?
13      MR. BRANIGAN:  Same objection.  Asked and answered.
14      THE WITNESS:  Yeah, I'm not sure if there is any
15  study like that.
16      MR. MCDEVITT:  Q. Okay.  And when you're saying,
17  "I'm not sure," you're speaking on behalf of Tesla today,
18  so --
19    A. Like based on what documentation I've reviewed,
20  I didn't come across anything.
21    Q. Okay.  Prior to March of 2018, did Tesla
22  evaluate and consider any research on the topic of how the
23  use of an automated driving system affects an operator's
24  situational awareness?
25    A. Is there a difference between this and last

125

1  question?
2    Q. I'm parsing it out between data research and
3  studies.  So the first question was on data; now I'm
4  asking you about research.
5      Data could be, you know, data from any source; it
6  could be internal data.  Research is going to be --
7    A. Yeah.
8    Q. So let me ask the question.
9      Prior to March of 2018 did Tesla evaluate and
10  consider any research on the topic of how the use of
11  automated driving systems impacted operators' situational
12  awareness?
13    A. I'm not aware any such research being
14  considered.
15    Q. Prior to March of 2018 did Tesla evaluate or
16  consider any studies regarding the topic how the use of an
17  automated driving system impacts a driver's situational
18  awareness?
19    A. Not aware of any studies, no.
20    Q. I'm going to switch gears here to topic 12.
21      Well, let me ask you this.
22      When Tesla released Autopilot, did Tesla assume
23  that the use of Autopilot would have no impact on the
24  customer's situational awareness?
25    A. I don't know what the assumptions were at that

126

1  time.
2    Q. In preparing yourself to testify regarding
3  topic 13, did you come across any materials that
4  documented whether or not Tesla took into consideration
5  how the use of Autopilot would impact a customer's
6  situational awareness?
7      MR. BRANIGAN:  Objection.  Form.  Asked and
8  answered.
9      THE WITNESS:  Yeah, I'm starting to, like, find
10  differences between the various questions.  You're asking,
11  but I'm -- I'm not aware of any of the -- any of the,
12  like, studies or whatever you asked.
13      MR. MCDEVITT:  Q. Okay.  And you commented earlier
14  that you're aware that there's several locations
15  throughout the internal documents at Tesla indicating that
16  one of the fundamental assumptions is that an operator
17  will always be in a position and capable of taking over
18  for Autopilot in the event of an Autopilot failure.
19  Correct?
20    A. Yeah, that is the -- I mean that's how the
21  system is defined.
22    Q. So I guess what I'm asking is, in the areas of
23  the materials that you reviewed, where that assumption was
24  identified, did you see any documentation indicating that,
25  you know, this assumption is valid under, you know, these

127

1  scenarios, or it will depend on XYZ, or it will depend on
2  the age of the driver, or anything like that?
3    A. I didn't see any specific mention of that, but
4  as I said, the system is not just the computer that
5  controls the car.  The driver is very much part of the
6  system.
7    Q. Okay.  And that's what all my questions are
8  relating to.
9      My questions are relating to Tesla's consideration
10  of making the driver part of the system.  And whether or
11  not that is a sound, reasonable assumption to make when
12  automated systems are engaged.  That's what I'm asking you
13  about.
14    A. That's how the system is defined, right?  I
15  don't know --
16    Q. Okay.  So for -- go ahead.
17    A. It may be in multiple places, in like user
18  manuals, but I don't know what it is, user manuals, but
19  even when you try to enable Autosteer and you are --
20  there's a problem, that states all of this.
21      When you try to engage Autopilot there is a warning
22  in the UI that states all of this.
23      So we make like multiple attempts to make the user
24  aware that this is the system and this is what is expected
25  off of them.

128

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1    Q.  Okay.  And let me ask some follow-up questions
2  on that.
3    Did Tesla at any point in time evaluate whether
4  including a warning in the user interface, whether that
5  was, in fact, effective at ensuring driver attentiveness
6  at all times when Autopilot was engaged?
7    A.  That was, like, step one of the system.  You
8  clearly set the rules and tell the rules to the driver who
9  is part of the system.
10    Q.  Okay.  After Autopilot was released, Tesla
11  became aware that despite that instruction in the system
12  itself, there were drivers -- or there were operators,
13  customers, who were not even sitting behind the wheel.
14    A.  I mean, I don't know, like, specific dates, but
15  I'm aware of, like, people misusing the system in that
16  way.
17    Q.  Okay.  And so did Tesla, at that point in time,
18  when they realized that there were users that were not
19  even sitting in the driver's seat, perform any sort of
20  root cause analysis to see why is that happening despite
21  the fact that we are issuing a warning in the user
22  interface?
23    A.  Are you asking why people are misusing the
24  system?
25    Q.  No, I'm -- well, I'm asking if Tesla internally

129

1  tried to determine, well, why is that happening despite
2  the fact that we're telling people in the user interface
3  not to do that?  Why is that still happening?
4    A.  I mean like -- well --
5    MR. BRANIGAN:  Objection.  Form.  This is way
6  beyond the order and the notice.
7    THE WITNESS:  Well, that's the -- I don't know --
8  like, that's like a clear misuse of the system, and I
9  don't know, like, -- I want to say, like at some point we
10  have tried to implement measures against that.  I don't
11  remember exact dates of them.
12    So this has like surfaced from, like, some, I want
13  to say video of somebody posting themselves doing this
14  stunt, and as a response, we have developed like a
15  detection mechanism to detect that and, like, call the
16  strike out behavior when we detect that in the car.  After
17  we became aware of people misusing the system in that way.
18    Q.  At any point in time did Tesla utilize any
19  surveying or focus group companies to try to understand
20  whether or not customers accurately appreciated the
21  capabilities and limitations of Autopilot?
22    MR. BRANIGAN:  Objection.  Form.  Foundation.
23    This is not covered by the order, not covered by
24  the notice.  We're just so far beyond what --
25    You asked us to have a witness prepared to talk

130

1  about today, or what the Court permitted you to query the
2  witness about.  I mean there's nothing in your topics,
3  Counsel, that address this point.
4    MR. MCDEVITT:  Tom, if the witness stays within the
5  scope of my question, I won't need to ask these follow-up
6  questions.
7    No, let me finish.
8    The reason that we are on these types of tangents
9  is because the witness is not staying within the scope of
10  the question.
11    MR. BRANIGAN:  He's --
12    MR. MCDEVITT:  Tom, please let me finish.
13    He is gratuitously inserting self-serving
14  statements in response to my questions.  So, I'm following
15  up on that.  If he didn't do that, then I wouldn't need to
16  ask the follow-up question.
17    MR. BRANIGAN:  Well, we'll just have to agree to
18  disagree, Counsel.  I think -- you know, he's doing the
19  best he can to answer questions that you've asked him
20  multiple times, and you're taking the opportunity to go
21  way beyond what the Court has permitted you to question
22  this witness about.
23    MR. MCDEVITT:  Let's just look at an example.
24    I said did Tesla internally -- I asked him a
25  question about -- did Tesla evaluate whether or not

131

1  including a warning in the user interface, whether or not
2  that was, in fact, effective at ensuring driver
3  attentiveness.
4    And he said that, step one, we clearly set the
5  rules and tell the rules to the driver who is part of the
6  system.
7    So that's not answering my question.  My question
8  is whether or not they evaluated something, and then the
9  witness answered:  That violates the rules of the system.
10    So that is not answering my question which led to
11  the follow-up question.
12    MR. BRANIGAN:  I don't know where the order or the
13  notice permitted you to ask the predicate question that
14  you started with about the efficacy of warnings.  That's
15  my problem.
16    You just agreed with me that you started this by
17  asking a question that is not one -- that's within a topic
18  the Court permitted you to question the witness on.
19  You're talking about the efficacy of a warning.
20    MR. MCDEVITT:  Because my questions related to
21  consideration of research and study about the impact of
22  using automated drivers -- automated systems on driver
23  attentiveness.  The witness as a response to those
24  questions said:  That's what the warnings are for.
25    So I'm following the responses of the witness and

132

Crangle
REPORTING SERVICES

1 asking follow-up questions based on that.
2      And that's all part of -- that is part of the field
3 of research into how the use of automated systems effect
4 situational awareness, whether or not that can be
5 accounted for through warnings.
6      So I mean I think it's actually part of the topic.
7 But --
8      MR. BRANIGAN:  Listen, I'm not instructing him not
9 to answer.  I just think we drifted quite a ways from what
10 the Court permitted you to question the witness on.
11      Go ahead.
12      THE WITNESS:  Can you repeat the question, please?
13      MR. MCDEVITT:  Yes.  Give me a second.
14      MR. BRANIGAN:  Want me to ask the question?
15      MR. MCDEVITT:  Q.  As part of Tesla's research into
16 the use of an automated driving system, did Tesla perform
17 any surveys or focus groups to evaluate how the messages
18 by Tesla to the public impacted the way in which drivers
19 use the system?
20      MR. BRANIGAN:  Same objections.  Go ahead.
21      THE WITNESS:  I am not aware of any focus group
22 service.
23      MR. MCDEVITT:  Q.  Okay.  Now, one of the topics in
24 the notice is topic a. 14.  Which is:  Actions taken by
25 Tesla since and in response to the NTSB safety

133

1 recommendations.
2      So let me just -- I'm going to show you a few
3 exhibits.  I image you've seen them but let me do that
4 real quick.
5      So I'm going to show you what was previously marked
6 as Exhibit 252.
7      (Plaintiff's Exhibit 252 was marked for
8 identification.)
9      MR. MCDEVITT:  Q.  Okay.  Are you able to see
10 Exhibit 252 on the screen?
11      A.  Yes.
12      Q.  Do you see this is a letter dated
13 September 28th, 2017?
14      A.  Correct.
15      Q.  And this letter references a report by the NTSB
16 dated September 12, 2017, with the title:  Collision
17 Between a Car Operating With Automated Vehicle Control
18 Systems and a Tractor/Semitrailer Truck Near Williston,
19 Florida May 7, 2016.
20      First of all, do you recognize that report to be
21 referring to the fatal Josh Brown crash?
22      A.  Yes.
23      Q.  And you understand that was a crash involving a
24 Tesla Model S with Autopilot engaged?
25      A.  Right.

134

1      Q.  Now, recommendation 41 is directed to
2 manufacturers of vehicles equipped with Level 2 vehicle
3 automation systems, and that includes Tesla.
4      And the safely recommendation text is:  Incorporate
5 system safeguards that limit the use of automated vehicle
6 control systems to those conditions for which they were
7 designed.
8      A.  Yes.
9      Q.  You understood that in response to the Court
10 order, you were designated by Tesla to testify on its
11 behalf with respect to specific actions taken by Tesla in
12 response to that recommendation.  Correct?
13      A.  Yes.
14      Q.  And can you identify for us the specific
15 actions Tesla took in response to recommendation H-17-041?
16      A.  In the, like, Autopilot system there was
17 already safeguards so we wouldn't like people to engage
18 the system, for example, when there are no lane lines on
19 the -- on like residential roads, for example.
20      So through my understanding, this was already part
21 of the Autopilot system.
22      Q.  Okay.  And despite that, and with that
23 awareness of how the system was configured, the NTSB has
24 nevertheless issued this recommendation to Tesla.
25 Correct?

135

1      A.  I can't speak to whether they were aware of all
2 the details or not.
3      Q.  All right.  Well, let me ask you this.
4      You referred to things that were done before this
5 particular recommendation was issued.
6      My question now, I want to focus on things that
7 were done afterward or in response to the recommendation.
8      So with that in mind, can you tell me what actions
9 Tesla took after receiving this recommendation in response
10 to the recommendation that Tesla incorporate system
11 safeguards that limit the use of automated vehicle control
12 systems to those conditions for which they were designed.
13      A.  From my understanding, like, we were already in
14 compliance of this, so we didn't have to make any changes.
15      Q.  Okay.  Well, let me now show you Exhibit 233.
16      (Plaintiff's Exhibit 233 was marked for
17 identification.)
18      MR. MCDEVITT:  Q.  Do you see this relates to
19 Safety Recommendation H-17-041?
20      A.  Yeah.
21      Q.  And if we go to the second page, the status of
22 the recommendation for Volkswagen is Acceptable Response.
23 Do you see that?
24      A.  Yes.
25      Q.  And for BMW, the status is Acceptable Response.

136

1 Correct?
2      A. Yes.
3      Q. For Nissan the status is Acceptable Response?
4      A. Yes.
5      Q. For Mercedes-Benz USA the status is Acceptable
6 Response?
7      A. Yes.
8      Q. And for Tesla, the status is Unacceptable
9 Response. Correct?
10      A. Yes.
11      Q. So what is it that makes you state that --
12      What is the basis for saying that Tesla was already
13 in compliance with that recommendation?
14      A. You mean based on my understanding of the
15 system at that time, that was my -- I don't know where
16 this, like -- where this is, like, unacceptable response
17 coming from. But at least my understanding of the system
18 at the time was we had limited use already in the
19 support -- in the cases -- in the situations where the
20 system would perform properly.
21      MR. MCDEVITT: Q. All right. Well, on page six do
22 you see there's a dates of March 19, 2020, and it
23 indicated From NTSB, To Tesla Motors?
24      A. Yeah.
25      Q. Okay. And if we go to page 8 of the document,

137

1 it says: "The Delray Beach highway operating environment,
2 like the cross-traffic conditions in Williston, was
3 clearly outside the Tesla Autopilot system's ODD. Tesla,
4 however, fails to provide system safeguards to limit the
5 use of Autopilot for the operating conditions for which it
6 was designed."
7      So again, I'm going to ask you, what is the basis
8 for your response that Tesla was in compliance with that
9 recommendation already?
10      A. The system was designed to, like, follow the
11 painted lane lines. And if I'm not mistaken, that road
12 had like painted lane lines.
13      Q. Okay. And this document further notes:
14      "By placing full reliance on the success of its
15 partial automation system on the premise that drivers will
16 be attentive at all times and will be sufficiently
17 knowledgeable to make proper decisions regarding where to
18 operate the system, Tesla has created a system designed to
19 fail because of the foreseeable misuse of the system. The
20 NTSB concludes that if Tesla, Inc. does not incorporate
21 system safeguard that limit the use of the Autopilot
22 system to those conditions for which it was designed,
23 continued use of the system beyond its ODD is foreseeable
24 and the risk for further crashes will remain. Therefore,
25 the NTSB reiterates Safety Recommendation H-17-41 to Tesla

138

1 and reclassifies the recommendation from "Open-Await
2 Response" to "OPEN-UNACCEPTABLE RESPONSE".
3      So let me ask you this.
4      When the NTSB reiterated the recommendation and
5 communicated this language to Tesla, did Tesla take any
6 action in response?
7      A. I'm not aware of this 2020 letter. So I -- I
8 don't know how to speak to that.
9      Q. All right. Well, do you agree that Tesla has
10 determined that it disagrees with the NTSB recommendation
11 H-17-41 and therefore has decided it's not going to do
12 anything?
13      A. I don't -- I wouldn't say it like disagreed
14 with the recommendation, but at least in my opinion we
15 already are, like, doing that. Like we are already
16 restricting usage of Autopilot.
17      Q. Oh. Okay. So does Tesla have a scheme whereby
18 it uses GPS to check the roadway that the Tesla vehicle is
19 on and it won't engage if it's on a roadway outside the
20 ODD?
21      A. It's not map based. It's like presence of lane
22 lines. Like if there are clearly marked lane lines, the
23 system will follow the lane lines.
24      Q. Okay. So --
25      A. Like region-based, essentially.

139

1      Q. All right. So the ODD for Autopilot is
2 anywhere where there's lane lines?
3      A. Uh, yeah. Can you remind me? ODD is like
4 Operational Design Domain. Is that right?
5      Q. That's my understanding.
6      A. Okay. Yeah, I mean the system is like as long
7 as there are, like, painted lane lines the system will,
8 like, follow them. And, yeah.
9      Q. Okay. So the ODD includes anywhere where there
10 are lane lines, and if there are no lane lines, then it
11 won't activate?
12      A. Correct.
13      Q. Okay. So let's go then to -- I'm going to go
14 back to -- well, so let me just ask just to be clear,
15 though.
16      In response to the recommendation H-17-041, am I
17 correct there were no changes made by Tesla. Is that
18 true?
19      MR. BRANIGAN: Objection. Form. Asked and
20 answered.
21      THE WITNESS: Yeah, I'm not aware of any specific
22 changes made like in response to that recommendation.
23      MR. MCDEVITT: Q. All right. So now let's look
24 at -- we're going back to Exhibit 252. This is the same
25 letter from 2017. Recommendation H-17-042. You see

140

1 that's directed to Tesla and other manufacturers?
2     A. Yes.
3     Q. And the safety recommendation is:  "Develop
4 applications to more effectively sense the driver's level
5 of engagement and alert the driver when engagement is
6 lacking while automated vehicle control systems are in
7 use."
8     What actions did Tesla take, if any, in response to
9 this recommendation?
10     A. We, like, we continuously, like, improve upon
11 the Driver Monitoring System.  That's like -- I wouldn't
12 say that would be like an immediate action taken, like
13 that particular, like, week, for example.
14     But we have been, like, even before this
15 recommendation, and even after this recommendation, we
16 have been, like, improving the driver monitoring system,
17 like, all the time.
18     Q. All right.  Focusing on the language of "more
19 effectively sensing the driver's level of engagement",
20 what actions did Tesla take specifically to more
21 effectively sense -- well, strike that.
22     What are the different ways, if any, that Tesla
23 monitors the driver's level of engagement when Autopilot
24 is engaged?
25     A. Are you asking today or at that time?

141

1     Q. Both.
2     A. At that time, I think as we established
3 already, it was torque-based steering wheel, hands-on
4 detection.
5     We have, like -- then, like, later, from that time,
6 we have like -- like, if you're talking about today, we
7 also have a cabin camera in the car to monitor -- like to
8 monitor the driver attentiveness.
9     Q. Okay.  So why is Tesla using the Cabin Camera
10 if it's got the torque-based steering wheel monitor?
11     A. I mean, like that hidden camera gives like
12 direct -- like more direct reading of attentiveness.  Or
13 more direct measure of attentiveness.
14     Q. And what's the basis for saying that the
15 Cabin Camera gives a more direct measurement of
16 attentiveness than the steering wheel torque sensor?
17     A. It's a richer sensor and we can get, like,
18 information like whether the driver is, like, on their
19 cell phone, or actually looking at the roadway, or -- the
20 worst case, like passed out or asleep or whatever.
21     Q. Okay.  And the torque-based steering wheel
22 sensor, that sensor by itself doesn't tell Tesla where the
23 driver is looking.  Correct?
24     A. Correct.
25     Q. The torque-based steering wheel sensor doesn't

142

1 reveal any information about whether the driver's eyes are
2 directed toward the roadway.  Correct?
3     A. Correct.
4     Q. The torque-based sensor doesn't reveal any
5 information about whether the driver's got his or head
6 turned and is looking in the back of the vehicle.  True?
7     A. True.
8     Q. And the torque-based sensor Tesla has learned
9 is susceptible to the use of defeat devices.  Correct?
10     A. Correct.
11     Q. For instance, Tesla has learned that some
12 customers will just put a banana on the corner of the
13 steering wheel and that will trick the system into
14 thinking that their hands are on the wheel?
15     A. I don't know that I've seen, like, banana
16 specifically, but essentially any dead weight in one
17 corner would have that effect.
18     Q. Okay.  And the torque-based steering wheel
19 sensor, that is not a sensor that measures actual
20 attentiveness of the driver.  Correct?
21     MR. BRANIGAN:  Objection.  Form.  Asked and
22 answered.
23     THE WITNESS:  Yeah, I mean it -- it's not a direct
24 measure of attentiveness, but it measures that the driver
25 is engaged and -- like engaged with the system all around.

143

1     MR. MCDEVITT:  Q. Okay.  Okay.  How are you saying
2 that the torque-based steering wheel sensor provides
3 information as to whether the driver is engaged?
4     A. If they have their hands on the wheel, so
5 they're, like, much more ready to take over.  As required.
6     Q. And we've covered this ad nauseam, but has
7 Tesla at any point in time done any studies to evaluate
8 whether or not that is, in fact, true, that the
9 torque-based sensor does provide information as to whether
10 or not an operator is engaged?
11     MR. BRANIGAN:  Uh, objection to the form.
12 Particularly based on Counsel's acknowledgement that he's
13 covered it, I think he said, an ad nauseam number of
14 times.
15     So I guess you're asking is there anything more
16 that he can tell you beyond what he's already told you in
17 response to the question multiple times.  Is that the
18 question?
19     MR. MCDEVITT:  I'll just note that he could have
20 answered it way quicker than your objection, but let me
21 just ask a clean question.
22     Q. Has Tesla at any point evaluated, by studies or
23 otherwise, your statement that the torque-based sensor
24 provides a measure of the operator's engagement?
25     MR. BRANIGAN:  Same objections.

144

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1    THE WITNESS:  No study that I'm aware of.
2    MR. MCDEVITT:  Q.  Okay.  So what was your basis
3 for just saying that the torque-based sensor does indicate
4 whether or not the driver is engaged with the system?
5    MR. BRANIGAN:  Same objections.  Asked and
6 answered.  Go ahead.
7    THE WITNESS:  Yeah, they had their hands on the
8 wheel so they are like -- like one less step to do in case
9 they choose to take over.
10    MR. MCDEVITT:  Okay.
11    Q.  Now, when did Tesla first implement use of the
12 Cabin Camera as a driver monitoring tool?
13    A.  Are you asking about like in the development
14 fleet or the customer fleet?
15    Q.  Customer fleet.
16    A.  Would be around May 2021.
17    Q.  Okay.  And am I correct that the Cabin Camera,
18 that is only used as a driver monitoring tool for certain
19 vehicles?
20    A.  In the vehicles that have the camera would use
21 it.
22    Q.  Right.  So the Model 3 has always had a Cabin
23 Camera.  Correct?
24    A.  Yes.
25    Q.  The Model Y has always had a Cabin Camera?

145

1    That's only used in like all the user facing
2 communication.
3    Q.  I was using Enhanced Autopilot because that is
4 a package that Tesla currently sells.
5    A.  Yeah, that's on the website.  But the feature
6 on the car UI is called Navigate on Autopilot.  Do you
7 mean that feature, or...
8    Q.  I don't know.  Why don't I just ask it that
9 way.
10    Does your answer depend on whether Navigate on
11 Autopilot is engaged?
12    A.  Right.  So I guess, like, you would be able to
13 engage Autopilot and Navigate on Autopilot even if you had
14 a tape on the camera.
15    Q.  Okay.  So coming back to the exhibit, let's
16 just focus on the time period between September 2017 and
17 March of 2018.
18    Did Tesla take any actions in response to the
19 recommendation, the safety recommendation that it develop
20 applications to more effectively sense the driver's level
21 of engagement and alert the driver when engagement is
22 lacking while automated vehicle control systems are in
23 use?
24    MR. BRANIGAN:  Objection.  Asked and answered.
25    THE WITNESS:  So, yeah, I think again I mentioned

147

1    A.  Yes.
2    Q.  The Model X and Model S initially did not have
3 a Cabin Camera?
4    A.  Correct.
5    Q.  The Model S and Model X, when they were, quote,
6 refreshed within the last several years, added a Cabin
7 Camera.  Correct?
8    A.  Yes.
9    Q.  Now, for the Cabin Camera, is it your testimony
10 that the Cabin Camera is used as a driver monitor when
11 Autopilot or Enhanced Autopilot is engaged?
12    A.  Uh, yeah.  It doesn't have to be Enhanced
13 Autopilot, per se, but any time Autopilot in any vehicle
14 is engaged, Cabin Camera is used as direct sensing.
15    Q.  All right.  But the only scenario in which the
16 driver Cabin Camera must be used, in other words, if you
17 put a piece of tape over it the system would not engage,
18 is if the person is utilizing the Full Self-Driving
19 software.  Correct?
20    A.  Yes.
21    Q.  So for a Autopilot and Enhanced Autopilot,
22 those two systems would still operate even if you put a
23 piece of electric tape over the Cabin Camera.  Correct?
24    A.  When it's -- I do want to clarify.  When you
25 say Enhanced Autopilot do you mean Navigate in Autopilot?

146

1 earlier the strike out system was developed around that
2 time.
3    MR. MCDEVITT:  Q.  Let me just maybe see if I can
4 refresh your recollection.  I'm talking about 2017 now,
5 not 2016.
6    A.  Oh, sorry, my mistake.  Yeah, so 2017 -- so
7 what was the date?  September 2017?
8    Q.  Yes.  So the time period I'm asking you about
9 is between September of 2017 and March of 2018.
10    A.  March of 2018.  Uh, I don't remember any
11 specific changes, no.
12    Q.  Okay.  And today you're expected to testify not
13 just on your memory; you're expected to testify based on
14 your research by speaking with other persons at Tesla and
15 by reviewing information, and from that, you determine
16 that there were no actions taken by Tesla between
17 September 2017 and March 2018 in response to the safety
18 recommendation 42?  True?
19    A.  Yeah, that -- yeah, that's -- yeah, that's
20 right.
21    Q.  Earlier I had asked you -- actually let me,
22 before we move on, I'm going to show you Exhibit 221.
23    (Plaintiff's Exhibit 221 was marked for
24 identification.)
25    MR. MCDEVITT:  Q.  This Exhibit 221 relates to

148

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1 recommendation H-17-042.
2        On the second page do you see that of the five
3 manufacturers listed, Tesla is the only one with an Open -
4 Unacceptable Response?
5        A. Yes.
6        Q. In doing your research in preparation for the
7 deposition today, did you determine or attempt to
8 determine why Tesla still had an Open - Unacceptable
9 response to that recommendation?
10        MR. BRANIGAN: Objection. Foundation. Goes beyond
11 the scope of the order. Goes beyond the scope of the
12 notice.
13        THE WITNESS: Yeah, I -- I didn't find anybody who
14 could answer, like, I wasn't even actually aware of this
15 Open - Unacceptable response. I saw the recommendations
16 in the NTSB report, but I wasn't aware of this document
17 that is Open and Unacceptable Response.
18        MR. MCDEVITT: I'm still on Exhibit 221. I wanted
19 to ask you about a particular language in here.
20        MR. BRANIGAN: Do you think you could enlarge that
21 a little bit, please?
22        MR. MCDEVITT: Sure.
23        MR. BRANIGAN: Thank you. Much better. Thanks.
24        MR. MCDEVITT: Q. There's a sentence that begins:
25 "In practice..."

149

1        Do you see that?
2        A. Yes.
3        Q. It says: "In practice, however, drivers are
4 poor at monitoring automation and do not perform well on
5 tasks requiring passive vigilance," and it refers to a
6 number of different sources: one from 1997, one from
7 2000, and one from 2010.
8        My first question is: Has Tesla ever reviewed
9 those particular sources that are cited?
10        A. Uh --
11        MR. BRANIGAN: Objection. Beyond the scope of the
12 order of the notice.
13        THE WITNESS: Like I already said, I haven't seen
14 this response -- like this earlier, and I haven't seen any
15 references to these people in the internal documentation
16 that I've looked at.
17        MR. MCDEVITT: Q. In making changes to the
18 hands-on detection scheme and the warnings between 2016
19 and the present, was Tesla mindful of the research that
20 indicated drivers are poor at monitoring automation and do
21 not perform well on tasks requiring passive vigilance?
22        A. Uh --
23        MR. BRANIGAN: Same objections.
24        THE WITNESS: I mean I -- that would be the reason
25 why we would be improving the system. Like I would say

150

1 this was a -- I would say, yes, we were mindful of some of
2 these issues.
3        MR. MCDEVITT: Q. Okay. And regardless of where
4 the statement comes from, in the development of the
5 hands-on detection scheme, and the warnings, during the
6 development of it, has Tesla accepted the premise that
7 drivers are poor at monitoring automation and do not
8 perform well on tasks requiring passive vigilance?
9        MR. BRANIGAN: Same objections. Beyond the scope
10 of the order and the notice.
11        THE WITNESS: Can you explain again --
12        MR. MCDEVITT: Sure.
13        Q. What I'm asking is, that particular statement,
14 was that something Tesla accepted as true, or one that
15 Tesla rejected as a premise when it was making changes to
16 the hands-on detection scheme?
17        MR. BRANIGAN: Objection. Form. Goes beyond the
18 scope of the notice. Beyond the scope of the order of
19 this deposition.
20        THE WITNESS: I mean, like, if you're saying, like,
21 if Tesla's assumption was, like, all drivers are poor at
22 monitoring the system, that was not the assumption.
23        MR. MCDEVITT: Q. Okay. And you added the
24 descriptor "all drivers".
25        In developing the system, did Tesla accept as a

151

1 premise the notion that drivers are poor at monitoring
2 automation and do not perform well on tasks requiring
3 passive vigilance?
4        MR. BRANIGAN: Same objections.
5        THE WITNESS: I mean what I would say, like some
6 drivers, yes; most drivers, no.
7        That was the assumption, at least.
8        MR. MCDEVITT: Q. In the development of the Driver
9 Monitoring System for Autopilot, did Tesla take into
10 consideration research showing that drivers often become
11 disengaged from the driving task for both momentary and
12 prolonged periods during automated phases of driving?
13        MR. BRANIGAN: Objection. Asked and answered.
14 Covered ad nauseam.
15        THE WITNESS: Yeah, I mean if you're asking whether
16 we, like, did any research specifically, like we have read
17 any research papers, I'm not aware of that.
18        But, like, when developing the system, the only
19 reason to improve upon the system is that to, like, help
20 people become engaged.
21        MR. MCDEVITT: Q. Okay. So as it relates to the
22 driver monitoring system at Tesla, at all points in time
23 Tesla has been mindful of the notion that drivers often
24 become disengaged from the driving task for both momentary
25 and prolonged periods during automated phases of driving.

152

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1 Is that true?
2      MR. BRANIGAN:  Objection.  Form.
3      THE WITNESS:  I don't know how you define "often"
4 but I would say it's possible that drivers become
5 disengaged sometime.
6      MR. BRANIGAN:  Andrew, it's been an hour and a
7 half.  About time for a break?
8      MR. MCDEVITT:  Sure.
9      MR. BRANIGAN:  And can you give us an estimate of
10 how much more time you have?
11      THE VIDEOGRAPHER:  Shall we go off the record?
12      MR. BRANIGAN:  Not yet.
13      THE VIDEOGRAPHER:  Thank you.
14      MR. BRANIGAN:  How much more time do you have,
15 Counsel?
16      MR. MCDEVITT:  Let me review my notes at the break,
17 but I'm looking through the notice, and it looks like I've
18 covered the vast majority of what I intended to cover with
19 the witness.
20      But I've got to take a look at my notes at the
21 break.
22      MR. BRANIGAN:  Okay.  We'll take ten.
23      MR. SLAVIK:  I'll have questions.  I'm sorry I
24 don't have an estimate at this time, but I'll continue for
25 a while.

153

1      MR. BRANIGAN:  I'm sorry?
2      MR. SLAVIK:  I have questions at the end of
3 Mr. McDevitt's questioning.  And I'll try and come up with
4 an estimate of time, but I don't have one at the moment.
5      MR. BRANIGAN:  Okay.  Thank you, Don.
6      MR. GOKOFFSKI:  I don't have too many questions;
7 I'd estimate maybe 10, 15 minutes' worth of questions.
8      MR. SLAVIK:  How about if you go before I do?
9      THE VIDEOGRAPHER:  We're going off the record.  The
10 time is 3:25.
11      (Recess.)
12      MR. BRANIGAN:  Can we go back and revisit the
13 request for estimates?  Do we have a better sense --
14      THE VIDEOGRAPHER:  If you want this on the record
15 do you want to wait a moment?
16      MR. BRANIGAN:  Doesn't matter I'm just interested
17 in knowing if people can share with us how much more time
18 they think they have.
19      MR. MCDEVITT:  I've got a lot more questions on
20 studies, so...
21      No, I have some documents I want to run through.  I
22 don't -- I think probably a half hour, 40 minutes for
23 those.
24      And then for the topics related to the -- basically
25 topic b. I'm going to let Don cover that.

154

1      MR. BRANIGAN:  Okay.  I think we already heard from
2 counsel for Caltrans and he's got about ten, 15 minutes,
3 and you're going to go -- plaintiff's counsel Andrew and
4 plaintiff's counsel Don, you're going to let Caltrans's
5 counsel Andrew go first, right, after Andrew McDevitt is
6 done.
7      MR. SLAVIK:  That's correct.  My estimate is a
8 little loose; it could be a couple of hours.  Do we want
9 to continue today or do we want to continue another day?
10      MR. BRANIGAN:  Yes, let's revisit that after we
11 continue for a while.
12      THE VIDEOGRAPHER:  Okay.  All right.  One moment,
13 please.
14      (Recess.)
15      THE VIDEOGRAPHER:  We're coming back on the record.
16 The time is 3:42.  Please begin.
17      MR. MCDEVITT:  Q.  Okay.  Mr. Phatak, I had asked
18 you some questions earlier about the changes to the
19 hands-on timing.  And I want to go over some documents
20 with you.
21      So your understanding is there were no changes on
22 the hands-on timing between January 2016 and
23 September 2016.  Is that true?
24      A.  Yeah, that's my understanding, yes.
25      Q.  Okay.  I notice you've been looking down to

155

1 your left.  Do you have notes there with?  Or is that
2 something other than what you've referenced?
3      A.  Uh, the like -- like one note I think that I
4 mentioned at the top of the discussion today.  And your
5 notice.
6      MR. BRANIGAN:  That's what I e-mailed to you this
7 morning.
8      MR. MCDEVITT:  Got it.  Okay.
9      So actually why don't we do this.  I'm going to
10 share my screen with you.
11      (Plaintiff's Exhibit 312 was marked for
12 identification.)
13      MR. MCDEVITT:  Q.  So Exhibit 312, these are the
14 notes that you put together?
15      A.  Yes.
16      Q.  And your notes start in May of 2018?
17      A.  Yes.
18      Q.  And you wrote:  Variable speed curve?
19      A.  Yes.
20      Q.  For that you're indicating that once there was
21 a change made to the hands-on scheme, that would be -- the
22 amount of time that hands could be off the wheel would
23 change depending on the speed of the vehicle when it was
24 on a freeway.  Is that right?
25      A.  Not necessarily on the freeway.  Anywhere.

156

Crangle
REPORTING SERVICES

1     Q. Fair enough.
2         So now I'm going to go to 314.  This is a document
3  that's called Table of Autopilot Software changes.
4  Are you familiar with this?
5     A. I haven't seen this before, no.
6     Q. Okay.  And it goes in reverse order.  So we
7  start at the bottom of page five of 314.
8         Do you see it says October 14, 2015, and then in
9  the right-most column -- I'll just try to show you the
10 heading -- it says Reason For Change, and it says general
11 release of Autopilot?
12    A. That's the last exhibit right now?
13    Q. Correct.
14    A. Yes.
15    Q. And then according to this document, in October
16 of 2015, it indicates that:  Hands on parameter were
17 adjusted to prevent abuse of the system, paren, which was
18 then also matching EU homologation requirements?
19        Are you familiar with that change?
20    A. When I start in 2016.
21    Q. Fair enough.  That's actually what the notice
22 indicated, so that was appropriate.
23        If we look on this page, it says:
24 November 14, 2015.  They note that as the introduction of
25 Autosteer feature in Model X?

157

1     A. Yeah.
2     Q. And let me -- in December 2015, in the
3  description of the change, it indicates:  Different Model
4  S and Model X hands-on detection.
5         You had referred to there being a different,
6  perhaps a different algorithm used.  Is that your
7  understanding of the difference?
8     A. Yes.
9     Q. Okay.  Then if we go to page four, in January
10 of 2016 -- well, first of all, January of 2016 it
11 indicates:  Customer Release Version 7.1.
12    A. Um-hum.
13    Q. Yes?
14    A. Uh -- that's January 8th?
15    Q. Correct.
16    A. Yeah.
17    Q. At that point in time, Autopilot, as long as
18 you were under 45 miles per hour, the system would allow
19 you to have your hands off the wheel indefinitely.  True?
20    A. Uh, 45?  No.
21    Q. Okay.  Well, let me show you Exhibit 320.
22        (Plaintiff's Exhibit 320 was marked for
23 identification.)
24    MR. MCDEVITT:  Q.  Do you see Exhibit 320?  It
25 says:  Autosteer -- or 7.1 Autosteer Hands on Alert

158

1  Timing?
2     A. Yeah.
3     Q. Okay.  And if we look at this table, can...
4         Let me just show you page two.
5         Do you see that page two relates to version 8.0 and
6  page one --
7     A. Yeah.
8     Q. And you didn't know that there was a different
9  hands-on scheme for 7.1 versus 8.0.  Right?
10    A. Yeah, I may have missed that.
11    Q. So for the version 7.1, as long as the lateral
12 acceleration was not above a particular limit, at that
13 point in time users could have their hands off the wheel
14 for an infinite amount of time for speeds up to 45 miles
15 an hour.  Correct?
16    A. Based on this slide, yes.
17    Q. And at that point in time, at speeds of over
18 45 miles an hour, if there was a lead vehicle, the user
19 could have their hands off the wheel for five minutes
20 before getting a visual warning.  True?
21    A. Yeah.
22    Q. And then for No Lead Vehicle they could have
23 their hands off the wheel at a speed over 45 for three
24 minutes?
25    A. Yes.

159

1     Q. And then if we go to the second page, that
2  relates to version 8.0, and we see some changes?
3     A. Yes.
4     Q. Okay.  Can you tell us why the particular
5  changes were made between 7.1 and 8.0?
6     A. I don't think I reviewed those details.
7     Q. Okay.  Were the changes between the timing for
8  7.1 and 8.0, were those made in response to any research?
9     A. Just as I said to you, I can't answer this
10 question.
11    Q. Can you tell us whether the changes between 7.1
12 and 8.0, there was any scientific basis for the changes?
13    A. I mean same answer.  I haven't reviewed the
14 details so I can't answer the question.
15    Q. Okay.  Well, for 8.0, on what they refer to as
16 Preferred Roads, for speeds up to 45 miles per hour, how
17 did Tesla decide that ten minutes was the appropriate
18 amount of time to allow the person to have his or her
19 hands off the wheel?
20    MR. BRANIGAN:  Objection.  Form.  Asked and
21 answered.
22    THE WITNESS:  Yeah, like -- yeah, I don't know how
23 that ten-minute number came about.  I think it was in --
24 it's the same answer as before.
25    MR. MCDEVITT:  Q.  Okay.  Now, if we go back to

160

1 314, excuse me.  In May of -- I'm on page two of 314 -- in
2 May of 2016, May 6th, 2016, it indicates that there's
3 improved hands-on detection when driver is putting high
4 torque on the steering wheel for the Model X.
5       Do you know what the change was that was made to
6 improve the detection when a driver is putting high torque
7 on the steering wheel?
8       A. Uh, I don't -- no, I don't remember the
9 specific details on that.
10      Q. Now, if we go up to the top of the page for
11 August 26, 2016, it indicates that there was a change
12 made, the hands on warning three strikes rule?
13      A. Yeah.
14      Q. And then the reason for the change was:  Hands
15 on change to ensure driver attention when Autopilot was
16 active.
17      That was the stated reason.  Do you see that?
18      A. Yes.
19      Q. And is that accurate?
20      A. Yes.
21      Q. Who came up with the three strikes rule?
22      A. Uh, I mean I don't know if like an individual,
23 but as a team we didn't.
24      Q. Okay.  Then if we go to the first page it
25 indicates, for September 21st, 2016, it always states:

161

1 Hands on warning three strikes rule.
2       Is that something different than what was referred
3 to on the prior page or the same?
4       A. Uh, can you show me the release -- release name
5 of the earlier release?  It may have been the early access
6 releases.
7       Yeah, the release name is like EAP2; that would
8 indicate the early access release.  And the one on the top
9 is like a general release.
10      Q. All right.  So the August 26th release, that
11 was the version 8.0 of Autopilot, and that's released to
12 the group of customers that are in the Early Access
13 Program category.  True?
14      A. Yes.
15      Q. Now, if we go to Exhibit 315, this is from
16 January of 2016.
17      (Plaintiff's Exhibit 315 was marked for
18 identification.)
19      MR. MCDEVITT:  Q.  Do you know who Alex Wilke is?
20      A. I remember the name.  I don't believe I
21 interacted with that person.  I think he was an engineer.
22      Q. Do you know who Alex Haag is, H-a-a-g?
23      A. Yes.
24      Q. Who is that?
25      A. He was part of our Autopilot team and at

162

1 different points he was responsible for QA assimilation.
2       He would also handle at least some of the program
3 management duties if I remember correctly.
4       Q. And here in January of 2016, the top message
5 states:  "Hands on requirement has indeed evolved to
6 include a three-minute time out when not following another
7 car or five-minute when following a car.
8       This is indeed to prevent some abuses and people
9 falling asleep."
10      So, as of January 2016, had Tesla learned that
11 there were people that were falling asleep with Autopilot
12 engaged?
13      A. I don't know if that statement is coming from,
14 like, a specific example or a hypothetical.
15      Q. Okay.  Have you learned of people falling
16 asleep with Autopilot engaged?
17      A. I mean I've liked -- I have learned of such
18 examples, but I don't know if -- like I can't put a date
19 on it.
20      Q. Okay.  So now I'm going to -- I'm showing you
21 Exhibit 316.  This is from May of 2016.
22      (Plaintiff's Exhibit 316 was marked for
23 identification.)
24      MR. MCDEVITT:  Q.  And there's persons on this
25 e-mail, Sterling Anderson.  Do you know who that is?

163

1       A. I think he was either director or VP.  He was
2 responsible for -- I think earlier he was responsible for
3 Model X bringup and then he moved on to be like Autopilot
4 Teams director in that role.
5       Q. In the bottom portion of the e-mail thread
6 dated May 6, 2016, under the name Nicklas, does that refer
7 to Nicklas Gustafsson?
8       A. Yes.
9       Q. It says:  Hands-on chime1 for free space
10 violations in ego lane.
11      What does that refer to?
12      A. So, like, free space or, like, one of the
13 signals that was coming from the revision system, and,
14 like, this was -- this is an example the hands-on warnings
15 that I talked about earlier.
16      So if we think there is, like -- there is not
17 enough -- like if vehicle is going to violate the free
18 space in the lane, then we would make -- issue a chime
19 warning, like direct chime warning to the user to grab
20 their attention.
21      MR. MCDEVITT:  Q.  What does that mean, though,
22 violate free space?
23      A. Free space violation means that -- free space
24 is like the space of the road surface that you can drive
25 on freely.  If that's makes sense.

164

1    Q. Free space, is that a synonym for Drivable
2 Space?
3    A. Yes, you can call it that, yes.
4    Q. Okay. So this indicates that there would be a
5 hands-on chime if the path of the vehicle with Autopilot
6 engaged was projected to go outside of the Drivable Space?
7    A. Correct.
8    Q. And it says: Min speed ten miles per hour.
9 LC -- that refers to lateral control or Autosteer?
10    A. Uh, yes.
11    Q. -- need to be activated. Time since last hands
12 on at least five seconds?
13    A. Yes.
14    Q. Okay. And -- well, first of all, was that
15 particular hands-on scheme, was that carried over to the
16 vehicles with Hardware 2.0 and 2.5?
17    A. The code base was saying -- I'm not 100 percent
18 sure if the free space detection was, like, equivalent of
19 functioning -- like equivalent to Hardware 1 and Hardware
20 2 systems.
21    Q. All right. Well, let me ask you this.
22    As of March 8, 2018, in Model X with Hardware 2.5,
23 was the Autopilot system supposed to issue an alert to the
24 driver if the projected path of the vehicle went into an
25 area that was not Drivable Space?

165

1    I don't know, like, I didn't look up for today's
2 preparation to see if -- like, at what point free space
3 output was available on the in-house Vision system.
4    So I can't answer whether there was a time when we
5 didn't have time for free space violation for customer
6 vehicles running Hardware 2. Running Autopilot on
7 Hardware 2.
8    Q. Okay. Is there somebody else besides yourself
9 that knows that information?
10    MR. BRANIGAN: Objection. Form. Beyond the scope
11 of the order and the notice.
12    MR. MCDEVITT: I actually think this falls within
13 category a.8. It's the dates and details of any changes
14 to the hands-on detection scheme and warnings.
15    And he's indicating that this is part of the scheme
16 for warning the driver to put their hands on the wheel.
17    MR. BRANIGAN: That's now how I understood your
18 question. You're asking whether the system is capable of
19 identifying Drivable Space.
20    MR. MCDEVITT: Yes, because he made his answer
21 dependent on that, whether it had that capability.
22    MR. BRANIGAN: I'm not telling you not to answer,
23 but I think it's beyond the notice and the order.
24    Go ahead, sir, if you can answer.
25    I'm just making the note that we didn't

167

1    A. I -- I don't know if the Vision system on
2 Hardware 2 vehicles was able to -- like was producing the
3 free space output at that time. But if it was, the driver
4 monitoring system was equipped to warn the driver.
5    Q. Was there a period of time when the vehicles
6 with Hardware 2.5 did not have the capability through the
7 Vision system to project Drivable Space?
8    MR. BRANIGAN: Objection. Form. Beyond the scope
9 of the order. Beyond the scope of the notice.
10    THE WITNESS: Yeah, like, as I say, I don't -- I
11 don't remember off the top if that was implemented or not.
12 When we released Hardware 2.
13    MR. MCDEVITT: Q. My question is, just as a
14 foundational matter, was there some amount of time in
15 which the Hardware 2 and 2.5 vehicles, the Autopilot
16 within those vehicles were not capable of identifying
17 Drivable Space?
18    MR. BRANIGAN: Same objections. Beyond the scope
19 of the order permitting the dep. Beyond the scope of the
20 notice.
21    THE WITNESS: For sure there was a time before we
22 released Autopilot to customers on Hardware 2 and we were
23 developing, like, inhouse Vision system to replace the
24 third party Vision system. I'm sure there was time when
25 it did not have free space output.

166

1 interpret -- well, you heard what I had to say.
2    THE WITNESS: So I mean someone from, like -- if I
3 knew this was going to be, like, the line of questioning,
4 I would have looked it up, but maybe someone from --
5 actually I don't know if anybody from QA team is around,
6 but they would be able to answer, or like somebody from
7 Vision team would be able to answer. But, again, I don't
8 know if anybody's around from that time.
9    MR. MCDEVITT: Q. Okay. And then Sterling
10 Anderson, at one point he was the head of the Autopilot
11 team? Is that true?
12    A. Yes.
13    Q. He responded: Is requiring greater than or
14 equal to five seconds since last hands on too
15 conservative? For disengagements from the steering wheel,
16 paren, e.g. Andrew's case or others similar to it, we
17 would have crossed a lane marking, and likely hit a
18 barrier, inside of five seconds after deactivation.
19    So do you know whether or not that five second
20 threshhold, whether that was ever changed?
21    A. Uh, yeah, I'm not sure. But I think what
22 Sterling is referring to is about the disengagements,
23 right? Sterling is referring to disengagements.
24    Q. Well, Nicklas is referring to time since last
25 hands on five seconds --

168

1    A. Yes.
2    Q. -- when the hands on chime will occur. And his
3 question is: Is requiring greater or equal to five
4 seconds since last hands on too conservative?
5    A. Yeah, I don't know if -- like, so the reasoning
6 behind that is the disengagement case, which was a
7 separate case. But this five-second threshhold, I'm not
8 aware if we -- like, if we reduced that or not.
9    Q. Okay. And where Nicklas says: Hands on chime
10 for free space violations in ego lane, deactivate on
11 Flag4, what is that?
12    A. So Flag4 is just like a -- we used to have
13 these, like, just numbered flag that didn't mean anything.
14 And they would be like, not present in, like, customer
15 vehicles, but this is like development only feature, so as
16 we develop features, in case they go wrong, we just use
17 this flag to, like, deactivate the feature, so it's, like,
18 if the recommendation is incorrect, and too annoying,
19 like, the testers have a way to deactivate features like
20 this.
21    Q. Okay. So my question now is can you tell us in
22 March of 2018 the version of Autopilot that existed at
23 that time, whether a warning for a free space violation
24 for a Tesla vehicle, whether that warning would appear,
25 did that depend on whether there had been more than five

169

1 seconds since the hands were last detected on the wheel?
2    MR. BRANIGAN: Again, Andrew, I think we lost the
3 videographer. And ordinarily I wouldn't interrupt you
4 over this, but given the difficulties that we've had with
5 questions about testimony from the court reporter, I think
6 we need to have the videographer, because that's the best
7 record we have of what's been said on the record.
8    We don't see the videographer's presence any more
9 on our screens here, so that's why I'm raising it.
10    MR. MCDEVITT: No, thank you for mentioning it. I
11 didn't notice that.
12    (Discussion off the record.)
13    THE VIDEOGRAPHER: We're coming back on the record
14 at 4:10. Please begin.
15    MR. MCDEVITT: Q. Going back to Exhibit 316, so my
16 question -- and I don't know if you answered this -- is as
17 of March 2018, to the extent that Autopilot was designed
18 at that point in time to issue a chime when the projected
19 path of the vehicle went into an area that was not
20 Drivable Space, did whether or not the chime actually
21 played, did that depend on whether or not the driver's
22 hands had been detected in the last five seconds as
23 described here?
24    A. Yes, that would be my understanding, yes.
25    Q. Okay. And then Mr. Gustafsson indicates that

170

1 Akshay -- assuming he's referring to you --
2    A. Yes.
3    Q. -- change will address that scenario. Do you
4 know what change that's referring to?
5    A. It's the last item in the initial list.
6    Q. Okay. Okay. So the change that you initiated
7 was TOI when road departure is imminent?
8    A. Yes.
9    Q. TOI is Take Over Immediately?
10    A. Correct.
11    Q. And that means that the Autopilot system will
12 start flashing and making noise and indicate to the driver
13 that he or she needs to take control immediately?
14    A. Right. So this is like a special case where,
15 right after disengagement, if the system starts, like,
16 going off of the road as the description says, even if the
17 system isn't engaged, we will still, like, show all the
18 bells and whistles to grab the driver's attention
19 assuming they're not taking control of the disengaging
20 Autopilot.
21    Q. Okay. And the top of the thread there's a
22 message from Alex; this is May 7, 2016.
23    In the second paragraph he writes: Question is how
24 frequently drivers have torque on wheel but not eyes on
25 road. Nicklas can you check the three cases we were

171

1 trying to fix, what the hands off time was?
2    All right. So what did Tesla do, if anything, to
3 follow up on that question of how frequently drivers have
4 torque on the wheel but not eyes on the road?
5    A. There's no way to verify that without, like, a
6 sensor to, like, engage the -- to engage whether eyes are
7 on the road or not.
8    Q. Since Tesla released vehicles that do have the
9 Cabin Camera, has Tesla in shadow mode or otherwise
10 attempted to determine how frequently drivers apply torque
11 to the wheel but don't have their eyes on the road?
12    A. Uh, we haven't conducted that particular study
13 but we have, like, independently implemented warnings only
14 based on drivers being distracted even if they have their
15 hands on the steering wheel.
16    Q. Okay. So through use of the Cabin Camera,
17 Teslas will generate a warning in a circumstance where
18 there's hands on the wheel, but from the camera, it
19 indicates that the driver doesn't have his or her eyes on
20 the road?
21    A. Correct.
22    Q. All right. Now I'm going to Exhibit 317.
23    (Plaintiff's Exhibit 317 was marked for
24 identification.)
25    MR. MCDEVITT: Q. This is an e-mail thread from

172

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1 July. And let me find the portion I wanted to ask you
2 about.
3     On July 7th, 2016 at 1:05 there's an e-mail from
4 Emal to a person named Veer, and it says: I heard that
5 Igor will be helping Nikolai with some of the behaviors
6 around hands-on detection.
7     So my question is do you know who those two people
8 are? Or three people?
9     A. I know Emal. I know Nikolai. I vaguely
10 remember Igor but I don't think I interacted too much with
11 him. Or at least I don't remember interacting too much
12 with him.
13     Q. If we go further up in the thread on July 7,
14 2016 at 1:31 p.m., this is on the first page of
15 Exhibit 317, it says:
16     The critical program decision that needs to be made
17 based off of this demo is whether or not in to include a
18 capacitive steering wheel in either Autopilot Hardware 2.0
19 or M3. You need to make this decision ASAP if we're going
20 to get into Hardware 2.0.
21     The next paragraph says: The magic
22 cruise/autosteer enable/disable is just showing off what
23 we could do in the future with this capability. If we
24 decide to make the capacitive wheel standard, it will not
25 be performing this functionality at launch. Initially, it

173

1 will just provide better hands on/off detection for DAS,
2 as compared to the current torque-sensing method.
3     So I had asked you if there had ever been a vehicle
4 that Tesla had with the capacitive steering wheel. It
5 appears that this refers to that such thing.
6     Is that accurate?
7     MR. BRANIGAN: Let me just object to the form of
8 the question to the extent it mischaracterizes the
9 document or misstates the document. Go ahead.
10     THE WITNESS: Yeah, I don't know if this says there
11 was a car like that. Or at least I didn't get that
12 interpretation from this.
13     MR. MCDEVITT: Q. Okay. Well, there's a reference
14 to something they called "magic wheel". Was that a wheel
15 that had the capacitive touch capability?
16     A. I don't know of a document like that.
17     Q. What is magic cruise?
18     A. Again, I'm not sure what they're talking about.
19     Q. Okay. And you're not aware or you're not
20 familiar with any discussions that stemmed from this
21 whatever they're referring to as the magic wheel demo?
22     A. No, not aware.
23     Q. And am I correct that because of that you
24 wouldn't be able to answer questions about, to the extent
25 this refers to a capacitive steering wheel that was

174

1 evaluated, how it was evaluated, or how decisions were
2 made with respect to it?
3     A. I mean I don't know what was discussed in this
4 thread, but I think I've mentioned earlier, like, whatever
5 come from my memory and like talking to a few other folks,
6 that's what I know about capacitance-based steering wheel.
7     Q. All right. And this document says that the
8 capacitive touch will provide better hands on/off
9 protection for DAS -- that just refers to Autopilot,
10 right?
11     A. Yes.
12     Q. -- as compared to the current torque sensing
13 method?
14     A. Yes.
15     Q. So in July of 2016, Tesla at least at that time
16 believed that the capacitive touch would provide better
17 hands off detection than the torque sensing method. True?
18     MR. BRANIGAN: Objection. Form. That
19 mischaracterizes the document. The writer of that
20 document said that but Tesla? Come on.
21     THE WITNESS: I mean at least my understanding is
22 that capacitive hands-on detection only provides
23 improvement in terms of hands-on detection, not hands-off
24 detection.
25     So, like, I would dispute that statement on that

175

1 e-mail that talks about hands on/off detection.
2     And better is like -- also I would like to qualify
3 that better in, like, limited circumstances, as I
4 mentioned earlier. It doesn't work, for example with a
5 steering wheel cover or gloves.
6     Q. Did Tesla have some understanding of the
7 percentage of its customer base that drove with gloves or
8 steering wheel covers?
9     A. I'm not aware of like any surveys or studies or
10 anything like that.
11     Q. Okay. Are you able to tell us whether, based
12 off of any evaluation of a capacitive steering wheel,
13 Tesla made the determination that it was ineffective?
14     A. Can you define "ineffective"? Ineffective
15 for --
16     Q. Detecting --
17     A. -- hands-on detection?
18     Q. Yes. Well, let's frame it as effectiveness
19 from the perspective of driver monitoring.
20     A. So, I mean, if you think, like, from the
21 perspective of driver monitoring, both torque and
22 capacitance are giving you, like, the same systems tape
23 whether the drivers had hands on or not.
24     So I don't think that's, like, one matter is
25 advantages or disadvantages.

176

CRANGLE
REPORTING SERVICES

1      Let me restate that.
2      As far as both systems -- both systems perform
3 similarly to detect hands off; they're both the same for
4 the case -- for the sake of the monitoring.  And both the
5 systems will, like, equally effective for hands-off
6 detection.
7      The advantage that I would say theoretically
8 capacitance-based system would have, given, like, if
9 there's no other, like, issues with it, like the driver is
10 not driving with gloves, or they don't have a cover on
11 their steering wheel, is that they don't have to have,
12 like, applied torque on the wheel.  Just like touch the
13 wheel.  But that's --
14      MR. MCDEVITT:  Okay.
15      THE WITNESS:  But that's a marginal improvement and
16 not a safety risk.
17      MR. MCDEVITT:  Q.  Okay.  Let me go to Exhibit 318.
18      (Plaintiff's Exhibit 318 was marked for
19 identification.)
20      MR. MCDEVITT:  Q.  This is also from July of 2016.
21      At the bottom there's a message from Sterling
22 Anderson that says:  Use to be 15 seconds between
23 hands-on.  What you drove this weekend was 30 seconds
24 between hands-on.
25      Next paragraph:  With the bezel and the pulse, this

177

1 is much more salient, so may be worth dropping back to 15
2 or, paren, max, 20 seconds.
3      And then there's a response from Elon Musk to
4 Sterling Anderson and a person named Ralph Thomas:
5      Okay.  Let's try 20 seconds.
6      So was there any more of a scientific approach to
7 the three seconds timing besides these e-mail exchanges
8 between Mr. Anderson and Mr. Musk?
9      A.  The -- is it -- are they -- are they talking
10 about the time between visual and chime?  Yeah, I can
11 they're talking about that.
12      Q.  Okay.  And my question is:  Was there any more
13 of a scientific approach besides Mr. Musk and Mr. Anderson
14 kind of just spitballing different times?
15      MR. BRANIGAN:  Objection to form.  Besides all the
16 prior answers that he gave about the approach to analyzing
17 the hands-on detection and Driver Monitoring System?
18      THE WITNESS:  I mean, like, this is just one
19 interaction that you're seeing.  I think this would have
20 like data coming from all of the engineering user and the
21 engineering regular users as well as Early Access Program
22 users that give us feedback about our systems.
23      And then, like, it funnels up to Elon for his, I
24 guess, opinion.
25      MR. MCDEVITT:  Okay.

178

1      Q.  So where is that data?
2      A.  Where is what data?
3      Q.  Whatever data you're referring to that you're
4 testifying was the basis for making these decisions?
5      A.  I mean it would be part of guide notes and,
6 like, customer feedback.  So I don't know if there is an
7 aggregate of all of that data.
8      Q.  You didn't find an aggregate of any data that
9 was used for these decisions, did you?
10      A.  I did not find an aggregate, but -- yeah.
11      Q.  Okay.  And actually since you commented about
12 the feedback, I want to ask you about some material.
13      If we go back to Exhibit 313, and I'm going to go
14 to image page 56085.
15      So as a general matter, Tesla would look at
16 feedback from users who posted on the internet?
17      A.  That was one of the -- one of the methods, yes.
18      Q.  And TMC is Tesla Motors Club?
19      A.  I would assume so.
20      Q.  Okay.  And if we look at 56085, there's a
21 heading General Dislikes?
22      A.  Yeah.
23      Q.  And in this particular section there's feedback
24 from users that was recorded by Tesla.  Correct?
25      A.  That's what I would assume based on the title,

179

1 but yeah.
2      MR. BRANIGAN:  Is it possible to enlarge the
3 document we're looking at or a piece of it?
4      MR. MCDEVITT:  Yes.
5      THE WITNESS:  So what's the question?  Sorry.
6      MR. MCDEVITT:  Q.  So let me direct you to -- in
7 terms of the General Likes, if we go to this same page
8 there's a bullet point, the second to the last one:
9      I received 7.0 on Thursday and took my S85D on a
10 350-mile trip from New York, near Syracuse, to Boston
11 yesterday.  I was incredibly impressed by the latest
12 release.  I estimate that I did about 80 percent of the
13 trips, quote, hands free, all on a single highway.
14      Well, first of all, from feedback like this, Tesla
15 became aware that almost immediately people were using
16 Autopilot without their hands on the wheel.  True?
17      A.  I mean I don't know like -- you're like quoting
18 the hands free so I don't know if he means like not
19 handling the wheel or having hands off the wheel, exactly
20 what...
21      Q.  Okay.  Well, and then some of the feedback,
22 like in the General Dislikes, there were people that were
23 issuing warnings to Tesla that something bad was
24 inevitable to happen based on the performance of the
25 system.  Right?

180

1    A. There's quite a bit of testimony there and I
2 haven't read all of that.
3    Q. Let's look at the second one.  Second bullet
4 point.  Person says:
5    I love technology I'm the first to update my Mac,
6 my iPhone, my whatever.  But this...I just don't know.
7 I'm glad that people are enjoying the new feature and I
8 have no doubt that in time it will truly be great.  But
9 version 7 was already in, quote, beta with the beta
10 testers, was it not?  And after it made it out of beta it
11 is still released as a beta.  Would we be comfortable if
12 our airbags were beat?  How about a beta ABS?  I suspect
13 we wouldn't be comfortable with that.  I get that Tesla is
14 pulling a demand lever here, and delivering on a year-old
15 promise.  And that's another thing...this has been over a
16 year in development, including the UI, and after a full
17 year we still get a beta that can drive you over a cliff
18 if that's where the lines go.  I am bracing myself for the
19 inevitable and I hope it doesn't happen.  But if it does,
20 it will make the battery fires look like a walk in the
21 park.
22    MR. BRANIGAN:  And is there a question that is
23 related to the topics permitted by the Court through her
24 order and the notice?
25    MR. MCDEVITT:  I will get there.

181

1    Q. So from the feedback that Tesla was receiving,
2 first of all, they were receiving information from
3 customers that people were driving believing they didn't
4 have to have their hands on the wheel.
5    And then also people were saying that based on the
6 performance of the system, it was going to be a matter of
7 time before something really bad happened.  True?
8    A. I mean it's some person's opinion on it, yes.
9    Q. And if we go to 58086 -- excuse me.  Sorry.  I
10 lost the page.
11    And at the bottom it says:  Hands On.  Do you see
12 that?
13    A. Yes.
14    Q. This says, the first bullet point says:
15    Lastly, the "nag" feature that tells you to "hold
16 the steering wheel" seems pretty aggressive.  It seemed
17 like every one minute, and after about two minutes of
18 ignoring the car started to slow down.
19    So again my question is when it was initially
20 released was there some different time scheme for the
21 hands on the wheel reminder?
22    A. I think as I mentioned earlier, like, the
23 timing -- like I went back only after 2016, and if you are
24 talking about why it triggered at one minute, it could be
25 because of any environment reasons or, like, for some

182

1 other reason.
2    So are you saying like one minute is too quick or
3 two minutes is too slow?  I'm not sure what you're looking
4 at.
5    Q. What I'm trying to understand is if initially
6 there was a more strict hands on requirement that was then
7 relaxed.
8    A. I mean as I said, like one minute may not be
9 just based on timing, right?  It could be based on some
10 other reason that he got the warning.  He could have been
11 driving around the curb and hit the acceleration limit.
12    Q. All right.  The second bullet point says:  How
13 does it know if you're holding onto the steering wheel or
14 not?  What's the point of auto steering if you have to
15 hold on to the wheel?
16    With respect to that second point, Tesla did
17 receive comments and feedback from users who didn't
18 understand why you had to hold onto the wheel if it was
19 Autosteer.  Correct?
20    MR. BRANIGAN:  Objection.  Form.  Foundation.
21 Beyond the scope of the order of the notice.
22    Go ahead, sir.
23    THE WITNESS:  Yeah, it looks like that person may
24 not have read the -- read all the notices on the UI.
25    MR. MCDEVITT:  Q.  Okay.  Well, they may have also

183

1 been -- had a different understanding of what the system
2 was going to do based on information that Tesla conveyed
3 in the public.  True?
4    MR. BRANIGAN:  Objection.  Form.  Foundation.
5 Calls for the witness to speculate.  And what someone,
6 some unknown person, may have thought, believed.
7    Seriously, Andrew, I mean you told us I think over
8 an hour ago that you had about a half hour.  It's now 4:30
9 Pacific Time.  Do you have an end in sight?
10    MR. MCDEVITT:  I do.
11    MR. BRANIGAN:  Let it be in the next five minutes.
12    MR. MCDEVITT:  I've got Exhibit 319 and 320 here.
13    Q. All right.  Showing you Exhibit 319.
14    (Plaintiff's Exhibit 319 was marked for
15 identification.)
16    MR. MCDEVITT:  Q.  This is from September of 2016.
17 There's a person Martin Menzel that wrote an e-mail to
18 Elon Musk.  Do you know who Martin Menzel is?
19    A. I believe he was the QA person but not
20 100 percent sure.  Or may have been like program
21 management.  But I'm not 100 percent sure.
22    Q. All right.  And on the second page there's a
23 heading Three Strikes:  Some customers dislike the
24 feature, paren, not unexpected, but reactions are pretty
25 strong).  Do you see that?

184

CRANGLE
REPORTING SERVICES

1    A. Yes.
2    Q. And one of the messages starts with the bullet
3 point:  With the new changes, Autosteer is becoming
4 useless to me?
5    A. Yes.
6    Q. And then it says:  If I were to actually keep
7 my hands on the wheel at all times, I would not use
8 Autosteer.  It defeats the purpose of relaxing but paying
9 attention.  No way to relax while holding the wheel.
10    It continues:  I am a better driver than Autosteer.
11 Why would I let Autosteer control the car if I'm still
12 100 percent engaged.  The whole idea is that we trade
13 relaxation for lesser quality driving.
14    So my question is in reaction to this type of
15 feedback, were there any changes made to the warnings
16 within Autosteer for the hands-on detection for the
17 purpose of clarifying what was an apparent
18 misunderstanding from the customer base?
19    MR. BRANIGAN:  Let me just object to the form.  I
20 think it mischaracterizes the document.  But go ahead.
21    THE WITNESS:  Yeah, I don't know if there was like
22 a specific UI change for this, but yeah, I mean it --
23 yeah.  Like -- yeah.  I'll just stop at that.  Yeah.
24    MR. MCDEVITT:  Q.  Okay.  And then Elon Musk
25 responded, and one of the things he indicates is:

185

1 This morning I found the on/off Autosteer chime
2 volume to be too high.  Should be slightly lower.
3    And then the next paragraph says:  Let's try adding
4 a gentle, paren, not annoying, volume chime with no music
5 dip to the first visual hands on warning, then have chime
6 2 be moderate volume with a mild music dip and chime 3 be
7 slightly louder with a larger music dip.  Only chime 3 be
8 slightly louder with a larger music dip.  Only chime 3
9 counts for the three strikes rule.
10    Is that how Tesla decided what would count as a
11 strike in the three strikes rule?
12    A. No, I think we discussed how the three strike
13 rule that we can count it towards the three strikes.
14    Q. Okay.  Were the decisions regarding the volume
15 of the chime and whether music would dip with the chimes,
16 was that a decision that Elon Musk made?
17    A. I mean Elon would always gives us additions,
18 but that was not like the -- something we had to
19 implement.  Like the engineering team had, like, would
20 evaluate those options and provide feedback and release
21 only if we, like, didn't mind that to be, like, a sound
22 change.
23    Q. So going back to 311.  This is the documents
24 you reviewed.  One of the documents was a Tweet by
25 Elon Musk relating to an article by the Wall Street

186

1 Journal.  It says:  Eyetracking rejected for being
2 ineffective, not for cost.
3    Is that true?
4    A. I mean at that time, I would say probably true.
5 Because, like, the technology available for usage at the
6 time.
7    Q. What was the technology -- sorry.
8    A. I mean the cameras, we were evaluating the
9 cameras, and, like -- and the camera we had, like,
10 evaluated didn't have, like, night vision, per se, so,
11 like, they would not work half of the time.
12    And for radius, the -- like the cameras available
13 for evaluation, they were -- the field of view would not
14 cover like all seat positions and all, I guess, all, like,
15 different heights of drivers and whatnot.
16    So if you are, like, a really tall person, like,
17 who likes to sit somewhat upright, you would -- that
18 camera would not have -- would just cut off the eyes and
19 stuff.  So it wasn't, like, very effective from, like,
20 initial evaluations that we had.
21    Q. Okay.  What companies manufactured the cameras
22 and Driver Monitoring System that were camera-based that
23 Tesla considered and evaluated?
24    A. Evaluating, like -- so that -- I know for sure
25 the image sensor was from Onsemi is the name of the

187

1 company.
2    MR. BRANIGAN:  Can you spell it?
3    THE WITNESS:  On, as in like on/off, O-n-s-e-m-i.
4    And I don't know who actually made the camera
5 module.  But that -- that's the module I know that was
6 evaluated.  And the limitations that I mentioned, on,
7 like, from that module.
8    MR. MCDEVITT:  Q.  Are there documents that reflect
9 that evaluation and a determination that it was
10 ineffective?
11    A. No, this was from my discussion with the
12 engineer from Camera Team from that time.  We couldn't
13 find any documentation.
14    Q. Who was that engineer?
15    A. Ben Frevert.
16    Q. Okay.  Isn't it true that when Mr. Gustafsson
17 joined Tesla he told the team that he had worked on driver
18 monitoring through camera-based systems at his prior job?
19    A. Uh, I was not part of --
20    MR. BRANIGAN:  Objection.  Lack of foundation.
21    And also objection to the extent it
22 mischaracterizes the testimony or statement of that
23 witness.
24    THE WITNESS:  Sorry.  So as I said, I was not
25 available; I wasn't part of any discussions where he

188

1  stated that.
2      MR. MCDEVITT:  Let me show you -- I'll mark
3  Exhibit 321.  This is an e-mail thread.
4      Actually, before I do that one, I'm displaying
5  Exhibit 310.
6      (Plaintiff's Exhibit 310 was marked for
7  identification.)
8      MR. MCDEVITT:  Q.  This says in the first
9  paragraph:  "Long before the fatal crash of a Tesla car in
10  March, some developers of the vehicle's Autopilot system
11  expressed concern there weren't enough safeguards to
12  ensure drivers remained attentive, people familiar with
13  the discussion said."
14      Is that true, that some people on the Autopilot
15  team expressed concern there weren't enough safeguards to
16  ensure drivers remained attentive?
17      A.  I'm not sure -- I was not part of any
18  discussions with that specific statement, no.
19      Q.  Okay.  Then I'll show you now 321.  Hold on.  I
20  misplaced that one.
21      So there's one other thing I wanted to ask you
22  about, a document that's already been marked.  And that we
23  looked at briefly.  This is Exhibit 271.
24      Is this a document that you reviewed?
25      A.  Uh, I think so.

189

1      MR. BRANIGAN:  He's already told you that he did.
2      MR. MCDEVITT:  This was.  Okay.
3      Q.  So one of the topics in the notice here is
4  Tesla's evaluation and/or analysis of fleet data relating
5  to hands on?
6      A.  Yeah.
7      Q.  And this particular page, page Bates 53847 from
8  Exhibit 271, this contains some data from the hands on
9  information?
10      A.  Yes.
11      Q.  All right.  And if we look at the top chart, it
12  says:  Hands off histogram, tilde, two hours of driving.
13      And this (indicating) top chart is a plot of the
14  number of occurrences of hands off time for particular
15  durations of time.  Correct?
16      A.  Correct.
17      Q.  And what Tesla's data showed is that over two
18  hours of driving, there were upwards of 300 instances
19  where hands were detected off of steering wheels for more
20  than five seconds?
21      A.  Uh, less than five seconds?
22      Q.  More than five seconds.
23      A.  Uh, at least I read the X axis as like 0.25
24  would be the first bar graph; second bar graph, 5 to 15,
25  and so on.

190

1      Q.  Okay.  So Tesla's analysis reflected that over
2  two hours of driving time, there would be upwards of 300
3  instances where hands were not detected on the wheel for
4  between zero and five seconds?  Correct?
5      A.  That's my understanding from reading the
6  document, yes.
7      Q.  And the document further indicates that there
8  would be approximately 15 instances -- or 50 instances
9  where the hands were detected off the wheel for between
10  five and 15 seconds?
11      A.  Yeah, approximately.
12      Q.  Okay.  And then you can look at the bar chart
13  to find the remaining data.  Correct?
14      A.  Yes.
15      Q.  At the top it says, above that it says:  Based
16  on the histogram, the Tesla Autosteer system can reliably
17  detect hands off after sampling the data for 45 seconds.
18      What does that mean?
19      A.  Uh, just give me a second.  I'm reading through
20  this again.
21      So if I'm reading and understanding this correctly,
22  this chart, so this is that after 45 seconds, or in that
23  range, there is -- we can be -- we can be very sure that
24  the hands are definitely off.  After 45 seconds, yes.
25      Q.  All right.  And the document actually states

191

1  that the minimum time required for the system to
2  accurately detect if the driver has his or her hands off
3  the wheel is 45 seconds.  You need 45 seconds of data to
4  accurately make that assessment?
5      MR. BRANIGAN:  Objection.  Form.  Mischaracterizes
6  the document.  The document speaks for itself.
7      THE WITNESS:  It's not about accuracy; it's about
8  reliability here.  Like you can detect hands off much
9  earlier than that, like most of the time, but to be, like,
10  extremely sure and reliable, 45 seconds is the mark based
11  on this analysis.
12      MR. MCDEVITT:  Q.  Okay.  Well, you said it's about
13  reliably and not accurately.  The language itself says the
14  methodology adopted to achieve this is a histogram based
15  determination of the minimum time required for the system
16  to, quote, accurately detect if the driver has his or her
17  hands on the steering wheel.
18      A.  In each instance, yes.  Reliably as a whole,
19  yes.
20      Q.  So Tesla's determination was:  To reliably
21  detect hands off the wheel it needed to sample 45 seconds
22  of data?
23      A.  I mean, like, to have, like, certainty beyond
24  doubt I would put it.
25      Q.  Okay.  All right.  And then the last thing I

192

1 want to show you, this is Exhibit 321.  This is the e-mail
2 I referenced with Mr. Gustafsson.
3      (Plaintiff's Exhibit 321 was marked for
4 identification.)
5      MR. MCDEVITT:  Q.  At the bottom he says:  I used
6 to lead -- on the second page -- I used to lead an R and D
7 project for driver monitoring at Autoliv.  I think I might
8 have some input if we are considering going down those
9 lines.
10      Did you speak with Mr. Gustafsson about that?
11      A. No, I wasn't aware about this -- about his
12 background before Tesla.
13      Q. Okay.  So you didn't know that he communicated
14 to Tesla insights that he gleaned from his work at Autoliv
15 about camera monitoring and camera positioning?
16      A. No, I wasn't --
17      MR. BRANIGAN:  Hang on.  Hang on.  Just a second.
18      Objection.  Mischaracterizes the document and the
19 witness's testimony.  And it's quite a leap from what you
20 just read to say -- to ask him that question.  I mean
21 seriously, Andrew.
22      MR. MCDEVITT:  Seriously, the witness is not
23 knowledgeable about this, and that's what he was ordered
24 to be knowledgeable about, so I'm the one that should be
25 incensed, not you.

193

1      MR. BRANIGAN:  You just added your own testimony to
2 the e-mail and asked him:  Were you aware that he added
3 those insights?
4      MR. MCDEVITT:  Okay.
5      MR. BRANIGAN:  We can all see what was said by
6 Mr. Gustafsson in an e-mail, and it's nothing close to
7 what you said.  I mean it's just --
8      MR. MCDEVITT:  Tom, the other stuff to think about:
9 Camera position, illumination position.  It's exactly what
10 I said, actually.  I was trying to save time but now I'll
11 go through it.
12      MR. BRANIGAN:  You showed him a snippet -- let him
13 see the whole e-mail.
14      MR. MCDEVITT:  All right.
15      Q. On the first page there's another portion of
16 the message from Mr. Gustafsson where he says:  Please
17 find some bullets below.
18      Background for context:  The system that we
19 designed used one camera with active illumination.  The
20 main output from that system was:  Eyes-on-road flag;
21 eyelid opening signals; driver inattention level; driver
22 sleepiness.
23      He then provides information on key benefits.
24      You were not aware of that.  Correct?
25      A. No, I haven't seen this before.

194

1      Q. And then if we go to the top of the second page
2 his e-mail continues.  He says:
3      Other stuff to think about.  Number 1.  Camera
4 position:  We experimented with a lot of different
5 positions and angles.  Found that A-pillar and eye height
6 was optimal.  Rearview mirror and cluster positions were
7 often time obscuring the camera or the illumination setup.
8 Those positions also had issues with brims from glasses
9 covering the eye.
10      He then comments on illumination position.
11 Number 3 he says:  It's possible to see through sun
12 glasses if the system works in the IR spectra.  Many
13 glasses does not have IR filters.
14      You weren't aware of any of this.  Correct?
15      A. I haven't seen this before, but I know all of
16 these concepts, yes.
17      Q. Okay.  So when you previously answered that
18 Tesla had determined that using a camera was ineffective
19 because of the reasons that you gave, you didn't have any
20 of this information in mind.  True?
21      A. I mean I knew all of these concepts.  But the
22 camera views show the --
23      (Discussion off the record.)
24      MR. BRANIGAN:  No, I'm asking -- I'm sorry,
25 Ms. Crangle, I'm asking the witness to start over in light

195

1 of your interjection indicating that you're not getting
2 it.  So I'm asking him to please start over with his
3 answer.
4      THE WITNESS:  So I'm aware of these concepts.  But
5 the camera we evaluated, their monitoring was not the only
6 use case for that camera.
7      So these points listed here assume that the camera
8 is only used for their monitoring, but the camera we
9 evaluated was for more than just that.
10      So like if you're, like, indicating that, like,
11 those points below where it says -- can you scroll down?
12      MR. MCDEVITT:  Sure.
13      THE WITNESS:  -- if you're indicating about, like,
14 this other stuff to think, camera position, where, like,
15 he states A-pillar, and eye level is optimal, that is
16 assuming their monitoring is only use case for this
17 camera.  Like the In-Cabin Camera we were evaluating was
18 their monitoring was just part of the use case.
19 Monitoring, like, rest of the cabin occupants for various
20 purposes other than just the driver monitoring was also
21 considered when we were evaluating the camera.
22      MR. MCDEVITT:  Q.  Okay.
23      A. And if you see like -- his job description
24 below says R and D, which is much different from, like,
25 production as in something.

196

1     MR. MCDEVITT: Q. Okay. The camera position that
2 Tesla was evaluating was a position that would allow for
3 the notion that you could have a robotaxi and you could
4 monitor the vehicle, right?
5     A. That was one of the reasons, yes.
6     Q. Okay. And so that -- Tesla was evaluating the
7 camera with the concept that all the vehicles were going
8 to become robotaxis and you needed to monitor them.
9 Right?
10     MR. BRANIGAN: Objection. Asked and answered.
11     THE WITNESS: Yeah, that was one of the use cases
12 in mind.
13     MR. MCDEVITT: Q. Okay. And then you see Sterling
14 Anderson responded saying to Jing Cai. Do you know who
15 Jin Cai was? And I may be saying his name wrong.
16     A. Yeah, I knew him. He was part of the Hardware
17 Team.
18     Q. Was he an electrical engineer?
19     A. I think so.
20     Q. Okay. And Mr. Anderson wrote: Leveraging
21 driver gaze to inform or escalate warnings or actions for
22 active safety systems and manage hand overs would be quite
23 impactful to L1 to L3.
24     That refers to Level 1 to Level 3 systems?
25     A. Is that the question? Yes, that is my

197

1 understanding.
2     Q. Okay. And then Mr. Cai's response is:
3     Our approach to this so far has been to neglect
4 gaze pupil detection. This allows us to make the system
5 without active IR illumination and drastically simplifies
6 the system. We believe that we can do head tracking with
7 standard cameras and use the head pose to infer where the
8 driver is looking and determine if he/she is attentive.
9     Did you find any other documents relating to what
10 is being referred to here in 2016?
11     A. That's the only information I had was a
12 discussion with the camera engineer.
13     I think he didn't have any documents because he
14 went outside Tesla in between so he didn't have any
15 documents from that time.
16     Q. Did the person you spoke with advise you that
17 in June of 2016 at least Mr. Cai believed that Tesla could
18 do head tracking with standard cameras?
19     A. Uh, we didn't discuss about Jing specifically,
20 but he mentioned that head tracking or eye tracking were
21 part of the considerations when evaluating Cabin Camera.
22     Q. Okay. And at this point for the Cabin Camera
23 that Tesla actually does use, one of the things they look
24 at is head tracking. Correct?
25     A. Uh, yes.

198

1     Q. Okay. And besides Ben Frevert, did you speak
2 with anybody else to inform yourself on the details of
3 Tesla's consideration of using a camera for driver
4 monitoring in the 2016/2017 time frame?
5     A. No, I asked them if I should talk to anybody
6 and he didn't think anybody was around.
7     I think I mentioned also, like, I talked to
8 Matthew Oswald but he didn't have any information.
9     MR. MCDEVITT: Those are the questions I have.
10     MR. BRANIGAN: Why don't we take a break.
11     Counsel for Caltrans, you're going to start after
12 the break?
13     MR. GOKOFFSKI: We can go off the record?
14     THE VIDEOGRAPHER: Going off the record. The time
15 is 5:04.
16     (Recess.)
17     THE VIDEOGRAPHER: Coming back on the record. The
18 time is 5:29. Please begin.
19     MR. BRANIGAN: Thank you. This is Tom Branigan,
20 counsel for Tesla.
21     We had an off-the-record conversation amongst
22 counsel. And in light of the hour, and the amount of
23 questioning to be completed by other counsel, now that
24 Mr. McDevitt has finished his first round of questions,
25 we've agreed to adjourn for the day and continue the

199

1 deposition sometime in the next matter of weeks.
2     I've made the commitment to counsel that I will
3 talk to the witness tonight about rescheduling based on
4 his schedule, and I will get back to them as soon as
5 possible over the next couple of days with a couple of
6 dates.
7     Counsel, does that accurately state our agreement?
8     MR. SLAVIK: That's correct.
9     MR. MCDEVITT: Yes.
10     THE VIDEOGRAPHER: Anything else need to be on the
11 record then?
12     MR. BRANIGAN: Not for me.
13     THE VIDEOGRAPHER: This concludes today's PMQ
14 deposition of Akshay Phatak. And we are going off the
15 record at 5:30.
16     (Deposition adjourned at 5:31 p.m.)
17                    ---oOo---
18
19
20
21
                    _____
                    AKSHAY PHATAK
22
23
24
25

200

CRANGLE
REPORTING SERVICES

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

1  STATE OF CALIFORNIA     )
                           )    ss
2  COUNTY OF ALAMEDA       )

3

4      I, Karen A. Crangle, hereby certify that the
5  witness in the foregoing deposition named

6

7                    AKSHAY PHATAK

8

9  was by me duly sworn to testify to the truth, the whole
10  truth, and nothing but the truth in the within-entitled
11  cause; that said deposition was taken at the time and
12  place herein named; that the testimony of said witness was
13  reported by me, a certified shorthand reporter and a
14  disinterested person, and thereafter transcribed into
15  typewriting.

16

17      And I further certify that I am not of counsel or
18  attorney for either or any of the parties to said
19  deposition, nor in any way interested in the outcome of
20  the cause named in said caption.

21

22  Date: July 26, 2023

23

24  *Karen A. Crangle*
    Karen A. Crangle, C.S.R.

25

                                                      201

---

1  Errata Sheet

2

3  NAME OF CASE: HUANG vs. TESLA INC., et al.

4  DATE OF DEPOSITION: 07/20/2023

5  NAME OF WITNESS: Akshay Phatak

6

7  Page/Line

8  _____

9  _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____          _____

25    DATE                        WITNESS

                                                      203

---

1                    July 26, 2023

2

3

4  AKSHAY PHATAK
    c/o Thomas Branigan, Attorney at Law
5  BOWMAN AND BROOKE LLP
    1741 Technology Drive, Suite 200
6  San Jose, California 95110

7

8

    RE:  HUANG vs. TESLA
9

10

11  Dear Mr. Phatak:
12  Your deposition transcript has been prepared and is
    available at our office for reading, correcting and
13  signing, and shall remain so available for 35 days.
14  Should you wish to review your deposition transcript,
    please contact our office for an appointment.

15

16  Sincerely,

17
18  *Karen A. Crangle*
19  Karen A. Crangle, C.S.R.

20

21

22

23

24  cc:  All counsel

25

                                                      202

**Crangle**
REPORTING SERVICES

**Exhibits**

**EXHIBIT 54 (Placeholder) 2018.01. 04 Crash List TESLA-00086907 (PII redacted)** 4:19 25:15,24,25 26:25 27:10,16

**EXHIBIT 156 (Karpathy121621)** 29:8

**Exhibit 221** 5:20 148:22, 23,25 149:18

**Exhibit 233** 5:17 136:15, 16

**Exhibit 252** 5:13 134:6,7, 10 140:24

**EXHIBIT 271 (Moore 022223)** 5:4 62:12, 15 63:14 81:19 89:14,15 189:23 190:8

**EXHIBIT 274 (Moore 022223)** 5:11 93:9, 10 95:2 99:1 101:3

**EXHIBIT 307 (Phatak072023)** 4:14 11:4, 5,15

**EXHIBIT 308 (Phatak072023)** 4:16 13:3, 4,15

**EXHIBIT 309 (Phatak072023)** 4:22 51:14,15 52:7

**EXHIBIT 310 (Phatak072023)** 6:15 189:5,6

**EXHIBIT 311 (Phatak072023)** 5:2 62:3, 4,6

**EXHIBIT 312 (Phatak072023)** 5:23 156:11,13

**EXHIBIT 313 (Phatak072023)** 5:9 75:13, 16 179:13

**EXHIBIT 314 (Phatak072023)** 5:6 75:1,2

**EXHIBIT 315 (Phatak072023)** 6:4 162:15,17

**EXHIBIT 316 (Phatak072023)** 6:6 163:21,22 170:15

**EXHIBIT 317 (Phatak072023)** 6:8 172:22,23 173:15

**EXHIBIT 318 (Phatak072023)** 6:10 177:17,18

**EXHIBIT 319 (Phatak072023)** 6:13 184:12,13,14

**EXHIBIT 320 (Phatak072023)** 6:2 158:21,22,24

**EXHIBIT 321 (Phatak072023)** 6:18 189:3 193:1,3

---

**(**

**(redacted).xlsx** 4:20

---

**-**

**---ooo---** 6:21 200:17

---

**0**

**0.25** 190:23

**00052795** 4:23

**00077925** 6:14

**00106108** 6:19

---

**1**

**1** 13:19 165:19 195:3 197:24

**1.0** 5:9 75:16

**10** 154:7

**100** 21:1 116:17 117:25 165:17 184:20,21 185:12

**101** 3:15 65:19 67:1,12,19 68:1

**10:00** 2:4

**10:04** 7:8

**10:09** 9:14

**10:10** 9:17

**11** 4:14

**11-100** 3:4

**11-page** 5:17

**111** 3:4

**11:38** 57:17

**11:54** 57:20

**12** 126:20 134:16

**13** 4:16 105:2,3 127:3

**134** 5:13

**136** 5:17

**14** 133:24 157:8,24

**148** 5:20

**15** 13:19 68:21 69:3,11,19 70:13 71:8 89:23 154:7 155:2 177:22 178:1 190:24 191:8,10

**15-second** 71:14 72:6,14, 21 73:3

**156** 5:23 29:8

**158** 6:2

**16** 13:19 16:14 88:16

**162** 6:4

**163** 6:6

**17** 13:19 21:1

**172** 6:8

**1741** 2:20

**177** 6:10

**184** 6:13

**189** 6:15

**19** 137:22

**193** 6:18

**1997** 150:6

**19CV346663** 7:6

**1:05** 173:3

**1:14** 101:14

**1:18** 104:21

**1:31** 173:14

**1:55** 104:24

---

**2**

**2** 5:13 13:6,19 42:1 79:7,16, 17,23 80:3,6,11,18,19 81:9 94:12,23 95:14,17,22 96:2, 11 97:4,19 98:9,12 135:2 165:20 166:2,12,15,22 167:6,7 186:6

**2.0** 165:16 173:18,20

**2.5** 165:16,22 166:6,15

**20** 2:4 5:2,23 178:2,5

**200** 2:21

**2000** 150:7

**2010** 150:7

**2014** 18:21 116:18

**2015** 18:25 60:8 76:8 77:22 78:2 157:8,16,24 158:2

**2016** 6:7,9,11,14,18 21:1 61:17,19 62:8,18 63:3,4,6 78:1,3,4,10 81:13,15,16 82:2 84:23 85:11 86:1,8,19 88:2 89:1 91:15 92:1 117:20 134:19 148:5 150:18 155:22,23 157:20 158:10 161:2,11,25 162:16 163:4,10,21 164:6 171:22 173:3,14 175:15 177:20 182:23 184:16 198:10,17

**2016/2017** 199:4

**2017** 5:15 59:7 68:18 69:1 134:13,16 140:25 147:16 148:4,6,7,9,17

**2018** 21:3,7,17,24 22:20,25



23:7,11,16 24:2,21 25:4,9
27:13,25 30:11 31:25 32:6,
17,24 33:2 34:3,13 43:7,18
51:4 59:8 63:16 66:8,24
67:11,19 68:5 70:8 124:1,
11 125:1,9,21 126:9,15
147:17 148:9,10,17 156:16
165:22 169:22 170:17

**2018.01.04** 4:19

**2020** 137:22 139:7

**2021** 145:16

**2023** 2:4 5:2,23 7:7

**20th** 7:7

**21** 13:8,19

**21-CV-21940** 7:25

**21st** 161:25

**22** 13:8

**221** 5:20 148:22,23,25
149:18

**23** 31:25

**233** 5:17 136:15,16

**25** 4:19 67:13

**252** 5:13 134:6,7,10 140:24

**26** 6:11 161:11

**26th** 2:15 162:10

**271** 5:4 62:9,10,12,15
63:14 81:19 89:14,15
189:23 190:8

**274** 5:11 93:9,10 95:2 99:1
101:3

**28** 5:15

**28th** 134:13

---

**3**

**3** 13:14 94:23 95:9 145:22
186:6,7,8 195:11 197:24

**30** 13:19 177:23

**300** 190:18 191:2

**3001** 3:9

**307** 4:14 11:4,5,15

**308** 4:16 13:3,4,15

**309** 4:22 51:14,15 52:7

**310** 6:15 189:5,6

**311** 5:2 62:3,4,6,7 186:23

**312** 5:23 156:11,13

**313** 5:9 75:13,16 179:13

**314** 5:6 75:1,2 157:2,7
161:1

**315** 6:4 162:15,17

**316** 6:6 163:21,22 170:15

**317** 6:8 172:22,23 173:15

**318** 6:10 177:17,18

**319** 6:13 184:12,13,14

**320** 6:2 158:21,22,24
184:12

**321** 6:18 189:3,19 193:1,3

**350-mile** 180:10

**3:25** 154:10

**3:42** 155:16

---

**4**

**40** 154:22

**41** 135:1

**415 215-2041** 7:11

**42** 148:18

**45** 64:19 67:20,25 68:7,12
70:18 76:20 158:18,20
159:14,18,23 160:16
191:17,22,24 192:3,10,21

**4:10** 170:14

**4:30** 184:8

---

**5**

**5** 11:14 190:24

**50** 191:8

**51** 4:22

**5205** 52:15

**52795** 54:9

**53847** 190:7

**54** 4:19 25:15,24,25 26:25
27:10,16

**56085** 179:14,20

**56092** 76:3

**58086** 182:9

**5905** 99:1

**5:04** 199:15

**5:22-cv-00681-ejd** 7:22

**5:29** 199:18

**5:30** 200:15

**5:31** 200:16

---

**6**

**6** 6:13 12:14,15 164:6

**615-page** 5:9

**62** 5:2,4

**65** 71:6

**650** 2:15

**6th** 161:2

---

**7**

**7** 134:19 171:22 173:13
181:9

**7.0** 27:3 180:9

**7.1** 27:3 158:11,25 159:9,
11 160:5,8,11

**70** 76:20

**75** 5:6,9

**7th** 173:3

---

**8**

**8** 137:25 165:22

**8.0** 27:3 159:5,9 160:2,5,8,
12,15 162:11

**8.1** 27:3

**80** 180:12

**80487** 3:10

**825** 3:15

**85345** 62:20,23 89:16

**8th** 158:14

---

**9**

**9** 4:9 11:16

**93** 5:11

**94104** 3:16

**94108** 2:16

**94612** 3:5

**95110** 2:21

**96-page** 4:22

---

**A**

**A-N-G-U-L-O** 7:24

**A-PILLAR** 195:5 196:15

**a.8.** 167:13

**a.m.** 2:4 7:8

**ability** 44:20 114:3

**above-entitled** 2:7

**ABS** 181:12

**abuse** 157:17

**abused** 40:22

**abuses** 163:8

**acceleration** 63:25 64:7,
10,11,13,16,17,18,22,24
65:3,7 159:12 183:11

**accept** 151:25

**Acceptable** 136:22,25
137:3,5

**accepted** 151:6,14

**access** 28:24 29:2,5 30:16
162:5,8,12 178:21

**accidental** 22:14

**account** 36:9 106:5
113:16 114:11,19 116:4



VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

**accounted** 133:5

**accuracy** 192:7

**accurate** 161:19 174:6

**accurately** 130:20 192:2, 4,13,16 200:7

**achieve** 192:14

**acknowledgement** 144:12

**action** 2:8,9 13:25 139:6 141:12

**actionable** 22:23 32:20

**actions** 22:16 133:24 135:11,15 136:8 141:8,20 147:18 148:16 197:21

**activate** 140:11

**activated** 24:16 58:14 97:23 165:11

**activating** 40:5

**activation** 51:1

**active** 161:16 194:19 197:22 198:5

**actual** 91:22 143:19

**actuating** 108:9

**ad** 144:6,13 152:14

**add** 8:19

**added** 146:6 151:23 194:1, 2

**adding** 6:16 186:3

**addition** 87:6,11

**additions** 186:17

**address** 12:18 42:24 43:4 131:3 171:3

**addressed** 5:14 53:9

**addressing** 11:1

**adjourn** 199:25

**adjourned** 200:16

**adjusted** 157:17

**administer** 8:17

**adopted** 192:14

**advantage** 177:7

**advantages** 176:25

**advise** 198:16

**affects** 125:23

**afforded** 112:13 119:21 121:15 122:10,12 123:2

**afield** 47:15

**afterward** 136:7

**age** 128:2

**ages** 111:4

**aggregate** 17:24 21:14 179:7,8,10

**aggressive** 182:16

**agree** 27:14 107:6 131:17 139:9

**agreed** 132:16 199:25

**agreement** 200:7

**ahead** 21:12 23:21 25:6 30:15 31:6 35:15,18 38:2, 13 40:17 47:24 48:10 49:3, 25 53:13 55:16 70:25 78:11 80:22 85:23 94:5 95:16 101:20 102:22 104:12 119:24 121:18 124:7,19 128:16 133:11,20 145:6 167:24 174:9 183:22 185:20

**airbags** 181:12

**Akshay** 2:1,6 4:4 5:23 7:3 8:22 9:4 171:1 200:14,21

**alert** 6:2 74:23 141:5 147:21 158:25 165:23

**Alex** 6:4,5 162:19,22 171:22

**algorithm** 46:13 118:19 158:6

**allowed** 61:4 83:24 84:11 88:1

**allowing** 73:14 89:19

**alluding** 96:18

**alternative** 13:10

**Alternatively** 51:24

**Amended** 4:16

**amount** 60:20 65:25 68:3 73:6,15 74:16,18 77:14 89:18 90:12 91:8 112:22 113:2 114:20 120:25 121:3 156:22 159:14 160:18 166:14 199:22

**amounts** 61:5

**analogous** 75:7

**analysis** 21:25 22:8,10,13, 19,22 23:1 39:5,11 45:1 72:20 86:16 88:13 92:12 95:2 115:6,19 120:10 129:20 190:4 191:1 192:11

**analyze** 22:3

**analyzed** 23:4 86:14

**analyzing** 178:16

**and/or** 92:12 190:4

**Anderson** 6:7,11 163:25 168:10 177:22 178:4,8,13 197:14,20

**Andrew** 2:14 3:2 7:17 8:2 14:6 41:9 51:18,25 53:24 94:11 101:14 124:14 153:6 155:3,5 170:2 184:7 193:21

**Andrew's** 168:16

**Andy** 21:15

**angle** 97:2 110:2

**angles** 110:3 195:5

**Angulo** 7:24

**Annoyance** 54:20

**annoying** 169:18 186:4

**answering** 132:7,10

**answers** 178:16

**anybody's** 168:8

**AP** 31:12,20

**apparent** 185:17

**appearance** 29:13,17

**APPEARANCES** 2:12

**appeared** 2:6 98:21

**appearing** 99:23

**appears** 95:5 98:17 99:15 100:4 174:5

**Appendix** 5:7

**applicable** 98:1

**applications** 141:4 147:20

**applied** 60:15,21,25 90:17, 22 98:20 177:12

**applies** 56:25 98:6

**apply** 58:5 72:9 99:18 172:10

**applying** 56:8 91:1

**appreciated** 130:20

**approach** 178:6,13,16 198:3

**approximately** 191:8,11

**April** 70:8

**area** 57:21 101:18 102:10 165:25 170:19

**areas** 127:22

**article** 6:15 186:25

**ASAP** 173:19

**asleep** 142:20 163:9,11,16

**assertion** 25:2

**assessment** 192:4

**assigning** 30:23,25

**assimilation** 163:1

**Assistance** 79:19 108:8

**association** 73:6

**assume** 88:5 94:14 99:22 100:3 126:22 179:19,25 196:7

**assumed** 100:9 112:22

**assumes** 32:2

**assuming** 111:16 113:4 115:1,5 171:1,19 196:16

**assumption** 106:25 107:13 108:6,19 109:1,17 112:7,12 114:17 127:23,25

CRANGLE
REPORTING SERVICES

128:11 151:21,22 152:7

**assumptions** 105:9 107:7,24 126:25 127:16

**Assurance** 103:7

**attached** 4:21 5:5,12,16, 19,22

**attempt** 149:7

**attempted** 172:10

**attempts** 128:23

**attention** 74:10,18 91:19 92:8 104:9 120:20 121:7, 23,25 161:15 164:20 171:18 185:9

**attentive** 47:21 48:2,9,25 109:5 110:14 138:16 189:12,16 198:8

**attentiveness** 45:2 47:8 49:21 52:20 53:3,11 73:16 76:4 129:5 132:3,23 142:8, 12,13,16 143:20,24

**attenuator** 21:9

**attorney** 2:14,19,20 3:8,14 7:19

**attorneys** 3:3 14:19

**audible** 47:13 50:4 87:13, 18 88:22,25 89:10,24 90:3

**audio** 10:12

**August** 63:5 88:16 89:1 161:11 162:10

**author** 76:6

**authored** 99:2 113:21

**auto** 183:14

**Autoliv** 193:7,14

**automated** 36:24 37:22 38:9,20 39:1,20 105:6,13, 23 106:6,15 108:15 112:2 113:23 115:17 117:12 119:17 124:3,12,24 125:3, 11,23 126:11,17 128:12 132:22 133:3,16 134:17 135:5 136:11 141:6 147:22 152:12,25

**Automatic** 76:13

**automatically** 58:7

**automation** 35:8,10,20,24 37:3 114:3,13,18 117:17 123:15 135:3 138:15 150:4,20 151:7 152:2

**Autopilot** 5:7,9 6:16 12:21,25 19:6,9,12,17,18 20:5,7,25 21:19,25 23:1,7, 13,17 24:4,8,9,16,19 25:3, 12 27:2 28:8 29:25 30:2,7, 10 32:16,25 33:5,13 34:5, 16 36:9,22 37:7,12 38:22 39:3,18,25 40:2,5,9 41:1 48:25 49:18,21 56:11 60:7, 19 61:3,4,8 66:9 67:20 68:6 70:14,17 71:5,6,16 72:7,15,21 73:7,8,16,24 74:23 75:16,25 77:2,23 78:4 79:15,23 80:11 82:3, 4,9,15,24 83:8,15,24 84:11 87:8 89:19 98:2 99:9 100:12 101:5 102:20 103:1,4,12 104:2,5,7,9 105:9 107:7,21,24 108:13 110:7 112:8,12,21 116:3,4, 23,24 117:7 118:9 119:6, 19,22 120:4,5,13 121:5,12 122:1,11 126:22,23 127:5, 18 128:21 129:6,10 130:21 134:24 135:16,21 138:3,5, 21 139:16 140:1 141:23 146:11,13,21,25 147:3,6, 11,13 152:9 157:3,11 158:17 161:15 162:11,25 163:11,16 164:3 165:5,23 166:15,22 167:6 168:10 169:22 170:17 171:11,20 173:18 175:9 180:16 189:10,14

**Autopilot/drive** 6:9

**Autosteer** 6:2 21:5,8,19 58:2,4,6,14,20,24 59:1,4, 12,14,19,23 60:13,19 65:11 76:4,13,15 83:15 96:2,11 97:4,6,7,11,19,21 108:14 111:11 120:13 121:5 128:19 157:25 158:25 165:9 183:19 185:3,8,10,11,16 186:1 191:16

**Avenue** 3:4,9

**average** 81:9

**aviation** 114:4

**avoid** 90:7 112:14,24 121:16 122:14 123:3

**aware** 10:24 20:10 21:22 23:9,23 28:6 32:21 33:11 34:10,20 36:11 39:4,8,22 43:19 50:2,10 53:5,23 58:13 59:23 68:24 73:2,11, 17,20 74:4,11 80:2 92:9 93:3 101:7 104:13,16 106:9 116:22 117:5 121:2 123:4,12 124:6,8,20,25 126:13,19 127:11,14 128:24 129:11,15 130:17 133:21 136:1 139:7 140:21 145:1 149:14,16 152:17 169:8 174:19,22 176:9 180:15 193:11 194:2,24 195:14 196:4

**awareness** 39:2,21 125:4, 12,24 126:12,18,24 127:6 133:4 135:23

**axis** 190:23

---

**B**

**B-E-N-A-V-I-D-E-S** 7:23

**B-L-O-O-M** 8:1

**bachelor** 18:11

**bachelor's** 18:8

**back** 9:16 18:6 32:7,8 41:23 43:2 47:14 52:22 57:19 59:6 60:12 61:17 67:10 74:21 78:1,2 85:7 89:13,15 104:23 108:7 114:6 116:8 119:15 120:2 140:14,24 143:6 147:15 154:12 155:15 160:25 170:13,15 178:1 179:13 182:23 186:23 199:17 200:4

**background** 18:7 193:12 194:18

**bad** 180:23 182:7

**ballpark** 91:6

**banana** 143:12,15

**banner** 121:24

**bar** 190:24 191:12

**barrier** 168:18

**base** 111:4 165:17 176:7 185:18

**based** 43:12 49:9 71:2,4, 12 79:3 81:21 86:13,15 87:5 88:5,17 96:4,14,17 99:12 113:8 115:11 122:22,25 125:19 133:1 137:14 139:21 144:12 148:13 159:16 172:14 173:17 176:11 179:25 180:24 182:5 183:9 184:2 191:15 192:10,14 200:3

**basically** 63:19 154:24

**basis** 84:22 85:1,10 86:2 93:25 107:18 109:1,16 110:8 111:15,20 112:25 137:12 138:7 142:14 145:2 160:12 179:4

**Bates** 4:20,22 5:7,10 6:3, 11,14,18 99:1 190:7

**battery** 181:20

**Bay** 102:10

**Beach** 138:1

**beat** 181:12

**begin** 8:25 9:17 57:20 104:24 155:16 170:14 199:18

**beginning** 54:16

**begins** 7:2 149:24

**behalf** 2:17,22 3:5,16 8:7, 20 12:24 13:12 14:3 17:4, 19 26:23 27:8 38:7 41:5 125:17 135:11

**behaving** 120:18

**behavior** 130:16

**behaviors** 6:9 173:5

**Belakovski** 6:11

**belief** 107:18

**believed** 175:16 184:6 198:17



**believes** 109:10 112:22

**believing** 182:3

**bells** 171:18

**Ben** 15:10,25 188:15 199:1

**Benavides** 7:23

**benefits** 194:23

**beta** 181:9,10,11,12,17

**bezel** 177:25

**Bhatt** 3:14 8:4,9

**bimonthly** 23:1

**bit** 41:19 57:10 105:2,19 149:21 181:1

**BMW** 92:24 93:13 95:3 99:2 136:25

**Boston** 180:10

**bottom** 52:4 157:7 164:5 177:21 182:11 193:5

**Bowman** 2:20 8:19

**box** 63:19 65:6 118:21

**boxes** 64:8

**bracing** 181:18

**Branigan** 2:19 8:12,18 12:5 21:10 23:19 25:5,17 26:7 27:17 30:13 31:4,14, 21 33:8 34:7,18 35:13,18 36:1,16 38:1,12 40:16 41:2,8 42:3,17 47:22 48:10 49:1,23 51:8,10,17,20 52:2,11 53:12,24 54:4,13 55:5,11,15 56:14,24 58:17 61:24 62:21 66:19 67:4 69:21 70:21,25 72:24 73:10 75:21 77:7,17 78:7, 11 80:12,21 81:5 82:19 83:1 84:3,15 85:21 91:20 94:4,8 95:15 100:24 101:14,20 104:11 111:17 112:15 115:21,24 119:23 120:14 121:17 122:16 123:18,20 124:4,7,14,17 125:5,13 127:7 130:5,22 131:11,17 132:12 133:8, 14,20 140:19 143:21 144:11,25 145:5 147:24 149:10,20,23 150:11,23

151:9,17 152:4,13 153:2,6, 9,12,14,22 154:1,5,12,16 155:1,10 156:6 160:20 166:8,18 167:10,17,22 170:2 174:7 175:18 178:15 180:2 181:22 183:20 184:4,11 185:19 188:2,20 190:1 192:5 193:17 194:1, 5,12 195:24 197:10 199:10,19 200:12

**break** 53:25 54:3 57:14 86:18 101:15 104:19,25 153:7,16,21 199:10,12

**briefly** 189:23

**brims** 195:8

**bring** 52:4 117:24

**bringup** 19:11,14,17,24 20:7 118:18 164:3

**broad** 23:20 25:5 31:5,15 34:8,18 35:14 36:2 55:15 56:14

**Brooke** 2:20 8:20

**Brown** 81:11 134:21

**browser** 29:5,6

**building** 46:17

**bullet** 95:5 98:16 99:4,14 180:8 181:3 182:14 183:12 185:2

**bullets** 194:17

**burden** 11:23

**Business** 5:15

**button** 51:22 52:3 101:18

_____

**C**

**C-1** 3:9

**cabin** 43:15 142:7,9,15 145:12,17,22,25 146:3,6,9, 10,14,16,23 172:9,16 196:19 198:21,22

**Cai** 197:14,15 198:17

**Cai's** 198:2

**California** 2:15,16,21 3:3, 4,6,16 7:5,22

**call** 58:9 115:9 130:15 165:3

**called** 64:13 110:19 147:6 157:3 174:14

**calling** 123:1

**calls** 23:20 36:17 81:5 82:20 95:15 184:5

**Caltrans** 3:3 8:2,11 155:2 199:11

**Caltrans's** 155:4

**camera** 15:7 19:23 43:15 53:18 74:15 142:7,9,11,15 145:12,17,20,23,25 146:3, 7,9,10,14,16,23 147:14 172:9,16,18 187:9,18 188:4,12 193:15 194:9,19 195:3,7,18,22 196:5,6,7,8, 14,17,21 197:1,7 198:12, 21,22 199:3

**camera-based** 187:22 188:18

**cameras** 187:8,9,12,21 198:7,18

**cancel** 56:9

**capabilities** 108:7 109:4 114:12 130:21

**capability** 166:6 167:21 173:23 174:15

**capable** 107:8,25 108:21 114:18 127:17 166:16 167:18

**capacitance** 176:22

**capacitance-based** 43:11 175:6 177:8

**capacitative** 43:12

**capacities** 19:14 111:5

**capacitive** 43:23,24 44:7 50:7,8,10,13 53:17 119:3, 7,12 173:18,24 174:4,15, 25 175:8,16,22 176:12

**capacitive-based** 50:19

**captured** 47:2

**capturing** 15:5 47:20

**car** 19:6,18,23 28:20,21 33:23 39:14 44:21 50:11, 20 72:23 86:17 87:2 108:9 109:21 118:9,13 121:24 128:5 130:16 134:17 142:7 147:6 163:7 174:11 182:18 185:11 189:9

**carried** 165:15

**cars** 39:5,11 118:5,22

**case** 7:5,22,25 10:8,25 14:20 25:15,24 48:15 49:7 51:12 73:21 102:14 110:7 142:20 145:8 168:16 169:6,7,16 171:14 177:4 196:6,16,18

**cases** 44:10,19 46:9 137:19 171:25 197:11

**categories** 80:3

**category** 80:4 92:11 162:13 167:13

**caused** 34:5,16 54:19

**cell** 82:3 142:19

**central** 65:15,19 107:6

**certainty** 192:23

**Certified** 2:6

**change** 20:13 22:23,24 69:19 70:13 78:16 110:3 120:17 156:21,23 157:10, 19 158:3 161:5,11,14,15 171:3,4,6 185:22 186:22

**changed** 168:20

**changing** 72:17

**characterized** 54:6

**chart** 64:25 190:11,13 191:12,22

**chassis** 118:15 119:14

**Chat** 51:17,22 52:3,10

**check** 60:15 109:12 124:18 139:18 171:25

**checking** 76:16

**chime** 164:18,19 165:5 169:2 170:18,20 178:10 186:1,4,5,6,7,8,15



Case 1:21-cv-21940-BB   Document 350-3   Entered on FLSD Docket 02/24/2025   Page 58 of
149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

Index: chime1–counsel

**chime1** 164:9 169:9

**chimes** 186:15

**choose** 145:9

**Chris** 16:22 17:6 28:3

**circumstance** 123:2
172:17

**circumstances** 176:3

**cited** 79:6 150:9

**CJ** 22:7 32:19

**Clara** 7:5

**clarify** 98:15 146:24

**clarifying** 185:17

**clean** 144:21

**clear** 18:2 23:10 26:5 30:1
96:6,7 130:8 140:14

**clerk** 3:20 8:6

**click** 28:14 51:22 52:3

**cliff** 181:17

**clip** 22:3

**clips** 39:13

**close** 194:6

**Club** 179:18

**cluster** 195:6

**code** 19:22 71:11,12
118:11 165:17

**coded** 109:12

**collect** 14:2

**collision** 31:13 32:25 33:4,
19 34:5,15 111:12 112:9,
14,24 121:16 122:14 123:3
134:16

**collisions** 32:16 33:13

**Colorado** 3:10

**column** 27:1 54:18 157:9

**comfortable** 181:11,13

**comment** 23:25 24:14
54:2

**commented** 127:13
179:11

**comments** 183:17 195:10

**commitment** 200:2

**communicated** 139:5
193:13

**communicating** 32:22

**communication** 96:14
147:2

**companies** 130:19 187:21

**companies'** 43:17

**company** 45:9 188:1

**compared** 174:2 175:12

**Compel** 4:14

**compensate** 121:6

**complacency** 35:7,10,24
36:23 37:2,6,11,22,25
38:9,20 124:12,16,23

**Complaints** 54:10

**completed** 199:23

**completely** 48:17 122:22

**compliance** 136:14
137:13 138:8

**comply** 72:19

**computer** 128:4

**concept** 35:24 36:7,9,14,
23 50:21 74:23 78:14 95:9,
13 113:17,22 116:5 197:7

**concepts** 195:16,21 196:4

**concern** 189:11,15

**concluded** 39:7

**concludes** 138:20 200:13

**conclusion** 24:19 48:5
87:2

**conclusive** 25:7

**concrete** 72:17

**condition** 23:7 65:22 99:5

**conditions** 28:9 59:13
91:13 102:7 122:25 135:6
136:12 138:2,5,22

**conduct** 53:7

**conducted** 172:12

**conference** 2:5 7:13

**configured** 135:23

**confines** 41:23

**confirm** 84:9 93:24 94:18
100:15,22

**Confluence** 75:5,10,16
113:5

**Confluences** 75:7

**confusion** 57:23,24 58:9
59:14,25

**connection** 50:16

**connectivity** 86:20

**consequence** 79:5

**consequences** 79:11

**conservative** 168:15
169:4

**consideration** 36:23
37:21 38:19 45:3 105:5
114:2 127:4 128:9 132:21
152:10 199:3

**considerations** 198:21

**considered** 6:16 37:17
38:8 43:6,9,11,14 44:12,17
45:1,6 47:17,20 53:1,19
99:8 113:24 114:1 126:14
187:23 196:21

**constantly** 54:20 55:10
60:20

**consult** 117:16

**contained** 28:8

**contents** 27:15

**context** 55:18 194:18

**continue** 13:14 153:24
155:9,11 199:25

**continued** 138:23

**continues** 13:10 185:10
195:2

**continuously** 84:24 85:13
86:12 88:4 91:16 92:3
141:10

**control** 33:25 45:24 46:12
58:8,21 59:5,12,15,19,24
107:8,19 108:1,9,15
109:10,18,24 119:22
134:17 135:6 136:11 141:6
147:22 165:9 171:13,19
185:11

**controlling** 59:16

**controls** 19:21 128:5

**conversation** 199:21

**conveyed** 184:2

**copies** 17:13

**copy** 14:12 94:10

**Corey** 3:19 8:6

**corner** 143:12,17

**corners** 41:17

**correct** 9:20 18:5 30:7
33:14,20 34:2 39:17 41:7
44:5,6 50:22 53:17,22 54:7
58:8,22 59:1,16,18,25
60:1,8,16 61:6 63:22 64:1,
21 65:1,4,21 66:11 68:3
69:11,14,15 70:24 75:5,11
81:1 86:20 87:4,14,20
89:2,7,11,21,25 90:4,11
92:22 94:19 95:11 98:3
103:5,6 105:10 108:2,16
117:22 118:4 120:12
122:15 127:19 134:14
135:12,25 137:1,9 140:12,
17 142:23,24 143:2,3,9,10,
20 145:17,23 146:4,7,19,
23 155:7 157:13 158:15
159:15 165:7 171:10
172:21 174:23 179:24
183:19 190:15,16 191:4,13
194:24 195:14 198:24
200:8

**correctly** 35:5 40:12 45:16
46:19 50:18 78:13 81:18
116:7 163:3 191:21

**correlation** 74:16

**cost** 187:2

**counsel** 5:2 7:15 25:17
31:21 41:4 70:21 75:21
131:3,18 153:15 155:2,3,4,
5 199:11,20,22,23 200:2,7



CRANGLE
REPORTING SERVICES

**Counsel's** 144:12

**count** 21:22 89:8,9 186:10, 13

**counted** 90:2

**counting** 63:12

**counts** 186:9

**County** 7:5

**couple** 15:15 17:12 155:8 200:5

**court** 7:4,21,24 8:15,23 10:2,14,25 12:15 15:3 26:24 27:8 37:19 43:3 115:15 131:1,21 132:18 133:10 135:9 170:5 181:23

**Court's** 21:11 36:3 38:6 47:23

**courtroom** 10:10

**cover** 42:21 153:18 154:25 176:5 177:10 187:14

**covered** 78:8 130:23 144:6,13 152:14 153:18

**covering** 195:9

**covers** 50:15 176:8

**Crangle** 2:5 8:15,16 195:25

**crash** 4:20 21:9,20 23:6 24:8,16 28:8,12,19,22,24 29:16,17,20 30:22,23 31:3, 20 73:8 81:11,13 96:13 108:1,22 109:19 134:21,23 189:9

**crashed** 21:5,8

**crashes** 21:16,21,23,25 22:19 23:2,13 24:11 25:11 28:16 96:5,6 138:24

**crashing** 96:9

**created** 34:22 93:15,16 138:18

**criteria** 46:1 49:9

**critical** 55:21 173:16

**cross-noticed** 3:11

**cross-noticing** 7:20

**cross-traffic** 138:2

**crossed** 168:17

**cruise** 58:7,21 59:4,12,15, 19,23 174:17

**cruise/autosteer** 173:22

**curb** 183:11

**current** 9:10,19 11:21 28:19,22,24 29:16,17,20 30:4 174:2 175:12

**curve** 64:3 156:18

**curvy** 96:24

**customer** 54:10 61:4 66:14 85:3 86:22 145:14, 15 158:11 167:5 169:14 176:7 179:6 185:18

**customer's** 126:24 127:5

**customers** 39:16,19 49:12,18 79:15,23 80:10, 18 129:13 130:20 143:12 162:12 166:22 182:3 184:23

**cut** 58:16,17 187:18

---

**D**

**DAS** 174:1 175:9

**dash** 7:25

**dashboard** 28:19,23,24 29:2,16,17,20 30:5,9,17

**dashboards** 27:12

**data** 16:15,19,20 21:6,14 25:1,10 29:24 30:5,10 32:19,25 33:3,18,21,23 34:4,14 37:21,24 38:8,19, 25 39:11,13,14,15 86:1,9, 14,17 87:6,7,16,17 88:1,5 92:12 105:5 115:16 123:23 125:2,10 126:2,3,5,6 178:20 179:1,2,3,7,8 190:4,8,17 191:13,17 192:3,22

**date** 7:7 68:23 81:14 148:7 163:18

**dated** 5:2,15,23 6:5,7,9,11, 13,18 76:8 134:12,16

**164:6**

**dates** 60:3 69:5 70:4,9 129:14 130:11 137:22 167:13 200:6

**day** 31:8 155:9 199:25

**daydreaming** 121:11

**days** 200:5

**deactivate** 169:10,17,19

**deactivation** 168:18

**dead** 143:16

**deals** 35:4

**debris** 46:2

**December** 158:2

**decide** 78:20 160:17 173:24

**decided** 139:11 186:10

**decision** 173:16,19 186:16

**decisions** 15:22 81:20 138:17 175:1 179:4,9 186:14

**declare** 90:24

**deemed** 111:1

**defeat** 54:21 143:9

**defeats** 185:8

**defendant** 2:22 3:5 4:17

**define** 24:6,7 35:17 96:19 153:3 176:14

**defined** 80:4 127:21 128:14

**definition** 44:15 52:15,16 97:6,11

**definitive** 66:2

**delivering** 181:14

**Delivery** 28:18

**Delray** 138:1

**demand** 181:14

**demo** 173:17 174:21

**deny** 100:22

**dep** 41:12 42:19 166:19

**depart** 110:10,11

**Department** 3:6

**departure** 171:7

**depend** 68:2 128:1 147:10 169:25 170:21

**dependent** 167:21

**depending** 20:8 156:23

**depends** 67:5 71:1 84:19 121:21

**deposition** 2:1,3 3:11 4:4, 15,16 7:3,12,20 9:21 10:15 14:21 17:11 20:17 26:17 29:10,22 33:10 35:23 41:24 42:19 68:25 124:15 149:7 151:19 200:1,14,16

**Deputy** 3:2

**describe** 19:8 31:19 35:1 62:7 75:8 113:19

**describes** 62:25 64:4 99:4

**describing** 92:24 96:1 97:20

**description** 13:15 62:23 158:3 171:16 196:23

**descriptor** 151:24

**design** 108:12 113:8 114:8 140:4

**designated** 11:25 12:18 135:10

**designed** 58:10 96:22 110:5 135:7 136:12 138:6, 10,18,22 170:17 194:19

**detailed** 80:13

**details** 20:14 60:4 104:14 136:2 160:6,14 161:9 167:13 199:2

**detect** 43:25 46:10 55:20 90:14,20 130:15,16 177:3 191:17 192:2,8,16,21

**detected** 33:24 45:25 46:5,20 61:5,10 65:11 69:3,10 70:12,19 71:7 73:8,15 74:24 76:22 77:4, 21 78:23 83:9,16,25 84:12



Case 1:21-cv-21940-BB   Document 350-3   Entered on FLSD Docket 02/24/2025   Page 60 of
149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

Index: detecting–driver

170:1,22 190:19 191:3,9

**detecting** 44:2 50:18
55:23 56:3 176:16

**detection** 12:21,25 13:9,
10 41:11,15,17 42:1,12,16
43:10,12 45:19,20 46:13
47:10 51:7 54:6,19 55:3,9,
19,25 57:5 60:4 61:15,16,
22 62:8,18 69:20 74:9
76:12 81:17 82:1,13 83:6,
14 88:7 91:19 92:7 94:2,19
103:10 104:8 117:3,22
118:3,19,25 119:2 130:15
142:4 150:18 151:5,16
158:4 161:3,6 165:18
167:14 173:6 174:1
175:17,22,23,24 176:1,17
177:6 178:17 185:16 198:4

**detects** 45:16 60:23

**determination** 34:4,15
176:13 188:9 192:15,20

**determine** 48:7,23 51:2
57:6 65:10 88:2 110:19,20
130:1 148:15 149:7,8
172:10 198:8

**determined** 33:4 42:12
110:13 119:6 139:10
195:18

**determines** 56:21

**determining** 52:24

**develop** 37:15 102:2 141:3
147:19 169:16

**developed** 37:18 130:14
148:1

**developer** 15:18 100:14

**developers** 22:17 32:18,
22 100:18 104:17 189:10

**developing** 36:8,13,21
93:19 94:2 116:4 151:25
152:18 166:23

**development** 5:15 19:6,9
20:4 92:14,20 100:12
101:4,10 102:15 103:10,18
116:16 117:2 118:24
145:13 151:4,6 152:8
169:15 181:16

**device** 54:21

**devices** 143:9

**diagram** 81:20

**dial** 50:17

**Diamuid** 5:14

**difference** 24:22 32:3,4
78:11 125:25 158:7

**differences** 46:13 118:22
127:10

**differentiating** 118:15

**difficulties** 170:4

**dip** 186:5,6,7,8,15

**direct** 11:14,15 41:25
142:12,13,15 143:23
146:14 164:19 180:6

**directed** 73:24 135:1
141:1 143:2

**directing** 74:18 115:15

**direction** 56:17

**directly** 72:18 124:20

**director** 20:23 75:25
164:1,4

**disable** 58:7 59:4,11

**disables** 58:6 59:3,23

**disadvantages** 176:25

**disagree** 55:8 131:18

**disagreed** 139:13

**disagrees** 139:10

**discovery** 88:8

**discrimination** 42:4

**discuss** 198:19

**discussed** 55:24 85:17
175:3 186:12

**discussion** 9:12,15 119:3
156:4 170:12 188:11
189:13 195:23 198:12

**discussions** 117:21
174:20 188:25 189:18

**disengaged** 59:1 152:11,
24 153:5

**disengagement** 76:13
169:6 171:15

**disengagements** 168:15,
22,23

**disengaging** 171:19

**dislike** 184:23

**Dislikes** 179:21 180:22

**display** 51:24 52:3

**displayed** 87:12,14

**displaying** 189:4

**dispute** 69:8 175:25

**distinguish** 25:18

**distracted** 82:3 83:10,17
84:2,14 119:19 120:1,6,7
121:10 122:11,23 172:14

**District** 7:21,22,24,25

**divided** 65:16,19

**divider** 65:16,19

**Division** 3:3

**document** 4:19,22 5:6,9,
14,20 6:2 20:10 25:18,20
26:2 27:5,12,20,23,24
28:17 29:9,13 37:1,13
41:14 42:5 51:21 52:7
54:24 55:13 61:19,23 64:3
75:17 77:8,18 78:25 92:24
93:5,8,12,15,17,19 94:1,9,
14,17 100:14,16 137:25
138:13 149:16 157:2,15
174:9,16 175:7,19,20
180:3 185:20 189:22,24
191:6,7,25 192:6 193:18

**documentation** 22:6,20
23:5,9,11,15,23,24 24:10,
13,18 25:1,8 34:21 38:24
100:17 106:10 111:23
113:5 114:10 115:19
116:11 125:19 127:24
150:15 188:13

**documented** 20:14 113:3
127:4

**documents** 4:18 11:19
13:21,24 14:2 17:18,24
26:17,22 27:6 28:7 32:24
33:1 35:23 37:23 38:10,15,

18 40:25 51:23 53:8 61:21
62:7 69:1 80:9 81:11
101:22 102:5 127:15
154:21 155:19 186:23,24
188:8 198:9,13,15

**Domain** 140:4

**dome** 116:8

**Don** 7:19 14:13 154:5,25
155:4

**Donald** 3:8

**double** 46:8

**doubt** 181:8 192:24

**dozen** 84:23 85:12 86:10
88:3 92:2

**drastically** 198:5

**draw** 48:4

**drifted** 133:9

**Drivable** 165:1,6,25 166:7,
17 167:19 170:20

**drive** 2:21 6:8 66:10
102:25 164:24 181:17

**driven** 25:11 28:9

**driver** 6:18 12:20,25 15:1,
6,22 20:4,6,12 24:21 25:4
36:8,13,21,23 37:2,6,11,
22,25 38:9,20,22 39:1,8,
23,24 40:1,8,14 42:15
43:5,16,18 44:12,17,25
45:2,5,16 46:14,18 47:7,9,
11,16 48:8,23 49:18 51:3
52:16,18,20,24 53:2,9,11
55:21 56:11 57:7,21,24
58:1,4 59:11,14,18,22 61:6
65:24 73:16 76:4,21 77:3
78:21 79:8,19 83:21 84:25
85:14 86:12 87:9 88:4
89:5,22 91:19 92:4,8 95:6,
10 98:3,8,9,12,17,22 99:5,
10,15,19,23,25 100:4,5,7,
10 105:4,6,13,22 106:5,14
107:25 108:8,9,21 109:5,
18,22 110:6,14 112:1,13,
23 113:17 114:17 115:17
117:12 119:7,16,21 120:1,
18 121:10 123:15 124:2,
12,23 128:2,5,10 129:5,8
132:2,5,22 141:5,11,16



142:8,18,23 143:20,24
144:3 145:4,12,18 146:10,
16 147:21 152:8,22 161:3,
6,15 165:24 166:3,4
167:16 171:12 172:19
176:19,21 177:9 178:17
185:10 187:22 188:17
192:2,16 193:7 194:21
196:20 197:21 198:8 199:3

**driver's** 39:21 52:19
59:20,21 76:16 125:3
126:17 129:19 141:4,19,23
143:1,5 147:20 170:21
171:18

**drivers** 39:3 40:3 45:8
83:9,17 87:18 102:12
103:7,17 104:1 107:19
119:18 120:11 129:12
132:22 133:18 138:15
150:3,20 151:7,21,24
152:1,6,10,23 153:4
171:24 172:3,10,14 176:23
187:15 189:12,16

**drivers'** 74:10

**driving** 36:24 37:23 38:10,
20 39:1,21 102:12 105:7,
14,23 106:6,15 112:2
113:23 115:18 117:12
119:17 124:3,12,24 125:3,
11,23 126:11,17 133:16
152:11,12,24,25 177:10
182:3 183:11 185:13
190:12,18 191:2

**dropping** 178:1

**drove** 176:7 177:23

**duly** 2:8

**durations** 190:15

**duties** 163:3

—————————

**E**

**e-mail** 5:2 6:4,6,8,10,13,18
14:7,8 28:3 163:25 164:5
172:25 173:3 176:1 178:7
184:17 189:3 193:1 194:2,
6,13 195:2

**e-mailed** 27:24 156:6

**e-mails** 82:17 121:13

**E-Y-E-Q** 43:20

**e.g.** 168:16

**EAP2** 162:7

**earlier** 24:23 37:14 38:13
49:10 53:4 72:9 79:7 81:24
84:19 91:12 92:10 100:13
101:11 105:18 106:8,18
114:6,23,24,25 122:19
127:13 148:1,21 150:14
155:18 162:5 164:2,15
175:4 176:4 182:22 192:9

**early** 82:2 117:20 162:5,8,
12 178:21

**easier** 15:5 60:12

**easiest** 51:25

**ECE** 4:23

**educate** 61:15

**educational** 18:7

**effect** 69:25 70:3,8,11
133:3 143:17

**effective** 47:20 48:8,24
50:8,17 53:2,10 129:5
132:2 177:5 187:19

**effectively** 141:4,19,21
147:20

**effectiveness** 44:11,16,
24 45:5 49:20 74:9 91:18
92:7 101:13 104:8 176:18

**efficacy** 132:14,19

**ego** 164:10 169:10

**eight-page** 5:20

**electric** 146:23

**electrical** 197:18

**electronically** 18:3

**electronics** 18:11

**element** 119:12

**Elon** 84:22 85:4,11,16,25
86:5,10 91:15 92:1 178:3,
23 184:18 185:24 186:16,
17,25

**Emal** 173:4,9

**employed** 19:5

**employee** 11:25 75:4

**employees** 27:24 34:15
50:5 53:5 101:12 102:17
103:2,11,15

**enable** 128:19

**enable/disable** 173:22

**encounter** 96:23

**end** 43:13 80:2,7 84:25
92:4 154:2 184:9

**ended** 53:16

**ending** 52:15 99:1

**engage** 84:1,13 122:1
128:21 135:17 139:19
146:17 147:13 172:6

**engaged** 21:5,8,19 22:1
23:8,13,17 24:4,9,15 25:12
32:16 33:5,14 38:22 39:3
48:25 49:22 58:5,20,21,24
60:13,19 65:11 67:20 68:6
70:17 71:6 73:7,9,16,25
82:4,25 83:8,16,25 84:11
99:9 104:10 108:13,14
111:11 112:2 119:19
122:11 128:12 129:6
134:24 141:24 143:25
144:3,10 145:4 146:11,14
147:11 152:20 163:12,16
165:6 171:17 185:12

**engagement** 141:5,19,23
144:24 147:21

**engineer** 9:11,19 15:10
16:6 18:8,22,24 19:2,3
100:18 116:23 117:17
162:21 188:12,14 197:18
198:12

**engineer's** 116:15

**engineering** 18:9,10
44:14 45:7 113:9 115:12
178:20,21 186:19

**engineers** 14:23 15:7
16:15 36:12,19 37:15 45:8
50:7 53:7 55:2 57:4 93:23
100:15,22 101:12 102:23
119:6

**Enhanced** 146:11,12,21,
25 147:3

**enjoying** 181:7

**enlarge** 26:7 54:13 149:20
180:2

**ensure** 52:20 161:15
189:12,16

**ensuring** 48:24 53:2,10
129:5 132:2

**entitled** 5:6,20 6:2,15
28:15 42:20 76:12 113:22

**entity** 11:23

**enunciate** 10:16 15:5

**environment** 110:16
138:1 182:25

**environmental** 67:6,9,17
91:13

**equal** 56:6 168:14 169:3

**equally** 177:5

**equipped** 135:2 166:4

**equivalent** 165:18,19

**error** 108:19 114:19,22

**escalate** 197:21

**essentially** 33:23 79:18
139:25 143:16

**established** 142:2

**estimate** 153:9,24 154:4,7
155:7 180:12

**estimates** 154:13

**et al** 3:12 7:4

**etcetera** 35:6 111:22

**EU** 4:23 52:7 68:19 69:2,9,
17 70:11,15 71:15,17,22
157:18

**Eureka** 3:23 7:10

**evaluate** 33:19 38:25
39:20 44:11 45:5 47:7,19
49:9,18 53:1 73:5,23 74:8
87:21 91:18 92:6 101:13
103:9 104:7 107:13 115:16
119:20 121:10,14 122:9,25
123:14 124:1,11 125:1,10,
22 126:9,15 129:3 131:25
133:17 144:7 186:20



**evaluated** 13:10 38:8 45:7 51:5 73:14 102:8 132:8 144:22 175:1 187:10,23 188:6 196:5,9

**evaluating** 24:3 28:12 38:21 43:14 44:16 48:8 50:3 103:3 187:8,24 196:17,21 197:2,6 198:21

**evaluation** 22:19 37:21 48:22 50:2 53:5 91:17 92:6,11 105:4 113:13 123:8 176:12 187:13 188:9 190:4

**evaluations** 48:6 50:3,4 111:21 187:20

**event** 107:24 119:22 127:18

**evidence** 72:17 115:2

**evolved** 163:5

**exact** 18:19 20:22,24 76:1 130:11

**Examination** 4:8 9:1

**examined** 2:9

**examiner** 11:23

**examples** 20:1 163:18

**exceeded** 89:18

**exceeds** 58:5 61:1

**Excel** 4:19 26:3,4 28:7

**exchanges** 178:7

**Exclamation** 12:2

**excuse** 36:1 47:9 161:1 182:9

**exhibit** 4:14,16,19,21,22 5:2,4,5,6,9,11,12,13,16,17, 18,20,21,23 6:2,4,6,8,10, 13,15,18 11:4,5,15 13:3,4, 15 25:15,24,25 26:25 27:10,16 29:8 41:12 51:14, 15 52:7 62:3,4,6,12,15 63:14 75:1,2,13,16 81:19 89:14,15 93:9,10 95:2 99:1 101:3 134:6,7,10 136:15, 16 140:24 147:15 148:22, 23,25 149:18 156:11,13 157:12 158:21,22,24

**evaluated** 162:15,17 163:21,22 170:15 172:22,23 173:15 177:17,18 179:13 184:12, 13,14 189:3,5,6,23 190:8 193:1,3

**exhibits** 4:12 134:3

**exist** 32:7

**existed** 30:11 63:3,15 81:17 169:22

**existence** 28:7

**exists** 23:5

**expand** 11:19

**expect** 110:15

**expected** 128:24 148:12, 13

**expecting** 120:19

**experience** 104:7

**experiencing** 104:1

**experimented** 195:4

**experiments** 44:14

**expert** 117:17

**experts** 48:14 73:21 113:20 116:25

**explain** 42:12 151:11

**explained** 32:24 40:25 80:18,24

**expressed** 189:11,15

**extend** 16:11

**Extensively** 78:8

**extent** 32:20 170:17 174:8, 24 188:21

**external** 39:4 101:8

**extremely** 192:10

**eye** 6:16 74:14 195:5,9 196:15 198:20

**eye-tracking** 73:23 74:8, 12

**eyelid** 194:21

**EYEQ** 43:20

**eyes** 73:23 143:1 171:24

172:4,6,11,19 187:18

**Eyes-on-road** 194:20

**Eyetracking** 187:1

**F**

**F-R-E-V-E-R-T** 15:13

**face** 10:10

**facing** 147:1

**fact** 39:23 56:13 57:8 93:18 94:1 100:23 113:12 129:5, 21 130:2 132:2 144:8

**factor** 53:8

**factors** 53:21 71:3 83:24 84:10 105:3,6,12,21 106:3, 4,14,16,20 114:7 115:17 116:8,9,13,23 117:11,17 119:16 123:15 124:2

**fail** 138:19

**fails** 97:22 98:7 107:24 138:4

**failure** 96:12,13,20 97:11, 19,20 107:20 119:22 120:12 121:4 127:18

**failures** 95:18,23 96:1,10, 14,16,17,18 97:3 98:11

**fair** 42:20 75:8 157:1,21

**fairly** 81:1

**falling** 163:9,11,15

**falls** 167:12

**familiar** 34:23 35:7,9 36:6, 14 50:21 75:5 157:4,19 174:20 189:12

**familiarize** 31:11,18

**fashion** 13:24

**fatal** 134:21 189:9

**fault** 33:6 34:6,16

**feasible** 50:13

**feature** 147:5,7 157:25 169:15,17 181:7 182:15 184:24

**features** 22:15 108:15 169:16,19

**feedback** 46:2,3 178:22 179:6,12,16,23 180:14,21 182:1 183:17 185:15 186:20

**feel** 40:14

**fellow** 15:18

**field** 18:10 35:4,11 114:4,5 116:25 123:14 133:2 187:13

**fields** 28:20

**fighting** 45:23

**figure** 63:11 115:15

**file** 4:19 5:9 26:3,4

**filed** 22:23

**files** 28:7

**filter** 28:20 29:24 30:2,10 90:21

**filtered** 30:6

**filters** 118:20 195:13

**find** 12:1 32:12 33:1 35:23 36:25 38:15,17,23 41:14 42:5 61:18 85:24 114:9 115:18,25 116:10 127:9 149:13 173:1 179:8,10 188:13 191:13 194:17 198:9

**finding** 17:25

**fine** 11:18 101:17

**finish** 131:7,12

**finished** 199:24

**fired** 66:12

**fires** 181:20

**Firm** 3:9

**firmware** 18:22,23 19:2

**five-minute** 163:7

**Five-page** 5:6

**five-second** 169:7

**fix** 52:11 172:1



**fixed** 21:5

**flag** 169:13,17 194:20

**Flag4** 169:11,12

**flashing** 171:12

**fleet** 23:2 92:12 145:14,15 190:4

**flip** 46:14

**Floor** 2:16

**Florida** 7:25 134:19

**focus** 14:1 78:3 124:23 130:19 133:17,21 136:6 147:16

**focusing** 106:13 114:16 141:18

**folder** 17:18 18:3

**folks** 175:5

**follow** 63:18 138:10 139:23 140:8 172:3

**follow-up** 129:1 131:5,16 132:11 133:1

**force** 56:8

**forces** 56:7

**foreseeable** 138:19,23

**forgetting** 29:1

**forgot** 34:11

**form** 12:5 23:5 25:19 27:17 30:13 31:4,14 34:7 35:13 36:2 40:16 51:10 55:15 56:14 66:19 72:24 77:7,17 78:7 80:12,21 81:5 82:19 84:3,15 91:20 94:4 104:11 111:17 112:15 115:21 119:23 120:14 122:16 123:18 127:7 130:5,22 140:19 143:21 144:11 151:17 153:2 160:20 166:8 167:10 174:7 175:18 178:15 183:20 184:4 185:19 192:5

**formal** 73:17

**format** 27:11

**found** 186:1 195:5

**foundation** 36:16 55:5 130:22 149:10 183:20 184:4 188:20

**foundational** 58:19 166:14

**four-page** 5:13 6:15

**fourth** 95:5 99:14

**frame** 176:18 199:4

**Francisco** 2:16 3:15

**free** 79:8 89:2 164:9,12,17, 22,23 165:1,18 166:3,25 167:2,5 169:10,23 180:13, 18

**freely** 164:25

**freeway** 61:11 65:18 66:9 67:12,19,25 68:6 70:17 91:9 156:24,25

**frequently** 171:24 172:3, 10

**Frevert** 15:10,25 188:15 199:1

**front** 10:3 68:3,7,11,14 94:10 112:18

**full** 9:3 18:23 19:13 138:14 146:18 181:16

**fully** 43:15

**function** 28:9 76:15 97:6

**functionality** 173:25

**functioning** 165:19

**fundamental** 105:8 107:23 108:6 112:7 114:17 127:16

**funnels** 178:23

**future** 173:23

**G**

**gather** 17:17

**gave** 80:13 178:16 195:19

**gaze** 197:21 198:4

**gears** 105:2 126:20

**general** 31:24 107:1,17 108:21 120:3 157:10 162:9 179:15,21 180:7,22

**generally** 35:4 109:5

**generate** 172:17

**generated** 22:20 32:19 74:24

**generates** 46:4

**generation** 19:15

**gentle** 186:4

**geometry** 118:16

**give** 10:19 15:11 16:25 40:5 45:12 48:13 51:20 94:6,8 109:5 111:10 112:8 113:21 133:13 153:9 178:22 191:19

**giving** 13:25 49:17 176:22

**glad** 181:7

**glasses** 195:8,12,13

**gleaned** 193:14

**global** 82:9

**gloves** 50:14 176:5,7 177:10

**Gnatbrain** 5:9 75:17

**goggles** 73:23 74:8,12,14

**Gokoffski** 3:2 8:2 14:15 154:6 199:13

**Goldman** 17:7

**good** 8:12 9:2 37:2

**GPS** 139:18

**grab** 10:20 164:19 171:18

**grabs** 29:14

**Grand** 3:4

**Granting** 4:14

**graph** 190:24

**graphical** 117:7

**gratuitously** 131:13

**great** 51:7,9 54:6 55:3,9 56:2 181:8

**greater** 168:13 169:3

**gritties** 104:14

**group** 95:3 99:2 130:19 133:21 162:12

**groups** 133:17

**guards** 40:23

**guess** 35:21 48:1 50:25 81:8 118:12 127:22 144:15 147:12 178:24 187:14

**guessing** 72:2 85:2

**guide** 179:5

**Gustafsson** 6:7 15:17,21 22:9 164:7 170:25 188:16 193:2,10 194:6,16

**guys** 17:13

**H**

**H-17-041** 5:18 135:15 136:19 140:16

**H-17-042** 5:21 140:25 149:1

**H-17-41** 138:25 139:11

**H-A-A-G** 162:22

**Haag** 6:5 162:22

**habits** 46:22

**half** 53:25 84:23 85:12 86:10 88:3 92:2 153:7 154:22 184:8 187:11

**Han** 32:10,19

**hand** 45:22 66:17 197:22

**handle** 163:2

**handling** 180:19

**hands** 36:13 44:1,3,5 45:16,17,20 46:1,5,6,10, 16,18,19 47:3 48:16 50:18 55:20,23,25 56:3,4,7,12,22 57:7 60:24 61:4,9 63:21 64:19 65:11,24 66:10 67:2, 14,21 68:8,21 69:3,10 70:12,19 71:7 73:7,15 74:17,24 76:16,21,22 77:3, 4,20,24 78:5,23 83:8,16,25



84:12 87:3,19,22,23 89:19,
23 90:8,14,16,24 91:8
92:12,20,21 93:20 102:15
103:23 122:13,19 143:14
144:4 145:7 156:22 157:16
158:19,25 159:13,19,23
160:19 161:12,14 162:1
163:5 165:11 167:16
168:14,25 169:2,4,9 170:1,
22 172:1,15,18 174:1
175:8,17 176:1,23 177:3
180:13,16,18,19 182:4,11,
21 183:6 185:7 186:5
190:5,8,12,14,19 191:3,9,
17,24 192:2,8,17,21

**hands-off** 175:23 177:5

**hands-on** 6:2 12:20,25
40:25 41:11,15,17 43:10,
11,12 45:19,20 46:13
47:10 51:7 54:6,19 55:3,9
57:5 60:4 61:15,16,22
62:8,18 68:19 69:20 70:12
72:22 74:9 76:12 81:16
82:1,13,14 83:6,14 88:7
91:19 92:7,14 94:2,19
100:12 101:5,10 102:2
103:10 104:8 117:3,22
118:3,19,25 119:2 142:3
150:18 151:5,16 155:19,22
156:21 158:4 159:9 161:3
164:9,14 165:5,15 167:14
173:6 175:22,23 176:17
177:23,24 178:17 185:16

**handwritten** 5:23

**Hang** 31:4 193:17

**Hans** 22:7

**happen** 39:8 56:6 83:20
96:22 180:24 181:19

**happened** 80:20 81:13
182:7

**happening** 129:20 130:1,3

**hard** 94:10

**hardware** 15:7 19:11,12,
14,15 165:16,19,22 166:2,
6,12,15,22 167:6,7 173:18,
20 197:16

**he/she** 198:8

**head** 110:13,25 143:5

168:10 198:6,7,18,20,24

**headed** 4:23

**heading** 13:15 54:10
76:12 157:10 179:21
184:23

**heard** 75:18 82:8 155:1
168:1 173:4

**hearing** 41:21

**heated** 119:8,11

**heating** 119:12

**height** 195:5

**heights** 187:15

**held** 18:17,18

**helped** 19:20,21,23

**helping** 173:5

**hereto** 4:21 5:5,12,16,19,
22

**hey** 88:9

**hidden** 142:11

**Higgins** 6:17

**high** 161:3,6 186:2

**highway** 138:1 180:13

**hindrance** 119:11

**histogram** 190:12 191:16
192:14

**history** 15:19

**hit** 168:17 183:11

**hitting** 111:13

**hold** 182:15 183:15,18
189:19

**holding** 183:13 185:9

**homologation** 4:23 52:8
157:18

**hope** 181:19

**hour** 2:4 53:25 65:23 66:7,
10,16 67:1,6,13,20,25 68:7
70:18 71:6 76:20,21 84:24
85:13 86:11,15 88:4 92:3
101:16 124:15 153:6
154:22 158:18 159:15,18
160:16 165:8 184:8 199:22

**hours** 155:8 190:12,18
191:2

**houses** 28:25

**Huang** 5:3 7:3

**human** 24:20 25:3 34:24
53:8,20 83:23 84:10 114:6
116:8,13,22 117:17 125:11

**human's** 125:12

**humans** 35:2,3,4 114:12

**humans'** 114:3

**hypothetical** 84:17
111:18 112:16 119:24
120:15 121:17 122:17
163:14

**I**

**I-79** 71:19

**I-N-F-R-A** 16:17

**idea** 185:12

**ideal** 113:4

**identification** 11:6 13:5
26:1 51:16 62:5,16 75:3,14
93:11 134:8 136:17 148:24
156:12 158:23 162:18
163:23 172:24 177:19
184:15 189:7 193:4

**identified** 12:11 27:3
46:19 62:7 76:6 105:22
106:17 123:15 127:24

**identifies** 12:15

**identify** 7:15 35:5 92:16,19
101:3,21 102:3 105:12
135:14

**identifying** 166:16 167:19

**ignoring** 88:9 91:13,16
182:18

**Igor** 173:5,10

**illumination** 194:9,19
195:7,10 198:5

**image** 134:3 179:14
187:25

**immediately** 69:19 78:23

95:19,24 98:3,7 171:9,13
180:15

**imminent** 171:7

**impact** 39:1,20 72:23
106:5 125:2,10 126:23
127:5 132:21

**impacted** 126:11 133:18

**impactful** 197:23

**impacting** 106:14

**impacts** 72:18 126:17

**implement** 70:13 72:5,14
130:10 145:11 186:19

**implemented** 57:5 71:17
89:1 166:11 172:13

**important** 10:16 110:2

**impressed** 180:11

**improve** 141:10 152:19
161:6

**improved** 55:24 161:3

**improvement** 175:23
177:15

**improvements** 39:6

**improving** 141:16 150:25

**in-cabin** 53:18 196:17

**in-house** 167:3

**in-vehicle** 74:15

**inattention** 194:21

**Inc.'s** 4:17

**incensed** 193:25

**incident** 39:7

**incidents** 39:7

**include** 13:8 40:8 43:23
44:24 163:6 173:17

**included** 13:7 40:25 91:22
96:17

**includes** 135:3 140:9

**including** 86:23 97:4,10,
20 129:4 132:1 181:16

**incomplete** 84:17 111:17
112:15 119:23 120:14



121:17 122:16

**incorporate** 135:4 136:10 138:20

**incorrect** 96:16,19 169:18

**incorrectly** 46:5,10 48:12 56:21 57:6 110:7

**increase** 73:16

**incredibly** 180:11

**incremental** 20:13 39:6

**indefinitely** 158:19

**independently** 172:13

**indicating** 42:22 86:5 87:7 98:5 127:15,24 156:20 167:15 190:13 196:1,10,13

**individual** 46:22 161:22

**ineffective** 176:13,14 187:2 188:10 195:18

**inevitable** 180:24 181:19

**infer** 198:7

**inference** 94:17

**infinite** 65:25 77:14 159:14

**influence** 105:4,6,13,15, 22 115:17 117:11 119:16 124:2

**influenced** 123:15

**inform** 30:20 197:21 199:2

**informal** 73:19

**information** 12:1 15:16 16:3,7 17:8,24 26:24 27:9 28:8 30:22 51:1 61:18 142:18 143:1,5 144:3,9 148:15 167:9 182:2 184:2 190:9 194:23 195:20 198:11 199:8

**infra** 16:15,17

**infrared** 53:18

**Infrastructure** 16:19

**inhouse** 166:23

**initial** 61:16 74:23 77:10 93:22 102:15 103:18 104:17 113:8 114:8 116:15 171:5 187:20

**initially** 61:8 74:22 146:2 173:25 182:19 183:5

**initiated** 171:6

**input** 193:8

**inserting** 131:13

**inside** 168:18

**insights** 193:14 194:3

**installed** 50:20 86:23

**instance** 66:15,25 97:11 98:2 108:18,19 111:11 143:11 192:18

**instances** 190:18 191:3,8

**instructing** 133:8

**instruction** 129:11

**instructions** 40:9,13

**integration** 19:17

**intended** 77:11 97:6 153:18

**intensive** 99:6,10 100:6

**intention** 42:17

**intentionally** 104:4

**interact** 31:8 35:2,3

**interacted** 162:21 173:10

**interacting** 120:8 173:11

**interaction** 178:19

**interactions** 52:19

**interested** 154:16

**interface** 34:24 117:7 129:4,22 130:2 132:1

**interject** 110:16

**interjection** 196:1

**intern** 18:15,21 19:10

**internal** 28:15 33:3 34:4, 14 45:8 50:4 74:4 75:8 101:7,9,12,23 102:1,8 103:21 105:1 124:22,25 126:6 127:15 150:15

**internally** 44:15 51:6 54:5 74:1 129:25 131:24

**internet** 86:19 179:16

**interpret** 63:19 168:1

**interpretation** 98:23 99:20 174:12

**interpreted** 99:17

**interrupt** 41:9 170:3

**introduced** 63:4,5 88:12, 14,15

**introduction** 157:24

**involved** 15:22 19:11,14 20:4,6,8 21:19 22:8,9,13 24:15 33:13,17 36:12 57:9, 12 82:10 93:22 99:5,10 100:5 117:2,10,21 121:21

**involvement** 117:5

**involving** 21:25 33:4 81:11 134:23

**iphone** 181:6

**IR** 195:12,13 198:5

**issue** 70:19 71:7 105:8 124:23 164:18 165:23 170:18

**issued** 10:24 87:8 135:24 136:5

**issues** 44:9 118:2 151:2 177:9 195:8

**issuing** 129:21 180:23

**item** 32:20 57:2 171:5

**items** 18:2 22:14

**J**

**January** 6:5 27:25 78:3,4, 10,16 155:22 158:9,10,14 162:16 163:4,10

**Jeremy** 17:7

**jerk** 97:1,2 109:9,15,17,23, 24

**Jin** 197:15

**Jing** 197:14 198:19

**Jira** 20:15,16 22:23 32:19 34:21 113:5

**internet** 86:19 179:16

**job** 9:10,19 18:14,17 102:25 188:18 196:23

**John** 82:6,8

**joined** 18:21,23 19:10,13 188:17

**Jollie** 3:19 8:3,6

**Jose** 2:21

**Josh** 81:11 134:21

**Journal** 187:1

**judge** 10:3

**judgment** 113:9 115:9,12

**July** 2:4 5:2,23 6:9,11 7:7 173:1,3,13 175:15 177:20

**jump** 18:6 52:22 119:15

**June** 6:18 198:17

**jurors** 10:10

**jury** 10:3

**K**

**Karen** 2:5 8:15

**keeping** 87:11,23

**Kelly** 2:15 3:20 7:14 8:7

**key** 194:23

**kilometers** 76:20

**kind** 34:11 35:19 46:22 178:14

**knew** 28:11 32:12 36:19 68:18 69:1 70:7 82:2,14 83:22 84:10 120:3 168:3 195:21 197:16

**knowing** 42:13 119:18 154:17

**knowledge** 11:25 24:17

**knowledgeable** 138:17 193:23,24

**Kristina** 3:22 7:9

**L**

**L1** 197:23



**L3** 197:23

**labeled** 4:19

**labeling** 31:3,12,20 32:15

**labels** 30:23,25

**laboratory** 92:25

**Lack** 36:16 55:5 188:20

**lacking** 141:6 147:22

**lacks** 11:25

**lane** 97:8,13,22 110:11
135:18 138:11,12 139:21,
22,23 140:2,7,10 164:10,
18 168:17 169:10

**language** 11:15 12:3,6,8
13:21 139:5 141:18 149:19
192:13

**laptop** 30:18

**larger** 75:21 186:7,8

**Lastly** 182:15

**late** 68:18 69:1

**lateral** 63:25 64:7,10,13,
16,22 65:7 159:11 165:9

**latest** 180:11

**launch** 173:25

**launched** 19:12

**Lauren** 2:19 5:2 8:19
14:12 17:15

**law** 2:14,19,20 3:8,14,20
8:6 11:21

**lawyer** 42:18

**lay** 25:17

**LC** 165:9

**lead** 54:20 159:18,22 193:6

**leap** 193:19

**learned** 69:8,13,17 82:23
143:8,11 163:10,15,17

**led** 132:10

**Lee** 3:22 7:9

**left** 27:2 64:12,17,23 97:7
100:17 156:1

**Legal** 3:3,23 7:10

**lesser** 185:13

**letter** 134:12,15 139:7
140:25

**level** 22:12,13 79:7,16,17,
23 80:3,6,11,18,19 81:9
94:23,25 95:9,14,17,22
96:2,11 97:4,19 98:9,12
135:2 141:4,19,23 147:20
194:21 196:15 197:24

**lever** 181:14

**Leveraging** 197:20

**light** 72:3 110:20 195:25
199:22

**likelihood** 73:8

**likes** 180:7 187:17

**limit** 64:1,4,24 65:3,7 109:3
111:20 135:5 136:11
138:4,21 159:12 183:11

**limitations** 109:3 110:1
113:1 114:12 130:21 188:6

**limited** 30:6 49:6 71:22
137:18 176:3

**limits** 96:23,25 110:4,5

**Lincoln** 3:9

**lines** 135:18 138:11,12
139:22,23 140:2,7,10
181:18 193:9

**link** 29:2

**linkages** 118:6

**list** 4:20 5:3 14:6 16:2 43:7
61:24 106:1,2,19 171:5

**listed** 149:3 196:7

**Listen** 133:8

**literature** 53:7 94:13
113:10

**LLC** 3:9

**LLP** 2:20 3:14

**load** 116:5

**locate** 32:23 37:23 38:10
40:24

**locations** 127:14

**Log** 33:23 86:17

**Logs** 39:14

**long** 9:8 65:10 77:23 78:4
90:7,10,17 112:8,10,11
123:1 140:6 158:17 159:11
189:9

**longer** 32:11 36:20 37:16
79:12 83:7,15,24 84:11
93:23 100:15

**longitudinal** 109:24

**looked** 29:21 30:17 80:9
81:19 150:16 168:4 189:23

**loop** 113:18,22

**loose** 155:8

**lost** 122:2 170:2 182:10

**lot** 154:19 195:4

**louder** 186:7,8

**loudly** 10:17

**love** 3:2 8:11 181:5

**lower** 79:4,10,12 186:2

**lunch** 101:14,15

---

**M**

**M-O-N-E-T** 7:21

**M3** 173:19

**Mac** 181:5

**machine** 34:24 35:3,6

**made** 15:20 17:13 33:25
39:6 50:11 82:1,12 83:6,13
85:4 86:5,7 88:6,7 91:16
92:5 140:17,22 156:21
160:5,8 161:5,12 167:20
173:16 175:2 176:13
181:10 185:15 186:16
188:4 200:2

**magic** 173:21 174:14,17,
21

**main** 102:25 194:20

**maintain** 24:3,13 25:10
32:14 97:7

**maintained** 25:2

**maintaining** 74:10 91:19
92:8 104:9

**majority** 153:18

**make** 12:17 16:10 40:5,11
45:15 46:4,9 75:21 87:2
95:20 107:13 109:10
118:24 123:10 128:11,23
136:14 138:17 164:18
173:19,24 181:20 192:4
198:4

**makes** 60:12 97:12 108:19
137:11 164:25

**making** 35:4 40:3 46:14
48:2 49:11 94:16 114:22
128:10 150:17 151:15
167:25 171:12 179:4

**manage** 197:22

**management** 163:3
184:21

**manager** 20:23 82:9

**managing** 20:25

**manual** 80:1

**manuals** 128:18

**manufactured** 187:21

**manufacturers** 135:2
141:1 149:3

**map** 139:21

**March** 21:3,7,17,24 22:20,
25 23:7,11,16 24:2,21
25:4,9 30:11 31:25 32:6,
17,24 33:2 34:3,13 43:6,18
51:3 63:16 66:8,24 67:11,
19 68:5 123:25 124:10
125:1,9,21 126:9,15
137:22 147:17 148:9,10,17
165:22 169:22 170:17
189:10

**marginal** 177:15

**mark** 51:13 189:2 192:10

**marked** 4:21 5:4,11,16,18,
21 11:3,5 13:4 25:15,24,25
29:7 41:11 51:15 62:2,4,15
74:25 75:2,13 93:10 134:5,
7 136:16 139:22 148:23



156:11 158:22 162:17 163:22 172:23 177:18 184:14 189:6,22 193:3

**marking** 168:17

**Martin** 184:17,18

**master's** 18:9,11

**matching** 157:18

**material** 94:13 179:12

**materials** 5:3 13:16 127:3, 23

**matter** 3:11 7:3,23 11:22 113:21 154:16 166:14 176:24 179:15 182:6 200:1

**matters** 7:20

**Matthew** 16:5 199:8

**max** 178:2

**Mcdevitt** 2:14 4:9 7:17 9:1, 2,18 10:19 11:7 12:7 13:6 14:10,18 17:15,17 19:4 21:17 24:2 25:9,22 26:2,9 27:19 30:20 31:11,16,19 32:2,9 33:9 34:12,23 35:22 36:6,21 38:5,17 39:10 40:24 41:7,25 42:11 43:5 48:3,13 50:6 51:9,13,19 52:1,2,6,12 53:17 54:1,5, 14 55:8,14 56:2,20 57:3, 14,21 58:18 62:1,6,17,24 66:23 67:8 70:2,24 71:4,23 73:4,13 75:4,15,22 77:9,22 78:9,15 80:17,25 81:10 82:22 83:5 84:8,21 85:23 86:1 91:24 93:12 94:16 95:20 101:2,17,21 104:15, 19,25 111:25 112:21 116:2 120:2,21 122:6,24 123:19, 22 124:10,16,22 125:8,16 127:13 131:4,12,23 132:20 133:13,15,23 134:9 136:18 137:21 140:23 144:1,19 145:2,10 148:3,25 149:18, 22,24 150:17 151:3,12,23 152:8,21 153:8,16 154:19 155:5,17 156:8,13 158:24 160:25 162:19 163:24 164:21 166:13 167:12,20 168:9 170:10,15 172:25 174:13 177:14,17,20 178:25 180:4,6 181:25

183:25 184:10,12,16 185:24 188:8 189:2,8 190:2 192:12 193:5,22 194:4,8,14 196:12,22 197:1,13 199:9,24 200:9

**Mcdevitt's** 154:3

**Mcneil** 82:6,8

**meaning** 24:7 64:16,23 98:17

**means** 35:1 43:24 80:7,18, 19 81:4,9 109:9 164:23 171:11 180:18

**meant** 88:24

**measure** 44:24 142:13 143:24 144:24

**measured** 45:2

**measurement** 142:15

**measures** 130:10 143:19, 24

**measuring** 44:4 49:21 64:11

**mechanical** 46:2 96:20 118:6,7,22

**mechanism** 130:15

**meetings** 85:16,18,25

**Melodia** 2:15 3:20 7:13 8:7

**memorialize** 101:22 114:10

**memorialized** 100:18

**memory** 148:13 175:5

**mental** 111:5

**mention** 128:3

**mentioned** 38:14 49:10 81:24 101:6,11 106:7,8 107:10 147:25 156:4 175:4 176:4 182:22 188:6 198:20 199:7

**mentioning** 170:10

**Menzel** 6:13 184:17,18

**Mercedes-benz** 137:5

**message** 163:4 171:22 177:21 194:16

**messages** 82:17 133:17 185:2

**method** 13:9 32:15 38:21 39:2 42:1,12,16 44:16 53:2 60:11 174:2 175:13,17

**methodology** 31:12 33:12 192:14

**methods** 13:10 43:6 44:12 47:7,17,19 48:7 49:19 53:1,14,15,18,21 179:17

**mild** 186:6

**mile** 25:11

**Mileage** 27:1

**miles** 28:9 65:23 66:7,9,16 67:1,6,13,20,25 68:7 70:18 71:6 76:20 158:18 159:14, 18 160:16 165:8

**Miller** 2:20 5:2 8:19 14:6, 11,14,17 17:16

**Min** 165:8

**Minami** 3:14 8:9

**mind** 11:17 12:3 48:19 54:1 59:20 101:17 136:8 186:21 195:20 197:12

**mindful** 150:19 151:1 152:23

**minimum** 90:12 192:1,15

**minute** 182:17,24 183:2,8

**minutes** 53:25 67:15,22 68:9,14 77:14,15 78:21,24 79:1 91:10 154:22 155:2 159:19,24 160:17 182:17 183:3 184:11

**minutes'** 154:7

**mirror** 195:6

**mischaracterizes** 27:17 38:2,12 66:20 91:21 94:4 174:8 175:19 185:20 188:22 192:5 193:18

**misplaced** 189:20

**misrepresents** 91:21

**missed** 159:10

**missing** 55:18

**misstates** 77:8 174:9

**mistake** 148:6

**mistaken** 138:11

**misunderstanding** 185:18

**misunderstood** 84:6

**misuse** 121:20 130:8 138:19

**misused** 40:22

**misusing** 40:6 129:15,23 130:17

**Mobileye** 43:21

**mode** 57:22,24,25 58:1,9 59:13,25 172:9

**Model** 20:7 117:21,24 118:4,8,9,10,14,21,25 119:2,8 134:24 145:22,25 146:2,5 157:25 158:3,4 161:4 164:3 165:22

**models** 19:18

**moderate** 186:6

**modernized** 118:11

**module** 45:24 46:12 188:5, 7

**moment** 8:18 10:19 87:23 154:4,15 155:12

**momentary** 152:11,24

**Monet** 3:11 7:20

**monitor** 7:8 41:1 52:16,19 57:20 104:24 114:3 119:7 142:7,8,10 146:10 197:4,8

**monitoring** 6:18 12:20,25 15:1,6,23 19:23 20:4,6,12 22:19 36:8,13,22 37:7,12 38:22 39:3,23,24 40:1,8,15 42:15 43:6,16,18 44:12,17, 25 45:6 47:7,11,17 48:8,23 49:19 50:18 51:3 52:25 53:10 55:22 56:11 57:22 60:20 98:10,13 114:12 141:11,16 145:12,18 150:4,20 151:7,22 152:1,9, 22 166:4 176:19,21 177:4 178:17 187:22 188:18 193:7,15 196:5,8,16,18,19,


CRANGLE REPORTING SERVICES

20 199:4

**monitors** 141:23

**monocam** 5:9 75:17

**Montgomery** 3:15

**Moore** 22:7

**morning** 8:12 9:2 10:1 11:11 156:7 186:1

**motion** 4:14 108:10

**motor** 45:24

**Motors** 137:23 179:18

**move** 122:13 148:22

**moved** 164:3

**movement** 59:3 97:12 109:11 120:24

**moving** 12:14 122:18

**multiple** 44:8 46:25 97:15 107:10 123:20 128:17,23 131:20 144:17

**muscles** 122:14

**music** 186:4,6,7,8,15

**Musk** 6:13 85:4 86:5,10 91:15,22 92:1 178:3,8,13 184:18 185:24 186:16,25

**Musk's** 84:22 85:11

**N**

**nag** 54:20 55:10 182:15

**naive** 103:12 104:5

**named** 5:9 173:4 178:4

**names** 8:4 15:8 16:2,21 31:7,9

**nature** 23:20

**nauseam** 144:6,13 152:14

**Navigate** 146:25 147:6,10, 13

**necessarily** 156:25

**needed** 40:10 192:21 197:8

**neglect** 198:3

**Nick** 15:17

**Nicklas** 6:6 164:6,7 168:24 169:9 171:25

**Nickolai** 6:10

**night** 187:10

**Nikolai** 173:5,9

**Nine-page** 4:14

**Nissan** 137:3

**nitty** 104:13

**noise** 171:12

**normal** 46:18

**Northern** 7:21

**note** 41:4 144:19 156:3 157:24 167:25

**notes** 5:23 17:10,12,13,15 18:3 79:25 138:13 153:16, 20 156:1,14,16 179:5

**notice** 2:3 4:16 12:12 13:7, 11,14 16:11,15 21:11 30:14 31:6,15 34:8,19 36:3 40:17 41:3,24 42:20 47:24 49:3,24 53:13 60:3 69:23 72:25 80:22 81:6,25 82:20 83:2 84:4,16,21 91:22 130:6,24 132:13 133:24 149:12 150:12 151:10,18 153:17 155:25 156:5 157:21 166:9,20 167:11,23 170:11 181:24 183:21 190:3

**noticed** 7:13

**notices** 123:23 183:24

**notion** 152:1,23 197:3

**November** 157:24

**NTSB** 5:13,17,20 133:25 134:15 135:23 137:23 138:20,25 139:4,10 149:16

**number** 7:2,6,22,25 12:21 13:19 21:15,18,23 25:3,11 49:14 54:15 62:21,23 144:13 150:6 160:23 190:14 195:3,11

**numbered** 169:13

**numbers** 14:8 26:4 107:4

**O**

**O'CONNELL** 5:14

**O-N-S-E-M-I** 188:3

**Oakland** 3:4

**oath** 8:17 9:23 10:1,2

**object** 21:5,10 23:19 30:13 35:13 36:1 38:1 41:2 47:22 53:12 55:11 69:21 72:24 77:17 91:20 111:13 174:7 185:19

**objection** 12:5 25:5 27:17 31:4,14 34:7,18 36:16 38:12 40:16 48:10 49:23 51:10 55:5,15 56:14 66:19 77:7 78:7 80:12,21 81:5 82:19 84:3,15 94:4 95:15 100:24 104:11 111:17 112:15 115:21 119:23 120:14 121:17 122:16 123:18 125:5,13 127:7 130:5,22 140:19 143:21 144:11,20 147:24 149:10 150:11 151:17 152:13 153:2 160:20 166:8 167:10 175:18 178:15 183:20 184:4 188:20,21 192:5 193:18 197:10

**objections** 49:1 56:24 67:4 73:10 83:1 124:4 133:20 144:25 145:5 150:23 151:9 152:4 166:18

**obscuring** 195:7

**obstacle** 95:5 98:16,21 99:15,18,23 100:4

**occupants** 196:19

**occur** 115:2 169:2

**occurred** 25:11 115:1,6

**occurrences** 190:14

**occurring** 108:2 109:19

**occurs** 108:22

**October** 60:8 77:22 78:10, 17 157:8,15

**ODD** 138:3,23 139:20 140:1,3,9

**off-the-record** 199:21

**offer** 77:1

**officer** 11:24

**official** 76:1

**on/off** 174:1 175:8 176:1 186:1 188:3

**One-page** 6:6,10

**online** 17:22 18:1

**Onsemi** 187:25

**open** 74:25 149:3,8,15,17

**Open-await** 139:1

**OPEN-UNACCEPTABLE** 139:2

**opening** 194:21

**operate** 138:18 146:22

**operating** 106:25 134:17 138:1,5

**Operational** 140:4

**operator** 7:9 47:9,21 48:9, 24 49:21 58:24 104:9 105:9 107:7 112:8 114:21 121:4 127:16 144:10

**operator's** 125:23 144:24

**operators** 102:24 129:12

**operators'** 126:11

**opinion** 55:3 139:14 178:24 182:8

**opportunity** 131:20

**opposed** 56:18 121:22

**opposite** 56:7

**optimal** 195:6 196:15

**options** 48:23 49:6,14 53:10 186:20

**order** 4:14 10:24 11:10 14:20 17:4 21:11 26:24 27:7,8 30:14 31:5,22,25 33:19 34:8,19 36:3 37:19 38:6 40:17 41:3,5,8,11,18, 24 42:10,15,22 47:23 49:2,



24 51:14 53:13 58:20
63:20 65:10 69:22 73:1
80:22 81:7 82:20 83:2
84:4,16 90:7 104:7 112:1,
13 115:15 119:7 120:12
121:15 122:14 123:3
130:6,23 132:12 135:10
149:11 150:12 151:10,18
157:6 166:9,19 167:11,23
181:24 183:21

**ordered** 12:16 193:23

**ordinarily** 37:15 170:3

**Oswald** 16:5 199:8

**outfit** 50:6

**output** 166:3,25 167:3
194:20

**outputs** 33:25

**outs** 78:14

**Overbroad** 56:24 95:15

**overly** 23:19 25:5 31:5,14
34:8,18 35:14,19 36:2
55:15 56:14

**overs** 197:22

**overview** 20:11

_____

**P**

**p.m.** 173:14 200:16

**Pacific** 184:9

**package** 19:6 44:20 147:4

**packaging** 50:12

**pages** 75:10

**painted** 138:11,12 140:7

**paper** 95:3 98:1,5,16,25
100:23 113:21,25

**papers** 100:11 101:3
152:17

**paragraph** 171:23 173:21
177:25 186:3 189:9

**parameter** 109:24 157:16

**parameters** 31:22 44:23
45:14

**paren** 157:17 168:16 178:2
184:24 186:4

**park** 181:21

**parse** 69:6

**parsing** 126:2

**part** 4:14 16:14 22:5 23:23
24:1 26:16 42:9 45:3 47:10
55:21 59:17 64:25 71:24
85:18,25 92:15 98:12,13
107:23 110:2 113:8 114:8,
23 116:16 117:8 118:18
121:2,3 122:18,21 128:5,
10 129:9 132:5 133:2,6,15
135:20 162:25 167:15
179:5 188:19,25 189:17
196:18 197:16 198:21

**part-to-part** 46:11

**partial** 138:15

**participants** 73:22 74:8
103:11 104:6,14

**participated** 102:16 104:2

**parts** 102:12

**party** 166:24

**pass** 70:18 78:21

**passed** 22:16 142:20

**passive** 150:5,21 151:8
152:3

**path** 165:5,24 170:19

**pay** 121:25

**paying** 120:20 121:7,22
185:8

**Payne** 17:6 28:3,6

**PDF** 11:7

**pedal** 120:24

**Peet's** 16:24

**people** 15:15 16:3 28:2
30:21,25 31:2 46:22,25
50:14 82:15,16 88:9
102:16 103:12,15,16
104:18 111:4,7 120:3,4
121:24 129:15,23 130:2,17
135:17 150:15 152:20
154:17 163:8,11,15 173:7,
8 180:15,22 181:7 182:3,5

189:12,14

**perceived** 33:24

**percent** 21:1 116:17
117:25 165:17 180:12
184:20,21 185:12

**percentage** 176:7

**perception/reaction**
106:22 107:1,17 108:20
110:21 116:6

**perform** 21:24 22:25 39:19
45:4 47:19 48:22 49:17
52:25 116:13 124:22
129:19 133:16 137:20
150:4,21 151:8 152:2
177:2

**performance** 79:3 98:10,
13 180:24 182:6

**performed** 20:12 22:18
73:5,22 74:1,7,13 105:1
114:4

**performing** 117:11 173:25

**period** 19:1 20:3 26:14
33:2 34:13 49:5 61:3 86:15
125:9 147:16 148:8 166:5

**periods** 152:12,25

**permitted** 131:1,21
132:13,18 133:10 181:23

**permitting** 166:19

**person** 4:17 16:25 30:21
46:23,24 56:21 63:20
65:10 68:5,8,20 70:16
77:24 81:9 82:11 84:13,19
87:3 91:7 111:11 116:12
121:15,22 122:10,12,22
123:2 146:18 160:18
162:21 173:4 178:4 181:4
183:23 184:6,17,19 187:16
198:16

**person's** 44:1,3 47:3
73:23 83:8,16 182:8

**personal** 11:25

**personally** 2:6 30:16,24

**persons** 16:21 82:2,23
84:1 104:5 148:14 163:24

**perspective** 66:14,24

67:12,18 83:24 84:10
176:19,21

**Pete** 16:22 30:18,20,24
31:1,3 85:16

**Pete's** 30:17

**Peter** 32:10

**phases** 152:12,25

**Phatak** 2:1,7 4:4 5:23 7:3
8:22 9:4,5,18 155:17
200:14,21

**phone** 82:3,17,18,24 120:8
121:13 142:19

**phrase** 57:22

**physical** 120:24

**pick** 42:4,8,13,15

**piece** 146:17,23 180:3

**place** 7:12 69:18 76:21
77:3 109:16,17 113:1
115:7

**places** 107:11 128:17

**placing** 138:14

**plaintiff's** 4:12 11:5 13:4
25:25 51:15 62:4,15 75:2,
13 93:10 134:7 136:16
148:23 155:3,4 156:11
158:22 162:17 163:22
172:23 177:18 184:14
189:6 193:3

**plaintiffs** 2:17 3:17 7:18
8:8,10 41:5 42:22

**Plaintiffs'** 4:14

**plan** 61:9

**play** 110:1

**played** 87:14 170:21

**playing** 10:11

**plot** 190:13

**PMK** 7:3

**PMQ** 4:14 5:3 42:19 200:13

**point** 12:2 31:21 33:11,16
55:14 60:10 68:17 69:8
70:16,21,23 73:4 74:7
75:24 79:22 83:5,13 91:18



Case 1:21-cv-21940-BB   Document 350-3   Entered on FLSD Docket 02/24/2025   Page 70 of
149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I
Index: pointing–questions

92:6 95:5 98:16 99:4,14
100:21 102:11 105:10
107:9 108:4 123:25 129:3,
17 130:9,18 131:3 144:7,
22 158:17 159:13,17 167:2
168:10 170:18 180:8 181:4
182:14 183:12,14,16 185:3
198:22

**pointing** 43:1 114:6

**points** 120:5 152:22 163:1
196:7,11

**poor** 150:4,20 151:7,21
152:1

**population** 106:22 120:4

**portion** 164:5 173:1
194:15

**portions** 10:9

**pose** 198:7

**position** 18:18 27:15
42:14,17 86:4 97:8 105:10
107:8,25 108:22 109:18
114:18 127:17 194:9
195:4,10 196:14 197:1,2

**positioning** 193:15

**positions** 18:17 187:14
195:5,6,8

**possibility** 83:21 120:9

**possibly** 83:19

**posted** 179:16

**posting** 130:13

**potentially** 106:14

**practice** 22:16,17 149:25
150:3

**practices** 92:13,17

**predicate** 132:13

**Preferred** 160:16

**premise** 138:15 151:6,15
152:1

**preparation** 13:25 17:25
18:4 26:16 29:9 33:10
35:22 68:25 149:6 167:2

**prepare** 14:3,20 17:4,19
20:17 26:23 27:7 29:22

42:20

**prepared** 42:24 43:4
130:25

**preparing** 17:11 61:14
127:2

**presence** 10:3 44:1,2
139:21 170:8

**present** 2:16,22 3:5,10,16,
19,22 150:19 169:14

**presented** 89:5,6

**President** 5:14

**pretty** 182:16 184:24

**prevent** 157:17 163:8

**previous** 78:25

**previously** 4:21 5:4,11,16,
18,21 25:14,23 29:7 75:20,
23 89:16 134:5 195:17

**primary** 36:10,15

**principle** 36:25

**print** 17:18,21

**prior** 11:10 21:3,7,17,24
22:20,25 23:6,11,15 24:2,
21 25:4,9 30:11 32:17,24
33:2 43:18 49:17 51:3
52:22 54:25 60:10 108:1
109:19 123:25 124:10
125:1,9,21 126:9,15 162:3
178:16 188:18

**problem** 128:20 132:15

**proceeding** 10:5

**PROCEEDINGS** 7:1

**proceeds** 10:9

**process** 28:11 31:19 32:5,
8,9,13,17 33:16,17 45:21
52:24 113:6 122:12

**produce** 11:23 12:16
37:20 38:7

**produced** 2:7 13:16

**produces** 45:21,22

**producing** 166:2

**product** 72:18

**production** 4:18 13:18
44:21 49:11 60:14 196:25

**program** 162:13 163:2
173:16 178:21 184:20

**project** 166:7 193:7

**projected** 10:11 165:6,24
170:18

**projector** 10:11

**projects** 19:21

**prolonged** 152:12,25

**promise** 181:15

**promoted** 19:2

**prompt** 95:10 99:24 100:7

**prompted** 95:6 98:18,22
99:15,19

**proper** 138:17

**properly** 119:13 137:20

**protection** 175:9

**protocols** 45:10

**prove** 46:15

**provide** 31:9 86:2 138:4
144:9 174:1 175:8,16
186:20

**provided** 14:8 26:17,22
27:7 100:7

**providing** 98:7

**public** 60:7 72:1,5,13
107:2,17 108:21 110:22
133:18 184:3

**pull** 93:9

**pulling** 181:14

**pulse** 177:25

**pupil** 198:4

**purpose** 24:3 40:1 41:10,
15,16 42:6,7,13,15 43:7
71:24 72:3,12 73:12 185:8,
17

**purposefully** 104:6

**purposes** 50:17 67:8
106:13 196:20

**Pursuant** 2:3

**push** 120:24

**put** 17:18 18:2 40:21 50:15
58:14,25 89:22 90:16
96:22 113:1 143:12
146:17,22 156:14 163:18
167:16 192:24

**putting** 48:16 51:17 87:19,
22 94:11 161:3,6

---

**Q**

**QA** 103:17 104:1,17 163:1
168:5 184:19

**Qualified** 4:17

**qualify** 176:2

**quality** 103:7 185:13

**query** 131:1

**question** 12:23 13:22
16:11 23:20,23 24:1,23
27:4,19 28:10 30:14 31:23,
24 33:8 34:11 35:14 36:2
38:4 47:5,6,15,18,23 48:3,
12,21 49:2,13,16,25 63:25
65:14 66:19,21 71:13
72:10,25 74:22 77:7 79:20
80:14 84:6 90:6 91:21,23
92:18 98:15 100:2 101:25
102:3 105:19,21,25
106:12,13 107:22 108:4,25
109:15 110:8,18 119:25
120:20 121:9 122:5,7,8
123:7,24,25 126:1,3,8
131:5,10,16,21,25 132:7,
10,11,13,17,18 133:10,12,
14 136:6 144:17,18,21
150:8 160:10,14 166:13
167:18 169:3,21 170:16
171:23 172:3 173:7 174:8
178:12 180:5 181:22
182:19 185:14 193:20
197:25

**questioning** 11:22 154:3
168:3 199:23

**questions** 41:10,21 52:23
58:19 60:6 65:9 67:8
69:16,22 81:21 101:18
114:7 123:22 127:10
128:7,9 129:1 131:6,14,19



VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

132:20,24 133:1 153:23
154:2,6,7,19 155:18 170:5
174:24 199:9,24

**quick** 134:4 183:2

**quicker** 111:7 144:20

**quickly** 96:23

**quote** 34:6,16 45:23 48:14
54:18 79:15,16,23 80:11
84:23,25 85:11 86:10
91:25 92:2,4 146:5 180:13
181:9 192:16

**quoting** 180:17

**R**

**R79.03** 4:23

**racks** 118:7,16

**radio** 96:14

**radius** 187:12

**railway** 114:4

**raising** 43:2 170:9

**Ralph** 178:4

**range** 106:22 107:1,16
108:20 110:21 123:9
191:23

**rate** 106:7 110:2

**rates** 28:8

**reach** 42:16

**reached** 24:19

**react** 109:22 110:6

**reaction** 185:14

**reactions** 111:8 184:24

**read** 13:22,24 91:24
152:16 181:2 183:24
190:23 193:20

**reading** 105:24 142:12
191:5,19,21

**ready** 54:19 144:5

**real** 44:10,19 50:13 134:4

**realize** 59:14 110:14 121:5

**realized** 118:19 129:18

**Rearview** 195:6

**reason** 13:8 58:1 109:4
121:11 122:10 131:8
150:24 152:19 157:10
161:14,17 183:1,10

**reasonable** 107:13 128:11

**reasoning** 169:5

**reasons** 42:1 43:22 44:8
50:12 66:3 97:15 182:25
195:19 197:5

**recall** 102:11,14

**receive** 61:6 77:25 89:17
95:10 183:17

**received** 59:25 180:9

**receiving** 136:9 182:1,2

**Recess** 57:15,18 104:22
154:11 155:14 199:16

**reclassifies** 139:1

**recognize** 25:18 29:13
71:24 106:21 114:21 121:4
134:20

**recognized** 99:8

**recognizes** 106:14 111:3

**recognizing** 83:7,14 88:9
107:16

**recollect** 110:12

**recollection** 74:20 148:4

**recommendation** 5:18,21
135:1,4,12,15,24 136:5,7,
9,10,19,22 137:13 138:9,
25 139:1,4,10,14 140:16,
22,25 141:3,9,15 147:19
148:18 149:1,9 169:18

**recommendations** 134:1
149:15

**record** 8:5 9:3,12,13,15,16
57:16,19 104:21,23 124:18
153:11 154:9,14 155:15
170:7,12,13 195:23
199:13,14,17 200:11,15

**recorded** 179:24

**records** 24:3 25:10 32:14

**recover** 108:22

**redirect** 106:11

**reduced** 169:8

**redundancies** 95:23

**redundancy** 50:22,24
51:3,5 95:18

**refer** 29:16 160:15 164:6,
11

**reference** 74:6 98:25
103:21 107:20 174:13

**referenced** 28:22 94:2
101:3,23 102:1,17 156:2
193:2

**references** 93:13 134:15
150:15

**referred** 29:18 54:2 136:4
158:5 162:2 198:10

**referring** 39:10 78:24
88:18 93:6,9,13 96:3,10
97:16,18 117:2,16 134:21
168:22,23,24 171:1,4
174:21 179:3

**refers** 75:17 150:5 165:9
174:5,25 175:9 197:24

**reflect** 22:21 34:4,14 38:11
188:8

**reflected** 37:24 38:18 47:8
93:7,19 191:1

**reflecting** 33:3 69:1

**reflects** 23:6

**reframe** 107:5

**refresh** 148:4

**refreshed** 146:6

**regard** 22:2

**region-based** 139:25

**regular** 23:1 178:21

**regulation** 68:19,22 69:2,
17 70:11,15 71:19,20,21,
22,25 72:4,9,12,19

**regulations** 69:9,25 70:2,
6,7

**reiterated** 139:4

**recover** 108:22

**reiterates** 138:25

**rejected** 151:15 187:1

**relate** 94:23 123:23

**related** 22:14 35:24 37:5,
10 53:8 86:23 113:17
114:11,20 124:12 132:20
154:24 181:23

**relates** 10:25 35:8 41:15
48:21 81:25 96:2,11 116:5
121:3 136:18 148:25
152:21 159:5 160:2

**relating** 15:22 20:12 22:19
38:25 81:11 82:13 92:12
115:16 116:5 117:11,21
128:8,9 186:25 190:4
198:9

**relationship** 37:2

**relative** 49:20

**relax** 185:9

**relaxation** 185:13

**relaxed** 183:7

**relaxing** 185:8

**release** 79:25 157:11
158:11 162:4,5,7,8,9,10
180:12 186:20

**released** 39:19 43:10
57:12 60:7 77:23 103:19
117:24 118:10 126:22
129:10 162:11 166:12,22
172:8 181:11 182:20

**releases** 162:6

**releasing** 43:13

**relevant** 15:20 16:7 20:15,
16

**reliability** 192:8

**reliable** 192:10

**reliably** 191:16 192:13,18,
20

**reliance** 138:14

**relied** 17:19 92:13,19
94:18 100:19,23 101:4,10
102:2 108:5

**rely** 37:4 93:18 94:1 100:11



CRANGLE
REPORTING SERVICES

**relying** 35:20

**remain** 138:24

**remained** 189:12,16

**remaining** 191:13

**remains** 59:12

**remember** 18:19,24 20:1, 24 28:12 29:4 31:7 61:25 78:12,18 81:14,18 85:6 90:22 110:24 119:10 130:11 148:10 161:8 162:20 163:3 166:11 173:10,11

**remembered** 85:16

**remind** 15:4 121:24 140:3

**reminder** 72:22 182:21

**remotely** 2:17,22 3:5,10, 16 7:12

**repeat** 27:4 33:7,8 34:11 37:8 58:17 83:11 91:23 100:1 125:6 133:12

**repeated** 66:21

**replace** 166:23

**report** 98:11 134:15,20 149:16

**reporter** 2:6 8:15,17,23 10:14 95:21 170:5

**reporter's** 15:4

**Reporting** 8:16

**reports** 59:25 94:13

**represent** 7:16

**representative** 10:22

**representing** 7:10 8:15 14:19

**request** 4:17 13:23 76:21 154:13

**requested** 77:3

**requests** 13:18,20

**require** 68:19 69:2,9 70:12 119:8 120:1 122:19

**required** 71:15 90:18 95:18,19,22,24 120:16,22, 23 144:5 192:1,15

**requirement** 71:18,21 163:5 183:6

**requirements** 20:9 157:18

**requiring** 69:18 150:5,21 151:8 152:2 168:13 169:3

**rescheduling** 200:3

**research** 37:5,10,21,24 38:8,19 39:4 52:25 53:4,9, 21 92:13,17,19,22 93:19 98:6,20 105:5 107:12,14 108:5 113:16 114:2,4,11, 20 116:4,9,10,13,17 117:11 123:14,23,24 124:1,8 125:22 126:2,4,6, 10,13 132:21 133:3,15 148:14 149:6 150:19 152:10,16,17 160:8

**residential** 135:19

**resources** 94:20

**respect** 12:11,24 19:8 82:12 106:24 112:7 135:11 175:2 183:16

**respond** 91:1 92:25 93:1

**responded** 168:13 185:25 197:14

**responding** 48:1 87:18,22

**response** 22:11 26:24 27:8 37:19 38:6 71:21 80:13 88:8 90:15 97:17 103:20 130:14 131:14 132:23 133:25 135:9,12,15 136:7,9,22,25 137:3,6,9,16 138:8 139:2,6 140:16,22 141:8 144:17 147:18 148:17 149:4,9,15,17 150:14 160:8 178:3 198:2

**responses** 132:25

**responsibilities** 35:21

**responsibility** 117:9

**responsible** 30:21 31:1,2 116:15 117:7 163:1 164:2

**rest** 196:19

**restate** 177:1

**restricting** 139:16

**result** 22:22 88:11,12 91:3

**results** 97:12

**retained** 48:14 73:21 113:20

**reveal** 143:1,4

**reversal** 36:10,15

**reverse** 157:6

**review** 13:20 25:14 26:18 53:7 69:1 85:2 94:13 113:10 153:16

**reviewed** 5:3 13:11,24 14:3 21:21 29:9 32:19,25 54:24 79:25 81:10 125:19 127:23 150:8 160:6,13 186:24 189:24

**reviewing** 18:1 30:22 33:12 94:8 148:15

**revision** 164:13

**revisit** 154:12 155:10

**richer** 142:17

**right-most** 157:9

**risk** 138:24 177:16

**road** 46:3 65:15,19 95:6 96:24 98:17,21 99:15,19, 23 100:5 121:7,23,25 138:11 164:24 171:7,16,25 172:4,7,11,20

**roads** 135:19 160:16

**roadway** 33:25 48:17,18 74:10,19 139:18,19 142:19 143:2

**Robert** 20:19,21 75:23 76:6

**robotaxi** 197:3

**robotaxis** 197:8

**robotics** 18:12

**role** 10:21 12:11,24 19:5,8 103:3 164:4

**roles** 19:16,19

**root** 129:20

**Rose** 20:19,21 75:23 76:6

**Rosemary** 3:2 8:11

**rotation** 106:8

**rough** 46:8

**roughness** 46:2

**round** 199:24

**row** 54:15

**rows** 28:15

**rule** 73:3 161:12,21 162:1 186:9,11,13

**rules** 42:19 129:8 132:5,9

**run** 154:21

**running** 167:6

**S**

**S85d** 180:9

**SAE** 80:5,11,18,19 94:24

**safeguard** 138:21

**safeguards** 135:5,17 136:11 138:4 189:11,15

**safely** 135:4

**safer** 23:17 24:4,6,7,20 25:3 56:18

**safety** 5:17,20 23:25 24:1 55:21 71:25 72:4,12,18,23 107:6 133:25 136:19 138:25 141:3 147:19 148:17 177:16 197:22

**sake** 15:4 177:4

**sales** 82:9

**salient** 178:1

**sample** 192:21

**sampling** 191:17

**San** 2:16,21 3:15

**Santa** 7:5

**sat** 118:5

**save** 194:10

**scenario** 58:4,13 59:10, 11,22,24 71:5 97:21 98:6, 21 99:18 100:4 111:15



112:23 119:21 120:11 121:15 146:15 171:3

**scenarios** 73:24 82:23 95:14 99:9 128:1

**schedule** 200:4

**schema** 102:15

**scheme** 37:15,17 57:5 60:5 61:15,16,22 62:8,18, 25 63:2,8,9,14,15 69:20 74:9 77:10 81:17,18 82:1, 13,14 83:6,14 88:8 91:19 92:7,14,20,21 93:20,23 94:3 100:12 101:5,10 102:2 103:10 104:8 117:3 139:17 150:18 151:5,16 156:21 159:9 165:15 167:14,15 182:20

**Scheutzow** 16:22

**Scheutzow's** 30:18

**Schoenberger** 2:15 3:20 7:14 8:7

**scientific** 160:12 178:6,13

**scope** 21:11 30:14 31:5, 15,25 34:19 36:3 40:17 41:3 47:23 49:2,23,24 53:13 69:22 72:25 80:22 81:6 82:20 83:1,2 84:3,4, 15,16 131:5,9 149:11 150:11 151:9,18 166:8,9, 18,19 167:10 183:21

**screen** 10:11 11:8 29:14 62:13 134:10 156:10

**screens** 170:9

**screenshots** 17:23 27:12

**scroll** 76:10 196:11

**seat** 129:19 187:14

**secondary** 83:10,18 84:2, 13 99:6,10 100:6 119:19

**seconds** 64:19 68:21 69:3, 11,19 70:13 71:8 89:23 91:2,5 112:8,10 123:9,10 165:12 168:14,18,25 169:4 170:1,22 177:22,23 178:2, 5,7 190:20,21,22 191:4,10, 17,22,24 192:3,10,21

**section** 76:11 179:23

**Seema** 3:14 8:4,9

**sees** 100:10

**selected** 13:9 42:2 111:1, 24 115:10

**Self-driving** 146:18

**self-serving** 131:13

**sells** 147:4

**send** 17:15

**senior** 9:11,19 19:2,3 75:25

**sense** 141:4,21 147:20 154:13 164:25

**sensing** 119:13 141:19 146:14 175:12,17

**sensor** 43:25 64:11 86:23 142:16,17,22,25 143:4,8, 19 144:2,9,23 145:3 172:6 187:25

**sensors** 6:16 33:24 86:23

**sentence** 76:19 149:24

**separate** 92:18 169:7

**separating** 120:21

**September** 5:15 6:13 76:8 84:22 85:11 86:1,8 88:2 91:15 92:1 134:13,16 147:16 148:7,9,17 155:23 161:25 184:16

**sequence** 89:4

**service** 133:22

**Services** 8:16

**set** 39:7 65:9 67:9 90:1 96:8 115:4 129:8 132:4

**sets** 31:22

**setting** 67:16 74:6 101:2

**setup** 195:7

**Seven-page** 4:16

**severe** 79:11

**shadow** 172:9

**share** 154:17 156:10

**sharing** 52:9

**ship** 44:20 49:9

**shipped** 39:23,24

**shipping** 53:16

**shorter** 73:14

**Shorthand** 2:6

**show** 11:3 13:2 25:20,23 29:7 51:21 52:14 61:24 62:2 75:15 93:8 114:10 121:24 134:2,5 136:15 148:22 157:9 158:21 159:4 162:4 171:17 189:2,19 193:1 195:22

**showed** 27:20 190:17 194:12

**showing** 30:18 52:6 115:19 152:10 163:20 173:22 184:13

**shown** 10:10 63:14,19

**shows** 62:18

**side** 19:22 46:14 62:19

**sight** 184:9

**signals** 164:13 194:21

**significance** 10:8

**significant** 46:12

**silent** 42:9

**similar** 26:24 27:9 28:19 29:19 63:9 74:4 78:13 123:22 168:16

**similarly** 177:3

**simplifies** 198:5

**simply** 43:1

**single** 180:13

**sir** 21:12 23:21 25:6,14,23 27:14 30:15 31:6 32:4 35:15 38:3,13 47:24 48:3, 10 49:13,25 79:20 80:22 124:19 167:24 183:22

**sit** 187:17

**sitting** 64:12 129:13,19

**situation** 39:9 68:13

**situational** 39:2,21 66:12 125:3,12,24 126:11,17,24 127:6 133:4

**situations** 66:15,25 137:19

**skidding** 108:10

**Slavik** 3:8 7:19 14:12,13 153:23 154:2,8 155:7 200:8

**sleepiness** 194:22

**slide** 159:16

**slightly** 186:2,7,8

**slow** 63:11 182:18 183:3

**smaller** 19:21

**snaphots** 31:20

**snapshot** 22:3

**snapshots** 31:13 39:14

**snippet** 194:12

**software** 5:7 9:11,19 16:6 18:22,24 19:3 28:20,25 30:2,7 32:6 59:6 96:4,6,9, 13 146:19 157:3

**sort** 39:13,14 40:23 43:24 48:21 91:17 92:6 113:12 115:5,8,19 119:11 120:10 129:19

**sought** 12:1

**sound** 128:11 186:21

**sounds** 76:2 86:13 91:5

**source** 126:5

**sources** 51:1 150:6,9

**Southern** 7:24

**space** 164:9,12,18,22,23, 24 165:1,2,6,18,25 166:3, 7,17,25 167:2,5,19 169:10, 23 170:20

**speak** 10:17 14:22,24 15:17,25 37:20 38:7 102:21 136:1 139:8 193:10 199:1

**speakers** 10:11

**speaking** 125:17 148:14



**speaks** 77:18 192:6

**special** 171:14

**specific** 21:13 22:6 24:10, 12 34:20 36:5,11 37:1 38:15 39:22 49:7 53:15 57:1,25 73:2,12,20 79:20 80:4,16 106:19 107:3,14 110:23 111:2,23 112:3,19 116:1,9 118:3 123:4,12 128:3 129:14 135:11,14 140:21 148:11 161:9 163:14 185:22 189:18

**specifically** 14:25 15:18 16:14 22:4 24:18 37:17 41:4 46:8 78:18 85:15,17 88:22 94:24 97:16 106:3 115:3 124:9 141:20 143:16 152:16 198:19

**specifics** 85:7

**spectra** 195:12

**speculate** 23:21 95:16 184:5

**speculation** 36:17 81:6 82:20

**speed** 59:16 64:15 71:1,2, 11,12 108:15 156:18,23 159:23 165:8

**speeds** 61:11 64:5 67:20 79:4,10,12 159:14,17 160:16

**spell** 106:3 188:2

**spelling** 15:11 16:24 17:1

**spent** 17:11

**spitballing** 178:14

**spoke** 14:18,22,25 16:13 17:3 28:2 198:16

**spoken** 10:15

**Springs** 3:10

**staff** 9:11,19 19:2,3

**Stalk** 6:9

**stamped** 4:20,22 5:7,10 6:3,11,14,19

**standard** 119:9 173:24 198:7,18

**standards** 92:13,16

**start** 15:2 18:3 41:12 49:16 69:6 86:3 92:15 118:14 156:16 157:7,20 171:12 195:25 196:2 199:11

**started** 18:13,15 78:10 132:14,16 182:18

**starting** 11:16 12:14 13:8 127:9

**starts** 67:25 171:15 185:2

**state** 3:3 7:5,15 8:4 9:2 28:20 35:5 86:10 137:11 200:7

**stated** 11:22 92:2 161:17 189:1

**statement** 55:18 66:2 77:6 84:22 85:1,5,11 86:13 88:6,25 91:16,22 92:5 144:23 151:4,13 163:13 175:25 188:22 189:18

**statements** 85:7 131:14

**states** 64:20 128:20,22 161:25 163:5 191:25 196:15

**stating** 93:25

**statistics** 23:6

**status** 28:19 136:21,25 137:3,5,8

**staying** 131:9

**stays** 131:4

**Steamboat** 3:9

**steer** 96:20,23 109:21 120:23

**steering** 43:25 45:23,24 46:11 48:16 50:15 56:1,12, 13,22 59:3 60:16,21,25 64:23 65:2 76:16,22,23 77:4,5 86:24 87:1 96:16, 17,19 97:2,12 106:7 108:16,19 109:11,25 110:2,3,7 118:7,16 119:8, 11 142:3,10,16,21,25 143:13,18 144:2 161:4,7 168:15 172:15 173:18 174:4,25 175:6 176:5,8,12 177:11 182:16 183:13,14

**standards** 92:13,16

**Steering-wheel** 6:16

**steers** 97:21

**stemmed** 174:20

**step** 129:7 132:4 145:8

**Sterling** 6:7,11 163:25 168:9,22,23 177:21 178:4 197:13

**stop** 185:23

**stop-and-go** 66:16,25

**Strategy** 76:4

**Street** 2:15 3:15,23 7:10 186:25

**strict** 183:6

**strike** 36:7 37:4 43:23 60:11 62:25 63:10 70:6 78:14 81:23 86:3 88:12,14, 15,19,20 89:2,8,9 90:2,7 91:4 92:17 97:4 130:16 141:21 148:1 186:11,12

**strikes** 63:4,12 78:14 90:3 161:12,21 162:1 184:23 186:9,11,13

**string** 6:4,6,8,13,18

**strong** 184:25

**studies** 37:22,25 38:9,19 47:18 53:20 73:3,5,12,17, 19,20 74:4,11,13 92:9,23, 24 93:3 94:1,15,22 101:4, 7,8,9,22,23 102:1,8,16 103:9,21 104:4 105:1,5,17, 18 111:2 116:1 123:4,12, 23 124:11,18,21,23 126:3, 16,19 127:12 144:7,22 154:20 176:9

**study** 39:20,22 48:22 73:22 74:2,3,7 93:13 99:17 107:15 114:25 124:25 125:15 132:21 145:1 172:12

**stuff** 46:1 187:19 194:8 195:3 196:14

**stunt** 130:14

**style** 46:23

**sub-systems** 96:15

**subject** 11:22

**subjective** 121:19 122:4,7

**subsequent** 19:15

**success** 138:14

**sudden** 109:10

**sue** 16:22

**sufficient** 90:20 110:13, 19,20 111:1 112:1,23

**sufficiently** 138:16

**suggestions** 40:4

**suggests** 52:18

**Suite** 2:21 3:4,9,15

**Summary** 26:25 27:10

**summer** 3:20 8:6

**sun** 195:11

**Superior** 7:4

**support** 25:2 108:5 137:19

**supposed** 12:1 165:23

**surface** 164:24

**surfaced** 130:12

**survey** 55:7

**surveying** 130:19

**surveys** 133:17 176:9

**susceptible** 143:9

**suspect** 181:12

**suspicion** 86:6

**switch** 105:2 126:20

**sworn** 2:8 8:23

**synonym** 165:1

**Syracuse** 180:10

**system** 6:17 36:8,13,22 37:7,12 40:6,11 45:13,15 46:16,25 47:2,11 50:4,17, 19 51:7 52:25 54:20,21 55:3,9,10,12,19,21,22 56:10,11 57:13,25 58:10, 25 60:20,23 63:11 64:18 70:19 76:21 77:23 79:4,7,



9,16,17,19,23 80:6,11,19
83:15 87:2,8 88:12,14,15,
19,20 89:2 90:1,13,23 91:9
95:9,14,17,22 96:2,11,20,
22,25 97:19 98:2,7,9,10,
12,13,14 99:25 100:7
101:13 103:19 105:14
106:6,15 108:8,12,18
109:6,10,12 110:1,10,14,
15,17 112:2,21 113:1
114:21 116:16 118:7,10,
24,25 119:17 120:18
121:20 124:24 125:11,23
126:17 127:21 128:4,6,10,
14,24 129:7,9,11,15,24
130:8,17 132:6,9 133:16,
19 135:5,16,18,21,23
136:10 137:15,17,20
138:4,10,15,18,19,21,22,
23 139:23 140:6,7 141:11,
16 143:13,25 145:4 146:17
148:1 150:25 151:22,25
152:9,18,19,22 157:17
158:18 164:13 165:23
166:1,4,7,23,24 167:3,18
171:11,15,17 177:8 178:17
180:25 182:6 184:1 187:22
189:10 191:16 192:1,15
194:18,20 195:12 198:4,6

**system's**  138:3

**systems**  36:24 37:23
38:10,20 39:1,21 49:20
94:23 105:7,23 109:4
115:18 117:12 124:3,13
125:3 126:11 128:12
132:22 133:3 134:18
135:3,6 136:12 141:6
146:22 147:22 165:20
176:22 177:2,5 178:22
188:18 197:22,24

—————————————

**T**

**T-A-P-I-A**  17:2

**tab**  26:25 27:10 28:15

**table**  5:7 157:3 159:3

**takeover**  95:2 99:22 100:3
105:6,13,15,22 106:5,15,
25 112:7 115:17 117:12
119:16 123:16 124:2

**takes**  90:13,23

**taking**  2:3 4:16 7:12 18:3
107:8 108:1 114:18 122:19
127:17 131:20 171:19

**talk**  130:25 199:5 200:3

**talked**  15:7,15 16:5,15
17:6 78:9 105:18 109:2,8
114:24 164:15 199:7

**talking**  32:18 39:12 47:1,
16 49:5 53:15 56:23 57:2
58:11 59:6 68:23 74:3 83:3
92:22 97:1 104:25 109:23,
25 115:1 120:23 123:24
132:19 142:6 148:4 174:18
175:5 178:9,11 182:24

**talks**  176:1

**tall**  187:16

**Tamaki**  3:14 8:9

**tangents**  131:8

**tape**  146:17,23 147:14
176:22

**Tapia**  16:23

**targeted**  118:13

**task**  36:10,15 99:6,11
100:6 152:11,24

**tasked**  103:2

**tasks**  83:10,18 84:2,13
119:20 150:5,21 151:8
152:2

**team**  15:7 16:16 20:9
116:3,23,24,25 117:1,6,10,
16 119:1,14 161:23 162:25
168:5,7,11 186:19 188:12,
17 189:15 197:17

**teams**  20:25 164:4

**technical**  44:9 80:5 81:1

**technically**  56:16

**technologies**  44:17,25
45:6

**technology**  2:21 40:21
43:18 44:9,18,21 45:1
181:5 187:5,7

**telemetry**  19:22 21:21
22:2 23:4 28:12 39:5,11

85:3

**telephone**  7:10

**telling**  33:23 130:2 167:22

**tells**  182:15

**temporally**  55:11

**ten**  67:14,21 77:14 78:20,
24 79:1 84:24 85:13 86:11
88:3 92:3 123:9,10 153:22
155:2 160:17 165:8

**ten-minute**  160:23

**tend**  56:9

**tendency**  57:6

**term**  34:24 35:7,9 36:11
38:15 52:15 80:16 97:3

**terminology**  81:1

**terms**  36:5 89:4 175:23
180:7

**terrains**  46:8

**Tesla**  2:22 3:12 4:17 5:6,15
6:2,15 7:4,21 8:13,20 9:7,
8,19 10:22 12:16,18,24
13:12 14:19 18:13,17 19:5
20:4,11 21:4,8,18,24
22:18,25 23:6,12,16,17
24:3,4,13,14,18 25:2,10
27:24 30:22 31:20 32:11,
14,24 33:3,4,11,16 34:3,
14,15 35:23 36:9,12,20,22
37:4,5,10,19,23 38:6,8,10,
18,25 39:16,19 40:8,14,25
43:6,17,22 44:7,11,24 45:4
47:1,6,17,19 48:7,14,22,24
49:17 50:5,6 51:2,6 52:25
53:7 54:6 55:2 56:10 57:4,
22 58:4,13 59:13,24 60:13
64:11 65:15 66:8 68:3,6,8,
14,18 69:1,8,13,17,19
70:7,13 71:5,14,24 72:5,
11,13,20 73:4,6,13,22
74:1,5,7,13,17 75:4,7
78:20 79:14,22 80:10,17
82:2,14,22 83:4,7,14,22,23
84:10 86:2,4,9,19,22 87:2,
6,16,21 88:2,8 89:1 90:1
91:17 92:1,5,14,20 93:18
94:1,18 98:2,20 99:8,17,22
100:3,11,21 101:4,10
102:1,8,17 103:2,9,11,15

104:4,15 105:1,12,21
106:4,14,16,21 107:12
108:5,14 110:18,20 111:3,
15,25 112:22 113:6,16,20,
24 114:2,10,16,19,21
115:16 116:12,18,21
117:15,18 119:18,20
120:3,10 121:9,14 122:9,
24 123:8,11,14 124:1,11,
22 125:1,10,17,21 126:9,
15,22 127:4,15 129:3,10,
17,25 130:18 131:24,25
133:16,18,25 134:24
135:3,10,11,15,24 136:9,
10 137:8,12,23 138:3,8,18,
20,25 139:5,9,17,18
140:17 141:1,8,20,22
142:9,22 143:8,11 144:7,
22 145:11 147:4,18
148:14,16 149:3,8 150:8,
19 151:6,14,15,25 152:9,
22,23 160:17 163:10
169:24 172:2,8,9 174:4
175:15,20 176:6,13
179:15,18,24 180:14,23
181:13 182:1 183:16 184:2
186:10 187:23 188:17
189:9 191:16 193:12,14
195:18 197:2,6 198:14,17,
23 199:20

**Tesla's**  14:3 17:4,19 26:23
27:8 31:12 37:20 38:7
39:11 44:15 60:11 86:4
92:11 105:4 106:25
107:18,23 108:19 109:16
128:9 133:15 151:21
190:4,17 191:1 192:20
199:3

**TESLA-00052700**  4:23

**TESLA-00055811-
00056425.PDF**  5:10

**TESLA-00077924**  6:14

**TESLA-00086907**  4:20

**TESLA-00106107**  6:19

**TESLA-00108942-
00108946**  5:8

**TESLA-00108954**  6:3

**TESLA-00116268**  6:12

**Teslas**  172:17



Case 1:21-cv-21940-BB Document 350-3 Entered on FLSD Docket 02/24/2025 Page 76 of
149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

Index: test–trip

**test** 45:10,18 46:7 102:11
111:21 113:10

**tested** 46:9 47:2

**testers** 103:4 169:19
181:10

**testified** 8:24

**testify** 10:22 12:24 14:3
17:4,19 26:23 27:8,15
61:14 127:2 135:10
148:12,13

**testifying** 10:2 13:12 63:2
179:4

**testimony** 10:9 13:25
27:18 38:13 66:20 94:5
146:9 170:5 181:1 188:22
193:19 194:1

**testing** 20:11,13 46:7 47:6
49:17 50:2 113:10

**tests** 45:4 47:18

**text** 82:17 135:4

**theoretically** 67:7 177:7

**thing** 51:25 52:14 56:19
66:12 84:7 96:21 174:5
189:21 192:25

**thing...this** 181:15

**things** 60:14 68:2 82:18
109:8 136:4,6 185:25
198:23

**thinking** 59:21 80:1 120:6
143:14

**thinks** 57:24 58:2

**thirty** 41:21

**this...i** 181:6

**Thomas** 2:19 6:13 178:4

**thought** 59:18 84:7 122:2
184:6

**thread** 28:3 164:5 171:21
172:25 173:13 175:4 189:3

**three-minute** 163:6

**Three-page** 6:8

**threshhold** 58:6 59:1
72:6,14,18,21 90:18 97:1
109:9,11,16,17 110:24

111:1 112:18,20 114:25
122:8 168:20 169:7

**threshold** 64:7

**thresholds** 46:17 90:22,
23 97:2 111:23 112:4
114:24 115:4,7,9,13
118:20

**Thursday** 2:4 180:9

**tickets** 20:15,16 22:23
32:19 34:21

**tilde** 190:12

**till** 83:4

**Tim** 6:17

**time** 7:7 9:13,17 15:5 17:10
18:23 19:4,13 20:3 21:2,14
26:13 31:21 33:2,11,17
34:13 37:17 40:5 43:16
44:19 49:5,12,19 55:13,14
56:25 57:11,17,20 58:8
60:10 61:3,5 63:20 65:25
68:3,17 69:25 70:14,16,18,
22,23 71:2 73:4,6,15 74:7,
16 75:24 77:1,14 78:21
79:8,12,22 82:22 83:3,5,13
89:17,18 90:12,13,23 91:8,
18 92:6 95:2 98:24 99:21,
22 100:3,10,21 104:2,21,
24 105:6,10,13,15,22
106:5,15,25 107:9,20
108:20 109:6,21 110:6,9,
12,13,19,20 111:25 112:7,
13,19,22 113:2,7 114:20
115:17 116:6,21 117:12,25
119:1,5,16,20,25 120:5,11,
16,22,23,25 121:3,14,23,
25 122:9,11,20 123:1,9,16
124:2 125:9 127:1 129:3,
17 130:18 137:15,18
141:17,25 142:2,5 144:7
146:13 147:16 148:2,8
152:22 153:7,10,14,24
154:4,10,17 155:16 156:22
158:17 159:13,14,17
160:18 163:6 165:11
166:3,5,14,21,24 167:4,5
168:8,24 169:23 170:18
172:1 175:15 178:10 181:8
182:7,20 184:9 187:4,6,11
188:12 190:14,15 191:2
192:1,9,15 194:10 195:7
198:15 199:4,14,18

**timeline** 117:25

**times** 21:4,8,18 24:19,20
25:3 106:22 107:1,17
110:21 123:21 129:6
131:20 138:16 144:14,17
178:14 185:7

**timing** 71:14 78:13,16
81:17 82:13,14 90:21
94:14,19 112:19 155:19,22
159:1 160:7 178:7 182:23
183:9

**timing-based** 66:6

**title** 9:10,19 18:14,23
20:22,24 76:2 134:16
179:25

**TMC** 179:18

**today** 7:9 9:23 10:5,9,14,
21 11:1 12:24 14:4 17:5,20
26:23 27:14 29:10 30:19
32:6 33:11 54:25 55:12
70:22 71:9,10 125:17
131:1 141:25 142:6 148:12
149:7 155:9 156:4

**today's** 7:7 14:20 20:17
29:22 35:23 167:1 200:13

**TOI** 171:7,9

**told** 79:15,22 80:10 119:13
144:16 184:7 188:17 190:1

**Tom** 8:12 41:7 78:9 131:4,
12 194:8 199:19

**tonight** 200:3

**tool** 28:25 29:5 145:12,18

**tools** 32:6

**top** 20:2 31:8 46:15 54:10
71:20 90:22 110:12,25
156:4 161:10 162:8 163:4
166:11 171:21 190:11,13
191:15 195:1

**topic** 12:20 14:1 15:1
37:20 38:7 41:6,12,18,21,
25 42:3,4,23,24,25 105:2,
17 119:15 124:2 125:22
126:10,16,20 127:3 132:17
133:6,24 154:25

**topics** 10:25 12:11,15,18,
22 13:7,11 16:11 17:7 43:3

60:3 75:11 81:25 84:24
85:17 105:3 131:2 133:23
154:24 181:23 190:3

**torque** 44:3 45:23,25 46:4
58:5,14,25 60:15,20,25
86:24 87:2 90:17,20 91:1
142:16 161:4,6 171:24
172:4,10 175:12,17 176:21
177:12

**torque-based** 43:10
45:13,19 47:2 50:16 55:19
142:3,10,21,25 143:4,8,18
144:2,9,23 145:3

**torque-sensing** 174:2

**total** 21:15,23 27:1

**touch** 43:23,24 44:7 50:7,
8,10,14 53:17 119:3,7,12
174:15 175:8,16 177:12

**track** 21:18 25:10 52:19
87:7,11,13 111:22

**tracking** 6:16 198:6,18,20,
24

**tracks** 46:8 102:11 113:11

**Tractor/semitrailer**
134:18

**trade** 185:12

**traffic** 59:23 66:16,25

**Traffic-aware** 58:7,21
59:4,12,15,19

**train** 122:2

**trained** 102:19

**training** 6:3 102:25

**trait** 57:13

**transcribing** 10:14

**Transportation** 3:6

**traveling** 61:10 67:25
70:17 71:6

**trial** 10:9

**trick** 143:13

**trigger** 66:6 67:7 72:22

**triggered** 182:24

**trip** 180:10



**trips** 180:13

**troubleshooting** 119:2

**Truck** 134:18

**true** 18:4 25:4 33:6 34:6 37:25 38:11 44:1 47:3 51:7 56:13 57:8 59:9 61:11,12 65:12,16 66:1,18 67:3,15, 22 68:10,15,21 76:17,25 77:2,10 81:4 86:5 91:11 97:8 115:20 119:4 140:18 143:6,7 144:8 148:18 151:14 153:1 155:23 158:19 159:20 162:13 168:11 175:17 180:16 182:7 184:3 187:3,4 188:16 189:14 195:20

**turned** 59:11,22 143:6

**turning** 44:4 54:21

**Tweet** 186:24

**Two-page** 5:2 6:2,4,13,18

**type** 21:15 52:24 65:19 74:1 87:6 89:16 120:11 185:14

**types** 96:10 118:15 131:8

**typical** 80:2,6

---

**U**

**U.S.** 7:21 65:18 67:1,12,19 68:1 71:4,15 72:9 102:13

**U.s.-based** 70:14 72:6,15

**UI** 47:12 48:1 128:22 147:6 181:16 183:24 185:22

**Um-hum** 108:3 158:12

**umbrella** 97:3

**unable** 37:23 38:10

**unacceptable** 137:8,16 149:4,8,15,17

**underneath** 31:3

**understand** 9:24 10:21 12:6,17 32:15 58:11 63:13 71:23 80:7,9 81:4 101:24 107:22 116:7 120:18 130:19 134:23 183:5,18

**understanding** 12:10,23 15:21 16:12 22:7 23:14 35:20 48:11 70:5 72:11 75:24 93:21 135:20 136:13 137:14,17 140:5 155:21,24 158:7 170:24 175:21 176:6 184:1 191:5,21 198:1

**understood** 115:14 116:22 135:9 167:17

**unexpected** 109:7 184:24

**United** 64:20

**unknown** 184:6

**unnecessary** 51:2

**unquote** 45:23

**update** 181:5

**upright** 187:17

**upwards** 190:18 191:2

**UR** 20:25

**USA** 137:5

**usage** 139:16 187:5

**useless** 185:4

**user** 40:12 48:1 54:20,21 55:10 66:23 67:11,14,18, 21 71:25 72:4,13 73:7 74:17,18 78:5 80:1,2,7 89:17 90:1,8,16,25 95:19, 23 111:3 128:17,18,23 129:4,21 130:2 132:1 147:1 159:18 164:19 178:20

**user's** 83:25 84:12

**users** 58:14 81:3 87:22 91:16 92:25 93:1,2 103:1 129:18 159:13 178:21,22 179:16,24 183:17

**utilize** 130:18

**utilized** 113:6

**utilizing** 146:18

**UX** 116:24 117:1,6,10,16

---

**V**

**vague** 35:14 51:10 56:15,

25

**vaguely** 173:9

**valid** 127:25

**variable** 71:2 122:22 123:1 156:18

**variations** 46:11

**variety** 75:11

**vast** 153:18

**Veer** 173:4

**vehicle** 19:22 21:4,18 25:11 30:3 33:5,18,19,22, 24,25 47:21 48:9 50:7,8 52:20 56:25 60:13 61:10 64:12,13,16,23 65:2,15 67:13,24 68:2,7,11,13 71:5 86:14 88:18 97:21 107:9, 19 108:1,14 134:17 135:2, 5 136:11 139:18 141:6 143:6 146:13 147:22 156:23 159:18,22 164:17 165:5,24 169:24 170:19 174:3 197:4

**vehicle's** 65:23 97:7 189:10

**vehicles** 21:25 23:6 24:15 32:16 33:13 45:8 55:12 60:14 61:4 66:8 74:15 85:3 86:19,22 87:7,11,12,17 135:2 145:19,20 165:16 166:2,5,15,16 167:6 169:15 172:8 197:7

**venued** 7:4

**verbally** 32:23

**verified** 46:25

**verify** 78:15 172:5

**version** 29:25 30:1,2,7 39:24 42:8 158:11 159:5, 11 160:2 162:11 169:22 181:9

**versions** 27:2 30:10 70:14 71:4,15 72:6,15 103:3

**versus** 7:4 23:8 159:9

**Vice** 5:14

**video** 2:5 3:23 7:2,8,9,10, 12,13 32:25 33:12,18

**videographer's** 170:8

**videos** 30:22

**view** 187:13

**views** 195:22

**vigilance** 150:5,21 151:8 152:3

**Vijay** 5:23 9:4

**violate** 164:17,22

**violates** 132:9

**violation** 164:23 167:5 169:23

**violations** 164:10 169:10

**vision** 166:1,7,23,24 167:3 168:7 187:10

**visual** 47:12 61:6 63:21 65:12 66:17 67:3,15,22 68:1,9,15,20 69:2,9 70:20 71:7 72:22 77:25 78:6,21, 22 87:8,12,18 88:25 89:6, 20 90:9,15,25 91:1,11 159:20 178:10 186:5

**visualizing** 29:4

**visually** 99:5,10 100:5

**voice** 7:15 43:2

**voiced** 55:2

**Volkswagen** 136:22

**volume** 2:1 186:2,4,6,14

**VP** 20:23 164:1

---

**W**

**wait** 77:13 154:15

**walk** 18:16 181:20

**Walkup** 2:14 3:20 7:13 8:7

**Wall** 186:25

**wanted** 149:18 173:1 189:21

**warn** 166:4

**warning** 56:18,20 61:6,9 63:22 65:12 66:1,6,18

---

57:20 104:24 130:13

25


CRANGLE
REPORTING SERVICES

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I

67:3,15,22 68:1,10,15,20
69:3,9,18 70:12,20 71:7
77:25 78:6,22 87:8,12,13,
24 89:5,6,10,17,20,24
90:3,9,15,25 91:1,3,11
98:3 128:21 129:4,21
132:1,19 159:20 161:12
162:1 164:19 167:16
169:23,24 172:17 183:10
186:5

**warnings** 47:12,13 48:1
67:7,9 84:24 85:13 86:11
87:18,22 88:3,9,21,23,25
89:4,13 91:17 92:3 132:14,
24 133:5 150:18 151:5
164:14 167:14 172:13
180:23 185:15 197:21

**ways** 109:3 133:9 141:22

**wear** 50:14

**wearing** 73:22 74:8

**website** 147:5

**week** 141:13

**weekend** 177:23

**weekly** 23:1

**weeks** 200:1

**weight** 45:22 143:16

**whatnot** 80:3 118:17,20
187:15

**wheel** 43:25 44:4 45:21
46:5,6,19 47:3 48:16 50:15
56:1,4,8,12,13,22 57:7
58:5,15,25 59:11,22 60:16,
21,24,25 61:10 63:21
64:19 65:12,24 66:11,17
67:2,14,21 68:9,21 69:4,10
74:17,24 76:16,22,23 77:4,
5,21,24 78:5 84:1,12 86:24
87:1,3,19,23,24 89:20,23
90:8,16 91:2,8 106:7
119:8,11 120:24 129:13
142:3,10,16,21,25 143:13,
14,18 144:2,4 145:8
156:22 158:19 159:13,19,
23 160:19 161:4,7 167:16
168:15 170:1 171:24
172:4,11,15,18 173:18,24
174:4,14,21,25 175:6
176:5,8,12 177:11,12,13

180:16,19 182:4,16,21
183:13,15,18 185:7,9
191:3,9 192:3,17,21

**wheels** 190:19

**whistles** 171:18

**Wikipedia** 75:8

**Wilke** 6:5 162:19

**Williston** 81:12 134:18
138:2

**withdrawn** 41:13

**withdrew** 41:6,18,22
42:23,24,25

**witness's** 27:18 38:13
66:20 94:5 193:19

**witnesses** 11:24

**wondering** 53:6

**word** 37:2 79:16,18,24

**wording** 79:19 80:19

**words** 17:17 28:25 30:4,6
44:3 53:6 89:18 102:4
103:4,12 104:6 109:9
112:6 146:16

**work** 9:6 22:18,21 31:1
44:10 50:14 116:5 118:21,
25 119:13 176:4 187:11
193:14

**worked** 9:8 188:17

**working** 22:15 32:11

**works** 44:18,19 45:19,20
49:11 55:20 195:12

**world** 44:10,19 50:13

**worst** 142:20

**worth** 154:7 178:1

**worthiness** 44:21 49:11

**write** 79:13

**writer** 175:19

**writes** 171:23

**written** 55:13

**wrong** 79:5,9,11 169:16
197:15

**wrote** 156:18 184:17
197:20

---

**X**

**XYZ** 128:1

---

**Y**

**year** 181:16,17

**year-old** 181:14

**years** 9:9 18:18,20 19:9
146:6

**yesterday** 180:11

**York** 180:10

---

**Z**

**Zhang** 22:7

**zoom** 2:5 7:13 64:6

**zooming** 11:17


CRANGLE REPORTING SERVICES

# HUANG

## vs.

# TESLA INC., et al.

# VIDEOTAPED DEPOSITION OF

# AKSHAY PHATAK

# VOLUME II

# (Pages 204 -  385)

## CONDENSED TRANSCRIPT

August 2, 2023



(510) 653-1312
www.cranglereporting.com

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

---

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SANTA CLARA

SZ HUA HUANG, Individually and as
successor in interest to WEI LUN
HUANG, deceased; TRINITY HUANG, a
minor; TRISTAN HUANG, a minor; HSI
KENG HUANG; and CHING FEN HUANG,          CASE NO. 19CV346663

          Plaintiffs,

     -vs-

TESLA INC. dba TESLA MOTORS, INC.,
THE STATE OF CALIFORNIA, and DOES
1 through 100,

          Defendants.
_____/

**CERTIFIED TRANSCRIPT**

VIDEOTAPED

DEPOSITION OF AKSHAY PHATAK

VOLUME II  (pages 203 - 385)

Taken before KAREN A. CRANGLE
Certified Shorthand Reporter
State of California
C.S.R. License No. 3816

August 2, 2023

204

---

1      VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOL. II
2
3          Pursuant to Notice of Taking Deposition, and on
4   Wednesday, August 2, 2023, at the hour of 10:00 a.m., via
5   Zoom video conference, before me, KAREN A. CRANGLE,
6   Certified Shorthand Reporter, appeared AKSHAY PHATAK,
7   produced as a witness in the above-entitled action, who,
8   having been first duly sworn, was thereupon examined as a
9   witness to said action.
10
11
12                    APPEARANCES
13
14          Andrew P. McDevitt, Attorney at Law, WALKUP,
15   MELODIA, KELLY & SCHOENBERGER, 650 California Street, 26th
16   Floor, San Francisco, California, 94108, was present
17   remotely on behalf of the plaintiffs.
18
19          Thomas Branigan, Attorney at Law, and Lauren O.
20   Miller, Attorney at Law, BOWMAN AND BROOKE LLP, 1741
21   Technology Drive, Suite 200, San Jose, California, 95110,
22   were present remotely on behalf of the defendant Tesla,
23   Inc.
24
25

204

---

1
2          Andrew Gokoffski and Rosemary Love, Deputy
3   Attorneys, State of California, Caltrans Legal Division,
4   111 Grand Avenue, Suite 11-100, Oakland, California,
5   94612, were present remotely on behalf of the defendant
6   California Department of Transportation.
7
8          Donald H. Slavik, Attorney at Law, Slavik Law
9   Firm, LLC, 3001 S. Lincoln Avenue, Suite C-1, Steamboat
10   Springs, Colorado, 80487, was remotely present and
11   cross-noticed the deposition in the matter of Monet vs.
12   Tesla and Benavides and Angulo vs. Tesla.
13
14          Seema Bhatt, Attorney at Law, MINAMI TAMAKI LLP,
15   101 Montgomery Street, Suite 825, San Francisco,
16   California, 94104, was present remotely on behalf of the
17   plaintiffs.
18
19          And there also being present remotely Ryan
20   McCarthy, Attorney at Law, and Brittney Johnson, Attorney
21   at Law, inhouse counsel, Tesla, Inc.
22
23          And there also being present Stephen Statler,
24   videographer, Eureka Street Legal Video.
25

205

---

1                    I N D E X
2
3
4   Videotaped Deposition of AKSHAY PHATAK, Volume II
5
6                                              Page
7
8   Examination by:
9       MR. GOKOFFSKI                          210
10      MR. MCDEVITT                           261
11      MR. SLAVIK                             315
12      MR. MCDEVITT                           366
13      MR. GOKOFFSKI                          376
14      MR. SLAVIK                             378
15      MR. BRANIGAN                           379
16
17
18   Plaintiff's Exhibits
19
20   Exhibit 322    72-page document entitled Design      262
21                  Proposals Bates stamped
                    TESLA-00052265 through 00052336
22   Exhibit 256    two-page e-mail thread between        272
                    Andreas Koehler and Robert Bressi
23                  dated September 2, 2016 Bates
                    stamped TESLA-00078766 and 00078767
24
25

206

---

| | | | |
|---|---|---|---|
| Exhibit 323 | Two-page e-mail thread between Andreas Koehler and Robert Bressi dated September 2, 2016 Bates stamped TESLA-00078766 and 00078767 | 283 |
| Exhibit 326 | Five-page Jira ticket SW-156056, Autopilot Scene Tag Behaviors, Bates stamped TESLA-00061998-00062002 | 288 |
| Exhibit 324 | Two-page Consumer Watchdog letter to Mr. Elon Musk dated July 18, 2016 | 292 |
| Exhibit 325 | Two-page e-mail thread dated 7/18/2016 re Letter from Consumer Watchdog Bates stamped TESLA-00116528 and 00116529 | 292 |
| Exhibit 255 | Previously marked to the deposition of Andreas Koehler, 18-page document entitled Hands On Detection Bates stamped TESLA-00055793 through 00055810 | 296 |
| Exhibit 327 | Exhibit 327, characterized as a data set report, was marked and then withdrawn as an exhibit to this deposition | 318 |
| Exhibit 328 | Exhibit 328, characterized as a car log file, was marked and then withdrawn as an exhibit to this deposition | 326 |
| Exhibit 279 | Previously marked to the deposition of CJ Moore, four-page document entitled Proposal for New D Class Telemetry Record Bates stamped TESLA-00183264 through 00183267 | 366 |

207

| | | | |
|---|---|---|---|
| Exhibit 156 | Previously marked as an exhibit to the Karpathy deposition, a 22-page document titled AP 2020 Safety Goals Bates stamped TESLA-00182327 through 00182348 | 370 |

---oOo---

208

PROCEEDINGS

THE VIDEOGRAPHER:  Here begins video number one of Volume II of the PMQ deposition of Akshay Phatak in the matter of Huang versus Tesla venued in the Superior Court of the State of California for the County of Santa Clara. The case number is 19CV346663.

Today's date is August 2nd, 2023, and the time on the video monitor is 10:04 a.m.

The video operator today is Stephen Statler representing Eureka Street Legal Video, telephone (415) 215-2041.

This video deposition is taking place remotely via Zoom video conference and was noticed by Walkup, Melodia, Kelly and Schoenberger.

Counsel, please voice identify yourselves and state whom you represent.

MR. MCDEVITT:  This is Andrew McDevitt for the Huang plaintiffs.

MS. BHATT:  Seema Bhatt for plaintiffs.

MR. SLAVIK:  This is attorney Don Slavik.  I cross-noticed this deposition in the matters of Monet versus Tesla and the matter of Benavides and Angulo versus Tesla.

MR. BRANIGAN:  Tom Branigan for Tesla in all of the cases involved today.

209

MR. GOKOFFSKI:  Andrew Gokoffski for Caltrans.

MR. BRANIGAN:  Lauren Miller is also with me.

THE VIDEOGRAPHER:  Do we have everyone?  Okay.

The court reporter today is Karen Crangle representing Crangle Reporting Services.  And would the reporter please administer the oath.

AKSHAY PHATAK,

sworn as a witness by the Court Reporter,

testified as follows:

THE VIDEOGRAPHER:  Please begin.

EXAMINATION BY MR. GOKOFFSKI

MR. GOKOFFSKI:  Q.  Mr. Phatak, my name is Andrew Gokoffski.  I'm sure you just heard I represent Caltrans in this action, and for your purposes, what this means is your employer and my client are both co-defendants.  You and I are not at issue, but I'm still going to have questions for you obviously.

And I know we may have covered some of this, so if you already know you can just go ahead and tell me I already know the rules and stuff like that.  I just want to go over the ground rules.  I typically go over the ground rules with deponents.

You may hear objections from your counsel despite the fact that we are not at issue.  Go ahead when your counsel makes said objection -- or I should say if, he may

210

1 not -- if he makes objections, go ahead and wait for the
2 objection to finish, let the court reporter note it, and
3 go ahead and answer unless he tells you not to do so and
4 that would be attorney/client or one of those other
5 privileges.
6     If I ask you something, and you don't really
7 understand and you're, like, what are you talking about,
8 go ahead and just tell me and I'll try and rephrase the
9 question in a way that makes sense.
10     One thing that came up last time from last week
11 is -- I don't know if we covered this -- but do you
12 understand the distinction between an estimate and a
13 guess?
14     A. I mean if you'd like to explain, please do.
15     Q. Yes. I mean it's not overly complicated.
16     So if I asked you, you know, how much change I have
17 in my pocket right now, obviously you are sitting
18 somewhere else completely and you would be guessing as to
19 how much change I have.
20     But if I asked you how much change you have in your
21 pocket, without looking into your pocket, like, actually
22 counting up the coins, that would be an estimate, you
23 could estimate how much change you have in your pocket.
24     So that's the difference between an estimate and a
25 guess.

211

1     And the whole point of this being is don't guess.
2 If there's something I'm asking that would involve you
3 guessing, don't do it. Estimate is obviously fine, but
4 don't guess or basically speculate. Make sense?
5     A. Yes.
6     Q. Okay. Great.
7     So I guess we'll just dive into it, and the sooner
8 we start the sooner we can get you out of here.
9     The first question I had, again, forgive me if it
10 sounds rudimentary but a lot of this stuff is obviously a
11 little more complicated than the typical deposition. So
12 let me start out by asking you this.
13     You saw the deposition notice for your own
14 deposition. True?
15     A. Yes.
16     Q. All right. And obviously last -- I think it
17 was last week Andrew McDevitt, okay Andrew, asked you
18 questions as to that notice. Remember?
19     A. Yeah, last time -- last week --
20     MR. BRANIGAN: About ten days ago.
21     MR. GOKOFFSKI: Yes. Ten days ago. My apologies.
22     Q. So one of the -- if you remember, one of the
23 things that Andrew asked you, I believe he started off
24 with questions related to telemetry records.
25     Do you recall that?

212

1     A. Yes.
2     Q. So this is just really for my purposes of
3 understanding. Can you kind of expand on what exactly is
4 telemetry and, you know, how -- let's start with that.
5     So what is telemetry?
6     A. It's any data sent from the vehicle back to the
7 Tesla service.
8     Q. I'm sorry. I think my audio cut out. Could
9 you repeat that?
10     A. Any data sent from vehicles back to Tesla
11 service.
12     Q. Okay. So telemetry, if I may, it's like a more
13 specific word when it comes to data collection. True?
14     A. Sure.
15     Q. Is there something I'm missing? Is it more
16 complicated than that?
17     A. No. I mean, yeah, you can say that.
18     Q. Okay. So why doesn't Tesla call it just data
19 collection as opposed to, well, why is it called
20 telemetry?
21     A. I -- I don't know. It's like similar terms you
22 can just use, like, use them. Whoever started working on
23 it maybe named it that way.
24     Q. Okay. And so as to telemetry with the
25 Autopilot, as it relates to, in this case, the 2018

213

1 Model X, you have had years of telemetry data before the
2 2018 Model X was released. True?
3     MR. BRANIGAN: Objection. Form. Vague. You mean
4 with respect to the Autopilot system on any Tesla vehicle?
5     MR. GOKOFFSKI: No, I mean I was specifically
6 asking the Autopilot as to the 2018 Model X, not the
7 specific one, but the model generally.
8     THE WITNESS: Specifically Model X Autopilot? Are
9 you asking about telemetry from Autopilot on the Model X?
10     MR. GOKOFFSKI: Correct.
11     THE WITNESS: So we would have data from, like,
12 whenever we released Autopilot on Model X. I don't have
13 the exact dates with me at that time.
14     MR. GOKOFFSKI: Q. That's okay. You have been
15 working at Tesla from the inception of the Autopilot.
16 True?
17     MR. BRANIGAN: Objection. Form. I think that
18 mischaracterizes the witness's earlier testimony. But go
19 ahead, sir.
20     THE WITNESS: I mean I don't know what you mean by
21 inception. Like when I joined I don't think there --
22 there was already a team working on Autopilot Hardware 1.
23     MR. GOKOFFSKI: Q. Okay. And then when you
24 started as an intern, were you working on the telemetry
25 for, I guess, the Autopilot generally?

214

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1    A. Not telemetry specifically.
2    Q. Okay.  And so, yes, more specifically, I mean I
3 guess I don't know the distinctions, but for the 2018
4 Model X telemetry, when did that data collection begin as
5 far as you know?
6    A. I'm not sure, like, what you mean by when did
7 data collection begin.  What specific data are you talking
8 about?
9    Q. For the Autopilot.
10   A. There are, like, various data streams that come
11 from Autopilot.  Are you referring to, like, any data
12 stream, or some specific date stream, or what?
13   Q. Can you break down the data streams for me?
14   A. So some of the Autopilot output is logged as
15 part of CAN data on the vehicle.
16      Some of it would be, like, snapshots including
17 videos.  Some of it would be clipped.  Some of the items
18 -- there are various extremes.
19      Anyway, so I mean I don't know exact -- like CAN
20 has been there since the beginning like as far as I know.
21      Other streams, I don't know when they started.
22 Like off the top right now.
23   MR. GOKOFFSKI:  Q.  That's okay.  Can you give me
24 an estimate as to when the beginning was?
25   A. For which stream are you talking about?

215

1 a little bit.
2      I guess my question, just to give you a predicate,
3 it's going to be generally related to the roadway because
4 I represent Caltrans, so my questions, if they don't make
5 sense, you can err on the side of it relating to the
6 roadway.
7      So the CAN telemetry data specifically, can you
8 expand on how you guys tested that particular -- or how
9 you collected that particular data?  Like what kind of
10 roads you tested it on?  I know you mentioned a track last
11 time.  You know, could you just kind of expand on the
12 roadway details when it came to collecting that data?
13   MR. BRANIGAN:  Let me just interpose an objection,
14 Counsel.
15      I've let you go a little bit on this to get some
16 background, but I object to this questioning because it's
17 clearly beyond the scope of the notice and what the
18 witness came prepared to talk about in response to a Court
19 order.
20      The telemetry topic, which is in the Second Amended
21 Notice for this deposition, is under subpart b., and it
22 doesn't relate to anything related to the road; it relates
23 to, I'm quoting now:  "Tesla's monitoring and evaluation
24 of fleet driver interventions, including D16 telemetry
25 records and Tesla's evaluation of associated data."

217

1    Q. Either one.
2    A. Like I said, CAN was always there when, like,
3 since we launched Autopilot.
4      Then, like, the snapshots and clips started with,
5 like, sometime during Hardware 2, I would say.
6    Q. Hardware 2?
7    A. Yeah.
8    Q. Let me ask you this.  In any of the telemetry
9 data, can you tell me how much of the telemetry data
10 related to the actual roadway?
11   MR. BRANIGAN:  Objection.  Form.  Vague.
12   THE WITNESS:  Actual roadway?  I mean if you're
13 talking about -- look, again, like I said, it really
14 depends on what data stream are you talking about?  If you
15 are saying, like, the CAN data, there's very limited data
16 there about the roadway.
17      Then if you are talking about snapshot or clips,
18 like you have -- you would typically have video and you
19 would see the road and you would have, like, detections
20 from the Vision system about the road.
21      So that's much more richer than some of the other
22 streams.
23   Q. Okay.  And how about the clips snapshots?
24   A. Yeah, that's what I said --
25   Q. Oh, I'm sorry.  Okay.  And then let me move on

216

1      So I -- I understand the question, but I think it's
2 far afield from what the Court ordered us to have a Tesla
3 representative ready to respond to.  So I object to it.
4      And I'd ask you, and I know you're going second in
5 line in the questioning, but I also don't think
6 Mr. McDevitt for the Huang plaintiffs asked questions
7 about this topic that would lead to follow-up questions.
8      So I'd ask you to confine your questions to the
9 scope of the notice.
10   MR. GOKOFFSKI:  Okay.  Well, I won't know anything
11 about topic b., I think it's b. 4. in this case, unless I
12 ask it, right?  I have to know.  I think it's within the
13 scope.
14      I'm just asking as to what relates to the roadway,
15 and if he doesn't know, he doesn't know, all right?  What
16 else is there to say?
17   MR. BRANIGAN:  There's nothing in the notice, and
18 you would know what the notice says, we were all served
19 with the notice, and there's nothing in the notice under
20 any topic, but particularly topic b., which is the one
21 that relates to telemetry data, that would relate to what
22 you're asking about.
23      So again I would ask you to ask questions that are
24 covered by the notice.
25   MR. GOKOFFSKI:  Okay.  Well, I do feel like

218

1 questions as to the roadway, one, are relevant; and two,
2 are within the notice.  So let me try to rephrase the
3 question and then we'll see if you object to that.
4     Q. Mr. Phatak, so the question I have, this is
5 again, this is topic b., right, in Tesla's monitoring and
6 evaluation and collecting these telemetry records, what
7 exactly is in them as far as you know that relates to the
8 roadway?
9     MR. BRANIGAN:  Same objections.  Go ahead, sir.
10     THE WITNESS:  So I mean if you're talking
11 specifically about D16 records, so D16 is a trip
12 summary where we, like, for review in the Road Class, we
13 would, like, record the mileage with various control modes
14 of the car.  Control modes being like manually driving,
15 driving on ACC, driving on Autosteer, etcetera.
16     And so the road part is just Road Class.  So the
17 mileage data is divided by Road Classes.  And that's the
18 only, like, road property that's part of this data.
19     MR. GOKOFFSKI:  Thank you.
20     So, sorry, Tom.  I need to ask him.
21     Q. So the Road Classes, can you tell me, what are
22 the different Road Classes?
23     MR. BRANIGAN:  Same objections.  Go ahead, sir.
24     THE WITNESS:  I mean the Road Class is a concept
25 that's coming from map providers.  Like Road Class One,

219

1 which is roughly equivalent to a freeway; and there's,
2 like, progressively down to Road Class Six which is
3 roughly relevant equivalent to, like, local streets,
4 parking lots, etcetera.
5     MR. GOKOFFSKI:  Q. Do you guy make a distinction
6 between local streets and parking lots?
7     A. It's whatever comes from the map provider.
8     Q. Who is the map provider?
9     A. I want to say TomTom.
10     Q. And what about Road Class Three, for example?
11 In the middle.
12     MR. BRANIGAN:  Same objections.  Beyond the scope.
13     THE WITNESS:  Yeah, I mean I would say Road Class
14 Three would be something like a county road or something.
15     MR. GOKOFFSKI:  Okay.
16     THE WITNESS:  Again, like these are, like,
17 not-one-to one matches.  These are roughly gore island.
18 So, like, the classification is done by the map provider.
19     MR. GOKOFFSKI:  Q. And you guys just take those
20 classifications and then put them in, and them put them
21 into the Autopilot.
22     MR. BRANIGAN:  Same objections.  Beyond the scope.
23     And to the witness I would say, because this is
24 outside the scope of what we were notified of, and ordered
25 to address, if you'd have to guess, please don't guess.

220

1     THE WITNESS:  So we take the Road Classes and then
2 based on localization, to a given Road Class, we count the
3 mileage for a given Road Class.
4     MR. GOKOFFSKI:  Q. Okay.  Moving onto -- this
5 would be -- this would be topic, I guess, 12.  This is
6 topic 12:  Tesla's evaluation and/or analysis of fleet
7 data relating to hands on; standards, best practices and
8 research relied upon by Tesla in developing the Autopilot.
9     Do you see that one?
10     A. Yes.
11     Q. Okay.  So this question is more general.
12     So I think you mentioned last time as it was
13 related to Exhibit 271 that part of the function of the
14 Autopilot is continuously correcting the position within
15 the lane.
16     Do you recall that?
17     A. I don't recall it specifically, but it sounds
18 about right.
19     Q. So this is a very general question.  So how, as
20 to the roadway, right, how does the AP correct its
21 position within the lane?
22     MR. BRANIGAN:  Objection.  Form.  Beyond the scope.
23     THE WITNESS:  I mean, like, high level, the Vision
24 system would try to -- the camera is facing forward and we
25 would try to figure -- like the Vision system would figure

221

1 out where the lanes are, and Autopilot would -- there are
2 like -- there is a -- there's a path plan in the
3 controller which plan a path and send steering commands to
4 adjust to the coverage of the road.
5     MR. GOKOFFSKI:  Q. So curvature of the lane.  So
6 let me ask you this.
7     Let's say the curvature of the lane has, like, a
8 faded dashed white line on either the left or the right
9 side of the lane.
10     How does the visual system in the AP deal with
11 faded or unfaded lines?
12     MR. BRANIGAN:  Objection.  Form.  Foundation.
13 Outside the scope.
14     THE WITNESS:  Uh, how does it deal with -- I mean
15 if the -- if you can, like the Vision system has -- I mean
16 it depends on, like, how faded the line is.
17     If the line is completely non-existent, obviously
18 Vision cannot see the line.  Then maybe it would try to --
19 again, like it's very situation-dependent, and I'm just
20 giving some examples to, like, hopefully, like, make,
21 like, put things into perspective, I guess.
22     But if there is like -- it's faded to the degree
23 that there is literally no trace of the line or paint, it
24 obviously cannot see the line, and that -- in your
25 question you asked, like, if only one line is faded?

222

CRANGLE
REPORTING SERVICES

1 Right?
2     MR. GOKOFFSKI:  Q.  Sure.
3     A.  So in such cases it would, like, try to, like,
4 stick to the visible line.
5     If the line is like -- it's faded but you can still
6 see the line, you can -- then Vision would predict the
7 line and then you could follow.
8     Q.  How does it predict?
9     MR. BRANIGAN:  Counsel, I'm going to object.  I'm
10 really on the cusp of instructing him not to answer.  And
11 the reason that I'm of this state of mind is this.
12     This deposition is being conducted under a Court
13 order in response to a very specific set of topics set out
14 by the Court.  What you're asking him is beyond the scope
15 of the notice.
16     We objected to the deposition in general because
17 Tesla has already produced -- I don't know, I've lost
18 track -- 12 different witnesses including two that covered
19 the kinds of topics that you're asking about, Vision, the
20 system's Vision system, the neural network, how the system
21 functions to do what you're asking him about.
22     The purpose of the deposition today was not to
23 rehash that testimony.  And Counsel, I know that you
24 weren't involved in those depositions, but the record is
25 there, and perhaps more importantly, as I said at the

223

1 outset of this comment, we're here in response to an
2 order.
3     And I don't think it's appropriate to ask this
4 witness the kinds of questions that you're asking in light
5 of the order and the history that we've had in this case
6 with the type of witnesses that Tesla has produced to
7 date.
8     And you said that a few moments ago that this
9 question relates to topic 12.  There's nothing in topic 12
10 that relates to what you're asking him.  Topic 12 says,
11 and I quote:  "Tesla's evaluation and/or analysis of fleet
12 data relating to hands on; standards, best practices and
13 research relied upon by Tesla in development of hands on
14 scheme."
15     That's a driver monitoring issue.  And you're
16 asking him about Vision.  So I object to that.
17     You know, this isn't even a topic that plaintiffs'
18 counsel brought up such that you might have a follow-up
19 question within this deposition.
20     So if it continues, I think we have some options
21 including ending the deposition.  And seeking a motion for
22 Protective Order given the situation that I've described.
23     So I'm asking you to please ask questions that are
24 covered by the notice.  Because we spent time, the witness
25 spent time, preparing to answer questions on topics the

224

1 Court told us were what she would order Tesla to produce a
2 witness to cover.  This is not one of them.
3     MR. GOKOFFSKI:  Okay.  So I hear you.  I will say
4 in topic 12, right, the way I'm reading it, right, you're
5 correct.  I wasn't in the other depositions.  I don't
6 know, right?  I'm literally just reading the notice and
7 asking my questions based on the notice, right?
8     Research relied upon by Tesla in the developing of
9 a hands on scheme is relevant here.  I'm asking the
10 research, the roadway research, right?  I'm asking those
11 things because they're relevant.
12     And on top of that, I don't understand why you're
13 objecting so hard.  It's not like you -- like I said, like
14 I told Mr. Phatak, we're not at issue, right, especially
15 when it comes to the Autopilot, right, and the roadway
16 question, right?
17     I'm just asking the basic -- these are really just
18 basic questions that in my opinion absolutely relate to
19 topic 12.  So --
20     MR. BRANIGAN:  They're not -- sorry.  Go ahead,
21 Andrew.
22     MR. GOKOFFSKI:  No, really, I don't feel like my
23 questions are too -- they're not extremely, like, over the
24 top probing.  I'm really just asking, ordinary questions.
25     But that said, let me try to rephrase and see if we

225

1 can reach a middle ground here because I really just want
2 to know about any roadway research as it relates to the
3 development of the Autopilot.  That's it.
4     MR. BRANIGAN:  But Caltrans had an opportunity to
5 serve a notice for that.  And at no time has Caltrans done
6 that.  Discovery is over.  Fact discovery is over.
7     We're here specifically in response to a Court
8 order to have a witness prepared to respond to very
9 specific topics.  Roadway, Vision, those are not part of
10 the topics.  That is why I'm objecting like I am, and the
11 concepts that you're asking about are not simple or basic.
12 And --
13     MR. GOKOFFSKI:  They're the kinds of questions you
14 would ask a PMQ.  This is Tesla's PMQ, right?  I mean who
15 else is better to ask?
16     MR. BRANIGAN:  It covers specific topics.  Under
17 the code in California, just like the Federal Rules of
18 Civil Procedure, or the rules, you know, in Michigan where
19 I'm from, when you notice a corporate representative
20 deposition, the noticing party has to identify the topics
21 with reasonable particularity so that we, representing the
22 company, can have someone prepared reasonably well to
23 respond.  Not so that, you know, we can show up and
24 lawyers asking the witness questions can ask anything they
25 feel like asking.

226

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1  That's not fair to the witness, not fair to my
2 client, and we object to it. That's why I'm objecting
3 this way.
4  There is nothing in this notice about the questions
5 you're asking.
6  MR. GOKOFFSKI: Your objection is it went beyond
7 the scope. True? Right? Okay. Let's just move on.
8  Q. Again, topic 12 -- I'm sorry Mr. Phatak; I
9 guess Mr. Branigan and I disagree.
10  But the question I have here, right, is topic 12.
11 The research relied upon by Tesla in developing a hands on
12 scheme. So let me ask you specifically.
13  What roadway research went into development of the
14 hands on scheme?
15  MR. BRANIGAN: Objection. Form. Vague.
16  THE WITNESS: I mean I'm not sure what you mean by
17 "roadway research". Like -- like would you, like, give me
18 an example of what you would think is a roadway research?
19  MR. GOKOFFSKI: Sure. You know, again, that's
20 actually -- that's on me. That was a poor question. I'm
21 sorry.
22  Q. So you mentioned, like, you mentioned you
23 collect data from the TomTom, right, but I'm assuming when
24 you were researching how to develop the AP, you, you know,
25 you had different roadway markings during those tests.

227

1 Right?
2  A. Again, so in your example you said we collect
3 data --
4  MR. BRANIGAN: Let me just object. Same
5 objections. Beyond the scope. Go ahead.
6  THE WITNESS: In your example you said we collect
7 data from TomTom. I wouldn't say that's true. We use
8 their map, they are our map providers, and we use their
9 road classification as I said in one of my earlier
10 answers. As part of our, like, D16 telemetry.
11  So it's just road classification that comes from
12 TomTom maps.
13  MR. GOKOFFSKI: Q. Go okay.
14  A. And when -- sorry. Can you remind me what was
15 the second half of the question, for example?
16  Q. Honestly, I forgot. We were arguing for so
17 long I forgot the second part of my question.
18  That's okay. I'll just move on because I feel like
19 I don't want to have us all here all day.
20  Let me ask you this. This would be -- I guess this
21 could be either topic 12 or 13.
22  The three strikes scheme that was implemented, was
23 that implemented in 2018?
24  A. Uh, let me look...
25  20 -- I think it was late 2016.

228

1  Q. 2016. Okay. So the three strike scheme was
2 already in place for the 2018 Model X, the kind of one
3 that happened in this particular case. True?
4  A. Yes.
5  Q. Okay. Then moving on to -- this is going to be
6 topic 11. Do you know how many warnings, both audio and
7 visual, were given in this particular case?
8  MR. BRANIGAN: You mean to the driver of the
9 subject Model X before the crash occurred?
10  MR. GOKOFFSKI: Subject Model X. Yes, thank you,
11 Tom.
12  MR. BRANIGAN: And can you put a temporal scope on
13 that? Like within --
14  MR. GOKOFFSKI: I'm so sorry. On the day of the
15 accident. I'm sorry. I apologize. That's true. I
16 didn't get specific.
17  THE WITNESS: I -- I don't -- I didn't have access
18 to, like, that particular -- logs on that particular,
19 like, drive. So I don't know off the top.
20  MR. GOKOFFSKI: That's okay.
21  Q. Do any of the warnings -- I'm assuming this
22 would be visual, not audio -- did the subject Tesla
23 Model X or any model with an Autopilot feature, warn users
24 that they have to possess a valid driver's license to
25 operate?

229

1  A. I --
2  MR. BRANIGAN: Object to form. Beyond the scope.
3 Go ahead.
4  THE WITNESS: Are you asking whether the hands on
5 warnings mention anything about driver's license? No,
6 they did not.
7  MR. GOKOFFSKI: Q. Does Tesla's Autopilot system,
8 the AP specifically, distinguish between types of driver
9 inattentiveness?
10  A. Can you give me an example?
11  Q. So there's visual, manual and cognitive, for
12 example. Visual is obviously visual distraction;
13 cognitive could be, you know, something that is
14 stimulating the mind.
15  So in terms of those kinds of inattentiveness, does
16 Tesla's AP, does it distinguish between them?
17  A. Are you asking about 2018 or today?
18  Q. 2018.
19  A. So, 2018, there's no distinction.
20  Q. Okay. How about today?
21  A. So today we have the Cabin Camera playing a
22 part in the data monitoring system. So we can, like -- so
23 we have ways to find out when they're not, like, when the
24 driver is not, like, looking at the road, per se.
25  Q. So is it fair to say that the AP relies on the

230

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1 driver to distinguish between different markings on the
2 roadway?
3      MR. BRANIGAN: Objection. Form. Vague. Beyond
4 the scope.
5      THE WITNESS: Yeah, I mean I don't know what you
6 mean by, like, relies on the driver to -- for like
7 recognizing the road --
8      I mean, for example, if he internally, like, you
9 said like cars in front of the vehicle, speed limit signs,
10 so I don't know if I would say like re AP relies on driver
11 to distinguish road -- sorry -- what was the road you
12 used.
13      Q. Different markings on the road with you I can
14 make it simpler.
15      How about does AP rely on the driver to look for
16 fixed objects in the road?
17      A.
18      MR. BRANIGAN: Objection. Form. Outside the
19 scope. Go ahead.
20      THE WITNESS: Yeah, I mean we -- I think I
21 mentioned last time also, like AP is like a Driver
22 Assistance System. So like it tries to, like, do as much
23 as it can, but again driver is also, like, part of the
24 system, and if the driver doesn't agree with what AP is
25 attempting to do, they're, like, free to take over any

231

1 time during the route.
2      MR. GOKOFFSKI: Q. Does the AP distinguish between
3 different kinds of fixed objects, say, like an attenuator
4 and like a wall? A concrete wall?
5      MR. BRANIGAN: Same objections. Form. Foundation.
6 Beyond the scope.
7      THE WITNESS: So again, asking about -- I mean I
8 would say we don't have, like, a detector for each type of
9 object. If that's what you are asking.
10      MR. GOKOFFSKI: Q. That is what I'm asking, yeah.
11      A. I don't think it's possible to have, like, a
12 detector for each individual type of object that could
13 ever be found on the road.
14      Q. That's fair. You examined the NTSB report
15 about this subject, the accident. Correct? You reviewed
16 it?
17      A. Yes.
18      Q. Did you -- I mean did you form an opinion as to
19 why the AP steered the subject Model X over the white
20 lines into the gore area?
21      MR. BRANIGAN: Counsel, can you show me in the
22 notice where that question falls under any of the topics
23 in the notice? Because if you can't I'm going to instruct
24 him not to answer.
25      MR. GOKOFFSKI: Okay. That's fair. That wasn't a

232

1 topic, but he did read the NTSB report, so I feel like --
2      MR. BRANIGAN: Okay. I know he did, but he read it
3 because there are very discrete specific topics called out
4 by the notice because of what the judge ordered related to
5 the NTSB report. They're identified in topic 14.
6      But you're asking this witness for expert opinion
7 now --
8      THE WITNESS: Actually, it wasn't topic 14 about
9 that 2016 NTSB report. Not the 2018 report.
10      MR. BRANIGAN: Yes, you've taken words out of my
11 mouth. Thank you.
12      And the NTSB report that you're asking him about
13 isn't even really related --
14      MR. GOKOFFSKI: That's fine. I can rephrase. We
15 can just move on. How about this?
16      Q. So when you were developing the AP, did you
17 take into -- or did Tesla take into consideration, for
18 example, gore lines on a roadway?
19      MR. BRANIGAN: Objection. Form. Foundation.
20 Outside the scope. Can you show me where in the notice
21 this is covered?
22      MR. GOKOFFSKI: I'm still on topic 12, research
23 relied upon by Tesla and developed in development of hands
24 on scheme. I'm trying to be as close as possible, Tom.
25      MR. BRANIGAN: I don't see any connection between

233

1 what you just asked and the driving monitoring topic that
2 is identified in item 12. You're asking him about Vision
3 issues now. And roadway detection related to the
4 vehicle's Vision system. We've already produced witnesses
5 to cover those issues at length. They testified for
6 hours.
7      So I'm going to instruct him not to answer.
8      MR. GOKOFFSKI: Okay.
9      MR. BRANIGAN: Counsel, I'm not trying to give you
10 a hard time; I'm really not. But we are -- we're supposed
11 to be in trial on this case right now because discovery is
12 over. And witnesses have covered all these issues that
13 you've been asking him about, testified long ago.
14      MR. GOKOFFSKI: Okay, Tom. That's fine.
15      Q. Okay. You mentioned last time in your
16 deposition that the 2018 -- or I mean the Autopilot has
17 programming as it relates to, quote, unquote, free space.
18      Do you recall that?
19      A. Uh, I think so. Drivable Space, free space I
20 think.
21      Q. Right. So can you expand on what's free space?
22      MR. BRANIGAN: Same objections. Form. Foundation.
23      THE WITNESS: Right. I mean Drivable Space -- I
24 think I answered this last time -- but it's the space of
25 the roadside where you can drive on, essentially.

234

CRANGLE
REPORTING SERVICES

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

---

1     MR. GOKOFFSKI:  Q.  Okay.  And does the AP have
2 programming to understand whether gore area, such as in
3 this subject accident, whether it's free space or not?
4     MR. BRANIGAN:  Same objections and I'm going to
5 instruct him not to answer.
6     MR. GOKOFFSKI:  He testified about free space, Tom.
7 I mean it doesn't have to be in the notice.  He testified
8 about free space.  I'm just asking whether gore area is
9 within that free space.  That's a fair question.
10     MR. BRANIGAN:  He testified about that in response
11 to a question related to one of the topics of the notice.
12     You're now you're trying to leverage that response
13 to testimony into a new area of inquiry about the
14 vehicle's Vision system.  And I object to that.  We object
15 to that for all the reasons I've said.
16     MR. GOKOFFSKI:  Let me back up.  We're having a
17 little trouble getting traction with this line of
18 questioning, so let me back up.
19     Q.  So, Mr. Phatak, staying within the notice,
20 right, I'm not asking you to leave the parameters of the
21 notice at all, can you tell me, can you tell me -- well,
22 let me ask you this.
23     Did you ever contact Caltrans when conducting any
24 of this research and the best practices as it relates to
25 the development of the hands-on scheme?

235

---

1     A. I mean to the best of my knowledge I don't
2 think we have, but again, I think as I mentioned last
3 time, this -- the original hands-on scheme was developed
4 by people who are no longer at Tesla so I can't confirm,
5 like, with certainty.
6     Q.  How about the telemetry records?  Did you share
7 any of those with Caltrans?
8     A.  No, not to my knowledge.
9     Q.  How about impact of use of automated driving
10 systems of driver situational awareness, that's topic 13.
11     Did you share any of that with Caltrans?
12     MR. BRANIGAN:  When you say did you share that, do
13 you mean any of the --
14     MR. GOKOFFSKI:  Data.
15     MR. BRANIGAN:  -- any data, results of research?
16 Is that what you're asking?
17     MR. GOKOFFSKI:  Correct.
18     MR. BRANIGAN:  Go ahead, sir.
19     THE WITNESS:  Like, to my knowledge, like, I
20 have -- at least I have never been copied on any, like,
21 communication with Caltrans, so I don't know if I can
22 answer that question.
23     MR. GOKOFFSKI:  Okay.
24     Q.  So this came up in the last deposition that we
25 had with you.  You mentioned there's the AP and there's

236

---

1 the EP.  So there's a Autopilot and there's the Enhanced
2 Autopilot.  Do you recall that?
3     A. EAP?  Yeah.
4     Q. I mean I just -- what is the difference?
5     A.  No, no, no.  That's the acronym we use.  Like,
6 you said EP.  The acronym we internally use in Tesla is
7 EAP.
8     Q.  Oh, EAP?
9     A.  Yeah.
10     Q.  Okay.  I see.
11     Another thing that came up last time I think was
12 "boolean Eyes".  Do you recall that?
13     A. Can you repeat that word?  Sorry?
14     Q.  Boolean Eyes?
15     It was in Exhibit 321; you mentioned boolean Eyes.
16 I just didn't know what that was or what that meant.
17     MR. BRANIGAN:  We're looking for the exhibit.  Give
18 us a moment.
19     Did you say Exhibit 321?
20     MR. GOKOFFSKI:  Yes, sir.  I can pull it up, too.
21 Give me a second.
22     MR. BRANIGAN:  If you have it you can pull it up.
23 We don't have them all printed in hard copy.  If you could
24 show it to the witness that would help.  Thank you.
25     MR. GOKOFFSKI:  Yes.  Give me one second.

237

---

1     And if you're unfamiliar, I could have misheard.
2 Does "boolean Eyes" not ring a bell at all?
3     THE WITNESS:  No.
4     MR. GOKOFFSKI:  Maybe I misheard.
5     MS. MILLER:  Counsel, this is Lauren Miller.
6     In 321 the term that was used was "boolean" and
7 then the word Eyes, e-y-e-s.  Not "booleanized".
8     MR. GOKOFFSKI:  I'm sorry.  I guess there's an
9 audio issue.
10     Boolean, space, Eyes, e-y-e-s.  Correct?  That's
11 what I was referring to.
12     THE WITNESS:  Can you share the document?  I think
13 that might jog my memory.
14     MR. GOKOFFSKI:  Sure.
15     Andrew, if you also have Exhibit 321, it's going to
16 take me a second to pull it up, but if you have it in
17 front of you that would be a little helpful.
18     MR. MCDEVITT:  Yes, I can pull it up.
19     MR. GOKOFFSKI:  Thanks.  This is much more specific
20 as to what I had in mind.  I really was just curious what
21 that meant.
22     THE WITNESS:  Can you highlight where it says
23 "boolean Eyes"?
24     MR. GOKOFFSKI:  I think it's in -- there you go
25 (indicating).

238

---

1    THE WITNESS:  Okay.  Sorry.  So I think "boolean"
2 is like a -- do you know boolean is like true or false?
3    So boolean essentially means true or false, so the
4 statement is trying to qualify Eyes on the Road detector
5 as giving an output in form of a true or false.  If that
6 makes sense.
7    MR. GOKOFFSKI:  Q.  No, the concept makes sense,
8 but, like, so I mean is it software?  Is it -- like is it
9 a concept?
10    THE WITNESS:  So Eyes on Road detector would be a
11 piece of software and its output would be true or false.
12    MR. GOKOFFSKI:  Q.  And is this Tesla software or
13 did you guys get it from somewhere?
14    A.  I think that he's just talking about concepts
15 here.  It's not -- there's no developed software.  The
16 easiest spreading of ideas from his previous experience.
17    Q.  Okay.  And so, I mean, can you expand?  So what
18 does it mean like true or false?  Does the system, oh,
19 there's a car in front of me.  True?
20    A.  So here, like, there is an Eyes on Road
21 detector, so that -- what he's saying in this statement
22 is:  These detection systems are cool, but we found that
23 the boolean Eyes on Road detector was more reliable and
24 easier to package in one unit.
25    So what that means is like your processing of Cabin

239

1 Camera, the software that does the processing, you can
2 define what is the output of that processor, but what he's
3 saying, like, gaze detection would be like to define where
4 the driver is actually looking at, the angle in, like, 3D
5 space, for example.
6    He's saying that that is a cool idea, but if you
7 want to shift something, maybe develop a software
8 that looks at the image and tells you whether eyes are on
9 the road or not on the road.  That's it.
10    So given, like, the output of the system is Eyes on
11 the Road or eyes not on the road is boolean.
12    Q.  Okay.  And so has that system been developed?
13    A.  Uh, I mean we have a version of that
14 system, yes.
15    Q.  Okay.  And when you say was more reliable and
16 easier packaged in one unit, "unit" being a vehicle.
17 True?
18    A.  I can't say for sure what he means here.
19    Q.  Okay.  And then this is -- forgive me.
20 A-pillar?  It's a little bit earlier.  As to one camera
21 position, "We experimented a lot with different positions
22 and angles.  Found that A-pillar in eye height was
23 optimal."
24    What's A-pillar?
25    A.  A-pillar is the pillar -- it's the pillar in

240

1 the car which is between the driver door and the front
2 windshield.  Like the A-pillar.
3    Q.  Oh, okay.  I see.  Okay.
4    And thank you, Andrew.  I appreciate it.  I think
5 that's my line of questioning there.
6    Another question I had, and I don't think this was
7 in 321, image temporal filtering.  You mentioned that last
8 time?
9    A.  If you can give me context that would be
10 helpful.
11    MR. BRANIGAN:  You just want him to define what
12 that means?
13    MR. GOKOFFSKI:  Yeah, I don't know what that means.
14    MR. BRANIGAN:  Image to portal filtering.  Can you
15 explain that?  Or do you need context?
16    THE WITNESS:  It would be good to have some
17 context.
18    MR. GOKOFFSKI:  I'll have dig it up so I'll circle
19 back to that.
20    Q.  How about longitudinal collision system?
21    A.  Longitudinal --
22    MR. BRANIGAN:  Are you just asking to define what
23 it means?
24    MR. GOKOFFSKI:  Right.  Correct.
25    THE WITNESS:  I would say it would probably be like

241

1 longitudinal quality and mitigation system.
2    Q.  Okay.
3    A.  So that means collagen along the path of
4 travel, and you want to mitigate that collagen, so that's
5 the piece of software that does that.
6    Q.  And this software is implemented in Tesla's
7 vehicles.  Yes?
8    A.  Correct.
9    MR. GOKOFFSKI:  We've been going about an hour now
10 so let me see if I can find context.  Give me a few
11 minutes.  Let me see if I can find image temporal
12 filtering, see where I got that from.  Might have actually
13 been 321.  Let me double check.
14    Do you want to take a five-minute break and we'll
15 jump right back into it?
16    MR. BRANIGAN:  We'll take five.
17    THE VIDEOGRAPHER:  Off the record.  The time is
18 11:00.
19    (Recess.)
20    THE VIDEOGRAPHER:  Coming back on the record.  The
21 time on the monitor is 11:06.  Please begin.
22    MR. GOKOFFSKI:  Mr. Phatak, I wasn't able to
23 actually find in my notes.  I think it was Exhibit 321.  I
24 pulled that whole line referencing imaging temporal
25 filtering, but I have a better question.  I think it's

242

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1 probably more conducive towards getting us moving this
2 along.  So let me ask you this.
3        Or you know what?  Let me just share the notice.
4 I'm not sure what exhibit it is.  I'll just share it
5 anyway.
6        Q.  Mr. Phatak can you see the PMQ notice?  I think
7 this is an older one but I don't think it's changed.
8        (Discussion off the record.)
9        MR. GOKOFFSKI:  Q.  When the Autopilot detects a
10 gore area, does it warn the driver?
11        MR. BRANIGAN:  Objection.  Form.  Foundation.
12 Beyond the scope.
13        THE WITNESS:  Wait.  Are you asking about today or
14 at what time?
15        MR. GOKOFFSKI:  Q.  The 2018 specifically, the 2018
16 model.  Yeah, the 2018 Tesla models.
17        MR. BRANIGAN:  Counsel, can you tell us what topic
18 this question falls under?
19        MR. GOKOFFSKI:  I mean sure.  Driver monitoring.
20 Why don't we start with a. 2., right?
21        "Reasons why a particular detection method was
22 selected;
23        3.  Alternative detection methods considered;
24        4.  Alternative detections methods evaluated."
25        I mean, 8., dates -- not dates, but details of any

243

1 changes to the hands on detection scheme and warnings
2 between 2016 and the present.
3        Pretty basic question.
4        MR. BRANIGAN:  Counsel, that all relates to the
5 hands-on detection system, not the Vision system of the
6 vehicle.
7        MR. GOKOFFSKI:  Okay.  I'll just rephrase the
8 question.  Okay.
9        Q.  When the AP detects that the hands are off the
10 steering wheel, in the 2018 model, subject model, for
11 example, does it warn the driver that it's steering into a
12 gore area?  Or whether it detects a gore area?
13        MR. BRANIGAN:  Objection.  Form.  But go ahead.  Do
14 you understand the question?
15        THE WITNESS:  Yeah.  So I mean to the best of my
16 recollection, we didn't have a specific gore detector per
17 se back in 2018.
18        MR. GOKOFFSKI:  Okay.
19        Q.  I'm going to scroll down a little bit to --
20 this would be the Request for Production of documents.
21 And this is again, so, you know, Tom doesn't object to me
22 too much, I just have questions on what they mean so we
23 don't get too -- we don't get too crazy.
24        It would be Request for Production number 21.  Road
25 Estimator data.  Do you see that?  It's on line 28 on

244

1 page four, or I actually don't know -- this is an old one.
2        What does Road Estimator data?
3        MR. BRANIGAN:  Objection.  Form.  Outside the scope
4 of the topic notice.  Go ahead.
5        THE WITNESS:  Road Estimator is a software module
6 within Autopilot that is -- you can think of it as a
7 filter on the Vision output, like, lanes.
8        So Vision produces lane output, and Road Estimator
9 is a filter on top of it.
10        MR. GOKOFFSKI:  Thank you.
11        Q.  And the Road Estimator data, was that
12 implemented in the 2018 Model X such as the subject
13 Model X?
14        MR. BRANIGAN:  Same objections.
15        THE WITNESS:  Yeah, I mean Road Estimator was part
16 of that system.  So it would have, like, the system would
17 have data that's the output of the Road Estimator which
18 is -- I assume that's what is referred to by Road
19 Estimator data.
20        MR. GOKOFFSKI:  Q.  And what is the difference
21 between Road Estimator data and Mission Planner data?
22        MR. BRANIGAN:  Same objections.
23        THE WITNESS:  Mission Planner is another piece of
24 software in the Autopilot system that deals with various
25 things like what the car is expected to do.

245

1        Let me rephrase.  What the car is planning to do,
2 given the navigation route and -- well, I say what
3 Autopilot is planning to do based on, like, navigation
4 and, like, what Vision sees and what the road is and what
5 the driver input is.
6        It essentially is like a -- what -- some module
7 that at high level determines whether we want to continue
8 on a given lane or change the lanes or take a fork, or
9 etcetera.
10        MR. GOKOFFSKI:  Q.  Okay.  And of course Mission
11 Planner data, Road Estimator data, and Path Planner data,
12 this was all in the subject 2018 Model X as far as you're
13 aware?
14        A.  Yes.
15        Q.  I'll still unfamiliar on what is Kibana?
16        A.  Kibana is a data visualizing system.
17        Q.  Data visualization system.  And is this
18 something that is offsite or is this actually in the Tesla
19 models themselves?
20        A.  This is --
21        MR. BRANIGAN:  Let me just object to lack of
22 foundation, out of the notice, out of scope.  Go ahead.
23        THE WITNESS:  This is an offline system that's not
24 on the car.  This is what we would use to filter or
25 visualize the data.

246

Crangle
REPORTING SERVICES

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1    MR. GOKOFFSKI:  Q.  And then the Road Estimator
2 data and the Mission Planner data go into Kibana.  Right?
3    A.  That's one of the -- yes, you can find that
4 data in Kibana.  To Kibana.
5    Q.  And LECT, the last one, and RPD 21?
6    A.  Uh --
7    MR. BRANIGAN:  Same objections.  Go ahead, sir.
8    THE WITNESS:  What about LECT?
9    MR. GOKOFFSKI:  Q.  What is it?
10    A.  It's internal tool developed by Tesla to, like,
11 for evaluation purposes.  Like I think it's -- I don't
12 remember off the top, but I think it's labeling and
13 evaluation tool or something.  But, like, that's what I
14 remember from the top.  We just -- we refer to the
15 acronym, like, so I don't know what the full form is for
16 sure.
17    Q.  Thank you for that.
18    Okay.  Now I'm going to go back a little bit
19 because I feel like -- I mean, I'm sorry, Tom; I don't
20 really understand your objections here.  I'm really trying
21 to understand, you know, specifically topic 12, the
22 research relied upon by Tesla in the development of the
23 hands-on scheme.  So this is the best way I can rephrase
24 my question that way I feel like it stays within the
25 notice.

247

1    And again, Mr. Phatak, if it goes beyond the
2 notice, I don't want you to answer, because I'm sure
3 counsel would instruct you to do that anyway.
4    What research, as it relates to roadways, other
5 than what you've already told me before regarding, you
6 know, Road Classes, was relied upon by Tesla when
7 developing the hands-on scheme?  If any.
8    MR. BRANIGAN:  Objection to the form of the
9 question.  Go ahead, sir.
10    THE WITNESS:  Uh, research related to roadways for
11 hands on detection system.
12    I mean other than what I've already mentioned, I'm
13 not sure I'm aware of anything else.
14    MR. GOKOFFSKI:  Okay.
15    Q.  Now last time during deposition you mentioned
16 something, terminal studies regarding the Autopilot.
17    Do you recall when, I believe, the other Andrew
18 asked you about those internal studies?
19    A.  Regarding Autopilot or regarding hands on?
20    Q.  I think it was actually regarding the
21 Autopilot.  I mean I don't know whether it specifically
22 touched on hands on issues.  But do you recall the line of
23 questioning?
24    A.  I know like many -- there are many internal
25 studies.  But are you asking about some specific study?

248

1    Q.  No, just generally.  All my questions have been
2 pretty general.  I'm just trying to understand.
3    A.  Okay.
4    Q.  So my question to you is:  Did any of those
5 internal studies have conclusions regarding either the
6 Autopilot or the hands on system?
7    MR. BRANIGAN:  Objection.  Vague.  Go ahead.
8    THE WITNESS:  Yes.  But I mean like -- studies will
9 have conclusions.
10    MR. GOKOFFSKI:  Q.  So my question ultimately is
11 what were those conclusions?
12    A.  So I mean I'd give an example.  So like one
13 study that I remember talking about is, like, going to
14 Tesla, I can -- making sure the rough roads on the Tesla
15 don't accidentally trigger, like, hands-on detection when
16 the hands are not on.
17    So based on that study, we would -- we would tune
18 the hands-on detection parameters and then make sure
19 that -- the final parameter is like pass the test in the
20 sense they don't incorrectly detect hands on; just driving
21 on, like, on a rough road surface when the hands are off
22 the wheel.
23    Q.  Did Tesla ever conduct a study involving
24 researching drivers who were distracted by playing a video
25 game?

249

1    A.  Uh, I'm not aware of any specific study like
2 that.
3    Q.  Okay.  I'm going to turn your attention to
4 topic 11, the basis for Elon Musk's statement, I think it
5 was, in 2016.
6    Do you see what I'm talking about on topic 11?
7    A.  Yes.
8    Q.  I guess the most basic question I have is:  Do
9 you know the basis for that statement?
10    A.  I mean if I were to estimate, not guess, is
11 based on the analysis of telemetry from the customers'
12 cars.
13    Q.  What's the whole phrase, the
14 CH_DAS_AUTOPILOTHANDSON, what exactly is that?
15    A.  So that is the name on a CAN signal that gets
16 logged and that is -- it represents what is the hands-on
17 detection system state is.
18    So the state would be like whether hands on are
19 required or not.  If they're required, whether the system
20 is detecting hands on or not.  If it's not detecting
21 whether it's giving visual warning or audible warning, or
22 has the driver, etcetera.
23    Q.  And so -- okay.  Well, I guess you can't really
24 guess as to what he said, but...
25    So the statement that Elon made or Mr. Musk made in

250

CRANGLE
REPORTING SERVICES

1 2016 was based on -- like he must have seen this
2 particular value when he made that statement?
3    A. I mean, again, it's hard to image that Elon
4 like going and reviewing data. It would have been like
5 some engineer showing him some example from some customer
6 car. But it would most likely be the signal. That's the
7 relevant signal from the logs.
8    (Discussion off the record.)
9    MR. GOKOFFSKI: Q. I'm not sure -- I may be
10 looking at an old notice. I'm not sure about the
11 numbering. But on mine it says 15.
12    It speaks to -- the request is for a full and
13 complete set of documents that reflect design,
14 development, and testing of the Cruise Control but not
15 limited to deliberation regarding the types of sensors
16 used, number of sensors, etcetera.
17    Do you see that?
18    A. Yes.
19    Q. Okay. And I'm sure you know where I'm going
20 with this.
21    Sensors as they relate to the roadway. The
22 sensors, can they detect the different types of roadway
23 markings?
24    MR. BRANIGAN: Objection. Outside the scope. Lack
25 of foundation.

251

1    THE WITNESS: For the sake of roadway markings, we
2 have the cameras. And that camera is type of a sensor.
3    MR. GOKOFFSKI: Okay.
4    Q. How many sensors are there on, for example,
5 just specifically as to the 2018 subject Model X?
6    MR. BRANIGAN: Counsel, I'm going to instruct him
7 not to answer for the same reasons I've given already.
8    We have had extensive testimony from witnesses
9 whose role it was to design and develop the Vision system,
10 the sensors. It's all of record.
11    Caltrans was invited to participate in those deps.
12 My memory is that your colleague, Mr. Crosby, was there,
13 asked questions.
14    This is not why we're here today to talk about
15 that. So I'm going to instruct him not to answer.
16    MR. GOKOFFSKI: That's fair. Okay.
17    Q. I'm going to scroll down to the last Request
18 for Production, Mr. Phatak: A genuine and authentic copy
19 of any materials reviewed or relied upon by you to prepare
20 for this deposition.
21    Do you see what I'm referencing?
22    A. Yes.
23    Q. What did you rely on in preparing for today's
24 deposition? Or the last deposition as well.
25    THE WITNESS: Didn't you send that?

252

1    MR. BRANIGAN: We did, yes.
2    THE WITNESS: I mean, like --
3    MR. BRANIGAN: Just for the record, the witness was
4 asking if we sent them. I think he's asking if we sent
5 the list.
6    We sent a list to Mr. McDevitt of the documents he
7 reviewed and relied on. I think Mr. McDevitt marked that
8 as an exhibits so the witness is asking me --
9    MR. GOKOFFSKI: That's right. That's right. I do
10 recall that. Apologies. That's right.
11    Q. And I'm sorry, that was exhibit -- do you know
12 the exhibit number on that?
13    MR. MCDEVITT: 311.
14    MR. GOKOFFSKI: 311. Thanks.
15    Q. So another thing that was referenced at the
16 last deposition, and again I'm staying within the
17 parameters here, you mentioned mode confusion, Mr. Phatak.
18    Do you recall when you mentioned that?
19    MR. MCDEVITT: Mode.
20    MR. GOKOFFSKI: Mode, M-o-d-e, yeah. Mode
21 confusion.
22    THE WITNESS: I think there was some discussion
23 around mode confusion.
24    MR. GOKOFFSKI: Q. Can you expand on that? Can
25 you explain to me, first of all, what is mode confusion?

253

1    A. I mean mode confusion would be when the car is
2 in some mode, like the driver doesn't think it is in that
3 mode.
4    For example, if the car is -- if the driver tries
5 to engage Autopilot but car refused to -- like car was not
6 in -- Autopilot was not in a state where it could engage,
7 it was not available, and for some reason driver thought
8 it was engaged, so that would be one example of mode
9 confusion.
10    Q. But in Tesla's vehicles, which are all type
11 two, right, there are only two modes, right? It's either
12 AP, Autopilot, or manual control. True.
13    A. Well, there is Traffic Alert Cruise Control,
14 also, which is only longitudinal control while driver is
15 steering the vehicle.
16    Q. I'm sorry. Steering -- I'm sorry?
17    A. While driver is steering the vehicle, Tesla
18 would control, brake for them if there is a car in front,
19 for example.
20    Q. Okay. I see. So there are three types of
21 modes in that case in type two vehicles?
22    MR. BRANIGAN: Objection. Form. Mischaracterizes
23 the witness's testimony.
24    THE WITNESS: That would be -- yeah, you can say
25 like three -- three distinct modes.

254

1    MR. GOKOFFSKI:  Q.  And so mode confusion is the
2 perception -- is as it relates to the driver's confusion.
3 True?
4    A.  Correct.
5    Q.  Tesla made evaluations and conducted studies as
6 to the potential issues of mode confusion in a driver.
7 True?
8    A.  I mean we -- to the best of my recollection,
9 the mode confusion topics came through during, like,
10 incident or accident reviews.
11    So if, based on, like, in some of the cases, we --
12 I mean it would be either incident reviews or customer
13 complaints where customers thought they were in some mode
14 but they were -- the car was not actually in that mode.
15    Q.  Are you aware of any JIRA tickets that were as
16 a result of mode confusion in the driver?
17    A.  There were multiple changes made to avoid that
18 situation, but if you're asking me about like the number
19 on the ticket, I don't have it memorized.
20    Q.  No, no, no, I'm not asking you for the number,
21 not at all.  I'm just wondering whether generally you got
22 any tickets related to mode confusion.
23    Since we're on the topic of JIRA tickets, any JIRA
24 tickets that were related to the AP having issues with the
25 roadway?

255

1    MR. BRANIGAN:  Objection.  Form.  I'm going to
2 instruct him not to answer.  It's beyond the scope.
3    MR. BRANIGAN:  No surprise there.
4    Q.  Would you agree that playing video games while
5 operating a Tesla model 2018 might lead to the potential
6 for mode confusion?
7    A.  Sure.  I mean if they're not paying attention
8 that you could miss warnings or other system changes.
9 That's possible.
10    Q.  I want to go back real quickly to free space.
11 As it relates to topic a., but dissuades opposing counsel
12 from objecting.  Probably won't, but...
13    When Tesla was developing detection methods, did it
14 consider anything other than the current, quote, unquote,
15 free space designation that ultimately was implemented?
16    MR. BRANIGAN:  You mean did Tesla consider those
17 things when it was developing its driver monitoring and
18 hands on detection system?
19    MR. GOKOFFSKI:  Yeah, let me break down the
20 question a little further.
21    Q.  So when Tesla developed a hands on detection
22 system, that has been implemented, the free space data
23 analysis went into it.  True?
24    A.  That was one of the reasons for warning, yes.
25    Q.  Was there any alternative method considered by

256

1 Tesla?  As far as you're aware?
2    MR. BRANIGAN:  Objection.  Vague.
3    THE WITNESS:  Yeah, we considered many things.  I'm
4 not sure, like, alternative to, like, free space
5 violations or -- I mean there were like -- there were
6 multiple -- we have implemented multiple things that would
7 feed into the hands on system.  Like there were, like,
8 things considered, things implemented, but I don't know,
9 like, alternative to free space?  I'm not sure.
10    If you're asking about like replacing free space
11 with some other method, that I'm not sure.
12    MR. GOKOFFSKI:  Q.  Yeah, that was my question.
13 Was there an alternative to the free space I guess was the
14 designation, or the question.
15    Okay.  Pretty much done here.  I guess my last
16 question really is:
17    Staying within the parameters of the court order
18 and the notice, when you developed the hands on detection
19 and driver monitoring for the Autopilot, what, if any,
20 considerations were made as to the roadway?
21    MR. BRANIGAN:  Objection.  Form.  Vague.
22    THE WITNESS:  I mean I think I've mentioned it
23 before that -- but there were like, based on speed limit
24 we had some different timings.  Well, the timings were
25 based on speed of the vehicle, not speed limits per se.

257

1    But other than that, I mean you can consider, like,
2 we had one warning for, like, unstable lane line
3 detections that is somewhat related to, like, roadway --
4    MR. GOKOFFSKI:  Q.  Unstable lane line detections?
5    A.  Yeah.
6    Q.  Can you expand on that?  Like what goes into
7 that?  What does that mean?
8    A.  When the system was insured about the lane line
9 detections, and we had, like -- so we had -- uh, well, the
10 health of lane line detection.
11    So I mean we talked about the Road Estimator module
12 before, right?  So that was the module that consumed the
13 output of Vision lane lines, and if it saw, like,
14 unreasonable output, it would, like, degrade the health.
15    And if the health is degraded, we could warn the
16 users to, like, pay attention, because we think the system
17 is somewhat in a -- well, the detection may not be perfect
18 at this time.
19    Q.  And the health degradation aspect, that was in
20 the 2018 Model X's as far as you're aware, that was
21 implemented?
22    A.  Yeah, yeah, to my knowledge it was.
23    Q.  Unstable lane line detection.  That was the
24 full term, yes?
25    A.  Yes.

258



1    Q.  Okay.  And you mentioned you would warn -- you
2  had developed a system that would warn users that the --
3    A.  It was when we detected like the health
4  degrading, we would issue a chime through the hands on
5  system.
6    Q.  Oh.  Any visual warnings or just chime?  Just
7  audio?
8    A.  Both.
9    Q.  Both, okay.  Do you know what the visual
10  warning was?  Like what it specifically said?
11    A.  It was the same thing.  So it would -- there is
12  no specific text for this.  It's just "Keep Hands on the
13  Wheel" or -- I don't remember the exact text now, but
14  it --
15    Q.  Yeah.  Understand.  Understand.  And you were
16  familiar with the subject accident that's the subject
17  matter of this particular case, yes?
18    A.  Yes.
19    Q.  Do you know if the unstable lane line detection
20  system was triggered in this particular case?
21    MR. BRANIGAN:  Objection.  Form.  Foundation.  I'm
22  going to instruct him not to answer.  This is so far
23  beyond the notice.  He didn't come prepared to give that
24  kind of testimony because it's outside the --
25    MR. GOKOFFSKI:  That's all right.  I'll withdraw

259

1  the question.  That's fine, Tom.
2    MR. BRANIGAN:  Thank you.
3    MR. GOKOFFSKI:  I think that's it for me.
4    I appreciate your answers, Mr. Phatak.  I apologize
5  if I came off as a little green around the gills.  I was
6  trying to just understand the system, obviously.  Tom was
7  very sound advocate to make sure I was staying within the
8  bounds of the notice, and to his credit I'm pretty sure he
9  got that across.
10    So I'll turn it over to the next attorney
11  barring -- of course I reserve my right if anything comes
12  up, you know, that opens up any questions as relates to
13  this notice, then I reserve my right to ask more
14  questions.
15    MR. BRANIGAN:  I think it's back to you,
16  Andrew McDevitt.  Not suggesting that you need to ask more
17  questions.
18    MR. MCDEVITT:  No, I do have some questions, but
19  can you -- I have your e-mail from this morning but I
20  apologize.  Just so that we're all on the same page.
21    For topic b.4., the D16 telemetry, and Tesla's
22  evaluation of that data, are you wanting me to cover that?
23    MR. BRANIGAN:  No, no, I said that we would agree
24  that Mr. Slavik could cover that.
25    MR. MCDEVITT:  Okay.  Then that's what --

260

1    MR. BRANIGAN:  That was an e-mail sent yesterday.
2  The e-mail this morning was about your Meet-and-Confer
3  request.
4    MR. MCDEVITT:  Got it.  Okay.
5    FURTHER EXAMINATION BY MR. MCDEVITT
6    MR. MCDEVITT:  Q.  So I do have some follow-up
7  questions.  And one in particular relating to the use of a
8  camera for driver monitoring.  I'd asked you some
9  questions about that last time.  So I'm going to ask you
10  some questions about that.
11    So Tesla has internally worked to develop a Driver
12  Monitoring System that utilizes an In Cabin Camera.
13  Correct?
14    A.  Yes.
15    Q.  In addition to that, Tesla did, at least,
16  consider technology from third party manufacturers.  Is
17  that true?
18    A.  Uh, I'm not sure what you mean by technology
19  from third party -- what technology are you talking about
20  specifically?
21    Q.  Well, specifically within the documentation
22  that's been produced in this case there's a reference to a
23  system by a company named Tobii, T-o-b-i-i, EyeX.
24    A.  I'm not sure where that was -- I haven't come
25  across that company.

261

1    Q.  All right.  Well -- to streamline this, let me
2  show you -- what's the next in order?
3    THE REPORTER:  322.
4    (Plaintiff's Exhibit 322 was marked for
5  identification.)
6    MR. MCDEVITT:  I'll show this document to you, sir.
7    THE WITNESS:  Okay.
8    MR. MCDEVITT:  Q.  This is a 72-page document with
9  a first page Bates ending in 52265.
10    Do you recognize the format of this document to be
11  a Confluence page?
12    A.  Uh, is it?  I don't know for sure.
13    Q.  Okay.  All right.  In any event, you see at the
14  top, the number one, it says:  Design Proposals?
15    A.  Yes.
16    Q.  And then if you go down to 1.12, it says:
17  Eyetracking for ADAS with Tobii EyeX as a Driver Monitor?
18    A.  Yes.
19    Q.  And then I'll take you to the page that the
20  reference is, Bates 52299.
21    Are you still seeing the document?
22    A.  Yes.
23    MR. BRANIGAN:  Well, it went left.  It's too large
24  or something.
25    MR. MCDEVITT:  Q.  Are you able to see the page I

262

1 referenced now, sir?
2      A. Yes.
3      Q. And do you see it says Eyetracking for ADAS
4 with Tobii EyeX as a Driver Monitor?
5      A. Yes.
6      Q. Then the paragraph underneath Tracking Driver's
7 Eye Line reads:  We are working on implementing a demo
8 with eyetracking interfaced into the ADAS loop.
9 Monitoring the state of where the --
10      Let me just stop there.
11      When did Tesla work on implementing a demo of the
12 Tobii EyeX system?
13      A. I wasn't part of Vision.  The people I talked
14 to didn't mention about this Tobii demo.  So I don't think
15 I can answer this.
16      Q. Well, let me just ask you generally, within the
17 Autopilot team, who have been the persons responsible for
18 driver monitoring hardware since 2017?
19      A. I don't know if I remember everybody.  But if
20 you are specifically talking about the camera systems, it
21 would be -- there are multiple people involved.  I'm
22 blanking on names right now, sorry.
23      I mean I talked to Ben Frevert who was one of the
24 lead engineers on the Camera team.  There was one more
25 female engineer; I'm blanking on that name.

263

1      MR. BRANIGAN:  Can you spell Mr. Frevert's last
2 name for us?
3      THE WITNESS:  F-r-e-v-e-r-t.
4      MR. BRANIGAN:  Thank you.
5      THE WITNESS:  I think I mentioned it last time
6 also.  Those were like the two that I remember.
7      I mean then there are like -- Ben was part of the
8 Camera team so there were multiple people in that team, so
9 I don't remember everybody by name, but Ben is the one I
10 had interacted with back then, and even for preparation of
11 this deposition.
12      MR. MCDEVITT:  Q.  You said there was one female
13 engineer.  Was the female engineer Kate Park or was it
14 somebody else?
15      A. No.  This was somebody else.  But you asked
16 from hardware perspective.
17      Q. Yes.  So --
18      A. Kate was --
19      Q. Sorry.  Go ahead.
20      A. Kate was software.
21      Q. Okay.  Did you ask Mr. Frevert if Tesla had
22 consulted with any third party companies that offered
23 hardware or software solutions for driver monitoring that
24 included cameras or eye detection?
25      A. So I asked him specific -- not this specific

264

1 question, but I asked him what -- what he said to us then
2 for this Camera Cabin selection, he did not mention this
3 Tobii Eye system.
4      Q. So if you at this point in time wanted to know
5 who was involved in the efforts to arrange a demo of the
6 Tobii EyeX system, how would you go about doing that?
7      A. I mean I would go back to Ben, ask him if he
8 remembers this specific company.  I think I mentioned last
9 time also that when I left Tesla, then he resigned, so he
10 lost access to all the older documents.  So I don't know
11 if he has any documents around it.  It would likely be
12 from his memory, if he remembers at all.
13      Q. All right.  Do you know if the efforts to
14 arrange a demo with the Tobii EyeX, if that was before or
15 after 2018?
16      A. Uh, not sure.
17      Q. This page says, in addition to what I already
18 read:  "Possible use cases are as follows."
19      First bullet point:  "Monitor if driver is looking
20 at the road, eye gaze is on the windshield."  That's one
21 of them.
22      And why was that something that Tesla deemed to be
23 a possible use case?
24      A. I mean I don't know who wrote the document, but
25 I mean that's how -- that's the general terminology for

265

1 driver monitoring, in cabin.
2      Q. What were the reasons that Tesla considered a
3 system that would monitor if driver was looking at the
4 road and its eye gaze was on the windshield, as opposed to
5 just using the torque system, monitoring torque on the
6 wheel?
7      A. We always want to make our products better, so
8 this would be, like, additional, like, you can call this
9 enhancement in the Driver Monitoring System.
10      Q. Well, did Tesla at any point in time evaluate
11 whether using the hands on as a monitoring system, whether
12 that was effective at all?
13      A. I think we talked about this last time, but
14 yes, we -- we did several internal studies with, like,
15 various levels of -- I mean engineers or test drivers and
16 whatnot.
17      Q. Let me clarify.
18      So what I'm wondering is, either through looking at
19 the fleet data or by actually doing studies that Tesla set
20 up, did Tesla ever compare this particular EyeX system and
21 its effectiveness at monitoring driver attentiveness to
22 the steering wheel torque monitor method that it was
23 using?
24      A. Again, I don't -- I don't have any knowledge of
25 this EyeX demo, or, like, what was done with that, whether

266

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1 that demo even happened or not.  So I don't know how to
2 answer the question.
3      Q. All right.  The second bullet points indicate
4 that a possible use case is to:  "Monitor if the driver's
5 eyes are closed, possibly indicating the driver has fallen
6 asleep or not fully conscious."
7      The possibility of a driver falling asleep or not
8 being fully conscious with Autopilot engaged, that was
9 something that Tesla was mindful of since at least 2015.
10 True?
11      A. Yes.
12      MR. MCDEVITT:  I don't have any more questions on
13 that document.
14      Q. So I wanted -- you had answered some questions
15 about unstable lane line detection, so I had some specific
16 follow-up on that.
17      But before I get to that, did you do anything
18 between the last session of your deposition and today to
19 further prepare?
20      A. I mean given most of today -- at least my
21 understanding was most of today was about part b.
22      I talked to Chris Tapia who is the -- who is one of
23 the engineers working on the D16 and vehicle safety report
24 about some of the questions I had about that system.
25      Q. Did you review any additional documents since

267

1 the last session of your deposition?
2      A. Uh, I didn't find any -- any more documents.
3      Q. Did you look for any additional documents?
4      A. For -- related to -- I mean I did -- I did
5 casually search on Confluence but they didn't find
6 anything useful.
7      Q. What did you search for on Confluence?
8      A. Uh, I think the original scheme and, like, the
9 study around it, but we didn't find anything other than
10 what I already had.
11      Q. So Confluence, would you agree that's kind of
12 analogous to an internal Wikipedia for Tesla?
13      A. Yes.
14      Q. And in Confluence is there a functionality that
15 lets you do a key word search?
16      A. Yes.
17      Q. So you did some key words -- did you do key
18 word searches?
19      A. I mean, yeah.
20      Q. I'm just following up on what you said.  You
21 mentioned -- sorry.  Let me finish my question so we have
22 a clean record.
23      A. Yeah.
24      Q. You mentioned you did some additional looking
25 in Confluence to see if you could figure out more

268

1 information about the original hands-on detection scheme
2 in the vehicles with Autopilot.  Correct?
3      A. Yes.
4      Q. Tell us what you did to perform that search.
5      A. In the search bar on Confluence, so I just
6 chose driver monitoring and hands on detection.  I looked
7 for pages, like, during the early days of Autopilot.
8      Q. Okay.  Did you find any pages that set forth
9 the original driver monitoring scheme?  What I mean by
10 that, the original parameters for how long a person could
11 have his or her hands off the wheel before getting an
12 alert?
13      A. Not specifically, no.
14      Q. Okay.  Did you find something that generally
15 referenced that?
16      A. No.
17      Q. Okay.  So you were unable to find any
18 documentation that memorialized what the original scheme
19 was for the driver monitoring?  Is that true?
20      A. Correct.
21      Q. And in addition, you also attempted to search
22 for studies that would have supported the driver
23 monitoring scheme that Tesla used?  In other words,
24 studies that would explain how Tesla chose to allow a
25 certain amount of time with hands not being detected

269

1 before there was an alert.  Is that right?
2      A. Right.  Nothing on Confluence.
3      Q. Okay.  Did you find anything anywhere else?
4      A. No.
5      Q. Did you look in Polarion?
6      A. Polarion?  I looked at -- I had -- not in
7 between.  I looked at Polarion back before the first
8 deposition.
9      Q. Okay.  So you've made efforts in connection
10 with the court order to find any studies that Tesla
11 performed that would support the decisions Tesla made
12 about how long to allow a person to have his or her hands
13 not being detected before the system would issue a
14 warning.  Correct?
15      A. Correct.  I didn't find anything written down.
16 But, like, obviously as I said last time, we did evaluate
17 the system before -- with a bunch of internal drivers
18 before releasing, yes.
19      Q. All right.  And I'm separating those two
20 things.  I'm separating whether the hardware actually does
21 what Tesla wants it to do versus the decisions regarding
22 the hands-on detection methodology and the timing related
23 to it.
24      So with that in mind, am I correct that Tesla does
25 not have any documentation that explains how it decided

270

1 and why it decided to allow a particular amount of time to
2 pass before a warning would be issued when the hands were
3 not detected on the wheel.  Is that right?
4       MR. BRANIGAN:  Objection to form.  Mischaracterizes
5 the witness's testimony.
6       Go ahead.
7       THE WITNESS:  I didn't find any documentation
8 around that.
9       MR. MCDEVITT:  Okay.
10      Q. So now I'm going to show you what I'm marking
11 as Exhibit 323.  Are you able to see this page?
12      MR. BRANIGAN:  You just made it smaller.  Can
13 you --
14      MR. MCDEVITT:  Sure.
15      MR. BRANIGAN:  Thank you.  Good for me.
16      THE WITNESS:  Yes.
17      MR. MCDEVITT:  Q.  And you know what?  Let me see
18 here a second.  I apologize.
19      This is actually -- I previously marked this as
20 Exhibit 256 so you guys all okay if we not mark a new one
21 so we don't have a duplicate?
22      MR. BRANIGAN:  Yes.  I'm sorry.  What do you want
23 to do, Andrew?
24      MR. MCDEVITT:  I realized that I previously marked
25 this as 256 in a prior depo, so rather than creating two

271

1 instances of the same document, if you guys are okay
2 agreeing we are not going to mark this as 323, I'll just
3 use the prior exhibit.
4       MR. BRANIGAN:  Yeah, sure.  And it's 256?
5       MR. MCDEVITT:  Correct.
6       Q. So I'm showing you what was previously marked
7 as Exhibit 256.
8       (Plaintiff's Exhibit 256 was marked for
9 identification.)
10      MR. MCDEVITT:  Q.  Are you able to see the top of
11 the page?  It says Warning Sequence?
12      A. Yes.
13      Q. I'm going to go down to -- so on this first
14 page here it says Hardware 1, Monocam.  That's essentially
15 for the early version of the Model S vehicles, right, that
16 had Hardware 1?
17      A. S and X both.
18      Q. So I'm going down to the page ending in 122591;
19 it says Hardware 2.x - ParkerPasqual.
20      And then scrolling to the next page ending in 592,
21 that says Hands on Reasons.  Are you able to see that?
22      A. Yes.
23      Q. Under Hands on Reasons, the first one says
24 Chime1_Angle_Saturation.
25      Does that refer to a CAN signal?

272

1       A. So the -- I mean these are the values of a CAN
2 signal, yes.
3       Q. So in other words, if you looked at the Car Log
4 data for a particular vehicle.  And you looked in the
5 column Chime1_Angle_Saturation, that's where you'd find
6 the data?
7       A. So the signal to look at would be DAS hands on
8 reason, if I'm remembering the name of that signal
9 correctly, and these would be the values of that signal.
10      Q. Okay.  So if we go to the next page, one of the
11 values or one of the ones indicated is:
12 Chime1_Re_Degraded_Measurements?
13      A. Yes.
14      Q. Looking at that particular line, you had
15 referred to earlier unstable line like detections.  Is
16 this the same thing you're talking about?
17      A. Yes, yes.  That's the same thing.
18      Q. Okay.  So if you wanted to find out if a
19 particular vehicle had issued a hands on chime1 in
20 response to degraded vehicle -- or degraded measurements
21 in the Car Log, you'd look to see if there was any entry
22 in there that had the text
23 Chime1_Re_Degraded_Measurements?  Is that true?
24      A. Yes.
25      Q. And then the explanation is that's triggered

273

1 when the Road Estimator has degraded inputs and has been
2 rejecting inputs for at least 500 milliseconds.
3       So my question to you:  Was that particular logic
4 for that warning, was that in place prior to March 23rd,
5 2018?
6       A. I mean I don't know for sure if the logic was
7 exactly the same at that point or not.
8       Q. Okay.  Essentially, though, what we're talking
9 about here is the system as the vehicle is driving down
10 the road, and the cameras are making predictions on what's
11 in the roadway environment, if the system itself, however
12 it's been programmed, recognizes that the roadway
13 information is degraded for at least 500 milliseconds, it
14 will issue a warning to the driver.  Is that true?
15      A. Correct.
16      Q. So in this particular Chime1, the degraded
17 measurements, within that category, did that include
18 degraded inputs that would be associated with faded Lane
19 Geometry?
20      A. That could be one of the possibilities.
21      Q. Okay.  And did it also include if you had sun
22 glare that was interfering with the camera's ability and
23 the neural network's ability to recognize roadway
24 features, would that trigger this kind of a warning or is
25 that not related?

274

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1    A. It could.  It could trigger.  I mean again,
2  like if sun ray caused the lane line detection system to
3  produce value that would be redacted by the Road
4  Estimator, that can lead to this.
5    Q. The next one listed there is Chime1_Drivable_
6  Space_Violation, and the text is:  Triggered when there is
7  a violation to drivable space in the ego vehicle's path
8  with a TTC less than 2.5 seconds.  Note that the car will
9  also control longitudinally for this free space violation,
10  but the addition of a hands on warning can help with
11  driver engagement.
12    So that particular signal will appear in the logs
13  for the vehicle's data if the system has determined that
14  there is a drivable space violation that matches the
15  parameters that I just mentioned.  Is that true?
16    A. Yes.
17    Q. Okay.  And did that particular hands on reason,
18  did that exist within the Autopilot system prior to
19  March 23rd, 2018?
20    A. The reason existed, yes.
21    Q. I'm sorry?  Say that again?
22    A. The -- that reason, I think it existed.  I'd
23  have to -- like, I don't remember, like, the exact date
24  of when that was added.  But to the best of my
25  recollection it existed in 2018.

275

1    Q. Okay.  And can you just explain for us with
2  Autopilot engaged in a vehicle that's driving down the
3  road, explain the situation where that particular hands on
4  warning would trigger.  Or was supposed to trigger.
5    MR. BRANIGAN:  Objection.  Form.  You mean the
6  roadway situation?
7    MR. MCDEVITT:  Correct.
8    MR. BRANIGAN:  Okay.  Go ahead.
9    THE WITNESS:  I mean if there is, like -- if the
10  system detects, like, we are approaching, like, the part
11  of the vehicle would interfere -- like would exit the
12  Drivable Space on the road, within 2.5 seconds, it would
13  trigger this warning.
14    MR. MCDEVITT:  Q. Okay.  The TTC, that's Time to
15  Collision.  Correct?
16    A. Yes.
17    Q. All right.  So what this was supposed to do was
18  if a customer is using Autopilot, and they're going down
19  the road, and the Tesla Autopilot selects a path for the
20  vehicle that is going to go outside of the Drivable Space,
21  that's one of the conditions that needs to be met.  Is
22  that right?
23    A. Yes.
24    Q. All right.  And then in addition to the
25  Autopilot selecting a path that's going to go outside of

276

1  the Drivable Space, the next thing that it would check is:
2  Is the vehicle on a path to a collision?  And is the Time
3  to Collision less than 2.5 second?
4    MR. BRANIGAN:  And you're asking in connection with
5  subject model, Model X.  Correct?  In terms of a temporal
6  scope?
7    MR. MCDEVITT:  Yeah, I mean I think he believed
8  that this existed already, so that -- yeah, I would agree
9  with what you just said, yes.
10    THE WITNESS:  Okay.  All right.
11    MR. BRANIGAN:  Yeah.
12    THE WITNESS:  So let me clarify the TTC.
13    So when you think about Time to Collision, if
14  you're imagining like a collision with an object that may
15  not be always true, so it just -- I mean there may or may
16  not always be an object, so it's just -- if the imaginary
17  collision with the boundary of drivable space and
18  nondrivable space.  So the collision may or may not always
19  be like physical collision between two objects.  Does
20  that --
21    MR. MCDEVITT:  Yes.  Let me break it down.
22    Q. So as a Tesla is going down the road, one of
23  the things that the Autopilot system is doing is using the
24  visual information it's trying to define where's the
25  Drivable Space, right, on the surface in front of it.

277

1  What is drivable --
2    A. Yes.
3    Q. Correct?
4    A. So, yeah, I think you cut out.
5    Q. Oh, okay, I'm sorry.  Okay.
6    So just referring to Drivable Space, as a Tesla
7  vehicle with Autopilot engaged, is travelling down the
8  road, the Autopilot's system is constantly surveying the
9  roadway and defining an area that it deems to be, quote,
10  Drivable Space.  Correct?
11    A. Yes.
12    Q. And the Drivable Space, as of March of 2018,
13  did that include areas within a gore region?
14    A. I don't know how the system was -- I mean I
15  don't know what the -- like the learning parameters of the
16  neural network were at that time.
17    Q. For the entire time you've been with Tesla has
18  it been your understanding that the Drivable Space does
19  not extend beyond the pavement edge?
20    MR. BRANIGAN:  I'm going to object to the question.
21  I think it's beyond the scope of the witness and frankly
22  the only reason that we're into this is because of
23  questions raised by counsel for Caltrans that I objected
24  to as beyond the scope of the notice.  So there's a lack
25  of foundation for the witness to answer.

278

CRANGLE
REPORTING SERVICES

1    But go ahead, sir.
2    THE WITNESS:  So was the question is the Drivable
3 Space limited to the edge of the paved road?
4    MR. MCDEVITT:  Correct.
5    MR. BRANIGAN:  Same objections.
6    THE WITNESS:  I mean that is my understanding, but
7 again I don't know how the -- like the -- how the training
8 data was labeled for Drivable Space reduction for Vision
9 system.
10    MR. MCDEVITT:  Q.  All right.  Let me try to see if
11 we can move past that.
12    In March of 2018, the Vision system had some
13 definition of what Drivable Space is.  Correct?
14    A.  Correct.
15    Q.  And as the Tesla with Autopilot engaged moved
16 down the road, one of the things it was constantly
17 evaluating is where is that Drivable Space on the surface
18 in front of me.  Correct?
19    A.  Yes.
20    MR. BRANIGAN:  Same objections.  Outside the scope.
21 Go ahead.
22    THE WITNESS:  Yes, to the best of my knowledge,
23 yes.
24    MR. MCDEVITT:  Q.  Okay.  And then in addition, one
25 of the other things that the Autopilot system would do as

279

1 the Tesla is traveling down the road is it would project a
2 path for the vehicle.  Right?
3    A.  Right.
4    Q.  Okay.  And so this particular Drivable Space
5 violation, that hands on warning, that was intended to
6 function when the vehicle was projecting a path that
7 extended beyond the vehicle -- what the Autopilot
8 system had defined as Drivable Space?
9    A.  Correct.
10    Q.  And the chime or the warning was supposed to
11 trigger if the path that was projected was projecting a
12 path that would beyond the Drivable Space within a time
13 period of less than 2.5 seconds.  Is that true?
14    A.  Correct.  Yes.
15    Q.  Okay.  Now, on the bottom of this particular
16 page, it says:  Hands On Change History.
17    And am I correct to track this we would start at
18 the bottom which would be the earliest date?  Is that
19 right?
20    A.  Yeah, it looks likely.  What's the column on
21 the left?
22    Q.  So --
23    A.  That's the key, right.
24    Q.  Sure.  There's a column created and then
25 there's a column called Updated?

280

1    A.  Yeah.
2    Q.  From this particular chart, this format, would
3 we be able to tell when a particular change that's
4 referenced on the left, when that was implemented?
5    A.  Uh, roughly?  Yes.
6    Q.  And when you say "roughly" tell us what you
7 mean by that.
8    A.  I mean the change would be implemented
9 somewhere in between created and updated date.
10    Q.  Okay.  And if we look at the column SW 139497,
11 offer a hands on chime and slow down for Drivable Space
12 violations.  Do you see that one?
13    A.  Yeah.
14    Q.  And that says it was created April 13th, 2018?
15    A.  Yes.
16    Q.  Okay.  So your interpretation of that is that
17 means that functionality did not exist within the Tesla
18 Autopilot prior to April 13, 2018?
19    A.  That -- that sounds possible, yeah.
20    Q.  All right.  And with respect to that particular
21 chime, or that hands on warning, the underlying data to
22 initiate that chime, the underlying data would have
23 already existed.
24    In other words, the vehicle, Tesla's Autopilots
25 already, prior to April 2018, was already surveying for

281

1 Drivable Space.  Right?
2    A.  Yes.
3    MR. BRANIGAN:  Object to form.  No foundation.
4 Beyond the scope.
5    THE WITNESS:  Yeah, some version of it would likely
6 be in the car, yes.
7    MR. MCDEVITT:  Q.  And prior to April 2018 the
8 system obviously had to project a path.  Correct?
9    A.  Uh, I mean yes.  Yeah.  I mean we would be --
10 the path liner would, like, plan a path.
11    Q.  So in order for that particular hands on
12 warning to that to be added to Autopilot, someone had to
13 make the decision to do that.  Correct?
14    A.  Yes.
15    Q.  And who was it that decided to do that?
16    MR. BRANIGAN:  Objection.  Form.  Foundation.
17 Beyond the scope.  Go ahead.
18    THE WITNESS:  I mean I can't be sure but would be
19 one of the engineers.
20    MR. MCDEVITT:  Q.  And what were the reasons that
21 Tesla added that particular hands on change?
22    A.  I mean again, like as I mentioned earlier, like
23 we would want to like continuously improve the system, so
24 wherever we see the possibility to improve the system, we
25 do that from time to time.

282

1     Q. Okay.  And in what way did adding that
2 particular functionality improve the system?
3     A. It adds another method to warn the driver.
4     Q. Did you finish your answer?  I'm sorry.
5     A. Yeah, it just added another method to warn the
6 driver when, like, some specific scenario.  I mean some
7 specific scenario that would likely demand driver's
8 attention.
9     Q. Okay.  And beyond indicating that Tesla wants
10 to make continuous improvements, do you know, you know,
11 specifically the reason why Tesla added that
12 functionality?
13     A. Uh, I mean I -- not off the top of my head, no.
14 Sorry.
15     Q. One other I wanted to ask you about.  This will
16 be 323.
17     (Plaintiff's Exhibit 323 was marked for
18 identification.)
19     MR. BRANIGAN:  Andrew, are you going to spend a
20 fair amount of time on 323?  If so, we've been going over
21 an hour.  Lunch has arrived.
22     MR. MCDEVITT:  No, this is like a minute I think.
23     MR. BRANIGAN:  Go ahead.
24     MR. MCDEVITT:  Q.  So 323, this is an e-mail thread
25 from 2016.

283

1     And what I want to ask you about is the bottom
2 portion of the e-mail.
3     Do you see there's an image that says Take Over
4 Immediately, Vehicle Departing Lane?
5     A. Yes.
6     Q. So my question is:  Was there functionality on
7 Autopilot in March of 2018 that with Autopilot engaged, if
8 Autopilot was departing a lane, the system was supposed to
9 initiate this type of a warning to the driver?
10     A. So if you read the note about that image, it
11 said the warning came on after canceling the Autopilot.
12 Just above the image.
13     Do you see that?
14     Q. Yes.
15     A. So I think this is the -- this is the feature
16 that we -- I think this was last time I think you brought
17 up some e-mail between Sterling and Nicklas and I think I
18 was also copied on that e-mail but that's the feature
19 where user cancels Autosteer but doesn't realize they have
20 canceled Autosteer and the car starts departing the lane,
21 that's when we warn the drivers to assume control, that
22 Autosteer is not engaged, and the vehicle is departing the
23 lane.
24     Q. Okay.  I'm following what you're saying so let
25 me then ask a corresponding question.

284

1     As of March of 2018 was there functionality within
2 Autopilot that in a scenario where Autopilot was engaged,
3 and Autopilot initiated a steering movement that was
4 taking the Tesla out of the lane where the system would
5 prompt the operator to Take Over Immediately because it
6 was departing a lane?
7     MR. BRANIGAN:  Objection.  Form.  Foundation.
8 Beyond the scope of the notice and the Court's order.
9     THE WITNESS:  So I can think of some scenarios
10 where it would do that.  One, if the nature of the lane
11 is, like, too high and it requires, like, steering beyond
12 the limitations of Autopilot, or the --
13     I think one of the earlier documents, there was a
14 -- I think 256, you had a reason about angle saturation?
15     So that would potentially lead to Autosteer
16 departing the lane because the steering angle or steering
17 angle rate is required to stay within the lane is beyond
18 the system capabilities.
19     So at that time we would -- we would, like, issue a
20 hands on chime to get the driver attention.
21     MR. MCDEVITT:  Q.  What about in a scenario where,
22 due to degraded, or lane lines that were faded or not as
23 prominent as other lane lines on the road, and the Tesla
24 was moving the vehicle out of the lane lines due to that.
25     In that scenario, as of March of 2018, was the

285

1 Tesla -- did the Autopilot software have a functionality
2 where it would issue this type of a warning?
3     MR. BRANIGAN:  Same objections.  Beyond the scope
4 and the notice and the order.  Go ahead.
5     THE WITNESS:  I think in that document 256 we
6 discussed the Road Estimator regulated measurements.  If
7 that triggered we would issue a chime for that.
8     MR. MCDEVITT:  Q.  Okay.  And then the Road
9 Estimator, the degraded measurements, just so I'm clear,
10 one of the things that the degraded measurements was
11 specifically evaluating was whether or not the roadway
12 markings were faded or degraded.  Is that right?
13     A. Yeah, I'm not sure of the exact implementation.
14 But, yeah, I don't know if I can answer that off the top.
15     Q. Okay.
16     MR. MCDEVITT:  All right.  So Tom, you wanted to
17 take a lunch break.  Is that what you said?
18     MR. BRANIGAN:  Yes, if this is a good breaking time
19 if you're done with the document.  Let's do that now.
20     It's 12:32 --
21     THE VIDEOGRAPHER:  Shall we go off the record?
22     MR. BRANIGAN:  Yes.
23     THE VIDEOGRAPHER:  Going off the record.  The time
24 is 12:30.
25     MR. BRANIGAN:  Let's take 35, 40 minutes.

286

1    MR. MCDEVITT:  So it's 12:30 here and you want to
2  come back at -- do you want to shoot for 1:00?
3    MR. BRANIGAN:  Yeah, 1:00, 1:05-ish.
4    MR. MCDEVITT:  Okay.
5    MR. BRANIGAN:  Andrew, any estimate --
6  Andrew McDevitt -- any estimate on how much more you've
7  got?
8    MR. MCDEVITT:  Yes, so I'll try to talk to Don at
9  the break, but my intention is to reserve most of the time
10  for him.  So I may not have any further questions, or I
11  may have one more document I want to go through, but I'm
12  not planning to go much longer.
13    MR. BRANIGAN:  Don, do you care to share any
14  estimate on how long you're going to go?
15    MR. SLAVIK:  To keep it down to a couple of weeks
16  or what?
17    I'm sorry.  Depending on some of the answers, it
18  could go relatively quickly but I don't want to promise
19  that.  We should probably plan to be here most of the day.
20    (Discussion off the record.)
21    (Recess.)
22    THE VIDEOGRAPHER:  Coming back on the record.  The
23  time is 1:07.  Please begin.
24    MR. MCDEVITT:  Q.  You were asked some question by
25  Mr. Gokoffski about if Autopilot detects hands are off the

287

1  steering wheel in the 2018 model, whether it warns the
2  driver that it's steering into a gore area.
3    And you indicated that Tesla did not have a
4  specific gore detector per se back in 2018?  Is that
5  accurate?
6    A.  Yeah, to the best of my knowledge, yeah.
7    Q.  Okay.  And there was a gore detector added in
8  the latter part of 2018.  Correct?
9    A.  I don't know the specific dates but, yeah, we
10  added, like, a gore detection.
11    Q.  Okay.  Let me show you, this will be
12  Exhibit 326.  I'm going to come back to 324 and 325.
13    (Plaintiff's Exhibit 326 was marked for
14  identification.)
15    MR. MCDEVITT:  Q.  I'm showing you Exhibit 326.
16  You recognize this particular ticket to be a Jira ticket?
17    A.  Yeah.
18    Q.  And the top indicates:  SW-156056, and then the
19  descriptor is:  Autopilot Scene Tag Behaviors?
20    A.  Yes.
21    Q.  And the creation date is August 28th of 2018.
22  Is that true?
23    A.  Yes.
24    Q.  This particular Jira ticket was given a
25  Priority P1-Critical.  Do you see that?

288

1    A.  Yes.
2    Q.  And then the Resolution, it says:  Won't Fix.
3  Correct?
4    A.  Yes.
5    Q.  And if we go to the second page, do you see
6  there's a description window?
7    A.  Yes.
8    Q.  It says:  "Master ticket to capture different
9  behaviors for scene tags."  Correct?
10    A.  Correct.
11    Q.  Then it says:  Behavior, colon, and then the
12  bullet points describe different behaviors?
13    A.  Yes.
14    Q.  In this particular document, there's an acronym
15  DON.  Am I correct --
16    A.  Yes.
17    Q.  -- is that Drive on Navigation?
18    A.  Yes.
19    Q.  That was the name that at one point in time was
20  used for Navigate on Autopilot.  Is that right?
21    A.  Right.
22    Q.  And if we look at the fourth bullet point, it
23  says:  "Regardless of DON, issue a TOI for gores."
24    Do you see that?
25    A.  Yes.

289

1    Q.  A TOI, that's Take Over Immediately?
2    A.  Yes.
3    Q.  And in 2018, when a TOI was triggered from the
4  perspective of a person in a Tesla vehicle, what would
5  happen?
6    A.  Uh, I mean that --
7    MR. BRANIGAN:  Let me just object to the form and
8  foundation of the question.  Form and incomplete
9  hypothetical.
10    THE WITNESS:  So the car would -- I mean the
11  Autopilot system would make its best attempts to continue
12  controlling, but we would show -- show a warning in the UI
13  with a chime that indicated that user should take over
14  control immediately.
15    MR. MCDEVITT:  Q.  All right.  And so the
16  particular behavior described there says -- is indicating
17  that if Autosteer and Autopilot were engaged, and the
18  vehicle -- or the Tesla entered a gore area with Autosteer
19  engaged, that the system would then trigger or issue a
20  Take Over Immediately alert?
21    A.  Yes, that's the bullet point, yes.
22    Q.  And is that what you were referring to when you
23  indicated that at some point the functionality of issuing
24  a warning or alert when the vehicle enters a gore for
25  hands on, that's -- is that what you're talking about?

290

CRANGLE
REPORTING SERVICES

1      A. Yeah.
2      Q. So at least from this ticket, that reflects
3 that that functionality was not added until sometime after
4 August 28, 2018?
5      A. Correct. I mean that would be -- is one of the
6 sub tickets specifically referring to that feature? There
7 was a list of sub-tasks.
8      Q. Oh, sub-tasks. Okay. We're on the first page
9 of the exhibit. And you said that -- okay. There's a box
10 that says Sub-Tasks?
11     A. Yeah.
12     Q. And then there's ticket 158682, Issue a TOI for
13 Gore Entry?
14     A. Yes. That would tell us like when it was
15 implemented.
16     Q. Okay. If we go to the next page, page two,
17 there's a bullet point that says: "If AP is active, and
18 gore is detected, change set speed to zero," with a
19 strike-through?
20     A. Yes.
21     Q. What does the strike-through, what does that
22 mean?
23     A. Likely that was not necessary and not
24 implemented.
25     Q. Okay. And just focusing on the change to the

291

1 system, to issue a Take Over Immediately for gore, what
2 were the reasons that Tesla made that change to Autopilot?
3      A. I think as I said previously, making
4 improvements to the system.
5      Q. Okay. I understand making improvements, but
6 what was the underlying reason for adding that
7 functionality?
8      A. It would -- TOI generally indicates that the
9 system -- system thinks it shouldn't continue controlling
10 without the user, user, like, taking control back.
11     So we determined that, like, when we detect the car
12 has entered gore area, it's best for users to take the
13 control back.
14     Q. Okay. And that's obviously for safety reasons.
15 Correct?
16     A. You can say that, yes.
17     Q. All right. So one of the categories in the
18 notice is the reason for changes to the hands on scheme,
19 so I want to show you an e-mail which is marked as
20 Exhibit 324, and then Exhibit 325 is, I believe, the
21 letter reference in the e-mail. So let me show you that.
22     (Plaintiff's Exhibit 324 was marked for
23 identification.)
24     (Plaintiff's Exhibit 325 was marked for
25 identification.)

292

1      MR. MCDEVITT: Q. Let me zoom out here. Sorry.
2 So this is Bates ending 116528.
3 I'll just show you the second page just so you can
4 see there's nothing on there. Or just e-mail signature.
5 So I'm going to zoom into the first e-mail in the
6 thread. Do you see it's dated Monday, July 18, 2016?
7      A. Yes.
8      Q. And there's an e-mail from John Simpson to
9 ElonMuskOffice@teslamotors.com?
10     A. Yes.
11     Q. And it says:
12     "Dear Mr. Musk, attached as a PDF file please find
13 a letter from Consumer Watchdog President Jamie Court and
14 former NHTSA Administrator Joan Claybrook calling on Tesla
15 to require, through a software update, that the driver's
16 hands remain on the steering wheel when Autopilot is
17 engaged and also asking Tesla to accept legal
18 responsibility when your self-driving technology causes a
19 crash." Period.
20     Do you see that text on the letter?
21     A. Yes.
22     Q. Okay. Then I'm going to scroll up. And do you
23 see at the top of the thread there's the -- this message
24 and then the one below is forwarded from Todd Maron to
25 Elon Musk erm@tesla.com?

293

1      A. Yes.
2      Q. Do you recognize erm@tesla.com to be one of
3 Elon Musk's e-mail addresses?
4      A. Based on this document, yes.
5      Q. All right. And then the person copied is
6 Sterling Anderson, and we discussed him last time.
7 Correct?
8      A. Yes.
9      Q. So now I'm going to show you --
10     MR. BRANIGAN: Is that 325?
11     MR. MCDEVITT: Correct. No. This is 324. The
12 letter will be 325.
13     Q. But before I show you 325, I just want to draw
14 your attention to, do you see on Exhibit 325, or 324,
15 excuse me, the Attachment field says:
16 LtrMuskRosekind7-18-16?
17     A. Yes.
18     Q. Now I'm going to show you 325. And in the
19 upper right-hand corner do you see it has that same date?
20     A. Uh, July 18, 2016, yes.
21     Q. Okay. And then I'm going to just draw your
22 attention to the body of the letter.
23     The first paragraph reads: "We are writing to urge
24 that Tesla immediately take action to ensure that users of
25 Tesla's autopilot feature and those who share the roads

294

1 with them are safe.
2      As Mr. Musk recently told the Wall Street Journal,
3 'A lot of people don't understand what it, bracket,
4 Autopilot, is and how you turn it on.'"
5      The last sentence reads:  "Tesla's autopilot has
6 been overhyped and many people wrongly believe that it can
7 do far more than it really can."
8      So let me just stop there.
9      Do you know as part of the development of hands-on
10 detection in the driver monitoring for Tesla vehicles
11 whether Tesla attempted to learn what the general public's
12 understanding of the functionality of the feature was?
13      A. I mean based on, I would say, yeah -- yes.
14      Q. Okay.  And then what were the ways that Tesla
15 did that?
16      And I'm just focusing -- I'm not focusing on
17 Tesla's messaging or anything like that.  I'm just
18 focusing on what tasks, if any, Tesla did to understand or
19 try to learn what did the general public believe Autopilot
20 was and its functionality.
21      A. I'm not sure I know all the details around it,
22 but I think this could -- we discussed during last
23 deposition about last time feedback in general through
24 various means.
25      Q. Okay.  And by that do you mean that there were

295

1 Confluence for material related to the hands on detection
2 did you come across this page?
3      A. Hold on.
4      Q. Sure.
5      A. I'll scroll down.
6      Can you scroll down a little bit?
7      Q. (Indicating.)
8      A. No, I don't remember seeing this page.
9      Q. Okay.  I'm on page ending in 55795.  There's a
10 section that says Risks and Mitigations.  Do you see that?
11      A. Yes.
12      Q. It says:  "We have no other sensor in the car
13 to validate whether a user's hands were on or off the
14 wheel, paren, if we did we would probably be using it
15 instead of doing this work..., end paren, so it is
16 possible that the algorithm manages to learn the wrong
17 offset if the user manages to put a little light but
18 consistent force on the wheel."
19      Just focusing on that language there, why, in this
20 particular document, why is Tesla indicating that -- or
21 whomever authored it -- that they would probably be using
22 some other method to validate whether a user's hands were
23 on or off the wheel other than the torque steering wheel
24 method?
25      A. I think they specifically mention in here about

297

1 employees at Tesla that would go onto, like, Reddit and
2 different Listservs, to look at the feedback from Tesla
3 owners and customers?  Is that what you're talking about?
4      A. Yeah, that would be -- that would be an
5 example, yes.
6      Q. Okay.  The next paragraph says:  "Tesla can
7 ensure the driver remains engaged by simply updating the
8 autopilot software so that it requires the driver's hands
9 to be on the steering wheel at all times."
10      Just focusing on that sentence, did Tesla take any
11 steps in response to this particular letter?
12      A. This is the first time I've seen the letter so
13 I don't know if -- if we, like -- if we took any steps as
14 a response to this letter.
15      Q. Have you located any document -- strike that.
16      So let me just show you one more document.  This is
17 a previously marked document.  This is Exhibit 255.  This
18 was previously marked as Exhibit 255 in the deposition of
19 Adreas Koehler.  It was Bates on the first page ending 55793.
20 And at the top it says Hands On Detection.
21      (Plaintiff's Exhibit 255 was marked for
22 identification.)
23      MR. MCDEVITT:  Q.  Do you see that?
24      A. Yes.
25      Q. When you most recently did a search on

296

1 the mechanical offset in the torque.  So when the hands
2 are not on the wheel, the -- I may have mentioned it last
3 time -- but the feedback from the mechanical linkages of
4 the steering system would produce some, like, non zero
5 torque in one direction or another, which is considered
6 like the offset (indicating quotes).  So I didn't -- like
7 what would be the torque detected by the steering system
8 when there is no hands on.
9      So that's the offset and we want to learn the
10 offset.  So this is like -- this is part of dealing with
11 various between, like, vehicle to vehicle variation,
12 because every vehicle is like somewhat different, so the
13 way the mechanical system would exert the torque -- exert
14 nominal torque back would be somewhat different from each
15 other.
16      And so that -- so like learning that torque is
17 important because you want to see, like, we are doing the
18 torque-based hands on detection, you want to see change of
19 torque with respect to that offset, not zero.
20      Because by default you would think if you really
21 know about all of these, like -- about these mechanical
22 linkages and other factors, that when there is no hand on
23 the wheel, there would be zero torque on the wheel.
24      But that's not the case, so we want to, like, see
25 the -- like measure the torque from that offset, not from

298

CRANGLE
REPORTING SERVICES

1 the center.
2      And then that's the additional work we have to do
3 to deal with car to car variations.
4      Q. Well, further underneath that, it says, in
5 talking about the ways the risk is mitigated, number 3
6 says: "Fleet data is analyzed before deploying changes to
7 the algorithm, to evaluate how susceptible the algorithm
8 is to this risk."
9      So the question I want to ask you is where is the
10 fleet data that was analyzed or the material that reflects
11 analysis of the fleet data?
12      A. Isn't that in the Validation section below?
13      Q. Is that it?
14      A. I mean I see some data here.  I don't know if
15 there is another data from -- I mean I know that we --
16 that from memory what I remember is we implemented another
17 when the system learns the offset.
18      And then we -- like we would have looked at the
19 other from the fleet to get more data from the customer
20 fleet.  This would be like initial validation on
21 engineering fleet.
22      Q. Okay.  Let me come back to topic a. 11. in the
23 notice is -- one of the sub parts of it is:  "All data
24 that exists from Tesla fleet that relates to steering
25 wheel torque, percentage of time that the

299

1 CH_DAS_AUTOPILOTHANDSONSTATE had the value
2 LC_HANDS_ON_REQD_DETECTED when the CH_DAS_AUTOPILOTSTATE
3 was ACTIVE_NOMINAL for Tesla fleet vehicles in the six
4 month period before 3/23/18."
5      So putting that into just ordinary language, do you
6 understand that to mean percentage of time that the
7 vehicle's actually detecting the hands on the wheel when
8 the system is calling for the hands to be -- hands to be
9 on the wheel or, in other words, being reported?
10      A. The statement here asks how many -- like what's
11 the percentage of time hands on were required and detected
12 when Autosteer state was active nominally.
13      Q. Okay.  So in the six-month period prior to
14 March 23rd, 2018, within the Tesla fleet for the customer
15 vehicles, what percentage of time, based on the Tesla
16 data, did users have their hands detected when the system
17 was activated?
18      A. So I asked, like, I asked this, like, about how
19 to get the data to a couple of team members, and those are
20 the members who would have -- who usually are getting,
21 like, analyzing CAN data.
22      But both of them said, like, the data from that
23 time is not -- not accessible and not indexed to perform
24 such a, like, to answer such a query.
25      Q. Okay.  In the six-month period prior to March

300

1 of 2018, for customers using Autopilot, was it Tesla's
2 understanding that 100 percent of the time that Autopilot
3 was used, customers would have their hands on the wheel?
4      MR. BRANIGAN:  Objection.  Form.
5      Incomplete hypothetical.  Vague.
6      THE WITNESS:  I mean that -- I don't think that was
7 Tesla's understanding.
8      MR. MCDEVITT:  Q.  Based on the data that Tesla had
9 available to it from the customers' vehicles, how often
10 did customers have their hands on the wheel when they were
11 using Autopilot?  Or at least have their hands detected?
12      A. As I said, the data is not, like, queryable to
13 answer that question.
14      Q. Well, at any point in time prior to March of
15 2018 did Tesla -- well, let me move back.
16      So we have the statement from September of 2016
17 from Tesla's CEO that, quote:  "So we will see half a
18 dozen or more, sometimes as many as ten warnings in one
19 hour continuously ignored by the driver."  End quote.
20      Did that change between September 2016 and March of
21 2018?
22      MR. BRANIGAN:  The "that" that you're referring to
23 is number of warnings -- the piece of that statement about
24 the number of warnings?
25      MR. MCDEVITT:  Fair enough, Tom.  Let me break it

301

1 down.
2      Q. So in the statement from Tesla's CEO, Mr. Musk
3 is indicating that based on the data that Tesla had
4 available to it, Tesla was seeing that it would see half a
5 dozen or more, sometimes as many ten warnings during a one
6 hour period continuously ignored by the driver.
7      So just focusing on that statement, did Tesla
8 observe that between September 2016 and March 2018 there
9 was any change in that sort of observation?
10      In other words, did Tesla determine actually people
11 are responding to the warnings -- or not ignoring warnings
12 any more, as many as ten warnings an hour?
13      MR. BRANIGAN:  Let me just object to the question
14 to the extent it's beyond the scope of the notice, but if
15 you can answer, sir, go ahead.
16      THE WITNESS:  I mean I don't know if we looked at
17 any ticker -- a case from a particular car and like
18 counted how many times they had ten warnings -- like if
19 they had ten warnings in an hour or not.
20      But, like, since then we added, we implemented the
21 strike out scheme, so they couldn't have had more than
22 three chime warnings, hands on chime warnings.  That would
23 have resulted in -- like in an hour, and that would have
24 resulted in a strike out.
25      MR. MCDEVITT:  Q.  But you could, even after the

302

1 three strikes rule, you could get an infinite number of
2 visual warnings, and as long as you responded to the
3 visual warning, you'd never strike out.  Right?
4     A. That's true, yes.
5     Q. Okay.  And in order for a warning to appear,
6 depending on the speed the vehicle was going, that could
7 correspond to the driver not having his or her hands on
8 the wheel for a period of ten minutes.  True?
9     A. Okay.  I'm not --
10     MR. BRANIGAN:  Just object to the form of the
11 question.  Incomplete hypothetical.  Go ahead.
12     THE WITNESS:  Right.  I don't remember those
13 timings off the top again, but if -- yeah.
14     If that was the case -- yeah, that could have been
15 the case, yes.  Based on other conditions we discussed
16 last time.
17     MR. MCDEVITT:  Q. Okay.  So each warning for a
18 person using Autopilot, each warning could be associated
19 with that person not having their hands on the wheel for
20 ten minutes.  True?
21     A. Not necessarily.  A warning could appear before
22 that based on conditions we discussed last time.
23     Q. Okay.  And so that was why I used the word
24 "could" on purpose because "could" is not a synonym for
25 necessarily, right?

303

1     A. Right.
2     Q. Okay.  So when the CEO of Tesla was indicating
3 that Tesla could see as many as ten warnings in one hour
4 continuously ignored by the driver, that could correspond
5 to the person using Autopilot not having his or her hands
6 on the wheel for 40 to 50 minutes.  Correct?
7     A. If you're talking about if it's possible at
8 all, yes, it's possible.
9     Q. Okay.  Well, my question is:  The statement in
10 September of 2016 about Tesla's observation of warnings
11 being ignored, after Tesla made changes to the driver
12 monitoring, the various changes that it made, did Tesla at
13 any point do any work or evaluation to determine whether
14 the changes had an effect on how the amount of time that
15 customers were having their hands off the wheel when
16 Autopilot was engaged?
17     MR. BRANIGAN:  Objection.  Form.  Asked and
18 answered.
19     THE WITNESS:  Right.  I mean it wouldn't, like, it
20 definitely wouldn't let people go as far as, like, chimes,
21 because after three chimes it would -- it would strike
22 out.
23     And then other than that, as I said, like doing
24 fleet-wide queries based on, like -- based on, like, this
25 person takes their time -- I mean the question in the

304

1 notice, we didn't have, like, data to be queryable in that
2 format as far as I remember.
3     Q. All right.  Let me just focus on six months
4 before March of 2018.
5     If somebody said to Tesla that when customers have
6 Autopilot engaged, or when customers used Autopilot during
7 that six-month time period, 50 percent of the time their
8 hands would not be detected on the wheel.  Does Tesla know
9 whether or not that's true?
10     MR. BRANIGAN:  Objection.  Form.  Foundation.
11 Calls for speculation particularly based on the witness's
12 testimony just immediately prior to this question.
13     THE WITNESS:  I mean, as I said, like, fleet -- the
14 fleet-wide statistics like that we couldn't say for sure
15 whether they're true or not.
16     Maybe if you are talking about a particular
17 instance off a given time for a given driver we could --
18 we could tell, too, of course.
19     MR. MCDEVITT:  Q. Okay.  So let's just focus just
20 on the six-month period prior to March of 2018.
21     And if you're looking at the Tesla customer base,
22 and specifically the customers that used Autopilot, during
23 that time period would it be unusual for a customer to
24 receive five hands on alerts during a single one-hour
25 drive cycle?

305

1     MR. BRANIGAN:  Objection.  Form.  Lack of
2 foundation.  Calls for the witness to speculate.
3     THE WITNESS:  I don't remember, like, checking for
4 a particular -- or like a subset of fleet to say whether
5 it's usual or unusual.
6     MR. MCDEVITT:  Q. Okay.  Let me ask you this way.
7     Let's say you looked at -- you did for a vehicle in
8 March of 2018, Tesla looked at the data from the vehicle
9 and specifically to hands on data.
10     And for a drive cycle with a one-hour period of
11 Autopilot used, if the customer had six to ten warnings
12 for putting their hands on the wheel, was that common or
13 uncommon?
14     MR. BRANIGAN:  Same objection.  You're just asking
15 the same question from a slightly different angle.  He's
16 told you he can't answer.  It, he's answered this question
17 multiple times.
18     Lack of foundation.  Calls for speculation.
19     Go ahead.
20     THE WITNESS:  So to answer the question whether
21 it's usual or unusual, I would have to, like, go through a
22 number of cars and see what -- if that's the pattern or
23 not.
24     And then -- yeah, I haven't personally gone through
25 such data.

306



1    MR. MCDEVITT:  Q.  Okay.  Well, Exhibit 3 -- let me
2  go back.
3    Hold on.  I'm just trying to find the particular
4  language.  Give me one moment.
5    Let me ask you this.  In the six-month period prior
6  to March of 2018, did Tesla look at the data from the
7  fleet for the purpose of evaluating whether the hands on
8  warnings that were programmed into Autopilot accomplished
9  whatever goal Tesla had for those warnings?
10    A. Uh, I -- I can't answer for, like, whoever was,
11  like, at that time looking at the data.  But I don't know
12  if that's a -- did somebody look at free data?  Probably,
13  yes.  I don't know who and what they concluded.
14    Q. Okay.  Last time you referenced there being
15  some language in the manual and language that appears on
16  the vehicle display about hands on the wheel.
17    So my question is in the six-month period prior to
18  March of 2018, at any point in time did Tesla evaluate
19  whether the messaging in the vehicle or the user manual or
20  on the vehicle's display, whether that was effective in
21  increasing the percentage of time that persons had their
22  hands on the wheel when using Autopilot?
23    MR. BRANIGAN:  Objection.  Form.  Foundation.
24  Beyond the scope of the notice.  And the order.
25    THE WITNESS:  I'm not really sure how you would

307

1  even do that, right?  Because, like, all the cars had this
2  warning and how do you tell whether this warning is
3  responsible for a person doing something or not doing
4  something?
5    MR. MCDEVITT:  Q.  Well, Tesla knew all the
6  messaging and all the information that was conveyed to its
7  customers about hands on obviously.  Correct?  Right?
8    A. Yes.
9    Q. Okay.  And if the goal on the Tesla side was
10  for customers to have their hands on the wheel,
11  100 percent of the time when Autosteer was engaged, Tesla
12  could look at the data to see if that was occurring.
13  Correct?
14    A. I mean I think I just said, like, fleet-wide
15  analysis like that was not easily possible, like, to do --
16  to answer questions like that.
17    Q. You mean now or back then?
18    A. Back then.  Like, even now for the data from
19  back then.
20    Q. So how does Tesla evaluate at all whether the
21  hands on warnings and the messaging that Tesla provides to
22  a customer, whether that is effective at whatever the
23  purpose it is?
24    MR. BRANIGAN:  Same objections.  Go ahead.
25    THE WITNESS:  You can analyze case by case, but

308

1  fleet-wide analysis is -- at least at that time -- was
2  not -- to my knowledge was not possible.
3    MR. MCDEVITT:  Q.  Okay.  Am I correct that Tesla
4  had, from -- strike that.
5    During the six-month period prior to March of 2018,
6  am I correct that Tesla had no idea how often persons
7  using Autopilot had their hands on the wheel?
8    MR. BRANIGAN:  Objection.  Form.  Mischaracterized
9  the witness's earlier testimony.  And the question has
10  been asked and answered multiple times, Counsel.
11    THE WITNESS:  If you are talking about a given car,
12  for a given drive, you could tell.
13    If you're talking about everybody, like, all of
14  Tesla fleet at all times, you couldn't tell.
15    MR. MCDEVITT:  Q.  Okay.  Well, so in the six-month
16  period prior to March of 2018, Tesla didn't know whether
17  or not most Tesla owners that used Autopilot did so having
18  their hands off the wheel for the majority of the time
19  that Autopilot was on.  True?
20    MR. BRANIGAN:  Same objections.
21    THE WITNESS:  That would require analyzing each
22  vehicle and then determining the -- answering that
23  question.
24    To the best of my knowledge we did not do that.
25    MR. MCDEVITT:  Q.  And as far as you know, the only

309

1  thing that --
2    Am I correct that the only observation that you're
3  aware of that Tesla made with respect to the hands on
4  warnings is reflected in the September 2016 statement by
5  its CEO that, quote, "So we will see half a dozen or more,
6  sometimes as many as ten warnings in one hour,
7  continuously ignored by the driver," end quote?
8    A. I don't think that's the only observation.  I'm
9  sure there are, like, other observations from other
10  analyses that Mr. Musk did not mention during that call.
11    Q. Okay.  What are they?  For the six-month period
12  prior to March of 2018, you're the person Tesla chose to
13  speak on its behalf on that topic.
14    What were the other observations about the
15  percentage of time that customers using Autopilot had
16  their hands on the wheel?
17    A. As I said, the notice says fleet-wide analysis,
18  and there was no way to do those fleet-wide analyses.
19    We would do, like, one specific analysis based on
20  either an incident or a customer complaint, and we would
21  analyze that vehicle and take appropriate actions.
22    Q. Okay.  And I'm just following up on your
23  response where you said:  There were other observations
24  from other analyses that Mr. Musk did not mention during
25  the call.

310

1    So I'm asking you what were the other observations?
2    A. As I said, like case-by-case basis, I'm sure
3  somebody looked at the data and came to some conclusion,
4  but I don't know, like, who looked at what data at, like,
5  in 2018.
6    Q. Okay. Can you identify any time where the data
7  was actually evaluated where Tesla did not note there was
8  a significant percentage of time when Autopilot was
9  activated where the driver's hands were not detected?
10    A. Can you restate that?
11    Q. Sure. You mentioned that Tesla didn't do a
12  fleet-wide evaluation, but Tesla would look at
13  VIN-specific data for hands on information.
14    And I'm asking, can you point us to any
15  specific-VIN evaluation where the takeaway was the person
16  using Autopilot had his or her hands on the wheel or
17  detected on the wheel for more than 90 percent of the
18  time?
19    A. Can I, like, give you an example? I don't have
20  one off the top, but, like, it's possible, like, that many
21  people had that.
22    Q. Okay. And you know from working at Tesla that
23  there's a significant percentage of the customer base that
24  does not have their hands detected on the wheel when
25  Autopilot is engaged. Correct?

311

1    MR. BRANIGAN: Objection. Form. Foundation.
2  Mischaracterizes the witness's earlier testimony. Calls
3  for speculation. Go ahead.
4    THE WITNESS: Like, I can't say for sure, like,
5  it's a significant -- a significant person does what --
6    (Discussion off the record.)
7    THE WITNESS: Significant person takes -- of people
8  would be in that category, I guess. I don't know remember
9  word for word what I said.
10    MR. MCDEVITT: Q. Let me ask one more question on
11  this.
12    Let's just focus again, if we're looking at six
13  months prior to March 2018 for customers using Autopilot.
14    If a data from a particular vehicle showed that
15  35 percent of the time when the -- 35 percent of the time
16  when a customer had Autopilot engaged, his or her hands
17  were not detected, was that common or uncommon?
18    MR. BRANIGAN: Same objections. Counsel, he's
19  answered this question in so many different ways. You
20  know the answer; you know what he's going to say. This is
21  just harassment at this point.
22    MR. MCDEVITT: Well, if you guys want to say that
23  you're not going to say common or uncommon, then that's
24  fine.
25    But if not, I'm going to ask these questions,

312

1  because I know the argument at trial is going to be:
2  Mr. Huang is an outlier, look at him. Everyone else put
3  their hands on the wheel. So that's why I'm asking these
4  questions.
5    MR. BRANIGAN: My point is you know the answer
6  because he's answered essentially the same question
7  multiple times. He's given you the answer frankly in the
8  most broadest terms, so through that broad answer you have
9  the answer to this very specific question.
10    MR. MCDEVITT: Okay. All right. Let me ask the
11  question again and then I don't think I have any other
12  questions.
13    Q. Looking at six months prior to March of 2018,
14  for customers using Autopilot, if there's data from a
15  particular vehicle showing that 35 percent of the time
16  when Autopilot was engaged the person's hands were not
17  detected on the wheel, does Tesla know if that was common
18  or uncommon?
19    MR. BRANIGAN: Same objections. Go ahead, sir.
20    THE WITNESS: To say whether that's common or
21  uncommon, I would have to go through multiple logs and
22  then evaluate the patterns, but I haven't personally done
23  that.
24    MR. MCDEVITT: Q. Okay. And because of that,
25  Tesla cannot say at this point in time that it would be

313

1  uncommon or unusual for a person to have his or her hands
2  not detected on the wheel for as much as 40 percent of the
3  time that Autopilot was engaged as of March 2018.
4  Correct?
5    MR. BRANIGAN: Same objections.
6    THE WITNESS: I mean if I were to say common or
7  uncommon, I would have to, like, go through multiple VINs,
8  analyze their data, and then form my opinion.
9    MR. MCDEVITT: Q. All right. So let me -- I'm
10  going to ask the question again because I think you're
11  saying the same thing but I just want to make sure.
12    So Tesla at this point in time cannot say that it
13  would be uncommon or unusual for a person to have his or
14  her hands not detected on the wheel for as much as
15  40 percent of the time that Autopilot was engaged as of
16  March 2018. Correct?
17    MR. BRANIGAN: Same objections. You're just
18  harassing this witness by asking the same question over
19  and over because you don't like the way he's answered.
20    Go ahead, sir.
21    THE WITNESS: Like, to say -- I think I'm answering
22  it the same way.
23    To say that a particular occurrence is common or
24  uncommon, I either have to have fleet-wide statistics, or
25  go through a number of individual VINs. I don't have

314

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1 either, so I can't say whether it's common or uncommon.
2        MR. MCDEVITT: Q. Okay. And that's because you
3 said at this point in time you can't query the data.
4 Correct?
5        THE WITNESS: Fleet-wide data I can't query.
6        MR. MCDEVITT: Okay.
7        I don't have any other questions.
8        MR. SLAVIK: Sounds like I'm up. Do you want to
9 keep going or do you need to take a break at all?
10       MR. BRANIGAN: Want to take a break? Five-minute
11 break?
12       THE WITNESS: Sure.
13       MR. BRANIGAN: Let's take five.
14       THE VIDEOGRAPHER: We're going off the record. The
15 time is 1:56.
16       (Recess.)
17       THE VIDEOGRAPHER: Coming back on the record. The
18 time on the monitor is 2:09. Please begin.
19           EXAMINATION BY MR. SLAVIK
20       MR. SLAVIK: Q. Good afternoon, sir. My name is
21 Don Slavik. I represent plaintiffs in the matters of
22 Monet, M-o-n-e-t, versus Tesla which involve the 2019
23 Model 3 that had a case in December of 2019. And
24 plaintiffs in that case -- actually, two cases joined
25 together called Benavides versus Tesla, and Angulo versus

315

1 Tesla, which arise out of an accident that occurred with a
2 Model S back -- I believe a 2019 Model S back in May of
3 2019.
4        First of all, do you have any knowledge of either
5 of those cases at all?
6        A. I didn't know of those cases.
7        Q. I want to ask you some questions about what are
8 called D16 telemetry reports.
9        Can you describe what you understand a D16
10 telemetry report to be?
11       A. The form of telemetry sent from car involves
12 mileage and -- miles driven -- or distance driven in
13 certain states of the vehicle. And also involves whether
14 or not a crash had occurred.
15       Q. Let me pull up a D16 report and see if we can
16 ask some questions and confirm what you just said.
17       This is a D16 report (indicating).
18       First of all, how frequently or on what occasions
19 are D16 reports sent by a vehicle to Tesla?
20       MR. BRANIGAN: In what time frame, Counsel?
21       MR. SLAVIK: Well, I'll start with pre -- what is
22 the date of the Long case. May of 2018, is it?
23       MR. BRANIGAN: March 2018?
24       MR. SLAVIK: Q. First of all, for March of 2018 --
25 in fact let me stop you.

316

1        D16 reports did not exist back prior to May of
2 2018. Right?
3        A. Yes.
4        Q. Okay. What was the genesis of D16 reports?
5 Why were they created?
6        A. They were created to get statistical data about
7 effectiveness of the Autopilot technology as it pertains
8 to accidents and crashes.
9        Q. How frequently would these reports come from a
10 vehicle? Would it be only upon an accident or a crash or
11 were there other conditions that would cause a D16 report
12 to be sent?
13       A. A car would send a D16 report either on the
14 crash or after a drive cycle.
15       Q. For the benefit of people watching us, explain
16 what a drive cycle is, please.
17       MR. BRANIGAN: Sorry. Before you answer, let me
18 just raise an issue. The document you're showing us right
19 now, Mr. Slavik, can you mark this as an exhibit?
20       MR. SLAVIK: I will shortly.
21       MR. BRANIGAN: Can you tell us what case this comes
22 from?
23       MR. SLAVIK: Actually it comes from a case called
24 Hsu, H-s-u, and it's a public documents because it went
25 into evidence in a case.

317

1        MR. BRANIGAN: I don't know if that's correct or
2 not, but thank you.
3        (Plaintiff's Exhibit 327 was marked for
4 identification.)
5        MR. SLAVIK: Q. So this is -- do you recognize
6 this Exhibit 327 as a D16 data set report?
7        A. It's a single record, yes.
8        Q. Okay. Again, so every drive cycle; please
9 explain what a drive cycle is.
10       A. It's the time between the car -- I mean time
11 from a car -- time at which a car goes out of Park back to
12 Park.
13       Q. So basically when you turn on the vehicle and
14 you turn off the vehicle. Is that what it really is?
15       A. It's more about the gear. You can have -- when
16 you change out of Park gear, to -- I mean the drive cycle,
17 as I say, it starts when you change out of Park gear and
18 it ends when you switch back to Drive gear.
19       Q. Okay. So if someone is driving it, and puts it
20 into Park, does it then send a D16 report to Tesla?
21       A. Correct.
22       Q. And that's for every vehicle out there now for
23 every owner. Correct?
24       A. Yes.
25       Q. For every time they put it into Park. Correct?

318

CRANGLE
REPORTING SERVICES

1    A. Yes.
2    Q. And in that data set there's a variety of
3 information. Let me skip down a little bit here so you
4 can get to some of the things here.
5       If I understand it correctly, and you can tell me
6 if I'm right or wrong, it tells -- or it's given a portion
7 of the drive cycle information about whether Autopilot was
8 available to be used, whether Autopilot was turned on,
9 tells -- it records the class of roadway that the
10 Navigation system detected the vehicle to be on for a
11 portion of the trip, the distance in meters it was
12 traveling in that Road Class, the length of time down to
13 the millisecond, a thousandth of a second it was traveling
14 on that class of road. Correct?
15    A. Yeah.
16    Q. Okay. And it does that for each of the
17 different classes of road as a vehicle is progressing down
18 its travel path. Correct?
19    A. Yes.
20    Q. And so that gives you the information of
21 whether the vehicle was on or off Autopilot. Correct?
22    A. Among other things, yes.
23    Q. Okay. And the type of road, and distance
24 traveled.
25       And then if there is an event, crash event, it

319

1 collects some data and adds that to this file and it
2 sends. Correct?
3    A. Yes.
4    Q. And that data includes conditions at the time
5 of the crash, for example, whether the brake pedal was on
6 or off; data about the vehicle's directional heading; its
7 physical location in space, down to the latitude and
8 longitude, down to basically the 100,000th or one
9 millionth of a degree, and other conditions.
10       And one of the things it also records -- let's see
11 if it's in here -- the hands-off time in milliseconds.
12    A. Yes.
13    Q. So you record how long the hands are not
14 detected on the wheel. Correct?
15    A. Yes.
16    Q. And so this data is uploaded and put into --
17 what data base does it go into?
18    A. Uh, I don't know the name of the data base but
19 it's under Tesla cloud.
20    Q. A Tesla cloud.
21       One of the uses of this data is to create the Tesla
22 safety report as to the amount or number of miles that
23 people are using Autopilot versus not using Autopilot.
24 Correct?
25    A. Yeah, you don't have the vehicle's safety

320

1 report that gets published or recorded.
2       (Discussion off the record.)
3       MR. SLAVIK: To clarify, we are talking about the
4 vehicle safety report that gets published every quarter.
5 Correct?
6       THE WITNESS: Yes.
7       MR. SLAVIK: Thank you.
8    Q. Again, one of the items -- strike that.
9       You're able to mine this data set for that
10 information. Correct?
11    A. Yes.
12    Q. When were you able to first mine this data set
13 for that information?
14    A. 2018 I want to say when it was released. After
15 it was released.
16    Q. 2018. Correct?
17    A. Yes.
18    Q. Okay. And using the same tools could you mine
19 this for the hands off time in milliseconds data?
20    A. The hands off data is only in that crash
21 record, right? It's not in the general record.
22    Q. It's in this record, right?
23    A. Yes. Because it was a crash. Do you see that
24 under the heading Crash?
25    Q. By the way, "crash" refers to a condition where

321

1 there's either an airbag deployment command or a seat belt
2 pretensioner deployment command. Correct?
3    A. The Ped Pro event also counts as crash.
4 Pedestrian Protection.
5    Q. Okay. Ped Pro Pedestrian Protection. Is that
6 a functionality of the Automatic Emergency Braking system?
7    A. No, I believe it's a -- it's type of an airbag.
8 I'm not like 100 percent sure but it's type of an airbag
9 to -- to cushion the pedestrian's fall.
10    Q. Okay. Let me stop you for a second. Are you
11 talking about the design of some vehicles that have an
12 external airbag on the hood of the vehicle to protect
13 pedestrians when they hit them?
14    A. Yes.
15    Q. Okay. Which Tesla vehicles have that?
16    A. Uh, I don't know off the top when, like, when
17 our vehicles have it and when that got introduced.
18    Q. Is that only used in European sold vehicles?
19    A. I'm not sure about what vehicles get it or not
20 get it.
21    Q. Okay. So there may be pedestrian impacts that
22 don't have -- strike that.
23       There may be accidents where Tesla does not have
24 Pedestrian Protection airbags. Correct?
25    A. There may be -- yeah. That's correct. Yes.

322

1    Q.  Okay.  And you're unable to tell us right now
2  at this point what models or model years and markets Tesla
3  vehicles had Ped Pro, Pedestrian Protection systems.
4  Correct?
5    A.  Yes.
6    Q.  Okay.  Back to the D16 reports for a moment.
7    The data that's in the D16, is that from the CAN
8  data -- C-A-N, CAN data -- in the vehicle?
9    A.  That's the source of the -- I mean that's how
10  the -- the infotainment system gets the data that gets fed
11  into the D16.
12    Q.  Is that same data, all the data in the D16,
13  also recorded in the Car Log file data set?
14    A.  Uh, I'm not sure if all of those -- all of
15  those data items are part of Car Logs or not.
16    Q.  Who would you ask?
17    A.  I mean I could look it up myself but I hadn't
18  looked it up.
19    Q.  How would you look it up yourself?  What would
20  you ask for?  What would you use?
21    A.  Uh, we have -- the CAN data base has -- the CAN
22  data base files that define the CAN -- the information on
23  the CAN base have -- each signal has property associated
24  with it that tells me whether it's logged or not.
25    Q.  Again, is there a Confluence file that you can

323

1  go interrogate to find this information?
2    A.  I don't --
3    MR. BRANIGAN:  Excuse me.  "This information"
4  meaning the answer to the question whether the D16 data is
5  part of Car Log data?
6    MR. SLAVIK:  Yes, please.
7    THE WITNESS:  Yeah, I don't know if that's in
8  Confluence or not.
9    MR. SLAVIK:  Q.  Where would you look?
10    A.  In the -- the artifacts that get generated as
11  part of the builds.
12    Q.  Part of the what, sir?
13    A.  Part of the software builds.
14    Q.  So, is there some kind of data base in the
15  software builds, for example, a software data dictionary
16  or a software change notice or change file, that would
17  give you this information?
18    A.  The artifacts are stored in some shared -- I
19  don't know what you call it -- it's the -- I mean the
20  artifacts of the various -- I look at it in a shared,
21  like, mount.  I don't know if you know what that means.
22  But it's a remote -- like a shared drive you can think of
23  it.
24    Q.  Well, in the shared drive what is the form that
25  you look in?  A data base?  A dictionary?  Wikipedia?  Can

324

1  you explain how you find it?
2    A.  I mean it's a -- I guess it depends on what car
3  you're talking about.  For some cars it's available as a
4  JSON file; for some cars it's available as a DBC file.
5    Q.  Let's talk a minute so we can have
6  clarification.
7    There's a D16 file -- by the way, these files, how
8  are they sent from the car to Tesla?
9    A.  The D16 data?
10    Q.  Yes.
11    A.  D16 data, it's sent over the internet.
12    Q.  Well, for example, if a D16 report is to be
13  sent, does the vehicle attempt to place a phone call to
14  its connection, it's over-the-air connection to upload
15  this file?
16    A.  I wouldn't call it a phone call, but there's a
17  socket open between the car and the servers and that's how
18  the data gets transferred.
19    Q.  Is that socket open continuously when the
20  vehicle is on?
21    A.  Uh, I'm not 100 percent sure about that.
22    Q.  Or is it a socket that's opened on an event
23  like a crash or a parking command?
24    A.  I'm not 100 percent sure about that.
25    Q.  Now, in a D16 is there any information about

325

1  drivers, for example, being asked to place their hands
2  back on the wheel?
3    A.  Not to my knowledge.
4    Q.  Is there any information of a change of state
5  of the hands on condition in the vehicle?  That is, it
6  goes from hands off to hands on?
7    A.  No, not to my knowledge.
8    Q.  Is that data located in the Car Log file data?
9    A.  By "that data" you mean the hands on state?
10    Q.  Yes.
11    A.  Yes, that would be part of Car Logs.
12    Q.  Okay.
13    MR. SLAVIK:  And I'm going to mark for the next
14  exhibit, which would be 328, same vehicle, a Car Log file.
15    (Plaintiff's Exhibit 328 was marked for
16  identification.)
17    MR. SLAVIK:  I'll display it here in a second.
18    MR. BRANIGAN:  I'm sorry, Don.  When you say "same
19  vehicle," you mean from the Hsu vehicle?
20    MR. SLAVIK:  Yes, sir.
21    MR. BRANIGAN:  Thank you.
22    MR. SLAVIK:  I just want to show the first page and
23  something here.
24    Here it is.  Okay.
25    That's the wrong one.  Sorry.  Cancel that.

326


CRANGLE
REPORTING SERVICES

1     MR. BRANIGAN:  That looks like your e-mail.
2     MR. SLAVIK:  Let me try again.  It's trying to pull
3  up multiple ones, I'm sorry.
4     (Discussion off the record.)
5     MR. SLAVIK:  There it is.  Okay, there we go.
6     Q.  All right.  See it now, sir?
7     A.  Yes.
8     Q.  Does it look like a log file to you?
9     A.  Yes.
10    Q.  Okay.  One of the variables -- let me stop.
11    There is -- correct me if I'm wrong -- there are
12  over 2,000 signals that are passed along within the CAN
13  communication network vehicle.  Correct?
14    A.  Uh, I don't think I counted, but that sounds
15  about right.
16    Q.  And the Car Log file can record any of those
17  2,000 signals.  Right?
18    A.  I mean it doesn't record all the signals.
19  Also, some of the signals are recorded at a lower rate
20  than how -- compared to how much it actually changes.
21    Q.  But some data like brake application is
22  recorded at a sampling of one time per second.  Correct?
23    A.  Can you say that again?
24    Q.  Some data, such as brake pedal application, is
25  recorded at a sampling rate of once per second.  Correct?

327

1     A.  I don't know off the top how frequently the
2  brake application data is logged.
3     MR. BRANIGAN:  Don, before your next question, I
4  need to state that Exhibit 327 and 328 you've represented
5  are from the Hsu case?
6     MR. SLAVIK:  Yes.
7     MR. BRANIGAN:  We -- "we" meaning Tesla -- we don't
8  agree that these are public record.  And we think that the
9  Protective Order in Hsu limits their use in a way that
10  does not permit them to be used in this deposition
11  involving lawyers that are not party to that Protective
12  Order.
13    So I wanted to make that record now because you're
14  showing this document, Exhibit 328, that you say is Car
15  Log data from the Hsu vehicle, and you've shown 327.
16    MR. SLAVIK:  Well, I'd be happy to use the Huang
17  data if I had it.  Somebody wanted to pull that up instead
18  I can put this down.
19    Otherwise, I just want to show one thing and --
20    MR. BRANIGAN:  -- strictly about our objection, and
21  if you and Mr. McDevitt want to talk about using the Car
22  Log data in Huang, I know you are signatory to that
23  Confidentiality Protective Order in Huang.  Maybe that's a
24  way to get to what you're trying to accomplish without
25  using a protected document from another case.

328

1     MR. SLAVIK:  Let me just explain, I want to ask him
2  one question about the one variable here and the
3  information, the type of information, whether it's a Huang
4  document, or a Hsu document, or any other document of log
5  file.  And if I can do that we can get out of here real
6  quick.
7     MR. BRANIGAN:  We'll reserve our objections as I've
8  stated.  Go ahead.
9     MR. SLAVIK:  Q.  Let me show you, sir, a dropdown
10  under the CH_DAS_Autopilot Hands on State.
11    Are you familiar with that particular signal?
12    A.  Yes.
13    Q.  And in it is a set of conditions down below
14  here -- I hope you can see it; if I need to enlarge it I
15  can -- but it has:  LC_Hands_On_Not_Reqd -- which I think
16  is not requested or not required?  Do you know?
17    A.  It's not required.
18    Q.  Not required.  Thank you.
19    And the next one is:  LC_Hands_On_Required_
20  Detected;
21    Third one is LC_Hands_On_Required_Not_Detected;
22    Hands_On_Required_Visual;
23    Hands_On_SNA.
24    And I take it SNA means Signal Not Acquired.
25  Correct?

329

1     A.  I think it's Signal Not Available.
2     Q.  Available.  Thank you.  Signal not available.
3     And this kind of data is again recorded, depending
4  on the sampling frequency, anywhere from one second down
5  to one millisecond, depending on what this particular
6  variable -- correct?
7     A.  Correct.
8     MR. SLAVIK:  Let me take this down so we don't have
9  any further objection about this so I'll wander somewhere
10  else.
11    Q.  Questions I have are log data, Car Log data for
12  every vehicle, first of all, is uploaded how frequently?
13    A.  Uh, Car Log, I'm not sure off the top, but we
14  have ability to like periodically or manually request Car
15  Log data to be uploaded from vehicles.  But I don't know,
16  like, across the fleet how frequently it gets uploaded.
17    Q.  But this data can identify, for example, how
18  long someone's hands were off the wheel.  Correct?
19    A.  Yes.
20    Q.  Whether it was required or not required.
21  Correct?
22    A.  Yes.
23    Q.  And it can also give identification of how
24  frequently and when warnings were given, I should say
25  prompts were given, whether they're visual prompts or

330

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1 audible prompts.  Correct?
2      A. Yes.
3      Q. And, in fact, it will even identify if a time
4 out occurred and someone was timed out through the three
5 strikes.  Right?  Correct?
6      A. Yes.  You mean strike outs, right, not time
7 outs?
8      Q. Yes.  Strike outs.  Three strikes you're out,
9 right?
10      A. Yes.
11      Q. Those strikes are the audible -- excuse me.
12 Stop.
13        Three strikes are visual, second visual, audible.
14 Correct?
15      A. No, there are no second visual.  And Vision
16 warning doesn't count as strike.  Any audible warning
17 would count as strike.
18        Let me restate that.
19        Any audible warning that reserves as a -- reserves
20 from visual warning expiration would count as strike.  So
21 that is Chime1.
22        If that reserves as a result of expiration of
23 visual warning, that counts as strike.
24        If the Chime1 times out, we have Chime2, which
25 issues two times.  That counts as strike.

331

1        And if you are not responding to that Chime2 after
2 a time out, there's a third strike which results in a
3 cycle.
4      Q. And Exhibit 320 is the document which explains
5 the versions seven, version eight software Autosteer Hands
6 On Alert Timing.  Correct?
7      MR. BRANIGAN:  Pull it up.  Or you'd have to show
8 them to him.
9      MR. SLAVIK:  Sure.  I'll show it to him.
10      MR. BRANIGAN:  We don't have that printed out here
11 in hard copy.
12      MR. SLAVIK:  Q. See it there?
13      A. Yes.
14      Q. Again, so you have a visual warning after the
15 expiration of the first chime based on the table below.
16 Correct?
17      A. Yeah.
18      Q. After 15 seconds you get strike one which is
19 Chime1.  Correct?
20      A. Yes.  Yes.
21      Q. But the D16 reports, since they were generated,
22 have, when there is a crash or at least when there is a
23 deployment command or a Pedestrian Protection command,
24 that data of how long hands were off.  Correct?
25      MR. BRANIGAN:  Objection.  Form.  Asked and

332

1 answered.
2      THE WITNESS:  To my knowledge it does have that
3 info.  It has had that information, yes.
4      MR. SLAVIK:  Q. With regards to the alerts and
5 warnings -- strike that.  Let me go back to D16s.
6        With the D16 is there anything in there, if
7 Autopilot was engaged, at the time of the command, that
8 would indicate what a driver intervention was or may have
9 taken place?
10      A. Uh --
11      MR. BRANIGAN:  Objection.  Form.  Time of command?
12 What command?  Can you be more specific?
13      MR. SLAVIK:  Q. When a deployment command --
14 strike that.
15        When a crash record is created that goes into a D16
16 report, whatever the cause --
17      A. Yes.
18      Q. -- we saw that if there's a hands off signal
19 recorded, it records that.
20        Is there any signal in any of these
21 that would record some type of driver intervention such
22 as rapid steering, braking, etcetera?
23      A. I mean D16 has state transition information
24 also.  So we could look at the last -- so the record
25 has -- so as stated, defined as whether Autopilot was

333

1 active -- like the watch date -- like the Road Class and
2 the -- whether the Autopilot was available, and what level
3 of control the car was in, that third parameter includes
4 if Autosteer was engaged, if ACC was engaged, or
5 information like that.
6        So if you go back in the state transition
7 information you could find out whether there was a --
8 whether the state transition from Autopilot engaged to not
9 engaged.  So that we could, based on that, we could find
10 whether there was a disengagement or not.
11      Q. And was that data in use in any way in
12 analyzing whether the hands-on detection system as being
13 used were adequate to ensure people were paying attention?
14      A. I don't -- I mean like that data doesn't have
15 correlated hands on state.  So it couldn't be used.
16      Q. Does the Car Log data have that data?
17      A. The Car Logs have the data.
18      Q. Now, the Car Log data, when it's uploaded,
19 gets, again, into some large cloud data base of Tesla's.
20 Yes?
21      A. Yes.
22      Q. What's the name of that?
23      A. Uh, the name has changed quite a few times.  So
24 I don't know what the latest name is.  I think at one
25 point it was called Data Lake or Data Tank.  One of these.

334

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1    Q. Data Lake?
2    A. Yes.
3    Q. Data Tank?
4    A. Yeah.
5    Q. Any other names you can think of?
6    A. Uh, I know there have been other names but I
7 can't recollect right now.
8    Q. Are there tools used to mine through that data
9 that can be used to assess the hands on condition?
10    A. Can you explain what you mean by "hands on
11 condition"?
12    Q. Well, for example, a hands on required and not
13 detected?
14    A. What about required and not detected?
15    Q. That you could search through the cloud file,
16 the large data set, of all the vehicles' Car Log datas, to
17 determine how much time hands on required but not detected
18 was occurring in the fleet?
19    A. So until recently there was like some system
20 like that. I mean I haven't personally used it but there
21 have been other engineers who -- who have, like, access
22 and ability to query the data on recent foundation logs.
23    Q. Inquire on the data, correct, you mean?
24 Inquire did you say?
25    A. Query.

335

1    MR. BRANIGAN: Query.
2    MR. SLAVIK: Thank you. Query the data.
3    Q. The Car Log data, is that sent up along with
4 the D16 report when an event occurs like a crash?
5    A. When you say "along with", it's not the same
6 mechanism. But crash would be an example of urgent
7 transmission for Car Logs, so we -- the car would try to
8 send available Car Logs to the best of its ability as soon
9 as the crash is detected.
10    Q. Okay. Let me see if we can clarify.
11    You said there was a socket that is open, whether
12 it was open continuously or intermittently, that sends up
13 the D16 --
14    A. Yes.
15    Q. -- information?
16    A. Yes.
17    Q. Is it the same socket or a different socket or
18 a different mode of transmission to get the Car Log data
19 up?
20    A. Uh, I'm not sure of the transportation
21 mechanism for sending Car Logs data.
22    Q. Who would you ask?
23    A. Somebody from the Data Analytics team.
24    Q. Are there instances where D16 reports were not
25 sent that you know of? Where there was a crash?

336

1    A. Not -- there are some crashes where D16s were
2 not received back to Tesla, yes.
3    Q. Why is that? Do you know? Any analysis of
4 why?
5    A. It could be just a hypothetical answer, but if
6 the -- depending on severity of the damage, it's possible
7 that the car didn't have connectivity to send the data
8 back.
9    Q. Would that be a relatively rare occurrence?
10    MR. BRANIGAN: Objection. Lack of foundation.
11 Calls for speculation.
12    MR. SLAVIK: If you know, sir.
13    THE WITNESS: I mean it's sort of an unknown
14 unknown. You're talking about the data that never came
15 back.
16    But when I talk to the -- some of the engineers,
17 responsible to deal with D16s, in their experience they
18 find the D16 data most of the times we will inquire. Car
19 90 percent.
20    MR. SLAVIK: Q. Find 90 percent of the crashes?
21    A. Of the inquiries.
22    Q. Of the inquiries. Okay. When you say
23 "inquiry" it makes it sounds like someone has to ask for
24 the D16 as opposed to the D16 being sent automatically.
25 That's why I'm wondering what you mean.

337

1    A. By "inquiry" I mean, like, either the -- if
2 there is like a -- I mean I don't know for sure who
3 inquires for the data, but I think we have to, like, it
4 could be like TSA or, like, the police or -- like I don't
5 know who is the super set of people who inquire for crash
6 event data.
7    Q. Like when I ask for a D16 I'm told there's no
8 D16 in this litigation and the report is there is none?
9    A. That -- I mean --
10    MR. BRANIGAN: Same objections. Form. Calls for
11 speculation.
12    THE WITNESS: I don't know about this specific
13 case, whether it was -- in your case whether it was
14 received or not.
15    MR. SLAVIK: Q. Well, just for the record, there
16 is a case without severe damage to a vehicle for which no
17 D16 has been found. So that's why I'm wondering. I'm
18 asking about when they are or are not.
19    D16, that suggests there were D15s and D14s and
20 D13s, correct? Do you have any knowledge about those?
21    MR. BRANIGAN: You mean within Tesla's
22 nomenclature?
23    MR. SLAVIK: Yes, sir.
24    MR. BRANIGAN: Or in general in the world of
25 telemetry?

338

CRANGLE
REPORTING SERVICES

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1     MR. SLAVIK:  Q.  No, in Tesla's nomenclature, the
2 existence of earlier telemetry reports.  Are you aware of
3 those?
4     THE WITNESS:  I mean I haven't looked into other --
5 other D telemetry streams.  But I think there were -- that
6 they are available.
7     MR. SLAVIK:  Q.  Would that be something to ask of
8 someone else other than you?
9     MR. BRANIGAN:  It would be today because it's
10 beyond the scope of this notice that specifically says
11 D16.
12     MR. SLAVIK:  Well, I understand.  If he's not
13 prepared I'm not complaining that he's not prepared; I'm
14 just asking if to his knowledge if they existed.
15     MR. BRANIGAN:  I know.  I'm not telling him not to
16 answer.  I'm just stating my objection.
17     Go ahead, sir.
18     THE WITNESS:  What was the question?
19     MR. SLAVIK:  Q.  Would it be better for me to ask
20 someone else at Tesla about earlier D telemetry reports,
21 ones with earlier numbers, 1 through 15, for example?
22     A.  I mean if I -- if I wanted I could look it up.
23     Q.  How would you look it up?
24     A.  I would -- I could talk to the engineers, or
25 maybe look in the -- look at the -- check the other

339

1 documents and stuff.
2     Q.  Search other documents which are within
3 Confluence?
4     A.  I mean the Data Analytics team would probably
5 know about -- what streams were received.
6     MR. BRANIGAN:  Off the record at this point.
7     (Discussion off the record.)
8     MR. SLAVIK:  Q.  So D16 reports began sometime in,
9 what, May or June of 2018 was it?
10     A.  Yeah, I think sometime around there.
11     Q.  Okay.  Yeah, there's a, just for reference, in
12 the Huang case, deposition of Moore, Exhibit 279, has the
13 proposal for a new D class telemetry record, and it's
14 dated May 22nd of 2018.  So that -- that's that.
15     And then there's an earlier Exhibit 278 that
16 references a D15 report.
17     Do you know whether any of the previous D telemetry
18 report systems, which were D16s, identify hands on or
19 hands off the wheel?
20     MR. BRANIGAN:  Objection.  Form.  Foundation.
21 Beyond the scope of the notice and the Court's order.
22     THE WITNESS:  I haven't looked at --
23     MR. SLAVIK:  I'm not saying that you should; I'm
24 just asking if you knew.
25     Q.  By the way, who is or who was Todd Maron?  I

340

1 think it was in the Exhibit 325?  Or 322.  324.
2 Exhibit 324, Mr. Maron.  Do you know who that was?
3     It was a gentleman who sent Miss Claybrook's
4 letter, forwarded it on to Mr. Musk.  Do you know who he
5 was?
6     A.  I can't be sure.
7     Q.  Okay.  Now, with regard to the D16 reports
8 again, are they being used now to make any changes to the
9 hands on warning system?
10     A.  No, not to my knowledge, no.
11     Q.  Was any of the data on D16s with regards to
12 hands on/hands off at times of crashes, and how long as we
13 saw in that one record, has any of that data been shared
14 with or provided to NHTSA, National Highway Transportation
15 Safety Administration?
16     A.  Uh --
17     MR. BRANIGAN:  Objection.  Form.  Foundation.
18     THE WITNESS:  I am going to guess yes, because I am
19 not copied on all communication with them.  But --
20     MR. SLAVIK:  I don't want you to guess; if you
21 don't know, that's your answer.  I mean doesn't bind you
22 one way or the other.  Just say you don't know.
23     THE WITNESS:  Not to my knowledge, no.
24     MR. SLAVIK:  Q.  Do you know whether or not it was
25 shared with the National Transportation Safety Board?

341

1     MR. BRANIGAN:  Same objection.  Beyond the scope of
2 the Court's order or notice.  Calls for speculation.
3     THE WITNESS:  Same answer.
4     MR. SLAVIK:  Q.  Similarly one more time with the
5 California Department of Motor Vehicles.
6     MR. BRANIGAN:  Same objections.
7     THE WITNESS:  Same answer.
8     MR. SLAVIK:  Q.  I think you mentioned that you
9 talked to Chris -- was it Tapierre?
10     A.  Tapia.
11     Q.  How do you spell that, please?
12     A.  T-a-p-i-a.
13     Q.  Tapia.  Okay.  Thank you, sir.
14     And he had worked on the D16s with the vehicle
15 safety report?
16     A.  Yes.
17     Q.  What did you talk to him about in that regard?
18 What did he tell you?
19     A.  I mean I talked to him about the process of
20 editing the data and producing the numbers for vehicles
21 that are capable.
22     Q.  We've seen here in, I think, on Huang.  Give me
23 one moment here to make sure I don't put up the wrong
24 thing.
25     Okay.  There is a document Mr. McDevitt identified

342

CRANGLE
REPORTING SERVICES

1 and marked as an exhibit, but it's Tesla Bates number
2 86907.  Let me pull it up here for you.  I'll mark that --
3 it's not marked.  We'll mark it as the next exhibit which
4 would be 328 (sic).
5          Can you see that or is that --
6      A. It's like an Excel sheet for crash list --
7      Q. Yes.
8      A. Yeah.
9      Q. Okay.  Hard for me to tell if it's on here or
10 not.
11         Yeah, I can see it's the right one.  Thank you.
12         All right.  That, for example, sir, is that an
13 aggregation of crash reports that are generated by
14 telemetry data?
15     A. I'm seeing this for the first time so I can't
16 say for sure how it was.
17     Q. Is this something related to the crash
18 dashboard you talked about earlier?
19     A. No.  No, the dashboard is like -- the dashboard
20 is different.
21     Q. What is the dashboard display when you look at
22 it?
23     A. It has -- I think there was a -- during last
24 time there was a screenshot of the dashboard in one of the
25 documents.

343

1      Q. Well, this is an accumulation, an aggregation,
2 it looks like, of reports with dates and specific VIN
3 numbers.  Delivery stages.  Identification of the FW
4 version.  That would be firmware, right?
5      A. Yes.
6      Q. Okay.  For the benefit of the jury, can you
7 describe the differences between hardware, software, and
8 firmware?
9      A. Uh, hardware would be like -- if you're talking
10 about the column F hardware, that is the generation of
11 Autopilot hardware which is Hardware 2, 2, 2.5, 3, and now
12 4.
13         But these are different -- different systems.  Each
14 system is different from other in many ways.  I don't know
15 if you want me to go in details or not, but --
16     Q. We'll ask a few in a minute, again, the
17 hardware is the hardware, for example, the camera is the
18 sensors, the actuators and things like that.  Correct?
19     A. Yeah, and the computation unit, yes.
20     Q. Okay.  Here it says: FW firmware version.  Is
21 that something different than software version?  Because
22 we see software version written many times.
23     A. Yeah, it's the same.
24     Q. Okay.  So firmware and software are the same
25 thing?

344

1      A. Yes.
2      Q. You list the various firmware versions, right?
3      A. Yes.
4      Q. And it's a collection that has feature which
5 says Autopilot, and is "MO" Manually Operated do you know?
6      A. Can't say for sure.
7      Q. Do you know?  Or is it just a guess?
8      A. I mean my guess would be --
9      MR. BRANIGAN:  Well, you know --
10     MR. SLAVIK:  I don't want you to guess.
11     MR. BRANIGAN:  He said he couldn't say for sure.
12     MR. SLAVIK:  Q.  And the Crash Type, Restraints,
13 and it says Level, which talks about first stage, second
14 stage, those are airbag deployment stages, right?
15     A. I think so.
16     Q. Okay.  Algorithm sequence, I'm not sure what
17 that talks about but there's a whole bunch of -- do you
18 know what the algorithm sequence refers to?
19     A. No, not sure.
20     Q. All right.  There's a bunch of data here going
21 across this spread sheet about a host of crashes.  Again,
22 this is different than the crash dashboard.  Right?
23     A. Yes.
24     Q. And do you know who is responsible for creating
25 any of these documents, this accumulation of these

345

1 records?
2      A. No.  I mean I'm seeing the document for the
3 first time.
4      Q. All right.  There is a similar document in the
5 Harcourt matter.  Let me pull that up.  Now marked as the
6 next exhibit.
7      MR. BRANIGAN:  I -- I have to confess I'm not
8 familiar with that, but do we have a Protective Order
9 issue with that document, Counsel?
10     MR. SLAVIK:  Again, it's sharing Protective Order
11 with the 2018 Model X.
12     MR. BRANIGAN:  Okay.
13     MR. SLAVIK:  And Autopilot issues.
14     MR. BRANIGAN:  I don't know that that's --
15     MR. CARPENTER:  No.  Counsel, we need to take a
16 break here --
17     (Interruption by the court reporter.)
18     (Discussion off the record.)
19     MR. CARPENTER:  I'm not trying to be on the record
20 here.
21     MR. BRANIGAN:  That's counsel for Tesla.  We can go
22 off the record to discuss this.
23     THE VIDEOGRAPHER:  Going off the record.  The time
24 is 3:10.
25     THE VIDEOGRAPHER:  Coming back on the record.  The

346

CRANGLE
REPORTING SERVICES

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1  time on the monitor is 3:17.  Please begin.
2      MR. SLAVIK:  Q.  Sir, who collects information
3  about accidents that go into the Tesla safety report?
4      A.  Uh --
5      Q.  Who is the person responsible for that?
6      A.  So there are multiple engineers writing the
7  code, but the best of my knowledge, Chris Tapia would
8  generate the filing numbers.
9      Q.  You would be the person to ask how they do it?
10     A.  Yeah, I talked to him.
11     Q.  And he would be the person to ask who would
12  create tables and charts and things like this?
13     A.  Yes.
14     Q.  You're not familiar yourself with how that's
15  done?
16     A.  I got the -- got the gist of what they do from
17  discussing with them.
18     Q.  Well, let me ask this.
19     The generation of D16 reports in 2018 coincides
20  with the time that Tesla begins issuing its quarterly
21  safety report.  Correct?
22     A.  Uh, yeah.  I mean the safety reports follow
23  D16, yes.
24     Q.  So can we -- is it correct, then, that the data
25  that vehicle safety report is based upon is the D16 data?

347

1      A.  Yes.
2      Q.  Is there any other source of data for the
3  vehicle safety report independent of the comparison to
4  non-Tesla vehicles?
5      A.  The Tesla numbers come from D16.
6      Q.  So if a D16 report is not received it's not
7  counted as an accident.  Correct?
8      A.  Yeah, if it's not there, it's not counted.
9      Q.  And D16 reports are issued -- are generated
10  only on either, again, like I said, an airbag deployment
11  command, a belt pretensioner command, or a Pedestrian
12  Protection airbag deployment command.  Correct?
13     A.  Yes.
14     MR. BRANIGAN:  Objection.  Form.  Asked and
15  answered.
16     MR. SLAVIK:  Trying to clarify it here.
17     Q.  Through your investigation, has there been any
18  analysis of how many actual field accidents involving
19  injury or death are not -- do not get into the Tesla
20  safety report because of either a lack of a D16 or
21  something else?  Is there any analysis of that?
22     A.  Yeah, I mean as I answered earlier, it's kind
23  of an unknown unknown.  So all we can do is estimate that
24  based on the lack of D16 for a known incident based on
25  some inquiry.

348

1      And based on that analysis, the number that I was
2  told was in high 90's, 90 percent that we receive D16s.
3      Q.  What's the high 90 percent based upon?
4      A.  Based on the inquiries and whatnot.
5      Q.  If you don't get a D16 is there some other
6  process at Tesla that you've been told about that looks
7  for field accidents?
8      A.  We, uh -- sorry.  Can you repeat again?
9      Q.  Are you aware of some other process at Tesla --
10     A.  Yeah.
11     Q.  -- to look for field accidents that are not
12  caught by D16 reports?
13     A.  I'm --
14     MR. BRANIGAN:  Let me just say, accidents involving
15  the Tesla using Autopilot.  Is that what you're asking
16  about?
17     MR. SLAVIK:  No.  I use Tesla in an accident.
18  Because that's on the vehicle safety report.  And then
19  parse it down to Autopilot.  But generally a Tesla
20  accident.  Since the Tesla vehicle safety report talks
21  about Teslas being in accidents whether or not they're on
22  Autopilot.
23     THE WITNESS:  Right.  So -- the vehicle safety
24  report, we only look at the D16s, and that's what you're
25  asking.

349

1      MR. SLAVIK:  Q.  And the D16s then identify
2  whether -- strike that.
3      In the D16 report, there's something about being on
4  either Autopilot or Traffic Aware Cruise Control.
5  Correct?
6      A.  Yeah.  So actually, the most recent D16s only
7  talk about Autopilot, not -- no, actually, it's -- yeah.
8  It's AP or TACC.  Autopilot or Traffic Aware cruise
9  control, yes.
10     Q.  What about Full Self-Driving?  Is that
11  distinguished from Autopilot?
12     A.  No, it's all combined.
13     Q.  Okay.  So the Autopilot signal in the D16 is
14  recorded whether it's Autopilot, Enhanced Autopilot,
15  Navigate on Autopilot, or Full Self-Driving.  Is that
16  correct?
17     MR. BRANIGAN:  Objection to the form as it
18  mischaracterizes the name.  The name is Full Self-Driving
19  Capability.
20     THE WITNESS:  And also Enhanced Autopilot -- I
21  think I mentioned last time or so.  Enhanced Autopilot is
22  a feature -- like is a package we sell --
23     (Interruption by the court reporter.)
24     MR. SLAVIK:  Let me clarify the question, see if I
25  can help.

350

1    Q.  There's Autopilot.  Correct?
2    A.  Yes.
3    Q.  There was something that was once called
4  Enhanced Autopilot but is now called Navigate on
5  Autopilot?
6    A.  No, the feature was never called Enhanced
7  Autopilot.  Enhanced Autopilot is a package we sell which
8  includes a feature called Navigate on Autopilot.
9    Q.  Okay.  Advanced Autopilot is a feature you sell
10 that includes Navigate on Autopilot.  Correct?
11   A.  Enhanced Autopilot is a package, yes.  The
12 feature called Navigate on Autopilot.
13   Q.  What are the differences between Autopilot and
14 Navigate on Autopilot?
15   MR. BRANIGAN:  Counsel, how does this fit with -- I
16 mean are you going to connect this to D16?
17   MR. SLAVIK:  Yes.
18   THE WITNESS:  The Navigate on Autopilot would --
19 would -- based on the navigation route, it can suggest or
20 take late changes to follow the route and take exits, for
21 example.  On highway.
22   MR. SLAVIK:  Q.  In the D16, are you saying there's
23 no difference in what's recorded whether it's on Autopilot
24 or the Navigate on Autopilot?  There's no differentiation?
25   A.  Uh, in vehicle safety report, it's all

351

1  combined.  D16 internally has had the differentiation.
2    Q.  Okay.  Oh, so the D16 does have the
3  differentiation of the type of Autopilot that's being
4  used.  Correct?
5    A.  Yes.
6    Q.  Is that also true for the Full Self-Driving
7  features?
8    MR. BRANIGAN:  Objection.  Form.  Mischaracterizes
9  the name.  Full Self-Driving Capability.  Go ahead.
10   MR. SLAVIK:  Capability.  Thank you.  Full
11 Self-Driving Capability.
12   THE WITNESS:  Yes.  That is -- yeah, that is part
13 of the D16 record.
14   MR. SLAVIK:  Q.  And you are aware of why, if any
15 reason at all, they don't break it down between those
16 various functionalities when they make a vehicle safety
17 report?
18   A.  I mean simplicity would be my guess, but I'm
19 not 100 percent sure.
20   Q.  Are there differences in the hands on alert
21 system between any of these types of Autopilot?  In other
22 words, the timing of the chimes and the strike outs and
23 type of roadways that we worked on.
24   Do they differ between Autopilot, Navigate on
25 Autopilot, and Full Self-Driving Capability?

352

1    A.  The things you mentioned -- timing, chimes,
2  strike outs -- they all remain the same.
3    But the -- there are like some additional reasons
4  for hands on during Navigate on Autopilot.  There are --
5  there are some -- some differences.  Actually that --
6    So, like, during, like, early, early, early rollout
7  of FSD capability, there were no differences, but lately
8  as of last year or two, based on whether Cabin Camera
9  detects attentiveness during the FSD stack.
10   So we are experimenting with some of the hands on
11 timings if the driver is detected as attentive from Camera
12 Cabin.
13   (Discussion off the record.)
14   MR. BRANIGAN:  If this is a good time for a break
15 why don't we take five.  We've been going for a while now.
16   THE VIDEOGRAPHER:  We'll go off the record then.
17 It's 3:29.
18   (Recess.)
19   THE VIDEOGRAPHER:  Coming back on the record.  The
20 time on the monitor is 3:37.  Please begin.
21   MR. SLAVIK:  Q.  The software updates, and the
22 changes to them, there was a document that was marked
23 earlier here.  I'm just trying to find it very quickly.
24   Maybe Mr. McDevitt recalls.  Is it 319 or 318?
25 Here it is.  314.

353

1    Exhibit 314.  Do you have it there?  Otherwise I'll
2  put it up on the screen.
3    A.  Can you show it to me?
4    Q.  Sure.
5    Do you see it there, sir?
6    A.  Yes.
7    Q.  Okay.  This ends December 9th of 2016.
8    Are you aware of any such table of Autopilot
9  Software changes, the type of data that's reflected here,
10 that's more updated, for example, up through software
11 release Firmware 9.0?
12   A.  Uh, can you scroll down a little?
13   Q.  Sure.  This is dated December 25th, 2016.  And
14 it goes back.  Page four at least goes back to January of
15 2016.
16   I'll just scroll slowly; it might pop up.
17   We're in 2015 now.  Scrolling.
18   Just wondering is there such a document that
19 updates this through the release of Firmware 9.0?
20   A.  I don't know if there is one specifically
21 called 9.0.  I know there's one that documents some of the
22 latest releases, but I'm not sure about going back to the
23 9.0.
24   Q.  Well, who would you ask for that?
25   A.  I mean one of the Program Managers.

354

1    Q. Name, please?
2    A. Pete Scheutzow, for example.
3    Q. Could you spell the last name?
4    A. It's a complicated spelling. I don't know.
5    MR. BRANIGAN: His name has been mentioned many
6  times. We can provide the spelling to the court reporter.
7    THE REPORTER: It's on my screen there.
8    MR. BRANIGAN: There you go.
9    MR. SLAVIK: Q. Do you know when, sir, Firmware
10  9.0 came out?
11    MR. BRANIGAN: Let me just object to the form of
12  the question. It's beyond the Court's order and notice.
13    Are you going to connect this to D16, Don?
14    MR. SLAVIK: Yes. But I'm questioning because,
15  again, Benavides is a Firmware 9.0. It's just a
16  background question.
17    MR. BRANIGAN: Go ahead.
18    THE WITNESS: Yes, I don't know that it --
19    MR. SLAVIK: Q. Well, we have a 2019 vehicle and
20  2019 accident, so it must have been 2019 or earlier?
21  Would you agree?
22    A. If that's the case, yeah.
23    Q. Now, do the D16 reports differ between
24  firmware, software that's in the vehicles?
25    A. As I mentioned earlier, like when we released

355

1  Navigate on Autopilot, we added a field --  we added a
2  state for Navigate on Autopilot.
3    And there may have been, like, other minor updates
4  over the time.
5    Q. Would you agree that perhaps over 95 percent of
6  the date that's in a D16 has been constantly the same
7  shins they were first brought out?
8    A. The format of the data, yes.
9    Q. And are the D16 reports the same whether it's a
10  Model S or Model X or Model 3 or Model Y?
11    MR. BRANIGAN: You mean the format?
12    MR. SLAVIK: Yes.
13    THE WITNESS: The format remains the same.
14    MR. SLAVIK: Q. By "format" do you mean the type
15  of data that's collected and recorded?
16    A. Yes.
17    Q. And the methodology of sending it to Tesla is
18  the same?
19    A. Yes.
20    Q. The conditions under which it's sent are the
21  same?
22    A. Yes.
23    Q. And other than maybe changing or adding a field
24  or a state, they remained the same since 2018 through the
25  present?

356

1    A. To the best of my knowledge, yes.
2    Q. With regards to hands-on detection. Is the
3  criteria different between the various models vehicles?
4    A. Can you define what you mean by "criteria"?
5    Q. The 0.3 Newton meter torque requirement. Is it
6  the same across all vehicles or does it vary?
7    A. Uh, it varies between different cars, and I
8  mentioned about an example of tuning with it from Model X
9  last time.
10    Q. Model X last time, you said?
11    A. During last deposition I think we discussed
12  about we did tuning for Model X.
13    Q. My question is really 0.3 Newton meters. Is
14  there a different specification, for example, for Model X
15  or Model 3 or Model Y?
16    A. I mean I don't know the exact threshhold off
17  the top, but the specification can be different between
18  different cars.
19    Q. And are you aware of complaints made by
20  customers that their hands-on detection system would fail
21  to detect their hands on the wheel, even though they're
22  clearly not? Have you seen those reports, any such
23  reports?
24    A. Anecdotally, yes.
25    Q. "Anecdotally", do you mean you've seen written

357

1  reports or just heard by talking to other engineers?
2    A. Yeah, I learned it by talking to Service
3  Engineering folks.
4    Q. And have you seen reports or anecdotes of
5  people reporting, customers reporting, that their hands
6  were detected on the wheel all the time when they were
7  not?
8    A. I -- I don't think I've heard that.
9    Q. Okay. Have you heard anecdotes or seen reports
10  of people using what someone described as defeat devices
11  to overcome the hands on detection?
12    MR. BRANIGAN: Sorry, sir. Let me object to the
13  form of the question.
14    And also, this is another area that I think
15  we're -- I don't know if you're going to connect it to
16  D16? I don't know if you're asking this within the
17  context of subpart b.? Doesn't sound like it, but maybe
18  I'm missing something, Don.
19    MR. SLAVIK: Give me a second.
20    Q. Are you aware of reports of such devices --
21    A. Yes.
22    Q. -- from customers?
23    A. Yes.
24    Q. All right.
25    A. You're talking about, like, weights that people

358


CRANGLE
REPORTING SERVICES

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1 put on steering wheels.  Right?
2    Q. Yes.  Is there any way for a D16 report to
3 discern between a weight being used as opposed to an
4 actual hand?
5    A. No, I think I mentioned earlier that D16
6 doesn't have records of hands on.
7    Q. Does D16 report have the actual torque measured
8 on the steering wheel in its report?
9    A. Not to my knowledge.
10    Q. Does the log file have the measurement of
11 steering wheel torque measured by the operator and the
12 hands on?
13    A. Which file?
14    Q. Car Log file.
15    A. Uh, I'm not 100 percent sure if it has that.
16 I -- again, I would be guessing, but that -- but I don't
17 take it as -- I'm not really confident on that.
18    Q. How would you look to find out?
19    A. Sorry?
20    Q. How would you look to find out if it has that?
21    A. I think I went into too much detail about
22 looking at artifacts to find out whether a given signal is
23 logged or not.
24    Q. Have you ever looked in Confluence for the list
25 of signals?

359

1    A. It's the build artifacts in the shared drive.
2 I think I mentioned it in earlier parts of your questions.
3    Q. But sir, are you aware of a document in
4 Confluence which lists out the signals?  That lists out
5 the signals that are recorded on a Car Log.  Are you aware
6 of a document in Confluence?
7    A. I'm not aware of it.
8    Q. You're not denying there's one, right?  You
9 just don't know?
10    A. Yeah, I don't know.
11    Q. Have you ever looked?
12    A. I didn't, no.
13    Q. Are D16 reports generated by vehicles in Europe
14 different than D16 reports generated by vehicles in the
15 United States?
16    MR. BRANIGAN:  You mean in terms of content, data
17 content, and/or format?
18    MR. SLAVIK:  I'll take either.  Go ahead.
19    THE WITNESS:  Not to my knowledge.
20    MR. SLAVIK:  Q.  In Europe, there is an alert
21 that's received if the hands are not detected when
22 required within 15 seconds.  Right?
23    A. Uh, again, I'm not sure of the exact
24 threshhold, but that sounds about right.
25    Q. The UN R79 --

360

1    A. Yeah, I mean I'm aware of the regulation; I
2 just don't know the exact threshhold off the top.  I don't
3 have the document.
4    Q. Do you know whether it be -- we've looked at
5 Exhibit 320 earlier with various times and speeds and
6 environmental factors.
7    Does that apply over in Europe?
8    A. Yes.
9    Q. But when it says, for example, ten -- three
10 minutes, it's limited to 15 seconds, correct?
11    (Discussion off the record.)
12    MR. BRANIGAN:  We need the whole question repeated.
13    THE WITNESS:  Just the last part.
14    MR. SLAVIK:  I'll ask it over.
15    Q.  In Exhibit 320, the stuff for Firmware 7,
16 Firmware 8, factors that go into when alerts are given as
17 to hands off.  Correct?
18    A. Where is that document?
19    MR. BRANIGAN:  320?
20    MR. SLAVIK:  320 I think is the number.  I could
21 put it back up here again in a minute.
22    MR. BRANIGAN:  Yes, if you put it back up that
23 would help.
24    (Discussion off the record.)
25    MR. SLAVIK:  Q.  See it here, sir?

361

1    A. Yes.
2    Q. Okay.  For example, on 7.1, Autosteer Hands on
3 Alert Timing, Exhibit 320.  There are various speeds.
4 There's the lateral acceleration limits.  And there's
5 timing.  Three minutes and five minutes, etcetera.  Right?
6    A. Yes.
7    Q. Okay.  When an equivalent chart, that might
8 apply to European vehicles after the adoption of UN R79,
9 would limit these three minutes and five minutes to
10 15 seconds.  Isn't that correct?
11    A. Right.  I mean it's minimum of 15 seconds are
12 the threshhold, assuming it's 15 seconds, and other timing
13 requirements, whichever comes first.
14    Q. I want to clarify, because I was -- didn't
15 understand what you had said earlier in the deposition --
16 whether not there was any study done by Tesla or hands on
17 requirements changing it from these numbers on the
18 Exhibit 320 to the UN R79 15-second requirement.
19    A. What's the question?
20    MR. BRANIGAN:  Yeah, can you restate that?  We both
21 missed it.
22    MR. SLAVIK:  Okay.
23    Q. Was there any study done by Tesla as to
24 adopting the UN R79 requirements of 15 seconds instead of
25 the three minutes, five minutes, etcetera specifications

362

CRANGLE
REPORTING SERVICES

1 that are described on Exhibit 320?
2     MR. BRANIGAN:  Objection to form to the extent it
3 was asked and answered by Mr. McDevitt.
4     THE WITNESS:  And your question is did we do any
5 study to apply those regulations outside the EU.
6     MR. SLAVIK:  Yes.  In the United States in
7 particular.
8     THE WITNESS:  Yeah, in Europe we already comply
9 with that regulation, and as I mentioned last time, I
10 don't know if there was any specific study around that.
11     MR. SLAVIK:  Q.  Was there any study done to see if
12 the adoption of the 15 second rule in Europe reduced the
13 frequency of D16 reports of a crash?
14     A. I don't -- I don't know if you can attribute,
15 like, crashes to just one timing change.
16     Q. Question simply was:  Was there an attempt to
17 see if there was any association?
18     A. Not to my knowledge, but again I would say that
19 it's not -- there are, like, multiple factors; it's not
20 just, like, one parameter change would magically affect
21 crashes.
22     Q. My simple question is:  Did you look at whether
23 or not that 15 second rule affected crash rates?
24     A. I think I answered it already.
25     MR. BRANIGAN:  Are you done asking about D16?

363

1     MR. SLAVIK:  I'm looking to see.
2     Q. Besides D16s from the United States and D16s
3 from Europe, are D16s collected, for example, on the URL
4 to in the Asian Pacific market?
5     A. Yes.
6     Q. Are they put into some kind of vehicle safety
7 report?
8     A. Uh, are you asking if there is like a
9 region-specific vehicle safety report?
10     Q. Yes.
11     A. Not to my knowledge, no.
12     Q. Or a global safety report?
13     A. I think there's just one safety report that
14 gets published.
15     Q. And that applies to the United States records.
16 Correct?
17     A. Yeah, I think so.
18     Q. Again, has anybody looked at and compared
19 crash -- Tesla safety report to compare various global
20 markets against each other using D16 reports?
21     A. Not to my knowledge.
22     MR. SLAVIK:  I think I'm done with the D16 reports.
23 Do you want to dismiss people or something?
24     MR. BRANIGAN:  That is our request.  That is our --
25 more than a request.  That's what we -- how we will

364

1 proceed.
2     And I would just take a step farther to say if
3 you're done with the D16 questions, then we believe the
4 deposition for the Huang case is completed.
5     MR. MCDEVITT:  I had a few follow-up questions on
6 the D16.  So I'm assuming I should do those now.
7     MR. BRANIGAN:  Well, so that means that two
8 plaintiffs lawyers in the Huang case are asking questions
9 about D16 and that's what we objected to.
10     MR. MCDEVITT:  Okay.  Mr. Slavik has covered the
11 vast majority.  There's clarification -- okay.  We can
12 take a break and I can tell Don the question I want to ask
13 or I think he could probably cover it quicker than that.
14     MR. BRANIGAN:  For you, Andrew, quicker could mean
15 an hour, it could mean three days --
16     MR. MCDEVITT:  Yeah, you sound like my kids.  They
17 call --
18     MR. BRANIGAN:  I don't mean that in a pejorative
19 way, and I've complimented you before.  I've told you
20 before there are few lawyers that I've encountered that
21 are able to drill as deeply as you.
22     Seriously, if it's one or two questions, okay,
23 let's get them done.
24     MR. MCDEVITT:  It is.  And actually it relates to
25 what's triggering the D16.  And I just want to -- so I'll

365

1 just go ahead.
2     MR. BRANIGAN:  Go ahead.
3     FURTHER EXAMINATION BY MR. MCDEVITT
4     MR. MCDEVITT:  Q.  So you had answered some
5 questions about what triggered a D16 report.  And I just
6 want to clarify.
7     I'm going to show you what was previously marked as
8 Exhibit 279 to the deposition of CJ Moore.
9     (Plaintiff's Exhibit 279 was marked for
10 identification.)
11     MR. MCDEVITT:  Q.  This is a document that says:
12 Proposal for New D Class Telemetry Record.
13     And I'm looking at the last page dated -- or that
14 has a Bates 183267?
15     A. Yes.
16     Q. There's a heading that says:  Events.
17     A. Um-hum.
18     Q. It says:  This category is a grouping of a few
19 types of alerts/AP disengagements.  The events are Forward
20 Collision Warning, Automatic Emergency Braking, Lane
21 Departure Warning, Crashes, AP Steering Disengagements, AP
22 Brake Disengagements, AP Stalk Disengagements, and ACC
23 Only Disengagements.
24     So what I wanted to just clarify, are those events
25 ones that will prompt a D16 report to be created, all of

366

1 those different events, or is it limited to for you to
2 identify it as the airbag firing, pretensioner firing, or
3 the Ped Pro detection firing?
4     A. Yeah, just these crashes would, like, the
5 crashes would, like, can trigger a D16 telemetry
6 transmission.  Not these events.
7     Q. Well, okay.  At the end of this document under
8 the Summary it says:  The last important detail to this
9 record is the time of transmission.  Given the nature of
10 the data being collected, paren, rare events, close paren,
11 D16 records will be uploaded either at the end of the
12 drive cycles, which you've covered, or based on critical
13 event.
14     And in that particular parentheses, it does
15 identify Automatic Emergency Braking.
16     A. Right.  But I think that was a -- does this
17 document say it's a proposal?  I don't think AB was, like,
18 if we went to that, like, Immediate Transmission Event.
19     Q. Okay.  And actually that was part of the reason
20 for my clarification, because I think you are correct.  It
21 does indicate "proposal".  I was just trying to -- so let
22 me ask you this.
23     Is there is a final version or another version of
24 this document or some other document that sets forth the
25 criteria that triggers a D16 to be transmitted?

367

1     A. Uh, I see one presentation where it was
2 mentioned.  I don't know if that's part of the document
3 like we said or not.
4     Q. Okay.  Was that something you reviewed before
5 the deposition?
6     A. I saw it -- yeah, I saw it as part of this
7 deposition preparation.
8     MR. MCDEVITT:  Lauren or Tom, do you have a Bates
9 for that?
10     MR. BRANIGAN:  I don't know what he's referring to.
11     MR. MCDEVITT:  Okay.
12     MR. BRANIGAN:  Just trying to answer your question,
13 it may be something that he looked at independently,
14 because we didn't -- I didn't show him that document.
15     MR. MCDEVITT:  Q.  Okay.  Was this a document that
16 when you most recently were doing some research on
17 Confluence you located?
18     A. No, it was when I talked to Chris, he -- he
19 showed me that presentation.
20     Q. Okay.  All right.
21     MR. MCDEVITT:  So I think, I mean, that's within
22 the scope of the document request, so I'd ask that you
23 guys produce that, please.
24     MR. BRANIGAN:  Did you list it on the -- it's not
25 listed on that list that we sent already that we have over

368

1 there, is it?
2     THE WITNESS:  Which list?  No.  This?  This is not
3 documents.  This is --
4     MR. BRANIGAN:  We had provided counsel with a list
5 of documents that you had reviewed.
6     THE WITNESS:  I don't think that is.
7     MR. BRANIGAN:  Okay.
8     MR. MCDEVITT:  Okay.  So we don't have that one?
9     MR. BRANIGAN:  We do not have it.  And I'd need
10 some detail to know what it is.
11     MR. MCDEVITT:  I'm sorry, what?
12     MR. BRANIGAN:  I said I would need more detail
13 about it right now to know what it is.
14     MR. MCDEVITT:  Okay.  And then the other question I
15 had was --
16     Well, I guess, yeah, we just ask that that be
17 produced so we have the material he reviewed.
18     Q. With respect to Tesla's evaluation of the D16
19 data, what did you learn about how Tesla evaluates that
20 data?
21     MR. BRANIGAN:  Objection.  Form.  Vague.  You mean
22 in terms of methodology?  In terms of conclusions?
23     MR. MCDEVITT:  I can ask more broadly.
24     Q. In what ways does Tesla evaluate the data from
25 the D16 reports?

369

1     A. I mean I would say totally -- it would -- the
2 main use case is to generate the vehicle activity reports.
3     So the process of evaluation is, like, we get all
4 the individual records, and then it goes through the
5 process of tabulation and data duplication, and then it
6 ends up -- all the information ends up in a data base
7 that's queried to generate the vehicle safety report.
8     Q. Then in Exhibit 311, which was the -- this is
9 the materials you did review?
10     A. Yes.
11     Q. Okay.  Did any of those documents -- let me
12 just focus on Exhibit 156, 271, 273 or 282, or 272 -- did
13 any of those contain an analysis of the D16 data?
14     A. I don't know them by the numbers, so if I can
15 look at it, I could probably detect.
16     Q. Do you have each of those in hard copy form in
17 front of you?
18     A. Uh --
19     MR. BRANIGAN:  We have some of the exhibits.
20     MR. MCDEVITT:  I think 156 is the one I had in mind
21 so let me just show this to you.
22     (Plaintiff's Exhibit 156 was marked for
23 identification.)
24     THE WITNESS:  Okay.
25     MR. BRANIGAN:  We have that one.  Here you go.

370

1     MR. MCDEVITT:  Okay.
2     Q. So Exhibit 156, this was a document you
3 reviewed for this deposition.  Correct?
4     A. Yes.
5     Q. And this (indicating) generally talks about --
6 well, at least in part of it, it talks about a collision
7 funnel?
8     A. Yeah.
9     Q. And at least for this particular time period
10 it's talking about, it says:  Total collisions, 10,513 and
11 it says:  Source:  D16?
12    A. Yes.
13    Q. So what does that mean?  That just means there
14 were 10,513 D16 reports related to collisions during that
15 time period?
16    A. Yes.
17    Q. Okay.  And then as you go down -- whoops,
18 excuse me -- the tunnel, or funnel, excuse me, the
19 snapshots, those are different from the D16?
20    A. Yes.
21    Q. What's the difference between the D16 and the
22 snapshots?
23    A. A D16 is just a record that indicates collision
24 occurred.
25        Snapshot has much more richer data including

371

1 camera, videos from camera, and other, like -- the output
2 of various Autopilot processes.
3     Q. So just the umbrella term snapshot, what's the
4 collection of data, telemetry data, that that refers to?
5     A. Snapshot, depending on whose snapshot is
6 generating, depending on, for example, this collision
7 snapshot would have videos from the telemetry cameras; it
8 could have the CAN data seen by Autopilot, transmitted by
9 Autopilot; it could have the IPC data.  IPC is the
10 interprocess communication.
11        The data is passed from one process in Autopilot to
12 another process in Autopilot.
13    Q. I apologize.  I think Don asked you this, but I
14 don't think I followed.
15        When you say CAN data, is that a synonym for the
16 Car Log data?
17    A. Uh, well, Car Logs are a subset of CAN data.
18    Q. Okay.
19    A. Not all CAN signals are logged in Car Log, if
20 that makes sense.
21    Q. So what's the format that the CAN data is part
22 of the telemetry?
23    A. Uh, by telemetry are you asking about these
24 collision snapshots?
25    Q. Yeah.  In short, what I'm asking is how

372

1 whatever data you're referring to, how does that get from
2 the Tesla vehicle to Tesla server?
3     I mean and I'm not talking about using a port; I'm
4 just saying what's the mechanism that that gets
5 transmitted?
6     A. Like depends on what data are you asking.  Like
7 Car Logs, or snapshots, or D16, or what?
8     Q. Okay.  So the snapshot, you said, is a term
9 that includes videos, CAN data, and then IPC data?  Is
10 that right?
11    A. Yeah.
12    Q. Does that all come in a package together like a
13 zip file or something?
14    A. Something like that.  Not exactly a zip file,
15 but I think it's a proprietary format that Tesla
16 developed.
17    Q. So it's a proprietary format that compresses a
18 collection of data together?
19    A. Yes.
20    Q. And when you zipper or unpackage that, it
21 includes video, CAN data, and then you said IPC data?
22    A. Yes.
23    Q. The IPC data, does that include, to the extent
24 it exists, the outputs from the Vision system associated
25 with the video?

373

1     A. Yeah.  It can have that.
2     Q. Okay.  And then that is -- so that is part of a
3 separate analysis?  Is that right?
4     A. That's a much richer data which can be used for
5 in-depth analysis.
6     Q. Okay.  And is the tool -- the tools for
7 analyzing that, is that Kafka, Apviz, or something else?
8     A. Apviz generally.  At least nowadays, it's Apviz
9 or Flide.
10    Q. F-l-i-d-e?  Is that what you said?
11    A. Yes.
12    Q. And what's the difference between Flide and
13 Apviz?
14    A. Just different tools that are developed
15 internally to recognize data.
16    Q. Okay.  Is the D16 data entirely separate from
17 the snapshot, or is that also part of the snapshot?
18    A. Entirely separate.
19    Q. Okay.  And then -- I want to just make sure I'm
20 following.
21        If the question was about the hands on information,
22 or the hands on state, you would be looking at the
23 snapshot, not the D16.  Is that correct?
24    A. Either the snapshot or the Car Log data.
25    Q. Okay.  And then if you wanted to look at, like,

374

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1 the augmented video, is that like a tool within the Apviz?
2     A. By "augmented video" do you mean like the
3 Vision output being projected back on the video?
4     Q. Correct.
5     A. That's generated as part of some post
6 processing, and that would be either Apviz or Flide or
7 t-clips.
8     MR. BRANIGAN:  Have we reached the end of your
9 three questions?
10     MR. MCDEVITT:  Yes.
11     MR. GOKOFFSKI:  Don, can I just jump in here real
12 quick?  I am, as cool Andrew, I really don't need -- my
13 questions should be very short.  I really just -- I don't
14 think it will take too long.
15     MR. BRANIGAN:  About what?
16     MR. GOKOFFSKI:  I'm sorry?
17     MR. BRANIGAN:  You're going to ask about D16 now?
18     MR. GOKOFFSKI:  Just the telemetry record, yes.
19     MR. BRANIGAN:  This is what we objected to.  We
20 objected to all these different plaintiffs' lawyers asking
21 the same witness about the same topics.  That's why we
22 agreed to have Mr. Slavik cover the D16 issues for the
23 Huang case.  That's what my e-mail was about yesterday.
24     MR. GOKOFFSKI:  Just let me ask the question.  It's
25 very general question; I don't think it's been covered

375

1 reaches the point where it's just harassment of the
2 witness and the company, we fought this deposition very
3 hard because of the amount of witnesses who have already
4 testified for over a year now.  Ten or 12 witnesses.
5     What you're asking is way beyond the Court's order,
6 way beyond the notice, because other witnesses testified
7 about those issues exhaustively months and months and
8 months ago.
9     So that's why I'm objecting like I'm objecting.
10 That's my reason for instructing him not to answer.
11     MR. GOKOFFSKI:  If you're instructing him not to
12 answer, that's your prerogative.  I don't believe either
13 of the other counsel have asked about the Autopilot and
14 fixed objects.
15     MR. BRANIGAN:  I'm certain you're right, because on
16 that point, they were both staying within the parameters
17 of the Court's order, and the deposition notice.
18     There's nothing from either document that suggests
19 that the court thought this deposition should be about
20 what you just asked.
21     So I think that's why you're right, that other
22 counsel today or ten days ago didn't ask about that.  It's
23 outside the scope of the order and the notice.
24     MR. GOKOFFSKI:  Okay.  That's your interpretation
25 of it, and if you're instructing your client not to answer

377

1 before.  If I'm wrong, so be it, and feel free to object.
2     FURTHER EXAMINATION BY MR. GOKOFFSKI
3     MR. GOKOFFSKI:  Q.  Did telemetry records or any of
4 your internal studies determine whether audio or visual
5 warnings were more effective at warning drivers?
6     MR. BRANIGAN:  Objection.  This has been asked and
7 answered multiple times.  I'm going to instruct him not to
8 answer.
9     MR. GOKOFFSKI:  Q.  And -- oh.  And this is also a
10 general question.
11     When you were creating -- when Tesla was creating
12 detection methods for the Autopilot, did Tesla evaluate or
13 consider fixed objects when designing the AP?
14     MR. BRANIGAN:  Can you repeat the question?
15     MR. GOKOFFSKI:  When Tesla was evaluating or
16 creating the Autopilot system, did Tesla consider the role
17 of fixed objects when designing said system?
18     MR. BRANIGAN:  I'm going to instruct him not to
19 answer.  This is way beyond the Court's order, way beyond
20 the notice.
21     MR. GOKOFFSKI:  You're instructing your witness not
22 no answer?
23     MR. BRANIGAN:  I am.  For the reasons I said.
24     MR. GOKOFFSKI:  All right.
25     MR. BRANIGAN:  Yeah, I hate to do it, but if this

376

1 it, that's your prerogative, like I said.
2     I'm looking at the notice right now.  I don't
3 really want to argue over it.  I'm looking at it.  It
4 says:  Driver monitoring and hands on detection for
5 Autopilot and I feel like --
6     MR. BRANIGAN:  It involves driver monitoring.
7 You're asking about whether the Vision system could detect
8 a fixed object.
9     MR. GOKOFFSKI:  I'm asking whether Tesla, when
10 Tesla was creating --
11     MR. BRANIGAN:  I'm not going to argue with you --
12     MR. GOKOFFSKI:  -- whether it considered it.
13     But that's fine.  You're instructing your client;
14 that's fine.
15     Mr. Slavik, that was it for me.
16     MR. BRANIGAN:  Why don't we take a break because I
17 might have a question or two for the Huang deputy since
18 it's my turn typically.
19     (Discussion off the record.)
20     FURTHER EXAMINATION BY MR. SLAVIK
21     MR. SLAVIK:  Q.  Sir, with the D16, are there any
22 associated videos that uploaded with the D16?
23     A. No.
24     MR. SLAVIK:  Thank you.
25     MR. BRANIGAN:  Let's take a break.

378



VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

1    THE VIDEOGRAPHER: Going off the record. The time
2 is 4:19.
3    (Recess.)
4    THE VIDEOGRAPHER: Coming back on the record. The
5 time on the monitor is 4:57. Please begin.
6    EXAMINATION BY MR. BRANIGAN
7    MR. BRANIGAN: Q. Actually I'm Tom Branigan, as
8 you know, and I represent Tesla. I just have a couple of
9 comments.
10    MR. MCDEVITT: Tom, sorry. I don't know that
11 Caltrans's counsel is here.
12    THE VIDEOGRAPHER: I'll go off the record, then.
13 The time the 4:57.
14    Coming back on the record, the time the 4:59.
15 Please begin.
16    MR. BRANIGAN: Q. Actually, at the end of the --
17 excuse me -- just before the end of the last break you
18 were asked some questions by counsel for the Huang
19 plaintiffs, Mr. McDevitt, asked you about something that's
20 referred to as Apviz, A-p-v-i-z?
21    A. Yeah.
22    Q. And in responding to his questions about Apviz,
23 you mentioned once or twice augmented video. Do you
24 recall that discussion?
25    A. Yes.

379

1    Q. Does Apviz contain augmented video?
2    A. No, that's only on t-clips.
3    MR. BRANIGAN: All right. That's all I have.
4    I don't have any other questions for the witness.
5 I do have a couple of comments that I'd like to make about
6 exhibits that were used by Mr. Slavik.
7    The exhibits that were used at the beginning of
8 Mr. Slavik's examination, three of them specifically, I
9 believe that they've been withdrawn, but I just want to
10 confirm that, and confirm that when Counsel says they were
11 withdrawn, they're got going to be part of the record for
12 this deposition, they won't be attached.
13    Excuse me. The exhibits I'm referring to are two
14 documents from a case called Hsu, H-s-u, versus Tesla.
15 One of those was D16 Data, and the other was referred to
16 as Car Log Data.
17    Those are withdrawn. Correct, Mr. Slavik?
18    MR. SLAVIK: Yes, I'm withdrawing those. I'll save
19 them for another deposition another day.
20    MR. MCDEVITT: So I actually was having trouble.
21 Were those actually marked in this deposition or just
22 referred to?
23    MR. BRANIGAN: I believe they were marked.
24    MR. SLAVIK: They were numbered, but I don't
25 remember what they were.

380

1    MR. BRANIGAN: If you give me one second, for
2 clarity and for hopefully the benefit of the court
3 reporter, I think I can find those.
4    I have them right now. It is the unredacted
5 version of Exhibit 54 from Huang.
6    And we think that should be withdrawn as well,
7 because the unredacted version should not be used. It was
8 clawed back some time ago by Tesla, and it shouldn't be
9 used in this deposition or any other deposition.
10    I suppose it could be replaced with the redacted
11 version, but that's not what was used today, and we think
12 using it is a violation of at least the Huang Protective
13 Order, and probably the Harcourt Protective Order.
14    So we're asking that you confirm, Mr. Slavik, that
15 that exhibit will be withdrawn as well.
16    MR. SLAVIK: I will confirm that I will withdraw
17 the exhibit from this deposition.
18    I will also put on the record that I think the
19 questions that were asked about all three documents were
20 generic questions to any D16 or any log file or any
21 compilation of -- listing of Autopilot or -- at least
22 accidents, collection of accidents; I think they were just
23 generic and were not specific to any particular data in
24 those records.
25    But I will withdraw all three exhibits.

381

1    MR. BRANIGAN: Okay. With that I think the
2 deposition transcript record for the Huang case is closed.
3    And we can continue with Mr. Slavik only asking
4 questions about Monet and Benavides, and we'd ask other
5 counsel to sign off.
6    MR. MCDEVITT: All right.
7    (Deposition concluded at 5:04 p.m.)
8    ---oOo---
9
10
11
12    _____
                AKSHAY PHATAK
13
14
15
16
17
18
19
20
21
22
23
24
25

382

CRANGLE
REPORTING SERVICES

VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

```
 1  STATE OF CALIFORNIA    )
                           )    ss
 2  COUNTY OF ALAMEDA      )

 3

 4       I, Karen A. Crangle, hereby certify that the
 5  witness in the foregoing deposition named

 6

 7                 AKSHAY PHATAK
 8
 9  was by me duly sworn to testify to the truth, the whole
10  truth, and nothing but the truth in the within-entitled
11  cause; that said deposition was taken at the time and
12  place herein named; that the testimony of said witness was
13  reported by me, a certified shorthand reporter and a
14  disinterested person, and thereafter transcribed into
15  typewriting.

16

17       And I further certify that I am not of counsel or
18  attorney for either or any of the parties to said
19  deposition, nor in any way interested in the outcome of
20  the cause named in said caption.

21

22  Date: August 7, 2023

23

24  _____

    Karen A. Crangle, C.S.R.
25
```

383

```
 1  Errata Sheet

 2

 3  NAME OF CASE: HUANG vs. TESLA INC., et al.

 4  DATE OF DEPOSITION: 08/02/2023

 5  NAME OF WITNESS: Akshay Phatak

 6

 7  Page/Line

 8  _____

 9  _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

24  _____          _____

25    DATE                      WITNESS
```

385

```
 1                 August 7, 2023
 2
 3
 4  AKSHAY PHATAK
    c/o Thomas Branigan, Attorney at Law
 5  BOWMAN AND BROOKE LLP
    1741 Technology Drive, Suite 200
 6  San Jose, California 95110
 7
 8
    RE:  HUANG vs. TESLA
 9
10
    Dear Mr. Phatak:
11
    Volume II of your deposition transcript has been prepared
12  and is available at our office for reading, correcting and
    signing, and shall remain so available for 35 days.
13
    Should you wish to review your deposition transcript,
14  please contact our office for an appointment.
15
    Sincerely,
16
17
18
    Karen A. Crangle, C.S.R.
19
20
21
22
23
    cc:  All counsel
24
25
```

384

CRANGLE
REPORTING SERVICES

**Exhibits**

**EXHIBIT 156 (**
**Karpathy121621)** 208:2
370:12,22 371:2

**Exhibit 255** 207:11
296:17,18,21

**Exhibit 256** 206:22 271:20
272:7,8

**EXHIBIT 279 (**
**Moore 022223)** 207:19
340:12 366:8,9

**EXHIBIT 322 (**
**Phatak080223)** 206:20
262:4

**EXHIBIT 323 (**
**Phatak080223)** 207:2
271:11 283:17

**EXHIBIT 324 (**
**Phatak080223)** 207:7
292:20,22 341:2

**EXHIBIT 325 (**
**Phatak080223)** 207:9
292:20,24 294:14 341:1

**EXHIBIT 326 (**
**Phatak080223)** 207:4
288:12,13,15

**EXHIBIT 327 (**
**Phatak080223 Placehol**
**der)** 207:14 318:3,6 328:4

**EXHIBIT 328 (**
**Phatak080223 Placehol**
**der)** 207:17 326:15 328:14

---

**-**

---

**---ooo---** 382:8

---

**0**

---

**0.3** 357:5,13

---

**1**

---

**1** 214:22 272:14,16 339:21

**1.12** 262:16

**10,513** 371:10,14

**100** 301:2 308:11 322:8
325:21,24 352:19 359:15

**100,000th** 320:8

**10:04** 209:8

**11** 229:6 250:4,6 299:22

**116528** 293:2

**11:00** 242:18

**11:06** 242:21

**12** 221:5,6 223:18 224:9,10
225:4,19 227:8,10 228:21
233:22 234:2 247:21 377:4

**122591** 272:18

**12:30** 286:24 287:1

**12:32** 286:20

**13** 228:21 236:10 281:18

**139497** 281:10

**13th** 281:14

**14** 233:5,8

**15** 251:11 332:18 339:21
360:22 361:10 362:10,11,
12,24 363:12,23

**15-second** 362:18

**156** 370:12,20,22 371:2

**158682** 291:12

**18** 293:6 294:20

**183267** 366:14

**19CV346663** 209:6

**1:00** 287:2,3

**1:05-ish** 287:3

**1:07** 287:23

**1:56** 315:15

---

**2**

---

**2** 216:5,6 243:20 344:11

**2,000** 327:12,17

**2.5** 275:8 276:12 277:3
280:13 344:11

**2.x** 272:19

**20** 228:25

**2015** 267:9 354:17

**2016** 228:25 229:1 233:9
244:2 250:5 251:1 283:25
293:6 294:20 301:16,20
302:8 304:10 310:4 354:7,
13,15

**2017** 263:18

**2018** 213:25 214:2,6 215:3
228:23 229:2 230:17,18,19
233:9 234:16 243:15,16
244:10,17 245:12 246:12
252:5 256:5 258:20 265:15
274:5 275:19,25 278:12
279:12 281:14,18,25 282:7
284:7 285:1,25 288:1,4,8,
21 290:3 291:4 300:14
301:1,15,21 302:8 305:4,
20 306:8 307:6,18 309:5,
16 310:12 311:5 312:13
313:13 314:3,16 316:22,
23,24 317:2 321:14,16
340:9,14 346:11 347:19
356:24

**2019** 315:22,23 316:2,3
355:19,20

**2023** 209:7

**21** 244:24 247:5

**22nd** 340:14

**23rd** 274:4 275:19 300:14

**255** 296:17,18,21

**256** 271:20,25 272:4,7,8
285:14 286:5

**25th** 354:13

**271** 221:13 370:12

**272** 370:12

**273** 370:12

**278** 340:15

**279** 340:12 366:8,9

**28** 244:25 291:4

**282** 370:12

**28th** 288:21

**2:09** 315:18

**2nd** 209:7

---

**3**

---

**3** 243:23 299:5 307:1
315:23 344:11 356:10
357:15

**3/23/18** 300:4

**311** 253:13,14 370:8

**314** 353:25 354:1

**318** 353:24

**319** 353:24

**320** 332:4 361:5,15,19,20
362:3,18 363:1

**321** 237:15,19 238:6,15
241:7 242:13,23

**322** 262:3,4 341:1

**323** 271:11 272:2 283:16,
17,20,24

**324** 288:12 292:20,22
294:11,14 341:1,2

**325** 288:12 292:20,24
294:10,12,13,14,18 341:1

**326** 288:12,13,15

**327** 318:3,6 328:4,15

**328** 326:14,15 328:4,14
343:4

**35** 286:25 312:15 313:15

**3:10** 346:24

**3:17** 347:1

**3:29** 353:17

**3:37** 353:20

**3D** 240:4

---

**4**

---

**4** 218:11 243:24 344:12



**40** 286:25 304:6 314:2,15

**415 215-2041** 209:11

**4:19** 379:2

**4:57** 379:5,13

**4:59** 379:14

---

**5**

**50** 304:6 305:7

**500** 274:2,13

**52265** 262:9

**52299** 262:20

**54** 381:5

**55793** 296:19

**55795** 297:9

**592** 272:20

**5:04** 382:7

---

**7**

**7** 361:15

**7.1** 362:2

**72-page** 262:8

---

**8**

**8** 243:25 361:16

**86907** 343:2

---

**9**

**9.0** 354:11,19,21,23 355:10,15

**90** 311:17 337:19,20 349:2, 3

**90's** 349:2

**95** 356:5

**9th** 354:7

---

**A**

**A-P-V-I-Z** 379:20

**A-PILLAR** 240:20,22,24, 25 241:2

**a.m.** 209:8

**AB** 367:17

**ability** 274:22,23 330:14 335:22 336:8

**absolutely** 225:18

**ACC** 219:15 334:4 366:22

**acceleration** 362:4

**accept** 293:17

**access** 229:17 265:10 335:21

**accessible** 300:23

**accident** 229:15 232:15 235:3 255:10 259:16 316:1 317:10 348:7 349:17,20 355:20

**accidentally** 249:15

**accidents** 317:8 322:23 347:3 348:18 349:7,11,14, 21 381:22

**accomplish** 328:24

**accomplished** 307:8

**accumulation** 344:1 345:25

**accurate** 288:5

**Acquired** 329:24

**acronym** 237:5,6 247:15 289:14

**action** 210:14 294:24

**actions** 310:21

**activated** 300:17 311:9

**active** 291:17 300:12 334:1

**ACTIVE_NOMINAL** 300:3

**activity** 370:2

**actual** 216:10,12 348:18 359:4,7

**actuators** 344:18

**ADAS** 262:17 263:3,8

**added** 275:24 282:12,21 283:5,11 288:7,10 291:3 302:20 356:1

**adding** 283:1 292:6 356:23

**addition** 261:15 265:17 269:21 275:10 276:24 279:24

**additional** 266:8 267:25 268:3,24 299:2 353:3

**address** 220:25

**addresses** 294:3

**adds** 283:3 320:1

**adequate** 334:13

**adjust** 222:4

**administer** 210:6

**Administration** 341:15

**Administrator** 293:14

**adopting** 362:24

**adoption** 362:8 363:12

**Adreas** 296:19

**Advanced** 351:9

**advocate** 260:7

**affect** 363:20

**affected** 363:23

**afield** 218:2

**afternoon** 315:20

**aggregation** 343:13 344:1

**agree** 231:24 256:4 260:23 268:11 277:8 328:8 355:21 356:5

**agreed** 375:22

**agreeing** 272:2

**ahead** 210:19,24 211:1,3,8 214:19 219:9,23 225:20 228:5 230:3 231:19 236:18 244:13 245:4 246:22 247:7

248:9 249:7 264:19 271:6 276:8 279:1,21 282:17 283:23 286:4 302:15 303:11 306:19 308:24 312:3 313:19 314:20 329:8 339:17 352:9 355:17 360:18 366:1,2

**airbag** 322:1,7,8,12 345:14 348:10,12 367:2

**airbags** 322:24

**Akshay** 209:3 210:7 382:12

**alert** 254:13 269:12 270:1 290:20,24 332:6 352:20 360:20 362:3

**alerts** 305:24 333:4 361:16

**alerts/ap** 366:19

**algorithm** 297:16 299:7 345:16,18

**alternative** 243:23,24 256:25 257:4,9,13

**Amended** 217:20

**amount** 269:25 271:1 283:20 304:14 320:22 377:3

**analogous** 268:12

**analyses** 310:10,18,24

**analysis** 221:6 224:11 250:11 256:23 299:11 308:15 309:1 310:17,19 337:3 348:18,21 349:1 370:13 374:3,5

**Analytics** 336:23 340:4

**analyze** 308:25 310:21 314:8

**analyzed** 299:6,10

**analyzing** 300:21 309:21 334:12 374:7

**and/or** 221:6 224:11 360:17

**Anderson** 294:6

**Andrew** 209:17 210:1,13 212:17,23 225:21 238:15 241:4 248:17 260:16



271:23 283:19 287:5,6
365:14 375:12

**Anecdotally** 357:24,25

**anecdotes** 358:4,9

**angle** 240:4 285:14,16,17
306:15

**angles** 240:22

**Angulo** 209:22 315:25

**answering** 309:22 314:21

**answers** 228:10 260:4
287:17

**AP** 221:20 222:10 227:24
230:8,16,25 231:10,15,21,
24 232:2,19 233:16 235:1
236:25 244:9 254:12
255:24 291:17 350:8
366:21,22 376:13

**apologies** 212:21 253:10

**apologize** 229:15 260:4,
20 271:18 372:13

**appears** 307:15

**application** 327:21,24
328:2

**applies** 364:15

**apply** 361:7 362:8 363:5

**approaching** 276:10

**April** 281:14,18,25 282:7

**Apviz** 374:7,8,13 375:1,6
379:20,22 380:1

**area** 232:20 235:2,8,13
243:10 244:12 278:9 288:2
290:18 292:12 358:14

**areas** 278:13

**argue** 378:3,11

**arguing** 228:16

**argument** 313:1

**arise** 316:1

**arrange** 265:5,14

**arrived** 283:21

**artifacts** 324:10,18,20
359:22 360:1

**Asian** 364:4

**asks** 300:10

**asleep** 267:6,7

**aspect** 258:19

**assess** 335:9

**Assistance** 231:22

**association** 363:17

**assume** 245:18 284:21

**assuming** 227:23 229:21
362:12 365:6

**attached** 293:12 380:12

**Attachment** 294:15

**attempt** 325:13 363:16

**attempted** 269:21 295:11

**attempting** 231:25

**attempts** 290:11

**attention** 250:3 256:7
258:16 283:8 285:20
294:14,22 334:13

**attentive** 353:11

**attentiveness** 266:21
353:9

**attenuator** 232:3

**attorney** 209:20 260:10

**attorney/client** 211:4

**attribute** 363:14

**audible** 250:21 331:1,11,
13,16,19

**audio** 213:8 229:6,22
238:9 259:7 376:4

**augmented** 375:1,2
379:23 380:1

**August** 209:7 288:21
291:4

**authentic** 252:18

**authored** 297:21

**automated** 236:9

**Automatic** 322:6 366:20
367:15

**automatically** 337:24

**autopilot** 213:25 214:4,6,
8,9,12,15,22,25 215:9,11,
14 216:3 220:21 221:8,14
222:1 225:15 226:3 229:23
230:7 234:16 237:1,2
243:9 245:6,24 246:3
248:16,19,21 249:6 254:5,
6,12 257:19 263:17 267:8
269:2,7 275:18 276:2,18,
19,25 277:23 278:7
279:15,25 280:7 281:18
282:12 284:7,8,11 285:2,3,
12 286:1 287:25 288:19
289:20 290:11,17 292:2
293:16 294:25 295:4,5,19
296:8 301:1,2,11 303:18
304:5,16 305:6,22 306:11
307:8,22 309:7,17,19
310:15 311:8,16,25
312:13,16 313:14,16
314:3,15 317:7 319:7,8,21
320:23 333:7,25 334:2,8
344:11 345:5 346:13
349:15,19,22 350:4,7,8,11,
13,14,15,20,21 351:1,4,5,
7,8,9,10,11,12,13,14,18,
23,24 352:3,21,24,25
353:4 354:8 356:1,2 372:2,
8,9,11,12 376:12,16
377:13 378:5 381:21

**Autopilot's** 278:8

**Autopilots** 281:24

**Autosteer** 219:15 284:19,
20,22 285:15 290:17,18
300:12 308:11 332:5 334:4
362:2

**avoid** 255:17

**aware** 246:13 248:13
250:1 255:15 257:1 258:20
310:3 339:2 349:9 350:4,8
352:14 354:8 357:19
358:20 360:3,5,7 361:1

**awareness** 236:10

---

**B**

**b.4.** 260:21

**back** 213:6,10 235:16,18
241:19 242:15,20 244:17

247:18 256:10 260:15
264:10 265:7 270:7 287:2,
22 288:4,12 292:10,13
298:14 299:22 301:15
307:2 308:17,18,19 315:17
316:2 317:1 318:11,18
323:6 326:2 333:5 334:6
337:2,8,15 346:25 353:19
354:14,22 361:21,22 375:3
379:4,14 381:8

**background** 217:16
355:16

**bar** 269:5

**barring** 260:11

**base** 305:21 311:23
320:17,18 323:21,22,23
324:14,25 334:19 370:6

**based** 221:2 225:7 246:3
249:17 250:11 251:1
255:11 257:23,25 294:4
295:13 300:15 301:8 302:3
303:15,22 304:24 305:11
310:19 332:15 334:9
347:25 348:24 349:1,3,4
351:19 353:8 367:12

**basic** 225:17,18 226:11
244:3 250:8

**basically** 212:4 318:13
320:8

**basis** 250:4,9 311:2

**Bates** 262:9,20 293:2
296:19 343:1 366:14 368:8

**bean** 274:1

**began** 340:8

**begin** 210:10 215:4,7
242:21 287:23 315:18
347:1 353:20 379:5,15

**beginning** 215:20,24
380:7

**begins** 209:2 347:20

**behalf** 310:13

**behavior** 289:11 290:16

**behaviors** 288:19 289:9,
12

**believed** 277:7



**bell** 238:2

**belt** 322:1 348:11

**Ben** 263:23 264:7,9 265:7

**Benavides** 209:22 315:25 355:15 382:4

**benefit** 317:15 344:6 381:2

**Bhatt** 209:19

**bind** 341:21

**bit** 217:1,15 240:20 244:19 247:18 297:6 319:3

**blanking** 263:22,25

**Board** 341:25

**body** 294:22

**boolean** 237:12,14,15 238:2,6,10,23 239:1,2,3,23 240:11

**booleanized** 238:7

**bottom** 280:15,18 284:1

**boundary** 277:17

**bounds** 260:8

**box** 291:9

**bracket** 295:3

**brake** 254:18 320:5 327:21,24 328:2 366:22

**braking** 322:6 333:22 366:20 367:15

**Branigan** 209:24 210:2 212:20 214:3,17 216:11 217:13 218:17 219:9,23 220:12,22 221:22 222:12 223:9 225:20 226:4,16 227:9,15 228:4 229:8,12 230:2 231:3,18 232:5,21 233:2,10,19,25 234:9,22 235:4,10 236:12,15,18 237:17,22 241:11,14,22 242:16 243:11,17 244:4,13 245:3,14,22 246:21 247:7 248:8 249:7 251:24 252:6 253:1,3 254:22 256:1,16 257:2,21 259:21 260:2,15, 23 261:1 262:23 264:1,4 271:4,12,15,22 272:4 276:5,8 277:4,11 278:20

279:5,20 282:3,16 283:19, 23 285:7 286:3,18,22,25 287:3,5,13 290:7 294:10 301:4,22 302:13 303:10 304:17 305:10 306:1,14 307:23 308:24 309:8,20 312:1,18 313:5,19 314:5, 17 315:10,13 316:20,23 317:17,21 318:1 324:3 326:18,21 327:1 328:3,7, 20 329:7 332:7,10,25 333:11 336:1 337:10 338:10,21,24 339:9,15 340:6,20 341:17 342:1,6 345:9,11 346:7,12,14,21 348:14 349:14 350:17 351:15 352:8 353:14 355:5,8,11,17 356:11 358:12 360:16 361:12,19, 22 362:20 363:2,25 364:24 365:7,14,18 366:2 368:10, 12,24 369:4,7,9,12,21 370:19,25 375:8,15,17,19 376:6,14,18,23,25 377:15 378:6,11,16,25 379:6,7,16 380:3,23 381:1 382:1

**break** 215:13 242:14 256:19 277:21 286:17 287:9 301:25 315:9,10,11 346:16 352:15 353:14 365:12 378:16,25 379:17

**breaking** 286:18

**broad** 313:8

**broadest** 313:8

**broadly** 369:23

**brought** 224:18 284:16 356:7

**build** 360:1

**builds** 324:11,13,15

**bullet** 265:19 267:3 289:12,22 290:21 291:17

**bunch** 270:17 345:17,20

**C**

**C-A-N** 323:8

**cabin** 230:21 239:25 261:12 265:2 266:1 353:8,

12

**California** 209:5 226:17 342:5

**call** 213:18 266:8 310:10, 25 324:19 325:13,16 365:17

**called** 213:19 233:3 280:25 315:25 316:8 317:23 334:25 351:3,4,6,8, 12 354:21 380:14

**calling** 293:14 300:8

**Calls** 305:11 306:2,18 312:2 337:11 338:10 342:2

**Caltrans** 210:1,14 217:4 226:4,5 235:23 236:7,11, 21 252:11 278:23

**Caltrans's** 379:11

**camera** 221:24 230:21 240:1,20 252:2 261:8,12 263:20,24 264:8 265:2 344:17 353:8,11 372:1

**camera's** 274:22

**cameras** 252:2 264:24 274:10 372:7

**Cancel** 326:25

**canceled** 284:20

**canceling** 284:11

**cancels** 284:19

**capabilities** 285:18

**capability** 350:19 352:9, 10,11,25 353:7

**capable** 342:21

**capture** 289:8

**car** 219:14 239:19 241:1 245:25 246:1,24 251:6 254:1,4,5,18 255:14 273:3, 21 275:8 282:6 282:6 286:20 290:10 292:11 297:12 299:3 302:17 309:11 316:11 317:13 318:10,11 323:13,15 324:5 325:2,8, 17 326:8,11,14 327:16 328:14,21 330:11,13,14 334:3,16,17,18 335:16 336:3,7,8,18,21 337:7,18

359:14 360:5 372:16,17,19 373:7 374:24 380:16

**care** 287:13

**CARPENTER** 346:15,19

**cars** 231:9 250:12 306:22 308:1 325:3,4 357:7,18

**case** 209:6 213:25 218:11 224:5 229:3,7 234:11 254:21 259:17,20 261:22 265:23 267:4 298:24 302:17 303:14,15 308:25 315:24 316:22 317:21,23, 25 328:5,25 338:13,16 340:12 355:22 365:4,8 370:2 375:23 380:14 382:2

**case-by-case** 311:2

**cases** 209:25 223:3 255:11 265:18 315:24 316:5,6

**casually** 268:5

**categories** 292:17

**category** 274:17 312:8 366:18

**caught** 349:12

**caused** 275:2

**center** 299:1

**CEO** 301:17 302:2 304:2 310:5

**certainty** 236:5

**CH_DAS_AUTOPILOT** 329:10

**CH_DAS_ AUTOPILOTHANDSON** 250:14

**CH_DAS_ AUTOPILOTHANDSONS TATE** 300:1

**CH_DAS_ AUTOPILOTSTATE** 300:2

**change** 211:16,19,20,23 246:8 280:16 281:3,8 282:21 291:18,25 292:2 298:18 301:20 302:9 318:16,17 324:16 326:4



363:15,20

**changed** 243:7 334:23

**changing** 356:23 362:17

**chart** 281:2 362:7

**charts** 347:12

**check** 242:13 277:1 339:25

**checking** 306:3

**chime** 259:4,6 280:10 281:11,21,22 285:20 286:7 290:13 302:22 332:15

**chime1** 273:19 274:16 331:21,24 332:19

**Chime1_angle_ saturation** 272:24 273:5

**Chime1_drivable** 275:5

**Chime1_re_degraded_ measurements** 273:12,23

**Chime2** 331:24 332:1

**chimes** 304:20,21 352:22 353:1

**chose** 269:6,24 310:12

**Chris** 267:22 342:9 347:7 368:18

**circle** 241:18

**Civil** 226:18

**CJ** 366:8

**Clara** 209:5

**clarification** 325:6 365:11 367:20

**clarify** 266:17 277:12 321:3 336:10 348:16 350:24 362:14 366:6,24

**clarity** 381:2

**class** 219:12,16,24,25 220:2,10,13 221:2,3 319:9, 12,14 334:1 340:13 366:12

**classes** 219:17,21,22 221:1 248:6 319:17

**classification** 220:18 228:9,11

**classifications** 220:20

**clawed** 381:8

**Claybrook** 293:14

**Claybrook's** 341:3

**clean** 268:22

**clear** 286:9

**client** 210:15 227:2 377:25 378:13

**clipped** 215:17

**clips** 216:4,17,23

**close** 233:24 367:10

**closed** 267:5 382:2

**cloud** 320:19,20 334:19 335:15

**co-defendants** 210:16

**code** 226:17 347:7

**cognitive** 230:11,13

**coincides** 347:19

**coins** 211:22

**collagen** 242:3,4

**colleague** 252:12

**collect** 227:23 228:2,6

**collected** 217:9 356:15 364:3 367:10

**collecting** 217:12 219:6

**collection** 213:13,19 215:4,7 345:4 372:4 373:18 381:22

**collects** 320:1 347:2

**collision** 241:20 276:15 277:2,3,13,14,17,18,19 366:20 371:6,23 372:6,24

**collisions** 371:10,14

**colon** 289:11

**column** 273:5 280:20,24, 25 281:10 344:10

**combined** 350:12 352:1

**command** 322:1,2 325:23 332:23 333:7,11,12,13 348:11,12

**commands** 222:3

**comment** 224:1

**comments** 379:9 380:5

**common** 306:12 312:17, 23 313:17,20 314:6,23 315:1

**communication** 236:21 327:13 341:19 372:10

**companies** 264:22

**company** 226:22 261:23, 25 265:8 377:2

**compare** 266:20 364:19

**compared** 327:20 364:18

**comparison** 348:3

**compilation** 381:21

**complaining** 339:13

**complaint** 310:20

**complaints** 255:13 357:19

**complete** 251:13

**completed** 365:4

**completely** 211:18 222:17

**complicated** 211:15 212:11 213:16 355:4

**complimented** 365:19

**comply** 363:8

**compresses** 373:17

**computation** 344:19

**concept** 219:24 239:7,9

**concepts** 226:11 239:14

**concluded** 307:13 382:7

**conclusion** 311:3

**conclusions** 249:5,9,11 369:22

**concrete** 232:4

**condition** 321:25 326:5 335:9,11

**conditions** 276:21 303:15, 22 317:11 320:4,9 329:13 356:20

**conducive** 243:1

**conduct** 249:23

**conducted** 223:12 255:5

**conducting** 235:23

**conference** 209:13

**confess** 346:7

**confident** 359:17

**Confidentiality** 328:23

**confine** 218:8

**confirm** 236:4 316:16 380:10 381:14,16

**Confluence** 262:11 268:5, 7,11,14,25 269:5 270:2 297:1 323:25 324:8 340:3 359:24 360:4,6 368:17

**confusion** 253:17,21,23, 25 254:1,9 255:1,2,6,9,16, 22 256:6

**connect** 351:16 355:13 358:15

**connection** 233:25 270:9 277:4 325:14

**connectivity** 337:7

**conscious** 267:6,8

**consideration** 233:17

**considerations** 257:20

**considered** 243:23 256:25 257:3,8 266:2 298:5 378:12

**consistent** 297:18

**constantly** 278:8 279:16 356:6

**consulted** 264:22

**consumed** 258:12

**Consumer** 293:13

**contact** 235:23

**content** 360:16,17

**context** 241:9,15,17 242:10 358:17

**continue** 246:7 290:11 292:9 382:3



**continues** 224:20

**continuous** 283:10

**continuously** 221:14 282:23 301:19 302:6 304:4 310:7 325:19 336:12

**control** 219:13,14 251:14 254:12,13,14,18 275:9 284:21 290:14 292:10,13 334:3 350:4,9

**controller** 222:3

**controlling** 290:12 292:9

**conveyed** 308:6

**cool** 239:22 240:6 375:12

**copied** 236:20 284:18 294:5 341:19

**copy** 237:23 252:18 332:11 370:16

**corner** 294:19

**corporate** 226:19

**correct** 214:10 221:20 225:5 232:15 236:17 238:10 241:24 242:8 255:4 261:13 269:2,20 270:14, 15,24 272:5 274:15 276:7, 15 277:5 278:3,10 279:4, 13,14,18 280:9,14,17 282:8,13 288:8 289:3,9,10, 15 291:5 292:15 294:7,11 304:6 308:7,13 309:3,6 310:2 311:25 314:4,16 315:4 318:1,21,23,25 319:14,18,21 320:2,14,24 321:5,10,16 322:2,24,25 323:4 327:11,13,22,25 329:25 330:6,7,18,21 331:1,5,14 332:6,16,19,24 335:23 338:20 344:18 347:21,24 348:7,12 350:5, 16 351:1,10 352:4 361:10, 17 362:10 364:16 367:20 371:3 374:23 375:4 380:17

**correcting** 221:14

**correctly** 273:9 319:5

**correlated** 334:15

**correspond** 303:7 304:4

**counsel** 209:15 210:23,25 217:14 223:9,23 224:18 232:21 234:9 238:5 243:17 244:4 248:3 252:6 256:11 278:23 309:10 312:18 316:20 346:9,15,21 351:15 369:4 377:13,22 379:11,18 380:10 382:5

**count** 221:2 331:16,17,20

**counted** 302:18 327:14 348:7,8

**counting** 211:22

**counts** 322:3 331:23,25

**county** 209:5 220:14

**couple** 287:15 300:19 379:8 380:5

**court** 209:4 210:4,8 211:2 217:18 218:2 223:12,14 225:1 226:7 257:17 270:10 293:13 346:17 350:23 355:6 377:19 381:2

**Court's** 285:8 340:21 342:2 355:12 376:19 377:5,17

**cover** 225:2 234:5 260:22, 24 365:13 375:22

**coverage** 222:4

**covered** 210:18 211:11 218:24 223:18 224:24 233:21 234:12 365:10 367:12 375:25

**covers** 226:16

**Crangle** 210:4,5

**crash** 229:9 293:19 315:23 316:14 317:10,14 319:25 320:5 321:20,23,24,25 322:3 325:23 332:22 333:15 336:4,6,9,25 338:5 343:6,13,17 345:12,22 363:13,23 364:19

**crashes** 317:8 337:1,20 341:12 345:21 363:15,21 366:21 367:4,5

**crazy** 244:23

**create** 320:21 347:12

**created** 280:24 281:9,14 317:5,6 333:15 366:25

**creating** 271:25 345:24 376:11,16 378:10

**creation** 288:21

**credit** 260:8

**criteria** 357:3,4 367:25

**critical** 367:12

**Crosby** 252:12

**cross-noticed** 209:21

**cruise** 251:14 254:13 350:4,8

**curious** 238:20

**current** 256:14

**curvature** 222:5,7

**cushion** 322:9

**cusp** 223:10

**customer** 251:5 255:12 276:18 299:19 300:14 305:21,23 306:11 308:22 310:20 311:23 312:16

**customers** 255:13 296:3 301:1,3,10 304:15 305:5,6, 22 308:7,10 310:15 312:13 313:14 357:20 358:5,22

**customers'** 250:11 301:9

**cut** 213:8 278:4

**cycle** 305:25 306:10 317:14,16 318:8,9,16 319:7 332:3

**cycles** 367:12

**D**

**D13s** 338:20

**D14s** 338:19

**D15** 340:16

**D15s** 338:19

**D16** 217:24 219:11 228:10 260:21 267:23 316:8,9,15, 17,19 317:1,4,11,13 318:6, 20 323:6,7,11,12 324:4

325:7,9,11,12,25 332:21 333:6,15,23 336:4,13,24 337:18,24 338:7,8,17,19 339:11 340:8 341:7 347:19,23,25 348:5,6,9,20, 24 349:5,12 350:3,13 351:16,22 352:1,2,13 355:13,23 356:6,9 358:16 359:2,5,7 360:13,14 363:13,25 364:20,22 365:3,6,9,25 366:5,25 367:5,11,25 369:18,25 370:13 371:11,14,19,21,23 373:7 374:16,23 375:17,22 378:21,22 380:15 381:20

**D16s** 333:5 337:1,17 340:18 341:11 342:14 349:2,24 350:1,6 364:2,3

**damage** 337:6 338:16

**DAS** 273:7

**dashboard** 343:18,19,21, 24 345:22

**dashed** 222:8

**data** 213:6,10,13,18 214:1, 11 215:4,7,10,11,13,15 216:9,14,15 217:7,9,12,25 218:21 219:17,18 221:7 224:12 227:23 228:3,7 230:22 236:14,15 244:25 245:2,11,17,19,21 246:11, 16,17,25 247:2,4 251:4 256:22 260:22 266:19 273:4,6 275:13 279:8 281:21,22 299:6,10,11,14, 15,19,23 300:16,19,21,22 301:8,12 302:3 305:1 306:8,9,25 307:6,11,12 308:12,18 311:3,4,6,13 312:14 313:14 314:8 315:3,5 317:6 318:6 319:2 320:1,4,6,16,17,18,21 321:9,12,19,20 323:7,8,10, 12,13,15,21,22 324:4,5,14, 15,25 325:9,11,18 326:8,9 327:21,24 328:2,15,17,22 330:3,11,15,17 332:24 334:11,14,16,17,18,19,25 335:1,3,8,16,22,23 336:2, 3,18,21,23 337:7,14,18 338:3,6 340:4 341:11,13 342:20 343:14 345:20 347:24,25 348:2 354:9



Case 1:21-cv-21940-BB   Document 350-3   Entered on FLSD Docket 02/24/2025   Page 132 of
149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

Index: datas–disengagements

356:8,15 360:16 367:10
369:19,20,24 370:5,6,13
371:25 372:4,8,9,11,15,16,
17,21 373:1,6,9,18,21,23
374:4,15,16,24 380:15,16
381:23

**datas** 335:16

**date** 209:7 215:12 224:7
275:23 280:18 281:9
288:21 294:19 316:22
334:1 356:6

**dated** 293:6 340:14 354:13
366:13

**dates** 214:13 243:25 288:9
344:2

**day** 228:19 229:14 287:19
380:19

**days** 212:20,21 269:7
365:15 377:22

**DBC** 325:4

**deal** 222:10,14 299:3
337:17

**dealing** 298:10

**deals** 245:24

**Dear** 293:12

**death** 348:19

**December** 315:23 354:7,
13

**decided** 270:25 271:1
282:15

**decision** 282:13

**decisions** 270:11,21

**deemed** 265:22

**deems** 278:9

**deeply** 365:21

**default** 298:20

**defeat** 358:10

**define** 240:2,3 241:11,22
277:24 323:22 357:4

**defined** 280:8 333:25

**defining** 278:9

**definition** 279:13

**degradation** 258:19

**degrade** 258:14

**degraded** 258:15 273:20
274:1,13,16,18 285:22
286:9,10,12

**degrading** 259:4

**degree** 222:22 320:9

**deliberation** 251:15

**Delivery** 344:3

**demand** 283:7

**demo** 263:7,11,14 265:5,
14 266:25 267:1

**denying** 360:8

**departing** 284:4,8,20,22
285:6,16

**Department** 342:5

**Departure** 366:21

**depending** 287:17 303:6
330:3,5 337:6 372:5,6

**depends** 216:14 222:16
325:2 373:6

**deploying** 299:6

**deployment** 322:1,2
332:23 333:13 345:14
348:10,12

**depo** 271:25

**deponents** 210:22

**deposition** 209:3,12,21
212:11,13,14 217:21
223:12,16,22 224:19,21
226:20 234:16 236:24
248:15 252:20,24 253:16
264:11 267:18 268:1 270:8
295:23 296:18 328:10
340:12 357:11 362:15
365:4 366:8 368:5,7 371:3
377:2,17,19 380:12,19,21
381:9,17 382:2,7

**depositions** 223:24 225:5

**deps** 252:11

**deputy** 378:17

**describe** 289:12 316:9
344:7

**description** 289:6

**descriptor** 288:19

**design** 251:13 252:9
262:14 322:11

**designation** 256:15
257:14

**designing** 376:13,17

**detail** 359:21 367:8
369:10,12

**details** 217:12 243:25
295:21 344:15

**detect** 249:20 251:22
292:11 357:21 370:15
378:7

**detected** 259:3 269:25
270:13 271:3 291:18 298:7
300:11,16 301:11 305:8
311:9,17,24 312:17 313:17
314:2,14 319:10 320:14
329:20 335:13,14,17 336:9
353:11 358:6 360:21

**detecting** 250:20 300:7

**detection** 234:3 239:22
240:3 243:21,23 244:1,5
248:11 249:15,18 250:17
256:13,18,21 257:18
258:10,17,23 259:19
264:24 267:15 269:1,6
270:22 275:2 288:10
295:10 296:20 297:1
298:18 334:12 357:2,20
358:11 367:3 376:12 378:4

**detections** 216:19 243:24
258:3,4,9 273:15

**detector** 232:8,12 239:4,
10,21,23 244:16 288:4,7

**detects** 243:9 244:9,12
276:10 287:25 353:9

**determine** 302:10 304:13
335:17 376:4

**determined** 275:13
292:11

**determines** 246:7

**determining** 309:22

**develop** 227:24 240:7
252:9 261:11

**developed** 233:23 236:3
239:15 240:12 247:10
256:21 257:18 259:2
373:16 374:14

**developing** 221:8 225:8
227:11 233:16 248:7
256:13,17

**development** 224:13
226:3 227:13 233:23
235:25 247:22 251:14
295:9

**devices** 358:10,20

**dictionary** 324:15,25

**differ** 352:24 355:23

**difference** 211:24 237:4
245:20 351:23 371:21
374:12

**differences** 344:7 351:13
352:20 353:5,7

**differentiation** 351:24
352:1,3

**differently** 227:12

**dig** 241:18

**direction** 298:5

**directional** 320:6

**disagree** 227:9

**discern** 359:3

**discovery** 226:6 234:11

**discrete** 233:3

**discuss** 346:22

**discussed** 286:6 294:6
295:22 303:15,22 357:11

**discussing** 347:17

**discussion** 243:8 251:8
253:22 287:20 312:6 321:2
327:4 340:7 346:18 353:13
361:11,24 378:19 379:24

**disengagement** 334:10

**disengagements** 366:19,



21,22,23

**dismiss** 364:23

**display** 307:16,20 326:17 343:21

**dissuades** 256:11

**distance** 316:12 319:11,23

**distinct** 254:25

**distinction** 211:12 220:5 230:19

**distinctions** 215:3

**distinguish** 230:8,16 231:1,11 232:2

**distinguished** 350:11

**distracted** 249:24

**distraction** 230:12

**dive** 212:7

**divided** 219:17

**document** 238:12 262:6,8, 10,21 265:24 267:13 272:1 286:5,19 287:11 289:14 294:4 296:15,16,17 297:20 317:18 328:14,25 329:4 332:4 342:25 346:2,4,9 353:22 354:18 360:3,6 361:3,18 366:11 367:7,17, 24 368:2,14,15,22 371:2 377:18

**documentation** 261:21 269:18 270:25 271:7

**documents** 244:20 251:13 253:6 265:10,11 267:25 268:2,3 285:13 317:24 340:1,2 343:25 345:25 354:21 369:3,5 370:11 380:14 381:19

**Don** 209:20 287:8,13 289:15,23 315:21 326:18 328:3 355:13 358:18 365:12 372:13 375:11

**door** 241:1

**double** 242:13

**dozen** 301:18 302:5 310:5

**draw** 294:13,21

**drill** 365:21

**drivable** 234:19,23 275:7, 14 276:12,20 277:1,17,25 278:1,6,10,12,18 279:2,8, 13,17 280:4,8,12 281:11 282:1

**drive** 229:19 234:25 289:17 305:25 306:10 309:12 317:14,16 318:8,9, 16,18 319:7 324:22,24 360:1 367:12

**driven** 316:12

**driver** 217:24 224:15 229:8 230:8,24 231:1,6,10,15,21, 23,24 236:10 240:4 241:1 243:10,19 244:11 246:5 250:22 254:2,4,7,14,17 255:6,16 256:17 257:19 261:8,11 262:17 263:4,18 264:23 265:19 266:1,3,9, 21 267:5,7 269:6,9,19,22 274:14 275:11 283:3,6 284:9 285:20 288:2 295:10 296:7 301:19 302:6 303:7 304:4,11 305:17 310:7 333:8,21 353:11 378:4,6

**driver's** 229:24 230:5 255:2 263:6 267:4 283:7 293:15 296:8 311:9

**drivers** 249:24 266:15 270:17 284:21 326:1 376:5

**driving** 219:14,15 234:1 236:9 249:20 274:9 276:2 318:19

**dropdown** 329:9

**due** 285:22,24

**duplicate** 271:21

**duplication** 370:5

**E**

**e-mail** 260:19 261:1,2 283:24 284:2,17,18 292:19,21 293:4,5,8 294:3 327:1 375:23

**e-y-e-s** 238:7,10

**EAP** 237:3,7,8

**earlier** 214:18 228:9 240:20 273:15 282:22 285:13 309:9 312:2 339:2, 20,21 340:15 343:18 348:22 353:23 355:20,25 359:5 360:2 361:5 362:15

**earliest** 280:18

**early** 269:7 272:15 353:6

**easier** 239:24 240:16

**easiest** 239:16

**easily** 308:15

**edge** 278:19 279:3

**editing** 342:20

**effect** 304:14

**effective** 266:12 307:20 308:22 376:5

**effectiveness** 266:21 317:7

**efforts** 265:5,13 270:9

**ego** 275:7

**Elon** 250:4,25 251:3 293:25 294:3

**Elonmuskoffice@ teslamotors.com** 293:9

**Emergency** 322:6 366:20 367:15

**employees** 296:1

**employer** 210:15

**encountered** 365:20

**end** 297:15 301:19 310:7 367:7,11 375:8 379:16,17

**ending** 224:21 262:9 272:18,20 293:2 296:19 297:9

**ends** 318:18 354:7 370:6

**engage** 254:5,6

**engaged** 254:8 267:8 276:2 278:7 279:15 284:7, 22 285:2 290:17,19 293:17 296:7 304:16 305:6 308:11 311:25 312:16 313:16 314:3,15 333:7 334:4,8,9

**engagement** 275:11

**engineer** 251:5 263:25 264:13

**engineering** 299:21 358:3

**engineers** 263:24 266:15 267:23 282:19 335:21 337:16 339:24 347:6 358:1

**Enhanced** 237:1 350:14, 20,21 351:4,6,7,11

**enhancement** 266:9

**enlarge** 329:14

**ensure** 294:24 296:7 334:13

**entered** 290:18 292:12

**enters** 290:24

**entire** 278:17

**entry** 273:21 291:13

**environment** 274:11

**environmental** 361:6

**EP** 237:1,6

**equivalent** 220:1,3 362:7

**erm@tesla.com** 293:25 294:2

**err** 217:5

**essentially** 234:25 239:3 246:6 272:14 274:8 313:6

**estimate** 211:12,22,23,24 212:3 215:24 250:10 287:5,6,14 348:23

**Estimator** 244:25 245:2,5, 8,11,15,17,19,21 246:11 247:1 258:11 274:1 275:4 286:6,9

**etcetera** 219:15 220:4 246:9 250:22 251:16 333:22 362:5,25

**EU** 363:5

**Eureka** 209:10

**Europe** 360:13,20 361:7 363:8,12 364:3

**European** 322:18 362:8



**evaluate** 266:10 270:16
299:7 307:18 308:20
313:22 369:24 376:12

**evaluated** 243:24 311:7

**evaluates** 369:19

**evaluating** 279:17 286:11
307:7 376:15

**evaluation** 217:23,25
219:6 221:6 224:11
247:11,13 260:22 304:13
311:12,15 369:18 370:3

**evaluations** 255:5

**event** 262:13 319:25 322:3
325:22 336:4 338:6
367:13,18

**events** 366:16,19,24
367:1,6,10

**evidence** 317:25

**exact** 214:13 215:19
259:13 275:23 286:13
357:16 360:23 361:2

**examination** 210:11
261:5 315:19 366:3 376:2
378:20 379:6 380:8

**examined** 232:14

**examples** 222:20

**Excel** 343:6

**excuse** 294:15 324:3
331:11 371:18 379:17
380:13

**exert** 298:13

**exhaustively** 377:7

**exhibit** 221:13 237:15,17,
19 238:15 242:23 243:4
253:11,12 262:4 271:11,20
272:3,7,8 283:17 288:12,
13,15 291:9 292:20,22,24
294:14 296:17,18,21 307:1
317:19 318:3,6 326:14,15
328:4,14 332:4 340:12,15
341:1,2 343:1,3 346:6
354:1 361:5,15 362:3,18
363:1 366:8,9 370:8,12,22
371:2 381:5,15,17

**exhibits** 253:8 370:19

---

380:6,7,13 381:25

**exist** 275:18 281:17 317:1

**existed** 275:20,22,25
277:8 281:23 339:14

**existence** 339:2

**exists** 299:24 373:24

**exit** 276:11

**exits** 351:20

**expand** 213:3 217:8,11
234:21 239:17 253:24
258:6

**expected** 245:25

**experience** 239:16 337:17

**experimented** 240:21

**experimenting** 353:10

**expert** 233:6

**expiration** 331:20,22
332:15

**explain** 211:14 241:15
253:25 269:24 276:1,3
317:15 318:9 325:1 329:1
335:10

**explains** 270:25 332:4

**explanation** 273:25

**extend** 278:19

**extended** 280:7

**extensive** 252:8

**extent** 302:14 363:2
373:23

**external** 322:12

**extremely** 225:23

**extremes** 215:18

**eye** 240:22 263:7 264:24
265:3,20 266:4

**eyes** 237:12,14,15 238:2,7,
10,23 239:4,10,20,23
240:8,10,11 267:5

**eyetracking** 262:17 263:3,
8

**Eyex** 261:23 262:17 263:4,
12 265:6,14 266:20,25

---

**F**

**F-L-I-D-E** 374:10

**F-R-E-V-E-R-T** 264:3

**facing** 221:24

**fact** 210:24 226:6 316:25
331:3

**factors** 298:22 361:6,16
363:19

**faded** 222:8,11,16,22,25
223:5 274:18 285:22
286:12

**fail** 357:20

**fair** 227:1 230:25 232:14,25
235:9 252:16 283:20
301:25

**fall** 322:9

**fallen** 267:5

**falling** 267:7

**falls** 232:22 243:18

**false** 239:2,3,5,11,18

**familiar** 259:16 329:11
346:8 347:14

**farther** 365:2

**feature** 229:23 284:15,18
291:6 294:25 295:12 345:4
350:22 351:6,8,9,12

**features** 274:24 352:7

**fed** 323:10

**Federal** 226:17

**feed** 257:7

**feedback** 295:23 296:2
298:3

**feel** 218:25 225:22 226:25
228:18 233:1 247:19,24
376:1 378:5

**female** 263:25 264:12,13

**field** 294:15 348:18 349:7,
11 356:1,23

**figure** 221:25 268:25

---

**file** 293:12 320:1 323:13,25
324:16 325:4,7,15 326:8,
14 327:8,16 329:5 335:15
359:10,13,14 373:13,14
381:20

**files** 323:22 325:7

**filing** 347:8

**filter** 245:7,9 246:24

**filtering** 241:7,14 242:12,
25

**final** 249:19 367:23

**find** 230:23 242:10,11,23
247:3 268:2,5,9 269:8,14,
17 270:3,10,15 271:7
273:5,18 293:12 307:3
324:1 325:1 334:7,9
337:18,20 353:23 359:18,
20,22 381:3

**fine** 212:3 233:14 234:14
260:1 312:24 378:13,14

**finish** 211:2 268:21 283:4

**firing** 367:2,3

**firmware** 344:4,8,20,24
345:2 354:11,19 355:9,15,
24 361:15,16

**fit** 351:15

**five-minute** 242:14
315:10

**Fix** 289:2

**fixed** 231:16 232:3 376:13,
17 377:14 378:8

**fleet** 217:24 221:6 224:11
266:19 299:6,10,11,19,20,
21,24 300:3,14 305:13
306:4 307:7 309:14 330:16
335:18

**fleet-wide** 304:24 305:14
308:14 309:1 310:17,18
311:12 314:24 315:5

**Flide** 374:9,12 375:6

**focus** 305:3,19 312:12
370:12

**focusing** 291:25 295:16,
18 296:10 297:19 302:7



**folks** 358:3

**follow** 223:7 347:22
351:20

**follow-up** 218:7 224:18
261:6 267:16 365:5

**force** 297:18

**forgive** 212:9 240:19

**forgot** 228:16,17

**fork** 246:8

**form** 214:3,17 216:11
221:22 222:12 227:15
230:2 231:3,18 232:5,18
233:19 234:22 239:5
243:11 244:13 245:3
247:15 248:8 254:22 256:1
257:21 259:21 271:4 276:5
282:3,16 285:7 290:7,8
301:4 303:10 304:17
305:10 306:1 307:23 309:8
312:1 314:8 316:11 324:24
332:25 333:11 338:10
340:20 341:17 348:14
350:17 352:8 355:11
358:13 363:2 369:21
370:16

**format** 262:10 281:2 305:2
356:8,11,13,14 360:17
372:21 373:15,17

**forward** 221:24 366:19

**forwarded** 293:24 341:4

**fought** 377:2

**found** 232:13 239:22
240:22 338:17

**foundation** 222:12 232:5
233:19 234:22 243:11
246:22 251:25 259:21
278:25 282:3,16 285:7
290:8 305:10 306:2,18
307:23 312:1 335:22
337:10 340:20 341:17

**fourth** 289:22

**frame** 316:20

**frankly** 278:21 313:7

**free** 231:25 234:17,19,21
235:3,6,8,9 256:10,15,22
257:4,9,10,13 275:9

307:12 376:1

**freeway** 220:1

**frequency** 330:4 363:13

**frequently** 316:18 317:9
328:1 330:12,16,24

**Frevert** 263:23 264:21

**Frevert's** 264:1

**front** 231:9 238:17 239:19
241:1 254:18 277:25
279:18 370:17

**FSD** 353:7,9

**full** 247:15 251:12 258:24
350:10,15,18 352:6,9,10,
25

**fully** 267:6,8

**function** 221:13 280:6

**functionalities** 352:16

**functionality** 268:14
281:17 283:2,12 284:6
285:1 286:1 290:23 291:3
292:7 295:12,20 322:6

**functions** 223:21

**funnel** 371:7,18

**FW** 344:3,20

---

**G**

**game** 249:25

**games** 256:4

**gaze** 240:3 265:20 266:4

**gear** 318:15,16,17,18

**general** 221:11,19 223:16
249:2 265:25 295:11,19,23
321:21 338:24 375:25
376:10

**generally** 214:7,25 217:3
249:1 255:21 263:16
269:14 292:8 349:19 371:5
374:8

**generate** 347:8 370:2,7

**generated** 324:10 332:21
343:13 348:9 360:13,14

375:5

**generating** 372:6

**generation** 344:10 347:19

**generic** 381:20,23

**genesis** 317:4

**gentleman** 341:3

**genuine** 252:18

**Geometry** 274:19

**get all** 370:3

**gills** 260:5

**gist** 347:16

**give** 215:23 217:2 227:17
230:10 234:9 237:17,21,25
241:9 242:10 249:12
259:23 307:4 311:19
324:17 330:23 342:22
358:19 381:1

**giving** 222:20 239:5
250:21

**glare** 274:22

**global** 364:12,19

**goal** 307:9 308:9

**Gokoffski** 210:1,11,12,13
212:21 214:5,10,14,23
215:23 218:10,25 219:19
220:5,15,19 221:4 222:5
223:2 225:3,22 226:13
227:6,19 228:13 229:10,
14,20 230:7 232:2,10,25
233:14,22 234:8,14 235:1,
6,16 236:14,17,23 237:20,
25 238:4,8,14,19,24 239:7,
12 241:13,18,24 242:9,22
243:9,15,19 244:7,18
245:10,20 246:10 247:1,9
248:14 249:10 251:9
252:3,16 253:9,14,20,24
255:1 256:3,19 257:12
258:4 259:25 260:3 287:25
375:11,16,18,24 376:2,3,9,
15,21,24 377:11,24 378:9,
12

**good** 241:16 271:15
286:18 315:20 353:14

**gore** 220:17 232:20 233:18

235:2,8 243:10 244:12,16
278:13 288:2,4,7,10
290:18,24 291:13,18
292:1,12

**gores** 289:23

**Great** 212:6

**green** 260:5

**ground** 210:21,22 226:1

**grouping** 366:18

**guess** 211:13,25 212:1,4,7
214:25 215:3 217:2 220:25
221:5 222:21 227:9 228:20
238:8 250:8,10,23,24
257:13,15 312:8 325:2
341:18,20 345:7,8,10
352:18 369:16

**guessing** 211:18 212:3
359:16

**guy** 220:5

**guys** 217:8 220:19 239:13
271:20 272:1 312:22
368:23

---

**H**

**H-S-U** 317:24 380:14

**half** 228:15 301:17 302:4
310:5

**hand** 298:22 359:4

**hands** 221:7 224:12,13
225:9 227:11,14 230:4
233:23 244:1,9 248:11,19,
22 249:6,16,20,21 250:18,
20 256:18,21 257:7,18
259:4,12 266:11 269:6,11,
25 270:12 271:2 272:21,23
273:7,19 275:10,17 276:3
280:5,16 281:11,21
282:11,21 285:20 287:25
290:25 292:18 293:16
296:8,20 297:1,13,22
298:1,8,18 300:7,8,11,16
301:3,10,11 302:22 303:7,
19 304:5,15 305:8,24
306:9,12 307:7,16,22
308:7,10,21 309:7,18
310:3,16 311:9,13,16,24
312:16 313:3,16 314:1,14



Case 1:21-cv-21940-BB   Document 350-3   Entered on FLSD Docket 02/24/2025   Page 136 of
149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II
Index: hands-off–internal

320:13 321:19,20 326:1,5, 6,9 329:10 330:18 332:5, 24 333:18 334:15 335:9, 10,12,17 340:18,19 341:9, 12 352:20 353:4,10 357:21 358:5,11 359:6,12 360:21 361:17 362:2,16 374:21,22 378:4

**hands-off** 320:11

**hands-on** 235:25 236:3 244:5 247:23 248:7 249:15,18 250:16 269:1 270:22 295:9 334:12 357:2,20

**Hands_on_required_visual** 329:22

**Hands_on_sna** 329:23

**happen** 290:5

**happened** 229:3 267:1

**happy** 328:16

**harassing** 314:18

**harassment** 312:21 377:1

**Harcourt** 346:5 381:13

**hard** 225:13 234:10 237:23 251:3 332:11 343:9 370:16 377:3

**hardware** 214:22 216:5,6 263:18 264:16,23 270:20 272:14,16,19 344:7,9,10, 11,17

**hate** 376:25

**head** 283:13

**heading** 320:6 321:24 366:16

**health** 258:10,14,15,19 259:3

**hear** 210:23 225:3

**heard** 210:13 358:1,8,9

**height** 240:22

**helpful** 238:17 241:10

**high** 221:23 246:7 285:11 349:2,3

**highlight** 238:22

**highway** 341:14 351:21

**history** 224:5 280:16

**hit** 322:13

**Hold** 297:3 307:3

**Honestly** 228:16

**hood** 322:12

**hope** 329:14

**host** 345:21

**hour** 242:9 283:21 301:19 302:6,12,19,23 304:3 310:6 365:15

**hours** 234:6

**Hsu** 317:24 326:19 328:5, 9,15 329:4 380:14

**Huang** 209:4,18 218:6 313:2 328:16,22,23 329:3 340:12 342:22 365:4,8 375:23 378:17 379:18 381:5,12 382:2

**hypothetical** 290:9 301:5 303:11 337:5

---

**I**

**idea** 240:6 309:6

**ideas** 239:16

**identification** 262:5 272:9 283:18 288:14 292:23,25 296:22 318:4 326:16 330:23 344:3 366:10 370:23

**identified** 233:5 234:2 342:25

**identify** 209:15 226:20 311:6 330:17 331:3 340:18 350:1 367:2,15

**ignoring** 302:11

**II** 209:3

**image** 240:8 241:7,14 242:11 251:3 284:3,10,12

**imaginary** 277:16

**imaging** 242:24

**imagining** 277:14

**immediately** 284:4 285:5 290:1,14,20 292:1 294:24 305:12

**impact** 236:9

**impacts** 322:21

**implementation** 286:13

**implemented** 228:22,23 242:6 245:12 256:15,22 257:6,8 258:21 281:4,8 291:15,24 299:16 302:20

**implementing** 263:7,11

**important** 298:17 367:8

**importantly** 223:25

**improve** 282:23,24 283:2

**improvements** 283:10 292:4,5

**in-depth** 374:5

**inattentiveness** 230:9,15

**inception** 214:15,21

**incident** 255:10,12 310:20 348:24

**include** 274:17,21 278:13 373:23

**included** 264:24

**includes** 320:4 334:3 351:8,10 373:9,21

**including** 215:16 217:24 223:18 224:21 371:25

**incomplete** 290:8 301:5 303:11

**incorrectly** 249:20

**increasing** 307:21

**independent** 348:3

**independently** 368:13

**indexed** 300:23

**indicating** 238:25 267:5 283:9 290:16 297:7,20 298:6 302:3 304:2 316:17 371:5

**individual** 232:12 314:25

**imagining** 277:14

**immediately** 284:4 285:5 290:1,14,20 292:1 294:24 305:12

**impact** 236:9

**imaging** 242:24

370:4

**infinite** 303:1

**info** 333:3

**information** 269:1 274:13 277:24 308:6 311:13 319:3,7,20 321:10,13 323:22 324:1,3,17 325:25 326:4 329:3 333:3,23 334:5,7 336:15 347:2 370:6 374:21

**infotainment** 323:10

**initial** 299:20

**initiate** 281:22 284:9

**initiated** 285:3

**injury** 348:19

**input** 246:5

**inputs** 274:1,2,18

**inquire** 335:23,24 337:18 338:5

**inquires** 338:3

**inquiries** 337:21,22 349:4

**inquiry** 235:13 337:23 338:1 348:25

**instance** 305:17

**instances** 272:1 336:24

**instruct** 232:23 234:7 235:5 248:3 252:6,15 256:2 259:22 376:7,18

**instructing** 223:10 376:21 377:10,11,25 378:13

**insured** 258:8

**intended** 280:5

**intention** 287:9

**interacted** 264:10

**interfaced** 263:8

**interfere** 276:11

**interfering** 274:22

**intermittently** 336:12

**intern** 214:24

**internal** 247:10 248:18,24



249:5 266:14 268:12 270:17 376:4

**internally** 231:8 237:6 261:11 352:1 374:15

**internet** 325:11

**interpose** 217:13

**interpretation** 281:16 377:24

**interprocess** 372:10

**interrogate** 324:1

**interruption** 346:17 350:23

**intervention** 333:8,21

**interventions** 217:24

**introduced** 322:17

**investigation** 348:17

**invited** 252:11

**involve** 212:2 315:22

**involved** 209:25 223:24 263:21 265:5

**involves** 316:11,13 378:6

**involving** 249:23 328:11 348:18 349:14

**IPC** 372:9 373:9,21,23

**island** 220:17

**issue** 210:16,24 224:15 225:14 238:9 259:4 270:13 274:14 285:19 286:2,7 289:23 290:19 291:12 292:1 317:18 346:9

**issued** 271:2 273:19 348:9

**issues** 234:3,5,12 248:22 255:6,24 331:25 346:13 375:22 377:7

**issuing** 290:23 347:20

**item** 234:2

**items** 215:17 321:8 323:15

---

**J**

**Jamie** 293:13

**January** 354:14

**Jira** 255:15,23 288:16,24

**Joan** 293:14

**jog** 238:13

**John** 293:8

**joined** 214:21 315:24

**Journal** 295:2

**JSON** 325:4

**judge** 233:4

**July** 293:6 294:20

**jump** 242:15 375:11

**June** 340:9

**jury** 344:6

---

**K**

**Kafka** 374:7

**Karen** 210:4

**Kate** 264:13,18,20

**Kelly** 209:14

**key** 268:15,17 280:23

**Kibana** 246:15,16 247:2,4

**kids** 365:16

**kind** 213:3 217:9,11 229:2 259:24 268:11 274:24 324:14 330:3 348:22 364:6

**kinds** 223:19 224:4 226:13 230:15 232:3

**knew** 308:5 340:24

**knowledge** 236:1,8,19 258:22 266:24 279:22 288:6 309:2,24 316:4 326:3,7 333:2 338:20 339:14 341:10,23 347:7 357:1 359:9 360:19 363:18 364:11,21

**Koehler** 296:19

---

**L**

**labeled** 279:8

**labeling** 247:12

**lack** 246:21 251:24 278:24 306:1,18 337:10 348:20,24

**Lake** 334:25 335:1

**lane** 221:15,21 222:5,7,9 245:8 246:8 258:2,4,8,10, 13,23 259:19 267:15 274:18 275:2 284:4,8,20, 23 285:4,6,10,16,17,22,23, 24 366:20

**lanes** 222:1 245:7 246:8

**language** 297:19 300:5 307:4,15

**large** 262:23 334:19 335:16

**late** 228:25 351:20

**lateral** 362:4

**latest** 334:24 354:22

**latitude** 320:7

**launched** 216:3

**Lauren** 210:2 238:5 368:8

**lawyers** 226:24 328:11 365:8,20 375:20

**LC_HANDS_ON_NOT_ REQD** 329:15

**LC_HANDS_ON_REQD_ DETECTED** 300:2

**LC_HANDS_ON_ REQUIRED** 329:19

**LC_HANDS_ON_ REQUIRED_NOT_ DETECTED** 329:21

**lead** 218:7 256:5 263:24 275:4 285:15

**learn** 295:11,19 297:16 298:9 369:19

**learned** 358:2

**learning** 278:15 298:16

**learns** 299:17

**leave** 235:20

**LECT** 247:5,8

**left** 222:8 262:23 265:9 280:21 281:4

**legal** 209:10 293:17

**length** 234:5 319:12

**lets** 268:15

**letter** 292:21 293:13,20 294:12,22 296:11,12,14 341:4

**level** 221:23 246:7 334:2 345:13

**levels** 266:15

**leverage** 235:12

**license** 229:24 230:5

**light** 224:4 297:17

**limit** 231:9 257:23 362:9

**limitations** 285:12

**limited** 216:15 251:15 279:3 361:10 367:1

**limits** 257:25 328:9 362:4

**liner** 282:10

**lines** 222:11 232:20 233:18 258:13 285:22,23,24

**linkages** 298:3,22

**list** 253:5,6 291:7 343:6 345:2 359:24 368:24,25 369:2,4

**listed** 275:5 368:25

**listing** 381:21

**lists** 360:4

**Listservs** 296:2

**literally** 222:23 225:6

**litigation** 338:8

**local** 220:3,6

**localization** 221:2

**located** 296:15 326:8 368:17

**location** 320:7

**log** 273:3,21 323:13 324:5 326:8,14 327:8,16 328:15, 22 329:4 330:11,13,15



334:16,18 335:16 336:3,18
359:10,14 360:5 372:16,19
374:24 380:16 381:20

**logged** 215:14 250:16
323:24 328:2 359:23
372:19

**logic** 274:3,6

**logs** 229:18 251:7 275:12
313:21 323:15 326:11
334:17 335:22 336:7,8,21
372:17 373:7

**long** 228:17 234:13 269:10
270:12 287:14 303:2
316:22 320:13 330:18
332:24 341:12 375:14

**longer** 236:4 287:12

**longitude** 320:8

**longitudinal** 241:20,21
242:1 254:14

**longitudinally** 275:9

**looked** 269:6 270:6,7
273:3,4 299:18 302:16
306:7,8 311:3,4 323:18
339:4 340:22 359:24
360:11 361:4 364:18
368:13

**loop** 263:8

**lost** 223:17 265:10

**lot** 212:10 240:21 295:3

**lots** 220:4,6

**lower** 327:19

**Ltrmuskrosekind7-18-16**
294:16

**lunch** 283:21 286:17

---

**M**

**M-O-D-E** 253:20

**M-O-N-E-T** 315:22

**made** 250:25 251:2 255:5,
17 257:20 270:9,11 271:12
292:2 304:11,12 310:3
357:19

**magically** 363:20

**main** 370:2

**majority** 309:18 365:11

**make** 212:4 217:4 220:5
222:20 231:14 249:18
260:7 266:7 282:13 283:10
290:11 314:11 328:13
341:8 342:23 352:16
374:19 380:5

**makes** 210:25 211:1,9
239:6,7 337:23 372:20

**making** 249:14 274:10
292:3,5

**Managers** 354:25

**manages** 297:16,17

**manual** 230:11 254:12
307:15,19

**manually** 219:14 330:14
345:5

**manufacturers** 261:16

**map** 219:25 220:7,8,18
228:8

**maps** 228:12

**March** 274:4 275:19
278:12 279:12 284:7
285:1,25 300:14,25
301:14,20 302:8 305:4,20
306:8 307:6,18 309:5,16
310:12 312:13 313:13
314:3,16 316:23,24

**mark** 271:20 272:2 317:19
326:13 343:2,3

**marked** 253:7 262:4
271:19,24 272:6,8 283:17
288:13 292:19,22,24
296:17,18,21 318:3 326:15
343:1,3 346:5 353:22
366:7,9 370:22 380:21,23

**market** 364:4

**markets** 323:2 364:20

**marking** 271:10

**markings** 227:25 231:1,13
251:23 252:1 286:12

**Maron** 293:24 340:25

341:2

**Master** 289:8

**matches** 220:17 275:14

**material** 297:1 299:10
369:17

**materials** 252:19 370:9

**matter** 209:4,22 259:17
346:5

**matters** 209:21 315:21

**Mcdevitt** 209:17 212:17
218:6 238:18 253:6,7,13,
19 260:16,18,25 261:4,5,6
262:6,8,25 264:12 267:12
271:9,14,17,24 272:5,10
276:7,14 277:7,21 279:4,
10,24 282:7,20 283:22,24
285:21 286:8,16 287:1,4,6,
8,24 288:15 290:15 293:1
294:11 296:23 301:8,25
302:25 303:17 305:19
306:6 307:1 308:5 309:3,
15,25 312:10,22 313:10,24
314:9 315:2,6 328:21
342:25 353:24 363:3
365:5,10,16,24 366:3,4,11
368:8,11,15,21 369:8,11,
14,23 370:20 371:1 375:10
379:10,19 380:20 382:6

**meaning** 324:4 328:7

**means** 210:15 239:3,25
240:18 241:12,13,23 242:3
281:17 295:24 324:21
329:24 365:7 371:13

**meant** 237:16 238:21

**measure** 298:25

**measured** 359:7,11

**measurement** 359:10

**measurements** 273:20
274:17 286:6,9,10

**mechanical** 298:1,3,13,21

**mechanism** 336:6,21
373:4

**Meet-and-confer** 261:2

**Melodia** 209:13

**members** 300:19,20

**memorialized** 269:18

**memorized** 255:19

**memory** 238:13 252:12
265:12 299:16

**mention** 230:5 263:14
265:2 297:25 310:10,24

**mentioned** 217:10 221:12
227:22 231:21 234:15
236:2,25 237:15 241:7
248:12,15 253:17,18
257:22 259:1 264:5 265:8
268:21,24 275:15 282:22
298:2 311:11 342:8 350:21
353:1 355:5,25 357:8
359:5 360:2 363:9 368:2
379:23

**message** 293:23

**messaging** 295:17 307:19
308:6,21

**met** 276:21

**meter** 357:5

**meters** 319:11 357:13

**method** 243:21 256:25
257:11 266:22 283:3,5
297:22,24

**methodology** 270:22
356:17 369:22

**methods** 243:23,24
256:13 376:12

**Michigan** 226:18

**middle** 220:11 226:1

**mileage** 219:13,17 221:3
316:12

**miles** 316:12 320:22

**Miller** 210:2 238:5

**millionth** 320:9

**millisecond** 319:13 330:5

**milliseconds** 274:2,13
320:11 321:19

**mind** 223:11 230:14
238:20 270:24 370:20



**mindful** 267:9

**mine** 251:11 321:9,12,18 335:8

**minimum** 362:11

**minor** 356:3

**minute** 283:22 325:5 344:16 361:21

**minutes** 242:11 286:25 303:8,20 304:6 361:10 362:5,9,25

**Mischaracterized** 309:8

**mischaracterizes** 214:18 254:22 271:4 312:2 350:18 352:8

**misheard** 238:1,4

**missed** 362:21

**missing** 213:15 358:18

**Mission** 245:21,23 246:10 247:2

**mitigate** 242:4

**mitigated** 299:5

**mitigation** 242:1

**Mitigations** 297:10

**MO** 345:5

**mode** 253:17,19,20,23,25 254:1,2,3,8 255:1,6,9,13, 14,16,22 256:6 336:18

**model** 214:1,2,6,7,8,9,12 215:4 229:2,9,10,23 232:19 243:16 244:10 245:12,13 246:12 252:5 256:5 258:20 272:15 277:5 288:1 315:23 316:2 323:2 346:11 356:10 357:8,10, 12,14,15

**models** 243:16 246:19 323:2 357:3

**modes** 219:13,14 254:11, 21,25

**module** 245:5 246:6 258:11,12

**moment** 237:18 307:4 323:6 342:23

**moments** 224:8

**Monday** 293:6

**Monet** 209:21 315:22 382:4

**monitor** 209:8 242:21 262:17 263:4 265:19 266:3,22 267:4 315:18 347:1 353:20 379:5

**monitoring** 217:23 219:5 224:15 230:22 234:1 243:19 256:17 257:19 261:8,12 263:9,18 264:23 266:1,5,9,11,21 269:6,9, 19,23 295:10 304:12 378:4,6

**Monocam** 272:14

**month** 300:4

**months** 305:3 312:13 313:13 377:7,8

**Moore** 340:12 366:8

**morning** 260:19 261:2

**motion** 224:21

**Motor** 342:5

**mount** 324:21

**mouth** 233:11

**move** 216:25 227:7 228:18 233:15 279:11 301:15

**moved** 279:15

**movement** 285:3

**moving** 221:4 229:5 243:1 285:24

**multiple** 255:17 257:6 263:21 264:8 306:17 309:10 313:7,21 314:7 327:3 347:6 363:19 376:7

**Musk** 250:25 293:12,25 295:2 302:2 310:10,24 341:4

**Musk's** 250:4 294:3

---

**N**

**named** 213:23 261:23

**names** 263:22 335:5,6

**National** 341:14,25

**nature** 285:10 367:9

**Navigate** 289:20 350:15 351:4,8,10,12,14,18,24 352:24 353:4 356:1,2

**navigation** 246:2,3 289:17 319:10 351:19

**necessarily** 303:21,25

**network** 223:20 278:16 327:13

**network's** 274:23

**neural** 223:20 274:23 278:16

**Newton** 357:5,13

**NHTSA** 293:14 341:14

**Nicklas** 284:17

**nomenclature** 338:22 339:1

**nominal** 298:14

**nominally** 300:12

**non-existent** 222:17

**non-tesla** 348:4

**nondrivable** 277:18

**not-one-to** 220:17

**note** 211:2 275:8 284:10 311:7

**notes** 242:23

**notice** 212:13,18 217:17, 21 218:9,17,18,19,24 219:2 223:15 224:24 225:6,7 226:5,19 227:4 232:22,23 233:4,20 235:7, 11,19,21 243:3,6 245:4 246:22 247:25 248:2 251:10 257:18 259:23 260:8,13 278:24 285:8 286:4 292:18 299:23 302:14 305:1 307:24 310:17 324:16 339:10 340:21 342:2 355:12 376:20 377:6,17,23 378:2

**noticed** 209:13

**noticing** 226:20

**notified** 220:24

**nowadays** 374:8

**NTSB** 232:14 233:1,5,9,12

**number** 209:2,6 244:24 251:16 253:12 255:18,20 262:14 299:5 301:23,24 303:1 306:22 314:25 320:22 343:1 349:1 361:20

**numbered** 380:24

**numbering** 251:11

**numbers** 339:21 342:20 344:3 347:8 348:5 362:17 370:14

---

**O**

**oath** 210:6

**object** 217:16 218:3 219:3 223:9 224:16 227:2 228:4 230:2 232:9,12 235:14 244:21 246:21 277:14,16 278:20 282:3 290:7 302:13 303:10 355:11 358:12 376:1 378:8

**objected** 223:16 278:23 365:9 375:19,20

**objecting** 225:13 226:10 227:2 256:12 377:9

**objection** 210:25 211:2 214:3,17 216:11 217:13 221:22 222:12 227:6,15 231:3,18 233:19 243:11 244:13 245:3 248:8 249:7 251:24 254:22 256:1 257:2,21 259:21 271:4 276:5 282:16 285:7 301:4 304:17 305:10 306:1,14 307:23 309:8 312:1 328:20 330:9 332:25 333:11 337:10 339:16 340:20 341:17 342:1 348:14 350:17 352:8 363:2 369:21 376:6

**objections** 210:23 211:1 219:9,23 220:12,22 228:5 232:5 234:22 235:4 245:14,22 247:7,20 279:5,



20 286:3 308:24 309:20 312:18 313:19 314:5,17 329:7 338:10 342:6

**objects** 231:16 232:3 277:19 376:13,17 377:14

**observation** 302:9 304:10 310:2,8

**observations** 310:9,14,23 311:1

**observe** 302:8

**occasions** 316:18

**occurred** 229:9 316:1,14 331:4 371:24

**occurrence** 314:23 337:9

**occurring** 308:12 335:18

**occurs** 336:4

**offer** 281:11

**offered** 264:22

**offline** 246:23

**offset** 297:17 298:1,6,9,10, 19,25 299:17

**offsite** 246:18

**older** 243:7 265:10

**on.'** 295:4

**on/hands** 341:12

**one-hour** 305:24 306:10

**open** 325:17,19 336:11,12

**opened** 325:22

**opens** 260:12

**operate** 229:25

**Operated** 345:5

**operating** 256:5

**operator** 209:9 285:5 359:11

**opinion** 225:18 232:18 233:6 314:8

**opportunity** 226:4

**opposed** 213:19 266:4 337:24 359:3

**opposing** 256:11

**optimal** 240:23

**options** 224:20

**order** 217:19 223:13 224:2, 5,22 225:1 226:8 257:17 262:2 270:10 282:11 285:8 286:4 303:5 307:24 328:9, 12,23 340:21 342:2 346:8, 10 355:12 376:19 377:5, 17,23 381:13

**ordered** 218:2 220:24 233:4

**ordinary** 225:24 300:5

**original** 236:3 268:8 269:1,9,10,18

**outlier** 313:2

**output** 215:14 239:5,11 240:2,10 245:7,8,17 258:13,14 372:1 375:3

**outputs** 373:24

**outs** 331:6,7,8 352:22 353:2

**outset** 224:1

**over-the-air** 325:14

**overcome** 358:11

**overhyped** 295:6

**overly** 211:15

**owner** 318:23

**owners** 296:3 309:17

---

**P**

**p.m.** 382:7

**P1-critical** 288:25

**Pacific** 364:4

**package** 239:24 350:22 351:7,11 373:12

**packaged** 240:16

**pages** 269:7,8

**paint** 222:23

**paragraph** 263:6 294:23

296:6

**parameter** 249:19 334:3 363:20

**parameters** 235:20 249:18 253:17 257:17 269:10 275:15 278:15 377:16

**paren** 297:14,15 367:10

**parentheses** 367:14

**Park** 264:13 318:11,12,16, 17,20,25

**Parkerpasqual** 272:19

**parking** 220:4,6 325:23

**parse** 349:19

**part** 215:15 219:16,18 221:13 226:9 228:10,17 230:22 231:23 245:15 263:13 264:7 267:21 276:10 288:8 295:9 298:10 323:15 324:5,11,12,13 326:11 352:12 361:13 367:19 368:2,6 371:6 372:21 374:2,17 375:5 380:11

**participate** 252:11

**particularity** 226:21

**parts** 299:23 360:2

**party** 226:20 261:16,19 264:22 328:11

**pass** 249:19 271:2

**passed** 327:12 372:11

**past** 279:11

**path** 222:2,3 242:3 246:11 275:7 276:19,25 277:2 280:2,6,11,12 282:8,10 319:18

**pattern** 306:22

**patterns** 313:22

**paved** 279:3

**pavement** 278:19

**pay** 258:16

**paying** 256:7 334:13

**PDF** 293:12

**Ped** 322:3,5 323:3 367:3

**pedal** 320:5 327:24

**pedestrian** 322:4,5,21,24 323:3 332:23 348:11

**pedestrian's** 322:9

**pedestrians** 322:13

**pejorative** 365:18

**people** 236:4 263:13,21 264:8 295:3,6 302:10 304:20 311:21 312:7 317:15 320:23 334:13 338:5 358:5,10,25 364:23

**percent** 301:2 305:7 308:11 311:17 312:15 313:15 314:2,15 322:8 325:21,24 337:19,20 349:2,3 352:19 356:5 359:15

**percentage** 299:25 300:6, 11,15 307:21 310:15 311:8,23

**perception** 255:2

**perfect** 258:17

**perform** 269:4 300:23

**performed** 270:11

**period** 280:13 293:19 300:4,13,25 302:6 303:8 305:7,20,23 306:10 307:5, 17 309:5,16 310:11 371:9, 15

**periodically** 330:14

**permit** 328:10

**person** 269:10 270:12 290:4 294:5 303:18,19 304:5,25 308:3 310:12 311:15 312:5,7 314:1,13 347:5,9,11

**person's** 313:16

**personally** 306:24 313:22 335:20

**persons** 263:17 307:21 309:6



Case 1:21-cv-21940-BB Document 350-3 Entered on FLSD Docket 02/24/2025 Page 141 of 149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

Index: perspective–quarter

**perspective** 222:21 264:16 290:4

**pertains** 317:7

**Pete** 355:2

**Phatak** 209:3 210:7,12 219:4 225:14 227:8 235:19 242:22 243:6 248:1 252:18 253:17 260:4 382:12

**phone** 325:13,16

**phrase** 250:13

**physical** 277:19 320:7

**piece** 239:11 242:5 245:23 301:23

**pillar** 240:25

**place** 209:12 229:2 274:4 325:13 326:1 333:9

**plaintiff's** 262:4 272:8 283:17 288:13 292:22,24 296:21 318:3 326:15 366:9 370:22

**plaintiffs** 209:18,19 218:6 315:21,24 365:8 379:19

**plaintiffs'** 224:17 375:20

**plan** 222:2,3 282:10 287:19

**Planner** 245:21,23 246:11 247:2

**planning** 246:1,3 287:12

**playing** 230:21 249:24 256:4

**PMQ** 209:3 226:14 243:6

**pocket** 211:17,21,23

**point** 212:1 265:4,19 266:10 274:7 289:19,22 290:21,23 291:17 301:14 304:13 307:18 311:14 312:21 313:5,25 314:12 315:3 323:2 334:25 340:6 377:1,16

**points** 267:3 289:12

**Polarion** 270:5,6,7

**police** 338:4

**poor** 227:20

**pop** 354:16

**port** 373:3

**portal** 241:14

**portion** 284:2 319:6,11

**position** 221:14,21 240:21

**positions** 240:21

**possess** 229:24

**possibilities** 274:20

**possibility** 267:7 282:24

**possibly** 267:5

**post** 375:5

**potential** 255:6 256:5

**potentially** 285:15

**practices** 221:7 224:12 235:24

**pre** 316:21

**predicate** 217:2

**predict** 223:6,8

**predictions** 274:10

**preparation** 264:10 368:7

**prepare** 252:19 267:19

**prepared** 217:18 226:8,22 259:23 339:13

**preparing** 224:25 252:23

**prerogative** 377:12 378:1

**present** 244:2 356:25

**presentation** 368:1,19

**President** 293:13

**pretensioner** 322:2 348:11 367:2

**pretty** 244:3 249:2 257:15 260:8

**previous** 239:16 340:17

**previously** 271:19,24 272:6 292:3 296:17,18 366:7

**printed** 237:23 332:10

**prior** 271:25 272:3 274:4

275:18 281:18,25 282:7 300:13,25 301:14 305:12, 20 307:5,17 309:5,16 310:12 312:13 313:13 317:1

**Priority** 288:25

**privileges** 211:5

**Pro** 322:3,5 323:3 367:3

**probing** 225:24

**Procedure** 226:18

**proceed** 365:1

**PROCEEDINGS** 209:1

**process** 342:19 349:6,9 370:3,5 372:11,12

**processes** 372:2

**processing** 239:25 240:1 375:6

**processor** 240:2

**produce** 225:1 275:3 298:4 368:23

**produced** 223:17 224:6 234:4 261:22 369:17

**produces** 245:8

**producing** 342:20

**Production** 244:20,24 252:18

**products** 266:7

**Program** 354:25

**programmed** 274:12 307:8

**programming** 234:17 235:2

**progressing** 319:17

**progressively** 220:2

**project** 280:1 282:8

**projected** 280:11 375:3

**projecting** 280:6,11

**prominent** 285:23

**promise** 287:18

**prompt** 285:5 366:25

**prompts** 330:25 331:1

**property** 219:18 323:23

**proposal** 340:13 366:12 367:17,21

**Proposals** 262:14

**proprietary** 373:15,17

**protect** 322:12

**protected** 328:25

**Protection** 322:4,5,24 323:3 332:23 348:12

**Protective** 224:22 328:9, 11,23 346:8,10 381:12,13

**provide** 355:6

**provided** 341:14 369:4

**provider** 220:7,8,18

**providers** 219:25 228:8

**public** 295:19 317:24 328:8

**public's** 295:11

**published** 321:1,4 364:14

**pull** 237:20,22 238:16,18 316:15 327:2 328:17 332:7 343:2 346:5

**pulled** 242:24

**purpose** 223:22 303:24 307:7 308:23

**purposes** 210:14 213:2 247:11

**put** 220:20 222:21 229:12 297:17 313:2 318:25 320:16 328:18 342:23 354:2 359:1 361:21,22 364:6 381:18

**puts** 318:19

**putting** 300:5 306:12

---

**Q**

**qualify** 239:4

**quality** 242:1

**quarter** 321:4



Case 1:21-cv-21940-BB   Document 350-3   Entered on FLSD Docket 02/24/2025   Page 142 of
149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II
Index: quarterly–releasing

**quarterly** 347:20

**queried** 370:7

**queries** 304:24

**query** 300:24 315:3,5
335:22,25 336:1,2

**queryable** 301:12 305:1

**question** 211:9 212:9
217:2 218:1 219:3,4
221:11,19 222:25 224:9,19
225:16 227:10,20 228:15,
17 232:22 235:9,11 236:22
241:6 242:25 243:18
244:3,8,14 247:24 248:9
249:4,10 250:8 256:20
257:12,14,16 260:1 265:1
267:2 268:21 274:3 278:20
279:2 284:6,25 287:24
290:8 299:9 301:13 302:13
303:11 304:9,25 305:12
306:15,16,20 307:17
309:9,23 312:10,19 313:6,
9,11 314:10,18 324:4
328:3 329:2 339:18 350:24
355:12,16 357:13 358:13
361:12 362:19 363:4,16,22
365:12 368:12 369:14
374:21 375:24,25 376:10,
14 378:17

**questioning** 217:16 218:5
235:18 241:5 248:23
355:14

**questions** 210:17 212:18,
24 217:4 218:6,7,8,23
219:1 224:4,23,25 225:7,
18,23,24 226:13,24 227:4
244:22 249:1 252:13
260:12,14,17,18 261:7,9,
10 267:12,14,24 278:23
287:10 308:16 312:25
313:4,12 315:7 316:7,16
330:11 360:2 365:3,5,8,22
366:5 375:9,13 379:18,22
380:4 381:19,20 382:4

**quick** 329:6 375:12

**quicker** 365:13,14

**quickly** 256:10 287:18
353:23

**quote** 224:11 234:17
256:14 278:9 301:17,19

310:5,7

**quotes** 298:6

**quoting** 217:23

---

## R

**R79** 360:25 362:8,18,24

**raise** 317:18

**raised** 278:23

**rapid** 333:22

**rare** 337:9 367:10

**rate** 285:17 327:19,25

**rates** 363:23

**ray** 275:2

**reach** 226:1

**reached** 375:8

**reaches** 377:1

**read** 233:1,2 265:18
284:10

**reading** 225:4,6

**reads** 263:7 294:23 295:5

**ready** 218:3

**real** 256:10 329:5 375:11

**realize** 284:19

**realized** 271:24

**reason** 223:11 254:7 273:8
275:17,20,22 278:22
283:11 285:14 292:6,18
352:15 367:19 377:10

**reasonable** 226:21

**reasons** 235:15 243:21
252:7 256:24 266:2
272:21,23 282:20 292:2,14
353:3 376:23

**recall** 212:25 221:16,17
234:18 237:2,12 248:17,22
253:10,18 379:24

**recalls** 353:24

**receive** 305:24 349:2

**received** 337:2 338:14

**recent** 335:22 350:6

**recently** 295:2 296:25
335:19 368:16

**Recess** 242:19 287:21
315:16 353:18 379:3

**recognize** 262:10 274:23
288:16 294:2 318:5 374:15

**recognizes** 274:12

**recognizing** 231:7

**recollect** 335:7

**recollection** 244:16 255:8
275:25

**record** 219:13 223:24
242:17,20 243:8 251:8
252:10 253:3 268:22
286:21,23 287:20,22 312:6
315:14,17 318:7 320:13
321:2,21,22 327:4,16,18
328:8,13 333:15,21,24
338:15 340:6,7,13 341:13
346:18,19,22,23,25 352:13
353:13,16,19 361:11,24
366:12 367:9 371:23
375:18 378:19 379:1,4,12,
14 380:11 381:18 382:2

**recorded** 321:1 323:13
327:19,22,25 330:3 333:19
350:14 351:23 356:15
360:5

**records** 212:24 217:25
219:6,11 236:6 319:9
320:10 333:19 346:1 359:6
364:15 367:11 370:4 376:3
381:24

**redacted** 275:3 381:10

**Reddit** 296:1

**reduced** 363:12

**reduction** 279:8

**refer** 247:14 272:25

**reference** 261:22 262:20
292:21 340:11

**referenced** 253:15 263:1
269:15 281:4 307:14

**references** 340:16

**referencing** 242:24
252:21

**referred** 245:18 273:15
379:20 380:15,22

**referring** 215:11 238:11
278:6 290:22 291:6 301:22
368:10 373:1 380:13

**refers** 321:25 345:18 372:4

**reflect** 251:13

**reflected** 310:4 354:9

**reflects** 291:2 299:10

**refused** 254:5

**regard** 341:7 342:17

**region** 278:13

**region-specific** 364:9

**regulated** 286:6

**regulation** 361:1 363:9

**regulations** 363:5

**rehash** 223:23

**rejecting** 274:2

**relate** 217:22 218:21
225:18 251:21

**related** 212:24 216:10
217:3,22 221:13 233:4,13
234:3 235:11 248:10
255:22,24 258:3 268:4
270:22 274:25 297:1
343:17 371:14

**relates** 213:25 217:22
218:14,21 219:7 224:9,10
226:2 234:17 235:24 244:4
248:4 255:2 256:11 260:12
299:24 365:24

**relating** 217:5 221:7
224:12 261:7

**release** 354:11,19

**released** 214:2,12 321:14,
15 355:25

**releases** 354:22

**releasing** 270:18



**relevant** 219:1 220:3
225:9,11 251:7

**reliable** 239:23 240:15

**relied** 221:8 224:13 225:8
227:11 233:23 247:22
248:6 252:19 253:7

**relies** 230:25 231:6,10

**rely** 231:15 252:23

**remain** 293:16 353:2

**remained** 356:24

**remains** 296:7 356:13

**remember** 212:18,22
247:12,14 249:13 259:13
263:19 264:6,9 275:23
297:8 299:16 303:12 305:2
306:3 312:8 380:25

**remembering** 273:8

**remembers** 265:8,12

**remind** 228:14

**remote** 324:22

**remotely** 209:12

**repeat** 213:9 237:13 349:8
376:14

**repeated** 361:12

**rephrase** 211:8 219:2
225:25 233:14 244:7 246:1
247:23

**replaced** 381:10

**replacing** 257:10

**report** 232:14 233:1,5,9,12
267:23 316:10,15,17
317:11,13 318:6,20 320:22
321:1,4 325:12 333:16
336:4 338:8 340:16,18
342:15 347:3,21,25 348:3,
6,20 349:18,20,24 350:3
351:25 352:17 359:2,7,8
364:7,9,12,13,19 366:5,25
370:7

**reporter** 210:4,6,8 211:2
262:3 346:17 350:23
355:6,7 381:3

**reporting** 210:5 358:5

**reports** 316:8,19 317:1,4,9
323:6 332:21 336:24
339:2,20 340:8 341:7
343:13 344:2 347:19,22
348:9 349:12 355:23 356:9
357:22,23 358:1,4,9,20
360:13,14 363:13 364:20,
22 369:25 370:2 371:14

**represent** 209:16 210:13
217:4 315:21 379:8

**representative** 218:3
226:19

**represented** 328:4

**representing** 209:10
210:5 226:21

**represents** 250:16

**request** 244:20,24 251:12
252:17 261:3 330:14
364:24,25 368:22

**requested** 329:16

**require** 293:15 309:21

**required** 250:19 285:17
300:9,11 329:16,17,18
330:20 335:12,14,17
360:22

**requirement** 357:5 362:18

**requirements** 362:13,17,
24

**requires** 285:11 296:8

**research** 221:8 224:13
225:8,10 226:2 227:11,13,
17,18 233:22 235:24
236:15 247:22 248:4,10
368:16

**researching** 227:24
249:24

**reserve** 260:11,13 287:9
329:7

**reserves** 331:19,22

**resigned** 265:9

**Resolution** 289:2

**respect** 214:4 281:20
298:19 310:3 369:18

**respond** 218:3 226:8,23

**responded** 303:2

**responding** 302:11 332:1
379:22

**response** 217:18 223:13
224:1 226:7 235:10,12
273:20 296:11,14 310:23

**responsibility** 293:18

**responsible** 263:17 308:3
337:17 345:24 347:5

**restate** 311:10 331:18
362:20

**Restraints** 345:12

**result** 255:16 331:22

**resulted** 302:23,24

**results** 236:15 332:2

**review** 219:12 267:25
370:9

**reviewed** 232:15 252:19
253:7 368:4 369:5,17
371:3

**reviewing** 251:4

**reviews** 255:10,12

**richer** 216:21 371:25 374:4

**right-hand** 294:19

**ring** 238:2

**risk** 299:5,8

**Risks** 297:10

**road** 216:19,20 217:22
219:12,16,17,18,21,22,24,
25 220:2,10,13,14 221:1,2,
3 222:4 228:9,11 230:24
231:7,11,13,16 232:13
239:4,10,20,23 240:9,11
244:24 245:2,5,8,11,15,17,
18,21 246:4,11 247:1
248:6 249:21 258:11
265:20 266:4 274:1,10
275:3 276:3,12,19 277:22
278:8 279:3,16 280:1
285:23 286:6,8 319:12,14,
17,23 334:1

**roads** 217:10 249:14
294:25

**roadside** 234:25

**roadway** 216:10,12,16
217:3,6,12 218:14 219:1,8
221:20 225:10,15 226:2,9
227:13,17,18,25 231:2
233:18 234:3 251:21,22
252:1 255:25 257:20 258:3
274:11,12,23 276:6 278:9
286:11 319:9

**roadways** 248:4,10
352:23

**role** 252:9 376:16

**rollout** 353:6

**rough** 249:14,21

**roughly** 220:1,3,17 281:5,
6

**route** 232:1 246:2 351:19,
20

**RPD** 247:5

**rudimentary** 212:10

**rule** 303:1 363:12,23

**rules** 210:20,21,22 226:17,
18

---

**S**

**safe** 295:1

**safety** 267:23 292:14
320:22,25 321:4 341:15,25
342:15 347:3,21,22,25
348:3,20 349:18,20,23
351:25 352:16 364:6,9,12,
13,19 370:7

**sake** 252:1

**sampling** 327:22,25 330:4

**Santa** 209:5

**saturation** 285:14

**save** 380:18

**scenario** 283:6,7 285:2,
21,25

**scenarios** 285:9

**scene** 288:19 289:9



Case 1:21-cv-21940-BB   Document 350-3   Entered on FLSD Docket 02/24/2025   Page 144 of
149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II
Index: scheme–software

**scheme** 224:14 225:9
227:12,14 228:22 229:1
233:24 235:25 236:3 244:1
247:23 248:7 268:8 269:1,
9,18,23 292:18 302:21

**Scheutzow** 355:2

**Schoenberger** 209:14

**scope** 217:17 218:9,13
220:12,22,24 221:22
222:13 223:14 227:7 228:5
229:12 230:2 231:4,19
232:6 233:20 243:12 245:3
246:22 251:24 256:2 277:6
278:21,24 279:20 282:4,17
285:8 286:3 302:14 307:24
339:10 340:21 342:1
368:22 377:23

**screen** 354:2 355:7

**screenshot** 343:24

**scroll** 244:19 252:17
293:22 297:5,6 354:12,16

**scrolling** 272:20 354:17

**search** 268:5,7,15 269:4,5,
21 296:25 335:15 340:2

**searches** 268:18

**seat** 322:1

**seconds** 275:8 276:12
280:13 332:18 360:22
361:10 362:10,11,12,24

**section** 297:10 299:12

**seeking** 224:21

**Seema** 209:19

**sees** 246:4

**selected** 243:22

**selecting** 276:25

**selection** 265:2

**selects** 276:19

**self-driving** 293:18
350:10,15,18 352:6,9,11,
25

**sell** 350:22 351:7,9

**send** 222:3 252:25 317:13
318:20 336:8 337:7

**sending** 336:21 356:17

**sends** 320:2 336:12

**sense** 211:9 212:4 217:5
239:6,7 249:20 372:20

**sensor** 252:2 297:12

**sensors** 251:15,16,21,22
252:4,10 344:18

**sentence** 295:5 296:10

**separate** 374:3,16,18

**separating** 270:19,20

**September** 301:16,20
302:8 304:10 310:4

**sequence** 272:11 345:16,
18

**serve** 226:5

**served** 218:18

**server** 373:2

**servers** 325:17

**service** 213:7,11 358:2

**Services** 210:5

**session** 267:18 268:1

**set** 223:13 251:13 266:19
269:8 291:18 318:6 319:2
321:9,12 323:13 329:13
335:16 338:5

**sets** 367:24

**severe** 338:16

**severity** 337:6

**share** 236:6,11,12 238:12
243:3,4 287:13 294:25

**shared** 324:18,20,22,24
341:13,25 360:1

**sharing** 346:10

**sheet** 343:6 345:21

**shift** 240:7

**shins** 356:7

**shoot** 287:2

**short** 372:25 375:13

**shortly** 317:20

**show** 226:23 232:21
233:20 237:24 262:2,6
271:10 288:11 290:12
292:19,21 293:3 294:9,13,
18 296:16 326:22 328:19
329:9 332:7,9 354:3 366:7
368:14 370:21

**showed** 312:14 368:19

**showing** 251:5 272:6
288:15 313:15 317:18
328:14

**shown** 328:15

**sic** 343:4

**side** 217:5 222:9 308:9

**sign** 382:5

**signal** 250:15 251:6,7
272:25 273:2,7,8,9 275:12
323:23 329:11,24 330:1,2
333:18,20 350:13 359:22

**signals** 327:12,17,18,19
359:25 360:4,5 372:19

**signatory** 328:22

**signature** 293:4

**significant** 311:8,23
312:5,7

**signs** 231:9

**similar** 213:21 346:4

**Similarly** 342:4

**simple** 226:11 363:22

**simpler** 231:14

**simplicity** 352:18

**simply** 296:7 363:16

**Simpson** 293:8

**single** 305:24 318:7

**sir** 214:19 219:9,23 236:18
237:20 247:7 248:9 262:6
263:1 279:1 302:15 313:19
314:20 315:20 324:12
326:20 327:6 329:9 337:12
338:23 339:17 342:13
343:12 347:2 354:5 355:9
358:12 360:3 361:25
378:21

**sitting** 211:17

**situation** 224:22 255:18
276:3,6

**situation-dependent**
222:19

**situational** 236:10

**six-month** 300:13,25
305:7,20 307:5,17 309:5,
15 310:11

**skip** 319:3

**Slavik** 209:20 260:24
287:15 315:8,19,20,21
316:21,24 317:19,20,23
318:5 321:3,7 324:6,9
326:13,17,20,22 327:2,5
328:6,16 329:1,9 330:8
332:9,12 333:4,13 336:2
337:12,20 338:15,23
339:1,7,12,19 340:8,23
341:20,24 342:4,8 345:10,
12 346:10,13 347:2 348:16
349:17 350:1,24 351:17,22
352:10,14 353:21 355:9,
14,19 356:12,14 358:19
360:18,20 361:14,20,25
362:22 363:6,11 364:1,22
365:10 375:22 378:15,20,
21,24 380:6,17,18,24
381:14,16 382:3

**Slavik's** 380:8

**slightly** 306:15

**slow** 281:11

**slowly** 354:16

**smaller** 271:12

**SNA** 329:24

**snapshot** 216:17 371:25
372:3,5,7 373:8 374:17,23,
24

**snapshots** 215:16 216:4,
23 371:19,22 372:24 373:7

**socket** 325:17,19,22
336:11,17

**software** 239:8,11,12,15
240:1,7 242:5,6 245:5,24
264:20,23 286:1 293:15
296:8 324:13,15,16 332:5



Case 1:21-cv-21940-BB Document 350-3 Entered on FLSD Docket 02/24/2025 Page 145 of 149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II
Index: sold–system

344:7,21,22,24 353:21
354:9,10 355:24

**sold** 322:18

**solutions** 264:23

**someone's** 330:18

**sooner** 212:7,8

**sort** 302:9 337:13

**sound** 260:7 358:17
365:16

**sounds** 212:10 221:17
281:19 315:8 327:14
337:23 360:24

**source** 323:9 348:2 371:11

**space** 234:17,19,21,23,24
235:3,6,8,9 238:10 240:5
256:10,15,22 257:4,9,10,
13 275:7,9,14 276:12,20
277:1,17,18,25 278:6,10,
12,18 279:3,8,13,17 280:4,
8,12 281:11 282:1 320:7

**Space_violation** 275:6

**speak** 310:13

**speaks** 251:12

**specific** 213:13 214:7
215:7,12 223:13 226:9,16
229:16 233:3 238:19
244:16 248:25 250:1
259:12 264:25 265:8
267:15 283:6,7 288:4,9
310:19 313:9 333:12
338:12 344:2 363:10
381:23

**specific-vin** 311:15

**specifically** 214:5,8
215:1,2 217:7 219:11
221:17 226:7 230:8 243:15
247:21 248:21 252:5
259:10 261:20,21 263:20
269:13 283:11 286:11
291:6 297:25 305:22 306:9
339:10 354:20 380:8

**specification** 357:14,17

**specifications** 362:25

**speculate** 212:4 306:2

**speculation** 305:11
306:18 312:3 337:11
338:11 342:2

**speed** 231:9 257:23,25
291:18 303:6

**speeds** 361:5 362:3

**spell** 264:1 342:11 355:3

**spelling** 355:4,6

**spend** 283:19

**spent** 224:24,25

**spread** 345:21

**spreading** 239:16

**stack** 353:9

**stage** 345:13,14

**stages** 344:3 345:14

**Stalk** 366:22

**standards** 221:7 224:12

**start** 212:8,12 213:4
243:20 280:17 316:21

**started** 212:23 213:22
214:24 215:21 216:4

**starts** 284:20 318:17

**state** 209:5,15 223:11
250:17,18 254:6 263:9
300:12 326:4,9 328:4
329:10 333:23 334:6,8,15
356:2,24 374:22

**stated** 329:8 333:25

**statement** 239:4,21 250:4,
9,25 251:2 300:10 301:16,
23 302:2,7 304:9 310:4

**states** 316:13 360:15
363:6 364:2,15

**stating** 339:16

**statistical** 317:6

**statistics** 305:14 314:24

**Statler** 209:9

**stay** 285:17

**staying** 235:19 253:16
257:17 260:7 377:16

**stays** 247:24

**steered** 232:19

**steering** 222:3 244:10,11
254:15,16,17 266:22
285:3,11,16 288:1,2
293:16 296:9 297:23
298:4,7 299:24 333:22
359:1,8,11 366:21

**step** 365:2

**Stephen** 209:9

**steps** 296:11,13

**Sterling** 284:17 294:6

**stick** 223:4

**stimulating** 230:14

**stop** 263:10 295:8 316:25
322:10 327:10 331:12

**stored** 324:18

**stream** 215:12,25 216:14

**streamline** 262:1

**streams** 215:10,13,21
216:22 339:5 340:5

**Street** 209:10 295:2

**streets** 220:3,6

**strictly** 328:20

**strike** 229:1 296:15
302:21,24 303:3 304:21
309:4 321:8 322:22 331:6,
8,16,17,20,23,25 332:2,18
333:5,14 350:2 352:22
353:2

**strike-through** 291:19,21

**strikes** 228:22 303:1
331:5,8,11,13

**studies** 248:16,18,25
249:5,8 255:5 266:14,19
269:22,24 270:10 376:4

**study** 248:25 249:13,17,23
250:1 268:9 362:16,23
363:5,10,11

**stuff** 210:20 212:10 340:1
361:15

**sub-tasks** 291:7,8,10

**subject** 229:9,10,22
232:15,19 235:3 244:10
245:12 246:12 252:5
259:16 277:5

**subpart** 217:21 358:17

**subset** 306:4 372:17

**suggest** 351:19

**suggesting** 260:16

**suggests** 338:19 377:18

**summary** 219:12 367:8

**sun** 274:21 275:2

**super** 338:5

**Superior** 209:4

**support** 270:11

**supported** 269:22

**suppose** 381:10

**supposed** 234:10 276:4,
17 280:10 284:8

**surface** 249:21 277:25
279:17

**surprise** 256:3

**surveying** 278:8 281:25

**susceptible** 299:7

**SW** 281:10

**SW-156056** 288:18

**switch** 318:18

**sworn** 210:8

**synonym** 303:24 372:15

**system** 214:4 216:20
221:24,25 222:10,15
223:20 230:7,22 231:22,24
234:4 235:14 239:18
240:10,12,14 241:20 242:1
244:5 245:16,24 246:16,
17,23 248:11 249:6
250:17,19 252:9 256:8,18,
22 257:7 258:8,16 259:2,5,
20 260:6 261:12,23 263:12
265:3,6 266:3,5,9,11,20
267:24 270:13,17 274:9,11
275:2,13,18 276:10 277:23
278:8,14 279:9,12,25
280:8 282:8,23,24 283:2



284:8 285:4,18 290:11,19
292:1,4,9 298:4,7,13
299:17 300:8,16 319:10
322:6 323:10 334:12
335:19 341:9 344:14
352:21 357:20 373:24
376:16,17 378:7

system's 223:20

systems 236:10 239:22
263:20 323:3 340:18
344:13

T

T-A-P-I-A 342:12

t-clips 375:7 380:2

T-O-B-I-I 261:23

table 332:15 354:8

tables 347:12

tabulation 370:5

TACC 350:8

Tag 288:19

tags 289:9

takeaway 311:15

takes 304:25 312:7

taking 209:12 285:4
292:10

talk 217:18 252:14 287:8
325:5 328:21 337:16
339:24 342:17 350:7

talked 258:11 263:13,23
266:13 267:22 342:9,19
343:18 347:10 368:18

talking 211:7 215:7,25
216:13,14,17 219:10
239:14 249:13 250:6
261:19 263:20 273:16
274:8 290:25 296:3 299:5
304:7 305:16 309:11,13
321:3 322:11 325:3 337:14
344:9 358:1,2,25 371:10
373:3

talks 345:13,17 349:20
371:5,6

Tank 334:25 335:3

Tapia 267:22 342:10,13
347:7

Tapierre 342:9

tasks 295:18

team 214:22 263:17,24
264:8 300:19 336:23 340:4

technology 261:16,18,19
293:18 317:7

telemetry 212:24 213:4,5,
12,20,24 214:1,9,24 215:1,
4 216:8,9 217:7,20,24
218:21 219:6 228:10 236:6
250:11 260:21 316:8,10,11
338:25 339:2,5,20 340:13,
17 343:14 366:12 367:5
372:4,7,22,23 375:18
376:3

telephone 209:10

telling 339:15

tells 211:3 240:8 319:6,9
323:24

temporal 229:12 241:7
242:11,24 277:5

ten 212:20,21 301:18
302:5,12,18,19 303:8,20
304:3 306:11 310:6 361:9
377:4,22

term 238:6 258:24 372:3
373:8

terminal 248:16

terminology 265:25

terms 213:21 230:15 277:5
313:8 360:16 369:22

Tesla 209:4,22,23,24
213:7,10,18 214:4,15
218:2 221:8 223:17 224:6,
13 225:1,8 227:11 229:22
233:17,23 236:4 237:6
239:12 243:16 246:18
247:10,22 248:6 249:14,23
254:17 255:5 256:5,13,16,
21 257:1 261:11,15 263:11
264:21 265:9,22 266:2,10,
19,20 267:9 268:12
269:23,24 270:10,11,21,24

276:19 277:22 278:6,17
279:15 280:1 281:17
282:21 283:9,11 285:4,23
286:1 288:3 290:4,18
292:2 293:14,17 294:24
295:10,11,14,18 296:1,2,6,
10 297:20 299:24 300:3,
14,15 301:8,15 302:3,4,7,
10 304:2,3,11,12 305:5,8,
21 306:8 307:6,9,18 308:5,
9,11,20,21 309:3,6,14,16,
17 310:3,12 311:7,11,12,
22 313:17,25 314:12
315:22,25 316:1,19 318:20
320:19,20,21 322:15,23
323:2 325:8 328:7 337:2
339:20 343:1 346:21
347:3,20 348:5,19 349:6,9,
15,17,19,20 356:17
362:16,23 364:19 369:19,
24 373:2,15 376:11,12,15,
16 378:9,10 379:8 380:14
381:8

Tesla's 217:23,25 219:5
221:6 224:11 226:14
230:7,16 242:6 254:10
260:21 281:24 294:25
295:5,17 301:1,7,17 302:2
304:10 334:19 338:21
339:1 369:18

Teslas 349:21

test 249:19 266:15

tested 217:8,10

testified 210:9 234:5,13
235:6,7,10 377:4,6

testimony 214:18 223:23
235:13 252:8 254:23
259:24 271:5 305:12 309:9
312:2

testing 251:14

tests 227:25

text 259:12,13 273:22
275:6 293:20

thing 211:10 237:11
253:15 259:11 273:16,17
277:1 310:1 314:11 328:19
342:24 344:25

things 212:23 222:21
225:11 245:25 256:17

257:3,6,8 270:20 277:23
279:16,25 286:10 319:4,22
320:10 344:18 347:12
353:1

thinks 292:9

thought 254:7 255:13
377:19

thousandth 319:13

thread 283:24 293:6,23

threshhold 357:16 360:24
361:2 362:12

ticker 302:17

ticket 255:19 288:16,24
289:8 291:2,12

tickets 255:15,22,23,24
291:6

time 209:7 211:10 212:19
214:13 217:11 221:12
224:24,25 226:5 231:21
232:1 234:10,15,24 236:3
237:11 241:8 242:17,21
243:14 248:15 258:18
261:9 264:5 265:4,9
266:10,13 269:25 270:16
271:1 276:14 277:2,13
278:16,17 280:12 282:25
283:20 284:16 285:19
286:18,23 287:9,23 289:19
294:6 295:23 296:12 298:3
299:25 300:6,11,15,23
301:2,14 303:16,22
304:14,25 305:7,17,23
307:11,14,18,21 308:11
309:1,18 310:15 311:6,8,
18 312:15 313:15,25
314:3,12,15 315:3,15,18
316:20 318:10,11,25
319:12 320:4,11 321:19
327:22 331:3,6 332:2
333:7,11 335:17 342:4
343:15,24 346:3,23 347:1,
20 350:21 353:14,20 356:4
357:9,10 358:6 363:9
367:9 371:9,15 379:1,5,13,
14 381:8

timed 331:4

times 296:9 302:18 306:17
309:10,14 313:7 331:24,25
334:23 337:18 341:12



Case 1:21-cv-21940-BB Document 350-3 Entered on FLSD Docket 02/24/2025 Page 147 of 149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II

Index: timing–usual

344:22 355:6 361:5 376:7

**timing** 270:22 332:6 352:22 353:1 362:3,5,12 363:15

**timings** 257:24 303:13 353:11

**Tobii** 261:23 262:17 263:4, 12,14 265:3,6,14

**today** 209:9,25 210:4 223:22 230:17,20,21 243:13 252:14 267:18,20, 21 339:9 377:22 381:11

**today's** 209:7 252:23

**Todd** 293:24 340:25

**TOI** 289:23 290:1,3 291:12 292:8

**told** 225:1,14 248:5 295:2 306:16 338:7 349:2,6 365:19

**Tom** 209:24 219:20 229:11 233:24 234:14 235:6 244:21 247:19 260:1,6 286:16 301:25 368:8 379:7,10

**Tomtom** 220:9 227:23 228:7,12

**tool** 247:10,13 374:6 375:1

**tools** 321:18 335:8 374:6, 14

**top** 215:22 225:12,24 229:19 245:9 247:12,14 262:14 272:10 283:13 286:14 288:18 293:23 296:20 303:13 311:20 322:16 328:1 330:13 357:17 361:2

**topic** 217:20 218:7,11,20 219:5 221:5,6 224:9,10,17 225:4,19 227:8,10 228:21 229:6 233:1,5,8,22 234:1 236:10 243:17 245:4 247:21 250:4,6 255:23 256:11 260:21 299:22 310:13

**topics** 223:13,19 224:25 226:9,10,16,20 232:22 233:3 235:11 255:9 375:21

**torque** 266:5,22 297:23 298:1,5,7,13,14,16,19,23, 25 299:25 357:5 359:7,11

**torque-based** 298:18

**Total** 371:10

**totally** 370:1

**touched** 248:22

**trace** 222:23

**track** 217:10 223:18 280:17

**Tracking** 263:6

**traction** 235:17

**Traffic** 254:13 350:4,8

**training** 279:7

**transcript** 382:2

**transferred** 325:18

**transition** 333:23 334:6,8

**transmission** 336:7,18 367:6,9,18

**transmitted** 367:25 372:8 373:5

**transportation** 336:20 341:14,25

**travel** 242:4 319:18

**traveled** 319:24

**traveling** 280:1 319:12,13

**travelling** 278:7

**trial** 234:11 313:1

**trigger** 249:15 274:24 275:1 276:4,13 280:11 290:19 367:5

**triggered** 259:20 273:25 275:6 286:7 290:3 366:5

**triggering** 365:25

**triggers** 367:25

**trip** 219:11 319:11

**trouble** 235:17 380:20

**true** 212:14 213:13 214:2, 16 227:7 228:7 229:3,15 239:2,3,5,11,18,19 240:17

254:12 255:3,7 256:23 261:17 267:10 269:19 273:23 274:14 275:15 277:15 280:13 288:22 303:4,8,20 305:9,15 309:19 352:6

**TSA** 338:4

**TTC** 275:8 276:14 277:12

**tune** 249:17

**tuning** 357:8,12

**tunnel** 371:18

**turn** 250:3 260:10 295:4 318:13,14 378:18

**turned** 319:8

**type** 224:6 232:8,12 252:2 254:10,21 284:9 286:2 319:23 322:7,8 329:3 333:21 345:12 352:3,23 354:9 356:14

**types** 230:8 251:15,22 254:20 352:21 366:19

**typical** 212:11

**typically** 210:21 216:18 378:18

**U**

**UI** 290:12

**ultimately** 249:10 256:15

**Um-hum** 366:17

**umbrella** 372:3

**UN** 360:25 362:8,18,24

**unable** 269:17 323:1

**uncommon** 306:13 312:17,23 313:18,21 314:1,7,13,24 315:1

**underlying** 281:21,22 292:6

**underneath** 263:6 299:4

**understand** 211:7,12 218:1 225:12 235:2 244:14 247:20,21 249:2 259:15 260:6 292:5 295:3,18

300:6 316:9 319:5 339:12 362:15

**understanding** 213:3 267:21 278:18 279:6 295:12 301:2,7

**unfaded** 222:11

**unfamiliar** 238:1 246:15

**unit** 239:24 240:16 344:19

**United** 360:15 363:6 364:2,15

**unknown** 337:13,14 348:23

**unpackage** 373:20

**unquote** 234:17 256:14

**unreasonable** 258:14

**unredacted** 381:4,7

**unstable** 258:2,4,23 259:19 267:15 273:15

**unusual** 305:23 306:5,21 314:1,13

**update** 293:15

**updated** 280:25 281:9 354:10

**updates** 353:21 354:19 356:3

**updating** 296:7

**upload** 325:14

**uploaded** 320:16 330:12, 15,16 334:18 367:11 378:22

**upper** 294:19

**urge** 294:23

**urgent** 336:6

**URL** 364:3

**user** 284:19 290:13 292:10 297:17 307:19

**user's** 297:13,22

**users** 229:23 258:16 259:2 292:12 294:24 300:16

**usual** 306:5,21


CRANGLE
REPORTING SERVICES

Case 1:21-cv-21940-BB   Document 350-3   Entered on FLSD Docket 02/24/2025   Page 148 of
149
VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME II
Index: utilizes–wrong

**utilizes** 261:12

---

**V**

**Vague** 214:3 216:11 227:15 231:3 249:7 257:2, 21 301:5 369:21

**valid** 229:24

**validate** 297:13,22

**validation** 299:12,20

**values** 273:1,9,11

**variable** 329:2 330:6

**variables** 327:10

**variation** 298:11

**variations** 299:3

**varies** 357:7

**variety** 319:2

**vary** 357:6

**vast** 365:11

**vehicle** 213:6 214:4 215:15 231:9 240:16 244:6 254:15,17 257:25 267:23 273:4,19,20 274:9 276:2, 11,20 277:2 278:7 280:2,6, 7 281:24 284:4,22 285:24 290:4,18,24 298:11,12 303:6 306:7,8 307:16,19 309:22 310:21 312:14 313:15 316:13,19 317:10 318:13,14,22 319:10,17,21 321:4 322:12 323:8 325:13,20 326:5,14,19 327:13 328:15 330:12 338:16 342:14 347:25 348:3 349:18,20,23 351:25 352:16 355:19 364:6,9 370:2,7 373:2

**vehicle's** 234:4 235:14 275:7,13 300:7 307:20 320:6,25

**vehicles** 213:10 242:7 254:10,21 269:2 272:15 295:10 300:3,15 301:9 322:11,15,17,18,19 323:3 330:15 342:5,20 348:4 355:24 357:3,6 360:13,14

362:8

**vehicles'** 335:16

**venued** 209:4

**version** 240:13 272:15 282:5 332:5 344:4,20,21, 22 367:23 381:5,7,11

**versions** 332:5 345:2

**versus** 209:4,22 270:21 315:22,25 320:23 380:14

**video** 209:2,8,9,10,12,13 216:18 249:24 256:4 373:21,25 375:1,2,3 379:23 380:1

**videos** 215:17 372:1,7 373:9 378:22

**VIN** 344:2

**VIN-SPECIFIC** 311:13

**VINS** 314:7,25

**violation** 275:7,9,14 280:5 381:12

**violations** 257:5 281:12

**visible** 223:4

**Vision** 216:20 221:23,25 222:15,18 223:6,19,20 224:16 226:9 234:2,4 235:14 244:5 245:7,8 246:4 252:9 258:13 263:13 279:8,12 331:15 373:24 375:3 378:7

**visual** 222:10 229:7,22 230:11,12 250:21 259:6,9 277:24 303:2,3 330:25 331:13,15,20,23 332:14 376:4

**visualization** 246:17

**visualize** 246:25

**visualizing** 246:16

**voice** 209:15

**Volume** 209:3

---

**W**

**wait** 211:1 243:13

**Walkup** 209:13

**wall** 232:4 295:2

**wander** 330:9

**wanted** 265:4 267:14 273:18 283:15 286:16 328:13,17 339:22 366:24 374:25

**wanting** 260:22

**warn** 229:23 243:10 244:11 258:15 259:1,2 283:3,5 284:21

**warning** 250:21 256:24 258:2 259:10 270:14 271:2 272:11 274:4,14,24 275:10 276:4,13 280:5,10 281:21 282:12 284:9,11 286:2 290:12,24 303:3,5,17,18, 21 308:2 331:16,19,20,23 332:14 341:9 366:20,21 376:5

**warnings** 229:6,21 230:5 244:1 256:8 259:6 301:18, 23,24 302:5,11,12,18,19, 22 303:2 304:3,10 306:11 307:8,9 308:21 310:4,6 330:24 333:5 376:5

**warns** 288:1

**watch** 334:1

**Watchdog** 293:13

**watching** 317:15

**ways** 230:23 295:14 299:5 312:19 344:14 369:24

**week** 211:10 212:17,19

**weeks** 287:15

**weight** 359:3

**weights** 358:25

**whatnot** 266:16 349:4

**wheel** 244:10 249:22 259:13 266:6,22 269:11 271:3 288:1 293:16 296:9 297:14,18,23 298:2,23 299:25 300:7,9 301:3,10 303:8,19 304:6,15 305:8 306:12 307:16,22 308:10 309:7,18 310:16 311:16,

17,24 313:3,17 314:2,14 320:14 326:2 330:18 340:19 357:21 358:6 359:8,11

**wheels** 359:1

**whichever** 362:13

**white** 222:8 232:19

**whomever** 297:21

**whoops** 371:17

**Wikipedia** 268:12 324:25

**window** 289:6

**windshield** 241:2 265:20 266:4

**withdraw** 259:25 381:16, 25

**withdrawing** 380:18

**withdrawn** 380:9,11,17 381:6,15

**witness's** 214:18 254:23 271:5 305:11 309:9 312:2

**witnesses** 223:18 224:6 234:4,12 252:8 377:3,4,6

**wondering** 255:21 266:18 337:25 338:17 354:18

**word** 213:13 237:13 238:7 268:15,18 303:23 312:9

**words** 233:10 268:17 269:23 273:3 281:24 300:9 302:10 352:22

**work** 263:11 297:15 299:2 304:13

**worked** 261:11 342:14 352:23

**working** 213:22 214:15, 22,24 263:7 267:23 311:22

**world** 338:24

**writing** 294:23 347:6

**written** 270:15 344:22 357:25

**wrong** 297:16 319:6 326:25 327:11 342:23 376:1



**wrongly** 295:6

**wrote** 265:24

---

### X

**X's** 258:20

---

### Y

**year** 353:8 377:4

**years** 214:1 323:2

**yesterday** 261:1 375:23

---

### Z

**zip** 373:13,14

**zipper** 373:20

**zoom** 209:13 293:1,5