## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel*
*Benavides Leon, deceased*,

     Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

     Defendant.

_____/

### Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

     Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

     Defendants.

_____/

### AFFIDAVIT OF ADAM BOUMEL, ESQ.
### IN SUPPORT OF PLAINTIFFS' STATEMENT OF FACTS

     On this day personally appeared Adam Boumel, Esq. who was sworn and says:

1.     My name is Adam Boumel.

2.     I am counsel for Plaintiffs in the above captioned matter.

3.     I submit this affidavit in support of Plaintiff's Statement of Facts which is being provided in relation to Plaintiffs' Response in Opposition to Tesla's Motion for Summary Judgement.

4.     On February 24, 2025, I accessed All Tesla Cars Being Produced Now Have Full Self-Driving Hardware, TESLA MOTORS BLOG, Oct. 19, 2016, available at https://web.archive.org/web/20240730071548/https://tesla.com/blog/all-tesla-cars-being-

produced-now-have-full-self-driving-hardware excerpts of a true and correct copy of which are attached here as "Exhibit 1".

5.     On February 24, 2025, I accessed "Elon Musk Autopilot 2.0 Conference Call Transcript, XAUTOWORLD, Oct. 19, 2016, available at http://www.xautoworld.com/tesla/transcript-elon-musk-autopilot-2-conference-call/ excerpts of a true and correct copy of which are attached here as "Exhibit 2".

6.     On February 24, 2025, I attempted to access the video which was specifically referenced in Plaintiff's Notice of Receipt of Previously Subpoenaed Evidence and Corresponding Request for Tesla to Authorize Data (DE 268 at 7) and in this Court's Order granting same (DE 274) which showed a Tesla vehicle navigating around a city block with no human intervention and a disclaimer at the beginning of the video stating that "The person in the driver's seat is only there for legal reasons. He is not doing anything. The car is driving itself." This video used to be available at https://www.tesla.com/videos/autopilot-self-driving-hardware-neighborhood-long but is no longer available on Tesla's website.

7.     On February 24, 2025, I accessed The Center for Auto Safety and Consumer Watchdog's Request for FTC Investigation into Deceptive Tesla "Autopilot", available at https://www.autosafety.org/ftc_investigation_request_tesla_autopilot/, excerpts of a true and correct copy of which are attached here as "Exhibit 3".

8.     On February 24, 2025, I accessed full text of the letter submitted by The Center for Auto Safety and Consumer Watchdog's Request for FTC Investigation into Deceptive Tesla "Autopilot", available at https://www.autosafety.org/wp-content/uploads/2018/05/CAS-and-CW-Letter-to-FTC-on-Tesla-Deceptive-Advertising.pdf, excerpts of a true and correct copy of which are attached here as "Exhibit 4".

9.     On February 24, 2025, I accessed the article entitled "Tesla privately admits Elon Musk has been exaggerating about 'full self-driving'", available at https://www.theverge.com/2021/5/7/22424592/tesla-elon-musk-autopilot-dmv-fsd-exaggeration, excerpts of a true and correct copy of which are attached here as "Exhibit 5".

10.    On February 24, 2025, I accessed the article entitled "California DMV accuses Tesla of falsely advertising Autopilot and Full Self-Driving features", available at https://www.latimes.com/business/story/2022-08-05/dmv-false-advertising-tesla excerpts of a true and correct copy of which are attached here as "Exhibit 6".

DATED this 24th day of February, 2025

_____
Affiant

The foregoing instrument was acknowledged before me this 74 day of February, 2025, by Adam Boumel, who is, Personally known to me, and who took an oath stating that said statements are true and correct.

_____
Notary Public
State of Florida

**JACKIE CAMPOS**
**MY COMMISSION # HH 620055**
**EXPIRES: December 9, 2028**

Commission No.: HH620055

# Exhibit 1

The Wayback Machine - https://web.archive.org/web/20240730071548/https://www.tesla.com/blog/all-tesla-c...

T E S L A                                                                                      Menu

# All Tesla Cars Being Produced Now Have Full Self-Driving Hardware

The Tesla Team, October 19, 2016



Self-driving vehicles will play a crucial role in improving transportation safety and accelerating the world's transition to a sustainable future. Full autonomy will enable a Tesla to be substantially safer than a human driver, lower the financial cost of transportation for those who own a car and provide low-cost on-demand mobility for those who do not.

We are excited to announce that, as of today, all Tesla vehicles produced in our factory — including Model 3 — will have the hardware needed for full self-driving capability at a safety level substantially greater than that of a human driver. Eight surround cameras provide 360 degree visibility around the car at up to 250 meters of range. Twelve updated ultrasonic sensors complement this vision, allowing for detection of both hard and soft objects at nearly twice the distance of the prior system. A forward-facing radar with enhanced processing provides additional data about the world on a redundant wavelength, capable of seeing through heavy rain, fog, dust and even the car ahead.

To make sense of all of this data, a new onboard computer with more than 40 times the computing power of the previous generation runs the new Tesla-developed neural net for vision, sonar and radar

processing software. Together, this system provides a view of the world that a driver alone cannot access, seeing in every direction simultaneously and on wavelengths that go far beyond the human senses.

Model S and Model X vehicles with this new hardware are already in production, and customers can purchase one today.

Before activating the features enabled by the new hardware, we will further calibrate the system using millions of miles of real-world driving to ensure significant improvements to safety and convenience. While this is occurring, Teslas with new hardware will temporarily lack certain features currently available on Teslas with first-generation Autopilot hardware, including some standard safety features such as automatic emergency braking, collision warning, lane holding and active cruise control. As these features are robustly validated we will enable them over the air, together with a rapidly expanding set of entirely new features. As always, our over-the-air software updates will keep customers at the forefront of technology and continue to make every Tesla, including those equipped with first-generation Autopilot and earlier cars, more capable over time.

# Exhibit 2

# Transcript: Elon Musk's Autopilot 2.0 Conference Call

Full Transcript: Elon Musk answers all questions about Level 5 Self-Driving and Hardware 2.0 to details about the future of latest Tesla developments.

By **Iqtidar Ali < https://xautoworld.com/author/iqtidar/>**

**November 30, 2016 < https://xautoworld.com/news/transcript-elon-musk-autopilot-2-conference-call/>**

On *Oct 19, 2016* Tesla/SpaceX CEO, Elon Musk did a press conference about the release of Autopilot 2.0 release and gave out intricate details about the hardware and software of this level 5 self driving capability. Journalists from major media outlets asked him several questions and he replied in detail.

I thought it would be very beneficial to have a text version of this conversation at hand with some visuals along the audio/video in understanding your next Tesla vehicle and its features. You can scroll to the end of the transcript to listen to the audio version of the conference call.



**Surgeon's Three-Second Sciatica Trick: Do the Pain Gets Worse**
CoreVitality

Level 5 Autonomy so that's in terms of Cameras, Compute Power, it's in every car we make on the order 2,000 cars a week are shipping now with Level 5 literally meaning hardware capable of full self-driving for driver-less capability.

So it'll take us some time you know in the future to complete validation of the software and to get through required regulatory approval, but the important thing is that the foundation is laid for the cars to be fully autonomous at a safety level we believe to be at least twice that of a person, may be better!

So I think that it's probably unexpected by most that it's happening right now. So we are pretty excited about that, that's also essentially part 2 of the Model 3 announcement which is that Model 3 will also have hardware necessary for full autonomy, infact all cars Tesla makes from here & now will have the hardware needed to be fully autonomous or driver-less, that's where things are.



**Autopilot Full Self-Driving Hardware (Neighborhood Short)**
Tesla

02:08

This is all Tesla Vision, this software, so we are not using any third-party software or anything forward for the vision processig, this is Tesla developed **neural-net < https://en.wikipedia.org/wiki/Artificial_neural_network>** and yeah although it's somewhat hardware independent we could potentially run this on Nvidia, AMD or Intel. We did pick in the Nvidia Titan GPU as the aimed chip for the neural-net, it was a pretty tight call between AMD & Nvidia but ultimately put Nvidia had the better hardware.

That's I think pretty big news, with that we can go with questions.

