## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 21-cv-21940-BLOOM/TORRES

NEIMA BENAVIDES, as Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

       Plaintiff,

v.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.,

       Defendant.

_____/

### DECLARATION OF MENDEL SINGER, PhD MPH

Mendel Singer, PhD MPH, being of full age and having been duly sworn according to law, declares under penalties of perjury:

1. That I am over the age of eighteen (18) years, competent to make this Declaration, with personal knowledge of the facts and opinions contained herein, and am competent to testify to the matters stated herein.

2. I am a statistician. My qualifications include a PhD in Operations Research with a specialty in statistics. I am Professor and Vice Chair for Education in the department of Population and Quantitative Health Sciences at the Case Western Reserve University (CWRU) School of Medicine. I have served there in a full-time capacity for 29 years with emphasis in biostatistics (application of statistics to health/medicine), comparative effectiveness, database studies and cost-effectiveness research. I served as the Director of a Master's program in Biostatistics for 9 years and taught statistics courses for many years. I have been the statistician on many research projects throughout my time at CWRU, including studies funded by the National Institutes of Health as well as other Federal Agencies/Institutes and national foundations. I have 72 publications and 12 letters and editorials in peer reviewed journals. My career has been heavy in the area of health outcomes research and health informatics, often employing large databases as the primary data source(s). Common methodologies I have used in my career include many forms of statistical analyses

intended to establish relationships between factors or measures, and outcomes. This includes standard statistical tests such a chi-square, t-test, analysis of variance and many forms of regression analysis (linear, logistic, Poisson, generalized models, generalized estimating equations, hierarchical linear modeling, non-parametric statistics, etc…). Also, analysis of complex samples, a design used in many national databases, e.g. national crash data like CDS and CRSS. This also includes expertise in statistical programming, e.g. using SAS.

3. I was asked in this case to review and comment on the statistical validity of Tesla's Vehicle Safety Report, which is published on Tesla's website (https://www.tesla.com/VehicleSafetyReport) and purports to show that Tesla vehicles operating on Autopilot enjoy a far reduced crash rate versus all other vehicles on the road (including Tesla vehicles not being driven on Autopilot).

4. I was retained in this case to provide a statistical analysis of Tesla's Vehicle Safety Report ("VSR"), with the purpose of determining the accuracy of Tesla's representations in its VSR.

5. My opinions to date are summarized in my expert report of June 20, 2024, attached as Exhibit A to this Declaration, which I incorporate herein by reference.  While I rely on my report for the full scope of my opinions to be offered at trial, a brief summary of those opinions is as follows:

   a. **Adjusting for crash reporting sources**. Tesla's VSR compares collisions involving Tesla vehicles ("Tesla Collisions") to collisions involving all other vehicles ("Non-Tesla Collisions") by using two completely dissimilar data points. Specifically, for Tesla Collisions, Tesla counts "all crashes in which the incident alert indicated an airbag or other active restraint deployment." Conversely, for Non-Tesla Collisions, Tesla counts all police-reported crashes, regardless of whether an active safety restraint was deployed. This is a flawed comparison in that only 22.5% of police reported collisions for consumer vehicles involved air-bag or safety-belt pre-tensioner deployment. Thus, the reporting of Non-Tesla Collisions is comparatively overestimated by 4-5 fold requiring that the number of non-Tesla collisions be correspondingly reduced to make them comparable to Tesla collision rates.

b. **Adjusting for road usage.** Tesla's on Autopilot are used mostly for driving on highways, and highway driving is associated with approximately half the rate of crashes per mile compared to non-highway driving. To accurately assess Autopilot involved Tesla Collisions versus all other collisions, and to account for the difference in road usage bias, it is necessary to multiple the Autopilot involved Tesla Collisions by a factor of 1.61.

c. **Adjusting for credit score.** Studies have found a strong correlation between credit scores and traffic collisions, wherein higher credit scores equate to fewer accidents. Tesla owners have been found to have the highest credit scores of all vehicle makes. To accurately asses Tesla Collisions versus Non-Tesla Collisions, and to account for the bias in the relative safety of Tesla owners versus the general public, it is necessary to multiply the Tesla Collisions by a factor of 1.2.

d. **In sum total.** After making the above referenced adjustments to account for the bias of each category, the result is that around the time of this collision in 2019, Non-Tesla vehicles travelled 43.5% more miles in between collisions as compared to Teslas using Autopilot. These numbers were very similar when comparing Non-Tesla vehicles to Tesla vehicles without use of Autopilot (where the Non-Tesla travelled 41.1% more miles in between collision as compared to Tesla's not using Autopilot).

6. Of note is that Tesla provides no transparency or validation of their data. While national government statistics are used for other vehicles, Tesla uses only their own data without any means of checking even facial validity. Their VSR provides miles between crashes without reporting the number of miles or the number of crashes. No independent verification of the data has been conducted.

7. It is also concerning is that in 2023, Tesla revealed an update to its calculation methodology in which they disclosed that the previously reported miles between crashes for Tesla without Autopilot were approximately 50% overestimated. This is concerning because (1) from 2018 to 2022, their reports were being presented as accurate, which is undermined by this update, and (2) the updated calculation methodology only resulted in negligible changes for Tesla Collision involving Autopilot. No explanation was provided for how one

Tesla group was about 50% off and the other Tesla group was almost exactly correct (within 1%).

