**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                    Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**JOINT MOTION TO EXTEND DEADLINE TO**
**FILE REPLY BRIEFING BY 14 DAYS**

Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, Plaintiff Dillon Angulo, and Defendant, Tesla, Inc. (hereinafter the "Parties"), through their undersigned counsel, hereby submit this Joint Motion for Two-Week Extension for the Parties to file their Replies to Pre-Trial Motions (ECF 318, 320, 326, 348 and 349), and Reply and Response to Angulo's Motion to Exclude Opinions of Dr. Crown (ECF 344), and states as follows:

1.	As this Court is aware, this case arises out of a two-vehicle collision and involves complex product liability issues and claims by multiple Plaintiffs. On February 24, 2025 Plaintiffs filed their Responses in opposition to Tesla's Motion for Summary Judgment, Tesla's Motion *in Limine* and Memorandum in Support, and Tesla's Motion To Exclude Plaintiffs' Experts Moore, Cummings, and Pettingill Under Federal Rules of Evidence 702, 401 and 403 and Memorandum of Law. (*See* Tesla's Motions at ECF 318, 320, and 326). On that same day, Tesla filed its Response to Plaintiffs' Motion to Exclude Expert Testing and Testimony of Tesla Expert Ryan Harrington. (*See* Plaintiff's Motion at ECF 349). On February 21, 2025, Plaintiff Angulo filed his amended Motion to Exclude Opinions of Dr. Crown. (*See* ECF 344).

2.	Per the Court's most recent Scheduling Order, Tesla's replies in support of ECF 318, 320, and 326 and Plaintiffs' Reply in Support of ECF 349 are currently due on March 3, 2025. (*See* ECF 332; *see* Local Rule 7.1(c)(1) (7 days to file reply briefing)). Plaintiffs' reply in support of ECF 349 is also due on March 3. *Id*. Plaintiffs' reply in support of Plaintiffs' Motion *in Limine* will be due on March 7. (*Id*; *see* ECF 348).[1] Finally, Tesla's Response and Angulo's Reply to Angulo's Motion to Exclude Opinions of Dr. Crown are respectively due on March 7 and 28. *Id*.

3.	The Parties' briefing implicates voluminous complex issues that will require more time to craft the aforementioned response and reply briefing. For these reasons, the Parties jointly request the Court for additional time to file their briefing as follows:

| Brief | Current Deadline | New Deadline |
|---|---|---|
| Reply ISO Tesla's Motion *in Limine* (ECF 318) | March 3, 2025 | March 17, 2025 |
| Reply ISO Tesla's Motion To Exclude Plaintiffs' Experts (ECF 320) | March 3, 2025 | March 17, 2025 |

---

[1] Tesla has not yet filed its response to Plaintiffs' Omnibus Motion *in Limine*.

| Brief | Current Deadline | New Deadline |
|---|---|---|
| Reply ISO Tesla's Motion for Summary Judgment (ECF 326) | March 3, 2025 | March 17, 2025 |
| Reply ISO Plaintiffs' Motion to Exclude Expert Testing and Testimony (ECF 322) | March 3, 2025 | March 17, 2025 |
| Reply ISO Plaintiffs' Omnibus Motion *in Limine* (ECF 348) | March 7, 2025 | March 21, 2025 |
| Response in Opposition to Angulo's Motion to Exclude Dr. Crown (ECF 344) | March 7, 2025 | March 21, 2025 |
| Reply ISO of Plaintiffs' Motion to Exclude Dr. Crown (ECF 344) | March 14, 2025 | March 28, 2025 |

4.  This extension will not interfere with any of the Court's other pre-trial deadlines. Trial is not set to commence until July 14, 2025, and the Parties' Joint Pre-Trial Stipulation and accompanying documents are not due until June 30, 2025. (*See* ECF 354).

## CONCLUSION

**WHEREFORE**, for the reasons stated herein, the Parties jointly move the Court to enter the relief specified in Paragraph 3 of this Motion.

## Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiffs and Tesla conferred regarding the issues expressed in this Motion on February 26, 2025. Plaintiffs **Join** the relief sought.

Date:  February 27, 2025

Respectfully submitted,

*s/ Whitney V. Cruz*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**DREW P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 2920
Tel. 803-726-7420 / Fax: 803.726.7421
Joel.Smith@bowmanandbrooke.com

**HILARIE BASS**
Florida Bar No. 334243
**HILARIE BASS, ESQUIRE LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
Tel. 305-505-8777
bassh@bassinstitute.org

*Attorneys for Defendant TESLA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel. 619-771-3473
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Whitney V. Cruz*
       Whitney V. Cruz