# EXHIBIT A

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF FLORIDA
 3
 4   Case No. 21-cv-21940-BLOOM/Torres
 5   NEIMA BENAVIDES, as Personal
     Representative of the Estate
 6   of Naibel Benavides Leon, deceased,
               Plaintiff,
 7   -vs-
     TESLA, INC., a/k/a Tesla Florida, Inc.,
 8             Defendant.
 9   _____/
10   Case No. 22-22607-KMM
11   DILLON ANGULO,
               Plaintiff,
12   -vs-
     TESLA, INC., a/k/a Tesla Florida, Inc.,
13             Defendant.
14   _____/
15
16         VIDEOTAPED DEPOSITION OF DILLON ANGULO
17                Thursday, June 6, 2024
18                10:23 a.m. - 12:17 p.m.
19                   2 Alhambra Plaza
20              Coral Gables, Florida 33134
21
22   Stenographically Reported By
23   Pamela J. Pelino, RPR, FPR, CLR
24   Notary Public, State of Florida
25   PLANET DEPOS
```

```
 1   APPEARANCES:
 2   On behalf of the Plaintiff Angulo:
 3        ADAM BOUMEL, ESQUIRE
 4        THE ROUSSO BOUMEL LAW FIRM, PLLC
 5        9350 S. Dixie Highway, Suite 1520
 6        Miami, Florida 33156
 7        888.241.4225
 8
 9   On behalf of the Plaintiff Benavides:
10        TODD POSES, ESQUIRE (by telephone)
11        POSES LAW GROUP, P.A.
12        Alfred I. Dupont Building
13        169 East Flagler Street, Suite 1600
14        Miami, Florida 33131
15        305.577.0200
16
17   On behalf of the Defendant:
18        WHITNEY V. CRUZ, ESQUIRE
19        BOWMAN AND BROOKE LLP
20        Two Alhambra Plaza, Suite 800
21        Coral Gables, Florida 33134
22        305.995.5600
23
24   Videographer:
25        MICHAEL PIETANZA
```

```
 1   right back.  But I enjoy being able to at least for
 2   a couple of hours feel okay.
 3           Q.    Could you do the physical therapy more
 4   than once a week if it's helping you to feel better
 5   while you're doing it?
 6           A.    Yeah.  But it's, you know, it's -- I just
 7   don't feel like I can afford to be spending so much
 8   like that.  So I'm trying to kind of manage the
 9   money the best I can a little bit.  So I do it once
10   a week, and then I try to do other stuff at home,
11   like stretch and stuff like that.
12           Q.    So the reason you're not going to
13   physical therapy more than once a week is because
14   you can't afford it?
15           A.    Because I'm trying to manage money.
16           Q.    Do you have health insurance?
17           A.    I have health insurance.  Physical
18   therapy is not covered because it's out of network.
19           Q.    Okay.  Whose health insurance are you on?
20           A.    I have my own health insurance.
21           Q.    Okay.  Who is that -- what is the name of
22   the company?
23           A.    I think it's Blue Cross -- it's like blue
24   options with -- I forgot the company's name.
25           Q.    Okay.  How long have you been on your
```

```
 1        Q.    Right.  I understand.
 2              And just so you understand from our
 3   perspective, we're just here to ask you questions
 4   and to find out what's going on.
 5        A.    Okay.
 6        Q.    So we don't know what is going on unless
 7   we ask the questions and you tell us.
 8              MR. BOUMEL:  He understands.  He's just
 9        apologizing.
10   BY MS. CRUZ:
11        Q.    I am acknowledging what you are saying
12   and just trying to explain to you it's my job -- and
13   I'm sure Adam has told you.  I have to ask the
14   questions so that we have an understanding of what
15   is going on with you.  So I'm not trying to
16   insinuate anything or do anything other than get
17   information from you.
18        A.    It's fine.
19        Q.    So the massages, are they on a regular
20   basis, like once a week, once a month, or is it
21   sporadic?
22        A.    It's sporadic.  I try to fit it in.  I
23   try to get motivated to see if I can manage my pain
24   better, you know.  It's pricy, though, to be able to
25   be doing -- to be doing all that.
```

```
 1                  C E R T I F I C A T E

 2


 3    THE STATE OF FLORIDA

 4    COUNTY OF PALM BEACH

 5


 6            I, Pamela J. Pelino, Registered
      Professional Court Reporter and Notary Public in and
 7    for the State of Florida at large, do hereby certify
      that I was authorized to and did report said
 8    deposition in stenotype; and that the foregoing
      pages are a true and correct transcription of my
 9    shorthand notes of said deposition.
              I further certify that said deposition was
10    taken at the time and place hereinabove set forth
      and that the taking of said deposition was commenced
11    and completed as hereinabove set out.
              I further certify that I am not attorney
12    or counsel of any of the parties, nor am I a
      relative or employee of any attorney or counsel of
13    party connected with the action, nor am I
      financially interested in the action.
14            The foregoing certification of this
      transcript does not apply to any reproduction of the
15    same by any means unless under the direct control
      and/or direction of the certifying reporter.
16            Dated this 17th day of June, 2024.

17

18

19
                 _____
20

21    Pamela J. Pelino, RPR, FPR

22

23

24

25
```