# EXHIBIT B

# Barry M. Crown, Ph.D. and Associates, P.A.

## 9990 S.W. 77th Avenue – Suite 301

## Miami, Florida 33156

## Telephone: (305) 665-0771   Fax:  1 (877) 483-4856
bmcrown@barrycrown.com

## NEUROPSYCHOLOGICAL EVALUATION

**ANGULO, Dillon**                                                         Date Seen:  02-16-24
DOB:  04-14-92
CA:      31
D/L:    04-25-19

Mr. Dillon Angulo, a 31-year-old male, is seen for compulsory neuropsychological evaluation at a court reporter's office in downtown Miami, Florida. He was driving an SUV with his girlfriend as a front seat passenger and had pulled to the side of the road. After Mr. Angulo and his girlfriend had exited the SUV, but while they were standing near it, his vehicle was struck by a Tesla sedan. He sustained multiple injuries and his girlfriend died in this accident. He has continued with surgeries and treatments since this accident. There is pending litigation.

## IDENTIFYING DATA

This information was obtained from Mr. Angulo.

He was born and raised in Miami. Mother and father are living and well. There is one younger brother.

RE: ANGULO, Dillon – Page 2

He now lives in the Florida Keys but stays with his parents in Miami when he has appointments in Miami-Dade County.

He attended public elementary and middle schools and then attended Christopher Columbus High School but dropped out. He obtained a high school diploma from "Roger Whitten something". Per his representation to me, he did attend Miami-Dade College where he received an A.A. degree in accounting in 2018.

He has worked helping in his grandmother's landscaping business and has done varying air conditioning, restaurant work, and pressure cleaning.

He has been taking classes to obtain a general contractor's license. He has been doing this off and on as he has "focused on health".

He has been receiving psychological counseling once per week and seeks "ways to manage pain". He receives physical therapy once per week.

He takes Advil, two to four per day. He is taking tadalafil for erectile dysfunction, and was taking Wellbutrin (an antidepressant), but discontinued use.

He recalls the accident taking place on April 25, 2019.

He states that he will drink alcohol socially and will have a couple of drinks. He denies tobacco and recreational drug use.

Since the 2019 accident, he has been in another accident in which his vehicle was rear-ended resulting in him being seen in a hospital emergency room two days later.

RE: ANGULO, Dillon – Page 3

# RECORDS REVIEW

Records reviewed include, but are not limited to…

Initially Received
Florida Traffic Crash Report
Jackson Health System- Univ of Miami Hospital and Clinics
    Post-op Evaluation (6/13/19)
    X-Ray of pelvis (6/13/19)
    Post-op Evaluation (7/18/19)
    X-ray of pelvis (7/18/19)
    Post-op Evaluation (8/29/19)
    X-Ray of pelvis (8/29/19)
    X-Ray of right elbow (9/27/19)
    X-ray of right knee (9/27/19)
    Post-op Evaluation (10/3/19)
    X-Ray of pelvis (10/3/1 Evaluation (1/2/20)
    Post-op Evaluation (11/21/19)
    X-Ray of pelvis (11/21/19)
    2nd Opinion (11/26/19)
    Post-op Evaluation (1/2/20)
    X-Ray of pelvis (4/13/22)

Neuropsychological Evaluation - Richard A. Hamilton, Ph.D. (7/1/19)

Mind & Soul Therapy
    Initial intake (7/25/19)
    Therapy notes (9/5/19 to 3/20/23)

Elite Physical Therapy
    Initial Examination (9/20/19)
    PT progress note (7/8/20)
    PT Recertification (1/17/22)
    Daily notes (9/30/19 to 3/20/23)

RE: ANGULO, Dillon Page 4

DVD of Imaging
    Jackson Memorial Hospital
    Baptist Hospital of Miami

Second Records Submission
    Jackson Health System (complete medical chart)
    Baptist Health (hospital and out-patient/urgent care)
    Ocean Reef Public Safety EMS
    Monroe County Sherrif's Office

    Miami-Dade College
    Florida International University
    Miami Dade Fire Rescue
    Key Largo EMS
    Ledya Estino Nursery
    Pincho/Westchester
    Viking Landscaping
    United States Treasury/IRS

    Design Neuroscience Center (Kester Need, D.O.)

