# EXHIBIT E

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3    ----------------------------------x
 4    Case No.: 21-cv-21940-BLOOM/Torres  :
 5    NEIMA BENAVIDES, as Personal        :
 6    Representative of the Estate        :
 7    of Naibel Benavides Leon,           :
 8    deceased,                           :
 9              Plaintiff,                :
10         v.                             :
11    TESLA, INC., a/k/a Tesla            :
12    Florida, Inc.,                      :
13              Defendant.                :
14    ----------------------------------x
15    Case No.: 22-22607-KMM              :
16    DILLON ANGULO,                      :
17              Plaintiff,                :
18         v.                             :
19    TESLA, INC., a/k/a Tesla            :
20    Florida, Inc.,                      :
21              Defendant.                :
22    ----------------------------------x
23              DEPOSITION OF ALAN B. MOORE
24                 FRIDAY, JULY 12, 2024
25               (caption continued below)
```

```
 1              A P P E A R A N C E S
 2
 3      ON BEHALF OF THE PLAINTIFFS:
 4           BRETT SCHREIBER, ESQ.
 5           SINGLETON SCHREIBER
 6           591 Camino de la Reina
 7           Suite 1025
 8           San Diego, CA  92108
 9           (619) 771-3473
10      and
11           ADAM T. BOUMEL, ESQ.
12           THE ROUSSO BOUMEL LAW FIRM, PLLC
13           9350 South Dixie Highway
14           Suite 1520
15           Miami, FL  33156
16           (305) 670-6669
17
18      ON BEHALF OF THE DEFENDANTS:
19           WHITNEY V. CRUZ, ESQ.
20           BOWMAN and BROOKE, LLP
21           Two Alhambra Plaza
22           Suite 800
23           Miami, FL  33134
24           (305) 995-5600
25
```

```
 1   the development of an ADAS system?
 2        A.   No, I have not.
 3        Q.   So let's talk about ADAS a little bit.
 4             What is the purpose of ADAS Systems?
 5        A.   It's to assist the driver in perceiving
 6   the roadway environment and responding to it.
 7        Q.   And would you agree another one of the
 8   purposes of ADAS Systems is to reduce crashes?
 9        A.   At least to reduce the severity of
10   crashes.  Not always to actually reduce the crash
11   rate.
12        Q.   But the goal is to reduce the severity
13   or reduce the number of crashes; right?
14        A.   Yes.  That is one goal of ADAS
15   technology.
16        Q.   Okay.  And what is a Level 2 driver
17   assistance system?
18        A.   I'm sorry.  Could you repeat the
19   question again?
20        Q.   Sure.
21             What is a Level 2 driver assistance
22   system?
23        A.   According to SAE J3016, it's
24   technology -- or, actually, not even a technology,
25   a function in use at the time in a vehicle that
```

1    provides both lateral and longitudinal control of
2    the vehicle to assist the driver.
3         Q.   Okay.  So if you have a vehicle and the
4    system is not using lateral and longitudinal
5    control, then at that point in time it wouldn't be
6    an L2 system; correct?
7         A.   It would not be an L2 operation at that
8    time.
9              The same vehicle could have several
10   different levels of operation available.  The
11   level only describes the operation in use at the
12   time.
13        Q.   Does an L2 system require driver
14   monitoring?
15        A.   It assumes driver monitoring.  It
16   assumes that the driver will conduct the OEDR or
17   basically monitor the roadway.
18        Q.   And why does a Level 2 system require
19   driver monitoring?
20        A.   Because it has a limited ability to
21   handle hazards beyond lead vehicles and lane line
22   recognition.
23        Q.   And is an L2 system required to have a
24   driver monitoring system built into it?
25        A.   In 2019 in the U.S., I don't recall if

```
 1   there were any requirements on driver monitoring.
 2            SAE J3016, which is basically what we're
 3   talking about, is a recommended practice but not a
 4   requirement.
 5       Q.   And does J3016 recommend that there's a
 6   driver monitoring system -- that driver monitoring
 7   system should be a component of an L2 system?
 8       A.   Yes.
 9       Q.   And why is that?
10       A.   Well, basically, to prevent abuse.
11       Q.   Okay.  And do you agree that in an L2
12   system the driver is driving whenever those driver
13   support features are engaged, even if their feet
14   are off the pedals and they're not steering?
15       A.   No.  I'm not really interested in
16   semantics of the word "driving."
17            I would certainly agree that the
18   operator of the vehicle is in control of the
19   vehicle and responsible for what occurs with the
20   vehicle.
21       Q.   Okay.  Would you disagree, then, with
22   the statement that "The driver is driving whenever
23   these driver support features are engaged, even if
24   their feet are off the pedals and they're not
25   steering"?
```

1    regarding the risks and limitations of Autopilot
2    than McGee did; therefore, they had a better
3    ability to decide whether it should be used here
4    or not.
5            And this is not something I've come up
6    with.  This is described in two SAE documents,
7    J3016 and J3114, in that a Level 2 system carries
8    an expectation that the driver will conduct OEDR.
9    Basically, the driver will monitor the roadway,
10   that misuse or abuse can occur, and that
11   countermeasures may be necessary to correct the
12   driver's behavior.
13           That covers my basis for number 6.
14      Q.   And according to those same requirements
15   in the SA -- in the SAE document, the driver is
16   the one that determines whether to use a Level 2
17   system; correct?
18      A.   That is what J3016 -- I'm sorry.  Can
19   you repeat the question one more time or have the
20   court reporter read it back?  Either way is fine
21   with me.
22      Q.   That's okay.  I can repeat it.
23           In accordance with the SAE requirement
24   that you just read into the record, in that same
25   document doesn't it also say that in a Level 2

STATE OF FLORIDA:

COUNTY OF ORANGE:

      I, April Reid, Registered Professional Reporter, Certified Realtime Reporter and Notary Public in and for the State of Florida, and whose commission expires August 22, 2027, do certify that the aforementioned appeared before me, was sworn by me, and was thereupon examined by counsel; and that the foregoing is a true, correct, and full transcript of the testimony adduced.

      I further certify that I am neither related to nor associated with any counsel or party to this proceeding, nor otherwise interested in the event thereof.

      Given under my hand and notarial seal in Orlando, Florida, this 15th day of July, 2024.

_____

April Reid, RPR, CRR, Notary Public

State of Florida, County of Orange

Commission No. 455787/HH 436060