# EXHIBIT I

# PE21-020: Information Request, Question 5.e.

e. Describe subject system responses to driver control inputs that could cancel or override one or more of its Level 2 functions. For each driver input, include:
  i) Driver input description and minimum threshold (e.g., minimum steering angle or rate);
  ii) List the Level 2 functions disabled and permitted to continue operation following a driver override;
  iii) Describe / illustrate warnings and messages to the driver concerning the system status following a driver override; and
  iv) Explain which, if any, of the disabled Level 2 functions resume operation in their own after the override input and under what conditions.

| Override Method | Threshold | Disabled functions | Permitted Functions | Warnings/messages | Resumed functions |
|---|---|---|---|---|---|
| Braking | Driver brake press is detected by the brake hardware. This signal is debounced for 60 ms on the Drive Inverter to ensure that the brake apply is intentional. | Autosteer, Traffic Aware Cruise Control | Active Safety Features (as set by driver in driver profile) | Sounds a chime and the Autosteer icon either turns gray to indicate that Autosteer is no longer active, or disappears to indicate that it is not currently available.<br><br>Blue lane lines disappear, If NoA was engaged, NoA Center line disappears. | N/A |
| Steering | Model 3/Y:<br>Steering wheel torque greater than 2.5 Nm for 150 milliseconds<br><br>Model S/X:<br>Steering wheel torque greater than 3 Nm for 150 milliseconds | Autosteer | Traffic Aware Cruise Control, Active Safety Features (as set by driver in driver profile) | Sounds a chime and the Autosteer icon either turns gray to indicate that Autosteer is no longer active, or disappears to indicate that it is not currently available. Speed icon highlighted blue to indicate TACC remains engaged.<br><br>If NoA was engaged, NoA Center line disappears. | N/A |
| Acceleration Pedal | Cruise control calculates a torque command based on the current Autopilot command (speed target, acceleration limits, and jerk limits) and vehicle state (grade, estimated mass, etc). Cruise control is in the override state whenever the driver's accelerator pedal torque exceeds the torque computed for the given Autopilot commands. | Set Speed Control | Autosteer, Traffic Aware Cruise Control, Active Safety Features (as set by driver in driver profile)<br><br>Note: The driver can cancel AEB by (1) releasing the accelerator pedal to 0% and (2) applying accelerator pedal to 90% to cancel the AEB event. Torque is then ramped back in at a rate designed to be controllable. The cancellation logic is on Autopilot and the ramp-in logic is on the Drive Inverter.<br><br>To reduce severity in case of AEB false trips, AEB is limited to a maximum speed reduction of 65 KPH. | Vehicle speed display changes<br><br>Alert indicating that Traffic Control Cruise will not brake will show up on persistent acceleration pedal override for 10s. | Cruise exits override whenever the accelerator pedal torque returns below the torque requested from Autopilot. |
| Cruise stalk or button | • Model 3/Y<br>  • Pulling the right stalk to the UP 1 and releasing, or<br>  • Pulling the right stalk to the UP 2 position<br>• Â Model S/X (pre-2021)<br>  • Pushing the cruise stalk away from the driver<br>• Model S/X (2021+)<br>  • Pressing and releasing the right scroll wheel (cancels on release) | Autosteer, Traffic Aware Cruise Control | Active Safety Features (as set by driver in driver profile) | Sounds a chime and the Autosteer icon either turns gray to indicate that Autosteer is no longer active, or disappears to indicate that it is not currently available. | N/A |

| | | | | | |
|---|---|---|---|---|---|
| Shifting to Neutral | <ul><li>Model 3/Y<ul><li>Holding the right stalk in the UP 1 position for 1 second.</li></ul></li><li>Model S/X (pre-2021)<ul><li>Holding the gear stalk in the Neutral position for 1 second.</li></ul></li><li>Model S/X (2021+)<ul><li>Pressing the N capacitive gear shift button on the center console or pressing and holding the Neutral button on a submenu in the UI.</li></ul></li></ul> | Autosteer, AEB, Traffic Aware Cruise Control | N/A | Sounds a chime and autosteer icon disappears as autosteer will no longer be available | N/A |
| Park button press | <ul><li>Model 3/Y<ul><li>Pressing the Park button on the end of the right stalk.</li></ul></li><li>Model S/X (pre-2021)<ul><li>Pressing the Park button on the end of the gear stalk.</li></ul></li><li>Model S/X (2021+)<ul><li>Pressing the P capacitive gear shift button on the center console.</li></ul></li></ul> | Autosteer, AEB, Traffic Aware Cruise Control | N/A | Sounds a chime and autosteer icon disappears as autosteer will no longer be available | N/A |