# EXHIBIT J

# Automated Vehicles for Safety

Language: **English** ▾

# Overview

The continuing evolution of automotive technology aims to deliver even greater safety benefits than earlier technologies. One day, automated driving systems, which some refer to as automated vehicles, may be able to handle the whole task of driving when we don't want to or can't do it ourselves.

Share: f 𝕏 in ✉

## Safety Facts

# 42,514

NUMBER OF PEOPLE KILLED IN MOTOR VEHICLE CRASHES IN 2022

**LEARN ABOUT TESTING HAPPENING IN THE U.S.**

# AV TEST

**Automated Vehicles for Safety** ▾

THE TOPIC

# The Evolution of Automated Safety Technologies

**RELATED TOPIC**

**DRIVER ASSISTANCE TECHNOLOGIES**

Many vehicles on the road today have driver assistance technologies, which help to save lives and prevent injuries on our nation's roads. While some driver assistance technologies are designed to warn you if you're at risk of an impending crash, others are designed to take action to avoid a crash.

The continuing evolution of automotive technology, including driver assistance technologies and automated driving systems, aim to deliver even greater safety benefits.

## A Vision for Safety: Learn More

Download NHTSA's voluntary guidance, technical documentation, and additional resources related to automated vehicles.

GUIDANCE RESOURCES

## Five Eras of Safety



# 1950 - 2000

Safety/Convenience Features

Cruise Control
Seat Belts
Antilock Brakes



# 2000 – 2010

Advanced Safety Features

Electronic Stability Control
Blind Spot Detection
Forward Collision Warning
Lane Departure Warning



# 2010 – 2016

Advanced Driver Assistance Features

Rearview Video Systems
Automatic Emergency Braking
Pedestrian Automatic Emergency Braking

Rear Automatic Emergency Braking
Rear Cross Traffic Alert
Lane Centering Assist



# 2016 - 2025

Partially Automated Safety Features

Lane Keeping Assist
Adaptive Cruise Control
Traffic Jam Assist



# 2025+

Fully Automated Safety Features

**THE TOPIC**

# The Road to Full Automation

**GRAPHIC**

LEVELS OF AUTOMATION PDF

Cars and trucks that drive us — instead of us driving them — may offer transformative safety opportunities at their maturity. At this time, even the highest level of driving automation available to consumers requires the full engagement and undivided attention of drivers. There is considerable investment into safe testing, development and validation of automated driving systems.

Level
0
**Momentary Driver Assistance**

Level
1
**Driver Assistance**

Level
2
**Additional Assistance**

Level
3
**Conditional Automation**

Level
4
**High Automation**

Level
5
**Full Automation**

THE TOPIC

# Benefits

SAFETY

Vehicle safety promises to be one of automation's biggest benefits. Higher levels of automation, referred to as automated driving systems, remove the human driver from the chain of events that can lead to a crash. While these systems are not available to consumers today, the advantages of

this developing technology could be far-reaching.

What is available to consumers today: active safety systems. These are types of advanced driver assistance systems, which provide lower levels of automation that can assist a driver by anticipating imminent dangers and working to avoid them.

Collectively, these technologies will help protect drivers and passengers, as well as bicyclists and pedestrians.

**THE TOPIC**

# Frequently Asked Questions

### When will automated driving systems or "self-driving" vehicles be available?

### What are the safety benefits of automated vehicles?

### I've heard stories about "self-driving" vehicles that have crashed. Why are they on the road?

### What automated features are currently available in vehicles?

### How will I know automated driving systems are safe?

### Will automated vehicles be more vulnerable to hacking?

**If a vehicle is driving itself, who is liable if the vehicle crashes? How is the vehicle insured?**

**I've seen concept automated vehicles that don't even have a steering wheel, accelerator or brake pedal. Will I be allowed to drive my own vehicle in the future if it is automated?**

**Will automated vehicles help the elderly and people with disabilities who cannot drive today?**

**Explain the different terms: automated driving system, automated vehicle and "self-driving" vehicle.**

NHTSA IN ACTION

# NHTSA is dedicated to advancing the lifesaving potential of new vehicle technologies

NHTSA demonstrates its dedication to saving lives on our nation's roads and highways through its approach to the safe development, testing, and deployment of new and advanced vehicle technologies that have enormous potential for improving safety and mobility for all Americans.

NHTSA supports the Safe System Approach, a data-driven and holistic method to roadway safety that fully integrates the needs of all users. As part of this approach, vehicle safety technologies offer unique opportunities to reduce traffic deaths, injuries, and harm.

In 2021, NHTSA issued a Standing General Order that requires manufacturers and operators of automated driving systems and SAE Level 2 advanced driver assistance systems equipped vehicles to report crashes to the agency.

In 2020, NHTSA launched Automated Vehicle Transparency and Engagement for Safe Testing. As part of the AV TEST initiative, states and companies can voluntarily submit information about testing of automated driving systems to NHTSA, and the public can view the information using NHTSA's interactive tool.

In September 2016, NHTSA and the U.S. Department of Transportation issued the Federal Automated Vehicles Policy, which sets forth a proactive approach to providing safety assurance and facilitating innovation. Building on that policy and incorporating feedback received through public comments, stakeholder meetings, and Congressional hearings the agency issued _Automated Driving Systems: A Vision for Safety_.

## Explore other topics in **Vehicle Safety**

15-Passenger Vans →

Adapted Vehicles →

Air Bags →

Automated Vehicles for Safety →

Car Seats and Booster Seats →

Seat Belts →

Driver Assistance Technologies →

Electric and Hybrid Vehicles →

Odometer Fraud →