# EXHIBIT K



# MODEL S OWNER'S MANUAL



2018.48.12
December 17, 2018

BENAVIDES-00001795

## Features

These safety features are available on all Model S equipped with Autopilot components:

- Lane Assist (see Lane Assist on page 100).
- Collision Avoidance Assist (see Collision Avoidance Assist on page 102).
- Speed Assist (see Speed Assist on page 105).
- Auto High Beam (see High Beam Headlights on page 55).

These convenience features, designed to reduce driver workload, are available only if your Tesla vehicle is equipped with the optional Enhanced Autopilot or Full Self-Driving Capability packages:

- Traffic-Aware Cruise Control (see Traffic-Aware Cruise Control on page 82).
- Autosteer (see Autosteer on page 89).
- Autopark (see Autopark on page 95).

You can enable/disable Autopilot features and in some cases, control how they work. To access settings for Autopilot features, touch **Controls** > **Autopilot**.

## Calibration

Model S must maneuver with a great deal of precision when Autopilot features are being used. Therefore, before some features (for example, Traffic-Aware Cruise Control or Autosteer) can be used for the first time, some cameras must complete a self-calibration process.

Calibration typically completes after driving 20-25 miles (32-40 km), but the distance varies depending on road and environmental conditions. Driving on a straight road with highly-visible lane lines allows Model S to calibrate quicker. When calibration is complete, the features are available for use. Contact Tesla if your Model S has not completed the calibration process after driving 100 miles (160 km).

**Note:** If you attempt to use a feature that is not available until the calibration process is complete, the feature will not be enabled and the instrument panel displays a message.

**Note:** Model S repeats the calibration process if the cameras are serviced by Tesla and in some cases, after a software update.

## Limitations

Many factors can impact the performance of Autopilot components, causing them to be unable to function as intended. These include (but are not limited to):

- Poor visibility (due to heavy rain, snow, fog, etc.).
- Bright light (due to oncoming headlights, direct sunlight, etc.).
- Damage or obstructions caused by mud, ice, snow, etc.
- Interference or obstruction by object(s) mounted onto the vehicle (such as a bike rack).
- Obstruction caused by applying excessive paint or adhesive products (such as wraps, stickers, rubber coating, etc.) onto the vehicle.
- Narrow or winding roads.
- A damaged or misaligned bumper.
- Interference from other equipment that generates ultrasonic waves.
- Extremely hot or cold temperatures.

 **Warning:** The list above does not represent an exhaustive list of situations that may interfere with proper operation of Autopilot components. Never depend on these components to keep you safe. It is the driver's responsibility to stay alert, drive safely, and be in control of the vehicle at all times.

 **Caution:** If a windshield replacement is needed, take your vehicle to Tesla Service. This will ensure appropriate handling and mounting of the camera(s). Failure to do so can cause one or more Autopilot features to malfunction.

## Cleaning Cameras and Sensors

To ensure the various Autopilot components can provide information that is as accurate as possible, keep them clean and free of obstructions or damage. Occasionally remove any buildup of dirt by wiping the components with a soft cloth dampened with warm water.

 **Caution:** Do not use chemical-based or abrasive cleaners. Doing so can damage surfaces.

 **Caution:** Avoid using a high-pressure power washer.

 **Caution:** Do not clean an ultrasonic sensor or camera lens with a sharp or abrasive

BENAVIDES-00001875



cv-21940-BB   Document 359-11   Entered on FLSD Docket 02/28/2025   P

**Note:** Traffic-Aware Cruise Control is a BETA feature.

**Note:** If your vehicle is not equipped with the optional Enhanced Autopilot or Full Self-Driving Capability package, refer to the owner's manual on your vehicle's touchscreen for instructions on how to use Cruise Control.

If your Model S is equipped with Autopilot components (see About Autopilot on page 79), and you have purchased the optional Enhanced Autopilot or Full Self-Driving Capability package, the forward looking cameras and the radar sensor are designed to determine when there is a vehicle in front of you in the same lane. If the area in front of Model S is clear, Traffic-Aware Cruise Control maintains a set driving speed. When a vehicle is detected, Traffic-Aware Cruise Control is designed to slow down Model S as needed to maintain a selected time-based distance from the vehicle in front, up to the set speed. Traffic-Aware Cruise Control does not eliminate the need to watch the road in front of you and to manually apply the brakes when needed.

Traffic-Aware Cruise Control is primarily intended for driving on dry, straight roads, such as highways and freeways. It should not be used on city streets.

 **Warning:** Traffic-Aware Cruise Control is designed for your driving comfort and convenience and is not a collision warning or avoidance system. It is your responsibility to stay alert, drive safely, and be in control of the vehicle at all times. Never depend on Traffic-Aware Cruise Control to adequately slow down Model S. Always watch the road in front of you and be prepared to take corrective action at all times. Failure to do so can result in serious injury or death.

 **Warning:** Although Traffic-Aware Cruise Control is capable of detecting pedestrians and cyclists, never depend on Traffic-Aware Cruise Control to adequately slow Model S down for them. Always watch the road in front of you and be prepared to take corrective action at all times. Failure to do so can result in serious injury or death.

 **Warning:** Do not use Traffic-Aware Cruise Control on city streets or on roads where traffic conditions are constantly changing.

 **Warning:** Do not use Traffic-Aware Cruise Control on winding roads with sharp curves, on icy or slippery road surfaces, or when weather conditions (such as heavy rain, snow, fog, etc.) make it inappropriate to drive at a consistent speed. Traffic-Aware Cruise Control does not adapt driving speed based on road and driving conditions.

## To Use Traffic-Aware Cruise Control

To use Traffic-Aware Cruise Control, you must be driving at least 18 mph (30 km/h), unless a vehicle is detected ahead of you. If a vehicle is detected ahead of you, you can use Traffic-Aware Cruise Control at any speed, even when stationary, provided Model S is at least 5 feet (150 cm) behind the detected vehicle.

 When Traffic-Aware Cruise Control is available but is not actively cruising at a specified set speed, the instrument panel displays a gray speedometer icon on the left side of your current driving speed. The number shown in gray is the speed limit that is being determined by Speed Assist (see Controlling Speed Assist on page 105).

## Set the cruising speed

You can set the cruising speed to either:

- Your current driving speed. The minimum speed you can set is 18 mph (30 km/h) and the maximum is 90 mph (150 km/h). It is the driver's responsibility to cruise at a safe speed based on road conditions and speed limits.
- The speed limit, plus any offset you have specified (see Speed Assist on page 105).

