# EXHIBIT M

SAE International prohibits the entry of SAE Content into any form of Artificial Intelligence (AI) tools, such as ChatGPT, OpenAI, or Microsoft Copilot. Additionally, creating derivatives of SAE Content using AI is also prohibited without express written permission from SAE International. In the case of such use, SAE International will suspend access to SAE Content, and further legal action will be considered.



# SAE Levels of Driving Automation™ Refined for Clarity and International Audience

*Posted: Monday, May 3, 2021*

Since its initial launch in 2014, SAE J3016™ Recommended Practice: Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles, commonly referenced as the **SAE Levels of Driving Automation™**, has been the industry's most-cited source for driving automation. With a taxonomy for **SAE's six levels of driving automation**, SAE J3016 defines the SAE Levels from Level 0 (no driving automation) to Level 5 (full driving automation) in the context of motor vehicles and their operation on roadways.

In partnership with the International Organization for Standardization (ISO), the latest version of SAE J3016 is now available for **FREE** with more clear and concise terminology as well as clarity for an international audience. Through the joint SAE/ISO joint working group, representatives from nine countries collaborated on the updates to create a document that is more consistent for use across the global mobility community.

**What's New?**

The new document adds several new terms along with substantial refinement and clarification of some concepts that have been misunderstood by readers of the previous version and restructures the definitions into more logical groupings. Notable changes to this version of the recommended practice include:

- Further clarity on the differences between SAE Level 3 and SAE Level 4.
- Additional terms and definitions for two distinct remote support functions: remote assistance and remote driving.
- The use of the "Driver Support Systems" name for SAE Level 1 and 2 driving automation systems.
- Classifications of sustained driving automation and definitions for vehicle types by groups.
- Defining and clarifying the concept of failure mitigation strategy.

**Updated SAE J3016 Visual Chart**

To coincide with the latest updates to the recommended practice, the SAE J3016 Levels of Driving Automation graphic has been updated to include new trademark guidance. All taxonomy content from the 2019 version remains unchanged in this latest version.

The new version of the graphic is available here.



# SAE **J3016**™ LEVELS OF DRIVING AUTOMATION™

**Learn more here:** sae.org/standards/content/j3016_202104

Copyright © 2021 SAE International. The summary table may be freely copied and distributed AS-IS provided that SAE International is acknowledged as the source of the content.

| | SAE LEVEL 0™ | SAE LEVEL 1™ | SAE LEVEL 2™ | SAE LEVEL 3™ | SAE LEVEL 4™ | SAE LEVEL 5™ |
|---|---|---|---|---|---|---|
| What does the human in the driver's seat have to do? | **You are driving** whenever these driver support features are engaged – even if your feet are off the pedals and you are not steering | | | **You are not driving** when these automated driving features are engaged – even if you are seated in "the driver's seat" | | |
| | **You must constantly supervise** these support features; you must steer, brake or accelerate as needed to maintain safety | | | When the feature requests, you must drive | These automated driving features will not require you to take over driving | |
| | These are driver support features | | | These are automated driving features | | |
| What do these features do? | These features are limited to providing warnings and momentary assistance | These features provide steering **OR** brake/ acceleration support to the driver | These features provide steering **AND** brake/ acceleration support to the driver | These features can drive the vehicle under limited conditions and will not operate unless all required conditions are met | | This feature can drive the vehicle under all conditions |
| Example Features | • automatic emergency braking<br>• blind spot warning<br>• lane departure warning | • lane centering<br>**OR**<br>• adaptive cruise control | • lane centering<br>**AND**<br>• adaptive cruise control at the same time | • traffic jam chauffeur | • local driverless taxi<br>• pedals/ steering wheel may or may not be installed | • same as level 4, but feature can drive everywhere in all conditions |

Copyright © 2021 SAE International.