# EXHIBIT N

-BB   Document 359-14   Entered on FLSD Docket 02/28

# Levels of Automation


**Level 0**

## Momentary Driver Assistance

*You drive, you monitor.*



Driver is fully responsible for driving the vehicle while system provides momentary driving assistance, like warnings and alerts, or emergency safety interventions.


**Level 1**

## Driver Assistance

*You drive, you monitor.*



Driver is fully responsible for driving the vehicle while system provides continuous assistance with either acceleration/braking OR steering.


**Level 2**

## Additional Driver Assistance

*You drive, you monitor.*



Driver is fully responsible for driving the vehicle while system provides continuous assistance with both acceleration/braking AND steering.


**Level 3**

## Conditional Automation

*System drives, you must be available to take over upon request.*



System handles all aspects of driving while driver remains available to take over driving if system can no longer operate.


**Level 4**

## High Automation

*When engaged, system drives, you ride.*



When engaged, system is fully responsible for driving tasks within limited service areas. A human driver is not needed to operate the vehicle.


**Level 5**

## Full Automation

*When engaged, system drives, you ride.*



When engaged, system is fully responsible for driving tasks under all conditions and on all roadways. A human driver is not needed to operate the vehicle.



NHTSA