# EXHIBIT O

SAE International prohibits the entry of SAE Content into any form of Artificial Intelligence (AI) tools, such as ChatGPT, OpenAI, or Microsoft Copilot. Additionally, creating derivatives of SAE Content using AI is also prohibited without express written permission from SAE International. In the case of such use, SAE International will suspend access to SAE Content, and further legal action will be considered.

# Standards Development

In the early 1900's, the emerging automobile and aviation industries identified a need for engineering standards. SAE International has been here ever since, filling a vital gap, as the world's leading authority in mobility standards development.

Standards promote and facilitate safety, productivity, reliability, efficiency, and certification. Their development requires a determined effort from professionals, like you, who bring their expertise to bear in solving problems and move industry forward. Participation in the standards development process at SAE provides you the opportunity to voice ideas, influence direction, and take on leadership roles in the mobility industry.

## The Creation of Standards at SAE

The only thing more important than using standards is the process of creating them. Standards change and adapt to technology and human habits. At SAE, the development of engineering standards follows a committee process. The chart at right maps each step in this progression. which all takes place through meetings organized and hosted by SAE.

## Get Involved Today

Participating on an SAE standards committee offers you important benefits within the mobility industry:

- Networking with customers, suppliers, peers and government agencies
- Professional development and leadership opportunities to grow your technical and leadership skills
- Exposure for your organization
- The ability to influence product design and industry direction

Voluntary committee assignments are available to professionals having expertise within the scope of each committee, and are available in three broad areas: Aerospace, Ground Vehicle, and Systems Management.





Aerospace Standards Development Committees create standards, recommended practices, information reports, and Aerospace Material Specifications covering components, systems and practices in aviation. Over 200 technical committees focus on topics including landing gear systems, cabin safety equipment, propulsion systems, airport ground operations, and many others.

Learn more



Ground Vehicle Standards Development Committees produce standards, recommended practices, and information reports covering components, systems, and practices used in consumer and commercial ground vehicles. Over 500 standards, steering and task force groups cover areas in electrical systems, powertrains, hybrid & electric vehicle systems, and more.

Learn more



The Systems Management Council addresses systems-level standards not specific to any mobility sector. It covers processes used to manage the development, production, and sustainment of systems such as lifecycle logistics, system safety, and systems engineering.

Learn more

# Resources

### SAE Standards News Room

Get the latest news and updates regarding the development work from the SAE Standards committes in both the Aerospace and Ground Vehicle sectors.

### Standards Status Definitions

As in many technical areas, standards have their own vocabulary. As you learn about the standards development process, you'll need to know the basics. Learn more about the definitions of the most commonly used terms

### Committee Participation

If you are ready to contribute your expertise on an SAE Standards Committee, start the process by filling out the SAE Committee Participation Request form

### SAE Intellectual Property

SAE Technical Standards are considered part of the intellectual property of SAE, which protects this property through copyright. Learn more about SAE's efforts to protect its intellectual property you can

|  |  |
|---|---|
| Stay informed | that are associated with standards. |
|  | Learn more |

|  |  |
|---|---|
| Participate | download the full SAE Intellectual Property Policy document. |
|  | View Policy |

### SAE Trademark FAQs

To increase its intellectual property protection, SAE is also adding the Trademark ™ symbol to its standards identifier names and numbers. Learn more about SAE's Trademark and view our frequently asked questions below.

View Policy

### Thank you to our ground vehicle document and corporate sponsors!

Read more about the experts behind the scenes of creating and updating automotive standards to advance mobility.

View Document Sponsors    View Corporate Sponsors

### Thank you to our aerospace document and corporate sponsors!

Read more about the experts behind the scenes of creating and updating aerospace standards to advance mobility.

View Document Sponsors    View Corporate Contributors

### Ground vehicle new chairs and committees looking for participation

View an updated list of new chairs and committees looking for participation.

Committees Looking for Participation    Ground Vehicle Org Chart

### Aerospace new chairs and committees looking for participation

View an updated list of new chairs and committees looking for participation.

Committees Looking for Participation    Aerospace Org Chart