# EXHIBIT P

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                   Case No. 21-cv-21940-BLOOM/Otazo-Reyes
3
NEIMA BENAVIDES, as Personal
4  Representative of the Estate
   of Naibel Benavides Leon,
5  deceased,

6        Plaintiff,

7  v.

8  TESLA, INC., a/k/a Tesla
   Florida, Inc.,
9
         Defendant
10 _____/

11                 Case No. 22-cv-22607-BLOOM

12 DILLON ANGULO,

13       Plaintiff,

14 v.

15 TESLA, INC., a/k/a Tesla
   Florida, Inc.,
16
         Defendant
17 _____/

18
                      **** CONFIDENTIAL ****
19
                   VIDEOTAPED ORAL DEPOSITION
20
                       ELOY RUBIO BLANCO
21
             (AS CORPORATE REPRESENTATIVE FOR TESLA)
22
                         MAY 31, 2024
23
                      (REPORTED REMOTELY)
24

25                    Adrianne Harris, CSR

                     Julia Whaley & Associates
              214-668-5578  JulieTXCSR@gmail.com

```
            Videotaped Oral Deposition - Eloy Rubio Blanco
                 (As Corporate Representative for Tesla)
                      May 31, 2024 - CONFIDENTIAL
```

 1                              APPEARANCES

 2    FOR PLAINTIFFS:

 3        Mr. Brett Schreiber
          SINGLETON SCHREIBER
 4        591 Camino de la Reina
          Suite 1025
 5        San Diego, California  92108
          Phone: (619)771-3473
 6        Fax: (619)255-1515
          Email: bschreiber@singletonschreiber.com

 7
          - and -
 8
          Mr. Todd Poses
 9        POSES LAW GROUP
          169 East Flagler Street
10        Suite 1600
          Miami, Florida  33131
11        Phone: (305)577-0200
          Fax: (305)371-3550
12        Email: tposes@poseslawgroup.com

13        - and -

14        Mr. Adam T. Boumel
          THE ROUSSO BOUMEL LAW FIRM
15        9350 South Dixie Highway
          Suite 1520
16        Miami, Florida  33156
          Phone: (305)670-6669
17        Fax: (305)670-6663
          Email: adam@roussolawfirm.com

18

19    FOR DEFENDANT:

20        Mr. Thomas P. Branigan
          Ms. Whitney V. Cruz
21        Mr. Drew P. Branigan
          BOWMAN AND BROOKE LLP
22        101 West Big Beaver Road
          Suite 1100
23        Troy, Michigan  48084
          Phone: (248)205-3316
24        Email: thomas.branigan@bowmanandbrooke.com
                 whitney.cruz@bowmanandbrooke.com
25               drew.branigan@bowmanandbrooke.com


                      Julia Whaley & Associates
             214-668-5578  JulieTXCSR@gmail.com
```

```
            Videotaped Oral Deposition - Eloy Rubio Blanco
                (As Corporate Representative for Tesla)
                  May 31, 2024 - CONFIDENTIAL
```

1    ALSO PRESENT:

2    Mr. Ryan McCarthy

3    Mr. Jason Warner, Videographer
     LEGAL VIDEO GROUP
4    P.O. Box 830132
     Richardson, Texas  75083
5    Phone: (214)598-5229
     Email: lvg.dallas@gmail.com
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                    Julia Whaley & Associates
              214-668-5578  JulieTXCSR@gmail.com
```

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

08:50  1    suite of autopilot features offered in Q1 of 2019 were

08:50  2    designed in a ways to discourage driver's involvement in

08:50  3    the driving task, true?

08:50  4            MR. T. BRANIGAN:  Objection, form.  Misstates

08:50  5    the witness's testimony.

08:50  6        A.  So the design of Tesla's driver-assistance

08:50  7    system does not discourage driver engagement.  That's my

08:50  8    answer.

08:50  9        Q.  (By Mr. Schreiber) And I'm going to apologize

08:51 10    that you broke up, actually, in your response, in my ear,

08:51 11    when I was listening.  Can you say that again?

08:51 12        A.  Yeah.  So Tesla's driver-assistance system has

08:51 13    never been designed to discourage driver engagement.

