# EXHIBIT Q

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

**CERTIFIED TRANSCRIPT**

SZ HUA HUANG, Individually and as successor in interest to WEI LUN HUANG, deceased; TRINITY HUANG, a minor; TRISTAN HUANG, a minor; HSI KENG HUANG; and CHING FEN HUANG,

CASE NO. 19CV346663

Plaintiffs,

-vs-

TESLA INC. dba TESLA MOTORS, INC., THE STATE OF CALIFORNIA, and DOES 1 through 100,

Defendants.
_____/

VIDEOTAPED

DEPOSITION OF AKSHAY PHATAK

Volume I  (Pages 1 - 203)

Taken before KAREN A. CRANGLE
Certified Shorthand Reporter
State of California
C.S.R. License No. 3816

July 20, 2023

www.cranglereporting.com | (510) 653-1312



```
 1         VIDEOTAPED DEPOSITION OF AKSHAY PHATAK, VOLUME I
 2
 3              Pursuant to Notice of Taking Deposition, and on
 4    Thursday, July 20, 2023, at the hour of 10:00 a.m., via
 5    Zoom video conference, before me, KAREN A. CRANGLE,
 6    Certified Shorthand Reporter, personally appeared AKSHAY
 7    PHATAK, produced as a witness in the above-entitled
 8    action, who, having been first duly sworn, was thereupon
 9    examined as a witness to said action.
10
11
12                           APPEARANCES
13
14          Andrew P. McDevitt, Attorney at Law, WALKUP,
15    MELODIA, KELLY & SCHOENBERGER, 650 California Street, 26th
16    Floor, San Francisco, California, 94108, was present
17    remotely on behalf of the plaintiffs.
18
19           Thomas Branigan, Attorney at Law, and Lauren O.
20    Miller, Attorney at Law, BOWMAN AND BROOKE LLP, 1741
21    Technology Drive, Suite 200, San Jose, California, 95110,
22    were present remotely on behalf of the defendant Tesla,
23    Inc.
24
25
                                                              2
```



```
 1
 2            Andrew Gokoffski and Rosemary Love, Deputy
 3   Attorneys, State of California, Caltrans Legal Division,
 4   111 Grand Avenue, Suite 11-100, Oakland, California,
 5   94612, were present remotely on behalf of the defendant
 6   California Department of Transportation.
 7
 8            Donald H. Slavik, Attorney at Law, Slavik Law
 9   Firm, LLC, 3001 S. Lincoln Avenue, Suite C-1, Steamboat
10   Springs, Colorado, 80487, was remotely present and
11   cross-noticed the deposition in the matter of Monet vs.
12   Tesla, et al.
13
14            Seema Bhatt, Attorney at Law, MINAMI TAMAKI LLP,
15   101 Montgomery Street, Suite 825, San Francisco,
16   California, 94104, was present remotely on behalf of the
17   plaintiffs.
18
19            And there also being present Corey Jollie,
20   summer law clerk, Walkup, Melodia, Kelly and Schoenberger.
21
22            And there also being present Kristina Lee,
23   videographer, Eureka Street Legal Video.
24
25
                                                              3
```



```
 1          Q. Yes, I was just using ten minutes as one
 2   example.
 3          A. I mean it's, like, based on, like, performance
 4   of the system, and, like, at lower speeds, what is the --
 5   like, what is the consequence if something goes wrong.
 6          And it's also, like, I don't know if I cited
 7   earlier, but this is like a Level 2 system, where the
 8   driver, like, is free to take over any time, like if
 9   something is going wrong with the system.
10          And at lower speeds, like, even if something goes
11   wrong, like, the consequences are not as severe, so the
12   time out would be longer for lower speeds.
13          Q.  Okay.  Let me write this down.
14          So first of all, can you tell me when Tesla first
15   told the customers that it was, quote -- Autopilot was,
16   quote, a Level 2 system, using that word?
17          A. I don't know if the Level 2 system was like
18   what the word they used, but, like, I mean essentially the
19   wording may have been like a Driver Assistance System.
20          Q. Okay.  Sir, my question is very specific.
21          A. Yeah.
22          Q. Okay.  At any point in time, has Tesla told
23   customers that Autopilot is, quote, a Level 2 system?
24   Using that word.
25          A. I haven't reviewed, like, the release notes or
```

79

 1  user manual, but, like, if I'm thinking, like, from a --
 2  like a typical end user, I don't know if they're aware of
 3  all of these categories like Level 2 and whatnot.
 4          That specific category is defined by I want to say
 5  by SAE, and they're quite technical, so I don't know if --
 6  even if we said, like, it's a Level 2 system, a typical
 7  end user would understand what that means.
 8          Q.  Okay.  Well, as far as you know, has --
 9          I understand you haven't looked at documents, but
10  as far as you know, has Tesla ever told customers that
11  Autopilot is, quote, an SAE Level 2 system?
12          MR. BRANIGAN:  Objection.  Form.  Asked and
13  answered.  He just gave you a detailed answer in response
14  to that question.
15          THE WITNESS:  Yeah, like I said, I don't know if
16  that specific term was used or not.
17          MR. MCDEVITT:  Q.  As far as you know has Tesla
18  ever explained what SAE Level 2 means to customers, using
19  that wording.  This is a SAE Level 2 system, that means X,
20  Y, Z.  Has that ever happened?
21          MR. BRANIGAN:  Objection.  Form.  Well beyond the
22  order and scope of the notice now.  Go ahead, sir.
23          THE WITNESS:  I'm not sure if that -- if we've,
24  like, explained it anywhere.
25          MR. MCDEVITT:  Q.  Okay.  And as you just indicated

                                                          80

www.cranglereporting.com | (510) 653-1312



```
 1   STATE OF CALIFORNIA    )
                            )    ss
 2   COUNTY OF ALAMEDA      )

 3

 4          I, Karen A. Crangle, hereby certify that the

 5   witness in the foregoing deposition named

 6

 7                       AKSHAY PHATAK

 8

 9   was by me duly sworn to testify to the truth, the whole

10   truth, and nothing but the truth in the within-entitled

11   cause; that said deposition was taken at the time and

12   place herein named; that the testimony of said witness was

13   reported by me, a certified shorthand reporter and a

14   disinterested person, and thereafter transcribed into

15   typewriting.

16

17          And I further certify that I am not of counsel or

18   attorney for either or any of the parties to said

19   deposition, nor in any way interested in the outcome of

20   the cause named in said caption.

21

22   Date: July 26, 2023

23
        Karen A. Crangle
24   _____
     Karen A. Crangle, C.S.R.
25
```

201



```
 1                              July 26, 2023

 2

 3

 4   AKSHAY PHATAK
     c/o Thomas Branigan, Attorney at Law
 5   BOWMAN AND BROOKE LLP
     1741 Technology Drive, Suite 200
 6   San Jose, California 95110

 7


 8
     RE:   HUANG vs. TESLA
 9

10

11   Dear Mr. Phatak:

12   Your deposition transcript has been prepared and is
     available at our office for reading, correcting and
13   signing, and shall remain so available for 35 days.

14   Should you wish to review your deposition transcript,
     please contact our office for an appointment.
15

16   Sincerely,

17

18   [signature: Karen A. Crangle]

19   Karen A. Crangle, C.S.R.

20

21

22

23

24   cc:   All counsel

25

                                                           202
```