**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 21-cv-21940-BLOOM/TORRES**

NEIMA BENAVIDES, as Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

  Plaintiff,

v.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.,

  Defendant.
_____/

Dated March 6, 2025.

    Respectfully Submitted,

    **THE ROUSSO, BOUMEL LAW FIRM, PLLC.**
    9350 South Dixie Highway
    Suite 1520
    Miami, Florida 33156
    (305) 670-6669

  By: /s/ *Adam T. Boumel, Esq.*
    Adam T. Boumel, Esq.
    Florida Bar No.: 0110727
    Direct email: adam@roussolawfirm.com
    Service emails:
    Pleadings@roussolawfirm.com
    haiyang@roussolawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

  I HEREBY CERTIFY that on this 6th day of March, 2025, I electronically filed the
foregoing document with the Clerk of Court using CM/ECF and served a copy via email to all
parties on the attached service list.

By:     **/s/ *Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727

## SERVICE LIST

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Joel Smith Esq.**
**Attn:Thomas P. Branigan, Esq.**
**Attn: Whitney Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
**Attn: Wendy F. Lumish, Esq.**
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
Wendy.Lumish@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*