UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-cv-21940-BLOOM/TORRES

NEIMA BENAVIDES, as Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

    Plaintiff,

v.

TESLA, INC. a/k/a TESLA FLORIDA, INC.,

    Defendant.
_____/

**PROPOSED AGREED ORDER ON
PLAINTIFFS' OMNIBUS MOTION IN LIMINE (DE 329)**

This matter, having come before the Court on Plaintiffs' Omnibus Motion in Limine (DE 329), and the Parties, having come to agreements on some of the issues raised in Plaintiffs' Motion, and the Court, being otherwise advised, hereby GRANTS PLAINTIFFS' MOTION IN PART, as follows:

    1.    **Failure to Call Witnesses (¶ 1 in Motion)**: Neither party will argue or suggest that the jury should draw an adverse inference from a decision not to call witnesses or introduce evidence at trial that is available to both parties.

    2.    **Personal Belief of Counsel (¶ 3 in Motion)**: Counsel for both parties will not make any statement of their personal belief in his client or his cause.

    3.    **Opinion of Witness Credibility (¶ 4 in Motion)**: Counsel for both parties will not make any statement of their personal belief concerning a witness's credibility.

4. **Improper Comments About Damage Request (¶ 6 in Motion)**: Tesla shall not make any statement that Plaintiff's attorneys always ask for more money than they expect to receive.

5. **Selection of Counsel (¶ 8 in Motion)**: Counsel for both parties will not make any reference or argument regarding how or why a party chose its counsel.

6. **Mis-designating CME Doctors (¶ 13 in Motion)**: Neither party will make any suggestion or argument that medical examinations performed by either parties' experts are "independent," or that these doctors were appointed by the Court.

7. **No Surprise Opinions (¶ 14 in Motion)**: All experts shall be limited to those opinions expressed in their reports and shall not testify outside of same. The basis of their opinions will be the evidence identified in their reports, in depositions or produced in their files.

8. **Improper Attacks on Opposing Experts (¶ 15 in Motion)**: The Parties' experts may properly explain his or her opinion on an issue in controversy by outlining the claimed deficiencies in the opposing expert's methodology, but shall not attack the opposing expert's ability, credibility, reputation, or competence.

9. **Precluding Defense Expert Dr. Fernandez from Offering Opinion on Centralized Pain (¶ 21 in Motion)**: Tesla's retained Orthopedic Expert, Dr. Rafael Fernandez, shall not offer any opinion indicating that Plaintiff, Dillon Angulo, does not have centralized pain.

10. **Disputes remaining to be resolved by the Court**: Except as detailed above, all other issues raised in Plaintiffs' Motion remain at issue to be ruled on by the Court. Specifically the issues raised in ¶¶ 2, 5, 7, 9, 10, 11, 12, 16, 17, 18, 19, 20 and 22 of Plaintiffs' Motion remain in dispute. Additionally, for the issues raised in ¶ 8 of Plaintiff's Motion, all remain at issue other than the Selection of Counsel as detailed in ¶ 5 in this instant Order.

**IT IS SO ORDERED.**

DATED: _____

                                          _____
HON.  BETH BLOOM
UNITED STATES DISTRICT JUDGE