UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                                       Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**EXPEDITED OPPOSED MOTION TO EXTEND DEADLINE TO**
**FILE MOTION REGARDING CONFIDENTIAL DESIGNATIONS BY SEVEN DAYS**

Defendant, Tesla, Inc. ("Tesla"), through its undersigned Counsel, hereby submits this Opposed Motion to extend its March 14, 2025 deadline to file a motion to regarding confidential information designations by **seven (7) days**. In support of its Motion, Tesla states as follows:

1. Pursuant to the extant Confidentiality Protective Order, the Parties must confer once a party challenges a producing party's confidentiality designations over documents and deposition testimony. *See* Dkt. 126 at ¶ 12. Once that conference is complete, the producing party has 30 days to file a motion to protect its confidentiality designations. *Id.*

2.  On February 12, the Parties completed a meet and confer conference on nearly 20 of Plaintiffs' challenges to confidential designations made by Tesla concerning, among other things, deposition testimony by Tesla employees who testified about issues that are propriety and confidential to Tesla and deserving of protection pursuant to the terms of the extant Confidentiality Protective Order. Despite their meet and confer discussions, Counsel for the Parties did not resolve all issues related to these confidentiality designations and the deadline for Tesla to file a motion for protective order regarding the unresolved issues is on March 14, 2025.

3.  Due to the volume of Plaintiffs' challenges, the fact that the Parties are simultaneously briefing their pre-trial reply briefs due to be filed on March 17, 2025 and because Tesla's lead Trial Attorney, Thomas Branigan, has been unavailable until Monday March 10 due to his involvement in a trial of nearly 6 weeks, Tesla requires and respectfully requests an additional seven days to file its motion for protective order related to these unresolved confidential designation issues.

4.  This extension of seven days will not prejudice Plaintiffs, nor will it affect the current trial schedule or filings of other motions currently due on March 17. Trial is not set to commence until July 14, 2025, and the Parties' Joint Pre-Trial Stipulation and accompanying documents are not due until June 30, 2025. (See ECF 354).

5.  **<u>Request for Expedited Relief</u>**: Tesla previously conferred with Plaintiffs' Counsel concerning a 14-day extension, which Plaintiffs opposed. After attempting to complete briefing under the current deadline, Tesla reduced the requested extension to seven days. However, Plaintiffs' Counsel still oppose what Tesla's Counsel believes to be a request for a reasonable and short extension of seven days – a common professional courtesy that has been routinely extended to Plaintiffs' Counsel in this case. Because Tesla's deadline to file a motion to protect its

confidential designations falls before Plaintiffs' deadline to respond to the instant extension request, **Tesla requests expedited relief on or before March 14, 2025**.

## CONCLUSION

**WHEREFORE,** Tesla respectfully requests that this Honorable Court enter an order extending Tesla's deadline to file its motion for protective order related to unresolved confidential designation issues **to March 21, 2025**.

### Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), Counsel for Plaintiffs and Tesla conferred regarding the issues expressed in this Motion on March 6 (for 14 days) and again on March 11 (for 7 days), 2025. Plaintiffs' Counsel **oppose** any request for an extension which has necessitated this Motion.

Date:  March 11, 2025               Respectfully submitted,

                                    s/ *Whitney V. Cruz*
                                    **WHITNEY V. CRUZ**
                                    Florida Bar No. 800821
                                    **BOWMAN AND BROOKE LLP**
                                    Two Alhambra Plaza, Suite 800
                                    Coral Gables, FL 33134
                                    Tel. 305-995-5600 / Fax: 305-995-6100
                                    whitney.cruz@bowmanandbrooke.com

                                    **THOMAS P. BRANIGAN**
                                    *(Admitted Pro Hac Vice)*
                                    **DREW P. BRANIGAN**
                                    *(Admitted Pro Hac Vice)*
                                    **BOWMAN AND BROOKE LLP**
                                    101 W. Big Beaver Road, Suite 1100
                                    Troy, MI 48084
                                    Tel. 248-205-3300 / Fax: 248-205-3399
                                    thomas.branigan@bowmanandbrooke.com
                                     drew.branigan@bowmanandbrooke.com

                                    **JOEL SMITH**
                                    *(Admitted Pro Hac Vice)*
                                    **BOWMAN AND BROOKE LLP**
                                    1441 Main Street, Suite 1200
                                    Columbia, SC 2920
                                    Tel. 803-726-7420 / Fax: 803.726.7421
                                    Joel.Smith@bowmanandbrooke.com

                                    **HILARIE BASS**
                                    Florida Bar No. 334243
                                    **HILARIE BASS, ESQUIRE LLC**
                                    2821 Bayshore Drive, UPH-B
                                    Miami, FL 33133
                                    Tel. 305-505-8777
                                    bassh@bassinstitute.org

                                    *Attorneys for Defendant TESLA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel. 619-771-3473
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

                          s/ *Whitney V. Cruz*
                             Whitney V. Cruz