UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal
Representative of the Estate of Naibel Benavides Leon,
deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,
    Defendant.
    _____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,
    Defendants.
    _____/

## PLAINTIFFS' RESPONSE TO TESLA'S EXPEDITED MOTION TO EXTEND DEADLINE TO FILE MOTION REGARDING CONFIDENTIALITY DESIGNATIONS

Plaintiffs, by and through their undersigned counsel, hereby give their Response to Tesla's Expedited Opposed Motion to Extend Deadline to File Motion Regarding Confidential Designations by Seven Days (DE 361), and state as follows:

Plaintiffs only file this Response to advise the Court as to *why* Plaintiffs were unable to agree to any extension on Tesla's confidentiality challenges – as Tesla is correct in that the request is, standing alone, reasonable, and the parties have routinely worked cooperatively together on providing such reasonable extensions.

1

With regards to this instant matter, however, Plaintiffs believe it is important to reach resolution of the confidentiality challenges at issue as soon as possible. This is because, for obvious reasons, what has transpired in this case carries weight, importance and public interest on a scale far broader than any of us could have anticipated even just months ago. Yet, at the same time, Tesla has taken a draconian position that virtually anything related to Plaintiffs' Motion for Rule 37 Sanctions pending before the Court is confidential – even arguing documents it did not produce, did not designate, and which in no way contain any sensitive or proprietary information pertaining to Tesla must be kept confidential. By way of example only, Tesla has taken the position that materials such as FHP's Homicide Investigation Report (a public record) and the declaration of FHP Corporal Riso[1] are subject to confidentiality protections.

In light of the above, Plaintiffs did voice objection to Tesla's request for extension, but obviously defer to this Honorable Court regarding all such issues.

---

[1] Tesla's position as to the declaration of Corporal Riso is that the introductory paragraphs are not confidential, but that *anything* that references or pertains to Tesla or its in-house counsel Ryan McCarthy is confidential.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of March, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notices of electronic submission to all parties on the attached service list.

                                 **THE ROUSSO, BOUMEL LAW FIRM, PLLC.**
                                 9350 South Dixie Highway
                                 Suite 1520
                                 Miami, Florida 33156
                                 (305) 670-6669

         By:     **/s/ *Adam T. Boumel, Esq.***
                         Adam T. Boumel, Esq.
                         Florida Bar No.: 0110727
                         Direct email:
                         Adam@roussolawfirm.com
                         Service emails:
                         Pleadings@roussolawfirm.com
                         Haiyang@roussolawfirm.com

## SERVICE LIST

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant*

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*


**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com