UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**TESLA'S MOTION FOR LEAVE TO FILE MOTION FOR CONTINUED
CONFIDENTIALITY OF MATERIALS DESIGNATED UNDER CONFIDENTIALITY
<u>PROTECTIVE ORDER (AND EXHIBITS) UNDER SEAL</u>**

Defendant, Tesla, Inc. ("Tesla"), incorrectly identified as Tesla Florida, Inc., pursuant to Local Rule 5.4(b), requests leave of Court to file under seal Tesla's forthcoming Motion For Continued Confidentiality Of Materials Designated Under Confidentiality Protective Order and corresponding exhibits for the reasons set forth below:

## Background and Relief Requested

1. This automotive product liability case arises out of a crash that occurred on April 25, 2019 (the "Subject Crash") at a "T" intersection in Key Largo, Florida.

2. Tesla intends to file its Motion For Continued Confidentiality Of Materials Designated Under Confidentiality Protective Order and corresponding exhibits, which must be filed by March 18, 2025. (ECF 363). Tesla's forthcoming Motion and exhibits will contain and discuss information and documents which have been designated as Confidential and Highly Confidential and must therefore be filed under seal to comply with the extant Confidentiality Protective Order (ECF 126).

3. Accordingly, Tesla prays that this Honorable Court grant this instant Motion and enter an Order providing that Tesla's Motion For Continued Confidentiality Of Materials Designated Under Confidentiality Protective Order and exhibits attached thereto be filed under seal.

## CONCLUSION

WHEREFORE, Tesla prays this Honorable Court grant the relief requested in this Motion.

Date:  March 17, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ _Whitney V. Cruz_
　　　　　　　　　　　　　　　　　　　　**WHITNEY V. CRUZ**
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 800821
　　　　　　　　　　　　　　　　　　　　**WENDY F. LUMISH**
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 334332
　　　　　　　　　　　　　　　　　　　　**BOWMAN AND BROOKE LLP**
　　　　　　　　　　　　　　　　　　　　Two Alhambra Plaza, Suite 800
　　　　　　　　　　　　　　　　　　　　Coral Gables, FL 33134
　　　　　　　　　　　　　　　　　　　　Tel. 305-995-5600 / Fax: 305-995-6100
　　　　　　　　　　　　　　　　　　　　whitney.cruz@bowmanandbrooke.com

　　　　　　　　　　　　　　　　　　　　**THOMAS P. BRANIGAN**
　　　　　　　　　　　　　　　　　　　　(Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　**DREW P. BRANIGAN**
　　　　　　　　　　　　　　　　　　　　(Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　**BOWMAN AND BROOKE LLP**
　　　　　　　　　　　　　　　　　　　　101 W. Big Beaver Road, Suite 1100
　　　　　　　　　　　　　　　　　　　　Troy, MI 48084
　　　　　　　　　　　　　　　　　　　　Tel. 248-205-3300 / Fax: 248-205-3399
　　　　　　　　　　　　　　　　　　　　thomas.branigan@bowmanandbrooke.com
　　　　　　　　　　　　　　　　　　　　drew.branigan@bowmanandbrooke.com

　　　　　　　　　　　　　　　　　　　　**JOEL SMITH**
　　　　　　　　　　　　　　　　　　　　(Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　**BOWMAN AND BROOKE LLP**
　　　　　　　　　　　　　　　　　　　　1441 Main Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　Columbia, SC 29201
　　　　　　　　　　　　　　　　　　　　Tel. 803-726-7420 / Fax: 803-726-7421
　　　　　　　　　　　　　　　　　　　　joel.smith@bowmanandbrooke.com

　　　　　　　　　　　　　　　　　　　　**HILARIE BASS**
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 334243
　　　　　　　　　　　　　　　　　　　　**HILARIE BASS, ESQUIRE LLC**
　　　　　　　　　　　　　　　　　　　　2821 Bayshore Drive, UPH-B
　　　　　　　　　　　　　　　　　　　　Miami, FL 33133
　　　　　　　　　　　　　　　　　　　　Tel. 305-505-8777
　　　　　　　　　　　　　　　　　　　　bassh@bassinstitute.org

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Tesla, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Whitney V. Cruz*
Whitney V. Cruz