UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**JOINT MOTION FOR LEAVE TO FILE
EXCESS PAGES FOR REPLIES TO PRE-TRIAL MOTIONS**

Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, Plaintiff, Dillon Angulo, and Defendant, Tesla, Inc. (hereinafter the "Parties") hereby submit this joint request for an increase in the page limitations for their replies to pre-trial motions, and state as follows:

**BACKGROUND AND RELIEF REQUESTED**

1. As this Court is aware, this is a complex product liability action. On February 21, 2025, the Court granted the Parties' joint motion for leave for excess pages for the following responsive briefing:

    a. Plaintiffs' Statement of Material Facts to support their Opposition to Tesla's

        Summary Judgment- 15 total pages;

    b. Plaintiffs' "Reply" to Tesla's Statement of Material Facts- 15 total pages

    c. Plaintiffs' Response to Tesla's Omnibus Motion *in Limine*- 35 total pages;

    d. Plaintiffs' Response to Tesla's Omnibus Motion to Exclude Plaintiffs' Experts- 35 total pages;

    e. Plaintiffs' Response to Tesla's Motion for Summary Judgment – 35 total pages

    f. Tesla's Response to Plaintiffs' Omnibus Motion *in Limine*- 35 total pages

*See* (ECF 339).

2. Tesla's reply briefing and Plaintiffs' Reply to Tesla's Response to Plaintiffs' Motion to Exclude Expert Testing and Testimony are due March 24, 2025, and Plaintiffs' reply to Tesla's Response to Plaintiffs' Omnibus Motion *in Limine* is due on March 28, 2025. *See* (ECF 365).

3. In light of the complexity and volume of issues which the Parties need to reply to, the Parties hereby request a corresponding increase in page limitations for their Reply pleadings, as follows:

    a. 30 total pages for Tesla to Respond to Plaintiffs' Reply Statement of Facts

    b. 20 total pages for Tesla's Reply to Plaintiffs' Response to Tesla's Motion for Summary Judgement;

    c. 20 total pages for Tesla's Reply to Plaintiffs' Response to Tesla's Omnibus Motion to Exclude Plaintiff's Experts;

    d. 20 total pages for Tesla's Reply to Plaintiffs' Response to Tesla's Omnibus Motion in *Limine*; and

    e. 20 total pages for Plaintiffs' Reply to Tesla's Response to Plaintiffs' Omnibus Motion in *Limine*.

    f. 20 total Pages for Plaintiffs' Reply to Tesla's Response to Plaintiffs' Motion to

Exclude Expert Testing and Testimony (ECF 322).

**WHEREFORE**, the Parties pray this Honorable Court grant this instant Motion.

### CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel for Tesla conferred on March 21, 2025 with Adam Boumel, counsel for Plaintiffs, who indicated that Plaintiffs join this request.

Date: March 21, 2025

Respectfully submitted,
*s/ Whitney V. Cruz*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**Bowman and Brooke LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**DREW P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 2920
Tel. 803-726-7420 / Fax: 803.726.7421
Joel.Smith@bowmanandbrooke.com

**HILARIE BASS**
Florida Bar No. 334243
**HILARIE BASS, ESQUIRE LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
Tel. 305-505-8777
bassh@bassinstitute.org

*Attorneys for Defendant TESLA, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 21, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notices of electronic submission to all parties on the attached service list.

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
The Rousso, Boumel Law Firm, PLLC
9350 South Dixie Highway Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.** Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice* SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025 San Diego, CA 92108
Tel. 619-771-3473
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.** Florida Bar No. 0129577 EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Whitney V. Cruz*
Whitney V. Cruz