# EXHIBIT B

# National Transportation Safety Board

Office of the General Counsel
Washington, DC 20594



July 8, 2024

Via e-mail to: cbirnbaum@singletonschreiber.com
Carmela Birnbaum, Esq.
Singleton Schreiber, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108

Re: Notice of Deposition of Former Employee

Dear Ms. Birnbaum,

This letter responds to your correspondence of June 10, 2024, to the National Transportation Safety Board (NTSB), seeking to notify the NTSB of deposition of Robert Sumwalt, former Chairman of the National Transportation Safety Board, in a civil case *Benavides v. Tesla, Inc.*, Case No. 22-22607-KMM in the U.S. District Court in the Southern District of Florida arising from an April 25, 2019 accident where a Tesla vehicle operating on Autopilot crashed into a Chevrolet Tahoe parked off-road at the end of a T-intersection, resulting in loss of life.

Information regarding the accidents the NTSB investigates is posted on the public docket, which is searchable by the public on the NTSB's website.[1] Our records show that the NTSB did not investigate a crash involving a Tesla and a Chevrolet Tahoe on April 25, 2019. In fact, our records show no highway accident occurring on that date was ever investigated by the NTSB.

While it is correct 49 C.F.R. § 835.7 does not require NTSB approval of testimony of a former Board employee, § 835.7 indicates that such testimony is nevertheless constrained by the limitations set forth in §§ 835.3 and 835.4. In short, these limitations indicate that a former board employee may not give expert or opinion testimony and may only testify as to the factual information he or she obtained during the course of an investigation.

Your correspondence indicates that Mr. Sumwalt is planned to be deposed in his capacity as former Chairman of the NTSB, a position he held at the time of the noted accident. However, because the NTSB did not investigate this accident, there is no factual information that Mr. Sumwalt could possess relative to the accident. Thus,

---

[1] https://data.ntsb.gov/Docket/Forms/searchdocket

the only possible testimony would be of expert or opinion nature, which is prohibited by 49 C.F.R. § 835.3.

Please do not hesitate to contact Daria Glagoleva within the Office of General Counsel at 202-314-6080 should you have any questions.

Sincerely,

WILLIAM MCMURRY
Digitally signed by WILLIAM MCMURRY
Date: 2024.07.08 19:05:26 -04'00'

William T. McMurry, Jr.
General Counsel