# EXHIBIT C



U.S. Department
of Transportation

**National Highway
Traffic Safety
Administration**



DOT HS 813 403

February 2023

# The Economic and Societal Impact of Motor Vehicle Crashes, 2019 (Revised)

## DISCLAIMER

This publication is distributed by the U.S. Department of Transportation, National Highway Traffic Safety Administration, in the interest of information exchange. The opinions, findings, and conclusions expressed in this publication are those of the authors and not necessarily those of the Department of Transportation or the National Highway Traffic Safety Administration. The United States Government assumes no liability for its contents or use thereof. If trade or manufacturers' names or products are mentioned, it is because they are considered essential to the object of the publication and should not be construed as an endorsement. The United States Government does not endorse products or manufacturers.

Suggested APA format citation:

Blincoe, L., Miller, T., Wang, J.-S., Swedler, D., Coughlin, T., Lawrence, B., Guo, F., Klauer, S., & Dingus, T. (2023, February). *The economic and societal impact of motor vehicle crashes, 2019 (Revised)* (Report No. DOT HS 813 403). National Highway Traffic Safety Administration.

**A Note on the February 2023 Revision:**

Shortly after initial publication of this report in December 2022, several modifications were added.  These include 1) The insertion of a new Appendix H, Supporting Tables for QALY Values. 2) Modification to Table 5-2 to reflect percentages of QALYs lost per fatality instead of percentage of lifetime QALYs lost.  The derivation of both tables is now discussed in the added Appendix H. 3) A correction to values in Table I-14. No conclusions or findings were affected by these changes.

### Technical Report Documentation Page

| 1. Report No.<br>DOT HS 813 403 | 2. Government Accession No. | 3. Recipient's Catalog No. |
|---|---|---|
| 4. Title and Subtitle<br>The Economic and Societal Impact of Motor Vehicle Crashes, 2019 (Revised) | | 5. Report Date<br>February 2023 |
| | | 6. Performing Organization Code |
| 7. Authors<br>Lawrence Blincoe, Ted R. Miller, Ph.D., Jing-Shiarn Wang, M.S., David Swedler, Ph.D., Tristan Coughlin, Ph.D., Bruce Lawrence, Ph.D., Feng Guo, Ph.D., Sheila Klauer, Ph.D., Thomas Dingus, Ph.D. | | 8. Performing Organization Report No. |
| 9. Performing Organization Name and Address<br>National Center for Statistics and Analysis<br>National Highway Traffic Safety Administration<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 | | 10. Work Unit No. (TRAIS) |
| | | 11. Contract or Grant No. |
| 12. Sponsoring Agency Name and Address<br>National Highway Traffic Safety Administration<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 | | 13. Type of Report and Period Covered<br>NHTSA Technical Report |
| | | 14. Sponsoring Agency Code |

15. Supplementary Notes

Author Affiliation:

National Highway Traffic Safety Administration: L. Blincoe, J.-S. Wang, T. Coughlin

Pacific Institute for Research and Evaluation: T. Miller, D. Swedler, B. Lawrence

Virginia Tech Transportation Institute: F. Guo, S. Klauer, T. Dingus

16. Abstract

In 2019 there were 36,500 people killed, 4.5 million people injured, and 23 million vehicles damaged in motor vehicle crashes in the United States. The economic costs of these crashes totaled $340 billion, including lost productivity, medical, legal and court costs, emergency service, insurance administration, congestion, property damage, and workplace losses. This is equivalent to $1,035 for each of the 328 million people living in the United States, and 1.6 percent of the $21.4 trillion real U.S. Gross Domestic Product in 2019. These figures include both police-reported and unreported crashes. When quality-of-life valuations are considered, the total value of societal harm from motor vehicle crashes in 2019 was nearly $1.4 trillion. Lost market and household productivity accounted for $106 billion of the $340 billion, while property damage accounted for $115 billion. Medical expenses totaled $31 billion. Congestion caused by crashes, including travel delay, excess fuel consumption, greenhouse gases, and criteria pollutants accounted for $36 billion. Each fatality resulted in an average discounted lifetime cost of $1.6 million in economic costs, and $11.3 million when quality-of-life valuations are considered. Public revenues paid for roughly 9 percent of all motor vehicle crash costs, costing taxpayers $30 billion in 2019, equal to $230 in added taxes for every household in the United States. Alcohol-involved crashes accounted for $69 billion or 20 percent of all economic costs. Alcohol was the cause of the crash in roughly 82 percent of these cases, causing $57 billion in costs. Distracted driving crashes cost $98 billion.

| 17. Key Words<br>economic, cost, harm, comprehensive cost, motor vehicle, crashes, accident, traffic, alcohol, speed, seat belts, distraction, helmet, motorcycle, congestion, travel delay, source of payment, fatalities, injuries, unreported crashes, property damage, pedestrian, bicyclist, interstate intersection, roadway departure | 18. Distribution Statement<br>Document is available to the public from the DOT, BTS, National Transportation Library, Repository & Open Science Access Portal, https://rosap.ntl.bts.gov. |
|---|---|
| 19. Security Classif. (Of this report)<br>Unclassified | 20. Security Classif. (Of this page)<br>Unclassified |

| 20. Security Classif. (Of this page)<br>Unclassified | 21. No. of Pages<br>297 | 22. Price |
|---|---|---|

**Form DOT F 1700.7** (8-72)                    Reproduction of completed page authorized

## Table of Contents

**Executive Summary** ............................................................................................................. 1

    Economic Impact of Crashes ................................................................................... 2
    Incidence of Crashes ............................................................................................... 2
    Alcohol Involvement in Crashes ............................................................................ 3
    Impact of Speed-Related Crashes .......................................................................... 3
    Seat Belt Use .......................................................................................................... 3
    Distracted Driving Crashes ..................................................................................... 4
    Societal Impacts of Crashes (Comprehensive Costs) ............................................ 4

**1.   Introduction** ................................................................................................... 5

    Economic Impacts ................................................................................................... 5
    Societal Impacts ...................................................................................................... 8
    Changes From 2010 ................................................................................................ 9
    Overview ............................................................................................................... 10

**2.   Incidence** 30

    Fatalities ................................................................................................................ 30

        Fatalities Beyond 30 Days ................................................................. 32

    Nonfatal Police-Reported Injuries ....................................................................... 34
    Unreported Crashes and Injuries .......................................................................... 42
    Property-Damage-Only Crashes ........................................................................... 43

**3.   Human Capital Costs** ................................................................................. 48

    Crash Data and Severity Estimation ..................................................................... 49
    Unit Cost Estimates .............................................................................................. 49
    Unit Costs of Medical Care, Work Loss, and Quality-of-Life Loss .................... 50
    Property Damage, Insurance, and Legal Costs ..................................................... 59
    Auto Insurance Data Description and Loss Cost Computations ............................ 59
    Property Damage Costs ......................................................................................... 60

        Property Damage Cost per Vehicle and per Crash by MAIS Severity ...... 61

    Number of People Who Auto Insurance Compensates for Injury ......................... 62

        Comparison to Other Crash Injury Counts ..................................... 63
        Portion of Injury Costs Compensated and Payments for Fraudulent Claims ...... 63

    Auto Insurance Administration and Legal Costs per Person ................................ 64
    Miscellaneous Costs ............................................................................................. 69

        Adding Roadside Furniture Damage to Property Damage ....................... 69
        Public Services ......................................................................................... 69

    Unit Cost Summary .............................................................................................. 70
    Police-Reported Versus Unreported Crash Costs ................................................. 71

**4.   Congestion Impacts** ..................................................................................................... **76**

    Added Criteria Pollutant Costs ............................................................................... 77

    Added Greenhouse Gas Costs ................................................................................. 78

    Added Fuel Consumption Costs .............................................................................. 78

    Value of Travel Time .............................................................................................. 79

    Congestion Cost Summary ...................................................................................... 80

    Unreported Crashes ................................................................................................. 83

    Average and Total Congestion Costs, Reported and Unreported Crashes .............. 85

**5.   Lost Quality-of-Life** ......................................................................................... **87**

    Value of a Statistical Life ....................................................................................... 87

    Lost Quality-of-Life for Nonfatal Injuries ............................................................ 89

    Comprehensive Costs .............................................................................................. 92

**6.   State Costs** ........................................................................................................... **98**

**7.   Alcohol-Involved Crash Costs** ........................................................................ **102**

    Fatalities ................................................................................................................ 102

    Nonfatal Injuries ................................................................................................... 107

    Underreported Alcohol-Involved Crashes ............................................................ 109

    BAC Levels ........................................................................................................... 111

    Alcohol-Involved Crash Costs ............................................................................. 116

    Alcohol Crash Causation ...................................................................................... 120

**8.   Speeding 125**

**9.   Distracted Driving** ........................................................................................... **128**

    Reported Distraction ............................................................................................. 128

    Underreported Distraction ..................................................................................... 131

    Distraction Crash Causation ................................................................................. 134

**10.  Seat Belt Use** .................................................................................................... **142**

**11.  Motorcycle Crashes** ......................................................................................... **154**

    Impacts of Helmet Use ......................................................................................... 159

**12.  Pedestrian and Bicyclist Crashes** ................................................................... **173**

    Pedestrian Crashes ................................................................................................ 173

        Pedestrian Injury Severity ........................................................................... 174

    Bicyclist Crashes .................................................................................................. 177

        Bicyclist Injury Severity ............................................................................. 178

**13.  Crashes by Roadway Location** ....................................................................... **182**

    Roadway Classification ........................................................................................ 191

**14.   Other Special Interest Crash Scenarios** ........................................................... **202**

    Intersection Crashes ................................................................................... 203
    Interstate Highway Crashes ........................................................................ 203
    Single-Vehicle Crashes ............................................................................... 204
    Roadway Departure Crashes ...................................................................... 204

**15.   Source of Payment** ........................................................................................... **209**

    Medical Costs .............................................................................................. 210
    Productivity (Work) Losses .......................................................................... 211

**Appendix A:   Sensitivity Analysis, Value of a Statistical Life** ................................. **A-1**

**Appendix B:   Costs by Body Region** ......................................................................... **B-1**

**Appendix C:   KABCO/MAIS Translators** .................................................................... **C-1**

**Appendix D:   KABCO Unit Costs** ............................................................................... **D-1**

**Appendix E:   Estimating the Cost of Motor Vehicle Injuries in the United States From**
                **Health Care Files Data** ....................................................................... **E-1**

**Appendix F:   Unit Costs and Standard Errors at Different Discount Rates** ...................**F-1**

**Appendix G:   Definitions Cost Factors** ...................................................................... **G-1**

**Appendix H:   Supporting Tables for QALY Values** ...................................................**H-1**

**Appendix I:   Bibliography and References** .................................................................. **I-1**

## Table of Tables

Table 1-1 Summary of Total Economic Costs (Millions 2019 $) ................................................. 12

Table 1-2 Summary of Unit Costs Police-Reported and Unreported Crashes, 2019 Dollars....... 14

Table 1-3 Incidence Summary – 2019 Total Police-Reported and Unreported Injuries ............. 16

Table 1-4 Summary of Unit Costs, Police-Reported Crashes, 2019 Dollars.............................. 17

Table 1-5 Summary of Unit Costs, Unreported Crashes, 2019 Dollars........................................ 18

Table 1-6 Summary of Total Economic Costs in Police-Reported Crashes, Millions 2019
Dollars ................................................................................................................... 19

