The prevalence of distraction varied significantly among the four sub-categories, and by age groups within each category. For example, cell phone use was quite common among teenagers and young adults, but rare among middle-aged adults and seniors. Cell phone distraction was higher across all age categories in crashes than in baseline driving. This later finding applies to almost all categories, the exception being interaction with others, where the reverse occurred among three of the four age groups. The most common type of distraction was non-cell driver-only distraction, which includes the largest number of potentially distracting activities. Note that while distraction occurred in 68.9 percent of all crashes, it was also present in 52.8 percent of baseline (non-crash) driving. Prevalence is summarized in Table 9-6 below.

*Table 9-6. Prevalence of Distraction by Category and Driver Age*

| Distraction Type | Outcome | Age Group | Percentage of Distracted Events |
|---|---|---|---|
| All distraction | Baseline | 1Teen | 59 |
| | Crash | 1Teen | 73.6 |
| | Baseline | 2Young | 58.3 |
| | Crash | 2Young | 77.8 |
| | Baseline | 3Middle | 52.4 |
| | Crash | 3Middle | 63.9 |
| | Baseline | 4Senior | 41.3 |
| | Crash | 4Senior | 54.5 |
| Cell phone use | Baseline | 1Teen | 11.6 |
| | Crash | 1Teen | 20.7 |
| | Baseline | 2Young | 14.9 |
| | Crash | 2Young | 26.3 |
| | Baseline | 3Middle | 6.8 |
| | Crash | 3Middle | 11.7 |
| | Baseline | 4Senior | 1 |
| | Crash | 4Senior | 3.2 |
| Interaction with others | Baseline | 1Teen | 18.5 |
| | Crash | 1Teen | 19.9 |
| | Baseline | 2Young | 15 |
| | Crash | 2Young | 14.3 |
| | Baseline | 3Middle | 15.2 |
| | Crash | 3Middle | 13.2 |
| | Baseline | 4Senior | 15.2 |
| | Crash | 4Senior | 12.2 |
| Driver only non-cell | Baseline | 1Teen | 33 |
| | Crash | 1Teen | 42 |
| | Baseline | 2Young | 32 |
| | Crash | 2Young | 42 |
| | Baseline | 3Middle | 32.4 |

| Distraction Type | Outcome | Age Group | Percentage of Distracted Events |
|---|---|---|---|
| | Crash | 3Middle | 47.3 |
| | Baseline | 4Senior | 25.7 |
| | Crash | 4Senior | 39.6 |
| In-vehicle_device | Baseline | 1Teen | 5.4 |
| | Crash | 1Teen | 7.4 |
| | Baseline | 2Young | 4.6 |
| | Crash | 2Young | 6.1 |
| | Baseline | 3Middle | 3.7 |
| | Crash | 3Middle | 5.9 |
| | Baseline | 4Senior | 3.4 |
| | Crash | 4Senior | 4.5 |
| All distractions | Baseline | all | 52.8 |
| | Crash | all | 68.9 |

The impact of distraction on odds ratios varied noticeable among the 4 subcategories, as well as across the 4 age groups. Teens, young adults, and seniors were most distracted by cellphones (when present), whereas middle aged adults were most distracted by other non-cell phone distraction. Table 9-7 summarizes the odds ratios, lower limits, upper limits, and p-values for each category and age group.

*Table 9-7. Odds Ratio Results by Age group and Distraction Category*

| Age | Type | OR | LL | UL | p-value |
|---|---|---|---|---|---|
| **Teens** | cell_Teen | 2.05 | 1.54 | 2.74 | <.001 |
| | vehicle_Teen | 1.41 | 0.91 | 2.17 | 0.125 |
| | interaction_Teen | 1.06 | 0.8 | 1.41 | 0.663 |
| | other distraction_Teen | 1.48 | 1.18 | 1.85 | 0.001 |
| | distraction_overall_Teen | 1.93 | 1.51 | 2.48 | <.001 |
| **Young Adults** | cell_Young | 2.01 | 1.5 | 2.68 | <.001 |
| | vehicle_Young | 1.39 | 0.83 | 2.34 | 0.212 |
| | interaction_Young | 0.96 | 0.68 | 1.36 | 0.815 |
| | otherdistraction_Young | 1.53 | 1.19 | 1.96 | 0.001 |
| | distraction_overall_Young | 2.5 | 1.87 | 3.34 | <.001 |
| **Middle-age** | cell_Middle | 1.59 | 0.99 | 2.56 | 0.055 |
| | vehicle_Middle | 1.74 | 0.92 | 3.29 | 0.087 |
| | interaction_Middle | 0.85 | 0.55 | 1.3 | 0.446 |
| | other distraction_Middle | 1.97 | 1.47 | 2.66 | <.001 |
| | distraction_overall_Middle | 1.61 | 1.19 | 2.18 | 0.002 |
| **Senior** | cell_Senior | 3.04 | 1.23 | 7.54 | 0.016 |
| | vehicle_Senior | 1.32 | 0.66 | 2.63 | 0.432 |
| | interaction_Senior | 0.8 | 0.52 | 1.23 | 0.302 |
| | other distraction_Senior | 1.96 | 1.46 | 2.64 | <.001 |
| | distraction_overall_Senior | 1.77 | 1.33 | 2.36 | <.001 |

To create a relative crash risk value that is representative of drivers in the United States, we accessed the odds ratios for the four age groups examined in this study and recalculated the overall odds ratio across all age groups by applying nationwide driver age prevalence weights derived from FHWA data on licensed drivers and average VMT by driver age to the four age category odds ratios. The product of licensed drivers and VMT per driver gives average annual VMT per driver by age group, which is the proper measure of relative risk exposure. This process that produced an average risk ratio of 1.79 for all distraction causes, is illustrated in Table 9-8. Observable distraction is estimated to increase crash risk by 79 percent compared to normal driving. Corresponding odds ratios were 1.82 for cellphones, 1.63 for in-vehicle devices, .87 for interaction with others, and 1.88 for driver non-cell distraction. Two of these categories, in-vehicle devices and interaction with others, produced results that were not statistically significant.

*Table 9-8. Recalculation of Distraction Odds Ratio to Reflect Nationwide Age Distribution*

| | Total Annual VMT by Driver Age | All Distraction | Cell Phones | In-Vehicle Device* | Interaction w/Others* | Driver Non-cell | |
|---|---|---|---|---|---|---|---|
| **Driver Age** | Percentage | | | Odds Ratio | | | |
| **16-19** | 0.0241 | 1.93 | 2.05 | 1.41 | 1.06 | 1.48 | |
| **20-29** | 0.1726 | 2.5 | 2.01 | 1.39 | 0.96 | 1.53 | |
| **30-64** | 0.7036 | 1.61 | 1.59 | 1.74 | 0.85 | 1.97 | |
| **65+** | 0.0998 | 1.77 | 3.04 | 1.32 | 0.8 | 1.96 | |
| **Wtd Total** | 1.0000 | 1.7873 | 1.8182 | 1.6298 | 0.8691 | 1.8813 | |

*= Results not statistically significant

As shown in Table 9-9, risk varied only slightly across the three crash severity categories, with central values for each category well within the confidence intervals of the other categories. We therefore conclude that there is not sufficient information to discriminate the impacts of distraction across crashes of different severity.

*Table 9-9. Odds Ratios by Crash Severity*

| Type | OR | 95th CI (lower limit | 95th CI (lower limit) | p  value |
|---|---|---|---|---|
| **Crash L1** | 2 | 1.25 | 3.19 | 0.004 |
| **Crash L2** | 2.2 | 1.51 | 3.19 | <.001 |
| **Crash L3** | 1.97 | 1.68 | 2.31 | <.001 |
| **Crash All** | 1.98 | 1.73 | 2.27 | <.001 |

To estimate the impact of distraction on existing crash incidence we combine the rate of distraction prevalence from Table 9-6 and the distraction odds ratio from Table 9-8. However, as with the odds ratios, the raw distraction prevalence rates must be adjusted to eliminate the sampling bias built into the SHRP2 sample. The results (Table 9-10) indicate distraction was prevalent in 66 percent of crashes.

*Table 9-10. Recalculation of Prevalence to Reflect National Age Distribution*

| Driver Age | 2017-2019 CRSS Drivers Percent | Distraction Prevalence |
|---|---|---|
| 16-20 | 0.0241 | 73.60% |
| 21-29 | 0.1726 | 77.80% |
| 30-64 | 0.7036 | 63.90% |
| 65-98 | 0.0998 | 54.50% |
| Total | | 65.59% |

Using these data, we estimate the impact of distraction as follows.

x=1-((p/r)+1-p))

Where:

x= percent of current crashes attributable to distraction

p =prevalence of distraction in crashes

r = odds ratio for distraction

x = 1-(.66/1.79)+(1-.66)

x=.289

We thus estimate that 29 percent of crashes are attributable to distraction.

Because cell phones are of special interest, we repeated this process for cell phone distraction. Cell phones had an odds ratio of 1.82 and cell phone distraction was observed in 13.59 percent of crashes. Applying these inputs to the above formula, we find that 6.1 percent of crashes are attributable to cell phone distraction, implying that roughly one-fifth of distraction-caused crashes are related to cell phone use.

We note that this estimate assumes that the SHRP2 sample adjusted for national driving age prevalence is representative of driving experience in real world crashes. We caution that as a voluntary sample it is subject to selection bias on the part of its participants. Nonetheless, the high incidence of driver error and distraction seems to indicate that the participants did settle into natural driving habits that are likely indicative of real-world driving. We also note that the SHRP2 study was conducted from October 2010 to November 2013, and thus represents levels of distraction experienced by drivers in vehicles on the road during that timeframe. [18] Over time newer vehicles have become more frequently equipped with in-vehicle systems (such as entertainment systems) that allow or encourage driver attention and could lead to more distraction due to interaction with in-vehicle devices. Potentially offsetting the impact of added distraction, newer vehicles are more likely to be equipped with automated safety devices that alert drivers or even intervene to prevent crashes. Neither of these technologies were on most vehicles in the on-road fleet in 2019, but drivers of more modern fleets of vehicles may thus

---

[18] NHTSA data from FARS and GES indicate similar rates of distraction during 2010 to 2013 as was measured in 2019, with 10 percent of fatalities and roughly 16 percent of nonfatal crashes involving distraction, versus 9 percent for fatalities and 13 percent for nonfatal crashes in 2019. It's not clear whether these small changes represent a trend or sample variation related to the redesign of NHTSA's crash databases.

experience somewhat different effects from distraction, which argues for periodic updating of naturalistic studies.

To address uncertainty regarding distraction impacts, we examined the confidence intervals derived for each age group and reproduced the above analysis to determine a range of outcomes for the three distraction categories with statistically significant outcomes. Tables 9-11 and 9-12 summarize these results for the lower and upper confidence bounds respectively. Recalculating the above formula substituting the lower and upper odds ratios indicates a possible range of distraction attribution of between 16.2 percent and 38.3 percent, with a central value of 28.9 percent.

*Table 9-11. Recalculation of Distraction Odds Ratio to Reflect Nationwide Age Distribution, Lower Bound Odds Ratio*

| | Total Annual VMT | All Distraction | Cell Phones | Driver Non-Cell |
|---|---|---|---|---|
| **Driver Age** | Percentage | Odds Ratio | | |
| **16-19** | 0.0241 | 1.51 | 1.54 | 1.18 |
| **20-29** | 0.1726 | 1.87 | 1.5 | 1.19 |
| **30-64** | 0.7036 | 1.19 | 0.99 | 1.47 |
| **65+** | 0.0998 | 1.33 | 2.3 | 1.46 |
| **Wtd Total** | 1.0000 | 1.3290 | 1.2219 | 1.4137 |

*Table 9-12. Recalculation of Distraction Odds Ratio to Reflect Nationwide Age Distribution, Upper Bound Odds Ratio*

| | Total Annual VMT | All Distraction | Cell Phones | Driver Non-Cell | |
|---|---|---|---|---|---|
| **Driver Age** | Percentage | Odds Ratio | | | |
| **16-19** | 0.0241 | 2.48 | 2.74 | 1.85 | |
| **20-29** | 0.1726 | 3.34 | 2.68 | 1.96 | |
| **30-64** | 0.7036 | 2.18 | 2.56 | 2.66 | |
| **65+** | 0.0998 | 2.36 | 7.54 | 2.64 | |
| **Wtd Total** | 1.0000 | 2.4054 | 3.0819 | 2.5177 | |

To estimate the societal impacts attributable to distraction, we apply the central estimate that 29 percent of all crashes are attributable to distraction. The results are summarized in Tables 9-13 and 9-14 below. These data indicate that distracted driving likely causes $98 billion in economic impacts annually, and produces total societal harm, including lost quality-of-life, valued at $395 billion annually.

*Table 9-13. Economic Costs Attributable to Distracted Driving (Millions 2019 $)*

| | % Distracted | Incidence | | Total Economic Crash Costs | | |
|---|---|---|---|---|---|---|
| | | Total | Distracted | Total | Distracted | Other |
| **PDO Vehicles** | 28.89% | 19,288,139 | 5,573,010 | $101,282 | $29,264 | $72,018 |
| **MAIS0** | 28.89% | 4,525,901 | 1,307,689 | $14,718 | $4,253 | $10,466 |
| **MAIS1** | 28.89% | 3,875,265 | 1,119,698 | $74,963 | $21,659 | $53,304 |
| **MAIS2** | 28.89% | 427,119 | 123,409 | $30,504 | $8,814 | $21,691 |
| **MAIS3** | 28.89% | 141,167 | 40,788 | $39,629 | $11,450 | $28,179 |
| **MAIS4** | 28.89% | 19,285 | 5,572 | $13,031 | $3,765 | $9,266 |
| **MAIS5** | 28.89% | 7,187 | 2,077 | $7,039 | $2,034 | $5,005 |
| **Fatalities** | 28.89% | 36,500 | 10,546 | $58,643 | $16,944 | $41,699 |
| **Total** | 28.89% | 28,320,563 | 8,182,789 | $339,809 | $98,183 | $241,627 |
| **Percentage of Total** | | 100.00% | 28.89% | 100.00% | 28.89% | 71.11% |

*Table 9-14. Comprehensive Costs Attributable to Distracted Driving (Millions 2019 $)*

| | % Distracted | Incidence | | Total Comprehensive Crash Costs | | |
|---|---|---|---|---|---|---|
| | | Total | Distracted | Total | Distracted | Other |
| **PDO Vehicles** | 28.89% | 19,288,139 | 5,573,010 | $101,282 | $29,264 | $72,018 |
| **MAIS0** | 28.89% | 4,525,901 | 1,307,689 | $14,718 | $4,253 | $10,466 |
| **MAIS1** | 28.89% | 3,875,265 | 1,119,698 | $234,283 | $67,692 | $166,591 |
| **MAIS2** | 28.89% | 427,119 | 123,409 | $202,352 | $58,466 | $143,885 |
| **MAIS3** | 28.89% | 141,167 | 40,788 | $288,631 | $83,396 | $205,236 |
| **MAIS4** | 28.89% | 19,285 | 5,572 | $69,690 | $20,136 | $49,554 |
| **MAIS5** | 28.89% | 7,187 | 2,077 | $43,471 | $12,560 | $30,911 |
| **Fatalities** | 28.89% | 36,500 | 10,546 | $410,935 | $118,733 | $292,202 |
| **Total** | 28.89% | 28,320,563 | 8,182,789 | $1,365,362 | $394,500 | $970,861 |
| **Percentage of Total** | | 100.00% | 28.89% | 100.00% | 28.89% | 71.11% |

141

## 10.   Seat Belt Use

Seat belts provide significant protection to vehicle occupants involved in a crash. The simple act of buckling a seat belt can improve an occupant's chance of surviving a potentially fatal crash by from 44 to 73 percent, depending on the type of vehicle and seating position involved (Kahane, 2000). They are also highly effective against serious nonfatal injuries. Belts reduce the chance of receiving an MAIS2-5 injury (moderate to critical) by 49 to 78 percent.

The effectiveness of seat belts is a function of vehicle type, restraint type, and seat position. Table 10-1 shows the estimated effectiveness of seat belts for various seating positions for passenger cars and for light trucks, vans, and sports utility vehicles (LTVs).

*Table 10-1. Effectiveness of Seat Belts Against Fatalities and Serious Injuries*

|  | Lap Belts | Lap/Shoulder Belts |
|---|---|---|
| **Passenger Cars, Front Seat** |  |  |
| Fatalities | 35 | 45 |
| MAIS2-5 Injuries | 30 | 50 |
| **Passenger Cars, Rear Seat** |  |  |
| Fatalities | 32 | 44 |
| MAIS2-5 Injuries | 37 | 49 |
| **LTVs, Front Seat** |  |  |
| Fatalities | 50 | 60 |
| MAIS2-5 Injuries | 55 | 65 |
| **LTVs, Rear Seat** |  |  |
| Fatalities | 63 | 73 |
| MAIS2-5 Injuries | 68 | 78 |

Sources: Kahane, 2000; Morgan, 1999; NHTSA, 1984, 1980

Although all passenger vehicles have been equipped with seat belts since 1968, a sizable minority of vehicle occupants still neglect to use these devices. As of 2019 about 91 percent of occupants wear their seat belts. Usage has risen steadily throughout the last three decades, largely in response to public education programs sponsored by State and Federal safety agencies, as well as private consumer and safety advocacy groups. A major factor in this increase has been the passage of seat belt use laws. As of 2001, all States except New Hampshire had some form of adult usage law. These laws can take the form of either primary enforcement laws, under which police can stop drivers specifically for failing to wear seat belts, or secondary laws, under which fines can only be levied if a driver is stopped for some other offense. Primary enforcement laws are far more effective in increasing seat belt use. Experience in a number of States indicates that usage rates rise from 10- to 15 percentage points when primary laws are passed. For example, usage in California jumped from 70 percent to 82 percent when a primary law was passed in

1993. Similar impacts occurred in Louisiana where usage rose 18 points, in Georgia where usage rose 17 points, in Maryland where usage rose 13 points, and in the District of Columbia where usage rose 24 points when they combined a new primary enforcement law with penalty points. Overall, States with primary belt use laws have an average belt use rate that is 12 percentage points higher than States with only secondary enforcement (Pickrell & Ye, 2012). Figure 10-A illustrates the nationwide trend in seat belt use rates from 1983 through 2019.

*Figure 10-A. Observed Daytime Seat Belt Use Rate*



By combining seat belt use rates with effectiveness rates and national injury counts, an estimate can be made of the impact of seat belts on fatality and casualty rates. The basic methods for these calculations are well documented (Partyka & Womble, 1989; Blincoe, 1994; Wang & Blincoe, 2001; Wang & Blincoe, 2003; Glassbrenner & Starnes, 2009). The effect of increases in seat belt use on fatalities is curvilinear, i.e., the more the observed usage rate in the general population approaches 100 percent, the more lives are saved for each incremental point increase. This occurs because those who are most resistant to buckling up tend to be in high-risk groups such as impaired drivers or people who are risk takers in general. These people are more likely to be involved in serious crashes and are thus more likely to actually benefit from wearing their belts. Belt use by people involved in potentially fatal crashes ("restraint) use in potentially fatal crashes," UPFC) tends to be lower than observed use for these same reasons. Figure 10-B illustrates the relationship between use in potentially fatal crashes as well as lives saved and increasing rates of observed seat belt usage.

*Figure 10-B. UPFC and Percent Lives Saved as a Function of Observed Belt Use*



Table 10-2 lists the historical and cumulative impact of seat belt use on motor vehicle casualties. Through 2019, seat belts have saved 404,000 lives and prevented 11.88 million serious nonfatal police reported injuries.[19] At current (2019) use rates, they are preventing 14,600 fatalities and 450,000 serious (MAIS2 to MAIS5) police-reported nonfatal injuries annually. The failure of a large segment of the driving population to wear their belts also has significant safety implications. If all occupants had used seat belts properly, many more lives would have been saved. Table 10-2 also lists the potential safety benefits that could have been realized since 1975 had all occupants worn their seat belts. Over this period, passenger vehicles were equipped with devices that could have saved over 390,000 additional lives and prevented 7.1 million additional serious police reported injuries if all vehicle occupants had taken a few seconds to buckle their seat belts. At current (2019) belt use rates, an additional 2,400 fatalities and 46,000 serious injuries could be prevented every year if all passengers were to wear their seat belts. This represents an enormous lost opportunity for injury prevention.

---

[19] This analysis includes only police-reported injuries. About 27 percent of MAIS2 injuries and 6 percent of MAIS3 injuries are estimated to be unreported. Belt use rates are unknown for unreported crashes. If belt use rates for unreported crashes are similar to reported crashes, benefits for each of these two categories would increase proportionally. All MAIS4, MAIS5, and fatal injuries are estimated to be reported to police.

*Table 10-2. Achieved and Potential Impact of Seat Belt Use on Fatalities and Serious Injuries, 1975-2019*

| Year | Lives Saved by Seat Belts | Fatalities Preventable @100% Usage* | Lives Lost Due to Belt Nonuse | MAIS2-5 PR Injuries Prevented | MAIS2-5 PR Injuries Preventable @ 100% Usage | PR MAIS2-5 Benefits Lost to Nonuse |
|---|---|---|---|---|---|---|
| 1975 | 978 | 14,279 | 13,301 | 39,704 | 293,620 | 253,916 |
| 1976 | 796 | 14,647 | 13,851 | 32,509 | 296,745 | 264,236 |
| 1977 | 682 | 15,142 | 14,460 | 28,616 | 310,084 | 281,468 |
| 1978 | 679 | 16,220 | 15,541 | 24,891 | 286,351 | 261,461 |
| 1979 | 594 | 16,320 | 15,726 | 25,159 | 332,589 | 307,430 |
| 1980 | 575 | 16,305 | 15,730 | 24,422 | 330,587 | 306,165 |
| 1981 | 548 | 15,770 | 15,222 | 23,285 | 317,738 | 294,452 |
| 1982 | 678 | 13,928 | 13,250 | 28,691 | 286,244 | 257,553 |
| 1983 | 809 | 13,722 | 12,913 | 40,076 | 286,257 | 246,181 |
| 1984 | 1,197 | 14,424 | 13,227 | 41,524 | 296,601 | 255,077 |
| 1985 | 2,435 | 14,943 | 12,508 | 64,192 | 305,676 | 241,484 |
| 1986 | 4,094 | 16,822 | 12,728 | 135,444 | 366,065 | 230,621 |
| 1987 | 5,141 | 17,819 | 12,678 | 165,616 | 394,323 | 228,708 |
| 1988 | 5,959 | 18,633 | 12,674 | 181,756 | 403,902 | 222,146 |
| 1989 | 6,333 | 18,589 | 12,256 | 189,704 | 412,400 | 222,696 |
| 1990 | 6,592 | 18,353 | 11,761 | 202,762 | 413,799 | 211,038 |
| 1991 | 6,838 | 17,650 | 10,812 | 244,783 | 414,887 | 170,104 |
| 1992 | 7,020 | 17,215 | 10,195 | 263,532 | 425,051 | 161,519 |
| 1993 | 7,773 | 17,985 | 10,212 | 301,851 | 457,350 | 155,499 |
| 1994 | 9,219 | 18,726 | 9,507 | 321,860 | 480,389 | 158,528 |
| 1995 | 9,882 | 19,663 | 9,781 | 355,170 | 522,308 | 167,139 |
| 1996 | 10,710 | 20,169 | 9,459 | 360,192 | 529,694 | 169,502 |
| 1997 | 11,259 | 20,355 | 9,096 | 354,161 | 513,277 | 159,116 |
| 1998 | 11,680 | 20,370 | 8,690 | 327,913 | 475,237 | 147,323 |
| 1999 | 11,941 | 20,750 | 8,809 | 358,627 | 512,324 | 153,697 |
| 2000 | 12,882 | 21,127 | 8,245 | 388,306 | 531,927 | 143,620 |
| 2001 | 13,295 | 21,311 | 8,016 | 349,369 | 478,587 | 129,219 |
| 2002 | 14,264 | 21,101 | 6,837 | 372,236 | 496,314 | 124,079 |
| 2003 | 15,095 | 21,246 | 6,151 | 385,191 | 487,584 | 102,393 |
| 2004 | 15,548 | 21,422 | 5,874 | 383,624 | 479,530 | 95,906 |
| 2005 | 15,688 | 21,355 | 5,667 | 393,745 | 480,177 | 86,432 |
| 2006 | 15,458 | 20,926 | 5,468 | 360,664 | 445,264 | 84,600 |
| 2007 | 15,223 | 20,271 | 5,048 | 359,775 | 438,750 | 78,975 |
| 2008 | 13,312 | 17,483 | 4,171 | 342,591 | 412,760 | 70,169 |
| 2009 | 12,763 | 16,463 | 3,700 | 339,700 | 404,405 | 64,705 |
| 2010 | 12,546 | 15,902 | 3,356 | 348,798 | 410,350 | 61,553 |
| 2011 | 12,071 | 15,467 | 3,396 | 341,067 | 407,002 | 65,934 |
| 2012 | 12,386 | 15,416 | 3,030 | 370,881 | 430,757 | 59,875 |
| 2013 | 12,644 | 15,415 | 2,771 | 375,317 | 430,409 | 55,092 |

| Year | Lives Saved by Seat Belts | Fatalities Preventable @100% Usage* | Lives Lost Due to Belt Nonuse | MAIS2-5 PR Injuries Prevented | MAIS2-5 PR Injuries Preventable @ 100% Usage | PR MAIS2-5 Benefits Lost to Nonuse |
|---|---|---|---|---|---|---|
| 2014 | 12,801 | 15,678 | 2,877 | 379,295 | 437,480 | 58,185 |
| 2015 | 14,062 | 16,777 | 2,715 | 413,830 | 467,605 | 53,775 |
| 2016 | 14,753 | 17,224 | 2,471 | 485,696 | 539,063 | 53,367 |
| 2017 | 14,955 | 17,504 | 2,549 | 435,243 | 485,221 | 49,978 |
| 2018 | 14,871 | 17,263 | 2,392 | 428,422 | 478,150 | 49,728 |
| 2019 | 14,653 | 17,051 | 2,398 | 449,988 | 496,127 | 46,140 |
| Total | 403,682 | 795,201 | 391,519 | 11,840,178 | 18,900,958 | 7,060,781 |

