**Appendix A:   Sensitivity Analysis, Value of a Statistical Life**

Much of this report focuses on the economic impact of motor vehicle crashes – the societal losses that can be directly measured in economic terms. However, these costs do not represent the more intangible consequences of these events and should not, therefore, be used alone to produce cost-benefit ratios. Measurement of the dollar value of intangible consequences such as pain and suffering has been undertaken in numerous studies. These studies have estimated values based on wages for high-risk occupations and prices paid in the marketplace for safety products, among other measurement techniques. These "willingness to pay" based estimates of how society values risk reduction capture valuations not associated with direct monetary consequences. In this study, comprehensive costs, which include both the economic impacts of crashes and valuation of lost quality-of-life, are also examined. Comprehensive costs represent the value of the total societal harm that results from traffic crashes. The basis for these estimates is the most recent guidance issued by the U.S. Department of Transportation for valuing mortality risk reduction at $10.9 million for 2019 (U.S. DOT, 2021b). Additionally, this study establishes new relative disutility factors stratified by injury severity level to estimate the lost quality-of-life for nonfatal injuries. These factors were derived in a research contract designed specifically for this current cost study. More detailed discussion of comprehensive costs is included in Chapter 5 of this report.

From Table 8 in chapter 1, the total societal harm from motor vehicle crashes in 2019 is estimated to have been $1.3 trillion, roughly four times the value measured by economic impacts alone. Of this total, 75 percent represents lost quality-of-life, dwarfing the contribution of all other cost categories. This highlights the importance of accounting for all societal impacts when measuring costs and benefits from motor vehicle safety countermeasures. However, the literature on VSL estimates indicates a wide range of measured estimates of VSLs – some as low as a few million dollars, some as high as over $30 million. The 2013 U. S. DOT guidance memorandum, which established a central VSL of $9.1 million, discusses a plausible range of VSLs for sensitivity analysis in 2012 dollars from $5.2 million to $12.9 million. Current U.S.DOT guidance recommends sensitivity analyses using values that are +-40 percent of the central VSL. There is thus far more uncertainty regarding the accuracy of estimates of lost quality-of-life than there is regarding economic costs. In this appendix, comprehensive costs are estimated based on this range adjusted to the 2019 basis of an $10.9 million VSL ($6.54 million and $15.26 million, computed by applying the +-40 percent factor to the 2019 VSL. The results indicate a plausible range of societal harm from motor vehicle crashes of from $869 billion to $1.8 trillion in 2019, with lost quality-of-life accounting for between 62 and 81 percent of all societal harm respectively. The central value used in this report, $1.37 trillion, should thus be viewed with this range in mind. Although the U.S.DOT values were not selected statistically, they imply a central value with the equivalent of a confidence interval of approximately +-40 percent.

*Appendix Table A-1. Total Comprehensive Costs, $6.5 Million VSL (Millions 2019 $)*

| | PDO | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal | Total | % Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $8,564 | $5,667 | $9,789 | $3,638 | $2,611 | $571 | $30,840 | 3.6% |
| EMS | $571 | $109 | $411 | $97 | $69 | $19 | $7 | $35 | $1,318 | 0.2% |
| Market | $0 | $0 | $8,971 | $9,865 | $13,088 | $4,434 | $2,201 | $33,361 | $71,920 | 8.3% |
| Household | $1,309 | $249 | $3,286 | $3,840 | $5,506 | $2,246 | $919 | $12,116 | $29,470 | 3.4% |
| Insurance | $9,639 | $1,018 | $8,572 | $3,511 | $4,051 | $704 | $274 | $1,196 | $28,965 | 3.3% |
| Workplace | $1,825 | $344 | $217 | $179 | $457 | $136 | $56 | $448 | $3,662 | 0.4% |
| Legal Costs | $0 | $0 | $2,868 | $2,667 | $3,912 | $1,423 | $791 | $4,555 | $16,215 | 1.9% |
| Subtotal | $13,343 | $1,720 | $32,889 | $25,825 | $36,873 | $12,600 | $6,858 | $52,281 | $182,390 | 21.0% |
| Congestion | $24,457 | $4,562 | $4,677 | $572 | $239 | $35 | $13 | $235 | $34,790 | 4.0% |
| Prop. Damage | $58,976 | $8,436 | $37,396 | $4,107 | $2,518 | $397 | $167 | $501 | $112,498 | 12.9% |
| Subtotal | $83,432 | $12,998 | $42,074 | $4,679 | $2,756 | $432 | $180 | $736 | $147,289 | 17.0% |
| Economic Total | $96,776 | $14,718 | $74,963 | $30,504 | $39,629 | $13,031 | $7,038 | $53,018 | $329,678 | 38.0% |
| QALYs | $0 | $0 | $82,043 | $92,235 | $135,372 | $30,880 | $24,228 | $174,278 | $539,037 | 62.0% |
| Comp. Total | $96,776 | $14,718 | $157,006 | $122,740 | $175,001 | $43,911 | $31,267 | $227,296 | $868,715 | 100.0% |
| % Total | 11.1% | 1.7% | 18.1% | 14.1% | 20.1% | 5.1% | 3.6% | 26.2% | 100.0% | 0.0% |

A-3

*Appendix Table A-2. Comprehensive Unit Costs, $6.5 Million VSL (2019 $)*

| | PDO | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal |
|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $2,210 | $13,269 | $69,345 | $188,626 | $363,229 | $17,289 |
| EMS | $31 | $24 | $106 | $228 | $486 | $976 | $999 | $1,060 |
| Market | $0 | $0 | $2,315 | $23,096 | $92,716 | $229,903 | $306,236 | $1,010,970 |
| Household | $71 | $55 | $848 | $8,990 | $39,001 | $116,482 | $127,886 | $367,148 |
| Insurance | $523 | $225 | $2,212 | $8,220 | $28,698 | $36,485 | $38,081 | $36,245 |
| Workplace | $99 | $76 | $56 | $418 | $3,240 | $7,077 | $7,794 | $13,589 |
| Legal Costs | $0 | $0 | $740 | $6,243 | $27,714 | $73,799 | $110,012 | $138,025 |
| Subtotal | $724 | $380 | $8,487 | $60,464 | $261,200 | $653,348 | $954,237 | $1,584,326 |
| Congestion | $1,327 | $1,008 | $1,207 | $1,339 | $1,691 | $1,814 | $1,857 | $7,133 |
| Prop. Damage | $3,200 | $1,864 | $9,650 | $9,616 | $17,835 | $20,565 | $23,234 | $15,185 |
| Subtotal | $4,527 | $2,872 | $10,857 | $10,955 | $19,526 | $22,379 | $25,091 | $22,318 |
| Economic Total | $5,251 | $3,252 | $19,344 | $71,419 | $280,726 | $675,727 | $979,328 | $1,606,644 |
| QALYs | $0 | $0 | $21,171 | $215,948 | $958,950 | $1,601,221 | $3,371,145 | $5,281,316 |
| Comp. Total | $5,251 | $3,252 | $40,515 | $287,367 | $1,239,676 | $2,276,948 | $4,350,473 | $6,887,960 |

*Note: Unit costs are expressed on a per-person basis for all injury levels. PDO costs are expressed on a per-damaged-vehicle basis.

A-4



*Appendix Figure A-A. Components of Comprehensive Costs, $6.5 Million VSL*

*Appendix Table A-3. Total Comprehensive Costs, $15.3 Million VSL (Millions 2019 $)*

| | PDO | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal | Total | % Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $8,564 | $5,667 | $9,789 | $3,638 | $2,611 | $571 | $30,840 | 1.8% |
| EMS | $571 | $109 | $411 | $97 | $69 | $19 | $7 | $35 | $1,318 | 0.1% |
| Market | $0 | $0 | $8,971 | $9,865 | $13,088 | $4,434 | $2,201 | $33,361 | $71,920 | 4.1% |
| Household | $1,309 | $249 | $3,286 | $3,840 | $5,506 | $2,246 | $919 | $12,116 | $29,470 | 1.7% |
| Insurance | $9,639 | $1,018 | $8,572 | $3,511 | $4,051 | $704 | $274 | $1,196 | $28,965 | 1.6% |
| Workplace | $1,825 | $344 | $217 | $179 | $457 | $136 | $56 | $448 | $3,662 | 0.2% |
| Legal Costs | $0 | $0 | $2,868 | $2,667 | $3,912 | $1,423 | $791 | $4,555 | $16,215 | 0.9% |
| Subtotal | $13,343 | $1,720 | $32,889 | $25,825 | $36,873 | $12,600 | $6,858 | $52,281 | $182,390 | 10.4% |
| Congestion | $24,457 | $4,562 | $4,677 | $572 | $239 | $35 | $13 | $235 | $34,790 | 2.0% |
| Prop. Damage | $58,976 | $8,436 | $37,396 | $4,107 | $2,518 | $397 | $167 | $501 | $112,498 | 6.4% |
| Subtotal | $83,432 | $12,998 | $42,074 | $4,679 | $2,756 | $432 | $180 | $736 | $147,289 | 8.4% |
| Economic Total | $96,776 | $14,718 | $74,963 | $30,504 | $39,629 | $13,031 | $7,038 | $53,018 | $329,678 | 18.7% |
| QALYs | $0 | $0 | $217,507 | $244,525 | $358,885 | $81,865 | $64,232 | $462,029 | $1,429,044 | 81.3% |
| Comp.Total | $96,776 | $14,718 | $292,470 | $275,030 | $398,515 | $94,896 | $71,270 | $515,047 | $1,758,722 | 100.0% |
| % Total | 5.5% | 0.8% | 16.6% | 15.6% | 22.7% | 5.4% | 4.1% | 29.3% | 100.0% | 0.0% |

*Appendix Table A-4. Comprehensive Unit Costs, $15.3 Million VSL (2019 $)*

| | PDO | MAIS0 | MAIS1 | MAIS2 | MAIS3 | MAIS4 | MAIS5 | Fatal |
|---|---|---|---|---|---|---|---|---|
| Medical | $0 | $0 | $2,210 | $13,269 | $69,345 | $188,626 | $363,229 | $17,289 |
| EMS | $31 | $24 | $106 | $228 | $486 | $976 | $999 | $1,060 |
| Market | $0 | $0 | $2,315 | $23,096 | $92,716 | $229,903 | $306,236 | $1,010,970 |
| Household | $71 | $55 | $848 | $8,990 | $39,001 | $116,482 | $127,886 | $367,148 |
| Insurance | $523 | $225 | $2,212 | $8,220 | $28,698 | $36,485 | $38,081 | $36,245 |
| Workplace | $99 | $76 | $56 | $418 | $3,240 | $7,077 | $7,794 | $13,589 |
| Legal Costs | $0 | $0 | $740 | $6,243 | $27,714 | $73,799 | $110,012 | $138,025 |
| Subtotal | $724 | $380 | $8,487 | $60,464 | $261,200 | $653,348 | $954,237 | $1,584,326 |
| Congestion | $1,327 | $1,008 | $1,207 | $1,339 | $1,691 | $1,814 | $1,857 | $7,133 |
| Prop. Damage | $3,200 | $1,864 | $9,650 | $9,616 | $17,835 | $20,565 | $23,234 | $15,185 |
| Subtotal | $4,527 | $2,872 | $10,857 | $10,955 | $19,526 | $22,379 | $25,091 | $22,318 |
| Economic Total | $5,251 | $3,252 | $19,344 | $71,419 | $280,726 | $675,727 | $979,328 | $1,606,644 |
| QALYs | $0 | $0 | $56,127 | $572,499 | $2,542,276 | $4,245,003 | $8,937,254 | $14,001,316 |
| Comp.Total | $5,251 | $3,252 | $75,471 | $643,918 | $2,823,002 | $4,920,730 | $9,916,582 | $15,607,960 |

*Note: Unit costs are expressed on a per-person basis for all injury levels. PDO costs are expressed on a per-damaged-vehicle basis.

A-6



*Appendix Figure A-B. Components of Comprehensive Costs, $15.3 Million VSL*

## Components of Comprehensive Costs, $15.3 Million VSL

**Appendix B:   Costs by Body Region**

*Appendix Table B-1. Economic Unit Costs by Body Region (2019 $)*

| Fracture Status | MAIS | Medical | Emerg. | Wage | House-hold Brain | Work-place | Legal | Ins. | Cong. | Property Damage | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A | 1 | 2,625 | 106 | 4,269 | 1,503 | 56 | 1,157 | 1,603 | 1,210 | 9,624 | 22,153 |
| N/A | 2 | 14,948 | 228 | 42,945 | 16,060 | 418 | 10,190 | 11,355 | 1,343 | 9,590 | 107,078 |
| N/A | 3 | 119,734 | 486 | 215,375 | 90,576 | 3,240 | 58,718 | 55,145 | 1,690 | 17,809 | 562,772 |
| N/A | 4 | 190,091 | 976 | 262,931 | 134,196 | 7,077 | 81,005 | 35,796 | 1,810 | 20,539 | 734,422 |
| N/A | 5 or 6 | 500,438 | 999 | 426,387 | 181,832 | 7,794 | 138,025 | 45,349 | 1,853 | 23,208 | 1,325,885 |
| **Spinal Cord** | | | | | | | | | | | |
| N/A | 1 | | | | | | | | | | |
| N/A | 2 | | | | | | | | | | |
| N/A | 3 | 428,095 | 486 | 339,997 | 134,675 | 3,240 | 124,567 | 116,987 | 1,690 | 17,809 | 1,167,545 |
| N/A | 4 | 614,745 | 976 | 319,932 | 170,150 | 7,077 | 138,025 | 67,366 | 1,810 | 20,539 | 1,340,620 |
| N/A | 5 or 6 | 738,984 | 999 | 550,891 | 209,305 | 7,794 | 138,025 | 61,328 | 1,853 | 23,208 | 1,732,387 |
| **Other Head** | | | | | | | | | | | |
| No | 1 | 2,703 | 106 | 3,481 | 1,150 | 56 | 1,010 | 1,400 | 1,210 | 9,624 | 20,740 |
| No | 2 | 5,019 | 228 | 10,071 | 3,426 | 418 | 2,538 | 2,829 | 1,343 | 9,590 | 35,461 |
| No | 3 | 15,443 | 486 | 46,676 | 17,726 | 3,240 | 10,983 | 10,315 | 1,690 | 17,809 | 124,369 |
| No | 4 | 75,921 | 976 | 151,061 | 59,726 | 7,077 | 39,527 | 17,467 | 1,810 | 20,539 | 374,105 |
| No | 5 or 6 | | | | | 7,794 | | | | | |
| Yes | 1 | 6,072 | 106 | 5,583 | 1,838 | 56 | 1,860 | 2,578 | 1,210 | 9,624 | 28,927 |
| Yes | 2 | 15,529 | 228 | 22,538 | 7,961 | 418 | 6,336 | 7,060 | 1,343 | 9,590 | 71,004 |
| Yes | 3 | 27,833 | 486 | 61,889 | 22,918 | 3,240 | 15,510 | 14,566 | 1,690 | 17,809 | 165,941 |
| Yes | 4 | 54,034 | 976 | 128,966 | 58,244 | 7,077 | 33,252 | 14,694 | 1,810 | 20,539 | 319,592 |
| Yes | 5 or 6 | | | | | | | | | | |
| **Trunk** | | | | | | | | | | | |
| No | 1 | 2,500 | 106 | 3,601 | 1,356 | 56 | 1,027 | 1,423 | 1,210 | 9,624 | 20,903 |
| No | 2 | 17,548 | 228 | 16,865 | 6,620 | 418 | 5,647 | 6,292 | 1,343 | 9,590 | 64,551 |
| No | 3 | 41,033 | 486 | 39,323 | 17,691 | 3,240 | 13,496 | 12,675 | 1,690 | 17,809 | 147,443 |

| Fracture Status | MAIS | Medical | Emerg. | Wage | House-hold Brain | Work-place | Legal | Ins. | Cong. | Property Damage | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No | 4 | 102,420 | 976 | 71,434 | 35,362 | 7,077 | 28,831 | 12,740 | 1,810 | 20,539 | 281,190 |
| No | 5 or 6 | 90,098 | 999 | 97,043 | 48,479 | 7,794 | 32,479 | 9,628 | 1,853 | 23,208 | 311,581 |
| Yes | 1 | 3,935 | 106 | 4,227 | 1,724 | 56 | 1,363 | 1,888 | 1,210 | 9,624 | 24,133 |
| Yes | 2 | 18,041 | 228 | 29,231 | 12,766 | 418 | 8,270 | 9,215 | 1,343 | 9,590 | 89,102 |
| Yes | 3 | 35,564 | 486 | 41,242 | 19,289 | 3,240 | 13,226 | 12,421 | 1,690 | 17,809 | 144,967 |
| Yes | 4 | 105,249 | 976 | 102,981 | 46,242 | 7,077 | 35,078 | 15,501 | 1,810 | 20,539 | 335,454 |
| Yes | 5 or 6 | 115,673 | 999 | 156,201 | 83,791 | 7,794 | 49,048 | 14,540 | 1,853 | 23,208 | 453,106 |
| **Upper Extremity** | | | | | | | | | | | |
| No | 1 | 3,681 | 106 | 2,962 | 1,059 | 56 | 1,061 | 1,470 | 1,210 | 9,624 | 21,229 |
| No | 2 | 4,785 | 228 | 5,584 | 1,813 | 418 | 1,664 | 1,855 | 1,343 | 9,590 | 27,281 |
| No | 3 | 37,884 | 486 | 58,793 | 25,162 | 3,240 | 16,780 | 15,759 | 1,690 | 17,809 | 177,603 |
| No | 4 | 96,417 | 976 | 250,230 | 91,191 | 7,077 | 60,387 | 26,685 | 1,810 | 20,539 | 555,311 |
| No | 5 or 6 | 119,147 | 999 | 138,896 | 112,738 | 7,794 | 51,135 | 15,158 | 1,853 | 23,208 | 470,929 |
| Yes | 1 | 2,655 | 106 | 5,920 | 2,079 | 56 | 1,468 | 2,034 | 1,210 | 9,624 | 25,152 |
| Yes | 2 | 9,891 | 228 | 19,466 | 7,284 | 418 | 5,040 | 5,617 | 1,343 | 9,590 | 58,876 |
| Yes | 3 | 54,601 | 486 | 92,252 | 37,336 | 3,240 | 25,385 | 23,841 | 1,690 | 17,809 | 256,641 |
| Yes | 4 | | | | | | | | | | |
| Yes | 5 or 6 | | | | | | | | | | |
| **Lower extremity** | | | | | | | | | | | |
| No | 1 | 1,736 | 106 | 2,199 | 786 | 56 | 650 | 900 | 1,210 | 9,624 | 17,267 |
| No | 2 | 6,614 | 228 | 7,810 | 2,757 | 418 | 2,354 | 2,624 | 1,343 | 9,590 | 33,739 |
| No | 3 | 79,135 | 486 | 92,117 | 34,132 | 3,240 | 28,311 | 26,588 | 1,690 | 17,809 | 283,507 |
| No | 4 | | | | | | | | | | |
| No | 5 or 6 | | | | | | | | | | |
| Yes | 1 | 2,135 | 106 | 3,337 | 1,170 | 56 | 915 | 1,267 | 1,210 | 9,624 | 19,819 |
| Yes | 2 | 21,703 | 228 | 36,993 | 14,121 | 418 | 10,033 | 11,181 | 1,343 | 9,590 | 105,610 |
| Yes | 3 | 81,281 | 486 | 68,533 | 27,105 | 3,240 | 24,382 | 22,898 | 1,690 | 17,809 | 247,424 |
| Yes | 4 | 167,619 | 976 | 100,998 | 51,375 | 7,077 | 44,121 | 19,497 | 1,810 | 20,539 | 414,012 |
| Yes | 5 or 6 | 151,417 | 999 | 140,854 | 81,849 | 7,794 | 51,595 | 15,295 | 1,853 | 23,208 | 474,864 |
| **Burn** | | | | | | | | | | | |
| N/A | 1 | 1,827 | 106 | 3,058 | 1,144 | 56 | 830 | 1,150 | 1,210 | 9,624 | 19,005 |
| N/A | 2 | 6,645 | 228 | 7,468 | 2,586 | 418 | 2,288 | 2,549 | 1,343 | 9,590 | 33,116 |

B-3

| Fracture Status | MAIS | Medical | Emerg. | Wage | House-hold Brain | Work-place | Legal | Ins. | Cong. | Property Damage | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A | 3 | | | | | | | | | | |
| N/A | 4 | | | | | | | | | | |
| N/A | 5 or 6 | 276,728 | 999 | 49,372 | 23,000 | 7,794 | 48,142 | 14,271 | 1,853 | 23,208 | 445,368 |
| Minor Injury | | | | | | | | | | | |
| N/A | 1 | 1,665 | 106 | 820 | 333 | 56 | 387 | 536 | 1,210 | 9,624 | 14,737 |

*MAIS5 injury costs include a very small number of MAIS 6 survivor costs.

