# EXHIBIT G



# SUPER CRUISE™
## CONVENIENCE & PERSONALIZATION GUIDE

2023

cadillac.com



Review this quick reference guide for an overview of the Super Cruise™ driver assistance technology. Some equipment described in this guide may not be included in your vehicle. Contact your dealer for details on a specific vehicle. All information contained in this guide is based on the latest information available at the time of printing and is subject to change without notice. More information can be found in your Owner's Manual and at cadillac.com/owners.

Certain restrictions, precautions and safety procedures apply to your vehicle. Please read your Owner's Manual for complete instructions.

## SUPER CRUISE OVERVIEW



Escalade shown

Due to current supply-chain shortages, certain features shown have limited or late availability, or are no longer available. See the window label or your dealer regarding the features on an individual vehicle.

2

# SUPER CRUISE OPERATION

Super Cruise is a hands-free driver assistance technology for use on compatible roads. The system steers the vehicle to maintain lane position or to perform a lane change, under certain conditions, while also monitoring your attention to the road. Working with the Adaptive Cruise Control system, it reduces the need for you to frequently steer, brake or accelerate under available operating conditions.

When Super Cruise is engaged, the vehicle's real-time cameras, sensors, and GPS, used in conjunction with the precision LiDAR map data, keep the vehicle centered in its lane and traveling along the lane path while the driver's hands are removed from the steering wheel.

Super Cruise can be used while trailering (Escalade and LYRIQ models, if properly equipped). Specific calibrations are designed to account for additional drag and increased braking distance. Lane Change on Demand and Automatic Lane Change are not available when trailering.

Always pay attention while driving and when using Super Cruise. Do not use a handheld device. For compatible roads and full details, visit cadillac.com/supercruise.

Note: Operation requires an active and eligible Connected Services plan, active Wi-Fi hotspot, working electrical system, cell reception, and GPS signal.

## HOW SUPER CRUISE WORKS

Super Cruise driver assistance technology is available only on compatible roads that are separated from opposing traffic. The GPS uses real-time corrections and map data to determine the vehicle's location while the Lane Sensing Camera detects the marked lanes on the road to help the vehicle steer and maintain lane position.

The system works with Adaptive Cruise Control, which detects vehicles traveling in the same direction in your path and accelerates or brakes your vehicle to maintain a driver-selected following distance gap from a vehicle detected ahead, even in stop-and-go traffic conditions.



CT5 shown

When engaged, Super Cruise provides feedback on system status with indicators and messages on the instrument cluster along with the steering wheel light bar and voice prompts, while the Driver Attention Camera ensures the driver is paying attention to the road ahead.



LYRIQ shown

The steering wheel light bar intuitively provides a status of system operation, including when the system is steering and when you need to manually steer the vehicle. You can override Super Cruise at any time by steering, braking or accelerating.

3    Some equipment shown may not be included in your vehicle.

## SUPER CRUISE OPERATION

In addition, by monitoring the driver's head position and eye gaze, the Driver Attention Camera lets you know when you need to pay more attention to the road ahead. Alerts may prompt you to pay close attention to the road and steer manually when needed.

► To steer manually, hold the steering wheel firmly with both hands on the sensing areas, highlighted below, on the wheel.

In situations in which the driver doesn't respond to the series of Super Cruise alerts, the vehicle will come to a controlled stop in its lane and an OnStar Emergency-Certified Advisor will be connected to the vehicle to provide support. Super Cruise will be disabled until the next ignition cycle.



It's extremely important that you pay attention to the operation of the vehicle, even while using Super Cruise. Always be prepared to take over operation of the vehicle at all times.

**See Driving and Operating in your Owner's Manual.**

## ENGAGING SUPER CRUISE

To use the Super Cruise driver assistance technology, Adaptive Cruise Control must be On.

1. Press the 🕼 Adaptive Cruise Control button (A) on the steering wheel to turn on the system. The ⟿ symbol (C) will illuminate in white on the Cluster Display. If the system is already set, the ⟿ will be green with a speed shown.



Escalade shown

Note: Press and hold the ⓧ Cancel button to switch from regular Cruise Control to Adaptive Cruise Control.

2. When Super Cruise detects you are on a compatible road



LYRIQ shown

and paying sufficient attention, and all other driving conditions are met (lane markings visible, GPS available, no system faults, etc.), the 😊 Super Cruise symbol (D) will illuminate in white on the Cluster Display.

4

# ENGAGING SUPER CRUISE

3. When it is safe to do so, press the 󰀁 Super Cruise button (B) on the steering wheel to engage Super Cruise. The 󰀂 symbol (E) and steering wheel light bar illuminate in green when Super Cruise is steering the vehicle.

