# EXHIBIT J

3/24/25, 8:32 PM
Pentagon may take a page out of Tesla's playbook and run AI in 'shadow mode' | DefenseScoop
Case 1:21-cv-21940-BB   Document 380-15   Entered on FLSD Docket 03/25/2025   Page 2 of 16

# DEFENSESCOOP

EMERGING TECH

# Pentagon may take a page out of Tesla's playbook and run AI in 'shadow mode'

In its pursuit of trusted artificial intelligence and autonomy, the Defense Department is looking at running additional algorithms on its platforms to test and monitor performance, as Tesla has done with its self-driving cars.

BY JON HARPER • SEPTEMBER 26, 2022



Self driving vehicles take part in a test ride on the A2 motorway in Zijderveld, on March 16, 2016. (Photo credit KOEN VAN WEEL/AFP via Getty Images)



In its pursuit of trusted artificial intelligence and autonomy, the Defense Department is looking at running additional algorithms on its platforms to test and monitor performance, as Tesla has done with its self-driving cars.

The concept, which Tesla calls "shadow mode," helps innovators develop and test new software by having algorithms run in the background on a vehicle without actually taking operational control of the platform. The data collected shows how the autonomy technology running in "shadow mode" would perform in real-world operational settings if it were given control, so that developers can measure its safety and effectiveness and ensure it is trustworthy.

"From my perspective, when I thought about for what we want to do in the trusted autonomy framework that we're building [at the Defense Department] is really build in these ethics and responsible AI pieces as 1s and 0s into the machine intelligence. And so you just think about what Tesla is doing with the shadow mode AI, when you're driving your car there's an AI — a core AI that's operating your car. In the background, there's a whole AI that's running that's for

3/24/25, 8:32 PM
Case 1:21-cv-21940-BB   Document 380-15   Entered on FLSD Docket 03/25/2025   Page 4 of 16
Pentagon may take a page out of Tesla's playbook and run AI in 'shadow mode' - DefenseScoop

development," Jaret Riddick, principal director for autonomy in the Office of the Undersecretary of Defense for Research and Engineering, said Sept. 22 at the AUVSI Defense conference.

He continued: "We're seeing that even now. So, imagine in the future what we can do with building in the machine intelligence into the architecture and … imagine layers of the stack that are dedicated to trust that are separate AIs that are focused just on that."

The DOD is pursuing a variety of unmanned systems with various level of autonomy including drones, robotic combat vehicles and uncrewed ships, as it tries to maintain a competitive edge against advanced adversaries like China. But the Pentagon also wants to make sure the technology doesn't screw up in combat or in other scenarios, such as by attacking the wrong targets. That has led to the push for "responsible AI" and trusted autonomy.

However, some officials and other observers are concerned that the DOD might be slow adopters of artificial intelligence, with expectations that China and Russia won't be slowed down by concerns about ethics and trust when they're developing these types of technologies.

But Riddick sees "shadow mode" processes as a way to help keep the movement toward trusted AI on track.

"This question comes up all the time, you know, when I talk about constant monitoring" of the artificial intelligence technology, Riddick said. "The notion of the state of engineering [and] state of trust, people say it's going to slow down the autonomy. I wholeheartedly disagree, because we already see folks like at Tesla, you know, running AIs in the background. Imagine those AIs in the future being an AI in the back of this embedded in these structures, that's totally there to control trusted behavior of the autonomy."

Riddick is spearheading the Pentagon's Operational Trust in Mission Autonomy (OPTIMA) initiative. The aim is to deliver trusted autonomy to give U.S. military forces a leg up in the complex, multi-domain battlefields of the future.

DOD officials expect these cutting-edge machines to operate as teammates to service members, not simply to replace them. They often talk about the need to achieve a level of comfort where commanders and their troops feel like they can rely on autonomous platforms to do what they're supposed to do.

However, Riddick's team isn't looking at trusted AI from a purely psychological perspective. They want numbers to back it up and aid the development of new tech.

It's "not as an emotion or a subjective or something that will just happen over time, but trust as a product that we can look at as a quantifiable asset on the battlefield," he said. "In the objectives for the optimization, I'm focusing on quantifiable metrics."

