# EXHIBIT K

Benavides v. Tesla, Inc.
2111593.000

## List of 2019 Vehicles with Driver Monitoring Systems

**Steering Wheel Torque (hands on the wheel monitoring)**
- 2019 Acura TLX
- 2019 Acura MDX/Sport
- 2019 Acura RDX
- 2019 Acura RLX/Sport
- 2019 Audi A4/S4
- 2019 Audi A5/S5/RS5
- 2019 Audi A6
- 2019 Audi A7
- 2019 Audi A8
- 2019 Audi e-tron
- 2019 Audi Q5/SQ5
- 2019 Audi Q7
- 2019 Audi Q8
- 2019 BMW 5 Series/hybrid
- 2019 BMW 6 Series
- 2019 BMW 7 Series/hybrid
- 2019 BMW X3
- 2019 BMW X4
- 2019 BMW 8 Series
- 2019 BMW X5
- 2019 BMW X7
- 2019 Ford Edge
- 2019 Genesis G70
- 2019 Genesis G80
- 2019 Genesis G90
- 2019 Honda Fit
- 2019 Honda HR-V
- 2019 Honda Odyssey
- 2019 Honda Ridgeline
- 2019 Honda Passport
- 2019 Honda Pilot
- 2019 Honda Accord/hybrid
- 2019 Honda Civic
- 2019 Honda Clarity
- 2019 Honda CR-V
- 2019 Honda Insight
- 2019 Hyundai Nexo
- 2019 Infiniti QX50
- 2019 Jaguar F-Pace

Benavides v. Tesla, Inc.
2111593.000

- 2019 Jaguar I-Pace
- 2019 Kia Niro EV
- 2019 Kia K900
- 2019 Land Rover Discovery
- 2019 Land Rover Range Rover
- 2019 Land Rover Range Rover Velar
- 2019 Land Rover Range Rover Sport
- 2019 Lexus GS
- 2019 Lexus RX/Hybrid
- 2019 Lexus LC/Hybrid
- 2019 Lexus ES/Hybrid
- 2019 Lexus LS/Hybrid
- 2019 Lexus UX/Hybrid
- 2019 Lincoln Nautilus
- 2019 Maserati Ghibli
- 2019 Maserati Levante
- 2019 Maserati Quattroporte
- 2019 Mercedes-Benz C-Class
- 2019 Mercedes-Benz S-Class
- 2019 Mercedes-Benz GLE-Class
- 2019 Mercedes-Benz GLS-Class
- 2019 Mercedes-Benz SL-Class
- 2019 Nissan Altima
- 2019 Nissan Leaf
- 2019 Nissan Rogue/Sport
- 2019 Tesla Model 3
- 2019 Tesla Model S
- 2019 Tesla Model X
- 2019 Toyota Corolla Hatchback
- 2019 Toyota RAV4/Hybrid
- 2019 Volvo S60
- 2019 Volvo S90
- 2019 Volvo V60
- 2019 Volvo V90
- 2019 Volvo V90 Cross Country
- 2019 Volvo XC40
- 2019 Volvo XC60
- 2019 Volvo XC90

**Camera (eyes and head monitoring)**
- 2019 BMW 8 Series
- 2019 BMW X5
- 2019 BMW X7
- 2019 Cadillac CT6