# EXHIBIT L

# EDR Report

| File Information | Value |
|---|---|
| VIN | 5YJSA1E24KF302997 |
| Retrieval Date | 2019/04/26 01:13:24 (UTC) |
| Retrieval User Comments | |
| Retrieval Program Information | |
| EDR Report Information | Tesla EDR Reporting Service v20.37.1 |
| Report Date | 2020/09/18 02:19:20 (GMT) |
| Number Of Events | 1 |
| Time From Event 1 To 2 (seconds) | N/A |
| Ignition Cycle At Retrieval | N/A |

# Model S Data Limitations

## General Data Limitations

This report represents data from a Tesla Event Data Recorder (EDR). The report was generated using EDR data that was uploaded to the Tesla EDR Report Service at https://edr.tesla.com. This service is periodically updated using the most current vehicle information available and report users should always ensure that the report was generated by the most recent version of the Report Service.

The Tesla EDR Retrieval Program and Tesla EDR Report Service are designed for vehicles configured for the North American market region only. Report elements found in this report may not have not been validated for vehicles configured for regions outside of North America.

The EDR is part of the vehicle's Restraints Control Module (RCM). When the EDR senses a crash or crash-like event, it may record a short period of data related to vehicle dynamics and safety systems. This recorded data may assist in understanding the crash or crash-like event. EDR data will only be recorded by a Tesla vehicle if the EDR senses a crash or crash-like event; no data is recorded by the EDR under normal driving conditions.

EDR data should only be used as part of a thorough and competent review of the human, vehicle, and environmental information associated with an event. The data recorded by the EDR has limitations including the number of items recorded, the time period of the recording, the data sampling interval, and the data range and resolution. Additionally, EDR data may be limited by sensor capabilities or the availability of 12 V DC power at the RCM. For these and other potential reasons, the EDR data may not capture an entire event, and the data elements captured may not fully represent all aspects of a given event.

Tesla has made all reasonable efforts to include sufficient information in this report's Data Limitations section to clarify terminology and data elements found in this document to assist the end user in understanding the recorded data. Tesla reserves the right to update, change or modify this information.

Event Data Recorder
: An Event Data Recorder is defined as a device or function in a vehicle that records the vehicle's dynamic time-series data during the time period just prior to a crash event (e.g., vehicle speed vs. time) or during a crash event (e.g., delta–V vs. time), intended for retrieval after the crash event. For the purposes of this definition, the event data do not include audio and video data (49 CFR Part 563).

Data Synchronization
: Pre-crash and crash data are recorded in discrete intervals and may be asynchronous.

Events
: The Model S RCM can store up to two events: Event 1 and Event 2. The conditions for triggering the recording of an event differs depending on event type.

Time Zero
: Time Zero, as indicated throughout the event record, is the point where the restraint control algorithm is activated in any sensing direction.

Recording duration
: The end of an event is typically the moment at which the cumulative delta-V within a 20ms time period does not change by more than 0.8 km/h or the moment at which the crash detection algorithm of the RCM resets. Some events may lead to the recording of different duration data as provided for by 49 CFR Part 563.

Deployment events
: A deployment event may be recorded when the RCM commands the deployment of a device (e.g. airbag, pretensioner, or High Voltage (HV) battery disconnect). Deployment events are always locked in memory and are never overwritten. Only the first two deployment events are recorded as in this case the available memory is full and locked.

Non-deployment events
: A non-deployment event may be recorded when the RCM senses a physical occurrence triggering the recording of an event but does not command the deployment of a device (e.g. airbag, pretensioner, High Voltage (HV) battery disconnect). A non-deployment event is recorded if one of the two event memory locations is available (not locked). Non-deployment events are not locked in memory. A non-deployment event is not overwritten by another non-deployment or deployment event that occurs less than or equal to 5 seconds later (and on the same ignition cycle) unless the available memory is full (in which case the new event overwrites the oldest event). All non-deployment events may be overwritten if a second non-deployment or deployment event occurs greater than 5 seconds later.

Data polarity
: Where applicable, the data in this report follows the polarity conventions found in SAE J1733 and J211. For example, forward longitudinal acceleration and resultant delta-V are positive and left-to-right lateral acceleration and resultant delta-V are positive. Positive roll angle is rotation about the vehicle's longitudinal axis using the right hand rule (clockwise vehicle roll when viewed from the rear of the vehicle). Positive steering wheel angle is clockwise rotation of the steering wheel (steering to the right from straight).

Signal Not Available (SNA)
: Signal Not Available (SNA) indicates a data element which is not available due to a fault or network communication disruption with the sensor that supplies the data to the EDR.

