CONFIDENTIAL BUSINESS INFORMATION



# Tesla Quarterly Update

06/15/2018

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.



CONFIDENTIAL BUSINESS INFORMATION

# Agenda

- Autopilot Overview and Updates
- OTA Process
- Data Approach to Evaluating Incidents
- Recent Crashes and Investigations
- *Consumer Reports*' Model 3 Braking Test
- Tesla Semi

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL                                                                                    BENAVIDES-00003229

CONFIDENTIAL BUSINESS INFORMATION



# Autopilot Overview and Updates

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.



CONFIDENTIAL BUSINESS INFORMATION

# Method for Introducing Autopilot Features

1. **Continuous Iteration**: algorithm design with simulation against data "golden set."

2. **Lab and Track Testing**: compare against simulation results and verify hardware performance.

3. **Engineering Fleet Testing**: Vehicle Test team and Software QA team drive continuously to verify real world performance (all testing involves Autopilot hands-on-wheel controls).

4. **Early Access Program Fleet and Employee-Owned Vehicles**: deployed via OTA software update for real world driving feedback.

5. **Staged Small Rollout**: initial OTA update to small volume to confirm no customer hardware incompatibility or unexpected implementation problems.

6. **Full Deployment**: rollout to factory, service centers, and OTA update to entire fleet.

7. **Continuous Monitoring**: analysis of fleet via OTA data and other feedback.

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

CONFIDENTIAL BUSINESS INFORMATION

# Machine Learning and Neural Networks





© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003232



CONFIDENTIAL BUSINESS INFORMATION

# Hydranet Vision System
OTA Update (2018.10.4); start: March 14, 2018

- **Old neural net**:
  - Generated lane geometry by identifying lanes (camera and maps) and projecting into space; relied on AP HW1 stack; generated target object vehicles based on fused camera and radar

- **New neural net** (2018.10.4 for HW2/2.5):
  - **Improvements for poor/faded lane markings, sloped/banked and higher-curvature roads**:
    - Higher fidelity "roadway estimator" directly predicts lane and path (inc. elevation) to create improved lane geometry

  - **Improved depth detection**: directly predicts distance from objects to create more stable distance and velocity estimate

  - **Improved vision-radar association**: improved vision depth detection matches better with radar

  - **Improved vehicle detection**: doubled vehicle training samples while reducing duplicates


**Bottom Line: Improved control for lanes and stationary vehicles at greater distances**

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003233



CONFIDENTIAL BUSINESS INFORMATION

# U.S. Adoption Rate for 2018.10.4

- Deployed OTA, factory & service, starting March 14, 2018
- Adoption rates as of June 11, 2018

| Hardware Breakdown | Total Vehicles Received | Total Vehicles Accepted | Percentage Accepted |
|---|---|---|---|
| HW 1 | 64,433 | 61,612 | 95.6% |
| HW 2 | 37,853 | 37,390 | 98.7% |
| HW 2.5 | 50,574 | 50,263 | 99.3% |
| TOTAL | 152,860 | 149,265 | 97.6% |

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003234

# Autosteer Hands-On Alert Timing HW1 (before 2018.23)

CONFIDENTIAL BUSINESS INFORMATION

*Not to Scale



© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

# Autosteer Hands-On Alert Timing HW1 (after 2018.23+)

CONFIDENTIAL BUSINESS INFORMATION

*Not to Scale



| Condition | Timing |
|---|---|
| > 25 mph + Undivided Rd | 45s |
| > 45 mph + Lead Vehicle | 3m |
| > 45 mph + No Lead Vehicle | 2m |
| > 25 mph + TACC Set > 45mph + Lead Vehicle Cutout | 0s |
| > 25 mph + Accel Pedal Press | 10s |
| > 8 mph + Construction Flag | 10s |
| > 8 mph + 0.8 mps2 Lateral Accel | 45s |
| 8 <-> 25mph | 2m |
| <8 mph | 10m |
| > 25 mph (Speed-based escalation) | 10-60s |

Visual — Chime 1 (strike) — Chime 2 (strike) — Slowdown (strikeout)

15 sec    10 sec    5 sec

| | |
|---|---|
| Steering Angle Saturation Limit | 0s |
| In-path Stationary Radar Object + <2.8s to collision | 0s |

