UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**TESLA'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF DILLON ANGULO'S MOTION TO LIMIT AND EXCLUDE CERTAIN OPINIONS OF TESLA'S NEUROPSYCHOLOGIST, DR. BARRY CROWN AND EXHIBITS UNDER SEAL**

Defendant, Tesla, Inc. ("Tesla"), through its undersigned counsel and pursuant to Local Rule 5.4(b), requests leave of Court to file under seal Tesla, Inc.'s forthcoming Response to Plaintiff Dillon Angulo's Motion to Limit and Exclude Certain Opinions of Tesla's Neuropsychologist, Dr. Barry Crown (with attached exhibits) for the reasons set forth below:

**Background and Relief Requested**

    1.    This automotive product liability case arises out of a crash that occurred on April 25, 2019 (the "Subject Crash") at a "T" intersection min Key Largo, Florida.

      2.      Tesla intends to file Tesla, Inc.'s Response to Plaintiff Dillon Angulo's Motion to Limit and Exclude Certain Opinions of Tesla's Neuropsychologist, Dr. Barry Crown (ECF 344), which must be filed by **March 28, 2025**. (ECF 365). Plaintiff Angulo's Motion and exhibits attached thereto – which were filed under seal – contain and discuss information and documents which detail Plaintiff Angulo's personal and medical information. *See* (ECF 340-341). Tesla's forthcoming Response and exhibits attached thereto will contain and discuss similar sensitive information.

      3.      Accordingly, Tesla prays that this Honorable Court grant this instant Motion and enter an Order providing that Tesla, Inc.'s Response to Plaintiff Dillon Angulo's Motion to Limit and Exclude Certain Opinions of Tesla's Neuropsychologist, Dr. Barry Crown and corresponding exhibits be filed under seal.

## **CONCLUSION**

WHEREFORE, Tesla prays this Honorable Court grant the relief requested in this Motion.

Date:  March 28, 2025                              Respectfully submitted,

                                                                    *s/ Whitney V. Cruz*  
**WHITNEY V. CRUZ**  
Florida Bar No. 800821  
**WENDY F. LUMISH**  
Florida Bar No. 334332  
**BOWMAN AND BROOKE LLP**  
Two Alhambra Plaza, Suite 800  
Coral Gables, FL 33134  
Tel. 305-995-5600 / Fax: 305-995-6100  
whitney.cruz@bowmanandbrooke.com  
wendy.lumish@bowmanandbrooke.com  

**THOMAS P. BRANIGAN**  
(Admitted *Pro Hac Vice*)  
**DREW P. BRANIGAN**  
(Admitted *Pro Hac Vice*)  
**BOWMAN AND BROOKE LLP**  
101 W. Big Beaver Road, Suite 1100  
Troy, MI 48084  
Tel. 248-205-3300 / Fax: 248-205-3399  
thomas.branigan@bowmanandbrooke.com  
drew.branigan@bowmanandbrooke.com  

**JOEL SMITH**  
(Admitted *Pro Hac Vice*)  
**BOWMAN AND BROOKE LLP**  
1441 Main Street, Suite 1200  
Columbia, SC 29201  
Tel. 803-726-7420 / Fax: 803-726-7421  
joel.smith@bowmanandbrooke.com  

**HILARIE BASS**  
Florida Bar No. 334243  
**HILARIE BASS, ESQUIRE LLC**  
2821 Bayshore Drive, UPH-B  
Miami, FL 33133  
Tel. 305-505-8777  
bassh@bassinstitute.org  

*Attorneys for Defendant Tesla, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Whitney V. Cruz*
Whitney V. Cruz