# EXHIBIT A

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

| Wellbutrin Sr | oral | 100mg | tablet extended release 12 hr | once a day (AM) | No | No | No | No | No |

Note: Prescribed by Dr. Sabater. Client was originally resistant to medication, but took suggestion of medication from his PT and psychiatrist to help manage depression.

**Reason for substance abuse admission:**

Client presents as a 26-year-old male seeking treatment for cocaine and benzodiazepine abuse. This is the client's first time in treatment, other than a juvenile detention center drug program when he was 17 years old. Client has not had any legal issues since he was underage. Client reports that his environment, outside of treatment, remains unsupportive of his recovery. Client's family of origin and extended family all use drugs and alcohol addictively. In addition to substance abuse, client also appears to have a sex addiction which needs to be addressed. Client presents as depressed, anxious, ashamed, angry, and withdrawn. Client admits to significant cravings and rates them at a 8 on a 1-10 scale. Client's risk for relapse is high given his intense cravings and lack of experience in recovery. Barriers to treatment include lack of support, low self-esteem, sex addiction, and limited experience in sobriety.

**Summary of Client's Treatment/Discharge:**

Client completed PHP and transitioned into the IOP level of care. He was attending the relapse prevention program when he began to struggle significantly with his sex addiction. Client also had a job as a landscaper that began to cut into his group time. He grew more and more irritable and ultimately chose to abandon treatment, move out of sober living, and move back to Miami. He appears to be at high risk for relapse at this time.

**Prognosis:**

Unknown at this time due to discontinuation of treatment.

*[signature]*
Genna Risucci, LMHC, MCAP, ICADC; Clinical Director/Supervisor (Staff), 09/07/2018 12:08 PM

**Reviewed by**

*[signature]*
Genna Risucci, LMHC, MCAP, ICADC; Clinical Director/Supervisor (Review), 09/07/2018 12:08 PM

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

## BEACHCOMBER OUTPATIENT SERVICES

# Dillon Austin Angulo ♂ 2018-254

Birthdate: 04/14/1992

Allergies: No Known Allergies/NKA

Admission: 06/13/2018  Care Team



## PHP - Nursing Assessment 06/20/2018

**Evaluation Date**  06/20/2018 12:00 AM

**Vitals**

| Blood Pressure (systolic/diastolic) | Temperature | Pulse | Respirations | O2 Saturation |
|---|---|---|---|---|
| 135 / 80 | 98.9 | 65 | 16 | 92 |

Comments
-

**HT/WT**  Height: (5' 9")   Weight: 165 lbs   BMI: n/a   Target Body Weight: n/a

## Chemical Dependency History

### Opiates

|  | Age Began Use | Date of last use | Frequency of Use | Amount/Pattern of Use | Route |
|---|---|---|---|---|---|
| Heroin | n/a | | | | |
| Oxycodone/Percocet | "I did it once or twice when I was a teenager." | | | | |
| Hydrocodone/Vicodin | n/a | | | | |
| Roxycodone | n/a | | | | |
| Oxymorphone/Opana | n/a | | | | |
| Methadone | n/a | | | | |
| Hydromorphone/Dilaudid | n/a | | | | |
| OxyContin | n/a | | | | |
| Fentanyl | n/a | | | | |
| Other Pain Killers | n/a | | | | |

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

## Hallucinogens

|  | Age Began Use | Date of last use | Frequency of Use | Amount/Pattern of Use | Route |
|---|---|---|---|---|---|
| Marijuana/Cannabis | 15 | 5/13/18 | 3-4x per month | a blunt or a joint with friends | smoke |
| LSD/Acid | n/a |  |  |  |  |
| Other | n/a |  |  |  |  |

## Designer Drugs

|  | Age Began Use | Date of last use | Frequency of Use | Amount/Pattern of Use | Route |
|---|---|---|---|---|---|
| PCP/Angel Dust | n/a |  |  |  |  |
| Ecstasy | 17 | "I did it 5-6x when I was 17yo" |  |  |  |
| Other | n/a |  |  |  |  |

