# BARRY M. CROWN, Ph.D.

9990 S.W. 77th Avenue – Suite 301
Miami, Florida 33156
Telephone: (305) 665-0771   Fax: 1 (877) 483-4856
bmcrown@barrycrown.com

**Pensacola:**
105 E. Gregory Square – Suite 2A
Pensacola, Florida 32502
(850) 382-5507

## EDUCATION

Ph.D.  Florida State University
Post-Doctoral Fellow in Psychiatry (Clinical Psychology), Harvard Medical School, Massachusetts General Hospital

## CERTIFICATIONS

Licensed Psychologist (PY002131), Board of Psychological Examiners, State of Florida
Chartered Psychologist – CPsychol (019490), United Kingdom
Diplomate, American Board of Professional Neuropsychology
   Added Qualifications in Child and Adolescent Neuropsychology, Neurodevelopmental Disabilities, Geriatric Neuropsychology, Forensic Neuropsychology, Rehabilitation Neuropsychology, Addiction Neuropsychology, and Neuroimaging in Neuropsychology
   [Chair, National Examinations Committee, 1994-1998; President, 1999-2001; Board of Directors, 2001-2010]
Diplomate (Certified Pain Practitioner), American Academy of Pain Management
Certified Addictions Specialist, American Academy of Health Care Providers in the Addictive Disorders (drugs, alcohol, food, gambling)

## ADDITIONAL TRAINING

Forensic Psychology, American Academy of Forensic Psychology
Family Therapy, Institute for Juvenile Research, Chicago
SPECT Brain Imaging, Medical College of Wisconsin (Clinical Fellowship)
Transcranial Doppler and Cerebral Blood Flow Monitoring, UCLA, Geffen School of Medicine (Fellowship)

## PREVIOUS ACADEMIC APPOINTMENTS

Boston University (Psychology), University of Illinois School of Medicine (Psychiatry), University of Miami School of Medicine (Psychiatry and Pediatrics), Florida International University (Psychology), Florida State University College of Medicine (clinical services)

# Barry M. Crown, Ph.D. – Page 2

## OTHER EXPERIENCES (SELECTED)

Research Coordinator, Governor's Office, State of Florida
Clinical Director, NIMH National Drug Abuse Training Center
Associate Director, National Council on Drug Abuse
Co-Director, Child Abuse Project, University of Miami School of Medicine, Jackson Memorial Hospital
Scientific Advisor to the Director, National Institutes of Health (Addictions)
Head, Neuropsychology Group, Miami Children's Hospital

## PRESENT PROFESSIONAL ACTIVITIES

Independent Practice, Miami, Florida and Pensacola, Florida (Barry M. Crown, Ph.D. and Associates, P.A., The Neuropsychology Laboratory of Barry M. Crown, Ph.D., The Sports Concussion Center of South Florida) – Neuropsychology, Behavioral Medicine (pain management), Clinical Psychology, Addictionology

Medical staff privileges: Baptist Hospital-Miami, South Miami Hospital, Homestead Hospital, Nicklaus (Miami) Children's Hospital

Dean, Continuing Medical Education (Psychology), Clinical Education Coordinator and Chair, Medical Education Executive Committee and Director, Continuing Psychological Education, Baptist Health South Florida

Active Member, Miami Neuroscience Institute, Baptist Health South Florida and Senior Consulting Forensic Neuropsychologist

Associate Professor of Translational Medicine (Neuroscience), Wertheim College of Medicine, Florida International University

Editorial Board Membership – Applied Neuropsychology: Adult; Applied Neuropsychology: Child

## PROFESSIONAL MEMBERSHIPS

American Psychological Association; Florida Psychological Association; National Academy of Neuropsychology; American College of Professional Neuropsychology (Fellow); Society of Clinical Neuropsychology – APA; American Academy of Neurology (Affiliate); Society of Nuclear Medicine and Molecular Imaging; American Academy of Pain Medicine (clinical practice affiliate); British Psychological Society (Associate Fellow – CPsychol. and Member, Division of Neuropsychology); American Association for Marital and Family Therapy (Clinical Fellow); Royal Society of Medicine (Overseas Fellow); Royal Society of Public Health (Fellow); Association for Psychological Science