# EXHIBIT E

**Richard A. Hamilton, Ph.D.**
Clinical Neuropsychology
11140 Snapper Creek Road
Coral Gables, Florida 33156
305.323.2180
hamiltonphd@hotmail.com

## NEUROPSYCHOLOGICAL EVALUATION

PATIENT NAME:           Dillon Angulo
DATE OF BIRTH:          04/14/92
AGE:                    27
EDUCATION:              14 years
DATES OF TESTING:       10/28/19, 11/04/19, and 11/13/19
DATE OF REPORT:         12/03/19
PSYCHOMETRICIAN:        Lourdes Munoz, M.S.
EXAMINER:               Richard A. Hamilton, Ph.D.

REASON FOR REFERRAL:
Dillon Angulo was referred for a neuropsychological evaluation by Andrew Yaffa, Esquire, the patient's attorney, in order to examine current levels of cognitive and emotional functioning after suffering a traumatic brain injury.

RELEVANT HISTORY:
The patient is well-known to me as I evaluated him on 07/01/19, as part of his participation in Baptist Hospital of Miami's Outpatient Brain Injury Rehabilitation Program, of which I am the Clinical Director. This patient is a 27 year old, single, Hispanic gentleman, who was hit by a car as a pedestrian, on 04/25/19. He was standing and talking with his girlfriend. Unfortunately, his girlfriend was killed in the accident. He was airlifted to Jackson South Trauma Center and then was transferred to JMH. He suffered orthopedic injuries to his neck, pelvic ring fracture, and left sacral fracture. He also suffered a traumatic brain injury. He has retrograde amnesia for the details of the accident, a period of loss of consciousness and several days of post-traumatic amnesia. A CT Scan of his brain was abnormal, classifying the patient as suffering a complicated traumatic brain injury (TBI). Once stabilized, he was discharged home with his parents and referred to Baptist Hospital's Brain Injury Program, where he received physical therapy, occupational therapy, speech therapy, and neuropsychological treatment. Presently, he is living in a house behind his parent's house. He lives alone, with his dog, and is independent in activities of daily living. He reports that since his injury, he experiences the following: feeling slower mentally and physically, mental and physical fatigue, word finding difficulties, memory problems, mispronouncing words and feels that his spelling abilities have decreased, pelvic pain, states that he has a screw in his sacrum, with a pain level of pain 6-7, on a scale of 1-10, headache every day, pain level 7-8 (no prior history of headaches), reports feeling depressed, dizziness and light-headed when moving in a car, has been diagnosed with a Post Traumatic Stress Disorder (PTSD), for which he sees a psychologist once per week. Prior to his accident, he had just started a new business involving exterior work, including landscaping, putting up fences and pressure cleaning. He was also in the process of studying to get his contractor's license. He is frustrated that he unable to work at the present time, due to his multiple injuries. He is living off of his savings and some inheritance: however, he has significant financial concerns. His parents help him with the groceries and he lives rent-free. He reports a premorbid history of depression, following the breakup with a girlfriend, for which he was prescribed Wellbutrin. He stopped taking it before the accident and now has started taking it again for the last 4 months. He also reports that he voluntarily entered a drug

rehabilitation program, secondary to Xanax abuse. He has been drug-free for the past 2 years. He has several friends with whom he presently socializes.

TESTS ADMINISTERED:
Wechsler Adult Intelligence Scale-IV, Wide Range Achievement Test-IV, Continuous Performance Test-III, CATA, Boston Naming Test, Letter Fluency Test, Category Fluency Test, Ruff Figural Fluency Test, Wechsler Memory Scale-IV, MSVT, Rey Complex Figure Test, Memory Screening Index, Word Choice Test, Test of Premorbid Functioning, TOMM, VSVT, SIMS, California Verbal Learning Test-II, Category Test, Wisconsin Card Sorting Test, Finger Tapping Test, Grip Strength Test, Pegboard Test, Digit Vigilance Test, Trail Making Test, Personality Assessment Inventory, Beck Depression Inventory-II, Beck Anxiety Inventory, Trauma Symptom Inventory-II.

BEHAVIORAL OBSERVATIONS:
The patient was alert and fully-oriented to person, place, and time. There were no apparent visual, auditory, or sensory deficits. There was no left-right confusion or motor apraxia. Spanish is his first language; however, he prefers English, of which he has an excellent command. He was observed to have some word-finding difficulties, and mild articulation deficits. He reports weakness of his upper extremities bilaterally. Rapport was well-established, he was cooperative, but frequently off-task and required redirection. He showed adequate interest in the test materials and was observed to put forth good effort. He was observed to have difficulty tolerating failure, demonstrated some performance anxiety, and required encouragement and reassurance during the testing. His affect was primarily sad; however, he was able to generate a full and appropriate range of affect. There was no evidence of any hallucinations, delusions, thought disorder, or suicidal or homicidal ideation. The results of the present can be considered both reliable and valid.

