# EXHIBIT F

**Page 1**

1            UNITED STATES DISTRICT COURT
             SOUTHER DISTRICT OF FLORIDA (MIAMI)
2
        Civil Case No. 21-cv-21940-BLOOM/Otazo-Reyes
3
   NEIMA BENAVIDES, as Personal      Case:
4  Representative of the Estate of   1:21-cv-21940-BB
   Naibel Benavides Leon, deceased,,
5
        Plaintiff,
6
   -vs-
7
   TESLA, INC., a/k/a Tesla
8  Florida, Inc.,
9       Defendant.
   _____/
10
   DILLON ANGULO,            Case:
11                  22-cv-22607-KMM
        Plaintiff,
12
   -vs-
13
   TESLA, INC., a/k/a Tesla
14 Florida, Inc.,
15      Defendant.
   _____/
16
17          DEPOSITION OF
            DILLON ANGULO
18
          Wednesday, April 19, 2023
19        10:10 a.m. - 3:09 p.m.
20
        COLE, SCOTT & KISSANE, P.A.
21      9150 South Dadeland Boulevard
            Suite 1400
22       Miami, Florida 33156
23
        Stenographically Reported By:
24        MAIRELYS ALBO, RPR
25

**Page 2**

1  APPEARANCES:
2
3  On behalf of Dillon Angulo:
     THE ROUSSO, BOUMEL LAW FIRM, PLLC
4     9350 South Dixie Highway
      Suite 1520
5     Miami, Florida 33156
      BY: ADAM T. BOUMEL, ESQUIRE
6
7  On behalf Tesla:
     BOWMAN & BROOKE LLP
8     41000 Woodward Avenue
      Suite 200 E
9     Bloomfield, Michigan 48304
      BY: DREW P. BRANIGAN, ESQUIRE
10
11 On behalf of Neima Benavides:
     POSES & POSES
12    169 East Flagler Street
      Suite 1600
13    Miami, Florida 33131
      BY: TODD POSES, ESQUIRE (VIA ZOOM)
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1
             EXAMINATIONS
2
   DEPOSITION OF                  PAGE
3
   DILLON ANGULO
4  DIRECT EXAMINATION BY MR. BRANIGAN        4
   CROSS-EXAMINATION BY MR. BOUMEL        185
5  REDIRECT EXAMINATION BY MR. BRANIGAN       191
   CERTIFICATE OF OATH         195
6  CERTIFICATE OF REPORTER           196
   ERRATA SHEET              197
7
8
        PLAINTIFF'S EXHIBITS
9
      NO EXHIBITS WERE MARKED
10
11
        DEFENDANT'S EXHIBITS
12
   Exhibit        Description        Page
13
   Plaintiff's A      Notice of Taking      5
14               Deposition
   Plaintiff's B      Complaint          9
15 Defendant's C       Photograph, printout,    18
                   laser color copy
16
17
18
19
20
21
22
23
24
25

**Page 4**

1  Thereupon,
2  the following proceedings began at 10:10 a.m.:
3       THE STENOGRAPHER:  Raise your right
4    hand, please.
5       Do you solemnly swear or affirm the
6    testimony you are about to give in this
7    matter will be the truth, the whole truth
8    and nothing but the truth?
9       THE WITNESS:  Yes.
10 Thereupon,
11      DILLON ANGULO,
12 having been first duly sworn or affirmed, was
13 examined and testified as follows:
14      DIRECT EXAMINATION
15 BY MR. BRANIGAN:
16   Q.   Good afternoon, Mr. Angulo.  Could
17 you please state your full name for the record.
18   A.   My full name is Dillon Austin
19 Angulo.
20   Q.   Thank you.
21      MR. BRANIGAN:  Everyone attending,
22    please take note that this is the
23    deposition of Dillon Austin Angulo related
24    to Case Number 21-CV-21940.
25      This deposition is taken pursuant to

DILLON ANGULO
NEIMA BENAVIDES vs TESLA

April 19, 2023
137–140

Page 137

1  I just know I was out of it for a while, you
2  know.  I was told that I was in -- I was in the
3  hospital for like a week or two having to go do
4  the brain and spinal program at Baptist.  You
5  know, I had to learn how to talk, walk, write;
6  all these things I had to learn how to do
7  again.
8          And I was out of it for a while so I
9  couldn't give you an exact date of when.
10  BY MR. BRANIGAN:
11      Q.    When did you have to learn to do the
12  things that you just described again, when did
13  that take place?
14      A.    That took place at the Baptist --
15  when I was doing speech therapy at Baptist,
16  and, I think, speech therapy at the Ryder
17  Trauma Program that I was in.  I don't
18  remember.
19      Q.    Okay.  Was that immediately after
20  getting out of the hospital or was that
21  sometime after?
22      A.    That was during when I was in one of
23  the programs, after the emergency room.
24      Q.    Okay.  So was that the -- like the
25  weeks --

Page 138

1      A.    Yeah.
2      Q.    -- subsequent to the crash?
3      A.    (Nodding head.)
4      Q.    Would you mind giving a verbal
5  answer?
6      A.    The weeks after the crash, you're
7  saying?
8      Q.    Yeah.  That's what I'm asking, did
9  that --
10      A.    Yes.
11      Q.    Okay.  Thank you.
12          Do you remember what you were doing
13  the day before the crash?
14      A.    The day before the crash?  No.
15      Q.    Okay.  Do you remember what you were
16  doing the week before the crash, generally
17  speaking?
18          MR. BOUMEL:  Form.
19      A.    Yes.
20  BY MR. BRANIGAN:
21      Q.    What time frame, if you were to
22  describe it, do you think that you have lost
23  your memory of?
24      A.    What time frame?
25      Q.    Yes.

