# EXHIBIT G



**Wellspring Counseling, Inc.**
14401 Old Cutler Road
Miami, FL 33158-1722
Phone: 305-722-5380 | Fax: 888-851-8245
Monica Snyder, LMFT

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| **Name:** Dillon Angulo<br>**DOB:** 04/14/1992 **Age:** 31 Year(s)<br>**MRN:** 0000007328 **e-RIN:** | **Visit Date:** 04/11/2024 | **Encounter Type:** EMDR 60 min - Telemedicine |

| **Start Time:** 04/11/2024 06:00 PM | **End Time:** 04/11/2024 07:00 PM | **Total Time:** 1 hr 0 min |

**EMDR Session Note**

**MSE**

**Appearance:**

Appropriate, Good eye contact

**Behavior:**

Guarded

**Speech:**

Normal

**Mood:**

Depressed, Tearful

**Insight and Judgment:**

Fair

**Thoughts/Perception:**

Suicide:      None

Homicide:   None

Delusions:  None

Hallucinations:  None

**EMDR Note**

**Which Phase (select all that apply)**

Phase 2

**Phase 1: History**

Please note any additional history notes: (as needed)

The client noted the following as positive coping skills: being outside, watching sports, finishing, playing with his dogs, listening to 89.7, reading the Bible, listening to a pastor online. Negative skills are shutting down, isolating, sleeping more.

**Phase 2: Preparation**

**Resourcing Interventions:**

Observing Thoughts
Talking with your Hands

External Awareness
Container Exercise

**Phase 3-8:**

**Memory:**

**Negative Cognition:**

**Positive Cognitions:**

**Restrictive Protocol Notes:**

**Clinical Notes:**

The client was cooperative but did not like the session. He struggled to understand the point and discussed how it triggered past failed counseling. The clinician helped him to understand this was not meant as coping skills but to deepen awareness during EMDR processing. The client reported feeling grounded enough to start EMDR processing next week.

**Client's overall progress towards their treatment goals:**

1 = No improvement, 2 = Regressed, 3 = Some Improvement, 4 = Maintained Progress, 5 = Achieved goals

3

**Clinical Notes:**

Restore

| Diagnosis |
|---|
| - F43.10 - Posttraumatic stress disorder |
| - G31.84 - Mild neurocognitive disorder due to traumatic brain injury |

*Monica Snyder, LMFT*

Electronically Signed by Monica Snyder, LMFT on
04/11/2024 07:05 PM



**Wellspring Counseling, Inc.**
14401 Old Cutler Road
Miami, FL 33158-1722
Phone: 305-722-5380 | Fax: 888-851-8245
Monica Snyder, LMFT

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| **Name:** Dillon Angulo<br>**DOB:** 04/14/1992 **Age:** 32 Year(s)<br>**MRN:** 0000007328 **e-RIN:** | **Visit Date:** 05/16/2024 | **Encounter Type:** Individual 60 min - Telemedicine |

| **Start Time:** 05/16/2024 05:00 PM | **End Time:** 05/16/2024 06:00 PM | **Total Time:** 1 hr 0 min |

**Custom Form**

### Individual Session Note
### Individual Session Notes

**MSE**

**Appearance:**

Appropriate, Good eye contact

**Behavior:**

Cooperative

**Speech:**

Normal

**Mood:**

Angry, Sad, Tense, Tearful, Frustrated

**Insight and Judgment:**

Fair

**Thoughts/Perception:**

Suicide:     None

Homicide:    None

Delusions:   None

Hallucinations: None

### Session Note

**Goals for the Session:**

Process the memory of his girlfriends death
Explore resiliency skills to help create the ability to recover from the event

**Therapeutic Interventions:**

EMDR
Reflective listening

**Client's Response/Engagement:**

The client could not engage in the EMDR due to intense emotional and physical pain brought on from recent stressors regarding Tesla's lawyers pulling in past information unrelated to the accident. We explored instead his desire to understand why this is happening to him and why now. We discussed how unresolved stories and complex grief often

lead to emotional and physical pain. We explored resiliency skills of self regulation, interpersonal skills and meaning making and processed how he could engage in each of these to begin to bring healing in his life.

