# EXHIBIT H

**Page 1**

```
1      UNITED STATES DISTRICT COURT
2       SOUTHERN DISTRICT OF FLORIDA
3
4  Case No. 21-cv-21940-BLOOM/Torres
5  NEIMA BENAVIDES, as Personal
   Representative of the Estate
6  of Naibel Benavides Leon, deceased,
           Plaintiff,
7  -vs-
   TESLA, INC., a/k/a Tesla Florida, Inc.,
8          Defendant.
9  _____/
10 Case No. 22-22607-KMM
11 DILLON ANGULO,
           Plaintiff,
12 -vs-
   TESLA, INC., a/k/a Tesla Florida, Inc.,
13         Defendant.
14 _____/
15
16      VIDEOTAPED DEPOSITION OF DILLON ANGULO
17            Thursday, June 6, 2024
18            10:23 a.m. - 12:17 p.m.
19               2 Alhambra Plaza
20           Coral Gables, Florida 33134
21
22 Stenographically Reported By
23 Pamela J. Pelino, RPR, FPR, CLR
24 Notary Public, State of Florida
25 PLANET DEPOS
```

**Page 2**

```
1  APPEARANCES:
2  On behalf of the Plaintiff Angulo:
3      ADAM BOUMEL, ESQUIRE
4      THE ROUSSO BOUMEL LAW FIRM, PLLC
5      9350 S. Dixie Highway, Suite 1520
6      Miami, Florida 33156
7      888.241.4225
8
9  On behalf of the Plaintiff Benavides:
10     TODD POSES, ESQUIRE (by telephone)
11     POSES LAW GROUP, P.A.
12     Alfred I. Dupont Building
13     169 East Flagler Street, Suite 1600
14     Miami, Florida 33131
15     305.577.0200
16
17 On behalf of the Defendant:
18     WHITNEY V. CRUZ, ESQUIRE
19     BOWMAN AND BROOKE LLP
20     Two Alhambra Plaza, Suite 800
21     Coral Gables, Florida 33134
22     305.995.5600
23
24 Videographer:
25     MICHAEL PIETANZA
```

**Page 3**

```
1                  - - -
2                I N D E X
3                  - - -
4  DILLON ANGULO    DIRECT   CROSS   REDIRECT
5  BY MS. CRUZ         5
6  BY MR. BOUMEL              85
7
8
9
10                 - - -
11        N 0  E X H I B I T S  M A R K E D
12                 - - -
```

**Page 4**

```
1              P R O C E E D I N G S
2                     - - -
3      Deposition taken before Pamela J. Pelino,
4  Registered Professional Court Reporter and Notary
5  Public in and for the State of Florida at Large, in
6  the above cause.
7                     - - -
8      THE VIDEOGRAPHER:  Here begins Media
9  Number 1 in the videotaped deposition of Dillon
10 Angulo in the matter of Benavides-Estate of
11 Leon, et al., versus Tesla, Incorporated/Angulo
12 v. Tesla, Incorporated, in the United States
13 District Court, Southern District of Florida.
14 Case Number 21-cv-21940-BLOOM/Torres.
15     Today's date is Wednesday, June 6th,
16 2024 -- or Thursday, June 6th, 2024.  The time
17 on the video monitor is 10:23 a.m. Eastern
18 Standard Time.  The videographer today is
19 Michael Pietanza representing Plant Depos.
20     This video deposition is taking place at
21 2 Alhambra Plaza, Coral Gables, Florida.
22     Would counsel please identify themselves
23 and state whom they represent.
24     MR. BOUMEL:  Adam Boumel in person and
25 Todd Poses.  He's on the phone representing the
```

**Page 13**

remember what I did in between then. But I'm bad with my memory.
Q. Okay. So you went to meet with Adam, sounds like in the late afternoon, maybe around 4:00?
A. Yeah.
Q. And what did you do after you left -- or where did you meet with Adam? At his office?
A. I went to Adam's office, correct.
Q. Okay. And what did you do after you left Adam's office?
A. After Adam's office I went to the house.
Q. That's your parents' house?
A. Yeah.
Q. Okay. Did you go anywhere else after you left Adam's?
A. Yeah, I went to get some steaks to cook for dinner.
Q. Any other errands or any place else you went between Adam's and when you got home?
A. Not that I remember.
Q. Okay. So you got to your parents' house about what time?
A. I would say -- well, you know, I think -- I think that was earlier. After physical therapy,

**Page 14**

after lunch, I went to get steaks for dinner that night. But Adam's office was at 4:00. And then after there, I went -- I went home. I -- I mean, I went to my parents' house.
Q. Okay. And what time do you think you got to your parents' house?
A. Probably like, I would say 5:00, 5:30. I don't remember.
Q. Okay.
A. I wasn't looking at the clock.
Q. Sure, I understand.
And then what did you do after you got to your parents' house at around 5:00 or 5:30?
A. So I -- what was I doing? I think I rested again for a little bit, and then I was waiting for the girl that I'm dating. She stopped by and we went for a walk with the dogs and cooked dinner.
Q. When did she come by, what time?
A. It might have been around 7:00 or 8:00. Probably around 7:00, because it was still light outside. Probably around 7:00.
Q. Okay. What's the girl's name that you're dating?
A. Haslin Cruz

