UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
    _____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.
    _____/

**PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

    Plaintiffs, Neiman Benavides and Dillon Angulo, pursuant to Local Rule 5.4(b), respectfully move this Honorable Court for leave to file their Reply to Tesla's Response to Plaintiffs' Omnibus Motion in Limine under seal as Plaintiffs' Reply contains information designated as confidential pursuant to this Court's Confidentiality Order [DE 126]

    WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion and allow the identified filings to be submitted under seal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notices of electronic submission to all parties on the attached service list.

                                                **THE ROUSSO, BOUMEL LAW FIRM, PLLC.**
                                                9350 South Dixie Highway
                                                Suite 1520
                                                Miami, Florida 33156
                                                (305) 670-6669

By:     **/s/ *Adam T. Boumel, Esq.***
           **Adam T. Boumel, Esq.**
           Florida Bar No.: 0110727
           **Direct email:**
           adam@roussolawfirm.com
           **Service emails:**
           Pleadings@roussolawfirm.com
           haiyang@roussolawfirm.com

## SERVICE LIST

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com

cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*