# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

    Plaintiffs, Neima Benavides and Dillon Angulo, pursuant to Local Rule 5.4(b), respectfully move this Honorable Court for leave to file Plaintiffs' Opposition to Defendant's Motion for Order Confirming Continued Confidentiality of Materials Designated Under Confidentiality Protective Order under seal as Plaintiffs reply contains information designated as confidential pursuant to this Court's Confidentiality Order [DE 126].

    WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion and allow the identified filings to be submitted under seal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notices of electronic submission to all parties on the attached service list.

                                              **POSES LAW GROUP, P.A.**
169 East Flagler Street
Suite 1600
Miami, Florida 33131
(305) 577-0200

By: */s/Todd Poses*_____
Todd Poses, Esq.
FBN: 0075922
tposes@poseslawgroup.com
maria@poseslawgroup.com
shelly@poseslawgroup.com

## SERVICE LIST

**Bowman and Brooke LLP**  41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com

cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**THE ROUSSO, BOUMEL LAW FIRM, PLLC.**
9350 South Dixie Highway Suite 1520
Miami, Florida 33156
(305) 670-6669
**Adam T. Boumel, Esq.**
Florida Bar No.: 0110727
 adam@roussolawfirm.com
Pleadings@roussolawfirm.com
haiyang@roussolawfirm.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
cgarcia@eatonwolk.com
*Counsel for Plaintiffs*