UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Otazo-Reyes**

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**Case No. 22-cv-22607-BLOOM**

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

**AFFIDAVIT OF BRETT SCHRIEBER, ESQ. IN OPPOSITION TO TESLA'S MOTION FOR CONTINUED CONFIDENTIALITY**

On this day personally appeared Brett Schriber, Esq. who was sworn and says:

1. My name is Brett Schriber.

2. I am counsel for Plaintiffs in the above captioned matter.

3. I submit this affidavit in support of Plaintiff's Response in Opposition to Tesla's Motion for Continued Confidentiality of Materials Designated Under Confidentiality Protective Order (DE 368).

4. I am aware that the Court's docket in this action is monitored by numerous news and media outlets, and since the filing of Plaintiffs' Motion for Rule 37 Sanctions (DE 285) I have been contacted by reporters from the New York Times, Wall Street

Journal, Associated Press, Washington Post, CNBC, Reuters and others asking about the basis and substance of our Motion for Rule 37 Motion, which I have declined to comment on in light of the current Confidentiality Protective Order.

Pursuant to Fla. Stat. 92.525, under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Dated: April 1, 2025

_____
Brett Schriber, Esq.