# Disclaimers

## Event Data Recorder (EDR)

Model 3 is equipped with an event data recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, data such as an airbag deployment or hitting a road obstacle, to better understand how the vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems for a short period of time, typically 30 seconds or less. The EDR in Model 3 is designed to record data such as:

- How various systems in your vehicle were operating;
- Whether or not the driver and passenger safety belts were buckled/fastened;
- How far (if at all) the driver was pressing the accelerator and/or brake pedal; and,
- How fast the vehicle was traveling.

The data can help provide a better understanding of the circumstances in which crashes and injuries occur.

 **NOTE**
EDR data is recorded by your vehicle only if a non-trivial crash situation occurs; no data is recorded by the EDR under normal driving conditions and no personal data (for example, name, gender, age, and crash location) is recorded. However, other parties, such as law enforcement, could combine the EDR data with person identifying data they routinely acquire during a crash investigation.

To read data recorded by an EDR, special equipment is required, and access to the vehicle or the EDR is needed. In addition to the vehicle manufacturer, other parties, such as law enforcement, that have this special equipment, can read the information if they have access to the vehicle or the EDR. Tesla may also access the EDR remotely in some crash circumstances.

## Vehicle Telematics

Model 3 is equipped with electronic modules that monitor and record data from various vehicle systems, including the motor, Autopilot components, Battery, braking and electrical systems. The electronic modules record information about various driving and vehicle conditions, including braking, acceleration, trip and other related information regarding your vehicle. These modules also record information about the vehicle's features such as charging events and status, the enabling/disabling of various systems, diagnostic trouble codes, VIN, speed, direction and location.

The data is stored by the vehicle and may be accessed, used and stored by Tesla service technicians during vehicle servicing or periodically transmitted to Tesla wirelessly through the vehicle's telematics system. This data may be used by Tesla for various purposes, including, but not limited to: providing you with Tesla

telematics services; troubleshooting; evaluation of your vehicle's quality, functionality and performance; analysis and research by Tesla and its partners for the improvement and design of our vehicles and systems; to defend Tesla; and as otherwise may be required by law. In servicing your vehicle, Tesla can potentially resolve issues remotely simply by reviewing your vehicle's data log.

Tesla's telematics system wirelessly transmits vehicle information to Tesla on a periodic basis. The data is used as previously described and helps ensure the proper maintenance of your vehicle. Additional Model 3 features may use your vehicle's telematics system and the information provided, including features such as charging reminders, software updates, and remote access to, and control of, various systems of your vehicle.

Tesla does not disclose the data recorded in your vehicle to any third party except when:

- An agreement or consent from the vehicle's owner (or the leasing company for a leased vehicle) is obtained.
- Officially requested by the police or other authorities.
- Used as a defense for Tesla.
- Ordered by a court of law.
- Used for research purposes without disclosing details of the vehicle owner or identification information.
- Disclosed to a Tesla affiliated company, including their successors or assigns, or our information systems and data management providers.

For additional information regarding how Tesla processes data collected from your vehicle, please review Tesla's Privacy Notice at http://www.tesla.com/about/legal.

# Data Sharing

For quality assurance and to support the continuous improvement of advanced features such as Autopilot, your Model 3 may collect analytics, road segment, diagnostic, and vehicle usage data and send to Tesla for analysis. This analysis helps Tesla improve products and services by learning from the experience of billions of miles that Tesla vehicles have driven. Although Tesla shares this data with partners that contribute similar data, the collected information does not identify you personally and can be sent to Tesla only with your explicit consent. In order to protect your privacy, personal information is either not logged at all, is subject to privacy preserving techniques, or is removed from any reports before being sent to Tesla. You have control over what data you share by touching **Controls > Software > Data Sharing**.

For additional information regarding how Tesla processes data collected from your vehicle, please review Tesla's Privacy Notice at http://www.tesla.com/about/legal.

> ⓘ **NOTE**
> Although Model 3 uses GPS in connection with driving and operation, as discussed in this document, Tesla does not record or store vehicle-specific GPS information, except the location where a crash occurred. Consequently, Tesla is unable to provide historical information about a vehicle's location (for example, Tesla is unable to tell you where Model 3 was parked/traveling at a particular date/time).