X

Settings

← Post

**Tesla** ✓
@Tesla

While there are many articles that do not accurately convey the nature of our safety systems, the recent Washington Post article is particularly egregious in its misstatements and lack of relevant context.

We at Tesla believe that we have a moral obligation to continue improving our already best-in-class safety systems (tesla.com/blog/model-y-e...). At the same time, we also believe it is morally indefensible not to make these systems available to a wider set of consumers, given the incontrovertible data that shows it is saving lives and preventing injury.

Regulators around the globe have a duty to protect consumers, and the Tesla team looks forward to continuing our work with them towards our common goal of eliminating as many deaths and injuries as possible on our roadways.

Below are some important facts, context and background.

**Background**
**1. Safety metrics are emphatically stronger when Autopilot is engaged than when not engaged.**

a.
In the 4th quarter of 2022, we recorded one crash for every 4.85 million miles driven in which drivers were using Autopilot technology. For drivers who were not using Autopilot technology, we recorded one crash for every 1.40 million miles driven. By comparison, the most recent data available from NHTSA and FHWA (from 2021) shows that in the United States there was an automobile crash approximately every 652,000 miles. (tesla.com/VehicleSafetyR...)

b.
The data is clear: The more automation technology offered to support the driver, the safer the driver and other road users. Anecdotes from the WaPo article come from plaintiff attorneys—cases involving significant driver misuse—and are not a substitute for rigorous analysis and billions of miles of data.

c.
Recent Data continues this trend and is even more compelling. Autopilot is ~10X safer than US average and ~5X safer than a Tesla with no AP tech enabled. More detailed information will be publicly available in the near future.

**2. Autopilot features, including Traffic-Aware Cruise Control and Autosteer, are SAE Level 2 driver-assist systems, meaning –**

a.
Whether the driver chooses to engage Autosteer or not, the driver is in control of the vehicle at all times. The driver is notified of this responsibility, consents, agrees to monitor the driving assistance, and can disengage anytime.

b.
Despite the driver being responsible for control for the vehicle, Tesla has a number of additional safety measures designed to monitor that drivers engage in active driver supervision, including torque-based and camera-based monitoring. We have continued to make progress in improving these monitoring systems to reduce misuse.

c.
Based on the above, among other factors, the data strongly indicates our customers are far safer by having the choice to decide when it is appropriate to engage Autopilot features. When used properly, it provides safety benefits on all road classes.

The Washington Post leverages instances of driver misuse of the Autopilot driver assist feature to suggest the system is the problem. The article got it wrong, misreporting what's actually alleged in the pending lawsuit and omitting several important facts:



Sign in with Google

Use your Google Account to sign in to x.com

No more passwords to remember. Signing in is fast, simple and secure.

Continue

Something went wrong. Try reloading.

Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ...   © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

