UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,
v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**TESLA, INC.'S RESPONSE IN OPPOSITION
TO PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.2, Tesla, Inc., responds to Plaintiff's Supplemental Authority, citing a case **strictly based on California law**.

Unlike California, Florida does not recognize a misrepresentation predicated on a third party's (McGee's) reliance on alleged misrepresentations. *See Levine v. Wyeth Inc.*, 684 F. Supp. 2d 1338, 1347 (M.D. Fla. 2010). (ECF 206 at 10:19-11:1). Second, the Court in *Escudero,* allowed the claim to continue specifically and *only* because the Tesla driver testified that he "believed Tesla's representations that the autopilot function was better than a human driver." Here, the Tesla driver testified he never heard or read anything from Elon Musk about the Subject Vehicle's capabilities or limitations and it had no effect on his purchase or use of the vehicle. (ECF 318-9 at

233:9-234-12).

As to punitive damages, Plaintiff's reliance on California law in *Escudero* also fails. First, in *Escudero*, punitive damages were based on an alleged fraudulent misrepresentation, a claim that as noted above, fails here. Second, as recently reiterated by the controlling Florida decision in *Tesla v. Banner*, the standard for punitive damages—conduct equivalent to criminal manslaughter—has not been met under the facts here.

Accordingly, Tesla's Motion for Summary Judgment should be granted.

        Respectfully submitted,

/s/ *Wendy F. Lumish*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

        **HILARIE BASS**
        Florida Bar No. 334243
        **HILARIE BASS, ESQUIRE LLC**
        2821 Bayshore Drive, UPH-B
        Miami, FL 33133
        Tel. 305-505-8777
        bassh@bassinstitute.org

        *Attorneys for Defendant TESLA, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 2, 2025, the foregoing was filed using the Court's CM/ECF system, which will send electronic notice of the same to all interested parties.

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
assistant@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

/s/ *Wendy F. Lumish*
WENDY F. LUMISH