# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                           Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

### DILLON ANGULO'S UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY IN SUPPORT OF MOTION TO LIMIT AND EXCLUDE CERTAIN OPINIONS OF DR. BARRY CROWN

Plaintiff, Dillon Angulo, hereby submits this unopposed Motion for an extension to file a reply in support of Angulo's Motion to Limit and Exclude Certain Opinions of Tesla's Neuropsychologist, Dr. Barry Crown (DE 341), and states as follows:

    1.    Plaintiff filed his Motion to Limit the and Exclude Certain Opinions of Tesla's Neuropsychologist, Dr. Barry Crown, on February 21, 2025. (DE 341).

2. Tesla filed its Response to that Motion on March 28, 2025. However, due to an internal miscommunication, Tesla didn't serve Plaintiff with its Response, nor did Plaintiff automatically receive a copy of the filing because same was filed under seal.

3. Accordingly, Plaintiff did not receive a copy of Tesla's response until late night on April 1, 2025, when Plaintiffs' undersigned counsel wrote to Tesla to inquire as to the status of its Response.

4. Pursuant to local rules and DE 365, Angulo's Reply should have been due on April 4, 2025 – seven (7) days after being served with the Response.

5. Notwithstanding, because of the miscommunication, under the current deadlines Plaintiff was essentially provided only three (3) full days to provide his Reply to Tesla's 20-page Response.

6. Under the circumstances, Plaintiff requests a seven (7) day extension to provide his Reply, rendering same due on April 11, 2025.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that he has conferred with Tesla's counsel, who has indicated that Tesla does not oppose this Motion.

Date: April 4, 2025.                                          Respectfully submitted,

/s/Adam T. Boumel
**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on 3rd day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the parties listed below.

/s/*Adam T. Boumel*
**Adam T. Boumel, Esq.**
Florida Bar No. 0110727

## SERVICE LIST

**WHITNEY V. CRUZ**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

*Attorneys for Defendant Tesla, Inc.*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*