# EXHIBIT A

## DECLARATION OF CHRISTOPHER B. PAYNE

I, Christopher B. Payne, declare as follows:

1. I am an engineer with Tesla, Inc. I have been an employee of Tesla, Inc. since 2013. I am a computer vision engineer within the Autopilot team, working across various aspects of the Autopilot system and designing data pipelines between the real world, vehicle, our servers, and the neural networks deployed in the Autopilot system. In my position, I am personally aware of Tesla's practices and procedures related to product design, development, validation and release including communications, data and documents related to those activities, particularly as they relate to Tesla's vehicle development and Autopilot technology. I am also personally aware of Tesla's internal practices and procedures related to control, access, and protection of this proprietary and confidential information.

2. I understand that the *Benavides* litigation has involved production of certain Tesla documents and data, and that information about the design of Tesla's technology has been raised in depositions and at Court hearings in the case. Through my work at Tesla and in connection with other litigation matters, I have reviewed materials produced here and in other matters and have regular discussions and meetings with other members or groups of engineers who work on various portions of the Autopilot suite of features and package of hardware and software. I have reviewed these documents and the testimony that are at issue in Tesla's Motion for Continued Confidentiality of Materials Designated Under Confidentiality Protective Order (the "Motion") and it is my belief that these materials reflect non-public, highly sensitive and proprietary or otherwise confidential information, the disclosure of which would cause competitive harm to Tesla.

3. Tesla has spent more than 14 years developing Autopilot and pioneered this technology on the market. It has evolved over time, with the involvement of hundreds—if not thousands—of engineers, labelers, software coders, quality assurance drivers, and others. Plaintiffs

in this case have deposed an engineer involved in this process, Senior Staff Engineer Akshay Phatak, Autopilot Manager David Shoemaker and Staff Product Support Engineer Eloy Rubio Blanco. On occasion, we may rely on Field Technical Specialists, like Michael Calafell, to retrieve or obtain data from vehicles that are offline.

4. The Autopilot team is working continuously not just to iterate and improve on the currently available technology, but also to expand the capabilities of our Autopilot program as we move towards autonomous driving. There are thousands of simulated drives done for each firmware build, hundreds of real world drive tests, quality drives with our engineering team, and feedback from our early access program participants among the customer fleet, for each firmware build. This exhaustive development and validation process is how Tesla has firmly established itself as a leader in Advanced Driver Assist Systems (ADAS). Below is an overview of this process.



5. By way of background, Tesla's "Autopilot" is not a single technology. Rather, "Autopilot" is a suite of driver assistance features that includes: (a) Traffic Aware Cruise Control (TACC), which is an adaptive cruise control system that helps drivers maintain a safe distance while traveling behind a detected vehicle in the same lane; and (b) Autosteer, which helps drivers keep the vehicle in the center of its lane of travel. There are a number of other related features that rely on some of the same hardware and software that function TACC and Autosteer, including Summon, Smart Summon, and Autopark, as well as active safety features including Forward Collision Warning, Automatic Emergency Braking, Lane Keep Assist, Lane Departure Warnings

and Pedal Misapplication Mitigation. Autopilot and similar ADAS systems are designated as Level 2 features within the taxonomy defined by the Society of Automotive Engineers and adopted by the National Highway Traffic Safety Administration. As such, they require the driver to remain in control of the vehicle at all times. Autopilot is not a self-driving technology, and it does not replace the driver. The driver can (and must) still brake, accelerate, and steer just as if the system is not engaged should the need arise, and it remains the driver's responsibility to keep their hands on the steering wheel and their eyes on the road at all times.

6. In recent years, the demand for autonomous technology in vehicles has dramatically increased. At the same time, Tesla's competitors have also started developing semi-autonomous driving software. For instance, General Motors released Super Cruise and Ford released its BlueCruise "Hands-Free Highway Driving," but each are limited to use only on certain highways and – just like Autopilot – each explicitly require an attentive driver. Indeed, as the demand for autonomous vehicles increases, Tesla and its competitors compete to ensure that they have the best and newest technology on the market.

7. Based on my understanding and experience, Tesla's Autopilot remains leagues ahead of the competition. The Model S at issue in this case was equipped with Autopilot Hardware version 2.5; new vehicles now have Hardware 4.0. Tesla and the Autopilot team have committed thousands of hours annually to developing and expanding the capabilities and reach of Autopilot, which has empowered the feature to evolve over time, increase mobility, and reduce crashes. For instance, Tesla vehicles, including the Model S, are consistently awarded 5-Star Safety Ratings by both NHTSA and Euro NCAP. In the interim, Tesla has built upon earlier versions of Autopilot to release a number of expansions to the Autopilot feature, including warnings for traffic controls and Autosteer on City Streets, now referred to as Full Self-Driving (Supervised) – neither of which were equipped in the 2019 Model S at issue in the *Benavides* case. Far beyond what GM and Ford

(and others) have done, FSD (Supervised) allows drivers to engage the feature from their own driveway and navigate to their destination, with the vehicle performing all turns, signals and drive controls so long as the driver remains attentive with hands on the wheel and eyes on the road. Tesla's technology uniquely uses computer vision primarily to understand the world around its vehicles, which is a technique that many competitors (especially foreign competitors outside U.S. patent jurisdiction), who are building cars with similar vision-based systems, would love to obtain to learn about how Autopilot's algorithms work. [1] If they obtained details from the documents and materials described in Paragraph 8, those competitors would know how to more directly copy Tesla's years of development. Tesla is leading the pack and its design, development and testing process, its fleet analytics and how it utilizes that data have enabled this progress and success and are critical to Tesla's success.

