# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
             Case No. 21-cv-21940-BLOOM/Otazo-Reyes
 3
    NEIMA BENAVIDES, as Personal
 4  Representative of the Estate
    of Naibel Benavides Leon,
 5  deceased,

 6      Plaintiff,

 7  v.

 8  TESLA, INC., a/k/a Tesla
    Florida, Inc.,
 9
        Defendant
10  _____/

11               Case No. 22-cv-22607-BLOOM

12  DILLON ANGULO,

13      Plaintiff,

14  v.

15  TESLA, INC., a/k/a Tesla
    Florida, Inc.,
16
        Defendant
17  _____/

18
                  **** CONFIDENTIAL ****
19
                VIDEOTAPED ORAL DEPOSITION
20
                    ELOY RUBIO BLANCO
21
         (AS CORPORATE REPRESENTATIVE FOR TESLA)
22
                       MAY 31, 2024
23
                    (REPORTED REMOTELY)
24

25                 Adrianne Harris, CSR
```

Julia Whaley & Associates
214-668-5578   JulieTXCSR@gmail.com

| | |
|---|---|
| | Videotaped Oral Deposition - Eloy Rubio Blanco<br>(As Corporate Representative for Tesla)<br>May 31, 2024 - CONFIDENTIAL |
| 1 | VIDEOTAPED ORAL DEPOSITION OF ELOY RUBIO |
| 2 | BLANCO, as Corporate Representative for Tesla, produced |
| 3 | as a witness at the instance of the Plaintiff, and duly |
| 4 | sworn, was taken in the above-styled and numbered cause |
| 5 | on May 31, 2024, from 8:02 a.m. (CST) to 3:48 p.m. (CST), |
| 6 | before Adrianne Harris, Certified Shorthand Reporter in |
| 7 | and for the State of Texas, via Zoom Video Conference, |
| 8 | the witness located in Madrid, Spain, pursuant to the |
| 9 | Federal Rules of Civil Procedure and the provisions |
| 10 | stated on the record or attached hereto. |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| | Julia Whaley & Associates<br>214-668-5578  JulieTXCSR@gmail.com |

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

| | |
|---|---|
| 1 | APPEARANCES |
| 2 | FOR PLAINTIFFS: |
| 3 | Mr. Brett Schreiber |
| | SINGLETON SCHREIBER |
| 4 | 591 Camino de la Reina |
| | Suite 1025 |
| 5 | San Diego, California  92108 |
| | Phone: (619)771-3473 |
| 6 | Fax: (619)255-1515 |
| | Email: bschreiber@singletonschreiber.com |
| 7 | |
| | - and - |
| 8 | |
| | Mr. Todd Poses |
| 9 | POSES LAW GROUP |
| | 169 East Flagler Street |
| 10 | Suite 1600 |
| | Miami, Florida  33131 |
| 11 | Phone: (305)577-0200 |
| | Fax: (305)371-3550 |
| 12 | Email: tposes@poseslawgroup.com |
| 13 | - and - |
| 14 | Mr. Adam T. Boumel |
| | THE ROUSSO BOUMEL LAW FIRM |
| 15 | 9350 South Dixie Highway |
| | Suite 1520 |
| 16 | Miami, Florida  33156 |
| | Phone: (305)670-6669 |
| 17 | Fax: (305)670-6663 |
| | Email: adam@roussolawfirm.com |
| 18 | |
| 19 | FOR DEFENDANT: |
| 20 | Mr. Thomas P. Branigan |
| | Ms. Whitney V. Cruz |
| 21 | Mr. Drew P. Branigan |
| | BOWMAN AND BROOKE LLP |
| 22 | 101 West Big Beaver Road |
| | Suite 1100 |
| 23 | Troy, Michigan  48084 |
| | Phone: (248)205-3316 |
| 24 | Email: thomas.branigan@bowmanandbrooke.com |
| | whitney.cruz@bowmanandbrooke.com |
| 25 | drew.branigan@bowmanandbrooke.com |

Julia Whaley & Associates
214-668-5578   JulieTXCSR@gmail.com

