UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR RESPONSE
IN OPPOSITION TO TESLA'S MOTION FOR SUMMARY JUDGEMENT**

Plaintiffs, Niema Benavides and Dillon Angulo, by and through their undersigned counsel, hereby move for leave from this Honorable Court to file a Sur Response in Opposition to Tesla's Motion for Summary Judgement (DE 326), and state as follows:

In its Reply in Support of Motion for Summary Judgement (DE 378), Tesla cited to - and included lengthy discussion and argument based on - the recent opinion published by Florida's Fourth DCA in the case of Tesla, Inc. v. Banner, 2025 WL 610816 (Fla. Dist. Ct App., Feb. 26, 2025), petition for reh'g filed, No. 218758272 (Mar. 13, 2025).

Tesla's Reply brief was the very first time that the cite to <u>Banner</u> was included in any papers or pleadings, and for good reason; the <u>Banner</u> opinion was only published the day *after* Plaintiffs filed their Corrected Response in Opposition to Tesla's Motion for Summary Judgement. As such, the <u>Banner</u> opinion was unavailable to either party before Tesla filed its Reply brief.

Under the circumstances, and in light of Tesla's heavy reliance on and detailed proffer regarding the <u>Banner</u> opinion, Plaintiffs hereby move this Honorable Court for leave to file a brief five (5) page Sur Response in Opposition to Tesla's Motion for Summary Judgement. Plaintiffs Sur Response would of course be limited to discussing and distinguishing the <u>Banner</u> opinion - along with any other new evidence or case law first cited to by Tesla in its Reply brief (if any). Plaintiffs request that the due date for this Sur Response be April 18, 2025.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that he has conferred with Tesla's counsel, who has indicated that Tesla opposes this Motion.

Date:  April 10, 2025.                                  Respectfully submitted,

*/s/Adam T. Boumel*
**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on 10th day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the parties listed below.

*/s/Adam T. Boumel*
**Adam T. Boumel, Esq.**
Florida Bar No. 0110727

## SERVICE LIST

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Tesla*

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*