# EXHIBIT A

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT, 110 SOUTH TAMARIND AVENUE, WEST PALM BEACH, FL  33401

May 5, 2025

| | |
|---|---|
| TESLA, INC., a/k/a TESLA FLORIDA, INC.,<br>　　　　　Appellant(s)<br>v.<br><br>KIM BANNER, as Personal Representative of the<br>ESTATE OF JEREMY BANNER,<br>　　　　　Appellee(s). | **CASE NO. - 4D2023-3034**<br>L.T. No. - 502019CA009962 |

**BY ORDER OF THE COURT:**

　　ORDERED that Respondent's March 13, 2025 motion for rehearing and rehearing en banc is denied.

Served:
Palm Beach Clerk
Whitney V Cruz
Laura Nicole Ferguson
Marc Brandon Hernandez
Daniel Carl Jensen
Wendy Lumish
Lake Henry Lytal, III
Robert John Rudock
Isaac N. Saidel-Goley
Reid Scott
Derek L. Shaffer
Joel H. Smith

RA

　　**I HEREBY CERTIFY** that the foregoing is a true copy of the court's order.



4D2023-3034
**LONN WEISSBLUM, Clerk**
**Fourth District Court of Appeal**
4D2023-3034 May 5, 2025