UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this case shall be held on **June 13, 2025**, at **10:00 a.m.** with Steven R. Jaffe via Zoom video conference. Each party shall provide the mediator a confidential summary of the case identifying the issues to be resolved no later than **May 30, 2025**. S.D. Fla. L.R. 16.2(d)(C). On or before **June 16, 2025**, the parties shall file a mediation report indicating whether all required parties participated in the mediation. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, whether the mediator declared an impasse, and whether participation was by video conference or in person. The parties may not reschedule the mediation without leave of court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 19, 2025.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record