**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                  Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF EXPERT WITNESS,
BERNARD F. PETTINGILL, JR., PH.D**

    Plaintiff, Dillon Angulo, hereby gives notice of withdrawal of his previously disclosed expert, Bernard F. Pettingill, Ph.D., pursuant to the applicable Rules of Federal Procedure. Dr. Pettingill will no longer be relied upon to provide expert testimony at trial or in pretrial proceedings.

    Accordingly, all parties are hereby notified that Dr. Pettingill is no longer expected to testify and should be excluded from all witness lists.

Date: May 30, 2025                                    Respectfully submitted,

/s/Adam T. Boumel
**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
The Rousso, Boumel Law Firm, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on 30th day of May 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the parties listed below.

/s/Adam T. Boumel
**Adam T. Boumel, Esq.**
Florida Bar No. 0110727

## SERVICE LIST

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*