UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida, Inc.*,

    Defendants.

_____/

**<u>JOINT REQUEST FOR STATUS CONFERENCE REGARDING TRIAL SCHEDULING</u>**

    The Parties, jointly through their undersigned counsel, hereby respectfully request that this Honorable Court conduct a Status Conference in this matter, and state as follows:

1. As this Honorable Court is aware, trial in this matter is specially set to commence on July 14, 2025. See DE 410.

2. At trial, both Parties intend to call numerous out-of-town witnesses who will need to travel to attend.

3. In preparing for their respective trial presentations and coordinating the logistics of witness appearances, the Parties respectfully request clarification regarding the Court's intended trial schedule.

4. Specifically, the Parties seek guidance on the following:

    a. The number of days per week that trial will be in session;

    b. The number of trial hours per day; and

    c. Whether the Court has any known scheduling conflicts (full or partial days) that could impact the trial schedule.

5. Accordingly, the Parties jointly request a brief status conference at the Court's earliest convenience to receive guidance on the above.

### CERTIFICATE OF CONFERRING WITH COUNSEL PURSUANT TO RULE 7.1(a)(3)

Pursuant to Local Rule 7.1 (a)(3), the undersigned counsel for Plaintiffs conferred with Joel Smith, counsel for Tesla, who indicated that Tesla joins in on this Request.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will serve a copy via Notice of Electronic Filing to all parties on the attached service list.

>THE ROUSSO, BOUMEL LAW FIRM, PLLC.
>9350 South Dixie Highway
>Suite 1520
>Miami, Florida 33156
>(305) 670-6669
>
>By: /s/ *Adam T. Boumel, Esq.*
>Adam T. Boumel, Esq.
>Florida Bar No.: 0110727
>Direct email: adam@roussolawfirm.com
>Service emails:
>Pleadings@roussolawfirm.com
>Haiyang@roussolawfirm.com

**SERVICE LIST**

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Joel Smith Esq.**
**Attn:Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*