UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

      Defendant.
_____/

DILLON ANGULO,

      Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

      Defendant.
_____/

**PLAINTIFFS' NOTICE OF INTENT TO USE DEPOSITIONS AT TRIAL**

Pursuant to Federal Rules of Civil Procedure 32, et seq., Plaintiffs intend to use videotaped deposition testimony in addition to live testimony at trial, including, but not limited to, possibly introducing the following:

| Witness |
|---|
| **Deposition of Ely Rubio Blanco**<br><br>taken on May 31, 2024<br><br>See Excerpted testimony at Exhibit XX<br><br>• 7:14-8:15<br>• 8:24-9:16 |

| Witness |
| --- |
| <ul><li>9:19-10:8</li><li>11:6-11</li><li>12:3-24</li><li>13:17-23</li><li>15:17-23</li><li>16:4-22</li><li>17:2-22</li><li>17:25-18:2</li><li>18:6-8</li><li>18:20-24</li><li>19:5-12</li><li>19:23-20:5</li><li>21:22-22:3</li><li>22:19-23</li><li>23:7-25:3</li><li>25:6-26:3</li><li>26:7-18</li><li>26:21-27:2</li><li>30:13-19</li><li>30:22-31:17</li><li>31:24-32:5</li><li>32:7-8</li><li>32:11-20</li><li>32:23-33:1</li><li>33:22-36:3</li><li>36:5-14</li><li>36:18-37:11</li><li>37:16-22</li><li>38:11-14</li><li>38:16-39:3</li><li>39:6-8</li><li>39:24-40:3</li><li>40:6-18</li><li>41:15-16</li><li>41:19-42:10</li><li>42:13-23</li><li>43:1-7</li><li>51:20-52:16</li><li>62:2-14</li><li>62:17-63:5</li><li>63:11-20</li><li>64:1-65:17</li></ul> |

| Witness |
|---|
| - 65:19<br>- 65:22-67:1<br>- 67:3<br>- 67:6-69:2<br>- 70:8-15<br>- 72:2-4<br>- 72:22-73:1<br>- 73:8-9<br>- 73:14-20<br>- 75:1-76:5<br>- 76:11-18<br>- 76:25-77:4<br>- 77:16-77:25<br>- 78:2-8<br>- 78:13-79:1<br>- 79:25-80:5<br>- 80:7-14<br>- 80:20-81:21<br>- 2:10-83:4<br>- 83:9-85:8<br>- 85:11-86:17<br>- 86:20-22<br>- 87:16-18<br>- 87:22-24<br>- 88:3-8<br>- 88:10-89:9<br>- 89:11<br>- 89:13<br>- 89:20-24<br>- 90:12-17<br>- 91:1-20<br>- 91:24<br>- 92:4-21<br>- 93:2-6<br>- 95:4-10<br>- 95:25-96:11<br>- 96:14-16<br>- 98:6-11<br>- 98:13-99:24<br>- 101:10-25<br>- 102:6-13<br>- 102:20-103:10 |

| Witness |
|---|
| • 103:13-104:1<br>• 104:3<br>• 104:6-105:11<br>• 105:15-20<br>• 106:23-107:2<br>• 107:9<br>• 107:14-23<br>• 107:25-108:8<br>• 111:10-20<br>• 113:19-114:5<br>• 114:8-115:12<br>• 120:21-121:10<br>• 121:17-20<br>• 123:16-25<br>• 124:11-15<br>• 124:22-125:10<br>• 126:13-20<br>• 127:1-7<br>• 128:17-129:4<br>• 129:16-21<br>• 129:23-130:18<br>• 131:23-133:12<br>• 135:3-24<br>• 136:13-137:10<br>• 137:17-138:2<br>• 140:23-141:2<br>• 141:5-22<br>• 142:5-20<br>• 143:1-17<br>• 151:2-21<br>• 152:1-15<br>• 154:1-12<br>• 154:25-156:8<br>• 158:10-159:22<br>• 160:23-161:22<br>• 162:15-16<br>• 164:18-165:13<br>• 166:8-167:1<br>• 172:23-173:8<br>• 174:10-21<br>• 175:12-23<br>• 176:3-23 |

| **Witness** |
| --- |
| <ul><li>177:2-18</li><li>177:21-178:2</li><li>178:5-179:5</li><li>179:17-180:13</li><li>180:16-182:2</li><li>182:18-184:10</li><li>184:14-185:5</li><li>185:17-186:5</li><li>186:7</li><li>186:25-188:13</li><li>188:16-189:15</li><li>193:13-20</li><li>194:6</li><li>194:15-195:10</li><li>195:16-22</li><li>197:19-25</li><li>198:6-15</li><li>198:17-199:5</li><li>199:7-200:12</li><li>200:15-201:3</li><li>201:6-203:2</li><li>203:4-9</li><li>203:13</li><li>203:18-204:6</li><li>218:2-11</li><li>218:15-219:13</li><li>221:12-18</li><li>221:21-24</li><li>240:12-241:4</li><li>241:12-242:6</li><li>242:11-243:2</li><li>243:19-245:3</li><li>245:16-246:13</li><li>246:16-22</li><li>247:3-6</li><li>247:8-11</li><li>247:16-249:5</li><li>251:10-252:12</li><li>270:3-11</li><li>271:11-272:12</li><li>272:17-23</li><li>273:6-274:2</li></ul> |

Date:  June 23, 2025                                     Respectfully submitted,


                                                         By: /s/ Brett J. Schreiber
                                                         **Brett Schreiber, Esq.**
                                                         Admitted *Pro Hac Vice*
                                                         **Satyarinivas "Srinivas" Hanumadass, Esq.**
                                                         Admitted *Pro Hac Vice*
                                                         **Carmela Birnbaum, Esq.**
                                                         Admitted *Pro Hac Vice*
                                                         SINGLETON SCHRIEBER
                                                         591 Camino de la Reina, Suite 1025
                                                         San Diego, CA 92108
                                                         bschreiber@singletonschreiber.com
                                                         vas@singletonschreiber.com
                                                         cbirnbaum@singletonschreiber.com
                                                         jjusto@singletonschreiber.com
                                                         eelms@singletonschreiber.com
                                                         service@singletonschreiber.com
                                                         *Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

                                                         -and-

                                                         /s/Adam T. Boumel
                                                         **Adam T. Boumel, Esq.**
                                                         Florida Bar No. 0110727
                                                         The Rousso, Boumel Law Firm, PLLC
                                                         9350 South Dixie Highway
                                                         Suite 1520
                                                         Miami, FL 33156
                                                         adam@roussolawfirm.com
                                                         haiyang@roussolawfirm.com
                                                         pleadings@roussolawfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of June 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the parties listed below.

                                                         /s/Adam T. Boumel
                                                         **Adam T. Boumel, Esq.**
                                                         Florida Bar No. 0110727

## SERVICE LIST

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*