UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**MOTION FOR ORDER ALLOWING VIRTUAL APPEARANCE OF COUNSEL ADMITTED PRO HAC VICE**

The undersigned, on behalf of Plaintiffs, respectfully moves this Court for an Order permitting counsel Brett J. Schreiber, who has been admitted pro hac vice, to appear virtually at the June 30, 2025, status conference set for in-person appearance [D.E.418], and in support thereof states:

1. Schreiber is one of the lead trial attorneys for Plaintiffs and has been admitted to appear in this matter pro hac vice.

2. An in person status conference has been set for June 30, 2025, at 1:30pm.

3. Counsel for Plaintiffs admitted to this Court will appear in person at the status conference as required, however, due to scheduling constraints and cost considerations for travel, the undersigned respectfully requests that Schreiber be permitted to appear via Zoom or other virtual means.

4. This request is made in good faith and is not intended to cause delay or prejudice to any party.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order permitting Brett J. Schreiber, admitted pro hac vice, to appear virtually at the upcoming status conference on June 30, 2025.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for movant has conferred with Tesla's counsel, who has indicated that Tesla does not oppose this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June 2025, I served the foregoing document and updated production to the parties on the service list below.

        Respectfully Submitted,
        THE ROUSSO, BOUMEL LAW FIRM, PLLC.
        9350 South Dixie Highway, Suite 1520
        Miami, Florida 33156
        (305) 670-6669

By:    /s/ *Adam T. Boumel, Esq.*
        Adam T. Boumel, Esq.
        Florida Bar No.: 0110727
        Pleadings@roussolawfirm.com (primary)
        Adam@roussolawfirm.com (secondary)
        Haiyang@roussolawfirm.com (secondary)

**SERVICE LIST**

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*