## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

                Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

                Defendant.

_____ /

DILLON ANGULO,                                 Case No. 22-22607-KMM

                Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

                Defendant.

_____ /

### TESLA, INC.'S OBJECTIONS TO PLAINTIFFS' NOTICE OF INTENT TO USE DEPOSITIONS AT TRIAL AND COUNTER-DESIGNATIONS

Pursuant to Federal Rule of Civil Procedure 32 and this Court's Order Scheduling Trial and Order of Instructions Before Calendar Call (Doc. 410), Defendant Tesla, Inc. hereby files its objections and counter-designations Plaintiffs' Notice of Intent to Use Depositions at Trial and Counter-Designations (Doc. Nos. 421-427):

1.    **Eloy Rubio Blanco**[1]

| Witness: ELOY RUBIO BLANCO Deposition taken on May 31, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 7:14-8:15 | | |

[1] To the extent all or some of Mr. Blanco's deposition testimony is allowed to be either read in by transcript or video, Tesla requests that the Court treat all designated testimony as "confidential" subject to the terms of the Confidentiality Protective Order [Doc. 126].

**Witness: ELOY RUBIO BLANCO**
**Deposition taken on May 31, 2024**

| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
|---|---|---|
| 8:24-9:16 | | |
| 9:19-10:8 | | |
| 11:6-11 | | |
| 12:3-24 | | |
| 13:17-23 | | |
| 15:17-23 | | |
| 16:4-22 | | |
| 17:2-22 | | |
| 17:25-18:2 | | |
| 18:6-8 | | |
| 18:20-24 | | |
| 19:5-12 | | |
| 19:23-20:5 | Relevance FRE 401 and 403 | |
| 21:22-22:3 | | |
| 22:19-23 | | |
| 23:7-25:3 | | |
| 25:6-26:3 | | |
| 26:7-18 | | |
| 26:21-27:2 | | |

| Witness: ELOY RUBIO BLANCO Deposition taken on May 31, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 30:13-19 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |
| 30:22-31 :17 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |
| 31:24-32:5 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |
| 32:7-8 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |
| 32:11-20 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |
| 32:23-33:1 | | |
| 33:22-36:3 | | |

| Witness: ELOY RUBIO BLANCO Deposition taken on May 31, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 36:5-14 | | |
| 36:18-37:11 | | |
| 37:16-22 | | |
| 38:11-14 | | |
| 38:16-39:3 | | |
| 39:6-8 | | |
| 39:24-40:3 | | |
| 40:6-18 | | |
| 41:15-16 | | |
| 41:19-42:10 | | |
| 42:13-23 | | |
| 43:1-7 | | |
| | | 43:8-25 |
| | | 44:1-25 |
| | | 45:1-25 |
| | | 46:1-3 |
| | | 46:6-25 |
| | | 47:1-25 |
| | | 48:1-8 |
| 51:20-52:16 | | |

| Witness: ELOY RUBIO BLANCO Deposition taken on May 31, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 62:2-14 | | |
| 62:17-63:5 | | |
| 63:11-20 | | |
| 64:1-65:17 | | |
| 65:19 | | |
| 65:22-67:1 | | |
| 67:3 | | |
| 67:6-69:2 | | |
| 70:8-15 | | |
| 72:2-4 | | |
| 72:22-73:1 | | |
| 73:8-9 | | |
| 73:14-20 | | |
| 75:1-76:5 | | |
| 76:11-18 | | |
| 76:25-77:4 | | |
| 77:16-77:25 | | |
| 78:2-8 | | |
| 78:13-79:1 | | |
| 79:25-80:5 | | |

| **Witness: ELOY RUBIO BLANCO**<br>**Deposition taken on May 31, 2024** | | |
|---|---|---|
| Plaintiffs'<br>Designations<br>PAGE(S):LINE(S) | OBJECTION | Tesla Counter-<br>Designations<br>PAGE(S):LINE(S) |
| 80:7-14 | | |
| 80:20-81 :21 | | |
| 2:10-83:4 | | |
| 83:9-85:8 | | |
| 85:11-86:17 | | |
| 86:20-22 | | |
| 87:16-18 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to Mr. Musk's public statements | |
| 87:22-24 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to Mr. Musk's public statements | |
| 88:3-8 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to Mr. Musk's public statements | |
| 88:10-89:9 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to Mr. Musk's public statements | |
| 89:11 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to Mr. Musk's public statements | |

