UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

## PLAINTIFFS' MOTION FOR LEAVE FOR LEAVE TO ACCESS THE COURTROOM AND TO BRING ELECTRONIC EQUIPMENT FOR TESTING

Plaintiffs, by and through undersigned counsel, respectfully move this Court for an Order permitting Plaintiffs' counsel and technology consultants to bring electronic equipment into the courtroom on Monday, July 7, 2025, at 10:30am for testing to use during trial scheduled in this matter. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs seek leave for their counsel of record to accompany their trial technician to the courtroom on July 7, 2025, at 10:30am, for equipment testing purposes.

2. The following individuals will be present: attorneys Adam Boumel, Todd Poses, and Brett Schreiber, and Billy Scandella, trial technician.

3. The list of equipment being tested is as follows:

> ASUS G615LR Laptop
>
> Inseego MiFi X Pro 5G INSGM3100 Mobile Hotspot Verizon Wireless
>
> HP Envy Laptop 16h1xxx
>
> 27" AOC E2UA Monitor
>
> Apple I-Pad 10th Gen
>
> Owl 360 Conferencing Camera
>
> Upperizon Portable Monitor 18.5 inch
>
> OREI 4x4 HDMI 4K Matrix Switch/Splitter
>
> Behringer Eurolive B205D 150W 5.25 inch Powered Monitor Speaker
>
> PPT Wireless Presenter, Hyperlink Volume Control Presentation
>
> JMMTAAG Green Red Violet Long Range Dot Clicker
>
> 55inch Vibe Smart Whiteboard
>
> LIONWEI USB C Hub Laptop Docking Station, Dual HDMI, 100W PD, USB C 3.0, Ethernet, Audio/Mic
>
> LIULANZ Wireless HDMI 4 Receiver and Transmitter USB C Extender

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion and enter an order granting their counsel and trial technician access to the courtroom on July 7, 2025, at 10:30am to test the equipment listed above.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Plaintiffs has conferred with Tesla's counsel, who has indicated that Tesla does not oppose this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2025, I served the foregoing document and updated production to the parties on the service list below.

> Respectfully Submitted,
> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway, Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By:   /s/ *Adam T. Boumel, Esq.*
> Adam T. Boumel, Esq.
> Florida Bar No.: 0110727
> Pleadings@roussolawfirm.com (primary)
> Adam@roussolawfirm.com (secondary)
> Haiyang@roussolawfirm.com (secondary)

## SERVICE LIST

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

| | |
|---|---|
| **Eaton & Wolk PL** | **Hilarie Bass, Esquire LLC** |
| 2665 South Bayshore Dr., Suite 609 | 2821 Bayshore Drive, UPH-B |
| Miami, FL 33133 | Miami, FL 33133 |
| **Attn: Doug Eaton, Esq.** | **Attn: Hilarie Bass, Esq.** |
| deaton@eatonwolk.com | bassh@bassinstitute.org |
| *Counsel for Plaintiffs* | *Counsel for Tesla* |