# EXHIBIT A

## PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| | | **On-board camera footage/data** | | | |
| P-1. | Plaintiffs | On-board backup camera video - Tesla - 00000001 | | | |
| P-2. | Plaintiffs | On-board fisheye camera video - Tesla - 00000002 (video) | | | |
| P-3. | Plaintiffs | On-board left pillar camera video - Tesla - 00000003 (video) | | | |
| P-4. | Plaintiffs | On-board left repeater camera video -Tesla - 00000004 (video) | | | |
| P-5. | Plaintiffs | On-board main camera video - Tesla - 00000005 (video) | | | |
| P-6. | Plaintiffs | On-board narrow camera video - Tesla - 00000006 (video) | | | |
| P-7. | Plaintiffs | On-board right pillar camera video -Tesla - 00000007 (video) | | | |
| P-8. | Plaintiffs | On-board right repeater camera video -Tesla - 00000008 (video) | | | |
| P-9. | Plaintiffs | D16 Report - Benavides-0000007-17 | | | |
| | | **Government Investigations** | | | |
| P-10. | Plaintiffs | Tesla letter to NHTSA May 2021 - Benavides-00000565-566 | I, UP | | |
| P-11. | Plaintiffs | Tesla Incident Review -Benavides-00000600-626 | I, R, UP | | |
| P-12. | Plaintiffs | ODI Resume Opening letter 8-13-21 - Benavides-00000727-728 | I, R, UP | | |

## PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**  21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) Date Identified | (Clerk's Entries) Date Admitted |
|---|---|---|---|---|---|
| P-13. | Plaintiffs | NHTSA letter to Tesla Aug 2021 - Benavides-00000828-838 | I, R, H, UP | | |
| P-14. | Plaintiffs | Theory of Operation HW2.5 Model S - Benavides-00003048-3118 | | | |
| P-15. | Plaintiffs | Tesla Resp to NHTSA Oct 2021 - Benavides-00001016-1035 | I, R, UP | | |
| P-16. | Plaintiffs | Attachment 5b to Benavides 1016 – Resp to PE21020 - Benavides-00003119-3124 | I, R, UP | | |
| P-17. | Plaintiffs | Attachment 5c to Benavides 1016 – Resp to PE21020 - Benavides-00003125-3134 | I, R, UP | | |
| P-18. | Plaintiffs | Attachment 5d to Benavides 1016 – Resp to PE21020 - Benavides-00003135-3147 | I, R, UP | | |
| P-19. | Plaintiffs | Attachment 5e to Benavides 1016 – Resp to PE21020 - Benavides-00003148-3149 | I, R, UP | | |
| P-20. | Plaintiffs | Attachment 5f to Benavides 1016 – Resp to PE21020 - Benavides-00003150-3162 | I, R, UP | | |
| P-21. | Plaintiffs | Tesla Resp to 16007 from NHTSA 12-30-16 - Benavides-00003163-3185 | I, R, UP | | |
| P-22. | Plaintiffs | Tesla Qtrly Update to NHTSA 3-27-19 - Benavides-00003188-3222 | I, R, UP | | |
| P-23. | Plaintiffs | Tesla Qtrly Update to NHTSA 6-15-18 - Benavides-00003228-3260 | I, R, UP | | |

**PLAINTIFFS TRIAL EXHIBIT INDEX**

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| | | **Augmented Videos** | | | |
| P-24. | Plaintiffs | Tesla Augmented video main - Benavides-00007638 | R, UP | | |
| P-25. | Plaintiffs | Tesla Augmented video main (frame by frame) - Benavides-00007638 Tesla | R, UP | | |
| P-26. | Plaintiffs | Tesla Augmented video narrow - Benavides-00007639 | R, UP | | |
| P-27. | Plaintiffs | Plaintiffs Augmented video main | R, UP | | |
| P-28. | Plaintiffs | Plaintiffs Augmented video main (frame by frame) | R, UP | | |
| P-29. | Plaintiffs | Plaintiffs Augmented video narrow | R, UP | | |
| P-30. | Plaintiffs | Plaintiffs Augmented video narrow (frame by frame) | R, UP | | |
| P-31. | Plaintiffs | Corporal Riso correspondence with Tesla - Benavides-00007681-7690 | H | | |
| | | **Discovery Responses** | | | |
| P-32. | Plaintiffs | Tesla Responses to Benavides RFA, Set 1 | R, UP | | |
| P-33. | Plaintiffs | Tesla Supplemental Responses to Benavides RFA, Set 1 | R, UP | | |
| P-34. | Plaintiffs | Tesla Supplemental Responses to Huang RFA, Set 3 | R, UP | | |
| P-35. | Plaintiffs | Tesla Press Conference Autopilot v 7.0 software 10-14-2015 (Video) | H, R, UP | | |

## PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**   21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | **Elon Musk's Statements About Autopilot** | | | |
| P-36. | Plaintiffs | Tesla Press Conference Autopilot v 7.0 software 10-14-2015 (Transcript in Word) | H, R, UP | | |
| P-37. | Plaintiffs | Tesla Autopilot 2.0 Conference Call with Visuals 10-19-2016 (Video) | H, R, UP | | |
| P-38. | Plaintiffs | Tesla Autopilot 2.0 Conference Call with Visuals 10-19-2016 (Transcript in Word) | H, R, UP | | |
| P-39. | Plaintiffs | Tesla Conference 2016 – Q&A attachment 6 – 2016 Code (Video) | H, R, UP | | |
| P-40. | Plaintiffs | Mobileye Statement 9-16-2016 | H, R, UP | | |
| P-41. | Plaintiffs | Tesla Press Conference 9-11-2016 (Audio) | H, R, UP | | |
| P-42. | Plaintiffs | Tesla Press Conference 9-11-2016 (transcript) | H, R, UP | | |
| | | **Expert Reports** | | | |
| P-43. | Plaintiffs | Alan Moore Initial Report 6-23-2024 | H, UP | | |
| P-44. | Plaintiffs | Alan Moore Rebuttal Report 7-8-2024 | H, UP | | |
| P-45. | Plaintiffs | Alan Moore Supplemental Report 8-20-2024 | H, UP | | |
| P-46. | Plaintiffs | Alan Moore Declaration 12-2-2024 | H, UP | | |

**PLAINTIFFS TRIAL EXHIBIT INDEX**

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**   21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| P-47. | Plaintiffs | Alan Moore Supplemental Declaration 12-10-2024 | H, UP | | |
| P-48. | Plaintiffs | Alan Moore 2nd Supplemental Report 12-12-2024 | H, UP | | |
| P-49. | Plaintiffs | Alan Moore 2nd Supplemental Declaration 1-15-2025 | H, UP | | |
| P-50. | Plaintiffs | Alan Moore photos (11 – jpg) | | | |
| P-51. | Plaintiffs | Alan Moore PPT  *(per stip with Tesla, to be produced the day prior to his trial testimony)* | A | | |
| P-52. | Plaintiffs | Tesla Owner's Manual - Benavides 00001795-1997 | | | |
| P-53. | Plaintiffs | Owners Manual 2019 – Cadillac CT6 | A | | |
| P-54. | Plaintiffs | Clips of Lex Friedman Podcast #18, April 12, 2019 (with transcription) | H, R, UP | | |
| P-55. | Plaintiffs | Mendel Singer Opinions 6-20-2024 | H, UP | | |
| P-56. | Plaintiffs | Dr. Mary (Missy) Cummings Initial Report 6-23-2024 | H, UP | | |
| P-57. | Plaintiffs | Dr. Mary (Missy) Cummings Updated Report 7-20-2024 | H, UP | | |
| P-58. | Plaintiffs | Dr. Mary (Missy) Cummings Supplemental Report Aug 2024 | H, UP | | |

**PLAINTIFFS TRIAL EXHIBIT INDEX**

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**   21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| P-59. | Plaintiffs | Dr. Mary (Missy) Cummings Declaration 12-2-2024 | H, R, UP | | |
| P-60. | Plaintiffs | Dr. Mary (Missy) Cummings Declaration 2-24-2025 | H, R, UP | | |
| | | **Government Investigation Findings** | | | |
| P-61. | Plaintiffs | ODI Closing Report – EA22002 PE21020 - 6-8-22 | R, H, UP | | |
| P-62. | Plaintiffs | Tesla letter to NHTSA – 11-1-21 – BENAVIDES-00001042-1053 | R, UP | | |
| P-63. | Plaintiffs | NHTSA - EA22002 Update 4-25-24 | R, H, UP | | |
| P-64. | Plaintiffs | NHTSA letter to Tesla – Eddie Gates 5-6-24 | R, H, UP | | |
| P-65. | Plaintiffs | NHTSA letter to Tesla – Jacky Lam 2-1-24 | R, H, UP | | |
| P-66. | Plaintiffs | NHTSA Recall - Part 573 – 23V838-8276 - 12-23-23 | R, H, UP | | |
| | | **Reports and Data from Subject Collision** | | | |
| P-67. | Plaintiffs | Florida Highway Patrol Crash Report | P, H, UP | | |
| P-68. | Plaintiffs | Florida Highway Patrol Traffic Homicide Report | P, H, UP | | |
| P-69. | Plaintiffs | BENAVIDES-00000002 Log Data (Excel) | P, H, UP | | |

