# EXHIBIT B

# *Tesla Press Conference Autopilot V7.0 release*
# *October 14, 2015.*     *Exhibit 35/36*



Elon Musk

"The forward-facing camera is able to determine where the lanes are, where the cars are ahead of it, and it's also able to read signs. It's been able to read speed signs for a while, for example, but it's able to read pretty much any sign."

"Then that's combined with forward radar. The radar is very good at detecting fast-moving large objects and it can actually see through fog, rain, snow, and dust."

"So the forward radar gives the car superhuman sensors. It can see through things that are close to the car."

## *Tesla Code Conference  June 1, 2016*

*Exhibit 39*



Elon Musk

"I really would consider autonomous driving to be basically a solved problem."

"Model S and Model X, at this point, can drive autonomously with greater safety than a person. Right now."

"We are less than two years away from complete autonomy. Complete. Safer than a human."

# *Tesla Press Conference   September 11, 2016*

*Exhibit 41/42*

"But particularly anything large, or metallic, or anything that's dense, the radar system in the car we're confident will be able to detect that and initiate a braking event. Both when the Autopilot is active and when it is not active."

"When the Autopilot is not active, not activated, it will operate in an emergency braking mode. So, in that case, it's more likely to mitigate the impact speed because if Autosteer is not on, it doesn't know whether the driver is actually going to turn out-of-the-way of an obstacle or not. So, it will only brake at the very last second."

"If Autosteer is turned on, the car computer knows what its probable path is and whether it will actually turn in time or not. And so, it will be a much more comfortable braking experience as opposed to the last-minute and in that case, we think most likely we will be able to brake to a complete stop instead of simply mitigating the impact velocity."

"So, we think it probably works better with Autopilot on than off."



Elon Musk

"The exciting thing is that even if the vision system doesn't recognize what the object is, because it could be a very strange looking vehicle, it could be a multi-car pileup, it could be a truck crossing the road."

"It really could be anything. An alien spaceship. A pile of junk metal that fell off the back of the truck."

"It actually doesn't matter what the object is. It just knows there's something dense that it's going to hit, and it should not hit that."

## *Tesla Autopilot 2.0 Announcement   October 19, 2016*

*Exhibit 39*



Elon Musk

"The basic news is that all Tesla vehicles exiting the factory have the hardware necessary for Level 5 Autonomy."

"The hardware two is capable of level five autonomy. In other words, the hardware is capable of the highest level of autonomy. And hardware one, we will continue to improve as we improve the software that operates the car."

"I mean, already with 7.0 it was unequivocally safer than manually driven cars. And with ADO that has improved even more. So, it will obviously be crazy to turn off something that is preventing accidents."