# EXHIBIT C



## TESLA TIMELINE

**FATAL CRASH**
May 7, 2016

**NHTSA OPENED INVESTIGATION**
June 28, 2016

"Safer than a human"
June 1, 2016

Elon Musk at Tesla Press Conference
September 11, 2016

Elon at Tesla Autopilot 2.0 Press Conference
October 19, 2016

Elon's Tweet
October 20, 2016

**SAFETY RECOMMENDATION**
September 28, 2017

NTSB reiterated urgent need for Tesla to implement clearer operational limits for Autopilot.
November 13, 2017

**FATAL CRASH**
in Kanagawa Japan
April 19, 2018

GM releases SuperCruise
December, 2018

**FATAL CRASH**
in Delray Beach,
March 1, 2019

**FATAL CRASH**
involving subject Maribel
Benavides and serious
injuries to Dillon Angulo
April 25, 2019

NTSB reiterated Safety Recommendations
March 19, 2020

NTSB again highlighted safety risks
February 1, 2021

NTSB expressed deep concern over Tesla's
October 25, 2021

**NHTSA identifies 211 front plane crashes**
Early 2018 – August 2022

NHTSA collected 510 additional crash reports
August 2022 – August 2023

**NHTSA's investigation concluded after analyzing 956 Autopilot-related crashes**
Early 2018 – August 2022

**IMPORTANT SAFETY RECALL INFORMATION**
Tesla files a Safety Recall with NHTSA for every vehicle its ever manufactured
December, 2023

2016    2017    2018    2019    2020    2021    2022    2023

P-106-0001

TESLA TIMELINE



**FATAL CRASH**
-Fatal crash involving Tesla using Autopilot.
-Crash revealed critical limits in object recognition and driver engagement monitoring.
-Tesla driver had approximately seconds to react.

May 7, 2016

2016

P-106-0002



TESLA TIMELINE

2016

P-106-0003





**TESLA TIMELINE**

**FATAL CRASH**
-Fatal crash involving Tesla Model S
using Autopilot.
-Crash revealed critical limitations
in object recognition and driver
engagement monitoring.
-Tesla driver had approximately 3.4
seconds to react.

May 7, 2016

Elon Musk at Code Conference
"Safer than a human"
June 1, 2016

Elon Musk at Tesla Press
Conference
September 11, 2016

Elon at Tesla Autopilot 2.0
Press Conference
October 19, 2016

NHTSA

**OPENED INVESTIGATION**
National Highway Traffic Safety Administration
opened investigation into Autopilot's automatic
emergency braking and forward collision
warning systems.

June 28, 2016

**2016**

P-106-0005





TESLA TIMELINE

**FATAL CRASH**
-Fatal crash involving Tesla Model S using Autopilot.
-Crash revealed critical limitations in object recognition and driver engagement monitoring.
-Tesla driver had approximately 3.4 seconds to react.
May 7, 2016

Elon Musk at Code Conference
"Safer than a human"
June 1, 2016

Elon Musk at Tesla Press Conferenc
September 11, 2016

Elon at Tesla Autopilot 2.0 Press Conference
October 19, 2016

Paint it Black
October 20, 2016

NHTSA
**OPENED INVESTIGATION**
National Highway Traffic Safety Administration opened investigation into Autopilot's automatic emergency braking and forward collision warning systems.
June 28, 2016

**2016**

P-106-0007



**TESLA TIMELINE**

**APRIL 25 2019**

- Fatal crash involving Naibel Benavides
- Serious injuries to Dillon Angulo
- Cardsound Rd Miami, Fl.

2017          2018          2019

P-106-0008



TESLA TIMELINE

NHTSA identifies **211** front plane crashes involving Autopilot including **13** fatal collisions

Early 2018 – August 2022

NHTSA collected **510** additional crash reports reinforcing concerns about Autopilot misuse and driver inattentiveness.

August 2022 – August 2023

NHTSA's investigation concluded after analyzing **956** Autopilot-related crashes, noting major safety gaps in driver engagement systems.

August 30, 2023

**OPEN-UNACCEPTABLE RESPONSE**
• **NTSB** reiterated Safety Recommendations due to continued issues; reclassified Tesla's response as
• Of the six automakers, Tesla was the only company to not respond

March 19, 2020

**NTSB** again highlighted safety risks due to ongoing Autopilot design issues and unrestricted use.

February 1, 2021

**NTSB** expressed deep concern over Tesla's continued failure to implement recommended safeguards.

October 25, 2021

2020          2021          2022          2023

P-106-0009

# NOTABLE FINDINGS
## AND CONCLUSIONS:

 · Tesla's branding of "Autopilot" potentially misleads drivers regarding system capabilities.

 · Autopilot consistently allowed driver disengagement and lacked sufficient driver attention monitoring compared to industry peers.

 · Many Autopilot crashes involved hazards clearly visible 5–10+ seconds prior to impact, indicating preventability with adequate driver engagement.

P-106-00010



TESLA TIMELINE