**EXHIBIT D**

```
-------------------------------------------------------




              *** AUDIO TRANSCRIPTION ***

    Tesla October 19th 2016 Autopilot 2.0 Conference

              Call With Visuals Added

            Neima Benavides v. Tesla, Inc.

                      * * *



-------------------------------------------------------
```

Transcribed

By:  Hillary Madete

Job No.: 127900

Autopilot 2.0 Conference                                           October 19, 2016

```
 1      MR. MUSK:  The, the basic news is that
 2  all Tesla vehicles exiting the factory have
 3  hardware necessary for Level 5 autonomy.  So
 4  that's in terms of the, the, the cameras and
 5  compute power.  It's every car we make, so on,
 6  on the order of 2,000 cars a week are shipping
 7  now with Level 5, meaning hardware capable of
 8  a full self-driving or driverless capability.
 9      So it'll take us some time, you know,
10  into the future to, to complete validation of
11  the software and, and, and obviously get the
12  required regulatory approval.  But the
13  important thing is that the foundation is laid
14  for the cars to be fully autonomous at a
15  safety level we believe to be at least twice
16  that of a person, may be better.
17      So I think that's probably unexpected by
18  most that it's happening right now.  So yeah,
19  so we're pretty excited about that.  And that
20  -- that's also essentially part 2 of the Model
21  3 announcement, which is that Model 3 will
22  also have the hardware necessary for full
23  autonomy.
24      In fact, all, all cars that Tesla makes
25  from here on out will have, have the hardware
                                         Page 2
```

```
 1  needed to be fully autonomous or, or
 2  driverless.  That's, that's, that's where
 3  things are.  And, and the -- this is all Tesla
 4  Vision software.
 5      So we're, we're, we're not -- we're not
 6  using any, any third party software or
 7  anything for, for the Vision processing.  This
 8  is a Tesla-developed neural net.  And yeah,
 9  although it's somewhat hard -- hardware
10  independent, it could be -- we, we could
11  actually run this on Nvidia, AMD, or, or
12  Intel.  We, we did -- we did pick the Nvidia
13  Titan GPU as the -- as the main chip for the,
14  the neural net.
15      But it was -- it was a pretty tight,
16  tight call between -- particularly between AMD
17  and Nvidia.  But ultimately, we thought Nvidia
18  had the, the, the better, better hardware.  So
19  that -- that's kind of where -- that's,
20  that's, that's, I think, pretty, pretty huge
21  news.  Now, with that, we can go into
22  questions.
23      SPEAKER A:  Okay.  Our first question is
24  from Nikki Gordon-Bloomfield from Transport
25  Evolve, LLC.  Your microphone is now open.
                                         Page 3
```

```
 1      MS. GORDON-BLOOMFIELD:  Yeah.  Good
 2  evening, Elon.  I have got a -- I've got two
 3  questions.  I don't know if you're in the
 4  place to answer two, so please pick one if
 5  not.  Autopilot's proven very reliable thus
 6  far with, you know, minimal and problems with,
 7  with its safety.
 8      But I'm asking if Tesla will be offering
 9  indemnity against crashes involving fully
10  autonomous autopilot mode in much the same way
11  as Volvo is promising to do when Level 5
12  autonomy is activated on your vehicle?
13      MR. MUSK:  No.  I think that would be up
14  to the individual's insurance.  I mean, just
15  like it's -- you know, if it's -- if it's --
16  if it's something endemic to our design,
17  certainly we would take our responsibility for
18  that.
19      But, you know, I think once you use sort
20  of autonomous cars, much like, like an
21  elevator in a building, does, does Otis take
22  responsibility for all elevators around the
23  world?  No, they don't.  So, you know, it's --
24  what, what really matters at the end of the
25  day here is what is the absolute safety level.
                                         Page 4
```

```
 1      And one of the things -- one of the
 2  things I should mention that frankly has been
 3  quite, quite disturbing to me is the degree of
 4  media coverage of autopilot crashes, which are
 5  basically almost none, relative to the paucity
 6  of media coverage of the 1.2 million people
 7  that die every year in manual crashes, is
 8  something that I think does not reflect well
 9  upon the media.  It really doesn't.
10      Because -- and, and, and we really need
11  to think carefully about this, because if in
12  writing some article that's negative, you
13  effectively dissuade people from using an
14  autonomous vehicle, you're killing people.
15  Next question.
16      SPEAKER A:  Our next question comes from
17  Jack Stewart from WIRED.  Your line is now
18  open.
19      MR. STEWART:  Hey, good evening.  I was
20  wondering, Elon, if you could just spell out
21  how you see this rollout of autonomous
22  features happening once these cars start to
23  become enabled.
24      The press release says that new features
25  will become available bit by bit.  How do you
                                         Page 5
```

