# EXHIBIT E

```
-------------------------------------------------------



             *** AUDIO TRANSCRIPTION ***

 2015.10.14 Tesla press conference for the Autopilot

                    v7.0 software

             Neima Benavides v. Tesla, Inc.


                       * * *


-------------------------------------------------------
```

Transcribed

By:   Edwin Keega

Job No.: 127900

P-36-0001

Autopilot v7.0 Conference                                              October 14, 2015

```
 1        MR. MUSK:  And, and actually -- why don't
 2   you hold the clicker (indiscernible) iPhone.
 3   So see the -- it's quite an exciting
 4   announcement, which is the release of, of
 5   Autopilot and it's Autopilot version one.  And
 6   we still think of it sort of as, as a public
 7   beta.  So we want people to be quite careful
 8   at first with the use of Autopilot.
 9        And -- but, but what, what I'm going to
10   take you through is just how the system learns
11   over time.  The thing that's I think quite
12   interesting and unique is that we're, we're
13   employing a fleet learning technology.
14   Essentially the network of vehicles is, is
15   going to be constantly learning and, and as we
16   release the software, more people will enable
17   Autopilot, the information about how to drive
18   is uploaded to the network.
19        So each car, each, each, each driver is
20   effectively an expert trainer in, in how the
21   Autopilot should work.  And I'll take you
22   through a bit about how, how that works.
23        But it's, it's a combination of, of a
24   variety of systems and, and this can only
25   really be done as a connected vehicle.  So the
                                         Page 2
```

```
 1   summon the car back.
 2        So, that'll be in 7.1.  So, there'll be a
 3   lot of cool capability that comes out over
 4   time, as well as just general refinement of
 5   the (indiscernible) so let's go to slide one.
 6   So you have a car on the road and the question
 7   is, how does it figure out what to do?
 8        So there's four major sensor systems.
 9   We've got the ultrasonic sensor, so
10   essentially a ultrasonic sonar which gives us
11   -- tells us where everything is within about a
12   5.2 meter or roughly 16 feet -- 16, 17 foot
13   distance, so around the perimeter of the car
14   we know where there are obstacles.
15        That's then combined with a forward
16   facing camera with image recognition.  The
17   forward facing camera is able to determine
18   where the lanes are, where cars are ahead of
19   it and it's also able to read signs.  It's
20   been able to read speed signs for a while for
21   example.
22        But it's able to read pretty much any
23   sign.  And then that's, that's combined with
24   the forward radar.  The radar is very good at
25   detecting fast moving large objects.  And it
                                         Page 4
```

```
 1   interesting thing is, like every car made by
 2   Tesla from late September last year overnight
 3   will have this ability.  So I think that's,
 4   that's quite unique that we can upload a
 5   substantial new capability just with software
 6   overnight.
 7        And, and basically any car that has the
 8   sensors will have this ability and the sensors
 9   were put into the car about a year ago.  And
10   the, the capability will keep improving over
11   time.  Both from the standpoint of, of all the
12   expert drivers doing approximately a million
13   miles a day of, of, of travel and training.
14        But also in terms of the software
15   functionality.  So this version of Autopilot,
16   for example, does not take into account stop
17   signs and red lights.  But a future software
18   update will.  One example is (indiscernible)
19   and we'll get more and more refined over time.
20        And then there's a feature that I've been
21   posting for a while which will -- Autopilot
22   7.1, which is to automatically have your car
23   put itself to bed in the garage.  So you can
24   just tap your phone and have the car just put
25   itself to the garage, close the door and also
                                         Page 3
```

```
 1   can actually see through, through fog, rain,
 2   snow and dust.  So the forward radar gives the
 3   -- our superhuman sensors.  It can see through
 4   things that a person cannot.  And then the
 5   final sensor is the GPS with high precision
 6   digital maps.  So this is -- this is
 7   important.
 8        The digital -- the high precision digital
 9   maps are very important because normal maps
10   have, have quite low precision.  Like all
11   that's needed is to know where a street is but
12   the actual curvature of the road, how many
13   lanes there are, how you merge from one lane
14   to the next.  This is not present in any data
15   set in the world.
16        But we're creating that data set at, at
17   Tesla.  So then these all combine so we can
18   use a camera, radar, ultrasonics and the GPS
19   of high precision maps to guide the car
20   through its journey.  And incase people had a
21   chance to get test drive, so you would have
22   seen where the Autosteer is using different
23   visual cues -- or different road cues to
24   decide where to drive.
25        So I, I -- it'll take a left lane, right
                                         Page 5
```

Autopilot v7.0 Conference                                              October 14, 2015

```
                                          Page 6
 1   lane, or both to determine whether it should
 2   follow vehicles, whether it should do holistic
 3   path prediction or whether it should use the
 4   navigation database.  And depending upon where
 5   it is -- so it's constantly looking up where
 6   it is in the world.
 7        And depending upon its specific location,
 8   it will know whether to use the left lane
 9   marking, the right lane marking, follow
10   vehicles, to use holistic path prediction or
11   to go purely on navigation GPS.  And this
12   really depends on where it is as well.
13        So I don't know if you went down the 280,
14   for example but if you're in the rightmost
15   lane of the 280, you'll see the car actually
16   periodically read out the right lane because
17   it knows that it should not take a tunnel.  It
18   needs to stay in its lane and not do a tunnel.
19        And you'll see it at one point on, the
20   southbound at 280, the rightmost lane takes an
21   abrupt shift to the -- to the left.  So it
22   just steps to the left arbitrarily.  The car
23   does not -- does not change its position in
24   lane just because it knows to ignore that
25   sudden step change in the rightmost lane.

                                          Page 7
 1        And then this is an example of one of the
 2   hardest problems that we had to solve.  Where
 3   does it get super hard?  This is the 405
 4   South, just before you get to LAX, you can see
 5   how hard it is.  This is actually camera
 6   footage we took this morning.  It's quite hard
 7   as a person to say where's the lane.
 8        We really need better lane markings in
 9   California.  This is crazy.  If you're in
10   Germany or Japan or China this would be great.
11   Like it'd be easy.  You can actually see clear
12   lane markings.  But if you have that -- I mean
13   this is -- this is the lane which are like
14   little -- I don't know what -- marking out the
15   lane.
16        And what, what becomes really problematic
17   in a situation like this is that you've got
18   the -- where the concrete is and where the old
19   lane markings used to be are diverging from
20   where the current lane markings.  So what --
21   the problem we encountered, which is quite
22   vexing solve was that, that the vision system
23   could not figure out which is the actual real
24   lane.
25        And normally you can exclude sort of

                                          Page 8
 1   strange figments on the road or like skid
 2   marks or whatever (indiscernible) because
 3   they're not where the lane is.  But in this
 4   case, you have the true lane position and the
 5   sort of fake lane position and they're
 6   diverging.
 7        So the, the camera system would then
 8   follow the diverging system and, and go into
 9   the wrong lane.  And so in order to solve this
10   at this point, the car knows that it actually
11   needs to go on navigation GPS.  So it'll go
12   for its lateral position, it'll be guided by
13   the GPS or its lane position and ignore
14   visual.
15        And sort of -- a funny anecdote that we
16   had was when we did this we realized, okay,
17   we've got to have times when the system will
18   automatically revert to navigate on GPS where
19   the visual cues are actually misleading.  So
20   we had one of our drivers in a car actually
21   drive this exact section to precisely map out
22   the lanes.
23        We knew for sure where the lanes would be
24   then, then we implemented the system.  And yet
25   once again, the car would keep -- would change

                                          Page 9
 1   lanes when it shouldn't change lanes.  This is
 2   because the human driver, who is a trained
 3   driver, actually made the lane change wrong.
 4   It was quite perplexing for a while, like,
 5   "Why is it going on GPS and making the wrong
 6   move?"
 7        It's because the reference driver
 8   actually made the wrong move.  So, so we've
 9   corrected that and now you can actually do
10   this in any of the lanes and it will hold
11   position correctly.  It will actually do
12   better than the first one.  Just to give you a
13   sense of what the level of precision that the
14   Tesla fleet is gaining in terms of figuring
15   out where roads are, where parking lots are.
16        And this is all just in a statistical
17   database.  There's no user attribution.  We
18   don't know who it was or when it was.  It's
19   just we know that this is where a road exists,
20   this is where cars have gone, statistically
21   speaking.
22        And so you can see that, that the Tesla
23   user feed has basically mapped out the exact
24   area in this map and all the way down to the
25   parking lot, you can actually see where in the
```

