UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

## PLAINTIFFS' MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR TRIAL

Plaintiffs, by and through undersigned counsel, respectfully move this Court for an Order permitting Plaintiffs' counsel and technology consultants to bring electronic equipment into the courtroom for the duration of trial in this matter, as follows:

1. Plaintiffs' Counsel: (one of each item specified)

    a. Brett Schrieber: Laptop with additional external monitor, iPad, iPhone, and pair of AirPods with chargers.

    b. Doug Eaton: Laptop, smart tablet (Remarkable), and iPhone with chargers.

    c. Todd Poses: Laptop and iPhone with chargers.

    d. Adam Boumel: Laptop, iPad, iPhone, and pair of AirPods with chargers.

    e. Srinivas Hanumadass: Laptop and iPhone with chargers.

2. Plaintiffs' Courtroom technology technician / consultant, Billy Scandella:

    a. Vibe 55' Smartboard

    b. ASUS G615LR Laptop

    c. Inseego MiFi X Pro 5G INSGM3100 Mobile Hotspot Verizon Wireless

    d. HP Envy Laptop 16-h1xxx

    e. 2 x Upperizon Portable Monitor 18.5 inch

    f. OREI 4x4 HDMI 4K Matrix Switch/Splitter

    g. PPT Wireless Presenter/clicker

    h. JMMTAAG Green Red Violet Long Range Dot Clicker

    i. LIONWEI USB C Hub Laptop Docking Station,

    j. 2 x 50ft HDMI Cables

    k. 2 x 25ft HDMI Cables

    l. 2 x 6ft HDMI Cables

    m. USB C converter to HDMI

    n. Samsung Galaxy 24

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Plaintiffs has conferred with Tesla's counsel, who has indicated that Tesla does not oppose this Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July, 2025, I served the foregoing document and updated production to the parties on the service list below.

> Respectfully Submitted,
> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway, Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By:   /s/ *Adam T. Boumel, Esq.*
> Adam T. Boumel, Esq.
> Florida Bar No.: 0110727
> Pleadings@roussolawfirm.com (primary)
> Adam@roussolawfirm.com (secondary)
> Haiyang@roussolawfirm.com (secondary)

**SERVICE LIST**

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*