# EXHIBIT B



















# NOTABLE FINDINGS
## AND CONCLUSIONS:


· Tesla's branding of "Autopilot" potentially misleads drivers regarding system capabilities.


· Autopilot consistently allowed driver disengagement and lacked sufficient driver attention monitoring compared to industry peers.


· Many Autopilot crashes involved hazards clearly visible 5–10+ seconds prior to impact, indicating preventability with adequate driver engagement.

P-106-00010

