UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                          Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF DEPOSITION DESIGNATIONS**

    Plaintiff, Dillon Angulo, hereby gives notice of withdrawal of the Notices of Intent to Use Depositions at Trial filed on June 23, 2025, at D.E. 422, 423, and 424, as the depositions of Drs. Crown, Kohrman, and Fernandez will no longer be relied upon at trial.

Date: July 10, 2025                                      Respectfully submitted,

                                                             */s/Adam T. Boumel*
                                                             **Adam T. Boumel, Esq.**
                                                             Florida Bar No. 0110727
                                                             The Rousso, Boumel Law Firm, PLLC
                                                             9350 South Dixie Highway, Suite 1520
                                                             Miami, FL 33156
                                                             adam@roussolawfirm.com
                                                             haiyang@roussolawfirm.com
                                                             pleadings@roussolawfirm.com