UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

## PLAINTIFFS' AMENDED NOTICE OF INTENT TO USE DEPOSITIONS AT TRIAL

Pursuant to Federal Rules of Civil Procedure 32, et seq., Plaintiffs intent to use videotaped deposition testimony in addition to live testimony at trial, including, but not limited to, possibly introducing the following:

| Witness |
|---|
| **Deposition of Ely Rubio Blanco**<br>taken on May 31, 2024 |

| Witness |
|---|
| See Excerpted testimony at Exhibit XX<br><br>- 7:14-8:15<br>- 8:24-9:16<br>- 9:19-10:8<br>- 11:6-11<br>- 12:3-24<br>- 13:17-23<br>- 15:17-23<br>- 16:4-22<br>- 17:2-22<br>- 17:25-18:2<br>- 18:6-8<br>- 18:20-24<br>- 19:5-12<br>- 19:23-20:5<br>- 21:22-22:3<br>- 22:19-23<br>- 23:7-25:3<br>- 25:6-26:3<br>- 26:6-18<br>- 26:21-27:2<br>- 31:24-32:5<br>- 32:7-8<br>- 32:11-20<br>- 32:23-33:1<br>- 33:22-36:3<br>- 36:5-14<br>- 36:18-37:11<br>- 37:16-22<br>- 38:11-14<br>- 38:16-39:3<br>- 39:6-8<br>- 39:24-40:3<br>- 40:6-18<br>- 41:15-16<br>- 41:19-42:10<br>- 42:13-23<br>- 43:1-7<br>- 43:8-25 (Tesla's counter-designation)<br>- 44:1-25 (Tesla's counter-designation)<br>- 45:1-25 (Tesla's counter-designation) |

| Witness |
|---|
| • 46:1-3 (Tesla's counter-designation)<br>• 46:6-25 (Tesla's counter-designation)<br>• 47:1-25 (Tesla's counter-designation)<br>• 48:1-8 (Tesla's counter-designation)<br>• 51:20-52:16<br>• 62:2-14<br>• 62:17-63:5<br>• 63:11-20<br>• 64:1-65:17<br>• 65:19<br>• 65:22-67:1<br>• 67:3<br>• 67:6-69:2<br>• 70:8-15<br>• 72:2-4<br>• 72:22-73:1<br>• 73:8-9<br>• 73:14-20<br>• 75:1-76:5<br>• 76:11-18<br>• 76:25-77:4<br>• 77:16-77:25<br>• 78:2-8<br>• 78:13-79:1<br>• 79:25-80:5<br>• 80:7-14<br>• 80:20-81:21<br>• 82:10-83:4<br>• 83:9-85:8<br>• 85:11-86:17<br>• 86:20-22<br>• 87:16-18<br>• 87:22-24<br>• 88:3-8<br>• 88:10-89:9<br>• 89:11<br>• 89:13<br>• 89:20-24<br>• 95:4-10<br>• 98:6-11<br>• 98:13-99:24<br>• 106:23-107:2 |

| Witness |
|---|
| <ul><li>107:9</li><li>107:14-23</li><li>107:25-108:8</li><li>123:16-25</li><li>124:11-15</li><li>124:22-125:10</li><li>126:13-20</li><li>127:1-7</li><li>128:17-129:4</li><li>129:16-21</li><li>129:23-130:18</li><li>130:19-25 (Tesla's counter-designation)</li><li>131:1-21 (Tesla's counter-designation)</li><li>131:23-133:12</li><li>135:3-24</li><li>135:24 (Tesla's counter-designation)</li><li>136:1-12 (Tesla's counter-designation)</li><li>136:13-137:10</li><li>137:17-138:2</li><li>140:23-141:2</li><li>141:5-22</li><li>142:5-20</li><li>143:1-17</li><li>177:21-178:2</li><li>178:5-179:5</li><li>179:17-180:13</li><li>180:16-182:2</li><li>182:19-184:10</li><li>184:14-185:5</li><li>185:17-186:5</li><li>186:7</li><li>186:25-188:13</li><li>188:16-189:15</li><li>193:13-20</li><li>194:6</li><li>194:15-195:10</li><li>195:16-22</li><li>204:7-12 (Tesla's counter-designation)</li><li>218:2-11</li><li>218:15-219:13</li><li>218:21-25 (Tesla's counter-designation)</li><li>219:1-13 (Tesla's counter-designation)</li></ul> |

