## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

       Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

       Defendant.

_____/

DILLON ANGULO,

       Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

       Defendant.

_____/

### PLAINTIFFS' AMENDED NOTICE OF INTENT TO USE DEPOSITIONS AT TRIAL

Pursuant to Federal Rules of Civil Procedure 32, et seq., Plaintiffs intent to use videotaped deposition testimony in addition to live testimony at trial, including, but not limited to, possibly introducing the following:

| Witness |
|---|
| **Deposition of David Shoemaker** <br><br> taken on January 9, 2025 |

| Witness |
|---|
| See Excerpted testimony at Exhibit XX |

- 8:22-25
- 18:15-19:25
- 21:22-24
- 22:11-24
- 26:21-23
- 27:8-28:15
- 28:17-25
- 30:6-24
- 31:3-13
- 32:2-33:5
- 34:9-36:8
- 36:14-22
- 37:8-38:13
- 39:13-40:8
- 40:17-42:11
- 44:11-18
- 44:21-45:1
- 46:9-48:8
- 49:1-50:2
- 55:22-25
- 57:6-17
- 61:8-20
- 62:6-63:21
- 64:23-65:14
- 66:22-67:1
- 67:3-12
- 71:17-72:24
- 75:5-76:5
- 77:18-78:14
- 79:7-15
- 88:18-22
- 89:2-90:21
- 107:19-108:10 (Tesla counter-designation)

Date:  July 9, 2025

Respectfully submitted,

By: */s/ Brett J. Schreiber*
**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com

service@singletonschreiber.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

## CERTIFICATE OF FILING

I hereby certify that on July 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the parties on the attached list.

*/s/Adam T. Boumel*
**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
The Rousso, Boumel Law Firm, PLLC
9350 South Dixie Highway, Suite 1520
Miami, FL 33156
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL
LAW FIRM, PLLC
9350 South Dixie
Highway Suite 1520
Miami, FL 33156
Tel. 305-670-6669
Adam@roussolawfirm.com
darren@roussolawfirm.com
pleadings@roussolawfirm.com
*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com
shelly@poseslawgroup.com
*Attorneys for Plaintiff Neima Benavides*

**Whitney V. Cruz, Esq.**
Florida Bar No. 800821
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com

*Attorneys for Defendant Tesla, Inc.*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com
*Co-Counsel for Plaintiffs Dillon Angulo and
Neima Benavides*

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
Joel.Smith@bowmanandbrooke.com
Danya.Houghton@bowmanandbrooke.com
Juliet.Menendez@bowmanandbrooke.com
Peggy.Green@bowmanandbrooke.com
Carrie.Weaver@bowmanandbrooke.com
Brian.Dileo@bowmanandbrooke.com
Sara.margo@bowmanandbrooke.com
*Attorneys for Defendant Tesla, Inc.*