UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**JOINT UPDATED TRIAL WITNESS LIST**

    The Parties, jointly through their undersigned counsel, and in accordance with this Honorable Court's request and specifications as provided in the Calendar Call which took place on Tuesday, July 8, hereby provide this updated Trial Witness list, as follows:

I. **Plaintiffs' "Will Call" list**

| No. | Name | Scope of Testimony | Personal Background | If presented via deposition only, anticipated date | Time Estimate (*Total*) |
|---|---|---|---|---|---|
| 1. | Lilia Leon Jimenez | Fact Witness Damages | Ms. Leon is the mother and survivor of Naibel Benavides. She currently lives in New Jersey but still spends substantial time in Miami. | - | 1.25 |
| 2. | Guillermo Benavides | Fact Witness Damages | Mr. Benavides is the father and survivor of Naibel Benavides. He currently lives in New Jersey, | - | 1.25 |
| 3. | Neima Benavides | Fact Witness Damages | Mrs. Benavides is the sister of Naibel Benavides, and also serves as the personal representative for the Estate of Naibel Benavides and is one of the parties bringing this lawsuit. She currently lives in New Jersey. | - | 1.25 |
| 4. | Dillon Angulo | Fact Witness Damages | Dillon Angulo was injured in this collision and is one of the parties bringing this lawsuit. He was raised in Miami Dade County and splits his time between his own home in the Florida Keys and his parents' home in Miami. | - | 2.0 |
| 5. | Dawn Angulo | Fact Witness Damages | Mrs. Angulo is Dillon Angulo's mother. She lives with her husband Victor in Miami. | - | 1.25 |
| 6. | Victor Angulo | Fact Witness Damages | Mr. Angulo is Dillon Angulo's father. He lives with his wife Dawn in Miami. | - | 1.25 |
| 7. | George McGee | Fact Witness Liability | George McGee was the driver of the Tesla vehicle involved in this collision. He lives in Boca Raton | - | 2.5 |
| 8. | Ret. Corp. David Riso | Fact Witness Liability | Retired Corp. David Riso was Florida Highway Patrol's lead traffic homicide investigator for this collision. He lives in Italy. | - | 2.0 |
| 9. | Akshay Phatak | Fact Witness Liability | Akshay Phatak is an Engineering Manager at Tesla and serves as one | **Tuesday 7/15** | 1.25 |

| No. | Name | Scope of Testimony | Personal Background | If presented via deposition only, anticipated date | Time Estimate (*Total*) |
|---|---|---|---|---|---|
| | | (Tesla Corp Rep) | of Tesla's Designated Corporate representatives in this case. Mr. Phatak lives in California. | | |
| 10. | Eloy Rubio Blanco | Fact Witness Liability (Tesla Corp Rep) | Eloy Rubio Blanco is a Staff Product Support Engineer at Tesla, and serves as one of Tesla's Designated Corporate Representatives in this case. Mr. Rubio lives in Spain. | **Friday 7/18 and/or Monday 7/21** | 2.0 |
| 11. | David Shoemaker | Fact Witness -Liability | David Shoemaker is a software engineer and data specialist employed by Tesla in their Autopilot Telemetry team. Mr. Showmaker lives in California. | **Friday 7/18** | 1.0 |
| 12. | Michael Calafell | Fact Witness Liability | Michael Calafell is Tesla Field Technical Specialist.  Miami. Mr. Calafell lives in Miami. | - | .75 |
| 13. | Alan Moore | Expert Liability | Alan Moore is a mechanical and forensic engineer and accident reconstructionist and the principal of A.B. Moore Forensic Engineering. He currently lives in the Orlando area. | - | 4.0 |
| 14. | Mary "Missy"Cummings, Ph.D. | Expert Liability | Dr. Cummings is a professor and director of the Autonomy and Robotics Center at George Mason University. Dr. Cummings lives in Virginia. | - | 6.5 |
| 15. | Mendel Singer, Ph.D. | Expert Liability | Dr. Mendel E. Singer, is an Associate Professor and Vice Chair for Education in the Department of Population & Quantitative Health Sciences at Case Western Reserve University School of Medicine, and Director of Research for the university's Jewish Community Health Initiative. Dr. Singer resides in Ohio. | - | 2.2 |

