# EXHIBIT A

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| NEIMA BENAVIDES, as Personal Representative<br>*Plaintiff*<br>v.<br>TESLA, INC., a/k/a Tesla Florida, Inc.,<br>*Defendant* | Civil Action No. 21-cv-21940 |

## SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Michael Calafell
12250 SW 115 Terrace, Miami, FL 33186

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: UNITED STATES COURT HOUSE<br>400 NORTH MIAMI AVENUE<br>MIAMI, FL 33128 | Courtroom No.: 10-2<br>Date and Time: 07/14/2025 9:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/01/2025

CLERK OF COURT

OR

_____          /s/Todd Poses
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Neima Benavides as PR for Estate of Naibel Benavides, who issues or requests this subpoena, are:

Todd Poses, Esq., 169 E. Flagler Street, Suite 1600, Miami, FL 33131, tposes@poseslawgroup.com, (305) 577-0200

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).