*Update:* Looks like Elon made a mistake in the press call about the GPU,  Tesla later corrected this information & will be using the more advanced **Nvidia Drive PX 2 <**

# NVIDIA DRIVE PX 2
12 CPU cores | Pascal GPU | 8 TFLOPS | 24 DL TOPS | 16nm FF | 250W | Liquid Cooled



*World's First AI Supercomputer for Self-Driving Cars*

**< https://xautoworld.com/xauto_new/wp-content/uploads/2016/11/nvidia-drive-px-2.jpg>**

*Q:* Autopilot has proven very reliable thus far with minimal problems with safety but I am asking if Tesla will be offering indemnity against
crashes involving fully autonomous autopilot mode in much the same way as Volvo is promising to do when Level 5 Autonomy is activated on your vehicle?

**Elon Musk:** No I think it will be up to the individual's insurance I mean just like if there is something demek to our design, certainly we would take responsibility for that but then you know I think what you do about autonomous parts like an elevator in a building , does **Otis < http://www.otisworldwide.com/ >** take responsibility for private elevators around the world? No they don't.

So what really matters here is what is the absolute safety level? One thins is I should mention that's been quite disturbing to me is the degree of media coverage of autopilot crashes which basically is almost none relative to the **paucity < http://www.merriam-webster.com/dictionary/paucity>** of the media coverage of the 1.2 million people that die every year in manual crashes is something that I think does not reflect well upon the media, really doesn't.

You really need to think carefully think about this because if in writing some articles that negative you effectively dissuade people from using autonomous vehicle, you're killing people. Next question!

*Q:* How you see this rollout of autonomous features happening once these cars start to become enabled? The press release says the new features will become available bit-by-bit. How do you see that, we're going to see full city driving straight away or more limited feature set?

features than cars with Hardware 1.0.

So we expect to reach feature parodies following field validation of hardware 2.0 probably in December *(2016)* so maybe two  or three months from now. So for two or three months is actually hardware 1.0 car will be better than a hardware 2.0 car and then approximately every two or three months thereafter is when we expect to release significant improvement in autonomous capability.

I feel pretty good about this goal is that we will be able to demonstrate a demonstrtion drive of our full autonomy all the way from LA to New York. So basically from home in LA to let's say dropping you off in Times Square, NY and then having the car parking itself by the end of next year *(2017)* without the need for a single touch including the charger.

*Q:* What is happening to autopilot in the vehicles with the new hardware, can you speak specifically that?

**Elon Musk:** The new hardware is what will enable Self-Driving which is different from autopilot, you know autopilot is a term been used for more than half a century as 'flying assistant' in aircraft for pilots, that's why we chose to use it, it does not represent self-driving any more than autopilot makes an aircraft self-flying.

*Q:* So I am trying to understand that the autopilot which is been associated with your advanced assistant driver systems technology up until now, what happens to that system, what happens to that name if you will as you go forward with this new hardware? it's not clear from the release & I just want to understand how you're handling that?

**Elon Musk:** Yeah basically there will be two options for buying our cars, one is called Enhanced Autopilot which is kind of quite similar towards the Autopilot what we have been offering except it has redundant forward cameras and it has a left rear camera and a right rear camera as well as significantly improved Ultrasonic Sonar and much more computing power.



**Rear View Camera**
Max distance 50m

**Ultrasonics**
Max distance 8m

**Forward Looking Side Cameras**
Max distance 80m

**Radar**
Max distance 160m

**< https://xautoworld.com/xauto_new/wp-content/uploads/2016/11/tesla-full-driverless-capability-demo.jpg>**

The net effective with enhanced autopilot you should be able to go from freeway on-ramp to exit as well as transitioning between multiple freeways & passing and maneuvring around the cars without touching anything.

Then there is Full Self-Driving capability which will take care of the much more complex situations in urban environments. There gonna be two options that people can pick in buying a car either basically an improved version of Autopilot or Full Self-Driving. So one has got 4 cameras the other has got 8 cameras *(respectively)*. Yeah that's sort of what will happen.

Now the Hardware 1.0 autopilot vehicles will continue to improve with improved software, with fleet learning as we accumulate more miles it will continue to get better & better but it is limited by the fundamental hardware that's on the Hardware 1.0 cars in that there's only one forward camera, the ultrasonic that half the range & resolution has the radar and so within the context of that sensor suite the Hardware 1.0 cars will continue to get better over time.



**< https://xautoworld.com/xauto_new/wp-content/uploads/2016/11/section-intelligent_lane_change.jpg>**

Enhanced Auto Pilot – Enhanced Autopilot adds these new capabilities to the Tesla Autopilot driving experience. Your Tesla will match speed to traffic conditions, keep within a lane, automatically change lanes without requiring driver input, transition from one freeway to another, exit the freeway when your destination is near, self-park when near a parking spot and be summoned to and from your garage. (Tesla)

*Q:* Could you walk us through the differences between the hardware suite on the existing autopilot cars that are out there and this new suite, in other words you're talking about more cameras other sensors range, could you just detail each of those changes?

**Elon Musk:** So we go from 1 camera to 8 Cameras and 3 of which are forward cameras so we ever done is redundancy in the forward camera, it's so important looking forward and we have 360 degree coverage around the car so that's a pretty big upgrade.

The compute power increases by a factor of 40 (40x increase in compute power), it's such a gigantic increase in computing power, infact the computer is capable of 12 trillion operations per second, so basically a Super Computer in a car and then the ultrasonic sensors are next generation Ultrasonic Sonar which have about twice the range & resolution of the current sonar and that's also 360 degrees.

There are also minor things like the GPS is more accurate & provides more frequent updates and the other some minor sensor improvements on the **IMU < https://en.wikipedia.org/wiki/Inertial_measurement_unit>** (Inertial Measurement Unit) and few other areas.



< https://xautoworld.com/xauto_new/wp-content/uploads/2016/11/tesla-vision-forward-cameras.jpg>

To make use of a camera suite this powerful, the new hardware introduces an entirely new and powerful set of vision processing tools developed by Tesla. Built on a deep neural network, Tesla Vision deconstructs the car's environment at greater levels of reliability than those achievable with classical vision processing techniques.

*Q:* Hey Elon, I am just wondering what are your thoughts on the regulations around this, is it going to be limited based you know in Texas you can do this and in California you can do that, it's going to be different or you're just going to say everyone everywhere can do it? what are you thinking on the regulatory set?

**Elon Musk:** Well it's not up to us it's up to the regulators and hopefully in U.S. things to not become vulcanized so that it's different in every state, So I think that would be detrimental to the U.S. consumer. And I think in EU it's like the confidence will be a uniform standard.

So it's really a question of what the public thinks is appropriate, what your regulators think is appropriate and gathering enough data because the system will always be operating in shadow mode so we can gather a large volume of statistical data to show the false positives and false negatives, when would the computer acted and with that have prevented an accident or if the computers would have acted and that would have produced an accident.

We think that operating in shadow mode so we can send say when would it have incorrectly acted or not acted & compare that to what should've been done in the real world, that point which it is a statistically significant result that shows material improvements of the accident rates for many of the driven cars.

I think at that point regulators like to be comfortable approving it but that approval process really could be radically different from one part of the world to another, this is not something within our control.



Current Status for Regulatory Approval of Self Driving Cars – Nov 2016 – Click to Zoom-In. Source:
Automated_Driving:_Legislative_and_Regulatory_Action <
https://cyberlaw.stanford.edu/wiki/index.php/Automated_Driving:_Legislative_and_Regulatory_Action>

*Q:* You talk about rolling new features every two to three months with the regulatory environment in the U.S. or the EU or wherever, hold you back from rolling out those improvements or will you roll them out and then you know ask forgiveness than permission if you think that it's safer?

**Elon Musk:** Well I mean we've always rolled out our autonomous functionality within the regulatory framework of any given country, this is not a you know reading forgiveness of permission it's what we look carefully at the regulations and make sure that what we do is in line with those. Yeah we can't do anything other than that because they're gonna blow.

*Q:* I am wondering, is this there now that you're moving on to Hardware 2.0 and you're going to keep working with Hardware 1.0, is there are point at which you can cut that you'll reach a maximum of potential for Hardware 1.0 and then you need to you know the older will need to upgrade to the next to a newer car to get the full self-driving capability you offer.

The stock upgrading car with Hardware 1.0 is not realistic, you know it would be like in the car spinal cord transplant, not wise, so even if possible we would've avoided it but I should tell the people that have Hardware 1.0 cars should bear in mind that their car will actually have more functionality than a Hardware 2.0 car at least until December or may be later and it's probably some time next year before the Hardware 2.0 functionality exceeds Hardware 1.0.