Pursuant to Fla. Stat. 92.525, under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Dated:  February 24, 2025

Mendel Singer

Digitally signed by Mendel Singer
Date: 2025.02.24 21:31:48 -05'00'

_____
Mendel Singer, PHD MPH

06/20/2024

Mendel Singer, PhD MPH
3644 Severn Road
Cleveland Heights, OH 44118
216-536-2307; mendel.singer@gmail.com

June 20, 2024

Brett Schreiber
Singleton Schreiber
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
(619) 880-8764

Re: Benevides v Tesla

Dear Mr. Schreiber,

I submit this report in response to your request for me to review the claims made by Tesla on their website (Tesla Safety Report) as to the safety of their vehicles compared to non-Tesla vehicles, and Tesla vehicles using Autopilot vs those using just the safety systems.  The Tesla Safety Report (TSR) provides data by quarter. The subject incident occurred roughly in the middle of the first half of 2019 (April), so my review and analysis is focused on the first half of 2019.

In forming my opinions, I have relied on materials from the Tesla website and publicly available information cited herein.

**<u>Bio</u>**

This work has been done as an independent consultant. My current CV is included in my expert file. I provide expert witness services for vehicle related cases in the subject areas of statistics, comparative effectiveness (e.g. comparison of outcomes for vehicles with and without safety systems), benefit-cost analysis and database analysis. These are all methods that have dominated my academic career for 28 years.  As a result of these cases, I have analyzed data from the Fatality Analysis Reporting System (FARS) which is a database of fatal motor vehicle accidents, and for all vehicle accidents (fatal or non-fatal), the National Automotive Sampling System - General Estimates System (NASS-GES) and the Crash Report Sampling System (CRSS)  I have also used other data from the National Highway Traffic Safety Administration, such as the Vehicle Operator Questionnaire.

I am a member of the Risk Analysis section of the American Statistical Association (Risk Analysis section), and the Society of Automotive Engineers. I have previously been a member of other societies for many years in the area of comparative effectiveness and benefit-cost analysis (e.g. Society for Medical Decision Making, International Society for Pharmacoeconomics and Outcomes Research) in addition to other professional societies (American Medical Informatics Association, American Public Health Association, Academy Health).

1

While this work has been conducted privately, I am Professor and Vice Chair for Education in the department of Population and Quantitative Health Sciences at the Case Western Reserve University (CWRU) School of Medicine. I have served there in a full-time capacity for 28 years with emphasis in biostatistics (application of statistics to health/medicine), comparative effectiveness, database studies and cost-effectiveness research (the health variant of benefit cost analysis).  Since 2014 I have also served as the Director of a Master's program in Biostatistics (stepping down soon) and taught statistics courses for many years.  I have been the statistician on many research projects throughout my time at CWRU, including studies funded by the National Institutes of Health as well as other Federal Agencies/Institutes and national foundations. I also serve as the statistician on my own studies and on other unfunded studies conducted by CWRU researchers. I have also provided consulting services over the years, focusing mainly in statistics, database analysis, comparative effectiveness and benefit cost analysis. I have expertise in cost-effectiveness (a variant of benefit cost analysis) analysis, serving on the editorial board of *PharmacoEconomics* (a journal devoted to cost-effectiveness analyses in health) since 2004. Many of my publications are in this area and I taught courses in this subject area for about 25 years, which also incorporates comparative effectiveness research (effectiveness of interventions and systematic review of the evidence). I have refereed papers for dozens of peer reviewed medical journals as an expert in cost-effectiveness analysis and biostatistics. I have 68 papers and 11 letters/editorials in peer-reviewed journals in medicine, public health, health law and criminology. I have reviewed research grants for the National Institutes of Health as well as infectious disease grants for the government of Hong Kong.

Work in my four areas of expertise has been funded by the National Institutes for Health (NIH), State Government Agencies, pharmaceutical and other medical-related companies and the federal Agency for Healthcare Research and Quality (AHRQ):

Statistics: NIH, AHRQ, Ohio Dept of Health, Ohio Dept of Human Services, 2 companies.

Database Analysis: Ohio Dept. of Human Services, 1 company

Comparative Effectiveness: NIH, 7 companies

Benefit-Cost Analysis: 6 different Institutes of NIH, 6 companies

My career has been heavy in the area of health outcomes research and health informatics, often employing large databases as the primary data source(s). My work has used all kinds of data: Medicare, Medicaid, and Private Insurer health care claims; medical records data; electronic health records; local and state infectious disease surveillance data; state data on opioid prescriptions; Medical Examiner's investigative reports on opioid fatalities; birth and death certificates; antibiotic susceptibility surveillance data; prospectively collected data.

In addition to running our Master's program in Biostatistics from 2014-2023, I currently serve as the program director for a Master's program in Biomedical and Health Informatics and have previously been the program director for a PhD program in Epidemiology and Biostatistics. As Vice Chair for Education, I

oversee our 7 graduate degree programs (4 Master's, 3 PhD), 3 graduate certificate programs and undergraduate minor.

Common methodologies I have used in my career include many forms of statistical analyses intended to establish relationships between factors or measures, and outcomes. This includes standard statistical tests such a chi-square, t-test, analysis of variance and many forms of regression analysis (linear, logistic, Poisson, generalized models, generalized estimating equations, hierarchical linear modeling, non-parametric statistics, etc...).  Also, analysis of complex samples, a design used in many national databases, e.g. national crash data like CDS and CRSS. This also includes expertise in statistical programming, e.g. using SAS.