    Third Records Submission
    The Beachcomber Family Center for Addiction Recovery
    U Health Lennar Foundation Medical Center
    Evolv Wellness (massage)
    IRS tax returns – Steven H. Dohan, CPA
    IRS account transcripts
    Christopher Columbus High School transcript
    College of the Florida Keys
    Paul Canali, D.C.
    Plasencia & Associates, P.A.

Mr. Angulo sustained significant, multiple injuries (altered mental status and injury of abdomen) in the April 25, 2019 accident as reported by Ocean Reef EMS who were first at the scene. Glasgow Coma Scale rating by Ocean Reef EMS was an 8 (scale of 0 to 15) and rising. He was transferred to

RE: ANGULO, Dillon – Page 5

Jackson South and then to Jackson Memorial Hospital/University of Miami Hospital and Clinics. He had multiple pelvic surgeries. After leaving Jackson Memorial Hospital, he received treatment in the out-patient rehabilitation program at Baptist Hospital in Miami. He continued to receive psychotherapy and physical therapy.
.
A CT brain scan identified tiny foci of hyperdensity in the superior left parietal lobe likely reflecting tiny areas of intraparenchymal hemorrhage. There was no neurosurgical intervention.

Richard Hamilton, Ph.D. saw Mr. Angulo at the Baptist Hospital Out-Patient Rehabilitation facility. He prepared a neuropsychological evaluation report based upon assessment in four visits from October to December of 2019. This evaluation was conducted at Dr. Hamilton's private practice office. Dr. Hamilton concluded that Mr. Angulo suffered a moderate traumatic brain injury. He also found a moderate to severe level of depression and PTSD. He concluded that there was mildly impaired cognitive processing speed, moderately impaired executive functioning, mildly impaired attention and concentration and mildly impaired memory. Mr. Angulo's baseline functioning remains unknown and is not stated in Dr. Hamilton's report or reported elsewhere.

Mr. Angulo was in psychotherapy with Maridelie Diaz, Psy.D. for an extended period of time. He ultimately elected to discontinue treatment. It appears that the therapy consisted of revisiting the April 25, 2019 accident and did not appear to utilize the framework of Cognitive Behavior Therapy (CBT) with a focus on reframing and refocusing nor was there utilization of EMDR, another active therapeutic intervention for possible traumatic experiences.

Mr. Angulo returned to psychotherapy in 2023 with Carlos Plasencia, Ph.D., a licensed mental health counselor. Records indicate a treatment plan to utilize CBT and EMDR, but this is not apparent in the treatment records.

Mr. Angulo appeared to have utilized Baptist Health Urgent Care rather than a primary care physician. He has been seen at these urgent care facilities for upper respiratory infections, GERD, and various forms of dermatitis.

RE: ANGULO, Dillon – Page 6

Following his treatment at Jackson Memorial Hospital, he was an out-patient at the Baptist Hospital Intensive Out-Patient Brain Injury Program. He initially saw Dr. Richard Hamilton, neuropsychologist, at that location. Dr. Hamilton noted problems with recent memory. Mr. Angulo was successfully discharged from the program on December 31, 2019.

On December 15, 2014, Mr. Angulo was seen in the emergency room of Baptist Hospital after having a seizure at a workplace. He was transported by ambulance. Medical records indicate that he had been taking one to two 2mg Xanax (alprazolam) tablets a day and had abruptly stopped two days prior to the seizure. Medical screening was positive for cannabis and benzodiazepines.