To set the cruising speed to your current driving speed, move the cruise control lever up or down.

BENAVIDES-00001877



To set the cruising speed to the speed limit plus any offset you've specified using Speed Assist, pull the cruise control lever toward you. If you are already driving faster than the speed limit, the set speed does not adjust to the speed limit—it adjusts to your current driving speed. If you move the cruise control level up or down after setting Traffic-Aware Cruise Control to cruise at the speed limit, your set speed becomes your current driving speed.



After setting the cruising speed, release the accelerator pedal to allow Traffic-Aware Cruise Control to maintain your set speed.

 When the cruising speed is set, the speedometer icon on the instrument panel turns blue and displays the set speed.

**Note:** Double-pulling the cruise control lever toward you engages Autosteer (assuming it has been enabled as described in *Autosteer* on page 89). In this case, if you are not already cruising at a set speed, the cruising speed is set to either your current driving speed or the speed limit (plus any specified offset), whichever is greater.

 **Warning:** When you adjust the cruising speed based on the speed limit, the set speed does not change when the speed limit changes. You must pull the cruise

control lever again to cruise at the new speed limit. You can also manually adjust your cruising speed at any time (see *Changing the Set Speed* on page 84).

 **Warning:** Do not rely on Traffic-Aware Cruise Control or Speed Assist to determine an accurate or appropriate cruising speed. Always cruise at a safe speed based on road conditions and applicable speed limits.

## Cruising at the set speed

Traffic-Aware Cruise Control maintains your set cruising speed whenever a vehicle is not detected in front of Model S. When cruising behind a detected vehicle, Traffic-Aware Cruise Control accelerates and decelerates Model S as needed to maintains a chosen following distance (see *Adjust your following distance* on page 85), up to the set speed.

Traffic-Aware Cruise Control also adjusts the cruising speed when entering and exiting curves.

You can manually accelerate at any time when cruising at a set speed, but when you release the accelerator, Traffic-Aware Cruise Control resumes cruising at the set speed.

**Note:** When Traffic-Aware Cruise Control is actively slowing down Model S to maintain the selected distance from the vehicle ahead, brake lights turn on to alert other road users that you are slowing down. You may notice slight movement of the brake pedal. However, when Traffic-Aware Cruise Control is accelerating Model S, the accelerator pedal does not move.

 **Warning:** Traffic-Aware Cruise Control may occasionally cause Model S to brake when not required or when you are not expecting it. This can be caused by closely following a vehicle ahead, detecting vehicles or objects in adjacent lanes (especially on curves), etc.

 **Warning:** Due to limitations inherent in the onboard GPS (Global Positioning System), you may experience situations in which Traffic-Aware Cruise Control slows down the vehicle, especially near highway exits where a curve is detected and/or you are actively navigating to a destination and not following the route.

 **Warning:** Traffic-Aware Cruise Control cannot detect all objects and, especially in situations when you are driving over 50 mph (80 km/h), may not brake/

BENAVIDES-00001878



decelerate when a vehicle or object is only partially in the driving lane or when a vehicle you are following moves out of your driving path and a stationary or slow-moving vehicle or object is in front of you. Always pay attention to the road ahead and stay prepared to take immediate corrective action. Depending on Traffic-Aware Cruise Control to avoid a collision can result in serious injury or death. In addition, Traffic-Aware Cruise Control may react to vehicles or objects that either do not exist or are not in the lane of travel, causing Model S to slow down unnecessarily or inappropriately.

 **Warning:** Traffic-Aware Cruise Control may be unable to provide adequate speed control because of limited braking capability and hills. It can also misjudge the distance from a vehicle ahead. Driving downhill can increase driving speed, causing Model S to exceed your set speed (and potentially the road's speed limit). Never depend on Traffic-Aware Cruise Control to slow down the vehicle enough to prevent a collision. Always keep your eyes on the road when driving and be prepared to take corrective action as needed. Depending on Traffic-Aware Cruise Control to slow the vehicle down enough to prevent a collision can result in serious injury or death.

## Changing the Set Speed

To change the set speed while using Traffic-Aware Cruise Control, move the cruise control lever up (increase) or down (decrease) until your desired set speed is displayed.



To increase/decrease speed by 1 mph (1 km/h), move the lever up or down to the first position and release. To increase/decrease speed to the closest 5 mph (5 km/h) increment, move the lever up/down to the second position and release. For example, if you are traveling at 57 mph and you move the lever up to the second position and release, the speed increases to 60 mph. You can also increase/decrease speed by holding the lever in the full up/down position and releasing when the desired speed displays below the cruise control icon.

**Note:** It may take a few seconds for Model S to reach the new cruising speed, assuming Model S does not detect a vehicle ahead driving slower than your set speed.

BENAVIDES-00001879



## HOLD State

When following a vehicle, Traffic-Aware Cruise Control remains active at low speeds, even when Model S comes to a full stop. When the vehicle is moving again, Traffic-Aware Cruise Control resumes operating at the set speed. However, under the following circumstances, Traffic-Aware Cruise Control goes into a **HOLD** state, in which case, you need to briefly press the accelerator pedal or pull the cruise control lever toward you (see Canceling and Resuming on page 86) to resume cruising. When the **HOLD** status is active, the instrument panel displays the **HOLD** icon and a message that indicates that you need to resume cruise control. The following circumstances can cause Traffic-Aware Cruise Control to go into the **HOLD** state:

- Model S has been at a standstill for 5 minutes.
- Model S detects a pedestrian (the **HOLD** state may clear when the pedestrian is no longer detected).
- Model S suddenly loses visibility of the vehicle in front of you.
- The ultrasonic sensors detect an obstacle in front of Model S.

## Cruising Near or On Freeway Exits

When cruising near an exit on a controlled access road (such as a highway or freeway) and engaging the turn signal toward the exit, Traffic-Aware Cruise Control assumes you are exiting and begins to slow down the vehicle. If you do not drive onto the exit, Traffic-Aware Cruise Control resumes cruising at the set speed. In a region with right hand traffic, this occurs only when you engage the right turn signal when driving in the right-most lane within 164 feet (50 meters) of an exit. Likewise in regions with left hand traffic; when engaging the left turn signal when driving in the left-most lane within 164 feet (50 meters) of an exit.

**Note:** The onboard Global Positioning System (GPS) determines if you are driving in a region with right or left hand traffic. In situations where GPS data is unavailable (for example, if there is inadequate signal), engaging the turn signal near an exit does not cause Traffic-Aware Cruise Control to slow down Model S.