08:51 14        Q.  Okay.  Do you agree that the term "autopilot"

08:51 15    does not imply a Level 2 assistance feature, but rather

08:51 16    suggests to the driver they are not in control of the

08:51 17    vehicle?

08:51 18            MR. T. BRANIGAN:  Objection, form.  Vague.  Also

08:51 19    calls for an expert opinion.  Foundation and beyond the

08:51 20    scope of the notice.

08:51 21        A.  Speaking as a fact witness, I disagree that --

08:51 22    or I -- could you repeat the question?  Sorry, I got

08:51 23    lost.

08:51 24        Q.  (By Mr. Schreiber) Sure.  Do you agree that the

08:51 25    term "autopilot" does not imply a Level 2 assistance

Julia Whaley & Associates
214-668-5578  JulieTXCSR@gmail.com

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

08:52  1    feature, but rather leads drivers to believe that the

08:52  2    automation has greater capabilities than it does,

08:52  3    inviting them to overly trust the automation?

08:52  4          MR. T. BRANIGAN:  Same objections.  Also calls

08:52  5    for speculation.

08:52  6          A.  I disagree, Counsel.  And, in fact, we give a

08:52  7    lot of information to our customers as to what autopilot

08:52  8    does and how to operate it and how it is.  A driver-

08:52  9    assistance Level 2 feature, as you said, that requires

08:52 10    driver attentiveness while it's open.  It's the driver

08:52 11    responsibility to operate the vehicle while this

08:52 12    autopilot or driver-assistance features are engaged.

08:52 13          Q.  (By Mr. Schreiber) You would agree, however,

08:52 14    that peer vehicles produced by other manufacturers in

08:52 15    this space at or near this time use more conservative

08:53 16    terminology, like "assist" or "team" or "sense," to imply

08:53 17    that the driver and the automation are intended to work

08:53 18    together with the driver supervising that automation?

08:53 19          MR. T. BRANIGAN:  Objection, form.

08:53 20    Foundation -- hang on, sir.  Let me get my objection out.

08:53 21    Sorry.  Calls for an expert opinion.  Beyond the scope of

08:53 22    the notice.

08:53 23          Counsel, can you show us where in the notice

08:53 24    this topic falls, the comparison of Tesla -- Tesla's

08:53 25    autopilot system to peer vehicles.

Julia Whaley & Associates
214-668-5578  JulieTXCSR@gmail.com

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

08:53 1          MR. SCHREIBER:  Well, I mean --

08:53 2          MR. T. BRANIGAN:  Or are you -- or -- or are you

08:53 3    just fishing at -- and -- and that's okay because it's

08:53 4    your time.  If you want to do that, go ahead.  But the

08:53 5    witness will answer to the extent he can as a fact

08:53 6    witness, not as a corporate representative.

08:53 7          MR. SCHREIBER:  That's fine.  Well, because

08:53 8    you've objected to him answering to some of these

08:53 9    questions as a corporate representative.  So I'm asking a

08:53 10   few of them, spending a few of my very precious moments

08:54 11   that I get today asking him as a fact witness on this

08:54 12   issue.

08:54 13         MR. T. BRANIGAN:  It's your time.

08:54 14         MR. SCHREIBER:  Thank you.

08:54 15    A.   May I answer?

08:54 16    Q.   (By Mr. Schreiber) Please.

08:54 17         MR. T. BRANIGAN:  As a fact witness, yes, if you

08:54 18   can.

08:54 19    A.   So I'm not familiar with every driver-assistance

08:54 20   system that other vehicles had at that given time.  What

08:54 21   I know is, our driver-assistance system autopilot is

08:54 22   given to our customers with a lot of information.

08:54 23         That includes how to operate the system and

08:54 24   includes the description of what a driver-assistance

08:54 25   Level 2 system is, started by the owner's manual,

Julia Whaley & Associates
214-668-5578  JulieTXCSR@gmail.com

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

08:54 1   following by the user agreement that they need to sign

08:54 2   that clearly explains that they are responsible for the

08:54 3   operation of the vehicle and they actually need to pay

08:54 4   attention and keep their hands on the wheel; that, along

08:54 5   with the software release notes and the message that they

08:54 6   get -- or the messages that they get while they drive the

08:54 7   vehicles, where they're constantly reminded that they

08:54 8   need to keep their hands on the wheel and be ready to

08:55 9   take action.