Table 1-7 Summary of Total Economic Costs in Unreported Crashes, Millions 2019 Dollars ... 20

Table 1-8 Summary of Total Comprehensive Costs, Reported and Unreported Crashes
(Millions 2019 $)................................................................................................... 22

Table 1-9 Summary of Comprehensive Unit Costs, Reported and Unreported Crashes, 2019
Dollars ................................................................................................................... 23

Table 1-10 Summary of Comprehensive Unit Costs, Police-Reported Crashes, 2019 Dollars.... 25

Table 1-11 Summary of Comprehensive Unit Costs, Unreported Crashes, 2019 Dollars ........... 26

Table 1-12 Summary of Total Comprehensive Costs, Police-Reported Crashes (Millions
2019 $)................................................................................................................... 27

Table 1-13 Summary of Total Comprehensive Costs, Unreported Crashes (Millions 2019 $).... 28

Table 1-14 Economic and Societal Costs for Selected Crash Types ........................................... 29

Table 2-1 Fatalities and Fatality Rates, 1949-2019 ................................................................ 31

Table 2-2 Summary of 2019 Deaths Associated With Motor Vehicle Crashes .......................... 34

Table 2-3.  KABCO-to-MAIS Translators by MAIS Version and Data Source ......................... 37

Table 2-4 KABCO/MAIS Translator, Nonoccupants and Motorcyclists..................................... 38

Table 2-5 Analysis of State DOT/CRSS Crash Counts ............................................................ 40

Table 2-6 Police-Reported Nonfatal Injuries ......................................................................... 42

Table 2-7 State PDO Reporting Thresholds ........................................................................... 44

Table 2-8 Reproducing Table 3.2b in MDAC Report ................................................................ 45

Table 2-9 Incidence Summary, 2019 ...................................................................................... 46

Table 3-1 Medical Costs, Work Loss, Monetized Quality-of-Life (QoL), and Unmonetized
Quality-Adjusted Life Years (QALYs) for Survivors Injured in Road Crashes and
Treated in Hospitals by MAIS (2019 dollars, 3 percent discount rate)....................... 51

Table 3-2 Medical Costs, Earnings Loss, and Household Production Loss per Survivor Treated
at Hospital, by Body Region, Fracture Involvement, and MAIS (2019 $, 3%
discount rate) ......................................................................................................... 53

Table 3-3 Fatality Rate and Nonfatal Hospital Admission Rate of People Injured in Motor Vehicle Crashes by Person Type.................................................................. 56

Table 3-4 Number of People Injured and Injury Costs Per Person in Road Crashes by Person Type, 2018 (in 2019 $).......................................................................... 57

Table 3-5 Policyholders in 2018 Pooled, Multi-Insurer Insurance Services Office Data as a Percentage of Insured Vehicles, and Representativeness of Loss Ratios in ISO Data  65

Table 3-6 Earned Premiums, Exposures, Claims, and Losses by Auto Insurance Line and Coverage in 2018 Pooled, Multi-Insurer Insurance Services Office (ISO) Data......... 66

Table 3-7 By Crash Severity, Injured People Involved by MAIS Injury Severity, Based on 2006 CDS and Reweighted 1984-1986 NASS Data on Non-CRSS Strata, With fatalities per fatal Crash from 2019 FARS .................................................. 67

Table 3-8 Property Damage and Its Compensation in Crashes by Maximum AIS in the Vehicle, 2018, in 2018 Dollars*....................................................................... 67

Table 3-9 Vehicles per Crash by Police-Reported Crash Severity ................................ 68

Table 3-10 People Injured in Crashes by Injury Severity, Their Medical and Work Loss Costs, and the Percentage Compensated by Auto Insurance (2019 $) See ISO Compensation File.......................................................................................... 68

Table 3-11 Crashes by Severity, Portion Involving Roadside Furniture Damage,  Costs per Crash With Costs and Cost per Crash, Missouri, 2008 (2019 $) ................................ 69

Table 3-12 Selected Ancillary Crash Costs per Person by MAIS (2019 $)................................ 70

Table 3-13 Summary of Unit Costs, Police-Reported and Unreported Crashes, 3% Discount Rate (2019 $) ............................................................................................... 71

Table 3-14 Per-Vehicle Property Damage in MDAC Survey .................................... 73

Table 3-15 Summary of Police-Reported and Unreported Emergency Services Unit Costs ....... 73

Table 3-16 Summary of Unit Costs, Police-Reported Crashes, 3% Discount Rate (2019 $)....... 74

Table 3-17 Summary of Unit Costs, Unreported Crashes, 3% Discount Rate (2019 $)............... 75

Table 4-1 Criteria Pollutant and GHG 2019 Values/Short Ton.................................... 78

Table 4-2 Value of Travel Time/Crash, All Crash Types (2019 $) .............................. 79

Table 4-3 Summary of Congestion Costs/Crash Due to Time Delay, Excess Fuel Burned, and Pollution Police-Reported Crashes (2019 $) ................................................ 80

Table 4-4 Allocation of Congestion Costs Across Involved People in Fatal and Injury Crashes (2019 $) ....................................................................................................... 82

Table 4-5 Final Congestion Cost/Severity Unit (2019 $), Police-Reported Crashes ................. 82

Table 4-6 Summary of Congestion Costs/Crash Due to Time Delay, Excess Fuel Burned, and Pollution Unreported Crashes ................................................................ 84

Table 4-7 Final Congestion Cost/Severity Unit (2019 $), Unreported Crashes ........................... 85

Table 4-8 Average Congestion Costs for All Crashes, 2019 ....................................... 86

Table 4-9 Total Congestion Costs, 2019 ........................................................................ 86

Table 5-1 Current and Prior Year VSL ........................................................................ 88

Table 5-2 QALY Values for Injured Survivors by Discount Rate and MAIS (Percentage of QALY Lost per Fatality Lost per Person Injured) ........................................ 91

Table 5-3 Comprehensive Unit Costs, Reported and Unreported Crashes (2019 $) .................... 95

Table 5-4 Comprehensive Unit Costs, Police-Reported Crashes (2019 $) ................................ 97

Table 5-5 Comprehensive Unit Costs, Unreported Crashes (2019 $) ...................................... 97

Table 6-1 Estimated 2019 Economic Costs Due to Motor Vehicle Crashes by State ................ 100

Table 7-1 Alcohol-Involved Traffic Fatalities, Highest BAC in Crash ................................... 103

Table 7-2 Alcohol-Involved Traffic Fatalities, Highest Driver BAC ..................................... 104

Table 7-3 Nonoccupant (Pedestrian and Bicyclist) Alcohol Use-Related Traffic Fatalities ...... 105

Table 7-4 Alcohol-Involvement Identified in Police-Reported Crashes ................................. 108

Table 7-5 Total Alcohol-involvement Adjusted for Unreported Cases .................................... 111

Table 7-6 Incidence Stratified by Highest Driver or Nonoccupant BAC and Injury Severity ... 114

Table 7-7 Average Unit Costs, BAC≥.05 Injuries, and BAC >.00 Fatalities (2019 $) ............. 117

Table 7-8 Average Unit Costs, BAC=.00-.04 Injuries, and BAC .00 Fatalities (2019 $) ......... 117

Table 7-9 Average Unit Costs, All Positive BAC Injuries and Fatalities (2019 $) ................... 118

Table 7-10 Summary of Total Economic Costs by BAC Level (Millions 2019 $) ................... 119

Table 7-11 Percentage of Economic Injury Costs by BAC Level ............................................ 119

Table 7-12 Total Comprehensive Costs by BAC Level (Millions 2019 $) .............................. 120

Table 7-13 Percentage of Comprehensive Injury Costs by BAC Level ................................... 120

Table 7-14 Injuries Attributable to Alcohol Use by BAC Level ............................................. 121

Table 7-15 Economic Crash Costs (Millions 2019 $) Attributable to Alcohol Use by BAC Level and Injury Severity ............................................................................. 123

Table 7-16 Percentage of Total Economic Costs Attributable to Alcohol by BAC Level and Injury Severity ............................................................................................. 123

Table 7-17 Comprehensive Crash Costs (Millions 2019 $) Attributable to Alcohol Use by BAC Level and Injury Severity ..................................................................... 124

Table 7-18 Percentage of Total Comprehensive Costs Attributable to Alcohol by BAC Level and Injury Severity ............................................................................. 124

Table 8-1 Economic Costs of Speed-Related Crashes (Millions 2019 $) ................................ 126

Table 8-2 Comprehensive Costs of Speed-Related Crashes (Millions 2019 $) ........................ 127

Table 9-1 Economic Cost of Police-Report-Identified Distraction Driving Crashes (Millions 2019 $) ...................................................................................................... 130

Table 9-2 Comprehensive Costs of Police-Report-Identified Distraction Crashes (Millions 2019 $) ........................................................................................... 131

Table 9-3 Prevalence of Distraction, Driver Error, and Impairment ........................................... 132

Table 9-4 Prevalence of Driver Error ........................................................................................... 133

Table 9-5 Distraction Categories .................................................................................................. 135

Table 9-6 Prevalence of Distraction by Category and Driver Age ............................................... 136

Table 9-7 Odds Ratio Results by Age group and Distraction Category ....................................... 137

Table 9-8 Recalculation of Distraction Odds Ratio to Reflect Nationwide Age Distribution.... 138

Table 9-9 Odds Ratios by Crash Severity ..................................................................................... 138

Table 9-10 Recalculation of Prevalence to Reflect National Age Distribution ........................... 139

Table 9-11 Recalculation of Distraction Odds Ratio to Reflect Nationwide Age Distribution, Lower Bound Odds Ratio ........................................................................ 140

Table 9-12 Recalculation of Distraction Odds Ratio to Reflect Nationwide Age Distribution, Upper Bound Odds Ratio ........................................................................ 140

Table 9-13 Economic Costs Attributable to Distracted Driving (Millions 2019 $) ................... 141

Table 9-14 Comprehensive Costs Attributable to Distracted Driving (Millions 2019 $)........... 141

Table 10-1 Effectiveness of Seat Belts Against Fatalities and Serious Injuries ......................... 142

Table 10-2 Achieved and Potential Impact of Seat Belt Use on Fatalities and Serious Injuries, 1975-2019 ................................................................................................ 145

Table 10-3 Impact of Seat Belt Use on Economic Costs, 1975-2019 ......................................... 146

Table 10-4 Unrealized Impact of Potential Seat Belt Use on Economic Costs, 1975-2019 ....... 148

Table 10-5 Impact of Seat Belt Use on Comprehensive Costs, 1975-2019 ................................ 151

Table 10-6 Impact of Potential Seat Belt Use on Societal Harm .................................................. 152

Table 11-1 Motorcyclist Fatalities, Injuries, and Casualty Rates, 1975-2019 ........................... 156

Table 11-2 Motorcyclist KABCO/MAIS Translator ................................................................... 158

Table 11-3 Motorcycle Riders, Incidence Summary, 2019 ......................................................... 158

Table 11-4 Motorcycle Rider Unit Costs and Total Costs (2019 $) ............................................ 159

Table 11-5 Helmeted Motorcycle Injured Riders, Incidence Summary, 2019 ........................... 161

Table 11-6 Unhelmeted Motorcycle Injured Riders, Incidence Summary, 2019 ....................... 161