Seat belt use has also had a significant economic impact. Table 10-3 lists the economic savings that have resulted from seat belt use over the past 45 years. Since 1975 nearly $2.5 trillion in economic costs (2019 $) have been saved due to seat belt use. At 2019 usage rates, seat belts saved society an estimated $93 billion annually in medical care, lost productivity, and other injury-related costs. Table 10-4 lists the potential economic savings that were lost due to nonuse. These lost savings could be viewed as costs of seat belt nonuse. Since 1975 over $1.7 trillion in unnecessary economic costs (2019 $) have been incurred due to seat belt nonuse. At current usage rates, the needless deaths and injuries that result from nonuse continue to cost society an estimated $11. billion annually in medical care, lost productivity, and other injury-related costs.[20]

*Table 10-3. Impact of Seat Belt Use on Economic Costs, 1975-2019*

| Year | Lives Saved by Seat Belts | Cost/Fatality Current $ | MAIS2-5 Injuries Prevented | MAIS2-5 Cost/Injury Current $ | Total Cost Savings (Millions) | |
|---|---|---|---|---|---|---|
| | | | | | Current $ | 2019$ |
| 1975 | 978 | $333,403 | 39,704 | $32,623 | $1,621 | $7,704 |
| 1976 | 796 | $352,614 | 32,509 | $34,502 | $1,402 | $6,301 |
| 1977 | 682 | $375,543 | 28,616 | $36,746 | $1,308 | $5,517 |
| 1978 | 679 | $404,049 | 24,891 | $39,535 | $1,258 | $4,934 |
| 1979 | 594 | $449,908 | 25,159 | $44,022 | $1,375 | $4,841 |
| 1980 | 575 | $510,639 | 24,422 | $49,965 | $1,514 | $4,697 |
| 1981 | 548 | $563,314 | 23,285 | $55,119 | $1,592 | $4,478 |
| 1982 | 678 | $598,018 | 28,691 | $58,515 | $2,084 | $5,522 |
| 1983 | 809 | $617,229 | 40,076 | $60,394 | $2,920 | $7,494 |
| 1984 | 1,197 | $643,876 | 41,524 | $63,002 | $3,387 | $8,334 |
| 1985 | 2,435 | $666,805 | 64,192 | $65,245 | $5,812 | $13,809 |
| 1986 | 4,094 | $679,200 | 135,444 | $66,458 | $11,782 | $27,483 |
| 1987 | 5,141 | $703,988 | 165,616 | $68,883 | $15,027 | $33,819 |
| 1988 | 5,959 | $733,114 | 181,756 | $71,733 | $17,407 | $37,617 |

---

[20] Prior years' unit costs were estimated by deflating the 2019 unit costs using the CPI annual average All Items index.

| Year | Lives Saved by Seat Belts | Cost/Fatality Current $ | MAIS2-5 Injuries Prevented | MAIS2-5 Cost/Injury Current $ | Total Cost Savings (Millions) | |
|---|---|---|---|---|---|---|
| | | | | | Current $ | 2019$ |
| 1989 | 6,333 | $768,437 | 189,704 | $75,190 | $19,130 | $39,442 |
| 1990 | 6,592 | $809,958 | 202,762 | $79,252 | $21,409 | $41,876 |
| 1991 | 6,838 | $844,042 | 244,783 | $82,587 | $25,988 | $48,781 |
| 1992 | 7,020 | $869,450 | 263,532 | $85,074 | $28,523 | $51,975 |
| 1993 | 7,773 | $895,478 | 301,851 | $87,620 | $33,409 | $59,109 |
| 1994 | 9,219 | $918,407 | 321,860 | $89,864 | $37,390 | $64,501 |
| 1995 | 9,882 | $944,434 | 355,170 | $92,411 | $42,154 | $70,716 |
| 1996 | 10,710 | $972,321 | 360,192 | $95,139 | $44,682 | $72,806 |
| 1997 | 11,259 | $994,631 | 354,161 | $97,322 | $45,666 | $72,741 |
| 1998 | 11,680 | $1,010,123 | 327,913 | $98,838 | $44,209 | $69,339 |
| 1999 | 11,941 | $1,032,433 | 358,627 | $101,021 | $48,557 | $74,514 |
| 2000 | 12,882 | $1,067,137 | 388,306 | $104,417 | $54,293 | $80,606 |
| 2001 | 13,295 | $1,097,502 | 349,369 | $107,388 | $52,109 | $75,224 |
| 2002 | 14,264 | $1,114,854 | 372,236 | $109,086 | $56,508 | $80,304 |
| 2003 | 15,095 | $1,140,262 | 385,191 | $111,572 | $60,189 | $83,629 |
| 2004 | 15,548 | $1,170,628 | 383,624 | $114,543 | $62,142 | $84,103 |
| 2005 | 15,688 | $1,210,289 | 393,745 | $118,424 | $65,616 | $85,894 |
| 2006 | 15,458 | $1,249,331 | 360,664 | $122,244 | $63,401 | $80,402 |
| 2007 | 15,223 | $1,284,914 | 359,775 | $125,726 | $64,793 | $79,891 |
| 2008 | 13,312 | $1,334,249 | 342,591 | $130,553 | $62,488 | $74,200 |
| 2009 | 12,763 | $1,329,502 | 339,700 | $130,089 | $61,160 | $72,882 |
| 2010 | 12,546 | $1,351,310 | 348,798 | $132,222 | $63,072 | $73,948 |
| 2011 | 12,071 | $1,393,964 | 341,067 | $136,396 | $63,347 | $71,997 |
| 2012 | 12,386 | $1,422,812 | 370,881 | $139,219 | $69,257 | $77,118 |
| 2013 | 12,644 | $1,443,652 | 375,317 | $141,258 | $71,270 | $78,215 |
| 2014 | 12,801 | $1,467,071 | 379,295 | $143,549 | $73,228 | $79,080 |
| 2015 | 14,062 | $1,468,812 | 413,830 | $143,720 | $80,130 | $86,432 |
| 2016 | 14,753 | $1,487,342 | 485,696 | $145,533 | $92,627 | $98,667 |
| 2017 | 14,955 | $1,519,027 | 435,243 | $148,633 | $87,409 | $91,166 |
| 2018 | 14,871 | $1,556,129 | 428,422 | $152,263 | $88,374 | $89,976 |
| 2019 | 14,653 | $1,584,326 | 449,988 | $155,022 | $92,973 | $92,973 |
| Total | 403,682 | | 11,840,178 | | $1,843,991 | $2,475,057 |

*Table 10-4. Unrealized Impact of Potential Seat Belt Use on Economic Costs, 1975-2019*

| Year | Lives Lost Due to Belt Nonuse | Cost/Fatality Current $ | MAIS2-5 Injury Benefits Lost Due to Belt Nonuse | MAIS2-5 Cost/Injury Current $ | Cost Savings Forgone (Millions) | |
|---|---|---|---|---|---|---|
| | | | | | Current $ | 2019 $ |
| 1975 | 13,301 | $333,403 | 253,916 | $32,623 | $12,718 | $60,436 |
| 1976 | 13,851 | $352,614 | 264,236 | $34,502 | $14,001 | $62,907 |
| 1977 | 14,460 | $375,543 | 281,468 | $36,746 | $15,773 | $66,543 |
| 1978 | 15,541 | $404,049 | 261,461 | $39,535 | $16,616 | $65,154 |
| 1979 | 15,726 | $449,908 | 307,430 | $44,022 | $20,609 | $72,574 |
| 1980 | 15,730 | $510,639 | 306,165 | $49,965 | $23,330 | $72,384 |
| 1981 | 15,222 | $563,314 | 294,452 | $55,119 | $24,805 | $69,763 |
| 1982 | 13,250 | $598,018 | 257,553 | $58,515 | $22,994 | $60,919 |
| 1983 | 12,913 | $617,229 | 246,181 | $60,394 | $22,838 | $58,622 |
| 1984 | 13,227 | $643,876 | 255,077 | $63,002 | $24,587 | $60,498 |
| 1985 | 12,508 | $666,805 | 241,484 | $65,245 | $24,096 | $57,252 |
| 1986 | 12,728 | $679,200 | 230,621 | $66,458 | $23,971 | $55,917 |
| 1987 | 12,678 | $703,988 | 228,708 | $68,883 | $24,679 | $55,541 |
| 1988 | 12,674 | $733,114 | 222,146 | $71,733 | $25,227 | $54,517 |
| 1989 | 12,256 | $768,437 | 222,696 | $75,190 | $26,162 | $53,940 |
| 1990 | 11,761 | $809,958 | 211,038 | $79,252 | $26,251 | $51,349 |
| 1991 | 10,812 | $844,042 | 170,104 | $82,587 | $23,174 | $43,500 |
| 1992 | 10,195 | $869,450 | 161,519 | $85,074 | $22,605 | $41,191 |
| 1993 | 10,212 | $895,478 | 155,499 | $87,620 | $22,769 | $40,285 |
| 1994 | 9,507 | $918,407 | 158,528 | $89,864 | $22,977 | $39,638 |
| 1995 | 9,781 | $944,434 | 167,139 | $92,411 | $24,683 | $41,407 |
| 1996 | 9,459 | $972,321 | 169,502 | $95,139 | $25,323 | $41,263 |
| 1997 | 9,096 | $994,631 | 159,116 | $97,322 | $24,533 | $39,078 |
| 1998 | 8,690 | $1,010,123 | 147,323 | $98,838 | $23,339 | $36,606 |
| 1999 | 8,809 | $1,032,433 | 153,697 | $101,021 | $24,621 | $37,783 |
| 2000 | 8,245 | $1,067,137 | 143,620 | $104,417 | $23,795 | $35,327 |
| 2001 | 8,016 | $1,097,502 | 129,219 | $107,388 | $22,674 | $32,732 |
| 2002 | 6,837 | $1,114,854 | 124,079 | $109,086 | $21,157 | $30,067 |
| 2003 | 6,151 | $1,140,262 | 102,393 | $111,572 | $18,438 | $25,618 |
| 2004 | 5,874 | $1,170,628 | 95,906 | $114,543 | $17,862 | $24,174 |
| 2005 | 5,667 | $1,210,289 | 86,432 | $118,424 | $17,094 | $22,377 |
| 2006 | 5,468 | $1,249,331 | 84,600 | $122,244 | $17,173 | $21,778 |
| 2007 | 5,048 | $1,284,914 | 78,975 | $125,726 | $16,415 | $20,241 |
| 2008 | 4,171 | $1,334,249 | 70,169 | $130,553 | $14,726 | $17,486 |
| 2009 | 3,700 | $1,329,502 | 64,705 | $130,089 | $13,337 | $15,893 |
| 2010 | 3,356 | $1,351,310 | 61,553 | $132,222 | $12,674 | $14,859 |
| 2011 | 3,396 | $1,393,964 | 65,934 | $136,396 | $13,727 | $15,602 |

| Year | Lives Lost Due to Belt Nonuse | Cost/Fatality Current $ | MAIS2-5 Injury Benefits Lost Due to Belt Nonuse | MAIS2-5 Cost/Injury Current $ | Cost Savings Forgone (Millions) | |
|---|---|---|---|---|---|---|
| | | | | | Current $ | 2019 $ |
| 2012 | 3,030 | $1,422,812 | 59,875 | $139,219 | $12,647 | $14,083 |
| 2013 | 2,771 | $1,443,652 | 55,092 | $141,258 | $11,783 | $12,931 |
| 2014 | 2,877 | $1,467,071 | 58,185 | $143,549 | $12,573 | $13,578 |
| 2015 | 2,715 | $1,468,812 | 53,775 | $143,720 | $11,716 | $12,638 |
| 2016 | 2,471 | $1,487,342 | 53,367 | $145,533 | $11,442 | $12,188 |
| 2017 | 2,549 | $1,519,027 | 49,978 | $148,633 | $11,300 | $11,786 |
| 2018 | 2,392 | $1,556,129 | 49,728 | $152,263 | $11,294 | $11,499 |
| 2019 | 2,398 | $1,584,326 | 46,140 | $155,022 | $10,952 | $10,952 |
| Total | 391,519 | | 7,060,781 | | $865,463 | $1,714,873 |

Figure 10-C compares the portion of potential seat belt fatality benefits to those that could be achieved if observed belt use rose to 100 percent. For nearly 2 decades, between 1975 and 1985, belt use was so low that less than 10 percent of potential safety benefits were actually achieved. However, belt use and its corresponding life-saving benefits increased dramatically over the past 35 years, and by 2019, 86 percent of potential safety benefits were being realized.

*Figure 10-C. Realized and Unrealized Fatality Benefits From Seat Belt Use*



Figure 10-D compares the achieved economic benefits from seat belt use to those that could have been achieved if observed belt use was 100 percent. Cost impacts (which include impacts to both fatalities and nonfatal injuries) roughly parallel the pattern seen for fatalities, with less than 10 percent of potential economic benefits being realized between 1975 and 1985, but with significant growth in later years due to increases in belt use. By 2019 some 89 percent of potential economic benefits were being realized.

*Figure 10-D. Realized and Unrealized Economic Benefits From Seat Belt Use*



Table 10-5 lists the comprehensive cost impact of seat belt use. This table reflects the combined impact of both economic cost savings and valuations for lost quality-of-life (see Chapter 5). The comprehensive societal benefits from seat belt use are enormous. From 1975 to 2019 seat belts have prevented $17.8 trillion (2019 $) in societal harm as measured by comprehensive costs, and they are currently preventing $667 billion in societal harm annually.

*Table 10-5. Impact of Seat Belt Use on Comprehensive Costs, 1975-2019*

| Year | Lives Saved by Seat Belts | Cost/Fatality Current $ | MAIS2-5 Injuries Prevented | MAIS2-5 Cost/Injury Current $ | Total Cost Savings (millions) | |
|---|---|---|---|---|---|---|
| | | | | | Current $ | 2019 $ |
| 1975 | 978 | $2,364,521 | 39,704 | $234,922 | $11,640 | $55,312 |
| 1976 | 796 | $2,500,767 | 32,509 | $248,458 | $10,068 | $45,235 |
| 1977 | 682 | $2,663,382 | 28,616 | $264,614 | $9,389 | $39,609 |
| 1978 | 679 | $2,865,553 | 24,891 | $284,701 | $9,032 | $35,416 |
| 1979 | 594 | $3,190,785 | 25,159 | $317,013 | $9,871 | $34,761 |
| 1980 | 575 | $3,621,497 | 24,422 | $359,806 | $10,870 | $33,725 |
| 1981 | 548 | $3,995,073 | 23,285 | $396,922 | $11,432 | $32,152 |
| 1982 | 678 | $4,241,195 | 28,691 | $421,375 | $14,965 | $39,647 |
| 1983 | 809 | $4,377,440 | 40,076 | $434,911 | $20,971 | $53,829 |
| 1984 | 1,197 | $4,566,426 | 41,524 | $453,687 | $24,305 | $59,805 |
| 1985 | 2,435 | $4,729,042 | 64,192 | $469,843 | $41,675 | $99,020 |
| 1986 | 4,094 | $4,816,942 | 135,444 | $478,577 | $84,541 | $197,203 |
| 1987 | 5,141 | $4,992,743 | 165,616 | $496,043 | $107,820 | $242,650 |
| 1988 | 5,959 | $5,199,309 | 181,756 | $516,566 | $124,872 | $269,859 |
| 1989 | 6,333 | $5,449,825 | 189,704 | $541,455 | $137,230 | $282,934 |
| 1990 | 6,592 | $5,744,292 | 202,762 | $570,711 | $153,585 | $300,421 |
| 1991 | 6,838 | $5,986,018 | 244,783 | $594,728 | $186,512 | $350,096 |
| 1992 | 7,020 | $6,166,213 | 263,532 | $612,630 | $204,734 | $373,070 |
| 1993 | 7,773 | $6,350,804 | 301,851 | $630,970 | $239,824 | $424,309 |
| 1994 | 9,219 | $6,513,420 | 321,860 | $647,126 | $268,332 | $462,894 |
| 1995 | 9,882 | $6,698,011 | 355,170 | $665,466 | $302,543 | $507,528 |
| 1996 | 10,710 | $6,895,787 | 360,192 | $685,116 | $320,627 | $522,438 |
| 1997 | 11,259 | $7,054,008 | 354,161 | $700,835 | $327,630 | $521,874 |
| 1998 | 11,680 | $7,163,883 | 327,913 | $711,752 | $317,067 | $497,303 |
| 1999 | 11,941 | $7,322,104 | 358,627 | $727,471 | $348,324 | $534,523 |
| 2000 | 12,882 | $7,568,225 | 388,306 | $751,924 | $389,471 | $578,229 |
| 2001 | 13,295 | $7,783,581 | 349,369 | $773,320 | $373,657 | $539,401 |
| 2002 | 14,264 | $7,906,641 | 372,236 | $785,547 | $405,189 | $575,816 |
| 2003 | 15,095 | $8,086,837 | 385,191 | $803,450 | $431,553 | $599,616 |
| 2004 | 15,548 | $8,302,193 | 383,624 | $824,846 | $445,513 | $602,957 |
| 2005 | 15,688 | $8,583,475 | 393,745 | $852,792 | $470,440 | $615,829 |
| 2006 | 15,458 | $8,860,361 | 360,664 | $880,302 | $454,456 | $576,314 |
| 2007 | 15,223 | $9,112,723 | 359,775 | $905,374 | $464,454 | $572,682 |
| 2008 | 13,312 | $9,462,611 | 342,591 | $940,137 | $448,049 | $532,026 |
| 2009 | 12,763 | $9,428,945 | 339,700 | $936,792 | $438,570 | $522,630 |
| 2010 | 12,546 | $9,583,605 | 348,798 | $952,158 | $452,346 | $530,348 |
| 2011 | 12,071 | $9,886,115 | 341,067 | $982,213 | $454,336 | $516,381 |
| 2012 | 12,386 | $10,090,703 | 370,881 | $1,002,539 | $496,807 | $553,203 |

| Year | Lives Saved by Seat Belts | Cost/Fatality Current $ | MAIS2-5 Injuries Prevented | MAIS2-5 Cost/Injury Current $ | Total Cost Savings (millions) | |
|---|---|---|---|---|---|---|
| | | | | | Current $ | 2019 $ |
| 2013 | 12,644 | $10,238,507 | 375,317 | $1,017,224 | $511,237 | $561,053 |
| 2014 | 12,801 | $10,404,595 | 379,295 | $1,033,726 | $525,276 | $567,259 |
| 2015 | 14,062 | $10,416,945 | 413,830 | $1,034,953 | $574,778 | $619,980 |
| 2016 | 14,753 | $10,548,356 | 485,696 | $1,048,009 | $664,633 | $707,972 |
| 2017 | 14,955 | $10,773,074 | 435,243 | $1,070,335 | $626,967 | $653,919 |
| 2018 | 14,871 | $11,036,204 | 428,422 | $1,096,478 | $633,875 | $645,360 |
| 2019 | 14,653 | $11,236,177 | 449,988 | $1,116,346 | $666,985 | $666,985 |
| Total | 403,682 | | 11,840,178 | | $13,226,449 | $17,753,572 |

Table 10-6 lists the unnecessary societal harm (as measured by comprehensive costs) that resulted from failure of occupants to wear seat belts. These lost potential savings can be viewed as the societal cost of seat belt nonuse. Since 1975 some $12.3 trillion in unnecessary societal harm (2019 $) has been incurred due to seat belt nonuse. At current usage rates, the needless deaths and injuries that result from nonuse continue to cost society an estimated $78.5 billion annually in lost quality-of-life, medical care, lost productivity, and other injury-related costs.

*Table 10-6. Impact of Potential Seat Belt Use on Societal Harm*

| Year | Lives Lost Due to Belt Nonuse | Cost/Fatality Current $ | MAIS2-5 Injury Benefits Lost Due to Belt Nonuse | MAIS2-5 Cost/Injury Current $ | Cost Savings Forgone (millions) | |
|---|---|---|---|---|---|---|
| | | | | | Current $ | 2019 $ |
| 1975 | 13,301 | $2,364,521 | 253,916 | $234,922 | $91,101 | $432,910 |
| 1976 | 13,851 | $2,500,767 | 264,236 | $248,458 | $100,290 | $450,611 |
| 1977 | 14,460 | $2,663,382 | 281,468 | $264,614 | $112,993 | $476,691 |
| 1978 | 15,541 | $2,865,553 | 261,461 | $284,701 | $118,972 | $466,502 |
| 1979 | 15,726 | $3,190,785 | 307,430 | $317,013 | $147,638 | $519,898 |
| 1980 | 15,730 | $3,621,497 | 306,165 | $359,806 | $167,126 | $518,531 |
| 1981 | 15,222 | $3,995,073 | 294,452 | $396,922 | $177,688 | $499,748 |
| 1982 | 13,250 | $4,241,195 | 257,553 | $421,375 | $164,722 | $436,397 |
| 1983 | 12,913 | $4,377,440 | 246,181 | $434,911 | $163,593 | $419,916 |
| 1984 | 13,227 | $4,566,426 | 255,077 | $453,687 | $176,125 | $433,374 |
| 1985 | 12,508 | $4,729,042 | 241,484 | $469,843 | $172,611 | $410,122 |
| 1986 | 12,728 | $4,816,942 | 230,621 | $478,577 | $171,680 | $400,467 |
| 1987 | 12,678 | $4,992,743 | 228,708 | $496,043 | $176,747 | $397,769 |
| 1988 | 12,674 | $5,199,309 | 222,146 | $516,566 | $180,649 | $390,399 |
| 1989 | 12,256 | $5,449,825 | 222,696 | $541,455 | $187,373 | $386,316 |

| Year | Lives Lost Due to Belt Nonuse | Cost/Fatality Current $ | MAIS2-5 Injury Benefits Lost Due to Belt Nonuse | MAIS2-5 Cost/Injury Current $ | Cost Savings Forgone (millions) | |
|---|---|---|---|---|---|---|
| | | | | | Current $ | 2019 $ |
| 1990 | 11,761 | $5,744,292 | 211,038 | $570,711 | $188,000 | $367,740 |
| 1991 | 10,812 | $5,986,018 | 170,104 | $594,728 | $165,886 | $311,380 |
| 1992 | 10,195 | $6,166,213 | 161,519 | $612,630 | $161,816 | $294,864 |
| 1993 | 10,212 | $6,350,804 | 155,499 | $630,970 | $162,970 | $288,334 |
| 1994 | 9,507 | $6,513,420 | 158,528 | $647,126 | $164,511 | $283,795 |
| 1995 | 9,781 | $6,698,011 | 167,139 | $665,466 | $176,738 | $296,486 |
| 1996 | 9,459 | $6,895,787 | 169,502 | $685,116 | $181,356 | $295,506 |
| 1997 | 9,096 | $7,054,008 | 159,116 | $700,835 | $175,677 | $279,832 |
| 1998 | 8,690 | $7,163,883 | 147,323 | $711,752 | $167,112 | $262,106 |
| 1999 | 8,809 | $7,322,104 | 153,697 | $727,471 | $176,311 | $270,559 |
| 2000 | 8,245 | $7,568,225 | 143,620 | $751,924 | $170,392 | $252,972 |
| 2001 | 8,016 | $7,783,581 | 129,219 | $773,320 | $162,321 | $234,322 |
| 2002 | 6,837 | $7,906,641 | 124,079 | $785,547 | $151,527 | $215,336 |
| 2003 | 6,151 | $8,086,837 | 102,393 | $803,450 | $132,009 | $183,419 |
| 2004 | 5,874 | $8,302,193 | 95,906 | $824,846 | $127,875 | $173,066 |
| 2005 | 5,667 | $8,583,475 | 86,432 | $852,792 | $122,351 | $160,163 |
| 2006 | 5,468 | $8,860,361 | 84,600 | $880,302 | $122,922 | $155,882 |
| 2007 | 5,048 | $9,112,723 | 78,975 | $905,374 | $117,503 | $144,884 |
| 2008 | 4,171 | $9,462,611 | 70,169 | $940,137 | $105,437 | $125,199 |
| 2009 | 3,700 | $9,428,945 | 64,705 | $936,792 | $95,502 | $113,807 |
| 2010 | 3,356 | $9,583,605 | 61,553 | $952,158 | $90,770 | $106,422 |
| 2011 | 3,396 | $9,886,115 | 65,934 | $982,213 | $98,335 | $111,763 |
| 2012 | 3,030 | $10,090,703 | 59,875 | $1,002,539 | $90,602 | $100,887 |
| 2013 | 2,771 | $10,238,507 | 55,092 | $1,017,224 | $84,412 | $92,638 |
| 2014 | 2,877 | $10,404,595 | 58,185 | $1,033,726 | $90,081 | $97,281 |
| 2015 | 2,715 | $10,416,945 | 53,775 | $1,034,953 | $83,936 | $90,537 |
| 2016 | 2,471 | $10,548,356 | 53,367 | $1,048,009 | $81,994 | $87,341 |
| 2017 | 2,549 | $10,773,074 | 49,978 | $1,070,335 | $80,953 | $84,433 |
| 2018 | 2,392 | $11,036,204 | 49,728 | $1,096,478 | $80,924 | $82,390 |
| 2019 | 2,398 | $11,236,177 | 46,140 | $1,116,346 | $78,452 | $78,452 |
| Total | 391,519 | | 7,060,781 | | $6,197,982 | $12,281,447 |

## 11.   Motorcycle Crashes

Motorcycles are the most hazardous form of motor vehicle transportation. The lack of external protection provided by vehicle structure, the lack of internal protection provided by seat belts and air bags, their speed capability, the propensity for riders to become airborne through ejection, and the relative instability inherent with riding a two-wheeled vehicle all contribute to making the motorcycle the highest risk passenger vehicle. In 2019 there were 5,044 motorcyclists killed and 88,000[21] were injured in police-reported crashes on our Nation's roadways. This represents 14 percent of all traffic fatalities and 3 percent of all police-reported injuries. Motorcycles accounted for only 0.6 percent of all vehicle miles traveled in 2019. Per vehicle mile traveled in 2019, a motorcyclist was nearly 30 times more likely than a passenger car occupant to die in a motor vehicle traffic crash and 4 times more likely to be injured.[22] The difference in these proportions reflects the more severe injury profile that results from motorcycle crashes.