B-4

*Appendix Table B-2. QALY Values by MAIS, Body Region, and Injury Status (2019$)*

| Body Region | Fracture | MAIS | ED Mean | Hospitalized Mean | All Cases Mean |
|---|---|---|---|---|---|
| Brain | N/A | 1 | $493,860 | $2,220,856 | $374,341 |
| Brain | N/A | 2 | $803,026 | $1,401,896 | $1,059,531 |
| Brain | N/A | 3 | $1,588,184 | $2,201,533 | $2,094,243 |
| Brain | N/A | 4 | $1,709,414 | $2,898,648 | $2,891,812 |
| Brain | N/A | 5 or 6 | | $4,556,832 | $4,556,852 |
| Spinal Column | N/A | 1 | | | |
| Spinal Column | N/A | 2 | | | |
| Spinal Column | N/A | 3 | $663,972 | $3,291,946 | $3,172,873 |
| Spinal Column | N/A | 4 | $763,326 | $5,104,758 | $4,939,227 |
| Spinal Column | N/A | 5 or 6 | | $6,257,838 | $6,257,861 |
| Upper Extremity | Yes | 1 | $8,801 | $32,688 | $7,204 |
| Upper Extremity | Yes | 2 | $43,451 | $672,241 | $147,899 |
| Upper Extremity | Yes | 3 | $165,691 | $1,483,459 | $1,301,715 |
| Upper Extremity | Yes | 4 | | $2,273,997 | $2,273,997 |
| Upper Extremity | Yes | 5 or 6 | | $3,102,598 | $3,102,584 |
| Upper Extremity | No | 1 | $43,267 | $482,519 | $34,564 |
| Upper Extremity | No | 2 | $94,961 | $866,841 | $139,319 |
| Upper Extremity | No | 3 | $122,930 | $1,630,897 | $1,110,624 |
| Upper Extremity | No | 4 | | | |
| Upper Extremity | No | 5 or 6 | | | |
| Lower Extremity | Yes | 1 | $11,747 | $915,591 | $30,088 |
| Lower Extremity | Yes | 2 | $49,691 | $981,970 | $422,416 |
| Lower Extremity | Yes | 3 | $1,124,283 | $2,005,510 | $1,946,586 |
| Lower Extremity | Yes | 4 | $137,691 | $3,995,258 | $3,971,024 |
| Lower Extremity | Yes | 5 or 6 | | $6,282,067 | $6,282,050 |
| Lower Extremity | No | 1 | $73,591 | $1,810,298 | $66,107 |
| Lower Extremity | No | 2 | $204,899 | $1,345,101 | $354,405 |
| Lower Extremity | No | 3 | $378,918 | $5,141,484 | $4,266,241 |
| Lower Extremity | No | 4 | $6,232,280 | $8,748,225 | $8,579,503 |
| Lower Extremity | No | 5 or 6 | | $5,255,943 | $5,255,918 |
| Trunk | Yes | 1 | $6,399 | $562,861 | $34,855 |
| Trunk | Yes | 2 | $35,468 | $1,299,056 | $619,761 |
| Trunk | Yes | 3 | $66,240 | $1,723,375 | $1,317,470 |
| Trunk | Yes | 4 | $49,412 | $2,479,974 | $2,342,244 |
| Trunk | Yes | 5 or 6 | | $5,829,549 | $5,829,530 |
| Trunk | No | 1 | $20,406 | $801,383 | $25,213 |
| Trunk | No | 2 | $203,156 | $1,463,429 | $915,268 |
| Trunk | No | 3 | $2,278,298 | $1,811,391 | $1,891,130 |
| Trunk | No | 4 | $1,819,788 | $2,459,274 | $2,430,179 |

| Body Region | Fracture | MAIS | ED Mean | Hospitalized Mean | All Cases Mean |
|---|---|---|---|---|---|
| Trunk | No | 5 or 6 | | $3,860,733 | $3,860,742 |
| Other Head/Neck | Yes | 1 | $9,573 | $322,475 | $28,488 |
| Other Head/Neck | Yes | 2 | $141,152 | $1,177,344 | $502,595 |
| Other Head/Neck | Yes | 3 | $107,755 | $2,110,084 | $1,134,329 |
| Other Head/Neck | Yes | 4 | $26,314 | $3,717,413 | $2,879,548 |
| Other Head/Neck | Yes | 5 or 6 | | | |
| Other Head/Neck | No | 1 | $275,678 | $891,889 | $215,931 |
| Other Head/Neck | No | 2 | $180,052 | $933,851 | $251,346 |
| Other Head/Neck | No | 3 | $136,694 | $1,871,294 | $709,053 |
| Other Head/Neck | No | 4 | $203,509 | $5,503,029 | $2,511,327 |
| Other Head/Neck | No | 5 or 6 | | | |
| Burn | N/A | 1 | $13,514 | $898,029 | $22,266 |
| Burn | N/A | 2 | $9,315 | $916,714 | $118,426 |
| Burn | N/A | 3 | | | |
| Burn | N/A | 4 | | | |
| Burn | N/A | 5 or 6 | | $1,098,598 | $1,098,603 |
| Minor Injury | N/A | 1 | $3,363 | $400,342 | $6,258 |

**Appendix C:   KABCO/MAIS Translators**

Throughout this analysis translators developed from historical data are used to translate nonfatal injury severity estimates based on police records using a KABCO scale, into the more precise AIS measure. Injuries are categorized according to the MAIS, the highest AIS level injury experienced by an injured person. For towaway crashes, MAIS can be determined directly from the CISS data base. However, for non-towaway injuries and PDOs the only source is CRSS. CRSS data are only recorded using the KABCO severity system, whereas this report is based on the Abbreviated Injury Scale. To translate CRSS data to a MAIS basis, we used a variety of KABCO/MAIS translators. For non-CISS cases, we have previously relied on translators derived from 1982-1986 NASS files, which are of uncertain relevance to current crash data bases.

Since the last version of this report, published in 2015 (Blincoe et al., 2015), there have been notable changes in NHTSA's databases involving a significant redesign of the systems, with CISS and CRSS replacing CDS and GES, and a shift to the newest version of the AIS. Due to these changes, revised translators have been developed based on the CISS data bases. Wang (in press) examined alternate methods of developing KABCO-to-MAIS translators based on 2000-2015 CDS and on 2017-2019 CISS. These translators were designed to control for significant changes in CDS over the years and for changes in design from CDS to CISS.[32] These changes included revisions to the AIS and changes to the scope of injury reporting. These hybrid translators were designed to reflect current CISS relationships while linking relationships between non-CISS cases to those found in the previous data bases. This approach was established for vehicle occupants, but an exception was made for non-occupants such as motorcyclists, pedestrians, and bicyclists. There are no nonoccupants in CISS. Therefore, the only available translator estimates were the original translators based on 1982-1986 NASS data.

Seat belt use can influence injury reporting significantly in a number of ways. It changes the nature of injuries by preventing many more visible injuries (such as head/face contact with the windshield) but replaces them with often less visible (and also typically less serious) abdominal injuries such as bruising caused by pressure from the belt across the torso. This can influence the relationship between the KABCO reported injury severity and the corresponding MAIS injury level. For this reason, separate translators were developed for occupants based on belt use status.

The translators used in this report are presented in Tables C-1-3 below. In addition, Tables C-4 and C-5 provide translators that can be used when addressing all CISS equivalent cases as a group, and all crashes, regardless of their relationship to CISS respectively. The translator in Table C-5 would be applicable to universal KABCO crash counts that don't discriminate by occupant status or belt use.

---

[32] For further discussion of the development of these translators see Chapter 2 Nonfatal Police-Reported Injuries. Translators. Table C-1, C-2, C-4, and C-5 were derived from Translator 5 described in Table 2-3. Translator C-3 is derived from the Current translator basis noted in Table 2-3

*Appendix Table C-.1 Non-CISS Occupants, Unbelted*

| MAIS | O<br>No Injury | C<br>Possible Injury | B<br>Non-Incapacitating Injury | A<br>Incapacitating Injury | Injured Severity Unk |
|---|---|---|---|---|---|
| 0 | 0.9693 | 0.4970 | 0.1919 | 0.1651 | 0.5433 |
| 1 | 0.0296 | 0.4488 | 0.7093 | 0.4286 | 0.4296 |
| 2 | 0.0011 | 0.0458 | 0.0873 | 0.2395 | 0.0271 |
| 3 | 0.0000 | 0.0082 | 0.0072 | 0.1195 | 0.0000 |
| 4 | 0.0000 | 0.0000 | 0.0018 | 0.0287 | 0.0000 |
| 5 | 0.0000 | 0.0001 | 0.0000 | 0.0140 | 0.0000 |
| 7 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Fatality | 0.0000 | 0.0000 | 0.0024 | 0.0046 | 0.0000 |
| Total | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |

*Appendix Table C-2. Non-CISS Occupants, Belted*

| MAIS | O<br>No Injury | C<br>Possible Injury | B<br>Non-Incapacitating Injury | A<br>Incapacitating Injury | Injured Severity Unk |
|---|---|---|---|---|---|
| 0 | 0.9618 | 0.5384 | 0.3455 | 0.3411 | 0.9143 |
| 1 | 0.0376 | 0.4266 | 0.6161 | 0.3349 | 0.0642 |
| 2 | 0.0005 | 0.0154 | 0.0232 | 0.2253 | 0.0155 |
| 3 | 0.0000 | 0.0192 | 0.0127 | 0.0856 | 0.0059 |
| 4 | 0.0000 | 0.0003 | 0.0024 | 0.0131 | 0.0000 |
| 5 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 7 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Fatality | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Total | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |

*Appendix Table C-3. Non-CISS, Nonoccupants/Motorcyclists*

| MAIS | O<br>No Injury | C<br>Possible Injury | B<br>Non-Incapacitating Injury | A<br>Incapacitating Injury | Injured Severity Unknown |
|---|---|---|---|---|---|
| 0 | 0.7370 | 0.1057 | 0.0221 | 0.0060 | 0.0254 |
| 1 | 0.2359 | 0.7397 | 0.7456 | 0.3196 | 0.6788 |
| 2 | 0.0220 | 0.1185 | 0.1685 | 0.3144 | 0.2167 |
| 3 | 0.0048 | 0.0319 | 0.0598 | 0.2861 | 0.0572 |
| 4 | 0.0004 | 0.0032 | 0.0027 | 0.0349 | 0.0029 |
| 5 | 0.0000 | 0.0010 | 0.0005 | 0.0259 | 0.0026 |
| Fatal | 0.0000 | 0.0000 | 0.0008 | 0.0132 | 0.0165 |
| Total | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |

*Appendix Table C-4. CISS Equivalent cases*

| MAIS | O<br>No Injury | C<br>Possible Injury | B<br>Non-Incapacitating Injury | A<br>Incapacitating Injury | Injured Severity Unk |
|---|---|---|---|---|---|
| 0 | 0.8623 | 0.3391 | 0.1156 | 0.0559 | 0.4268 |
| 1 | 0.1325 | 0.5705 | 0.6956 | 0.3215 | 0.4684 |
| 2 | 0.0048 | 0.0668 | 0.1414 | 0.3082 | 0.0698 |
| 3 | 0.0004 | 0.0209 | 0.0402 | 0.2305 | 0.0292 |
| 4 | 0.0000 | 0.0022 | 0.0060 | 0.0507 | 0.0058 |
| 5 | 0.0000 | 0.0004 | 0.0003 | 0.0258 | 0.0000 |
| Fatality | 0.0000 | 0.0001 | 0.0010 | 0.0074 | 0.0000 |
| Total | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |

*Appendix Table C-5. All Crashes*

| MAIS | O<br>No Injury | C<br>Possible Injury | B<br>Non-Incapacitating Injury | A<br>Incapacitating Injury | Injured Severity Unk |
|---|---|---|---|---|---|
| 0 | 0.9313 | 0.3905 | 0.1259 | 0.0612 | 0.4638 |
| 1 | 0.0662 | 0.5299 | 0.6918 | 0.3075 | 0.4471 |
| 2 | 0.0024 | 0.0590 | 0.1362 | 0.3015 | 0.0604 |
| 3 | 0.0001 | 0.0186 | 0.0394 | 0.2482 | 0.0244 |
| 4 | 0.0000 | 0.0016 | 0.0054 | 0.0477 | 0.0044 |
| 5 | 0.0000 | 0.0004 | 0.0002 | 0.0266 | 0.0000 |
| Fatal | 0.0000 | 0.0001 | 0.0011 | 0.0073 | 0.0000 |
| Total | 1.0000 | 1.0000 | 1.0000 | 1.0000 | 1.0000 |

**Appendix D:   KABCO Unit Costs**

Police reports are generally coded using a generalized injury severity estimate commonly known as the KABCO scale. Within this scale, injuries are typically coded under one of the following categories:

K = Killed

A = incapacitating injury

B = non-incapacitating injury

C= complaint of pain

O = No injury

ISU = Injured, Severity Unknown

This very general scale is used by police officers on the scene and represents their judgment regarding injury severity. While police do their best to accurately judge each case, they do not have the training or diagnostic skills or equipment to determine more precise estimates of actual injury. As noted elsewhere in this report, translators developed from data systems that collected both KABCO and MAIS injury severities indicate that KABCO ratings are not very meaningful. Large numbers of crash victims are miscoded regarding their actual injury levels, with many people coded as A – incapacitating injury actually being uninjured and many coded as uninjured actually experiencing injuries. For this reason, we believe that analysis of motor vehicle injuries is more meaningful when injuries are first expressed, either directly or through a translator, using the AIS. Nonetheless, we recognize that in many cases police-reported data will be used directly with KABCO designations. For this reason, we have supplied a KABCO based unit cost table in this appendix. Note that there is a QALY value associated with O category KABCO injuries. This reflects the fact that many O injuries are actually injured based on the AIS rating.

*Appendix Table D-1. KABCO INJURY UNIT COSTS*

|  | O | C | B | A | K | ISU |
|---|---|---|---|---|---|---|
| **Medical** | $433 | $3,754 | $6,889 | $36,946 | $17,289 | $4,654 |
| **EMS** | $38 | $90 | $129 | $280 | $1,060 | $90 |
| **Market** | $502 | $4,873 | $9,292 | $45,671 | $1,010,970 | $6,203 |
| **Household** | $234 | $1,998 | $3,837 | $19,799 | $367,148 | $2,620 |
| **Insurance** | $584 | $2,374 | $3,886 | $12,137 | $36,245 | $2,559 |
| **Workplace** | $76 | $163 | $263 | $1,367 | $13,589 | $210 |
| **Legal Costs** | $155 | $1,461 | $2,757 | $14,118 | $138,025 | $1,853 |
| **Subtotal** | $2,021 | $14,714 | $27,053 | $130,320 | $1,584,326 | $18,190 |
| **Congestion** | $1,041 | $1,148 | $1,218 | $1,381 | $7,133 | $1,136 |
| **Property Damage** | $3,129 | $6,797 | $8,924 | $11,652 | $15,185 | $6,169 |
| **Subtotal** | $4,170 | $7,945 | $10,142 | $13,033 | $22,318 | $7,306 |
| **Total** | $6,191 | $22,659 | $37,195 | $143,352 | $1,606,644 | $25,495 |

|  | O | C | B | A | K | ISU |
|---|---|---|---|---|---|---|
| **QALYs** | $8,922 | $86,495 | $162,619 | $776,387 | $9,651,851 | $107,575 |
| **Total** | $15,113 | $109,154 | $199,814 | $919,740 | $11,258,495 | $133,071 |

Note that these KABCO unit costs were derived using the same set of translators and KABCO incidence counts used in this report. The results are thus reasonably consistent with this report's findings. However, should different translators be used for other specialized studies of crash type or vehicle type subsets, these cost estimates might not be consistent with the profile of injuries found in those subsets.

**Appendix E:   Estimating the Cost of Motor Vehicle Injuries in the United States From Health Care Files Data**

The medical and work-loss costs of each injury were estimated for each crash injury patient in the 2013 and 2014 Healthcare Cost and Utilization Program National Inpatient Sample and Nationwide Emergency Department Sample. The 2013-14 NIS and NEDS also served as the basis for the estimation of lifetime work loss costs, supplemented by information from Finkelstein et al. (2006).

NIS and NEDS differ in their sample design. The NIS is drawn from all States participating in HCUP, covering more than 97 percent of the U.S. population. In 2018 NIS sampled one in five discharges from each of the 4,550 community hospitals (including trauma centers) in the District of Columbia and 47 States. That sampling added Alaska, Delaware, and Mississippi to the States NIS covered in 2014. The only States it did not cover were Alabama and Idaho, which do not have hospital discharge census systems, and New Hampshire. The NIS excludes Indian Health Service, Veterans Administration, rehabilitation, and long-term acute care hospitals. Although NEDS also provides about a 20 percent sample, its data on emergency department visits are a heavily stratified sample drawn just from 990 hospitals located in 36 States and the District of Columbia (Agency for Healthcare Research and Quality, 2022). To avoid double counting, incidence counts excluded fatal cases from NIS and NEDS, transfers from another hospital from NIS, and visits that result in inpatient admission from NEDS. Medical costs for fatalities were tabulated separated as explained below.

NIS records length of stay and acute care facility charges (except that Kaiser hospitals and Shriner's burn centers do not charge patients). NEDS provides a spottier record of facility charges. Neither dataset records medical professional fees associated with a visit. Because the relation between charges and costs varies widely between hospitals, HCUP provides hospital-specific cost-to-charge ratios that we used to convert its charge data to costs.

Data by detailed diagnosis from two CDC reports (Finkelstein et al., 2006; Lawrence & Miller, 2014) provided (1) multipliers that allowed addition of professional fees and post-discharge costs to the inpatient costs and (2) cost estimates for the ED cases. Those cost factors were developed for detailed diagnoses coded in the Clinical Modification of the 9th Edition of the International Classification of Diseases (ICD-9-CM) (CDC, 2022). Unfortunately, the United States stopped using that coding system partway through 2015. Hence our injury costs could only be computed or 2013-2014 or earlier incidents.