   If Super Cruise is engaged and the 󰀂 symbol and steering wheel light bar illuminate in blue, the driver is still in control of steering and Super Cruise is not steering the vehicle. Position the vehicle in the center of the lane until the 󰀂 symbol and light bar turn green.

4. Once Super Cruise controls the steering, and traffic, local laws, and other conditions permit, and it is safe to do so, your hands can be taken off the steering wheel. The vehicle can be steered manually at any time.

When Super Cruise is engaged, the Forward Collision System will be set to the Alert and Brake setting.

If an Adaptive Cruise Control speed was not previously set, the current speed will be the cruise set speed used by Super Cruise.

► To disengage Super Cruise, press the 󰀁 Super Cruise button again or press the brake pedal.

## SUPER CRUISE AVAILABILITY

Super Cruise is available to be used when:

- Adaptive Cruise Control is On.
- The vehicle is on a compatible road, which generally only allows high-speed traffic and is separated from opposing traffic. Super Cruise may be available on non-divided roads that are mapped, outside of urbanized areas and have a road speed limit above 45 MPH.
- Camera or radar sensors are not obstructed or damaged.
- Lane markings are clearly visible. Do not use Super Cruise in poor weather conditions or when visibility is limited.
- Driver attention is detected.
- Teen Driver is not active.

Super Cruise should not be used in complex or uncertain driving conditions, including: in construction zones; when approaching an intersection controlled with a traffic light, stop sign or other traffic control device; on winding or hilly roads; in tunnels; or in heavy traffic. Always make sure traffic conditions are safe before using Super Cruise.

**See Driving and Operating in your Owner's Manual.**

# STEERING WHEEL LIGHT BAR INDICATORS

When the Super Cruise driver assistance technology is not engaged, the light bar will not be visible on the steering wheel and the Super Cruise symbol on the Cluster Display will be illuminated in white or will not be illuminated. You must steer the vehicle.

When Super Cruise is engaged, the steering wheel light bar and Super Cruise symbol indicate system status.

| | | |
|---|---|---|
| **Solid Green Bar and Solid Green Symbol** | Super Cruise is active and steering the vehicle. This is the only time you may remove your hands from the steering wheel. |  |
| **Flashing Green Bar and Solid Green Symbol** | Super Cruise is active, but the system detects that you need to pay more attention to the road. | |
| **Pulsing Blue Bar and Solid Blue Symbol** | Super Cruise is active, but the system detects that you are manually steering. To return to Super Cruise steering, position the vehicle in the center of the lane and hold the steering wheel steady until the green indicators appear. |  |
| **Flashing Red Bar, Solid Red Symbol, and Safety Alert Seat Pulses or Beeps Sound** | You need to take steering control immediately. The system cannot operate properly under current conditions. Firmly hold the steering wheel with both hands on the sensing areas of the wheel. The vehicle will begin to coast until you take steering control. Super Cruise must be re-engaged to use the system again. |  |
| **Flashing Red Bar, Solid Red Symbol, Safety Alert Seat Pulses or Beeps Sound, and Voice Prompt** | You need to take steering control immediately. A voice prompt will tell you to take over steering control. Firmly hold the steering wheel with both hands on the sensing areas of the wheel. If you do not take steering control, the vehicle will steer and brake gradually to a stop. Super Cruise will not be available until the next ignition cycle and an OnStar Emergency-Certified Advisor will be notified to provide support for the driver. | |

# ATTENTION ALERTS

## DRIVER ATTENTION CAMERA

When the Super Cruise driver assistance technology is engaged, the Driver Attention Camera, located on top of the steering column, determines if the driver's attention is on the road ahead. It works with infrared lights to track head position and eye gaze to determine where you are looking.



Note: The Driver Attention Camera does not record or share photos, audio or video.

## 1ST ALERT

If the system detects that you may not be paying sufficient attention to the road ahead, the steering wheel light bar flashes green to prompt you to return your attention to the road.

The light bar will stop flashing when the system detects your attention to the road has resumed.

The Driver Attention Camera needs to see the driver's entire face clearly. If the steering wheel light bar flashes green while you are paying sufficient attention, your face may be obstructed. It may be necessary to adjust the angle of the steering wheel and your seating position.

## 2ND ALERT

If the steering wheel light bar flashes green for too long and the system detects continued inattentiveness to the road ahead, the steering wheel light bar flashes red to notify you to look at the road and steer the vehicle manually. Firmly hold the steering wheel with both hands on the sensing areas of the wheel.

In addition to the steering wheel light bar flashing red, beeps also sound or the Safety Alert Seat pulses (if selected).



► To change the Safety Alert Seat setting, go to Settings > Vehicle > Collision/ Detection Systems > Alert Type.

Escalade shown

The vehicle will not accelerate while the light bar is flashing red. Super Cruise must be re-engaged to use the system again.



CT4 shown

Some equipment shown may not be included in your vehicle.