These metrics will be system-dependent and mission-dependent, he noted.

Some observers are skeptical about this approach.

"Many people have told me directly to my face, 'You can't measure trust, you don't know what to measure.' Particularly neuroscientists. I've upset a lot of neuroscientists, right. And other folks have told me, 'Well, there are hundreds of definitions for trust. What are you talking about?' I'm talking about operational trust and I'm talking about mission autonomy or … objective tactical autonomy," Riddick said.

Once the Defense Department determines what the quantifiable metrics are, they are expected to guide technology developers.

"In the engineering sense, an engineering state of trust can be characterized [and] parameterized," Riddick said. "Once we have an understanding what those quantifiable metrics are, we have a very powerful tool to use within program development … And that link between quantifiable metrics and operational effectiveness, give us then tools that we can use to design process that we can use to motivate the acquisition of systems, ensuring that we're buying trusted autonomy."

Riddick also sees other benefits.

"It also gives a link then to the research side, right. So, if we have guidance within the acquisition lifecycle, too, for PMs and PEOs of the world to understand by virtue of quantifiable metrics how

3/24/25, 8:32 PM
Pentagon may take a page out of Tesla's playbook and run AI in shadow mode | DefenseScoop
Case 1:21-cv-21940-BB   Document 380-15   Entered on FLSD Docket 03/25/2025   Page 6 of 16

to ensure that they're buying trusted autonomy. Over time, you know, these quantifiable metrics then become commercial opportunities for small businesses to come in and say, 'Here are the quantifiable metrics that would, you know, ensure you're buying trusted autonomy for your system.' But it also creates a bridge to research for researchers to continually deliver pathways to quantifiable metrics for trust," Riddick added.

The DOD is currently in the "exploration phase" of its trusted autonomy endeavors, but eventually, it will transition to "exploitation."

"Once we're able to sort of pick out the places where we can put some real guidance for folks in the acquisition lifecycle, we can transition," Riddick said. "We will evolve into exploitation in terms of standards that will lead to the type of scalability that we want."



## Written by Jon Harper

Jon Harper is Managing Editor of DefenseScoop, the Scoop News Group's online publication focused on the Pentagon and its pursuit of new capabilities. He leads an award-winning team of journalists in providing breaking news and in-depth analysis on military technology and the ways in which it is shaping how the Defense Department operates and modernizes. You can also follow him on X (the social media platform formerly known as Twitter) @Jon_Harper_

## In This Story

ARTIFICIAL INTELLIGENCE (AI)    SOFTWARE    UNMANNED SYSTEMS

AUTONOMY    JARET RIDDICK    TRUSTED AI

## More Scoops



### SECAF Kendall, looking out to 2050, predicts war winners will be combatants with the best AI

"It is likely these areas of advanced military technology will be manifest through the increasingly widespread use of autonomy and automation, in all domains, but especially in…

BY MIKAYLA EASLEY



### 'You've got to see it to be it': Leaders aim to inspire more diverse tech talent for national security

BY BRANDI VINCENT



### Inside the AI-enabled pilot that flew Air Force Secretary Kendall through a dogfight

BY MIKAYLA EASLEY

### Pentagon takes AI dogfighting to next level in real-world flight tests against human F-16 pilot

BY JON HARPER

### Navy aiming for $15M price tag for CCA drones; avoid long-term sustainment costs

BY JON HARPER

### Anduril, Palantir awarded contracts for Army robotic combat vehicle software system integration

BY JON HARPER

### Army aviation community plotting paths to integrating autonomy into future fleet

BY MIKAYLA EASLEY

## Latest Podcasts



🎙 How the Navy is reducing workforce friction to improve mission outcomes



🎙 How DARPA is looking to AI to fend off cyber vulnerabilities through a challenge program



🎙 How the DOD protects national security interests by monitoring climate change



🎙 What AI means for public sector training and upskilling

# Tech

Lawmakers seek drone-fighting abilities for federal nuclear facilities

Hegseth issues new guidance on DOD civilian hiring freeze

Trump administration targets Houthi drone experts, C2 arsenal in first wave of ongoing strikes