Data Element Definitions

Number Of Events
> The Number Of Events represents the total number of events that are stored in the RCM memory. The maximum number of events that can be recorded is two.

Time From Event 1 to 2 (seconds)
> The Time From Event 1 to 2 is the amount of time elapsed between the Time Zero of two linked events (if applicable). Linked events must occur within 5 seconds and in the same ignition cycle. Non-linked events will report "N/A" in the Time From Event 1 to 2 value. The value is reported to the nearest 0.1 seconds.

Vehicle Identification Number (VIN)
> The Vehicle Identification Number (VIN) is stored in the RCM when it is installed at the Tesla Fremont Factory or by Tesla Service. The last 6 digits of the VIN can be anonymized by selecting the "Save without VIN sequence number" option in the Tesla EDR Retrieval Program.

Retrieval Date
> The Retrieval Date is the calendar date and time when the data was retrieved from the RCM. This date and time is sourced from the computer that was used to retrieve the data. This is not the date and time of an event.

Retrieval User Comments
> The Retrieval User Comments is an open field that can be used by the Tesla EDR Retrieval operator to record text comments at the time of retrieval.

Retrieval Program Information
> The Retrieval Program Information is the version number of the Tesla EDR Retrieval Program that was used to retrieve the EDR data from the RCM.

EDR Report Information
> The EDR Report Information identifies the version of the Tesla EDR Report Service.

Report Date
> Report Date is the calendar date when the online Tesla EDR Report Service was used to generate the report. The source of this data element is the Tesla server.

Ignition Cycle At Retrieval
> The Ignition Cycle At Retrieval is the number of times that the RCM had been powered on as reported at the time that the Tesla EDR Retrieval Program was used to retrieve the data from the RCM. The maximum value for ignition cycles is 65,534.

Maximum Delta-V, Longitudinal/Lateral (km/h)
> The Maximum delta-V, Longitudinal/Lateral is the maximum magnitude of the recorded delta-V during the event from Time Zero to a maximum of 300 ms. The value is reported to the nearest kilometer per hour. The range for Maximum Delta-V is -127 km/h to +127 km/h. The source of the data is the internal calculation (integration) of the sensor data inside of the RCM.

Time to Maximum Delta-V, Longitudinal/Lateral (ms)
> The Time to Maximum Delta-V, Longitudinal/Lateral is the time from Time Zero to the maximum magnitude of the recorded delta-V during the event. The maximum value is 300 ms and the value is reported to the nearest millisecond.

Time to Maximum Delta-V, Resultant (ms)
> The Time to Maximum Delta-V, Resultant is the time from Time Zero to the calculated maximum resultant of the longitudinal and lateral delta-V components. The maximum value is 300 ms and the value is reported to the nearest millisecond.

Ignition Cycle At Event
> The Ignition Cycle At Event is the number of times that the RCM had been powered on as reported at Time Zero. The maximum value for ignition cycles is 65,534.

Airbag Warning Lamp Status
> Airbag Warning Lamp Status indicates the commanded state of the warning lamp as "on" or "off" within approximately the last second before Time Zero.

Driver/Passenger Safety Belt Status
> The Driver/Passenger Safety Belt Status is the recorded status of the safety belt at the time of the event. This data element represents the last observed state within approximately the last second before Time Zero.

Occupant Classification In Front Passenger Seat
> The Occupant Classification data element indicates the detected occupant type in the front passenger seat. Values include: Empty, Child, or Adult.

Driver Seat Position
> Driver Seat Position indicates the recorded seat track position of the driver seat. The possible values are Rearward and Forward.

Complete File Recorded
> Complete File Recorded indicates whether or not the complete data set available to the EDR was successfully recorded.

Deployment Summary

The Deployment Summary table indicates which of the deployable safety devices (if any) were commanded to deploy by the RCM and at what time (relative to the event Time Zero). The possible values for the status of each device is "Deployment Commanded" or "Deployment Not Commanded". The deployment commanded time is to the nearest millisecond.

Time Series Data
All time references are based on the event definition of Time Zero.

Vehicle Speed
Vehicle Speed is calculated and reported by the average of the four wheel speed signals. The minimum value for vehicle speed is 0 km/h and the maximum value is greater than 200 km/h. The resolution of Vehicle Speed is to the nearest kilometer per hour.

Accelerator Pedal (%)
Accelerator Pedal (%) is the percent of full application of the accelerator pedal. The resolution of Accelerator Pedal (%) is to the nearest percent.

Rear Motor Speed (rpm)
Rear Motor Speed is the rate of rotation of the rear drive motor. The units of this data element are rotations per minute. The minimum value for Rear Motor Speed is 0 rpm and the maximum value is 17,000 rpm. The resolution of Rear Motor Speed is to the nearest 100 rotations per minute.