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003236

# Autosteer Hands-On Alert Timing HW2 (before 2018.23)

CONFIDENTIAL BUSINESS INFORMATION

*Not to Scale



© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003237

# Autosteer Hands-On Alert Timing
# HW2 (after 2018.23+)

CONFIDENTIAL BUSINESS INFORMATION

TESLA

*Not to Scale



| | |
|---|---|
| < 8 mph | 10m |
| 8 <-> 25mph | 2m |
| > 25mph + Divided Rd | 45s |
| > 45mph + Non-Divided Rd + No Lead Vehicle | 2m |
| > 45mph + Lead Vehicle | 3m |
| > 8 mph + 0.8 mps2 Lateral Accel | 45s |
| > 25 mph + Accel Pedal | 10s |
| > 25 mph (Speed-based escalation) | 10-60s |

| | |
|---|---|
| Steering Angle Saturation Limit | 0s |
| No Valid Lane Line for 400ms + No Lead Vehicle + HWY | 0s |
| Unusual Lane Line (road estimated degraded) | 0s |
| Driveable Space Violation + < 2.5 s to collision | 0s |

Visual · Chime 1 (strike) · Chime 2 (strike) · Slowdown (strikeout)

15 sec · 10 sec · 5 sec

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003238

CONFIDENTIAL BUSINESS INFORMATION



# What the Customer Sees



© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL



CONFIDENTIAL BUSINESS INFORMATION

# Driveable Space (HW2 2018.23+)

- TACC controls longitudinally for target vehicles based on fusion of camera and radar

- "Driveable space"
  - Lane geometry is determined by camera without radar and has a boundary
  - Boundary accounts for stationary objects
  - Use boundary for longitudinal control
  - Escalate to Chime 1 when approaching end of driveable space
  - Apply maximum braking within ACC limit



© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL                                                                            BENAVIDES-00003240



CONFIDENTIAL BUSINESS INFORMATION

# Driveable Space (HW2 2018.23+)

Examples:





© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003241

CONFIDENTIAL BUSINESS INFORMATION



# Radar-Only Warning (HW1)

- Radar-Only Braking requires biasing to prevent false positive braking:
    - Map overlay deactivation non-threatening radar targets  - e.g., bridges, overhead signs and traffic lights, etc.
    - Speed limited +45 km/h
    - Road lane radius greater than 400 m

- Improvements:
    - Speed limited +40km/h (already implemented)
    - Audible Chime 1 alert on radar-only target (coming soon)

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003242

CONFIDENTIAL BUSINESS INFORMATION

# Speed Limiting Mode

- Parental/Fleet speed limiter
- Speed limit selectable from 50 – 90mph w/ acceleration limit
- Chime + visual when within 3 mph of limit (plus mobile app alert)
- Controlled in vehicle or mobile app with 4-digit code





© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

BENAVIDES-00003243

CONFIDENTIAL BUSINESS INFORMATION



# OTA Process

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL                                                                                                    BENAVIDES-00003244

CONFIDENTIAL BUSINESS INFORMATION

TESLA

# OTA: Basics

- All Tesla Model S, X, and 3 have a cellular modem and Wi-Fi that can receive OTA firmware updates

- Customers can deactivate modem by contacting Tesla

- Most customers remain connected because deactivation limits features
  - Mobile app for charging, remote unlock, locator; traffic-aware navigation, etc.

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003245

CONFIDENTIAL BUSINESS INFORMATION

# OTA: What the Customer Sees

 

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003246

CONFIDENTIAL BUSINESS INFORMATION



# OTA: Rollout Strategy

1. Download
   - Download happens in background (WiFi or modem)
   - Wi-Fi preferred because files are large - 50% of NA vehicles utilize Wi-Fi
   - Typically, we attempt over Wi-Fi for approximately 1 week, after which we attempt by modem

2. Staging & Scheduling
   - Once downloaded, alert appears in vehicle and mobile app; driver must accept
   - Vehicle is inoperable during installation
   - Customer choices: install, schedule (*e.g.*, 2 AM), or cancel.
   - If canceled, a persistent icon remains on top of screen
   - We can send un-dismissible alert; blocks touchscreen except for backup camera (doesn't cover any telltales)

- Explanation
   - Release notes are presented after installation

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003247

CONFIDENTIAL BUSINESS INFORMATION



# Data Approach to Evaluating Incidents

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL                                                                                                    BENAVIDES-00003248



CONFIDENTIAL BUSINESS INFORMATION

# Data Sources

- **Carlogs (OTA or Onboard)**:
  - Designed for engineers; best source to understand the vehicle's state over a period of time. Data is continuously collected and periodically uploaded. Contains most signals at 1hz.
  - Typically transmitted by Wi-Fi when buffer gets full or triggered by urgent events for OTA modem (*e.g.*, crash). Data recorded to MCU → modem → vehicle antenna (in mirror).
  - If files are large or vehicle is damaged or experiences loss of power/network, transmission can take a few hours. Data is also physically retrievable from the SD card in MCU, which keep copies.