## Stimulants

|  | Age Began Use | Date of last use | Frequency of Use | Amount/Pattern of Use | Route |
|---|---|---|---|---|---|
| Cocaine - Powder | 17 | 5/29/18 | "I would go on binges, 3-4 days in a row all day. Then hold it together for a couple of weeks and do it again." | 3.5 grams per day | intranasal |
| Crack/Freebase | 26 | 5/29/18 | "I only recently started but it was daily for a couple of days." | $100 a day | smoke |
| Speed | n/a |  |  |  |  |
| Inhalants | n/a |  |  |  |  |
| Amphetamines | n/a |  |  |  |  |
| Crystal Meth | n/a |  |  |  |  |
| Caffeine | 10 | 6/13/18 | 1-2x per month | coffee | oral |
| Nicotine/Tobacco/Cigarettes/Chewing | n/a |  |  |  |  |

## Depressants

|  | Age Began Use | Date of last use | Frequency of Use | Amount/Pattern of Use | Route |
|---|---|---|---|---|---|
| Alcohol | 15 | 5/28/18 | 4-5x per month | 2-3 beers | oral |
| Barbituates | n/a |  |  |  |  |
| Quaaludes | n/a |  |  |  |  |

## Benzodiazepines

|  | Age Began Use | Date of last use | Frequency of Use | Amount/Pattern of Use | Route |
|---|---|---|---|---|---|
| Valium | n/a |  |  |  |  |

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

| | | | | | |
|---|---|---|---|---|---|
| Ativan | n/a | | | | |
| Librium | n/a | | | | |
| Klonopin | n/a | | | | |
| Xanax | 15 | 5/29/18 | "When I wold go on binges." | 6-8 mg daily | oral |
| Other | n/a | | | | |

Other Drugs Not Mentioned: List Below (Including Over the Counter)   ☑ None

*CODES: PO=by mouth IM=intramuscular IV=intravenous SM=smoked SN=snorted IN=inhaled

**TB test in last six months?**  ☑ Yes  ☐ No

**If yes- where?**

Sunrise Detox

**History of physical symptoms from alcohol /drug usage:**

- Blackouts: xanax
- Seizures/DT's: 3-4 r/t Xanax -last 3 yrs ago

**PRESENT MEDICATION (S):**

| Medication | Route | #/dosage form | Dose | Dosage Form | Frequency | Amount brought in on admission | Last dose | PRN | Brought in on admission | Continue on admission | Continue on discharge | Destroyed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wellbutrin Sr | oral | | 100mg | tablet extended release 12 hr | once a day (AM) | | | No | No | No | No | No |

Note: Prescribed by Dr. Sabater. Client was originally resistant to medication, but took suggestion of medication from his PT and psychiatrist to help manage depression.

**History of:**   Genitourinary Problems: denies

**Date of last visit & reason**

Dr. Jennings seen only once or two times - doesn't want to go unless something wrong

**Currently Employed?**   Yes , Occupation: self landscaping

**WORK ENVIRONMENT**

enjoys and denies contributory

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

## DIETARY ISSUES

Diet(s):  Regular Diet
Other Restrictions: none

## NURSING ASSESSMENT NARRATIVE

First treatment for this client. "I want to stop using drugs, I never thought that I would get to the point of smoking crack, I was having problems with my relationships. I have had multiple relationships. I recently just broke up with my girlfriend of 2 years, it has been rocky and my drug use drove it to the ground. I wanted to stop before I was in jail or dead."
Also reports related sex addiction and extensive family history substance abuse.
Denies medical complaints

Negative consequences of his addiction include: employment and financial losses, disrupted interpersonal relationships, self esteem.
Psychiatric history includes diagnosed ADHD and MDD childhood. No meds. Seen by Dr. Sabater who is considering Wellbutrin for Atypical depression. Patient reports he does not want to take, but to "do it naturally." Client reports he feels his depression is substance abuse-related, because he does not feel depressed when sober, working, being active.

## ANTI-CRAVING THERAPY ASSESSMENT

**Is patient a candidate?**

**Comment:**

Dr. Sabater

**Is patient open to a further evaluation?**

**Comment:**

## NURSING DISCHARGE RECOMMENDATIONS

AA/NA 90/90 and sponsor.
Continued treatment at IOP level due
Sober and structured living environment due
F/U PCP repeat blood work for the elevated glucose
F/U psychiatry if decides to take medication or depression does not resolve.