RESULTS:
On the WAIS-IV, and the WMS-IV, demographically adjusted norms were utilized, that make corrections based on age, education, sex, and ethnicity. The majority of the rest of the neuropsychological tests utilized the Heaton Norms, that make corrections based on age and educational level. Overall the patient demonstrated mild to moderate impairment in several areas of cognitive functioning that, I believe, are multifactorial in nature: secondary to a TBI, chronic pain syndrome, moderate depression, and PTSD. An estimate of the patient's premorbid level of functioning, based on a complex predictive demographic model, indicated that he was at least in the average range of functioning. This finding was supported by his achievement testing which will be described hereinbelow. On the WAIS-IV, the patient obtained a Verbal Comprehension Index (VCI), standard score of 96 (38.2 percentile), which was in the average range. He performed comparably on the subtests that make up the VCI, which measure his word knowledge and verbal reasoning ability. He obtained a Perceptual Reasoning Index (PRI), standard score of 93 (30.9 percentile), which was average. However, he did not perform comparably on the subtests that make up the PRI, which measures his fluid non-verbal reasoning, and spatial-perceptual abilities. For example, he was above-average on the Matrix Reasoning subtest (93.3 percentile), which measures non-verbal abstract reasoning. In contrast, he was mild to moderately impaired on the Picture Completion subtest (2.9 percentile), which measures his visual alertness to details in his environment. Consequently, the PRI is unlikely to be an accurate assessment of his fluid reasoning ability. He obtained a Working Memory Index (WMI), standard score of 100, (50th percentile), which was in the average range, demonstrating adequate ability for auditory attention-concentration, and short-term memory. His lowest score occurred on the Processing Speed Index (PSI), obtaining a standard score of 85, (15.9 percentile), which was in the low average range. This score is less than premorbid estimates and is consistent with the patient's self-report of feeling mentally slower. It indicates that he would have difficulty in situations that have significant time pressure or constraints.

Achievement Testing, as measured by the WRAT-IV, found that he was average in his ability to read words (27th percentile), average in sentence comprehension (37th percentile), low average in spelling (18th percentile), and average in math computation (53rd percentile).

Tests of word finding and verbal fluency were inconsistent. He was average on letter fluency, below average on category fluency (18.41 percentile), and he was mild to moderately impaired on a test of confrontation naming (5.48 percentile). Clinically, he demonstrates mild word-finding deficits and he also reports having difficulty finding words.

He was inconsistent on tests of attention and concentration. For example, he performed within the average range on the CPT-III and the CATA. However' on the Digit Vigilance Test, he was moderately impaired on the number of errors he made (1.07 percentile), and he was mildly impaired on the time it took to complete the test (13.57 percentile). This is likely related to his processing speed deficit. In support of this finding was his performance on Trail Making A, which was mild to moderately impaired (4.46 percentile).

Memory testing, as measured by the WMS-IV, found that he was average in his ability for immediate and delayed recall of stories read to him. An immediate memory of visual information was mild to moderately impaired (4.5 percentile). However, his delayed recall of that information was average (50th percentile). The patient did have some difficulty on a measure of recalling a list of words (CVLT-II). On this test, the patient has to learn a list of 16 words, over 5 trial periods. His immediate recall was mild to moderately impaired (2.87 percentile), and the total amount of words recalled from trials 1-5 was mild to moderately impaired (5.48 percentile). His short delayed free recall was mildly impaired (13.57 percentile).

He was inconsistent on tests of his execute functioning. For example, he was moderately impaired on the Category Test (1.07 percentile), but average on the WCST. The Category Test is considered a more difficult measure of abstract concept formation, where the WCST is more of a measure of the ability to shift sets. He was below average on Trail Making B (18.41 percentile).

All standalone and embedded measures of cognitive performance validity were performed within normal limits, indicating good effort during the testing. A measure of psychological symptom validity (SIMS), was also performed within normal limits.

Motor testing indicated mild to moderate impairment of pure motor speed on his right upper extremity and mild impairment of his left upper extremity. Grip strength was mildly impaired on the right hand and average on the left. Fine motor speed was moderately impaired on the right and mildly impaired on the left upper extremities.

The patient was given an objective assessment of emotional functioning, PAI, and generated a profile with questionable validity. There appear to have been some idiosyncratic responses to particular items, and there were also some inconsistent responses to items with highly similar content. This could be related to reading difficulties, careless responding, or confusion. These factors could influence the results on the clinical scales and the results should be reviewed cautiously. His pattern of responses suggests with a history of drug abuse, that he is suffering from a significant depressive experience, he is concerned and preoccupied with his physical functioning and health matters, and the overall findings are consistent with the diagnosis of PTSD. He was given the Trauma Symptom Inventory-II and generated a valid profile. The results were consistent wit the diagnosis of PTSD. On the BDI-2, he reports a moderate level of depression. On the BAI, he is not reporting significant anxiety at the present time.

SUMMARY AND DIAGNOSTIC IMPRESSIONS:

Dillon Angulo suffered a moderate TBI on 04/25/19, when he was hit by a car as a pedestrian. His girlfriend that was with him at the time was killed as a result of the accident. In addition to the TBI, he suffered orthopedic injuries to his neck, pelvis, and legs. He was treated acutely at JMH and when discharged home he was referred to Baptist Hospital's Intensive Outpatient Brain Injury Program, where I first evaluated him of 07/01/19. In addition to suffering a TBI and orthopedic injuries, he also developed a moderate to severe depression and PTSD. He continues to have daily headaches, back pain, pelvic and leg pain, and meets the criteria of a chronic pain syndrome. The results of the present testing indicate mildly impaired cognitive processing speed, moderately impaired executive functioning, mildly impaired attention and concentration, and mildly impaired memory. Due to the multitude of this patient's problems, both physical and cognitive, I believe that he is unable to sustain gainful employment at the present time. He does require ongoing treatment for his chronic pain syndrome. He should be referred to a pain specialist. I recommend that he be seen by a psychiatrist for medication management, and a psychologist to treat the emotional sequelae to his TBI, loss of his girlfriend, and PTSD. Once he has completed his physical therapy, he should be referred to vocational rehabilitation. I recommend reevaluation of his neuropsychological functioning in one year to monitor his recovery. Because of his TBI, he has a lifetime increased risk for the development of seizures, development of early onset dementia, and periodic bouts of depression.

Richard A. Hamilton, Ph.D.