Page 139

1      A.    Like, the whole accident.  Like, the
2  whole -- the whole -- you know, the whole
3  thing.  I don't know what happened to me.  I
4  don't remember that day.  I didn't know why am
5  I in the hospital, why do I have to get my
6  diaper changed, why do I have to get into a
7  wheelchair, why do I have to go to physical
8  therapy, why do I have to go to speech therapy,
9  why do I have to do all these things every day.
10      Q.    Okay.  But when we talk about time
11  frame, you said you don't remember the day
12  before.
13          Do you remember the day two days
14  before the crash?
15          MR. BOUMEL:  Form.  Mischaracterizes
16      his testimony.
17      A.    I don't remember.  All I remember is
18  what I told you; that I was studying to get my
19  general contracting license.  I had just
20  finished going to rehab.  I came home.  I had
21  met Naibel.  We started dating.  And my life
22  seemed to be working out very good.
23  BY MR. BRANIGAN:
24      Q.    When did you meet Naibel?
25      A.    I met Naibel in April of 2019.

Page 140

1      Q.    Okay.  So you met Naibel the month
2  of the crash; is that correct?
3      A.    Yes.
4      Q.    Okay.  Where did you meet?
5      A.    I met her through online dating.
6      Q.    And if you recall, when was the
7  first time you saw her?
8      A.    I don't remember an exact date, but
9  the exact date, like the day.  But I do
10  remember our first date.  And I -- I took -- we
11  went out to Dolores But You Can Call Me Lolita.
12  It's like a rooftop restaurant and we had a
13  bottle of wine and we ate and we had a good
14  time.
15      Q.    How many times did you see her
16  before the crash?
17      A.    After that date -- after that date,
18  I was almost seeing her like every day.  She
19  would come over after work.
20      Q.    Did you guys talk every day?
21      A.    (Nodding head.)
22          MR. BOUMEL:  You have to say that
23      out loud.
24      A.    Yes.
25  BY MR. BRANIGAN:

DILLON ANGULO
NEIMA BENAVIDES vs TESLA

April 19, 2023
193–196

Page 193
1  been any other procedures that you
2  have undergone related to your injuries that we
3  have not talked about?
4      A.   No.
5      Q.   Okay.  When you get these procedures
6  to repair your teeth after biting down on
7  something, is it always the same dentist?
8      A.   Yes.
9      Q.   Okay.  Who is that?
10     A.   Falls Dental.
11     Q.   Okay.  Do you know their address?
12     A.   I don't know the exact address, but
13 it's like 136th Street and something.  I don't
14 know.  I was there yesterday.
15     Q.   What were you there yesterday for?
16     A.   Repairing my front tooth.
17     Q.   Okay.  Is this a result of -- strike
18 that.
19          Was the repair yesterday a result of
20 you biting down on food?
21     A.   Yes.  Eating pizza.
22     Q.   Okay.  That pizza, is that what you
23 were describing earlier, the Frankie's Pizza?
24     A.   Yeah.
25     Q.   Okay.  When did that occur?

Page 194
1      A.   That occurred the morning before.
2      Q.   Okay.  These procedures, do you pay
3  out of pocket for them?
4      A.   Yes.
5      Q.   Okay.  How much do they cost per
6  procedure?
7          MR. BOUMEL:  Form.
8      A.   200- to $300 a tooth.
9  BY MR. BRANIGAN:
10     Q.   Per tooth?
11     A.   Per tooth.
12     Q.   Okay.  Thank you.
13         MR. BRANIGAN:  I have no more
14     questions.
15         MR. BOUMEL:  We will read, and if a
16     copy is ordered, we will take a copy.  If
17     the transcript is ordered, we will take a
18     copy.
19         MR. BRANIGAN:  I will order an
20     e-transcript.
21         MR. BOUMEL:  And we will take a copy
22     and we will read.
23         (The deposition was concluded at
24     3:09 p.m.)
25

Page 195
CERTIFICATE OF OATH

THE STATE OF FLORIDA )

COUNTY OF MIAMI-DADE )

I, the undersigned authority, certify that

DILLON ANGULO personally appeared before me and

was duly sworn on the 19th day of April, 2023.

Signed this 2nd day of April, 2023.

_Mairelys Albo_

MAIRELYS ALBO, RPR

Notary Public - State of Florida

My Commission No. HH 065887

My Commission Expires: 01/27/25

Page 196
CERTIFICATE OF REPORTER

THE STATE OF FLORIDA )

COUNTY OF MIAMI-DADE )

I, MAIRELYS ALBO, Registered Professional

Reporter, certify that I was authorized to and

did stenographically report the deposition of

DILLON ANGULO, pages 1 through 194; that a

review of the transcript was requested; and

that the transcript is a true and complete

record of my stenographic notes.

I further certify that I am not a

relative, employee, attorney, or counsel of any

of the parties, nor am I a relative or employee

of any of the parties' attorney or counsel

connected with the action, nor am I financially

interested in the action.

DATED this 2nd day of May, 2023.

_Mairelys Albo_

MAIRELYS ALBO, RPR