**Additional Comments/Recommendations:**

**Client's overall progress towards their treatment goals:**

1 = No improvement, 2= Regressed from recent progress, 3 = Some improvement toward goals from last session, 4 = Progress is maintained since last session, 5 = Goals have been Achieved

3

**Progress Towards the Goals:**

The client continues to use coping skills we discussed to manage emotional pain.

**What resources did you recommend?**

**Next Scheduled Date/Time:**

May 30, 2:30 pm

## Diagnosis

- F43.10 - Posttraumatic stress disorder
- G31.84 - Mild neurocognitive disorder due to traumatic brain injury

## Treatment Plan

- **Visit & Procedure Codes:**
  - 90837 - PSYCHOTHERAPY W/PATIENT 60 MINUTES, Unit(s): 1.00, M: 95

*Monica Snyder, LMFT* [signature]

Electronically Signed by Monica Snyder, LMFT on 05/16/2024 06:25 PM



**Wellspring Counseling, Inc.**
14401 Old Cutler Road
Miami, FL 33158-1722
Phone: 305-722-5380 | Fax: 888-851-8245
Monica Snyder, LMFT

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| **Name:** Dillon Angulo<br>**DOB:** 04/14/1992 **Age:** 31 Year(s)<br>**MRN:** 0000007328 **e-RIN:** | **Visit Date:** 04/04/2024 | **Encounter Type:** Intake 60 min |

| **Start Time:** 04/04/2024 03:00 PM | **End Time:** 04/04/2024 04:00 PM | **Total Time:** 1 hr 0 min |

**Custom Form**

### Wellspring's Biopsychosocial
### Presenting Issue and History of Treatment:

| | |
|---|---|
| Presenting Concern: | The client experienced a traumatic accident in which led to his girlfriend's death and serious injury for him including a TBI. |

### Past history of treatment:

| | |
|---|---|
| Treatment history: | Outpatient therapy,Substance abuse treatment |
| Any additional comments: | The client has engaged in a variety of therapy that has been helpful at times and unhelpful at other times. He reports having to relive his trauma by talking over and over again and that therapy that included pressure points left him feeling uncomfortable. |
| Previous counseling: | Effective,Unhelpful |
| Previous Diagnosis: | PTSD |
| Psychiatric Care: | Yes |
| Medication name/comments:: | Tidalifil |
| Current living situation:: | The client lives between his parent's house in Miami and his home in the Keys. |

### Family Background Information

### Family of origin:

| | |
|---|---|
| Family of Origin Demographics:: | Intact family growing up,Client is eldest of siblings |
| Description of family dynamics: | Closeness in family |
| Any additional comments: | Mom, Dad, grandmother and uncle are all supportive |

### Family psychiatric and substance abuse history (note relationship and then notes

**below the relationship):**

Family History:

## Trauma and Response Background

### Trauma History

**Abuse**

Accident,Injury

**Experience/Loss**

Death of a friend,Witnessed someone dying,Accident (specify below)

Within the last 5 years

Other: The client and his girlfriend were in an accident where he was severely injured, and she died.

**Please note how any reported trauma or loss has effected the client:**

The client experienced a TBI and does not remember a lot of the accident but reports chronic pain, anxiety, depression. He cannot work and is in the middle of lawsuits.

### Risk Assessment

**Suicide:**

History of: Denied

**Homicide:**

History of: Denied

**Self Harm:**

**Do you engage in any risk taking behaviors?**

**Substance use history**

Drug Use: Alcohol,Marijuana,Other

**If addiction has been reported, have you had treatment/do you attend a support group?**

The client reports being in treatment for SA and clean since 2018.