**Page 15**

Q. How do you spell Haslin's name?
A. H-A-S-L-I-N. Cruz, C-R-U-Z.
Q. Okay. Where does Haslin live?
A. I think she lives off of West Flagler, right off the 826 in some houses over there.
Q. How long have you been dating Haslin?
A. I would say, like, we started talking, I think in like -- wet met in August or July, but I would say like, like officially like dating, like being my girlfriend, probably like January.
Q. So you met her in July or August of 2023?
A. '23, yeah.
Q. And then you started dating in January of this year, 2024?
A. Yeah, I would say like we became official, like it's my girlfriend, not dating.
Q. And how did you meet Haslin?
A. I met her at like an online dating thing. I forgot which one.
Q. Okay. When is her birthday -- what is her birthday?
A. I think it's in July.
Q. July what?
A. I think 13.
Q. Do you know what year she was born?

**Page 16**

A. I think she's turning 24.
Q. I was going to say so she's 23 now?
A. I think so.
Q. Turning 24?
A. I think so, yeah.
Q. So Haslin comes over about 7:00-ish, something like that. It's still light outside.
And I think you said you went to go walk her dog?
A. To have dinner and to walk the dogs.
Q. Do you just have one dog or do you have more than one dog?
A. I have one dog. Her name is Faith, she's like a yellow lab. But when I go to my parents' house, they also have a black lab and a Golden Retriever, and all the dogs are together all the time.
Q. How long have you had Faith?
A. I got her in 2018. I got her, she was like four months old when I had my accident.
Q. Okay. So you got her as a -- did you get her as a puppy?
A. Yeah.
Q. So Haslin comes over, you guys go and walk the dogs.

**57**

1  A. It wasn't binge drinking. I don't think
2  I was saying the right word. I think he might have
3  clarified that the next time I saw him. I went to
4  the football game, and I was playing one of those
5  games, like the beer pong game or something like
6  that. You know, I don't consider myself a drinker.
7  I drink occasionally, if I watch a sporting event or
8  something like that or if I have a glass of wine at
9  dinner. You know, I'm not an alcoholic.
10  Q. Sorry, I lost my train of thought.
11      You said you were at a game. Were you at
12  a Dolphin game?
13  A. Yeah.
14  Q. Do you go to the Dolphin games regularly?
15  A. Yes. Since I was a kid, my dad had
16  season tickets. That's the way I get to spend time
17  with my dad, me and my brother.
18  Q. Okay. So you go to the games with your
19  dad and your family?
20  A. (The witness nods.)
21      MR. BOUMEL: You have to say yes.
22      THE WITNESS: Yes.
23  BY MS. CRUZ:
24  Q. Sorry. When you nod your head she can't
25  take that down.

**58**

1      MR. BOUMEL: Do you need a minute,
2  Dillon?
3      THE WITNESS: No, I'm good.
4      MR. BOUMEL: You sure?
5      THE WITNESS: Yeah.
6  BY MS. CRUZ:
7  Q. And do you still go to the Dolphin games
8  with your family? Like did you go last season?
9  A. Yes.
10  Q. There's a note in here about a Columbian
11  girl that you were dating or -- were dating or are
12  dating at this time. I'm not sure.
13      Who -- who is that referring to?
14  A. Referring to Stephanie.
15  Q. What is Stephanie's last name?
16  A. Lopez.
17  Q. How long were you and Stephanie dating?
18  A. So it was kind of like a long distance
19  relationship that I was in. And it was like we were
20  only together if she'd come here or if I would go
21  over there to Columbia. And it was like for like a
22  year or so. I would say like it kind of officially
23  ended like in December.
24  Q. And how did you and Stephanie meet?
25  A. We met through family.

**59**

1  Q. What do you mean when you say you met
2  through family?
3  A. We met through -- she was a niece of I
4  think my uncle's wife.
5  Q. Who is your uncle?
6  A. Johnny.
7  Q. Is that John Lestino?
8  A. Yes.
9  Q. And John's wife is -- what's her name?
10  A. Sandra.
11  Q. What is her last name?
12  A. I don't know if she got her own original
13  last name or his last name.
14  Q. What is her original last name?
15  A. I don't know.
16      (Reporter clarifies.)
17      MR. BOUMEL: Dillon, if you need a break
18  at any time, just say the word. Okay?
19      THE WITNESS: I just feel super dry. You
20  know what I'm saying? Just like my story and
21  everything I'm going through and all, it all
22  feels dry.
23  BY MS. CRUZ:
24  Q. According to Carlos Plasencia's records,
25  as of March 6th of 2024, you were taking Cymbalta