8. Based on my review, the documents and testimony at issue in Tesla's Motion contain details about specific components of Autopilot design, its developmental process, what data it receives and how it labels, collates, analyzes and actions that data, and how it has expanded the feature from the limited capabilities of the original Hardware 1.0 version of Autopilot, through Hardware 2.5, and the framework for where Autopilot is today. These are all proprietary and highly confidential to Tesla. In particular:

   a. **The design and operation of the vision and object detection and response components of Tesla's Autopilot system, including vehicle data reflecting the same.** (Tesla's Opposition to Plaintiffs' Motion for Sanctions; March 7, 2024 Hearing Transcript; A. Moore Initial and Second Supplemental Declarations; Drokin Declaration; Shoemaker Declaration; Benavides_00003447, 00007496-7637)

   b. **Augmented video frames with data factors interposed on exhibits reflecting what Autopilot sees in current firmware.** (A. Moore Initial

---

[1] Augmented video and its underlying data – which is at the heart of many of Plaintiffs' confidentiality challenges – is used by Tesla engineers to visualize and evaluate Tesla's computer vision system operation and development. Competitors could use augmented video to quickly learn Autopilot's design and machine learning development in a way that would erase Tesla's technological lead in the market.

4

        Declaration; Drokin Declaration).

c. **The process of using vision data and other vehicle data to create augmented video.** (Shoemaker Declaration; Drokin Declaration; March 7, 2024 Hearing Transcript; A. Moore Initial Declaration; Tesla's Opposition to Plaintiffs' Motion for Sanctions; Meet and Confer Correspondence).

d. **Operational design and limitations of Autopilot, Traffic Aware Cruise Control, and Automatic Emergency Braking.** (Benavides_00003119); (A. Moore Second Supplemental Declaration)

e. **Tesla's process of collecting, storing, transmitting, and processing vehicle data and relevant metadata.** (designated as confidential technical information). (Shoemaker and Calafell Declarations; A. Moore Initial Declaration; Drokin Declaration; Tesla's Opposition to Plaintiffs' Motion for Sanctions; Meet and Confer Correspondence).

9. Competitors could use this information for the same purposes and compete with Tesla for the same profits Tesla has been able to grow by adoption of Autopilot, thereby diluting any such benefits for Tesla. To the extent any of these documents contain some information that is publicly available, the compilation and form of this information have unique value because Tesla has invested resources collecting and synthesizing this information into a meaningful and easily digestible format that would be advantageous to any competitor. For instance, the form and format of the documents and analyses Tesla performs are valuable because they illustrate Tesla's approach to the data, what data Tesla deems to be important, and how Tesla approaches the market. The format of these documents would thus be valuable to a competitor because it would provide the competitor with an important tool for analyzing their own business through tools that Tesla developed with its own expertise, time, effort and expense.

10. Regardless of the age of this information, if this information was obtained by Tesla's competitors through publication, Tesla would suffer an economic disadvantage, by providing that competitor an insight into Tesla's non-public, proprietary business processes related to the design of its technology.

11. Tesla takes extensive measures to protect the technology associated with the various features of Autopilot and the research and development behind them. Among the measures Tesla takes to protect its proprietary information are:

    a. All employees to sign non-disclosure agreements. These agreements outline employees' obligations to protect Tesla's trade secrets and confidential information.

    b. Access to computers is password-restricted, with individual passwords that may not be shared, and multi-factor authentication required for each software feature accessed, sometimes several times per day.

    c. Disabled USB and USB-C ports on company-issued laptops.

    d. Tesla limits information about the technology even within the company. Access to certain software, specifically within the Autopilot group, is limited to certain individuals and their access is dependent upon the justification for the need to have access. Thus, even if one is a Tesla employee, and even if one works on Autopilot related matters, that person must justify the need to access software and their manager as well as the Autopilot team must review and approve (or deny) the request.

    e. Tesla also restricts access to its physical facilities; badging is required to enter each Tesla engineering building and employees who are not generally working in a particular building need to get special admission to enter that facility.

    f. Only Autopilot engineers are allowed in certain areas dedicated to Autopilot design and development.

12. The technology that makes up Autopilot is critical to the overall success of Tesla's business. Not only are Tesla vehicles engineered to be the safest in the world, with the lowest probability of injury, but also much of Tesla's value and reputation are staked on the Autopilot technology. Mr. Musk referenced on the April 23, 2024 earnings call that Tesla is exploring licensing Autopilot technology to other manufacturers; that business would presumably be impacted if Tesla's intellectual property is not properly protected and secured. Finally, Tesla has utilized several pricing models for various Autopilot configurations over the past decade, all with the goal of expanding its use and adoption, and to generate revenue for the company as Tesla

continues to work towards full (L5) autonomy. As such, Tesla faces significant economic harm from the release of information and documents about Autopilot.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on April 9, 2025 at Palo Alto, California.

_____
Christopher B. Payne