```
Videotaped Oral Deposition - Eloy Rubio Blanco
       (As Corporate Representative for Tesla)
              May 31, 2024 - CONFIDENTIAL
```

02:52  1   you.  All right.  I'm going to write that down.  All
02:52  2   right.  Cool.
02:53  3           Q.  (By Mr. Schreiber) And then it looks like this
02:53  4   stops as of 2022, but it's not because the actual
02:53  5   Confluence page with respect to AEB and forward collision
02:53  6   stopped functioning in 2022.
02:53  7              It's that, for whatever reason, this was, I
02:53  8   guess, printed, obtained, whatever, from that date; and I
02:53  9   assume, in real time, if we were to go onto this actual
02:53 10   dynamic Confluence page -- dot, teslamotors.com, blah,
02:53 11   blah, blah, with all those letters -- we would see
02:53 12   additional updates and improvements made, fair?
02:53 13           A.  I mean, assuming that this page was continued,
02:53 14   that will be the case.
02:53 15           Q.  Sure.  All right.  And these are some of the
02:53 16   things that remain kind of in the works as of that time,
02:53 17   intersection crossing, striking the motorcycles, things
02:53 18   of that sort; is that --
02:53 19           A.  I mean --
02:53 20           Q.  -- correct?
02:53 21           A.  -- the page includes information as to projects
02:53 22   that the team was working on.
02:53 23           Q.  Including things like activation in a cross
02:54 24   traffic situation and striking a motorcycle, with respect
02:54 25   to setting, you know, parameters for AEB to fire,

```
              Julia Whaley & Associates
       214-668-5578   JulieTXCSR@gmail.com
```

```
                  Videotaped Oral Deposition - Eloy Rubio Blanco
                     (As Corporate Representative for Tesla)
                          May 31, 2024 - CONFIDENTIAL
```

02:54  1   correct?
02:54  2         A.   I'm not sure of parameters, but, yeah, work done
02:54  3   towards the -- addressing those situations.
02:54  4         Q.   All right.  And then it can -- it's getting long
02:54  5   in the day, Mr. Rubio.  I'm not going to mince words you
02:54  6   over whether it's parameters or not.
02:54  7              All right.  Fair enough.  Let me go through
02:54  8   this.  Let me see if there's anything else that I wanted
02:54  9   to cover.  I wanted to get that stuff in.  Oh, hold on.
02:54 10   Ah, here we go.  Sorry, I wasn't -- I wasn't pausing for,
02:55 11   like, effect.  I was just looking for something.
02:55 12              This is still in Exhibit 7.  This is Page 2120,
02:55 13   Bates 2120.  I swear to God I had it a second ago.  Oh,
02:56 14   there we go.  It does say that AEB events generate video
02:56 15   snapshots and CAN data.  Do you see that?
02:56 16         A.   I see that.
02:56 17         Q.   And so in this case, because we're going to now
02:56 18   parlay this into log data, even though AEB did not
02:56 19   trigger, you still received an urgent upload of video
02:56 20   clips and CAN data, true?
02:56 21         A.   Correct, as a result of the RCM detecting a
02:56 22   collision.
02:56 23         Q.   Right.  And do you think if AEB would have
02:56 24   triggered, would you have received any additional data
02:56 25   sets including those RTDVs, or is that separate and

```
                Videotaped Oral Deposition - Eloy Rubio Blanco
                     (As Corporate Representative for Tesla)
                          May 31, 2024 - CONFIDENTIAL
```

02:56  1   apart?
02:56  2          A.  I mean, I'm -- I will be speculating.  I -- I
02:56  3   don't know.
02:56  4          Q.  You just don't know.  Okay.
02:57  5              Okay.  Topic 7 was McGee's car delivery.  You
02:57  6   guys objected and said, Well, refer to the sales
02:57  7   documents.  Fair.  What was not clear from the sales
02:57  8   documents, as someone who's actually read them, was
02:57  9   whether or not he received any training by Tesla
02:57 10   representatives on the use of autopilot at the point of
02:57 11   sale.
02:57 12              It's my understanding that in the 2018/2019
02:57 13   vintage, Tesla did not, in fact, provide kind of hands-on
02:57 14   training or, you know, kind of -- what's the word --
02:57 15   test-drive training with people who purchased the
02:57 16   vehicle, and its use of autopilot, but do so today; is
02:57 17   that your understanding, sir?
02:57 18          A.  My understanding is that upon delivery, a
02:57 19   delivery specialist will go through the details of the --
02:57 20   of the vehicle, including the location of the owner's
02:57 21   manual.  There was training individuals in order to
02:57 22   follow this process, and they will be there to answer any
02:58 23   questions that the customer have.  If they request a
02:58 24   test-drive, they will get a test-drive done.
02:58 25          Q.  And that was -- that's true today, but that is