| Witness: ELOY RUBIO BLANCO<br>Deposition taken on May 31, 2024 | | |
|---|---|---|
| Plaintiffs'<br>Designations<br>PAGE(S):LINE(S) | OBJECTION | Tesla Counter-<br>Designations<br>PAGE(S):LINE(S) |
| 89:13 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to Mr. Musk's public statements | |
| 89:20-24 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to Mr. Musk's public statements | |
| 90:12-17 | | |
| 91:1-20 | | |
| 91:24 | | |
| 92:4-21 | | |
| 93:2-6 | | |
| 95:4-10 | | |
| 95:25-96:11 | | |
| 96:14-16 | | |
| 98:6-11 | | |
| 98:13-99:24 | | |
| 101:10-25 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |

| Witness: **ELOY RUBIO BLANCO**<br>**Deposition taken on May 31, 2024** | | |
|---|---|---|
| Plaintiffs'<br>Designations<br>PAGE(S):LINE(S) | OBJECTION | Tesla Counter-<br>Designations<br>PAGE(S):LINE(S) |
| 102:6-13 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |
| 102:20-103:10 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |
| 103:13-104:1 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |
| 104:3 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |
| 104:6-105:11 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |

| Witness: ELOY RUBIO BLANCO Deposition taken on May 31, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 105:15-20 | 105:1-17 Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to government investigations and subsequent remedial measures/recall | |
| 106:23-107:2 | | |
| 107:9 | | |
| 107:14-23 | | |
| 107:25-108:8 | | |
| 111:10-20 | | |
| 113:19-114:5 | | |
| 114:8-115:12 | | |
| 120:21-121:10 | | |
| 121:17-20 | | |
| 123:16-25 | | |
| 124:11-15 | | |
| 124:22-125:10 | | |
| 126:13-20 | | |
| 127:1-7 | | |
| 128:17-129:4 | | |
| 129:16-21 | | |

| Witness: ELOY RUBIO BLANCO Deposition taken on May 31, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 129:23-130:18 | | |
| | | 130:19-25 |
| | | 131:1-21 |
| 131:23-133:12 | | |
| 135:3-24 | | |
| | | 135:24 |
| | | 136:1-12 |
| 136:13-137:10 | | |
| 137:17-138:2 | | |
| 140:23-141:2 | | |
| 141:5-22 | | |
| 142:5-20 | | |
| 143:1-17 | | |
| 151:2-21 | Form. Misstates the document that Schreiber was quoting from | |
| 152:1-15 | | |
| 154:1-12 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | |

| Witness: ELOY RUBIO BLANCO Deposition taken on May 31, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 154:25-156:8 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | |
| 158:10-159:22 | | |
| 160:23-161 :22 | | |
| 162:15-16 | | |
| 164:18-165:13 | | |
| 166:8-167:1 | | |
| 172:23-173 :8 | | |
| 174:10-21 | | |
| 175:12-23 | | |
| 176:3-23 | | |
| 177:2-18 | Form. Question mischaracterizes – takes out context – statement of E. Musk and emails referenced in question. | |
| 177:21-178:2 | Form. Question mischaracterizes – takes out context – statement of E. Musk and emails referenced in question. | |
| 178:5-179:5 | | |
| 179:17-180:13 | | |
| 180:16-182:2 | | |

| Witness: ELOY RUBIO BLANCO Deposition taken on May 31, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 182:18-184:10 | | |
| 184:14-185:5 | | |
| 185:17-186:5 | | |
| 186:7 | | |
| 186:25-188:13 | | |
| 188:16-189:15 | | |
| 193:13-20 | | |
| 194:6 | | |
| 194:15-195:10 | | |
| 195:16-22 | | |
| 197:19-25 | | |
| 198:6-15 | | |
| 198:17-199:5 | | |
| 199:7-200:12 | | |
| 200:15-201:3 | | |
| 201:6-203 :2 | | |
| 203:4-9 | | |
| 203:13 | | |
| 203:18-204:6 | | |
| | | 204:7-12 |