**PLAINTIFFS TRIAL EXHIBIT INDEX**

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**  21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) Date Identified | Date Admitted |
|---|---|---|---|---|---|
| P-70. | Plaintiffs | BENAVIDES-00000003 Log Data (Excel) | | | |
| P-71. | Plaintiffs | BENAVIDES-00000006 Log Data (Excel) | | | |
| P-72. | Plaintiffs | BENAVIDES-00001111 response chart (Excel) | | | |
| | | **Deposition Exhibits** | | | |
| P-73. | Plaintiffs | Autosteer - Exhibit 271 - TESLA-00085342-359 | R, UP | | |
| P-74. | Plaintiffs | Autopilot 1 - Exhibit 313 – TESLA-00056085-87 & TOC (3 pages) | R, UP | | |
| P-75. | Plaintiffs | Paint it Black video | R, UP | | |
| P-76. | Plaintiffs | Reserved | | | |
| P-77. | Plaintiffs | NTSB Report - Collision between a Car Operated with Automated Vehicle Control Systems and a Tractor-Semitrailer Truck Near Williston Florida - Exh 3 to deposition of Robert Sumwalt III | R, H, UP | | |
| P-78. | Plaintiffs | NTSB New Safety Recommendations 9-28-17 - Exh 4 to deposition of Robert Sumwalt III | R, H, UP | | |
| P-79. | Plaintiffs | NTSB Safety Recommendation H-17-041 - Exh 5 to deposition of Robert Sumwalt III | R, H, UP | | |

**PLAINTIFFS TRIAL EXHIBIT INDEX**

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**  21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) Date Identified | (Clerk's Entries) Date Admitted |
|---|---|---|---|---|---|
| P-80. | Plaintiffs | Text message from Robert Sumwalt to Elon Musk 2-25-20 - Exh 6 to deposition of Robert Sumwalt III | R, H, UP | | |
| P-81. | Plaintiffs | Safety Recommendation H-17-042 - Exh 7 to deposition of Robert Sumwalt III | R, H, UP | | |
| P-82. | Plaintiffs | Robert Sumwalt presentation to U.S. Senate 11-20-19 - Exh 9 to deposition of Robert Sumwalt III | R, H, UP | | |
| P-83. | Plaintiffs | Reserved | | | |
| P-84. | Plaintiffs | Reserved | | | |
| P-85. | Plaintiffs | H-17-042 - Exh 221 to deposition of Ashkay Phatak | R, H, UP | | |
| P-86. | Plaintiffs | H-17-041 - Exh 233 to deposition of Ashkay Phatak | R, H, UP | | |
| P-87. | Plaintiffs | NTSB letter 9-28-17 - Exh 252 to deposition of Ashkay Phatak | R, H, UP | | |
| P-88. | Plaintiffs | Tesla Considered Adding Eye Tracking - Exh 310 to deposition of Askay Phatak | R, H, UP | | |
| P-89. | Plaintiffs | Hands-on email string – ((Exh 316 to deposition of Ashkay Phatak – TESLA-0010688n2) | | | |
| P-90. | Plaintiffs | Autopilot chimes volume email string – (Exh 319 to deposition of Ashkay Phatak – TESLA-00077924) | A, H, UP | | |

**PLAINTIFFS TRIAL EXHIBIT INDEX**

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) Date Identified | (Clerk's Entries) Date Admitted |
|---|---|---|---|---|---|
| P-91. | Plaintiffs | Driver monitoring email string - Exh 321 to deposition of Ashkay Phatak – TESLA-00106107 | | | |
| P-92. | Plaintiffs | Reserved | | | |
| P-93. | Plaintiffs | Declaration of David Shoemaker - Exhibit 2 to Deposition of David Shoemaker | | | |
| P-94. | Plaintiffs | Reserved | | | |
| P-95. | Plaintiffs | Autosteer Beta Warning (page 7) – Exh 2 to Deposition of Eloy Rubio Blanco | | | |
| P-96. | Plaintiffs | Driver Assistance System – Model S – HW2.5 - Exh 3 to Deposition of Eloy Rubio Blanco | | | |
| P-97. | Plaintiffs | Longitudinal Collision Management - Exh 5 to Deposition of Eloy Rubio Blanco | | | |
| P-98. | Plaintiffs | Garage Pages of McGee Tesla–-BENAVIDES-00007640-7660 | | | |
| P-99. | Plaintiffs | Reserved – (Deposition excerpts played at trial of Robert Sumwalt III) | I, R, UP | | |
| P-100. | Plaintiffs | Reserved – (Deposition excerpts played at trial of Eloy Rubio Blanco) | | | |
| P-101. | Plaintiffs | Reserved – (Deposition excerpts played at trial of David Shoemaker) | R, UP | | |