Autopilot 2.0 Conference                                              October 19, 2016

```
 1  see that?  Are we going to see full city
 2  driving straight away or a more limited
 3  feature set?
 4       MR. MUSK:  Yeah.  So since this is a, a
 5  new platform, although we've, we've been
 6  spending -- you know, we've spent more than a
 7  year in, in testing.  The, the, the, the, the
 8  feature set initially will be -- will, will
 9  not -- will be disabled, at least for the
10  first few months.
11       The, the, the Hardware 2, the cars with
12  Hardware 2, what we call Hardware 2, which,
13  which is sort of the full autonomy suite, will
14  actually have fewer features than cars with
15  Hardware 1.  So we expect to, to reach feature
16  parity following field validation of the -- of
17  Hardware 2 probably in December, so maybe 2 or
18  3 months from now.
19       So for the next 2 or 3 months, actually a
20  Hardware 1 car will be better than a Hardware
21  2 car.  And then every -- approximately every
22  two or three months thereafter is when we
23  expect to release significant improvements in
24  autonomous capability.
25       And our, our goal is, I feel pretty good
                                         Page 6
```

```
 1  about this goal, is that we'll be able to do
 2  a, a demonstration drive of full autonomy all
 3  the way from LA to New York.  So basically
 4  from a home in LA to, let's say, dropping you
 5  off in, in Times Square in New York, and the
 6  having the car go and park itself by the end
 7  of next year, without, without, without the
 8  need for a single touch, including the
 9  charger.
10       MR. STEWART:  What is happening to
11  autopilot in the -- in the vehicles with the
12  new hardware?  Could you speak specifically to
13  that?
14       MR. MUSK:  What is happening to autopilot
15  in the vehicles with the new hardware?  Well,
16  the, the, the, the new hardware is, is what
17  will enable self-driving, which is different
18  from autopilot.
19       You know, autopilot is a term that's been
20  in use for more than half a century as, as an
21  -- as an assistance, a flying assistant in, in
22  aircraft for pilots.  That's why we chose to
23  use.  It does not represent self-driving any
24  more than autopilot aircraft makes an aircraft
25  self-flying.
                                         Page 7
```

```
 1       MR. STEWART:  So I'm just trying to
 2  understand.  So the autopilot, which has been
 3  associated with your advanced assistant driver
 4  assistance technology here, you know, up until
 5  now, is that -- what, what happens to that
 6  system?  What happens to that, that, that
 7  name, if you will, as you go forward with this
 8  new hardware?  It's just not clear from the
 9  release, and I just want to understand how
10  you're handling that.
11       MR. MUSK:  Yeah.  There's -- basically
12  there, there -- there'll be two of -- I mean,
13  we're -- there'll, there'll be two options for
14  buying a car.
15       One is what we call enhanced autopilot,
16  which is kind of quite similar to what the,
17  the autopilot that we're -- that we had been
18  offering, except that it's got redundant
19  forward cameras, and it has a, a left rear
20  camera and a right rear camera, as well as a
21  significantly improved ultrasonic sonar and,
22  and, and, and much more computing power.
23       The, the net effect of enhanced autopilot
24  is you should be able to go from freeway on-
25  ramp to exit, as well as transitioning to --
                                         Page 8
```

```
 1  between multiple freeways and passing and
 2  maneuvering around other cars without touching
 3  anything with enhanced autopilot.
 4       Then there's sort of the full self-
 5  driving capability, which will take care of
 6  the much more complex situations in, in urban
 7  environments.  And so there'll be two, two
 8  options that people can, can, can pick in, in
 9  buying a car.  Either basically a -- an, an
10  improved version of autopilot or full self-
11  driving.
12       So one's kind of four cameras, the
13  other's eight cameras.  Yeah.  That's, that's
14  sort of what, what will happen.  Now, now, the
15  Hardware 1 autopilot vehicles will continue to
16  improve with improved software with -- as the
17  fleet learning, as we accumulate more miles,
18  it will -- it will continue to, to get better
19  and better with -- but, but it, it will -- it
20  is limited by the, the fundamental hardware
21  that's on, on the, the Hardware 1 cars, in
22  that there's only one forward camera.
23       They're, they're ultrasonics, but they
24  have half the range in resolution, has the --
25  has, like, the radar.  And so this with --
                                         Page 9
```

```
 1  within the context of, of that sensor suite,
 2  the Hardware 1 cars will, will continue,
 3  continue to, to get better over time.
 4      SPEAKER A:  Thank you.  Our next question
 5  is from David Baker from the San Francisco
 6  Chronicle.  Your line is now open.
 7      MR. BAKER:  Thanks for -- thanks for
 8  doing the call.  I actually wanted to follow
 9  up on exactly what you were talking there.
10  Could you walk us through the, the differences
11  between the hardware suite on the existing
12  autopilot cars that are out there and this new
13  suite?  In other words, you, you were talking
14  about more cameras, better sensor range.
15  Could you just detail each of those changes?
16      MR. MUSK:  Yeah.  Absolutely.  So we, we,
17  we go from, from one camera to eight cameras,
18  and, and three, three of which are forward
19  cameras.  So we have redundant -- redundancy
20  in the forward camera sort of looking, looking
21  forward.  And we have 360-degree coverage,
22  visual coverage around the car.
23      So that's a -- that's a pretty -- that's
24  a pretty big upgrade.  The, the compute power
25  increases by a factor of 40, like, so 40X
                                          Page 10
```

```
 1  increase in compute power.  So it's a gigantic
 2  increase in, in computing power.  In, in, in
 3  fact, the computer will be capable of, of, of
 4  12 trillion operations per second.  It's
 5  basically a supercomputer in a car.
 6      And then the ultrasonic sensors are next
 7  generation ultrasonic sonar, which have about
 8  twice the range in resolution of the -- of the
 9  current sonar, and that -- that's also 360
10  degrees.
11      I mean, there -- I mean, there are also
12  some other minor things, like the, the, the,
13  the GPS is, is more accurate and provides more
14  frequent updates, and there's some other minor
15  sensor improvements on the IMU, the Initial
16  Measurement Unit and a few other areas.
17      MR. BAKER:  Hey, Elon.  I'm just
18  wondering what are your thoughts on the
19  regulations around this?  You know, is it
20  going to be limited based on, you know, oh, in
21  Texas you can do this and in California you
22  can do that, and it's going to be different?
23  Or are you just going to say everyone
24  everywhere can do it?  What are you thinking
25  on the regulatory side?
                                          Page 11
```

```
 1      MR. MUSK:  Well, it's not up to us.  It's
 2  up to the regulators.  I'm, I'm -- hopefully
 3  in, in the US, things do not become balkanized
 4  so that it's different in every state because
 5  I think that would be -- that would be
 6  detrimental to the US consumer.  And I think
 7  in the EU, there's -- it's, like, fairly
 8  confident it'll be a uniform standard.
 9      So it's really a question of what -- you
10  know, what, what does the public think is
11  appropriate, what do regulators think is
12  appropriate?  And gathering enough data
13  because the system will always be operating in
14  shadow mode.  So we can -- we can gather a, a
15  large volume of statistical data to show the
16  false positives or false negatives.
17      When, when -- you know, when would the
18  computer have acted, and would that have
19  prevented an accident?  Or if the computers
20  would have acted, and that would have produced
21  an accident, we can think, but that's
22  operating in shadow mode.  So we can say, say
23  when it would have incorrectly acted or not
24  acted.
25      Compare that to what, what should have
                                          Page 12
```

```
 1  been done in the real world, and, and then at
 2  the point at which it is statistically
 3  significant result that shows, like, a, a very
 4  -- a material improvement over the, the
 5  accident rate for manually driven cars.
 6      I think at that point, regulators will
 7  likely to be comfortable approving it.  But,
 8  but that approval process really could be
 9  radically different from one part of the world
10  to, to another.  It's, it's not something
11  within our control.
12      MR. BAKER:  One last just follow-up to
13  that is, will -- you know, you talk about
14  rolling out new features every two to three
15  months.  Will the regulatory environment in
16  the US or the EU or wherever hold you back
17  from rolling out those improvements, or will
18  you roll them out and then, you know, ask
19  forgiveness instead of permission, if you
20  think that it's -- that it's safer?
21      MR. MUSK:  Well, I mean, we've always
22  rolled out our -- yeah, our autonomous
23  functionality within the, the, the regulatory
24  framework of any given country.  So this is
25  not a, you know, pleading forgiveness or
                                          Page 13
```