Autopilot v7.0 Conference							October 14, 2015

```
 1  parking lot people were or what constitutes a
 2  real parking lot this is (indiscernible) this
 3  is a normal navigation map, which is fine for
 4  general directions but it's, it's not great
 5  for figuring out where the car can actually
 6  go.
 7       So whereas this is high a precision map,
 8  so you can see that each lane is mapped out
 9  and you -- and you know exactly what the
10  transitions are.  And you know that for
11  example here you don't make an abrupt like 90
12  degree left, you actually make a curve and you
13  can see like little places like here.  If you
14  were to follow the, the GPS, you would have to
15  like flip the curve then actually what you
16  want to do is do a curve like that.
17       So that's a -- just the basic
18  presentation.  I think this is going to be
19  quite a profound experience for people when
20  they do it and we've been testing it for over
21  a year, so we got quite used to it.  But I've
22  noticed that when, when I put friends of mine
23  in the car and they see the car drive, they're
24  blown away.
25       This is -- it's really quite an
                                          Page 10
```

```
 1  your lane, you want to be offset to one side
 2  of the lane.  That -- that's active --
 3  obviously when Autosteer is active.  However,
 4  we also have side collision avoidance which is
 5  active all the time.  You can't turn it off.
 6  So this is not something you can't turn off
 7  but it's separately turned off.
 8       It's, it's, it's like automatic emergency
 9  braking essentially.  The side collision
10  avoidance, what it will do is it will resist
11  movement.  If you attempt to, to turn into
12  another vehicle or into let's say a highway
13  barrier without realizing it, the car --
14  you'll feel increased resistance to the
15  steering wheel.
16       And so you'll feel like, well, there's
17  something unnatural here that's like, if you
18  can overcome it if you want to but it's, it's
19  going to tell you that you probably shouldn't
20  move sideways because you can sense it's like
21  getting harder to, to move the steering wheel
22  to one side or the other.
23       It's a sort of general safety system
24  along with automatic (indiscernible) that's
25  also released with version 7.
                                          Page 12
```

```
 1  interesting new experience and I think it's
 2  going to change people's perception of, of the
 3  future quite rapidly.  What questions
 4  (indiscernible)
 5       MR. JAYNES:  I'm going to come to you and
 6  we'll switch to the (indiscernible) on the
 7  phone.
 8       MR. MUSK:  Yeah.  Right away.
 9       MR. JAYNES:  I'm Nick Jaynes with
10  Mashable.  What I was thinking about the site
11  collision monitoring warning system and it
12  said in the little packet that even if it is
13  disabled in the, the vehicle menu, that even
14  if it, you know, detects an obstacle it'll
15  move within your lane around the, the
16  obstacle.
17       What is the purpose of having it still
18  active even if the owner has deactivated it?
19       MR. MUSK:  There's two elements there.
20  One is when, when the Autopilot is activated,
21  it's using the ultrasonic sensors to, to see
22  if it's impinging on a vehicle nearby.  So
23  like, let's say there's a large truck, like an
24  oversized truck next to you on the freeway.
25       You don't want to be in the middle of
                                          Page 11
```

```
 1       MS. MCCARTHY:  (indiscernible) my name is
 2  McCarthy with NPR.  Two questions for you.  In
 3  the last few months we've seen (indiscernible)
 4  and in this roll out -- I mean you're making a
 5  point about what you can do (indiscernible) I
 6  guess the first question is what are you
 7  telling us that we should expect as consumers
 8  from automaker as in our cars in terms of
 9  software engagement?
10       And then separately there is -- I want
11  you to (indiscernible) during a debate about
12  whether software vehicles should affect the,
13  the copyright block of (indiscernible)
14  disclosed the (indiscernible)
15       MR. MUSK:  Sure.  So I think really car
16  makers need to think of their cars as
17  connected devices.  And that's really what the
18  way a car should operate much as the way your
19  laptop or your cell phone operates so that you
20  can do improvements over the air so you can
21  either -- instead of having to recall them.
22       And if you issue a recall, you don't
23  always get all the parts again and for various
24  reasons people lose touch with their dealer
25  and then they may have unsafe software in the
                                          Page 13
```

**Page 14**

car but not know it because they get the
recall notice.  We're aware of it.
       So I think it is important for safety and
for improved functionality that a car makes a
general go to a connected (indiscernible) and
that's I think also what consumers expect
these days.  It's kind of odd to have a device
that's not connected.  And with respect to
software -- I, I don't know.  I mean I think
there's pros and cons to having software all
out there.
       I mean it, it is hard to say how software
will work.  It's not a -- it's just a -- it's
actually in the target hardware.  So it's --
you look at the software and say, "Well, this
-- I think it's hard to say if this is or
isn't going to work.  Most you've actually
done hard work.
       So I'm not sure if this -- there's that
much value to, to open sourcing the software.
I think it's -- and I would be concerned about
people potentially exploiting issues.  But I,
I think what, what really matters is our
company's testing -- thoroughly testing the
vehicle and testing the software, making sure

**Page 15**

that it's, it's good.  That's the most
important thing.  It is, is just test it --
test it and you really need to see the
hardware software interaction to know if it's
safe.
       MS. SAGE:  Sage from Reuters.  Can you
talk about -- it states very clearly that this
is hand on even though we know that you can
have your hands off.  Can you talk about the
regulatory hurdles that you anticipate so that
you can tell your customers, "Please take your
hands off" and what you anticipate and how
that's going to work?
       MR. MUSK:  Yeah, we're, we're being
especially cautious at this early stage.  So
we're, we're advising drivers to keep their
hands on the wheel just in case because the
software is still at an early stage.  So it's
important that people exercise caution in the
beginning.
       Over time there will not be a need to
have your hands on the wheel in the long term.
But in the short term I think it's very
important that people exercise caution because
the software is very new and so we actually

**Page 16**

explicitly describe it as beta.  And even
though people can access it, we describe it as
beta and we say (indiscernible) because it's
just important to exercise great caution at
this early stage.
       Certainly in, in the long term, people
will not need hands on the wheel and, and
eventually there won't be wheels.  There won't
be wheels or pedals, they'll just be just
jumping a car and go somewhere, tell the car
your destination and it'll take you there.
But in order for that to occur you need to
have -- it needs to be very operational.
       So that if any one (indiscernible) the
vehicle fails for any reason, the car does not
crash.  So that's, that's still some ways ways
along.  Well, I think the regulators need to
seek their evidence that the, the reliability
is there.
       That, the, the reliability and hands off
situation is not worse than a hands on.  So
that -- I think there's time and a lot of
information needed in order to make that case.
I wouldn't -- I don't think we, we should try
to make that case right now because the data

**Page 17**

is not there.
       MS. HALLETT:  Hi, Deanna Hallett from
Bloomberg.  Could you talk a little bit about
the early access program and the kind of
feedback that you got from the customers that
have already been testing this?  I guess
you've had it for maybe a month or so and like
what was the biggest feedback that you got and
how did that help you redefine and make the
software better?
       MR. MUSK:  Yeah, we've actually gotten a
lot of feedback for quite a while so that we
had the, the sort of early access program.
Customers actually had the, the software for
some cases several months, in most cases at
least a few months and their feedback has
helped us make the -- make it better.  Keep
making it better.
       Generally, the, the response has been
that they really love it.  They think it's
quite profound.  And, and that they -- we have
anecdotes of customers that have actually
cancelled their vacations because there was a
new update in the software.  So they really --
they really liked it.  And -- but I, I think

Autopilot v7.0 Conference                                    October 14, 2015

```
 1  the feedback is all kind of fairly obvious
 2  stuff.  I mean, it's, it's necessary but
 3  obvious like the car didn't behave correctly
 4  in this particular location.  And so what do
 5  we do, do about that?
 6       And a lot of it is sort of -- it's
 7  actually automatic.  So without people
 8  actually having to send us a note, we can see
 9  that there was a crash.  So when we look at,
10  say, a map, we can see where did -- where did
11  drivers assume manual control.  And if we see
12  that a lot of drivers are taking manual
13  control at the same point, then we know that
14  there's something wrong with the software at
15  that point.
16       Whereas if it's just randomly
17  distributed, it means somebody just decided to
18  go automatic to manual back.  But if it's
19  always at the same place on, on a highway, we
20  know that there's some issue that needs to be
21  looked into.  So that's, that's automated
22  reporting, it has been the most helpful for
23  improving the system.
24       We can see that it's always at this
25  particular juncture that the car does
                                        Page 18
```

```
 1  something wrong and you take manual control.
 2  Then we, we go look at that location and see
 3  what the issue is and, and fix the software.
 4       Yeah, it's been tested in, I think, most
 5  of the markets that Tesla's operating in.
 6  Yeah, so it seems to work quite well.  It does
 7  tend to work better, better in places where
 8  there are clear markings.  So it works really
 9  well in Germany, for example.
10       Yes, it, it works best where the
11  infrastructure is good and in order for it to
12  work really well, you want clear markings on
13  the road or you, you want to be in quite dense
14  traffic.  So those are the two places where it
15  works really well.  You know it's a -- and
16  it's a real boom in a high traffic situation.
17       So if you're in -- somewhere moving
18  gridlock traffic, just turn on Autopilot and
19  it works super well.  Yeah, and almost to the
20  point where you can take your hands off.  I
21  wouldn't say you can take your hands off but
22  almost.  Almost.  Some people may
23  (indiscernible) applies that.
24       MR. KUMPARAK:  Hi, I'm Greg Kumparak of
25  TechCrunch.  So, with Tesla and a couple of
                                        Page 19
```

```
 1  other teams, each kind of independently
 2  working on this problem, do you guys have to
 3  worry about logical conflicts within these
 4  independent code bases?  Just the cars not
 5  really knowing how to react to each other when
 6  it's not a human driving?
 7       MR. MUSK:  Well, the, the density of cars
 8  that have Autopilot is pretty low.  So I think
 9  it'll be a while before we have to worry too
10  much about it.  But I mean we essentially make
11  -- in, in Autopilot, we try to make the car
12  behave as though it's a really good chauffeur.
13       It's like there was like a really good
14  driver but you know, not too -- not, not too
15  conservative, not too aggressive
16  (indiscernible) when the cars interact with
17  each other, I would think they would actually
18  -- it would just be like as though the car's
19  interacting with good human driver.  So we
20  don't really see, you know, any issues with
21  code interaction.  That's right.  There's been
22  nothing to say.
23       MR. DELLA CAVA:  Hey, Marco Della Cava
24  with USA TODAY.  Similar question, I got Audi
25  working on Pilot Assist pretty aggressively.
                                        Page 20
```

```
 1  BMW at CES last year showed us their self-
 2  valeting car.  How important is it to you
 3  personally and to Tesla to, to try and be
 4  first?
 5       MR. MUSK:  Well, I mean in general we try
 6  to pioneer new technology.  I mean, I think
 7  there's, there's like the two biggest -- the,
 8  the two most profound innovations in
 9  automotive since the moving production line
10  are electrification and autonomy.
11       So it makes sense to try to pioneer
12  things in those two arenas.  Those things
13  really make a difference to the world -- to --
14  individually and collectively, they make a
15  difference, so.  But it's not, you know, the
16  goal is not to be first for the safety first.
17       We just want to make an amazing vehicle
18  and make the best possible car that could be
19  made.  That's, that's really all.  And you
20  know, we've gotten some pretty good accolades
21  in this regard.  Some reports of the adjusted
22  rating system.  That was before
23  (indiscernible) so.
24       MR. BAKER:  David Baker with The
25  Chronicle.  I wanted to follow up on the
                                        Page 21
```