| **Witness** |
|---|
| • 220:3-25 (Tesla's counter-designation)<br>• 221:1-11 (Tesla's counter-designation)<br>• 228:17-25 (Tesla's counter-designation)<br>• 229:1-25 (Tesla's counter-designation)<br>• 231:17-22 (Tesla's counter-designation)<br>• 232:4-25 (Tesla's counter-designation)<br>• 240:12-241:4<br>• 241:12-242:6<br>• 242:11-243:2<br>• 243:19-245:3<br>• 245:16-246:13<br>• 246:16-22<br>• 247:3-6<br>• 247:8-11<br>• 247:16-249:5<br>• 251:10-252:12<br>• 263:22-25 (Tesla's counter-designation)<br>• 264:1-17 (Tesla's counter-designation)<br>• 270:3-11<br>• 271:11-272:12<br>• 272:17-23<br>• 273:6-274:2 |

Date:  July 9, 2025                                            Respectfully submitted,


By: */s/ Brett J. Schreiber*
**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*


## CERTIFICATE OF FILING

I hereby certify that on July 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the parties on the attached list.

*/s/Adam T. Boumel*
**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
The Rousso, Boumel Law Firm, PLLC
9350 South Dixie Highway, Suite 1520
Miami, FL 33156
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

6

| | |
|---|---|
| **Adam T. Boumel, Esq.**<br>Florida Bar No. 0110727<br>THE ROUSSO, BOUMEL<br>LAW FIRM, PLLC<br>9350 South Dixie<br>Highway Suite 1520<br>Miami, FL 33156<br>Tel. 305-670-6669<br>Adam@roussolawfirm.com<br>darren@roussolawfirm.com<br>pleadings@roussolawfirm.com<br>*Attorneys for Plaintiff Dillon Angulo* | **Todd Poses, Esq.**<br>Florida Bar No. 0075922<br>POSES & POSES, P.A.<br>Alfred I. Dupont Building<br>169 East Flagler Street, Suite 1600<br>Miami, FL 33131<br>Tel.  305-577-0200<br>Fax: 305-371-3550<br>tposes@posesandposes.com<br>maria@posesandposes.com<br>shelly@poseslawgroup.com<br>*Attorneys for Plaintiff Neima Benavides* |
| **Whitney V. Cruz, Esq.**<br>Florida Bar No. 800821<br>**BOWMAN AND BROOKE LLP**<br>Two Alhambra Plaza, Suite 800<br>Coral Gables, FL 33134<br>Tel. 305-995-5600 / Fax: 305-995-6100<br>whitney.cruz@bowmanandbrooke.com<br><br>*Attorneys for Defendant Tesla, Inc.* | **Douglas F. Eaton, Esq.**<br>Florida Bar No. 0129577<br>EATON & WOLK PL<br>2665 South Bayshore Drive, Suite 609<br>Miami, FL 33133<br>Tel. 305-249-1640<br>Fax: 786-350-3079<br>deaton@eatonwolk.com<br>cgarcia@eatonwolk.com<br>lhuete@eatonwolk.com<br>*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides* |
| **THOMAS P. BRANIGAN**<br>(Admitted *Pro Hac Vice*)<br>**DREW P. BRANIGAN**<br>(Admitted *Pro Hac Vice*)<br>**BOWMAN AND BROOKE LLP**<br>101 W. Big Beaver Road, Suite 1100<br>Troy, MI 48084<br>Tel. 248-205-3300 / Fax: 248-205-3399<br>thomas.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br>Joel.Smith@bowmanandbrooke.com<br>Danya.Houghton@bowmanandbrooke.com<br>Juliet.Menendez@bowmanandbrooke.com<br>Peggy.Green@bowmanandbrooke.com<br>Carrie.Weaver@bowmanandbrooke.com<br>Brian.Dileo@bowmanandbrooke.com<br><br>Sara.margo@bowmanandbrooke.com<br><br>*Attorneys for Defendant Tesla, Inc.* | |