| No. | Name | Scope of Testimony | Personal Background | If presented via deposition only, anticipated date | Time Estimate (*Total*) |
|---|---|---|---|---|---|
| 16. | Jason Lewis, Ph.D. | Expert Liability | Dr. Jason Lewis is a forensic data specialists. Dr. Lewis resides in Tampa. | - | 1.5 |
| 17. | Jonathan Saldana | Treating EMS personnel | Fire Lieutenant Jonathan Saldana is a firefighter – paramedic who works for Ocean Reef. Mr. Saldana lives in Homestead. | - | .75 |
| 18. | Dr. Louis Pizano | Treating physician | Dr. Louis Pizano is a trauma and critical care surgeon at Jackson Memorial's Ryder Trauma Center He was Dillon Angulo's attending critical care and trauma physician at Jackson Hospital. | **Monday 7/21** | 1.0 |
| 19. | William "Bill" Reader | Treating physical therapist | Bill Reader is a physical therapist specializing in chronic pain rehabilitation. He works for Elite Physical Therapy in Miami. | - | 1.0 |
| 20. | Dr. Danielle Horn | Treating physician | Dr. Danielle Bodzin Hornis an Assistant Professor of Clinical Anesthesiology at the University of Miami Miller School of Medicine and the Program Director of the Interventional Pain Medicine Fellowship at Jackson Memorial Hospital. Dr. Horn serves as Dillon Angulo's interventional pain management physician. | - | 1.5 |
| 21. | Dr. Kester Nedd | Expert Damages | Dr. Kester J. Nedd is a neurologist and neurological rehabilitation specialist based in Miami Lakes, Florida. He currently practices at the Design Neuroscience Center, serves as a voluntary associate professor of neurology at the University of Miami Miller School of Medicine. | - | 1.5 |

| No. | Name | Scope of Testimony | Personal Background | If presented via deposition only, anticipated date | Time Estimate (*Total*) |
|---|---|---|---|---|---|
| 22. | Dr. Sally Russell Kolitz | Expert Damages | Dr. Sally Russell, Ph.D., is a neuropsychologist. Dr. Russell resides in Miami. | - | 1.5 |
| 23. | Dr. Carlos Placencia | Treating psychologist | Dr. Carlos E. Plasencia, is a licensed Mental Health Counselor. His practice is located in Pembroke Pines. | - | 1.5 |
| 24. | Monica Snyder | Treating therapist | Monica Snyder, is a licensed Marriage and Family Therapist based in Miami, Florida. | - | 1.5 |
| 25. | Dr. Craig Lichtblau | Expert Damages | Dr. Craig H. Lichtblau, MD is a Physical Medicine and Rehabilitation (Physiatry) based in North Palm Beach, Florida. | - | 1.5 |

II.     **Plaintiffs' "May Call" list**

| No. | Name | Scope of Testimony | Personal Background | If presented via deposition only, anticipated date | Time Estimate (*Total*) |
|---|---|---|---|---|---|
| 1. | Robert Sumwalt | Fact Witness Liability | Robert Sumwalt III was a former board member of the National Transportation Safety Board Mr. Sumwalt resides in Virginia. | - | 1.75 |