And there is also a higher cost for the autonomous functionality you know there is a higher price to pay for the full self-driving suite is $8,000 dollars as compared to Hardware 1.0 autopilot which is 3,000 dollars. It's a painful price difference and the car with Hardware 1.0 will have more functionality for at least next several months.

I wish there was another way to do it, it's just I don't know how to go into all cars and install another 7 cameras and new wiring harness. We wish there was some other way but there isn't, so…

*Q:* I was wondering if you plan on making this kit that other car makers could use?

**Elon Musk:** I think it's very hard to turn it to a kit, because it requires a tight integration of software, sensors and computing power as well as the ability to do large scale over the air update. It's not just a kit that you can add on to a car.

One thing we've also done with our system is if you really see some videos hopefully later tonight or tomorrow morning, demonstrating the cars, car's operation but you actually can't get it unless you look closely you can't even tell that a car is Hardware 1.0 or Hardware 2.0 because we've been so careful about each of the cameras being a part of the frame of the car such that like nothing sticking out, nothing like this in no way makes the car ugly, so there are no weird protuberances, it's all incredibly subtle. We put a lot of effort into not affecting the purity of the car, the car is as beautiful with hardware 2.0 as it is with hardware 1.0.

It's not like a kit you can put in another car, not realistic.

*Q:* I was interested in your thoughts, if you can expand your thoughts a little bit about the safety issue, how statistics aren't collected at how safe a car is, only how dangerous it is, so how do you communicate the idea that your semi autonomous cars are in fact safer.

accident and there are fatalities that provide a much richer statistical sample set for
comparing the relative safety of autonomy vs not-autonomy and we see consistently &
significantly better results with autonomy than without and that just gets better over time
as the system is further refined.

*Q:* I have a quick question about inclement weather and how has Hardware 2.0 has
improved over Hardware 1.0? Anytime say there is potential for condensation or
precipitation on the cameras tends to be a problem, how you dealt with that?

**Elon Musk:** Yeah there are heater element s on around on all of the cameras/sensors
actually we had this on hardware 1.0 as well, this automatically heated up to prevent the
night and then the positioning of the cameras is in a location where there's unlikely to be
such accumulation.

So the triple cameras/all three forward cameras are in front of the rear view mirror and in
the wipe zone of the car and then the sideways looking cameras in the B pillar they are so
high up in the B pillar the pillar between the front passenger and the rear passengers and
then there is the rear tools that's the left-rear and the right-rear, those are nested in the
side repeaters and so they're out of the flow of the rain and what not.

The rear camera is located above the license plate but sort of tucked under, you actually
have to look carefully to see any of the cameras but they're all in places where it's quite
difficult for water and snow to accumulate. If one of them is blocked the system can
actually tell that it has some opacity reduction and can look(ask) the occupant of the car to
clean up the camera.

*Q:* You mentioned this is related to Model 3 & part 2 unveiling, I just kinda wanted to focus
a little bit more of that and how it really applies to Model 3 and is this all gonna come
standard on Model 3? Will there be a way to upgrade like there is now from what is
included as far as software standard and what's paid?

**Elon Musk:** Yeah the full autonomy hardware suite will be standard on all vehicles that
Tesla makes from here on out. We'll continue to make improvements and those
improvements will affect the probability of an accident but we feel pretty confident that
the hardware suite will be at least twice as good as people on average.

the vehicles in the world, you go from 1.2 million deaths to 600,000 deaths, that'll be a lot of life saved and not to mention all the you know serious injuries that happen that aren't in the fatality stattistics, so I think this whole a lot of American trying to go from twice as safe to 10 times as safe.

But I should be clear that every car from now getting out will the full autonomy capability including Model 3.

*Q:* What kind of testing are you doing to be confident at each stage that this system is safe or is functioning enough to be confident to put it in there, because it's difficult to come up with I mean maybe it's not difficult, what sort of testing you do to ensure that these systems are working well?

**Elon Musk:** Yeah it's actually not all that difficult, we thought of obviously testing with Tesla you know the Tesla QA team. We are testing initially on a closed track with our test engineers, they all broaden it to a very limited set of a kind of alpha users including me so I usually have the latest software update about it day after our QA team has it.

And I am personally testing each element of the car then it goes to a local early access program which about a thousand customers/distributors around the world who are technically savvy and don't mind you know or want to use the early software cognitive of potential issues you know so many different environments throughout the world, it's just not possible for QA team to cover them all.

If that's looking good then we will roll it out initially in shadow mode through the whole fleet by Shadow Mode actually means that the car is not actually not taking any action but it's registering when it would take an action and when it would not take an action and when you compare that to cases where let's say some body had and accident but you look at the vehicle logs and say well if the car had been in autonomous mode that accident would've been avoided, okay obviously is a plus and you can also say okay the car would have send something that would have resulted in an accident in that case it's in the shadow mode and then that's an issue that needs to be corrected.

And then you get into statistics and use the calls for false positives and false negatives, you gather enough of those over time until there is clearly a statistically significant sample set and at the point which is unequivocal that turning on an autonomy feature would improve safety, that is the point at which we allow to act to actually take action before that we do not the computer to take action.

**https://en.wikipedia.org/wiki/Autonomous_car>** and just to be clear on Hardware 1.0 is there going to be any disabling that technology at this point or is it just continuing it to run?

**Elon Musk:** It will be Hardware 2.0 is capable of Level 5 autonomy, the hardware is capable of highest level of autonomy and Hardware 1.0 will continue to improve as we improve the software tat operates the car I mean with already with 7.0 it was unequivocally safer than manually driven cars and with 8.0 that has improved even more. So it would be crazy to turn-off something that is preventing accidents.

*Q:* Just quickly the 40x Super computer you describe is it separate from all the vehicle system technology or is it integrated with other vehicle technologies?

**Elon Musk:** It is isolated from the rest of the vehicle, so infotainment, entertainment, instrument panel, center-cluster anything from entertainment to web browsing is isolated from the vehicle control computer.

Huh, definitely dont' want the car crashes results going to the wrong website !

**Participants:** hahahaha... Thanks !

Tesla October 19th 2016 Autopilot 2.0 Conference Call With Visuals Added



*Disclaimer:* Although I have taken great care and spent significant amount of time preparing the transcript with attention to detail, there are chances of mistakes still, if you find any mistake please let me know by emailing to xautoworld@gmail.com

Done with Passion for Tesla by **Iqtidar Ali < http://www.souldesigns.net> ** (Tesla/Car Enthusiast, Web/UX Designer)

*Last Updated: Nov 30, 2016 – Work Licensed only if attributed and linked back to this page.*

**If You're Over 40 Years Old and Own A Computer, This Game**

No Download or Installation Required - The Best Strategy Game of 2024!

***Sponsored by: Game Of Thrones***

**PLAY NOW**

# Exhibit 3



Search 🔍

# Center for Auto Safety and Consumer Watchdog Request FTC Investigation into Deceptive Tesla "Autopilot"



The Center for Auto Safety is the nation's premier independent, member driven, non-profit consumer advocacy organization dedicated to improving vehicle safety, quality, and fuel economy on behalf of all drivers, passengers, and pedestrians.

☐ Facebook     ☐ X     @ Email

May 23, 2018

Contact: Jason Levine, jlevine@autosafety.org, (202) 328-7700

John M. Simpson, john@consumerwatchdog.org, (310) 292-1902

**Center for Auto Safety and Consumer Watchdog Request FTC Investigation into Deceptive Tesla "Autopilot"**

The Center for Auto Safety and Consumer Watchdog today called on the Federal Trade Commission to investigate dangerously misleading and deceptive advertising and marketing practices and representations made by Tesla Motors, Inc. regarding the safety and capabilities of its Autopilot feature.  At least two people are dead and one is injured in the United States as a result of Tesla deceiving and misleading consumers into believing its vehicle's Autopilot feature is safer and more capable than it is in practice, the public interest groups said in a letter to FTC Chairman Joseph Simons.

After studying the first of these fatal accidents, the National Transportation Safety Board (NTSB) determined that over-reliance on, and a lack of understanding of, the Autopilot feature can lead to death, the groups noted. The marketing and advertising practices of Tesla, combined with CEO Elon Musk's public statements, have made it reasonable for Tesla owners to believe, and act on that belief, that a Tesla with Autopilot is an autonomous vehicle capable of "self-driving," the letter warned.

"Tesla has repeatedly exaggerated the autonomous capabilities of its Autopilot technology, boosting sales at the expense of consumer safety," said Center for Auto Safety Executive Director Jason Levine, "The FTC must step in and expose this charade before more Americans are injured or killed."