Comparative effectiveness analysis involves comparing alternatives in terms of a specified outcome. This involves study design so as to account for potential biases (risk adjustment), conceptual models to guide the analysis, choice of appropriate metrics, and analytic plan.

Benefit-cost analysis includes costing, benefit-cost analysis, decision analysis, Markov models, probabilistic uncertainty/sensitivity analysis, scenario sensitivity analysis, break-even calculations, simulation and more.

Database analyses include much of the above (e.g. good study design, risk adjustment, statistical analysis), database design, relational databases, querying databases, data management and often analysis using methods designed for complex samples.

I have brought the methodologies of the totality of my experience to bear in my work and in reaching my opinions to a reasonable degree of professional certainty in this case.

**Tesla Safety Report (TSR) for the 1st Half of 2019**

The Tesla Safety Report provides data on a quarterly basis for the average number of miles driven between crashes for Tesla vehicles using Autopilot (AP), Tesla vehicles using the safety systems only ("Non-Autopilot"), and all light vehicles in the US. Data goes back to 2018 and is updated each quarter.  There is a brief description of the methodology at the bottom of the webpage. Noted on the webpage is a Jan 2023 update which revised all the previous data.

The comparisons in the TSR are not apples to apples for many reasons:

1. The TSR reports, for Tesla vehicles: "we count all crashes in which the incident alert indicated an airbag or other active restraint deployed." However, for non-Tesla vehicles, all police-reported crashes were counted, regardless of whether an active safety restraint was deployed. As will be shown, this is a large bias in favor of Tesla.
2. Autopilot is disproportionately used on roads with higher speed limits, which have lower crash rates per mile.
3. The age of Tesla drivers is associated with lower crash rates.
4. Tesla has a disproportionate number of owners with very high credit scores, which is associated with lower crash rates.

To remove these biases the following steps must be taken:

Tesla Crash Rates have to be adjusted to reflect the lower crash rates due to different road usage and lower driver crash risk based on age and credit score. Non-Tesla crashes have to be adjusted due to counting all police-reported crashes and not just crashes with an airbag or other active restraint deployed.

I did my own analysis using the Tesla Safety Report but adjusting for the above factors to create a fair, apples to apples comparison.

**Adjusting Crash Rates for Road Usage**

Goodall 2023 published a paper demonstrating how the TSR data can be normalized to allow for a fair comparison of Tesla with AP vs. Tesla without AP (but with safety systems).  AP is mostly used for driving at higher speeds and highway driving is associated with half the rate of crashes per mile. This creates an inherent bias in favor of AP. For Tesla Non-Autopilot the use of higher speed roads (55mph or higher) is only slightly higher than average. Based on studies of road usage with and without AP, Goodall 2023 provides a method for adjusting the crash rates for Tesla with AP and Tesla without AP so the road usage bias is removed (see Table 4 there). To adjust for favorable road usage (large bias for Autopilot, negligible bias for Tesla Non-Autopilot), the number of crashes for AP is multiplied by 1.61 and the number of crashes for Tesla Non-AP is multiplied by 1.01. If adjusting the miles between crashes, the numbers are divided by these factors, not multiplied.

The road usage adjustment from Goodall 2023 was based on the crash rate per mile being 2.01 times greater for roads with a speed limit under 55mph compared to roads with a speed limit of 55mph or greater. This was incorporated into the process of normalizing the rates to account for this discrepancy in road usage.

While I could not validate the 2.01 times higher crash rate for speed limits under 55 mph with NHTSA and FHWA data available to me, both the Crash Report Sampling System (CRSS) and the FHWA report on miles driven have

4

a designation of interstate highway. The NHTSA website describes the CRSS in detail (see Appendix A). They state: "CRSS is used to estimate the overall crash picture, identify highway safety problem areas, measure trends, drive consumer information initiatives, and form the basis for cost and benefit analyses of highway safety initiatives and regulations."  See Appendix A for the full description of CRSS and how it is and has been used.

According to FHWA 2019 (Table VM-1) – the source of miles driven for the NHTSA 2019 report cited by the TSR - for all vehicles, 25.7% of all miles driven were on interstate highways. For light vehicles, it was 24.0%. But, using CRSS 2019 data, interstate highways accounted for just 9.95% of all vehicles in crashes and 9.69% of light vehicles. Thus, for all vehicles, the rate of crashes per mile was 2.6 times higher for non-interstate highways, and for light vehicles it was 2.5. This seems reasonably consistent with the Goodall 2023 estimate of 2.01 when compared to roads with a speed limit of 55mph or greater as opposed to just interstate highways.

**Adjusting Crash Rates for Driver Age**

Goodall 2023 also shows that Tesla has a benefit due to drivers being of a demographic that is associated with fewer crashes (more middle age owners). To correct for this bias, Tesla crashes should be multiplied by 1.11. If using miles between crashes, the numbers should be divided by 1.11, not multiplied.

**Adjusting for Credit Score**

Crash rates differ by socio-demographics. Goodall 2023 showed how to adjust for driver age, but did not address the issue of credit score. For example, the Allstate website explains:

> "Those with better credit scores tend to get into fewer accidents and cost insurance companies less than their worse-scoring counterparts."[1]

Similarly, a 2016 study from the Consumer Federation of America in 2016 found that Low- and Moderate-Income drivers are charged higher premiums.[2] Analyses comparing crash rates of Tesla to other vehicles will overstate Tesla's crash reductions if there is no adjustment for credit score – as this would be crediting Tesla with fewer crashes due to who is driving their vehicles. The TSR is claiming to compare the safety of their vehicles.