In June of 2018, Mr. Angulo voluntarily entered a program for substance abuse and addiction at the Beachcomber Center in South Florida. He tested positive for cannabis, benzodiazepines, and cocaine. He was taking 2 to 4 milligrams of Xanax (alprazolam) per day and using cocaine in powder and crack form. He also complained of and was treated for depression. He was prescribed Wellbutrin for depression. Issues of sex addiction and love addiction emerged during treatment. When challenged in group counseling, he left the program against medical and clinical advice. His primary therapist noted that he was at high risk for relapse.

On April 24, 2023, He was seen at Baptist Urgent Care after being rear-ended in a motor vehicle accident. He was directed to the Baptist Hospital emergency room. The diagnosis was concussion and headache. A CT without contrast showed no acute abnormalities.

There was an early history of hyperactivity and treatment for ADHD.

Many of Mr. Angulo's problems are orthopedic and pain related and are beyond the scope of this neuropsychological evaluation.

Dr. Kester Nedd saw Mr. Angulo on June 29, 2023 and focused on orthopedic rehabilitation and pain management. A neuropsychological evaluation was recommended.

RE: ANGULO, Dillon – Page 7

## EXAMINATION PROCEDURES

Test of General Reasoning Ability (TOGRA); Comprehensive Trail-Making Test- 2nd Edition (CTMT2); Test of Verbal Conceptualization and Fluency F); The b Test; Rey 15 Figure Test; Structured Inventory of Malingered Symptomatology (SIMS); Repeatable Battery for the Assessment of Neuropsychological Status (RBANS- Update Form A); Millon Clinical Multiaxial Inventory-III (MCMI-III); 4 Item Pocket Smell Test (Sensonics); signature sample; clinical interview and behavioral observation in structured and unstructured situations.

## BEHAVIORAL OBSERVATIONS

Mr. Angulo was appropriately dressed and groomed. Speech was appropriate and goal directed. He was oriented 3X the environment.

He stated that he had driven himself from his parent's South Miami-Dade home to downtown Miami for this evaluation.

Three tests of performance symptom validity were administered. The Rey 15 Figure Test was within normal limits and The b Test was passed appropriately.

The Structured Inventory of Malingered Symptomatology (SIMS) in the areas of neurological Impairment (NI), Affective Disorders (AF), and Low intelligence (LI) were elevated and suggestive of malingering or exaggeration related to neurologic complaints, affect, and intelligence.

The 4 Item Pocket Smell Test was within normal limits.

His level of disclosure was variable and possibly incomplete.

Mr. Angulo is right-hand dominant.

RE: ANGULO, Dillon – Page 8

## RESULTS OF EXAMINATION

A neuropsychological assessment is a status examination on the date seen.

## NEUROPSYCHOLOGICAL FINDINGS

The Test of General Reasoning Ability (TOGRA) produced an average profile with a standard score of 70 placing Mr. Angulo at the 2nd percentile rank (95% Confidence Interval: 64 - 80). This is below expectancy levels given his education, history, and self-sufficiency. A standard score of 70 would reflect borderline intellectual functioning in the areas of reasoning and judgment.

The Repeatable Battery for the Assessment of Neuropsychological Status (Update Form A) produced the following profile:

| Factor | Percentile |
|---|---|
| Immediate Memory | 13.0 |
| Visuospatial/Constructional | 30.0 |
| Language | 8.0 |
| Attention | 5.0 |
| Delayed Memory | 21.0 |
| TOTAL (composite) | 8.0 |

This RBANS profile reflects performance that is inconsistent with any trauma related neuropsychological disturbance. It is inconsistent with the

RE: ANGULO, Dillon – Page 9

accident history and prior assessments. Findings are well below Dr. Hamilton's 2019 findings for this static form of possible brain injury.