When enabled while on a highway interchange or off-ramp, Traffic-Aware Cruise Control may reduce your set speed in 5 mph (5 km/h) increments – to as slow as 25 mph (40 km/h) – to better match the reported speeds of other Tesla vehicles that have driven at that specific location. To override this and continue cruising at your set speed, tap the accelerator pedal or move the cruise stalk. The new set speed is maintained for the duration of the interchange or off-ramp (unless you override it or cancel Traffic-Aware Cruise Control). After the interchange or off-ramp, the set speed may revert or change as necessary based on the new location. For example, if you merged onto a different highway, the set speed reverts back to the set speed that was in use before driving on the interchange.

 **Warning:** In some cases (such as having insufficient data), Traffic-Aware Cruise Control may not automatically reduce the set speed on the highway interchange or off-ramp. Do not rely on Traffic-Aware Cruise Control to determine an appropriate driving speed. Tesla recommends driving at a speed that is safe for road conditions and within posted speed limits.

## Adjust your following distance

To adjust the following distance you want to maintain between Model S and a vehicle traveling ahead of you, rotate the cruise control lever to choose a setting from 1 (the closest following distance) to 7 (the longest following distance). Each setting corresponds to a time-based distance that represents how long it takes for Model S, from its current location, to reach the location of the rear bumper of the vehicle ahead of you.



As you rotate the cruise control lever, the instrument panel displays the current setting. Release the lever when the desired setting is displayed.

BENAVIDES-00001880

cv-21940-BB   Document 359-11   Entered on FLSD Docket 02/28/2025   P



**Note:** Your setting is retained until you manually change it.

⚠ **Warning:** It is the driver's responsibility to determine and maintain a safe following distance at all times. Do not rely on Traffic-Aware Cruise Control to maintain an accurate or appropriate following distance.

⚠ **Warning:** Never depend on Traffic-Aware Cruise Control to adequately slow down Model S to avoid a collision. Always watch the road in front of you and stay prepared to take immediate corrective action.

## Overtake Acceleration

When following a vehicle with Traffic-Aware Cruise Control active, briefly engaging the turn signal (to indicate a move into the passing lane) accelerates Model S towards the vehicle ahead. By momentarily holding the turn signal lever up or down, you can quickly accelerate up to your set speed without having to press the accelerator pedal. The turn signal causes acceleration only when all of the following conditions are met:

- Traffic-Aware Cruise Control is operating and detects a vehicle in front of you.
- No obstacles or vehicles are detected in the target lane.
- Model S is traveling below the set speed, but over 45 mph (72 km/h).

Overtake Acceleration is intended as an aid when passing a vehicle ahead of you. When the turn signal is engaged, Traffic-Aware Cruise Control continues to maintain distance from the vehicle ahead, but allows you to drive slightly closer than your selected distance.

Acceleration cancels when one of the conditions happen:

- You reach your set cruising speed.
- Changing lanes takes too long.
- Model S gets too close to the vehicle ahead.

  OR
- You disengage the turn signal.

**Note:** Overtake Acceleration occurs when you either fully engage the turn signal, or you hold the turn signal in the momentary position (partially engaged). When you release or disengage the turn signal, Model S stops accelerating (in the same way as when you release the accelerator pedal) and resumes the set speed.

⚠ **Warning:** Overtake Acceleration can cancel for many unforeseen reasons in addition to those listed above (for example, lack of GPS data). Stay alert and never depend on Overtake Acceleration to increase your driving speed.

⚠ **Warning:** Overtake Acceleration increases your driving speed whenever the appropriate turn signal is engaged, and accelerates Model S closer to the vehicle ahead. Although Traffic-Aware Cruise Control continues to maintain distance from the vehicle ahead, it is important to be aware that your selected following distance is reduced when Overtake Acceleration is active, particularly in cases where it may not be your intention to overtake the vehicle you are following.

## Canceling and Resuming

To manually cancel Traffic-Aware Cruise Control, briefly push the cruise control lever away from you or press the brake pedal. The speedometer icon on the instrument panel turns gray to indicate that Traffic-Aware Cruise Control is no longer active.



To resume cruising at the previously set speed, briefly pull the cruise control lever toward you.

BENAVIDES-00001881

Traffic-Aware Cruise Control



To resume cruising at the current driving speed, move the cruise control lever up or down, then release



**Note:** When Traffic-Aware Cruise Control cancels, Model S does not coast. Instead, regenerative braking slows down Model S in the same way as when you move your foot off the accelerator when driving without Traffic-Aware Cruise Control (see Regenerative Braking on page 65).

 **Warning:** Traffic-Aware Cruise Control cancels, or may not be available, in the following situations:

- You press the brake pedal.
- Your driving speed exceeds the maximum cruising speed of 90 mph (150 km/h).
- You shift Model S into a different gear.
- A door is opened.
- The view from the radar sensor or camera(s) is obstructed. This could be caused by dirt, mud, ice, snow, fog, etc.
- The traction control setting is manually disabled or is repeatedly engaging to prevent wheels from slipping.
- The wheels are spinning while at a standstill.

- The Traffic-Aware Cruise Control system is failing or requires service.

When Traffic-Aware Cruise Control is unavailable or cancels, Model S no longer drives consistently at a set speed and no longer maintains a specified distance from the vehicle ahead.

 **Warning:** Traffic-Aware Cruise Control can cancel unexpectedly at any time for unforeseen reasons. Always watch the road in front of you and stay prepared to take appropriate action. It is the driver's responsibility to be in control of Model S at all times.

## Summary of Cruise Indicators

 Traffic-Aware Cruise Control is available but is not actively controlling your speed until you activate it. The number shown in gray is determined by Speed Assist (see Controlling Speed Assist on page 105).

 Traffic-Aware Cruise Control is operating and is either maintaining the set speed (no vehicle in front) or is maintaining a chosen following distance from a vehicle ahead (up to the set speed).

 Model S has fully stopped but is in a **HOLD** state. If safe, press the accelerator pedal to resume cruising at the set speed.

## Limitations

Traffic-Aware Cruise Control is particularly unlikely to operate as intended in the following types of situations:

- The road has sharp curves.
- Visibility is poor (due to heavy rain, snow, fog, etc.).
- Bright light (such as from oncoming headlights or direct sunlight) is interfering with the view of the camera(s).
- The radar sensor is obstructed (dirty, covered, etc.).
- The windshield is obstructing the view of the camera(s) (fogged over, dirty, covered by a sticker, etc.).

 **Warning:** The list above does not represent an exhaustive list of situations

BENAVIDES-00001882


that may interfere with proper operation
of Traffic-Aware Cruise Control.