08:55 10       Q.  (By Mr. Schreiber) So, again, the answer is no?

08:55 11          MR. T. BRANIGAN:  Objection, form.  Misstates

08:55 12   the witness's testimony.

08:55 13       Q.  (By Mr. Schreiber) I'm just a simple man,

08:55 14   Mr. Rubio Blanco, just looking for a simple answer.  You

08:55 15   gave me a lot of words.

08:55 16          It's fair to say that you would agree -- or you

08:55 17   disagree that peer vehicles use a more conservative

08:55 18   technology, like "assist," "sense," or "team," implying

08:55 19   that the automation are intending to work together with

08:55 20   the driver supervising the automation, you disagree that

08:55 21   those systems are more informative to the user than

08:55 22   Tesla's autopilot suite was in the Model S in Q1 of 2019,

08:55 23   correct?

08:55 24          MR. T. BRANIGAN:  Objection, form.  Foundation.

08:55 25   Calls for an expert opinion.

Julia Whaley & Associates
214-668-5578  JulieTXCSR@gmail.com

68

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

09:39  1        Q.   (By Mr. Schreiber) I understand.  You make a

09:39  2   conclusion -- and by "you," again, the royal you of

09:40  3   Tesla -- draws a conclusion when it's analyzing autopilot

09:40  4   collisions where the ego is at fault and specifically

09:40  5   calls for driver inappropriate behavior.

09:40  6        It also finds in-path stationary obs- --

09:40  7   obstacle collisions, pedal confusion, failure to control

09:40  8   for a target, poor control for cut-in.  Some of these

09:40  9   failures that are described here are at least, in part,

09:40  10  caused by the vehicle.  Would you agree with that?  Does

09:40  11  the vehicle share in some responsibility for these

09:40  12  outcomes, Mr. Rubio Blanco?

09:40  13       A.   I can't agree with that.  We're talking about a

09:40  14  driver-assistance system, which the driver is responsible

09:40  15  for the operation of the vehicle; and if you -- you're

09:40  16  seeing these buckets, we're -- we're -- we're adding

09:40  17  the -- the collisions to these buckets in order to

09:41  18  address a specific thing, which it might be an in-path --

09:41  19  an in-path vehicle or -- or something like that, that we

09:41  20  want to address, and we want to be able to assist the

09:41  21  driver.

09:41  22       But this has always been a driver-assistance

09:41  23  Level 2 system.  It has always been the driver

09:41  24  responsibility to operate the vehicle.  And, in fact, the

09:41  25  system, its capabilities are limited by the fact that we

Julia Whaley & Associates
214-668-5578  JulieTXCSR@gmail.com

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

09:41 1    need to -- to prioritize driver intent.  So in those

09:41 2    situations, they might be collisions with the system on.

09:41 3        Q.  This is one of those areas we'll just agree to

09:41 4    disagree.  Sir, who is this user, if you know?

09:41 5        A.  Han Zhang?

09:41 6        Q.  Yes.

09:41 7        A.  Yeah.  He was a member of the autopilot team.

09:41 8        Q.  What's his full name?  Is that his full name,

09:41 9    Han, H-A-N, and then is it Zhang, Z-H-A-N-G, or is it all

09:42 10   one name?

09:42 11       A.  No.  That's first name and last name, if I

09:42 12   recall correctly.

09:42 13       Q.  If I recall correctly, I think that is correct.

09:42 14   His -- so his -- what was his first name and last name,

09:42 15   to your knowledge, sir?

09:42 16       A.  Han, H-A-N, first name; and Zhang, Z-H-A-N-G,

09:42 17   last name.

09:42 18       Q.  And when was he a member of the autopilot team?

09:42 19       A.  I wouldn't be able to know his tenure at Tesla

09:42 20   at this time.  I'm -- I'm not sure how much time he was

09:42 21   at Tesla.  A number of years, though.