Table 11-7 Helmeted Motorcycle Rider Unit Costs and Total Costs (2019 $) ........................... 162

Table 11-8 Unhelmeted Motorcycle Rider Unit Costs and Total Costs (2019 $) ...................... 162

Table 11-9 Economic Benefits of Helmet Use, 1975-2019 ......................................................... 163

Table 11-10 Economic Benefits Forgone by Helmet Nonuse ...................................................... 165

Table 11-11 Comprehensive Societal Benefits of Helmet Use, 1975-2019 ............................... 169

Table 11-12 Comprehensive Benefits Forgone by Helmet Nonuse ............................................. 171

Table 12-1 Economic Costs of Pedestrian Crashes ..................................................................... 173

Table 12-2 Comprehensive Costs of Pedestrian Crashes ........................................................... 174

Table 12-3 Injury Severity Distribution by Pedestrian Status .................................................... 174

Table 12-4 Unit Costs by Injured Person Crash Status Injury Severity Categories Only*
(2019 $) ..................................................................................................................... 176

Table 12-5 Hospital Admittance Rates by Injury Category......................................................... 176

Table 12-6 Pedestrian Crash Costs Due to Injury of Pedestrian................................................. 177

Table 12-7 Economic Costs of Bicyclist Crashes....................................................................... 178

Table 12-8 Comprehensive Costs of Bicyclist Crashes.............................................................. 178

Table 12-9 Injury Severity Distribution by Bicyclist Status....................................................... 179

Table 12-10 Unit Costs by Injured Person Crash Status, Injury Severity Categories Only*
(2019 $) ..................................................................................................................... 180

Table 12-11 Hospital Admittance Rates by Injury Category....................................................... 180

Table 12-12 Bicyclist Crash Costs Due to Injury of Bicyclist.................................................... 181

Table 13-1 Traffic Fatalities With Known Urban/Rural Designation ......................................... 183

Table 13-2 Portion of Injuries Occurring in Rural Jurisdictions, by Injury Severity ................. 185

Table 13-3 Rural Proportions Relative to Fatal Proportions by Injury Severity ........................ 185

Table 13-4 Derivation of Estimated Urban/Rural Proportions Crashes by Injury Severity ....... 186

Table 13-5 Reverse Translator for MAIS to KABCO Application to Injured Survivors........... 188

Table 13-6 KABCO Incidence Counts From MAIS Injured Survivors ..................................... 188

Table 13-7 Rural KABCO Incidence Counts From MAIS Injured Survivors............................ 188

Table 13-8 Derivation of Rural Incidence Percentage for MAIS0 and PDO ............................ 189

Table 13-9 Urban/Rural Incidence Summary ............................................................................. 190

Table 13-10 Urban/Rural Economic Cost Summary (Millions 2019 $)..................................... 191

Table 13-11 Urban/Rural Comprehensive Cost Summary (Millions 2019 $)............................ 191

Table 13-12 NMVCCS Cases, Percentages Urban Versus Rural by Roadway Type ................ 193

Table 13-13 Proportions Fatalities, Injuries and PDOV by Roadway Designation in Rural
Crashes ...................................................................................................................... 194

Table 13-14 Proportions Fatalities, Injuries and PDOV by Roadway Designation in Urban
Crashes ...................................................................................................................... 194

Table 13-15 Estimated Economic Cost of Crashes in Rural Areas by Roadway Designation
(Millions 2019 $)....................................................................................................... 195

Table 13-16 Estimated Economic Cost of Crashes in Urban Areas by Roadway Designation (Millions 2019 $) ................................................................................................. 195

Table 13-17 Estimated Comprehensive Cost of Crashes in Rural Areas by Roadway Designation (Millions 2019 $) ................................................................................ 196

Table 13-18 Estimated Comprehensive Cost of Crashes in Urban Areas by Roadway Designation (Millions 2019 $) ................................................................................ 196

Table 14-1 KABCO/MAIS Translator for CDS Equivalent Cases ........................................... 204

Table 14-2 KABCO/MAIS Translator for Non-CDS Equivalent Cases, Unbelted.................... 204

Table 14-3 KABCO/MAIS Translator for Non-CDS Equivalent Cases, Belted........................ 205

Table 14-4 KABCO/MAIS Translator for Nonoccupants and Motorcyclists ........................... 205

Table 14-5 Economic Costs of Intersection Crashes (Millions 2019 $).................................... 205

Table 14-6 Comprehensive Costs of Intersection Crashes (Millions 2019 $)........................... 206

Table 14-7 Economic Costs of Interstate Highway Crashes (Millions 2019 $) ........................ 206

Table 14-8 Comprehensive Costs of Interstate Highway Crashes (Millions 2019 $) ............... 206

Table 14-9 Economic Costs of Single-Vehicle Crashes (Millions 2019 $)............................... 207

Table 14-10 Comprehensive Costs of Single-Vehicle Crashes (Millions 2019 $).................... 207

Table 14-11 Economic Costs of Roadway Departure Crashes (Millions 2010 Dollars)............ 208

Table 14-12 Comprehensive Costs of Roadway Departure Crashes (Millions 2019 $)............. 208

Table 15-1 Primary Payer for Medical Costs of Hospital-Admitted Road Crash Injuries, by Age, United States, per 2018 HCUP-NIS ................................................................. 212

Table 15-2 Employer Health-Related Fringe Benefit Costs From Motor Vehicle Crashes, United States, 2019 (Millions 2019 $) ..................................................................... 212

Table 15-3 Life Insurance Coverage and Policy Amounts, United States, 2019 ...................... 213

Table 15-4 Distribution of Source of Payment for Economic Costs by Cost Category, 2019 ... 213

Table 15-5 Source of Payment of Economic Costs by Cost Category, 2019 Motor Vehicle Crash Costs (Millions 2019 $)................................................................................. 214

## Table of Figures

Figure 1-A Components of Total Economic Costs ........................................................................ 13

Figure 1-B Source of Payment for Motor Vehicle Crash Costs ................................................. 15

Figure 1-C Percentage of Total Economic Costs From Police-Reported Crashes ...................... 21

Figure 1-D Components of Comprehensive Costs ...................................................................... 24

Figure 2-A Fatalities and Fatality Rates, by Year...................................................................... 32

Figure 2-B People Injured and Injury Rate, by Year ................................................................. 41

Figure 2-C Distribution of Police Reported/Unreported Injuries ............................................... 47

Figure 5-A Relative Distribution of Comprehensive Costs ........................................................ 96

Figure 7-A Historical Trend of Fatalities, Alcohol-Involved Fatalities, and Alcohol-Impaired
Fatalities .................................................................................................................. 106

Figure 7-B Relative Risk of Crash by Blood Alcohol Concentration ........................................ 112

Figure 7-C Relative Incidence in Crashes of Alcohol BAC Levels by Injury Severity ............. 115

Figure 7-D Relative Incidence of BAC Levels in Alcohol-Involved Crashes by Injury
Severity .................................................................................................................... 115

Figure 7-E Percentage of Positive BAC Crashes Attributable to Alcohol by BAC Level ......... 122

Figure 7-F Percentage of Injuries Attributable to Alcohol by Injury Severity Level ................. 122

Figure 10-A Observed Daytime Seat Belt Use Rate.................................................................. 143

Figure 10-B UPFC and Percent Lives Saved as a Function of Observed Belt Use.................... 144

Figure 10-C Realized and Unrealized Fatality Benefits From Seat Belt Use............................. 149

Figure 10-D Realized and Unrealized Economic Benefits From Seat Belt Use......................... 150

Figure 11-A Fatality Rates per 100,000 Registered Vehicles by Vehicle Type......................... 155

Figure 11-B Portions Occupant Fatalities Represented by Vehicle Type .................................. 155

Figure 11-C Observed Helmet Use............................................................................................ 160

Figure 11-D Realized and Unrealized Fatality Benefits From Motorcycle Helmet Use............ 167

Figure 11-E Realized and Unrealized Economic Benefits From Motorcycle Helmet Use ......... 168

Figure 12-A Relative Injury Distribution for Pedestrian and Non-Pedestrian Injuries .............. 175

Figure 12-B Relative Injury Distribution, Bicyclist and Non-Bicyclist Crashes....................... 179

Figure 13-A Rural Percentage of Motor Vehicle Injury by Injury Severity .............................. 190

Figure 13-B Distribution of Economic Costs, Rural Roadway Crashes..................................... 197

Figure 13-C Distribution of Economic Costs, Urban Roadway Crashes.................................... 197

Figure 13-D Distribution of Economic Costs by Roadway Type............................................... 198

Figure 13-E Distribution of Comprehensive Costs, Rural Roadway Crashes............................ 198

Figure 13-F Distribution of Comprehensive Costs, Urban Roadway Crashes ........................... 199

Figure 13-G Distribution of Comprehensive Costs by Roadway Type ..................................... 199

Figure 13-H Portion of Rural Injuries MAIS3+ ........................................................................ 200

Figure 13-I Portion of Urban Injuries MAIS3+ ........................................................................ 201

Figure 15-A Source of Payment for Motor Vehicle Crash Costs ............................................... 215

## Executive Summary

In 2019 the total economic cost of motor vehicle crashes[1] in the United States was $340 billion. This represents the present value of lifetime economic costs for 36,500 fatalities, 4.5 million nonfatal injuries, and 23 million damaged vehicles. These figures include both police-reported and unreported crashes. Human capital costs represent the tangible losses that result from motor vehicle crashes. They define the value of resources that are used, or that would be required to restore crash victims, to the extent possible, to their pre-crash physical and financial status. These resources have been diverted from other more productive uses to merely maintain the status quo. These costs, which can be estimated through empirical measurements, include medical care, lost productivity, legal and court costs, insurance administrative costs, workplace costs, congestion impacts (travel delay, excess fuel consumption and pollution), and property damage.

However, in cases of serious injury or death, medical care cannot fully restore victims to their pre-crash status and human capital costs fail to capture the intangible value of lost quality-of-life that results from these injuries. In the case of death, victims are deprived of their entire remaining lifespan. In the case of serious injury, the impact on the lives of crash victims can involve extended or even lifelong impairment or physical pain, which can interfere with or prevent even the most basic living functions. These more intangible effects can be valued using studies that examine the willingness of consumers to pay to avoid risk of death or injury. Assessing the value of these impacts provides a more complete basis for quantifying the harmful impacts of motor vehicle crashes on society. When these quality-of-life valuations are considered, the total value of societal harm from motor vehicle crashes in 2019 was $1.37 trillion.

All costs in this report are expressed in year 2019 economics using a 3-percent discount rate. Nonfatal injury costs are stratified by severity level based on the Abbreviated Injury Scale (AIS),[2] but unit costs based on the KABCO scale commonly used in police reports are also supplied in an appendix. The cost components include productivity losses, property damage, medical costs, rehabilitation costs, congestion costs, legal and court costs, emergency services such as medical, police, and fire services, insurance administration costs, and the costs to employers. Values for more intangible consequences such as physical pain or lost quality-of-life are also examined in estimates of comprehensive costs, which include both economic cost components and quality-of-life valuations.

---

[1] Motor vehicle crashes includes all crashes that occur on roadways. It does not include off-road or parking lot crashes.