Over the past several decades motorcycle rider fatalities and injuries have generally increased relative to those of occupants of other vehicle types. Figure 11-A shows the fatality rate per 100,000 registered vehicles by vehicle type.[23] The rates for passenger cars, light trucks, and heavy trucks declined steadily from 1995 through 2006.[24] The recession that occurred in 2007 caused a dramatic decline in fatality rates for heavy trucks, and a less severe but still noticeable decline in the rates for passenger cars and light trucks. The heavy truck rate began increasing in 2010 as the economy began to recover. By contrast, the motorcycle fatality rate climbed steadily from the mid-1990s through 2006 as middle-aged baby boomers showed increased interest in motorcycle riding (Blincoe & Shankar, 2007). Motorcycle fatality rates were also affected by the recession and declined sharply from 2007 through 2009, but then stabilized for several years before beginning a gradual increase. Although the 2019 rate (58.3/100,000 vehicles) increased from the 2013 low of 54.9/100,000 vehicles, it is still well below the pre-recession rate of 73.5. What is most apparent from Figure 11-A though, is the magnitude of the fatality rate for motorcycles when compared with other vehicles.

Figure 11-B illustrates the percentage of occupant fatalities by vehicle type. The portions fatalities represented by motorcycles and light trucks have been increasing since 1995, while the portions represented by passenger cars has declined. The light truck increase is explained by the increasing sales of these vehicles relative to other types. However, as shown in Table 11-1, the fatality rate for these vehicles has declined while for motorcycles it has increased. Light trucks have benefitted from a variety of occupant protection safety standards such as air bags, increased seat belt use, and side door beams that cannot be installed in motorcycles. The increase in the portion of fatalities represented by motorcycles thus represents both their increased popularity

---

[21] There were 85,906 annual injuries estimated from the 2017-2019 CRSS files. These represent the sum of all A, B, C and "injured severity unknown" injuries. Further adjustment to reflect the more accurate MAIS coding structure through the motorcycle specific KABCO/MAIS translator indicates over 88,000 nonfatal police-reported injuries. See further discussion in this section.

[22] Fatality rates in 2019 for motorcyclists and passenger cars were 25.47/100 million VMT and 0.89 per 100 million VMT respectively. Sources are NHTSA 2019 FARS for fatalities and FHWA for VMT.

[23] Although VMT is the preferable basis for fatality rates, motorcycle fatality VMT was not recorded reliably until 2007, therefore rate comparisons are based on vehicle registrations.

[24] The heavy-truck fatality rate per registered vehicle is much higher than the passenger car and light-truck rates because heavy trucks drive many more miles per year.

and the relative safety improvements made in other vehicle types, but not in motorcycles. If these trends continue, motorcycle riders will make up an increasing share of occupant fatalities.

*Figure 11-A. Fatality Rates per 100,000 Registered Vehicles by Vehicle Type*



*Figure 11-B. Portions Occupant Fatalities Represented by Vehicle Type*



Table 11-1 lists a history of motorcycle fatalities and injuries along with fatality and injury rates from 1975 through 2019. Fatalities are taken directly from NHTSA's FARS database while injury totals represent the sum of all A, B, and C injuries from NHTSA's GES system. As noted

in Chapter 2, Incidence, these KABCO based injury counts are not consistent with the AIS used to stratify injury in this report. They must therefore be adjusted using a KABCO/MAIS translator. This motorcycle specific translator was derived from the 1982-1986 NASS, the only database containing both KABCO and MAIS information that has motorcycle crashes. Table 11-2 illustrates this translator, which indicates roughly 36 percent of all uninjured KABCO cases had actually sustained minor or moderate injuries. As with other nonfatal injury categories in this report, we apply this translator to the three-year average from 2017-2019 CRSS files to minimize the impact of year-to-year sample variation.

A final adjustment was made to nonfatal injuries to represent unreported crashes. We know of no studies that indicate the extent to which motorcycle crashes go unreported, but we have no reason to believe that there is no underreporting for this vehicle type.[25] It's possible that the rates are different due to post-crash vehicle drivability, insurance coverage rates, the prevalence of single-vehicle crashes, or the different nature of motorcycle injuries, but we have no data to quantify how any such differences would impact police reporting for motorcycle crashes. For this study, we assume that underreporting rates are the same for motorcycles as for all vehicles.

 The results of this process are summarized in Table 11-3. In 2019 it is estimated that there were 5044 motorcycle riders killed in crashes. An additional 93,000 were injured in police-reported crashes while 39,000 were injured in unreported crashes. Overall, an estimated 132,500 motorcyclists were injured in crashes, roughly 40,000 of them seriously (MAIS2-5).

*Table 11-1. Motorcyclist Fatalities, Injuries, and Casualty Rates, 1975-2019*

| Year | Registered Motor-cycles | Vehicle Miles Traveled -millions | Motor-cycle Rider Fatalities | Fatality Rate per 100,000 Regis-trations | Fatality Rate per 100 Million VMT | Motorcycle Riders Injured | Injury Rate per 100,000 Regis-trations | Injury Rate per 100 Million VMT |
|---|---|---|---|---|---|---|---|---|
| 1975 | 4,964,070 | 5,629 | 3,189 | 64.24 | 56.65 | * | * | * |
| 1976 | 4,933,332 | 6,003 | 3,312 | 67.14 | 55.17 | * | * | * |
| 1977 | 4,933,256 | 6,349 | 4,104 | 83.19 | 64.64 | * | * | * |
| 1978 | 4,867,855 | 7,158 | 4,577 | 94.02 | 63.94 | * | * | * |
| 1979 | 5,422,132 | 8,637 | 4,894 | 90.26 | 56.66 | * | * | * |
| 1980 | 5,693,940 | 10,214 | 5,144 | 90.34 | 50.36 | * | * | * |
| 1981 | 5,831,132 | 10,690 | 4,906 | 84.13 | 45.89 | * | * | * |
| 1982 | 5,753,858 | 9,910 | 4,453 | 77.39 | 44.93 | * | * | * |
| 1983 | 5,585,112 | 8,760 | 4,265 | 76.36 | 48.69 | * | * | * |
| 1984 | 5,479,822 | 8,784 | 4,608 | 84.09 | 52.46 | * | * | * |
| 1985 | 5,444,404 | 9,086 | 4,564 | 83.83 | 50.23 | * | * | * |
| 1986 | 5,198,993 | 9,397 | 4,566 | 87.82 | 48.59 | * | * | * |
| 1987 | 4,885,772 | 9,506 | 4,036 | 82.61 | 42.46 | * | * | * |
| 1988 | 4,584,284 | 10,024 | 3,662 | 79.88 | 36.53 | 105,168 | 2,294 | 1,049 |
| 1989 | 4,420,420 | 10,371 | 3,141 | 71.06 | 30.29 | 83,435 | 1,888 | 805 |

---

[25] Motorcycles were included in the M. Davis survey discussed in the Incidence chapter. However, the survey only contained 6 motorcycle cases. The weighted police reporting rate for those cases (53%) was almost identical to the overall rate for all crashes (54%), but these are too few cases to rely on for a separate motorcycle reporting rate.

| Year | Registered Motor-cycles | Vehicle Miles Traveled -millions | Motor-cycle Rider Fatalities | Fatality Rate per 100,000 Regis-trations | Fatality Rate per 100 Million VMT | Motorcycle Riders Injured | Injury Rate per 100,000 Regis-trations | Injury Rate per 100 Million VMT |
|---|---|---|---|---|---|---|---|---|
| 1990 | 4,259,462 | 9,557 | 3,244 | 76.16 | 33.94 | 84,285 | 1,979 | 882 |
| 1991 | 4,177,365 | 9,178 | 2,806 | 67.17 | 30.57 | 80,435 | 1,925 | 876 |
| 1992 | 4,065,118 | 9,557 | 2,395 | 58.92 | 25.06 | 65,099 | 1,601 | 681 |
| 1993 | 3,977,856 | 9,906 | 2,449 | 61.57 | 24.72 | 59,436 | 1,494 | 600 |
| 1994 | 3,756,555 | 10,240 | 2,320 | 61.76 | 22.66 | 57,405 | 1,528 | 561 |
| 1995 | 3,897,191 | 9,797 | 2,227 | 57.14 | 22.73 | 57,480 | 1,475 | 587 |
| 1996 | 3,871,599 | 9,920 | 2,161 | 55.82 | 21.78 | 55,281 | 1,428 | 557 |
| 1997 | 3,826,373 | 10,081 | 2,116 | 55.3 | 20.99 | 52,574 | 1,374 | 522 |
| 1998 | 3,879,450 | 10,283 | 2,294 | 59.13 | 22.31 | 48,974 | 1,262 | 476 |
| 1999 | 4,152,433 | 10,584 | 2,483 | 59.8 | 23.46 | 49,986 | 1,204 | 472 |
| 2000 | 4,346,068 | 10,469 | 2,897 | 66.66 | 27.67 | 57,723 | 1,328 | 551 |
| 2001 | 4,903,056 | 9,633 | 3,197 | 65.2 | 33.19 | 60,236 | 1,229 | 625 |
| 2002 | 5,004,156 | 9,552 | 3,270 | 65.35 | 34.23 | 64,713 | 1,293 | 677 |
| 2003 | 5,370,035 | 9,576 | 3,714 | 69.16 | 38.78 | 67,103 | 1,250 | 701 |
| 2004 | 5,767,934 | 10,122 | 4,028 | 69.83 | 39.79 | 76,379 | 1,324 | 755 |
| 2005 | 6,227,146 | 10,454 | 4,576 | 73.48 | 43.77 | 87,335 | 1,402 | 835 |
| 2006 | 6,678,958 | 12,049 | 4,837 | 72.42 | 40.14 | 87,652 | 1,312 | 727 |
| 2007 | 7,138,476 | 21,396 | 5,174 | 72.48 | 24.18 | 102,994 | 1,443 | 481 |
| 2008 | 7,752,926 | 20,811 | 5,312 | 68.52 | 25.52 | 95,986 | 1,238 | 461 |
| 2009 | 7,929,724 | 20,822 | 4,469 | 56.36 | 21.46 | 89,607 | 1,130 | 430 |
| 2010 | 8,009,503 | 18,513 | 4,518 | 56.41 | 24.4 | 81,979 | 1,024 | 443 |
| 2011 | 8,437,502 | 18,500 | 4,612 | 54.66 | 24.93 | 81,399 | 965 | 440 |
| 2012 | 8,454,939 | 21,385 | 4,986 | 58.97 | 23.32 | 93,000 | 1,103 | 436 |
| 2013 | 8,404,687 | 20,366 | 4,692 | 55.83 | 23.04 | 89,000 | 1,056 | 436 |
| 2014 | 8,417,718 | 19,970 | 4,594 | 54.58 | 23.00 | 92,000 | 1,093 | 461 |
| 2015 | 8,600,936 | 19,606 | 5,029 | 58.47 | 25.65 | 89,000 | 1,032 | 453 |
| 2016 | 8,679,380 | 20,445 | 5,337 | 61.49 | 26.10 | 104,000 | 1,203 | 511 |
| 2017 | 8,664,108 | 20,149 | 5,226 | 60.32 | 25.94 | 89,000 | 1,023 | 440 |
| 2018 | 8,659,741 | 20,076 | 5,038 | 58.18 | 25.09 | 82,000 | 945 | 408 |
| 2019 | 8,596,314 | 19,688 | 5,044 | 58.33 | 25.47 | 84,000 | 975 | 426 |

Sources: National Center for Statistics and Analysis, 2021, Table 10. Note that 2019 fatalities were revised to 5,044 in March 2022. This revised number is used throughout this analysis.

FARS 1975-2018 Final, 2019 ARF; NASS GES 1988-2015; CRSS 2016-2019; Registered Motorcycles and Vehicle Miles Traveled-Federal Highway Administration.

* Injury data not available before 1988.

*Table 11-2. Motorcyclist KABCO/MAIS Translator*

|  | O | C | B | A | K | ISU |
|---|---|---|---|---|---|---|
| **0** | 0.643066055 | 0.052205624 | 0.025686451 | 0.005539356 | NA | 0.054279749 |
| **1** | 0.309204773 | 0.69708257 | 0.71882592 | 0.330751238 | NA | 0.725585711 |
| **2** | 0.04369182 | 0.199188736 | 0.183424819 | 0.304692632 | NA | 0.141846439 |
| **3** | 0.003527217 | 0.048393073 | 0.068954122 | 0.296501754 | NA | 0.070749246 |
| **4** | 0.000510135 | 0.001452865 | 0.002469204 | 0.027276223 | NA | 0.007538854 |
| **5** | 0 | 0.001677132 | 0.000397765 | 0.028842303 | NA | 0 |
| **Fatality** |  |  | 0.000241719 | 0.006396495 | NA | 0 |
| **Total** | 1 | 1 | 1 | 1 | NA | 1 |

*Table 11-3. Motorcycle Riders, Incidence Summary, 2019*

|  | CRSS Translated | % Unreported | # Unreported | Total |
|---|---|---|---|---|
| MAIS0 | 3,475 | 48.09% | 3,220 | 6,695 |
| MAIS1 | 61,060 | 33.89% | 31,301 | 92,361 |
| MAIS2 | 19,882 | 27.22% | 7,437 | 27,318 |
| MAIS3 | 10,613 | 6.34% | 718 | 11,331 |
| MAIS4 | 766 | 0.00% | 0 | 766 |
| MAIS5 | 700 | 0.00% | 0 | 700 |
| Nonfatal Injury Total | 93,021 | 29.78% | 39,455 | 132,476 |
| Fatal | 5,044 | 0.00% | 0 | 5,044 |
| PDO Vehicle | 16,553 | 59.70% | 24,522 | 41,075 |

The crash environment faced by motorcyclists results in an injury profile skewed more toward serious injuries than the typical crash in a passenger car or light truck. Minor injuries (MAIS1) represent over 84 percent of police-reported injuries for the general crash population, but they represent only 70 percent of police-reported motorcyclist injuries. The more serious MAIS2-5 injuries represent 30 percent of motorcyclist injuries, compared to only 16 percent for the general crash population. In addition, within each MAIS category, the type of injuries typically received is different for motorcyclists. For example, motorcyclists, especially those who do not wear helmets, are more likely to receive head injuries than are their counterparts in regular passenger vehicles. Lower extremity injuries are also more likely since a crashed motorcycle is likely to fall over and crush lower limbs. These differences produce different average injury costs within each MAIS category. In the 2015 NHTSA cost report to assess these injuries, we isolated crash records for motorcycle occupants on the crash file described in the Incidence chapter of that report. For this current report, we adopted the 2015 ratios of motorcycle crash costs, both helmeted and unhelmeted, to average crash costs for all crash victims by each severity level. We applied those ratios to the revised 2019 unit costs derived in Chapter 3 of this report. The resulting average unit costs are shown in Table 11-4. Also in Table 11-4, these motorcycle

occupant specific costs are combined with injury incidence from Table 11-2 to estimate the total costs associated with motorcycle rider crashes.[26]

In 2019, motorcycle rider crashes cost $16.9 billion in economic impacts, and $107.1 billion in societal harm as measured by comprehensive costs. Compared to other motor vehicle crashes, these costs are disproportionately caused by fatalities and serious injuries.

*Table 11-4. Motorcycle Rider Unit Costs and Total Costs (2019 $)*

| | Incidence | Unit Economic Costs | Total Economic Costs (Millions) | Unit Comprehensive Costs | Total Comprehensive Costs (Millions) |
|---|---|---|---|---|---|
| MAIS0 | 6,017 | $2,430 | $15 | $2,430 | $15 |
| MAIS1 | 92,361 | $14,871 | $1,373 | $68,068 | $6,287 |
| MAIS2 | 27,318 | $69,194 | $1,890 | $413,400 | $11,293 |
| MAIS3 | 11,331 | $295,580 | $3,349 | $2,116,134 | $23,977 |
| MAIS4 | 766 | $744,369 | $570 | $3,942,317 | $3,021 |
| MAIS5 | 700 | $820,357 | $574 | $5,572,556 | $3,902 |
| Fatal | 5,044 | $1,781,477 | $8,986 | $11,602,884 | $58,525 |
| PDO | 37,815 | $3,183 | $120 | $3,183 | $120 |
| Total | | | $16,879 | | $107,141 |

## Impacts of Helmet Use

Motorcycle helmet usage is the most important action that motorcycle riders can take to protect themselves in the event of a crash. Helmets reduce the chance of fatal injury by 37 percent for motorcycle operators and by 41 percent for passengers (Deutermann, 2004). They reduce the chance of nonfatal serious injury by 13 percent and minor injury by 8 percent (Blincoe, 1988). Unfortunately, only about 70 percent of motorcycle riders currently wear helmets. This causes unnecessary loss of life and critical injury, as well as considerable preventable economic loss to society. Figure 11-C illustrates the historical trend in motorcycle rider helmet use from 1994 through 2019 from NOPUS.

Helmet use peaked in 2000, but then declined after several States repealed their helmet use laws. It reached a nadir in 2005, but has since slowly increased due to a number of factors including public awareness and possibly shifting attitudes associated with the age of riders. Note that there was a noticeable decline in observed use in 2010, but this was followed by a return to 2009 levels in 2011. The 2010 drop was not mirrored by a similar drop in use in crash data, raising the possibility that the observation survey recorded a less representative sample that year. Use declined again in 2012, but then began to gradually improve. By 2019, use had returned to its historical peak of roughly 70 percent. Note, however, that calculations used in this analysis are based on police-reported use in crashes, not the NOPUS survey.

---

[26] Note that these represent costs for motorcycle riders. They do not include costs for other vehicle occupants or pedestrians in crashes with motorcyclists, which are not examined here.

*Figure 11-C. Observed Helmet Use*



Source: National Occupant Protection Use Survey (NOPUS), 1994-2019 data

NHTSA has published historical estimates of lives that have been saved by helmets, as well as those that could have been saved, but were instead lost due to helmet nonuse. To determine the cost impact of these savings, similar estimates must be derived for nonfatal injuries. The methods used to estimate savings from helmet use have been established in several studies.[27] Different approaches apply depending on the type of data available. For this study we based our calculations on methods used in the NHTSA 2011 Research Note because we were able to develop separate incidence for helmeted and unhelmeted riders, and it contains the most up to date effectiveness estimates. Helmets are estimated to be 37 percent effective against fatalities, 13 percent effective against nonfatal MAIS2 through5 injuries, and 8 percent effective against minor injuries.

A first step in this process was to develop separate helmeted and unhelmeted incidence profiles using the same methods and translators as were used for the overall incidence estimate, but specific to cases with known helmet status. We then distributed cases with Unknown helmet status according to the known cases. The results are shown in Tables 11-5 and 11-6.

---

[27] See NHTSA, 1988, Blincoe, 1994, and NHTSA, 2011b.

*Table 11-5. Helmeted Motorcycle Injured Riders, Incidence Summary, 2019*

|  | Police-Reported | % Unreported | # Unreported | Total |
|---|---|---|---|---|
| **MAIS0** | 1,907 | 48.09% | 1,767 | 3,674 |
| **MAIS1** | 41,020 | 33.89% | 21,028 | 62,047 |
| **MAIS2** | 13,238 | 27.22% | 4,952 | 18,190 |
| **MAIS3** | 6,912 | 6.34% | 468 | 7,379 |
| **MAIS4** | 491 | 0.00% | 0 | 491 |
| **MAIS5** | 447 | 0.00% | 0 | 447 |
| **Nonfatal Injury Total** | 62,108 | 29.78% | 26,447 | 88,555 |
| **Fatal** | 2,998 | 0.00% | 0 | 2,998 |
| **PDO** | 10,437 | 59.70% | 15,461 | 25,897 |

*Table 11-6 Unhelmeted Motorcycle Injured Riders, Incidence Summary, 2019*

|  | Police-Reported | % Unreported | # Unreported | Total |
|---|---|---|---|---|
| **MAIS0** | 1,543 | 48.09% | 1,430 | 2,973 |
| **MAIS1** | 22,453 | 33.89% | 11,510 | 33,963 |
| **MAIS2** | 7,252 | 27.22% | 2,712 | 9,964 |
| **MAIS3** | 3,947 | 6.34% | 267 | 4,213 |
| **MAIS4** | 293 | 0.00% | 0 | 293 |
| **MAIS5** | 268 | 0.00% | 0 | 268 |
| **Nonfatal Injury Total** | 34,212 | 29.78% | 14,489 | 48,701 |
| **Fatal** | 2,046 | 0.00% | 0 | 2,046 |
| **PDO** | 8,445 | 59.70% | 12,510 | 20,955 |

Unhelmeted motorcycle crash victims have more severe injuries than do those who wear helmets. These injuries are also more expensive to treat and result in more lost quality-of-life. To determine benefits from helmet use, we isolated crash records separately for helmeted and unhelmeted motorcycle occupants on the crash file described in section 2. The resulting average unit costs are shown in Tables 11-7 and 11-8. Also in these tables, these motorcycle occupant helmet status specific costs are combined with injury incidence from Tables 11-5 and 11-6 to estimate the total costs associated with helmeted and unhelmeted motorcycle riders. Unhelmeted riders make up 36 percent of all motorcycle injuries, but, due to their more serious injury profile, account for 39 percent of total economic and total comprehensive costs caused by these crashes.

*Table 11-7. Helmeted Motorcycle Rider Unit Costs and Total Costs (2019 $)*

| | Incidence | Unit Economic Costs | Total Economic Costs (millions) | Unit Comprehensive Costs | Total Comprehensive Costs (millions) |
|---|---|---|---|---|---|
| MAIS0 | 3,674 | $2,200 | $8 | $2,200 | $8 |
| MAIS1 | 62,047 | $14,068 | $873 | $64,007 | $3,971 |
| MAIS2 | 18,190 | $66,617 | $1,212 | $396,874 | $7,219 |
| MAIS3 | 7,379 | $289,065 | $2,133 | $2,063,750 | $15,229 |
| MAIS4 | 491 | $708,534 | $348 | $3,730,078 | $1,832 |
| MAIS5 | 447 | $708,408 | $317 | $4,539,645 | $2,030 |
| Fatal | 2,998 | $1,781,477 | $5,341 | $11,602,884 | $34,785 |
| PDO Vehicle | 25,897 | $2,569 | $67 | $2,569 | $67 |
| Total | | | $10,298 | | $65,142 |

*Table 11-8. Unhelmeted Motorcycle Rider Unit Costs and Total Costs (2019 $)*

| | Incidence | Unit Economic Costs | Total Economic Costs (millions) | Unit Comprehensive Costs | Total Comprehensive Costs (millions) |
|---|---|---|---|---|---|
| MAIS0 | 2,973 | $2,200 | $7 | $2,200 | $7 |
| MAIS1 | 33,963 | $14,739 | $501 | $68,171 | $2,315 |
| MAIS2 | 9,964 | $68,098 | $679 | $408,914 | $4,074 |
| MAIS3 | 4,213 | $288,593 | $1,216 | $2,076,164 | $8,748 |
| MAIS4 | 293 | $759,626 | $222 | $4,060,781 | $1,189 |
| MAIS5 | 268 | $962,761 | $258 | $6,995,100 | $1,872 |
| Fatal | 2,046 | $1,781,477 | $3,645 | $11,602,884 | $23,740 |
| PDO Vehicle | 20,955 | $2,569 | $54 | $2,569 | $54 |
| Total | | | $6,580 | | $41,999 |

Using methods described in NHTSA (2011b), the lives saved, serious (MAIS2-5) injuries and minor (MAIS1) injuries avoided due to helmet use and non-use were calculated and combined with the unit costs from Table 11-8 to derive estimates of the economic impact of helmet use and non-use from 1975 through 2019. The results are summarized in Tables 11-9 and 11-10. Over this 45-year period, motorcycle helmets have saved over $92 billion in economic costs (2019 $). However, another $65 billion in potential economic savings was lost due to the refusal of some riders to wear helmets. Helmets are currently saving $3.2 billion in economic costs annually, but another $1.4 billion in potential savings is lost to helmet nonuse. As shown in Figures 11-D and 11-E, the gap between potential benefits and achieved benefits has grown smaller over time, but there is still considerable progress to be made if all motorcycle riders can be persuaded to wear helmets.