For incident counts, we instead relied on 2018 data coded in ICD-10-CM. A major advantage of ICD-10-CM is clear designation of which admissions represent first treatment visits. As described in Chapter 2, AIS-2008 scores were assigned to each HCUP diagnosis using a AAAM mapping supplemented by an artificial intelligence assignment of scores for traumatic brain injury. Software assignment based on diagnoses is less accurate than actual patent scoring or AIS assignment based on chart review, but chart-reviewed patient scores are neither performed on most patients nor recorded in nationally representative datasets if performed.

From the costed 2013-14 NIS and NEDS, we selected the acute injury cases that were cause-coded as unintentional motor vehicle traffic crashes.

## Year of Dollars, Inflator Series, and Discount Rate

All costs are reported in 2019 dollars. Individual cost elements used in developing the cost module came from datasets belonging to different time periods and were inflated to 2019 dollars. Health care costs in earlier year's dollars were inflated using the medical care component of the

Consumer Price Index (CPI−Medical). Work loss costs were inflated using the index that DoT uses for inflating the value of a statistical life: CPI × ECI $^{0.55}$, where CPI is the consumer price index, ECI is the employment cost index, and 0.55 is the estimated income elasticity. Work-loss costs more than one year post-injury were discounted to present value using the 3-percent discount rate recommended by the Panel on Cost- Effectiveness in Health and Medicine (Gold et al., 1996) and by Haddix et al. (2003). For sensitivity analysis, we also estimated costs using alternative discount rates of 0 percent, 2 percent, 4 percent and 7 percent.

## Lifetime Medical Costs of Injuries

For some injuries, medical treatment and corresponding costs may persist for years or even decades after the initial injury. The medical costs presented in this study include costs associated with treatment for physical injuries only, as data required to estimate costs for mental health and psychological treatment were not available.

### *Fatal Injuries*

Fatal medical costs were calculated using costs per case by place of death from Finkelstein et al. (2006), expanded to include deaths in hospice. Costs were computed separately for six different places of death identified in the 2019 NVSS data.

On-scene/at home

Dead on arrival at a hospital (DOA)

In a hospital emergency department (ED).

In a hospital after inpatient admission

In a nursing home

In a hospice

The medical costs incurred, depending on the place of death, might include charges for coroner/medical examiner, emergency medical transport, ED visit, and stays in a hospital, nursing home, or hospice. Table E-1 summarizes the components included for each place of death.

*Appendix Table E-1. Data and Methods for Estimating Medical Costs of Fatal Injuries*

| Place of Death | Cost Categories | Description, Unit Cost (2010 $) | Source of Data |
|---|---|---|---|
| On scene/at home | Coroner/ME (C/ME) | $50 admin, plus $1,742 if autopsy (C/ME) | Hickman et al. (2007) (C/ME) |
| Dead on arrival (DOA) at hospital | C/ME + Transport (T) | $50 +$1,742 (C/ME) + $550 (T) | Median cost of ambulance transport from 2012 GAO survey (T) |
| In ED | C/ME + T + ED | $50 +$1,742 (C/ME) + $550 (T) + $6,571 avg. cost for motor vehicle crash fatalities in ED (ED) | ED from Peterson et al. (2021), built from 2014-15 HCUP data. |

| Place of Death | Cost Categories | Description, Unit Cost (2010 $) | Source of Data |
|---|---|---|---|
| In hospital after admission | C/ME + T + Fatal inpatient total (FIT) | $50+$1,742 (C/ME) + $550 (T) + $50,295 avg. cost for or motor vehicle crash inpatient fatalities hospital (FIT) | FIT from ED from Peterson et al. (2021), built from 2014-15 HCUP data |
| In nursing home | C/ME + 2×T + Non-fatal inpatient total (NIT) + Cost of nursing home stay ending in death (NH) | $50+$1,742 (C/ME) + $1100 (2×T) + Avg. inpatient costs for discharges to NH by diagnosis and mechanism (NIT) + Avg. days in NH by body region × $231 cost/day (NH) | 2008 HCUP-NIS and 1996–97 MarketScan data (NIT), days in NH estimated from 2004 National Nursing Home Survey (NH),(Jones et al. 2009) cost/day from Mertropolitan Life (2012) Cost of Care Survey (LifePlans 2012) |
| In hospice | C/ME + 2×T + Non-fatal inpatient total (NIT) + Cost of hospice stay ending in death (HSP) | $50+$1,742 (C/ME) + $1100 (2×T) + Avg. inpatient costs for discharges to hospice by mechanism and body region (NIT) + $12,421 (HSP) | 2008 HCUP-NIS and 1996–97 MarketScan data (NIT), National Hospice and Palliative Care Organization, 2020 (HSP) |

All fatalities were assigned coroner/medical examiner costs—a $50 administrative fee, plus an additional $1,742 if an autopsy was performed, as indicated by the NVSS autopsy variable. For cases where this variable was missing, we used autopsy probabilities by external cause group (46.0% for motor vehicle deaths) based on Hoyert.[33] We estimated the coroner costs from Hickman et al. (2007). This survey-based document provides the costs and workload of all U.S. medical examiner and coroner offices except in Louisiana. We calculated the $1,742 cost per accepted fatality under the arbitrary assumption that 5 percent of the office budget is used to determine which cases to accept, keep records about those determinations, and handle public relations and education requests unrelated to specific deaths.

DOAs and all deaths in the hospital, whether in the ED or as an inpatient, also received the cost of a one-way transport, which was based on average ambulance transport costs for injured patients in the 1999 Medicare 5 percent sample. Deaths in nursing homes or hospice were assigned the cost of two emergency transports—one from the scene to the hospital, and a second from the hospital to the facility where death eventually occurred. (This component is described in greater detail below, in the section on medical costs of hospital-admitted injuries.)

For deaths in the ED and as hospital inpatients, we used average medical payments per motor vehicle crash death in these setting from a 2021 CDC publication (Peterson, Xu, & Florence,

---

[33] Unpublished supplemental table accompanying Donna L. Hoyert's *The Changing Profile of Autopsied Deaths in the United States, 1972–2007*. (NCHS Data Brief No. 67). National Center for Health Statistics.

2021). Their costing started from the charges on the 10/2014-9/2015 HCUP NIS and NEDS for hospital inpatient admissions and ED visits where the patient died in the hospital. For each case, the facility cost was estimated by multiplying the hospital charge times a facility-specific cost-to-charge ratio. By service (inpatient versus ED), this product, in turn, was multiplied times another factor to account for non-facility services—i.e., professional services used while in the hospital yet not included in the admissions billing (e.g., surgeon, anesthesia, physical therapy). These non-facility factors were based on 2004-2012 Truven Health MarketScan data. The HCUP-NIS cost estimate for each admission was multiplied times the ratio for the corresponding body region to yield estimated total inpatient costs for each injury admission in the HCUP-NIS. The non-facility costs of nonfatal hospital admissions were estimated using this same approach (see below).

Deaths in a nursing home or hospice were assumed to be preceded by a stay in an acute care hospital. The method described in the previous paragraph was used to estimate hospital costs for each patient in the 2008 HCUP-NIS who was discharged to a hospice (3,336 cases) and each patient who was discharged to a nursing home following a severe (AIS≥4) injury (4,327 cases). Because of the small samples, fewer diagnosis/mechanism groups were used than for deaths in hospital, and there was no age breakdown. This cost was added to the usual coroner cost plus twice the usual emergency transport cost. Patients who died in a nursing home or hospice were assumed to have been transported by ambulance twice— first to the hospital, and then to the nursing home or hospice. The final component of medical costs for these deaths was the cost of the terminal stay in the nursing home or hospice.

For deaths in a nursing home, the cost of the nursing home stay was calculated as cost per day times the length of stay (LoS) in the nursing home. The average cost per day of nursing home care was taken from the Metropolitan Life Insurance 2012 Market Survey of Long Term Care Costs (LifePlans, Inc. 2012) and inflated to 2019 dollars. The average LoS in a nursing home was estimated by body region injured (head or neck, trunk, upper limb, hip, upper leg or knee, lower leg or foot, other) from 1,234 resident cases with an admitting diagnosis of injury from the 2004 National Nursing Home Survey (NNHS) (Jones et al., 2009). Since the NNHS is based on a survey of residents rather than discharge data, it did not allow us to identify patients whose stay ended in death. Moreover, it provided only the LoS as of the survey date, not the final LoS. To estimate the average complete LoS, we assumed that each surveyed resident represented a nursing home bed that was always filled with a patient identical to the survey respondent. We further assumed that each patient was surveyed at the midpoint of the nursing home stay, unless this would have resulted in a LoS of less than 13 days, which we imposed as a minimum, based on sensitivity analysis of the nursing home data. This allowed us to account for the many residents with a short LoS who would have passed through the nursing home before and after the survey date while residents with a longer LoS remained.

The cost of a terminal hospice stay came from the annual survey by the National Hospice and Palliative Care Organization (2020).

For all deaths involving medical treatment, based on payer distributions for injury deaths in the 2013 NIS and NEDS, we applied ratios of claims processing expenses to claims payments drawn from the 2013 National Health Expenditure Accounts (Centers for Medicare & Medicaid Services, 2021).

These costing methods were applied to the deaths in the 2008 NVSS data at the case level using the place of death variable, which specifies where the death occurred, to produce the fatal medical costs.

### Hospitalized Injuries

The hospitalized injury costing methods in Finkelstein et al. (2006) were applied to 2008 acute care costs. An overview of the approach is presented in Table E-2. The details are provided in the following sections.

*Appendix Table E-2. Data and Methods for Estimating Medical Costs of Nonfatal Injuries Requiring Hospitalization*

| Cost Category | Description, Unit Cost (2010 $) | Source/Notes |
|---|---|---|
| Facilities component of inpatient stay | Inpatient facility charges for the case multiplied by inpatient cost-to-charge ratio for the facility | 2013-14 NIS for charges; cost-to-charge ratios from AHRQ |
| Non-facilities component of inpatient stay | Estimated by comparing ratio of total costs to facilities costs by Barell body part | 2010-11 MarketScan commercial claims data |
| Hospital readmissions | Readmission rates by age group and Barell diagnosis group | 2007 SID analysis, reported by Zaloshnja et al. (2011) |
| Short- to medium- term follow-up costs | Estimated as the ratio of total costs in months 1–18 (on average) to total inpatient costs by 16 diagnosis groups, excluding costs of readmission in the first 6 months | 1996–99 MEPS |
| Follow-up costs beyond 18 months, up to 7 years | Estimated using ratios of total lifetime costs to 18-month costs for 17 diagnosis groups | 1979–88 Detailed Claim Information (DCI) data from workers' compensation claims |
| Long-term costs beyond 7 years for SCI and TBI | SCI: All post-discharge costs were recomputed using the ratio of pre-to post-discharge costs TBI: Post-7-year costs estimated at 75 percent of SCI costs | 1986 survey data reported in Berkowitz et al. (1990) |
| Hospital rehabilitation costs | Probabilities and average costs of rehabilitation estimated for 11 injury diagnosis groups | Probabilities from 1997 CA, MD, & PA hospital data; costs estimated using Prospective Payment System reimbursement amounts, as reported in Miller et al. (2006) |
| Nursing home costs | Cost/day in NH ($208) times estimated average length of stay by 7 body regions for patients discharged to NH | Cost/day from Metropolitan Life (2012) Cost of Care Survey (LifePlans,2012); length of stay estimated from 2004 National Nursing Home Survey (Jones et al., 2009) |
| Transport | Half of admissions assumed to have transport costs of $550 | Median cost of ambulance transport from 2012 GAO survey |

| Cost Category | Description, Unit Cost (2010 $) | Source/Notes |
|---|---|---|
| Claims administration | Sum of all costs above is multiplied times payer-specific 2015 ratio of insurance and claims administration expenditures to personal health care expenditures | 2015 National Health Expenditure Accounts (Centers for Medicare & Medicaid Services, 2021) |

## Total inpatient costs (facility and non-facility)

The 2013-14 NIS included the inpatient facility charge for each admission. For each record in the NIS, this charge was multiplied times the 2013-4 cost-to-charge ratios computed by AHRQ from Medicare's mandatory cost reporting. These ratios typically are hospital specific for almost two-thirds of the acute injury records in the NIS. For hospitals whose facility-specific ratio could not be calculated, a weighted group average ratio specific to the hospital's State, ownership, urban/rural location, and number of beds was used as recommended by AHRQ (Friedman et al., 2002). For Kaiser hospitals in California, which do not report charges, we computed the average facility cost by sampling stratum and diagnosis for hospitals in Census Division 9 in the 2013-14 NIS. These estimates of facility costs for each hospital admission were then multiplied times a ratio of total inpatient costs to facility costs to obtain the total cost of the admission, including non-facility costs, i.e., payments to professionals such as surgeons, anesthesiologists, and therapists who bill separately from the hospital itself. This factor is discussed in detail above, in the paragraph on medical costs of deaths in hospital.

In order to account for follow-up admissions, we used readmission rates based on HCUP's 2007 State Inpatient Databases (SID) from 13 States (Arizona, California, Florida, Missouri, Nebraska, New Hampshire, Nevada, New York, North Carolina, South Carolina, Tennessee, Utah, and Washington), as reported by Zaloshnja et al. (2011). The SID covers all inpatient stays in participating States. In 2007, AHRQ tracked revisits for inpatients in these 13 States, providing a rare look at follow-up hospitalizations. Zaloshnja et al. computed readmission rates by Barell nature of injury and body part and age group (0–14, 15–29, 30–74, 75+). Readmission rates averaged 4.3 percent but ranged as high as 21 percent (for hip fractures, ages 75+). We assumed that, on average, follow-up admissions have the same costs as initial admissions. (We were forced to make this assumption because the 2013-14 NIS did not allow us to distinguish initial from follow-up admissions with any precision.) We divided the total inpatient cost of each case by (1−r), where r is the readmission rate, to factor up hospital costs for readmissions.

Short- to medium-term follow-up costs: To develop estimates of short- to medium-term costs for injuries requiring an inpatient admission, Finkelstein et al. (2006) multiplied total inpatient costs for each record in HCUP-NIS/Marketscan  (as derived above) times the ratio of all costs in the first 18 months after injury, on average, (including costs for inpatient services, ED visits, ambulatory care, prescription drugs, home health care, vision aids, dental visits, and medical devices) to the total inpatient costs (including initial admissions and readmissions) for injury by diagnosis and mechanism of injury. These ratios were derived from 1996–99 MEPS data. MEPS is a nationally representative survey of the civilian non-institutionalized population that quantifies individuals' use of health services and corresponding medical expenditures for two consecutive years following enrollment. Because the MEPS analysis was limited to injuries of admitted patients with at least 12 months of follow-up and the MEPS data include costs for up to

24 months, the MEPS sample captures injuries with an average of 18 months of post-injury treatment.

Although MEPS is the best source of available data for capturing nationally representative injury costs across treatment settings (e.g., hospitals, physician's office, pharmacy), even after pooling four years of data the sample size for many injuries with low incidence rates was small. Therefore, to obtain robust direct cost estimates, injuries were collapsed into broad categories prior to quantifying average costs. Records were collapsed into ICD-9 diagnosis groupings based on the following guidelines (in priority order).

1. Groupings must be comprehensive, covering all injury diagnoses (including those for which MEPS lacks cases).
2. Groupings need to balance the goals of diagnosis-level detail and reasonable cell sizes. In some instances, cell samples as small as 5 were accepted in order to avoid combining radically dissimilar diagnoses into a single group.
3. Groupings should be similar, either in nature of injury (e.g., sprain, fracture) or in body region, if not in both.
4. Total injury costs (or the ratio of total injury costs to hospitalization costs for admitted injuries) should be similar in magnitude across diagnoses within each grouping.

Using the MEPS data grouped according to these criteria, we calculated the average ratio of 18-month costs to total inpatient costs (including inpatient facility and non-facility fees) for 15 injury-specific diagnosis groups, ranging in size from 5 to 61 unweighted cases. The ratios ranged from 1.02 to 2.12, with an overall average of 1.26 (see Supplement, Table A). The ratios were then multiplied times the corresponding inpatient cost estimates detailed in the preceding section to arrive at 18-month costs for injuries requiring an inpatient admission.

Long-term follow-up costs. While short- to medium-term costs capture the majority of costs for most injuries, some injuries continue to require treatment and costs beyond 18 months. Rice et al. (1989) estimated long-term medical costs from costs in the first six months using multipliers derived from longitudinal 1979–88 DCI data on 463,174 workers' compensation claims spread across 16 States. The DCI file was unique: nothing similar in size, geographic spread, and duration has become available subsequently. Because occupational injury includes a full spectrum of external causes (e.g., motor vehicle crash, violence, fall), the DCI data by diagnosis presumably captured the medical spending pattern for an injury to a working-age adult reasonably accurately. Their applicability to childhood injuries was questionable. To address this concern, Miller, Romano, and Spicer (2000) analyzed the 30-month cost patterns (long-term costs were not available) of adult versus child injury using 1987–89 MarketScan data on private health insurance claims. They found that the ratios of 30-month costs to initial hospitalization costs for children's episodes by diagnosis did not differ significantly from the comparable ratios for adults. By diagnosis, the ratios for children ranged from 95 percent to 105 percent of the ratios for adults. Thus, it is reasonable to apply the DCI estimates to childhood injury cases.

Costs beyond 18 months were not inconsequential for some injuries. For lack of a better alternative, following Finkelstein et al. (Finkelstein et al., 2006), we used ratios computed from the DCI expenditure patterns to adjust estimates of costs in the first 18 months to arrive at estimates of the total medical costs (including long-term) associated with injuries. This method implicitly assumed that while treatment costs varied over time, the ratio of lifetime costs to 18-month costs had remained constant between the time the DCI data were reported and 2009. The

18-month cost estimates from the previous section were multiplied times the ratio of lifetime costs to the costs in months 1–18 by Barell nature of injury (fracture, other) and body region. Although the DCI ratios varied by injury diagnosis, on average, at a 3-percent discount rate, 77 percent of the costs for admitted cases were incurred in months 1–18 (Miller et al., 2000a). The average long-term multiplier for admitted cases was 1.30.

Long-term costs of SCI and TBI: These estimates incorporate long-term SCI and TBI costs from Berkowitz et al. (1990). For several types of injuries, and especially for SCI and TBI, a substantial portion of the total medical costs occur more than 7 years after the injury is sustained. For severe SCI (i.e., quadriplegia or paraplegia), the ratio of lifetime costs to costs of the initial admission (including emergency transport) was used to factor up the cost of the initial admission. Ratios were computed separately for complete quadriplegia, partial quadriplegia, complete paraplegia, and partial paraplegia, as inferred from the primary injury diagnosis. (This special procedure for severe SCI cases bypasses the medium- and long-term cost methods described in previous sections.) This ratio was generated from data collected by Berkowitz et al. (1990), who surveyed a nationally representative sample of SCI survivors and their families in 1986 and collected data on 758 SCI victims, including those residing in institutions, those living at home, and those in independent living centers. The respondents (victims, families, or guardians) provided details of care payments during the past year, including payments for medical, hospital, prescription, vocational rehabilitation, durable medical equipment, environmental modification, personal assistant, and custodial care. The long-term cost estimates for SCI rely on the assumption that the now-dated Berkowitz data on medical costs by year post-injury mirror the expected lifetime costs for recent SCI victims.