## ATTENTION ALERTS

The steering wheel light bar will also flash red when:

- Adaptive Cruise Control is canceled.
- The vehicle is on a tight curve or speed is too fast.
- Lane markings are poor or visibility is limited.
- The compatible road ends.
- The vehicle is approaching an intersection controlled by a traffic light, stop sign or other traffic control device.
- There is a system fault.

### 3RD ALERT



If the steering wheel light bar flashes red for too long, a voice prompt will be heard. Firmly hold the steering wheel with both hands on the sensing areas of the wheel to steer manually.

You should take over steering immediately; otherwise, the vehicle will slow in your lane of travel and eventually brake to a stop. Super Cruise and Adaptive Cruise Control will disengage.

In the event of an unresponsive driver, the vehicle will come to a controlled stop in its lane, activate the hazard lights, and contact an OnStar Emergency-Certified Advisor.

**See Driving and Operating in your Owner's Manual.**

## MESSAGING

Super Cruise driver assistance technology may not be available or may disengage when active based on several operating conditions. Use the 󰀄 Super Cruise button on the steering wheel to view Cluster Display messages about system operation.

▶ If the 󰀅 Super Cruise symbol does not appear, press the 󰀄 Super Cruise button to display a message about why the system is unavailable.



▶ Immediately after Super Cruise disengagement, press the 󰀄 Super Cruise button (within 10 seconds) to display a message with the reason for disengagement.

Refer to your Owner's Manual for summaries of all messages.

**See Driving and Operating in your Owner's Manual.**

# CHANGING LANES

### MANUALLY CHANGING LANES

The vehicle can be steered manually at any time when the Super Cruise driver assistance technology is engaged.

1. Verify the next lane is clear and conditions are safe to make a lane change.
2. Move the steering wheel manually by holding the steering wheel with both hands on the sensing areas of the wheel. The steering wheel light bar pulses blue.



3. Steer the vehicle into the desired lane.
4. To allow Super Cruise to resume steering, center the vehicle in the lane until the light bar turns green.

### AUTOMATIC LANE CHANGES

When engaged, Super Cruise can automatically perform a single lane change under certain conditions if enabled in the Vehicle Settings. Automatic Lane Change is not available when trailering.

► To enable Super Cruise lane changes, go to Settings > Vehicle > Collision/Detection Systems > Super Cruise Lane Change.

The system may automatically perform a lane change to the left to pass a slower-moving vehicle ahead and a subsequent lane change to the right to return to the original lane. The system also may automatically perform a lane change to the left or right when the current lane is ending ahead or when a slower moving vehicle is detected in the adjacent ending lane to provide space for the merging vehicle.

### LANE CHANGE ON DEMAND

With Super Cruise engaged, the driver can direct the system to perform a single lane change using the turn signal. Lane Change on Demand is not available when trailering.

1. Verify the next lane is clear and conditions are safe to make a lane change.
2. Activate the turn signal in the direction of the desired lane change by briefly pressing and releasing the turn signal lever or moving the lever fully up or down. The turn signals will remain active while Super Cruise completes the lane change. Super Cruise will steer the vehicle to perform the lane change if it detects traffic is clear. A message on the Cluster Display shows the status of the lane change.



3. Return the turn signal lever to the neutral position after the lane change if it was moved fully up or down.
► To cancel a lane change, return the turn signal lever to the neutral position, move the lever in the opposite direction of the lane change, or steer manually at any time.

**See Driving and Operating in your Owner's Manual.**

Some equipment shown may not be included in your vehicle.

# DRIVER ASSISTANCE INFORMATION

On CT4 and CT5 models, Driver Assistance information can be viewed on the instrument cluster, if selected.

**INFORMATION ZONE OPTIONS**

1. Use the ‹ or › button on the steering wheel 5-way controller to select the desired menu to show in the Interactive Information Zone.
2. Use the thumbwheel on the steering wheel 5-way controller to scroll through the available selections in each menu.
3. Press the thumbwheel to select the menu option.

**See Instruments and Controls in your Owner's Manual.**

# CONNECTED SERVICES

**REQUIRED CONNECTED SERVICES PLAN**

Super Cruise functionality is enabled by a data connection for real-time, precise positioning and periodic Super Cruise map updates. In order to operate Super Cruise, an active and eligible Connected Services plan is required.

Note: To learn more about Connected Services, press the blue OnStar button, visit onstar.com, or call 1-888-466-7827.

**See OnStar in your Owner's Manual.**

# MAP DATABASE

Super Cruise driver assistance technology uses a LiDAR-scanned map database, which restricts system use to compatible roads.

Visit cadillac.com/supercruise to view compatible roads near you.