Stephen Feinberg wins Senate confirmation as Trump's deputy defense secretary

# Weapons

A deeper look at Africom's recent airstrikes under the Trump administration

DIU taps 4 vendors — including Ukrainian firms — for long-range kamikaze drones

DIU, Air Force move forward with 2 vendors to next phase of Enterprise Test Vehicle program

Air Force designates CCA drones as first unmanned fighter aircraft

3/24/25, 3:32 PM
Pentagon may take a page out of Tesla's playbook and run AI in 'shadow mode' | DefenseScoop
Case 1:21-cv-21940-BB  Document 380-15  Entered on FLSD Docket 03/25/2025  Page 10 of 16

# Cyber

DOD cyber workforce policy leader sees 'golden opportunity' to modernize

DIU awards prototype deals for next-generation defensive kits for Cybercom

Cybercom wants more consistent readiness approach across the services

Katie Arrington returns to DOD as CISO

# AI

New Space Force plan charts path for enhanced Unified Data Library

How the Air Force is experimenting with AI-enabled tech for battle management

Raytheon ready to add AI-enabled radar warning receiver to fighter jets, other Air Force platforms

Army finalizing contracting approach for scaled-up version of enterprise data platform

3/24/25, 3:32 PM
Case 1:21-cv-21940-BB   Document 380-15   Entered on FLSD Docket 03/25/2025   Page 11 of 16
Pentagon may take a page out of Tesla's playbook and run AI in 'shadow mode' | DefenseScoop



ABOUT US

FEDSCOOP

DEFENSESCOOP

CYBERSCOOP

STATESCOOP

EDSCOOP

AISCOOP

NEWSLETTERS

ADVERTISE WITH US

AD SPECS

(202) 887-8001

HELLO@DEFENSESCOOP.COM

FB   TW   LINK   YT

Subscribe: Less than $1.50/wk        Sign In

MORE FROM FORBES


Mar 10, 2020, 10:15am EDT
Elon Musk's Drive To $55 Billion Tesla Payday Slowed By COVID-19 Stock Slide


Mar 09, 2020, 09:00am EDT
LAX Won't Let Your Uber Pick You Up At The Terminal. That's Good - It Should...


Mar 05, 2020, 11:36am EST
Anthony Levandowski, The Fallen Self-Driving Tech Star Who Triggered...


Mar 0
Hyd
Nas

INNOVATION  >  TRANSPORTATION

# Tesla's "Shadow" Testing Offers A Useful Advantage On The Biggest Problem In Robocars

By **Brad Templeton**, Senior Contributor.  Brad Templeton, who was early at...  ⌄   Follow Author

Apr 29, 2019, 10:16am EDT

Share    Save

🕐 This article is more than 5 years old.



The view in the Tesla Simulator. Since Tesla uses cameras as the primary sensor, it tries to produce... [+]
TESLA PRESENTATION

For some time, the biggest problem in robocars has been proving that you have done it -- that you have built a car that is safe enough to deploy. If you're making one, you must first convince yourself, along with your lawyers and board of directors, and you must convince the public. When you have accidents, you will need to convince the courts. In time, you will need to convince regulators too.

In light of Tesla's recent opening up on their approaches, it is worth examining their approach, in contrast with that of others.

Everybody starts on closed roads and test tracks, but very quickly that becomes minimally useful and you need to try the more varied and risky situations of public streets.

Almost everybody agrees that on-road testing and development is essential. Nobody is going to ride in a car that's not been extensively tested in the real world. The primary approach taken by most teams has been to rack up lots of real-world miles and situations in different conditions, with a human safety driver, or rather two, overseeing the prototype testing to keep it safe. Waymo has now done 15 million miles of this.