Service Brake
Service Brake indicates the status of the brake pedal as reported by the brake pedal switch. The possible values for Service Brake are "On" (pedal applied) and "Off" (pedal not applied).

Steering Wheel Angle (deg)
Steering Wheel Angle represents the measured rotational angle of the steering wheel. The range for Steering Wheel Angle is -420 deg to +420 deg. The resolution of steering wheel angle is to the nearest degree.

Stability Control
Stability Control is the status of the Electronic Stability Control system (ESC). The possible values are "On" (meaning the ESC was enabled but not active), "Off" (meaning the ESC was turned off), and "Engaged" (meaning that the ESC was active).

ABS Activity
ABS Activity is the status of the Anti-lock Braking System (ABS). The possible values are "On" (meaning the ABS was active) and "Off" (meaning the ABS was not active). Active ABS status does not necessarily indicate that the ABS control unit was actively modulating braking at one or more wheels.

Longitudinal/Lateral Delta-V data
Longitudinal and Lateral Time Series Delta-V Data indicates the change in velocity of the vehicle. The source of the data is the internal calculation (integration) of the sensor data inside of the RCM. The resolution of delta-V data is to the nearest kilometer per hour and the data is reported every 10 ms after Time Zero. The range for delta-V data is -127 km/h to +127 km/h.

Longitudinal and Lateral Time Series Acceleration data
Longitudinal and Lateral Time Series Acceleration Data indicates the measured acceleration of the vehicle. The source of the data is the accelerometers located inside the RCM. The resolution of acceleration data is 0.5 g and the data is reported every 2 ms after Time Zero. The range of acceleration data is -63.5 g to +63.5 g.

Normal Time Series Acceleration data
Normal Time Series Acceleration Data indicates the measured physical acceleration of the vehicle in the vertical direction parallel to the pull of gravity. The source of the data is an accelerometer located inside the RCM. The resolution of acceleration data is 0.04 g and the data is reported every 10 ms from 900 ms before Time Zero and 500 ms After Time Zero. The range of acceleration data is -4.8 g to +4.8 g.

Roll Angle
Roll Angle indicates the vehicles roll angle at a specific time before and/or after Time Zero. The source of the data is the internal calculation (integration) of the sensor data inside of the RCM. The measurement starts 1 second before Time Zero and ends when the RCM rollover algorithm resets. The maximum recording time for Roll Angle Data is 1 second before and 5 seconds after Time Zero. The range of roll angle data is -1,270 deg to +1,270 deg. The resolution of roll angle data is to the nearest 10 deg. From -1 second to 1 second, the time between each sample is 10 ms. From 1 second to 5 seconds the time between each sample is 100 ms.

Serial Numbers
Serial numbers are the sensor identification numbers that are stored in the RCM. These values are stored when the RCM is powered up (each ignition cycle).

Hexadecimal Data
The Hexadecimal Data found in this report represents the original, raw data and identifying information retrieved from the RCM accessed to ultimately generate this report. The binary data is represented in hexadecimal format as a matter of convenience. While it represents all the raw data retrieved from the subject RCM not all of that raw data may be used in a given report or application.

## Event 1 Data Record

| Data Element | Value |
|---|---|
| Maximum Delta-V, Longitudinal (km/h) | -54 |
| Time To Maximum Delta-V, Longitudinal (ms) | 297.0 |
| Maximum Delta-V, Lateral (km/h) | 14 |
| Time To Maximum Delta-V, Lateral (ms) | 300.0 |
| Time To Maximum Delta-V, Resultant (ms) | 300.0 |
| Ignition Cycle At Event | 538 |
| Airbag Warning Lamp Status | Off |
| Driver Safety Belt status | Buckled |
| Passenger Safety Belt status | Not Buckled |
| Occupant Classification Status In Front Passenger Seat | Empty |
| Driver Seat Position | Rearward |
| Complete File Recorded | Yes |

## Deployment Summary (Event 1)

| Device | Status | Deployment Command Time (ms) |
|---|---|---|
| Driver Front Airbag Stage 1 | Deployment Commanded | 10 |
| Driver Front Airbag Stage 2 | Deployment Commanded | 110 |
| Driver Knee Airbag | Deployment Commanded | 10 |
| Driver Retractor Pretensioner | Deployment Commanded | 10 |
| Driver Lap Pretensioner | Deployment Commanded | 10 |
| Driver Side Seat Airbag | Deployment Not Commanded | |
| Passenger Front Airbag Stage 1 | Deployment Not Commanded | |
| Passenger Front Airbag Stage 2 | Deployment Not Commanded | |
| Passenger Knee Airbag | Deployment Not Commanded | |
| Front Right Passenger Retractor Pretensioner | Deployment Not Commanded | |
| Front Right Passenger Lap Pretensioner | Deployment Not Commanded | |
| Passenger Side Seat Airbag | Deployment Not Commanded | |
| Left Side Curtain Airbag | Deployment Commanded | 190 |
| Right Side Curtain Airbag | Deployment Commanded | 190 |
| HV Battery Disconnect | Deployment Commanded | 10 |