- **Vitals/Garage (OTA)**:
  - A subset of the Carlog data, this captures snapshot information of the vehicle's current state for a limited time (10 days) before overwrite. Includes last 100 alert bits set per vital snapshot.
  - Transmitted in short OTA modem bursts over time irrespective of a crash event. Data may be available shortly before a crash event when Carlogs is not, but may not have data related to that event.

- **Autopilot Snapshots for HW 2.0 / 2.5 (OTA or Onboard)**:
  - Powerful DAS-specific data recorder equipped only on HW 2.0/2.5 vehicles. Collects densest and most informative data about Autopilot performance. Includes full video (10s), images, full CAN traces, and other vital information.
  - Data is physically stored on AP computer and uploaded OTA modem, but often not after severe crashes. Data can be physically retrieved from the vehicle.

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003249

CONFIDENTIAL BUSINESS INFORMATION



# Data Sources (cont'd.)

- **DAS EDR for HW 1.0 (OTA or Onboard)**:
  - Collects images through Mobileye processor (HW 1.0 only) when triggered by significant event, like a crash, but can only store one set of 8 images at a time. Images are streamed from the processor to the CAN for upload in Carlogs.
  - Transmission is slow and can only occur while vehicle is in Park (Autopilot cannot be running). Like Carlogs, data may not transmit because of physical vehicle damage or connectivity loss, but is physically retrievable.

- **UI Telemetry (OTA)**:
  - Vehicle runs telemetry records for AP, charging, UI interactions, etc. Data varies with time based on the needs of Engineering and Service.
  - Data has significant limitations. It streams slowly via modem to an intermediate server and only becomes available every 24 hours. For VIN-specific events, data must be manually parsed.
  - One set (D15) includes AP state transitions, hands-on warnings, and vehicle speed. We are working on a new set (D16) that will capture crash-specific telemetry, which can be received in less than 24 hours and automatically parsed. Goal is to be able to quickly transmit this data that we otherwise would not receive because of severe crash damage.

- **Event Data Recorder (OTA or Onboard):**
  - Crash-hardened and collects standardized EDR data (not data about Autopilot). Data is stored in the RCM underneath the touchscreen (Model S) or center console (Models X/3); transmitted OTA via modem similar to Carlogs and limited in case of vehicle damage.
  - Following a crash, an urgent alert is immediately transmitted and contains crash notification, a timestamp, and VIN. Model 3 alerts will also include vehicle speed, steering angle, pedal applications, and seatbelt statuses. Alerts are small and have a greater probability of receipt.

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

CONFIDENTIAL BUSINESS INFORMATION



# Process Collaboration with Investigators

1. **VIN Searchability**: All records are primarily searchable by VIN. This is our first ask from investigators if we do not receive an automated crash alert that easily connects a VIN to the crash circumstances.

2. **Start with CarLogs and EDR**: We search Carlogs and then EDR because these are the most complete and relevant data sets.
   – Autopilot use, vehicle speed, driver control actions (steering/pedals), lead vehicle, hands-on-wheel detection and warnings, FCW or braking events, and other information that help us understand what happened.

3. **AP Data**: If Autopilot Snapshots (for HW 2.0/2.5 vehicles) or DAS EDR (for HW 1.0 vehicles) uploaded data OTA, we will extract it, but this rarely happens. Physical retrieval can also be a challenge because it requires custody of the hardware, the data is encrypted, and retrieval can create chain-of-custody concerns with the investigator.
   – To date, we have not been asked to retrieve this information.

4. **Last Hope OTA Data**: we may search Vitals/Garage for any relevant snapshots, and later UI Telemetry. As discussed, these sources are less data-rich and are increasingly difficult to search.
   – We expect D16 to provide better results.

5. **Extracting Data Physically**:
   – EDR: Investigators can perform physical EDR extraction, which our online system can instantly interpret.
   – MCU SD Card: Carlog copy (if survived), large files, encrypted, and difficult to interpret.