**Patient advised to see primary physician following discharge from The Beachcomber**   Yes ☑   No ☐

I have been provided with the reasons for obtaining this assessment information, the purpose of the assessment and the nature, rules and regulations of the program, as well as my rights as a patient.

**Medical Director's Review:**

**DIAGNOSIS: AXIS**                                     Diagnoses

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

| | No | Yes |
|---|---|---|
| **All systems intact** | ☐ | ☑ |

**Medical Concerns**

N/A

**Compliance (meds/milieu)**

compliant

**Summary of Recommendations**

Psychiatry Progress Note

Chart reviewed

A 26 yo Cuban/Italian/American male with Hx of Cocaine and Anxiolytic Use Disorder, in early remission, seen for f/u. Patient is experiencing gradual improvement, with some days feeling tiredness, low energy, less motivation. Over the years with continuous substance use he experienced s/s c/w depression, but believes those s/s were substance induced. Reports he had two periods of long abstinence ( longest one was 10 months) and did not struggle with depression. Denies prior Dx/treatments for depression. Patient is prescribed Wellbutrin by Dr. Sabater, has not started it yet, wants to continue with psychosocial therapies. Will monitor for depressive s/s, which are subsiding whit abstinence from substances.
Should the s/s progress, will reevaluate and reconsider trial with antidepressant.
Individual supportive psychotherapy, reassurance, psychoeducation and motivational techniques are provided with a goal to improve resilience to relapse and with additional focus on stress tolerance.

A/P: Continue current Tx plan.
RTC x one week.

**Golden Thread - (Click on button below to associate treatment problem(s) with this Psychiatric Follow-Up Note.)**

Note:

*[signature]*

Vladislava Culina, MD (Staff), NPI Number 1700087962, 06/28/2018 11:08 PM

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

## BEACHCOMBER OUTPATIENT SERVICES

# Dillon Austin Angulo ♂ 2018-254

Birthdate: 04/14/1992

Allergies: No Known Allergies/NKA

Admission: 06/13/2018  Care Team

## PHP-IOP Transition

**Admission Note:**

07/11/2018 12:00 AM

The patient has completed all treatment goals and objectives required by the Beachcomber's Partial Hospitalization Program (PHP). The patient has now been admitted to the Beachcomber's Intensive Outpatient Program (IOP). IOP is a continuation of treatment from the Partial Hospitalization Program. As part of IOP the patient will attend three three-hour group therapy and psycho-educational sessions per week. In addition, the patient will continue to meet with an individual therapist at least once a week to discuss substance abuse, relationship dynamics and other ongoing issues.

The patient's tentative discharge date is    09/04/2018

Rebecca Jamison, Ph.D., LMHC
Clinical Director - Boynton Beach

Genna Risucci, LMHC, MCAP, ICADC
Clinical Director - Ft. Lauderdale

*[signature]*

Nicholas DiNapoli, Clinical Administrator - Ft. Lauderdale (Staff), 07/10/2018 03:45 PM

**Reviewed by**

*[signature]*

Genna Risucci, LMHC, MCAP, ICADC; Clinical Director/Supervisor (Review), 07/11/2018 11:31 AM

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

Note: Prescribed by Dr. Sabater. Client was originally resistant to medication, but took suggestion of medication from his PT and psychiatrist to help manage depression.

**Have you ever been treated for psychiatric/mental health issues/substance abuse?**

"This is my first time being treated for substance abuse, some psychiatrist when I was 12 or 14 dx'd me with depression."

**Are you or have you ever been on any psychotropic or anticonvulsive medications?**   No

**Current Physical Complaints/Diseases:**
Check if you are currently experiencing any of the following physical problems.

None

## Other Drug Screen

**Habits:**

"Maybe sex"

**Smoke:**   No

**How often do you exercise?**

2-3x per week

**How many cans of soda do you drink daily?**

0

**Do you think you have an eating disorder?**   ☐ Yes  ☑ No

**Have you ever had a seizure or a severe withdrawal or physical reaction (severe tremors, fever, fainting, nausea/vomiting) or requested emergency room / hospital treatment as a result of abruptly stopping your drinking or drugging usage?**

"Yes from withdrawal of xanax 3-4 years ago was the most recent. It has happened a couple times."