**How much time do you spend a day/week on the following?**

**Do you watch porn? (if yes note how much per day/week)**

## Medical History

Medical History: Chronic pain issue,History of TBI

**Does the client have any of the following current struggles?**

None Reported

**Please note any additional medical concerns:**

The chronic pain affects him everyday all day causing him to be unable to work.

## Educational/Vocational

Highest Degree Level: College

Currently Employed: No

**If employed, do you enjoy the work you do?**

**What kind of work environment do you work in?**

| | |
|---|---|
| Any additional comments: | The client was working towards a General Contractors license before his accident but he cannot work due to the chronic pain. |

## Self Care

**What are your strength or weaknesses?**

| | |
|---|---|
| Hobbies/Leisure Activities: | Fishing |
| Spiritual/religious affiliation and comments: | Client is a Christian and reports faith being brough in appropriately is ok. |
| Supports: | Parents, Extended family |

**Diagnosis**

- F43.10 - Posttraumatic stress disorder
- G31.84 - Mild neurocognitive disorder due to traumatic brain injury

*Monica Snyder, LMFT* (signature)

Electronically Signed by Monica Snyder, LMFT on
04/04/2024 04:43 PM



**Wellspring Counseling, Inc.**
14401 Old Cutler Road
Miami, FL 33158-1722
Phone: 305-722-5380 | Fax: 888-851-8245
Monica Snyder, LMFT

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| **Name:** Dillon Angulo<br>**DOB:** 04/14/1992 **Age:** 32 Year(s)<br>**MRN:** 0000007328 **e-RIN:** | **Visit Date:** 04/25/2024 | **Encounter Type:** Session w/ IP 60 min |

| **Start Time:** 04/25/2024 03:00 PM | **End Time:** 04/25/2024 04:00 PM | **Total Time:** 1 hr 0 min |

**Custom Form**

### EMDR Session Note
### MSE

**Appearance:**

Appropriate, Good eye contact

**Behavior:**

Cooperative

**Speech:**

Normal

**Mood:**

Sad, Tearful

**Insight and Judgment:**

Fair

**Thoughts/Perception:**

Suicide:    None
Homicide:   None
Delusions:  None
Hallucinations: None

### EMDR Note

**Which Phase (select all that apply)**

Restrictive Processing

**Phase 1: History**

Please note any additional history notes: (as needed)

**Phase 2: Preparation**

**Resourcing Interventions:**

**Phase 3-8:**

**Memory:**

Night of the accident where he was injured and his girlfriend was killed. We focused on his image of the sign and his

# EXHIBIT G

gut that he should take US 1.

**Negative Cognition:**

I should have known better

**Positive Cognitions:**

**Restrictive Protocol Notes:**

The client talked through the memory. He struggled to choose the worst moment so we focused on the image of the sign that seems to have stood out when telling the story and his gut that he should have gone a different way.

**Clinical Notes:**

The client was engaged. He teared up and appeared to want to cry. He reported several times pain in his stomach and reported it felt like something was trying to come out that he needed to let go. We prayed over it and he reported relief but it came back as we focused again on the memory. The client did report some relief in the pain of the memory and reported he had a little more grace for himself as he realized he would not want his girlfriend to carry the responsibility should the roles be reversed. The client reported a lot of grief and the feeling he was holding something he needed to let go.