**60**

1  which is for depression.
2      Was the Cymbalta --
3  A. No, it was -- sorry, finish.
4  Q. Was the Cymbalta, was that the one for
5  the exoskeletal and the depression?
6  A. Yeah, I think the main reason that
7  Danielle Horn prescribed me that medication was to
8  try to manage my pain. But it so happened that that
9  medication also treats depression. She was kind of
10  like this might work for you both ways or whatever.
11  I kind of got frustrated that she was trying to
12  prescribe me depression medication when I'm here
13  trying to get better from my pain, seeing a pain
14  specialist, you know. So she prescribed me that
15  one. But the first night that I took it, it was
16  like horrible stomach pains.
17  Q. Are you currently working?
18  A. Current -- can you better define that?
19  I'm currently like -- I'm just remodeling my house
20  right now. So I'm not employed by anybody. I'm
21  remodeling my house.
22  Q. Have you been employed over the past
23  year, for yourself or anybody else?
24  A. I haven't.
25  Q. Do you have any intention to be employed?

Page 85

so that's considered today.
Q. Have you taken anything else today?
A. Not yet, no.
Q. How is your pain as you sit here right now? On a scale of one to ten, let's say with ten being the worst.
A. Six.
Q. Have you filed your taxes for 2023?
A. I'm not sure. I don't remember. I think -- I don't think so.
Q. Are you using the same accountant that you've used for the past few years?
A. Yeah, I've got to contact them and I'll probably use them. I think it's called like Dohan.
Q. But you haven't started working with them yet on the 2023 returns?
A. I'm not sure. I got to check. I think I just paid property taxes. I don't remember.
    MS. CRUZ: Okay. I don't think I have any other questions.
    MR. BOUMEL: I just have one quick question.
    CROSS EXAMINATION
BY MR. BOUMEL:
Q. I've seen you during the deposition play

Page 86

with your, I guess, pant button a few times. Can you just explain to us why you're doing that if anybody is watching the video and wants to understand why you're doing that?
A. I don't wear belts any more like that because the pressure of wearing a belt causes me pain. So it's like I keep my button undone and I'm unzipping it trying to manage the pain that I'm in.
Q. Okay.
A. Also, I have something else, Whitney. Right, Whitney?
    MR. BOUMEL: Hold on. Hold on.
    THE WITNESS: What?
    MR. BOUMEL: You're not going to ask any questions. Okay.
    MS. CRUZ: You going to read?
    MR. BOUMEL: Yeah. We'll read.
    THE VIDEOGRAPHER: This marks the end of the deposition of Dillon Angulo. We're going off the record at 12:17 p.m.
    (Discussion held off the record.)
    MR. BOUMEL: If it's ordered, yes.
    MS. CRUZ: Yeah, we'll take it.
    (Deposition concluded at 12:17 p.m.)
        - - -

Page 87

CERTIFICATE OF OATH
THE STATE OF FLORIDA
COUNTY OF PALM BEACH

    I, the undersigned authority, certify that DILLON ANGULO personally appeared before me and was duly sworn.

    Dated this 17th day of June, 2024.


    _____
    Pamela J. Pelino, RPR, FPR
    Notary Public - State of Florida
    My Commission No.: HH 275669
    My Commission Expires: June 13, 2026

Page 88

CERTIFICATE

THE STATE OF FLORIDA
COUNTY OF PALM BEACH

    I, Pamela J. Pelino, Registered Professional Court Reporter and Notary Public in and for the State of Florida at large, do hereby certify that I was authorized to and did report said deposition in stenotype; and that the foregoing pages are a true and correct transcription of my shorthand notes of said deposition.
    I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.
    I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.
    The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.
    Dated this 17th day of June, 2024.


    _____
    Pamela J. Pelino, RPR, FPR

## 89

```
 1        C E R T I F I C A T E
 2              - - -
 3   THE STATE OF FLORIDA
 4   COUNTY OF PALM BEACH
 5        I hereby certify that I have read the
 6   foregoing deposition by me given, and that the
 7   statements contained herein are true and correct to
 8   the best of my knowledge and belief, with the
 9   exception of any corrections or notations made on
10   the errata sheet, if one was executed.
11
12       Dated this ____ day of _____,
13   2024.
14
15
16
17
18   _____
19   DILLON ANGULO
20
21
22
23
24
25
```

## 90

```
 1        E R R A T A  S H E E T
 2   IN RE: BENAVIDES VS. TESLA/ANGULO V. TESLA
 3   CR: PAMELA J. PELINO, RPR, FPR, CLR
 4   DEPOSITION OF: DILLON ANGULO
 5   DATE TAKEN: June 6, 2024
 6    DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
 7   PAGE #  LINE #   CHANGE             REASON
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   Please forward the original signed errata sheet to
     this  office so that copies may be distributed to
20   all parties.
     Under penalty of perjury, I declare that I have read
21   my deposition and that it is true and correct
     subject to any changes in form or substance entered
22   here.
23   DATE: _____
24   SIGNATURE OF
25   DEPONENT:_____
```