```
                          Julia Whaley & Associates
                     214-668-5578  JulieTXCSR@gmail.com
```

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
           Case No. 21-cv-21940-BLOOM/Otazo-Reyes
 3
    NEIMA BENAVIDES, as Personal
 4  Representative of the Estate
    of Naibel Benavides Leon,
 5  deceased,

 6       Plaintiff,

 7  v.

 8  TESLA, INC., a/k/a Tesla
    Florida, Inc.,
 9
         Defendant
10  _____/

11            Case No. 22-cv-22607-BLOOM

12  DILLON ANGULO,

13       Plaintiff,

14  v.

15  TESLA, INC., a/k/a Tesla
    Florida, Inc.,
16
         Defendant
17  _____/

18

19
                  REPORTER'S CERTIFICATE
20
       VIDEOTAPED ORAL DEPOSITION OF ELOY RUBIO BLANCO
21
          (AS CORPORATE REPRESENTATIVE FOR TESLA)
22
                       MAY 31, 2024
23
                    (REPORTED REMOTELY)
24

25
```

Julia Whaley & Associates
214-668-5578   JulieTXCSR@gmail.com

Videotaped Oral Deposition - Eloy Rubio Blanco
(As Corporate Representative for Tesla)
May 31, 2024 - CONFIDENTIAL

1    I, Adrianne Harris, Certified Shorthand
2    Reporter in and for the State of Texas, hereby certify to
3    the following:
4        That the witness, ELOY RUBIO BLANCO, was duly
5    sworn by the officer and that the transcript of the
6    deposition is a true record of the testimony given by the
7    witness;
8        That the deposition transcript was duly
9    submitted on _____ to Mr. Thomas P.
10   Branigan, the attorney for the witness/Defendant, for
11   examination, signature, and return to me by
12   _____.
13       That pursuant to information given to the
14   deposition officer at the time said testimony was taken,
15   the following includes all parties of record and the
16   amount of time used by each party at the time of the
17   deposition:
18       Mr. Brett Schreiber (07h07m)
         Mr. Thomas P. Branigan (00h00m)
19
20   FOR PLAINTIFFS:
21      Mr. Brett Schreiber
        SINGLETON SCHREIBER
22      591 Camino de la Reina
        Suite 1025
23      San Diego, California  92108
        Phone: (619)771-3473
24      Fax: (619)255-1515
        Email: bschreiber@singletonschreiber.com
25
        - and -

```
 1      Mr. Todd Poses
        POSES LAW GROUP
 2      169 East Flagler Street
        Suite 1600
 3      Miami, Florida  33131
        Phone: (305)577-0200
 4      Fax: (305)371-3550
        Email: tposes@poseslawgroup.com
 5
        - and -
 6
        Mr. Adam T. Boumel
 7      THE ROUSSO BOUMEL LAW FIRM
        9350 South Dixie Highway
 8      Suite 1520
        Miami, Florida  33156
 9      Phone: (305)670-6669
        Fax: (305)670-6663
10      Email: adam@roussolawfirm.com

11   FOR DEFENDANT:

12      Mr. Thomas P. Branigan
        Ms. Whitney V. Cruz
13      Mr. Drew P. Branigan
        BOWMAN AND BROOKE LLP
14      101 West Big Beaver Road
        Suite 1100
15      Troy, Michigan  48084
        Phone: (248)205-3316
16      Email: thomas.branigan@bowmanandbrooke.com
               whitney.cruz@bowmanandbrooke.com
17             drew.branigan@bowmanandbrooke.com

18


19         That $_____ is the deposition officer's

20   charges to the Plaintiff for preparing the original

21   deposition transcript and any copies of exhibits;

22         I further certify that I am neither counsel

23   for, related to, nor employed by any of the parties in

24   the action in which this proceeding was taken, and,

25   further that I am not financially or otherwise interested
```

1  in the outcome of this action.

2          Certified to by me on this _____ day of

3  _____, _____.

6                              _____
                               ADRIANNE HARRIS, CSR
7                              CSR Certificate No. 7967
                               Expiration Date:  10-31-24
8                              Julia Whaley & Associates
                               Firm Registration No. 436
9                              2012 Vista Crest Drive
                               Carrollton, Texas  75007-1640
10                             (214)668-5578/Fax: (972)236-6666