| Witness: ELOY RUBIO BLANCO<br>Deposition taken on May 31, 2024 | | |
|---|---|---|
| Plaintiffs'<br>Designations<br>PAGE(S):LINE(S) | OBJECTION | Tesla Counter-<br>Designations<br>PAGE(S):LINE(S) |
| 218:2-11 | | |
| 218:15-219:13 | Hearsay FRE 802 | |
| | | 218:21-25 |
| | | 219:1-13 |
| | | 220:3-25 |
| | | 221:1-11 |
| 221:12-18 | | |
| 221:21-24 | | |
| | | 228:17-25 |
| | | 229:1-25 |
| | | 231:17-22 |
| | | 232:4-25 |
| 240:12-241:4 | | |
| 241:12-242:6 | | |
| 242:11-243:2 | | |
| 243:19-245:3 | | |
| 245:16-246:13 | | |
| 246:16-22 | | |
| 247:3-6 | | |
| 247:8-11 | | |

| Witness: ELOY RUBIO BLANCO<br>Deposition taken on May 31, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 247:16-249:5 | | |
| 251:10-252:12 | | |
| | | 263:22-25 |
| | | 264:1-17 |
| 270:3-11 | | |
| 271:11-272:12 | | |
| 272:17-23 | Calls for expert opinion by fact witness | |
| 273:6-274:2 | Calls for expert opinion by fact witness | |

2.    **Barry Crown, M.D.**

| Witness: BARRY CROWN, M.D.<br>Deposition taken on February 4, 2025 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 6:7-12 |
| | | 6:15-20 |
| | | 17:18-22 |
| | | 18:8-12 |
| | | 18:19-19:7 |
| | | 19:14-17 |
| | | 20:4-7 |

| Witness: BARRY CROWN, M.D. Deposition taken on February 4, 2025 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 23:14-18 |
| | | 25:11-22 |
| | | 29:7-21 |
| | | 29:23-30:1 |
| | | 34:9-16 |
| | | 34:25-35:6 |
| | | 35:21-25 |
| | | 36:11-37:3 |
| | | 37:17-24 |
| | | 38:16-18 |
| | | 39:5-8 |
| | | 39:13-25 |
| | | 40:25-41:12 |
| | | 41:17-42:16 |
| | | 49:11-50:14 |
| | | 62:13-21 |
| 107:5-17 | | |
| | | 146:16-147:10 |

3.      **Rafael Fernandez, Jr., M.D.**

| Witness: RAFAEL FERNANDEZ, JR., M.D. Deposition taken on August 13, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 8:19-20 |
| | | 8:22-23 |
| | | 8:25 |
| | | 9:2-4 |
| | | 9:6 |
| | | 9:8-11 |
| | | 9:17-19 |
| | | 15:2-15 |
| 18:17-19:1 | | |
| | | 31:12-14 |
| | | 31:17-21 |
| | | 35:1-3 |
| | | 35:5-9 |
| | | 35:11-15 |
| | | 35:17-19 |
| | | 36:2-16 |
| | | 36:18-24 |
| | | 37:14-21 |
| 38:10-17 | | 38:24-39:13 |

| **Witness: RAFAEL FERNANDEZ, JR., M.D.**<br>**Deposition taken on August 13, 2024** | | |
|---|---|---|
| Plaintiffs'<br>Designations<br>PAGE(S):LINE(S) | OBJECTION | Tesla Counter-<br>Designations<br>PAGE(S):LINE(S) |
| | | 39:15-16 |
| | | 43:7-13 |
| | | 46:4-13 |
| | | 47:12-20 |
| | | 49:11-24 |
| | | 50:1-12 |
| | | 60:5-12 |
| | | 61:1-5 |
| | | 61:7-9 |
| | | 61:11-25 |
| | | 62:23-63:3 |
| | | 63:11-65:1 |
| | | 65:3-5 |
| | | 66:9-11 |
| | | 66:13-15 |
| | | 67:14-68:1 |
| | | 68:10-68:20 |
| | | 69:1 |
| | | 70:2-21 |
| | | 71:15-18 |

| Witness: RAFAEL FERNANDEZ, JR., M.D. | | |
| :--- | :--- | :--- |
| **Deposition taken on August 13, 2024** | | |
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 71:24 ("Five to seven percent of my practice.") |
| | | 72:1-4 |
| | | 76:24-77:9 |