**PLAINTIFFS TRIAL EXHIBIT INDEX**

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| P-102. | Plaintiffs | Reserved – (Deposition excerpts of Ashkay Phatak played at trial) | | | |
| P-103. | Plaintiffs | Mendel Singer Powerpoint<br><br>(*per stip with Tesla, to be produced the day prior to his trial testimony*) | A | | |
| | | **Liability Demonstratives** | | | |
| P-104. | Plaintiffs | Demonstratives – Subject Tesla's Media Control Unit | Reserve right to object | | |
| P-105. | Plaintiffs | Demonstratives – Subject Tesla's Electronic Control Unit | Reserve right to object | | |
| P-106. | Plaintiffs | Demonstrative – Tesla Timeline | Reserve right to object | | |
| P-107. | Plaintiffs | Demonstrative – Crash Timeline | Reserve right to object | | |
| P-108. | Plaintiffs | Demonstrative – Road Class | Reserve right to object | | |
| P-109. | Plaintiffs | Demonstrative – Urgent Upload | Reserve right to object | | |
| P-110. | Plaintiffs | Demonstrative – Data Storage | Reserve right to object | | |

**PLAINTIFFS TRIAL EXHIBIT INDEX**

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**  21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| P-111. | Plaintiffs | Demonstrative - Elon Musk's Statements | A, R, H | | |
| P-112. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-113. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-114. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-115. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-116. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-117. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-118. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-119. | Plaintiffs | Demonstrative | Reserve right to object | | |
| | | **Damages – medical records, photographs, demonstratives** | | | |

**PLAINTIFFS TRIAL EXHIBIT INDEX**

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**   21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| P-120. | Plaintiffs | Miami Dade Fire Rescue Records (A000003-A000006) | H, R, UP | | |
| P-121. | Plaintiffs | Ocean Reef Volunteer Fire Department Records (Angulo006925—6936) | H, R, UP | | |
| P-122. | Plaintiffs | Jackson Memorial Hospital Records (4/25/19 \| Angulo000460—005446) | H, R, UP | | |
| P-123. | Plaintiffs | Jackson Memorial Hospital Records (6/11/19\| Angulo005447—005492) | H, R, UP | | |
| P-124. | Plaintiffs | Jackson Memorial Hospital Records (6/13/19 \| Angulo005493—005561) | H, R, UP | | |
| P-125. | Plaintiffs | Jackson Memorial Hospital Records (12/16/19 \| Angulo005562—006889) | H, R, UP | | |
| P-126. | Plaintiffs | Baptist Health South Florida Records (Angulo 000230—459) | H, R, UP | | |
| P-127. | Plaintiffs | Baptist Health South Florida Records (C000006—26) | H, R, UP | | |
| P-128. | Plaintiffs | UMH Records Giselle Marie Hernandez, MD (Angulo007556—7562; 7540—7544; 7524—7530; 7508—7514; 7484—7489; 7458—7465; 7430—7435; 7420—7426) and summaries from 4/13/22; 2/28/24; 9/18/24; 11/13/24 | H, R, UP | | |

**PLAINTIFFS TRIAL EXHIBIT INDEX**

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**  21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| P-129. | Plaintiffs | UMH Records Gregory Zych, DO (Angulo007443—7448) | H, R, UP | | |
| P-130. | Plaintiffs | UMH Records Arshad Kaleem, MD (Angulo007552—7555) | H, R, UP | | |
| P-131. | Plaintiffs | UMH Records Chane Nami Price, MD (Angulo007837—7845; 7846—7853; 7879—7885) | H, R, UP | | |
| P-132. | Plaintiffs | UMH Records Danielle Bodzin Horn, MD (2/28/24; 10/9/2024; 12/18/24; 2/14/25; 4/9/25) | H, R, UP | | |
| P-133. | Plaintiffs | UMH Records Joseph Patin, MD (6/26/24; 6/25/25) | H, R, UP | | |
| P-134. | Plaintiffs | UMH Records Michael Gerald Baraga, MD (Angulo007498—7507) | H, R, UP | | |
| P-135. | Plaintiffs | UMH Records Richard C. Davi, MD (3/21/23; 5/23/23; 3/26/24; 6/26/24) | H, R, UP | | |
| P-136. | Plaintiffs | UMH Records Ortho Trauma (Angulo006950—7002) | H, R, UP | | |

## PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| P-137. | Plaintiffs | UMH Records Lennar Foundation Rehab (Angulo007861—7871; 7273—7293; 7304—7337; 7252—7263; 7234—7243; 7216—7226; 7190—7206; 7148—7158; 7941—7948; 7076—7087; 7056—7068; D000001—302) | H, R, UP | | |
| P-138. | Plaintiffs | Elite Physical Therapy Records (4/24/23—6/2/25; Angulo008012—8241) | H, R, UP | | |
| P-139. | Plaintiffs | Evolutionary Healing Institute Records (5/17/23; 5/24/23; 6/5/23) | H, R, UP | | |
| P-140. | Plaintiffs | Mind & Soul Therapy Records (Angulo006293—6294) | H, R, UP | | |
| P-141. | Plaintiffs | Plasencia & Associates Records (8/23/23—1/20/25) | H, R, UP | | |
| P-142. | Plaintiffs | Wellspring Counseling Records (4/4/24—7/22/24) | H, R, UP | | |
| P-143. | Plaintiffs | Pathway Counseling Records (A000001—16) | H, R, UP | | |
| P-144. | Plaintiffs | Pathway Counseling Records (1/2/25—5/21/25) | H, R, UP | | |
| P-145. | Plaintiffs | William Torres Carbonell, PMHNP Records (8/13/24—11/11/24) | H, R, UP | | |
| P-146. | Plaintiffs | Design Neuroscience Center Records (6/29/23—6/27/24) | H, R, UP | | |

**PLAINTIFFS TRIAL EXHIBIT INDEX**

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**  21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| P-147. | Plaintiffs | Comprehensive Rehabilitation Evaluation by Craig H. Lichtblau, MD | H, R, UP | | |
| P-148. | Plaintiffs | Neuropsychological Evaluation by Sally L. Kolitz Russell, MD | H, R, UP | | |
| P-149. | Plaintiffs | UMHealth Imaging Studies (10/3/19; 9/29/19; 7/18/19; 5/23/19; 11/21/19; 4/13/22; 4/23/20; 9/27/19; 10/4/24; 4/26/19; 4/30/19; 4/25/19; 5/6/19; 5/4/19; 4/29/19; 5/21/19; 4/27/19) | H, R, UP | | |
| P-150. | Plaintiffs | Demonstrative Summary of Plaintiff Angulo's Injuries, Surgeries, and Neuropsychological Findings | Reserve right to object | | |
| P-151. | Plaintiffs | Photographs—damage to Plaintiff Angulo's vehicle | Reserve right to object | | |
| P-152. | Plaintiffs | Photographs—Angulo and Naibel Benavides prior to the incident | Reserve right to object | | |
| P-153. | Plaintiffs | Photographs—Angulo's physical injuries | Reserve right to object | | |
| P-154. | Plaintiffs | Photographs and Videos—Naibel Benavides' moments with family prior to the incident | Reserve right to object | | |

## PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**  21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| P-155. | Plaintiffs | Photographs—Plaintiff Angulo's jaw hardware and pelvic fractures | Reserve right to object | | |
| P-156. | Plaintiffs | Miami Neck & Back Records (F000003-5) | H, R, UP | | |
| P-157. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-158. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-159. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-160. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-161. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-162. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-163. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-164. | Plaintiffs | Demonstrative | Reserve right to object | | |

## PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**  21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| P-165. | Plaintiffs | Demonstrative | Reserve right to object | | |
| P-166. | Plaintiffs | | | | |
| P-167. | Plaintiffs | | | | |
| P-168. | Plaintiffs | | | | |
| P-169. | Plaintiffs | | | | |
| P-170. | Plaintiffs | | | | |
| P-171. | Plaintiffs | | | | |
| P-172. | Plaintiffs | | | | |
| P-173. | Plaintiffs | | | | |
| P-174. | Plaintiffs | | | | |
| P-175. | Plaintiffs | | | | |
| P-176. | Plaintiffs | | | | |
| P-177. | Plaintiffs | | | | |
| P-178. | Plaintiffs | | | | |
| P-179. | Plaintiffs | | | | |

## PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:**  21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) | |
|---|---|---|---|---|---|
| | | | | Date Identified | Date Admitted |
| P-180. | Plaintiffs | | | | |