Autopilot 2.0 Conference                                     October 19, 2016

```
 1  permission.
 2       It's, it's we, we -- you know, we work --
 3  you know, we look -- we look carefully at the
 4  regulations and make sure that what, what we
 5  do is in line with those.  Yeah.  We can't do
 6  anything other than that because it would be
 7  against the law.
 8       SPEAKER B:  Hi, Elon.  Thanks for taking
 9  this.  I'm wondering, does -- is there -- now
10  that you're moving on to Hardware 2 and you're
11  going to keep working with Hardware 1, is
12  there a point at which you can -- that you'll
13  reach a maximum of potential for Hardware 1
14  and then you need to -- you know, an owner
15  will need to upgrade to the next, to a newer
16  car to get the full self-driving capability
17  you can offer?
18       MR. MUSK:  Self-driving will definitely
19  need Hardware 2, which is what we're currently
20  -- we're shipping as of this week.  Just
21  because you, you, you don't -- you just can't
22  do this with one camera.  You need eight
23  cameras to be self-driving.
24       You also need a lot more computing power
25  to run the, the, the, the Vision, basically
                                          Page 14
```

```
 1  next several months.
 2       I wish there was some other way to do it.
 3  This is not -- you know, it's, it's just I
 4  don't know how to go into old cars and install
 5  another seven cameras and, and a new wiring
 6  harness.  So there's, there's no -- it's just
 7  wish we do it some other way.  But there,
 8  there isn't some other -- there isn't.  So --
 9       SPEAKER C:  Hi.  I was wondering if you
10  plan on making this a kit that other, other
11  car makers could use.
12       MR. MUSK:  I, I, I think this is very
13  hard to turn into a kit because it requires a
14  tight integration of, of software, sensors,
15  and, and computing power, as, as well as the
16  ability to do large scale over-the-air
17  updates.  It's, it's not just some kit that
18  you can add, add onto a car.
19       I mean, one, one thing that we've also
20  done with, with, with our system is that if
21  you -- and we'll be releasing some videos,
22  hopefully later tonight and tomorrow morning,
23  demonstrating the cars -- the car in
24  operation.
25       But you actually can't -- unless you look
                                          Page 16
```

```
 1  the, the Vision AI.  So, so upgrading hardware
 2  on cars is not -- it's not realistic.  It
 3  would -- it would be like give -- giving the
 4  car a spinal cord transplant, unwise.
 5       So even, even if possible, best to be
 6  avoided.  But I should say that, you know,
 7  people that have Hardware 1 cars should, like,
 8  bear in mind that their -- that their car will
 9  actually have more functionality than a
10  Hardware 2 car, at least until December or
11  maybe later.
12       And, you know, it's probably sometime
13  next year before the Hardware 2 functionality
14  starts to exceed Hardware, Hardware 1.  And
15  there -- there's also a higher -- a higher
16  cost for the, the autonomous functionality.
17  So it's not -- you know, there's, there's a
18  higher price to pay, like, for, for, for the
19  full self-driving, to activate the full self-
20  driving, hardware suite is -- it's $8,000.
21       So that's as compared to the Hardware 1
22  autopilot, which is $3,000.  So it's a, you
23  know, meaningful price difference.  And the,
24  the car -- well, the Hardware 1 actually has
25  more functionality, you know, at least for the
                                          Page 15
```

```
 1  closely, you can't even tell that a car is
 2  Hardware 1 or Hardware 2, because, because
 3  we've been so careful about each of the
 4  cameras being part of the, the, the frame of
 5  the car, such that, like, nothing's sticking
 6  out, nothing.  Like, this, in no way, makes
 7  the car ugly.
 8       So there are no weird protuberances.
 9  It's, it's all incredibly subtle.  It's put a
10  lot of effort into not affecting the beauty of
11  the car.  The car is as beautiful with
12  Hardware 2 as it is with Hardware 1.  And
13  there's just no way to turn that into a kit
14  and put it in some other car.  It's not, not,
15  not realistic.  Yeah.
16       SPEAKER D:  I was interested in your,
17  your thoughts, if you could expand your
18  thoughts a little bit about the safety issue,
19  how statistics aren't collected on how safe a
20  car is, only how dangerous it is.  So how do
21  you communicate the idea that your semi-
22  autonomous cars are in fact safer?
23       MR. MUSK:  It's, it's not that difficult.
24  I mean, simply say, you know, how many miles
25  have been driven and, and -- you know, and
                                          Page 17
```