Autopilot v7.0 Conference                                October 14, 2015

```
 1  question that the reporter from Reuters was
 2  asking.  So far there's been sort of a
 3  perceived difference in philosophies and
 4  different autonomous car programs.  Whether
 5  you want to push toward a future where you
 6  don't have the steering (indiscernible) or
 7  whether you want a future where you still do
 8  have cars that people can drive on great roads
 9  that we've done in parts of California.
10      MR. MUSK:  Right.
11      MR. BAKER:  Do you want a future where
12  you just get a little odd and it takes you
13  wherever and you don't worry about it or do
14  you want a future where people drive your car
15  down the road (indiscernible) truck.
16      MR. MUSK:  I think -- I think you want to
17  have -- I think you probably want to have the
18  steering wheel and pedals and be able to take
19  control of the car when you want to take
20  control.  I mean, I don't -- I don't super
21  love the idea of sort of having a
22  (indiscernible) that you just get in and go
23  from one place to the other in a very
24  conservative driving manner or something.
25      It sounds boring but I mean it might be,
                                        Page 22
```

```
 1  you know, might be something like an iRobot
 2  where the car has an autonomous mode, but you
 3  can switch to manual when you want to.  The
 4  steering wheel comes out of the dash.  It
 5  looks kind of cool.  That looked cool.  Yeah.
 6  Like this (indiscernible) charger.  Yeah.  So
 7  I think autonomy default but with optional
 8  manual is probably the good way to go.
 9      I want to give folks on the phone a
10  chance to ask questions.  Sure.  Go ahead.  On
11  the phone.
12      MR. TANNER:  Okay.  So our first question
13  is going to come from.  Hello, Yahoo Autos,
14  this is Chuck Tanner with Yahoo! Autos.  I'm
15  wondering how does the Autopilot -- or how do
16  you perceive the Autopilot as differing from
17  similar technology from say Audi or Mercedes,
18  such as the adaptive cruise control, stop and
19  go and their lane keeping technology as well?
20      MR. MUSK:  Yeah, I think the, the biggest
21  differentiated here is that the whole Tesla
22  fleet operates as a -- as a network.  When one
23  car learns something, the whole fleet learns
24  it.  And in order to have that, all the cars
25  need to be connected.  They need to be
                                        Page 23
```

```
 1  uploading data to a central server where it
 2  can be collected, do statistical analysis on
 3  it, and then feed that back into a driving
 4  algorithm through cars.
 5      So that -- I mean that's sort of a -- I
 6  would say it's next level and certainly far
 7  beyond what any, any other car company is
 8  doing.  I'm not sure they're even thinking
 9  about it.
10      I've never heard them mention it that
11  way.  So to be able to do fleet learning, this
12  is quite a powerful network at that and any
13  car company that doesn't do this will not be
14  able to have a good autonomous driving system.
15  Next question.
16      MS. BROWN:  Hi, Katie Brown, Broker
17  Fortune.
18      MR. MUSK:  Okay.
19      MS. BROWN:  Are you talking about machine
20  learning (indiscernible)
21      MR. MUSK:  Yeah, I mean it, it is kind of
22  machine learning and it is with the drivers of
23  the cars being essentially the -- providing
24  the training data set for -- that they're
25  training a collective intelligence of, you
                                        Page 24
```

```
 1  know, for Tesla.
 2      MS. BROWN:  Yeah.  Will it be like an
 3  automatic learning system or is it --
 4      MR. MUSK:  It is an automatic learning
 5  system.
 6      MS. BROWN:  I have another question too.
 7      MR. MUSK:  I mean -- yeah, if that was
 8  the question it's like if I'm so afraid of AI,
 9  why am I doing this?
10      MS. BROWN:  And?
11      MR. MUSK:  I don't think we have anything
12  to worry about cars driving themselves that's
13  not, you know, they're not going to take over
14  the world.  It's -- I mean the concern was
15  more like a -- like a deep AI, like, and
16  potentially one that's, you know.  Yeah, yeah,
17  some sort of, yeah, some sort of AI that, you
18  know, either due to itself or, or people
19  driving in that direction makes the world, you
20  know, tries to drive civilization in a
21  direction that's not good.
22      I, I don't know.  I mean, I just think we
23  need to be cautious about this, that's all.
24  That's my general comment on, on AI.  It's
25  like we shouldn't be sort of going willy nilly
                                        Page 25
```

Autopilot v7.0 Conference                                          October 14, 2015

```
 1  in that direction, thinking it's always going
 2  to be good.
 3       MS. BROWN: Okay. My follow up was
 4  actually about the mapping system. So the
 5  data available in like Google Maps or Here
 6  Maps or Apple Maps or something that's not
 7  good enough data for the automatic -- the
 8  Autopilot driving system currently. So do you
 9  plan to do this combination of these, like
10  personal drivers, right? Driving around --
11  Tesla employees driving around and getting
12  that data plus the Tesla fleet.
13       Are you going to be doing that for the
14  world when you get all this data for the high
15  precision maps that you want?
16       MR. MUSK: Yeah, I think the data is
17  really going to come primarily from the Tesla
18  fleet. So we've got cars that are doing one
19  half million miles a day, of which -- of which
20  two thirds have the autonomy capability but
21  all one and a half billion actually are, are
22  connected and can provide information about
23  high precision information about routes.
24       And I think we'd certainly be open to
25  selling that to other car companies or other
                                          Page 26
```

```
 1  organizations if they, they want to buy it.
 2       And -- but it's really -- it's really the
 3  fleet collectively that is producing this,
 4  this data set and then we're using that to
 5  provide high, high precision GPS navigation.
 6  But you do need an additional overlay on that
 7  to understand like turn restrictions. I mean,
 8  to a certain degree, because if you simply
 9  say, like if the number of cars that say turn
10  left at an intersection is 0.5% of the time,
11  then it's probably they're just doing illegal
12  ads.
13       So you should ignore that (indiscernible)
14  you'll see statistically if, if a turn is
15  allowed or not allowed, so. And you can also
16  say, okay, the speed -- but the true speed on
17  these roads is the speed and then you know,
18  how fast to go around the bend or, you know,
19  what's, what's really safe.
20       The average driver goes this speed in
21  this lane and, and when doing this turn. So
22  that's -- that level of detailed information
23  which is like, how would an expert driver
24  drive this route is really what we're talking
25  about.
                                          Page 27
```

```
 1       It's really -- it's an order of magnitude
 2  or more -- or more detailed than current
 3  navigation maps. It might be in terms of, of
 4  data volume, maybe 100 times the data
 5  complexity of current navigation map, maybe
 6  more. We have a lot of people patiently
 7  waiting on the phone. So Ken, can we -- let's
 8  take the next three calls from the phone line.
 9  Go ahead.
10       MR. KEN: The line of Nikki at Transport
11  Evolved is now open.
12       MS. GORDON: Good afternoon, Elon. I've
13  got two questions really that I'd like to pose
14  to you. The first one regarding GPS and data
15  access. I know that, you know, if you're in
16  the Bay Area, we have a lot of great cell
17  phone connectivity but in certain parts of the
18  U.S., in certain parts of the world, that's
19  not going to be a big issue.
20       Sorry, that is going to be a big issue.
21  And connectivity is going to be lost. How
22  will the cars automatically switch between the
23  modes? That's my first part. And the second
24  part is Google, Audi, all these other
25  companies who have worked on autonomous
                                          Page 28
```

```
 1  driving to this point, some of them have
 2  posted massive bonds to be able to test some
 3  kind of autonomous or Autopilot feature on the
 4  road. Has Tesla had to put anything like that
 5  into provision if there's any accidents in the
 6  future?
 7       MR. MUSK: Yeah, well, as far as -- sort
 8  of gathering navigation data, where there's no
 9  cell connectivity, the, the car can just
10  buffer the data and then upload the data once
11  it gets to a place where there is cell
12  connectivity or a Wi-Fi connection.
13       So there's no problem collecting data
14  even where there's no cell phone connectivity.
15  And then of course, the GPS satellites you can
16  see all the time. So even in like anywhere on
17  earth you can see the GPS satellite. So
18  whether you're not you -- whether or not you
19  have the connectivity in that area, you can
20  still use the drive on GPS functionality.
21       With respect to posting big bonds, I'm
22  not -- I'm not aware of that. I'm not sure
23  what they're doing exactly on that front. You
24  know, I think the logical thing is that if
25  there are -- if, if there are fewer accidents
                                          Page 29
```