III. <u>**Tesla's "Will Call" list**</u>

| No. | Name | Scope of Testimony | Personal Background | If presented via deposition only, anticipated date | Time Estimate (*Total*) |
|---|---|---|---|---|---|
| 1. | Eloy Rubio Blanco | Tesla corporate representative | Eloy Rubio Blanco is a Tesla Staff Product Support Engineer at Tesla, and serves as one of Tesla's Designated Corporate Representatives in this case. Mr. Rubio lives in Spain. | - | 4.0 |
| 2. | David Cades, Ph.D. | Expert Liability | Dr. David Cades is a Practice Director and Principal Scientist at Exponent. Dr. Cades resides in Illinois. | - | 4.3 |
| 3. | Ryan Harrington | Expert Liability | Ryan Harrington is a mechanical and automotive engineer and the Corporate Vice President and Principal at Exponent. Mr. Harrington resides in Massachusetts | - | 4.3 |
| 4. | James Walker | Expert Liability | James Walker, Jr. is a mechanical and accident reconstructionist and with Carr Engineering, Inc. Mr. Walker currently resides in Houston, Texas. | - | 3.6 |
| 5. | Officer Joel M. Torres[1] | Fact witness | Joel Torres is a former officer with the Monroe County Sheriff's Office. Officer Torres was the first officer on the scene of the accident He owns a Greek Food Truck in the Keys and also is a part time instructor for the College of the Keys. He currently resides in Key Largo. | - | 1.6 |

---

[1] Former Office Torres will not be called to testify if the parties are able to agree on the admission of Officer Torres' body cam footage.

IV. **Tesla's "May Call" list**

| No. | Name | Scope of Testimony | Personal Background | If presented via deposition only, anticipated date | Time Estimate (*Total*) |
|---|---|---|---|---|---|
| 1. | Barry Crown, M.D. | Tesla Expert | Dr. Barry Crown is a licensed psychologist and clinical neuropsychologist in Miami, Florida. He resides in Pensacola, Florida. | - | 2.3 |
| 2. | Alejandro Del Rio | Fact Witness - Paramedic | Mr. Del Rio is a paramedic/first responder with Ocean Reef Fire Department in Key Largo, Florida. It is believed that Mr. Del Rio resides in Homestead. | - | 0.9 |
| 3. | Rafael Fernandez, Jr., M.D. | Tesla Expert | Dr. Fernandez is an orthopedic surgeon. He is currently employed at Fernandez Orthopedics, PA. in Coral Gables, Florida. He is affiliated with multiple local hospitals including Baptist Doctors Hospital and Baptist Health South Miami Hospital. | - | 2.3 |
| 4. | David Hulse | Fact witness - Paramedic | David Hulse is a Supervisor-Paramedic/first responder with Ocean Reef Fire Department in Key Largo, Florida. | - | 0.9 |
| 5. | Bruce Kohrman, M.D. | Tesla Expert | Dr. Bruce Kohrman is a neurologist at South Miami Neurology, LLC and Utah Orthopedic Spine and Injury Center. He is affiliated with South Miami Hospital and Doctors Hospital. | - | 2.3 |
| 6. | Trooper Odel Mosquera | Fact Witness - FHP | Former Trooper Odel Mosquera was employed with the Florida Highway Patrol. It is unknown where he currently resides. | - | 0.9 |
| 7, | Chris Payne | Tesla Employee | Chris Payne is Tesla Autopilot Engineer. He currently resides in California. | - | 2.3 |
| 8. | Oscar Pinzon | Fact Witness - Paramedic | Oscar Pinzon is a paramedic with Key Largo Rescue. Mr. Pinzon lives in Miami. | - | 0.9 |

| No. | Name | Scope of Testimony | Personal Background | If presented via deposition only, anticipated date | Time Estimate (*Total*) |
|---|---|---|---|---|---|
| 9. | Corp. Carlos Rosario-Flores | Fact Witness – Former FHP | Carlos Rosario-Flores is a former Traffic Homicide Investigator with the Florida Highway Patrol Since 2021, he has been a School Resource Officer for the Miami-Dade Schools Police Department. | - | 2.3 |
| 10. | Karen Elizabeth Saldina Santibanez | Fact Witness – scene witness | At the time of the accident, Karen Elizabeth Saldina Santibanez was the lead supervisor at the Beach Bar in Ocean Reef in Key Largo. Ms. Sandina resides in Homestead. | - | 0.9 |
| 11. | David Shoemaker | Tesla Employee | David Shoemaker is a Tesla Autopilot Manager. He resides in California. | - | 2.3 |