"Starting with the very name Autopilot Tesla has consistently and deceptively hyped its technology," said John M. Simpson, Consumer Watchdog's Privacy and Technology Project Director. "Described and marketed responsibly so drivers understood it, Tesla's technology could enhance safety. Instead it's killing people."

Tesla's marketing and advertising of its Autopilot feature violates FTC regulations because it is likely to mislead consumers into reasonably believing that their vehicles have self-driving or autonomous capabilities, the groups said. Consumers operating under this illusion behave differently than they would if they understood that Autopilot was merely a driver assistance feature that requires them to constantly monitor the driving environment and be ready to take control of the vehicle *without notice.* Both Tesla's and Elon Musk's public statements regarding Autopilot have contributed to this confusion.

The burden now falls on the FTC to investigate Tesla's unfair and deceptive practices so that consumers have accurate information, understand the limitations of Autopilot, and operate their vehicle safely and without endangering themselves or other drivers, passengers, or pedestrians on the road. The Center for Auto Safety and Consumer Watchdog urge the FTC to conduct a timely investigation in order to prevent further tragedies.

# # #

[Read the Center for Auto Safety and Consumer Watchdog's letter to FTC Chairman Joseph Simons](#)

Over the last 48 years, the Center for Auto Safety has successfully led the fight for lemon laws in every state, airbags in every vehicle, and recall repairs being made at no cost to the consumer. The Center is a membership-driven organization headquartered in Washington, DC and is also home to the Safe Climate Campaign, which fights global warming by working for big, specific measures to reduce greenhouse gas emissions. The Center is also the publisher of *The Car Book*, which has for the last 38 years been America's most comprehensive car buying guide, now available online at [TheCarBook.com](#), featuring online safety ratings on used and new cars. To learn more about the Center, please visit [AutoSafety.org](#).

Established in 1985, Consumer Watchdog is a nationally recognized non-partisan, non-profit organization representing the interests of taxpayers and consumers.  Its mission is to provide an effective voice for the public interest.  Consumer Watchdog's programs include health care reform, oversight of insurance rates, energy policy, protecting privacy rights, promoting auto safety, protecting legal rights, corporate reform, and political accountability.  To learn more about Consumer Watchdog, please visit [ConsumerWatchdog.org](#).

**READ MORE** in our Tesla Archives.



Our Work

Press

About Us

Give Now

          

**Address**

Center for Auto Safety
4400 Jenifer St, NW
Suite 331
Washington, DC 20015-2113

Join our Email List

Email *(Required)*

| email@address.com |

Name

| First Name | Last Name |

**Subscribe**

Built by Experience Solutions

# Exhibit 4

 

May 23, 2018

The Honorable Joseph Simons
Chairman
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

**Request for Investigation of Deceptive and Unfair Practices in Advertising and
Marketing of the "Autopilot" Feature Offered in Tesla Motor Vehicles**

Dear Chairman Simons:

Two Americans are dead and one is injured as a result of Tesla deceiving and misleading consumers into believing that the Autopilot feature of its vehicles is safer and more capable than it actually is. After studying the first of these fatal accidents, the National Transportation Safety Board (NTSB) determined that over-reliance on and a lack of understanding of the Autopilot feature can lead to death. The marketing and advertising practices of Tesla, combined with Elon Musk's public statements, have made it reasonable for Tesla owners to believe, and act on that belief, that a Tesla with Autopilot is an autonomous vehicle capable of "self-driving".

Consumers in the market for a new Tesla see advertisements proclaiming, "Full Self-Driving Hardware on All Cars." They are directed to videos of Tesla vehicles driving themselves through busy public roads, with no human operation whatsoever. They see press releases alleging that Autopilot reduces the likelihood of an accident by 40%. They also hear statements like "the probability of an accident with Autopilot is just less" from Tesla's CEO, Elon Musk. Or they hear him relate Autopilot in a Tesla to autopilot systems in an aircraft. Such advertisements and statements mislead and deceive consumers into believing that Autopilot is safer and more capable than it is known to be.

Pursuant to the Commission's Rules, 16 C.F.R §§ 2.1 and 2.2, the Center for Auto Safety (Center) and Consumer Watchdog respectfully request that the U.S. Federal Trade Commission (FTC) initiate an investigation of the dangerously misleading and deceptive advertising and marketing practices and representations of Tesla Motors, Inc.[1] (Tesla) regarding the safety and capabilities of its Autopilot feature. These advertising and marketing efforts violate section 5 of

---

[1] Tesla Motors, Inc. is headquartered at 2500 Deer Creek Road, Palo Alto, CA 94304.

the Federal Trade Commission Act (Section 5)[2] because they are likely to deceive even diligent consumers, who would act reasonably in believing them, and are likely to use Autopilot differently than they would if Tesla employed more honest and transparent marketing and advertising strategies.

       Tesla manufactures and sells electric vehicles in the United States. Currently, Tesla offers three vehicle models: (1) Model S; (2) Model X; and (3) Model 3.[3] All of these vehicles come equipped with the Autopilot feature.[4] Unlike what the name of this feature suggests, Autopilot is only capable of SAE Level 2 automation.[5] As the CEO of Tesla himself has recognized, Tesla consumers often perceive Autopilot to be safer than it actually is, and have been killed or injured while using the feature.[6] Recent high profile incidents, as well as various user accounts, evidence that Tesla is misleading consumers about the safety performance and autonomous capabilities of its Autopilot feature.

The Center, founded in 1970, is an independent, non-profit consumer advocacy organization dedicated to improving vehicle safety, quality, and fuel economy not only for our members, but all drivers, passengers, and pedestrians across the county.

Consumer Watchdog is a nonprofit organization dedicated to providing an effective voice for taxpayers and consumers in an era when special interests dominate public discourse, government and politics.

## I.     <u>Autonomous Vehicle Levels of Automation and Advertising</u>

       The National Highway Traffic Safety Administration (NHTSA) has provided nonbinding guidance on autonomous vehicles (AVs) on two occasions, in September 2016 and September 2017.[7] That guidance indicates that the U.S. Department of Transportation intends to use SAE International's Levels of Automation to define the autonomous capabilities of motor vehicles.[8] Only vehicles with Level 1 or 2 autonomous capabilities are currently available for sale in the U.S. Such vehicles, at most, have "partial automation", which means that "the driver must remain engaged with the driving task and monitor the environment at all times."[9] Level 3 vehicles are described as those in which the "Driver is a necessity, but is not required to monitor

---

[2] See 15 U.S.C. § 45.

[3] *See* https://www.tesla.com/.

[4] *See* https://www.tesla.com/autopilot.

[5] *Automated Vehicles for Safety*, NAT'L HIGHWAY TRAFFIC SAFETY ADMIN., https://www.nhtsa.gov/technology-innovation/automated-vehicles-safety (last accessed May 22, 2018).

[6] *See* Sean O'Kane, *Tesla Will Regularly Release Data About the Safety of Autopilot, Elon Musk Says*, VERGE (May 2, 2018), https://www.theverge.com/2018/5/2/17313324/tesla-autopilot-safety-statistics-elon-musk-q1-earnings.

[7] *Federal Automated Vehicles Policy: Accelerating the Next Revolution in Roadway Safety*, NAT'L HIGHWAY TRAFFIC SAFETY ADMIN (2016), https://www.transportation.gov/sites/dot.gov/files/docs/AV%20policy%20guidance%20PDF.pdf; *Automated Driving Systems: A Vision for Safety* 2.0, NAT'L HIGHWAY TRAFFIC SAFETY ADMIN. (2017), https://www.nhtsa.gov/sites/nhtsa.dot.gov/files/documents/13069a-ads2.0_090617_v9a_tag.pdf.

[8] *Id* at page 4.

[9] *Id*.

the environment. The driver must be ready to take control of the vehicle at all times *with notice*" (emphasis added). [10] Thus, if an automaker markets or advertises its vehicles as being capable of Level 3 automation or higher, when in fact those vehicles are only capable of Level 2 automation, the automaker is deceiving consumers, irrespective of whether the SAE Levels of Automation are explicitly mentioned.

Several automotive manufacturers sell Level 2 vehicles for use by U.S. consumers. Most of these manufacturers market their vehicles as having "driver assistance" or "active safety" features. [11] Notably, these manufacturers do not make any claims about their vehicles being "self-driving" or "fully autonomous" or even "autonomous". Generally, these vehicles are capable of maintaining their position in lanes at highway speeds, accelerating or decelerating in response to surrounding traffic (adaptive cruise control), automatically braking to avoid collisions, passing other vehicles when requested by the driver, and assisting the driver with parking.