The Federal Trade Commission issued a report in 2007 addressing the issue of the relationship of credit score to crash rates and insurance premiums and whether there was a concern about race/ethnicity disparities. They state that their analyses had results similar to prior studies showing the very strong relationship between credit score and accident claims. In Table 2, they show the relationship of decile of credit score (1st decile being the lowest 10%) to the number of automobile insurance claims filed. Claims are broken down into four categories: Property Damage Liability Coverage, Bodily Injury Liability Coverage, Collision Coverage and Comprehensive Coverage.  The overall average number of claims per 100 years of coverage was 21.32. In March 2019 it was reported that Tesla owners have the highest credit score of all vehicle makes, based on a study of by Lending

---

[1] https://www.allstate.com/resources/car-insurance/does-credit-score-affect-car-insurance#:~:text=Those%20with%20better%20credit%20scores,than%20their%20worse%2Dscoring%20counterparts.
[2] https://consumerfed.org/wp-content/uploads/2016/06/6-27-16-Auto-Insurance-and-Economic-Status_Report.pdf

Tree.[3]  Since these were used auto loans, it doesn't include people buying new autos (tending towards higher credit ratings) or people buying used cars who don't qualify for loans (tending towards lower credit scores). More detail shows that the difference between Tesla (740) and 3rd place Lexus (699) is almost identical to the difference between 3rd place Lexus (699) and 30th (and last) ranked Chrysler (656). The difference between 1st ranked Tesla and 15th ranked Ford was about double the difference between 15th ranked and 30th ranked Chrysler. If the 10th decile is used for Tesla, the total number of claims per 100 million years of coverage was 16.27 and Tesla crashes would have to be adjusted upwards by 1.31 (21.32/16.27). However, while Tesla had the highest average credit score, it doesn't mean the average credit score for Tesla was in the 10th decile. I assumed that the average credit score for Tesla owners as of 2019 was in the 8th decile of credit score (70th-79th percentiles). Using the 8th decile, the total number of claims per 100 million years of coverage was 17.83 and Tesla crashes would have to be adjusted upwards by a factor of 1.20 (21.32/17.83, 20% higher) to remove the bias of having drivers with a lower crash risk compared to the average based on credit score.


**Adjusting Non-Tesla Crashes for Deployment of Airbags or Other Active Restraints**

The Tesla Safety Report states that Tesla crashes are counted by virtue of the deployment of an airbag or other active restraint. Tesla does not state which "other" active safety restraints they refer to (besides airbags). Nor did Tesla provide data during discovery that identifies what proportion of Tesla crashes are detected due to which active restraint(s) were deployed. In addition to accounting for airbag deployment, I also accounted for seat belt pretensioner deployment since they are mandated by law. Tesla vehicles also have a pedestrian protection system known as "Active Hood", so I also accounted for crashes involving nonoccupants.

<u>Airbags</u>

In the TSR, they provide a calculation of miles driven between crashes. For non-Tesla vehicles in 2019, they estimate 483,000 miles between crashes, based on national data. Unlike the calculations for Tesla vehicles which were based on deployment of airbag or "other active restraints", all police-reported crashes were used for non-Tesla light vehicles. I estimated the proportion of these crashes that had an airbag deployment based on national crash data. The Crash Report Surveillance System (CRSS) is a national database that samples about 50,000 crashes per year. It is used to analyze a nationally representative database of police-reported crashes in the US. This data is used in NHTSA reports and policy-making, and research.  Using data for the first half of 2019 from the Crash Report Sampling System (CRSS) data, I found that 14.9% (95% Confidence Interval: 13.7%-16.0%) of light vehicles in police-reported crashes had an airbag deployed. For all vehicles, it was 13.2% (95% CI: 12.2%-14.2%).

<u>Pretensioners</u>

Seat belt pretensionsers represent the main active safety restraint beyond airbags. When including seat belt pretensioners, there are many missing values. Pretensioner deployment was not available in the CRSS database, but was in the Crash Investigation Sampling System (CISS) 2019 database which sampled only crashes serious enough that a vehicle was towed away. A full description of the CISS and how it is and has been used can be found in Appendix B. Overall, in the CISS towaway data for the first half of 2019, airbags were deployed in 45.8%

---

[3] https://www.forbes.com/sites/jimhenry/2019/05/05/whose-buyers-have-the-best-credit-tesla-and-porsche-sure-but-also-subaru-and-mazda/

of light vehicles, pretensioners in 62.4% of light vehicles, and one or the other in 69.2% of all light vehicles. The increase from 45.8% to 69.2% is an increase of 51.1% over the estimate of airbags alone deployed. This was considered in the comparison to Non-Tesla vehicles. Whereas 14.9% of light vehicles in police-reported crashes had an airbag deployed, this estimate is revised to 22.5% (14.9% x 1.511) of crashes involving an airbag or seat belt pretensioner deployment.

Pedestrian Protection System ("Active Hood")

If this system deployed, it would also likely trigger a crash report to Tesla.  Using the CRSS 2019 database, I determined that 1.11% of crashes had a nonoccupant involved.