The Comprehensive Trail-Making Test – 2nd Edition (CTMT2) involves visual scanning, initiation and maintenance of set, and conceptual flexibility. Mr. Angulo's obtained profile is as follows:

| Trail | T-Score | Percentile | Descriptive Rating |
|---|---|---|---|
| 1 | 58 | 79 | High Average |
| 2 | 45 | 31 | Average |
| 3 | 47 | 38 | Average |
| 4 | 4 | 6 | Mild to Moderate Imp |
| 5 | 30 | 2 | Mild to Moderate Imp |
| Inhibitory Con | | 50 | Average |
| Set-Shifting | | 2 | Mild to Moderate Imp |
| TOTAL | | 19 | Below Average |

This profile represents erratic responding that is inconsistent with trauma. This problem type of response is typically only seen in individuals whose primary language is other than English.

The Test of Verbal Conceptualization and Fluency, a language-based primarily frontal lobe assessment produced Categorical Fluency at the 50th percentile (Average) and Letter Naming at the 46th percentile (Average).

RE: ANGULO, Dillon – Page 10

# PERSONALITY FACTORS

Mr. Angulo's response profile on the MCMI-III is psychometrically valid. His profile suggests that he is driven by his desire to display an image of hard-boiled strength. Notable may be tendencies to intimidate and exploit others and to expect special recognition and consideration without assuming reciprocal responsibility. Actions are likely to be present that raise questions about personal integrity, such as a ruthless indifference to the rights of others. These may indicate a pervasively deficient social conscience, a disdain of traditional ideals, and a contemptuousness of conventional values.

Antisocial behavior, alcoholism, or drug problems would not be inconsistent with this clinical picture. When his life is under control, he may be skillful in exploiting the goodwill of others. More characteristically, he will be envious of others and wary of their motives. He feels unfairly treated and easily provoked to anger. A marked suspicion of those in authority causes him to feel secure only when he has power.

Deficient in deep feelings of loyalty and displaying an occasional indifference to truth, he may successfully scheme beneath his veneer of civility.

It is likely that Mr. Angulo is now undergoing a significant major depression that is probably characterized by agitation and erratic qualities. He may also feel trapped and powerless to control raging inner tensions. Fearing that he may jeopardize his problematic situation further, he may act contrite and self-accusatory following explosive acts. The conflicted qualities in his personality makeup tend to result in jumpiness and hyperdistractibility.

His overall profile is consistent with individuals who are likely to abuse drugs, legal or street substances, or both. Irritable, negative, and hostile, he may employ drugs not only to help him unwind his tensions and undo his conflicts but also to serve as a statement of resentful independence from constraints of social convention.

RE: ANGULO, Dillon – Page 11

Post-Traumatic Stress Disorder indicators are within normal limits. There are indicators for a major depressive disorder, anxiety disorder, and psychoactive substance abuse (either "dry" or active).

There are further indicators of borderline personality disorder with antisocial and sadistic features.

These personality and behavioral findings are self-reported and pre-exist the accident and treatments in questions.

## IMPRESSIONS

There is a mild brain function (neuropsychological) disturbance which appears to be exaggerated in this evaluation with no baseline (pre-accident) comparative basis. This is significant because of the early history of ADHD and the history of a substance abuse induced seizure episode as well as substance abuse treatment and depression treatment. Pain perception may also cloud the presentation

Exaggeration and possible malingering are noted in the evaluation.

There are confirmed indications of pre-existing depression and no present indications of a Post-Traumatic Stress Disorder.

*Barry M. Crown, Ph.D.*
FL PY002131

Barry M. Crown, Ph.D.
Diplomate, American Board of
Professional Neuropsychology

Added Qualifications in
Rehabilitation Neuropsychology

Certified Addictions Specialist

RE: ANGULO, Dillon – Page 12

Associate Professor of Translational Medicine
  and Neuroscience
Wertheim College of Medicine
Florida International University

Electronically signed by Barry M. Crown, Ph.D. on June 20, 2024 at 2:05PM CDT