BENAVIDES-00001883



**Note:** Autosteer is a BETA feature.

If your Model S is equipped with Autopilot components (see About Autopilot on page 79), and you have purchased the optional Enhanced Autopilot or Full Self-Driving Capability packages, you can use Autosteer to manage steering and speed under certain circumstances. Autosteer builds upon Traffic-Aware Cruise Control (see Traffic-Aware Cruise Control on page 82), intelligently keeping Model S in its driving lane when cruising at a set speed. Autosteer also allows you to use the turn signals to move Model S into an adjacent lane (see Auto Lane Change on page 91). Using the vehicle's camera(s), the radar sensor, and the ultrasonic sensors, Autosteer detects lane markings and the presence of vehicles and objects for steering Model S.

⚠️ **Warning:** Autosteer is a hands-on feature. You must keep your hands on the steering wheel at all times.

⚠️ **Warning:** Autosteer is intended for use only on highways and limited-access roads with a fully attentive driver. When using Autosteer, hold the steering wheel and be mindful of road conditions and surrounding traffic. Do not use Autosteer on city streets, in construction zones, or in areas where bicyclists or pedestrians may be present. Never depend on Autosteer to determine an appropriate driving path. Always be prepared to take immediate action. Failure to follow these instructions could cause damage, serious injury or death.

## Operating Autosteer

Before you can operate Autosteer, you must enable it by touching **Controls** > **Autopilot** > **Autosteer (Beta)**.



To indicate that Autosteer is available (but not actively steering Model S), the instrument panel displays a gray Autosteer icon on the right side of the driving speed.

To initiate Autosteer, pull the cruise control lever toward you twice in quick succession.



Autosteer briefly displays a message on the instrument panel reminding you to pay attention to the road and be ready to take over at any time. To indicate that Autosteer is now actively steering Model S, the instrument panel displays the Autosteer icon in blue. When Autosteer is able to detect lane markings, it also displays the driving lane in blue.



**Note:** To initiate Autosteer when there is no vehicle in front of you, you must be driving at least 18 mph (30 km/h) on a roadway with visible lane markings. If a vehicle is detected ahead of you, you can initiate Autosteer at any speed under 90 mph (150 km/h), even when stationary (if you are at least 5 feet (150 cm) away from the vehicle).

The instrument panel displays a message indicating that Autosteer is temporarily unavailable if you attempted to engage Autosteer when driving at a speed that is not within the speed required for Autosteer to operate. Autosteer may also be unavailable if it is not receiving adequate data from the camera(s) or sensors.

BENAVIDES-00001884



If Autosteer is unable to detect lane markings, the driving lane is determined based on the vehicle you are following.

In most cases, Autosteer attempts to center Model S in the driving lane. However, if the sensors detect the presence of an obstacle (such as a vehicle or guard rail), Autosteer may steer Model S in a driving path that is offset from the center of the lane.

 **Warning:** Autosteer is not designed to, and will not, steer Model S around objects partially or completely in the driving lane. Always watch the road in front of you and stay prepared to take appropriate action. It is the driver's responsibility to be in control of Model S at all times.

### Restricted Speed

Autosteer is intended for use only by a fully attentive driver on freeways and highways where access is limited by entry and exit ramps. If you choose to use Autosteer on residential roads, a road without a center divider, or a road where access is not limited, Autosteer may limit the maximum allowed cruising speed. The maximum allowed cruising speed on such roads is calculated based on the detected speed limit including a Speed Assist offset of up to +5 mph (10 km/h). Any Speed Assist offset above +5 mph (10 km/h) is rounded down to +5 mph (10 km/h). However, you can select a more restrictive cruising speed by reducing the speed limit offset (see Controlling Speed Assist on page 105) or by adjusting the cruise control lever.

In situations where the speed limit cannot be detected when Autosteer is engaged, Autosteer reduces your driving speed and limits the set speed to 45 mph (70 km/h). Although you can manually accelerate to exceed the limited speed, Model S may not brake for detected obstacles. Autosteer will slow down to the limited speed when you release the accelerator pedal. When you leave the road, or disengage Autosteer by using the steering wheel, you can increase your set speed again, if desired.

### Hold Steering Wheel

Autosteer uses data from the camera(s), sensors, and GPS to determine how best to steer Model S. When active, Autosteer requires you to hold the steering wheel. If it does not detect your hands on the steering wheel for a period of time, a flashing white light appears along the top of the instrument panel and the following message displays:



Autosteer detects your hands by recognizing light resistance as the steering wheel turns, or from you manually turning the steering wheel very lightly (without enough force to retake control). Engaging a turn signal, using the cruise control lever to adjust the cruise speed or follow distance, or using any steering wheel button or scroll wheel also qualifies for your hands being detected by Autosteer.

**Note:** When your hands are detected, the message disappears and Autosteer resumes normal operation.

**Note:** Autosteer may also sound a chime at the same time that the message is initially displayed.

Autosteer requires that you pay attention to your surroundings and remain prepared to take control at any time. If Autosteer still does not detect your hands on the steering wheel, the request escalates by sounding chimes that increase in frequency.

If you repeatedly ignore hands-on prompts, Autosteer displays the following message and is disabled for the rest of the drive. If you don't resume manual steering, Autosteer sounds a continuous chime, turns on the warning flashers, and slows the vehicle to a complete stop.



For the rest of the drive, you must steer manually. Autosteer is available again after you stop and shift the vehicle into Park.

### Take Over Immediately

In situations where Autosteer is unable to steer Model S, Autosteer sounds a warning chime and displays the following message on the instrument panel:



When you see this message, **TAKE OVER STEERING IMMEDIATELY**.

### Canceling Autosteer

Autosteer cancels when:

Model S Owner's Manual

BENAVIDES-00001885

- You start steering manually.
- You press the brake pedal.
- You push the cruise control lever away from you.
- The maximum speed that Autosteer supports–90 mph (150 km/h)–is exceeded.
- You shift into a different gear.
- A door is opened.
- An Automatic Emergency Braking event occurs (see Collision Avoidance Assist on page 102).

When Autosteer cancels, it sounds chimes and the Autosteer icon either turns gray to indicate that Autosteer is no longer active, or disappears to indicate that it is not currently available.

**Note:** If Autosteer cancels because you started steering manually, Traffic-Aware Cruise Control remains active and the set speed, if higher than your driving speed, is automatically changed to your driving speed. Disengage Traffic-Aware Cruise Control as you normally would, by briefly pushing the cruise control lever away from you or pressing the brake pedal.