09:42 22       Q.  But based upon the way you're describing him,

09:42 23   this is formerly.  He is no longer at Tesla; is that

09:42 24   correct?

09:42 25       A.  Correct.

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

10:05 1    on the navigation system as well as the GPS of -- of

10:05 2    the -- the vehicle.

10:06 3        Q.  And Tesla has known, since far back as 2016 and

10:06 4    the original preliminary evaluation done by the federal

10:06 5    government, that drivers would often attempt to use the

10:06 6    system outside a preferred environment and conditions

10:06 7    beyond what was set forth in the owner's manual and in

10:06 8    the warnings provided by drivers, true?

10:06 9            MR. T. BRANIGAN:  Objection, form.  It's vague.

10:06 10   Lack of foundation.

10:06 11       A.  I mean, again, this is a driver-assistance

10:06 12   Level 2 system that relies on the driver not only for the

10:06 13   operation, but also for the engagement.  So we provide a

10:06 14   lot of data with regards to that engagement and with

10:06 15   regards to that operation, and we tell them where to

10:06 16   engage it and how to engage it.

10:06 17           And we tell them this might be suitable for

10:06 18   slow-moving traffic and other road classes as long as you

10:06 19   continue to pay attention, keep your hands on the wheel

10:06 20   and your eyes on the road, and be ready to take action at

10:06 21   any time; and that has been Tesla's position since 2016.

10:07 22       Q.  (By Mr. Schreiber) And the vast majority of that

10:07 23   information is contained in the owner's manual?  Is that

10:07 24   where a lot of it is communicated?

10:07 25       A.  The vast majority, I mean, it is communicated in

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

10:07  1  the owner's manual, and it is displayed to the driver in

10:07  2  the user agreement in the -- in the screen, and they need

10:07  3  to agree to.  It specifically contains the verbiage that

10:07  4  I've relied.  I don't know how accurately I've relied it,

10:07  5  but approximately the same verbiage.

10:07  6          And -- and, also, autosteer performs certain

10:07  7  checks as -- as to its availability based on inputs,

10:07  8  right?  Like if we have lane lines, if we have enough or

10:07  9  sufficient input in order to engage the system, but when

10:07 10  those inputs are met, this is still a driver-assistance

10:07 11  Level 2 system that relies on the driver to evaluate its

10:07 12  engagement following the instructions that we give them,

10:07 13  of course.

10:08 14      Q.  So, again, the vast majority of the warnings

10:08 15  given to drivers about the ODD within which this system

10:08 16  should be operated are contained in the owner's manual,

10:08 17  correct?

10:08 18          MR. T. BRANIGAN:  Objection, form.  Misleadingly

10:08 19  misstates the witness's prior answer.

10:08 20      A.  I mean, I've relied all the sources of

10:08 21  information that we provide to our customers with regards

10:08 22  to that, and I would like to stand by my previous answer.

10:08 23      Q.  (By Mr. Schreiber) And not to quibble, but I'm

10:08 24  going to quibble.  The warning about autosteer -- and

10:08 25  we'll talk about some of those warnings when we get to

Julia Whaley & Associates
214-668-5578  JulieTXCSR@gmail.com

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

10:15  1    Q.  (By Mr. Schreiber) But Tesla has said, and

10:15  2    you've largely parroted this in deposition, that given

10:16  3    the significant role the driver plays, a rigid set of

10:16  4    operational design domains centered around road

10:16  5    classification or geometry is not necessary or even

10:16  6    appropriate.  You would agree with that statement, would

10:16  7    you not, sir?

10:16  8    A.  I mean, I will add, or -- or subject to the fact

10:16  9    that -- that we provide a lot of information to our

10:16  10   customers as to how to engage it and -- and when to

10:16  11   engage it and where to engage it, and, you know,

10:16  12   adding -- adding the fact that this is a Level 2 system

10:16  13   that relies on the driver for -- for its operation and

10:16  14   engagement.

10:16  15   Q.  Right.  I got you.  Because according to Tesla,

10:16  16   the usage of these features is more appropriately

10:16  17   determined by the driver who is best suited to assess his

10:16  18   or her surroundings in real time and then to determine

10:17  19   whether the system can be safely and appropriately used,

10:17  20   true?