[2] The Abbreviated Injury Scale is an anatomically based, consensus-derived global severity scoring system that classifies each injury by body region according to its relative importance on a 6-point ordinal scale (1=minor and 6=maximal). AIS is the basis for the Injury Severity Score (ISS) calculation used for patients with more than one injury. The AIS was developed by the Association for the Advancement of Automotive Medicine (AAAM). See www.aaam1.org/ais/ for further information.

## Economic Impact of Crashes

- The economic cost of motor vehicle crashes that occurred in 2019 totaled $339.8 billion (2019 $). This is equivalent to approximately $1,035 for every person living in the United States and 1.6 percent of the U.S. Gross Domestic Product.
- The lifetime economic cost to society for each fatality is $1.6 million. Over 90 percent of this amount is attributable to lost workplace and household productivity and legal costs.
- Each critically injured survivor (defined as MAIS5 on the AIS) cost an average of $979,000. Medical costs and lost productivity accounted for 81 percent of the cost for this most serious level of nonfatal injury.
- Lost workplace productivity costs totaled $75.5 billion, which equaled 22 percent of the total costs. Lost household productivity totaled $30.8 billion, representing 9 percent of the total economic costs.
- Total property damage costs for all crash types (fatal, injury, and property-damage-only [PDO]) totaled $115.3 billion and accounted for 34 percent of all economic costs.
- Property-damage-only (PDO) crashes (in which vehicles were damaged but nobody was injured) cost $101.3 billion and accounted for 29.8 percent of total economic motor vehicle crash costs.
- Present and future medical costs due to injuries occurring in 2019 were $30.9 billion, representing 9.1 percent of the total costs. Medical costs accounted for 18.3 percent of costs from nonfatal injuries.
- Congestion costs, including travel delay, added fuel usage, and adverse environmental impacts cost $36 billion, or 10.6 percent of total economic crash costs.
- Police-reported crashes account for 81 percent of the economic costs that occurs from traffic crashes. Crashes that are not reported to the police account for 19 percent of economic costs.
- Approximately 9 percent of all motor vehicle crash costs are paid from public revenues. Federal revenues accounted for 5 percent and States and localities paid for approximately 3 percent. An additional 1 percent is from programs that are heavily subsidized by public revenues, but for which the exact source could not be determined. Private insurers pay approximately 54 percent of all costs. Individual crash victims pay approximately 23 percent while third-parties such as uninvolved motorists delayed in traffic, charities, and health care providers pay about 14 percent. Overall, those not directly involved in crashes pay for roughly three-quarters of all crash costs, primarily through insurance premiums, taxes, and congestion-related costs such as travel delay, excess fuel consumption, and increased environmental impacts. In 2019 these costs, borne by society rather than by crash victims, totaled over $261 billion.

## Incidence of Crashes

- Some 4.5 million people were injured in 14.2 million motor vehicle crashes in 2019, including 36,500 fatalities. Thirty-two percent of these injuries occurred in crashes that were not reported to police.
- About 22.9 million vehicles were damaged in motor vehicle crashes in 2019; some 19.3 million or 84 percent of these vehicles were damaged in incidents that incurred property damage only. The remaining 16 percent involved injuries to occupants of the vehicle, or to nonoccupants such as pedestrians or bicyclists.

- Approximately 60 percent of property-damage-only crashes and 32 percent of all injury crashes are not reported to the police. Unreported injury crashes tend to involve only minor or moderate injuries.

## Alcohol Involvement in Crashes

- Alcohol-involved crashes resulted in 14,219 fatalities, 497,000 nonfatal injuries, and $68.9 billion in economic costs in 2019, accounting for 20 percent of all crash costs.
- Crashes involving drivers or nonoccupants with blood alcohol concentrations (BAC) of .08 grams per deciliter (g/dL) or higher (the legal definition of impairment in all States except Utah, which is .05 g/dL) accounted for 84 percent of the total economic cost of all alcohol-involved crashes.
- The impact of alcohol involvement increases with injury severity. Alcohol-involved crashes accounted for 14 percent of property-damage-only crash costs, 18 percent of nonfatal injury crash costs; and 39 percent of fatal injury crash costs.
- Although drinking drivers may experience impaired judgment, perceptions, and reaction times, not all crashes in which alcohol was present were caused by alcohol. Crashes in which alcohol was the cause resulted in 11,921 fatalities, 378,000 nonfatal injuries, and $57 billion in economic costs. This is approximately 84 percent of the alcohol-related fatalities and 82 percent of alcohol-related economic costs. It represents 33 percent of all fatalities and 17 percent of all costs from motor vehicle crashes.

## Impact of Speed-Related Crashes

- Crashes in which at least one driver was exceeding the legal speed limit or driving too fast for conditions cost $46.4 billion in 2019.
- Speed-related crashes are associated with 10,192 fatalities, 498,000 nonfatal injuries and damage to 1.7 million vehicles in property-damage-only crashes. This represents 28 percent of all fatalities; 11 percent of all nonfatal injuries, and 9 percent of all property-damage-only crashes.
- Speed-related crashes cost an average of $141 for every person in the United States.

## Seat Belt Use

- In 2019 seat belts prevented 14,653 fatalities and 450,000 serious injuries, saving $93 billion in medical care, lost productivity, and other injury-related costs.
- Seat belt non-use represents an enormous lost opportunity for injury prevention. In 2019 alone nearly 2,400 people were killed and 46,000 were seriously injured unnecessarily because they failed to wear their seat belts, costing society $11 billion.
- From 1975 through 2019 seat belts have prevented over 403,000 fatalities and 11.8 million serious injuries. This saved society $2.5 trillion in medical care, lost productivity, and other injury-related economic costs. During the same time period, over 390,000 additional fatalities and 7.1 million additional serious injuries could have been prevented by seat belts if all occupants had used them. This represents an economic loss of roughly $1.7 trillion in unnecessary expenses and lost productivity.

## Distracted Driving Crashes

- Crashes in which at least one driver was identified as being distracted resulted in 10,546 fatalities, 1.3 million nonfatal injuries and damaged 5.6 million vehicles in property-damage-only crashes in 2019. These crashes cost $98.2 billion in 2019. This represents about 29 percent of all motor vehicle crashes and crash costs.

## Societal Impacts of Crashes (Comprehensive Costs)

- The value of societal harm from motor vehicle crashes, which includes both economic impacts and valuation for lost quality-of-life, was $1.37 trillion in 2019. Seventy-five percent of this value represents lost quality-of-life, while 25 percent are economic impacts.
- The lifetime comprehensive cost to society for each fatality is $11.3 million. Eighty-six percent of this amount is attributable to lost quality-of-life.
- Each critically injured survivor (MAIS5) has comprehensive costs that average of $6.0 million. Lost quality-of-life accounted for 84 percent of the total harm for this most serious level of nonfatal injury.
- Alcohol-involved crashes resulted in $348 billion in comprehensive costs in 2019, accounting for 26 percent of all societal harm from motor vehicle crashes. Eighty-five percent of these costs occurred in crashes in which one driver had a BAC of .08 g/dL or greater.
- Although drinking drivers may experience impaired judgment, perceptions, and reaction times, not all crashes in which alcohol was present were caused by alcohol. Crashes in which alcohol was the cause resulted in $287 billion in societal harm in 2019. This represents 21 percent of all societal harm from motor vehicle crashes. Ninety-four percent of societal harm from crashes caused by alcohol occurs in crashes where drivers had BACs of .08 or greater.
- Crashes in which at least one driver was exceeding the legal speed limit or driving too fast for conditions caused $225 billion in comprehensive costs in 2019. This represents 16 percent of all societal harm from motor vehicle crashes.
- Crashes in which at least one driver was identified as being distracted caused $395 billion in comprehensive costs in 2019, causing roughly 29 percent of all societal harm from motor vehicle crashes.
- In 2019 seat belts prevented $667 billion in comprehensive costs to society. Over the last 45 years seat belts have prevented over $17.8 trillion in societal harm, resulting in lower economic costs to society and improved quality-of-life for millions motor vehicle occupants.

# 1. Introduction

In 2019 there were 36,500 people killed, 4.5 million injured, and 23 million vehicles damaged in motor vehicle crashes in the United States. The economic costs of these crashes totaled $339.8 billion. Included in these losses are medical costs, lost productivity, legal and court costs, emergency service costs (EMS), insurance administration costs, congestion costs, property damage, and workplace losses. The $340 billion cost of motor vehicle crashes represents the equivalent of $1,035 for each of the 328.2 million people living in the United States, and 1.6 percent of the $21.4 trillion real Gross Domestic Product for 2019. Aside from these economic impacts, motor vehicle crashes cause premature death and lost quality-of-life for those who survive the crashes with debilitating injuries. These impacts have quantifiable values that, when combined with economic impacts, produced societal harm from these crashes totaling $1.37 trillion in 2019.

All levels of society -- the individual crash victims and their families, their employers, and society at large -- are affected by motor vehicle crashes in many ways. The cost of medical care is borne by the individual in the form of payments for insurance, deductibles, uncovered costs, and uninsured expenses. It is borne by society through higher insurance premiums and through the diversion of medical resources away from other medical needs, such as medical research, disease prevention and control, and basic public health needs. There are also significant costs associated with the lost productivity experienced by an individual and others when the victim dies prematurely or experiences a short or long-term disability. The victim's dependents suffer immediate economic hardship in the loss of the victim's income and other contributions, while society is burdened by the necessity to support the victim or their dependents and through foregone contributions to the Nation's productivity. Aside from these economic consequences, victims suffer from physical pain, disability, and emotional impacts that can greatly reduce the quality of their lives.

This report examines these and other costs resulting from motor vehicle crashes. The purpose of presenting these costs is to place in perspective the economic losses and societal harm that result from these crashes, and to provide information to government and private sector officials for use in structuring programs to reduce or prevent these losses.

## Economic Impacts

Total economic costs are summarized in Table 1-1. The total economic cost of motor vehicle crashes in 2019 is estimated to have been $339.8 billion. Of this total, medical costs were responsible for $30.9 billion, property damage losses for $115.3 billion, lost productivity (both market and household) for $106.3 billion, and congestion impacts for $36 billion. All other crash-related costs totaled $51.4 billion.

The most significant costs were property damage and lost market productivity, which accounted for 34 and 22 percent, respectively, of the total economic costs in 2019. For lost productivity, these high costs are a function of the level of disability that has been documented for crashes involving injury and death. For property damage, costs are primarily a function of the very high incidence of minor crashes in which injury does not occur or is negligible. Medical care costs and emergency services (which include police and fire services) are responsible for about 9.5 percent of the total. Travel delay, added fuel consumption, and pollution impacts caused by congestion at the crash site accounts for 10.6 percent.

The value of lost household productivity (unpaid work performed at home such as cooking, child care, etc.) accounts for 9.1 percent of total costs. Legal and court costs account for 4.9 percent and insurance administration costs for 8.7 percent of the total. These costs are summarized in Tables 1-1, 1-2, and Figure 1-A. The incidence of injuries and crashes that produced these costs is summarized in Table 1-3.

Approximately 9 percent of all motor vehicle crash costs are paid from public revenues. Federal revenues accounted for 5 percent and States and localities paid for approximately 3 percent. An additional 1 percent is from programs that are heavily subsidized by public revenues, but for which the exact source could not be determined. Private insurers pay approximately 54 percent of all costs. Individual crash victims pay approximately 23 percent while third parties such as uninvolved motorists delayed in traffic, charities, and health care providers pay about 15 percent. Overall, those not directly involved in crashes pay for roughly three-quarters of all crash costs, primarily through insurance premiums, taxes and congestion-related costs such as travel delay, excess fuel consumption, and increased environmental impacts. In 2019 these costs, borne by society rather than by crash victims, totaled $261 billion. Figure 1-B illustrates these cost distributions.