Table 11-9. Economic Benefits of Helmet Use, 1975-2019

| Year | Lives Saved by Helmets | Cost/Fatality Current $ | MAIS 2-5 Injuries Prevented | MAIS2-5 Cost/Injury Current $ | MAIS 1 Injuries Prevented | MAIS1 Cost/Injury Current $ | Current $ (millions) | 2019 $ (millions) |
|---|---|---|---|---|---|---|---|---|
| 1975 | 823 | $371,603 | 2,660 | $32,183 | 3,623 | $1,786 | $398 | $1,613 |
| 1976 | 788 | $393,015 | 2,546 | $34,037 | 3,468 | $1,889 | $403 | $1,544 |
| 1977 | 970 | $418,571 | 3,142 | $36,251 | 4,280 | $2,012 | $529 | $1,902 |
| 1978 | 900 | $450,344 | 2,913 | $39,002 | 3,968 | $2,164 | $528 | $1,764 |
| 1979 | 885 | $501,457 | 2,858 | $43,429 | 3,893 | $2,410 | $577 | $1,734 |
| 1980 | 871 | $569,146 | 2,833 | $49,291 | 3,859 | $2,735 | $646 | $1,709 |
| 1981 | 843 | $627,857 | 2,731 | $54,376 | 3,720 | $3,017 | $689 | $1,653 |
| 1982 | 816 | $666,537 | 2,645 | $57,726 | 3,603 | $3,203 | $708 | $1,600 |
| 1983 | 735 | $687,949 | 2,381 | $59,580 | 3,244 | $3,306 | $658 | $1,441 |
| 1984 | 813 | $717,649 | 2,640 | $62,153 | 3,597 | $3,449 | $760 | $1,595 |
| 1985 | 788 | $743,206 | 2,550 | $64,366 | 3,473 | $3,572 | $762 | $1,545 |
| 1986 | 807 | $757,020 | 2,632 | $65,562 | 3,586 | $3,638 | $797 | $1,585 |
| 1987 | 667 | $784,648 | 2,171 | $67,955 | 2,958 | $3,771 | $682 | $1,309 |
| 1988 | 622 | $817,112 | 1,967 | $70,767 | 2,679 | $3,927 | $658 | $1,213 |
| 1989 | 561 | $856,482 | 1,727 | $74,176 | 2,353 | $4,116 | $618 | $1,087 |
| 1990 | 655 | $902,760 | 1,956 | $78,184 | 2,665 | $4,338 | $756 | $1,261 |
| 1991 | 595 | $940,749 | 1,739 | $81,474 | 2,368 | $4,521 | $712 | $1,140 |
| 1992 | 641 | $969,068 | 1,824 | $83,927 | 2,485 | $4,657 | $786 | $1,221 |
| 1993 | 671 | $998,078 | 1,857 | $86,439 | 2,530 | $4,796 | $842 | $1,271 |
| 1994 | 625 | $1,023,634 | 1,689 | $88,653 | 2,300 | $4,919 | $801 | $1,178 |
| 1995 | 624 | $1,052,644 | 1,648 | $91,165 | 2,245 | $5,059 | $818 | $1,171 |
| 1996 | 617 | $1,083,726 | 1,590 | $93,857 | 2,166 | $5,208 | $829 | $1,152 |
| 1997 | 627 | $1,108,592 | 1,582 | $96,010 | 2,155 | $5,328 | $858 | $1,166 |
| 1998 | 660 | $1,125,860 | 1,627 | $97,506 | 2,216 | $5,411 | $914 | $1,222 |
| 1999 | 745 | $1,150,725 | 1,800 | $99,659 | 2,452 | $5,530 | $1,050 | $1,375 |

| Year | Lives Saved by Helmets | Cost/Fatality Current $ | MAIS 2-5 Injuries Prevented | MAIS2-5 Cost/Injury Current $ | MAIS 1 Injuries Prevented | MAIS1 Cost/Injury Current $ | Current $ (millions) | 2019 $ (millions) |
|------|------|------|------|------|------|------|------|------|
| 2000 | 872 | $1,189,405 | 2,058 | $103,009 | 2,804 | $5,716 | $1,265 | $1,602 |
| 2001 | 947 | $1,223,250 | 2,193 | $105,940 | 2,988 | $5,879 | $1,408 | $1,734 |
| 2002 | 992 | $1,242,590 | 2,253 | $107,615 | 3,068 | $5,972 | $1,493 | $1,810 |
| 2003 | 1,173 | $1,270,909 | 2,603 | $110,068 | 3,546 | $6,108 | $1,799 | $2,132 |
| 2004 | 1,324 | $1,304,754 | 2,942 | $112,999 | 4,007 | $6,270 | $2,085 | $2,407 |
| 2005 | 1,554 | $1,348,959 | 3,457 | $116,828 | 4,709 | $6,483 | $2,531 | $2,826 |
| 2006 | 1,667 | $1,392,474 | 3,715 | $120,596 | 5,061 | $6,692 | $2,803 | $3,032 |
| 2007 | 1,788 | $1,432,135 | 3,985 | $124,031 | 5,429 | $6,882 | $3,092 | $3,252 |
| 2008 | 1,836 | $1,487,122 | 4,089 | $128,793 | 5,571 | $7,147 | $3,297 | $3,339 |
| 2009 | 1,486 | $1,481,832 | 3,311 | $128,335 | 4,510 | $7,121 | $2,659 | $2,703 |
| 2010 | 1,551 | $1,506,138 | 3,454 | $130,440 | 4,705 | $7,238 | $2,821 | $2,821 |
| 2011 | 1,622 | $1,553,679 | 3,603 | $134,558 | 4,907 | $7,467 | $3,041 | $2,948 |
| 2012 | 1,715 | $1,585,832 | 3,819 | $137,342 | 5,202 | $7,621 | $3,284 | $3,119 |
| 2013 | 1,640 | $1,609,061 | 3,658 | $139,354 | 4,983 | $7,733 | $3,187 | $2,983 |
| 2014 | 1,673 | $1,635,163 | 3,727 | $141,614 | 5,077 | $7,858 | $3,303 | $3,043 |
| 2015 | 1,800 | $1,637,104 | 4,015 | $141,783 | 5,469 | $7,867 | $3,559 | $3,274 |
| 2016 | 1,885 | $1,657,756 | 4,203 | $143,571 | 5,725 | $7,967 | $3,774 | $3,429 |
| 2017 | 1,872 | $1,693,072 | 4,239 | $146,630 | 5,774 | $8,136 | $3,838 | $3,414 |
| 2018 | 1,832 | $1,734,425 | 4,122 | $150,211 | 5,615 | $8,335 | $3,844 | $3,338 |
| 2019 | 1,761 | $1,765,852 | 3,961 | $152,933 | 5,395 | $8,486 | $3,761 | $3,208 |
| Total | 49,339 | | 125,116 | | 170,429 | | $74,625 | $91,865 |

*Table 11-10. Economic Benefits Forgone by Helmet Nonuse*

| Year | Lives Lost Due to Helmet Nonuse | Cost/Fatality Current $ | MAIS 2-5 Injuries Caused by Helmet Nonuse | MAIS2-5 Cost/Injury Current $ | MAIS 1 Injuries Caused by Helmet Nonuse | MAIS1 Cost/Injury Current $ | Current $ (millions) | 2019 $ (millions) |
|---|---|---|---|---|---|---|---|---|
| 1975 | 1,164 | $371,603 | 1,101 | $32,183 | 1,561 | $1,786 | $471 | $1,908 |
| 1976 | 1,189 | $393,015 | 1,297 | $34,037 | 1,840 | $1,889 | $515 | $1,973 |
| 1977 | 1,472 | $418,571 | 1,616 | $36,251 | 2,292 | $2,012 | $679 | $2,444 |
| 1978 | 1,588 | $450,344 | 2,221 | $39,002 | 3,150 | $2,164 | $809 | $2,704 |
| 1979 | 1,676 | $501,457 | 2,557 | $43,429 | 3,626 | $2,410 | $960 | $2,884 |
| 1980 | 1,744 | $569,146 | 2,809 | $49,291 | 3,984 | $2,735 | $1,142 | $3,022 |
| 1981 | 1,667 | $627,857 | 2,658 | $54,376 | 3,770 | $3,017 | $1,203 | $2,885 |
| 1982 | 1,528 | $666,537 | 2,295 | $57,726 | 3,255 | $3,203 | $1,161 | $2,624 |
| 1983 | 1,450 | $687,949 | 2,306 | $59,580 | 3,270 | $3,306 | $1,146 | $2,508 |
| 1984 | 759 | $717,649 | 2,444 | $62,153 | 3,465 | $3,449 | $709 | $1,487 |
| 1985 | 764 | $743,206 | 2,467 | $64,366 | 3,498 | $3,572 | $739 | $1,498 |
| 1986 | 751 | $757,020 | 2,410 | $65,562 | 3,418 | $3,638 | $739 | $1,470 |
| 1987 | 697 | $784,648 | 2,240 | $67,955 | 3,177 | $3,771 | $711 | $1,365 |
| 1988 | 644 | $817,112 | 2,035 | $70,767 | 2,886 | $3,927 | $682 | $1,256 |
| 1989 | 553 | $856,482 | 1,717 | $74,176 | 2,435 | $4,116 | $611 | $1,074 |
| 1990 | 541 | $902,760 | 1,651 | $78,184 | 2,342 | $4,338 | $628 | $1,047 |
| 1991 | 467 | $940,749 | 1,395 | $81,474 | 1,979 | $4,521 | $562 | $900 |
| 1992 | 323 | $969,068 | 950 | $83,927 | 1,347 | $4,657 | $399 | $620 |
| 1993 | 336 | $998,078 | 977 | $86,439 | 1,385 | $4,796 | $426 | $644 |
| 1994 | 339 | $1,023,634 | 976 | $88,653 | 1,384 | $4,919 | $440 | $648 |
| 1995 | 326 | $1,052,644 | 917 | $91,165 | 1,301 | $5,059 | $433 | $620 |
| 1996 | 324 | $1,083,726 | 897 | $93,857 | 1,272 | $5,208 | $442 | $614 |
| 1997 | 315 | $1,108,592 | 860 | $96,010 | 1,220 | $5,328 | $438 | $595 |
| 1998 | 369 | $1,125,860 | 995 | $97,506 | 1,411 | $5,411 | $520 | $696 |
| 1999 | 396 | $1,150,725 | 1,049 | $99,659 | 1,488 | $5,530 | $568 | $744 |

165

| Year | Lives Lost Due to Helmet Nonuse | Cost/Fatality Current $ | MAIS 2-5 Injuries Caused by Helmet Nonuse | MAIS2-5 Cost/Injury Current $ | MAIS 1 Injuries Caused by Helmet Nonuse | MAIS1 Cost/Injury Current $ | Current $ (millions) | 2019 $ (millions) |
|---|---|---|---|---|---|---|---|---|
| 2000 | 478 | $1,189,405 | 1,254 | $103,009 | 1,778 | $5,716 | $708 | $896 |
| 2001 | 558 | $1,223,250 | 1,439 | $105,940 | 2,041 | $5,879 | $847 | $1,043 |
| 2002 | 576 | $1,242,590 | 1,466 | $107,615 | 2,078 | $5,972 | $886 | $1,074 |
| 2003 | 651 | $1,270,909 | 1,633 | $110,068 | 2,315 | $6,108 | $1,021 | $1,210 |
| 2004 | 673 | $1,304,754 | 1,687 | $112,999 | 2,392 | $6,270 | $1,084 | $1,251 |
| 2005 | 731 | $1,348,959 | 1,835 | $116,828 | 2,602 | $6,483 | $1,217 | $1,359 |
| 2006 | 756 | $1,392,474 | 1,896 | $120,596 | 2,689 | $6,692 | $1,299 | $1,405 |
| 2007 | 805 | $1,432,135 | 2,020 | $124,031 | 2,865 | $6,882 | $1,423 | $1,497 |
| 2008 | 827 | $1,487,122 | 2,076 | $128,793 | 2,944 | $7,147 | $1,518 | $1,538 |
| 2009 | 733 | $1,481,832 | 1,838 | $128,335 | 2,607 | $7,121 | $1,341 | $1,363 |
| 2010 | 711 | $1,506,138 | 1,783 | $130,440 | 2,528 | $7,238 | $1,322 | $1,322 |
| 2011 | 707 | $1,553,679 | 1,765 | $134,558 | 2,504 | $7,467 | $1,355 | $1,313 |
| 2012 | 782 | $1,585,832 | 1,962 | $137,342 | 2,783 | $7,621 | $1,531 | $1,454 |
| 2013 | 717 | $1,609,061 | 1,801 | $139,354 | 2,554 | $7,733 | $1,424 | $1,333 |
| 2014 | 661 | $1,635,163 | 1,660 | $141,614 | 2,355 | $7,858 | $1,334 | $1,229 |
| 2015 | 742 | $1,637,104 | 1,863 | $141,783 | 2,643 | $7,867 | $1,500 | $1,380 |
| 2016 | 805 | $1,657,756 | 2,019 | $143,571 | 2,863 | $7,967 | $1,647 | $1,496 |
| 2017 | 749 | $1,693,072 | 1,889 | $146,630 | 2,679 | $8,136 | $1,567 | $1,394 |
| 2018 | 710 | $1,734,425 | 1,796 | $150,211 | 2,547 | $8,335 | $1,522 | $1,321 |
| 2019 | 757 | $1,765,852 | 1,916 | $152,933 | 2,717 | $8,486 | $1,653 | $1,410 |
| **Total** | 35,511 | | 78,440 | | 111,241 | | $43,332 | $64,521 |

166



*Figure 11-D. Realized and Unrealized Fatality Benefits From Motorcycle Helmet Use*



*Figure 11-E. Realized and Unrealized Economic Benefits From Motorcycle Helmet Use*

In Table 11-9, the societal impact of helmet use over this same time period is shown. Over $607 billion in societal harm, as measured by comprehensive costs, has been averted over the past 45 years due to motorcycle helmet use. Over this same period, an additional $346 billion in societal harm could have been prevented had all motorcycle riders worn helmets. Motorcycle helmets are currently preventing $21.2 billion in societal harm annually, but another $9.4 billion in harm could be prevented if all riders were to wear their helmets.

Table 11-11. Comprehensive Societal Benefits of Helmet Use, 1975-2019

| Year | Lives Saved by Helmets | Cost/Fatality Current $ | MAIS 2-5 Injuries Prevented | MAIS2-5 Cost/Injury Current $ | MAIS 1 Injuries Prevented | MAIS1 Cost/Injury Current $ | Current $ (millions) | 2019 $ (millions) |
|---|---|---|---|---|---|---|---|---|
| 1975 | 823 | $2,438,402 | 2,660 | $225,075 | 3,623 | $8,260 | $2,635 | $10,681 |
| 1976 | 788 | $2,578,905 | 2,546 | $238,044 | 3,468 | $8,736 | $2,668 | $10,226 |
| 1977 | 970 | $2,746,602 | 3,142 | $253,523 | 4,280 | $9,304 | $3,501 | $12,596 |
| 1978 | 900 | $2,955,089 | 2,913 | $272,767 | 3,968 | $10,010 | $3,494 | $11,685 |
| 1979 | 885 | $3,290,483 | 2,858 | $303,725 | 3,893 | $11,146 | $3,824 | $11,484 |
| 1980 | 871 | $3,734,653 | 2,833 | $344,724 | 3,859 | $12,651 | $4,278 | $11,322 |
| 1981 | 843 | $4,119,902 | 2,731 | $380,284 | 3,720 | $13,956 | $4,564 | $10,947 |
| 1982 | 816 | $4,373,714 | 2,645 | $403,712 | 3,603 | $14,815 | $4,690 | $10,598 |
| 1983 | 735 | $4,514,216 | 2,381 | $416,681 | 3,244 | $15,291 | $4,360 | $9,545 |
| 1984 | 813 | $4,709,107 | 2,640 | $434,670 | 3,597 | $15,951 | $5,034 | $10,564 |
| 1985 | 788 | $4,876,804 | 2,550 | $450,149 | 3,473 | $16,520 | $5,048 | $10,230 |
| 1986 | 807 | $4,967,451 | 2,632 | $458,516 | 3,586 | $16,827 | $5,276 | $10,497 |
| 1987 | 667 | $5,148,745 | 2,171 | $475,250 | 2,958 | $17,441 | $4,518 | $8,672 |
| 1988 | 622 | $5,361,765 | 1,967 | $494,913 | 2,679 | $18,162 | $4,357 | $8,031 |
| 1989 | 561 | $5,620,109 | 1,727 | $518,759 | 2,353 | $19,037 | $4,094 | $7,199 |
| 1990 | 655 | $5,923,776 | 1,956 | $546,789 | 2,665 | $20,066 | $5,003 | $8,347 |
| 1991 | 595 | $6,173,055 | 1,739 | $569,799 | 2,368 | $20,910 | $4,713 | $7,546 |
| 1992 | 641 | $6,358,881 | 1,824 | $586,951 | 2,485 | $21,540 | $5,200 | $8,082 |
| 1993 | 671 | $6,549,240 | 1,857 | $604,522 | 2,530 | $22,185 | $5,573 | $8,411 |
| 1994 | 625 | $6,716,936 | 1,689 | $620,001 | 2,300 | $22,753 | $5,297 | $7,794 |
| 1995 | 624 | $6,907,295 | 1,648 | $637,572 | 2,245 | $23,398 | $5,413 | $7,746 |
| 1996 | 617 | $7,111,250 | 1,590 | $656,398 | 2,166 | $24,088 | $5,483 | $7,621 |
| 1997 | 627 | $7,274,415 | 1,582 | $671,459 | 2,155 | $24,641 | $5,676 | $7,712 |
| 1998 | 660 | $7,387,724 | 1,627 | $681,917 | 2,216 | $25,025 | $6,041 | $8,081 |
| 1999 | 745 | $7,550,888 | 1,800 | $696,978 | 2,452 | $25,578 | $6,943 | $9,087 |

| Year | Lives Saved by Helmets | Cost/Fatality Current $ | MAIS 2-5 Injuries Prevented | MAIS2-5 Cost/Injury Current $ | MAIS 1 Injuries Prevented | MAIS1 Cost/Injury Current $ | Current $ (millions) | 2019 $ (millions) |
|---|---|---|---|---|---|---|---|---|
| 2000 | 872 | $7,804,699 | 2,058 | $720,406 | 2,804 | $26,437 | $8,363 | $10,589 |
| 2001 | 947 | $8,026,784 | 2,193 | $740,905 | 2,988 | $27,190 | $9,308 | $11,460 |
| 2002 | 992 | $8,153,690 | 2,253 | $752,619 | 3,068 | $27,620 | $9,869 | $11,962 |
| 2003 | 1,173 | $8,339,516 | 2,603 | $769,772 | 3,546 | $28,249 | $11,886 | $14,086 |
| 2004 | 1,324 | $8,561,601 | 2,942 | $790,271 | 4,007 | $29,001 | $13,777 | $15,903 |
| 2005 | 1,554 | $8,851,671 | 3,457 | $817,046 | 4,709 | $29,984 | $16,721 | $18,669 |
| 2006 | 1,667 | $9,137,209 | 3,715 | $843,402 | 5,061 | $30,951 | $18,522 | $20,033 |
| 2007 | 1,788 | $9,397,456 | 3,985 | $867,424 | 5,429 | $31,833 | $20,432 | $21,488 |
| 2008 | 1,836 | $9,758,276 | 4,089 | $900,729 | 5,571 | $33,055 | $21,784 | $22,062 |
| 2009 | 1,486 | $9,723,559 | 3,311 | $897,525 | 4,510 | $32,937 | $17,569 | $17,858 |
| 2010 | 1,551 | $9,883,052 | 3,454 | $912,247 | 4,705 | $33,478 | $18,637 | $18,637 |
| 2011 | 1,622 | $10,195,013 | 3,603 | $941,042 | 4,907 | $34,534 | $20,096 | $19,481 |
| 2012 | 1,715 | $10,405,994 | 3,819 | $960,516 | 5,202 | $35,249 | $21,698 | $20,608 |
| 2013 | 1,640 | $10,558,417 | 3,658 | $974,586 | 4,983 | $35,765 | $21,059 | $19,712 |
| 2014 | 1,673 | $10,729,694 | 3,727 | $990,395 | 5,077 | $36,345 | $21,826 | $20,104 |
| 2015 | 1,800 | $10,742,430 | 4,015 | $991,571 | 5,469 | $36,389 | $23,517 | $21,635 |
| 2016 | 1,885 | $10,877,947 | 4,203 | $1,004,080 | 5,725 | $36,848 | $24,936 | $22,656 |
| 2017 | 1,872 | $11,109,686 | 4,239 | $1,025,470 | 5,774 | $37,633 | $25,362 | $22,561 |
| 2018 | 1,832 | $11,381,037 | 4,122 | $1,050,517 | 5,615 | $38,552 | $25,402 | $22,059 |
| 2019 | 1,761 | $11,587,259 | 3,961 | $1,069,552 | 5,395 | $39,250 | $24,850 | $21,195 |
| Total | 49,339 | | 125,116 | | 170,429 | | $493,296 | $607,463 |

170

Table 11-12. Comprehensive Benefits Forgone by Helmet Nonuse

| Year | Lives Lost Due to Helmet Nonuse | Cost/Fatality Current $ | MAIS2-5 Injuries Caused by Helmet Nonuse | MAIS2-5 Cost/Injury Current $ | MAIS1 Injuries Caused by Helmet Nonuse | MAIS1 Cost/Injury Current $ | Current $ (millions) | 2019 $ (millions) |
|---|---|---|---|---|---|---|---|---|
| 1975 | 1,164 | $2,438,402 | 1,101 | $225,075 | 3,623 | $8,260 | $3,116 | $12,630 |
| 1976 | 1,189 | $2,578,905 | 1,297 | $238,044 | 3,468 | $8,736 | $3,405 | $13,050 |
| 1977 | 1,472 | $2,746,602 | 1,616 | $253,523 | 4,280 | $9,304 | $4,493 | $16,165 |
| 1978 | 1,588 | $2,955,089 | 2,221 | $272,767 | 3,968 | $10,010 | $5,338 | $17,853 |
| 1979 | 1,676 | $3,290,483 | 2,557 | $303,725 | 3,893 | $11,146 | $6,335 | $19,027 |
| 1980 | 1,744 | $3,734,653 | 2,809 | $344,724 | 3,859 | $12,651 | $7,530 | $19,928 |
| 1981 | 1,667 | $4,119,902 | 2,658 | $380,284 | 3,720 | $13,956 | $7,931 | $19,025 |
| 1982 | 1,528 | $4,373,714 | 2,295 | $403,712 | 3,603 | $14,815 | $7,663 | $17,316 |
| 1983 | 1,450 | $4,514,216 | 2,306 | $416,681 | 3,244 | $15,291 | $7,556 | $16,543 |
| 1984 | 759 | $4,709,107 | 2,444 | $434,670 | 3,597 | $15,951 | $4,694 | $9,851 |
| 1985 | 764 | $4,876,804 | 2,467 | $450,149 | 3,473 | $16,520 | $4,894 | $9,917 |
| 1986 | 751 | $4,967,451 | 2,410 | $458,516 | 3,586 | $16,827 | $4,896 | $9,741 |
| 1987 | 697 | $5,148,745 | 2,240 | $475,250 | 2,958 | $17,441 | $4,705 | $9,031 |
| 1988 | 644 | $5,361,765 | 2,035 | $494,913 | 2,679 | $18,162 | $4,509 | $8,311 |
| 1989 | 553 | $5,620,109 | 1,717 | $518,759 | 2,353 | $19,037 | $4,043 | $7,110 |
| 1990 | 541 | $5,923,776 | 1,651 | $546,789 | 2,665 | $20,066 | $4,161 | $6,942 |
| 1991 | 467 | $6,173,055 | 1,395 | $569,799 | 2,368 | $20,910 | $3,727 | $5,968 |
| 1992 | 323 | $6,358,881 | 950 | $586,951 | 2,485 | $21,540 | $2,665 | $4,142 |
| 1993 | 336 | $6,549,240 | 977 | $604,522 | 2,530 | $22,185 | $2,847 | $4,297 |
| 1994 | 339 | $6,716,936 | 976 | $620,001 | 2,300 | $22,753 | $2,934 | $4,317 |
| 1995 | 326 | $6,907,295 | 917 | $637,572 | 2,245 | $23,398 | $2,889 | $4,134 |
| 1996 | 324 | $7,111,250 | 897 | $656,398 | 2,166 | $24,088 | $2,945 | $4,093 |
| 1997 | 315 | $7,274,415 | 860 | $671,459 | 2,155 | $24,641 | $2,922 | $3,970 |
| 1998 | 369 | $7,387,724 | 995 | $681,917 | 2,216 | $25,025 | $3,460 | $4,629 |
| 1999 | 396 | $7,550,888 | 1,049 | $696,978 | 2,452 | $25,578 | $3,784 | $4,953 |

171

| Year | Lives Lost Due to Helmet Nonuse | Cost/Fatality Current $ | MAIS2-5 Injuries Caused by Helmet Nonuse | MAIS2-5 Cost/Injury Current $ | MAIS1 Injuries Caused by Helmet Nonuse | MAIS1 Cost/Injury Current $ | Current $ (millions) | 2019 $ (millions) |
|---|---|---|---|---|---|---|---|---|
| 2000 | 478 | $7,804,699 | 1,254 | $720,406 | 2,804 | $26,437 | $4,708 | $5,962 |
| 2001 | 558 | $8,026,784 | 1,439 | $740,905 | 2,988 | $27,190 | $5,626 | $6,928 |
| 2002 | 576 | $8,153,690 | 1,466 | $752,619 | 3,068 | $27,620 | $5,884 | $7,132 |
| 2003 | 651 | $8,339,516 | 1,633 | $769,772 | 3,546 | $28,249 | $6,786 | $8,042 |
| 2004 | 673 | $8,561,601 | 1,687 | $790,271 | 4,007 | $29,001 | $7,211 | $8,324 |
| 2005 | 731 | $8,851,671 | 1,835 | $817,046 | 4,709 | $29,984 | $8,111 | $9,056 |
| 2006 | 756 | $9,137,209 | 1,896 | $843,402 | 5,061 | $30,951 | $8,664 | $9,371 |
| 2007 | 805 | $9,397,456 | 2,020 | $867,424 | 5,429 | $31,833 | $9,490 | $9,981 |
| 2008 | 827 | $9,758,276 | 2,076 | $900,729 | 5,571 | $33,055 | $10,124 | $10,253 |
| 2009 | 733 | $9,723,559 | 1,838 | $897,525 | 4,510 | $32,937 | $8,926 | $9,072 |
| 2010 | 711 | $9,883,052 | 1,783 | $912,247 | 4,705 | $33,478 | $8,811 | $8,811 |
| 2011 | 707 | $10,195,013 | 1,765 | $941,042 | 4,907 | $34,534 | $9,039 | $8,762 |
| 2012 | 782 | $10,405,994 | 1,962 | $960,516 | 5,202 | $35,249 | $10,205 | $9,693 |
| 2013 | 717 | $10,558,417 | 1,801 | $974,586 | 4,983 | $35,765 | $9,504 | $8,896 |
| 2014 | 661 | $10,729,694 | 1,660 | $990,395 | 5,077 | $36,345 | $8,921 | $8,217 |
| 2015 | 742 | $10,742,430 | 1,863 | $991,571 | 5,469 | $36,389 | $10,018 | $9,216 |
| 2016 | 805 | $10,877,947 | 2,019 | $1,004,080 | 5,725 | $36,848 | $10,995 | $9,989 |
| 2017 | 749 | $11,109,686 | 1,889 | $1,025,470 | 5,774 | $37,633 | $10,476 | $9,319 |
| 2018 | 710 | $11,381,037 | 1,796 | $1,050,517 | 5,615 | $38,552 | $10,179 | $8,840 |
| 2019 | 757 | $11,587,259 | 1,916 | $1,069,552 | 5,395 | $39,250 | $11,033 | $9,410 |
| Total | 28,881 | | 61,768 | | 122,281 | | $197,785 | $345,874 |

172

## 12.   Pedestrian and Bicyclist Crashes

**Pedestrian Crashes**

Pedestrian crashes are defined to include all crashes where a pedestrian was involved. This includes cases where a driver swerves to avoid a pedestrian and crashes his vehicle, causing property damage or injury to the vehicle occupants. It thus includes counts of all fatalities, injuries, or property damage that occur in crashes where a pedestrian was involved, regardless of whether the pedestrian was struck or injured. Calculations pedestrian crash frequencies and costs were developed using the same proportional distribution techniques described in previous chapters (see, for example, Chapter 14).