Quantifying long-term costs for TBI is more problematic. Most TBI programs do not have longitudinal data on TBI costs. However, Miller et al. (2004) estimated inpatient rehabilitation costs by diagnosis group, including SCI and TBI, finding that among patients receiving rehabilitation, the cost per case for TBI averaged 75 percent of the cost for SCI. TBI patients, however, were far less likely to receive inpatient rehabilitation (6% versus 31%). Finkelstein et al. (2006) assumed the TBI patients who received inpatient rehabilitation would follow the same cost pattern more than 7 years post-injury as the SCI patients, but with costs equal to 75 percent of SCI levels. Again using the Berkowitz data, we estimated that, at a 3-percent discount rate, 46.92 percent of the medical costs of TBI are incurred in the first 7 years. Therefore, we divided the seven-year costs by this percentage to arrive at lifetime medical costs of TBI. As with other long-term costs, we replicated this process for other discount rates to facilitate sensitivity analysis.

For very severe burns, amputations, and other non-SCI, non-TBI injuries requiring lifetime medical care, lack of available data will bias our lifetime cost estimates downwards.

Inpatient rehabilitation costs: Costs of inpatient rehabilitation were estimated using direct costs developed for 11 injury diagnosis groups by Miller et al. (2004). These costs came from the Health Care Financing Administration (HCFA, now the Center for Medicare and Medicaid Services) Prospective Payment System (PPS) reimbursement schedule that governs payments for all U.S. inpatient rehabilitation including professional fees. Miller et al. (2004) used PPS data on lengths of stay and cost per day to develop direct cost estimates of rehabilitative treatment. They used data from California, Maryland, and Pennsylvania hospital discharge systems to compute the probability of rehabilitation for each PPS diagnosis and mechanism group. The product of the

probability of rehabilitation and the direct cost estimate of rehabilitation developed by Miller et al. (2004) were added to the HCUP- NIS/Marketscan-based cost estimates.

Transport costs: None of the data sets and analyses of nonfatal hospitalized injuries described above include transportation costs. To measure transportation costs to the hospital, we drew on a 2012 GAO survey of ambulance providers. GAO found that the median cost of ground ambulance providers in 2010 was $550 per transport (inflated to 2018 dollars). We used this cost for fatal, hospital-admitted, and ED-treated injuries. It should be conservative because (1) the distribution of ambulance costs is skewed, so the mean would be greater than the median; and (2) this "cost" estimate did not cover ambulance providers' full costs—it left them with an average loss of 1 percent, which Medicare alleviated by "add-on payments" of $35 per transport. Since there was no way to identify which inpatients were transported by ambulance, following Finkelstein et al. (2006), we assumed that half of hospital admissions involved ambulance transport and added half of the $550 median cost to every case.

The assumed 50 percent transport rate may be conservative. The National Pediatric Trauma Registry, which captures admitted serious injuries, showed that from April 1, 1994, to November 5, 2001, some 58.4 percent of 48,288 pediatric patients arrived by ambulance (National Pediatric Trauma Registry, 2002).

Claims administration: To estimate the claims processing expenses incurred by private insurers and government payers like Medicare and Medicaid, we drew on the 2015 National Health Expenditure Accounts (Centers for Medicare & Medicaid Services, 2021). ) Using data from 2014 we computed the ratio of total administration and total net cost of health insurance expenditures to personal health care by source of payment: Medicare (6.52%), Medicaid (11.29%), private insurance (14.26%), self-pay (0%), and other (5.2%). The overall mean was 8.66 percent. While the NHEA would have permitted ratios to be calculated for additional payer categories, the uniform payer variable in the NIS has much less detail. Claims administration ratios of 0.00 percent were assigned to the payer categories "self-pay" and "no charge." The total of all preceding costs was multiplied times the payer-specific ratio to produce the estimate of claims administration expenditures.

### Injuries Treated in an Emergency Department

Table E-3 summarizes the approach for quantifying costs of nonfatal injuries treated in EDs and released without inpatient admission.

*Appendix Table E-3. Data and Methods for Estimating Medical Costs of Nonfatal, Non-Admitted Injuries Treated in Emergency Departments*

| Cost Category | Description, Unit Cost (2018 $) | Source/Notes |
|---|---|---|
| ED visit | Total ED payments, both facility and professional, by 3-digit ICD-9 diagnosis; differentiated by age, sex, and cause | Incidence, 2014 NEDS. Payments per nonfatal ED admission not admitted inpatient, 2010–11 MarketScan commercial outpatient services claims data |

| Cost Category | Description, Unit Cost (2018 $) | Source/Notes |
|---|---|---|
| Follow-up visits and medication, months 1–18 | Estimated as the ratio of all costs in the first 18 months after injury to costs of the initial ED visit by diagnosis grouping | 1996–99 MEPS |
| Follow-up costs beyond 18 months | Estimated using ratios of total lifetime costs to 18 month costs for 17 diagnosis groups | 1979–88 DCI)data from workers' compensation claims; adjustment factor for youth from Miller et al. (2000a) |
| Emergency transport | An assumed 50 percent of ED visits have transport costs of $550 | Median cost of ambulance transport from 2012 GAO survey |
| Claims administration | Sum of all costs above is multiplied times payer-specific 2015 ratio of insurance and claims administration expenditures to personal health care expenditures | 2015 National Health Expenditure Accounts (Centers for Medicare & Medicaid Services, 2021) |

The cost of the initial ED visit, based on claims for outpatient services in the 2010–11 MarketScan Commercial Claims and Encounters Database, was provided by CDC staff of SPEB/DARPI/NCIPC. ED visits were identified using the service category variable. The payments for all services rendered in the ED during a visit were summed, including services billed by departments other than the ED. These payments included both those for ED facility charges and those for professional fees billed separately by specialists. The mean total and facility payments per visit were computed by ICD-9-CM diagnosis. Overall, the average facility payment was $1,002 and the average total payment was $1,213. The MarketScan-based mean cost of the initial ED visit was merged onto an injury subset of the 2014 NEDS, a multi-state sample of patients treated in a hospital ED, by primary injury diagnosis. The NEDS subset was restricted to nonfatal injuries that did not result in a subsequent hospital admission.

Medical costs are known to vary by age and sex, and intentional and motor-vehicle injuries are known to result in higher medical costs than other injuries. The MarketScan- based cost estimates, however, were differentiated only by diagnosis. Therefore, we further differentiated them by age, sex, and cause of injury. For this purpose, we used ratios based on the previous generation of WISQARS medical costs for ED-treated injuries. For a given diagnosis, for each age-sex-cause cell, the old ED visit cost assigned to that cell was divided by the mean old ED visit cost for the diagnosis to produce a ratio, which was then multiplied times the MarketScan-based mean cost to produce a cost estimate tailored to the patient's age, sex, and cause of injury.

As with costs for hospitalized injuries, the cost of the initial visit was multiplied times medium-term and long-term factors to obtain lifetime costs. To account for follow-up visits and medication in the first 18 months post-injury, ratios based on 1996–99 MEPS data for 51 ICD-9-CM diagnosis groups were used. The ratios ranged from 1.02 to 5.44, with an overall average of 1.78. For follow-up costs beyond 18 months, 1979–88 DCI ratios were used. At a 3

percent discount rate, 88 percent of the costs for non-admitted cases occurred in months 1 to 18 and the average multiplier was 1.14 (Miller et al., 2000a). (More detail on these MEPS and DCI ratios can be found above, where the parallel ratios for inpatients, which come from the same sources, are described.) As with hospital costs, half of patients were assumed to receive emergency transport, so half of the $550 median cost of a one-way emergency transport was added to the medical cost of each case (see Section 3.2.7 above for details). Finally, we added payer-specific claims administration costs (see Section 3.2.8 above for details).

**Lifetime Work Losses Due to Injuries**

Injuries can result in both temporary and permanent disability. When this occurs, injury victims may lose part or all of their productivity potential. Work losses due to injury may include lost earnings and accompanying fringe benefits, plus the lost ability to perform one's normal household responsibilities. For nonfatal injuries, work losses represent the value of goods and services not produced because of injury-related illness and disability. To the degree that injuries prevent or deter individuals from producing goods and services in the marketplace, the public sector, or the household, the value of these losses is a cost borne by society.

Fatal work losses represent the value of goods and services never produced because of injury-related premature death. These work loss costs were estimated by applying expected lifetime earnings by age and sex to the all deaths from injury sustained in 2008, including an imputed value for lost household services.

Consistent with the human capital approach for quantifying the burden of injuries (Rice et al., 1989), estimates of nonfatal work losses involve applying average earnings to work-years lost and the value of housekeeping services to time lost in home production. Nonfatal injuries may result in both short-term work losses and in lifetime work losses. The latter includes the value (in 2019 $) of output lost by people disabled in later years as a result of injury sustained in 2019.

All short-term work loss estimates were inflated from Finkelstein et al. (2006). Nonfatal work losses were stratified into two categories: short-term losses, which represent lost earnings and accompanying fringe benefits and household services occurring in the first six months after an injury, and long-term losses, which represent the respective earnings and household loss occurring after six months from the time of the injury. The decision to use six months as the transition point between short-term and long-term work losses was driven by the availability of data on duration of work loss.

Because men earn higher earnings than women, even in the same job (Bureau of Labor Statistics, 2001) or for injuries with the same prevalence between men and women, the work loss estimates were greater for men. Finkelstein et al. (2006) view this as more of a shortcoming of the labor market than an inherent problem with the human capital approach. Regardless, this undervaluation of women's labor is reflected in the estimates.

***Fatal Injuries***

For someone of a given sex and age who sustained a fatal injury, Finkelstein et al. (2006) summed the sex-specific probability of surviving to each subsequent year of age times sex-specific expected earnings for someone of that age. We followed this method using an updated life table (Arias & Xu, 2019). We used this formula with money earnings data by sex and year of age derived from the March Supplement of the Current Population Survey, averaged across a full

business cycle from 2007 through 2018. We inflated all earnings figures to 2019 dollars using the Employment Cost Index–Wages & Salaries, All Civilian. We added fringe benefits of 23.588 percent of wages based on the average ratio of wage supplements to wages for 2007–18 from the national income accounts (Economic Report of the President, 2021, Table B-16). Earnings, including salary and the value of fringe benefits, at future ages were adjusted upwards to account for a historical 1 percent work growth rate (Haddix et al., 2003; Bureau of Labor Statistics, 2021 ) and then discounted to present value using a 3-percent discount rate. (For sensitivity analysis, parallel estimates were constructed using discount rates of 0 percent, 2 percent, 4 percent, and 7%).

Parallel calculations valued lost household work. Estimates of the value of household work came from Krueger and Ward (2020), which used data from the American Time Use Survey to estimate time spent on household services and the earnings of workers who perform various services that are equivalent to household production. Historically, productivity growth in household production has been negligible, so following Finkelstein et al. (2006), we did not adjust for it. We also accepted their assumption that no further productivity is lost if some survives past the age of 102.

In equation form, lifetime earnings for someone of age a and sex b (Earna,b) is computed as

$$Earn_{a,b} = \sum_{k=a}^{102} \left\{ P_{a,b}(k) \times Y_{k,b} \times \left( \frac{1+g}{1+d} \right)^{k-a} \right\}$$

where $P_{a,b}(k)$ = the probability that someone of age a and sex b will live until age k; $Y_{k,b}$ = the average value of annual earnings (including fringe benefits) or of annual household production at age k for someone of sex b; g = the productivity growth rate (0.01 for earnings, 0.00 for household production); and d is the discount rate (usually 0.03, but allowed to vary for sensitivity analysis).

These costing methods were applied to each case in the 2019 NVSS data to produce the fatal work loss costs used in our estimates.

### *Nonfatal Injuries*

For nonfatal injuries, work loss estimates included the sum of the value of wage and household work lost due to short-term disability in the acute recovery phase and of the value of wage and household work lost due to permanent or long-term disability for the subset of injuries that cause lasting impairments that restrict work choices or preclude return to work.

Short-term work losses. Finkelstein et al. (2006) quantified temporary or short-term work loss for non- fatal injuries using the approach presented in Lawrence et al. (2000). Lawrence et al. combined the probability of an injury resulting in lost workdays from 1987–96 National Health Interview Survey (NHIS) data with the mean work days lost (conditional on having missed at least one day) per injury estimated from the 1993 Annual Survey of Occupational Injury and Illness reported by the  BLS. These data were sent to the bureau by employers through a mandatory reporting system. Employers reported work loss from date of occupational injury to the end of the calendar year for a sample of approximately 600,000 injury victims. All cases reported involved at least one day of work loss beyond the date of the injury. Moreover, if a worker still was out of work at the time the employer report was due to BLS, the report would

undercount work days lost. On average, BLS work-loss reports cover six months post injury. Lawrence et al. (2000) used a Weibull regression model to estimate the total duration of work loss for cases still open at the end of the survey reporting period. These results were combined with those of the closed cases to estimate average work loss, conditional on having missed at least one day of work. These BLS-based estimates were then combined with the pooled 1987–1996 NHIS data on probability of work loss to compute mean work loss including cases without work loss. Although BLS uses a detailed two-column coding system (body part, nature of injury), Finkelstein et al. (2006) were able to map their codes to the ICD-9-CM codes.

Although the BLS data are limited to injuries that occur on the job, Finkelstein et al.'s (2006) separate analysis of 1996–99 MEPS data (based on a much smaller sample) found that the duration of work loss did not differ significantly by whether or not the injury occurred on the job. This suggested that the BLS- NHIS work loss estimates could credibly be applied to estimate work loss associated with non-work- related injuries.

Analysis of the MEPS data revealed that work loss was roughly five times longer for hospitalized injuries than for non-hospitalized injuries with work loss. Using this ratio, Finkelstein et al. (2006) decomposed work-loss durations into separate estimates for admitted and non-admitted injuries.

Averaged across all injuries (including those with no work loss), the estimated temporary work loss was 11.1 days per injury. Consistent with this estimate, Peterson, Xu, and Barnett (2021) estimate first-year work loss averaged 11.3 days in 2014-16. That estimate came from MarketScan Health and Productivity Management data on 349,785 commercially insured patients aged 18-64 treated for injury in an emergency department.

To place a monetary value on temporary wage work loss, the estimated days of work lost were multiplied times average earnings per day of work, given the victim's age and sex, from the Current Population Survey, as described above in the section about fatal injuries.

Household workdays lost were estimated as 90 percent of wage workdays lost, based on findings from an unpublished nationally representative survey on household work losses following injury (S. Marquis, the Rand Corporation, personal communication, 1992). This ratio and the value of household work by age group and sex from Krueger and Ward (2020).

Long-term work losses. Finkelstein et al. (2006) considered permanent total disability and permanent partial disability separately. For permanent total disability, the present value of age-and-sex-specific lifetime earnings and household production from the fatality analysis were multiplied times the probability of permanent total disability for each type of injury. For permanent partial disability, the earnings estimate times the probability of permanent partial disability was multiplied times an additional factor identifying the extent of disability resulting from that type of injury. The total and partial disability costs were then summed to compute the net loss of work associated with permanent disability.

The probabilities of permanent total and partial disability by diagnosis and admission status came from Miller, Pindus, et al. (1995) and were based on pooled multi-State workers' compensation data from the 1979–88 Detailed Claims Information (DCI) database of the National Council on Compensation Insurance (NCCI). The disability percentage (i.e., the average extent of disability) by diagnosis came from Lawrence et al. (2000) and was based on 1992–96 DCI data. DCI records the disability status for each sampled case. Following Rice et al.

(1989), Finkelstein et al. (2006) assumed that these probabilities do not vary according to whether the injury occurred on the job and that these probabilities have not changed significantly over time. This method also assumes that the probability that an injury (e.g., a skull fracture) will cause someone never to do wage or household work again is the same for children, adults, and the elderly (though the years of work lost obviously will vary with the age of onset) and that people will experience the same percentage reduction in household work ability that they experience in wage work ability.

To verify that the DCI data produce reasonable estimates, Finkelstein et al. (2006) conducted a literature review to compare their estimates to those from other sources. Because of the paucity of data on this subject, they identified only a few sources of published disability estimates, and these were generally dated and limited to specific populations. Based on the limited information available, the DCI data suggested similar probabilities of permanent disability to the other studies of long-term work loss. Although dated and restricted to occupational injury, the DCI data have several advantages that outweigh their disadvantages. As a result of their large sample, the DCI data can be used to compute probabilities for a far wider range of specific diagnoses than all the disability studies in the literature combined. Despite its restriction to occupational injury, the DCI sample also is more representative of the mix of injuries admitted to hospitals than the few studies in the literature, notably those which are restricted to patients triaged to trauma centers. The DCI data also are virtually the only source of information about permanent disability due to injuries not admitted to the hospital. The sample includes 318,885 medically treated, non-admitted patients with valid lost work claims in workers' compensation. Averaged across all injuries, the estimated percentage of lifetime productivity potential lost due to permanent injury-related disability was 0.26 percent per injury.

For hospital-admitted cases of traumatic brain injury (TBI), we computed modified disability probabilities using a logistic regression model developed by Selassie et al. (2008). The model took account of the severity of TBI (as per the Barell matrix, which distinguishes three types of TBI), the presence of comorbid conditions, whether the patient was transferred from the initial acute care hospital to another medical facility, and the patient's age and sex. This new disability probability was then decomposed into separate probabilities of total and partial disability according to the total/partial ratio of the old disability probabilities. In cases where the TBI diagnosis was a secondary diagnosis, the new probability was kept only if it exceeded the old probability based on the non-TBI primary injury diagnosis.

Calculating total work loss costs. The work loss costs were computed as described for all nonfatal acute injury cases in the 2013-14 NIS and NEDS. Short- and long-term costs were summed to compute total work loss costs.

## Limitations Methods for Medical and Work Loss Estimates

These cost estimates are subject to several limitations. First, the estimates focus exclusively on medical costs and work loss costs. They do not include costs due to psychological treatment, e.g., for post-traumatic stress disorder.

Second, a major limitation was the requirement to use data from a multitude of sources. Although these were the best available data at the time of the analysis, some sources are old, others are based on non- representative samples, and all are subject to reporting and measurement error. These factors may have incorporated significant bias into the cost estimates.

The costing approach was designed to minimize the potential bias. More current and nationally representative data would have been preferable but were not available.

Third, combining factors from data sets (typically with only published mean estimates available) and unavoidable assumptions about data sets being representative make it impossible to estimate definitive confidence intervals around the cost estimates. The variance we calculated around the medical costs, market wage loss, household work loss, quality-of-life, and QALYs captured only a portion of the variation. The costs or losses for a given injured person came from an economic formula that uses mean values of cost components to calculate the cost estimate for the injured person. For example, work loss for a person's broken finger is calculated as mean daily earnings for someone of their age and sex times mean days of work lost to a broken finger. Although each of those means has a variance, we do not have access to that variance information. Thus, we were unable to carry the variance around each item in the cost calculation for an individual into the calculation of variance for mean costs. The variance information we present captures only the variability among the costs of a class of injuries (e.g., hospital-admitted MAIS1 injuries) across a variety of detailed diagnoses and age group/sex categories.