**MAP UPDATES**

Super Cruise map updates and GPS enhancement data are automatically downloaded to the vehicle. Super Cruise will be disabled if updates do not occur and the map reaches 7 months old. Disabling the vehicle's Wi-Fi or Location Services in the Settings menu on the infotainment screen will disable automatic map updates.

In addition to the automatic updates, your Cadillac dealer can upload the latest Super Cruise map to the vehicle.

**See Driving and Operating in your Owner's Manual.**

# USING SUPER CRUISE RESPONSIBLY

Super Cruise is a driver assistance technology. Your complete attention is always required while driving since unexpected steering or braking may occur if the system does not correctly detect lanes, vehicles or traffic situations ahead, or if situations occur that the system cannot detect, including cross-traffic. Do not use a hand-held device while driving, even with Super Cruise engaged.

The system is designed to maintain the current lane. You need to take control to steer around a traffic situation or object, merge into traffic, make a turn, and exit the road. You must also stop the vehicle for crossing traffic and at a traffic light, stop sign or other traffic-control device. The system does not detect if you are drowsy or focused on safe driving. Always be ready to take action and take over steering or apply the brakes.

Super Cruise:

- Does not prevent crashes or warn of possible crashes.
- Does not steer to avoid stopped or slow-moving vehicles, cross-traffic, construction barriers or cones, motorcycles, children, pedestrians, animals, or other objects on the road.
- Does not steer in response to vehicles or objects next to your vehicle, including vehicles attempting to enter your lane.
- Does not respond to traffic lights, stop signs, or other traffic control devices.
- Does not respond to crossing or oncoming traffic.
- Does not make turns.
- Does not steer to merge onto or to exit roads.
- Does not steer to avoid or steer through construction zones.
- Does not function in city driving conditions.

# USING SUPER CRUISE RESPONSIBLY

Some state and local laws may not permit hands-free driving. In these locations, use Super Cruise by lightly holding the steering wheel at all times. Always know the rules in your area.

Super Cruise is available on additional roads, including areas of divided roads that have limited crossings. Under certain conditions, such as when approaching an intersection, Super Cruise uses the high-precision map to hand control of the vehicle back to you. It is important that you always stay engaged and vigilant at all times while driving.

**See Driving and Operating in your Owner's Manual.**

# SYSTEM CARE

Super Cruise driver assistance technology operates using the front and rear radars, front camera, and Surround Vision cameras. Keep the surfaces of these systems clean for proper Super Cruise operation.

Clean the lens cover of the Driver Attention Camera on the steering column with a soft cloth sprayed with glass cleaner as needed.

Note: We recommend any required service on the Super Cruise system be performed by an authorized Cadillac dealer.

**See Vehicle Care in your Owner's Manual.**

# OWNER PRIVILEGES™

**ROADSIDE ASSISTANCE**     **1-800-224-1400**
**TTY Users: 1-888-889-2438**

Roadside Assistance provides every Cadillac owner with the advantage of contacting a Cadillac advisor and, when appropriate, a Cadillac-trained dealer technician who can provide on-site services, including towing service, battery jump starting, lock-out service, fuel delivery and flat tire assistance. Services are provided for up to 6 years/70,000 miles, whichever occurs first.

**OnStar® Roadside Assistance**

If you have a current OnStar Safety & Security plan, press the blue OnStar button or red Emergency button (for emergencies only) to get the help you need. An OnStar advisor will use GPS technology to pinpoint your vehicle location and contact the nearest service provider.

To learn more about OnStar services, press the blue OnStar button, call 1-888-466-7827, visit onstar.com or refer to your Owner's Manual.

**CUSTOMER ASSISTANCE**     **1-800-458-8006**

Cadillac Customer Assistance is available anytime to answer questions or provide additional information.

**myCADILLAC MOBILE APP**

Download the myCadillac app to your compatible smartphone (or device) and, if your vehicle is properly equipped, you can use your device to start or turn off your vehicle, lock or unlock your doors, view key diagnostic information, see your parking location and more.

The app is available on select Apple® and Android™ devices. Service availability, features and functionality vary by vehicle, device and data plan. Device data connection required. Visit onstar.com for more details. Download the mobile app from the App Store or Google Play Store.

**CADILLAC ONLINE OWNER CENTER**

Create an account at cadillac.com/owners to access personalized information, including an online Owner's Manual and helpful how-to videos; track your service history and warranty status; manage your OnStar and Connected Services vehicle plans; review your current Vehicle Diagnostics report (active service account required) and more.

**We recommend always using ACDelco or GM Genuine Parts.**

84983278 B

Some equipment described in this guide may not be included in your vehicle. Contact your dealer for details on a specific vehicle. All information contained in this guide is based on the latest information available at the time of printing and is subject to change without notice. Certain restrictions, precautions, and safety procedures apply to your vehicle. Please read your Owner's Manual for complete instructions. Copyright 2022 General Motors LLC. All Rights Reserved.



84983278