## Simulators

Almost everybody serious also is testing in a simulator. Simulation is not the real thing, but it offers some important advantages:

- It's cheap -- no need to even have a car, let alone a road or safety drivers.
- It's fast -- you can drive a million miles in a simulator in a night.
- It's safe -- you can test dangerous situations you could never try in the real world, like pedestrians running in front of you or being in the middle of accidents

**Forbes Daily: Join over 1 million Forbes Daily subscribers and get our best stories, exclusive reporting and essential analysis of the day's news in your inbox every weekday.**

Email address                                                                 Sign Up

By signing up, you agree to receive this newsletter, other updates about Forbes and its affiliates' offerings, our Terms of Service (including resolving disputes on an individual basis via arbitration), and you acknowledge our Privacy Statement. Forbes is protected by reCAPTCHA, and the Google Privacy Policy and Terms of Service apply.

- It's complex -- you can drive all your simulated miles in interesting and challenging conditions, not wasting time on simple and boring ordinary roads.
- It's repeatable -- you can do the same test again and again.
- It's variable -- you can try millions of tiny variations of any situation. You can try every type of weather and lighting. You can try every type of road and traffic.
- It's strange -- you can test extremely rare situations, like what your car might do in a tsunami, earthquake, fire, flood, tornado or dust storm.
- It's software -- you can create complex failures of your simulated hardware, mixed in with every situation, and know how you deal with them.

It's a very important technique, and listing all of its abilities would take a much longer document, but everybody should be doing it. Even so, it is not the real world.

## Shadow testing

Tesla showed off one of its testing techniques at its April 23 autonomy day, one it had hinted at before but not clearly described, namely "shadow mode testing." This technique is one where Tesla has an edge over other players because hundreds of thousands of customers are paying to drive their cars around and unknowingly help with this testing.

In shadow testing, a car is being driven by a human or a human with autopilot. A new revision of the autopilot software is also present on the vehicle, receiving data from the sensors but not taking control of the car in any way. Rather, it makes decisions about how to drive based on the sensors, and those decisions can be compared to the decisions of a human driver or the older version of the autopilot. If there is a decision -- the new software decides to zig where the old one zags, or the new software cruises on when the human hits the brakes, an attempt can be made to figure out how different the decisions were, and how important that difference is. Some portion of those incidents can be given to human beings to examine and learn if the new software is making a mistake. If there is a mistake, it can be marked to be fixed, and the testing continues.



*Tesla visualizes their "shadow mode" where the test software drives the car on a different path than... [+]*
TESLA PRESENTATION

Tesla's new hardware chip, which has vastly more processing power than the current generation they use, will allow them not only to run more complex neural networks in the autopilot. It also allows them to do more shadow testing since it's easy to have more than one autopilot running at a time.

Tesla touts their advantage here -- they can shadow test many millions of miles every day, while companies using safety drivers test at a much slower rate. Before they release an update to autopilot, they can be almost sure it would not have caused a crash in millions of miles of driving situation. I say almost sure because shadow testing has one flaw. Once the shadow autopilot had decided to deviate from the real path of the car, both for important reasons like braking to avoid an accident and more mundane reasons like changing lanes or adjusting itself in the lane, it no longer receives sensor data that reflect that change. It wants to change lanes, but the test is now over, as it can't see what the sensors would have seen if it had done so, and other cars on the road who might react to that lane change will not be reacting to it. In important situations, the scenario can be converted over to a simulator which can test what would happen -- in simulator, not reality -- if the car actually obeyed the new software.

It's not a crushing advantage, but it is a good one. This capability is only available to companies operating a large fleet of cars with all the self-driving sensors on them. Tesla, in declaring (many think incorrectly) that its current cars have all the sensors they need, is the only one in that position. Other car OEMs could do that once they have cars equipped with the sensors in the hands of customers. Uber and Lyft could also ask their drivers to add sensor packs to their cars to shadow drive in contrast to human driving. These two companies are racking up immense numbers of miles. Intel/MobilEye also has its devices in millions of cars, though those cars do not generally have the LIDAR which MobilEye, unlike Tesla, believes is an important part of the sensor suite. (MobilEye is, like Tesla, heavily dedicated to computer vision, but unlike Tesla believes that lower-end LIDAR is an important tool to add to the cameras.) The start-ups and even the mega-giants like Waymo and Apple can't match this ability without partnering with an automaker and modifying lots of cars.