## Event Data (Event 1)

| Time (sec) | Vehicle Speed (kph) | Accelerator Pedal % | Rear Motor Speed (rpm) | Service Brake | Steering Wheel Angle (deg) | Stability Control | ABS Activity |
|---|---|---|---|---|---|---|---|
| -5.0 | 97 | 20 | 6900 | Off | 0 | On | Off |
| -4.5 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -4.0 | 98 | 20 | 6900 | Off | 0 | On | Off |
| -3.5 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -3.0 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -2.5 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -2.0 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -1.5 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -1.0 | 98 | 20 | 7000 | Off | 0 | On | Off |
| -0.5 | 98 | 0 | 7000 | On | 67 | On | Off |
| 0.0 | 84 | 0 | 5800 | On | 163 | On | On |

Longitudinal Delta-V (Event 1)



| Time (ms) | Delta-V (km/h) | Time (ms) | Delta-V (km/h) | Time (ms) | Delta-V (km/h) |
|---|---|---|---|---|---|
| 0 | 0 | 140 | -5 | 280 | -52 |
| 10 | -2 | 150 | -6 | 290 | -52 |
| 20 | -3 | 160 | -6 | 300 | -53 |
| 30 | -3 | 170 | -6 | | |
| 40 | -4 | 180 | -7 | | |
| 50 | -4 | 190 | -11 | | |
| 60 | -4 | 200 | -17 | | |
| 70 | -4 | 210 | -24 | | |
| 80 | -4 | 220 | -32 | | |
| 90 | -4 | 230 | -40 | | |
| 100 | -4 | 240 | -46 | | |
| 110 | -5 | 250 | -48 | | |
| 120 | -5 | 260 | -50 | | |
| 130 | -5 | 270 | -51 | | |

Lateral Delta-V (Event 1)



| Time (ms) | Delta-V (km/h) | Time (ms) | Delta-V (km/h) | Time (ms) | Delta-V (km/h) |
|---|---|---|---|---|---|
| 0 | 0 | 140 | 3 | 280 | 13 |
| 10 | 0 | 150 | 3 | 290 | 13 |
| 20 | 1 | 160 | 3 | 300 | 14 |
| 30 | 1 | 170 | 3 | | |
| 40 | 2 | 180 | 4 | | |
| 50 | 2 | 190 | 5 | | |
| 60 | 2 | 200 | 6 | | |
| 70 | 2 | 210 | 7 | | |
| 80 | 2 | 220 | 8 | | |
| 90 | 2 | 230 | 9 | | |
| 100 | 3 | 240 | 9 | | |
| 110 | 3 | 250 | 10 | | |
| 120 | 3 | 260 | 11 | | |
| 130 | 3 | 270 | 12 | | |

Longitudinal Acceleration (Event 1)



Longitudinal Acceleration Values (Event 1)

| Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) |
|---|---|---|---|---|---|---|---|
| 0 | -0.5 | 88 | -0.5 | 176 | -1.0 | 264 | -3.5 |
| 2 | -1.0 | 90 | -0.5 | 178 | -2.0 | 266 | -4.0 |
| 4 | -8.5 | 92 | 0.0 | 180 | -14.5 | 268 | -2.5 |
| 6 | -5.5 | 94 | -0.5 | 182 | 0.5 | 270 | -0.5 |
| 8 | -2.0 | 96 | 0.0 | 184 | -33.0 | 272 | -2.5 |
| 10 | -10.0 | 98 | -0.5 | 186 | -0.5 | 274 | 0.0 |
| 12 | 2.5 | 100 | 0.0 | 188 | -19.5 | 276 | 0.0 |
| 14 | -10.0 | 102 | 0.0 | 190 | -3.5 | 278 | -1.0 |
| 16 | 0.5 | 104 | -0.5 | 192 | -25.0 | 280 | 0.0 |
| 18 | -4.0 | 106 | 0.0 | 194 | -4.0 | 282 | 0.0 |
| 20 | -1.0 | 108 | -0.5 | 196 | -7.0 | 284 | -1.0 |
| 22 | 1.0 | 110 | 0.0 | 198 | -23.5 | 286 | -0.5 |
| 24 | -1.0 | 112 | 0.0 | 200 | -16.5 | 288 | -3.5 |
| 26 | -2.0 | 114 | 0.0 | 202 | -22.5 | 290 | 0.5 |
| 28 | 2.0 | 116 | 0.0 | 204 | -2.5 | 292 | -5.5 |
| 30 | -5.0 | 118 | 0.0 | 206 | -47.0 | 294 | 3.5 |
| 32 | 2.0 | 120 | 0.0 | 208 | -22.5 | 296 | -6.5 |
| 34 | -4.0 | 122 | 0.0 | 210 | -4.0 | 298 | 0.5 |
| 36 | -2.0 | 124 | 0.0 | 212 | -21.5 | 300 | -1.0 |
| 38 | 2.5 | 126 | 0.0 | 214 | -15.0 | | |
| 40 | -5.0 | 128 | 0.0 | 216 | -10.5 | | |
| 42 | 2.0 | 130 | 0.0 | 218 | -54.5 | | |
| 44 | -4.0 | 132 | -0.5 | 220 | 1.0 | | |
| 46 | 3.5 | 134 | -0.5 | 222 | -36.0 | | |
| 48 | -4.0 | 136 | -1.0 | 224 | -21.0 | | |
| 50 | 0.5 | 138 | -1.0 | 226 | -23.5 | | |
| 52 | 0.0 | 140 | -0.5 | 228 | -30.5 | | |
| 54 | -1.0 | 142 | -0.5 | 230 | -15.0 | | |
| 56 | 0.0 | 144 | 0.0 | 232 | -14.5 | | |
| 58 | -0.5 | 146 | -2.0 | 234 | -23.0 | | |
| 60 | 0.0 | 148 | -0.5 | 236 | -14.5 | | |
| 62 | 2.0 | 150 | -1.0 | 238 | -13.0 | | |
| 64 | -7.0 | 152 | 0.0 | 240 | -11.5 | | |
| 66 | 3.5 | 154 | 0.0 | 242 | -12.0 | | |
| 68 | -3.5 | 156 | 0.0 | 244 | -3.5 | | |
| 70 | 2.5 | 158 | 0.0 | 246 | -9.0 | | |
| 72 | -4.0 | 160 | 0.0 | 248 | -6.5 | | |
| 74 | 2.5 | 162 | 0.0 | 250 | -2.5 | | |
| 76 | -1.0 | 164 | 0.0 | 252 | -5.0 | | |
| 78 | 1.0 | 166 | 0.0 | 254 | -3.5 | | |
| 80 | -1.0 | 168 | 0.0 | 256 | -2.5 | | |
| 82 | 0.5 | 170 | 0.5 | 258 | -3.5 | | |
| 84 | -0.5 | 172 | -0.5 | 260 | -5.0 | | |
| 86 | 0.0 | 174 | 0.0 | 262 | -3.5 | | |

Lateral Acceleration (Event 1)



Lateral Acceleration Values (Event 1)

| Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) | Time (ms) | Acceleration (g) |
|---|---|---|---|---|---|---|---|
| 0 | 0.5 | 88 | 0.5 | 176 | 1.0 | 264 | 2.0 |
| 2 | 0.5 | 90 | 0.0 | 178 | 0.5 | 266 | 2.5 |
| 4 | 0.5 | 92 | 0.0 | 180 | 0.0 | 268 | 2.5 |
| 6 | 1.0 | 94 | 0.0 | 182 | 4.0 | 270 | 4.0 |
| 8 | 4.0 | 96 | 0.0 | 184 | 5.5 | 272 | 5.0 |
| 10 | 1.0 | 98 | 0.0 | 186 | 4.0 | 274 | 3.5 |
| 12 | 0.5 | 100 | 0.5 | 188 | 1.0 | 276 | 2.5 |
| 14 | 1.0 | 102 | 0.5 | 190 | 0.0 | 278 | 0.5 |
| 16 | 1.0 | 104 | 0.0 | 192 | 2.5 | 280 | 0.5 |
| 18 | 1.0 | 106 | 0.0 | 194 | 5.5 | 282 | 1.0 |
| 20 | 1.0 | 108 | 0.0 | 196 | 2.0 | 284 | 1.0 |
| 22 | 1.0 | 110 | 0.5 | 198 | 0.5 | 286 | 0.5 |
| 24 | 0.5 | 112 | 0.0 | 200 | 0.0 | 288 | 0.5 |
| 26 | 1.0 | 114 | 0.0 | 202 | 2.5 | 290 | 0.5 |
| 28 | 0.0 | 116 | 0.0 | 204 | 2.0 | 292 | 0.5 |
| 30 | 1.0 | 118 | 0.0 | 206 | 1.0 | 294 | 0.0 |
| 32 | 0.5 | 120 | 0.0 | 208 | 2.0 | 296 | 0.0 |
| 34 | 0.0 | 122 | 0.0 | 210 | -2.0 | 298 | 0.0 |
| 36 | 0.0 | 124 | 0.0 | 212 | 4.0 | 300 | 1.0 |
| 38 | 0.0 | 126 | 0.0 | 214 | 7.0 | | |
| 40 | 0.0 | 128 | 0.0 | 216 | 7.0 | | |
| 42 | 0.5 | 130 | 0.0 | 218 | 3.5 | | |
| 44 | 0.0 | 132 | 0.0 | 220 | 0.5 | | |
| 46 | 0.0 | 134 | 0.0 | 222 | 0.0 | | |
| 48 | 1.0 | 136 | 0.0 | 224 | 2.5 | | |
| 50 | 0.0 | 138 | 0.0 | 226 | 0.5 | | |
| 52 | 0.5 | 140 | 0.5 | 228 | 2.0 | | |
| 54 | 0.0 | 142 | 1.0 | 230 | 2.5 | | |
| 56 | 0.0 | 144 | 0.5 | 232 | -0.5 | | |
| 58 | 0.5 | 146 | 0.0 | 234 | -0.5 | | |
| 60 | 0.5 | 148 | 0.0 | 236 | 0.0 | | |
| 62 | 1.0 | 150 | -0.5 | 238 | 0.5 | | |
| 64 | 0.5 | 152 | -0.5 | 240 | 0.5 | | |
| 66 | 0.0 | 154 | 0.0 | 242 | 0.5 | | |
| 68 | 0.0 | 156 | 0.0 | 244 | 2.5 | | |
| 70 | 0.0 | 158 | 0.5 | 246 | 5.0 | | |
| 72 | 0.0 | 160 | 1.0 | 248 | 3.5 | | |
| 74 | 0.0 | 162 | 1.0 | 250 | 1.0 | | |
| 76 | 0.0 | 164 | 0.5 | 252 | 1.0 | | |
| 78 | 0.0 | 166 | 0.5 | 254 | 0.0 | | |
| 80 | 0.0 | 168 | 0.0 | 256 | 2.0 | | |
| 82 | 0.0 | 170 | 0.5 | 258 | 2.0 | | |
| 84 | 0.0 | 172 | 0.5 | 260 | 2.5 | | |
| 86 | 0.0 | 174 | 2.0 | 262 | 2.0 | | |

Roll Angle Data (Event 1)



Roll Angle Values (Event 1)