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

CONFIDENTIAL BUSINESS INFORMATION



# Recent Crashes

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003252

CONFIDENTIAL BUSINESS INFORMATION

TESLA

| | AP Gen | Road Type | Speed (mph) | Lead Vehicle (m) | FCW/Brake | Driver Status | Last Hands On Detection | Driver Action | Data Source | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| Culver City (S) | AP1 | Hwy | 21 @ -4.0s<br>24 @ -2.0s<br>31 @ crash | 33 @ -4.0s cutaway@ -2.0s | FCW @ -0.5s | Looking at cell phone | Detected: -4m,15s<br><br>Not Detected: -3m,41s | None | CarLogs | Driver cutting HOV lane to stopped firetruck; behind vehicle (truck?); lead cutaway |
| Mountain View (X) | AP2 | Hwy | 64 @ -5.0s<br>71 @ crash | 24 @ -5.0s cutaway @ -4.0s | None | Unknown | Detected: -17.5s<br><br>Not Detected: -6.0s | None | SD Card EDR<br><br>(physical) | Left lane, with left exit w/ long gore; vehicle tracks left side of gore; barrier strike; ΔV: 58mph |
| South Jordan (S) | AP1 | Limited access w/ stop lights | 57 @ -4.0s<br>59 @ crash | 54 @ -4.0s<br><br>No lead detected after | None | Looking at cell phone | Detected: -1m,22s<br><br>Not Detected: -1m, 20s | Brake: +.25s | SD Card (physical) | Series of driver using controls to turn on and off AP through lights; hands off 2s after turning AP on |
| Japan (X) | AP2 | Hwy | 0 @ - 35s<br>15 @ -3.5s<br>23 @ crash1<br>9 @ crash2 | 13 @ -3.5s cutaway @ -2.5s<br>Crash2 @ +1.0s | None | Sleeping | Detected: -27.5s<br><br>Not Detected: NA | Brake: +.5s<br>20° (R)<br>Mild (L) | CarLogs | Motorcycle in prior crash with van; 3 motorcycles parked in lane w/ riders standing in lane |
| Laguna Beach (S) | AP1 | One lane, high speed | 47 @ -1.5s<br>43 @ crash | 26 @ -2.5s<br>46 @ -1.5s | FCW @ -0.9s<br>Brake @ -0.6s | Unknown | Detected: -13.0s<br><br>Not Detected: -11.0s | Brake: -.1s | CarLog EDR | Partial Path parked vehicle extended over white line |

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

CONFIDENTIAL BUSINESS INFORMATION



# Consumer Reports' Model 3 Braking Test

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

CONFIDENTIAL BUSINESS INFORMATION



## Test Circumstances

- What CR tested:
  - 25 runs - accelerating to 65 mph, coast to 60 mph, apply full brake, measuring ABS stopping distance from 60-0 mph each time
  - 1 min cooldown between runs
  - Excessive repetition; combination of rapid pedal and panic pedal
  - Tested on 18-inch tires
- Stopping distance:
  - Initially 133ft (40.5m) and later 155ft (47.2m)
  - CR published 155ft.
- Measurement from brake application, not accelerator release, so regenerative braking (5ft/1.5m improvement) was ignored.

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL                                                                    BENAVIDES-00003255



CONFIDENTIAL BUSINESS INFORMATION

# Tesla's Review

- **Safety Perspective**:
  - Condition is unrealistic and is not a real world safety concern
  - Still well within compliance margins of FMVSS No. 135

- Opportunity for Improvement:

  1. **Temperature Calibration**: As brake pads got hotter with repeated stomps, they became more effective, but ABS calibration was not optimized to adjust with the temperature change.
     - Model 3 has Non-Copper Organic Pads that are more susceptible to temperature variation

  2. **Longer Slip Calibration**: 18-inch tire achieves maximum longitudinal grip when it enters a longer first band in the slip-stop cycle
     - Optimal energy dissipation for this tire occurs in the first half-second with higher early slip.

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL                                                                                  BENAVIDES-00003256



CONFIDENTIAL BUSINESS INFORMATION

# Tesla's OTA Update

- Deployed as a performance improvement to address potential customer confusion following media reports

- ABS software calibration only, no hardware changes
  - apply a slightly longer duration modifier to the first slip band
  - Apply a temperature compensation formula to tailor for pad heat

- Result:
  - More consistent ABS performance across a wide temperature range in dry temperature and multi-ABS stops
  - Repeat test after OTA = 132.8ft (40.5m) stopping distance

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003257



# Change in Brake Pad Mu with Temperature – AK Master Result

CONFIDENTIAL BUSINESS INFORMATION

µ increases as temperature goes up
Prior to fade

*notably initial µ (bite) is also high, shape change from ramping up to ramping down



■ = Pad µ

■ = Pad Temperature

- Original calibration optimized around lower temperature pads (highest use case)
  - Explains why initial stops were shorter than subsequent stops
- New calibration accommodates for changes in pad temperature
  - Bite of high temperature µ values caused tire overslip (see next page)

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

# Slow build up of brake pressure

CONFIDENTIAL BUSINESS INFORMATION

**TESLA**

Improved Performance Good Early Control - Brake increase rate matches weight transfer rate. No deceleration is lost at beginning of stop.



Prior Performance Early Control - Too deep initial tire slip followed by under utilizing the tire before settling into ABS control. Deceleration is lost at beginning of stop (most critical time).



© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003259

CONFIDENTIAL BUSINESS INFORMATION



# Questions

© Copyright 2018 Tesla, Inc. All rights reserved. Proprietary and Confidential Business Information.

HIGHLY CONFIDENTIAL

BENAVIDES-00003260