**Sleep Pattern:**

"poor, I couldn't really sleep. before this episode in detox, I have never had a problem sleeping."

**List of history of Hospitalizations or Surgeries: (Including dates, reason for hospitalization, and treatment received)**

None

**Do you have any concerns about your health?**   No

**Do you feel you have a health situation that may cause you problems during your treatment?**   No

**PATIENT VERIFICATION STATEMENT:**

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

Above information is true and completed to the best of my ability.

## STAFF REVIEW

If the patient reports any current medical complaints/diseases, history of psychotropic medications or anticonvulsive medication or significant past history problems which they are not currently under the care of a physician the therapist is to contact the physician immediately.

Medically Stable

Date 06/13/2018 09:36 PM

Certified Forms Library, ©2014 MBHC and Kipu Systems® LP-DO-0023-130902

_[signature]_
Dillon Austin Angulo (Patient), 06/13/2018 02:07 PM

Staff present: Nicholas DiNapoli, Clinical Administrator - Ft. Lauderdale

_[signature]_
Nicholas DiNapoli, Clinical Administrator - Ft. Lauderdale (Staff), 06/13/2018 02:07 PM

**Reviewed by**

_[signature]_
Marcia Greene, RN (Review), 06/13/2018 09:37 PM

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

## BEACHCOMBER OUTPATIENT SERVICES

# Dillon Austin Angulo ♂ 2018-254

Birthdate: 04/14/1992

Allergies: No Known Allergies/NKA

Admission: 06/13/2018  Care Team



## Problem List - Golden Thread 06/14/2018 02:12 PM

**Evaluation Date**   06/14/2018 02:12 PM

**Total Problems: 12**

| Problem | Status | Behavioral Definition/As evidenced by |
|---|---|---|
| Impulsivity | Active | • Desires everything immediately - demonstrates a decreased ability to delay pleasure or gratification.<br>• Exhibits a tendency to act too quickly on impulses without careful thought or planning, resulting in numerous negative consequences.<br>• Impulsivity facilitates a self-defeating pattern of addiction behavior.<br>• Has a history of acting out in at least two areas that are potentially self-damaging (e.g., spending money, sexual activity, reckless driving, addiction).<br>• Experiences a sense of tension or affective arousal before engaging in the impulsive behavior (e.g., kleptomania or pyromania).<br>• Senses pleasure, gratification, or release at the time of committing an antisocial act.<br>• To be addressed in Tx. |

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

## BEACHCOMBER OUTPATIENT SERVICES

## Dillon Austin Angulo ♂ 2018-254

Birthdate: 04/14/1992

Allergies: No Known Allergies/NKA

Admission: 06/13/2018  Care Team



## Initial Psychiatric Evaluation 06/15/2018

**Evaluation Date**   06/15/2018

### I. Identifying Information

**Admit Date:**   06/13/2018 01:05 PM

**Marital Status:**   Single

**Allergies/Drug Reactions:**

No Known Allergies/NKA

### II. History of Present Illness

26 yo Cuban/Ital-American man s/ gmc. h/o sex & drug addiction. dx'd as a child as add" & mdd. pt disbelieves adhd dx. did not like adhd rx due to anorexia. binge pattern c/ xanax 40mg x 3-4d. freq depended upon b/u c/ serious gf & as escape stressors. had side sex life of acting out. cocaine also binge pattern 2-3 g/d x a few days- same triggers & peer pressure/prompts. distant daily h/o mj use. s/p detox x 10-11d. off all psych rx. at redex. mood="still recovering" h/o dysphoria mostly around wanting intimacy/lonely. pt has unclear h/o meeting critx atyp dep hx. no h/o psychosis.