**Client's overall progress towards their treatment goals:**

1 = No improvement, 2 = Regressed, 3 = Some Improvement, 4 = Maintained Progress, 5 = Achieved goals

3

**Resources Recommended:**

None

**Next Scheduled Date/Time:**

Thurs at 3

## Diagnosis

- F43.10 - Posttraumatic stress disorder
- G31.84 - Mild neurocognitive disorder due to traumatic brain injury

## Session Note

- **Visit & Procedure Codes:**
  - 90837 - PSYCHOTHERAPY W/PATIENT 60 MINUTES, Unit(s): 1.00

*[Signature: Monica Snyder, LMFT]*

Electronically Signed by Monica Snyder, LMFT on 04/25/2024 06:54 PM



**Wellspring Counseling, Inc.**
14401 Old Cutler Road
Miami, FL 33158-1722
Phone: 305-722-5380 | Fax: 888-851-8245
Monica Snyder, LMFT

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| **Name:** Dillon Angulo<br>**DOB:** 04/14/1992 **Age:** 32 Year(s)<br>**MRN:** 0000007328 **e-RIN:** | **Visit Date:** 05/30/2024 | **Encounter Type:** Session w/ IP 60 min |

| **Start Time:** 05/30/2024 02:30 PM | **End Time:** 05/30/2024 03:30 PM | **Total Time:** 1 hr 0 min |

**Custom Form**

### Individual Session Note
### Individual Session Notes

**MSE**

**Appearance:**

Appropriate, Good eye contact

**Behavior:**

Cooperative

**Speech:**

Normal

**Mood:**

Sad

**Insight and Judgment:**

Fair

**Thoughts/Perception:**

Suicide:      None

Homicide:   None

Delusions:  None

Hallucinations:   None

**Session Note**

**Goals for the Session:**

Process loss and trauma related to the car accident the client was in.

**Therapeutic Interventions:**

Client centered, active listening

**Client's Response/Engagement:**

The client was engaged in the session. We began to engage in EMDR processing but the client struggled to land on an image or NC so we moved into general talk therapy. We explored his realization that in the instance of the car accident as well as a recent negative experience, he had felt some prompting to do something different than what he ended up doing. We explored how to recognize this voice and trust it. We discussed how trauma can cause caution and fear so it is important to continue to process this so it does not confuse our ability to hear God's voice. We explored his fears

that God will punish him for his girlfriend dying and what the Bible actually says about God. The client reported the session was helpful.

**Additional Comments/Recommendations:**

We will use the Circle of Truth to look at the accident next session.

**Client's overall progress towards their treatment goals:**

1 = No improvement, 2= Regressed from recent progress, 3 = Some improvement toward goals from last session, 4 = Progress is maintained since last session, 5 = Goals have been Achieved

3

**Progress Towards the Goals:**

While the client still reports feeling down and lack of desire to engage in activities he usually enjoys, he continues to make positive learning connections.

**What resources did you recommend?**

None

**Next Scheduled Date/Time:**

Thurs at 3:30

## Diagnosis

- F43.10 - Posttraumatic stress disorder
- G31.84 - Mild neurocognitive disorder due to traumatic brain injury

## Treatment Plan

- **Visit & Procedure Codes:**
  - 90837 - PSYCHOTHERAPY W/PATIENT 60 MINUTES, Unit(s): 1.00

*Monica Snyder, LMFT*

Electronically Signed by Monica Snyder, LMFT on 05/30/2024 04:03 PM



**Wellspring Counseling, Inc.**
14401 Old Cutler Road
Miami, FL 33158-1722
Phone: 305-722-5380 | Fax: 888-851-8245
Monica Snyder, LMFT

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| **Name:** Dillon Angulo<br>**DOB:** 04/14/1992 **Age:** 32 Year(s)<br>**MRN:** 0000007328 **e-RIN:** | **Visit Date:** 06/06/2024 | **Encounter Type:** Session w/ IP 60 min |

| **Start Time:** 06/06/2024 03:30 PM | **End Time:** 06/06/2024 04:30 PM | **Total Time:** 1 hr 0 min |

**Custom Form**

Individual Session Note<br>Individual Session Notes<br><br>**MSE**

**Appearance:**

Appropriate, Good eye contact

**Behavior:**

Cooperative

**Speech:**

Normal

**Mood:**

Sad

**Insight and Judgment:**

Good

**Thoughts/Perception:**

Suicide:      None

Homicide:   None

Delusions:  None

Hallucinations:  None

**Session Note**

**Goals for the Session:**

Process Accident

**Therapeutic Interventions:**

Circle of Truth

**Client's Response/Engagement:**

The client was engaged in the process. He explored losses, responsibility, changes in his life and emotions associated. The client reported that the exercises was helpful and started to allow him to process deeper the accident.