4.     **Bruce Kohrman, M.D.**

| Witness: BRUCE KOHRMAN, M.D. | | |
| :--- | :--- | :--- |
| **Deposition taken on September 20, 2024** | | |
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 7:12-20 |
| | | |
| | | 12:10-13:2 |
| | | 14:4-15:15 |
| | | 15:17 |
| 16:18-24 | | |
| | | 16:25-17:7 |
| | | 18:15-21 |
| | | 19:1-5 |
| | | 19:7-8 |
| | | 19:10-22:7 |

| **Witness: BRUCE KOHRMAN, M.D.**<br>**Deposition taken on September 20, 2024** | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 30:13-33:14 |
| | | 34:11-35:22 |
| | | 35:24-36:8 |
| | | 36:12-21 |
| | | 37:13-20 |
| | | 38:15-39:5 |
| | | 39:8-9 |
| | | 39:20-40:8 |
| | | 40:10-41:20 |
| | | 43:2-9 |
| | | 43:11-25 |
| | | 44:2-45:12 |
| | | 46:4-15 |
| | | 46:24-48:3 |
| | | 48:17-50:5 |
| | | 50:7-51:21 |
| | | 51:23-52:3 |
| | | 52:5-9 |
| | | 52:11-22 |
| | | 53:16-54:20 |

5.      **Akshay Phatak**[2]

| Witness: AKSHAY PHATAK<br>Deposition taken on July 20, 2023 (Volume 1) | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 9:2-11 | | |
| 12:23-13:1 | | |
| 18:7-19:7 | | |
| | | 19:8-25 |
| | | 19:8-25 |
| | | 20:1-2 |
| | | 20:8-18 |
| 21:24-22:8 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | |
| 23:5-18 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | |
| 23:22-25:4 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | |

---

[2] To the extent all or some of Mr. Phatak's deposition testimony is allowed to be either read in by transcript or video, Tesla requests that the Court treat all designated testimony as "confidential" subject to the terms of the Confidentiality Protective Order [Doc. 126].

| Witness: AKSHAY PHATAK | | |
| --- | --- | --- |
| **Deposition taken on July 20, 2023 (Volume 1)** | | |
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 25:7-13 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | |
| 33:10-34:6 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | |
| 34:10-17 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | |
| 34:20-35:12 | | |
| 35:16-17 | | |
| 35:19-25 | | |
| 36:4-5 | | |
| 36:21-37:3 | | |
| 37:10-18 | | |
| 38:6-11 | | |
| 38:14-16 | | |
| 38:25-39:9 | | |
| 39:18-40:23 | | Strike objection at 40:16-17 |
| | | 43:5-16 |
| | | 43:22-25 |

| Witness: AKSHAY PHATAK<br>Deposition taken on July 20, 2023 (Volume 1) | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 44:1-25 |
| | | 45:1-25 |
| | | 46:1-25 |
| | | 47:1-21, 25 |
| | | 48:1-2 |
| | | 48:21-25 |
| | | 49:4-22 |
| | | 50:1-25 |
| | | 51:1-25 |
| 52:24-53:11 | | |
| 53:14-23 | | |
| 57:3-13 | | |
| 58:20-23 | | |
| | | 60:19-25 |
| 61:3-7 | | 61:1-2 |
| 62:24-63:7 | | |
| 65:18-66:1 | | |
| 66:8-13 | | |
| 67:18-23 | | |
| 68:5-16 | | |