Autopilot 2.0 Conference                                                October 19, 2016

```
                    Page 18                                          Page 20
 1  then how many deaths, serious injuries,      1      And then the rear camera is on, on --
 2  meaning, like, an unrecoverable injury or, or,  2  locate just above the license plate, but, but
 3  or minor accidents were there?               3  sort of tucked under.  So you, you actually
 4      And obviously, there, there, there are   4  have to look carefully to see any of the
 5  many more sort of minor accidents, you know, 5  cameras, but they're all in places where it's
 6  and, and, and, and, and serious accidents than 6 quite difficult for the, the ice or snow to
 7  there are fatalities.                        7  accumulate.
 8      So that provides a much richer           8      If, if they're -- if one of them is
 9  statistical sample set for comparing the     9  blocked, the system can actually tell that it
10  relative safety of autonomy versus not      10  has some opacity reduction and can alert the
11  autonomy.  And, and we see consistently     11  occupants in the car to, to, to just -- to, to
12  significantly better results with autonomy  12  clean off the camera.
13  that, than without.  And, and that just gets 13     SPEAKER F:  Hi.  You mentioned that this
14  better over time as the -- as the system is, 14 is related to the Model 3 and the part 2
15  is further refined.                          15 unveiling.  And I just kind of wanted to focus
16      SPEAKER E:  Hi, Elon.  I have a quick    16 a little bit on more of that and how it really
17  question about inclement weather, and how has 17 applies to Model 3.  And is, is this all going
18  Hardware 2 improved over Hardware 1?         18 to come standard on Model 3?  Will there be a
19      MR. MUSK:  Well, inclement weather, you  19 way to upgrade, like there is now from, from
20  mean, does it work in snow and stuff like    20 what is included as far as the software
21  that, or what do you mean by inclement       21 standard and what's paid?
22  weather?                                     22     MR. MUSK:  Yeah.  The, the, the full
23      SPEAKER E:  Sorry.  Anytime, say, you    23 autonomy hardware suite will be standard on,
24  know, there's potential for condensation or  24 on all, all vehicles that Tesla makes from
25  precipitation on the cameras tends to be a   25 here on out.

                    Page 19                                          Page 21
 1  problem.  How have you dealt with that?       1     It will continue to make improvements,
 2      MR. MUSK:  Oh, yeah.  So there are --     2 and, and those improvements will affect the
 3  there are heater elements around on, on all of 3 probability of, of, of an accident.  But we,
 4  the camera surfaces.  So it can, you know,    4 we feel pretty confident that the current
 5  just -- it's actually -- we, we have that on  5 hardware suite will be at least twice as good
 6  Hardware 1 as well.  So it just automatically 6 as the, the -- as people on average.
 7  heats it up to prevent snow and ice.          7     Now, in the long term, we want to try to
 8      And then the positioning of the cameras   8 get to a 10 -- a 10X improvement.  And so that
 9  is in a location where there's very unlikely  9 will require ongoing refinement of, of the
10  to be dust or ice accumulation.  So the, the, 10 hardware.  But still, I think something like a
11  the triple cameras are -- all three forward  11 2X improvement would, would be pretty
12  cameras are basically in, in front of the    12 incredible.
13  rear-view mirror and in the wipe zone of the - 13    I mean, if that was applied across the
14  - of the, the, the, the car.                 14 board to cars, to, to all vehicles in the
15      And then the, the, the sideways-looking  15 world, you'd go from 1.2 million deaths to
16  cameras are in the, the B pillar.  They're   16 600,000 deaths.  That -- that'll be a lot of
17  sort of high up in the B pillar.  That's,    17 lives saved, and not to mention all the, you
18  that's the sort of pillar in between the front 18 know, serious injuries and, and other things
19  and rear passengers.                         19 that, that, that happen that aren't in the
20      And then there's the, the, the rear.     20 fatality statistics.
21  There -- there's two, the left rear and a    21     So, so I think there's, there's still a
22  right rear camera.  And those are nested in  22 lot of merit in trying to go from twice as
23  the side repeaters.  And so they're, they're 23 safe to 10 times as safe.  But, but I should
24  out of the flow of, of, of rain and, and, and 24 be clear that every car Tesla produces from
25  snow and whatnot.                            25 now here on out will have the full autonomy
```

Autopilot 2.0 Conference                                          October 19, 2016

Page 22

```
 1  hardware capability, including Model 3.
 2      SPEAKER G:  Hey, Elon.  One of the, the
 3  questions that, that kind of keeps coming to
 4  mind here is, how do you know?  What kind of
 5  testing are you doing to be confident at each
 6  stage that, that the system is safe or is
 7  functioning enough to be confident to put it
 8  in there?
 9      Because it's -- you know, it's, it's
10  difficult to, to come up with -- I mean, maybe
11  it's not difficult.  What, what, what sort of
12  testing are you doing to, to ensure that these
13  systems are working well?
14      MR. MUSK:  Yeah.  It's, it's, it's
15  actually -- it's not -- it's not all, all, all
16  that difficult.  I mean, we, we start off,
17  obviously, with, with, with testing with Tesla
18  -- you know, with our Tesla QA team.
19      So we're, we're testing initially on a
20  closed track with, with our -- with, with our
21  test engineers.  Then, then, then we'll
22  broaden it to a very limited set of, of kind
23  of alpha, alpha users, including me.
24      So I, I usually have the, the, the, the
25  latest software update about a day after our
```

Page 23

```
 1  QA team has it, and, and I'm, I'm, I'm
 2  personally testing, testing every element of
 3  the car.
 4      The -- then it goes to a -- what we call
 5  our early access program, which is about 1,000
 6  customers distributed around the world who are
 7  technically savvy and don't, don't mind, you
 8  know, or, or want to use sort of the, the
 9  early software, and are, are cognizant,
10  cognizant of, of, of potential issues.
11      You know, because there's, there's so
12  many different environments throughout Earth
13  that it's just not possible for our QA team
14  to, to cover them all.
15      If that's looking good, then we will roll
16  it out initially in shadow mode to the, the,
17  the whole fleet.  By shadow mode, it means
18  that the car is not actually taking any
19  action, but it is registering when it would
20  take an action and, and when it would not take
21  an action.
22      And then you can compare that to cases
23  where let's say that somebody had an accident,
24  but you -- but you look at the, the vehicle
25  logs and say, "Well, if the -- if the car had
```

Page 24

```
 1  been in autonomous mode, that accident would
 2  have been avoided."  Then, okay, that's,
 3  that's obviously, you know, a plus.
 4      And you can also say, "Okay.  The, the,
 5  the car would -- the, the car computer would
 6  have done something that would, would have
 7  resulted in an accident."  In that case, it
 8  was in shadow mode.  Then, then obviously,
 9  that's, that's an issue that needs to be
10  corrected.
11      And then you -- in, in statistics, and
12  these are called false positives and false
13  negatives, you, you gather enough of those
14  over time until there's clearly a
15  statistically significant sample set.
16      And at the point at which it's
17  unequivocal that turning on an, an autonomy
18  feature would improve safety, that is the
19  point at which we, we allow it to, to actually
20  take action.  Before that, we do not allow the
21  computer to take action.
22      SPEAKER H:  Hi.  Thanks for making time.
23  Just a couple clarifications on some things.
24  Are you -- are you -- are you talking about
25  the new Hardware 2 being Level 4 or Level 5?
```