Autopilot v7.0 Conference                           October 14, 2015

```
 1  in autonomous mode than in non-autonomous
 2  mode, there shouldn't be some penalty.  That
 3  wouldn't make any sense.
 4       You know, you'd be penalizing a safer
 5  situation.  Next question.
 6       MR. RAMSEY:  Okay.  The line of Mike
 7  Ramsey from Wall Street Journal is now open.
 8  Hi, thanks a lot.  I'm curious about two
 9  things.  One, the -- after the updates are
10  uploaded and, and improvements are made, are
11  those done in constant stream like on a daily
12  basis or are you waiting for like -- would you
13  wait for like a 7.1 or something like that?
14       And the second question is, as you move
15  past this level of autonomy to something
16  greater, would you need to add more sensors
17  like a Lidar or do you think that it would be
18  possible to go to a greater level of autonomy
19  with the sensor set that you have now?
20       MR. MUSK:  Yeah, I, I mean, I, I think we
21  can go to -- we, we can improve the level of
22  autonomy with the sensor set that we have
23  right now, but it is limited to what logically
24  could be done with the sensor set.  So imagine
25  if you had a remote control car and you had
                                        Page 30
```

```
 1  completely solves it without the use of that
 2  Lidar.  I'm not a big fan of Lidar.  I don't
 3  think it makes sense in this context.
 4       We do -- we do use Lidar for our Dragon
 5  spacecraft.  We're docking with the space
 6  station and I think it makes sense and we put
 7  a lot of effort into developing that.  So as
 8  long as I don't like Lidar in general, it's
 9  just like, I don't think it makes sense in a -
10  - in a car context.
11       I think it's -- I think it's unnecessary.
12  Yeah.  And sorry, what was the first part of
13  the question?  Yeah, sure, sorry
14  (indiscernible) people should see the, the,
15  the car actually improve, probably with each
16  passing week.  So even without a new software
17  update because the data is continually
18  improving.
19       Because the more miles that are driven,
20  the better the, the sort of network
21  intelligence the fleet is trained, the better
22  it will get.  So it should actually get
23  better, you know, with each passing day.
24       But you'll probably notice it maybe after
25  a week or a few weeks and you'll see that
                                        Page 32
```

```
 1  access to this set of data, which is a forward
 2  facing camera, forward radar and 360 degree
 3  ultrasonics.  If, if you could see that data
 4  remotely and you were a really good driver
 5  with a remote control car, how well could you
 6  drive the car?
 7       That, that essentially sets the limit on
 8  what the sensors can do.  So there's certainly
 9  more that can be done but it's not -- the
10  sensor suite is not the sort of full autonomy
11  or suite.  For full autonomy, you'd obviously
12  need 360 degree cameras.  You'd need probably
13  redundant forward cameras, you'd need
14  redundant computing hardware and, and then
15  redundant motors in the steering rack.
16       Like you really want to have, I think,
17  for full autonomy, a, a more comprehensive
18  sensor suite and control systems that -- and,
19  and computing systems that are (indiscernible)
20  operation.  With that said, I don't think you
21  need Lidar.
22       I, I think Lidar -- you, you do this all
23  with passive optical and then with maybe one
24  forward radar.  Or if you're driving fast into
25  rain or snow or dust.  I think that, that
                                        Page 31
```

```
 1  previously the car wouldn't have steered quite
 2  right.  Like let's say going past a freeway
 3  off ramp one week but then the following week
 4  it does.  Next question.
 5       MR. SPARKS:  Daniel Sparks.  Molly --
 6       MR. MUSK:  Can I get your question?
 7       MR. SPARKS:  Yeah.  Is there any
 8  consideration for offering a retrofit option
 9  of Autopilot hardware to early model S-owners
10  at some point?
11       MR. MUSK:  So the tricky thing with the
12  retrofit is it would require changing a lot of
13  systems on the car and a new wiring harness.
14  So it's not as though -- if we thought there
15  was some reasonable way to offer a retrofit,
16  we would do so.
17       But to be able to add a radar system and
18  a camera system and some additional computing
19  hardware and 360 ultrasonics, this, this would
20  be a huge effort to do at the service center.
21  I mean, you'd have to replace the front bumper
22  or the windscreen, take the whole car apart to
23  remove the wiring harness.
24       So it's technically possible but there's
25  no way it would make any financial sense.
                                        Page 33
```

Autopilot v7.0 Conference                                          October 14, 2015

```
 1      MR. SPARKS:  Let's take one more call
 2  from the phone line.
 3      MR. SOROKANICH:  So, Bob from Road &
 4  Track magazine.  Hi, I was just wondering how
 5  weatherproof is the lane sensing feature.
 6  Like can it see the lane lines through rain or
 7  through snow?  What are the limitations there?
 8      MR. MUSK:  Yeah, if in -- if there's
 9  heavy snow, it's going to be harder to -- for
10  the system to work.  So we'd certainly advise
11  caution in heavy precipitation.  I mean
12  essentially it's, it's like a person to some
13  degree.  It's like how well can a person
14  figure out what route they should take?
15      And you know that they're going to be --
16  in the beginning it's going to be not as good
17  as a person but then over time -- or not as
18  good as a person in some ways, better than a
19  person in other ways, over time it will
20  actually be better than better than -- better
21  than a person.
22      I mean long term it'll be way better than
23  a person because it's like just say imagine a
24  system that has say eight cameras and radar
25  and ultrasonics and it's processing all of
                                         Page 34
```

```
 1  hitting them or it should handle them well,
 2  hopefully.  I would exercise caution at this
 3  early stage.  The pedestrian can't exercise
 4  fortunately because it better be done their
 5  way to the (indiscernible) are you talking
 6  about the car today or the car in the future?
 7      There's a difference between the car
 8  today and the car in the future.  Big
 9  differences.  Those meetings these days.
10  Yeah, that's why we, you know, in the
11  beginning we really recommend that in, in fact
12  we -- instructions to say you need to pay
13  attention to what's on the road and you need
14  to be ready to take the wheel at any time.
15      So it's certainly -- I certainly wouldn't
16  want to say that today, "Don't worry about
17  it."  And I -- in the long term it will be
18  safer than a person driving for all -- for
19  all, you know, pedestrians as well as for
20  people in the car and other cars.
21      MS. SOROKANICH:  I had a couple of
22  logistical questions.  When will the update be
23  available in to come with cars?  When will 7.1
24  coming and what about the Model X?
25      MR. MUSK:  We're not going to do model
                                         Page 36
```

```
 1  that at, you know, the millisecond level and
 2  never gets tired and it's, you know, never had
 3  anything to drink and it's, it's not arguing
 4  with someone in the car, hopefully.
 5      And so it's not distracted and it's, it's
 6  -- and it has this huge data set.  There's,
 7  like, there is just no way -- that, that would
 8  be like competing with eight human experts
 9  simultaneously.  It'd be really -- there's
10  just no way one person's going to be better
11  than --you don't have eyes in the back of your
12  head.
13      You know, it's like -- so it, it will
14  obviously be way better than the person wants.
15      MR. KEN:  We're going to come back into
16  the room, take some questions from you.  It's
17  a congratulatory (indiscernible) how does it
18  handle pedestrians at the moment
19  (indiscernible)
20      MR. MUSK:  Sure.  So it's a -- it, it --
21  I mean it should not -- it should not
22  pedestrians, hopefully.  So it does sense
23  pedestrians.  It can see pedestrians, it can
24  see cyclists.  So it should -- it should avoid
25  them or it should actually break before
                                         Page 35
```

```
 1  expressions today but when will it work on the
 2  Model X?  So we expect to begin uploading the
 3  software tonight to customers.  So sometime
 4  late tonight or it'll begin uploading and
 5  people should begin to be able to install it
 6  tomorrow.
 7      It'll probably take a few days to -- I
 8  sent it out to the whole fleet but it'll start
 9  sometime tonight and then, then that's for
10  North America.  For Europe and Asia, it's
11  about a week out because we're just waiting
12  for final regulatory approval.  So hopefully
13  we'll receive regulatory approval for Europe
14  and Asia sometime next week.
15      Well, actually all cars will receive
16  version 7 and then roughly 60 percent of those
17  cars -- so there's roughly 60,000 cars that
18  have autonomous capability.  But all cars will
19  receive version 7 just like mostly won't
20  happen through Auto steer and all of them.
21      SPEAKER 1:  :  Hi (indiscernible) this
22  could possibly be a pretty expensive add on
23  and since the future is looking like we need
24  to make some sort of inexpensive mass market
25  car.
                                         Page 37
```