## II.  Tesla's Deceptive Marketing and Advertising Practices

Tesla is the only automaker to market its Level 2 vehicles as "self-driving", and the name of its driver assistance suite of features, Autopilot, connotes full autonomy. In addition to these formal marketing and advertising ploys, Elon Musk, Tesla's CEO, frequently misleads and deceives consumers about Autopilot's safety and capabilities. Also, technical aspects of Autopilot, such as allowing for prolonged periods without touching the steering wheel with no way of determining whether drivers are in fact monitoring their driving environment- a required task for drivers of SAE Level 2 vehicles- deceive and mislead consumers into believing Autopilot is more advanced than it is. These formal and informal representations, combined with the technical features of Tesla vehicles, lead reasonable consumers to believe that Autopilot is more than mere *driver assistance*.

Visitors to the Autopilot page on Tesla's website are greeted with large typeface proclaiming, "Full Self-Driving Hardware on All Cars" and below that message, in standard sized typeface, "All Tesla vehicles produced in our factory, including Model 3, have the hardware needed for full self-driving capability at a safety level substantially greater than that of a human driver." [12] After presenting two links to order a Model S or Model X, ostensibly with "full self-driving hardware", there is a video of a Tesla vehicle driving itself through a suburb; the video begins with the typed words "THE PERSON IN THE DRIVER'S SEAT IS ONLY THERE FOR LEGAL REASONS. HE IS NOT DOING ANYTHING. THE CAR IS DRIVING ITSELF." [13]

---

[10] *Id.*

[11] For examples of the language used by Tesla's competitors, *see* Audi https://www.audiusa.com/models/audi-a8; Toyota https://www.toyota.com/safety-sense/?addisclaimer=tss,lda,drcc,auto_highbeam,pre_collision_tss&srchid=sem%7cGOOGLE%7cSafety%7cSupport_Safety_Brand%7cSafety_Brand_Technology%7cETA_Launch_11.21.17%7cTSS&gclid=EAIaIQobChMIv5uGhfKK2wIVhlqGCh0bgwAJEAAYASAAEgJE2vD_BwE&gclsrc=aw.ds; Cadillac http://www.cadillac.com/world-of-cadillac/innovation/super-cruise; and Honda https://automobiles.honda.com/sensing.

[12] *See* https://www.tesla.com/autopilot.

[13] *Id.*

Additionally, Tesla has expressly claimed that Autopilot is safer than human drivers. After a man tragically died in March 2018 when his Model X collided with a crash attenuator while operating in Autopilot, Tesla released a statement claiming that "Autopilot was found by the U.S. government to reduce crash rates by as much as 40%."[14] That same statement went on to say "The consequences of the public not using Autopilot, because of an inaccurate belief that it is less safe, would be extremely severe. . . . We expect the safety level of autonomous cars to be 10 times safer than non-autonomous cars."[15]

However, the findings that Tesla cited were not the result of methodologically sound research. NHTSA, the entity that provided the data cited by Tesla, acknowledged on May 2, 2018, that it did not assess the safety or effectiveness of Autopilot in its 2017 report.[16] The data does show that Tesla vehicles *equipped* with Autopilot are less likely to crash than vehicles without Autopilot, but the information does not reveal whether the *use* of Autopilot results in fewer accidents. Tesla has used this dubious statistic to promote Autopilot's safety. Of course, this is merely correlation, not causation, and Tesla must be aware of this fact. Still, Tesla continues to claim that a vehicle operating in Autopilot is safer than a vehicle operated by a human. Further, by making claims about the safety level of "autonomous cars", Tesla blatantly lies to consumers by referring to its vehicles as "autonomous."

Elon Musk also makes statements referring to Autopilot as safer than it actually is. In an interview with CBS in April 2018, after Musk was asked what the purpose of Autopilot is if drivers still have to touch the steering wheel, he responded "because the probability of an accident with Autopilot is just less".[17] On May 14, 2018, after a woman in Utah plowed her Model S into a firetruck at 60 miles-per-hour while using Autopilot, Musk took to Twitter to say "What's actually amazing about this accident is that a Model S hit a firetruck at 60mph and the driver only broke an ankle. An impact at that speed usually results in severe injury or death."[18] Thus, Musk conflates Autopilot's safety, or lack thereof, with the Model S's ability to withstand a crash. Almost 22 million people follow Musk on Twitter.

In addition to making false claims about Autopilot's safety, Musk deceives consumers into believing Autopilot is more capable than it actually is. On October 20, 2016, Musk shared a video on Twitter of a Tesla vehicle driving itself with the caption, "Tesla drives itself (no human input at all) thru urban streets to highway to streets, then finds a parking spot".[19] In January 2017, after being asked "At what point will 'Full Self-Driving Capability' features noticeably

---

[14] *An Update on Last Week's Accident*, TESLA (March 30, 2018) https://www.tesla.com/blog/update-last-week%E2%80%99s-accident.

[15] *Id.*

[16] David Shepardson, *U.S. Safety Agency Says 'Did Not Assess' Tesla Autopilot Effectiveness*, REUTERS (May 2, 2018), https://www.reuters.com/article/us-tesla-autopilot/us-safety-agency-says-did-not-assess-tesla-autopilot-effectiveness-idUSKBN1I334A.

[17] *Tesla CEO Elon Musk Addresses Autopilot System Safety Concerns: 'We'll Never be Perfect'*, CBS (April 13, 2018), https://www.cbsnews.com/news/tesla-ceo-elon-musk-addresses-autopilot-safety-concerns/.

[18] Elon Musk, @elonmusk, Twitter.com (May 14, 2018, 1:57 PM), https://twitter.com/elonmusk/status/996132429772410882.

[19] Elon Musk, @elonmusk, Twitter.com (Oct. 20, 2016, 1:23 AM), https://twitter.com/elonmusk/status/789019145853513729?lang=en.

depart from 'Enhanced Autopilot' features?" Musk responded, "3 months maybe, 6 months definitely".[20]

The name "Autopilot" is deceptive and misleading in and of itself. When Americans hear the word "autopilot", they reasonably envision the system on airplanes that safely flies hundreds of millions of passengers through our skies. Elon Musk even analogized Tesla's Autopilot to the autopilot systems in airplanes in a 2014 interview.[21] Unfortunately, in the vehicle context, the passengers are also the drivers, or, to carry out the analogy, the "pilots". Unlike the varied and often lax requirements for a driver's license, pilots of airplanes with autopilot systems must possess extensive training and experience before they are permitted to operate such systems with live passengers.[22] The Federal Aviation Administration (FAA) sets such rigorous standards for the pilots of aircraft with autopilot systems because the risk of failure is so great. More than just setting the standards for the pilots, the FAA has strict and robust requirements for the technical aspects of aircraft autopilot systems.[23] There are no such requirements for Tesla's Autopilot. Thus, Tesla misleads and deceives consumers by referring to its suite of driver assistance technology as "Autopilot" because that technology and its users are not subject to the extensive requirements that aircraft autopilot systems are, and such a system is what reasonably comes to mind when the term "autopilot" is used.

Even with the affirmative knowledge that consumers misunderstand the capabilities of Autopilot, Tesla now advertises that its vehicles are equipped with "Enhanced Autopilot", yet those vehicles are still at SAE Level 2.[24] What is especially concerning about this advertising ploy is that current owners of Tesla vehicles may be led to believe that if they upgrade to the "Enhanced Autopilot" then they can pay even less attention to their driving environment.

Finally, the technical features of Tesla vehicles cause consumers to erroneously believe that Autopilot is more than just Level 2 autonomy. The NTSB investigated the fatal crash in Williston, Florida in 2016 where a Model S operating in Autopilot collided with a tractor-trailer and found that, of the 37.5 minutes Autopilot was activated, the driver only had his hands on the wheel for approximately 30 seconds.[25] Additionally, there is no way for Tesla vehicles to determine whether a driver is in fact monitoring the driving environment. Though Tesla considered additional sensors to track the eyes and face of drivers to know whether they were

---

[20] Elon Musk, @elonmusk, Twitter.com (Jan. 23, 2017, 7:00 PM), https://twitter.com/elonmusk/status/823727035088416768?tfw_site=technology&ref_src=twsrc%5Etfw&ref_url=https%3A%2F%2Fwww.bloomberg.com%2Fnews%2Farticles%2F2017-10-25%2Fcan-tesla-make-up-for-autopilot-s-lost-year.