Total Active Safety Restraint Adjustment for Non-Tesla Vehicles

As demonstrated above, airbags were deployed in 14.9% of vehicles in crashes in the first half of 2019. This increases to 22.5% if including deployment of seat belt pretensioners. Assuming all crashes involving nonoccupants would be detected by Tesla's Active Hood pedestrian protection system and conservatively assuming that none of these crashes involved an active safety restraint deployment (no double counting), an additional 1.1% must be added to the adjustment to non-Tesla crashes to make them comparable to Tesla vehicle crashes. Thus, non-Tesla crashes should be multiplied by 0.236 (23.6% of crashes) to make them comparable to Tesla crash rates. If using miles between crash rates, the rate should be divided by 0.236.

**Tesla Safety Report – January 2023 Update**

Tesla acknowledges in their safety report that they changed how they calculate crashes and note that it makes AP even better. They state:

*"Specifically, we discovered reports of certain events where no airbag or other active restraint deployed, single events that were counted more than once, and reports of invalid or duplicated mileage records. Including these events is inconsistent with our methodology for the Vehicle Safety Report and they will be excluded going forward. "*

This wording indicates there were small discrepancies. Discovered reports of certain events with no active safety restraint – with no formal mechanism being employed and enforced, it is doubtful many crashes would be reported to Tesla that they didn't already know about from an active safety restraint deployment. Duplicate events and invalid or duplicated mileage records are also noted, not expected to have much impact unless there were serious methodological errors previously present. This suggests that the changes should have minimal impact on the crash rates. This was true for Autopilot crashes which were nearly identical under the new update.

However, the changes made non-AP crash rates far worse while barely impacting the AP crash rate. Goodall 2023 used the prior version of the reports, which found that for the first two quarters of 2019 non-AP went 1.76 and 2.19 million miles between crashes. The revised Tesla report changed these numbers to 1.24 and 1.4 million miles between crashes. Thus, the pre-2023 results were 42% and 56% better than the updated numbers. Yet, the AP crash rate in the updated report was within 1% of the original values – higher in one quarter and lower in the other. No explanation is given for this huge discrepancy in how the "corrected" data represents a large, systematic bias in the original version of the reports. Based on the updated report, it would seem that prior to the January 2023, the miles between crashes for non-AP (safety system only) use was grossly overestimated. Or,

perhaps the updated numbers are incorrect and are grossly underestimated. Or it could be that both versions of the report are inaccurate. Such a major, systematically biased change in the results from what appeared to be a minimal revision strongly suggests substantial methodological errors and lack of credibility in the data, before and/or after the revision. After such a result, the need for 3rd party evaluation/assessment of the TSR is especially needed.

I did my calculations using both the originally reported crash rates (as done by Goodall 2023) and the revised (post-Jan. 2023) crash rates.

**Comparison of Miles Between Crashes – With Removal of Biases**

As per the above, Tesla vehicles using Autopilot had their miles between crashes adjusted downward for by 2.14, reflecting differences in road usage (factor of 1.61), driver age bias (factor of 1.11), and better driver credit score (factor of 1.20).[4] Tesla vehicles not using Autopilot (but using safety systems) had their miles between crashes adjusted downward for by 1.35, reflecting differences in road usage (factor of 1.01), driver age bias (factor of 1.11), and better driver credit score (factor of 1.20).

**Table 1. Original Pre-2023 Tesla Safety Report (From Goodall 2023) – With Adjustments**

|  | Crashes per 100M Miles | | 1st Half |  | Miles Between Crashes |
|---|---|---|---|---|---|
|  | Q1 2019 | Q2 2019 | Average | Adjusted |  |
| **Tesla Autopilot** | 34.8 | 30.6 | 32.7 | 70.1 | 1,426,009 |
| **Tesla Non-Autopilot** | 56.8 | 45.7 | 51.3 | 68.9 | 1,450,376 |

Next, the same adjustment is made for the Revised Jan 2023 Tesla Report.

**Table 2. Revised Jan. 2023 Tesla Safety Report[5] – With Adjustments**

|  | Miles Between Crashes | | 1st Half |  |
|---|---|---|---|---|
|  | Unadjusted Q1 2019 | Unadjusted Q2 2019 | Average | Adjusted |
| **Tesla Autopilot** | 2,880,000 | 3,240,000 | 3,060,000 | 1,426,893 |
| **Tesla Non-Autopilot** | 1,240,000 | 1,400,000 | 1,320,000 | 981,179 |

Crash rates for Tesla also had to be adjusted. This was to make their numbers align with the Tesla crash count, which is triggered by deployment of an active safety device. As described above, I estimated that 23.6% of police-reported crashes involved deployment of at least one of the following active safety systems: (1) airbag(s), (2) pretensioner, (3) Active Hood pedestrian protection system for detection of nonoccupants.

---

[4] The total adjustment is determined by multiplying the three different adjustment factors (road usage, age, credit score).
[5] https://www.tesla.com/VehicleSafetyReport - Accessed June 18, 2024.

**Table 3. Non-Tesla - With Adjustments**

|  | Miles Between Crashes | | 1st Half | |
|---|---|---|---|---|
|  | Unadjusted Q1 2019 | Unadjusted Q2 2019 | Average | Adjusted |
| **Non-Tesla** | 483,000 | 483,000 | 483,000 | 2,046,610 |

Finally, the adjusted miles between crashes can be compared for all groups.