To disable Autosteer so it is no longer available, touch **Controls** > **Autopilot** > **Autosteer (Beta)**.

## Auto Lane Change

When Autosteer is active, you can use the turn signals to move Model S into an adjacent lane without moving the steering wheel (which would cancel Autosteer).

 **Warning:** It is the driver's responsibility to determine whether a lane change is safe and appropriate. Therefore, before initiating a lane change, always check blind spots, lane markings, and the surrounding roadway to confirm it is safe and appropriate to move into the target lane.

 **Warning:** Never depend on Auto Lane Change to determine an appropriate driving path. Drive attentively by watching the road and traffic ahead of you, checking the surrounding area, and monitoring the instrument panel for warnings. Always be prepared to take immediate action.

**Warning:** Do not use Auto Lane Change on city streets or on roads where traffic conditions are constantly changing and

where bicycles and pedestrians are present.

 **Warning:** The performance of Auto Lane Change depends on the ability of the camera(s) to recognize lane markings.

 **Warning:** Do not use Auto Lane Change on winding roads with sharp curves, on icy or slippery roads, or when weather conditions (such as heavy rain, snow, fog, etc.) may be obstructing the view from the camera(s) or sensors.

 **Warning:** Failure to follow all warnings and instructions can result in property damage, serious injury or death.

### Operating Auto Lane Change

Auto Lane Change is available whenever Autosteer is active. To change lanes using Auto Lane Change:

1. Perform visual checks to make sure it is safe and appropriate to move into the target lane.
2. Engage the appropriate turn signal.
3. Disengage the turn signal after you are in the target lane.

Auto Lane Change moves Model S into the adjacent lane in the direction indicated by the turn signal, provided the following conditions are met:

- The turn signal is engaged.
- The ultrasonic sensors and Autopilot cameras do not detect a vehicle or obstacle up to the center of the target lane.
- The lane markings indicate that a lane change is permitted.
- The view of the camera(s) is not obstructed.
- Your vehicle does not detect another vehicle in its blind spot.
- Midway through the lane change, Auto Lane Change can detect the outside lane marking of the target lane.
- Driving speed is at least 30 mph (45 km/h).

BENAVIDES-00001886


As the lane change is in progress, Overtake Acceleration is activated, allowing Model S to accelerate closer to a vehicle in front (see Overtake Acceleration on page 86). Midway through the lane change, Auto Lane Change must be able to detect the target lane's outside lane marking. If this lane marking cannot be detected, the lane change is aborted and Model S returns to its original driving lane.

**Note:** Auto Lane Change moves Model S one lane at a time. Moving into an additional lane requires you to engage the turn signal a second time after the first lane change is complete.

When using Auto Lane Change, it is important to monitor its performance by watching the driving path in front of you and the surrounding area. Stay prepared to take over steering at any time. As you are crossing over into the adjacent lane, the instrument panel displays the lane marking as a dashed blue line. Once in your new lane, lane markings are displayed as solid blue lines again.

In situations where Auto Lane Change is unable to operate at optimal performance, or cannot operate due to inadequate data, the instrument panel displays a series of warnings. Therefore, when using Auto Lane Change, always pay attention to the instrument panel and be prepared to manually steer Model S.

## Navigate on Autopilot

**Note:** Navigate on Autopilot is a BETA feature, available only in the United States while driving on roads located in the United States.

When using Autosteer on a controlled-access road (such as a highway or freeway), Navigate on Autopilot automatically exits at off-ramps and interchanges based on your navigation route. Along the highway portion of a navigation route, Navigate on Autopilot also changes lanes to prepare for exits and to minimize the driving time to your destination.

 **Warning:** Navigate on Autopilot does not make driving autonomous. You must pay attention to the road, keep your hands on the steering wheel at all times, and remain aware of your navigation route.

 **Warning:** As is the case with normal driving, be extra careful around blind corners, highway interchanges, and exits because obstacles can appear quickly and at any time.

 **Warning:** Navigate on Autopilot may not recognize or detect oncoming vehicles, stationary objects, and special-use lanes such as those used exclusively for bikes, carpools, emergency vehicles, etc. Remain alert at all times and be prepared to take immediate action. Failure to do so can cause damage, injury or death.

### Enabling and Customizing Navigate on Autopilot

To enable Navigate on Autopilot, touch **Controls > Autopilot > Navigate on Autopilot (Beta)**. Then, to customize how you want Navigate on Autopilot to operate, touch **CUSTOMIZE NAVIGATE ON AUTOPILOT**:

**Speed Based Lane Changes:** Navigate on Autopilot is designed to perform both route-based and speed-based lane changes. Route-based lane changes are designed to keep you on your navigation route (for example, moving you into an adjacent lane to prepare for an upcoming off-ramp) whereas speed-based lane changes are designed to maintain a driving speed (not to exceed your cruising speed) that allows you to minimize the time it takes to reach your destination (for example, moving into an adjacent lane to pass a vehicle in front of you). Speed-based lanes changes are optional. You can use this setting to disable speed-based lane changes or to specify how aggressively you want Navigate on Autopilot to change lanes to achieve the set cruising speed. The **MILD** setting is more conservative about lane changes and may result in a slightly longer driving time whereas **MAD MAX** is designed to allow you to reach your destination in the shortest driving time possible, but will only change lanes when safe to do so.

**Note:** The touchscreen displays route-based lane changes at the top of the map's turn-by-turn direction list to notify you that an upcoming lane changes is needed to stay on the navigation route.

### Operating Navigate on Autopilot

Once enabled, the Navigate on Autopilot button appears on the map's turn-by-turn direction list whenever a navigation route is active and the route includes at least one controlled-access road. Touch this button to allow Navigate on Autopilot to assist you on your journey. The turn-by-turn direction will then display the Autosteer icon next to maneuvers (such as freeway exits) that Navigate on Autopilot will handle.

Model S Owner's Manual

BENAVIDES-00001887



Navigate on Autopilot activates and deactivates as appropriate, based on the type of road you are driving on. For example, if Navigate on Autopilot is turned on and Autosteer is active when you reach a supported controlled-access road, Navigate on Autopilot automatically becomes active.

Whenever Navigate on Autopilot is active, the instrument panel displays the driving lane as a single blue line in front of Model S:



When Navigate on Autopilot is active and you approach an off-ramp or freeway interchange along your navigation route, the appropriate turn signal engages and Autosteer maneuvers Model S onto the off-ramp or interchange.

⚠️ **Warning:** Never depend on Navigate on Autopilot to determine an appropriate lane at an off-ramp. Stay alert and perform visual checks to ensure that the driving lane is safe and appropriate.