10:17  21       MR. T. BRANIGAN:  Let me just object to the form

10:17  22   to the extent it's mischaracterizing or misstating the

10:17  23   document that counsel is reading from.  Go ahead, sir.

10:17  24   A.  That's correct.  Yes.

10:17  25       MR. SCHREIBER:  And I'm going to say, if anybody

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

10:38 1    general sense, the -- the director -- the directive on

10:38 2    the use of autopilot is to assist our driver to -- our

10:38 3    drivers to operate their vehicles.

10:38 4            And it is great not only for convenience, but

10:38 5    also for reducing their probability of being involved

10:39 6    in -- in a collision, and that has been what we've been

10:39 7    showing over these years.

10:39 8        Q.  Mr. Rubio Blanco, have you heard Elon Musk refer

10:39 9    to the prime directive for autopilot as being do not

10:39 10   collide?

10:39 11       A.  No, I can't recall that specific statement,

10:39 12   Counsel, but --

10:39 13       Q.  Have you --

10:39 14       A.  -- I mean, I can tell you --

10:39 15       Q.  Go ahead.

10:39 16       A.  Yeah.  No, I can tell you that it's a driver-

10:39 17   assistance Level 2 system that -- that means that, by

10:39 18   definition, it is required to prioritize driver intent.

10:39 19            So it is designed to do so, and that limits

10:39 20   sometimes the operation of autosteer as to how fast it

10:39 21   can turn, how far it can turn, because it needs to -- to

10:39 22   be ready for driver engagement.  So considering that...

10:39 23       Q.  Prior to this incidence, the incident involving

10:40 24   the plaintiffs in this matter, and as a part of the

10:40 25   development and improvement of the autopilot system

Julia Whaley & Associates
214-668-5578  JulieTXCSR@gmail.com

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2
             Case No. 21-cv-21940-BLOOM/Otazo-Reyes
3
   NEIMA BENAVIDES, as Personal
4  Representative of the Estate
   of Naibel Benavides Leon,
5  deceased,

6       Plaintiff,

7  v.

8  TESLA, INC., a/k/a Tesla
   Florida, Inc.,
9
        Defendant
10 _____/

11             Case No. 22-cv-22607-BLOOM

12 DILLON ANGULO,

13      Plaintiff,

14 v.

15 TESLA, INC., a/k/a Tesla
   Florida, Inc.,
16
        Defendant
17 _____/

18

19

                     REPORTER'S CERTIFICATE
20
        VIDEOTAPED ORAL DEPOSITION OF ELOY RUBIO BLANCO
21
           (AS CORPORATE REPRESENTATIVE FOR TESLA)
22
                      MAY 31, 2024
23
                    (REPORTED REMOTELY)
24

25

                   Julia Whaley & Associates
           214-668-5578  JulieTXCSR@gmail.com

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

1              I, Adrianne Harris, Certified Shorthand

2   Reporter in and for the State of Texas, hereby certify to

3   the following:

4              That the witness, ELOY RUBIO BLANCO, was duly

5   sworn by the officer and that the transcript of the

6   deposition is a true record of the testimony given by the

7   witness;

8              That the deposition transcript was duly

9   submitted on _____ to Mr. Thomas P.

10  Branigan, the attorney for the witness/Defendant, for

11  examination, signature, and return to me by

12  _____.

13             That pursuant to information given to the

14  deposition officer at the time said testimony was taken,

15  the following includes all parties of record and the

16  amount of time used by each party at the time of the

17  deposition:

18             Mr. Brett Schreiber (07h07m)
               Mr. Thomas P. Branigan (00h00m)
19

20  FOR PLAINTIFFS:

21      Mr. Brett Schreiber
        SINGLETON SCHREIBER
22      591 Camino de la Reina
        Suite 1025
23      San Diego, California  92108
        Phone: (619)771-3473
24      Fax: (619)255-1515
        Email: bschreiber@singletonschreiber.com
25
        - and -

Julia Whaley & Associates
214-668-5578  JulieTXCSR@gmail.com