From Table 1-3, nearly 60 percent of all PDO crashes and about 32 percent of all nonfatal injury crashes are not reported to police. However, analyses of safety countermeasures frequently rely only on police-reported incidence data. Crashes that get reported to police are likely to be more severe than unreported crashes because vehicles are more likely to require towing and occupants are more likely to require hospitalization or emergency services. These crashes are typically also likely to require more time to investigate and clear from roadways than unreported crashes. Analysis based solely on police-reported crashes should thus be based on unit costs that are specific to police-reported crashes. For injury-related costs, this is automatically accounted for by the shift in the injury severity profile. Unreported crashes have a lower average severity profile than do reported crashes. However, for non-injury-related cost components – property damage and congestion costs – there is no profile to shift. In addition, police-reported crashes have higher response rates for emergency services.

For this report costs specific to police-reported and unreported crashes have been developed. The results of this analysis are presented in Tables 1-4, to 1-7. The differences seem negligible at the more severe injury levels due to the overwhelming costs of factors such as lost productivity and medical care that do not vary by reporting status, except through the shift in injury profiles. However, at lower severity levels the unit costs are significant. Injury severity is categorized using the maximum injury level recorded for each victim under the Abbreviated Injury Scale (MAIS). For PDO vehicles and MAIS0 (uninjured) cases, police-reported crashes have costs that are three times those of unreported crashes. For minor (MAIS1) injuries, reported crashes cost 80 percent more than unreported crashes. These ratios decline as injury severity increases to only 16 percent for MAIS2 injuries and 7 percent for MAIS3 injuries. Note that for MAIS4s, MAIS5s, and fatalities, property damage costs are identical under both reported and unreported cases. Virtually all injuries at these levels are believed to be reported to police, and the original property damage cost estimate is thus assumed to represent police-reported cases. These same costs are thus listed under both scenarios.

Figure 1-C shows the proportion of each cost category that is accounted for by police-reported crashes. For most categories, the portions vary due to the differing proportions incidence across the various injury levels. For congestion, property damage, and emergency services, differing

unit costs are involved as well. Overall, police-reported crashes are estimated to account for 81 percent of the economic costs that are incurred from traffic crashes.

Alcohol consumption remains a major cause of motor vehicle crashes; 2019 data show that alcohol-involved crashes declined slightly in incidence. Historically, approximately half of all motor vehicle fatalities have occurred in crashes where the drivers or nonoccupants had been drinking, but this number has gradually declined in recent years to about 36 percent in 2010, and to 33 percent in 2019. Alcohol is involved in crashes that account for 20 percent of all economic costs, with 86 percent of these costs involving crashes in which a driver or nonoccupant had a BAC or breath alcohol content (BrAC) of .08 g/dL or higher, the legal definition of impairment for drivers in 49 of the 50 States.

The report indicates that while alcohol-involved crashes are more costly than in 2010, they account for a smaller portion of the overall crash cost. This likely reflects the impact of efforts at Federal, State, and local levels to reduce the incidence of drunk driving. The report also estimates the portion of alcohol-involved crash costs that were actually caused by impaired driving. Although drivers under the influence of alcohol may experience impaired judgment, perceptions and reaction times, not all crashes in which alcohol was present were caused by alcohol. For example, a driver with a BAC of .04 g/dL could be stopped at a light and run into by a texting driver. Crashes caused by alcohol accounted for 82 percent of all economic costs from crashes where at least one driver or nonoccupant had been drinking. The portion attributable to alcohol rises dramatically as BAC increases, with only 6 percent attribution at low BAC levels (BAC=.01 to .04), but 94 percent attribution at legally impaired (illegal per se) levels (BAC>=.08). Crashes caused by legally impaired drivers with BACs in excess of .08 g/dL account for over 90 percent of the economic and societal harm that results from all alcohol caused crashes.

This report also analyzes the impact of seat belt use as well as the cost the Nation incurs from failure to wear seat belts. Over the last 45 years, seat belts have prevented over 400,000 fatalities and 11.8 million serious nonfatal injuries, which saved $2.5 trillion in economic costs (in 2019 dollars, designated as 2019 $). During this same period, the failure of a substantial portion of the driving population to wear belts caused 390,000 unnecessary deaths and 7 million nonfatal injuries, costing the Nation $1.7 trillion in preventable medical costs, lost productivity, and other injury-related expenditures.

The AIS used in this report provides the basis for stratifying societal costs by injury severity. Significant sources of economic loss, such as medical costs and lost productivity, are highly dependent on injury outcome. AIS codes are primarily oriented toward the immediate threat to life resulting from the injury, and are estimated soon after a crash occurs. Although the more serious injuries tend to have more serious outcomes, AIS codes are not always accurate predictors of long-term injury outcomes. Some injuries with low AIS codes, such as lower extremity injuries, can actually result in serious and expensive long-term outcomes. There is currently no incidence database organized by injury outcome. The development and use of such a database could improve the accuracy of economic cost estimates, and might result in a shift in the relative number of injuries regarded as serious.

This report focuses on "average" costs for injuries of different severity. While this approach is valid for computing costs at a nationwide level, the costs of individual cases at different injury levels can vary quite dramatically. The average costs outlined in this report are significant;

however, in individual cases they can be exceeded by a factor of three or more. There is considerable evidence to indicate that the most serious injuries are not adequately covered by insurance. Depending on the financial ability and insurance coverage of the individual crash victims, the medical and rehabilitation costs, as well as the loss in wages resulting from serious injury, can be catastrophic to the victim's economic wellbeing in addition to their physical and emotional condition.

When using this report for the analysis of crash impact and injury countermeasures, it is important to include only those cost elements that are applicable to the specific programs addressed. For example, programs that encourage seat belt use may reduce costs associated with injuries, but would not have an effect on property-damage or congestion costs. Therefore, careful consideration should be given to the nature of the benefits from any proposal before incorporating the results of this report into analyses or recommendations.

## Societal Impacts

Economic costs represent only one aspect of the consequences of motor vehicle crashes. People injured in these crashes often suffer physical pain and emotional anguish that is beyond any economic recompense. The permanent disability of spinal cord damage, loss of mobility, loss of eyesight, or serious brain injury can profoundly limit a person's life, and can result in dependence on others for routine physical care. More common, but less serious injuries, can cause physical pain and limit a victim's physical activities for years after the crash. Serious burns or lacerations can lead to long-term discomfort and the emotional trauma associated with permanent disfigurement. For an individual, these non-monetary outcomes can be the most devastating aspect of a motor vehicle crash.

The family and friends of the victim are affected by the repercussions the victim's injury acutely as well. Caring for an injured family member can be very demanding for others in the family, resulting in economic loss and emotional burdens for all parties concerned. It can change the very nature of their family life; the emotional difficulties of the victim can affect other family members and the cohesiveness of the family unit. When a crash leads to death, the emotional damage is even more intense, affecting family and friends for years afterward and sometimes leading to the breakup of previously stable family units.

Action taken by society to alleviate the individual suffering of its members can be justified in and of itself, in order to increase the overall quality-of-life for individual citizens. In this context, economic benefits from such actions are useful to determine the net cost to society of programs that are primarily based on humane considerations. If the focus of policy decisions was purely on the economic consequences of motor vehicle crashes, the most tragic, and, in both individual and societal terms, possibly the most costly aspect of such crashes would be overlooked.

This report measures societal harm as well as economic cost impacts from motor vehicle crashes. The economic impact of motor vehicle crashes – the societal losses that can be directly measured in economic terms, represent one level of impact. However, these costs do not represent the more intangible consequences of these events and should not, therefore, be used alone to produce cost-benefit ratios. Measurement of the dollar value of intangible consequences such as pain and suffering has been undertaken in numerous studies. These studies have estimated values based on wages for high-risk occupations and prices paid in the marketplace for safety products, among other measurement techniques. These "willingness to pay" based estimates measure how society

values risk reduction and capture valuations not associated with direct monetary consequences. Most researchers agree that the value of fatal risk reduction falls in the range of $5 to $15 million per life saved. In this study, comprehensive costs, which include both the economic impacts of crashes and valuation of lost quality-of-life, are also examined. Comprehensive costs represent the value of the total societal harm that results from traffic crashes. The basis for these estimates is guidance issued by the U.S. Department of Transportation for valuing mortality risk reduction that established a value of a statistical life for U.S.DOT analyses of $10.9 million in 2019 dollars.

This study also establishes new relative disutility factors stratified by injury severity level to estimate the lost quality-of-life for nonfatal injuries. These factors were derived in a research contract designed specifically for this current cost study. In this report, values related to lost quality-of-life are referred to as quality adjusted life years (QALYs). Discussion of comprehensive costs is included in more detail in Chapter 5 of this report. The total societal harm from motor vehicle crashes as measured by comprehensive costs, is shown in Tables 1-4 and 1-5, and Figure 1-C.

From Table 1-8 the total societal harm from motor vehicle crashes in 2019 is estimated to have been $1.37 trillion, nearly four times the value measured by economic impacts alone. Of this total, 75 percent represents lost quality-of-life, dwarfing the contribution of all other cost categories. This highlights the importance of accounting for all societal impacts when measuring costs and benefits from motor vehicle safety countermeasures. However, the literature on VSL estimates indicates a wide range of measured estimates of VSLs – some as low as a few million dollars, some as high as over $30 million. The U. S. DOT guidance memorandum (U.S. Department of Transportation, 2021) discusses a wide feasible range of VSLs that were used to produce the central recommended values. There is thus far more uncertainty regarding the accuracy of estimates of lost quality-of-life than there is regarding economic costs. The DOT guidance update recommends sensitivity analysis VSLs of plus and minus 40 percent of the central VSL. In Appendix A comprehensive costs are estimated based on this range. The results indicate a feasible range of societal harm from motor vehicle crashes of from $869 billion to $1.76 trillion in 2019, with lost quality-of-life accounting for between 62 and 81 percent of all societal harm respectively.

Table 1-9 lists the comprehensive unit cost of crashes for both reported and unreported crashes. The cost of a fatality is valued at $11.3 million while the most serious injuries have costs ranging from $2-6 million. Tables 1-10 to 1-13 examine the total comprehensive costs of police-reported and unreported crashes. Roughly 87 percent of aggregate societal harm from motor vehicle crashes occurs in police-reported crashes. This is somewhat higher than the 81 percent for economic costs. The difference is due to the impact of quality-of-life valuations on fatalities and the most serious injuries (MAIS4+), which are all police-reported.