Pedestrian crashes resulted in 6,351 fatalities, 122,000 injuries, and 6,500 PDO damaged vehicles in 2019. This represents 17 percent of all fatalities, 3 percent of all nonfatal injuries and roughly 1 percent of all nonfatal crashes (including both nonfatal injury and PDO). Pedestrian fatalities have been steadily increasing for the last decade, rising from 4,302 (13% of all motor vehicle fatalities) in 2010 to 6,351 (17%) in 2019 (NCSA, 2021b, with update to 2019 fatality count effective June 2022). These crashes caused $17.6 billion in economic costs and $112.5 billion in comprehensive costs, accounting for 5 percent of all economic costs, and 8 percent of all societal harm (measured as comprehensive costs). These costs are summarized in Tables 12-1 and 12-2 below.

*Table 12-1. Economic Costs of Pedestrian Crashes*

| | % Pedestrian | Incidence | | Total Economic Crash Costs (millions 2019 $) | | |
|---|---|---|---|---|---|---|
| | | Total | Pedestrian | Total | Pedestrian | Other |
| **PDO Vehicles** | 0.03% | 19,288,139 | 6,505 | $101,282 | $34 | $101,248 |
| **MAIS0** | 2.79% | 4,525,901 | 126,357 | $14,718 | $411 | $14,307 |
| **MAIS1** | 2.32% | 3,875,265 | 90,061 | $74,963 | $1,742 | $73,221 |
| **MAIS2** | 4.97% | 427,119 | 21,236 | $30,504 | $1,517 | $28,988 |
| **MAIS3** | 6.31% | 141,167 | 8,910 | $39,629 | $2,501 | $37,128 |
| **MAIS4** | 4.66% | 19,285 | 899 | $13,031 | $608 | $12,424 |
| **MAIS5** | 8.32% | 7,187 | 598 | $7,039 | $586 | $6,453 |
| **Fatalities** | 17.40% | 36,500 | 6,351 | $58,643 | $10,204 | $48,438 |
| **Total** | 0.92% | 28,320,563 | 260,918 | $339,809 | $17,603 | $322,206 |
| **Percentage of Total** | | 100.00% | 0.92% | 100.00% | 5.18% | 94.82% |

*Table 12-2. Comprehensive Costs of Pedestrian Crashes*

| | % Pedestrian | Incidence | | Total Comprehensive Crash Costs (millions 2019 $) | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Total | Pedestrian | Total | Pedestrian | Other |
| **PDO Vehicles** | 0.03% | 19,288,139 | 6,505 | $101,282 | $34 | $101,248 |
| **MAIS0** | 2.79% | 4,525,901 | 126,357 | $14,718 | $411 | $14,307 |
| **MAIS1** | 2.32% | 3,875,265 | 90,061 | $234,283 | $5,445 | $228,838 |
| **MAIS2** | 4.97% | 427,119 | 21,236 | $202,352 | $10,061 | $192,291 |
| **MAIS3** | 6.31% | 141,167 | 8,910 | $288,631 | $18,218 | $270,413 |
| **MAIS4** | 4.66% | 19,285 | 899 | $69,690 | $3,250 | $66,440 |
| **MAIS5** | 8.32% | 7,187 | 598 | $43,471 | $3,618 | $39,853 |
| **Fatalities** | 17.40% | 36,500 | 6,351 | $410,935 | $71,506 | $339,429 |
| **Total** | 0.92% | 28,320,563 | 260,918 | $1,365,362 | $112,543 | $1,252,819 |
| **Percentage of Total** | | 100.00% | 0.92% | 100.00% | 8.24% | 91.76% |

### Pedestrian Injury Severity

With no surrounding vehicle structure to protect them, pedestrians are particularly vulnerable in the event of a crash. This is reflected in the more severe injury profile that pedestrians experience. Table 12-3 and Figure 12-A illustrate the average injury profile for pedestrians compared to that for all crash injuries. Relative to non-pedestrian injuries, the pedestrian injury profile is skewed toward the more serious injuries. The portion of pedestrian injuries that are MAIS2-5 ranges from 1.6 to 3.0 times the respective portions for non-pedestrian injuries, while the fatality portion is nearly 7 times the portion for non-pedestrian injuries. By contrast, the portion of injuries that are considered minor is much higher for non-pedestrian injuries.

*Table 12-3. Injury Severity Distribution by Pedestrian Status*

| Injury Severity | Pedestrian | Non-Pedestrian | Ratio/Non-Pedestrian |
| --- | --- | --- | --- |
| **MAIS1** | 66.85% | 85.15% | 0.79 |
| **MAIS2** | 16.18% | 9.37% | 1.73 |
| **MAIS3** | 8.30% | 3.73% | 2.22 |
| **MAIS4** | 0.84% | 0.52% | 1.61 |
| **MAIS5** | 0.50% | 0.17% | 3.00 |
| **Fatal** | 7.32% | 1.05% | 6.95 |



*Figure 12-A. Relative Injury Distribution for Pedestrian and Non-Pedestrian Injuries*

Pedestrians also experience different types of injuries within each injury severity category. For example, pedestrians have a high incidence of head, spine, and lower extremity injuries. Because costs of specific injuries differ, the average unit cost of a pedestrian injury of a specific MAIS level also differs from that of an occupant injury of the same MAIS severity. Table 12-4 summarizes these different unit costs for injured occupants and three categories of non-occupants. Note that these totals represent medical care, work loss, household productivity, insurance administration, legal costs, and lost quality-of-life. These are the primary categories that would vary with injury profiles. Note that costs are also influenced by the age and sex of injury victims, with a significant portion of pedestrian injuries occurring among the elderly.

175

*Table 12-4. Unit Costs by Injured Person Crash Status Injury Severity Categories Only\* (2019 $)*

|  | Occupants | Motorcyclists | Pedestrians | Bicyclists |
|---|---|---|---|---|
| **MAIS1** | $45,824 | $60,605 | $70,814 | $62,254 |
| **MAIS2** | $472,974 | $405,189 | $627,462 | $407,199 |
| **MAIS3** | $1,928,170 | $2,099,109 | $2,527,135 | $2,197,556 |
| **MAIS4** | $3,513,643 | $3,918,571 | $3,588,751 | $3,664,678 |
| **MAIS5** | $6,246,959 | $5,546,713 | $5,721,875 | $7,223,795 |
| Fatal | $10,992,940 | $11,571,204 | $10,522,895 | $10,505,421 |

\*Includes medical care, work loss, household productivity, insurance administration, legal costs, and lost quality-of-life.

A significant portion of these differences are associated with medical care and lost productivity. This in turn is to some extent a function of varying hospitalization rates for each injury category. Table 12-5 shows hospitalization rates for these same injury categories. Nonoccupants experiencing MAIS1 injuries are admitted to the hospital for treatment at rates that are roughly 3- to 5 times those of motor vehicle occupants. This likely reflects the frequency of lower limb injuries experienced by pedestrians in encounters with vehicle bumper systems. Nonoccupants also experience higher hospitalization rates for MAIS2 and 3 injuries.

*Table 12-5. Hospital Admittance Rates by Injury Category*

|  | Occupants | Motorcyclists | Pedestrians | Bicyclists |
|---|---|---|---|---|
| **MAIS1** | 0.56% | 2.65% | 1.99% | 1.45% |
| **MAIS2** | 21.45% | 30.82% | 34.74% | 15.11% |
| **MAIS3** | 78.30% | 87.73% | 87.50% | 82.55% |
| **MAIS4** | 100.00% | 100.00% | 100.00% | 100.00% |
| **MAIS5/6** | 100.00% | 100.00% | 100.00% | 100.00% |
| **Fatal** | 0.00% | 0.00% | 0.00% | 0.00% |

Table 12-6 summarizes costs associated with pedestrian injury in pedestrian crashes. Overall, injury to pedestrians accounts for 79 percent of all economic costs in these crashes, and 89 percent of all comprehensive costs. These costs do not include property damage, travel delay, or injury to vehicle occupants. This reflects the fact that property damage and congestion costs are not directly attributed to the pedestrian injury per-se. These are a small portion of comprehensive costs, but a significant portion of economic costs.

*Table 12-6. Pedestrian Crash Costs Due to Injury of Pedestrian*

| Injury Severity | Incidence | Economic Unit Cost | Total Economic Cost | Comprehensive Unit Cost | Total Comprehensive Cost |
|---|---|---|---|---|---|
| MAIS1 | 49269 | $6,446 | $317,601,192 | $70,991 | $3,497,668,336 |
| MAIS2 | 13138 | $82,786 | $1,087,641,443 | $628,232 | $8,253,742,794 |
| MAIS3 | 6786 | $359,398 | $2,438,839,430 | $2,531,131 | $17,176,011,762 |
| MAIS4 | 674 | $726,167 | $489,413,352 | $3,597,135 | $2,424,354,258 |
| MAIS5 | 416 | $906,156 | $376,530,719 | $5,730,975 | $2,381,365,918 |
| Fatalities | 6,272 | $1,477,572 | $9,267,331,082 | $10,537,544 | $66,091,475,466 |
| Pedestrian Injury Total | | | $13,977,357,218 | | $99,824,618,533 |
| Pedestrian Crash Total | | | $17,603,027,990 | | $112,542,819,128 |
| % Due to Pedestrian Injury | | | 79.40% | | 88.70% |

## Bicyclist Crashes

Bicyclist crashes are defined to include all crashes where a pedalcyclist (bicyclist or other pedal driven vehicle) was involved. This includes cases where a driver swerves to avoid a bicyclist and crashes his vehicle, causing property damage or injury to the vehicle occupants. It thus includes counts of all fatalities, injuries, or property damage that occur in crashes where a bicyclist was involved, regardless of whether the bicyclist was struck or injured. Bicyclist crashes resulted in 865 fatalities, 78,700 nonfatal injuries, and 8,400 PDO damaged vehicles in 2019.[28] This represents 2.4 percent of all fatalities and 0.6 percent of all nonfatal crashes (including both nonfatal injury and PDO). These crashes caused $5.6 billion in economic costs and $32.2 billion in comprehensive costs, accounting for 1.7 percent of all economic costs, and 2.4 percent of all societal harm (measured as comprehensive costs). These costs are summarized in Tables 12-7 and 12-8 below.

---

[28] Bicyclist crashes include crashes of all types of pedal-cycled vehicles, such as tricycles and monocycles. However, the vast majority are bicycles.

*Table 12-7. Economic Costs of Bicyclist Crashes*

|  | % Bicyclist | Incidence | | Total Economic Crash Costs (millions 2019 $) | | |
|---|---|---|---|---|---|---|
|  |  | Total | Bicyclist | Total | Bicyclist | Other |
| **PDO Vehicles** | 0.04% | 19,288,139 | 8,387 | $101,282 | $44 | $101,238 |
| **MAIS0** | 1.75% | 4,525,901 | 79,151 | $14,718 | $257 | $14,461 |
| **MAIS1** | 1.56% | 3,875,265 | 60,643 | $74,963 | $1,173 | $73,790 |
| **MAIS2** | 2.99% | 427,119 | 12,761 | $30,504 | $911 | $29,593 |
| **MAIS3** | 3.29% | 141,167 | 4,643 | $39,629 | $1,303 | $38,326 |
| **MAIS4** | 2.15% | 19,285 | 414 | $13,031 | $280 | $12,751 |
| **MAIS5** | 3.44% | 7,187 | 247 | $7,039 | $242 | $6,797 |
| **Fatalities** | 2.37% | 36,500 | 865 | $58,643 | $1,389 | $57,253 |
| **Total** | 0.59% | 28,320,563 | 167,110 | $339,809 | $5,600 | $334,209 |
| **Percentage of Total** |  | 100.00% | 0.59% | 100.00% | 1.65% | 98.35% |

*Table 12-8. Comprehensive Costs of Bicyclist Crashes*

|  | % Bicyclist | Incidence | | Total Comprehensive Crash Costs (Millions 2019 $) | | |
|---|---|---|---|---|---|---|
|  |  | Total | Bicyclist | Total | Bicyclist | Other |
| **PDO Vehicles** | 0.04% | 19,288,139 | 8,387 | $101,282 | $44 | $101,238 |
| **MAIS0** | 1.75% | 4,525,901 | 79,151 | $14,718 | $257 | $14,461 |
| **MAIS1** | 1.56% | 3,875,265 | 60,643 | $234,283 | $3,666 | $230,617 |
| **MAIS2** | 2.99% | 427,119 | 12,761 | $202,352 | $6,046 | $196,306 |
| **MAIS3** | 3.29% | 141,167 | 4,643 | $288,631 | $9,492 | $279,139 |
| **MAIS4** | 2.15% | 19,285 | 414 | $69,690 | $1,496 | $68,194 |
| **MAIS5** | 3.44% | 7,187 | 247 | $43,471 | $1,495 | $41,976 |
| **Fatalities** | 2.37% | 36,500 | 865 | $410,935 | $9,734 | $401,201 |
| ***Total*** | 0.59% | 28,320,563 | 167,110 | $1,365,362 | $32,230 | $1,333,131 |
| ***Percentage of Total*** |  | 100.00% | 0.59% | 100.00% | 2.36% | 97.64% |

### Bicyclist Injury Severity

As with pedestrians, bicyclists have no surrounding vehicle structure to protect them, and are thus particularly vulnerable in the event of a crash. This is reflected in the more severe injury profile that bicyclists experience. Table 12-9 and Figure 12-B illustrate the average injury profile for bicyclists compared to that for all crash injuries. Relative to non-bicyclist injuries, the bicyclist injury profile is skewed toward the more serious injuries. The portion of bicyclist injuries that are MAIS2-5 or fatal ranges from 1.2 to nearly double the respective portions for non-bicyclist injuries. By contrast, the portion of injuries that are considered minor is much higher for non-bicyclist injuries.

*Table 12-9. Injury Severity Distribution by Bicyclist Status*

| Injury Severity | Bicyclist | Non-Bicyclist | Ratio/Non-Bicyclist |
|---|---|---|---|
| **MAIS1** | 74.23% | 84.81% | 0.88 |
| **MAIS2** | 16.02% | 9.45% | 1.70 |
| **MAIS3** | 7.13% | 3.81% | 1.87 |
| **MAIS4** | 0.64% | 0.53% | 1.21 |
| **MAIS5/6** | 0.34% | 0.18% | 1.96 |
| **Fatal** | 1.64% | 1.23% | 1.34 |

*Figure 12-B. Relative Injury Distribution, Bicyclist and Non-Bicyclist Crashes*



Bicyclists also experience different types of injuries within each injury severity category. For example, bicyclists have a high incidence of both head and extremity injuries. Because costs of specific injuries differ, the average unit cost of a bicyclist injury of a specific MAIS level also differs from that of an occupant injury of the same MAIS severity. Table 12-10 summarizes these different unit costs for injured occupants and three categories of non-occupants. Note that these totals represent medical care, work loss, household productivity, insurance administration, legal costs, and lost quality-of-life. These are the primary categories that would vary with injury profiles. Note that costs are also influenced by the age and sex of injury victims, with a significant portion of bicyclist injuries occurring among the elderly.

179

*Table 12-10. Unit Costs by Injured Person Crash Status, Injury Severity Categories Only\* (2019 $)*

|  | Occupants | Motorcyclists | Pedestrians | Bicyclists |
|---|---|---|---|---|
| **MAIS1** | $45,824 | $60,605 | $70,814 | $62,254 |
| **MAIS2** | $472,974 | $405,189 | $627,462 | $407,199 |
| **MAIS3** | $1,928,170 | $2,099,109 | $2,527,135 | $2,197,556 |
| **MAIS4** | $3,513,643 | $3,918,571 | $3,588,751 | $3,664,678 |
| **MAIS5/6** | $6,246,959 | $5,546,713 | $5,721,875 | $7,223,795 |
| **Fatal** | $10,992,940 | $11,571,204 | $10,522,895 | $10,505,421 |

\*Includes medical care, work loss, household productivity, insurance administration, legal costs, and lost quality-of-life.

A significant portion of these differences are associated with medical care and lost productivity. This in turn is to some extent a function of varying hospitalization rates for each injury category. Table 12-11 shows hospitalization rates for these same injury categories. Nonoccupants experiencing MAIS1 injuries are admitted to the hospital for treatment at rates that are roughly 3- to 5 times those of motor vehicle occupants. This likely reflects the frequency of lower limb injuries experienced by pedestrians and bicyclists in encounters with vehicle bumper systems. Nonoccupants also experience higher hospitalization rates for MAIS2 and 3 injuries, although bicyclists hospitalization for MAIS2s are lower.

*Table 12-11. Hospital Admittance Rates by Injury Category*

|  | Occupants | Motorcyclists | Pedestrians | Bicyclists |
|---|---|---|---|---|
| **MAIS1** | 0.56% | 2.65% | 1.99% | 1.45% |
| **MAIS2** | 21.45% | 30.82% | 34.74% | 15.11% |
| **MAIS3** | 78.30% | 87.73% | 87.50% | 82.55% |
| **MAIS4** | 100.00% | 100.00% | 100.00% | 100.00% |
| **MAIS5/6** | 100.00% | 100.00% | 100.00% | 100.00% |
| **Fatal** | 0.00% | 0.00% | 0.00% | 0.00% |

Table 12-12 summarizes costs associated with bicyclist injury in bicyclist crashes. Overall, injury to bicyclists accounts for roughly 79 percent of all economic and comprehensive costs in these crashes. These costs do not include property damage, congestion impacts, or injury to vehicle occupants. This reflects the fact that property damage and congestion costs are not directly attributed to the bicyclist injury per-se, but are associated with the crash. These are a small portion of comprehensive costs, but a significant portion of economic costs.

*Table 12-12. Bicyclist Crash Costs Due to Injury of Bicyclist*

| Injury Severity | Incidence | Economic Unit Cost | Total Economic Cost | Comprehensive Unit Cost | Total Comprehensive Cost |
|---|---|---|---|---|---|
| MAIS1 | 34663 | $8,511 | $295,025,045 | $64,382 | $2,231,703,979 |
| MAIS2 | 8100 | $77,133 | $624,778,351 | $426,337 | $3,453,319,334 |
| MAIS3 | 3604 | $428,057 | $1,542,671,657 | $2,302,725 | $8,298,781,938 |
| MAIS4 | 320 | $894,400 | $286,004,573 | $3,891,200 | $1,244,298,551 |
| MAIS5/6 | 174 | $1,576,241 | $274,546,848 | $7,537,127 | $1,312,803,222 |
| Fatalities | 859 | $1,605,615 | $1,379,223,285 | $10,529,526 | $9,044,862,834 |
| Bicyclist Injury Total | | | $4,402,249,759 | | $25,585,769,859 |
| Bicycle Crash Total | | | $5,600,057,911 | | $32,230,438,043 |
| % Due to Bicyclist Injury | | | 78.61% | | 79.38% |

## 13.    Crashes by Roadway Location

Urban roadway environments are characterized by high population densities. This typically produces higher traffic volumes and, on average, lower average travel speeds than are found in more rural areas. These conditions affect crash impacts in a variety of ways. Slower travel speeds can reduce the severity of crashes when they occur, but higher traffic volume creates more opportunities for exposure to distracted or alcohol impaired drivers, as well as more complex driving interactions in general. Higher traffic volume also means that when crashes do occur, they will have more impact on uninvolved drivers and cause more aggregate travel delay and pollution. By contrast, the higher speeds typically encountered on less congested rural roadways can lead to more serious injury outcomes in the event of a crash.

The categorization of any specific crash locale as urban or rural is a function of the definition that is assumed for these designations. Within the U.S. Government there are at least 15 different official definitions of the word "rural" (Fahrenthold, 2013). The Department of Agriculture alone has 11 different definitions depending on the specific program that the definition relates to. Most definitions seem to be based on absolute population size: for example, "fewer than 50,000 inhabitants and not located next to an urban area," "20,000 or fewer inhabitants," "10,000 or fewer inhabitants," or "5,000 or fewer inhabitants." In some cases these definitions are based on area as well, such as "less than 20 people per square mile." The FHWA is a primary user of crash cost information related to roadway systems. FHWA uses these data to allocate resources toward improving safety on the U.S. roadways. The definition adopted for this study is that used by the FHWA to define the Nation's roadway system. FHWA's roadway designations were designed to be consistent with designations used by the U.S. Census Bureau. Urban areas are defined in the Federal aid highway law (Section 101 of Title 23, U.S. Code) as follows.

> The term "urban area" means an urbanized area or, in the case of an urbanized area encompassing more than one State, that part of the urbanized area in each such State, or an urban place as designated by the Bureau of the Census having a population of five thousand or more and not within any urbanized area, within boundaries to be fixed by responsible State and local officials in cooperation with each other, subject to approval by the Secretary. Such boundaries shall, as a minimum, encompass the entire urban place designated by the Bureau of the Census… .
>
> Small urban areas are those urban places, as designated by the Bureau of the Census having a population of five thousand (5,000) or more and not within any urbanized area.
>
> Rural areas comprise the areas outside the boundaries of small urban and urbanized areas, as defined above."

FARS collects geospatial coordinates that permit the exact identification of crashes and allow for the overlay of theses crashes on the roadway land use designation map defined by FHWA. The urban/rural breakout of fatal crashes can thus be derived directly from the FARS database. Table 13-1 below lists this profile over the past 22 years. Over this period, there has been a very gradual decline in the portion of fatalities that occur in rural jurisdictions, from roughly 61 percent in 1998 to 44 percent in 2019.

*Table 13-1. Traffic Fatalities With Known Urban/Rural Designation*

|      | Urban  | %Urban | Rural | %Rural |
|------|--------|--------|-------|--------|
| 1998 | 16,219 | 39.2%  | 25185 | 60.8%  |
| 1999 | 16,058 | 38.6%  | 25548 | 61.4%  |
| 2000 | 16,113 | 39.3%  | 24838 | 60.7%  |
| 2001 | 16,988 | 40.3%  | 25150 | 59.7%  |
| 2002 | 17,013 | 39.6%  | 25896 | 60.4%  |
| 2003 | 17,783 | 41.6%  | 24957 | 58.4%  |
| 2004 | 17,581 | 41.1%  | 25179 | 58.9%  |
| 2005 | 18,627 | 43.1%  | 24587 | 56.9%  |
| 2006 | 18,791 | 44.3%  | 23646 | 55.7%  |
| 2007 | 17,908 | 43.5%  | 23254 | 56.5%  |
| 2008 | 16,218 | 43.6%  | 20987 | 56.4%  |
| 2009 | 13,504 | 43.8%  | 17,303 | 56.2% |
| 2010 | 13,713 | 45.6%  | 16,347 | 54.4% |
| 2011 | 13,685 | 46.0%  | 16,062 | 54.0% |
| 2012 | 14,347 | 46.3%  | 16,616 | 53.7% |
| 2013 | 14,147 | 46.9%  | 16,023 | 53.1% |
| 2014 | 14,914 | 49.7%  | 15,108 | 50.3% |
| 2015 | 16,494 | 51.0%  | 15,860 | 49.0% |
| 2016 | 18,166 | 52.5%  | 16,462 | 47.5% |
| 2017 | 18,730 | 54.3%  | 15,745 | 45.7% |
| 2018 | 19,388 | 57.3%  | 14,433 | 42.7% |
| 2019 | 18,753 | 56.2%  | 14,626 | 43.8% |

\* Known designations only

Urban/rural designations for nonfatal crashes are more elusive. There are no definitive sources or surveys designed specifically to produce a nationally representative break out of urban and rural crashes. Until it was discontinued in 1997 the General Estimates System (GES) included a specific urban/rural variable. However, this variable was not directly linked to the crash itself. Rather, it represented the pre-determined urban/rural proportion of the general population that was covered by the primary sampling unit (PSU) from which each case was drawn. Thus, use of this variable assumes that crashes occur proportionally according to the population spread. Given the shift in urban and rural crash proportions noted in FARS, these data would likely no longer be representative in any case.