The methods for estimating work loss costs had many additional limitations. Because women, the elderly, and children have lower average earnings, the human capital approach probably undervalued injuries to these groups relative to working-age males. The approach also placed lower values on the work of full-time homemakers than the work of people participating in the labor market, which further depressed the value placed on women's losses relative to men's losses. It also undervalued disability among those of retirement age, and did not value temporary disability among children, as they had not yet entered the labor force. Discounting future work losses to present value meant that the loss of a lifetime of work by a 2-year-old was considered equivalent to loss of a lifetime of work by a 43-year-old. Although the child loses many more years of work, those years are far in the future and heavily discounted. The work loss cost calculations were also based on a year 2018 life table, which essentially assumed that life expectancy would have remained constant over each person's expected lifespan absent injury. Moreover, victims of serious and fatal injury may tend to be risk-takers (for example, thrill-seekers, heavy drinkers, or drug abusers) whose life expectancy may be shorter than for the average population, which would overestimate the losses. As noted above, some of the estimates are computed using fairly dated data that are based on a working population. Additionally, the estimates excluded some work losses by people other than the injured person, notably by family and friends caring for the injured. All these limitations suggest that the costs and especially the available standard error information should be interpreted with caution.

### *Adjustment to MAIS1 Costs to Account for Injuries Not Treated at Hospitals*

The methods above explain how the costs of nonfatal injuries treated in hospitals were calculated. Not surprisingly. subtracting the hospital-based crash injury counts from the overall incident counts including injuries in unreported crashes reveals that many people with only MAIS1 injuries are not treated in hospital ED or inpatient settings. This section analyzes the incidence of those injuries and adjusts the costs per MAIS1 injury to account for them.

Incidence. An estimated 3,875,265 people suffered crash injuries of MAIS1 in 2019. The MAIS scored HCUP data indicate that 20,985 of those injured were admitted as hospital inpatients and 2,637,032 were treated in the ED and released or left against medical advice. Until 2000, the

National Ambulatory Medical Care Survey (NAMCS) counted injury patients treated only in doctors' offices or clinics and recorded what caused their injury. Using data underlying CDC's study of injury incidence and cost in 2000 (Finkelstein et al., 2006), the ratio of crash Injuries treated in doctors' offices or clinics from NAMCS to ones treated in the ED from HCUP is 0.132. Applying that ratio to the MAIS1 ED count indicates that an estimated 400,368 MAIS1 crash-injury patients were treated in other medical settings rather than hospitals in 2010. Subtracting all the treated injuries from the total reveals that 816,880 people with MAIS1 injuries did not get professional medical treatment.

Costs. The data underlying Finkelstein et al. also yielded ratios of cost per MAIS1 injury patient treated in non-hospital versus hospital settings of 0.83347 (1021/1225) for medical care, 0.83455 (2316/2775.15) for wage work, 0.83292 (849/1019.31) for household work, and 0.67914 (889/1309) for quality-of-life. We assigned a $0 cost to cases that were not treated by medical professionals. Combining the incidence and cost ratios with the HCUP counts and costs let us calculate revised costs for MAIS1 injury cases that accounted for the cases not treated at hospitals.

## Short-term Follow-up Cost Factors

The 16 diagnosis groups and associated multipliers that were used for estimating short-term follow up costs for admitted patients were as follows:

*Appendix Table E-4. Multipliers by Diagnosis Code for Hospital-Admitted Patients*

| Group No. | ICD-9-CM Diagnosis Codes | Average ratio of all costs in the first 18 months after injury to total inpatient costs |
|---|---|---|
| 1 | 802, 830 | 1.02 |
| 2 | 800, 801,803, 804, 850–854 | 1.38 |
| 3 | 806, 952 | 2.12 |
| 4 | 805, 807–809, 839 | 1.10 |
| 5 | 810–819, 831–834 | 1.26 |
| 6 | 820, 835 | 1.35 |
| 7 | 821–829, 836–838 | 1.43 |
| 8 | 840–848 | 1.67 |
| 9 | 860–869 | 1.12 |
| 10 | 870–904 | 1.12 |
| 11 | 910–929 | 1.24 |
| 12 | 930–939, 950–958, 990–995 | 1.97 |
| 13 | 940–949 | 1.13 |
| 14 | 959 | 1.16 |

| Group No. | ICD-9-CM Diagnosis Codes | Average ratio of all costs in the first 18 months after injury to total inpatient costs |
|---|---|---|
| 15 | 960–989 | 1.02 |
| 16 | Other | 1.03 |
|  | All | 1.26 |

### *Multipliers for Short-Term Follow-Up Costs for ED-Treated Patients*

The 51 diagnosis groups and associated multipliers that were used for estimating short-term follow-up costs for injuries treated in emergency departments and released were as follows:

*Appendix Table E-5. Multipliers by Diagnosis Code for Emergency Room Treated Patients*

| Group No. | ICD-9-CM Diagnosis Codes | Average ratio of all costs in the first 18 months after injury to total ED visit costs | Group No. | ICD-9-CM Diagnosis Codes | Average ratio of all costs in the first 18 months after injury to total ED visit costs |
|---|---|---|---|---|---|
| 1 | 802, 830 | 2.47 | 27 | 851–854 | 1.38 |
| 2 | 800, 801, 803, 804 | 1.19 | 28 | 860–869 | 1.04 |
| 3 | 805–809 | 1.40 | 29 | 870–874 | 1.15 |
| 4 | 810–811 | 3.40 | 30 | 875–879 | 1.09 |
| 5 | 812 | 3.95 | 31 | 880–881 | 1.82 |
| 6 | 813 | 1.43 | 32 | 882 | 1.28 |
| 7 | 814 | 2.83 | 33 | 883 | 1.28 |
| 8 | 815–817 | 1.75 | 34 | 884–887 | 1.45 |
| 9 | 818–819 | 1.77 | 35 | 890–891, 894–897 | 1.35 |
| 10 | 820–822 | 2.01 | 36 | 892–893 | 1.18 |
| 11 | 823 | 2.31 | 37 | 900–904 | 2.73 |
| 12 | 824 | 2.19 | 38 | 910–919 | 1.29 |
| 13 | 825 | 1.77 | 39 | 920 | 1.02 |
| 14 | 826 | 1.69 | 40 | 921 | 1.33 |
| 15 | 827–829 | 1.38 | 41 | 922 | 1.32 |
| 16 | 831 | 2.44 | 42 | 923 | 1.28 |
| 17 | 832–833 | 3.96 | 43 | 924 | 1.49 |
| 18 | 834 | 1.36 | 44 | 925–929 | 1.53 |
| 19 | 835–839 | 1.27 | 45 | 930–934 | 1.11 |
| 20 | 840 | 5.44 | 46 | 935–939 | 1.74 |
| 21 | 841–842 | 1.22 | 47 | 940–949 | 1.93 |
| 22 | 843–844 | 2.25 | 48 | 950–958, 990–995 | 1.11 |
| 23 | 845 | 1.34 | 49 | 959 | 2.00 |

E-18

| Group No. | ICD-9-CM Diagnosis Codes | Average ratio of all costs in the first 18 months after injury to total ED visit costs | | Group No. | ICD-9-CM Diagnosis Codes | Average ratio of all costs in the first 18 months after injury to total ED visit costs |
|---|---|---|---|---|---|---|
| 24 | 846–847 | 1.83 | | 50 | 960–988 | 1.11 |
| 25 | 848 | 1.62 | | 51 | 989 | 1.12 |
| 26 | 850 | 1.16 | | | All | 1.78 |

**Appendix F:   Unit Costs and Standard Errors at Different Discount Rates**

*Appendix Table F-1. Selected 2019 Crash costs per fatal Victim at Different Discount rates (2019 $)*

| Cost component | 3% | 0% | 2% | 4% | 7% |
|---|---|---|---|---|---|
| **Medical** | 17,289 | 17,289 | 17,289 | 17,289 | 17,289 |
| **Market Work** | 1,010,970 | 1,758,237 | 1,193,482 | 869,909 | 598,303 |
| **Household Work** | 367,148 | 680,257 | 439,197 | 313,449 | 214,594 |
| **Quality-of-life** | 9,651,851 | 8,687,542 | 9,420,753 | 9,828,476 | 10,164,020 |
| **Total Selected Costs** | 11,047,258 | 11,143,325 | 11,070,721 | 11,029,123 | 10,994,206 |

*Appendix Table F-2. 2007–2008 HCUP-Based Unit Earnings loss at Different Discount Rates AIS-2008 (2019 $)*

| Fracture | MAIS | Discount-0% | | Discount-2% | | Discount-3% | | Discount-4% | | Discount-7% | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Mean | SE |
| **Traumatic Brain Injury** | | | | | | | | | | | |
| N/A | 1 | 9,974 | 4.6 | 6,586 | 3.12 | 5,115 | 2.65 | 4,726 | 2.30 | 3247 | 1.63 |
| N/A | 2 | 74,994 | 15.28 | 50,884 | 9.62 | 43,025 | 7.93 | 37,449 | 6.72 | 26467 | 4.46 |
| N/A | 3 | 384,261 | 26.46 | 256,078 | 16.07 | 215,530 | 13.2 | 184,207 | 11.21 | 126597 | 7.66 |
| N/A | 4 | 461,165 | 56.05 | 310,716 | 33.92 | 263,011 | 27.58 | 225,673 | 22.97 | 157228 | 15.08 |
| N/A | 5 | 783,003 | 47.78 | 513,453 | 27.75 | 428,770 | 22.4 | 360,670 | 18.77 | 243851 | 12.61 |
| **Spinal Cord** | | | | | | | | | | | |
| N/A | 1 | | | | | | | | | | |
| N/A | 2 | | | | | | | | | | |
| N/A | 3 | 611,745 | | 405,252 | | 340,005 | | 290,294 | | 196743 | |
| N/A | 4 | 469,597 | | 358,514 | | 319,887 | | 288,719 | | 223664 | |
| N/A | 5 | 973,212 | 14.51 | 653,076 | 8.82 | 550,891 | 7.15 | 472,477 | 5.94 | 323289 | 3.81 |
| **Other Head/Neck** | | | | | | | | | | | |
| No | 1 | 7,525 | 0.92 | 5,104 | 0.57 | 4,174 | 0.47 | 3,822 | 0.4 | 2816 | 0.29 |
| No | 2 | 17,312 | 11.5 | 11,954 | 7.49 | 10,070 | 6.26 | 8,942 | 5.37 | 6500 | 3.69 |
| No | 3 | 81,537 | 120.5 | 55,244 | 79.07 | 46,763 | 66.41 | 40,707.0 | 56.89 | 28516 | 39.18 |
| No | 4 | | | | | | | | | | |
| No | 5 | 479,892 | 712.1 | 325,732 | 369.6 | 276,038 | 273.31 | 237748.0 | 205.63 | 164574 | 98.02 |
| Yes | 1 | 12,295 | 13.53 | 8,142 | 7.95 | 6,708 | 6.4 | 5,917.0 | 5.30 | 4140 | 3.48 |
| Yes | 2 | 39,110 | 30.45 | 26,696 | 19.46 | 22,643 | 16.13 | 19,679.0 | 13.64 | 14047 | 9.17 |
| Yes | 3 | 107,787 | 48.66 | 73,145 | 31.03 | 61,993 | 25.77 | 53,482.0 | 22.00 | 37454 | 14.82 |
| Yes | 4 | 252,462 | | 157,055 | | 128,336 | | 107,139.0 | | 69056 | |
| Yes | 5 | 471,936 | 284.3 | 307,681 | 170.2 | 255,737 | 139.53 | 216,199.0 | 118.32 | 142307 | 83.77 |
| **Trunk** | | | | | | | | | | | |
| No | 1 | 5,725 | 0.76 | 4,759 | 0.54 | 4,317 | 0.48 | 4,262 | 0.44 | 3767 | 0.37 |
| No | 2 | 25,306 | 4.98 | 18,956 | 3.28 | 16,898 | 2.77 | 15,600 | 2.49 | 12590 | 1.74 |

| Fracture | MAIS | Discount- 0% | | Discount- 2% | | Discount- 3% | | Discount- 4% | | Discount- 7% | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Mean | SE |
| No | 3 | 60,919 | 11.37 | 44,687 | 7.57 | 39,416 | 6.42 | 35,332 | 5.59 | 27642 | 3.99 |
| No | 4 | 123,913 | 194.2 | 84,740 | 123.7 | 72,218 | 102.16 | 61,836 | 84.14 | 44481 | 57.05 |
| No | 5 | 173,197 | 6.54 | 114,495 | 3.95 | 96,344 | 3.21 | 83,041 | 2.67 | 57527 | 1.73 |
| Yes | 1 | 6,883 | 4.29 | 5,668 | 3.21 | 5,065 | 2.87 | 4,955 | 2.61 | 4246 | 2.14 |
| Yes | 2 | 44,995 | 4.85 | 33,286 | 3.19 | 29,362 | 2.71 | 26,653 | 2.41 | 21016 | 1.74 |
| Yes | 3 | 58,593 | 7.52 | 45,666 | 5.16 | 41,310 | 4.44 | 37,944 | 3.88 | 31255 | 2.88 |
| Yes | 4 | 162,337 | 214.7 | 117,638 | 143.7 | 103,008 | 122 | 91,700 | 105.69 | 69695 | 75.66 |
| Yes | 5 | 251,426 | 30.31 | 178,656 | 19.7 | 155,102 | 16.67 | 136,632 | 14.37 | 101562 | 10.6 |
| **Upper Extremity** | | | | | | | | | | | |
| No | 1 | 12,276 | 9.12 | 8,589 | 5.53 | 7,093 | 4.63 | 6,557 | 4.04 | 4924 | 3.19 |
| No | 2 | 30,897 | 1.35 | 22,583 | 0.89 | 19,509 | 0.77 | 17,912 | 0.71 | 14055 | 0.56 |
| No | 3 | 141,286 | 27.51 | 104,320 | 17.74 | 92,301 | 14.95 | 82,874 | 12.96 | 65315 | 9.54 |
| No | 4 | 224,824 | 128.4 | 164,057 | 78.41 | 144,208 | 64.24 | 128,784 | 54.23 | 98847 | 37.86 |
| No | 5 | | | | | | | | | | |
| Yes | 1 | 12,276 | 9.12 | 8,589 | 5.53 | 7,093 | 4.63 | 6,557 | 4.04 | 4924 | 3.19 |
| Yes | 2 | 30,897 | 1.35 | 22,583 | 0.89 | 19,509 | 0.77 | 17,912 | 0.71 | 14055 | 0.56 |
| Yes | 3 | 141,286 | 27.51 | 104,320 | 17.74 | 92,301 | 14.95 | 82,874 | 12.96 | 65315 | 9.54 |
| Yes | 4 | 224,824 | 128.4 | 164,057 | 78.41 | 144,208 | 64.24 | 128,784 | 54.23 | 98847 | 37.86 |
| Yes | 5 | 268,688 | 79.4 | 181,867 | 50.06 | 154,934 | 41.86 | 134,600 | 36.00 | 96888 | 25.91 |
| **Lower Extremity** | | | | | | | | | | | |
| No | 1 | 3,576 | 1.65 | 2,914 | 1.11 | 2,635 | 0.96 | 2,565 | 0.85 | 2259 | 0.67 |
| No | 2 | 11,694 | 2.59 | 8,795 | 1.82 | 7,827 | 1.61 | 7,153 | 1.46 | 5802 | 1.2 |
| No | 3 | 133,538 | 162.7 | 102,184 | 119.4 | 91,907 | 107.4 | 83,783 | 99.49 | 68633 | 85.82 |
| No | 4 | 321,687 | | 241,062 | | 214,631 | | 195,205 | | 157402 | |
| No | 5 | 400,095 | 12.75 | 272,923 | 44.09 | 232,845 | 52.11 | 202,393 | 57.30 | 145628 | 63.9 |
| Yes | 1 | 5,572 | 9.34 | 4,462 | 5.34 | 3,998 | 4.23 | 3,844 | 3.49 | 3293 | 2.46 |
| Yes | 2 | 54,160 | 1.62 | 41,526 | 1.11 | 37,099 | 0.97 | 34,143 | 0.89 | 27992 | 0.75 |
| Yes | 3 | 105,502 | 4.33 | 77,502 | 2.94 | 68,550 | 2.56 | 61,747 | 2.32 | 48758 | 1.86 |
| Yes | 4 | 163,817 | | 116,233 | | 101,028 | | 89,382 | | 67313 | |

| Fracture | MAIS | Discount-0% Mean | SE | Discount-2% Mean | SE | Discount-3% Mean | SE | Discount-4% Mean | SE | Discount-7% Mean | SE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Burns | | | | | |
| Yes | 5 | 216,947 | 19.35 | 159,630 | 13.03 | 140,854 | 11.24 | 126,209 | 9.95 | 97519 | 7.64 |
| N/A | 1 | 6,770 | 8.37 | 4,610 | 4.86 | 3,664 | 3.95 | 3,428 | 3.47 | 2465 | 2.8 |
| N/A | 2 | 13,151 | 14.52 | 9,018 | 8.37 | 7,469 | 7.15 | 6,734 | 6.57 | 4906 | 5.69 |
| N/A | 3 | 70,797 | 759.8 | 45,632 | 417.2 | 37,907 | 319.87 | 32,312 | 250.94 | 22078 | 138.5 |
| N/A | 4 | | | | | | | | | | |
| N/A | 5 | 86,933 | 72.02 | 58,220 | 42.97 | 49,372 | 34.34 | 42,729 | 28.08 | 30552 | 17.51 |
| | | | | | | Minor Injuries | | | | | |
| N/A | 1 | 1 | 1312 | 0.06 | 1072 | 0.04 | 984 | 0.03 | 949 | 0.03 | 840 |