Waymo, on the other hand, may soon have a very large fleet on the road with much better sensors than Tesla has, so it will be able to do massive scale testing of this form in time. Uber also stated it ordered a fleet of 24,000 Volvos before their fatal crash shut them down. Uber and Lyft, like Tesla, have millions of customers willing to pay for the underlying cost of vehicles driving around if those vehicles can be suitably equipped. GM also has that opportunity with their modified Bolt vehicles going into production.

While shadow testing is easy to do when you have a fleet of cars, paid for by customers, who are driving roads with your set of sensors and your computer, it is also possible to do it in the lab with any large set of recordings of sensor data from the sensors you care about. That requires moving a large amount of data, of course. It does not need to e done while cars drive; it is best done over WiFi when the cars are parked.

In the event another major player comes to agree with Tesla that the right sensor suite is just cameras and radars, then suddenly it becomes easy for them to get a fleet deployed with that sensor suite, or to gather tons of recordings. GM could put such a suite into every Bolt, not just the Cruise ones.

## Back to simulation

You'll never see everything strange that you need to see even in millions of miles of shadow testing, so simulation remains important. Tesla has a simulator, and uses it, but takes a dim view of simulation compared to shadow testing. The presentation gave very little information on Tesla's simulators, though Elon Musk identified one of the key traps of simulation, stating that you can end up "grading your own homework."

This is because there is only one valid score at the end of a simulation test run, which is perfect. Simulation will help you discover situations you don't handle well, but if they are real situations of concern, you immediately move to fix them until your vehicle does the right thing in all of them. This isn't a bad thing at all, but it doesn't help you measure quality and progress. Every new software release runs through the full test suite to make sure nothing has been broken by changes to the software, but it doesn't give you enough information on the core question of what your safety record will be when you go out and drive a billion miles. Unfortunately, going out and driving a billion miles has been criticized as not quite enough by some, though it actually proves worthwhile constraints on your total risk if you do it. But it's not practical to do it.

I believe the best path to measuring quality is to see how well a vehicle responds to new troublesome situations it has never seen before. These keep occurring on the roads, and these are the things which will be the likely origins of problems on the road. As you get to higher and higher levels of reliability, however, it gets harder and harder to find these situations. That's good -- the fewer you are finding the more confident you can be that they are rare -- but it's also bad because it makes it very expensive to find them to learn from them.

Tesla's bet on doing it all with computer vision and radar lets them shadow test on their existing fleet. But they may find -- and most other major players are betting they will find -- that it is in getting to the "last 9s" of reliability that vision is not enough, at least with current or near-future technology. If you can't get those final 9s without LIDAR, Tesla loses its bet and loses the edge it gets from shadow testing with its fleet.

## Proving safety

Teams continue to hunt for the best way to prove safety. Tesla may attempt to accumulate large numbers of shadow miles without error. Tesla will also test by having customers use and oversee autopilot while noting when they need to intervene, and of course, noting any accidents.   It may be a concern that where the industry has greatly faulted Uber for testing their system with just one poor quality safety driver, all Tesla's beta use of autopilot with customers is done with just one entirely untrained person.  Other teams may test by going out with real operation, testing not just what the vehicle decides, but how what it does affects the situation. Testing will continue on test tracks and in the simulator until the test results predict that deployment will be sufficiently low risk. And then the real excitement begins.

Comments can be left at this site

Editorial Standards      Forbes Accolades

Forbes

© 2025 Forbes Media LLC. All Rights Reserved.

AdChoices   Privacy Statement   Do Not Sell or Share My Personal Information   Limit the Use of My Sensitive Personal Information   Privacy Preferences
Digital Terms of Sale   Terms of Service   Contact Us   Send Us Feedback   Report a Security Issue   Jobs At Forbes   Reprints & Permissions
Forbes Press Room   Advertise

https://www.forbes.com/sites/bradtempleton/2019/04/29/teslas-shadow-testing-offers-a-useful-advantage-on-the-biggest-problem-in-robocars/                    4/4