| Time (ms) | Angle (deg) | Time (ms) | Angle (deg) | Time (ms) | Angle (deg) | Time (ms) | Angle (deg) | Time (ms) | Angle (deg) |
|---|---|---|---|---|---|---|---|---|---|
| -1000 | 0 | -510 | 0 | -20 | -10 | 470 | 0 | 960 | |
| -990 | 0 | -500 | 0 | -10 | -10 | 480 | -10 | 970 | |
| -980 | 0 | -490 | 0 | 0 | -10 | 490 | -10 | 980 | |
| -970 | 0 | -480 | 0 | 10 | -10 | 500 | -10 | 990 | |
| -960 | 0 | -470 | 0 | 20 | -10 | 510 | -10 | 1000 | |
| -950 | 0 | -460 | 0 | 30 | -10 | 520 | -10 | 1100 | |
| -940 | 0 | -450 | 0 | 40 | -10 | 530 | -10 | 1200 | |
| -930 | 0 | -440 | 0 | 50 | -10 | 540 | -10 | 1300 | |
| -920 | 0 | -430 | -10 | 60 | -10 | 550 | -10 | 1400 | |
| -910 | 0 | -420 | -10 | 70 | -10 | 560 | -10 | 1500 | |
| -900 | 0 | -410 | -10 | 80 | -10 | 570 | | 1600 | |
| -890 | 0 | -400 | -10 | 90 | -10 | 580 | | 1700 | |
| -880 | 0 | -390 | -10 | 100 | -10 | 590 | | 1800 | |
| -870 | 0 | -380 | -10 | 110 | -10 | 600 | | 1900 | |
| -860 | 0 | -370 | -10 | 120 | -10 | 610 | | 2000 | |
| -850 | 0 | -360 | -10 | 130 | -10 | 620 | | 2100 | |
| -840 | 0 | -350 | -10 | 140 | -10 | 630 | | 2200 | |
| -830 | 0 | -340 | -10 | 150 | -10 | 640 | | 2300 | |
| -820 | 0 | -330 | -10 | 160 | -10 | 650 | | 2400 | |
| -810 | 0 | -320 | -10 | 170 | 0 | 660 | | 2500 | |
| -800 | 0 | -310 | -10 | 180 | 0 | 670 | | 2600 | |
| -790 | 0 | -300 | -10 | 190 | 0 | 680 | | 2700 | |
| -780 | 0 | -290 | -10 | 200 | 0 | 690 | | 2800 | |
| -770 | 0 | -280 | -10 | 210 | -10 | 700 | | 2900 | |
| -760 | 0 | -270 | -10 | 220 | -10 | 710 | | 3000 | |
| -750 | 0 | -260 | -10 | 230 | -10 | 720 | | 3100 | |
| -740 | 0 | -250 | -10 | 240 | -10 | 730 | | 3200 | |
| -730 | 0 | -240 | -10 | 250 | -10 | 740 | | 3300 | |
| -720 | 0 | -230 | -10 | 260 | -10 | 750 | | 3400 | |
| -710 | 0 | -220 | -10 | 270 | -10 | 760 | | 3500 | |
| -700 | 0 | -210 | -10 | 280 | -10 | 770 | | 3600 | |
| -690 | 0 | -200 | -10 | 290 | -10 | 780 | | 3700 | |
| -680 | 0 | -190 | -10 | 300 | -10 | 790 | | 3800 | |
| -670 | 0 | -180 | -10 | 310 | -10 | 800 | | 3900 | |
| -660 | 0 | -170 | -10 | 320 | 0 | 810 | | 4000 | |
| -650 | 0 | -160 | -10 | 330 | 0 | 820 | | 4100 | |
| -640 | 0 | -150 | -10 | 340 | 0 | 830 | | 4200 | |
| -630 | 0 | -140 | -10 | 350 | 0 | 840 | | 4300 | |
| -620 | 0 | -130 | -10 | 360 | 0 | 850 | | 4400 | |
| -610 | 0 | -120 | -10 | 370 | 0 | 860 | | 4500 | |
| -600 | 0 | -110 | -10 | 380 | 0 | 870 | | 4600 | |
| -590 | 0 | -100 | -10 | 390 | 0 | 880 | | 4700 | |
| -580 | 0 | -90 | -10 | 400 | 0 | 890 | | 4800 | |
| -570 | 0 | -80 | -10 | 410 | 0 | 900 | | 4900 | |
| -560 | 0 | -70 | -10 | 420 | 0 | 910 | | 5000 | |
| -550 | 0 | -60 | -10 | 430 | 0 | 920 | | | |
| -540 | 0 | -50 | -10 | 440 | 0 | 930 | | | |
| -530 | 0 | -40 | -10 | 450 | 0 | 940 | | | |
| -520 | 0 | -30 | -10 | 460 | 0 | 950 | | | |

## Serial Numbers

| Sensor Number | Sensor Type | Serial Number |
|---|---|---|
| 1 | RCM Serial Number | 8WGO |
| 2 | Front Left Impact Sensor | ACC62A216 |
| 3 | Front Right Impact Sensor | AFF52C016 |
| 4 | Left B-Pillar Impact Sensor | A306DA216 |
| 5 | Right B-Pillar Impact Sensor | A6798AE16 |
| 6 | Right C-Pillar Impact Sensor | AD192AE16 |
| 7 | Left C-Pillar Impact Sensor | A6C4D9A16 |
| 8 | Right Front Door Pressure Impact Sensor | P2928A130 |
| 9 | Left Pressure Tube Sensor | P3828O421 |