### III. Past Medical History

no

### Seizures History

h/o bzd w/d sz

### Head Trauma/Injury History

N/A

## BEACHCOMBER OUTPATIENT SERVICES

Dillon Austin Angulo MR 2018-254 DOB: 04/14/1992

# BEACHCOMBER OUTPATIENT SERVICES

## Dillon Austin Angulo ♂ 2018-254

Birthdate: 04/14/1992

Allergies: No Known Allergies/NKA

Admission: 06/13/2018  Care Team

## Group Sessions

**Friday, Jul 20, 2018**

**FTL- Spirituality 2 01:00 PM EDT by Matthew Cornish, MA, LADC1**

Status: attended     Start: 07/20/2018 01:00 PM EDT - End: 07/20/2018 04:00 PM EDT     Duration: 03:00

Attendees: 15 Absent: 0

**Topic**
Process - Step 3 - Surrender

**Individual Assessment/Intervention**
Client presented as focused and was actively listening to his peers sharing in the session. He was oriented x4 and denied any cravings or urges. He joined in two peers' discussion of Xanax abuse and withdrawal and shared about his 5 seizures he's experienced in withdrawals caused only by a lack of access to the drug. He responded with empathy with others speaking about seizures. Writer commended his ability to engage with others.

**Related To**
(1) **(Clinical) Substance Use Disorders**

**Group Description**
Group members presented and processed personal issues related to their recovery experience. During the second half of the session group members participated in a guided mindfulness meditation and discussed concepts related to loss of choice, acceptance, and surrender.

*[signature]*
Matthew Cornish, MA, LADC1 (Staff), 07/20/2018 06:46 PM

*[signature]*
Genna Risucci, LMHC, MCAP, ICADC; Clinical Director/Supervisor (Review), 07/21/2018 04:09 PM

Dillon Austin Angulo MR 2018-407 DOB: 04/14/1992

4. What strengths does the patient have that will assist him/her in regards to recovery?
Ability to be honest

5. Additional information / comments concerning recovery environment issues:    None

## XIII. INTERVIEW WITH SIGNIFICANT FAMILY MEMBER
### When available in person or by phone

1. Does family member / significant other view patient's behavior and / or usage as a problem?
**Client does not want his family involved in his treatment due to their own substance use issues. Treatment team agrees that is best at this time.

2. Has any family member / significant other attempted to address / intervene in patient's behavior and / or usage?
N/A

3. Has family member / significant other noticed any changes in patient's behavior?
N/A

4. Have there been any traumatic events in the family or specific to the patient?
N/A

5. Is family member / significant other willing to participate in patient's treatment?
N/A

## XIV. SPIRITUALITY ASSESSMENT

1. Do you use prayer/meditation in your life?
Client reports that he prays regularly

2. Who or what provides you with strength and hope?
Client has a belief in a God.

3. Do you currently practice any specific religious denomination or have any significant religious beliefs/practices?
No

4. Has the role of church/synagogue/mosque been important in your life?   No

5. Is there any type of spiritual/religious support that you desire at this time?   No

6. Has a belief in God/Spirituality been important in your life?
Client believes that God has wanted him to get sober.

7. Do you believe spirituality is important for your recovery?
Believes that spirituality is necessary for him to recover.

8. How has your drug of choice caused you to compromise your value system (i.e., values include: honesty, integrity, respect for others, etc.) and/or sense of right or wrong including stealing, lying, cheating, etc.?
Client admits to lying, cheating, stealing, not caring about himself or his health, using women, demoralizing himself and others

Dillon Austin Angulo MR 2018-407 DOB: 04/14/1992

**Sleep:** Fair

### Data

Client was present for individual session. We spoke about his future and what he wanted to do with his life. He reported that he took a job with a landscaper and he has pretty flexible hours and able to take time off when needed. He reported that he is in the process of applying to the First Responder Program at Broward Community College. This program begins in January and he will know in a month whether or not he made it into the program.