**Additional Comments/Recommendati**

ons:

**Client's overall progress towards their treatment goals:**

1 = No improvement, 2= Regressed from recent progress, 3 = Some improvement toward goals from last session, 4 = Progress is maintained since last session, 5 = Goals have been Achieved

3

**Progress Towards the Goals:**

The client was able to move through the face it and feel it and reported it was a helpful experience

**What resources did you recommend?**

None

**Next Scheduled Date/Time:**

Thurs at 2

## Diagnosis

- F43.10 - Posttraumatic stress disorder
- G31.84 - Mild neurocognitive disorder due to traumatic brain injury

## Treatment Plan

- **Visit & Procedure Codes:**
  - 90837 - PSYCHOTHERAPY W/PATIENT 60 MINUTES, Unit(s): 1.00

*Monica Snyder, LMFT*

Electronically Signed by Monica Snyder, LMFT on 06/06/2024 07:27 PM



**Wellspring Counseling, Inc.**
14401 Old Cutler Road
Miami, FL 33158-1722
Phone: 305-722-5380 | Fax: 888-851-8245
Monica Snyder, LMFT

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| **Name:** Dillon Angulo<br>**DOB:** 04/14/1992 **Age:** 32 Year(s)<br>**MRN:** 0000007328 **e-RIN:** | **Visit Date:** 06/13/2024 | **Encounter Type:** Session w/ IP 60 min |

| **Start Time:** 06/13/2024 02:00 PM | **End Time:** 06/13/2024 03:00 PM | **Total Time:** 1 hr 0 min |

**Custom Form**

### Individual Session Note
### Individual Session Notes

### MSE

**Appearance:**

Appropriate, Good eye contact

**Behavior:**

Cooperative

**Speech:**

Normal

**Mood:**

Sad

**Insight and Judgment:**

Fair

**Thoughts/Perception:**

Suicide:     None

Homicide:  None

Delusions:  None

Hallucinations: None

### Session Note

**Goals for the Session:**

Allow for healthy expression of emotions related to his accident and beyond

**Therapeutic Interventions:**

Rearrange Your Story

**Client's Response/Engagement:**

The client struggled to engage in the exercise reporting that it was hard to visually face his trauma. He was able to draw most of the accident but started to cry when thinking about drawing this girlfriend and himself lying on the road with blood. We explored drawing a representation which he did but after doing so he reported he still felt the need to draw it even though he couldn't We explored his feelings that the memory feels so dark and he struggled to see God's presence in this event. We discussed how he would like to draw a second part on the page of all the broken dreams

that occurred when the accident happened but he felt it was too much for that moment. The client used the word devastated to describe how he felt regarding the accident and his broken dreams/loss of his girlfriend.

**Additional Comments/Recommendations:**

**Client's overall progress towards their treatment goals:**

1 = No improvement, 2= Regressed from recent progress, 3 = Some improvement toward goals from last session, 4 = Progress is maintained since last session, 5 = Goals have been Achieved

3

**Progress Towards the Goals:**

While the client still struggles to fully face what happened due to feeling overwhelmed by it, he continues to work on taking steps to fully being able to face and feel.