| Witness: AKSHAY PHATAK<br>Deposition taken on July 20, 2023 (Volume 1) | | |
|---|---|---|
| Plaintiffs'<br>Designations<br>PAGE(S):LINE(S) | OBJECTION | Tesla Counter-<br>Designations<br>PAGE(S):LINE(S) |
| | | 68:25 |
| | | 69:1-5 |
| 69:8-20 | | |
| 69:24-70: 1 | | |
| 70:11-15 | | |
| 71:24-72:23 | | |
| 73:2-9 | | |
| 73:11-20 | | |
| 74:6-12 | | |
| | | 76:12-25 |
| | | 77:1-25 |
| | | 78:20-25 |
| | | 79:1-12 |
| 79:14-80:7 | | |
| 80:17-20 | | |
| 80:23-81 :4 | | |
| 81:8-9 | | Strike objection at<br>81:5-9 |
| 82:22-25 | | |
| 83:3-4 | | |
| 83:13-21 | | |

| Witness: AKSHAY PHATAK Deposition taken on July 20, 2023 (Volume 1) | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 84:10-14 | | |
| 84:18-85:19 | | |
| 85:24-25 | | |
| | | 86:8-25 |
| | | 87:6-25 |
| 88:7-25 | | |
| 92:1-10 | | |
| | | 92:11-25 |
| | | 93:1-4 |
| | | 93:12-25 |
| | | 94:1-3 |
| | | 94:12-25 |
| | | |
| 101:3-8 | | 101:9013 |
| 102:1-103:15 | | 103:16-25 |
| | | 104:1-3 |
| 105:21-106:3 | | |
| | | 106:4-12 |
| 106:13-107:15 | | |
| 108:4-109:7 | | 108:15-25 |

| **Witness: AKSHAY PHATAK**<br>**Deposition taken on July 20, 2023 (Volume 1)** | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 110:1-17 |
| 110:18-112:5 | | |
| 112:21-113:15 | | |
| 113:20-114:15 | | |
| 116:3-11 | | |
| | | 116:12-20 |
| 116:21-25 | | |
| 120:3:121:16 | | Strike objection at 120:14-15 |
| 121:19-122:5 | | |
| 122:9-14 | | |
| 122:18-23 | | |
| 123:7-13 | | |
| 124:22-25 | | |
| 126:9-14 | | |
| | | 127:13-25 |
| | | 128:1-25 |
| | | 129:25 |
| | | 130:1-3 |
| | | 130:7-17 |

| Witness: AKSHAY PHATAK Deposition taken on July 20, 2023 (Volume 1) | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 134:9-135:8 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | |
| 135:10-136:15 | | |
| 136:21-139:23 | | |
| 140:1-18 | | |
| 140:21-143:17 | | |
| | | 143:8-20 |
| | | 143:23-25 |
| 147:18-23 | | |
| 147:25-148:11 | | |
| 148:25-149:9 | | |
| 149:13-19 | | |
| 150:3-9 | | |
| 150:13-16 | | |
| 163:20-21 | | |
| 163:24-165:13 | | |

| Witness: AKSHAY PHATAK<br>Deposition taken on August 2, 2023 (Volume 2) | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 278:6-11 | | |
| 279:12-19 | | |
| 279:24-280: 14 | | |
| | | 280:15-25 |
| | | 281:1-23 |
| 281:24-282:2 | | |
| 295:9-296:14 | Hearsay FRE 802 | |
| 316:7-14 | | |
| 317:1-14 | Violation of Protective Order | |
| 318:8-12 | | |
| 318:19-320:3 | | |
| 320:21-321:6 | | |
| 321:9-15 | | |
| 321:25-322:20 | | |
| 344:6-15 | | |
| 344:24-345:3 | | |
| 351:13-14 | Relevance FRE 401 and 403 | |
| 351:18-21 | Relevance FRE 401 and 403 | |
| 352:20-353:2 | Relevance FRE 401 and 403 | |
| 356:5-357:1 | | |

| Witness: AKSHAY PHATAK<br>Deposition taken on August 2, 2023 (Volume 2) | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 358:4-11 | | |
| 358:20-359:1 | | |