Page 25

```
 1  And just to be clear, on Hardware 1, is there
 2  going to be any disabling of that technology
 3  at this point, or does this continue to run as
 4  is?  Thank you.
 5      MR. MUSK:  It's -- it, it will be -- the,
 6  the Hardware 2 is, is capable of Level 5
 7  autonomy.  In other words, it's capable -- the
 8  hardware is, is capable of the highest level
 9  of autonomy.
10      And, and level -- and, and Hardware 1
11  will, will continue to improve, you know, as,
12  as we improve the, the, the software that
13  operates the car.  I mean, already with 7.0,
14  it was unequivocally safer than, than -- you
15  know, than, than manually driven cars.  And
16  with 8.0, that has improved even more.  So it,
17  it would obviously be crazy to turn off
18  something that is preventing accidents.
19      SPEAKER I:  Hey, Elon.  Just quickly, the
20  40X supercomputer you described, is it
21  separate from -- does it have to be separate
22  from all other vehicle system technology at
23  this point, or is it integrated with other
24  vehicle technologies?
25      MR. MUSK:  No.  It's a good question.
```

Autopilot 2.0 Conference                                October 19, 2016

```
 1   It, it is isolated from the rest of the
 2   vehicle.  So the kind of infotainment, sort of
 3   entertainment instrument panel, the center
 4   cluster, anything to do with entertainment or
 5   web browsing is isolated from the vehicle
 6   control computer.
 7        SPEAKER I:  Okay, great.  That's all.
 8   Thanks.
 9        MR. MUSK:  Yeah.  Definitely don't want
10   to be having a car crash as a result of going
11   to the wrong website.
12        SPEAKER I:  Thanks.
13        SPEAKER A:  Thank you everyone for
14   attending the Tesla press conference.
15
16
17
18   (End of audio recording.)
19
20
21
22
23
24
25
                                              Page 26
```

```
 1        CERTIFICATE OF TRANSCRIPTIONIST
 2
 3        I, HILLARY MADETE, do hereby certify:
 4
 5        That said audio transcription is a true
 6   record as reported by me, a disinterested
 7   person.
 8
 9        I further certify that I am not
10   interested in the outcome of said action, nor
11   connected with, nor related to any of the
12   parties in said action, nor to their
13   respective counsel.
14
15        IN WITNESS THEREOF, I have hereunto set
16   my hand this 6th day of July, 2025.
17
18
19   _____
     Hillary Madete
20
21
22
23
24
25
                                              Page 27
```

Contact us: CA.Production@LexitasLegal.com | 855-777-7865   Pages 26 to 27

Autopilot 2.0 Conference

October 19, 2016

**$**

$3,000  15:22
$8,000  15:20

**1**

1  6:15,20 9:15,21
   10:2 14:11,13 15:7,
   14,21,24 17:2,12
   18:18 19:6 25:1,10
1,000  23:5
1.2  5:6 21:15
10  21:8,23
10X  21:8
12  11:4

**2**

2  6:11,12,17,19,21
   14:10,19 15:10,13
   17:2,12 18:18 20:14
   24:25 25:6
2025  27:16
2X  21:11

**3**

3  6:18,19 20:14,17,
   18 22:1
360  11:9
360-degree  10:21

**4**

4  24:25
40  10:25
40X  10:25 25:20

**5**

5  4:11 24:25 25:6

**6**

600,000  21:16

**6th**  27:16

**7**

7.0  25:13

**8**

8.0  25:16

**A**

ability  16:16
absolute  4:25
Absolutely  10:16
access  23:5
accident  12:19,21
   13:5 21:3 23:23
   24:1,7
accidents  18:3,5,6
   25:18
accumulate  9:17
   20:7
accumulation
   19:10
accurate  11:13
acted  12:18,20,23,
   24
action  23:19,20,21
   24:20,21 27:10,12
activate  15:19
activated  4:12
add  16:18
advanced  8:3
affect  21:2
affecting  17:10
AI  15:1
aircraft  7:22,24
alert  20:10
alpha  22:23
AMD  3:11,16
Anytime  18:23
applied  21:13

applies  20:17
approval  13:8
approving  13:7
approximately
   6:21
areas  11:16
article  5:12
assistance  7:21
   8:4
assistant  7:21 8:3
attending  26:14
audio  26:18 27:5
automatically
   19:6
autonomous  3:1
   4:10,20 5:14,21
   6:24 13:22 15:16
   17:22 24:1
autonomy  4:12
   6:13 7:2 18:10,11,
   12 20:23 21:25
   24:17 25:7,9
autopilot  4:10 5:4
   7:11,14,18,19,24
   8:2,15,17,23 9:3,10,
   15 10:12 15:22
Autopilot's  4:5
average  21:6
avoided  15:6 24:2

**B**

back  13:16
Baker  10:5,7 11:17
   13:12
balkanized  12:3
based  11:20
basically  5:5 7:3
   8:11 9:9 11:5 14:25
   19:12
bear  15:8
beautiful  17:11
beauty  17:10
big  10:24

bit  5:25 17:18 20:16
blocked  20:9
board  21:14
broaden  22:22
browsing  26:5
building  4:21
buying  8:14 9:9

**C**

California  11:21
call  3:16 6:12 8:15
   10:8 23:4
called  24:12
camera  8:20 9:22
   10:17,20 14:22
   19:4,22 20:1,12
cameras  8:19 9:12,
   13 10:14,17,19
   14:23 16:5 17:4
   18:25 19:8,11,12,16
   20:5
capability  6:24 9:5
   14:16 22:1
capable  11:3 25:6,
   7,8
car  6:20,21 7:6 8:14
   9:9 10:22 11:5
   14:16 15:4,8,10,24
   16:11,18,23 17:1,5,
   7,11,14,20 19:14
   20:11 21:24 23:3,
   18,25 24:5 25:13
   26:10
care  9:5
careful  17:3
carefully  5:11 14:3
   20:4
cars  4:20 5:22 6:11,
   14 9:2,21 10:2,12
   13:5 15:2,7 16:4,23
   17:22 21:14 25:15
case  24:7
cases  23:22
center  26:3
century  7:20