**Page 38**

1  Do you see this being something that is
2  standard on all this is going forward or an
3  option you can remove the motor to have a more
4  affordable?
5       MR. MUSK:  Well the way we make the cars
6  right now is that the hardware is standard on
7  all cars and then you pay to have the
8  Autopilot convenience features.  So the safety
9  features are standard on all cars.  So it'll
10 be active emergency braking site, collision
11 avoidance, lane departure warning.
12      Basically all the safety features are
13 standard on all cars and then the convenience
14 features you pay $2,500 to enable.  So
15 essentially we actually take a slight loss on
16 people that don't pay for the convenience
17 features and then we make a gain on those that
18 do.  So hopefully that works out.
19      But I think in logs we would have the
20 hardware for autonomy on all clouds, but that
21 would just be enough charge for the
22 convenience feature.  Two more questions.
23      MR. GITLIN:  So a question from Jonathan
24 at Ars Technica.  Going back to the future of
25 autonomous cars, when do you think Tesla might

**Page 39**

1  be ready to start selling cars that are
2  autonomous to level four?
3       MR. MUSK:  Well, I think from a
4  technology standpoint and it is important to
5  distinguish these things because they are very
6  very different technologically.  I think Tesla
7  will be able to -- will have a car that can do
8  full autonomy in about three years.
9       So maybe a bit sooner.  But I'm trying to
10 recalibrate my, you know, my sort of time
11 predictions.  So I think I'm quite confident
12 that within three years, the car will be able
13 to take you from point to point, basically
14 from your driveway to work without you
15 touching anything.  You could be asleep the
16 whole time and do so very safely.
17      However, from that point, to get
18 regulatory approval for full autonomy is
19 something that's going to vary by
20 jurisdiction.  So depending upon where you are
21 in the world and how that sort of legal
22 framework works and what the regulations are,
23 that could be anywhere from another year to
24 maybe several years.
25      I think the thing that would obviously be

**Page 40**

1  convincing to a regulator is to see lots of
2  data about how autonomy is working.  Is it
3  safer or less safe than.  And at the point
4  which the data says statistically that it's
5  much safer to have autonomous cars.  That's
6  the point which regulators will obviously be
7  comfortable allowing a full autonomy.
8       MR. KEN:  Another question from Deanne
9  Durbin at the Associated Press.
10      MS. DURBIN:  A question.  Can you just
11 clarify -- I think you spoke about it earlier,
12 but I can't hear very well.  Is the Model X
13 going to get this capability?  And also if you
14 are -- if you're -- if your car is
15 automatically changing lanes and it gets in an
16 accident, who is liable?
17      MR. MUSK:  Yeah.  So the, the Model X
18 will of course also have the same Autopilot
19 capability as the S.  So they'll have --
20 they'll have identical capability.  And if
21 there is an accident, the, the driver of the
22 car is liable.  So we're very clearly saying
23 that this is not a case of abdicating
24 responsibility.
25      The, the hardware and the software are

**Page 41**

1  not yet at the point where a driver can
2  abdicate responsibility.  That will come at
3  some point in the future but it is -- it is
4  not the case today.  These are still the early
5  days.
6       MS. DURBIN:  Could you talk a little bit
7  about how many people are actively working on
8  Autopilot within Tesla?  Because in terms of
9  headcount, you guys are north of like 13,000
10 employees, right?
11      MR. MUSK:  Yeah, 14,000.  Yeah.
12      MS. DURBIN:  14,000.  So what's the size
13 of the unit?  And I'm sure it's
14 interdisciplinary.  So I don't even know if
15 calling it a unit is accurate.
16      MR. MUSK:  Yeah, it's actually not a --
17 not a huge team doing Autopilot stuff.  We've
18 got maybe in terms of people just working,
19 Autopilot software, it's maybe 50 people.  In
20 terms of those working on the Autopilot
21 hardware suite, it's maybe a little bigger.
22 Maybe 100 people, something like that.
23      It will increase over time but generally
24 with software you get amazing things done with
25 small teams and a small team will do much more

| Autopilot v7.0 Conference | October 14, 2015 |

```
 1  radical improvements in a vacuum.
 2       MR. KEN:  Okay.  Very nuts and bolts.
 3  One, I'm not sure that I understood you
 4  clearly earlier.  When people get this, when
 5  they get into their cars tomorrow and see if
 6  loaded up, do they have to pay to actually use
 7  the Autopilot feature one at a time?
 8       MR. MUSK:  Yeah.  So it actually depends.
 9  People would have done this when they bought
10  the car.  They can also do it after they own
11  the car as well.  So it's just basically
12  $2,500 to activate the autonomous features for
13  forever.  It's a one-time charge.
14       And then the autonomous features were. --
15  as I said though, the safety features are
16  automatically enabled on all cars.  So even if
17  somebody hasn't done that, they'll still get,
18  for example, side collision avoidance as part
19  of the version 7 software.  All right.  Thanks
20  everyone.
21
22  (End of audio recording.)
23
24
25
                                          Page 42
```

```
 1       CERTIFICATE OF TRANSCRIPTIONIST
 2
 3       I, EDWIN KEEGA, do hereby certify:
 4
 5       That said audio transcription is a true
 6  record as reported by me, a disinterested
 7  person.
 8
 9       I further certify that I am not
10  interested in the outcome of said action, nor
11  connected with, nor related to any of the
12  parties in said action, nor to their
13  respective counsel.
14
15       IN WITNESS THEREOF, I have hereunto set
16  my hand this 6th day of July, 2025.
17
18         _EdwinKeega_____
19
           Edwin Keega
20
21
22
23
24
25
                                          Page 43
```

Contact us: CA.Production@LexitasLegal.com | 855-777-7865  Pages 42 to 43

P-36-0012

Autopilot v7.0 Conference																																																																							October 14, 2015

| $ | A | | | |
|---|---|---|---|---|
| **$2,500**  38:14 42:12 | **abdicate**  41:2 | 41:24 | 38:20 39:8,18 40:2, 7 | **BMW**  21:1 |
| | **abdicating**  40:23 | **America**  37:10 | **Autopilot**  11:20 19:18 20:8,11 23:15,16 26:8 29:3 33:9 38:8 40:18 41:8,17,19,20 42:7 | **Bob**  34:3 |
| **-** | **abrupt**  10:11 | **analysis**  24:2 | | **bolts**  42:2 |
| **--you**  35:11 | **access**  16:2 17:4, 13 28:15 31:1 | **anecdote**  8:15 | | **bonds**  29:2,21 |
| | | **anecdotes**  17:22 | | **boom**  19:16 |
| **0** | **accident**  40:16,21 | **anticipate**  15:10, 12 | **Autos**  23:13,14 | **boring**  22:25 |
| **0.5%**  27:10 | **accidents**  29:5,25 | **Apple**  26:6 | **Autosteer**  12:3 | **bought**  42:9 |
| | **accolades**  21:20 | **applies**  19:23 | **average**  27:20 | **braking**  12:9 38:10 |
| **1** | **accurate**  41:15 | **approval**  37:12,13 39:18 | **avoid**  35:24 | **break**  35:25 |
| **1**  37:21 | **action**  43:10,12 | | **avoidance**  12:4,10 38:11 42:18 | **Broker**  24:16 |
| **100**  28:4 41:22 | **activate**  42:12 | **area**  9:24 28:16 29:19 | | **Brown**  24:16,19 25:2,6,10 26:3 |
| **13,000**  41:9 | **activated**  11:20 | **arenas**  21:12 | **aware**  14:2 29:22 | **buffer**  29:10 |
| **14,000**  41:11,12 | **active**  11:18 12:2,3, 5 38:10 | **arguing**  35:3 | **B** | **bumper**  33:21 |
| | **actively**  41:7 | **Ars**  38:24 | **back**  18:18 24:3 35:11,15 38:24 | **buy**  27:1 |
| **2** | **adaptive**  23:18 | **Asia**  37:10,14 | **Baker**  21:24 22:11 | **C** |
| **2025**  43:16 | **add**  30:16 33:17 37:22 | **asleep**  39:15 | **barrier**  12:13 | **California**  22:9 |
| | | **Assist**  20:25 | **bases**  20:4 | **call**  34:1 |
| **3** | **additional**  27:6 33:18 | **assume**  18:11 | **basic**  10:17 | **calling**  41:15 |
| **360**  31:2,12 33:19 | **adjusted**  21:21 | **attempt**  12:11 | **basically**  9:23 38:12 39:13 42:11 | **calls**  28:8 |
| | **ads**  27:12 | **attention**  36:13 | **basis**  30:12 | **camera**  8:7 31:2 33:18 |
| **5** | **advise**  34:10 | **attribution**  9:17 | **Bay**  28:16 | **cameras**  31:12,13 34:24 |
| **50**  41:19 | **advising**  15:16 | **Audi**  20:24 23:17 28:24 | **begin**  37:2,4,5 | **cancelled**  17:23 |
| | **affect**  13:12 | **audio**  42:22 43:5 | **beginning**  15:20 34:16 36:11 | **capability**  26:20 37:18 40:13,19,20 |
| **6** | **affordable**  38:4 | **Auto**  37:20 | **behave**  18:3 20:12 | **car**  8:10,20,25 10:5, 23 12:13 13:15,18 14:1,4 16:10,15 18:3,25 20:11 21:2, 18 22:4,14,19 23:2, 23 24:7,13 26:25 29:9 30:25 31:5,6 32:10,15 33:1,13,22 35:4 36:6,7,8,20 37:25 39:7,12 40:14,22 42:10,11 |
| **60**  37:16 | **afraid**  25:8 | **automaker**  13:8 | **bend**  27:18 | |
| **60,000**  37:17 | **afternoon**  28:12 | **automated**  18:21 | **beta**  16:1,3 | |
| **6th**  43:16 | **aggressive**  20:15 | **automatic**  12:8,24 18:7,18 25:3,4 26:7 | **big**  28:19,20 29:21 32:2 36:8 | |
| | **aggressively**  20:25 | **automatically**  8:18 28:22 40:15 42:16 | **bigger**  41:21 | |
| **7** | **ahead**  23:10 28:9 | | **biggest**  17:8 21:7 23:20 | |
| **7**  12:25 37:16,19 42:19 | **AI**  25:8,15,17,24 | **automotive**  21:9 | | |
| **7.1**  30:13 36:23 | **air**  13:20 | **autonomous**  22:4 23:2 24:14 28:25 29:3 30:1 37:18 38:25 39:2 40:5 42:12,14 | **billion**  26:21 | **car's**  20:18 |
| | **algorithm**  24:4 | | **bit**  17:3 39:9 41:6 | |
| **9** | **allowed**  27:15 | | **block**  13:13 | **cars**  9:20 13:8,16 20:4,7,16 22:8 23:24 24:4,23 25:12 26:18 27:9 28:22 36:20,23 37:15,17, |
| **90**  10:11 | **allowing**  40:7 | **autonomy**  21:10 23:7 26:20 30:15, 18,22 31:10,11,17 | **Bloomberg**  17:3 | |
| | **amazing**  21:17 | | **blown**  10:24 | |