[21] *Elon Musk on Tesla's Auto Pilot and Legal Liability*, BLOOMBERG (Oct. 10, 2014), https://youtu.be/60-b09XsyqU.

[22] *Become a Pilot*, FED. AVIATION ADMIN., https://www.faa.gov/pilots/become/ (last accessed May 22, 2018).

[23]Federal Aviation Administration Advisory Circular 25.1329-1C, Approval of Flight Guidance Systems, Oct. 27, 2014, https://www.faa.gov/documentLibrary/media/Advisory_Circular/AC_25_1329-1C.pdf.

[24] https://www.tesla.com/autopilot

[25] National Transportation Safety Board HAR-17/02, Collision Between a Car Operating With Automated Vehicle Control Systems and a Tractor-Semitrailer Truck Near Williston, Florida, May 7, 2016, at page 14, September 12, 2017, https://www.ntsb.gov/investigations/AccidentReports/Reports/HAR1702.pdf.

looking at the road or elsewhere, the company chose not to install such features.[26] Thus, Autopilot only warns drivers to touch the steering wheel after it detects that the steering wheel has not been touched for a certain amount of time, and there are already companies that have built devices to trick Autopilot into thinking that the steering wheel has been touched.[27] While these technical aspects are not marketing or advertising, they contribute to the circumstances that would lead a reasonable person to believe Autopilot is self-driving or autonomous technology.

### III.     Consumers Reasonably Altered Their Behavior When Using Autopilot in Response to Tesla's Misleading and Deceptive Marketing and Advertising

Consumers of Tesla vehicles have already been killed or injured because they misunderstood the safety and capabilities of Autopilot. There is an abundance of Tesla consumers who brag about their vehicles' "self-driving" abilities. News and other media outlets describe Autopilot as "self-driving". These realities prove that Tesla, with assistance from Elon Musk, has successfully deceived consumers into believing that Autopilot is safer and more capable than it actually is.

Unfortunately, there is no way to know exactly what the two drivers were doing in the moments preceding the collisions in the deadly Autopilot accidents in May 2016 and March 2018. The man who died in Williston, Florida, Joshua Brown, was known to frequently post videos of himself driving handsfree in his Model S.[28] Witnesses of the crash claim that Mr. Brown may have been watching a movie on a portable DVD player at the time of the collision.[29] Tellingly, the NTSB found that Mr. Brown's "pattern of use of the Autopilot system indicated an over-reliance on the automation and a lack of understanding of the system limitations".[30]

The NTSB is still investigating the deadly California crash involving a Model X colliding with a crash attenuator while in Autopilot. Tesla claims that the driver had at least five seconds, or approximately 500 feet, of unobstructed view before the fatal collision occurred.[31] Had the driver understood that he was required to constantly monitor his driving environment, and done so, he might still be alive today.

The woman who was recently injured in Utah when her Model S collided with a firetruck admitted that she was looking at her phone when the collision occurred.[32] Additionally, she had

---

[26] Tim Higgins, *Tesla Considered Adding Eye Tracking and Steering-Wheel Sensors to Autopilot System*, WALL STREET JOURNAL (May 14, 2018), https://www.wsj.com/articles/tesla-considered-adding-eye-tracking-and-steering-wheel-sensors-to-autopilot-system-1526302921.

[27] *See* https://www.autopilotbuddy.com/ (last accessed May 22, 2018).

[28] Rachel Abrams and Annalyn Kurtz, *Joshua Brown, Who Died in Self-Driving Accident, Tested Limits of His Tesla*, NEW YORK TIMES (July 1, 2016), https://www.nytimes.com/2016/07/02/business/joshua-brown-technology-enthusiast-tested-the-limits-of-his-tesla.html.

[29] Sam Levin and Nicky Woolf, *Tesla Driver Killed While Using Autopilot Was Watching Harry Potter, Witness Says*, GUARDIAN (July 1, 2016), https://www.theguardian.com/technology/2016/jul/01/tesla-driver-killed-autopilot-self-driving-car-harry-potter.

[30] *Driver Errors, Overreliance on Automation, Lack of Safeguards, Led to Fatal Tesla Crash*, NAT'L TRANSP. SAFTEY BOARD (Sept. 12, 2017), https://www.ntsb.gov/news/press-releases/Pages/PR20170912.aspx.

[31] *An Update on Last Week's Accident*, TESLA (March 30, 2018) https://www.tesla.com/blog/update-last-week%E2%80%99s-accident.

[32] *Update – Crash Involving Tesla Model S – 10400 South Bangerter Highway*, SOUTH JORDAN POLICE DEP'T (May 14, 2018), http://www.sjc.utah.gov/wp-content/uploads/2018/05/Update-Crash-involving-Tesla-Model-S-10400-South-Bangerter-Highway.pdf.

not touched the steering wheel for 80 seconds preceding the crash.[33] If this woman had not been misled by Tesla into believing that her Model S was safer and more capable than it really is, she would have known that she needed to constantly monitor her driving environment, and the collision may have never occurred. Additionally, had Tesla installed eye and/or face monitoring technology, the vehicle would have known that this driver was not watching the road, and could have responded.

On the popular video-sharing website YouTube, Tesla consumers fondly refer to their vehicles as "self-driving". Some titles of these videos include: "SELF DRIVING 'AUTOPILOT' TESLA MODEL S! THE FUTURE IS NOW! …YO!", "2018 Tesla Model S Autopilot Demonstration - AMAZING Self-Driving Car", "2018 Tesla Model X Full-Self Driving TEST DRIVE- Amazing Autopilot System of Elon Musk !", and "My 2,000+ mile Full Self Driving Tesla Model X AutoPilot Trip from DC to Naples │ AP2".[34] Some Tesla consumers are so confident in Autopilot that they have uploaded videos of themselves using drugs behind the wheel while Autopilot is engaged.[35] Combined, these videos have millions of views. Clearly, these consumers are misinformed about the true nature of Autopilot's capabilities. If they knew that Autopilot is only capable of driver assistance, and not "self-driving", they would presumably behave much differently.

Tesla's deceptive marketing and advertising techniques regarding Autopilot have fooled not only average consumers, but sophisticated news and media outlets as well. When reporting on the Williston, Florida accident, the New York Times ran an article titled "Joshua Brown, Who Died in Self-Driving Accident, Tested Limits of His Tesla".[36] On October 20, 2016, NPR ran the headline "Tesla Has Begun Making All Its New Cars Self-Driving".[37] Adweek ran the headline "Elon Musk Defends Tesla Following Latest Self-Driving Accident" on May 15, 2018.[38] USA Today titled an article "After a Tesla crash, more doubts drivers can be trusted with self-driving tech such as AutoPilot" on May 18, 2018.[39] If Tesla is able to fool entities with substantial access to information resources, such as the New York Times and NPR, into thinking Autopilot is a self-driving feature, one can begin to see how consumers are even more susceptible to perceiving Autopilot as equivalent to self-driving capability.

---

[33] Ryan Beene and Dana Hull, *Police Confirm Tesla Driver Was Looking at Her Phone Before Utah Crash*, BLOOMBERG (May 16, 2018), https://www.bloomberg.com/news/articles/2018-05-16/u-s-auto-safety-agency-probing-utah-crash-of-tesla-on-autopilot.

[34] jasontman36 (Oct. 17, 2015), https://www.youtube.com/watch?v=0S-WUbLtFHY; AutoMoHo (June 21, 2017), https://www.youtube.com/watch?v=mCj_C1NOVxw; Auto TV (Mar. 11, 2018), https://www.youtube.com/watch?v=0NtdZNWUBik; aDigitalNomad . net (May 22, 2017), https://www.youtube.com/watch?v=G9xRPU6R_bs.

[35] lilduval (Nov. 11, 2017), https://www.instagram.com/p/BbXXWEtlZs1/.

[36] Rachel Abrams and Annalyn Kurtz, *Joshua Brown, Who Died in Self-Driving Accident, Tested Limits of His Tesla*, NEW YORK TIMES (July 1, 2016), https://www.nytimes.com/2016/07/02/business/joshua-brown-technology-enthusiast-tested-the-limits-of-his-tesla.html.