**Table 4. Adjusted Miles Between Crashes**

|  | Adjusted Miles Between Crashes | Compared to Non-Tesla |
|---|---|---|
| **Tesla Autopilot** | | |
| Pre-Jan 2023 | 1,426,009 | Non-Tesla is 43.5% Better |
| Post-Jan 2023 | 1,426,893 | Non-Tesla is 43.4% Better |
|  | | |
| **Tesla Non-Autopilot** | | |
| Pre-Jan 2023 | 1,450,376 | Non-Tesla is 41.1% Better |
| Post-Jan 2023 | 981,179 | Non-Tesla is 108.6% Better |
|  | | |
| **Non-Tesla** | 2,046,610 | Reference |

Non-Tesla vehicles were more than 43% better than Tesla using Autopilot, regardless of whether the original or revised data is used. Non-Tesla is 41% better than Tesla not using Autopilot (but using safety systems) for the original data prior to the January 2023 update, and more than twice as good as Tesla not using Autopilot using data from after the January 2023 update. Note that even without the credit score adjustment non-Tesla would be about 25% better than Tesla Autopilot.

**Goodall 2023 – Other Caveats**

The authors comment that drivers tend to turn off AP when changing lanes or departing highways, times of high crash rates. While Tesla now counts this as AP if AP was on within 5 seconds prior to the crash, they note that the 5 second window may not sufficiently remove this bias.

A limitation of this study is that it ultimately relies on Tesla confidential data for the number of crashes. The authors could only use the publicly shared results of Tesla's analysis and could not verify the veracity of the data. They could only show how you can take Tesla's reported crash data as is and make the data for AP and non-AP comparable.

Another limitation is that their analysis was done to compare Tesla vehicles with vs. without use of AP. It did not explore how to compare Tesla vehicles to non-Tesla vehicles in a fair, unbiased way.

**Tesla Safety Report – Other Comments**

1. Tesla does not provide any validation, nor even the number of crashes and number of miles to allow for any direct checks on accuracy.

2. I am not aware of any 3rd party verification of any of the data on Tesla crashes or other details of data collection and calculations for the Tesla crash rates. Even the Goodall 2023 paper was done without access to Tesla data, but merely taking the Tesla Safety Report results, as is. This trust was proven to be misplaced, as the results were substantially changed in in Tesla's January 2023 updated report.

3. In the Tesla Model S 2012-2020 Owner's Manual, drivers are instructed on pages 92 and 124 not to use Tesla Autopilot (Traffic-Aware Cruise Control)  "on winding roads with sharp curves, on icy or slippery road surfaces, or when weather conditions (such as heavy rain, snow, fog, etc.) make it inappropriate to drive at a consistent speed".  Similarly, for Autosteer, there is the same warning, (p.126) "Do not use Auto Lane Change on winding roads with sharp curves, on icy or slippery roads, or when weather conditions (such as heavy rain, snow, fog, etc.) may be obstructing the view from the camera(s) or sensors (if equipped).

4. Consistent with this is Hardman 2019 in their analysis of survey responses from 386 Tesla owners with Autopilot hardware and software installed. Owners are less likely to use Autopilot in bad weather. Since Autopilot is less likely to be used in bad weather, this is another bias towards fewer crashes for the Tesla Autopilot group.

5. Hardman 2019 also looked at Autopilot use in traffic. Of the 46% who were infrequent or semi-frequent Autopilot users, they were less likely to use it in any traffic. This also biases the results towards fewer crashes for Tesla Autopilot.

6. There is no mention of age of the vehicles being compared. In 2019, for example, Tesla vehicles would be mostly recent model years while non-Tesla vehicles would be all ages. Tesla vehicles start in model year 2012. Through model year 2019, only 13% of Tesla vehicles were model years prior to 2016.[6] On the other hand, in the CRSS database for the first half of 2019, about 76% of vehicles in crashes were model years prior to 2016. The TSR makes no mention that the comparison is not being made of similar age vehicles. Thus, recent years Tesla models are being compared to largely older models of other vehicles most of which lacked safety systems such as forward collision mitigation. As shown below, the HLDI report on Tesla Autopilot concludes that most of the benefit of the Drivers Assistance Plus Autopilot package from Tesla is due to forward collision mitigation systems and blind spot warning reducing PDL and BI claims.


**Highway Loss Data Institute (HLDI)**

As stated in their bulletins, the Highway Loss Data Institute is a nonprofit public service organization that gathers, processes, and publishes insurance data on the human and economic losses associated with owning and operating motor vehicles. The HLDI has done analysis of insurance claims for four manufacturers' level 2 automation systems.  In September 2017 they did an analysis of Tesla. When looking at packages including a full range of safety systems, there was a decrease in Property Damage Loss (PDL) claims and Bodily Injury (BI) claims, but an increase in Medical Payment (MedPay) and Personal Injury Protection (PIP) claims.

---

[6] Tesla production figures come from the NHTSA Early Warning Reporting system. https://www.nhtsa.gov/vehicle-manufacturers/early-warning-reporting

When comparing with AP vs. without AP, only using vehicles with the safety systems of the driver assistance package, there was no longer any decrease in PDL or BI claims. In fact, there was no longer any difference in 4 of the 5 claim types: PDL, BI, MedPay or PIP. There was however a modest 13% reduction in collision claims, suggesting there might be some benefit in reducing minor single vehicle crashes, but no benefit in reducing multi-vehicle or injury crashes. When they compare Tesla model S to other large luxury vehicles (in which many only had safety systems as options), Tesla had higher rates of collision and PDL claims. When comparing Tesla Model S with driver assistance technologies *and* AP to the large luxury vehicles (again, many with only optional safety systems), Tesla had mixed results – despite all their vehicles having the safety systems and the comparator vehicles having a mix of with and without safety systems in different configurations.