When you leave a controlled-access road (for example, you exit a freeway or you enter a section of a highway that is no longer supported), Navigate on Autopilot reverts back to Autosteer— a unique triple-tone chime sounds and the instrument panel displays the driving lane lines in blue (instead of the single blue in front of Model S). When you exit onto an off-ramp, the instrument panel briefly displays a countdown message warning you of the distance remaining before Navigate on Autopilot reverts back to Autosteer.

**Note:** How Navigate on Autopilot determines navigation routes and maneuvers at freeway interchanges can be impacted by whether or not the navigation system is set up to use High Occupancy Vehicle (HOV) lanes. Therefore, ensure the **Use HOV Lanes** setting is appropriate for your circumstances (see Maps and Navigation on page 122). If the setting is off, Navigate on Autopilot never uses an HOV lane, regardless of time of day. If the setting is on, Navigate on Autopilot will exclusively use HOV lanes, whenever the option exists.

⚠️ **Warning:** Even when Navigate on Autopilot deactivates at off-ramps, Autosteer remains active. Always be prepared to take appropriate actions such as stopping at red lights and stop signs, and yielding to other road users.

⚠️ **Warning:** Navigate on Autopilot may not always attempt to exit at an off-ramp, even when the exit is determined by the navigation route. Always remain alert and be prepared to manually steer onto the off-ramp, or make a required lane change.

You can cancel Navigate on Autopilot at any time by touching the **Navigate on Autopilot** button on the map's turn-by-turn direction list (your vehicle will revert back to Autosteer), or by canceling Autosteer entirely (see Canceling Autosteer on page 90).

### Lane Changes

Navigate on Autopilot also changes lanes to either prepare Model S for an upcoming off-ramp, or to increase your driving speed (not to exceed your set cruising speed). A message displays at the top of the map's turn-by-turn direction list to notify you of upcoming lane changes that are required to stay on the navigation route. Before changing lanes, the line on the instrument panel shows the upcoming driving path:

BENAVIDES-00001888



When the instrument panel displays a message asking you to confirm the lane change, pull the Autopilot stalk toward you or engage the appropriate turn signal. If you do not confirm the lane change within three seconds, a chime sounds to remind you that Navigate on Autopilot requires your confirmation to change lanes.

**Note:** If you ignore a route-based lane change suggestion (for example, you are driving in the left lane while approaching an off-ramp on the right side of the highway), Navigate on Autopilot will be unable to maneuver onto the off-ramp. In this case, the navigation system re-routes you to your destination.

⚠️ **Warning:** Navigate on Autopilot may not always attempt to exit at an off-ramp or change lanes, even when an exit or lane change is determined by the navigation route. Always remain alert and be prepared to manually steer onto an off-ramp, or make a lane change to prepare for, or to exit at, an off-ramp or interchange.

**Be Ready to Assist**

When attempting to change lanes or maneuver Model S, or when approaching construction zones, Navigate on Autopilot may be unable to determine the appropriate driving lane (for example, complex clover leafs and multi-lane off-ramps) and the instrument panel displays a alert indicating that Navigate on Autopilot is trying to maneuver and may require assistance. When you see the message, be prepared to take immediate action to ensure that it is safe and appropriate to complete the lane change or maneuver.

## Limitations

Autosteer and its associated functions are particularly unlikely to operate as intended when:

- Autosteer is unable to accurately determine lane markings. For example, lane markings are excessively worn, have visible previous markings, have been adjusted due to road construction, are changing quickly (lanes branching off, crossing over, or merging), objects or landscape features are casting strong shadows on the lane markings, or the road surface contains pavement seams or other high-contrast lines.
- Visibility is poor (heavy rain, snow, fog, etc.) or weather conditions are interfering with sensor operation.
- A camera(s) or sensor(s) is obstructed, covered, or damaged.
- Driving on hills.
- Approaching a toll booth.
- Driving on a road that has sharp curves or is excessively rough.
- Bright light (such as direct sunlight) is interfering with the view of the camera(s).
- The sensors are affected by other electrical equipment or devices that generate ultrasonic waves.
- Model S is being driven very close to a vehicle in front of it, which is blocking the view of the camera(s).

⚠️ **Warning:** Many unforeseen circumstances can impair the operation of Autosteer. Always keep this in mind and remember that as a result, Autosteer may not steer Model S appropriately. Always drive attentively and be prepared to take immediate action.

BENAVIDES-00001889

**Lane Assist**

If your Model S is equipped with Autopilot components (see About Autopilot on page 79), the cameras monitor the markers on the lane you are driving in and the ultrasonic sensors and Autopilot cameras monitor the surrounding areas and the blind spot for the presence of a vehicle or other objects.

When an object is detected in your blind spot or close to the side of Model S (such as a vehicle, guard rail, etc.), colored lines radiate from the image of Model S on the instrument panel. The location of the lines correspond to the location of the detected object. The color of the lines (white, yellow, orange, or red) represents the object's proximity to Model S, with white being the farthest and red being very close and requiring your immediate attention. These colored lines only display when driving between approximately 7 and 85 mph (12 and 140 km/h). When Autosteer is active, these colored lines also display if driving slower than 7 mph (12 km/h). However, the colored lines do not display if Model S is at a standstill (for example, in heavy traffic).



Lane Assist warns you of undesired lane departures by vibrating the steering wheel slightly if a front wheel passes over a lane marking and the associated turn signal is off. This warning is active only when driving between approximately 36 and 90 mph (59 and 150 km/h). To turn this warning on or off, touch **Controls > Autopilot > Lane Departure Warning**. Your chosen setting is retained until you manually change it. It is also saved in your driver profile.

Lane Assist also warns you when a desired lane departure is not appropriate. When you engage the turn signal and a vehicle or object is detected in the adjacent lane you are planning to move into, the instrument panel displays a red lane line to indicate that you should not change lanes. When the vehicle or object is no longer detected, the lane line returns to normal.

Lane Assist also provides steering interventions if Model S drifts into (or close to) an adjacent lane in which an object, such as a vehicle, is detected. In these situations, Model S automatically steers to a safer position in its driving lane. This steering is applied only when Model S is traveling between 30 and 85 mph (48 and 140 km/h) on major roadways with clearly visible lane markings. When Lane Assist applies a steering intervention, the instrument panel briefly displays a warning message.

⚠️ **Warning**: Steering interventions are minimal and are not designed to move Model S out of its driving lane. Do not rely on steering interventions to avoid side collisions.