## Changes From 2010

NHTSA last examined the cost of motor vehicle crashes in 2015 (Blincoe et al., 2015). At that time the report was based on 2010 data. This current report indicates a total cost from traffic crashes in 2019 of $340 billion, approximately 40 percent higher than our previous estimate of $242 billion in 2010. The difference in these estimates is attributable to a number of factors including inflation, which accounts for an overall rise in the cost of goods and services of approximately 17 percent, shifts in the severity of crashes and the nature of injury outcomes, and

a revised basis for measuring unit costs. In addition, although the 2019 fatality rate per VMT is unchanged from 2010 the incidence of fatalities and injuries has increased, reflecting added driving exposure, in part related to increased economic activity. In 2019 there were 36,500 fatalities in motor vehicle crashes, an increase of 11 percent from 2010. A portion of this increase is due to the current inclusion of 145 cases where death occurred outside the 30-day limit used for NHTSA's Fatality Analysis Reporting System (FARS). The 2010 report reflected FARS counts only. The number of nonfatal injuries estimated for 2019 increased by 13 percent. This reflects a small increase in police-reported injuries as well as an adjustment made in this report to account for some unreported injuries that were not captured in the unreported survey NHTSA had previously conducted. This adjustment affected only the less severe injury categories, which are more likely to go unreported. Additional factors that affected incidence include revised KABCO/MAIS translators (used to determine abbreviated injury scale injury equivalents from police reports), an updated basis for the abbreviated injury scale (MAIS2015) that shifted some injury categories, and new and more accurate NHTSA data base revisions (CISS and CRSS replacing CDS and GES). Finally, property damage costs increased significantly over 2010, reflecting the ongoing shift in the on-road vehicle fleet toward more expensive light trucks and SUVs and away from less expensive passenger sedans. More recent vehicles also have more safety equipment such as multiple air bags which must be replaced after crashes.

Comprehensive costs, which reflect lost quality-of-life as well as economic impacts, were also impacted by shifts in the basis for determining these values. The value of a statistical life (VSL) used in this report reflects a re-examination of this issue by U.S. Department of Transportation that resulted in increasing the VSL by 23 percent over the 2010 basis. Moreover, as part of this report we have revised the values used to measure lost quality-of-life for nonfatal injuries to reflect more accurate and recent data sources. The results vary by injury severity, but overall, lost quality-of-life for injuries increased at most severity levels.

The specifics of these changes are described in the body of this report.

## Overview

Table 1-14 summarizes both the economic and comprehensive costs of selected crash categories examined in this study. Nonfatal injuries were the most costly severity outcome, accounting for 49 percent of economic costs and 61 percent of societal harm. Damage to vehicles in which no injury occurred was the second highest economic cost outcome (30% of costs) due to the high frequency of these low impact crashes. However, in terms of societal harm, fatalities were the second most costly outcome (30% of costs) due to the life years that fatal crash victims lose.

This report examined five different types of adverse driver behavior: alcohol use, speeding, distracted driving, failure to wear seat belts, and riding a motorcycle without a helmet. The most costly of these involved distraction. Distracted driving, which includes talking on cell phones, texting, eating, and other non-driving activities, was a causal factor in crashes that accounted for 29 percent of economic costs and societal harm. However, distracted driving is difficult to detect, and it is likely that distraction plays an even larger role in causing crashes and their resulting impacts on society.

Alcohol-involved crashes, in which drivers or nonoccupants had some level of alcohol in their bloodstreams, accounted for 20 percent of economic costs and 26 percent of societal harm.

However, crashes in which alcohol was a likely cause of the crashes accounted for 17 percent of economic costs and 21 percent of societal harm. Over 80 percent of this toll occurred in crashes where the drivers were legally intoxicated (.08 g/dL BAC or greater).

Crashes in which one or more drivers were exceeding the legal speed limit or driving too fast for conditions caused 14 percent of economic costs and 17 percent of societal harm. The extent to which speed caused these crashes is uncertain, but higher speeds leave less time for drivers to react to emergency situations.

The failure of some vehicle occupants to use their seat belts accounts for roughly 3 percent of economic costs and 6 percent of societal harm. While these portions seem relatively small, they represent economic costs of $11 billion and societal harm of $78 billion annually. Likewise, failure to wear motorcycle helmets causes a small portion of the overall total, but has serious economic and quality-of-life consequences for the injured riders and their families.

Injuries to nonoccupants also have significant economic and societal impacts. Motorcyclist injuries cause 5 percent of the economic costs and 8 percent of societal harm from traffic crashes. Injuries to pedestrians and bicyclists cause 5 percent of the economic costs and 9 percent of the societal harm.

The report also examines crash costs for various roadway types and crash configurations. Among its findings, crashes on interstate highways account for roughly 12 percent of both economic costs and societal harm, while the more frequent but generally less serious crashes at intersections account for 53 percent of economic costs and 49 percent of societal harm. Crashes on urban roadways account for roughly 69 percent of all economic and 66 percent of all societal harm, while crashes on rural roadways account for roughly 31 percent of economic impacts and 34 percent of societal harm.

*Table 1-1. Summary of Total Economic Costs (Millions 2019 $)*

| | PDO Vehicle | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal | Total | % Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $8,564 | $5,667 | $9,789 | $3,638 | $2,611 | $631 | $30,900 | 9.1% |
| EMS | $598 | $109 | $411 | $97 | $69 | $19 | $7 | $39 | $1,348 | 0.4% |
| Market Prod. | $0 | $0 | $8,971 | $9,865 | $13,088 | $4,434 | $2,201 | $36,900 | $75,459 | 22.2% |
| Household Prod. | $1,369 | $249 | $3,286 | $3,840 | $5,506 | $2,246 | $919 | $13,401 | $30,816 | 9.1% |
| Ins. Admin. Costs | $10,088 | $1,018 | $8,572 | $3,511 | $4,051 | $704 | $274 | $1,323 | $29,540 | 8.7% |
| Workplace Costs | $1,910 | $344 | $217 | $179 | $457 | $136 | $56 | $496 | $3,795 | 1.1% |
| Legal Costs | $0 | $0 | $2,868 | $2,667 | $3,912 | $1,423 | $791 | $5,038 | $16,698 | 4.9% |
| Subtotal | $13,965 | $1,720 | $32,889 | $25,825 | $36,873 | $12,600 | $6,858 | $57,828 | $188,558 | 55.5% |
| Congestion | $25,595 | $4,562 | $4,677 | $572 | $239 | $35 | $13 | $260 | $35,954 | 10.6% |
| Prop. Damage | $61,722 | $8,436 | $37,396 | $4,107 | $2,518 | $397 | $167 | $554 | $115,297 | 33.9% |
| Subtotal | $87,317 | $12,998 | $42,074 | $4,679 | $2,756 | $432 | $180 | $815 | $151,252 | 44.5% |
| Total | $101,282 | $14,718 | $74,963 | $30,504 | $39,629 | $13,031 | $7,039 | $58,643 | $339,809 | 100.0% |
| % Total | 29.8% | 4.3% | 22.1% | 9.0% | 11.7% | 3.8% | 2.1% | 17.3% | 100.0% | 0.0% |

12



*Figure 1-A. Components of Total Economic Costs*

13

*Table 1-2. Summary of Unit Costs Police-Reported and Unreported Crashes, 2019 Dollars*

| | PDO Vehicle | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal |
|---|---|---|---|---|---|---|---|---|
| Medical Care | $0 | $0 | $2,210 | $13,269 | $69,345 | $188,626 | $363,229 | $17,289 |
| EMS | $31 | $24 | $106 | $228 | $486 | $976 | $999 | $1,060 |
| Market Prod. | $0 | $0 | $2,315 | $23,096 | $92,716 | $229,903 | $306,236 | $1,010,970 |
| Household Prod. | $71 | $55 | $848 | $8,990 | $39,001 | $116,482 | $127,886 | $367,148 |
| Insurance Adm. | $523 | $225 | $2,212 | $8,220 | $28,698 | $36,485 | $38,081 | $36,245 |
| Workplace Costs | $99 | $76 | $56 | $418 | $3,240 | $7,077 | $7,794 | $13,589 |
| Legal Costs | $0 | $0 | $740 | $6,243 | $27,714 | $73,799 | $110,012 | $138,025 |
| Subtotal Injury | $724 | $380 | $8,487 | $60,464 | $261,200 | $653,348 | $954,237 | $1,584,326 |
| Congestion | $1,327 | $1,008 | $1,207 | $1,339 | $1,691 | $1,814 | $1,857 | $7,133 |
| Prop. Damage | $3,200 | $1,864 | $9,650 | $9,616 | $17,835 | $20,565 | $23,234 | $15,185 |
| Subtotal Non-Inj. | $4,527 | $2,872 | $10,857 | $10,955 | $19,526 | $22,379 | $25,091 | $22,318 |
| Total | $5,251 | $3,252 | $19,344 | $71,419 | $280,726 | $675,727 | $979,328 | $1,606,644 |

*Note: Unit costs are expressed on a per-person basis for all injury levels. PDO costs are expressed on a per-damaged-vehicle basis.

14



*Figure 1-B. Source of Payment for Motor Vehicle Crash Costs*

15

*Table 1-3. Incidence Summary – 2019 Total Police-Reported and Unreported Injuries*

| Severity | Police-reported | Not Police-reported | Total | Percent Unreported |
|---|---|---|---|---|
| **Vehicles** | | | | |
| Injury Vehicles | 2,424,916 | 1,136,998 | 3,561,914 | 31.9% |
| PDO Vehicles | 7,773,120 | 11,515,019 | 19,288,139 | 59.7% |
| *Total Vehicles* | *10,198,036* | *12,652,017* | *22,850,053* | *55.4%* |
| **People in Injury Crashes** | | | | |
| MAIS0 | 2,349,202 | 2,176,700 | 4,525,901 | 48.1% |
| MAIS1 | 2,561,954 | 1,313,311 | 3,875,265 | 33.9% |
| MAIS2 | 310,848 | 116,271 | 427,119 | 27.2% |
| MAIS3 | 132,222 | 8,945 | 141,167 | 6.3% |
| MAIS4 | 19,285 | 0 | 19,285 | 0.0% |
| MAIS5 | 7,187 | 0 | 7,187 | 0.0% |
| Fatal | 36,500 | 0 | 36,500 | 0.0% |
| *Total* | *5,417,198* | *3,615,226* | *9,032,424* | *40.0%* |
| *Total Injuries* | *3,067,996* | *1,438,526* | *4,506,523* | *31.9%* |
| **Crashes** | | | | |
| PDO | 4,390,169 | 6,503,550 | 10,893,719 | 59.7% |
| Injury | 2,223,724 | 1,042,663 | 3,266,387 | 31.9% |
| Fatal | 33,621 | 0 | 33,621 | 0.0% |
| *Total Crashes* | *6,647,514* | *7,546,213* | *14,193,727* | *53.2%* |

16

Table 1-4. Summary of Unit Costs, Police-Reported Crashes, 2019 Dollars

| | PDO Vehicle | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal |
|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $2,210 | $13,269 | $69,345 | $188,626 | $363,229 | $17,289 |
| EMS | $72 | $40 | $139 | $274 | $486 | $976 | $999 | $1,060 |
| Market Prod. | $0 | $0 | $2,315 | $23,096 | $92,716 | $229,903 | $306,236 | $1,010,970 |
| Household Prod. | $71 | $55 | $848 | $8,990 | $39,001 | $116,482 | $127,886 | $367,148 |
| Insurance Admin. | $523 | $225 | $2,212 | $8,220 | $28,698 | $36,485 | $38,081 | $36,245 |
| Workplace Costs | $99 | $76 | $56 | $418 | $3,240 | $7,077 | $7,794 | $13,589 |
| Legal Costs | $0 | $0 | $740 | $6,243 | $27,714 | $73,799 | $110,012 | $138,025 |
| Subtotal | $765 | $396 | $8,520 | $60,510 | $261,200 | $653,348 | $954,237 | $1,584,326 |
| Congestion | $2,591 | $1,739 | $1,713 | $1,758 | $1,790 | $1,814 | $1,857 | $7,133 |
| Prop. Damage | $4,556 | $2,654 | $13,741 | $13,692 | $25,395 | $20,565 | $23,234 | $15,185 |
| Subtotal | $7,147 | $4,393 | $15,454 | $15,450 | $27,185 | $22,379 | $25,091 | $22,318 |
| Total | $7,913 | $4,789 | $23,974 | $75,961 | $288,385 | $675,727 | $979,328 | $1,606,644 |

*Note: Unit costs are expressed on a per-person basis for all injury levels. PDO costs are expressed on a per-damaged-vehicle basis.