A second possible indicator of urban/rural status is the Land Use Variable that has been collected in GES since 1988 (except 2009). This variable categorizes land use based on population size within the specific police jurisdictions from which crash records are drawn. Each PSU has several police jurisdictions. Therefore, this variable represents a finer definition than the Urban/Rural variable that reflected populations at the PSU level. The categories included under land use are:

Within an area of population 25,000-50,000;
Within an area of population 50,000-100,000;
Within an area of population 100,000 +;

Other area; and
Unknown area.

This variable quantifies populations, but fails to define urban/rural. A small area with a population of 25,000 might be considered urban whereas a large area with the same population might be considered rural. Generally, since these areas are all specific police jurisdictions, the size of the area is somewhat limited and, although there would be exceptions, we might expect that most police jurisdictions with 25,000 or more population would be considered urban. By the same logic, the "Other Area" category is more likely to represent rural roadways, but may also include some urban areas as defined by FHWA.

A third possible source for insight into the urban/rural breakdown of nonfatal crashes is the National Highway System variable collected in GES from 1995 to 1998. This variable has 20 possible selections based on the type of roadway on which the crash occurred and whether that roadway was urban or rural. The urban/rural designation for these roadways reflects the characteristics of the surrounding land use area. The selections for this variable for roadways with known urban/rural characteristics are as follows.

| National Highway System Variables |
| --- |
| **Urban** |
| 1 = Eisenhower Interstate (EIS) |
| 2= Congressional High Priority Route |
| 3 = STRAHNET Route |
| 4 = STRAHNET Major Connector |
| 5 = Other NHS Route |
| 9 = Unknown Urban Route |
| **Rural** |
| 11 = Eisenhower Interstate (EIS) |
| 12 = Congressional High Priority Route |
| 13 = STRAHNET Route |
| 14 = STRAHNET Major Connector |
| 15 = Other NHS Route |
| 19 = Unknown Rural Route |

Only about 15 percent of the crashes in the 1994-1998 GES occurred on roadways in the NHS, so these data represents only a sample of all crashes and use of these variables to represent nationwide distributions assumes that the urban/rural distribution for crashes on all roadways is similar to that on NHS roadways. Again, due to their age, these data are not likely to be useful in estimating current urban/rural splits.

A fourth possible source of urban/rural designations is State data files collected in NHTSA's State Data System (SDS). Many States do not collect urban/rural information, but a subsample of the 34 States in the SDS system do have urban/rural indicators. NHTSA found 8 States with urban/rural indicators within their data sets in 2014 or later. Table 13-2 summarizes the average rural portion of crashes in each State by injury severity based on the designations found in State files for all available years within each State from 2014-2018. Table 13-3 presents the relative

rates of rural proportions according to injury severity for each State and the average across all States.

*Table 13-2. Portion of Injuries Occurring in Rural Jurisdictions, by Injury Severity*

| State | Injury Severity | | | | | Total |
|---|---|---|---|---|---|---|
| | K | A | B | C | O | |
| Arkansas | 60.89% | 53.56% | 28.68% | 16.87% | 12.84% | 15.04% |
| Florida | 59.09% | 61.95% | 48.45% | 45.32% | 43.48% | 44.59% |
| Illinois | 48.08% | 38.36% | 29.95% | 22.92% | 26.91% | 27.19% |
| Minnesota | 80.99% | 71.00% | 63.37% | 55.45% | 55.96% | 56.92% |
| Nebraska | 72.61% | 50.63% | 31.73% | 22.59% | 24.64% | 25.55% |
| Texas | 48.24% | 60.79% | 72.86% | 81.31% | 75.65% | 75.90% |
| Washington | 35.62% | 37.17% | 30.58% | 15.56% | 16.82% | 17.63% |
| Wisconsin | 68.07% | 53.40% | 39.26% | 26.85% | 36.53% | 36.18% |
| | | | | | | |
| Average | 59.20% | 53.36% | 43.11% | 35.86% | 36.60% | 37.38% |

*Table 13-3. Rural Proportions Relative to Fatal Proportions by Injury Severity*

| State | Injury Severity | | | | | Total |
|---|---|---|---|---|---|---|
| | K | A | B | C | O | |
| Arkansas | 1.0000 | 0.8797 | 0.4711 | 0.2771 | 0.2108 | 0.2471 |
| Florida | 1.0000 | 1.0484 | 0.8200 | 0.7670 | 0.7358 | 0.7547 |
| Illinois | 1.0000 | 0.7979 | 0.6228 | 0.4766 | 0.5597 | 0.5656 |
| Minnesota | 1.0000 | 0.8766 | 0.7824 | 0.6846 | 0.6910 | 0.7028 |
| Nebraska | 1.0000 | 0.6973 | 0.4369 | 0.3111 | 0.3393 | 0.3518 |
| Texas | 1.0000 | 1.2601 | 1.5103 | 1.6855 | 1.5681 | 1.5734 |
| Washington | 1.0000 | 1.0436 | 0.8585 | 0.4368 | 0.4722 | 0.4950 |
| Wisconsin | 1.0000 | 0.7846 | 0.5768 | 0.3945 | 0.5367 | 0.5315 |
| | | | | | | |
| Average | 100.00% | 92.35% | 75.98% | 62.92% | 63.92% | 65.27% |

A final source for urban/rural definitions for injuries is the National Motor Vehicle Crash Causation Survey (NMVCSS). In 2008 NHTSA's National Center for Statistics and Analysis completed a nationwide survey of crashes involving light passenger vehicles, with a focus on the factors related to pre-crash events. This nationally representative sample of crashes was investigated from 2005 to 2007. NMVCCS investigated a total of 6,950 crashes during the 3-year

period from January 2005 to December 2007. However, the final report was based on a nationally representative sample of 5,471 crashes that were investigated during a 2 ½- year period from July 3, 2005, to December 31, 2007. The remaining 1,479 crashes were investigated but were not used because (1) these crashes were investigated during the transition period from January 1, 2005, to July 2, 2005, when the data collection effort was being phased in, or (2) these crashes were investigated after the phase-in period, but ultimately determined not to meet the requisite sample selection criteria. Each investigated crash involved at least one light passenger vehicle that was towed due to damage. Data were collected on at least 600 data elements to capture information related to the drivers, vehicles, roadways, and environment. In addition, the NMVCCS database includes crash narratives, photographs, schematic diagrams, vehicle information, as well as event data recorder (EDR) data, when available. An important feature of NMVCCS relevant to this study is the fact that each crash location was recorded using geo-spatial devices. For this study, these coordinates were overlain on the previously discussed roadway land use designation map developed by FHWA to produce urban and rural designations for each crash.

As noted above, the higher average speeds encountered in less congested rural areas result in generally more severe crash outcomes. Based on this, we would expect to see a higher rural proportion of more serious crashes. To estimate the urban/rural portions for nonfatal crashes, we examined the relative proportions these factors by injury severity level across the 5 sources cited above. As expected, the rural proportion of crashes was highest in the most serious crashes and declined fairly steadily as crash severity diminished. However, the absolute portions fatal crashes that were rural in these databases differed significantly from the rural rates that were found in FARS. It is uncertain why these differences occur, but it is possible that whatever is biasing the fatality number in these sources is also biasing the nonfatal injuries as well. This would seem to be the case given that the value of all nonfatal injury severity levels seems consistent with the absolute value of the fatal injury proportions measured in each data source. Generally speaking, the sources with rural fatality portion that are higher also have nonfatal injury rural portions that are higher. For this analysis we adopted this assumption (that both fatal and injury biases are similar) and normalize the results of each source to the known rural portion from FARS. That is, we assume the FARS urban/rural distribution is correct, but accept the relative ratios among injury severity from the 3 sources. The results are displayed in Table 13- 4.

*Table 13-4. Derivation of Estimated Urban/Rural Proportions Crashes by Injury Severity*

|  | No Injury (O) | Possible Injury (C) | Non-incapacitating Injury (B) | Incapacitating Injury (A) | Fatal Injury (K) |
|---|---|---|---|---|---|
| *Estimated Percentage Rural* |  |  |  |  |  |
| **2017-2019 CRSS Urban/Rural** | 21.4% | 20.5% | 24.2% | 29.1% | 39.5% |
| **2014-2015 GES Land Use** | 30.9% | 31.1% | 40.4% | 42.8% | 48.3% |
| **SDS States w/Urban Rural (8 States)** | 36.6% | 35.9% | 43.1% | 53.4% | 59.2% |
| **Average** | 29.6% | 29.2% | 35.9% | 41.8% | 49.0% |

|  | No Injury (O) | Possible Injury (C) | Non-incapacitating Injury (B) | Incapacitating Injury (A) | Fatal Injury (K) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| *Ratio/Fatal* |  |  |  |  |  |
| **2017-2019 CRSS Urban/Rural** | 0.5432 | 0.5198 | 0.6139 | 0.7374 | 1.0000 |
| **2014-2015 GES Land Use** | 0.6393 | 0.6442 | 0.8362 | 0.8856 | 1.0000 |
| **SDS States w/Urban Rural (8 States)** | 0.6392 | 0.6292 | 0.7598 | 0.9235 | 1.0000 |
|  |  |  |  |  |  |
| *Normalized to 2019 FARS* |  |  |  |  |  |
| **2017-2019 CRSS Urban/Rural** | 23.8% | 22.8% | 26.9% | 32.3% | 43.8% |
| **2014-2015 GES Land Use** | 28.0% | 28.2% | 36.6% | 38.8% | 43.8% |
| **SDS States w/Urban Rural (8 States)** | 27.1% | 26.5% | 31.9% | 39.5% | 43.8% |
|  |  |  |  |  |  |
| *Average of 3 Methods* | 26.3% | 25.8% | 31.8% | 36.9% | 43.8% |

A limitation common to all 3 sources is that injury severity is only coded in the KABCO system. As previously noted in Chapter 2, this report stratifies injury severity using the more precise MAIS basis. Previously the derivation and use of KABCO-MAIS translators was discussed. In order to derive urban/rural proportions under MAIS, a reverse translator was applied to the urban and rural KABCO injury distributions (see Table 13-5 below). This translator was derived from the same historical data bases as the previously discussed translators. However, since it will be applied to known nonfatal injuries only, it was normalized to remove categories of Unknowns and fatalities. Table13- 6 shows the resulting KABCO/MAIS matrix. Table 13-7 shows the estimated rural incidence counts for each MAIS level derived by applying the KABCO injury-severity- specific rural percentage (from Table 13-4 above) to the corresponding incidence counts in Table 13-6. The resulting MAIS totals were then used to obtain rates for urban and rural crashes for each MAIS severity level, and these rates were applied to the nationwide 2019 incidence data previously derived in the Incidence chapter to estimate total nationwide urban and rural crash incidence.

*Table 13-5. Reverse Translator for MAIS to KABCO Application to Injured Survivors*

| MAIS | O<br>No Injury | C<br>Possible Injury | B<br>Non- Incapacitating | A<br>Incapacitating | Total |
|---|---|---|---|---|---|
| 0 | 0.94016 | 0.04930 | 0.00902 | 0.00152 | 1.00000 |
| 1 | 0.36721 | 0.35833 | 0.24290 | 0.03156 | 1.00000 |
| 2 | 0.08281 | 0.27770 | 0.37597 | 0.26352 | 1.00000 |
| 3 | 0.01262 | 0.26106 | 0.25883 | 0.46749 | 1.00000 |
| 4 | 0.00000 | 0.16816 | 0.22708 | 0.60476 | 1.00000 |
| 5 | 0.00000 | 0.08046 | 0.02536 | 0.89418 | 1.00000 |

*Table 13-6. KABCO Incidence Counts From MAIS Injured Survivors*

| MAIS | O<br>No Injury | C<br>Possible Injury | B<br>Non-Incapacitating | A<br>Incapacitating | Total |
|---|---|---|---|---|---|
| 0 | 4,255,066 | 223,142 | 40,828 | 6,864 | 4,525,901 |
| 1 | 1,423,048 | 1,388,609 | 941,297 | 122,311 | 3,875,265 |
| 2 | 35,371 | 118,609 | 160,583 | 112,556 | 427,119 |
| 3 | 1,782 | 36,853 | 36,538 | 65,994 | 141,167 |
| 4 | 0 | 3,243 | 4,379 | 11,663 | 19,285 |
| 5 | 0 | 578 | 182 | 6,426 | 7,187 |

*Table 13-7. Rural KABCO Incidence Counts From MAIS Injured Survivors*

| MAIS | O<br>No Injury | C<br>Possible Injury | B<br>Non-Incapacitating | A<br>Incapacitating | Total Rural | % Rural |
|---|---|---|---|---|---|---|
| 0 | 1,205,360 | 62,122 | 13,990 | 2,726 | 1,284,198 | 28.37% |
| 1 | 374,296 | 358,945 | 299,483 | 45,099 | 1,077,823 | 27.81% |
| 2 | 9,303 | 30,660 | 51,091 | 41,502 | 132,556 | 31.03% |
| 3 | 469 | 9,526 | 11,625 | 24,333 | 45,953 | 32.55% |
| 4 | 0 | 838 | 1,393 | 4,300 | 6,532 | 33.87% |
| 5 | 0 | 149 | 58 | 2,370 | 2,577 | 35.86% |

Cases designated as O-Uninjured in KABCO records are likely to be predominately PDO crashes. In addition, they would include cases where uninjured people were involved in crashes that did produce injury, which are categorized as MAIS0 in this study. Since PDOs are counted separately, the rural portion for MAIS0 injuries should equal the weighted average rural portion of MAIS0 incidence in injury crashes. To estimate rural MAIS0 incidence we examined the frequency of uninjured occupants in injury crashes by MAIS level. Data from the 2013-2015 CDS and 2017-2019 CISS were examined to determine ratios of uninjured occupant frequencies. These are the only two current databases with MAIS stratification. Neither database is ideal because both represent tow-away crashes for light vehicles. However, the previous version of this report (Blincoe et al., 2015) found very close agreement between older CDS data and 1982-86 NASS data, which included all injury types. Both of the more current data bases also show very similar frequencies. These are shown in Table 13-8. Using these frequencies, we calculated

a weighted average rural portion across all injury severity categories. We then assumed that the frequency of PDOs versus MAIS0 was similar to the relative frequency of these cases nationwide. This would imply that 82.1 percent of these cases were PDOs and 17.9 percent were MAIS0s. Using these weights, we derived the rural portion of MAIS0s. We then imputed the PDO portion. The results, which are shown in the lower half of Table 13-8, are nearly identical for either data source. We chose to base our estimate on the CISS data because it is more recent and based on the more current MAIS definitions but the difference if we used CDS would be insignificant.

*Table 13-8. Derivation of Rural Incidence Percentage for MAIS0 and PDO*

|  | **2009-11 CDS** | **1982-86 NASS** |
|---|---|---|
| **Distribution of MAIS0 by Crash Severity** |  |  |
| MAIS1 | 0.8322 | 0.8500 |
| MAIS2 | 0.1424 | 0.1032 |
| MAIS3 | 0.0159 | 0.0351 |
| MAIS4 | 0.0078 | 0.0037 |
| MAIS5 | 0.0003 | 0.0007 |
| Fatal | 0.0013 | 0.0074 |
| **Imputed % Rural** |  |  |
| All KABCO O Injuries | 26.30% | 26.30% |
| MAIS0 in Injury Crashes | 28.42% | 28.46% |
| PDO | 25.84% | 25.83% |

As noted previously, for fatalities, the urban/rural designation contained in the FARS files is used directly. The resulting urban/rural incidence counts are illustrated in Figure 13-A and shown in Table 13-9 for each injury severity category.

*Figure 13-A. Rural Percentage of Motor Vehicle Injury by Injury Severity*



*Table 13-9. Urban/Rural Incidence Summary*

|       | Urban | % Urban | Rural | % Rural | Total |
|-------|-------|---------|-------|---------|-------|
| MAIS0 | 3,241,703 | 71.63% | 1,284,198 | 28.37% | 4,525,901 |
| MAIS1 | 2,797,442 | 72.19% | 1,077,823 | 27.81% | 3,875,265 |
| MAIS2 | 294,563 | 68.97% | 132,556 | 31.03% | 427,119 |
| MAIS3 | 95,214 | 67.45% | 45,953 | 32.55% | 141,167 |
| MAIS4 | 12,753 | 66.13% | 6,532 | 33.87% | 19,285 |
| MAIS5 | 4,610 | 64.14% | 2,577 | 35.86% | 7,187 |
| Fatal | 20,506 | 56.18% | 15,994 | 43.82% | 36,500 |
| PDO   | 14,308,670 | 74.18% | 4,979,469 | 25.82% | 19,288,139 |

In Table 13-10, the incidence from Table 13-9 is combined with the per-unit economic costs of crashes from Table 3-13 in chapter 3. In Table 13-11, incidence is combined with the per-unit comprehensive costs from Table 5-2 in chapter 5. The results indicate that urban crashes cost an estimated $234 billion and rural crashes cost $106 billion in economic costs in 2019. Roughly 69 percent of all economic crash costs thus occur in urban areas while 31 percent occur in rural areas. Urban crashes result in $894 billion in societal harm as measured by comprehensive costs, while rural crashes produce $471 billion in societal harm. Comparing Tables 9, 10, and 11, the rural portion of incidence was 27 percent, but the rural portion rises to 31 percent for economic costs and 35 percent for comprehensive costs. This reflects the more severe injury profile associated with rural crashes, which have larger proportions more costly and debilitating injuries. Nonetheless, the higher frequency of crashes in urban areas results in urban crashes causing the majority of all injury incidence, economic costs, and comprehensive costs. As noted in Table 13-1, there has been a steady shift of traffic fatalities toward urban and away from rural areas of the

past several decades. This primarily reflects concurrent population shifts favoring urban environments and the growth of suburbs.

*Table 13-10. Urban/Rural Economic Cost Summary (Millions 2019 $)*

|  | Urban | % Urban | Rural | % Rural | Total |
|---|---|---|---|---|---|
| MAIS0 | $10,542 | 71.63% | $4,176 | 28.37% | $14,718 |
| MAIS1 | $54,114 | 72.19% | $20,849 | 27.81% | $74,963 |
| MAIS2 | $21,037 | 68.97% | $9,467 | 31.03% | $30,504 |
| MAIS3 | $26,729 | 67.45% | $12,900 | 32.55% | $39,629 |
| MAIS4 | $8,617 | 66.13% | $4,414 | 33.87% | $13,031 |
| MAIS5 | $4,515 | 64.14% | $2,524 | 35.86% | $7,039 |
| Fatal | $32,947 | 56.18% | $25,696 | 43.82% | $58,643 |
| PDO | $75,135 | 74.18% | $26,147 | 25.82% | $101,282 |
| Total Economic Costs | $233,636 | 68.75% | $106,174 | 31.25% | $339,809 |

*Table 13-11. Urban/Rural Comprehensive Cost Summary (Millions 2019 $)*

|  | Urban | % Urban | Rural | % Rural | Total |
|---|---|---|---|---|---|
| MAIS0 | $10,542 | 71.63% | $4,176 | 28.37% | $14,718 |
| MAIS1 | $169,122 | 72.19% | $65,161 | 27.81% | $234,283 |
| MAIS2 | $139,552 | 68.97% | $62,800 | 31.03% | $202,352 |
| MAIS3 | $194,675 | 67.45% | $93,956 | 32.55% | $288,631 |
| MAIS4 | $46,085 | 66.13% | $23,604 | 33.87% | $69,690 |
| MAIS5 | $27,884 | 64.14% | $15,587 | 35.86% | $43,471 |
| Fatal | $230,872 | 56.18% | $180,063 | 43.82% | $410,935 |
| PDO | $75,135 | 74.18% | $26,147 | 25.82% | $101,282 |
| Total Comprehensive Costs | $893,866 | 65.47% | $471,495 | 34.53% | $1,365,362 |

## Roadway Classification

A further breakdown of these crash cost estimates was made by roadway classification. Data on roadway crash costs is useful for highway safety planning and allocation of limited roadway construction funds. For this analysis, roadways were divided into the following five classifications.

- 4-lane divided roadways
- Greater than 4-lane divided roadways
- 2-lane undivided roadways
- Multi-lane undivided roadways
- All other roadways

The lane count designations in the above categories include lanes in both directions. Thus, for example, four lane divided roadways would include two lanes in each direction. These categories and designations were selected based on discussions with FHWA staff regarding the most useful categories for planning purposes.

As previously noted, NHTSA's FARS system collects geospatial coordinates that permit the exact identification of crashes and allow for the overlay of these crashes on the roadway land use

191

designation maps defined by FHWA, or, for some roadway designations, individual States. The urban/rural and roadway designation breakout of fatal crashes can thus be derived directly from the FARS database.

For nonfatal injuries and PDOs, roadway designations are available within NHTSA's GES data system, but as noted earlier, urban and rural designations for these roadways are not collected in GES. To stratify these nonfatal impacts by roadway category, we first examined the roadway designation proportions within GES under the five categories discussed above. All cases were stratified by their coded roadway type and lumped under the appropriate category. The approach we used involved determining proportions cases that occurred under each roadway type from the data files and then applying these proportions to the total urban and rural costs already derived. Cases where the roadway designation was unknown were thus ignored, because redistributing these cases across known roadway cases would not alter the proportions assigned to that roadway type. In other words, we used the police-reported cases with known roadway types to determine the proportions crashes that occurred on each roadway type, and then applied that proportion to the total costs of urban and rural crashes.

Because GES is stratified only by KABCO, data were organized into the same five categories noted in previous sections this report to be run through KABCO/MAIS translators to produce an MAIS based injury profile. Those categories are CDS equivalent cases, unbelted non-CDS cases, belted non-CDS cases, unknown belt use non-CDS cases, and motorcycle/nonoccupant cases. The MAIS injury totals from each of these cases were then combined to form a full MAIS injury profile representing all five translator scenarios. This was done separately for each of the five roadway types.

Because GES records do not include an urban/rural designation, this feature was derived from the database we created from NMVCCS discussed above. NMVCCS cases were stratified within one of the five roadway designations for both urban and rural crashes. The proportions each Roadway Type that were urban and rural were calculated within each KABCO injury severity level. Table 13-12 lists the NMVCCS case distributions that resulted from this process. These proportions were then applied to each translated MAIS case total that was derived from the corresponding KABCO distribution.

*Table 13-12. NMVCCS Cases, Percentages Urban Versus Rural by Roadway Type*

| A Injuries | Rural | Urban | Total |
|---|---|---|---|
| Greater than four lanes divided | 13.11% | 86.89% | 100.00% |
| Multi-lane undivided | 26.63% | 73.37% | 100.00% |
| Four lanes divided | 64.59% | 35.41% | 100.00% |
| Two-lane undivided | 67.79% | 32.21% | 100.00% |
| Other | 37.20% | 62.80% | 100.00% |
| Total | 42.88% | 57.12% | 100.00% |
| **B Injuries** | | | |
| Greater than four lanes divided | 14.14% | 85.86% | 100.00% |
| Multi-lane undivided | 13.14% | 86.86% | 100.00% |
| Four lanes divided | 43.27% | 56.73% | 100.00% |
| Two-lane undivided | 43.67% | 56.33% | 100.00% |
| Other | 14.30% | 85.70% | 100.00% |
| Total | 27.82% | 72.18% | 100.00% |
| **C Injuries** | | | |
| Greater than four lanes divided | 9.42% | 90.58% | 100.00% |
| Multi-lane undivided | 12.70% | 87.30% | 100.00% |
| Four lanes divided | 24.34% | 75.66% | 100.00% |
| Two-lane undivided | 30.74% | 69.26% | 100.00% |
| Other | 10.11% | 89.89% | 100.00% |
| Total | 18.77% | 81.23% | 100.00% |
| **Uninjured** | | | |
| Greater than four lanes divided | 23.14% | 76.86% | 100.00% |
| Multi-lane undivided | 14.82% | 85.18% | 100.00% |
| Four lanes divided | 67.71% | 32.29% | 100.00% |
| Two-lane undivided | 34.91% | 65.09% | 100.00% |
| Other | 20.19% | 79.81% | 100.00% |
| Total | 29.90% | 70.10% | 100.00% |
| **Injured Severity Unknown** | | | |
| Greater than four lanes divided | 4.98% | 95.02% | 100.00% |
| Multi-lane undivided | 5.11% | 94.89% | 100.00% |
| Four lanes divided | 31.20% | 68.80% | 100.00% |
| Two-lane undivided | 0.79% | 99.21% | 100.00% |
| Other | 0.00% | 100.00% | 100.00% |
| Total | 4.72% | 95.28% | 100.00% |

This process produced separate tables that define the proportions all crashes that occur on different roadway types by injury severity for urban and rural locations. Tables 13 and 14 summarize these results.