*Appendix Table F-3. 2013–2048 HCUP-Based unit household production loss at Different Discount rates, AIS 2008 (2019 $)*

| Fracture | MAIS | Discount-0% Mean | SE | Discount-2% Mean | SE | Discount-3% Mean | SE | Discount-4% Mean | SE | Discount-7% Mean | SE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Traumatic Brain Injury | | | | | |
| N/A | 1 | 4,115 | 1.55 | 2,556 | 1.02 | 1,805 | 0.87 | 1826 | 0.76 | 1221 | 0.55 |
| N/A | 2 | 29,627 | 5.21 | 19,298 | 3.14 | 16,090 | 2.57 | 14067 | 2.18 | 9931 | 1.46 |
| N/A | 3 | 169,872 | 8.04 | 108,708 | 4.65 | 90,671 | 3.81 | 77245 | 3.27 | 53275 | 2.26 |
| N/A | 4 | 238,785 | 14.33 | 158,368 | 7.52 | 134,149 | 5.94 | 115614 | 5.03 | 82035 | 3.43 |
| N/A | 5 or 6 | 356,211 | 14.31 | 220,965 | 7.64 | 181,937 | 6.03 | 152666 | 5.04 | 102428 | 3.25 |
| | | | | | | Spinal Cord | | | | | |
| N/A | 1 | | | | | | | | | | |
| N/A | 2 | | | | | | | | | | |
| N/A | 3 | 256,239 | | 162,165 | | 134,678 | | 114476 | | 77975 | |
| N/A | 4 | 272,977 | | 195,718 | | 170,126 | | 150051 | | 109989 | |
| N/A | 5 or 6 | 397,119 | 4.01 | 252,054 | 2.28 | 209,305 | 1.83 | 177714 | 1.52 | 120411 | 0.99 |
| | | | | | | Other Head/Neck | | | | | |
| No | 1 | 2,765 | 0.27 | 1,796 | 0.15 | 1,382 | 0.12 | 1389 | 0.11 | 982 | 0.08 |
| No | 2 | 6,410 | 3.57 | 4,204 | 2.19 | 3,430 | 1.81 | 3136 | 1.55 | 2239 | 1.09 |

| Fracture | MAIS | Discount- 0% | | Discount- 2% | | Discount- 3% | | Discount- 4% | | Discount- 7% | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Mean | SE |
| No | 3 | 33,412 | 41.14 | 21,360 | 24.72 | 17,730 | 20.29 | 15342 | 17.13 | 10571 | 11.68 |
| No | 4 | | | | | | | | | | |
| No | 5 or 6 | 197,093 | 148.45 | 126,106 | 68.81 | 104,975 | 50.7 | 89302 | 39.51 | 60779 | 24.56 |
| Yes | 1 | 4,409 | 4 | 2,783 | 2.37 | 2,212 | 1.94 | 2029 | 1.63 | 1412 | 1.11 |
| Yes | 2 | 14,862 | 10.32 | 9,593 | 6.21 | 7,987 | 5.09 | 6959 | 4.30 | 4946 | 2.91 |
| Yes | 3 | 42,921 | 16.95 | 27,537 | 10.29 | 22,955 | 8.48 | 19681 | 7.23 | 13639 | 4.93 |
| Yes | 4 | 119,936 | | 71,548 | | 57,959 | | 48264 | | 31430 | |
| Yes | 5 or 6 | 206,746 | 81.08 | 125,933 | 45.9 | 102,714 | 37.59 | 85838 | 32.02 | 56101 | 22.72 |
| **Trunk** | | | | | | | | | | | |
| No | 1 | 2,375 | 0.24 | 1,881 | 0.15 | 1,629 | 0.13 | 1818 | 0.12 | 1431 | 0.1 |
| No | 2 | 10,460 | 1.93 | 7,529 | 1.21 | 6,632 | 1 | 6160 | 0.87 | 4930 | 0.6 |
| No | 3 | 29,232 | 5.35 | 20,419 | 3.53 | 17,723 | 2.99 | 15732 | 2.60 | 12015 | 1.85 |
| No | 4 | 64,892 | 90.38 | 42,218 | 57.17 | 35,507 | 47.65 | 30391 | 40.38 | 21540 | 28.03 |
| No | 5 or 6 | 89,954 | 2.94 | 57,482 | 1.8 | 48,062 | 1.49 | 41337 | 1.26 | 28737 | 0.86 |
| Yes | 1 | 3,099 | 1.01 | 2,432 | 0.59 | 2,070 | 0.49 | 2162 | 0.42 | 1745 | 0.31 |
| Yes | 2 | 20,456 | 1.79 | 14,658 | 1.07 | 12,807 | 0.88 | 11760 | 0.77 | 9282 | 0.52 |
| Yes | 3 | 29,140 | 3.31 | 21,687 | 2.17 | 19,312 | 1.84 | 17611 | 1.58 | 14152 | 1.14 |
| Yes | 4 | 80,027 | 115.62 | 54,023 | 70.88 | 46,255 | 58.28 | 40543 | 49.17 | 30029 | 33.17 |
| Yes | 5 or 6 | 142,895 | 15.16 | 97,171 | 10.19 | 83,269 | 8.77 | 72901 | 7.71 | 53204 | 5.71 |
| **Upper Extremity** | | | | | | | | | | | |
| No | 1 | 4,849 | 2.16 | 3,223 | 1.09 | 2,496 | 0.86 | 2491 | 0.71 | 1796 | 0.54 |
| No | 2 | 12,386 | 0.35 | 8,702 | 0.21 | 7,298 | 0.18 | 6950 | 0.18 | 5348 | 0.14 |
| No | 3 | 60,715 | 11.11 | 42,766 | 7.18 | 37,296 | 6.08 | 33263 | 5.29 | 25736 | 3.87 |
| No | 4 | 93,456 | 42.81 | 63,993 | 26.5 | 55,036 | 22.13 | 48312 | 19.04 | 35835 | 13.72 |
| No | 5 or 6 | | | | | | | | | | |
| Yes | 1 | 4,849 | 2.16 | 3,223 | 1.09 | 2,496 | 0.86 | 2491 | 0.71 | 1796 | 0.54 |
| Yes | 2 | 12,386 | 0.35 | 8,702 | 0.21 | 7,298 | 0.18 | 6950 | 0.18 | 5348 | 0.14 |
| Yes | 3 | 60,715 | 11.11 | 42,766 | 7.18 | 37,296 | 6.08 | 33263 | 5.29 | 25736 | 3.87 |
| Yes | 4 | 93,456 | | 63,993 | | 55,036 | | 48312 | | 35835 | |

| Fracture | MAIS | Discount-0% | | Discount-2% | | Discount-3% | | Discount-4% | | Discount-7% | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mean | SE | Mean | SE | Mean | SE | Mean | SE | Mean | SE |
| Yes | 5 or 6 | 161,149 | 37.32 | 107,525 | 21.43 | 91,657 | 17.27 | 79,879 | 14.42 | 58282 | 9.85 |
| | | | | | | Lower Extremity | | | | | |
| No | 1 | 1,397 | 0.44 | 1,087 | 0.28 | 944 | 0.24 | 1046 | 0.22 | 817 | 0.18 |
| No | 2 | 4,379 | 0.87 | 3,154 | 0.58 | 2,763 | 0.5 | 2590 | 0.45 | 2045 | 0.35 |
| No | 3 | 55,074 | 68.43 | 39,082 | 43.7 | 34,241 | 36.92 | 30668 | 32.68 | 24129 | 24.96 |
| No | 4 | 118,834 | | 81,241 | | 69,864 | | 62348 | | 48067 | |
| No | 5 or 6 | | | | | | | | | | |
| Yes | 1 | 2,187 | 2.49 | 1,645 | 1.59 | 1,404 | 1.41 | 1470 | 1.31 | 1144 | 1.16 |
| Yes | 2 | 22,178 | 0.43 | 16,185 | 0.26 | 14,145 | 0.22 | 13130 | 0.20 | 10517 | 0.17 |
| Yes | 3 | 43,985 | 2.03 | 30,984 | 1.35 | 27,102 | 1.16 | 24304 | 1.02 | 19018 | 0.76 |
| Yes | 4 | 91,913 | | 60,566 | | 51,391 | | 44643 | | 32473 | |
| Yes | 5 or 6 | 136,724 | 8.45 | 94,826 | 5.62 | 81,849 | 4.85 | 71985 | 4.28 | 53277 | 3.25 |
| | | | | | | Burns | | | | | |
| N/A | 1 | 2,916 | 1.52 | 1,871 | 0.82 | 1,373 | 0.6 | 1399 | 0.58 | 972 | 0.45 |
| N/A | 2 | 5,134 | 4.11 | 3,298 | 2.42 | 2,586 | 2.03 | 2431 | 1.90 | 1720 | 1.6 |
| N/A | 3 | 29,883 | 282.87 | 19,092 | 169.9 | 15,931 | 139.2 | 13743 | 117.32#### | 9702 | 79.32 |
| N/A | 4 | | | | | | | | | | |
| N/A | 5 or 6 | 43,464 | 31.22 | 27,540 | 17.43 | 23,000 | 13.73 | 19698 | 11.16 | 13830 | 6.9 |
| | | | | | | Minor Injuries | | | | | |
| N/A | 1 | 558 | 0.02 | 444 | 0.01 | 400 | 0.01 | 431 | 0.01 | 344 | 0.01 |

**Appendix G:   Definitions Cost Factors**

**Congestion Costs:** The value of travel time delay for people who are not involved in traffic crashes, but who are delayed in the resulting traffic congestion from these crashes, as well as the value of excess fuel consumed, greenhouse gases, and criteria pollutants emitted as a result of traffic congestion caused by the crash.

**Emergency Services:** Police and fire department response costs.

**Household Productivity:** The present value of lost productive household activity, valued at the market price for hiring a person to accomplish the same tasks.

**Insurance Administration**: The administrative costs associated with processing insurance claims resulting from motor vehicle crashes and defense attorney costs.

**Legal Costs:** The legal fees and court costs associated with civil litigation resulting from traffic crashes.

**Market Productivity:** The present discounted value (using a 3% discount rate in our base case) of lost wages and benefits over the victim's remaining life span.

**Medical Care:** The cost of all medical treatment associated with motor vehicle injuries including that given during ambulance transport. Medical costs include emergency room and inpatient costs, follow-up visits, physical therapy, rehabilitation, prescriptions, prosthetic devices, and home modifications.

**Property Damage:** The value of vehicles, cargo, roadways and other items damaged in traffic crashes.

**QALY:** Lost quality-of-life due to death or injury. Includes both physical and emotional pain, suffering and limitation of life activities. Typically derived from willingness-to-pay studies that examine implicit valuation of life based on consumers valuation of products or services that reduce risk.

**Vocational Rehabilitation:** The cost of job or career retraining required as a result of disability caused by motor vehicle injuries. These costs are grouped with medical costs in this report.

**Workplace Costs:** The costs of workplace disruption that is due to the loss or absence of an employee. This includes the cost of retraining new employees, overtime required to accomplish work of the injured employee, and the administrative costs of processing personnel changes.

**Appendix H:   Supporting Tables for QALY Values**

The following tables represent the results of the process described in detail in Chapter 5 of this report to produce QALY values. Table H-1, representing QALYs lost per person injured and Table H-2, representing the cost per QALY, were derived from this process. Table H-3, representing the monetized QALY loss per person injured, was derived as the product of each corresponding cell in Tables H-1 and H-2. Table H-4 shows the percentage of QALYs lost to the average crash fatality that are lost per person injured in a crash by MAIS of the crash survivor. This percentage was derived as the quotient from dividing each nonfatal injury cell in Table H-3 by the corresponding fatality value in Table H-3. Table 5-2 in Chapter 5 reproduces Table H-4. Table H-5 represents the age/sex adjusted lifetime QALYs absent the crash for the people whose QALY losses are reported in Table H-1. Table H-6, representing the percentage of remaining lifetime QALYs lost to crash injuries, is the quotient from dividing total QALYs lost in Table H-1 by remaining lifetime QALYs in Table H-5.

*Appendix Table H-1. QALYs Lost per Person Injured by Discount Rate and MAIS*

| MAIS | QALY- 0% | QALY- 2% | QALY- 3% | QALY- 4% | QALY- 7% |
|------|----------|----------|----------|----------|----------|
| 1 | 0.128 | 0.095 | 0.08481 | 0.083 | 0.064 |
| 2 | 1.401 | 0.969 | 0.830 | 0.742 | 0.533 |
| 3 | 6.094 | 4.303 | 3.639 | 3.173 | 2.215 |
| 4 | 8.268 | 7.185 | 6.061 | 5.199 | 3.633 |
| 5 & 6 | 19.96 | 12.627 | 10.457 | 8.814 | 5.927 |
| Fatal | 36.30 | 23.70 | 19.91 | 17.08 | 11.83 |

Note: QALY losses were computed from HCUP unit record data and life expectancies that were age-and-sex specific.

*Appendix Table H-2. Cost per QALY by Discount Rate*

| $/QALY | $239,325 | $397,528 | $484,756 | $575,438 | $859,170 |
|--------|----------|----------|----------|----------|----------|

*Appendix Table H-3. Monetized QALY Loss per Person Injured by Discount Rate and MAIS*

| MAIS | QALY- 0% | QALY- 2% | QALY- 3% | QALY- 4% | QALY- 7% |
|------|----------|----------|----------|----------|----------|
| 1 | $30,634 | $37,765 | $41,112 | $47,761 | $54,987 |
| 2 | $335,294 | $385,205 | $402,341 | $426,975 | $457,938 |
| 3 | $1,458,447 | $1,710,563 | $1,763,881 | $1,825,865 | $1,903,062 |
| 4 | $1,978,739 | $2,856,239 | $2,938,008 | $2,991,702 | $3,121,365 |
| 5 & 6 | $4,776,927 | $5,019,586 | $5,068,923 | $5,071,911 | $5,092,301 |
| Fatal | 8,687,542 | 9,420,753 | 9,651,851 | 9,828,476 | 10,164,020 |

*Appendix Table H-4. Percentage of QALY Loss Per Fatality Lost per Person Injured by Discount Rate and MAIS*

| MAIS | QALY- 0% | QALY- 2% | QALY- 3% | QALY- 4% | QALY- 7% |
|---|---|---|---|---|---|
| 1 | 0.35% | 0.40% | 0.43% | 0.49% | 0.54% |
| 2 | 3.86% | 4.09% | 4.17% | 4.34% | 4.51% |
| 3 | 16.79% | 18.16% | 18.28% | 18.58% | 18.72% |
| 4 | 22.78% | 30.32% | 30.44% | 30.44% | 30.71% |
| 5 & 6 | 54.99% | 53.28% | 52.52% | 51.60% | 50.10% |

*Appendix Table H-5. QALYs Remaining in the Injured Person's Expected Lifespan Absent the*

| MAIS | QALY- 0% | QALY- 2% | QALY- 3% | QALY- 4% | QALY- 7% |
|---|---|---|---|---|---|
| 1 | 49.44 | 29.50 | 23.97 | 20.01 | 13.11 |
| 2 | 47.83 | 28.78 | 23.47 | 19.66 | 12.98 |
| 3 | 44.93 | 27.51 | 22.58 | 19.01 | 12.69 |
| 4 | 43.11 | 26.57 | 21.88 | 18.48 | 12.42 |
| 5 & 6 | 47.68 | 28.71 | 23.41 | 19.60 | 12.92 |

*Appendix Table H-6. Percentage of Lifetime QALYs Lost to the Crash Injuries by Discount Rate and MAIS*

| MAIS | QALY- 0% | QALY- 2% | QALY- 3% | QALY- 4% | QALY- 7% |
|---|---|---|---|---|---|
| 1 | 0.26% | 0.32% | 0.35% | 0.41% | 0.49% |
| 2 | 2.93% | 3.37% | 3.54% | 3.78% | 4.11% |
| 3 | 13.56% | 15.64% | 16.11% | 16.69% | 17.46% |
| 4 | 19.18% | 27.04% | 27.70% | 28.14% | 29.26% |
| 5 & 6 | 41.86% | 43.98% | 44.67% | 44.97% | 45.86% |

**Appendix I:    Bibliography and References**

Academic ED SBIRT Research Collaborative. (2010, November-December). The impact of screening, brief intervention and referral for treatment in emergency department patients' alcohol use: A 3-, 6- and 12-month follow-up. *Alcohol and Alcoholism*, *45*(6) 514–519.

Agency for Healthcare Research and Quality (2022, October). *Overview of the nationwide emergency department sample (NEDS)* [Web page]. www.hcup-us.ahrq.gov/nedsoverview.jsp

Aldy, J. E., & Viscusi, W. K. (2007, April). *Age differences in the value of statistical life, Revealed preference evidence.* (Paper RFF DP 07-05) . Resources for the Future. www.rff.org/documents/rff-dp-07-05.pdf.All-Industry Research Advisory Council. (1988). *Attorney involvement in auto injury claims*.

American Council of Life Insurers. (2012). *Life insurers fact book 2012.*

American Council of Life Insurers. (2020) *Life Insurers Factbook*. www.acli.com/-/media/acli/files/fact-books-public/2020lifeinsurersfactbook.pdf, 2020.

Anderson, R. N. (1999, December 13). *United States life tables, 1997* (Series: National vital statistics report; v. 47, no. 28; DHHS publication: no. (PHS) 2000-1120). Centers for Disease Control and Prevention. https://stacks.cdc.gov/view/cdc/61164

Annest, J. L., Mercy, J. A., Gibson, D. R., & Ryan, G. W. (1995). National estimates of nonfatal firearm-related injuries: beyond the tip of the iceberg. *Journal of the American Medical Association* 273:22, 1749-1754.

Antin, J. F. (2019). *Second strategic highway research program naturalistic driving study methods. Safety Science, 119.* https://doi.org/10.1016/j.ssci.2019.01.016.

Antin, J. F. (2011). *Design of the in-vehicle driving behavior and crash risk study: in support of the SHRP 2 naturalistic driving study* (Report No. REPORT S2-S05-RR-1). Transportation Research Board.

Arias, E. (2012). United States Life Tables, 2008. *National Vital Statistics Reports*, 61(3). National Center for Health Statistics.

Arias E., & Xu, J. United States Life Tables, 2018. *National Vital Statistics Reports 2020, 69(*12):1-45, 2020.

Assistant Secretary for Planning and Evaluation. (2012). *Federal percentages and Federal medical assistance percentages, FY 1961 – FY 2011*. Department of Health and Human Services. http://aspe.hhs.gov/health/fmapearly.htm

Association for the Advancement of Automotive Medicine. (1985). *The Abbreviated Injury Scale 1985*. AAAM. (1990). *The Abbreviated Injury Scale 1990*.

AAAM. (2005). *The Abbreviated Injury Scale 2005*.

Bahar, P. E., & Miller, T. R. (2010, December). *Estimating the costs to state governments due to highway related debilitating and fatal crashes* (Working Paper 4, Project 20-24 [068]). National Academies of Sciences, National Cooperative Highway Research Program.

Berkowitz, M., Harvey, C., Greene, C., & Wilson, S. (1990). *The economic consequences of spinal cord injury*. Paralysis Society of America of the Paralyzed Veterans of America.

Berkowitz, M., O'Leary, P. K., Kruse, D. L., & Harvey, C. (1998). *Spinal cord injury: An analysis of medical and societal costs*. Demos Medical Publishing, Inc.

Blanchard, E. B., Hickling, E. J., Taylor, A. E., Loos, W. R., Forneris, C. A., & Jaccard, J. (1996). Who develops PTSD from motor vehicle accidents. *Behaviour Research and Therapy, 34*(1):1-10.

Blanchard, E. B., Hickling, E. J., Forneris, C. A., Taylor, A. E., Buckley, T. C., Loos, W. R., & Jaccard, J.. (1997). Prediction of remission of acute posttraumatic stress disorder in motor vehicle accident victims. *Journal of Traumatic Stress, 10*(2):215-34.

Blanchard, E. B., Buckley, T. C., Hickling, E.J., & Taylor, A.E. (1998). Post-traumatic stress disorder and comorbid major depression: is the correlation an illusion? *Journal of Anxiety Disorders, 12*(1):21-37.

Blaszczynski , A., Gordon, K., Silove, D., Sloane, D., Hillman, K., & Panasetis, P. (1998). Psychiatric morbidity following motor vehicle accidents: a review of methodological issues. *Comparative Psychiatry, 39*(3):111-21.

Blincoe, L. J. (1988, March). *A model for estimating the economic savings from increased motorcycle helmet use* (Report No. DOT HS 807 251). National Highway Traffic Safety Administration.

Blincoe, L. J. (1994). *Estimating the benefits from increased safety belt use* (Report No. DOT HS 808 134). National Highway Traffic Safety Administration.

Blincoe, L. J. (1996). T*he economic costs of motor vehicle crashes, 1994* (Report No. DOT HS 808 425). National Highway Traffic Safety Administration.

Blincoe, L. J., & Faigin, B. M. (1992). *The economic cost of motor vehicle crashes, 1990* (Report No. DOT HS 807 876). National Highway Traffic Safety Administration.

Blincoe, L. J., & Luchter, S. (1983). *The economic cost to society of motor vehicle accidents* (Report No. DOT HS 806 342). National Highway Traffic Safety Administration.

Blincoe, L. J. (1994). *Estimating the benefits from increased safety belt use* (Report No. DOT HS 808 133). National Highway Traffic Safety Administration.

Blincoe, L. J., Seay, A., Zaloshnja, E., Miller, T., Romano, E., Luchter, S., & Spicer, R. (2002, May). *The economic impact of motor vehicle crashes, 2000* (Report No. DOT HS 809 446). National Highway Traffic Safety Administration.