## Hexadecimal Data

```
F190
      35 59 4A 53 41 31 45 32 34 4B 46 33 30 32 39 39 37
FD00
      28 52 46 08 20 20 00 00
FD02
      38 57 47 4
FD03
      80 FF FF FF FF 00 31 38 31 30 32 32 30 31 38 57 47 4B 41 4B 58
FD52
      01 02 06 07 09 08 0C 0
FD60
      FF 00 00 00 00 41 43 43 36 32 41 32 31 36
FD61
      FF 00 00 00 00 41 46 46 35 32 43 30 31 36
FD62
      FF 00 00 00 00 41 33 30 36 44 41 32 31 36
FD63
      FF 00 00 00 00 41 36 37 39 38 41 45 31 36
FD64
      FF 00 00 00 00 41 44 31 39 32 41 45 31 36
FD65
      FF 00 00 00 00 41 36 43 34 44 39 41 31 36
FD66
      FF 00 00 00 00 50 32 39 32 38 41 31 33 30
FD67
      FF 00 00 00 00 50 33 38 32 38 30 34 32 31
FD80
      FF FF FF FF FF FF FF
FD90
      0000 7F 7D 7C 7C 7B 7B 7B 7B 7B 7B 7B 7A 7A 7A 7A 79 79 79 78 74 6E 67 5F 57 51 4F 4D 4C
      0028 4B 4B 4A 49 01 29 7F 7F 80 80 81 81 81 81 81 81 82 82 82 82 82 82 82 82 83 84 85 86
      0056 87 88 88 89 8A 8B 8C 8C 8D 8D 01 2C 01 2C
FD91
      0000 61 62 62 62 62 62 62 62 62 62 54 14 14 14 14 14 14 14 14 14 00 00 45 46 45 46 46 46
      0028 46 46 46 46 3A 00 00 10 7F 7F 7F 7F 7F 7F 7F 7F 7F 6F 58 00 00 14 55 55 15 02 1A 00
      0056 00 00 00 00 00 00 01 00 00 03 00 03 00 00 00 00 C0 30 00 00 82 E0 4B 48 3E 3E 3D
      0084 3F 3A 3C 3C 3C 41 00 43 41 00 43 3C
FD92
      0000 7E 7D 6E 74 7B 6B 84 6B 80 77 7D 81 7D 7B 83 75 83 77 7B 84 75 83 77 86 77 80 7F 7D
      0028 7F 7E 7F 83 71 86 78 84 77 84 7D 81 7D 80 7E 7F 7E 7E 7F 7E 7F 7E 7F 7F 7E 7F 7E 7F
      0056 7F 7F 7F 7F 7F 7F 7F 7F 7F 7E 7E 7D 7D 7E 7E 7E 7B 7E 7D 7F 7F 7F 7F 7F 7F 7F 7F 7F
      0084 7F 80 7E 7F 7D 7B 62 80 3D 7E 58 78 4D 77 71 50 5E 52 7A 21 52 77 54 61 6A 12 81 37
      0112 55 50 42 61 62 51 62 65 68 67 78 6D 72 7A 75 78 7A 78 75 78 78 77 7A 7E 7A 7F 7F 7D
      0140 7F 7F 7D 7E 78 80 74 86 72 80 7D 80 80 80 81 87 81 80 81 81 81 81 81 80 81 7F 81 80
      0168 7F 7F 7F 7F 80 7F 7F 81 7F 80 7F 7F 80 80 81 80 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 80
      0196 7F 7F 7F 7F 7F 80 80 7F 7F 7F 80 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 80 81 80
      0224 7F 7F 7E 7E 7F 7F 80 81 81 80 80 7F 80 80 83 81 80 7F 87 8A 87 81 7F 84 8A 83 80 7F
      0252 84 83 81 83 7B 87 8D 8D 86 80 7F 84 80 83 84 7E 7E 7F 80 80 80 84 89 86 81 81 7F 83
      0280 83 84 83 83 84 84 87 89 86 84 80 80 81 81 80 80 80 80 7F 7F 7F 81
FD93
      0000 09 01 05 11 C1 71 01 00 00 0A 00 6E FF FF FF FF 00 0A FF FF 00 0A FF FF 00 0A FF FF
```

FD93 Continued

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0028 | FF | FF | FF | FF | 00 | BE | FF | FF | FF | FF | 00 | BE | 00 | 0A |

FD94

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F |
| 0028 | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F |
| 0056 | 7F | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E |
| 0084 | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E |
| 0112 | 7E | 7E | 7E | 7E | 7E | 7F | 7F | 7F | 7F | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7F | 7F | 7F | 7F | 7F | 7F | 7F |
| 0140 | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7F | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | 7E | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF |
| 0168 | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF |
| 0196 | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF |
| 0224 | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | FF | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B2 | ED | C1 | 27 | BD | 4F | A3 | 57 | 05 | CE | A5 | D9 | 1D | C7 | BB | 4E | 98 | 81 | E5 | 67 | 72 | 06 | D5 | FB | 9E | D9 | 7D | E9 | D9 | 0C | 74 | 8A |

## Disclaimer of Liability

All users and reviewers of Tesla, Inc.'s event data recorder ("EDR") product, EDR reports, and/or any data exported or derived therefrom shall ensure the validity of the source data and the applicability of the Tesla EDR Report Service to that data. Tesla, Inc. and its subsidiaries, directors, officers, employees, and agents (collectively, "Tesla") hereby disclaim all liability for any claims or damages whatsoever arising from or relating in any way to the use of the EDR product, reports, or data, including without limitation for any direct, indirect, consequential, or punitive damages, and any attorneys' fees. By using or reviewing the EDR product, reports, and/or data, you expressly agree to waive any claims against Tesla in accordance with the terms of this paragraph, and to indemnify Tesla against any claims brought by third parties in connection with your use or review of the EDR product, reports, or data.