The client was asked if any further memories or feelings came up from last weeks session. We spoke of what his uncle would make him and his cousins do. The client became shut down and said that he really did not want to talk about it. Client is either fearful to speak of this for one reason or another, or there is much more going on then he is willing to let on. We spoke about how important it was for him to really understand where he is with the way he treats women and looks at women. There is some kind of dysfunction that is going on, and in order to determine this he will need to be honest and forth coming with any thoughts or memories that he has about growing up. He reported that he did frequent a "Strip Bar" last week, and then went to have a massage, and he engaged in unhealthy sex with the women. The client reported how bad he felt about this, and wants to stop this behavior. Client then was asked again to examine things that took place when he was a child that would cause him to be this person he is today. We looked first at his father. His father was/is a drunk and would always be fighting with his mother. Some times it would even get physical. Client remembers getting up in the morning and seeing porn running on the TV and Porn magazines lying around his father passed out on the couch. He also reports that his mother would beat him regularly with a spoon, until he got old enough that he would grab her hand and she was no longer able to do this. He also felt very alone in his early school years and throughout school. He felt like he never fit in and this would bother him as well. Client reports that he remembers his grandmother telling him about his isolation when he was a young child. Client was able to see how he learned about sex, and how it was a very unhealthy lesson. Also the abuse he endured all caused him to become the adult he is today. The client had a very difficult time looking at both his mother and father and their behaviors, because they are his parents and he does not want to betray them in any way. The therapist tried to help the client understand it is not a betrayal at all, but just looking at the facts and saying if they were good or bad, right or wrong, not to place blame or judge anyone. Client left still having a difficult time buying into this concept.

### Assessment

Client comes into individual session, looking extremely depressed with no emotions or feelings at all. He appears as a blank, flat screen. This has been the case in the two prior sessions as well. Client is extremely guarded and protects his family/parents at any cost trying not to make them look bad in any way. Client is completely shut down to speaking about any behaviors or actions that his uncle did to him and his cousins. He insists that nothing physical happened. His strong protesting could be a sign of something different, but the client has not been able to open up enough to explore that topic/issue. Client has a desire to change his behaviors, thoughts and attitudes, but he is not willing to look at the issues that need to be looked at. If he does not open up some more, there is a fear that he will not be able to deal with the apparent shame and guilt that he is carrying around. Client realizes that there is definitely a problem, but finds it extremely difficult to do the work that is necessary. Client needs to come in touch with his feelings and emotions that he has been carrying around most of his life about these painful issues and times of his life.

### Plan

Client was asked to write individual letters to his mother and father, telling them how their behavior and the way he was treated effected him then and now as well. Client said he was not able to do that...

Client was then asked to do some role playing, he would speak to an empty chair representing either his mother or father and tell them in this session of what he feels or things. He reported that he did not think he was able to do that as well. Client was asked if he was willing to think about that time of his life, and try to remember anything else that may or may not have taken place. Also to try to attach feelings and emotions to those events. Client agreed to do that. He also agreed to speak more about it next week.

(1) **(Clinical) Anger**
(2) **(Clinical) Impulsivity**

Dillon Austin Angulo MR 2018-407 DOB: 04/14/1992

**Sleep:** Fair

### Data

Client was present for individual session. After the initial greetings, the therapist confronted the client with three UA's The first on the 17 was diluted, the second was dirty for Ativan and the third was normal. Client immediately shut down and denied this in his quiet but flat affect. After a moment or two he stated that he must have been drugged by another client. He stated he found pills in the back seat of one of the clients, and he told the house owner, and he thinks that that client must have drugged him. Then after a few minutes more he said that this was all a game that we play here at the Beachcomber. Finally he stated that the Beachcomber had let him down 2 times now and it was not going to happen again. He stated that he find another treatment facility. Therapist tried to rationally speak with the client to no avail. Therapist finally stated that if we were not going to speak then the session was over, the client left.

### Assessment

Client was in complete denial and refused to believe the lab tests. He did not want to look at them, nor did he want a copy of them. Client was firm in his resolve that he did not use. There was nothing to change his mind, and nothing was accomplished.

### Plan

No plan was made, client said he would find another treatment facility.

(1) **(Clinical) Anger**
(2) **(Clinical) Impulsivity**
(3) **(Clinical) Relapse Prevention**
(4) **(Clinical) Substance Use Disorders**
Note:

**Next Appointment (Date and Time):**

---

**Time Out**   10/11/2018 05:45 PM

*[signature: Ma. Giorgi]*

Michael Giorgi, M.Div., CAP On-the-Job Supervision (Staff), 10/11/2018 05:58 PM

**Reviewed by**

*[signature: Genna L Risucci]*

Genna Risucci, LMHC, MCAP, ICADC; Clinical Director/Supervisor (Review), 10/12/2018 11:50 AM