**What resources did you recommend?**

None

**Next Scheduled Date/Time:**

June 27 at 2

## Diagnosis

- F43.10 - Posttraumatic stress disorder
- G31.84 - Mild neurocognitive disorder due to traumatic brain injury

## Treatment Plan

- Visit & Procedure Codes:
  - 90837 - PSYCHOTHERAPY W/PATIENT 60 MINUTES, Unit(s): 1.00

*Monica Snyder, LMFT*

Electronically Signed by Monica Snyder, LMFT on 06/14/2024 01:02 PM



**Wellspring Counseling, Inc.**
14401 Old Cutler Road
Miami, FL 33158-1722
Phone: 305-722-5380 | Fax: 888-851-8245
Monica Snyder, LMFT

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| **Name:** Dillon Angulo<br>**DOB:** 04/14/1992 **Age:** 32 Year(s)<br>**MRN:** 0000007328 **e-RIN:** | **Visit Date:** 06/27/2024 | **Encounter Type:** Session w/ IP 60 min |

| **Start Time:** 06/27/2024 03:30 PM | **End Time:** 06/27/2024 04:30 PM | **Total Time:** 1 hr 0 min |
|---|---|---|

**Custom Form**

**Individual Session Note**
**Individual Session Notes**

**MSE**

**Appearance:**

Appropriate, Good eye contact

**Behavior:**

Cooperative

**Speech:**

Normal

**Mood:**

Depressed, Stressed

**Insight and Judgment:**

Good

**Thoughts/Perception:**

Suicide:     None

Homicide:   None

Delusions:  None

Hallucinations: None

**Session Note**

**Goals for the Session:**

Continue processing his traumatic experience

**Therapeutic Interventions:**

Circle of Truth
Reflective Listening

**Client's Response/Engagement:**

The client was engaged. He discussed feeling discouraged with the court case as they were pulling information from his past that was not accurate to his life at the time of the accident. We explored his feelings that he didn't feel like a good person with the reminders of his past coming up again. The client explored wanting to find purpose and meaning outside of the accident. We explored engaging with other people and rejoining his small group as well as looking for

ways that he can find purpose that is bigger than the accident. We will return to resourcing next session to build up tolerance for abreactions during EMDR processing.

**Additional Comments/Recommendations:**

**Client's overall progress towards their treatment goals:**

1 = No improvement, 2= Regressed from recent progress, 3 = Some improvement toward goals from last session, 4 = Progress is maintained since last session, 5 = Goals have been Achieved

3

**Progress Towards the Goals:**

Client continues to take small steps forward to face his trauma.

**What resources did you recommend?**

None

**Next Scheduled Date/Time:**

## Diagnosis

- F43.10 - Posttraumatic stress disorder
- G31.84 - Mild neurocognitive disorder due to traumatic brain injury

## Treatment Plan

- **Visit & Procedure Codes:**
  - 90837 - PSYCHOTHERAPY W/PATIENT 60 MINUTES, Unit(s): 1.00
- **Treatment Plan**
  - **Post Traumatic Stress Disorder**
    - **Long Term Goal(s) 1:** Recall the traumatic event without becoming overwhelmed with negative emotions. [Date Started: 06/27/2024]
    - **Long Term Goal(s) 2:** Develop and implement effective coping skills to carry out normal responsibilities and participate constructively in relationships. [Date Started: 06/27/2024]
    - **Short Term Goal(s) 1:** Identify coping mechanisms for stress in daily life. [Date Started: 06/27/2024]
    - **Short Term Goal(s) 2:** Allow the experience of sadness in session while discussing the disappointment related to the loss or pain from the past. [Date Started: 06/27/2024]
    - **Short Term Goal(s) 3:** Identify cognitive self talk that encourages depressive behavior. [Date Started: 06/27/2024]
    - **Short Term Goal(s) 4:** Increase participation in daily social and/or academic activities. [Date Started: 06/27/2024]
    - **Short Term Goal(s) 5:** Implement positive imagery as a means of triggering peace of mind and reducing pain. [Date Started: 06/27/2024]
    - **Theory 1:**
      Dialectical Behavioral Therapy (DBT)
    - **Theory 2:**
      EMDR

*Monica Snyder, LMFT*

Electronically Signed by Monica Snyder, LMFT on 06/28/2024 11:38 AM