6.      **David Shoemaker[3]**

| Witness: DAVID SHOEMAKER<br>Deposition taken on January 9, 2025 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 8:22-25 | Relevance FRE 401 and 403 | |
| 18:15-19:25 | Relevance FRE 401 and 403 | |
| 21:22-24 | Relevance FRE 401 and 403 | |
| 22:11-24 | Relevance FRE 401 and 403 | |
| 23:2-24:3 | Relevance FRE 401 and 403 | |
| 24:20-26:3 | Relevance FRE 401 and 403 | |
| 26:21-23 | Relevance FRE 401 and 403 | |
| 27:8-28:15 | Relevance FRE 401 and 403 | |
| 28:17-29:6 | Relevance FRE 401 and 403 | |
| 30:6-24 | Relevance FRE 401 and 403 | |
| 31:3-7 | Relevance FRE 401 and 403 | |

---

[3] Tesla objects to the deposition of David Shoemaker in its entirety based on relevance. To the extent all or some of Mr. Shoemaker's deposition testimony is allowed to be either read in by transcript or video, Tesla requests that the Court treat the portions designated by Tesla as "confidential" subject to the terms of the Confidentiality Protective Order [Doc. 126].

| Witness: DAVID SHOEMAKER<br>Deposition taken on January 9, 2025 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 31:9-13 | Relevance FRE 401 and 403 | |
| 32:2-33:9 | Relevance FRE 401 and 403 | |
| 33:14-36:8 | Relevance FRE 401 and 403 | |
| 36:14-22 | Relevance FRE 401 and 403 | |
| 37:8-38:13 | Relevance FRE 401 and 403 | |
| 39:13-40:8 | Relevance FRE 401 and 403 | |
| 40:17-42:11 | Relevance FRE 401 and 403 | |
| 44:11-18 | Relevance FRE 401 and 403 | |
| 44:21-45:1 | Relevance FRE 401 and 403 | |
| 46:9-48:8 | Relevance FRE 401 and 403 | |
| 49:1-50:2 | Relevance FRE 401 and 403 | |
| 52:4-53:13 | Relevance FRE 401 and 403 | |
| 54:4-20 | Relevance FRE 401 and 403 | |
| 54:23-24 | Relevance FRE 401 and 403 | |
| 55:22-25 | Relevance FRE 401 and 403 | |
| 57:6-17 | Relevance FRE 401 and 403 | |
| 61 :8-20 | Relevance FRE 401 and 403 | |
| 62:6-63:21 | Relevance FRE 401 and 403 | |
| 64:23-65:14 | Relevance FRE 401 and 403 | |
| 66:22-67:2 | Relevance FRE 401 and 403 | |

| Witness: DAVID SHOEMAKER Deposition taken on January 9, 2025 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 67:3-12 | Relevance FRE 401 and 403 | |
| 71:17-72:24 | Relevance FRE 401 and 403 | |
| 75:5-76:5 | Relevance FRE 401 and 403 | |
| 77:18-78:14 | Relevance FRE 401 and 403 | |
| 79:7-15 | Relevance FRE 401 and 403 | |
| 88:18-22 | Relevance FRE 401 and 403 | |
| 89:2-90:21 | Relevance FRE 401 and 403 | |
| | | 107:19 – 108:10 |

7.     **Robert Sumwalt, III[4]**

| Witness: ROBERT SUMWALT, III Deposition taken on July 9, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 11:15-21 | | |
| 14:20-19:23 | | |
| 21:1-24 | | |
| 23:4-24:22 | | |
| 33:20-34:22 | | |

---

[4] Tesla objects to any deposition testimony of Mr. Sumwalt being play or admitted at trial for the reasons stated its Motion in Limine to Exclude his testimony. Tesla is counter designating testimony from his deposition to be played only of that Motion is denied.

| Witness: ROBERT SUMWALT, III<br>Deposition taken on July 9, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 36:1-4 | | |
| 36:10-38:20 | | |
| 39:5-40:23 | | |
| 41:2-25 | | |
| 42:4-6 | | |
| 45:19-47:10 | | |
| 47:20-53:7 | | |
| 57:24-59:4 | | |
| 59:7-15 | | |
| 61:21-62:6 | | |
| 63:2-7 | | |
| 63:25-69:1 | | |
| 73:4-14 | | |
| 75:10-20 | | |
| 75:23 | | |
| 76:4-17 | | |
| 76:19-23 | | |
| 77:5-78:7 | | |
| 78:17-80:13 | | |
| 80:16-81:4 | | |