CERTIFICATE
   27:1
certify  27:3,9
charger  7:9
chip  3:13
chose  7:22
Chronicle  10:6
city  6:1
clarifications
   24:23
clean  20:12
clear  8:8 21:24 25:1
closed  22:20
closely  17:1
cluster  26:4
cognizant  23:9,10
collected  17:19
comfortable  13:7
communicate
   17:21
compare  12:25
   23:22
compared  15:21
comparing  18:9
complex  9:6
compute  10:24
   11:1
computer  11:3
   12:18 24:5,21 26:6
computers  12:19
computing  8:22
   11:2 14:24 16:15
condensation
   18:24
conference  26:14
confident  12:8
   21:4 22:5,7
connected  27:11
consistently  18:11
consumer  12:6
context  10:1

Autopilot 2.0 Conference                                                                                                          October 19, 2016

| | | | | |
|---|---|---|---|---|
| **continue** 9:15,18 10:2,3 21:1 25:3,11 | **difficult** 17:23 20:6 22:10,11,16 | **environment** 13:15 | **frankly** 5:2 | 7:12,15,16 8:8 9:15, 20,21 10:2,11 14:10,11,13,19 15:1,7,10,13,14,20, 21,24 17:2,12 18:18 19:6 20:23 21:5,10 22:1 24:25 25:1,6,8, 10 |
| **control** 13:11 26:6 | **disabled** 6:9 | **environments** 9:7 23:12 | **freeway** 8:24 | |
| **cord** 15:4 | **disabling** 25:2 | | **freeways** 9:1 | |
| **corrected** 24:10 | **disinterested** 27:6 | **EU** 12:7 13:16 | **frequent** 11:14 | |
| **cost** 15:16 | **dissuade** 5:13 | **evening** 4:2 5:19 | **front** 19:12,18 | |
| **counsel** 27:13 | **distributed** 23:6 | **Evolve** 3:25 | **full** 6:1,13 7:2 9:4, 10 14:16 15:19 20:22 21:25 | **harness** 16:6 |
| **country** 13:24 | **disturbing** 5:3 | **exceed** 15:14 | | **heater** 19:3 |
| **couple** 24:23 | **drive** 7:2 | **existing** 10:11 | **fully** 3:1 4:9 | **heats** 19:7 |
| **cover** 23:14 | **driven** 13:5 17:25 25:15 | **exit** 8:25 | **functionality** 13:23 15:9,13,16,25 | **hereunto** 27:15 |
| **coverage** 5:4,6 10:21,22 | | **expand** 17:17 | | **Hey** 5:19 11:17 22:2 25:19 |
| | **driver** 8:3 | **expect** 6:15,23 | **functioning** 22:7 | |
| **crash** 26:10 | **driverless** 3:2 | | **fundamental** 9:20 | **high** 19:17 |
| **crashes** 4:9 5:4,7 | **driving** 6:2 9:5,11 15:20 | **F** | **G** | **higher** 15:15,18 |
| **crazy** 25:17 | | **fact** 11:3 17:22 | | **highest** 25:8 |
| **current** 11:9 21:4 | **dropping** 7:4 | **factor** 10:25 | **gather** 12:14 24:13 | **Hillary** 27:3,19 |
| **customers** 23:6 | **dust** 19:10 | **fairly** 12:7 | **gathering** 12:12 | **hold** 13:16 |
| | **E** | **false** 12:16 24:12 | **generation** 11:7 | **home** 7:4 |
| **D** | | **fatalities** 18:7 | **gigantic** 11:1 | **huge** 3:20 |
| **dangerous** 17:20 | **early** 23:5,9 | **fatality** 21:20 | **give** 15:3 | |
| **data** 12:12,15 | **Earth** 23:12 | **feature** 6:3,8,15 24:18 | **giving** 15:3 | **I** |
| **David** 10:5 | **effect** 8:23 | | **goal** 6:25 7:1 | **ice** 19:7,10 20:6 |
| **day** 4:25 22:25 27:16 | **effectively** 5:13 | **features** 5:22,24 6:14 13:14 | **good** 4:1 5:19 6:25 21:5 23:15 25:25 | **idea** 17:21 |
| | **effort** 17:10 | **feel** 6:25 21:4 | | **improve** 9:16 24:18 25:11,12 |
| **dealt** 19:1 | **element** 23:2 | **fewer** 6:14 | **Gordon- bloomfield** 3:24 4:1 | |
| **deaths** 18:1 21:15, 16 | **elements** 19:3 | **field** 6:16 | | **improved** 8:21 9:10,16 18:18 25:16 |
| | **elevator** 4:21 | **fleet** 9:17 23:17 | **GPS** 11:13 | |
| **December** 6:17 15:10 | **elevators** 4:22 | **flow** 19:24 | **GPU** 3:13 | **improvement** 13:4 21:8,11 |
| | **Elon** 4:2 5:20 11:17 14:8 18:16 22:2 25:19 | **flying** 7:21 | **great** 26:7 | |
| **degree** 5:3 | | **focus** 20:15 | | **improvements** 6:23 11:15 13:17 21:1,2 |
| **degrees** 11:10 | | **follow** 10:8 | **H** | |
| **demonstrating** 16:23 | **enable** 7:17 | **follow-up** 13:12 | **half** 7:20 9:24 | **IMU** 11:15 |
| | **enabled** 5:23 | **forgiveness** 13:19,25 | **hand** 27:16 | **inclement** 18:17, 19,21 |
| **demonstration** 7:2 | **end** 4:24 7:6 26:18 | | **handling** 8:10 | |
| | **endemic** 4:16 | | | **included** 20:20 |
| **design** 4:16 | **engineers** 22:21 | **forward** 6:17 9:22 10:18,20,21 19:11 | **happen** 7:8,14 21:19 | **including** 7:8 22:1, 23 |
| **detail** 10:15 | **enhanced** 8:15,23 9:3 | | **happening** 5:22 7:10,14 | |
| **detrimental** 12:6 | | **frame** 17:4 | **hard** 3:9 16:13 | **incorrectly** 12:23 |
| **die** 5:7 | **ensure** 22:12 | **framework** 13:24 | **hardware** 3:9,18 6:11,12,15,17,20 | **increase** 11:1,2 |
| **difference** 15:23 | **entertainment** 26:3,4 | **Francisco** 10:5 | | **increases** 10:25 |
| **differences** 10:10 | | | | |

Autopilot 2.0 Conference                                                                                           October 19, 2016