Autopilot v7.0 Conference                                                                                      October 14, 2015

| | | | | |
|---|---|---|---|---|
| **18** 38:5,7,9,13,25 39:1 40:5 42:5,16 | **comment** 25:24 | **copyright** 13:13 | **dense** 19:13 | **driveway** 39:14 |
| **case** 8:4 15:17 16:23,25 40:23 41:4 | **companies** 26:25 28:25 | **corrected** 9:9 | **density** 20:7 | **driving** 20:6 22:24 24:3,14 25:12,19 26:8,10,11 29:1 31:24 36:18 |
| **cases** 17:15 | **company** 24:7,13 | **correctly** 9:11 18:3 | **departure** 38:11 | |
| **caution** 15:19,24 16:4 34:11 36:2 | **company's** 14:24 | **counsel** 43:13 | **depending** 39:20 | **due** 25:18 |
| **cautious** 15:15 25:23 | **competing** 35:8 | **couple** 19:25 36:21 | **depends** 42:8 | **Durbin** 40:9,10 41:6,12 |
| **Cava** 20:23 | **completely** 32:1 | **crash** 16:16 18:9 | **describe** 16:1,2 | |
| **cell** 13:19 28:16 29:9,11,14 | **complexity** 23:5 | **cruise** 23:18 | **destination** 16:11 | **dust** 31:25 |
| **center** 33:20 | **comprehensive** 31:17 | **cues** 8:19 | **detailed** 27:22 28:2 | |
| **central** 24:1 | **computing** 31:14,19 33:18 | **curious** 30:8 | **detects** 11:14 | **E** |
| **CERTIFICATE** 43:1 | **concern** 25:14 | **current** 28:2,5 | **developing** 32:7 | **earlier** 40:11 42:4 |
| **certify** 43:3,9 | **concerned** 14:21 | **curve** 10:12,15,16 | **device** 14:7 | **early** 15:15,18 16:5 17:4,13 33:9 36:3 41:4 |
| **CES** 21:1 | **confident** 39:11 | **customers** 15:11 17:5,14,22 37:3 | **devices** 13:17 | **earth** 29:17 |
| **chance** 23:10 | **conflicts** 20:3 | **cyclists** 35:24 | **difference** 21:13,15 22:3 36:7 | **Edwin** 43:3,19 |
| **change** 8:25 9:1,3 11:2 | **congratulatory** 35:17 | **D** | **differences** 36:9 | **effort** 32:7 33:20 |
| **changing** 33:12 40:15 | **connected** 13:17 14:5,8 23:25 26:22 43:11 | **daily** 30:11 | **differentiated** 23:21 | **electrification** 21:10 |
| **charge** 38:21 42:13 | **connection** 29:12 | **Daniel** 33:5 | **differing** 23:16 | **elements** 11:19 |
| **charger** 23:6 | **connectivity** 28:17,21 29:9,12,14,19 | **dash** 23:4 | **direction** 25:19,21 26:1 | **Elon** 28:12 |
| **chauffeur** 20:12 | **cons** 14:10 | **data** 16:25 24:1,24 26:5,7,12,14,16 27:4 28:4,14 29:8,10,13 31:1,3 32:17 35:6 40:2,4 | **directions** 10:4 | **emergency** 12:8 38:10 |
| **Chronicle** 21:25 | **conservative** 20:15 22:24 | **database** 9:17 | **disabled** 11:13 | **employees** 26:11 41:10 |
| **Chuck** 23:14 | **consideration** 33:8 | **David** 21:24 | **disclosed** 13:14 | **enable** 38:14 |
| **civilization** 25:20 | **constant** 30:11 | **day** 26:19 32:23 43:16 | **disinterested** 43:6 | **enabled** 42:16 |
| **clarify** 40:11 | **constitutes** 10:1 | **days** 14:7 36:9 37:7 41:5 | **distinguish** 39:5 | **end** 42:22 |
| **clear** 19:8,12 | **consumers** 13:7 14:6 | **deactivated** 11:18 | **distracted** 35:5 | **engagement** 13:9 |
| **clouds** 38:20 | **context** 32:3,10 | **dealer** 13:24 | **distributed** 18:17 | **essentially** 12:9 20:10 24:23 31:7 34:12 38:15 |
| **code** 20:4,21 | **continually** 32:17 | **Deanna** 17:2 | **diverging** 8:6,8 | **Europe** 37:10,13 |
| **collected** 24:2 | **control** 10:11,13 19:1 22:19,20 23:18 30:25 31:5,18 | **Deanne** 40:8 | **docking** 32:5 | **eventually** 16:8 |
| **collecting** 29:13 | | **debate** 13:11 | **Dragon** 32:4 | **evidence** 16:18 |
| **collective** 24:25 | **convenience** 38:8,13,16,22 | **decided** 18:17 | **drink** 35:3 | **Evolved** 28:11 |
| **collectively** 21:14 27:3 | **convincing** 40:1 | **deep** 25:15 | **drive** 8:21 10:23 22:8,14 25:20 27:24 29:20 31:6 | **exact** 8:21 9:23 |
| **collision** 11:11 12:4,9 38:10 42:18 | **cool** 23:5 | **default** 23:7 | **driven** 32:19 | **exercise** 15:19,24 16:4 36:2,3 |
| **combination** 26:9 | | **degree** 10:12 27:8 31:2,12 34:13 | **driver** 9:2,3,7 20:14,19 27:20,23 31:4 40:21 41:1 | **exists** 9:19 |
| **comfortable** 40:7 | | **Della** 20:23 | **drivers** 8:20 15:16 18:11,12 24:22 26:10 | **expect** 13:7 14:6 37:2 |

Autopilot v7.0 Conference                                                                                                                October 14, 2015