[37] Sonari Glinton, *Tesla Has Begun Making All Its New Cars Self-Driving*, NPR (Oct. 20 2016), https://www.npr.org/sections/thetwo-way/2016/10/20/498753508/tesla-has-begun-making-all-its-new-cars-self-driving.

[38] Alissa Fleck, *Elon Musk Defends Tesla Following latest Self-Driving Accident*, ADWEEK (May 15, 2018), https://www.adweek.com/digital/elon-musk-defends-tesla-following-latest-self-driving-accident/.

[39] Marco della Cava, *After a Tesla Crash, More Doubts Drivers Can Be Trusted with Selff-Driving Tech Such as Auto-Pilot*, USA TODAY (may 18, 2018), https://www.usatoday.com/story/tech/talkingtech/2018/05/18/after-tesla-crash-more-doubts-drivers-can-trusted-self-driving-tech-like-autopilot/619767002/.

Though it is not required that Tesla know that its advertising and marketing strategies are deceptive, it is worth mentioning that Elon Musk has recognized that consumers do not understand the safety and capabilities of Autopilot. In a call with analysts on May 2, 2018, Musk discussed recent accidents involving Autopilot and said "the issue is…more one of complacency, like we get used to it."[40] Thus, while Musk may not have explicitly said that Tesla is deceiving its customers, he realizes that Tesla customers do not have sufficiently clear information.

Additionally, reports and statements issued by NHTSA expressly cite consumers' lack of understanding of Autopilot as a safety risk. After completing a study on partially autonomous vehicles in 2015, NHTSA found that "When engaged in a non-driving task, some participants exhibited a primary task reversal and chose to prioritize the completion of the non-driving task over the operation of the partially automated vehicle. This phenomenon (overreliance on vehicle automation) has the potential to counteract many of the safety benefits of automated vehicle technologies."[41] In 2017, after completing its investigation of Joshua Brown's death, NHTSA spokesman Bryan Thomas said "We are concerned about drivers operating these vehicles having a good understanding of the capabilities and limitations of the systems. . . . It's not enough to put it in an owners' manual and hope that drivers will read it and follow it."[42] Tesla and Elon Musk are certainly aware of these concerns, yet they continue to use marketing and advertising practices that deceive and mislead consumers.

Tesla consumers are especially susceptible to unfair and deceptive advertising and marketing practices because Tesla has successfully lobbied states to allow for direct-to-consumer sales. Thus, when a consumer is shopping for a new Tesla there is no "middle-man" (automotive dealerships) to provide a different perspective on Autopilot's safety and capabilities. Consumers only talk to Tesla employees who receive their information, instruction on how to market that information, and repercussion for offering different information, directly from Tesla. While a direct-to-consumer model *can* be beneficial to consumers, as the FTC has recognized, Tesla is abusing this model by positioning itself as the sole source of information on its Autopilot feature.

## IV. <u>Conclusion</u>

Tesla's marketing and advertising of its Autopilot feature violates Section 5 of the FTC Act because it is likely to mislead consumers into reasonably believing that their vehicles have self-driving or autonomous capabilities, and those consumers behave differently while using Autopilot than if they understood that Autopilot was merely a driver assistance feature that requires them to constantly monitor the driving environment and be ready to take control of the

[40]  Tim Higgins, *Tesla Considered Adding Eye Tracking and Steering-Wheel Sensors to Autopilot System*, WALL STREET JOURNAL (May 14, 2018), https://www.wsj.com/articles/tesla-considered-adding-eye-tracking-and-steering-wheel-sensors-to-autopilot-system-1526302921.
[41] M. Blanco *et al*, *Human Factors Evaluation of Level 2 and Level 3 Automated Driving Concepts*, (Report No. DOT HS 812 812), pages 10-11, NAT'L HIGHWAY TRAFFIC SAFETY ADMIN (Aug. 2015), https://www.nhtsa.gov/sites/nhtsa.dot.gov/files/812182_humanfactorseval-l2l3-automdrivingconcepts.pdf
[42] Ianthe Jeanne Dugan and Mike Spector, *Tesla's Push to Build a Self-Driving Car Sparked Dissent Among Its Engineers,* WALL STREET JOURNAL (Aug. 24, 2017), https://www.wsj.com/articles/teslas-push-to-build-a-self-driving-car-sparks-dissent-among-its-engineers-1503593742.

vehicle *without notice*. Both Tesla's and Elon Musk's public statements regarding Autopilot mislead and deceive consumers.

Sadly, at least two of Tesla's consumers have already died, and at least one has been injured. In the case of the sole accident the NTSB was able to fully analyze, the Board attributed a lack of understanding of Autopilot's capabilities to the death of one of these consumers. The burden now falls on the FTC to investigate Tesla's unfair and deceptive practices so that consumers have accurate information, understand the limitations of Autopilot, and conduct themselves appropriately and safely. The Center for Auto Safety and Consumer Watchdog urge the FTC to conduct a timely investigation in order to prevent further tragedies.

Sincerely,

Jason Levine
Executive Director
Center for Auto Safety

John Simpson
Privacy and Technology Project Director
Consumer Watchdog

**Cc:**   Commissioner Maureen Ohlhausen
Commissioner Rohit Chopra
Commissioner Noah Phillips
Commissioner Rebecca Slaughter
Donald S. Clark, FTC Secretary
Andrew Smith, Director, FTC Bureau of Consumer Protection

# Exhibit 5



Menu ✛

CARS / ELECTRIC CARS / TESLA

## Tesla privately admits Elon Musk has been exaggerating about 'full self-driving' / 'Elon's tweet does not match engineering reality'

by **Andrew J. Hawkins**
May 7, 2021, 10:46 AM EDT

   | **0** 



Photo by Britta Pedersen-Pool/Getty Images

 **Andrew J. Hawkins** is transportation editor with 10+ years of experience who covers EVs, public transportation, and aviation. His work has appeared in The New York Daily News and City & State.

Tesla CEO Elon Musk has been overstating the capabilities of the company's advanced driver assist system, the company's director of Autopilot software told the California Department of Motor Vehicles. The comments came from a memo released by legal transparency group PlainSite, which obtained the documents from a public records request.

It was the latest revelation about the widening gap between what Musk says publicly about Autopilot and what Autopilot can actually do. And it coincides with Tesla coming under increased scrutiny after a Tesla vehicle without anyone in the driver's seat crashed in Texas, killing two men.

## "Elon's tweet does not match engineering reality per CJ"

"Elon's tweet does not match engineering reality per CJ. Tesla is at Level 2 currently," the California DMV said in the memo about its March 9th conference call with Tesla representatives, including the director of Autopilot software CJ Moore. Level 2 technology refers to a semi-automated driving system, which requires supervision by a human driver.

In an earnings call in January, Musk told investors that he was "highly confident the car will be able to drive itself with reliability in excess of human this year." (It would appear the DMV was referring to these January comments, which Moore misunderstood as a tweet from Musk.)

ADVERTISEMENT



Meet the first Copilot+ XPS

with on-device AI powered by Snapdragon® X Elite Platform

Last October, Tesla introduced a new product called "Full Self-Driving" (FSD) beta to vehicle owners in its Early Access Program. The update enabled drivers to access

Autopilot's partially automated driver assist system on city streets and local roads. The early access program is used as a testing platform to help iron out software bugs. In the DMV memo, Tesla said that as of March 9th there were 824 vehicles in the pilot program, including 753 employees and 71 non-employees.

Musk has said the company was handling the software update "very cautiously." Drivers still are expected to keep their hands on the steering wheel and should be prepared to assume control of their Tesla at any time. But he has also offered lofty predictions about Tesla's ability to achieve full autonomy that conflict with what his own engineers are saying to regulators.

Tesla is unlikely to achieve Level 5 (L5) autonomy, in which its cars can drive themselves anywhere, under any conditions, without any human supervision, by the end of 2021, Tesla representatives told the DMV.

> The ratio of driver interaction would need to be in the magnitude of 1 or 2 million miles per driver interaction to move into higher levels of automation. Tesla indicated that Elon is extrapolating on the rates of improvement when speaking about L5 capabilities. Tesla couldn't say if the rate of improvement would make it to L5 by end of calendar year.

This isn't the first time that Tesla's private communications with the DMV have contradicted Musk's public declarations about his company's autonomous capabilities. In March, PlainSite published communications from last December between Tesla's associate general counsel Eric Williams and California DMV's chief of the autonomous vehicles branch, Miguel Acosta. In it, Williams notes that "neither Autopilot nor FSD Capability is an autonomous system, and currently no comprising feature, whether singularly or collectively, is autonomous or makes our vehicles autonomous." In other words, Tesla's FSD beta is self-driving in name only.