HLDI reports of level-2 automation in BMW, Nissan and Audi found mixed results. For BMW (2019, 2021), the safety systems had a large impact on reducing claims, particularly PDL and BI. Adding automation, however, did not improve results – the claims reductions for all 5 claims categories was about the same as having the safety systems without automation.

For Audi (HLDI April 2022), the Jam Assist automation system always had high beam assist, adaptive cruise control and active lane assist so these features could not be separated. While collision claims were reduced by just 4%, the other 4 claims categories had reductions in claims of 18%-27%. It is impossible to know how much of the reduction in these categories was due to high beam assist, adaptive cruise control and active lane assist.

Nissan's ProPILOT automation system was evaluated in another report (Dec 2019). While there was just a 1% decrease in collision claims and PDL claims were reduced by 12%, there was very large reduction in injury-related claims categories, ranging from 28%-43%. Due to small sample sizes, the only result that was statistically significant was Personal Injury Protection – a 28% reduction.

**Summary**

1. The Tesla Safety Report website presents heavily biased comparisons, failing to account for bias in road usage, drivers with lower crash risks.
2. The Tesla Safety Report counts crashes for Tesla and non-Tesla vehicles in different ways, biasing the results 4-fold in favor of Tesla by counting all police-reported crashes for non-Tesla vehicles, but for Tesla vehicles only counting the minority of crashes with an airbag or other active restraint deployment.
3. Tesla provides no transparency or validation of their data. While national, government statistics are used for other vehicles, Tesla uses only their own data for Tesla without any means of checking even face validity. They provide miles between crashes without reporting the number of miles and the number of crashes. No independent verification of the data has been conducted.
4. The lack of an independent verification of the integrity of the data, or the accuracy of the data collection and methods for analysis is especially alarming in light of their previous failure. From 2018-2022 their reports were presented as being accurate, only to be revealed in their January 2023 update that the previously reported miles between crashes for Tesla without Autopilot were about 50% overestimated. This is even more concerning in that the updated report made only a negligible change for Tesla using Autopilot. No explanation is given for how one Tesla group was 50% off and the other Tesla group was almost exactly correct.
5. For the first half of 2019, Non-Tesla had much greater miles between crashes than Tesla using or not using Autopilot after correcting for the bias in road usage, drivers with lower crash risks, and using

similar crash counting methods for Non-Tesla as Tesla. These results may be conservative since I was not able to account for Autopilot being used less in certain higher crash risk situations: bad weather or when any traffic was present.

6. The HLDI report on Tesla showed mixed results and concluded that the benefit of Tesla was likely explained by the installation of the safety systems. HLDI also reported on other, automated level 2 vehicles, with mixed results. Notably, the HLDI analyses did not correct for the biases stated above.

If Tesla were to provide data for their accidents showing for each accident which active restraints were deployed, I could adjust my calculations to reflect this.

I have brought the methodologies of the totality of my training and experience to bear in my work and in reaching my opinions and conclusions to a reasonable degree of statistical, scientific and professional certainty standard in the field. They are based on evidence that was available at the time of this report's submission.

I reserve the right to revise my analyses, opinions and conclusions if more information, materials or data were to be made available. If requested, I will also evaluate any additional information, materials, studies or statistical analyses the defendants' experts may rely on to offer opinions. My billing rate is $400/hour plus an extra $100/hour relating to testimony (including preparation).

Sincerely,

*Mendel E. Singer*

Mendel Singer, PhD MPH

# Appendix A. Crash Report Sampling System

The below description was downloaded from the following webpage at the National Highway Traffic Safety Administration website.

https://www.nhtsa.gov/crash-data-systems/crash-report-sampling-system#:~:text=CRSS%20is%20used%20to%20estimate,highway%20safety%20initiatives%20and%20regulations.

## What It Is

The National Highway Traffic Safety Administration has collected crash data since the early 1970s to support its mission to reduce motor vehicle crashes, injuries, and deaths on our nation's highways. The Crash Report Sampling System (CRSS) builds on the retired, long-running National Automotive Sampling System General Estimates System (NASS GES). CRSS is a sample of police-reported crashes involving all types of motor vehicles, pedestrians, and cyclists, ranging from property-damage-only crashes to those that result in fatalities. CRSS is used to estimate the overall crash picture, identify highway safety problem areas, measure trends, drive consumer information initiatives, and form the basis for cost and benefit analyses of highway safety initiatives and regulations. NHTSA's crash data collection program consists of CRSS, the Fatality Analysis Reporting System, the Crash Investigation Sampling System, Special Crash Investigations, Non-Traffic Surveillance, the Crash Injury Research & Engineering Network, and special studies conducted to address various safety topics.

## How It Works

CRSS obtains its data from a nationally representative probability sample selected from the estimated 6 to 7 million police-reported crashes that occur annually.

These crashes include those that result in a fatality or injury and those involving property damage. By focusing attention on police-reported crashes, CRSS concentrates on those crashes of greatest concern to the highway safety community and the general public.

## Sampling

To be eligible for the CRSS sample, a police crash report must be signed by law enforcement and completed using an official crash report; it must involve at least one motor vehicle traveling on a trafficway; and the crash must result in property damage, injury, or death.