⚠️ **Warning**: Lane Assist features are for guidance purposes only and are not intended to replace your own direct visual checks. Never depend on Lane Assist to inform you of unintentionally driving outside of the boundaries of the driving lane or informing you that an object or vehicle is in your blind spot or close to the side of your vehicle. Several external factors can reduce the performance of Lane Assist. It is the driver's responsibility to stay alert, pay attention to the driving lane and always be aware of other road users. Failure to do so can result in serious injury or death.

⚠️ **Warning**: Lane Assist is designed to detect lane markings and may not detect the edge of a road, especially if the road has no curb. It is the driver's responsibility to drive attentively and stay within the boundaries of the driving lane.

⚠️ **Warning**: Before changing lanes, always visually check the lane you are moving into by using side mirrors and performing the appropriate shoulder checks. Several factors can affect the performance of the Lane Assist warnings, resulting in lack of, or false warnings (see Limitations and Inaccuracies on page 101).

Model S Owner's Manual

BENAVIDES-00001895

## Limitations and Inaccuracies

Lane Assist cannot always clearly detect lane markings and you may experience unnecessary or invalid warnings in these situations:

- Visibility is poor and lane markings are not clearly visible (due to heavy rain, snow, fog, etc.). The exact detection zone of the ultrasonic sensors varies depending on environmental conditions.
- Bright light (such as from oncoming headlights or direct sunlight) is interfering with the view of the camera(s).
- A vehicle in front of Model S is blocking the view of the camera(s).
- The windshield is obstructing the view of the camera(s) (fogged over, dirty, covered by a sticker, etc.).
- Lane markings are excessively worn, have visible previous markings, have been adjusted due to road construction, or are changing quickly (for example, lanes branching off, crossing over, or merging).
- The road is narrow or winding.
- Objects or landscape features are casting strong shadows on lane markers.

Lane Assist may not provide warnings, or may apply inappropriate warnings, in these situations:

- One or more of the ultrasonic sensors is damaged, dirty, or obstructed (such as by mud, ice, or snow).
- Weather conditions (heavy rain, snow, fog, or extremely hot or cold temperatures) are interfering with sensor operation.
- The sensors are affected by other electrical equipment or devices that generate ultrasonic waves.
- An object that is mounted to Model S is interfering with and/or obstructing a sensor (such as a bike rack or a bumper sticker).

In addition, Lane Assist may not steer Model S away from an adjacent vehicle, or may apply unnecessary or inappropriate steering, in these situations:

- You are driving Model S on sharp corners or on a curve at a relatively high speed.
- Bright light (such as from oncoming headlights or direct sunlight) is interfering with the view of the camera(s).
- You are drifting into another lane but an object (such as a vehicle) is not present.

- A vehicle in another lane cuts in front of you or drifts into your driving lane.
- Model S is traveling slower than 30 mph (48 km/h) or faster than 90 mph (145 km/h).
- One or more of the ultrasonic sensors is damaged, dirty, or obstructed (such as by mud, ice, or snow).
- Weather conditions (heavy rain, snow, fog, or extremely hot or cold temperatures) are interfering with sensor operation.
- The sensors are affected by other electrical equipment or devices that generate ultrasonic waves.
- An object mounted to Model S (such as a bike rack or a bumper sticker) is interfering with or obstructing a sensor.
- Visibility is poor and lane markings are not clearly visible (due to heavy rain, snow, fog, etc.).
- Lane markings are excessively worn, have visible previous markings, have been adjusted due to road construction or are changing quickly (for example, lanes branching off, crossing over, or merging).

 **Warning:** The lists above do not represent every possible situation that may interfere with Lane Assist warnings. Lane Assist may not operate as intended for many other reasons. To avoid a collision, stay alert and always pay attention to the roadway when driving Model S so you can anticipate the need to take corrective action as early as possible.

BENAVIDES-00001896

:cv-21940-BB Document 359-11 Entered on FLSD Docket 02/28/2025 F
21

If your Model S is equipped with Autopilot components (see About Autopilot on page 79), the following collision avoidance features are designed to increase the safety of you and your passengers:

- **Forward Collision Warning** - provides visual and audible warnings in situations when Model S detects that there is a high risk of a frontal collision (see Forward Collision Warning on page 102).

- **Automatic Emergency Braking** - automatically applies braking to reduce the impact of a frontal collision (see Automatic Emergency Braking on page 103).

- **Obstacle-Aware Acceleration** - reduces acceleration if Model S detects an object in its immediate driving path (see Obstacle-Aware Acceleration on page 104).

 **Warning:** Forward Collision Warning is for guidance purposes only and is not a substitute for attentive driving and sound judgment. Keep your eyes on the road when driving and never depend on Forward Collision Warning to warn you of a potential collision. Several factors can reduce or impair performance, causing either unnecessary, invalid, inaccurate, or missed warnings. Depending on Forward Collision Warning to warn you of a potential collision can result in serious injury or death.

 **Warning:** Automatic Emergency Braking is not designed to prevent all collisions. In certain situations, it can minimize the impact of a frontal collision by attempting to reduce your driving speed. Depending on Automatic Emergency Braking to avoid a collision can result in serious injury or death.

 **Warning:** Obstacle-Aware Acceleration is not designed to prevent a collision. In certain situations, it can minimize the impact of a collision. Depending on Obstacle-Aware Acceleration to avoid a collision can result in serious injury or death.

## Forward Collision Warning

The forward looking camera(s) and the radar sensor monitor the area in front of Model S for the presence of an object such as a vehicle, motorcycle, bicycle, or pedestrian. If a collision is considered likely unless you take immediate corrective action, Forward Collision Warning is designed to sound a chime and highlight the vehicle in front of you in red on the instrument panel. If this happens, **TAKE IMMEDIATE CORRECTIVE ACTION!**



Warnings cancel automatically when the risk of a collision has been reduced (for example, you have decelerated or stopped Model S, or the object in front of your vehicle has moved out of your driving path).

If immediate action is not taken when Model S issues a Forward Collision Warning, Automatic Emergency Braking (if enabled) may automatically apply the brakes if a collision is considered imminent (see Automatic Emergency Braking on page 103).

By default, Forward Collision Warning is turned on. To turn it off or adjust its sensitivity, touch **Controls** > **Autopilot** > **Forward Collision Warning**. Instead of the default warning level of **Medium**, you can turn the warning **Off**, or you can choose to be warned **Late** or **Early**.

**Note:** Your chosen setting for Forward Collision Warning is retained until you manually change it. It is also saved in your driver profile.