17

*Table I-5. Summary of Unit Costs, Unreported Crashes, 2019 Dollars*

| | PDO Vehicle* | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4* | MAIS5* | Fatal* |
|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $2,210 | $13,269 | $69,345 | $188,626 | $363,229 | $17,289 |
| EMS | $8 | $7 | $41 | $104 | $486 | $976 | $999 | $1,060 |
| Market Prod. | $0 | $0 | $2,315 | $23,096 | $92,716 | $229,903 | $306,236 | $1,010,970 |
| Household Prod. | $71 | $55 | $848 | $8,990 | $39,001 | $116,482 | $127,886 | $367,148 |
| Insurance Admin | $523 | $225 | $2,212 | $8,220 | $28,698 | $36,485 | $38,081 | $36,245 |
| Workplace Costs | $99 | $76 | $56 | $418 | $3,240 | $7,077 | $7,794 | $13,589 |
| Legal Costs | $0 | $0 | $740 | $6,243 | $27,714 | $73,799 | $110,012 | $138,025 |
| Subtotal | $701 | $363 | $8,422 | $60,340 | $261,200 | $653,348 | $954,237 | $1,584,326 |
| Congestion | $473 | $220 | $220 | $220 | $220 | $220 | $220 | $571 |
| Prop. Damage | $1,550 | $903 | $4,674 | $4,657 | $8,638 | $20,565 | $23,234 | $15,185 |
| Subtotal | $2,023 | $1,123 | $4,894 | $4,877 | $8,858 | $20,785 | $23,454 | $15,756 |
| Total | $2,724 | $1,486 | $13,315 | $65,217 | $270,058 | $674,133 | $977,691 | $1,600,082 |

*Note: Unit costs are expressed on a per-person basis for all injury levels. PDO costs are expressed on a per-damaged-vehicle basis. Generally, all MAIS4, 5, and fatal injuries are believed to be police-reported. Values are still included here for reference to cover any exceptional case where unreported crashes might be found for these injury severity categories.

18

*Table 1-6. Summary of Total Economic Costs in Police-Reported Crashes, Millions 2019 Dollars*

| | PDO Vehicle | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal | Total | % Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $5,662 | $4,125 | $9,169 | $3,638 | $2,611 | $631 | $25,835 | 9.4% |
| EMS | $560 | $94 | $357 | $85 | $64 | $19 | $7 | $39 | $1,225 | 0.4% |
| Market Prod. | $0 | $0 | $5,931 | $7,179 | $12,259 | $4,434 | $2,201 | $36,900 | $68,904 | 25.0% |
| Household Prod. | $552 | $129 | $2,173 | $2,795 | $5,157 | $2,246 | $919 | $13,401 | $27,371 | 9.9% |
| Insurance Admin. | $4,065 | $529 | $5,667 | $2,555 | $3,795 | $704 | $274 | $1,323 | $18,911 | 6.9% |
| Workplace Costs | $770 | $179 | $143 | $130 | $428 | $136 | $56 | $496 | $2,338 | 0.8% |
| Legal Costs | $0 | $0 | $1,896 | $1,941 | $3,664 | $1,423 | $791 | $5,038 | $14,753 | 5.3% |
| Subtotal | $5,947 | $930 | $21,829 | $18,810 | $34,536 | $12,600 | $6,858 | $57,828 | $159,338 | 57.7% |
| Congestion | $21,115 | $4,283 | $4,601 | $573 | $248 | $37 | $14 | $273 | $31,144 | 11.3% |
| Prop. Damage | $35,418 | $6,235 | $35,203 | $4,256 | $3,358 | $397 | $167 | $554 | $85,588 | 31.0% |
| Subtotal | $56,533 | $10,518 | $39,804 | $4,829 | $3,606 | $433 | $181 | $827 | $116,732 | 42.3% |
| Total | $62,480 | $11,448 | $61,633 | $23,639 | $38,142 | $13,033 | $7,039 | $58,655 | $276,070 | 100.0% |
| % Total | 22.6% | 4.1% | 22.3% | 8.6% | 13.8% | 4.7% | 2.5% | 21.2% | 100.0% | 0.0% |

19

*Table 1-7. Summary of Total Economic Costs in Unreported Crashes, Millions 2019 Dollars*

| | PDO Vehicle | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal | Total | % Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $2,902 | $1,543 | $620 | $0 | $0 | $0 | $5,066 | 8.1% |
| EMS | $96 | $15 | $53 | $12 | $4 | $0 | $0 | $0 | $181 | 0.3% |
| Market Prod. | $0 | $0 | $3,040 | $2,685 | $829 | $0 | $0 | $0 | $6,555 | 10.5% |
| Household Prod. | $818 | $120 | $1,114 | $1,045 | $349 | $0 | $0 | $0 | $3,445 | 5.5% |
| Insurance Admin. | $6,022 | $490 | $2,905 | $956 | $257 | $0 | $0 | $0 | $10,630 | 17.0% |
| Workplace Costs | $1,140 | $165 | $74 | $49 | $29 | $0 | $0 | $0 | $1,457 | 2.3% |
| Legal Costs | $0 | $0 | $972 | $726 | $248 | $0 | $0 | $0 | $1,946 | 3.1% |
| Subtotal | $8,076 | $790 | $11,060 | $7,016 | $2,336 | $0 | $0 | $0 | $29,278 | 46.9% |
| Congestion | $5,710 | $502 | $303 | $27 | $2 | $0 | $0 | $0 | $6,544 | 10.5% |
| Prop. Damage | $17,846 | $1,965 | $6,138 | $542 | $77 | $0 | $0 | $0 | $26,568 | 42.6% |
| Subtotal | $23,557 | $2,467 | $6,441 | $568 | $79 | $0 | $0 | $0 | $33,112 | 53.1% |
| Total | $31,632 | $3,257 | $17,501 | $7,584 | $2,416 | $0 | $0 | $0 | $62,390 | 100.0% |
| % Total | 50.7% | 5.2% | 28.1% | 12.2% | 3.9% | 0.0% | 0.0% | 0.0% | 100.0% | 0.0% |

20



*Figure 1-C. Percentage of Total Economic Costs From Police-Reported Crashes*

Table 1-8. Summary of Total Comprehensive Costs, Reported and Unreported Crashes (Millions 2019 $)

| | PDO Vehicle | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal | Total | % Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $8,564 | $5,667 | $9,789 | $3,638 | $2,611 | $631 | $30,900 | 2.3% |
| EMS | $598 | $109 | $411 | $97 | $69 | $19 | $7 | $39 | $1,348 | 0.1% |
| Market Prod. | $0 | $0 | $8,971 | $9,865 | $13,088 | $4,434 | $2,201 | $36,900 | $75,459 | 5.5% |
| Household Prod. | $1,369 | $249 | $3,286 | $3,840 | $5,506 | $2,246 | $919 | $13,401 | $30,816 | 2.3% |
| Insurance Admin. | $10,088 | $1,018 | $8,572 | $3,511 | $4,051 | $704 | $274 | $1,323 | $29,540 | 2.2% |
| Workplace Costs | $1,910 | $344 | $217 | $179 | $457 | $136 | $56 | $496 | $3,795 | 0.3% |
| Legal Costs | $0 | $0 | $2,868 | $2,667 | $3,912 | $1,423 | $791 | $5,038 | $16,698 | 1.2% |
| Subtotal | $13,965 | $1,720 | $32,889 | $25,825 | $36,873 | $12,600 | $6,858 | $57,828 | $188,558 | 13.8% |
| Congestion | $25,595 | $4,562 | $4,677 | $572 | $239 | $35 | $13 | $260 | $35,954 | 2.6% |
| Prop. Damage | $61,722 | $8,436 | $37,396 | $4,107 | $2,518 | $397 | $167 | $554 | $115,297 | 8.4% |
| Subtotal | $87,317 | $12,998 | $42,074 | $4,679 | $2,756 | $432 | $180 | $815 | $151,252 | 11.1% |
| Total | $101,282 | $14,718 | $74,963 | $30,504 | $39,629 | $13,031 | $7,039 | $58,643 | $339,809 | 24.9% |
| QALYs | $0 | $0 | $159,320 | $171,847 | $249,002 | $56,658 | $36,432 | $352,293 | $1,025,552 | 75.1% |
| Comp. Total | $101,282 | $14,718 | $234,283 | $202,352 | $288,631 | $69,690 | $43,471 | $410,935 | $1,365,362 | 100.0% |
| % Total | 7.4% | 1.1% | 17.2% | 14.8% | 21.1% | 5.1% | 3.2% | 30.1% | 100.0% | 0.0% |

22

*Table 1-9. Summary of Comprehensive Unit Costs, Reported and Unreported Crashes, 2019 Dollars*

| | PDO Vehicle | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal |
|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $2,210 | $13,269 | $69,345 | $188,626 | $363,229 | $17,289 |
| EMS | $31 | $24 | $106 | $228 | $486 | $976 | $999 | $1,060 |
| Market Prod. | $0 | $0 | $2,315 | $23,096 | $92,716 | $229,903 | $306,236 | $1,010,970 |
| Household Prod. | $71 | $55 | $848 | $8,990 | $39,001 | $116,482 | $127,886 | $367,148 |
| Insurance Admin. | $523 | $225 | $2,212 | $8,220 | $28,698 | $36,485 | $38,081 | $36,245 |
| Workplace Costs | $99 | $76 | $56 | $418 | $3,240 | $7,077 | $7,794 | $13,589 |
| Legal Costs | $0 | $0 | $740 | $6,243 | $27,714 | $73,799 | $110,012 | $138,025 |
| Subtotal | $724 | $380 | $8,487 | $60,464 | $261,200 | $653,348 | $954,237 | $1,584,326 |
| Congestion | $1,327 | $1,008 | $1,207 | $1,339 | $1,691 | $1,814 | $1,857 | $7,133 |
| Prop. Damage | $3,200 | $1,864 | $9,650 | $9,616 | $17,835 | $20,565 | $23,234 | $15,185 |
| Subtotal | $4,527 | $2,872 | $10,857 | $10,955 | $19,526 | $22,379 | $25,091 | $22,318 |
| Total Econ. | $5,251 | $3,252 | $19,344 | $71,419 | $280,726 | $675,727 | $979,328 | $1,606,644 |
| QALYs | $0 | $0 | $41,112 | $402,341 | $1,763,881 | $2,938,008 | $5,068,923 | $9,651,851 |
| Comp. Total | $5,251 | $3,252 | $60,456 | $473,760 | $2,044,607 | $3,613,735 | $6,048,251 | $11,258,495 |

*Note: Unit costs are expressed on a per-person basis for all injury levels. PDO costs are expressed on a per-damaged-vehicle basis.