*Table 13-13. Proportions Fatalities, Injuries and PDOV by Roadway Designation in Rural Crashes*

|  | Divided Roadways | | Undivided Roadways | | | |
|---|---|---|---|---|---|---|
|  | 4 Lanes | >4 Lanes | 2 Lanes | >2 Lanes | All Other | Total |
| **MAIS0** | 26.35% | 22.16% | 37.16% | 12.79% | 1.54% | 100.00% |
| **MAIS1** | 20.09% | 14.09% | 52.72% | 11.99% | 1.11% | 100.00% |
| **MAIS2** | 18.77% | 10.00% | 59.81% | 10.32% | 1.10% | 100.00% |
| **MAIS3** | 18.15% | 8.53% | 61.63% | 10.40% | 1.29% | 100.00% |
| **MAIS4** | 18.30% | 7.51% | 63.48% | 9.49% | 1.22% | 100.00% |
| **MAIS5** | 17.65% | 5.95% | 65.48% | 9.52% | 1.40% | 100.00% |
| **Fatal** | 17.17% | 4.56% | 72.30% | 5.05% | 0.93% | 100.00% |
| **PDOV** | 26.56% | 18.72% | 40.77% | 12.10% | 1.84% | 100.00% |

*Table 13-14. Proportions Fatalities, Injuries and PDOV by Roadway Designation in Urban Crashes*

|  | Divided Roadways | | Undivided Roadways | | | |
|---|---|---|---|---|---|---|
|  | 4 Lanes | >4 Lanes | 2 Lanes | >2 Lanes | All Other | Total |
| **MAIS0** | 7.52% | 33.89% | 26.85% | 29.00% | 2.73% | 100.00% |
| **MAIS1** | 10.98% | 31.75% | 29.16% | 25.72% | 2.40% | 100.00% |
| **MAIS2** | 11.09% | 31.08% | 30.95% | 24.70% | 2.18% | 100.00% |
| **MAIS3** | 10.74% | 31.99% | 29.91% | 24.95% | 2.41% | 100.00% |
| **MAIS4** | 10.58% | 32.38% | 30.76% | 24.14% | 2.14% | 100.00% |
| **MAIS5** | 9.67% | 33.74% | 29.97% | 24.36% | 2.26% | 100.00% |
| **Fatal** | 15.64% | 25.18% | 32.38% | 24.24% | 2.56% | 100.00% |
| **PDOV** | 7.86% | 29.72% | 30.57% | 28.47% | 3.39% | 100.00% |

The resulting estimates indicate significant differences in the proportions crashes that occur on various roadway types in rural versus urban settings. In rural settings over half of all injuries and 40 percent of PDOs occur on tw0-lane undivided roadways, and over 20 percent of injuries and 30 percent of PDOs occur on four-lane divided roadways. These two roadway types account for roughly 80 percent of all injuries and over 70 percent of all PDOs in rural settings. By contrast, in urban settings injury incidence is spread more evenly, with over 30 percent occurring on two-lane undivided roadways, about 24 percent on undivided roadways with more than two lanes, about 20 percent on divided roadways with more than four lanes, and about 14 percent on four-lane divided roadways. This might be expected given that the roadway infrastructure in rural areas is typically designed for a lower population density. Rural occupants travel exposure is more likely to occur on roadways with fewer lanes.

The proportions in Table 13-13 were then applied to the total economic costs of rural crashes from Table 13-10, and the proportions in Table 13-14 were applied to the total economic costs of urban crashes in Table 13-10 to distribute these costs by roadway type. This same process was then repeated for the comprehensive costs in Table 13-11. The results are shown in Tables 13-15 and 13-16 for economic costs, and Tables 17 - 18 for comprehensive costs. Figures 13-B through 13-G illustrate the distribution of costs across roadways.

*Table 13-15. Estimated Economic Cost of Crashes in Rural Areas by Roadway Designation (Millions 2019 $)*

|  | Divided Highways | | Undivided Highways | | | |
|---|---|---|---|---|---|---|
|  | 4 Lanes | >4 Lanes | 2 Lanes | >2 Lanes | All Other | Total |
| MAIS0 | $1,101 | $925 | $1,552 | $534 | $64 | $4,176 |
| MAIS1 | $4,189 | $2,938 | $10,991 | $2,501 | $231 | $20,849 |
| MAIS2 | $1,777 | $947 | $5,662 | $977 | $104 | $9,467 |
| MAIS3 | $2,342 | $1,101 | $7,950 | $1,342 | $166 | $12,900 |
| MAIS4 | $808 | $332 | $2,802 | $419 | $54 | $4,414 |
| MAIS5 | $446 | $150 | $1,653 | $240 | $35 | $2,524 |
| Fatal | $4,411 | $1,172 | $18,578 | $1,297 | $239 | $25,696 |
| PDOV | $6,945 | $4,896 | $10,660 | $3,164 | $482 | $26,147 |
| Total | $22,018 | $12,460 | $59,847 | $10,473 | $1,375 | $106,174 |
| % Rural | 20.74% | 11.74% | 56.37% | 9.86% | 1.30% | 100.00% |
| % All | 6.48% | 3.67% | 17.61% | 3.08% | 0.40% | 31.25% |

*Table 13-16. Estimated Economic Cost of Crashes in Urban Areas by Roadway Designation (Millions 2019 $)*

|  | Divided Highways | | Undivided Highways | | | |
|---|---|---|---|---|---|---|
|  | 4 Lanes | >4 Lanes | 2 Lanes | >2 Lanes | All Other | Total |
| MAIS0 | $792 | $3,573 | $2,831 | $3,058 | $288 | $10,542 |
| MAIS1 | $5,941 | $17,178 | $15,781 | $13,917 | $1,297 | $54,114 |
| MAIS2 | $2,334 | $6,538 | $6,510 | $5,196 | $459 | $21,037 |
| MAIS3 | $2,871 | $8,551 | $7,995 | $6,668 | $643 | $26,729 |
| MAIS4 | $912 | $2,790 | $2,651 | $2,080 | $184 | $8,617 |
| MAIS5 | $437 | $1,523 | $1,353 | $1,100 | $102 | $4,515 |
| Fatal | $5,152 | $8,295 | $10,669 | $7,988 | $844 | $32,947 |
| PDOV | $5,905 | $22,327 | $22,969 | $21,389 | $2,545 | $75,135 |
| Total | $24,343 | $70,777 | $70,759 | $61,395 | $6,363 | $233,636 |
| % Rural | 10.42% | 30.29% | 30.29% | 26.28% | 2.72% | 100.00% |
| % All | 7.16% | 20.83% | 20.82% | 18.07% | 1.87% | 68.75% |

*Table 13-17. Estimated Comprehensive Cost of Crashes in Rural Areas by Roadway Designation (Millions 2019 $)*

|  | Divided Highways | | Undivided Highways | | | |
|  | 4 Lanes | >4 Lanes | 2 Lanes | >2 Lanes | All Other | Total |
|---|---|---|---|---|---|---|
| MAIS0 | $1,101 | $925 | $1,552 | $534 | $64 | $4,176 |
| MAIS1 | $13,092 | $9,182 | $34,350 | $7,816 | $721 | $65,161 |
| MAIS2 | $11,789 | $6,283 | $37,559 | $6,478 | $691 | $62,800 |
| MAIS3 | $17,057 | $8,016 | $57,903 | $9,773 | $1,208 | $93,956 |
| MAIS4 | $4,319 | $1,773 | $14,985 | $2,239 | $288 | $23,604 |
| MAIS5 | $2,752 | $927 | $10,207 | $1,483 | $218 | $15,587 |
| Fatal | $30,909 | $8,210 | $130,184 | $9,086 | $1,673 | $180,063 |
| PDOV | $6,945 | $4,896 | $10,660 | $3,164 | $482 | $26,147 |
| Total | $87,964 | $40,212 | $297,399 | $40,574 | $5,346 | $471,495 |
| % Rural | 18.66% | 8.53% | 63.08% | 8.61% | 1.13% | 100.00% |
| % All | 6.44% | 2.95% | 21.78% | 2.97% | 0.39% | 34.53% |

*Table 13-18. Estimated Comprehensive Cost of Crashes in Urban Areas by Roadway Designation (Millions 2019 $)*

|  | Divided Highways | | Undivided Highways | | | |
|  | 4 Lanes | >4 Lanes | 2 Lanes | >2 Lanes | All Other | Total |
|---|---|---|---|---|---|---|
| MAIS0 | $792 | $3,573 | $2,831 | $3,058 | $288 | $10,542 |
| MAIS1 | $18,568 | $53,688 | $49,320 | $43,494 | $4,052 | $169,122 |
| MAIS2 | $15,480 | $43,373 | $43,185 | $34,467 | $3,047 | $139,552 |
| MAIS3 | $20,908 | $62,283 | $58,229 | $48,569 | $4,686 | $194,675 |
| MAIS4 | $4,876 | $14,921 | $14,178 | $11,125 | $986 | $46,085 |
| MAIS5 | $2,698 | $9,408 | $8,355 | $6,793 | $630 | $27,884 |
| Fatal | $36,102 | $58,124 | $74,760 | $55,974 | $5,912 | $230,872 |
| PDOV | $5,905 | $22,327 | $22,969 | $21,389 | $2,545 | $75,135 |
| Total | $105,328 | $267,697 | $273,827 | $224,869 | $22,147 | $893,866 |
| % Rural | 11.78% | 29.95% | 30.63% | 25.16% | 2.48% | 100.00% |
| % All | 7.71% | 19.61% | 20.06% | 16.47% | 1.62% | 65.47% |

*Figure 13-B. Distribution of Economic Costs, Rural Roadway Crashes*



*Figure 13-C. Distribution of Economic Costs, Urban Roadway Crashes*



*Figure 13-D. Distribution of Economic Costs by Roadway Type*



*Figure 13-E. Distribution of Comprehensive Costs, Rural Roadway Crashes*



*Figure 13-F. Distribution of Comprehensive Costs, Urban Roadway Crashes*



*Figure 13-G. Distribution of Comprehensive Costs by Roadway Type*



These data indicates that the largest impact on society from motor vehicle crashes, whether measured by economic costs or by the societal harm implied in comprehensive costs, occurs on 2-lane undivided roadways in both rural and urban settings. In rural areas, this is likely a function of both exposure, since these roadways are the most common type, and the relatively serious

199

injury profile that occurs on rural 2-lane undivided roadways, which lack dividers to separate vehicles traveling at relatively high speeds compared to those in urban areas where congestion slows down traffic. In urban areas, exposure is the primary cause of this disproportionate impact. Figures H and I show the relative portion of all motor vehicle injuries that are in the most serious injury categories – MAIS3, MAIS4, MAIS5, and Fatal. In rural crashes, this portion is significantly higher on 2-Lane undivided roadways than on other types, and it is higher for most rural roadways than for corresponding urban roadways – an indication of the impact that higher travel speeds have on injury profiles.

Significant economic impact also occurs on urban divided highways (both lane count categories), and in urban undivided highways with more than two lanes. These impacts are primarily exposure driven, although high speed travel on urban divided roadways does contribute to a relatively severe injury profile as well.

*Figure 13-H. Portion of Rural Injuries MAIS3+*



200

*Figure 13-I.  Portion of Urban Injuries MAIS3+*



## 14.    Other Special Interest Crash Scenarios

Motor vehicle crashes cost society hundreds of billions dollars in medical care, lost productivity, legal costs, congestion, and other economic impacts. The cost of crashes is even higher when pain, suffering, and lost quality-of-life are taken into account. Federal, State, local, and private organizations are constantly striving to reduce these impacts through motor vehicle safety regulations, behavioral programs such as alcohol and seat belt laws, roadway improvements, traffic control measures, and public information and educational programs. Efforts to address the impacts of motor vehicle crashes are normally focused on specific types of crashes, based on locality, roadway type, crash causation, or victim characteristics. For this report we have estimated crash costs for a number of specific crash scenarios that are commonly of interest to organizations interested in improving vehicle safety. These include seat belt use, impaired driving, speeding, and distracted driving, urban/rural crashes, and State-specific costs, each of which is examined in a separate chapter due to the complexity of the methodology required. However, a number of additional crash scenarios were estimated based on a fairly straightforward examination of the data in NHTSA's two primary databases, FARS and CRSS. These include, crashes on interstate highways, crashes at intersections, single-vehicle crashes, and roadway departure crashes.

 To estimate the cost of these crashes, we examined the relative incidence of each injury severity level that was represented by crashes that matched each scenario. These estimates reflect the relative proportions specific injury severities that occur under each scenario. The 2017-2019 CRSS data were used for each nonfatal case, while 2019 FARS was used for each fatal case. Each case in FARS contained information regarding the status of the specific scenario, so the proportion of fatalities that occurred under each scenario was obtained directly from the FARS database. For nonfatal injuries and PDOs, CRSS data were queried to determine whether the case fell under the scenario or not. However, CRSS data are only recorded using the KABCO severity system, whereas this report is based on the AIS. To translate CRSS data to an MAIS basis, we used a variety of KABCO/MAIS translators. For CISS equivalent crashes, we used a current translator derived from 2017-2019 CISS data. Since these data are relatively recent, it reflects roughly current levels of seat belt usage. For non-CISS cases, the only available data from which to develop translators were contained in the 1982-1986 NASS files. Seat belt use has increased dramatically since this time. Observed belt use during this period ranged from roughly 10-37 percent as public awareness of the importance of belt use and belt use laws were just beginning to take hold in 1986. Belt use has since risen dramatically, and crossed 90 percent for the first time in 2019. Belt use can influence injury reporting significantly in a number of ways. It changes the nature of injuries by preventing many more visible injuries (such as head/face contact with the windshield) but replaces them with often less visible (and also typically less serious) abdominal injuries such as bruising caused by pressure from the belt across the torso. This can influence the relationship between the KABCO reported injury severity and the corresponding MAIS injury level. For this reason, separate translators were developed from the 1982-86 NASS data for non-CDS cases where the victim was belted or unbelted, and for nonoccupants/motorcyclists. Cases with unknown belted status were distributed proportionately among cases with known status prior to translation. These translators are presented in Tables 14-1 through 14-4.

Annual average 2017-2019 CRSS KABCO incidence counts were obtained for each scenario, both for the cases that met the scenario definition, and for all other cases. So, for example, one

set of incidence counts was obtained for intersection crashes, and another for all other crashes. Each of these data sets was run through its corresponding translator to produce a set of MAIS based injury counts. These counts from each grouping (CDS equivalent cases, belted non-CDS cases, unbelted non-CDS cases, and nonoccupant/motorcycle cases) were added together to produce a total MAIS injury profile for each scenario. The process was repeated for each "Other" category (e.g., all non-intersection crashes). The percentage of each MAIS injury incidence that was appropriate to each scenario was then calculated as:

x=a/(a+b) where x is the percentage of incidence attributable to the specific crash scenario

  a = the incidence of the specific crash scenario

  b = the incidence of each case not attributable to the specific crash scenario.

The attributable portion of each MAIS level was then multiplied by the total cost of all 2010 crashes for that MAIS level and the MAIS level results were summed to produce the total cost of each crash scenario. MAIS0 portions were calculated using the same procedure described previously for Urban/Rural crashes, based on the relative incidence of MAIS0 cases in injury crashes. The PDO portion was based on a direct count of PDO vehicles from each crash scenario compared to those not in that scenario. For the interstate highway crash scenario, congestion costs were modified based on data in Chapter 4 to reflect congestion impacts specific to interstate highways, which have far more serious congestion impacts. These data indicates that crashes on interstates cause roughly three times the average congestion costs across all roadways.

The results of this process are summarized for each scenario in Tables 14-5 through 14-12 for both economic costs and comprehensive costs. Note that these categories are not exclusive or additive, since some crashes qualify under more than one category.

## Intersection Crashes

Intersection crashes resulted in 10,326 fatalities, over 2.8 million injuries, and nearly 10.7 million PDO damaged vehicles in 2019.[29] This represents 28 percent of all fatalities and roughly 58 percent of all nonfatal crashes (including both nonfatal injury and PDO). Intersection crashes caused $179 billion in economic costs and $639 billion in comprehensive costs, accounting for 53 percent of all economic costs and 48 percent of all societal harm (measured as comprehensive costs) from motor vehicle crashes.

## Interstate Highway Crashes

Crashes on interstate highways resulted in 4,712 fatalities, over 550,000 injuries, and 1.47 million PDO damaged vehicles in 2019. This represents 13 percent of all fatalities and roughly 9 percent of all nonfatal crashes (including both nonfatal injury and PDO). Interstate highway crashes caused $42 billion in economic costs and $159 billion in comprehensive costs, accounting for roughly 12 percent of both economic costs and societal harm (measured as comprehensive costs).

---

[29] Intersection crashes includes crashes that occur at normal roadway intersections, at driveway or alleyway intersections, and at some highway interchanges.

## Single-Vehicle Crashes

Single-vehicle crashes resulted in 19,954 fatalities, roughly 1 million injuries, and nearly 3.1 million PDO damaged vehicles in 2019. This represents 55 percent of all fatalities and roughly 18 percent of all nonfatal crashes (including both nonfatal injuries and PDO). Single-vehicle crashes caused $97 billion in economic costs and $486 billion in comprehensive costs, accounting for 29 percent of all economic costs, and 37 percent of all societal harm (measured as comprehensive costs).

## Roadway Departure Crashes

Roadway departure crashes resulted in 11,501 fatalities, 808,000 injuries, and over 3.5 million PDO damaged vehicles in 2019. This represents 32 percent of all fatalities and roughly 18 percent of all nonfatal crashes (including both nonfatal injury and PDO). Roadway departure crashes caused $72 billion in economic costs and $314 billion in comprehensive costs, accounting for 21 percent of all economic costs, and 24 percent of all societal harm (measured as comprehensive costs).

*Table 14-1. KABCO/MAIS Translator for CDS Equivalent Cases*

| MAIS | O No Injury | C Possible Injury | B Non-incapacitating | A Incapacitating | K Killed | Injured Severity Unknown | Unknown if Injured |
|---|---|---|---|---|---|---|---|
| 0 | 0.86231 | 0.33909 | 0.1156 | 0.05592 | 0 | 0.42682 | 0 |
| 1 | 0.13249 | 0.5705 | 0.69558 | 0.32145 | 0 | 0.46843 | 0 |
| 2 | 0.00484 | 0.06677 | 0.14142 | 0.30823 | 0 | 0.06976 | 0 |
| 3 | 0.00037 | 0.02093 | 0.04018 | 0.23048 | 0 | 0.02921 | 0 |
| 4 | 0 | 0.00223 | 0.00599 | 0.05073 | 0 | 0.00579 | 0 |
| 5 | 0 | 0.00041 | 0.00027 | 0.02581 | 0 | 0 | 0 |
| Fatal | 0 | 0.00007 | 0.00097 | 0.00739 | 0 | 0 | 0 |
| Total | 1.000 | 1.000 | 1.000 | 1.000 | 0.000 | 1.000 | 0.000 |

*Table 14-2. KABCO/MAIS Translator for Non-CDS Equivalent Cases, Unbelted*

| MAIS | O No Injury | C Possible Injury | B Non-incapacitating | A Incapacitating | Injured Severity Unknown | Unknown if Injured |
|---|---|---|---|---|---|---|
| 0 | 0.96925 | 0.49704 | 0.19194 | 0.16511 | 0.54331 | 0.96925 |
| 1 | 0.02964 | 0.44883 | 0.70931 | 0.42861 | 0.42957 | 0.02964 |
| 2 | 0.00110 | 0.04580 | 0.08734 | 0.23952 | 0.02712 | 0.00110 |
| 3 | 0.00001 | 0.00821 | 0.00719 | 0.11951 | 0.00000 | 0.00001 |
| 4 | 0.00000 | 0.00000 | 0.00183 | 0.02870 | 0.00000 | 0.00000 |
| 5 | 0.00000 | 0.00012 | 0.00000 | 0.01395 | 0.00000 | 0.00000 |
| 7 | 0.00000 | 0.00000 | 0.00000 | 0.00000 | 0.00000 | 0.00000 |
| Fatality | 0.00000 | 0.00000 | 0.00240 | 0.00461 | 0.00000 | 0.00000 |
| Total | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |

*Table 14-3. KABCO/MAIS Translator for Non-CDS Equivalent Cases, Belted*

| AIS | O<br>No Injury | C<br>Possible Injury | B<br>Non-incapacitating | A<br>Incapacitating | Injured Severity Unknown | Unknown if Injured |
|---|---|---|---|---|---|---|
| 0 | 0.96179 | 0.53844 | 0.34551 | 0.34111 | 0.91429 | 0.96179 |
| 1 | 0.03764 | 0.42662 | 0.61614 | 0.33491 | 0.06423 | 0.03764 |
| 2 | 0.00054 | 0.01537 | 0.02322 | 0.22534 | 0.01553 | 0.00054 |
| 3 | 0.00003 | 0.01923 | 0.01273 | 0.08557 | 0.00594 | 0.00003 |
| 4 | 0.00000 | 0.00034 | 0.00240 | 0.01307 | 0.00000 | 0.00000 |
| 5 | 0.00000 | 0.00000 | 0.00000 | 0.00000 | 0.00000 | 0.00000 |
| 7 | 0.00000 | 0.00000 | 0.00000 | 0.00000 | 0.00000 | 0.00000 |
| Fatality | 0.00000 | 0.00000 | 0.00000 | 0.00000 | 0.00000 | 0.00000 |
| Total | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |

*Table 14-4. KABCO/MAIS Translator for Nonoccupants and Motorcyclists*

| MAIS | O<br>No Injury | C<br>Possible Injury | B<br>Non-incapacitating | A<br>Incapacitating | Injured Severity Unknown | Unknown if Injured |
|---|---|---|---|---|---|---|
| 0 | 0.73701 | 0.10573 | 0.02212 | 0.00595 | 0.02535 | 0.73701 |
| 1 | 0.23585 | 0.73969 | 0.74557 | 0.31959 | 0.67881 | 0.23585 |
| 2 | 0.02201 | 0.11848 | 0.16845 | 0.31442 | 0.21665 | 0.02201 |
| 3 | 0.00477 | 0.03187 | 0.05979 | 0.28611 | 0.05717 | 0.00477 |
| 4 | 0.00035 | 0.00324 | 0.00274 | 0.03490 | 0.00290 | 0.00035 |
| 5 | 0.00000 | 0.00099 | 0.00053 | 0.02588 | 0.00262 | 0.00000 |
| 7 | 0.00000 | 0.00000 | 0.00080 | 0.01316 | 0.01651 | 0.00000 |
| Fatality | 0.99999 | 1.00000 | 1.00000 | 1.00001 | 1.00001 | 0.99999 |
| Total | 0.99999 | 1.00000 | 1.00002 | 1.00000 | 1.00001 | 0.99999 |

*Table 14-5. Economic Costs of Intersection Crashes (Millions 2019 $)*

| | % Intersection | Incidence | | Total Economic Crash Costs | | |
|---|---|---|---|---|---|---|
| | | Total | Intersection | Total | Intersection | Other |
| **PDO Vehicles** | 55.44% | 19,288,139 | 10,694,078 | $101,282 | $56,155 | $45,127 |
| **MAIS0** | 62.68% | 4,525,901 | 2,836,761 | $14,718 | $9,225 | $5,493 |
| **MAIS1** | 63.65% | 3,875,265 | 2,466,781 | $74,963 | $47,717 | $27,246 |
| **MAIS2** | 58.90% | 427,119 | 251,560 | $30,504 | $17,966 | $12,538 |
| **MAIS3** | 54.98% | 141,167 | 77,612 | $39,629 | $21,788 | $17,842 |
| **MAIS4** | 52.70% | 19,285 | 10,162 | $13,031 | $6,867 | $6,164 |
| **MAIS5** | 45.12% | 7,187 | 3,243 | $7,039 | $3,176 | $3,863 |
| **Fatalities** | 28.29% | 36,500 | 10,326 | $58,643 | $16,590 | $42,052 |
| **Total** | 57.73% | 28,320,563 | 16,350,523 | $339,809 | $179,484 | $160,326 |
| **Percentage of Total** | | 100.00% | 57.73% | 100.00% | 52.82% | 47.18% |

*Table 14-6. Comprehensive Costs of Intersection Crashes (Millions 2019 $)*

| | % Intersection | Incidence | | Total Comprehensive Crash Costs | | |
|---|---|---|---|---|---|---|
| | | Total | Intersection | Total | Intersection | Other |
| **PDO Vehicles** | 55.44% | 19,288,139 | 10,694,078 | $101,282 | $56,155 | $45,127 |
| **MAIS0** | 62.68% | 4,525,901 | 2,836,761 | $14,718 | $9,225 | $5,493 |
| **MAIS1** | 63.65% | 3,875,265 | 2,466,781 | $234,283 | $149,132 | $85,151 |
| **MAIS2** | 58.90% | 427,119 | 251,560 | $202,352 | $119,179 | $83,173 |
| **MAIS3** | 54.98% | 141,167 | 77,612 | $288,631 | $158,686 | $129,945 |
| **MAIS4** | 52.70% | 19,285 | 10,162 | $69,690 | $36,724 | $32,966 |
| **MAIS5** | 45.12% | 7,187 | 3,243 | $43,471 | $19,613 | $23,858 |
| **Fatalities** | 28.29% | 36,500 | 10,326 | $410,935 | $116,255 | $294,680 |
| **Total** | 57.73% | 28,320,563 | 16,350,523 | $1,365,362 | $664,968 | $700,394 |
| **Percentage of Total** | | 100.00% | 57.73% | 100.00% | 48.70% | 51.30% |

*Table 14-7. Economic Costs of Interstate Highway Crashes (Millions 2019 $)*

| | % Interstate | Incidence | | Interstate Unit Costs | Total Economic Crash Costs | | |
|---|---|---|---|---|---|---|---|
| | | Total | Interstate | | Total | Interstate | Other |
| **PDO Vehicles** | 7.62% | 19,288,139 | 1,470,506 | $7,291 | $101,282 | $10,722 | $90,560 |
| **MAIS0** | 12.34% | 4,525,901 | 558,471 | $5,379 | $14,718 | $3,004 | $11,714 |
| **MAIS1** | 12.49% | 3,875,265 | 484,124 | $22,012 | $74,963 | $10,657 | $64,306 |
| **MAIS2** | 11.38% | 427,119 | 48,612 | $74,434 | $30,504 | $3,618 | $26,886 |
| **MAIS3** | 10.70% | 141,167 | 15,105 | $284,676 | $39,629 | $4,300 | $35,329 |
| **MAIS4** | 11.17% | 19,285 | 2,154 | $680,001 | $13,031 | $1,465 | $11,566 |
| **MAIS5** | 10.18% | 7,187 | 732 | $983,704 | $7,039 | $720 | $6,319 |
| **Fatalities** | 12.91% | 36,500 | 4,712 | $1,620,828 | $58,643 | $7,638 | $51,005 |
| **Total** | 9.13% | 28,320,563 | 2,584,417 | | $339,809 | $42,124 | $297,686 |
| **Percentage of Total** | | 100.00% | 9.13% | | 100.00% | 12.40% | 87.60% |