Blincoe, L. J., Miller, T. R., Zaloshnja, E., & Lawrence, B. A. (2015, May). *The economic and societal impact of motor vehicle crashes, 2010* (Revised) (Report No. DOT HS 812 013). National Highway Traffic Safety Administration. https://crashstats.nhtsa.dot.gov/Api/-Public/ViewPublication/812013

Blincoe, L., & Shankar, U. (2007, January). *The impact of safety standards and behavioral trends on motor vehicle fatality rates* (Report No. DOT HS 810 777). National Highway Traffic Safety Administration. www.nhtsa.gov/sites/nhtsa.gov/files/-documents/810777v3.pdf

Blincoe, L., Seay, A., Zaloshnja, E., Miller, T., Romano, E., Luchter, S., & Spicer, R. (2002, May). *The economic impact of motor vehicle crashes, 2000* (Report No. DOT HS 809 446).. https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/809446

Blomberg, R., Peck, R. C., Moskowitz, H., Burns, M., & Fiorentino, D. (2005, September). *Crash risk of alcohol-involved driving: A case-control study*. Dunlap and Associates.

Blumentritt, C. W., Ross, D. W., Glazer, J., Pinnell, C., & McCasland, W. R. (1981, May). *Guidelines for selection of ramp control systems* (NCHRP Report No. 232). Transportation Research Board.

Brach, R. M, & Brach, M. R. (2005). Vehicle analysis and reconstruction methods. Society of Automotive Engineers.

Bureau of Economic Analysis. (n.d.). *Regional data: GDP and personal income* [Web page and portal]. https://apps.bea.gov/itable/?ReqID=70&step=1

Bureau of Labor Statistics. (2001). *Highlights of women's earnings in 2000*. Bureau of Labor Statistics. (2020). *Census of fatal occupational injuries.* www.bls.gov/opub/hom/-cfoi/pdf/cfoi.pdf

Bureau of Labor Statistics. (2021, April). *The U.S. productivity slowdown: an economy-wide and industry-level analysis.* [Web page]. www.bls.gov/opub/mlr/2021/article/the-us-productivity-slowdown-the-economy-wide-and-industry-level-analysis.htm

Bureau of the Census. (1994). *Statistical Abstract of the United States 2010*.

Bureau of the Census. (1999). *1997 economic census – Vehicle inventory and use survey.*

Center for Substance Abuse Treatment. (1995). *Alcohol and other drug screening of hospitalized trauma patients.* (Series No. 16). Substance Abuse and Mental Health Services Administration.

Centers for Disease Control and Prevention. (2022, March). *International classification of disease* – 9th Edition.

Centers for Medicare & Medicaid Services. (2021, December 1). National health expenditure data [Web page and portal]. www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/NationalHealthExpendData

Chang, J. L., & Hu, P. S. (1999, October 6-8). *Delays and congestion costs caused by truck incidents – An exploratory analysis*. Second International Truck and Bus Safety Symposium, Knoxville, TN.

Chaterjee, K., & McDonald, M. (2004). Effectiveness of ssing variable message signs to disseminate dnamic traffic information: Evidence from field trials in European cities. *Transport Reviews*, *Vol 24*(5).

Chezem, L. (2005). *Legal barriers to alcohol screening in emergency departments and trauma centers.* (Paper 18). Regenstrief Center for Healthcare Engineering. http://docs.lib.purdue.edu/rche_rp/18

Chin, S. M., Franzese, O., Greene, D. L., & Hwang, H. L. (2002). *Temporary losses of capacity study*. Oak Ridge National Laboratory.

Chin, S. M., Franzese, O., Greene, D. L., Hwang, H. L., & Gibson, R. C. (2004, November). *Temporary losses of highway capacity and impacts on performance: Phase 2* (Report No. ORNL/TM-2004/209). Oak Ridge National Laboratory.

Clark, D. E., Black, A.W., Skavadahl, D. H., & Hallagan, L. D. Open-access program for injury categorization using ICD-9 or ICD-10, *Injury Epidemiology*, 5,11(2018).

Compton, R. P., & Berning, A. (2015, February). *Drug and alcohol crash risk* (Traffic Safety Facts Research Note. Report No. DOT HS 812 117). National Highway Traffic Safety Administration. www.nhtsa.gov/staticfiles/nti/pdf/812117-Drug_and_Alcohol_Crash_Risk.pdf

Council for Community and Economic Research. (n.d.) *C2ER cost of living index, state estimates*. Consumer Product Safety Commission. (n.d.). *National Electronic Injury Surveillance System (NEISS)* [Web page]. www.cpsc.gov/LIBRARY/neiss.html

Council of Economic Advisers. (2000). *Economic report of the president*. U.S. Government Printing Office. www.govinfo.gov/content/pkg/ERP-2000/pdf/ERP-2000.pdf

Davidson, J. R. T. (2000). Trauma: The impact of post-traumatic stress disorder. *Journal of Psychopharmacoly*,;14(2) Suppl I:S5-12.

DeSilver, D., (2021, June 7), *Today's electric vehicle market: Slow growth in U.S., faster in China, Europe* [Web page]. Pew Research Center. www.pewresearch.org/fact-tank/2021/06/07/todays-electric-vehicle-market-slow-growth-in-u-s-faster-in-china-europe/

Deutermann, W. (2004, March). *Motorcycle helmet effectiveness revisited*.(Report No. DOT HS 809 715). National Highway Traffic Safety Administration. https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/809715

Dingus, T.A., Guo, F., Lee, S., Antin, J. F., Perez, M., Buchanan-King, M., & Hanky, J. (2016) *Driver crash risk factors and prevalence evaluation using naturalistic driving data*. Virginia Tech Transportation Institute.

Dischinger, P.C., & Cowley, R. A. (1989, October 2-4). *Alcohol use among victims of vehicular crashes admitted to a level I trauma center*. 33rd Proceedings of the Association for the Advancement of Automotive Medicine, Baltimore, MD.

Environmental Protection Agency. (2009). *Draft motor vehicle emissions simulator (MOVES) 2009: Software design and reference manual*. https://nepis.epa.gov/Exe/ZyPDF.cgi-/P10039VF.PDF?Dockey=P10039VF.PDF

EPA. (2010). *Light-duty automotive technology, carbon dioxide emissions, and fuel economy trends: 1975 through 2010*. https://nepis.epa.gov/Exe/ZyPDF.cgi/-P100DYX6.PDF?Dockey=P100DYX6.pdf

Fahrenthold, D. (2013, June 9). What does rural mean? Feds have 15 answers. *The Washington Post*, p. A-1.

Federal Highway Administration. (n.d.) KABCO injury classification scale and definitions [Web page]. https://safety.fhwa.dot.gov/hsip/spm/conversion_tbl/pdfs/kabco_ctable_by_state.pdf

Festin, S. M. (1996, May). *Summary of national and regional travel trends: 1970-1995*.  Federal Highway Administration. www.fhwa.dot.gov/ohim/bluebook.pdf

Finkelstein, E. A., Corso, P. C., Miller, T. R., Fiebelkorn, I. A., Zaloshnja, E., & Lawrence, B. A. (2006). *Incidence and economic burden of injuries in the United States, 2000*. Oxford University Press.

Friedman, B., De La Mare, J., Andrews, R., & McKenzie, D. H. (2002). Practical options for estimating cost of hospital inpatient stays. *Journal of Health Care Finance, 29*(1), 1–13.

Gabbe, B. J., Lyons R. A., Simpson, P. M., Rivara, F. P., Ameratunga, S., Polinder, S., Derrett S., & Harrison, J. E. (2016). Disability weights based on patient-reported data from a multinational injury cohort. *Bulletin of the World Health Organization, 94*, pp. 806-816C

Gaines, L., Levinson, T., & McConnell, S. (2010). *To idle or not to idle: That is the question*. Argonne National Laboratory. www.transportation.anl.gov/pdfs/EE/642.pdf

Garthe, E. A., Ferguson, S. A., & Early, N. (1996, October 7-9). *A method for converting injury severity in NASS93 (AIS90) to NASS88 (AIS 85).* 40th Annual Association for the Advancement of Automotive Medicine, Vancouver, BC, pp. 477-494.

DeSilver, D., (2021, June 7), Today's electric vehicle market: Slow growth in U.S., faster in China, Europe [Web page]. Pew Research Center. www.pewresearch.org/fact-tank/2021/06/07/todays-electric-vehicle-market-slow-growth-in-u-s-faster-in-china-europe/

Glassbrenner, D., & Starnes, M. (2009, December). *Lives saved calculations for seat belts and frontal air bags* (Report No. DOT HS 811 206). National Highway Traffic Safety Administration. https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/811206

Glenn, D. P. (2010). U.S. property/casualty loss ratio improved in 2009. A.M. Best & Company, *Best's Review*, 91–94.

Gold, M. R., Siegel, J. E., Russell, L. B., & Weinstein, M. C. (Eds.). (1996). *Cost-effectiveness in health and medicine: Report of the panel on cost-effectiveness in health and medicine*. Oxford University Press.

Government Accountability Office. (2012). *Ambulance providers: Costs and medicare margins varied widely; Transports of beneficiaries have increased* (Report to Congressional Committees. Report No. GAO-13-6). www.gao.gov/assets/gao-13-6.pdf

GovTrack.us. (2022). S. 2322 — 112th Congress: Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2013. www.govtrack.us/congress/bills/112/s2322

Greenblatt, J., Merrin, M. B., & Morganstein, D. (1981, November). National accident sampling system nonreported accident survey (Report No. DOT HS 806 198). National Highway Traffic Safety Administration.

Guo, F., Klauer, S., Fang, Y., Hankey, J., Antin, J., Perez, M., Lee, S., Dingus, T (2016). The effects of age on crash risk associated with driver distraction. Virginia Tech Transportation Institute.

Guo, H., Eskridge, K. M., Christensen, D., Qu, M., & Safranek, T. (2007). Statistical adjustment for misclassification of seat belt and alcohol use in the analysis of motor vehicle accident data. *Accident Analysis and Prevention*, *39*, 117–124.

Haddix, A. C., Teutsch, S. M., & Corso, P. S. (2003). *Prevention effectiveness: A guide to decision analysis and economic evaluation,* 2nd ed. Oxford University Press.

Hagemann, G., Hymel, K., Klauber, A., Lee, D. B., Noel, G., Pace, D., & Taylor, C. (2013, March). *Delay and environmental costs of truck crashes (R*eport No. FMCSA-RRA-13-043). Federal Motor Carrier Safety Administration. www.fmcsa.dot.gov/facts-research/research-technology/report/Crash-Costs-Final-Report-508.pdf

Harder, K. A., Bloomfield, J., & Chihak, B. J. (2004). *The effectiveness and safety and non-traffic related messages presented on changeable message signs (CMS)* (Technical Report 2004-27). Minnesota Department of Transportation.

Hartwick, J. M. (2008, November 17). *The discount rate and the value of remaining years of life*, Queen's University.

Hickman, M. J., Hughes, K. A., Strom, K. J., & Ropero-Miller, J. D. (2007). *Medical examiners and coroners offices, 2004*. Bureau of Justice Statistics.

Hirsch, A., Eppinger, R., Shame, T., Nguyen, T., Levine, R., Mackenzie, J., Marks, M., & Ommaya, A. (1983). *Impairment scaling from the abbreviated injury scale*. National Highway Traffic Safety Administration.

Horowitz, A. J., Weisser, I., & Notbohm, T. (2003). Diversion From a rural work zone with traffic responsive variable message signeage system. *Journal of the Transportation Research Board*, *1824*.

Hoyert, D. L. (2011). *Unpublished supplemental table accompanying "The changing profile of autopsied deaths in the United States, 1972–2007."* (NCHS Data Brief No. 67). National Center for Health Statistics.

Insurance Information Institute. (2022). *Facts + statistics: Uninsured motorists* [Web page]. www.iii.org/fact-statistic/facts-statistics-uninsured-motorists

Insurance Research Council. (208, November 24). *Insurance Research Council finds that fraud and buildup add up to $7.7 billion in excess payments for auto injury claims*. (Press release). www.insurance-research.org/sites/default/files/downloads/IRC%20Fraud%20News%20Release.pdf

Insurance Research Council. (2008, November 24). *Fraud and buildup add 13 to 18 percent in excess payments to auto injury claims.* (Press release). www.insurance-research.org/sites/default/files/downloads/IRC_Fraud_NR.pdf

Insurance Research Council. (2011, April 11). *Recession marked by bump in uninsured motorists.* (Press release). www.insurance-research.org/sites/default/files/downloads/IRCUM2011_042111.pdf

Interagency Working Group on Social Cost of Carbon. (2010, February). *Social cost of carbon for regulatory impact analysis - Under executive order 12866*. U. S. Government. www.epa.gov/sites/default/files/2016-12/documents/scc_tsd_2010.pdf

Interagency Working Group on the Social Cost of Carbon. (2013, May). *Technical update of the social cost of carbon for regulatory impact analysis – Under executive order 12866.* U. S. Government. https://obamawhitehouse.archives.gov/sites/default/files/omb/assets/ inforeg/technical-update-social-cost-of-carbon-for-regulator-impact-analysis.pdf

Jones, A. L,. Dwyer, L. L,. Bercovitz,A. R., & Strahan, G. W. The national nursing home survey: 2004 overview. *Vital Health Statistics, 13*(167), 1-155. PMID: 19655659.

Kahane, C. J. (2000, December). *Fatality reduction by safety belts for front-seat occupants of cars and light trucks, updated and expanded estimates based on 1986 – 99 FARS data* (Report No. DOT HS 809 199). National Highway Traffic Safety Administration. https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/809199

Kakalik, J. S., & Pace, N. M. (1986). *Costs and compensation paid In tort litigation* (Report R-3391-ICJ). RAND Corp.

KFF. (n.d./a). *Federal medical assistance percentage (FMAP) for Medicaid and multiplier.* www.kff.org/medicaid/state-indicator/federal-matching-rate-and-multiplier/?currentTimeframe=1&selectedDistributions=fmap-percentage&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22asc%22 %7D

KFF. (n.d./b). *Medicaid spending per enrollee (Full or partial benefit)* [Web page]. www.kff.org/medicaid/state-indicator/medicaid-spending-per-enrollee/?currentTimeframe=0&sortModel=%7B%22colId%22:%22Location%22,%22so rt%22:%22asc%22%7D

Knoop, V. L., Hoogendoorn, S. P., & van Zuylen, H. J. (2008). *Capacity reduction at incidents, empirical data collected from a helicopter.* Transportation Research Board.

Kochi, I., Hubbell, T., & Kramer, R. (2006, July). An empirical bayes approach to combining and comparing estimates of the value of a statistical life for environmental policy analysis. *Environmental and Resource Economics, 34*(3).

Krewski, D., Jerrett, M., Burnett, R. T., Ma, R., Hughes, E., Shi, Y., Turner, M. C., Pope, C. A. 3rd, Thurston, G., Calle, E. E., Thun, M. J., Beckerman, B., DeLuca, P., Finkelstein, N., Ito, K., Moore, D. K., Newbold, K. B., Ramsay, T., Ross, Z., Shin, H., & Tempalski, B. (2009). *Extended follow-up and spatial analysis of the American Cancer Society study linking particulate air pollution and mortality* (HEI Research Report 140). Health Effects Institute.

Krueger, K. V., & Ward, J. O. (1999). *The dollar value of a day – 1997 dollar valuation.* Expectancy Data. www.proquest.com/docview/212189542

Lacey, J., Kelley-Baker, T., Furr-Holden, D., Voas, R., Romano, E., Torres, P., & Berning, A. (2009). *2007 National roadside survey of alcohol and drug use by drivers: Alcohol results (R*eport No. DOT HS 811 248) National Highway Traffic Safety Administration. https://rosap.ntl.bts.gov/view/dot/1888/dot_1888_DS1.pdf

Lacey, J. H., Kelley-Baker, T., Berning, A., Romano, E., Ramirez, A., Yao, J., Moore, C., Brainard, K., Carr, K., Pell, K., & Compton, R. (2016, December). *Drug and alcohol crash risk: A case-control study* (DOT HS 812 355). National Highway Traffic Safety Administration. https://one.nhtsa.gov/staticfiles/nti/impaired_driving/pdf/812355_DrugAlcoholCrashRisk.pdf

Lawrence, B., Miller, T. R., Jensen, A., Fisher, D., & Zamula, W. (1999, September 30-October 1). *Estimating the costs of nonfatal consumer product injuries in the United States.* 7th International Conference on Product Safety Research, Washington, DC.

Lawrence, B. A., Miller, T. R., Jensen, A. F., Fisher, D. A., & Zamula, W. W. (2000). Estimating the costs of nonfatal consumer product injuries in the United States. *Injury Control & Safety Promotion*, *7*(2), 97–113.

Lawrence, B. A., & Miller, T. R. (2020). *Quality-of-life loss estimation methods for the Injury Cost Model*. U.S. Consumer Product Safety Commission.

Lepeule, J., Laden, F., Dockery, D., & Schwartz, J. (2012, July). Chronic exposure to fine particles and mortality: an extended follow-up of the Harvard Six Cities study from 1974 to 2009. *Environmental Health Perspectives, 120*(7):965-70.

LifePlans, Inc. (2012, November). Market survey of long-term care costs: *The 2012 MetLife market survey of nursing home, assisted living, adult day services, and home care costs*. MetLife Mature Market Institute.

Lu, S. (2006, January). *Vehicle survivability and travel mileage schedules* (Report No. DOT HS 809 952). National Highway Traffic Safety Administration. https://www-nrd.nhtsa.dot.gov/Pubs/809952.pdf

MacKenzie, E. J., & Sacco, W. J. (1997). *ICDMAP-90 software: User's guide*. Johns Hopkins University and Tri-Analytics, Inc.

Malt, U. (1988). The long-term psychiatric consequences of accidental injury. A longitudinal study of 107 adults. *British Journal of Psychiatry, 153*:810-8.

MarketScan Research Databases. (2016). *MarketScan user guide health and productivity management database*, 2015 edition.

Masinick, J. P., & Teng, H. (2004, August). *An analysis on the impact of rubbernecking on urban freeway traffic* (Research Report No. UVACTS-15-0-62). Center for Transportation Studies, University of Virginia. http://cts.virginia.edu/docs/UVACTS-15-0-62.pdf

Maull, K. I., Kunning, L. S., & Hickman, J. K. (1984, October 12) Culpability and accountability of hospitalized injured alcohol-impaired drivers. *Journal of the American Medical Association*, *252*:14.

Miller, T. R. (1989). *Safety belt use and auto insurance prices: A report to Congress*. National Highway Traffic Safety Administration.

Miller, T. R. (1990). The plausible range for the value of life – Red herrings among the mackerel. *Journal of Forensic Economics*, *3*,1912-46.

Miller, T. R. (1993). Costs and functional consequences of U.S. roadway crashes. *Accident Analysis and Prevention*. 25, 593-607.

Miller, T. R. (1997). Societal costs of transportation crashes. In D. Greene, D. Jones, & M. Delucchi (Eds.), *The full social costs and benefits of transportation.* Springer-Verlag, 281-314.

Miller, T. R. (2000a). Valuing nonfatal quality-of-life losses with quality-adjusted life years: The health economist's meow. *Journal of Forensic Economics 13*(2): 145-168.