| Witness: ROBERT SUMWALT, III<br>Deposition taken on July 9, 2024 | | |
|---|---|---|
| Plaintiffs'<br>Designations<br>PAGE(S):LINE(S) | OBJECTION | Tesla Counter-<br>Designations<br>PAGE(S):LINE(S) |
| 85:6-13 | | |
| 85:17-86:11 | | |
| 86:16-87:17 | | |
| 87:23-88:15 | | |
| | | 89:4 |
| | | 89:12-14 |
| | | 89:16-25 |
| | | 90:1-9 |
| | | 90:12-13 |
| | | 92:16-25 |
| | | 93:1-2 |
| | | 96:3-25 |
| | | 97:1-9 |
| | | 99:2-8 |
| | | 100:16-25 |
| | | 101:1-11 |
| | | 101:15-23 |
| | | 102:3-7 |
| | | 102:14-25 |
| | | 103:1-9 |

| Witness: ROBERT SUMWALT, III<br>Deposition taken on July 9, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 105:23-25 |
| | | 106:2-3 |
| | | 106:5-10 |
| | | 106:12-16 |
| | | 106:21-25 |
| | | 107:1-7 |
| | | 108:5-11 |
| | | 109:1-25 |
| | | 110:1-2 |
| | | 111:2-12 |
| | | 111:20-25 |
| | | 112:4-10 |
| | | 112:19-25 |
| | | 113:16-20 |
| | | 118:12-16 |
| | | 118:19-25 |
| | | 119:1-3 |
| | | 119:18-25 |
| | | 120:1-7 |
| | | 120:16-25 |

| **Witness: ROBERT SUMWALT, III**<br>**Deposition taken on July 9, 2024** | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 121:1-9 |
| | | 127:11-15 |
| | | 133:6-20 |
| | | 135:7-19 |
| | | 141:19-25 |
| | | 142:1-18 |
| | | 143:16-24 |
| | | 148:12-25 |
| | | 149:1-22 |
| | | 150:11-18 |
| | | 161:1-5 |
| | | 161:9 |
| | | 161:12-15 |
| | | 161:17-24 |
| | | 162:11-25 |
| | | 163:1-25 |
| | | 164:1-4 |
| | | 164:18-21 |
| | | 164:24-25 |
| | | 165:1-25 |

| **Witness: ROBERT SUMWALT, III** **Deposition taken on July 9, 2024** | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 166:1-9 |
| | | 169:11-25 |
| | | 170:4-25 |
| | | 171:18-25 |
| | | 172:1-6 |
| | | 172:8-9 |
| | | 172:13-18 |
| | | 172:22-24 |
| | | 173:16-20 |
| | | 173:25 |
| | | 174:1-2 |
| | | 176:4-8 |
| | | 176:19-25 |
| | | 177:1-2 |
| | | 177:12-19 |
| | | 177:23-25 |
| | | 178:2-8 |
| | | 178:17-19 |
| | | 181:14-22 |
| | | 218:12-16 |

| Witness: ROBERT SUMWALT, III<br>Deposition taken on July 9, 2024 | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| | | 218:25 |
| | | 219:1-3 |
| | | 219:7 |
| | | 219:9-12 |
| | | 219:14 |
| | | 219:16-25 |
| | | 220:1-8 |
| | | 220:20-25 |
| | | 221:4-24 |
| | | 222:16-25 |
| | | 223:1-25 |
| | | 224:1-10 |
| | | 228:16-25 |
| | | 229:1-14 |
| | | 233:8-12 |
| | | 233:20-22 |
| | | 237:23-25 |
| | | 238:1-21 |

Dated:  June 27, 2025

Respectfully submitted,

*s/ Whitney V. Cruz*

**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

**HILARIE BASS**
Florida Bar No. 334243
**HILARIE BASS, ESQUIRE LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
Tel. 305-505-8777
bassh@bassinstitute.org

*Attorneys for Defendant TESLA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 27, 2025, the foregoing was filed using the

Court's CM/ECF system, which will send electronic notice of the same to all interested parties.

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHREIBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Whitney V. Cruz*
Whitney V. Cruz