Autopilot 2.0 Conference

October 19, 2016

| | | | | |
|---|---|---|---|---|
| **incredible** 21:12 | **law** 14:7 | **merit** 21:22 | **offer** 14:17 | **pillar** 19:16,17,18 |
| **incredibly** 17:9 | **learning** 9:17 | **microphone** 3:25 | **offering** 4:8 8:18 | **pilots** 7:22 |
| **indemnity** 4:9 | **left** 8:19 19:21 | **miles** 9:17 17:24 | **on-** 8:24 | **place** 4:4 |
| **independent** 3:10 | **level** 4:11,25 24:25 25:6,8,10 | **million** 5:6 21:15 | **one's** 9:12 | **places** 20:5 |
| **individual's** 4:14 | **license** 20:2 | **mind** 15:8 22:4 23:7 | **ongoing** 21:9 | **plan** 16:10 |
| **infotainment** 26:2 | **limited** 6:2 9:20 11:20 22:22 | **minimal** 4:6 | **opacity** 20:10 | **plate** 20:2 |
| **Initial** 11:15 | **lives** 21:17 | **minor** 11:12,14 18:3,5 | **open** 3:25 5:18 10:6 | **platform** 6:5 |
| **initially** 6:8 22:19 23:16 | **LLC** 3:25 | **mirror** 19:13 | **operates** 25:13 | **pleading** 13:25 |
| **injuries** 18:1 21:18 | **locate** 20:2 | **mode** 4:10 12:14, 22 23:16,17 24:1,8 | **operating** 12:13,22 | **point** 13:2,6 14:12 24:16,19 25:3,23 |
| **injury** 18:2 | **location** 19:9 | **Model** 20:14,17,18 22:1 | **operation** 16:24 | **positioning** 19:8 |
| **install** 16:4 | **logs** 23:25 | **months** 6:10,18, 19,22 13:15 16:1 | **operations** 11:4 | **positives** 12:16 24:12 |
| **instrument** 26:3 | **long** 21:7 | **morning** 16:22 | **options** 8:13 9:8 | **potential** 14:13 18:24 23:10 |
| **insurance** 4:14 | **lot** 14:24 17:10 21:16,22 | **moving** 14:10 | **other's** 9:13 | **power** 8:22 10:24 11:1,2 14:24 16:15 |
| **integrated** 25:23 | | **multiple** 9:1 | **Otis** 4:21 | **precipitation** 18:25 |
| **integration** 16:14 | **M** | **MUSK** 4:13 6:4 7:14 8:11 10:16 12:1 13:21 14:18 16:12 17:23 18:19 19:2 20:22 22:14 25:5,25 26:9 | **outcome** 27:10 | **press** 5:24 26:14 |
| **Intel** 3:12 | **Madete** 27:3,19 | | **over-the-air** 16:16 | |
| **interested** 17:16 27:10 | **main** 3:13 | | **owner** 14:14 | **pretty** 3:15,20 6:25 10:23,24 21:4,11 |
| **involving** 4:9 | **make** 14:4 21:1 | | **P** | **prevent** 19:7 |
| **isolated** 26:1,5 | **makers** 16:11 | | **paid** 20:21 | **prevented** 12:19 |
| **issue** 17:18 24:9 | **makes** 7:24 17:6 20:24 | **N** | **panel** 26:3 | **preventing** 25:18 |
| **issues** 23:10 | **making** 16:10 24:22 | **needed** 3:1 | **parity** 6:16 | **price** 15:18,23 |
| **J** | **maneuvering** 9:2 | **negative** 5:12 | **park** 7:6 | **probability** 21:3 |
| **Jack** 5:17 | **manual** 5:7 | **negatives** 12:16 24:13 | **part** 13:9 17:4 20:14 | **problem** 19:1 |
| **July** 27:16 | **manually** 13:5 25:15 | **nested** 19:22 | **parties** 27:12 | **problems** 4:6 |
| **K** | **material** 13:4 | **net** 3:8,14 8:23 | **party** 3:6 | **process** 13:8 |
| **killing** 5:14 | **matters** 4:24 | **neural** 3:8,14 | **passengers** 19:19 | **processing** 3:7 |
| **kind** 3:19 8:16 9:12 20:15 22:3,4,22 26:2 | **maximum** 14:13 | **newer** 14:15 | **passing** 9:1 | **produced** 12:20 |
| | **meaning** 18:2 | **news** 3:21 | **paucity** 5:5 | **produces** 21:24 |
| **kit** 16:10,13,17 17:13 | **meaningful** 15:23 | **Nikki** 3:24 | **pay** 15:18 | **program** 23:5 |
| | **means** 23:17 | **nothing's** 17:5 | **people** 5:6,13,14 9:8 15:7 21:6 | **promising** 4:11 |
| **L** | **Measurement** 11:16 | **Nvidia** 3:11,12,17 | **permission** 13:19 14:1 | **protuberances** 17:8 |
| **LA** 7:3,4 | **media** 5:4,6,9 | **O** | **person** 27:7 | **proven** 4:5 |
| **large** 12:15 16:16 | **mention** 5:2 21:17 | **occupants** 20:11 | **personally** 23:2 | **public** 12:10 |
| **latest** 22:25 | **mentioned** 20:13 | | **pick** 3:12 4:4 9:8 | **put** 17:9,14 22:7 |

Autopilot 2.0 Conference                                                                                          October 19, 2016

**Q**

**QA** 22:18 23:1,13
**question** 3:23 5:15,16 10:4 12:9 18:17 25:25
**questions** 3:22 4:3 22:3
**quick** 18:16
**quickly** 25:19

**R**

**radar** 9:25
**radically** 13:9
**rain** 19:24
**ramp** 8:25
**range** 9:24 10:14 11:8
**rate** 13:5
**reach** 6:15 14:13
**real** 13:1
**realistic** 15:2 17:15
**rear** 8:19,20 19:19, 20,21,22 20:1
**rear-view** 19:13
**record** 27:6
**recording** 26:18
**reduction** 20:10
**redundancy** 10:19
**redundant** 8:18 10:19
**refined** 18:15
**refinement** 21:9
**reflect** 5:8
**registering** 23:19
**regulations** 11:19 14:4
**regulators** 12:2,11 13:6
**regulatory** 11:25 13:15,23