| | | | | |
|---|---|---|---|---|
| expensive 37:22 | forever 42:13 | greater 30:16,18 | hurdles 15:10 | 32:21 |
| experience 10:19 11:1 | fortunately 36:4 | Greg 19:24 | | interact 20:16 |
| expert 27:23 | Fortune 24:17 | gridlock 19:18 | **I** | interacting 20:19 |
| experts 35:8 | forward 31:1,2,13, 24 38:2 | guess 13:6 17:6 | idea 22:21 | interaction 15:4 20:21 |
| explicitly 16:1 | framework 39:22 | guided 8:12 | identical 40:20 | interdisciplinary 41:14 |
| exploiting 14:22 | freeway 11:24 33:2 | guys 20:2 41:9 | ignore 8:13 27:13 | interested 43:10 |
| expressions 37:1 | friends 20:22 | **H** | illegal 27:11 | interesting 11:1 |
| eyes 35:11 | front 29:23 33:21 | half 26:19,21 | imagine 30:24 34:23 | intersection 27:10 |
| **F** | full 31:10,11,17 39:8,18 40:7 | Hallett 17:2 | impinging 11:22 | irobot 23:1 |
| facing 31:2 | functionality 14:4 29:20 | hand 15:8 43:16 | implemented 8:24 | issue 13:22 18:20 19:3 28:19,20 |
| fact 36:11 | funny 8:15 | handle 35:18 36:1 | important 14:3 15:2,19,24 16:4 21:2 39:4 | issues 14:22 20:20 |
| fails 16:15 | future 11:3 22:5,7, 11,14 29:6 36:6,8 37:23 38:24 41:3 | hands 15:9,12,17, 22 16:7,20,21 19:20,21 | improve 30:21 32:15 | **J** |
| fairly 18:1 | | happen 37:20 | improved 14:4 | Jaynes 11:5,9 |
| fake 8:5 | **G** | hard 14:12,16,18 | improvements 13:20 30:10 42:1 | Jonathan 38:23 |
| fan 32:2 | gain 38:17 | harder 12:21 34:9 | improving 18:23 32:18 | Journal 30:7 |
| fast 27:18 31:24 | gaining 9:14 | hardware 14:14 15:4 31:14 33:9,19 38:6,20 40:25 41:21 | increase 41:23 | July 43:16 |
| feature 29:3 34:5 38:22 42:7 | gathering 29:8 | harness 33:13,23 | increased 12:14 | jumping 16:10 |
| features 38:8,9,12, 14,17 42:12,14,15 | general 10:4 12:23 14:5 21:5 25:24 32:8 | head 35:12 | independent 20:4 | juncture 18:25 |
| feed 9:23 24:3 | generally 17:19 41:23 | headcount 41:9 | independently 20:1 | jurisdiction 39:20 |
| feedback 17:5,8, 12,16 18:1 | Germany 19:9 | hear 40:12 | indiscernible 8:2 10:2 11:4,6 12:24 13:1,3,5,11,13,14 14:5 16:3,14 19:23 20:16 21:23 22:6, 15,22 23:6 24:20 27:13 31:19 32:14 35:17,19 36:5 37:21 | **K** |
| feel 12:14,16 | get all 13:23 26:14 | heard 24:10 | | Katie 24:16 |
| fewer 29:25 | GITLIN 38:23 | heavy 34:9,11 | | Keega 43:3,19 |
| figments 8:1 | give 9:12 23:9 | helped 17:17 | | keeping 23:19 |
| figure 34:14 | goal 21:16 | helpful 18:22 | | Ken 28:7,10 35:15 40:8 42:2 |
| figuring 9:14 10:5 | good 15:1 19:11 20:12,13,19 21:20 23:8 24:14 25:21 26:2,7 28:12 31:4 34:16,18 | hereunto 43:15 | individually 21:14 | kind 14:7 17:4 18:1 20:1 23:5 24:21 29:3 |
| final 37:12 | | Hey 20:23 | inexpensive 37:24 | knew 8:23 |
| financial 33:25 | | high 10:7 19:16 26:14,23 27:5 | information 16:23 26:22,23 27:22 | knowing 20:5 |
| fine 10:3 | | highway 12:12 18:10 | infrastructure 19:11 | Kumparak 19:24 |
| fix 19:3 | Google 26:5 28:24 | hitting 36:1 | innovations 21:8 | **L** |
| fleet 9:14 23:22,23 24:11 26:12,18 27:3 32:21 37:8 | GORDON 28:12 | hold 9:10 | install 37:5 | lane 8:3,4,5,9,13 9:3 10:8 11:15 12:1, 2 23:19 27:21 34:5, |
| flip 10:15 | GPS 8:11,13,18 9:5 10:14 27:5 28:14 29:15,17,20 | huge 33:20 35:6 41:17 | instructions 36:12 | |
| folks 23:9 | | human 9:2 20:6,19 35:8 | intelligence 24:25 | |
| follow 8:8 10:14 21:25 26:3 | great 10:4 16:4 22:8 28:16 | | | |

Autopilot v7.0 Conference                                                                                              October 14, 2015

| | | | | |
|---|---|---|---|---|
| 6 38:11 | **M** | **Mike**  30:6 | **nilly**  25:25 | **owner**  11:18 |
| **lanes**  8:22,23 9:1, 10 40:15 | | **miles**  26:19 32:19 | **non-autonomous**  30:1 | **P** |
| **laptop**  13:19 | **machine**  24:19,22 | **million**  26:19 | **normal**  10:3 | |
| **large**  11:23 | **made**  9:3,8 21:19 30:10 | **millisecond**  35:1 | **north**  37:10 41:9 | **packet**  11:12 |
| **late**  37:4 | **magazine**  34:4 | **mine**  10:22 | **note**  18:8 | **parking**  9:15,25 10:1,2 |
| **lateral**  8:12 | **magnitude**  28:1 | **misleading**  8:19 | **notice**  14:2 32:24 | **part**  28:23,24 32:12 42:18 |
| **learning**  24:11,20, 22 25:3,4 | **make**  10:1,11,12 16:23,25 17:9,17 20:10,11 21:13,14, 17,18 30:3 33:25 37:24 38:5,17 | **mode**  23:2 30:1,2 | **noticed**  10:22 | **parties**  43:12 |
| **learns**  23:23 | | **model**  33:9 36:24, 25 37:2 40:12,17 | **NPR**  13:2 | **parts**  13:23 22:9 28:17,18 |
| **left**  10:12 27:10 | | **modes**  28:23 | **number**  27:9 | **passing**  32:16,23 |
| **legal**  39:21 | | **Molly**  33:5 | **nuts**  42:2 | **passive**  31:23 |
| **level**  9:13 24:6 27:22 30:15,18,21 35:1 39:2 | **makers**  13:16 | **moment**  35:18 | | **past**  30:15 33:2 |
| | **makes**  14:4 21:11 25:19 32:3,6,9 | **monitoring**  11:11 | **O** | **patiently**  28:6 |
| **liable**  40:16,22 | **making**  9:5 13:4 14:25 17:18 | **month**  17:7 | **obstacle**  11:14,16 | **pay**  36:12 38:7,14, 16 42:6 |
| **Lidar**  30:17 31:21, 22 32:2,4,8 | **manner**  22:24 | **months**  13:3 17:15,16 | **obvious**  18:1,3 | **pedals**  16:9 22:18 |
| **limit**  31:7 | **manual**  18:11,12, 18 19:1 23:3,8 | **motor**  38:3 | **occur**  16:12 | **pedestrian**  36:3 |
| **limitations**  34:7 | **map**  8:21 9:24 10:3, 7 18:10 28:5 | **motors**  31:15 | **odd**  14:7 22:12 | **pedestrians**  35:18,22,23 36:19 |
| **limited**  30:23 | | **move**  9:6,8 11:15 12:20,21 30:14 | **offer**  33:15 | |
| **lines**  34:6 | **mapped**  9:23 10:8 | **movement**  12:11 | **offering**  33:8 | **penalizing**  30:4 |
| **loaded**  42:6 | **mapping**  26:4 | **moving**  19:17 21:9 | **offset**  12:1 | **penalty**  30:2 |
| **location**  18:4 19:2 | **maps**  26:5,6,15 28:3 | **MUSK**  11:8,19 13:15 15:14 17:11 20:7 21:5 22:10,16 23:20 24:18,21 25:4,7,11 26:16 29:7 30:20 33:6,11 34:8 35:20 36:25 38:5 39:3 40:17 41:11,16 42:8 | **one-time**  42:13 | **people**  10:1,19 13:24 14:22 15:19, 24 16:2,6 18:7 19:22 22:8,14 25:18 28:6 32:14 36:20 37:5 38:16 41:7,18, 19,22 42:4,9 |
| **logical**  20:3 29:24 | | | **open**  14:20 26:24 28:11 30:7 | |
| **logically**  30:23 | **Marco**  20:23 | | **operate**  13:18 | |
| **logistical**  36:22 | **market**  37:24 | | **operates**  13:19 23:22 | |
| **logs**  38:19 | **markets**  19:5 | | | |
| **long**  15:22 16:6 32:8 34:22 36:17 | **markings**  19:8,12 | | **operating**  19:5 | **people's**  11:2 |
| | **marks**  8:2 | | **operation**  31:20 | **perceive**  23:16 |
| **looked**  18:21 23:5 | **Mashable**  11:10 | **N** | **operational**  16:13 | **perceived**  22:3 |
| **lose**  13:24 | **mass**  37:24 | | **optical**  31:23 | **percent**  37:16 |
| **loss**  38:15 | **massive**  29:2 | **navigate**  8:18 | **option**  33:8 38:3 | **perception**  11:2 |
| **lost**  28:21 | **matters**  14:23 | **navigation**  8:11 10:3 27:5 28:3,5 29:8 | **optional**  23:7 | **perplexing**  9:4 |
| **lot**  9:25 10:1,2 16:22 17:12 18:6,12 28:6,16 30:8 32:7 33:12 | **Mccarthy**  13:1,2 | | **order**  8:9 16:12,23 19:11 23:24 28:1 | **person**  34:12,13, 17,18,19,21,23 35:14 36:18 43:7 |
| | **means**  18:17 | **nearby**  11:22 | **organizations**  27:1 | |
| | **meetings**  36:9 | **needed**  16:23 | | |
| **lots**  9:15 40:1 | **mention**  24:10 | **network**  23:22 24:12 32:20 | **outcome**  43:10 | **person's**  35:10 |
| **love**  17:20 22:21 | **menu**  11:13 | | **overcome**  12:18 | **personal**  26:10 |
| **low**  20:8 | **Mercedes**  23:17 | **Nick**  11:9 | **overlay**  27:6 | **personally**  21:3 |
| | **middle**  11:25 | **Nikki**  28:10 | **oversized**  11:24 | **philosophies**  22:3 |