# "Tesla couldn't say if the rate of improvement would make it to L5 by end of calendar year"

(Al Prescott, acting general counsel at Tesla, was also involved in the December meeting with the DMV. Prescott has since left Tesla for LIDAR maker Luminar.)

Tesla and Musk have long been criticized for overstating the capabilities of the company's Autopilot system, which in its most basic form can center a Tesla vehicle in a lane and around curves and adjust the car's speed based on the vehicle ahead. The use of brand names like Autopilot and FSD has also helped contribute to an environment in which Tesla customers are misled into believing their vehicles can actually drive themselves.

There have been a number of fatal crashes involving Tesla vehicles with Autopilot enabled. The latest took place in Spring, Texas, in which two men were killed after their Tesla smashed into a tree. Local law enforcement said there was no one in the driver's seat at the time of the crash, leading to speculation that the men were misusing Autopilot. Later, Tesla claimed that Autopilot was not in use at the time of the crash and someone may have been in the driver's seat, too.

The US National Highway Traffic Safety Administration and the National Transportation Safety Board are both investigating the crash, in addition to dozens of other incidents involving Tesla Autopilot. Tesla didn't respond to a request for comment, likely because the company has dissolved its press office and typically doesn't respond to media requests anymore.

---

**0 COMMENTS**

---

SEE MORE:    AUTONOMOUS CARS    CARS    ELECTRIC CARS    ELON MUSK    NEWS    TECH    TESLA    TRANSPO

**More in Tesla**

### Tesla Cybertruck: all the news about Elon Musk's futuristic pickup truck
VERGE STAFF  4:10 PM EST



### All the news about EV charging in the US



VERGE STAFF  FEB 21



---

## The entire story of Twitter / X under Elon Musk

VERGE STAFF  FEB 20



---

## The Cybertruck is the latest Tesla to score a 5-star crash rating

ANDREW J. HAWKINS  FEB 19  |  💬 24



---

## 'TeslaTakeover' protests are small but numerous

WES DAVIS  FEB 15  |  💬 59



---

## More Tesla showroom protests planned for this weekend

ANDREW J. HAWKINS  FEB 14  |  💬 100

Top Stories

9:18 AM EST
### What's the deal with all these airplane crashes?

3:30 PM EST

**What to expect from Amazon's big Alexa event this week**

---

1:30 PM EST

**Anthropic's new 'hybrid reasoning' AI model is its smartest yet**

---

5:50 PM EST

**The government is still threatening to 'semi-fire' workers who don't answer an email from Elon Musk**

---

7:11 AM EST

**Apple responds to tariff threat with a $500 billion US investment plan**

---

FEB 22

**The long wait for a glimpse of Luigi**

ADVERTISEMENT

ADVERTISEMENT

2/24/25, 8:35 PM
Case 1:21-cv-21940-BB   Document 350-4   Entered on FLSD Docket 02/24/2025   Page 43 of 50
Tesla privately admits Elon Musk has been exaggerating about full self-driving | The Verge

    

Contact    Tip Us    Community Guidelines    About    Ethics Statement
How We Rate and Review Products

Do Not Sell or Share My Personal Data    Terms of Use    Privacy Notice    Cookie Policy    Licensing FAQ
Accessibility    Platform Status

© 2025 VOX MEDIA, LLC. ALL RIGHTS RESERVED

# Exhibit 6

## Los Angeles Times

BUSINESS

BUSINESS

# California DMV accuses Tesla of falsely advertising Autopilot and Full Self-Driving features


Tesla Chief Executive Elon Musk dances next to a car.

Tesla Chief Executive Elon Musk dances next to a car at the company's factory near Berlin. The California Department of Motor Vehicles has accused the electric-car maker of false advertising over its self-driving claims.  (Getty Images)

**By Russ Mitchell**
Staff Writer

Aug. 5, 2022 **Updated** 4:11 PM PT

The California Department of Motor Vehicles has accused Tesla of false advertising in its promotion of the company's signature Autopilot and Full Self-Driving technologies.

The agency alleges the electric-car maker misled customers with advertising language on its website describing Autopilot and Full Self-Driving technologies as more capable than they actually are.

The company "made or disseminated statements that are untrue or misleading, and not based on facts," the DMV said in a pair of complaints filed with the state Office of Administrative Hearings on July 28.

ADVERTISING



**Become a Citizen of Saint Kitts & Nevis**

*H&P* **Henley & Partners** - Sponsored

**Learn More**

The DMV complaints point to the very names of the technologies, as well as other "misleading" language such as the following, which appears on the Tesla website's Autopilot page:

"All you will need to do is get in and tell your car where to go. If you don't say anything, your car will look at your calendar and take you there as the assumed destination. Your Tesla will figure out the optimal route, navigating urban streets, complex intersections and freeways."

The remedies proposed by the DMV if it prevails could be severe, including revocation of the company's licenses to make or sell its cars in California. But actual remedies probably would be much softer.

A DMV spokesperson said Friday via email that if its action succeeds, "the DMV will ask that Tesla will be required to advertise to consumers and better educate Tesla drivers about the capabilities of its 'Autopilot' and 'Full Self-Driving' features, including cautionary warnings regarding the limitations of the features, and for other actions as appropriate given the violations."

**One of two DMV complaints against Tesla**

Aug. 5, 2022

In June, Tesla Chief Executive Elon Musk underlined the importance of Full Self-Driving to the company. Without it, Tesla is "worth basically zero," he said.

The Full Self-Driving feature costs $12,000 and purports to automatically pilot the car on freeways, city streets and neighborhood roads; automatically obey traffic signals; and roam a parking lot without a driver to park itself.

ADVERTISEMENT



Ads by Google

Stop seeing this ad

Why this ad?  ▷

Despite the name, no car available for purchase by individuals is capable of fully autonomous driving from Tesla or any other company.

Tesla cars never could, "and cannot now, operate as autonomous vehicles," the DMV claims assert.



**BUSINESS**

**DMV probing whether Tesla violates state regulations with self-driving claims**

May 17, 2021

The DMV notes that Tesla's website states that "the currently enabled features require active driver supervision and do not make the vehicle autonomous."

But, the DMV said, the disclaimer "contradicts the original untrue or misleading labels and claims, which is misleading, and does not cure the violation."

Tesla's driver-assisting technologies have been popular features that help the carmaker stand out in an increasingly crowded electric vehicle market. But YouTube videos showing its systems placing cars in dangerous situations have drawn attention, including near head-on collisions with trucks and trains that require a driver to yank the steering wheel to avoid a crash. One video appears to show Tesla's sensor system confusing the moon for a traffic light stuck on yellow.

Autopilot, a less expensive feature that combines automatic cruise control with automatic steering and automatic lane changes, came under investigation by the National Highway Traffic Safety Administration when Teslas showed a pattern of plowing into emergency vehicles parked by the roadside.

It's unclear how many crashes involve Full Self-Driving technology, and whether any of those crashes have led to death or injury. Tesla's onboard computers are capable of

2/24/25, 8:01 PM                                           California DMV accuses Tesla of false advertising - Los Angeles Times

communicating that information over the air to Tesla, but the company doesn't share those data with the public.

Recently, Musk claimed that Full Self-Driving had not been a factor in any Tesla crash, although at least eight crash reports submitted by Tesla owners to federal safety regulators indicate otherwise.

---



**BUSINESS**

## LA Times Today: What to know about self-driving Teslas — and crashes

Aug. 2, 2022

---

Tesla's response to the DMV complaints, if any, has not yet been made public. Tesla has no media relations office. Musk did not respond to an invitation to tell Tesla's side of the story.

State Sen. Lena Gonzalez (D-Long Beach), who chairs the Transportation Committee, called the DMV's accusations against Tesla "extremely concerning."

"It is extremely important that the technology's limitations are presented in the most intelligible way to best protect public safety on our roads across California," she said.

## More to Read

### Tesla fined for 'serious' heat violation at California plant

Feb. 11, 2025



### Is your car spying on you? What it means that Tesla shared data in the Las Vegas explosion

Jan. 5, 2025



**U.S. agency says Tesla's public statements imply that its vehicles can drive themselves. They can't**



Nov. 8, 2024



**Russ Mitchell**

Russ Mitchell covers energy technology and policy from a California perspective, including the state's ambitious transition to electric vehicles.

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information