These crash reports are chosen from 60 areas across the United States that reflect the geography, population, miles driven, and crashes in the United States. CRSS samplers review crash reports from hundreds of law enforcement agencies within the sites, randomly sampling hundreds of thousands of crash reports each year. Selected crash reports are then coded to create the annual data file. No other data is collected beyond that in the selected crash reports.

06/20/2024

# Data Files

Trained CRSS Coders interpret and code data directly from the crash reports into an electronic data file. Approximately 120 data elements are coded into a common format. After coding, quality checks are performed on the data, both electronically and manually to ensure validity and consistency. When these are completed, CRSS data files and coding documentation become publicly available.

# Cooperation

CRSS depends on the participation and cooperation of law enforcement agencies and state. This cooperation lets NHTSA list and select crash reports. Police crash reports – which provide key information on the location of the crash, the vehicles involved, and whether injured occupants were transported for medical care – are obtained and treated as confidential documents.

**Personal information such as names, addresses, license and registration numbers, and crash locations are not included in the public CRSS files.**

# How the Information Is Used

The data collected by CRSS is used by NHTSA and others for a variety of purposes:

- Assessing the overall state of highway safety and identifying existing and emerging highway safety trends.
- Understanding the national picture regarding key safety priorities such as impaired driving, restraint use, and crashes involving pedestrians and bicyclists.
- Establishing an estimate of the number of people injured in motor vehicle-related crashes annually.
- Assessing the effectiveness of motor vehicle safety standards and highway safety programs.

After all personal identifiers are removed, information collected by CRSS is made available to other Federal agencies; state and local governments; universities; research institutions; automobile, trucking, and insurance industries; and the general public.

# Appendix B. Crash Investigation Sampling System

The below description was downloaded from the following webpage at the National Highway Traffic Safety Administration website.

https://www.nhtsa.gov/crash-data-systems/crash-investigation-sampling-system#:~:text=CISS%20collects%20detailed%20crash%20data,vans%20%E2%80%93%20towed%20from%20the%20scene.

## What It Is

The National Highway Traffic Safety Administration has collected crash data since the early 1970s to support its mission to reduce motor vehicle crashes, injuries, and deaths on our Nation's highways. NHTSA's crash data collection program consists of the Crash Investigation Sampling System (CISS), the Fatality Analysis Reporting System (FARS), the Crash Report Sampling System (CRSS), Special Crash Investigations (SCI), Non-Traffic Surveillance (NTS), the Crash Injury Research & Engineering Network (CIREN), and special studies conducted to address various safety topics. The CISS builds on the retiring, long running National Automotive Sampling System Crashworthiness Data System (NASS CDS). CISS collects detailed crash data to help scientists and engineers analyze motor vehicle crashes and injuries. CISS collects data on a representative sample of minor, serious, and fatal crashes involving at least one passenger vehicle – cars, light trucks, sport utility vehicles, and vans – towed from the scene.

## How It Works

After a crash has been sampled, trained Crash Technicians obtain data from crash sites by documenting scene evidence such as skid marks, fluid spills, and struck objects. They locate the vehicles involved, document the crash damage and identify interior components that were contacted by the occupants. On-site inspections are followed-up with confidential interviews of the crash victims and a review of medical records for injuries sustained in the crash. CISS uses emerging technologies and methods to acquire quality data.

The Crash Technicians are interested only in information that will help them understand the nature and outcome of the crashes.

**Personal information such as names, addresses, license and registration numbers, and even specific crash locations are not included in public CISS files.**

15

06/20/2024

# Sampling

CISS randomly selects thousands of police crash reports at law enforcement agencies in selected areas across the country. The areas reflect the geography, population, miles driven, and crashes in the United States. To be eligible for the CISS sample, a crash must involve at least one towed passenger vehicle.



# Cooperation

CISS depends on the participation and cooperation of law enforcement agencies, hospitals, physicians, medical examiners, coroners, insurance companies, salvage facilities, tow yard operators, repair shops, and the people involved in crashes.

Cooperation from law enforcement agencies enables CISS to list and select crashes to be studied. Police crash reports – which provide key information on the location of the crash, the vehicles involved, and where the injured were taken for medical care – are obtained and treated as confidential documents. Law enforcement agencies also permit access to certain roadways and crashed vehicles.

NHTSA is recognized by the Department of Health and Human Services as a Public Health Authority, allowing the medical community to provide access to its records. Medical records are the primary source of data on the nature and severity of injuries.

Tow yards, repair facilities, and impound lots provide access to damaged vehicles. CISS Crash Technicians photograph vehicles at these sites, measure vehicle damage, document safety systems, and record the sources of occupant injury.

Confidential interviews with victims who were involved in crashes provide crash details, insights into how crashes occur, the extent of injuries, treatment received, safety system performance, and work time lost.

Collectively, information from these sources provides a detailed picture of a crash – from just before the crash through medical care received by the injured.

# How the Information Is Used

The data collected by the CISS field teams is used by NHTSA and others for a variety of purposes:

- Identifying existing and emerging highway safety problems;

06/20/2024

- Obtaining detailed crash performance data for passenger vehicles, including the vehicle safety systems and designs;
- Learning more about the nature of crash-related injuries and the relationship between the type and severity of a crash and the resulting injuries; and
- Assessing the effectiveness of motor vehicle standards and highway safety programs.

After all personal identifiers are removed, information collected by CISS is made available to other Federal agencies; State and local governments; universities; research institutions; automobile, trucking, and insurance industries; and the general public.