 **Warning**: The camera(s) and sensors associated with Forward Collision Warning are designed to monitor an approximate area of up to 525 feet (160 meters) in your driving path. The area being monitored by Forward Collision Warning can be adversely affected by road and weather conditions. Use appropriate caution when driving.

BENAVIDES-00001897

⚠️ **Warning:** Forward Collision Warning is designed only to provide visual and audible alerts. It does not attempt to apply the brakes or decelerate Model S. When seeing and/or hearing a warning, it is the driver's responsibility to take corrective action immediately.

⚠️ **Warning:** Forward Collision Warning may provide a warning in situations where the likelihood of collision may not exist. Stay alert and always pay attention to the area in front of Model S so you can anticipate whether any action is required.

⚠️ **Warning:** Forward Collision Warning operates only when driving between approximately 7 mph (10 km/h) and 90 mph (150 km/h).

⚠️ **Warning:** Forward Collision Warning does not provide a warning when the driver is already applying the brake.

## Automatic Emergency Braking

The forward looking camera(s) and the radar sensor are designed to determine the distance from a detected object traveling in front of Model S. When a frontal collision is considered unavoidable, Automatic Emergency Braking is designed to apply the brakes to reduce the severity of the impact.

When Automatic Emergency Braking applies the brakes, the instrument panel displays a visual warning and sounds a chime. You may also notice abrupt downward movement of the brake pedal. The brake lights turn on to alert other road users that you are slowing down.



If driving 35 mph (56 km/h) or faster, the brakes are released after Automatic Emergency Braking has reduced your driving speed by 30 mph (50 km/h). For example, if Automatic Emergency Braking applies braking when driving 56 mph (90 km/h), it releases the brakes when your speed has been reduced to 26 mph (40 km/h).

Automatic Emergency Braking operates only when driving between approximately 7 mph (10 km/h) and 90 mph (150 km/h).

Automatic Emergency Braking does not apply the brakes, or stops applying the brakes, when:

- You turn the steering wheel sharply.
- You press and release the brake pedal while Automatic Emergency Braking is applying the brakes.
- You accelerate hard while Automatic Emergency Braking is applying the brakes.
- The vehicle, motorcycle, bicycle, or pedestrian is no longer detected ahead.

Automatic Emergency Braking is always enabled when you start Model S. To disable it for your current drive, touch **Controls > Autopilot > Automatic Emergency Braking**.

⚠️ **Warning:** It is strongly recommended that you do not disable Automatic Emergency Braking. If you disable it, Model S does not automatically apply the brakes in situations where a collision is considered likely.

⚠️ **Warning:** Automatic Emergency Braking is designed to reduce the severity of an impact. It is not designed to avoid a collision.

⚠️ **Warning:** Several factors can affect the performance of Automatic Emergency Braking, causing either no braking or inappropriate or untimely braking, such as when a vehicle is partially in the path of travel or there is road debris. It is the driver's responsibility to drive safely and remain in control of the vehicle at all times. Never depend on Automatic Emergency Braking to avoid or reduce the impact of a collision.

⚠️ **Warning:** Automatic Emergency Braking is designed to reduce the impact of frontal collisions only and does not function when Model S is in Reverse.

⚠️ **Warning:** Automatic Emergency Braking is not a substitute for maintaining a safe traveling distance between you and the vehicle in front of you.

⚠️ **Warning:** The brake pedal moves downward abruptly during automatic braking events. Always ensure that the brake pedal can move freely. Do not place material under or on top of the Tesla-supplied driver's floor mat (including an additional mat) and always ensure that the driver's floor mat is properly secured. Failure to do so can impede the ability of the brake pedal to move freely.

BENAVIDES-00001898

-cv-21940-BB Document 359-11 Entered on FLSD Docket 02/28/2025 21

## Obstacle-Aware Acceleration

Obstacle-Aware Acceleration is designed to reduce the impact of a collision by reducing motor torque and in some cases applying the brakes, if Model S detects an object in its driving path. For example, Model S, while parked in front of a closed garage door with the Drive gear engaged, detects that you have pressed hard on the accelerator pedal. Although Model S still accelerates and hits the garage door, the reduced torque may result in less damage.

Obstacle-Aware Acceleration is designed to operate only when all of these conditions are simultaneously met:

- A driving gear is engaged (Drive or Reverse).
- Model S is stopped or traveling less than 10 mph (16 km/h).
- Model S detects an object in its immediate driving path.

To disable Obstacle-Aware Acceleration, touch **Controls** > **Autopilot** > **Obstacle-Aware Acceleration**.

 **Warning:** Obstacle-Aware Acceleration is designed to reduce the severity of an impact. It is not designed to avoid a collision.

 **Warning:** Obstacle-Aware Acceleration may not limit torque in all situations. Several factors, including environmental conditions, distance from an obstacle, and a driver's actions, can limit, delay, or inhibit Obstacle-Aware Acceleration.

⚠ **Warning:** Obstacle-Aware Acceleration may not limit torque when performing a sharp turn, such as into a parking space.

⚠ **Warning:** Do not rely on Obstacle-Aware Acceleration to control acceleration or to avoid, or limit, the severity of a collision, and do not attempt to test Obstacle-Aware Acceleration. Doing so can result in serious property damage, injury, or death.

⚠ **Warning:** Several factors can affect the performance of Obstacle-Aware Acceleration, causing an inappropriate or untimely reduction in motor torque and/or undesired braking. It is the driver's responsibility to drive safely and remain in control of Model S at all times.

## Limitations and Inaccuracies

Collision Avoidance features cannot always detect all objects, vehicles, bikes, or pedestrians, and you may experience unnecessary, inaccurate, invalid, or missed warnings for many reasons, particularly if:

- The road has sharp curves.
- Visibility is poor (due to heavy rain, snow, fog, etc.).
- Bright light (such as from oncoming headlights or direct sunlight) is interfering with the view of the camera(s).
- The radar sensor is obstructed (dirty, covered, etc.).
- The windshield is obstructing the view of the camera(s) (fogged over, dirty, covered by a sticker, etc.).

 ⚠ **Warning:** The limitations previously described do not represent an exhaustive list of situations that may interfere with proper operation of Collision Avoidance Assist features. These features may fail to provide their intended function for many other reasons. It is the driver's responsibility to avoid collisions by staying alert, paying attention, and taking corrective action as early as possible.

⚠ **Caution:** If a fault occurs with a Collision Avoidance Assist feature, Model S displays an alert. Contact Tesla Service.

Model S Owner's Manual

BENAVIDES-00001899