23



*Figure 1-D. Components of Comprehensive Costs*

24

*Table 1-10. Summary of Comprehensive Unit Costs, Police-Reported Crashes, 2019 Dollars*

| | PDO Vehicle | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal |
|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $2,210 | $13,269 | $69,345 | $188,626 | $363,229 | $17,289 |
| EMS | $72 | $40 | $139 | $274 | $486 | $976 | $999 | $1,060 |
| Market Prod. | $0 | $0 | $2,315 | $23,096 | $92,716 | $229,903 | $306,236 | $1,010,970 |
| Household Prod. | $71 | $55 | $848 | $8,990 | $39,001 | $116,482 | $127,886 | $367,148 |
| Insurance Admin. | $523 | $225 | $2,212 | $8,220 | $28,698 | $36,485 | $38,081 | $36,245 |
| Workplace Costs | $99 | $76 | $56 | $418 | $3,240 | $7,077 | $7,794 | $13,589 |
| Legal Costs | $0 | $0 | $740 | $6,243 | $27,714 | $73,799 | $110,012 | $138,025 |
| Subtotal | $765 | $396 | $8,520 | $60,510 | $261,200 | $653,348 | $954,237 | $1,584,326 |
| Congestion | $2,591 | $1,739 | $1,713 | $1,758 | $1,790 | $1,814 | $1,857 | $7,133 |
| Prop. Damage | $4,556 | $2,654 | $13,741 | $13,692 | $25,395 | $20,565 | $23,234 | $15,185 |
| Subtotal | $7,147 | $4,393 | $15,454 | $15,450 | $27,185 | $22,379 | $25,091 | $22,318 |
| Total Economic | $7,913 | $4,789 | $23,974 | $75,961 | $288,385 | $675,727 | $979,328 | $1,606,644 |
| QALYs | $0 | $0 | $41,112 | $402,341 | $1,763,881 | $2,938,008 | $5,068,923 | $9,651,851 |
| Total Comp. | $7,913 | $4,789 | $65,086 | $478,302 | $2,052,266 | $3,613,735 | $6,048,251 | $11,258,495 |

*Note: Unit costs are expressed on a per-person basis for all injury levels. PDO costs are expressed on a per-damaged-vehicle basis.

25

Table I-11. Summary of Comprehensive Unit Costs, Unreported Crashes, 2019 Dollars

| | PDO Vehicle | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal |
|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $2,210 | $13,269 | $69,345 | $188,626 | $363,229 | $17,289 |
| EMS | $8 | $7 | $41 | $104 | $486 | $976 | $999 | $1,060 |
| Market Prod. | $0 | $0 | $2,315 | $23,096 | $92,716 | $229,903 | $306,236 | $1,010,970 |
| Household Prod. | $71 | $55 | $848 | $8,990 | $39,001 | $116,482 | $127,886 | $367,148 |
| Insurance Admin. | $523 | $225 | $2,212 | $8,220 | $28,698 | $36,485 | $38,081 | $36,245 |
| Workplace Costs | $99 | $76 | $56 | $418 | $3,240 | $7,077 | $7,794 | $13,589 |
| Legal Costs | $0 | $0 | $740 | $6,243 | $27,714 | $73,799 | $110,012 | $138,025 |
| Subtotal | $701 | $363 | $8,422 | $60,340 | $261,200 | $653,348 | $954,237 | $1,584,326 |
| Congestion | $473 | $220 | $220 | $220 | $220 | $220 | $220 | $571 |
| Prop. Damage | $1,550 | $903 | $4,674 | $4,657 | $8,638 | $20,565 | $23,234 | $15,185 |
| Subtotal | $2,023 | $1,123 | $4,894 | $4,877 | $8,858 | $20,785 | $23,454 | $15,756 |
| Total Economic | $2,724 | $1,486 | $13,315 | $65,217 | $270,058 | $674,133 | $977,691 | $1,600,082 |
| QALYs | $0 | $0 | $41,112 | $402,341 | $1,763,881 | $2,938,008 | $5,068,923 | $9,651,851 |
| Comp. Total | $2,724 | $1,486 | $54,427 | $467,558 | $2,033,939 | $3,612,141 | $6,046,614 | $11,251,933 |

*Note: Unit costs are expressed on a per-person basis for all injury levels. PDO costs are expressed on a per-damaged-vehicle basis. Generally, all MAIS4, 5, and fatal injuries are believed to be police-reported. Values are still included here for reference to cover any exceptional case where unreported crashes might be found for these injury severity categories.

26

Table 1-12. Summary of Total Comprehensive Costs, Police-Reported Crashes (Millions 2019 $)

| | PDO | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal | Total | % Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $5,662 | $4,125 | $9,169 | $3,638 | $2,611 | $631 | $25,835 | 2.2% |
| EMS | $560 | $94 | $357 | $85 | $64 | $19 | $7 | $39 | $1,225 | 0.1% |
| Market Prod. | $0 | $0 | $5,931 | $7,179 | $12,259 | $4,434 | $2,201 | $36,900 | $68,904 | 5.8% |
| Household Prod. | $552 | $129 | $2,173 | $2,795 | $5,157 | $2,246 | $919 | $13,401 | $27,371 | 2.3% |
| Insurance Admin. | $4,065 | $529 | $5,667 | $2,555 | $3,795 | $704 | $274 | $1,323 | $18,911 | 1.6% |
| Workplace Costs | $770 | $179 | $143 | $130 | $428 | $136 | $56 | $496 | $2,338 | 0.2% |
| Legal Costs | $0 | $0 | $1,896 | $1,941 | $3,664 | $1,423 | $791 | $5,038 | $14,753 | 1.2% |
| Subtotal | $5,947 | $930 | $21,829 | $18,810 | $34,536 | $12,600 | $6,858 | $57,828 | $159,338 | 13.4% |
| Congestion | $21,115 | $4,283 | $4,601 | $573 | $248 | $37 | $14 | $273 | $31,144 | 2.6% |
| Prop. Damage | $35,418 | $6,235 | $35,203 | $4,256 | $3,358 | $397 | $167 | $554 | $85,588 | 7.2% |
| Subtotal | $56,533 | $10,518 | $39,804 | $4,829 | $3,606 | $433 | $181 | $827 | $116,732 | 9.9% |
| Total Economic | $62,480 | $11,448 | $61,633 | $23,639 | $38,142 | $13,033 | $7,039 | $58,655 | $276,070 | 23.3% |
| QALYs | $0 | $0 | $105,327 | $125,067 | $233,224 | $56,659 | $36,430 | $352,293 | $909,000 | 76.7% |
| Comp. Total | $62,480 | $11,448 | $166,960 | $148,706 | $271,366 | $69,693 | $43,469 | $410,948 | $1,185,070 | 100.0% |
| % Total | 5.3% | 1.0% | 14.1% | 12.5% | 22.9% | 5.9% | 3.7% | 34.7% | 100.0% | |

27

*Table 1-13. Summary of Total Comprehensive Costs, Unreported Crashes (Millions 2019 $)*

| | PDO | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal | Total | % Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $2,902 | $1,543 | $620 | $0 | $0 | $0 | $5,066 | 2.8% |
| EMS | $96 | $15 | $53 | $12 | $4 | $0 | $0 | $0 | $181 | 0.1% |
| Market Prod. | $0 | $0 | $3,040 | $2,685 | $829 | $0 | $0 | $0 | $6,555 | 3.7% |
| Household Prod. | $818 | $120 | $1,114 | $1,045 | $349 | $0 | $0 | $0 | $3,445 | 1.9% |
| Insurance Admin. | $6,022 | $490 | $2,905 | $956 | $257 | $0 | $0 | $0 | $10,630 | 5.9% |
| Workplace Costs | $1,140 | $165 | $74 | $49 | $29 | $0 | $0 | $0 | $1,457 | 0.8% |
| Legal Costs | $0 | $0 | $972 | $726 | $248 | $0 | $0 | $0 | $1,946 | 1.1% |
| Subtotal | $8,076 | $790 | $11,060 | $7,016 | $2,336 | $0 | $0 | $0 | $29,278 | 16.4% |
| Congestion | $5,710 | $502 | $303 | $27 | $2 | $0 | $0 | $0 | $6,544 | 3.7% |
| Prop. Damage | $17,846 | $1,965 | $6,138 | $542 | $77 | $0 | $0 | $0 | $26,568 | 14.8% |
| Subtotal | $23,557 | $2,467 | $6,441 | $568 | $79 | $0 | $0 | $0 | $33,112 | 18.5% |
| Total | $31,632 | $3,257 | $17,501 | $7,584 | $2,416 | $0 | $0 | $0 | $62,390 | 34.9% |
| QALYs | $0 | $0 | $53,993 | $46,781 | $15,778 | $0 | $0 | $0 | $116,551 | 65.1% |
| Comp. Total | $31,632 | $3,257 | $71,494 | $54,365 | $18,194 | $0 | $0 | $0 | $178,942 | 100.0% |
| % Total | 17.7% | 1.8% | 40.0% | 30.4% | 10.2% | 0.0% | 0.0% | 0.0% | 100.0% | |

28

*Table 1-14. Economic and Societal Costs for Selected Crash Types*

| | Economic Cost | % Total | Comprehensive Cost | % Total |
|---|---|---|---|---|
| **Outcome Severity:** | | | | |
| Fatalities | $58,643 | 17.3% | $410,935 | 30.1% |
| Nonfatal Injuries | $165,167 | 48.6% | $838,426 | 61.4% |
| PDO Vehicles | $101,282 | 29.8% | $101,282 | 7.4% |
| Uninjured (MAIS0) | $14,718 | 4.3% | $14,718 | 1.1% |
| Total | $339,809 | 100.0% | $1,365,362 | 100.0% |
| | | | | |
| **Adverse Driver Behavior:** | | | | |
| Belt Non-Use | $10,952 | 3.2% | $78,452 | 5.7% |
| Helmet Non-Use | $1,410 | 0.4% | $9,410 | 0.7% |
| Police-reported Distraction | $46,183 | 13.6% | $169,892 | 12.4% |
| Observed Distraction | $98,183 | 28.9% | $394,500 | 28.9% |
| Alcohol Involvement | $68,854 | 20.3% | $348,281 | 25.5% |
| Alcohol Causation | $56,543 | 16.6% | $286,528 | 21.0% |
| Speed | $46,377 | 13.6% | $225,113 | 16.5% |
| | | | | |
| **Nonoccupants:** | | | | |
| Motorcyclists | $16,879 | 5.0% | $107,141 | 7.8% |
| Pedestrians | $13,977 | 4.1% | $99,825 | 7.3% |
| Bicyclists | $4,402 | 1.3% | $25,586 | 1.9% |
| | | | | |
| **Crash Types:** | | | | |
| Roadway Departure Crashes | $72,488 | 21.3% | $321,211 | 23.5% |
| Single Vehicle Crashes | $97,614 | 28.7% | $495,155 | 36.3% |
| | | | | |
| **Crash Location:** | | | | |
| Interstate Highway Crashes | $42,124 | 12.4% | $163,751 | 12.0% |
| Intersection Crashes | $179,484 | 52.8% | $664,968 | 48.7% |
| Urban Roadways | $233,636 | 68.8% | $893,866 | 65.5% |
| Rural Roadways | $106,174 | 31.2% | $471,495 | 34.5% |