*Table 14-8. Comprehensive Costs of Interstate Highway Crashes (Millions 2019 $)*

| | % Interstate | Incidence | | Interstate Unit Costs | Total Comprehensive Crash Costs | | |
|---|---|---|---|---|---|---|---|
| | | Total | Interstate | | Total | Interstate | Other |
| **PDO Vehicles** | 7.62% | 19,288,139 | 1,470,506 | $7,291 | $101,282 | $10,722 | $90,560 |
| **MAIS0** | 12.34% | 4,525,901 | 558,471 | $5,379 | $14,718 | $3,004 | $11,714 |
| **MAIS1** | 12.49% | 3,875,265 | 484,124 | $63,124 | $234,283 | $30,560 | $203,723 |
| **MAIS2** | 11.38% | 427,119 | 48,612 | $476,775 | $202,352 | $23,177 | $179,175 |
| **MAIS3** | 10.70% | 141,167 | 15,105 | $2,048,557 | $288,631 | $30,944 | $257,687 |
| **MAIS4** | 11.17% | 19,285 | 2,154 | $3,618,009 | $69,690 | $7,795 | $61,895 |
| **MAIS5** | 10.18% | 7,187 | 732 | $6,052,627 | $43,471 | $4,429 | $39,042 |
| **Fatalities** | 12.91% | 36,500 | 4,712 | $11,272,679 | $410,935 | $53,120 | $357,815 |
| **Total** | 9.13% | 28,320,563 | 2,584,417 | | $1,365,362 | $163,751 | $1,201,611 |
| **Percentage of Total** | | 100.00% | 9.13% | | 100.00% | 11.99% | 88.01% |

*Table 14-9. Economic Costs of Single-Vehicle Crashes (Millions 2019 $)*

| | % Single-Vehicle | Incidence | | Total Economic Crash Costs | | |
|---|---|---|---|---|---|---|
| | | **Total** | **Single-Vehicle** | **Total** | **Single-Vehicle** | **Other** |
| **PDO Vehicles** | 15.99% | 19,288,139 | 3,083,657 | $101,282 | $16,192 | $85,090 |
| **MAIS0** | 22.69% | 4,525,901 | 1,026,905 | $14,718 | $3,339 | $11,379 |
| **MAIS1** | 21.21% | 3,875,265 | 821,777 | $74,963 | $15,896 | $59,067 |
| **MAIS2** | 30.60% | 427,119 | 130,683 | $30,504 | $9,333 | $21,171 |
| **MAIS3** | 33.50% | 141,167 | 47,291 | $39,629 | $13,276 | $26,353 |
| **MAIS4** | 34.67% | 19,285 | 6,687 | $13,031 | $4,519 | $8,513 |
| **MAIS5** | 42.61% | 7,187 | 3,063 | $7,039 | $2,999 | $4,040 |
| **Fatalities** | 54.67% | 36,500 | 19,954 | $58,643 | $32,059 | $26,584 |
| **Total** | 18.15% | 28,320,563 | 5,140,015 | $339,809 | $97,614 | $242,196 |
| **Percentage of Total** | | 100.00% | 18.15% | 100.00% | 28.73% | 71.27% |

*Table 14-10. Comprehensive Costs of Single-Vehicle Crashes (Millions 2019 $)*

| | % Single-Vehicle | Incidence | | Total Comprehensive Crash Costs | | |
|---|---|---|---|---|---|---|
| | | **Total** | **Single-Vehicle** | **Total** | **Single-Vehicle** | **Other** |
| **PDO Vehicles** | 15.99% | 19,288,139 | 3,083,657 | $101,282 | $16,192 | $85,090 |
| **MAIS0** | 22.69% | 4,525,901 | 1,026,905 | $14,718 | $3,339 | $11,379 |
| **MAIS1** | 21.21% | 3,875,265 | 821,777 | $234,283 | $49,681 | $184,602 |
| **MAIS2** | 30.60% | 427,119 | 130,683 | $202,352 | $61,912 | $140,440 |
| **MAIS3** | 33.50% | 141,167 | 47,291 | $288,631 | $96,692 | $191,940 |
| **MAIS4** | 34.67% | 19,285 | 6,687 | $69,690 | $24,165 | $45,525 |
| **MAIS5** | 42.61% | 7,187 | 3,063 | $43,471 | $18,523 | $24,948 |
| **Fatalities** | 54.67% | 36,500 | 19,954 | $410,935 | $224,650 | $186,285 |
| **Total** | 18.15% | 28,320,563 | 5,140,015 | $1,365,362 | $495,155 | $870,207 |
| **Percentage of Total** | | 100.00% | 18.15% | 100.00% | 36.27% | 63.73% |

*Table 14-11. Economic Costs of Roadway Departure Crashes (Millions 2010 Dollars)*

| | % Roadway Departure | Incidence | | Total Economic Crash Costs | | |
|---|---|---|---|---|---|---|
| | | Total | Roadway Departure | Total | Roadway Departure | Other |
| PDO Vehicles | 18.50% | 19,288,139 | 3,569,126 | $101,282 | $18,741 | $82,541 |
| MAIS0 | 18.15% | 4,525,901 | 821,315 | $14,718 | $2,671 | $12,047 |
| MAIS1 | 17.78% | 3,875,265 | 688,959 | $74,963 | $13,327 | $61,636 |
| MAIS2 | 19.29% | 427,119 | 82,405 | $30,504 | $5,885 | $24,619 |
| MAIS3 | 21.64% | 141,167 | 30,548 | $39,629 | $8,576 | $31,054 |
| MAIS4 | 23.55% | 19,285 | 4,542 | $13,031 | $3,069 | $9,962 |
| MAIS5 | 24.72% | 7,187 | 1,777 | $7,039 | $1,740 | $5,299 |
| Fatalities | 31.51% | 36,500 | 11,501 | $58,643 | $18,478 | $40,164 |
| Total | 18.40% | 28,320,563 | 5,210,173 | $339,809 | $72,488 | $267,321 |
| Percentage of Total | | 100.00% | 18.40% | 100.00% | 21.33% | 78.67% |

*Table 14-12. Comprehensive Costs of Roadway Departure Crashes (Millions 2019 $)*

| | % Roadway Departure | Incidence | | Total Comprehensive Crash Costs | | |
|---|---|---|---|---|---|---|
| | | Total | Roadway Departure | Total | Roadway Departure | Other |
| PDO Vehicles | 18.50% | 19,288,139 | 3,569,126 | $101,282 | $18,741 | $82,541 |
| MAIS0 | 18.15% | 4,525,901 | 821,315 | $14,718 | $2,671 | $12,047 |
| MAIS1 | 17.78% | 3,875,265 | 688,959 | $234,283 | $41,652 | $192,631 |
| MAIS2 | 19.29% | 427,119 | 82,405 | $202,352 | $39,040 | $163,311 |
| MAIS3 | 21.64% | 141,167 | 30,548 | $288,631 | $62,459 | $226,172 |
| MAIS4 | 23.55% | 19,285 | 4,542 | $69,690 | $16,415 | $53,275 |
| MAIS5 | 24.72% | 7,187 | 1,777 | $43,471 | $10,745 | $32,725 |
| Fatalities | 31.51% | 36,500 | 11,501 | $410,935 | $129,487 | $281,448 |
| Total | 18.40% | 28,320,563 | 5,210,173 | $1,365,362 | $321,211 | $1,044,151 |
| Percentage of Total | | 100.00% | 18.40% | 100.00% | 23.53% | 76.47% |

## 15.    Source of Payment

The economic toll of motor vehicle crashes is borne by society through a variety of payment mechanisms. The most common of these are private insurance plans such as Blue Cross-Blue Shield, HMOs, commercial insurance policies, or worker's compensation. Medicare is the primary payer for people over the age of 65. When these sources are not available, government programs such as Obamacare or Medicaid may provide coverage for those who meet eligibility requirements. A host of other Federal, State, and local programs such as CHAMPVA, Tricare, Title 5, and Indian Health Services also provide health care coverage for specific groups. Expenses not covered by private or governmental sources must be paid out-of-pocket by individuals, or, absorbed as losses by health care providers.

Blincoe (1996) provided estimates of sources of payment for motor vehicle crashes that combined analysis of CODES data with previous estimates developed by the Urban Institute (Miller et al., 1991). These data were also used in a previous version of this current study (Blincoe et al., 2002). For the most recent report, (Blincoe et al., 2015), data from Blincoe (1996) were carried forward for insurance administration, workplace costs, legal costs, and congestion while new estimates of source of payment were developed for medical care, lost productivity, workplace costs, and property damage. Blincoe also estimated values for emergency services. However, in that study ambulance costs were included under emergency services, while for both the 2015 study and this current study, ambulance costs are included under medical care. Ambulance costs had been distributed across all payer categories in the same proportion as medical care. To adjust for this, the impact of ambulance costs was removed from the EMS distribution. This results in 100 percent of emergency service costs being born by States and localities (primarily localities).

In this study "unspecified government" represents programs that are funded primarily by government revenues, but that are lumped together in HCUP data and that therefore cannot be individually identified as belonging to either State or Federal categories. In addition, some of these programs are partially funded by participants through subsidized premium charges. Programs in these categories include Veterans Administration, Tricare, Title 5, Indian Health Services, and State and local health care programs. These are programs that cover medical care for service personal and their families, veterans, Native Americans, and State and local employees. In previous studies, these costs were lumped under the "Other" category. We have categorized them with government programs because they are either entirely supported by, or heavily subsidized by, tax dollars, but some unknown portion of these costs are paid by individual insurance premiums.

For property damage, we adopt the same method used for the 2015 report. We derived total 2019 insurance claim payments for property damage in motor vehicle crashes from industry data. We then divided it by the sum of property damage and roadside furniture calculated in this report, yielding an estimate of 76.24 percent of property damage covered by commercial insurance. The rest was paid out of pocket by involved vehicle owners.

Workplace costs are borne by employers, who are generally categorized as "Other" sources in this study. However, Federal, State, and local governments employ a substantial portion of the U.S. workforce. BLS data indicate that the Federal Government employs 1.8 percent of the U.S. workforce, and State and local governments employee 12.1 percent (www.bls.gov/emp/tables/employment-by-major-industry-sector.htm). We distribute workplace

209

costs to government sources in these proportions, with the remainder allocated to private employers categorized under "Other".

Following are discussions the derivation of revised source of payment estimates for medical care and lost productivity.

The distribution of payment varies among the components of crash cost. State and local government pay almost all costs of police, fire, emergency medical, vocational rehabilitation, victim assistance, and coroner services; incident management; and roadside furniture damage. They share foregone taxes, welfare, and public medical payments. As employers, they bear their share of costs that fall on employers, including private medical care, disability compensation, property damage, auto liability insurance payments, insurance claims processing expenses, and workplace disruption/rehiring expenses. In Table 3-8, we estimated that 84.4 percent of property damage costs ($83.15 billion out of $98.5 billion) are covered by insurance. All insured drivers split the auto insurance costs and all motor vehicle travelers split crash-related congestion costs. The following two sections detail who pays for medical costs and work losses.

## Medical Costs

Miller et al. (2011) provide factors for computing the percentage of crash costs paid by State/local and Federal Governments. Table 15-1, drawn in part from that paper, updates the medical cost split using 2018 data from HCUP NIS. Medical costs were estimated using hospital charges, as recorded in the NIS, converted to costs using hospital-specific cost-to-charge ratios supplied by HCUP. The NIS also records the expected payer for each hospital stay, which allowed estimation of the amount paid by payer. Medicaid paid an estimated 19.3 percent of hospital costs for motor vehicle crashes and Medicare paid 13.6 percent. That is roughly a ten percentage point rise in share of the medical costs paid by Federal and State governments from 2010 to 2018. Factors driving that rise include the graying of the American population and Medicaid expansion in many States under the Affordable Care Act.

Zaloshnja and Miller (2012) analyzed Medicaid claims and HCUP data from 14 States. They estimated that 22 percent of adults aged 19–64 with hospital-admitted crash injuries covered by Medicaid (2.85 percent of all those admitted) became Medicaid-eligible because earnings losses and medical bills resulting from crash injury left them indigent or disabled. The crash resulted in Medicaid paying all their medical bills, not just their injury bill. Zaloshnja and Miller further estimated that 35 percent of those who converted to Medicaid to pay hospital bills stayed on Medicaid indefinitely. The present value of their lifetime Medicaid health care costs averaged $316,000 (computed following the article's methods but substituting Fiscal Year 2019 Medicaid spending of $15,840 per disabled recipient (KFF, n.d.-b). Thus, government pays an estimated $3,152 ($316,000×0.0285×0.35) in Medicaid costs for other medical care per hospital-admitted non-elderly crash survivor. With roughly 5.4 percent of medically treated crash survivors admitted, government spending due to Medicaid conversion is $170 per injured crash survivor.

The division of Medicaid costs between the Federal and State levels varies by State. On average, States paid 43.8 percent in fiscal year 2021 (KFF, n.d.-a).

Among the elderly, HCUP data show private insurance paid 41.7 percent of the medical cost of crash injuries but only 7.5 percent of the cost of other injuries. The 34.2 percent differential presumably is due to medical costs borne by or recovered from auto insurers. Assuming this percentage applies to injuries not requiring hospital admission is aggressive. Health insurers are

less likely to pursue recovery through subrogation for smaller medical bills. Even if we apply this percentage to non-admitted injuries, at most $11.4 billion in medical costs would be compensated by auto insurance. Thus our modelling from auto insurance data that suggested $25.4 billion in compensation for medical costs may be overestimating that compensation but underestimating work loss compensation or implicit compensation of legal fees on 30 percent contingency by a like amount.

## Productivity (Work) Losses

Estimated productivity losses in 2019 were $106.3 billion, of which 71 percent were wages and fringe benefits. The remainder was lost household productivity. As shown in Table 3-10, estimated auto insurance compensation for productivity losses, net of fraud, was $34.6 billion in 2019, which equates to 33 percent of those losses.

Following methods in Miller et al. (2011), from 2019 data on personal income (Bureau of Economic Analysis, Table 2.1, Personal Income and its Distribution, https://apps.bea.gov/iTable/iTable.cfm?reqid=19&step=2#reqid=19&step=2&isuri=1&1921=survey, 2021), State income and sales tax revenues (Bureau of the Census. Annual Census of Government Finances, Table 1. State and Local Government Finances by Level of Government and by State: 2019, www.census.gov/data/datasets/2019/econ/local/public-use-datasets.html, 2021.) and Federal income tax revenues (Congressional Budget Office. The Distribution of Household Income, 2018, www.cbo.gov/system/files/2021-08/57061-Distribution-Household-Income.pdf, 2021.), we estimate that 5.8 percent of market productivity losses[30] (7.25% of wage losses) are State tax losses and 7.61 percent (9.4% of wage loss) are Federal tax losses. From old survey data, following Miller et al. (2011) we estimate that the safety net compensates another 1.3 percent (1.65% of market work loss) Some employer-paid crash costs result from crashes involving government employees. Following Miller et al. (2011) we estimate the Federal Government pays 2.0 percent of the sick leave and Worker's Compensation costs, while State and local governments pay 12.3 percent.

Miller & McKnight (2021) estimated the costs of crashes to employers. As shown in Table 15-2, in 2019 dollars and updated with the crash costs reported here, workers' compensation covered $2.74 billion in medical costs (8.9%) and $2.263 billion in nonfatal market work losses (5.9%), disability insurance covered $0.85 billion (2.2%), and sick leave $10.61 billion (27.5%). In addition, social security payments covered an average of $484 per person aged 18-64 who is killed or injured, $1.85 billion in total (4.8% of nonfatal work losses).

The American Council of Life Insurers (2020) provides data on life insurance policies in force by type. Table 15-3 starts from those data. (In this table, group policies generally are employment-related.) Dividing the amount of coverage by policies in force yields the average payment per premium. Multiplying coverage per policy times the percentage of the U.S. population with policies of the given type yields expected payout per policy. The average death at ages 16 and older in 2019 generated $19,873 in life insurance payments. With 34,870 crash deaths at ages 16 and over, life insurance payments totaled $0.69 billion (0.9% of market work loss).

---

[30] Market productivity loss includes wages and fringe benefits.

Together, these sources absorb an estimated 69 percent of the market productivity losses (Table 15-4). The remaining portion is paid by people injured in crashes and their families.

Following Blincoe et al. (2010, 2015), from Miller et al. (1991), we adopted administrative cost percentages for claims processing and payment of 1.76 percent for sick leave, 3.61 percent for Social Security disability and survivor payments, and 9.0 percent for life insurance claims administration. Multiplying the mean market productivity loss by MAIS times the percentage compensated by each of these sources times the administrative cost percentages yielded the administrative cost estimates for these programs. We summed those costs with the motor vehicle insurance claims adjustment costs developed above to arrive at total insurance administrative costs.

*Table 15-1. Primary Payer for Medical Costs of Hospital-Admitted Road Crash Injuries, by Age, United States, per 2018 HCUP-NIS*

| Payer* | Ages 0–18 | Ages 19–64 | Ages ≥65 | All Ages |
|---|---|---|---|---|
| Medicare | 0.1% | 4.2% | 48.0% | 13.6% |
| Medicaid | 39.4% | 35.0% | 1.3% | 19.3% |
| Private | 49.3% | 42.0% | 41.7% | 48.3% |
| Self | 5.8% | 11.2% | 2.5% | 10.5% |
| Charity | 0.1% | 0.7% | 0.1% | 0.7% |
| Other Government | 5.0% | 6.6% | 6.2% | 7.3% |
| Unknown | 0.3% | 0.3% | 0.3% | 0.3% |

*Private includes auto insurance, private health insurance, HMO/managed care, and workers' compensation. Self-pay and charity care ultimately may shift to Medicare or Medicaid. Other Government includes VA, CHAMPUS/ TRICARE, and State and local government health care programs.

*Table 15-2. Employer Health-Related Fringe Benefit Costs From Motor Vehicle Crashes, United States, 2019 (Millions 2019 $)*

| | On-the-Job | Off-the-Job | All |
|---|---|---|---|
| Workers' Compensation | 5,370 | 0 | 5,370 |
| Medical | 2,740 | 0 | 2,740 |
| Disability | 2,630 | 0 | 2,630 |
| Health Insurance | 70 | 13,430 | 13,500 |
| Disability Insurance | 0 | 850 | 850 |
| Life Insurance | 70 | 1,010 | 1,080 |
| Insurance Administration | 750 | 2,010 | 2,760 |
| Insurance Overhead | 40 | 250 | 290 |
| Social Security | 180 | 1,670 | 1,850 |
| Sick Leave | 1,030 | 9,580 | 10,610 |
| TOTAL | 7,510 | 28,800 | 36,310 |

*Source: Miller & McKnight, 2021. Updated to incorporate the national crash cost estimates in the present report.*

*Table 15-3. Life Insurance Coverage and Policy Amounts, United States, 2019*

| | Policies | Amount per Policy | Deaths Paid | Paid per Paid Claim | % With Policy | Paid per Death, Ages 16 & Over |
|---|---|---|---|---|---|---|
| Individual | 137,213,000 | $90,285 | 2,843,000 | $20,217 | 52.6% | $10,644 |
| Group | 108,495,000 | $67,823 | 1,016,000 | $20,298 | 41.6% | $8,450 |
| Credit | 13,038,000 | $6,699 | 84,000 | $3,071 | 5.0% | $154 |
| All | *258,746,000* | *$76,655* | *3,943,000* | *$19,873* | *99.3%* | *$19,729* |

*Source: Computed from data in American Council of Life Insurers (2020), Tables 5.9 and 7.1.*

Results Table 15-4 shows the distribution of the portion of crash-related costs that are borne by private insurers, governmental sources, individual crash victims, and other sources. These distributions are quite variable depending on the nature of the cost category. Private Insurers are the primary source of payment for medical care, insurance administration, legal costs, and property damage, but tax revenues cover a significant portion of medical care, emergency services, workplace costs and lost market productivity. Third parties absorb most workplace costs and all congestion costs, as well as a portion of lost productivity through sick leave. Individual crash victims pay a modest portion of medical care and absorb significant portions both market and household productivity losses, as well as property damage.

*Table 15-4. Distribution of Source of Payment for Economic Costs by Cost Category, 2019*

| | Federal | State/ Locality | Unspecified Govt. | Total Government | Insurer | Other | Self | Total |
|---|---|---|---|---|---|---|---|---|
| Medical | 23.25% | 9.65% | 7.30% | 40.20% | 48.30% | 1.00% | 10.50% | 100.00% |
| Emergency Services | 0.00% | 100.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Market Prod. | 11.70% | 7.96% | 0.00% | 19.66% | 37.66% | 12.04% | 30.64% | 100.00% |
| Household Prod. | 0.00% | 0.00% | 0.00% | 0.00% | 33.00% | 0.00% | 67.00% | 100.00% |
| Insurance Admin. | 0.89% | 0.51% | 0.00% | 1.40% | 98.60% | 0.00% | 0.00% | 100.00% |
| Workplace Costs | 1.82% | 12.09% | 0.00% | 13.92% | 0.00% | 86.08% | 0.00% | 100.00% |
| Legal Costs | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 100.00% |
| Congestion Costs | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 100.00% |
| Property Damage | 0.00% | 0.00% | 0.00% | 0.00% | 72.12% | 0.00% | 27.88% | 100.00% |

In Table 15-5, total economic costs are distributed according to the proportions listed in Table 15-4. The results indicate that approximately $29.5 billion, or 8.7 percent of all costs are borne by public sources, with Federal revenues accounting for 4.8 percent and States/Localities accounting for 3.2 percent, with another 0.7 percent borne by a number of State and Federal programs that could not be broken out by government source. Public expenditures for economic harm caused by motor vehicle crashes are the equivalent of $230 in added taxes for every

household in the United States (U.S. Census Bureau, 2022).[31] State and local government pay almost all costs of police, fire, emergency medical, vocational rehabilitation, victim assistance, and coroner services; incident management; and roadside furniture damage. They share foregone taxes, welfare, and public medical payments. As employers, they bear their share of costs that fall on employers, including private medical care, disability compensation, property damage, auto liability insurance payments, insurance claims processing expenses, and workplace disruption/rehiring expenses. Private insurers paid $182 billion, or 53.7 percent, while individual crash victims absorbed $79 billion or 23.3 percent. Other sources, including third parties impacted by traffic congestion from crashes, employers who pay for sick leave and workplace disruption, and health care providers and charities who absorb unpaid charges for medical care, absorbed $49 billion (14.5%) of the total economic cost.

*Table 15-5. Source of Payment of Economic Costs by Cost Category, 2019 Motor Vehicle Crash Costs (Millions 2019 $)*

| | Federal | State/ Locality | Unspecified Govt. | Total Government | Insurer | Other | Self | Total |
|---|---|---|---|---|---|---|---|---|
| Medical | $7,184 | $2,982 | $2,256 | $12,422 | $14,925 | $309 | $3,245 | $30,900 |
| Emergency Services | $0 | $1,348 | $0 | $1,348 | $0 | $0 | $0 | $1,348 |
| Market Prod. | $8,826 | $6,009 | $0 | $14,834 | $28,416 | $9,087 | $23,122 | $75,459 |
| Household Prod. | $0 | $0 | $0 | $0 | $10,170 | $0 | $20,646 | $30,816 |
| Insurance Admin. | $263 | $151 | $0 | $414 | $29,127 | $0 | $0 | $29,540 |
| Workplace Costs | $69 | $459 | $0 | $528 | $0 | $3,267 | $0 | $3,795 |
| Legal Costs | $0 | $0 | $0 | $0 | $16,698 | $0 | $0 | $16,698 |
| Congestion Costs | $0 | $0 | $0 | $0 | $0 | $35,954 | $0 | $35,954 |
| Property Damage | $0 | $0 | $0 | $0 | $83,153 | $0 | $32,144 | $115,297 |
| Total | $16,342 | $10,948 | $2,256 | $29,546 | $182,489 | $48,617 | $79,157 | $339,809 |
| % Total | 4.81% | 3.22% | 0.66% | 8.69% | 53.70% | 14.31% | 23.29% | 100.00% |

---

[31] Based on 128,579,000 households in the U.S. in 2019

*Figure 15-A. Source of Payment for Motor Vehicle Crash Costs*



Figure 15-A illustrates overall distribution of payment for motor vehicle crash costs. To some extent it is illusory to disaggregate costs across payment categories because ultimately, it is individuals who pay for these costs through insurance premiums, taxes, direct out-of-pocket cost, or higher charges for medical care. A real distinction can be made, however, between costs borne by those directly involved in the crashes and costs that are absorbed by the rest of society. Costs paid out of Federal or State revenues are funded by taxes from the general public. Similarly, costs borne by private insurance companies are funded by insurance premiums paid by policyholders, most of whom are not involved in crashes. Even unpaid charges, which are absorbed by health care providers, are ultimately translated into higher costs that are borne by a smaller segment of the general public – users of health care facilities. From this perspective, perhaps the most significant point from Figure15-A is that society at large absorbs over three-quarters of all the economic crash costs that are incurred by individual motor vehicle crash victims.