Miller, T. R. (2000b). Variations between countries in value of statistical life. *Journal of Transport Economics and Policy*, *34*, 169-188.

Miller, T. R., & Bhattacharya, S. (2013) *Incidence and cost of carbon monoxide poisoning for all ages, pool and spa submissions for ages 0-14, and lead poisoning foe ages 0-4*. U.S. Consumer Product Safety Commission.

Miller, T. R., Bhattacharya, S., Zaloshnja, E., Taylor, D. M., Bahar, G., & David, I. (2011). Costs of crashes to government, United States. *Annals of Advances in Automotive Medicine, 55*, 347–356.

Miller, T. R., & Blincoe, L. J. (1994). Incidence and cost of alcohol-involved crashes in the United States. *Accident Analysis and Prevention*, *26*(5), 583–592.

Miller, T. R., Brigham, P. A., Cohen, M. A., Douglas, J. B., Galbraith, M. S., Lestina, D. C., Nelkin, V. S., Pindus, N. M., & Smith-Regojo, P. (1993). *Societal cost of cigarette fires*. Consumer Product Safety Commission.

Miller, T. R.; Cohen, M., & Wiersema, B. (1996). *Victim costs and consequences: A new look*. National Institute of Justice.

Miller, T. R., Galbraith, M., Lestina, D., Schlax, T., Mabery, P., Deering, R., Massie, D., & Campbell, K. (1995, October 16-18). *Understanding the harm from U.S. motor vehicle crashes*. 39th Annual Proceedings, Association for the Advancement of Automotive Medicine, Chicago, IL.

Miller T., Gibson, R. Zaloshnja, E., Blincoe, L., Kindelberger, J., Strashny, A., Thomas, A., Ho, S., Bauer, M., Sperry, S., Peng, J., Singleton, M., Smith, T., & Zhang, Y. (2012). Underreporting of driver alcohol-involvement in United States police and hospital records: capture-recapture estimates. *Annals of Advances in Automotive Medicine*, *56*, 87-96.

Miller, T. R., Langston, E. A., Lawrence, B. A., Becker, L. R., Snowden, C. B., Granger, C. V., Russell, C., Kreutzer, J. S., & Marwitz, J. (2006). *Rehabilitation costs and long-term consequences of motor vehicle injury* (Report No. DOT HS 810 581).National Highway Traffic Safety Administration. www.nhtsa.gov/people/injury/research/RehabCosts/images/Final%20ReportLo.pdf

Miller, T. R., & Lawrence, B. A. (2003, March). *Motor vehicle insurance in the United States: A 1998-1999 snapshot with emphasis on motorcycle coverage* (Report No. DOT HS 809 494). National Highway Traffic Safety Administration. www.academia.edu/en/23037489/Motor_vehicle_insurance_in_the_United_States_A_1998_1999_snapshot_with_emphasis_on_motorcycle_coverage

Miller, T. R., Lawrence, B., Jensen, A., Waehrer, G., Spicer, R., Lestina, D., & Cohen, M. (1998). *Estimating the cost to society of consumer product injuries: The revised injury cost model*. Consumer Product Safety Commission.

Miller, T. R., Lawrence, B. A., Jensen, A. F., Waehrer, G. M., Spicer, R. S., Lestina, D. C., & Cohen, M. A. (2000). *The Consumer Product Safety Commission's revised injury cost model.* Public Services Research Institute.

Miller, T. R., Lestina, D. C., & Spicer, R. S. (1998). Highway crash costs in the United States by driver age, blood alcohol level, victim age and restraint use. *Accident Analysis and Prevention, 30*(2), 137-150.

Miller, T. R., Levy, D. T., Spicer, R. S., & Lestina, D. C. (1998). Allocating the costs of motor vehicle crashes between vehicle types. *Transportation Research Record*, *1635*, 81-87.

Miller, T. R., & McKnight, A. S. (2021). Cost of motor vehicle crashes to employers—2019. Network of Employers for Traffic Safety. https://trafficsafety.org/wp-content/uploads/2017/02/NETS-Cost-of-Motor-Vehicle-Crashes-to-Employers-Report-2019.pdf

Miller, T. R., Pindus, N., & Douglass, J. (1993). Motor vehicle injury costs by body region and severity. *Journal of Trauma, 34*:270-275.

Miller, T. R., Pindus, N., Douglass, J., & Rossman, S. (1995). *Databook on nonfatal injury – Incidence, costs, and consequences*. Urban Institute Press.

Miller, T. R., Romano, E., & Spicer, R. S. (2000). The cost of unintentional childhood injuries and the value of prevention. *The Future of Children*, *10*(1) 137-163.

Miller, T. R., Spicer R. S., & Levy, D. T. (1999). How intoxicated are drivers in the United States? Estimating the extent, risks, and cost per kilometer of driving by blood alcohol level. *Accident Analysis and Prevention*, *31*(5), 1999.

Miller, T. R., Spicer R. S., Lestina, D. C., & Levy, D. T. (1999). Is it safest to travel by bicycle, car or big truck? *Journal of Crash Prevention and Injury Control*, *1*(1) 25-34.

Miller, T. R., Taylor, D. M., & Zaloshnja, E. (2010). *The economic burden of motor vehicle crashes on employers - 2010*. National Highway Traffic Safety Administration.

Miller, T. R., Viner, J., Rossman, S., Pindus, N., Gellert, W., Dillingham, A., & Blomquist, G. (1991). *The costs of highway crashes*. Urban Institute Press.

Miller, T. R., Whiting, B., Kragh, B., & Zegeer, C. (1987). Sensitivity of a Highway Safety Resource Allocation Model to Variations in Benefit Computation Parameters. *Transportation Research Record 1124*, 58-65.

Mirza, K. A. H., Bhadrinath, B. R., Goodyer, I. M., & Gilmour, C. (1998). Post-traumatic stress disorder in children and adolescents following road traffic accidents. *British Journal of Psychiatry, 172*:443-7

Morgan, C. (1999, June). *Effectiveness of lap/shoulder belts in the back outboard seating positions* (Report No. DOT HS 808 945). National Highway Traffic Safety Administration. https://www-nrd.nhtsa.dot.gov/Pubs/808945.pdf

Mrozek, J. R., & Taylor, L. O. (2002). Who determines the value of life? A meta-analysis. *Journal of Policy Analysis and Management*, *21*.2 253-270.

Mynatt, M., & Radja, G. (2013, May 27-30). *Precrash data collection in NHTSA's crash databases* (Paper Number 13-0371). 23rd International Technical Conference on the Enhanced Safety of Vehicles, Seoul, South Korea.

National Center for Health Statistics. (2002). National Ambulatory Medical Care Survey, 1999-2000. www.cdc.gov/nchs/ahcd/datasets_documentation_related.html

National Center for Statistics and Analysis. (2015, January). *Validation of the national estimates produced from NASS GES* (Traffic Safety Facts. Report No. DOT HS 812 099). National Highway Traffic Safety Administration.

NCSA. (2021, April). *Distracted driving 2019* (Research Note. Report No. DOT HS 813 111). National Highway Traffic Safety Administration. https://crashstats.nhtsa.dot.gov/-Api/Public/ViewPublication/813111

NCSA. (2021a, May). *Pedestrians: 2019 data* (Traffic Safety Facts. Report No. DOT HS 813 079). National Highway Traffic Safety Administration. https://crashstats.nhtsa.dot.gov/-Api/Public/Publication/813079

NCSA. (2021b, August). *Traffic safety facts 2019: A compilation of motor vehicle crash data* (Report No. DOT HS 813 141). National Highway Traffic Safety Administration.

National Highway Traffic Safety Administration. (1984, July). *Final regulatory impact analysis amendment to FMVSS No 208. Passenger car front seat occupant protection*, page IV-2.

NHTSA. (1987). National automotive sampling system: crashworthiness data system 1986.

NHTSA. (1988, March). A model for estimating the economic savings from increased motorcycle helmet use (Report No. DOT HS 807 251).

NHTSA. (1990, November). *Final regulatory impact analysis extension of the automatic restraint requirements of FMVSS 208 to trucks, buses, and multi-purpose passenger vehicles with a gross weight rating of 8,500 pounds or less and an unloaded vehicle weight of 5,500 pounds or less*, p. 23.

NHTSA. (1995). *National Automotive Sampling System Crashworthiness Data System 2010*.

NHTSA. (2008, July). *National Motor Vehicle Crash Causation Survey, Report to Congress* (Report No. DOT HS 811 059). https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/811059

NHTSA. (2011a). *National Accident Sampling System 2010* [Web page.] www.nhtsa.gov/crash-data-systems/national-automotive-sampling-system

NHTSA. (2011b, March) *Determining estimates of lives and costs saved by motorcycle helmets.* (Traffic Safety Facts Research Note. Report No. DOT HS 811 433). https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/811433

NHTSA. (2011c). *National telephone survey of reported and unreported motor vehicle crashe*s. (Project No. DTNH22-08-C-0065).

NHTSA. (2012, August). *Final regulatory impact analysis, corporate average fuel economy for MY 2017-MY 2025 passenger cars and light trucks*. www.nhtsa.gov/sites/nhtsa.gov/files/fria_2017-2025.pdf

NHTSA. (2012, September). *Distracted driving 2010*. (Traffic Safety Facts Research Note. Report No. DOT HS 811 650). www-nrd.nhtsa.dot.gov/Pubs/811650.pdfNational Hospice and Palliative Care Organization. (2020). *NHPCO facts and figures*, 2020 edition.

NHTSA. (2018, March) *Critical Reasons for Crashes Investigated in the National Motor Vehicle Crash Causation Surve*y (Traffic Safety Facts Research Note. Report No. DOT HS 812) 506). https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/812506

National Pediatric Trauma Registry. (2002). *Biannual report, December 2001.* Tufts University.

National Safety Council. (1990). *Manual on classification of motor vehicle traffic accident,.* 5th edition. (ANSI D-16.1-1989).

O'Day, J. (Ed.). (1993). *Accident data quality: A synthesis of highway practice*. National Cooperative Highway Research Program Synthesis 192. Transportation Research Board.

Office of Management and Budget. (2003, September 17). *To the heads of executive agencies and establishments* (Circular A-4) [Web page]. https://obamawhitehouse.archives.gov-/omb/circulars_a004_a-4/

Office of the Assistant Secretary for Planning and Evaluation. (2012). *Federal percentages and Federal medical assistance percentages, FY 1961 - FY 2011*. U.S. Department of Health and Human Services. http://aspe.hhs.gov/health/fmapearly.htm

Partyka, S. C., & Womble, K. B. (1989, June). *Projected lives savings from greater belt use* (Research Note). National Highway Traffic Safety Administration.

Peterson, C., Xu, L., & Barnett, S. B. L. (2021). Average lost work productivity due to non-fatal injuries by type in the USA. *Injury Prevention, 27*(2):111-117.

Peterson, C., Xu, L, & Florence, C. (2021, February). Average medical cost of fatal and nonfatal injuries by type in the USA. *Injury Prevention, 27*(1):24-33.

Piccinelli, M., Patterson, M., Braithwaite, I., Boot, D., & Wilkinson, G. (1999). Anxiety and depression disorders 5 years after severe injuries; a prospective follow-up study. *Journal of Psychosomatic Research, 46*(5):455-64.

Pickrell, T. M., & Ye, T.J. (2012, November). *Seat belt use in 2012 – Overall results* (Traffic Safety Facts Research Note. Report No. DOT HS 811 691). National Highway Traffic Safety Administration. https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/811691

Pope, C. A. III, Burnett, R. T., Thun, M. J., Callee, E. E., Krewski, D., Ito, ., & Thurston, G. D. (2002, March). Lung cancer, cardio-pulmonary mortality, and long-term exposure to fine particulate air pollution. *Journal of the American Medical Association, 287*(9), 1132-41.

Rice, D. P., MacKenzie, E. J., Jones, A. S., Kaufman, S. R., de Lissovoy, G. V., Max, W., McLoughlin, E., Miller, T. R., Robertson, L. S., Salkever, D. S., & Smith, G. S. (1989). *Cost of injury in the United States: A report to Congress*. Institute for Health & Aging, University of California, & Injury Prevention Center, The Johns Hopkins University.

Rosen, B. (1997). On sampling with probability proportional to size. *Journal of Statistical Planning and Inference, 62*, 159-191.

Rubin, D. B., Schafer, J. L., & Subramanian, R. (1998, October). *Multiple imputation of missing blood alcohol concentration (BAC) values in FARS* (Report No. DOT HS 808 816). National Highway Traffic Safety Administration. https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/808816

Selassie, A. W., Zaloshnja, E., Langlois, J. A., Miller, T. R., Jones, P., & Steiner, C. (2008). Incidence of long-term disability following traumatic brain injury hospitalization, United States, 2005. *Journal of Head Trauma Rehabilitation, 23*(2), 123–131.

Soderstrom, C. A., Birschbach, J. M., & Dischinger, P. C. (1990). Injured drivers and alcohol use: Culpability, convictions, and pre- and post-crash driving history. *Journal of Trauma, 30*(10), 1208–1213; discussion 1213–1214.

Spicer, R. S., & Miller, T. R. (2010, February 5). *Uncertainty analysis of quality adjusted life years lost*. National Highway Traffic Safety Administration. www.transportation.gov-/sites/dot.gov/files/docs/Spicer%20and%20Miller%202010%20qaly_injury_revision_pdf_final_report_02-05-10.pdf

Spicer, R., Miller, T., Hendrie, D., & Blincoe, L. (2011) *Quality-adjusted life years lost to road crash injury: Updating the injury impairment index*. *Annals of Advancements in Automotive Medicine, 55:* 365–377.

Srinivasan,K. K., & Krishnamurthy, A. (2003). Roles of Spatial and Temporal Factors in Variable Message Sign Effectiveness Under Nonrecurrent Congestion (Report No. 1854). *Transportation Research Record, 1854*(1), 124-134.Terhune, K. W., & Fell, J. C. (1981, October 1-3). The role of alcohol, marijuana, and other drugs in the accidents of injured drivers. 25th Annual Conference of the American Association for Automotive Medicine, San Francisco, CA.

Treat, J. R., Tumbas, N. S., McDonald, S. T., Shinar, D., Hume, R. D., Mayer, R. E., Stansifer, R. L., & Castellan, N. J. (1979, May). *Tri-level study of the final causes of traffic accidents, Volume 1: Casual factor tabulations and assessments* (Report No. DOT HS 805 085). National Highway Traffic Safety Administration. http://ntl.bts.gov/lib/25000/25500/25515/DOT-HS-805

U.S. Bureau of Labor Statistics. (2022, December 1)., *Average hourly earnings of all employees, total private* [Source Code: CES0500000003]. FRED [Federal Reserve Economic Data], Federal Reserve Bank of St. Louis. https://fred.stlouisfed.org/series/CES0500000003

U.S. Census Bureau. (2022). *Historical households tables* [Web page]. www.census.gov/data/tables/time-series/demo/families/households.html

U.S. Department of Transportation. (2008, February 5). *Treatment of the economic value of a statistical life in departmental analysis*. [Includes Memorandum to Secretarial Officers and Modal Administrators]. www.nhtsa.gov/staticfiles/administration/pdf/-Value_of_Life_Guidance_020508.pdf

U.S. DOT. (2011, July 19). *Treatment of the economic value of a statistical life in departmental analysis – 2011 Interim Adjustment.* [Includes Memorandum to Secretarial Officers and Modal Administrators].

U.S. DOT. (2013, March 1). *Guidance on treatment of the economic value of a statistical life in U.S. Department of Transportation analysis*. www.transportation.gov/sites/dot.gov/files/docs/VSL%20Guidance.doc

U.S. DOT. (2016, September 27). *Revised departmental guidance on valuation of travel time in economic analysis* [Web page]. www.transportation.gov/office-policy/transportation-policy/revised-departmental-guidance-valuation-travel-time-economic Also published as U.S. DOT. (2016, September 27). The value of travel time savings: Departmental guidance for conducting economic evaluations revision 2 (2016 Update). www.transportation.gov/sites/dot.gov/files/docs/2016%20Revised%20Value%20of%20Travel%20Time%20Guidance.pdf

U.S. DOT. (2021a, March 23). *Departmental guidance on valuation of a statistical life in economic analysis*. www.transportation.gov/office-policy/transportation-policy/revised-departmental-guidance-on-valuation-of-a-statistical-life-in-economic-analysis

U.S. DOT. (2021b, March 23). *Departmental guidance: Treatment of the value of preventing fatalities and injuries in preparing economic analyses, March 2021*. www.transportation.gov/sites/dot.gov/files/2021-03/DOT%20VSL%20Guidance%20-%202021%20Update.pdf

U.S. Energy Information Administration (2022, June 1). *Petroleum & other liquids* [Web page]. www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=pet&s=ema_epm0_ptg_nus_dpg&f=a

U. S. Environmental Protection Agency [Office of Air Quality Planning and Standards]. (2018, February). *Estimating the benefit per ton of reducing PM2.5 precursors from 17 sectors.* www.epa.gov/sites/default/files/201802/documents/sourceapportionmentbpttsd_2018.pdf

Viner, J. G., & Conley, C. (1994). *Consistency of police-reported incapacitating injuries between States*. Federal Highway Administration.

Viscusi, W. K. (1993). The value of risks to life and health. *Journal of Economic Literature*, *31*, 1912-46.

Viscusi, W. K., & Aldy, J. ED. (2003). The value of a statistical life: A critical review of market estimates throughout the world. *Journal of Risk and Uncertainty*, *27*.1, 5-76.

Wang, J.-S. (in press) KABCO-to-MAIS translators 2022 update (Research Note). National Highway Traffic Safety Administration.

Wang, J.-S., & Blincoe, L. J. (2001). *BELTUSE regression model update*. National Highway Traffic Safety Administration.

Wang, J.-S., & Blincoe, L. J. (2003). *Belt use regression model – 2003 update*. (Traffic Safety Facts Research Note. Report No. DOT HS 809 639). National Highway Traffic Safety Administration.  https://www-nrd.nhtsa.dot.gov/Pubs/809639.pdf

Wolfe, P., Davidson, K., Fulcher, C., Fann, N., Zawacki, M., & Baker, K. R. (2019). Monetized health benefits attributable to mobile source emission reductions across the United States in 2025. *The Science of the total environment, 650* (Pt 2), 2490–2498. Health incidence per ton values corresponding to this paper were provided by EPA staff.

Woolhandler, S., Campbell, T., & Himmelstein, D. U. (2003). Costs of health care administration in the United States and Canada. *New England Journal of Medicine, 349*(8), 768–775.

Yim, Y., & Ygnace, J-L. (1996). *Link flow evaluation using loop detector data: Traveler response to variable-message signs.* Transportation Research Record.

Zaloshnja, E., Miller, T. R., Romano, E. O., & Spicer, R. S. (2004). Crash costs by body part injured, fracture involvement, and threat to life severity, United States, 2000. *Accident Analysis and Prevention*, *36*(3), 415–427.

Zaloshnja, E., Miller, T. R., & Spicer, R. S. (2000). *Costs of large truck and bus-involved crashes.* Federal Motor Carrier Safety Administration.

Zaloshnja, E., Spicer, R. S., Romano, E. O., & Miller, T. R. (2001, September 24–26). *Does using AIS85 costs with AIS90 data create serious errors?* 45th Annual Conference of the Association for the Advancement of Automotive Medicine, San Antonio, TX.

DOT HS 813 403
February 2023



U.S. Department
of Transportation

**National Highway
Traffic Safety
Administration**



15814-021023-v11