**related** 20:14 27:11
**relative** 5:5 18:10
**release** 5:24 6:23 8:9
**releasing** 16:21
**reliable** 4:5
**repeaters** 19:23
**reported** 27:6
**represent** 7:23
**require** 21:9
**requires** 16:13
**resolution** 9:24 11:8
**respective** 27:13
**responsibility** 4:17,22
**rest** 26:1
**result** 13:3 26:10
**resulted** 24:7
**results** 18:12
**richer** 18:8
**roll** 13:18 23:15
**rolled** 13:22
**rolling** 13:14,17
**rollout** 5:21
**run** 3:11 14:25 25:3

**S**

**safe** 17:19 21:23 22:6
**safer** 13:20 17:22 25:14
**safety** 4:7,25 17:18 18:10 24:18
**sample** 18:9 24:15
**San** 10:5
**saved** 21:17
**savvy** 23:7
**scale** 16:16
**self-** 9:4,10 15:19

**self-driving** 7:17, 23 14:16,18,23 15:19
**self-flying** 7:25
**semi-** 17:21
**sensor** 10:1,14 11:15
**sensors** 11:6 16:14
**separate** 25:21
**set** 6:3,8 18:9 22:22 24:15 27:15
**shadow** 12:14,22 23:16,17 24:8
**shipping** 14:20
**show** 12:15
**shows** 13:3
**side** 11:25 19:23
**sideways-looking** 19:15
**significant** 6:23 13:3 24:15
**significantly** 8:21 18:12
**similar** 8:16
**simply** 17:24
**single** 7:8
**situations** 9:6
**snow** 18:20 19:7,25 20:6
**software** 3:4,6 9:16 16:14 20:20 22:25 23:9 25:12
**sonar** 8:21 11:7,9
**sort** 4:19 6:13 9:4, 14 10:20 18:5 19:17,18 20:3 22:11 23:8 26:2
**speak** 7:12
**SPEAKER** 3:23 5:16 10:4 14:8 16:9 17:16 18:16,23 20:13 22:2 24:22 25:19 26:7,12,13
**specifically** 7:12

**spell** 5:20
**spending** 6:6
**spent** 6:6
**spinal** 15:4
**Square** 7:5
**stage** 22:6
**standard** 12:8 20:18,21,23
**start** 5:22 22:16
**starts** 15:14
**state** 12:4
**statistical** 12:15 18:9
**statistically** 13:2 24:15
**statistics** 17:19 21:20 24:11
**Stewart** 5:17,19 7:10 8:1
**sticking** 17:5
**straight** 6:2
**stuff** 18:20
**subtle** 17:9
**suite** 6:13 10:1,11, 13 15:20 20:23 21:5
**supercomputer** 11:5 25:20
**surfaces** 19:4
**system** 8:6 12:13 16:20 18:14 20:9 22:6 25:22
**systems** 22:13

**T**

**taking** 14:8 23:18
**talk** 13:13
**talking** 10:9,13 24:24
**team** 22:18 23:1,13
**technically** 23:7
**technologies** 25:24

**technology** 8:4 25:2,22
**term** 7:19 21:7
**Tesla** 3:3 4:8 20:24 21:24 22:17,18 26:14
**Tesla-developed** 3:8
**test** 22:21
**testing** 6:7 22:5,12, 17,19 23:2
**Texas** 11:21
**that'll** 21:16
**there'll** 8:12,13 9:7
**THEREOF** 27:15
**thing** 16:19
**things** 3:3 5:1,2 11:12 12:3 21:18 24:23
**thinking** 11:24
**thought** 3:17
**thoughts** 11:18 17:17,18
**tight** 3:15,16 16:14
**time** 10:3 18:14 24:14,22
**times** 7:5 21:23
**Titan** 3:13
**tomorrow** 16:22
**tonight** 16:22
**touch** 7:8
**touching** 9:2
**track** 22:20
**transcription** 27:5
**TRANSCRIPTIONIST** 27:1
**transitioning** 8:25
**transplant** 15:4
**Transport** 3:24
**trillion** 11:4
**triple** 19:11
**true** 27:5

Autopilot 2.0 Conference                                        October 19, 2016

| | | |
|---|---|---|
| **tucked** 20:3<br>**turn** 16:13 17:13<br>  25:17<br>**turning** 24:17<br><br>**U**<br><br>**ugly** 17:7<br>**ultimately** 3:17<br>**ultrasonic** 8:21<br>  11:6,7<br>**ultrasonics** 9:23<br>**understand** 8:2,9<br>**unequivocal** 24:17<br>**unequivocally**<br>  25:14<br>**uniform** 12:8<br>**Unit** 11:16<br>**unrecoverable**<br>  18:2<br>**unveiling** 20:15<br>**unwise** 15:4<br>**update** 22:25<br>**updates** 11:14<br>  16:17<br>**upgrade** 10:24<br>  14:15 20:19<br>**upgrading** 15:1<br>**urban** 9:6<br>**users** 22:23<br><br>**V**<br><br>**validation** 6:16<br>**vehicle** 4:12 5:14<br>  23:24 25:22,24<br>  26:2,5<br>**vehicles** 7:11,15<br>  9:15 20:24 21:14<br>**version** 9:10<br>**versus** 18:10<br>**videos** 16:21<br>**Vision** 3:4,7 14:25<br>  15:1 | **visual** 10:22<br>**volume** 12:15<br>**Volvo** 4:11<br><br>**W**<br><br>**walk** 10:10<br>**wanted** 10:8 20:15<br>**weather** 18:17,19,<br>  22<br>**web** 26:5<br>**website** 26:11<br>**week** 14:20<br>**weird** 17:8<br>**whatnot** 19:25<br>**wipe** 19:13<br>**WIRED** 5:17<br>**wiring** 16:5<br>**wondering** 5:20<br>  11:18 14:9 16:9<br>**words** 10:13 25:7<br>**work** 14:2 18:20<br>**working** 14:11<br>  22:13<br>**world** 4:23 13:1,9<br>  21:15 23:6<br>**writing** 5:12<br>**wrong** 26:11<br><br>**Y**<br><br>**year** 5:7 6:7 7:7<br>  15:13<br>**York** 7:3,5<br><br>**Z**<br><br>**zone** 19:13 | Autopilot 2.0 Conference                October 19, 2016<br><br>Contact us: CA.Production@LexitasLegal.com | 855-777-7865 |