Autopilot v7.0 Conference                                                                 October 14, 2015

| | | | | |
|---|---|---|---|---|
| phone 11:7 13:19 23:9,11 28:7,8,17 29:14 34:2 | program 17:4,13 | recall 13:21,22 14:2 | revert 8:18 | 35:6 43:15 |
| Pilot 20:25 | programs 22:4 | receive 37:13,15, 19 | road 8:1 9:19 19:13 22:15 29:4 34:3 36:13 | sets 31:7 |
| pioneer 21:6,11 | pros 14:10 | recommend 36:11 | roads 9:15 22:8 27:17 | short 15:23 |
| place 18:19 22:23 29:11 | provide 26:22 27:5 | record 43:6 | roll 13:4 | showed 21:1 |
| places 10:13 19:7, 14 | providing 24:23 | recording 42:22 | room 35:16 | side 12:1,4,9,22 42:18 |
| plan 26:9 | provision 29:5 | redefine 17:9 | roughly 37:16,17 | sideways 12:20 |
| point 8:10 13:5 18:13,15 19:20 29:1 33:10 39:13,17 40:3,6 41:1,3 | purpose 11:17 | redundant 31:13, 14,15 | route 27:24 34:14 | similar 20:24 23:17 |
| | push 22:5 | reference 9:7 | routes 26:23 | simply 27:8 |
| | put 10:22 29:4 32:6 | regard 21:21 | | simultaneously 35:9 |
| pose 28:13 | **Q** | regulations 39:22 | **S** | site 11:10 38:10 |
| position 8:4,5,12, 13 9:11 | question 13:6 20:24 22:1 23:12 24:15 25:6,8 30:5, 14 32:13 33:4,6 38:23 40:8,10 | regulator 40:1 | S-OWNERS 33:9 | situation 16:21 19:16 30:5 |
| possibly 37:22 | | regulators 16:17 40:6 | safe 15:5 27:19 40:3 | size 41:12 |
| posted 29:2 | | regulatory 15:10 37:12,13 39:18 | safely 39:16 | skid 8:1 |
| posting 29:21 | questions 11:3 13:2 23:10 28:13 35:16 36:22 38:22 | related 43:11 | safer 30:4 36:18 40:3,5 | slight 38:15 |
| potentially 14:22 25:16 | | released 12:25 | safety 12:23 14:3 21:16 38:8,12 42:15 | small 41:25 |
| | **R** | reliability 16:18,20 | Sage 15:6 | snow 31:25 34:7,9 |
| powerful 24:12 | rack 31:15 | remote 30:25 31:5 | satellite 29:17 | software 13:9,12, 25 14:9,10,12,15, 20,25 15:4,18,25 17:10,14,24 18:14 19:3 32:16 37:3 40:25 41:19,24 42:19 |
| precipitation 34:11 | radar 31:2,24 33:17 34:24 | remotely 31:4 | satellites 29:15 | |
| precisely 8:21 | radical 42:1 | remove 33:23 38:3 | section 8:21 | |
| precision 9:13 10:7 26:15,23 27:5 | rain 31:25 34:6 | replace 33:21 | seek 16:18 | solve 8:9 |
| predictions 39:11 | ramp 33:3 | reported 43:6 | self- 21:1 | solves 32:1 |
| presentation 10:18 | Ramsey 30:6,7 | reporter 22:1 | selling 26:25 39:1 | sooner 39:9 |
| Press 40:9 | randomly 18:16 | reporting 18:22 | send 18:8 | SOROKANICH 34:3 36:21 |
| pretty 20:8,25 21:20 37:22 | rapidly 11:3 | reports 21:21 | sense 9:13 12:20 21:11 30:3 32:3,6,9 33:25 35:22 | sort 8:5,15 12:23 17:13 18:6 22:2,21 24:5 25:17,25 29:7 31:10 32:20 37:24 39:10,21 |
| | rating 21:22 | require 33:12 | | |
| previously 33:1 | react 20:5 | resist 12:10 | sensing 34:5 | |
| primarily 26:17 | ready 36:14 39:1 | resistance 12:14 | sensor 30:19,22,24 31:10,18 | sounds 22:25 |
| problem 20:2 29:13 | real 10:2 19:16 | respect 14:8 29:21 | | sourcing 14:20 |
| | realized 8:16 | respective 43:13 | sensors 11:21 30:16 31:8 | space 32:5 |
| processing 34:25 | realizing 12:13 | response 17:19 | separately 12:7 13:10 | spacecraft 32:5 |
| producing 27:3 | reason 16:15 | responsibility 40:24 41:2 | server 24:1 | Sparks 33:5,7 34:1 |
| production 21:9 | reasonable 33:15 | restrictions 27:7 | service 33:20 | SPEAKER 37:21 |
| profound 10:19 17:21 21:8 | reasons 13:24 | retrofit 33:8,12,15 | set 24:24 27:4 30:19,22,24 31:1 | speaking 9:21 |
| | recalibrate 39:10 | Reuters 15:6 22:1 | | |

Autopilot v7.0 Conference                                                                            October 14, 2015

| | | | | |
|---|---|---|---|---|
| speed 27:16,17,20 | Tanner 23:12,14 | tomorrow 37:6 42:5 | USA 20:24 | work 14:13,17,18 15:13 19:6,7,12 34:10 37:1 39:14 |
| spoke 40:11 | target 14:14 | tonight 37:3,4,9 | user 9:17,23 | worked 28:25 |
| stage 15:15,18 16:5 36:3 | team 41:17,25 | touch 13:24 | V | working 20:2,25 40:2 41:7,18,20 |
| standard 38:2,6,9,13 | teams 20:1 41:25 | touching 39:15 | vacations 17:23 | works 19:8,10,15,19 38:18 39:22 |
| standpoint 39:4 | Techcrunch 19:25 | Track 34:4 | vacuum 42:1 | world 21:13 25:14,19 26:14 28:18 39:21 |
| start 37:8 39:1 | Technica 38:24 | traffic 19:14,16,18 | valeting 21:2 | |
| states 15:7 | technically 33:24 | trained 9:2 32:21 | vary 39:19 | |
| station 32:6 | technologically 39:6 | training 24:24,25 | vehicle 11:13,22 12:12 14:25 16:15 21:17 | worry 20:3,9 22:13 25:12 36:16 |
| statistical 9:16 24:2 | technology 21:6 23:17,19 39:4 | transcription 43:5 | vehicles 13:12 | worse 16:21 |
| statistically 9:20 27:14 40:4 | telling 13:7 | TRANSCRIPTIONIST 43:1 | version 12:25 37:16,19 42:19 | wrong 8:9 9:3,5,8 18:14 19:1 |
| steer 37:20 | tend 19:7 | transitions 10:10 | visual 8:14,19 | |
| steered 33:1 | term 15:22,23 16:6 34:22 36:17 | Transport 28:10 | volume 28:4 | Y |
| steering 12:15,21 22:6,18 23:4 31:15 | terms 9:14 13:8 28:3 41:8,18,20 | tricky 33:11 | W | Yahoo 23:13,14 |
| stop 23:18 | Tesla 9:14,22 19:25 21:3 23:21 25:1 26:11,12,17 29:4 38:25 39:6 41:8 | truck 11:23,24 22:15 | wait 30:13 | year 10:21 21:1 39:23 |
| strange 8:1 | | true 8:4 27:16 43:5 | waiting 28:7 30:12 37:11 | years 39:8,12,24 |
| stream 30:11 | Tesla's 19:5 | turn 12:5,6,11 19:18 27:7,9,14,21 | Wall 30:7 | |
| Street 30:7 | test 15:2,3 29:2 | turned 12:7 | wanted 21:25 | |
| stuff 18:2 41:17 | tested 19:4 | U | warning 11:11 38:11 | |
| suite 31:10,11,18 41:21 | testing 10:20 14:24,25 17:6 | U.S. 28:18 | ways 16:16 34:18,19 | |
| super 19:19 22:20 | THEREOF 43:15 | ultrasonic 11:21 | weatherproof 34:5 | |
| switch 11:6 23:3 28:22 | thing 15:2 29:24 33:11 39:25 | ultrasonics 31:3 33:19 34:25 | week 32:16,25 33:3 37:11,14 | |
| system 8:7,8,17,24 11:11 12:23 18:23 21:22 24:14 25:3,5 26:4,8 33:17,18 34:10,24 | things 21:12 30:9 39:5 41:24 | understand 27:7 | weeks 32:25 | |
| | thinking 11:10 24:8 26:1 | understood 42:3 | wheel 12:15,21 15:17,22 16:7 22:18 23:4 36:14 | |
| systems 31:18,19 33:13 | thirds 26:20 | unit 41:13,15 | | |
| | thought 33:14 | unnatural 12:17 | wheels 16:8,9 | |
| T | time 12:5 15:21 16:22 27:10,29:16 34:17,19 36:14 39:10,16 41:23 42:7 | unnecessary 32:11 | Wi-Fi 17:25 | |
| takes 22:12 | | unsafe 13:25 | willy 25:25 | |
| taking 18:12 | times 8:17 28:4 | update 17:24 32:17 36:22 | windscreen 33:22 | |
| talk 15:7,9 17:3 41:6 | tired 35:2 | updates 30:9 | wiring 33:13,23 | |
| talking 24:19 27:24 36:5 | today 20:24 36:6,8,16 37:1 41:4 | upload 29:10 | wondering 23:15 34:4 | |
| | | uploaded 30:10 | | |
| | | uploading 24:1 37:2,4 | | |