# Exhibit A

---

\*\*\* AUDIO TRANSCRIPTION \*\*\*

2015.10.14 Tesla press conference for the Autopilot

v7.0 software

Neima Benavides v. Tesla, Inc.


\* \* \*


---

Transcribed

By:   Edwin Keega

Job No.: 127900

P-36-0001

Autopilot v7.0 Conference                                      October 14, 2015

```
 1     MR. MUSK:  And, and actually -- why don't
 2  you hold the clicker (indiscernible) iPhone.
 3  So see the -- it's quite an exciting
 4  announcement, which is the release of, of
 5  Autopilot and it's Autopilot version one.  And
 6  we still think of it sort of as, as a public
 7  beta.  So we want people to be quite careful
 8  at first with the use of Autopilot.
 9     And -- but, but what, what I'm going to
10  take you through is just how the system learns
11  over time.  The thing that's I think quite
12  interesting and unique is that we're, we're
13  employing a fleet learning technology.
14  Essentially the network of vehicles is, is
15  going to be constantly learning and, and as we
16  release the software, more people will enable
17  Autopilot, the information about how to drive
18  is uploaded to the network.
19     So each car, each, each, each driver is
20  effectively an expert trainer in, in how the
21  Autopilot should work.  And I'll take you
22  through a bit about how, how that works.
23     But it's, it's a combination of, of a
24  variety of systems and, and this can only
25  really be done as a connected vehicle.  So the
                                          Page 2
```

```
 1  summon the car back.
 2     So, that'll be in 7.1.  So, there'll be a
 3  lot of cool capability that comes out over
 4  time, as well as just general refinement of
 5  the (indiscernible) so let's go to slide one.
 6  So you have a car on the road and the question
 7  is, how does it figure out what to do?
 8     So there's four major sensor systems.
 9  We've got the ultrasonic sensor, so
10  essentially a ultrasonic sonar which gives us
11  -- tells us where everything is within about a
12  5.2 meter or roughly 16 feet -- 16, 17 foot
13  distance, so around the perimeter of the car
14  we know where there are obstacles.
15     That's then combined with a forward
16  facing camera with image recognition.  The
17  forward facing camera is able to determine
18  where the lanes are, where cars are ahead of
19  it and it's also able to read signs.  It's
20  been able to read speed signs for a while for
21  example.
22     But it's able to read pretty much any
23  sign.  And then that's, that's combined with
24  the forward radar.  The radar is very good at
25  detecting fast moving large objects.  And it
                                          Page 4
```

```
 1  interesting thing is, like every car made by
 2  Tesla from late September last year overnight
 3  will have this ability.  So I think that's,
 4  that's quite unique that we can upload a
 5  substantial new capability just with software
 6  overnight.
 7     And, and basically any car that has the
 8  sensors will have this ability and the sensors
 9  were put into the car about a year ago.  And
10  the, the capability will keep improving over
11  time.  Both from the standpoint of, of all the
12  expert drivers doing approximately a million
13  miles a day of, of, of travel and training.
14     But also in terms of the software
15  functionality.  So this version of Autopilot,
16  for example, does not take into account stop
17  signs and red lights.  But a future software
18  update will.  One example is (indiscernible)
19  and we'll get more and more refined over time.
20     And then there's a feature that I've been
21  posting for a while which will -- Autopilot
22  7.1, which is to automatically have your car
23  put itself to bed in the garage.  So you can
24  just tap your phone and have the car just put
25  itself to the garage, close the door and also
                                          Page 3
```

```
 1  can actually see through, through fog, rain,
 2  snow and dust.  So the forward radar gives the
 3  -- our superhuman sensors.  It can see through
 4  things that a person cannot.  And then the
 5  final sensor is the GPS with high precision
 6  digital maps.  So this is -- this is
 7  important.
 8     The digital -- the high precision digital
 9  maps are very important because normal maps
10  have, have quite low precision.  Like all
11  that's needed is to know where a street is but
12  the actual curvature of the road, how many
13  lanes there are, how you merge from one lane
14  to the next.  This is not present in any data
15  set in the world.
16     But we're creating that data set at, at
17  Tesla.  So then these all combine so we can
18  use a camera, radar, ultrasonics and the GPS
19  of high precision maps to guide the car
20  through its journey.  And incase people had a
21  chance to get test drive, so you would have
22  seen where the Autosteer is using different
23  visual cues -- or different road cues to
24  decide where to drive.
25     So I, I -- it'll take a left lane, right
                                          Page 5
```

Autopilot v7.0 Conference                                              October 14, 2015

```
 1  lane, or both to determine whether it should
 2  follow vehicles, whether it should do holistic
 3  path prediction or whether it should use the
 4  navigation database.  And depending upon where
 5  it is -- so it's constantly looking up where
 6  it is in the world.
 7       And depending upon its specific location,
 8  it will know whether to use the left lane
 9  marking, the right lane marking, follow
10  vehicles, to use holistic path prediction or
11  to go purely on navigation GPS.  And this
12  really depends on where it is as well.
13       So I don't know if you went down the 280,
14  for example but if you're in the rightmost
15  lane of the 280, you'll see the car actually
16  periodically read out the right lane because
17  it knows that it should not take a tunnel.  It
18  needs to stay in its lane and not do a tunnel.
19       And you'll see it at one point on, the
20  southbound at 280, the rightmost lane takes an
21  abrupt shift to the -- to the left.  So it
22  just steps to the left arbitrarily.  The car
23  does not -- does not change its position in
24  lane just because it knows to ignore that
25  sudden step change in the rightmost lane.
                                         Page 6
```

```
 1  strange figments on the road or like skid
 2  marks or whatever (indiscernible) because
 3  they're not where the lane is.  But in this
 4  case, you have the true lane position and the
 5  sort of fake lane position and they're
 6  diverging.
 7       So the, the camera system would then
 8  follow the diverging system and, and go into
 9  the wrong lane.  And so in order to solve this
10  at this point, the car knows that it actually
11  needs to go on navigation GPS.  So it'll go
12  for its lateral position, it'll be guided by
13  the GPS or its lane position and ignore
14  visual.
15       And sort of -- a funny anecdote that we
16  had was when we did this we realized, okay,
17  we've got to have times when the system will
18  automatically revert to navigate on GPS where
19  the visual cues are actually misleading.  So
20  we had one of our drivers in a car actually
21  drive this exact section to precisely map out
22  the lanes.
23       We knew for sure where the lanes would be
24  then, then we implemented the system.  And yet
25  once again, the car would keep -- would change
                                         Page 8
```

```
 1       And then this is an example of one of the
 2  hardest problems that we had to solve.  Where
 3  does it get super hard?  This is the 405
 4  South, just before you get to LAX, you can see
 5  how hard it is.  This is actually camera
 6  footage we took this morning.  It's quite hard
 7  as a person to say where's the lane.
 8       We really need better lane markings in
 9  California.  This is crazy.  If you're in
10  Germany or Japan or China this would be great.
11  Like it'd be easy.  You can actually see clear
12  lane markings.  But if you have that -- I mean
13  this is -- this is the lane which are like
14  little -- I don't know what -- marking out the
15  lane.
16       And what, what becomes really problematic
17  in a situation like this is that you've got
18  the -- where the concrete is and where the old
19  lane markings used to be are diverging from
20  where the current lane markings.  So what --
21  the problem we encountered, which is quite
22  vexing solve was that, that the vision system
23  could not figure out which is the actual real
24  lane.
25       And normally you can exclude sort of
                                         Page 7
```

```
 1  lanes when it shouldn't change lanes.  This is
 2  because the human driver, who is a trained
 3  driver, actually made the lane change wrong.
 4  It was quite perplexing for a while, like,
 5  "Why is it going on GPS and making the wrong
 6  move?"
 7       It's because the reference driver
 8  actually made the wrong move.  So, so we've
 9  corrected that and now you can actually do
10  this in any of the lanes and it will hold
11  position correctly.  It will actually do
12  better than the first one.  Just to give you a
13  sense of what the level of precision that the
14  Tesla fleet is gaining in terms of figuring
15  out where roads are, where parking lots are.
16       And this is all just in a statistical
17  database.  There's no user attribution.  We
18  don't know who it was or when it was.  It's
19  just we know that this is where a road exists,
20  this is where cars have gone, statistically
21  speaking.
22       And so you can see that, that the Tesla
23  user feed has basically mapped out the exact
24  area in this map and all the way down to the
25  parking lot, you can actually see where in the
                                         Page 9
```

Autopilot v7.0 Conference                                    October 14, 2015

```
 1  parking lot people were or what constitutes a
 2  real parking lot this is (indiscernible) this
 3  is a normal navigation map, which is fine for
 4  general directions but it's, it's not great
 5  for figuring out where the car can actually
 6  go.
 7       So whereas this is high a precision map,
 8  so you can see that each lane is mapped out
 9  and you -- and you know exactly what the
10  transitions are.  And you know that for
11  example here you don't make an abrupt like 90
12  degree left, you actually make a curve and you
13  can see like little places like here.  If you
14  were to follow the, the GPS, you would have to
15  like flip the curve then actually what you
16  want to do is do a curve like that.
17       So that's a -- just the basic
18  presentation.  I think this is going to be
19  quite a profound experience for people when
20  they do it and we've been testing it for over
21  a year, so we got quite used to it.  But I've
22  noticed that when, when I put friends of mine
23  in the car and they see the car drive, they're
24  blown away.
25       This is -- it's really quite an
                                          Page 10
```

```
 1  your lane, you want to be offset to one side
 2  of the lane.  That -- that's active --
 3  obviously when Autosteer is active.  However,
 4  we also have side collision avoidance which is
 5  active all the time.  You can't turn it off.
 6  So this is not something you can't turn off
 7  but it's separately turned off.
 8       It's, it's, it's like automatic emergency
 9  braking essentially.  The side collision
10  avoidance, what it will do is it will resist
11  movement.  If you attempt to, to turn into
12  another vehicle or into let's say a highway
13  barrier without realizing it, the car --
14  you'll feel increased resistance to the
15  steering wheel.
16       And so you'll feel like, well, there's
17  something unnatural here that's like, if you
18  can overcome it if you want to but it's, it's
19  going to tell you that you probably shouldn't
20  move sideways because you can sense it's like
21  getting harder to, to move the steering wheel
22  to one side or the other.
23       It's a sort of general safety system
24  along with automatic (indiscernible) that's
25  also released with version 7.
                                          Page 12
```

```
 1  interesting new experience and I think it's
 2  going to change people's perception of, of the
 3  future quite rapidly.  What questions
 4  (indiscernible)
 5       MR. JAYNES:  I'm going to come to you and
 6  we'll switch to the (indiscernible) on the
 7  phone.
 8       MR. MUSK:  Yeah.  Right away.
 9       MR. JAYNES:  I'm Nick Jaynes with
10  Mashable.  What I was thinking about the site
11  collision monitoring warning system and it
12  said in the little packet that even if it is
13  disabled in the, the vehicle menu, that even
14  if it, you know, detects an obstacle it'll
15  move within your lane around the, the
16  obstacle.
17       What is the purpose of having it still
18  active even if the owner has deactivated it?
19       MR. MUSK:  There's two elements there.
20  One is when, when the Autopilot is activated,
21  it's using the ultrasonic sensors to, to see
22  if it's impinging on a vehicle nearby.  So
23  like, let's say there's a large truck, like an
24  oversized truck next to you on the freeway.
25       You don't want to be in the middle of
                                          Page 11
```

```
 1       MS. MCCARTHY:  (indiscernible) my name is
 2  McCarthy with NPR.  Two questions for you.  In
 3  the last few months we've seen (indiscernible)
 4  and in this roll out -- I mean you're making a
 5  point about what you can do (indiscernible) I
 6  guess the first question is what are you
 7  telling us that we should expect as consumers
 8  from automaker as in our cars in terms of
 9  software engagement?
10       And then separately there is -- I want
11  you to (indiscernible) during a debate about
12  whether software vehicles should affect the,
13  the copyright block of (indiscernible)
14  disclosed the (indiscernible)
15       MR. MUSK:  Sure.  So I think really car
16  makers need to think of their cars as
17  connected devices.  And that's really what the
18  way a car should operate much as the way your
19  laptop or your cell phone operates so that you
20  can do improvements over the air so you can
21  either -- instead of having to recall them.
22       And if you issue a recall, you don't
23  always get all the parts again and for various
24  reasons people lose touch with their dealer
25  and then they may have unsafe software in the
                                          Page 13
```

Autopilot v7.0 Conference                                October 14, 2015

```
 1  car but not know it because they get the
 2  recall notice.  We're aware of it.
 3      So I think it is important for safety and
 4  for improved functionality that a car makes a
 5  general go to a connected (indiscernible) and
 6  that's I think also what consumers expect
 7  these days.  It's kind of odd to have a device
 8  that's not connected.  And with respect to
 9  software -- I, I don't know.  I mean I think
10  there's pros and cons to having software all
11  out there.
12      I mean it, it is hard to say how software
13  will work.  It's not a -- it's just a -- it's
14  actually in the target hardware.  So it's --
15  you look at the software and say, "Well, this
16  -- I think it's hard to say if this is or
17  isn't going to work.  Most you've actually
18  done hard work.
19      So I'm not sure if this -- there's that
20  much value to, to open sourcing the software.
21  I think it's -- and I would be concerned about
22  people potentially exploiting issues.  But I,
23  I think what, what really matters is our
24  company's testing -- thoroughly testing the
25  vehicle and testing the software, making sure
                                       Page 14
```

```
 1  explicitly describe it as beta.  And even
 2  though people can access it, we describe it as
 3  beta and we say (indiscernible) because it's
 4  just important to exercise great caution at
 5  this early stage.
 6      Certainly in, in the long term, people
 7  will not need hands on the wheel and, and
 8  eventually there won't be wheels.  There won't
 9  be wheels or pedals, they'll just be just
10  jumping a car and go somewhere, tell the car
11  your destination and it'll take you there.
12  But in order for that to occur you need to
13  have -- it needs to be very operational.
14      So that if any one (indiscernible) the
15  vehicle fails for any reason, the car does not
16  crash.  So that's, that's still some ways ways
17  along.  Well, I think the regulators need to
18  seek their evidence that the, the reliability
19  is there.
20      That, the, the reliability and hands off
21  situation is not worse than a hands on.  So
22  that -- I think there's time and a lot of
23  information needed in order to make that case.
24  I wouldn't -- I don't think we, we should try
25  to make that case right now because the data
                                       Page 16
```

```
 1  that it's, it's good.  That's the most
 2  important thing.  It is, is just test it --
 3  test it and you really need to see the
 4  hardware software interaction to know if it's
 5  safe.
 6      MS. SAGE:  Sage from Reuters.  Can you
 7  talk about -- it states very clearly that this
 8  is hand on even though we know that you can
 9  have your hands off.  Can you talk about the
10  regulatory hurdles that you anticipate so that
11  you can tell your customers, "Please take your
12  hands off" and what you anticipate and how
13  that's going to work?
14      MR. MUSK:  Yeah, we're, we're being
15  especially cautious at this early stage.  So
16  we're, we're advising drivers to keep their
17  hands on the wheel just in case because the
18  software is still at an early stage.  So it's
19  important that people exercise caution in the
20  beginning.
21      Over time there will not be a need to
22  have your hands on the wheel in the long term.
23  But in the short term I think it's very
24  important that people exercise caution because
25  the software is very new and so we actually
                                       Page 15
```

```
 1  is not there.
 2      MS. HALLETT:  Hi, Deanna Hallett from
 3  Bloomberg.  Could you talk a little bit about
 4  the early access program and the kind of
 5  feedback that you got from the customers that
 6  have already been testing this?  I guess
 7  you've had it for maybe a month or so and like
 8  what was the biggest feedback that you got and
 9  how did that help you redefine and make the
10  software better?
11      MR. MUSK:  Yeah, we've actually gotten a
12  lot of feedback for quite a while so that we
13  had the, the sort of early access program.
14  Customers actually had the, the software for
15  some cases several months, in most cases at
16  least a few months and their feedback has
17  helped us make the -- make it better.  Keep
18  making it better.
19      Generally, the, the response has been
20  that they really love it.  They think it's
21  quite profound.  And, and that they -- we have
22  anecdotes of customers that have actually
23  cancelled their vacations because there was a
24  new update in the software.  So they really --
25  they really liked it.  And -- but I, I think
                                       Page 17
```

Autopilot v7.0 Conference                              October 14, 2015

Page 18

```
 1  the feedback is all kind of fairly obvious
 2  stuff.  I mean, it's, it's necessary but
 3  obvious like the car didn't behave correctly
 4  in this particular location.  And so what do
 5  we do, do about that?
 6       And a lot of it is sort of -- it's
 7  actually automatic.  So without people
 8  actually having to send us a note, we can see
 9  that there was a crash.  So when we look at,
10  say, a map, we can see where did -- where did
11  drivers assume manual control.  And if we see
12  that a lot of drivers are taking manual
13  control at the same point, then we know that
14  there's something wrong with the software at
15  that point.
16       Whereas if it's just randomly
17  distributed, it means somebody just decided to
18  go automatic to manual back.  But if it's
19  always at the same place on, on a highway, we
20  know that there's some issue that needs to be
21  looked into.  So that's, that's automated
22  reporting, it has been the most helpful for
23  improving the system.
24       We can see that it's always at this
25  particular juncture that the car does
```

Page 19

```
 1  something wrong and you take manual control.
 2  Then we, we go look at that location and see
 3  what the issue is and, and fix the software.
 4       Yeah, it's been tested in, I think, most
 5  of the markets that Tesla's operating in.
 6  Yeah, so it seems to work quite well.  It does
 7  tend to work better, better in places where
 8  there are clear markings.  So it works really
 9  well in Germany, for example.
10       Yes, it, it works best where the
11  infrastructure is good and in order for it to
12  work really well, you want clear markings on
13  the road or you, you want to be in quite dense
14  traffic.  So those are the two places where it
15  works really well.  You know it's a -- and
16  it's a real boom in a high traffic situation.
17       So if you're in -- somewhere moving
18  gridlock traffic, just turn on Autopilot and
19  it works super well.  Yeah, and almost to the
20  point where you can take your hands off.  I
21  wouldn't say you can take your hands off but
22  almost.  Almost.  Some people may
23  (indiscernible) applies that.
24       MR. KUMPARAK:  Hi, I'm Greg Kumparak of
25  TechCrunch.  So, with Tesla and a couple of
```

Page 20

```
 1  other teams, each kind of independently
 2  working on this problem, do you guys have to
 3  worry about logical conflicts within these
 4  independent code bases?  Just the cars not
 5  really knowing how to react to each other when
 6  it's not a human driving?
 7       MR. MUSK:  Well, the, the density of cars
 8  that have Autopilot is pretty low.  So I think
 9  it'll be a while before we have to worry too
10  much about it.  But I mean we essentially make
11  -- in, in Autopilot, we try to make the car
12  behave as though it's a really good chauffeur.
13       It's like there was like a really good
14  driver but you know, not too -- not, not too
15  conservative, not too aggressive
16  (indiscernible) when the cars interact with
17  each other, I would think they would actually
18  -- it would just be like as though the car's
19  interacting with good human driver.  So we
20  don't really see, you know, any issues with
21  code interaction.  That's right.  There's been
22  nothing to say.
23       MR. DELLA CAVA:  Hey, Marco Della Cava
24  with USA TODAY.  Similar question, I got Audi
25  working on Pilot Assist pretty aggressively.
```

Page 21

```
 1  BMW at CES last year showed us their self-
 2  valeting car.  How important is it to you
 3  personally and to Tesla to, to try and be
 4  first?
 5       MR. MUSK:  Well, I mean in general we try
 6  to pioneer new technology.  I mean, I think
 7  there's, there's like the two biggest -- the,
 8  the two most profound innovations in
 9  automotive since the moving production line
10  are electrification and autonomy.
11       So it makes sense to try to pioneer
12  things in those two arenas.  Those things
13  really make a difference to the world -- to --
14  individually and collectively, they make a
15  difference, so.  But it's not, you know, the
16  goal is not to be first for the safety first.
17       We just want to make an amazing vehicle
18  and make the best possible car that could be
19  made.  That's, that's really all.  And you
20  know, we've gotten some pretty good accolades
21  in this regard.  Some reports of the adjusted
22  rating system.  That was before
23  (indiscernible) so.
24       MR. BAKER:  David Baker with The
25  Chronicle.  I wanted to follow up on the
```

Autopilot v7.0 Conference                                October 14, 2015

Page 22

```
 1  question that the reporter from Reuters was
 2  asking.  So far there's been sort of a
 3  perceived difference in philosophies and
 4  different autonomous car programs.  Whether
 5  you want to push toward a future where you
 6  don't have the steering (indiscernible) or
 7  whether you want a future where you still do
 8  have cars that people can drive on great roads
 9  that we've done in parts of California.
10       MR. MUSK:  Right.
11       MR. BAKER:  Do you want a future where
12  you just get a little odd and it takes you
13  wherever and you don't worry about it or do
14  you want a future where people drive your car
15  down the road (indiscernible) truck.
16       MR. MUSK:  I think -- I think you want to
17  have -- I think you probably want to have the
18  steering wheel and pedals and be able to take
19  control of the car when you want to take
20  control.  I mean, I don't -- I don't super
21  love the idea of sort of having a
22  (indiscernible) that you just get in and go
23  from one place to the other in a very
24  conservative driving manner or something.
25       It sounds boring but I mean it might be,
```

Page 23

```
 1  you know, might be something like an iRobot
 2  where the car has an autonomous mode, but you
 3  can switch to manual when you want to.  The
 4  steering wheel comes out of the dash.  It
 5  looks kind of cool.  That looked cool.  Yeah.
 6  Like this (indiscernible) charger.  Yeah.  So
 7  I think autonomy default but with optional
 8  manual is probably the good way to go.
 9       I want to give folks on the phone a
10  chance to ask questions.  Sure.  Go ahead.  On
11  the phone.
12       MR. TANNER:  Okay.  So our first question
13  is going to come from.  Hello, Yahoo Autos,
14  this is Chuck Tanner with Yahoo! Autos.  I'm
15  wondering how does the Autopilot -- or how do
16  you perceive the Autopilot as differing from
17  similar technology from say Audi or Mercedes,
18  such as the adaptive cruise control, stop and
19  go and their lane keeping technology as well?
20       MR. MUSK:  Yeah, I think the, the biggest
21  differentiated here is that the whole Tesla
22  fleet operates as a -- as a network.  When one
23  car learns something, the whole fleet learns
24  it.  And in order to have that, all the cars
25  need to be connected.  They need to be
```

Page 24

```
 1  uploading data to a central server where it
 2  can be collected, do statistical analysis on
 3  it, and then feed that back into a driving
 4  algorithm through cars.
 5       So that -- I mean that's sort of a -- I
 6  would say it's next level and certainly far
 7  beyond what any, any other car company is
 8  doing.  I'm not sure they're even thinking
 9  about it.
10       I've never heard them mention it that
11  way.  So to be able to do fleet learning, this
12  is quite a powerful network at that and any
13  car company that doesn't do this will not be
14  able to have a good autonomous driving system.
15  Next question.
16       MS. BROWN:  Hi, Katie Brown, Broker
17  Fortune.
18       MR. MUSK:  Okay.
19       MS. BROWN:  Are you talking about machine
20  learning (indiscernible)
21       MR. MUSK:  Yeah, I mean it, it is kind of
22  machine learning and it is with the drivers of
23  the cars being essentially the -- providing
24  the training data set for -- that they're
25  training a collective intelligence of, you
```

Page 25

```
 1  know, for Tesla.
 2       MS. BROWN:  Yeah.  Will it be like an
 3  automatic learning system or is it --
 4       MR. MUSK:  It is an automatic learning
 5  system.
 6       MS. BROWN:  I have another question too.
 7       MR. MUSK:  I mean -- yeah, if that was
 8  the question it's like if I'm so afraid of AI,
 9  why am I doing this?
10       MS. BROWN:  And?
11       MR. MUSK:  I don't think we have anything
12  to worry about cars driving themselves that's
13  not, you know, they're not going to take over
14  the world.  It's -- I mean the concern was
15  more like a -- like a deep AI, like, and
16  potentially one that's, you know.  Yeah, yeah,
17  some sort of, yeah, some sort of AI that, you
18  know, either due to itself or, or people
19  driving in that direction makes the world, you
20  know, tries to drive civilization in a
21  direction that's not good.
22       I, I don't know.  I mean, I just think we
23  need to be cautious about this, that's all.
24  That's my general comment on, on AI.  It's
25  like we shouldn't be sort of going willy nilly
```

**Page 26**

```
 1   in that direction, thinking it's always going
 2   to be good.
 3        MS. BROWN:  Okay.  My follow up was
 4   actually about the mapping system.  So the
 5   data available in like Google Maps or Here
 6   Maps or Apple Maps or something that's not
 7   good enough data for the automatic -- the
 8   Autopilot driving system currently.  So do you
 9   plan to do this combination of these, like
10   personal drivers, right?  Driving around --
11   Tesla employees driving around and getting
12   that data plus the Tesla fleet.
13        Are you going to be doing that for the
14   world when you get all this data for the high
15   precision maps that you want?
16        MR. MUSK:  Yeah, I think the data is
17   really going to come primarily from the Tesla
18   fleet.  So we've got cars that are doing one
19   half million miles a day, of which -- of which
20   two thirds have the autonomy capability but
21   all one and a half billion actually are, are
22   connected and can provide information about
23   high precision information about routes.
24        And I think we'd certainly be open to
25   selling that to other car companies or other
```

**Page 27**

```
 1   organizations if they, they want to buy it.
 2        And -- but it's really -- it's really the
 3   fleet collectively that is producing this,
 4   this data set and then we're using that to
 5   provide high, high precision GPS navigation.
 6   But you do need an additional overlay on that
 7   to understand like turn restrictions.  I mean,
 8   to a certain degree, because if you simply
 9   say, like if the number of cars that say turn
10   left at an intersection is 0.5% of the time,
11   then it's probably they're just doing illegal
12   ads.
13        So you should ignore that (indiscernible)
14   you'll see statistically if, if a turn is
15   allowed or not allowed, so.  And you can also
16   say, okay, the speed -- but the true speed on
17   these roads is the speed and then you know,
18   how fast to go around the bend or, you know,
19   what's, what's really safe.
20        The average driver goes this speed in
21   this lane and, and when doing this turn.  So
22   that's -- that level of detailed information
23   which is like, how would an expert driver
24   drive this route is really what we're talking
25   about.
```

**Page 28**

```
 1        It's really -- it's an order of magnitude
 2   or more -- or more detailed than current
 3   navigation maps.  It might be in terms of, of
 4   data volume, maybe 100 times the data
 5   complexity of current navigation map, maybe
 6   more.  We have a lot of people patiently
 7   waiting on the phone.  So Ken, can we -- let's
 8   take the next three calls from the phone line.
 9   Go ahead.
10        MR. KEN:  The line of Nikki at Transport
11   Evolved is now open.
12        MS. GORDON:  Good afternoon, Elon.  I've
13   got two questions really that I'd like to pose
14   to you.  The first one regarding GPS and data
15   access.  I know that, you know, if you're in
16   the Bay Area, we have a lot of great cell
17   phone connectivity but in certain parts of the
18   U.S., in certain parts of the world, that's
19   not going to be a big issue.
20        Sorry, that is going to be a big issue.
21   And connectivity is going to be lost.  How
22   will the cars automatically switch between the
23   modes?  That's my first part.  And the second
24   part is Google, Audi, all these other
25   companies who have worked on autonomous
```

**Page 29**

```
 1   driving to this point, some of them have
 2   posted massive bonds to be able to test some
 3   kind of autonomous or Autopilot feature on the
 4   road.  Has Tesla had to put anything like that
 5   into provision if there's any accidents in the
 6   future?
 7        MR. MUSK:  Yeah, well, as far as -- sort
 8   of gathering navigation data, where there's no
 9   cell connectivity, the, the car can just
10   buffer the data and then upload the data once
11   it gets to a place where there is cell
12   connectivity or a Wi-Fi connection.
13        So there's no problem collecting data
14   even where there's no cell phone connectivity.
15   And then of course, the GPS satellites you can
16   see all the time.  So even in like anywhere on
17   earth you can see the GPS satellite.  So
18   whether you're not you -- whether or not you
19   have the connectivity in that area, you can
20   still use the drive on GPS functionality.
21        With respect to posting big bonds, I'm
22   not -- I'm not aware of that.  I'm not sure
23   what they're doing exactly on that front.  You
24   know, I think the logical thing is that if
25   there are -- if, if there are fewer accidents
```

Autopilot v7.0 Conference                                October 14, 2015

```
 1  in autonomous mode than in non-autonomous
 2  mode, there shouldn't be some penalty.  That
 3  wouldn't make any sense.
 4       You know, you'd be penalizing a safer
 5  situation.  Next question.
 6       MR. RAMSEY:  Okay.  The line of Mike
 7  Ramsey from Wall Street Journal is now open.
 8  Hi, thanks a lot.  I'm curious about two
 9  things.  One, the -- after the updates are
10  uploaded and, and improvements are made, are
11  those done in constant stream like on a daily
12  basis or are you waiting for like -- would you
13  wait for like a 7.1 or something like that?
14       And the second question is, as you move
15  past this level of autonomy to something
16  greater, would you need to add more sensors
17  like a Lidar or do you think that it would be
18  possible to go to a greater level of autonomy
19  with the sensor set that you have now?
20       MR. MUSK:  Yeah, I, I mean, I, I think we
21  can go to -- we, we can improve the level of
22  autonomy with the sensor set that we have
23  right now, but it is limited to what logically
24  could be done with the sensor set.  So imagine
25  if you had a remote control car and you had
                                         Page 30
```

```
 1  access to this set of data, which is a forward
 2  facing camera, forward radar and 360 degree
 3  ultrasonics.  If, if you could see that data
 4  remotely and you were a really good driver
 5  with a remote control car, how well could you
 6  drive the car?
 7       That, that essentially sets the limit on
 8  what the sensors can do.  So there's certainly
 9  more that can be done but it's not -- the
10  sensor suite is not the sort of full autonomy
11  or suite.  For full autonomy, you'd obviously
12  need 360 degree cameras.  You'd need probably
13  redundant forward cameras, you'd need
14  redundant computing hardware and, and then
15  redundant motors in the steering rack.
16       Like you really want to have, I think,
17  for full autonomy, a, a more comprehensive
18  sensor suite and control systems that -- and,
19  and computing systems that are (indiscernible)
20  operation.  With that said, I don't think you
21  need Lidar.
22       I, I think Lidar -- you, you do this all
23  with passive optical and then with maybe one
24  forward radar.  Or if you're driving fast into
25  rain or snow or dust.  I think that, that
                                         Page 31
```

```
 1  completely solves it without the use of that
 2  Lidar.  I'm not a big fan of Lidar.  I don't
 3  think it makes sense in this context.
 4       We do -- we do use Lidar for our Dragon
 5  spacecraft.  We're docking with the space
 6  station and I think it makes sense and we put
 7  a lot of effort into developing that.  So as
 8  long as I don't like Lidar in general, it's
 9  just like, I don't think it makes sense in a -
10  - in a car context.
11       I think it's -- I think it's unnecessary.
12  Yeah.  And sorry, what was the first part of
13  the question?  Yeah, sure, sorry
14  (indiscernible) people should see the, the,
15  the car actually improve, probably with each
16  passing week.  So even without a new software
17  update because the data is continually
18  improving.
19       Because the more miles that are driven,
20  the better the, the sort of network
21  intelligence the fleet is trained, the better
22  it will get.  So it should actually get
23  better, you know, with each passing day.
24       But you'll probably notice it maybe after
25  a week or a few weeks and you'll see that
                                         Page 32
```

```
 1  previously the car wouldn't have steered quite
 2  right.  Like let's say going past a freeway
 3  off ramp one week but then the following week
 4  it does.  Next question.
 5       MR. SPARKS:  Daniel Sparks.  Molly --
 6       MR. MUSK:  Can I get your question?
 7       MR. SPARKS:  Yeah.  Is there any
 8  consideration for offering a retrofit option
 9  of Autopilot hardware to early model S-owners
10  at some point?
11       MR. MUSK:  So the tricky thing with the
12  retrofit is it would require changing a lot of
13  systems on the car and a new wiring harness.
14  So it's not as though -- if we thought there
15  was some reasonable way to offer a retrofit,
16  we would do so.
17       But to be able to add a radar system and
18  a camera system and some additional computing
19  hardware and 360 ultrasonics, this, this would
20  be a huge effort to do at the service center.
21  I mean, you'd have to replace the front bumper
22  or the windscreen, take the whole car apart to
23  remove the wiring harness.
24       So it's technically possible but there's
25  no way it would make any financial sense.
                                         Page 33
```

Autopilot v7.0 Conference                                          October 14, 2015

```
 1      MR. SPARKS:  Let's take one more call
 2   from the phone line.
 3      MR. SOROKANICH:  So, Bob from Road &
 4   Track magazine.  Hi, I was just wondering how
 5   weatherproof is the lane sensing feature.
 6   Like can it see the lane lines through rain or
 7   through snow?  What are the limitations there?
 8      MR. MUSK:  Yeah, if in -- if there's
 9   heavy snow, it's going to be harder to -- for
10   the system to work.  So we'd certainly advise
11   caution in heavy precipitation.  I mean
12   essentially it's, it's like a person to some
13   degree.  It's like how well can a person
14   figure out what route they should take?
15      And you know that they're going to be --
16   in the beginning it's going to be not as good
17   as a person but then over time -- or not as
18   good as a person in some ways, better than a
19   person in other ways, over time it will
20   actually be better than better than -- better
21   than a person.
22      I mean long term it'll be way better than
23   a person because it's like just say imagine a
24   system that has say eight cameras and radar
25   and ultrasonics and it's processing all of
                                        Page 34
```

```
 1   that at, you know, the millisecond level and
 2   never gets tired and it's, you know, never had
 3   anything to drink and it's, it's not arguing
 4   with someone in the car, hopefully.
 5      And so it's not distracted and it's, it's
 6   -- and it has this huge data set.  There's,
 7   like, there is just no way -- that, that would
 8   be like competing with eight human experts
 9   simultaneously.  It'd be really -- there's
10   just no way one person's going to be better
11   than --you don't have eyes in the back of your
12   head.
13      You know, it's like -- so it, it will
14   obviously be way better than the person wants.
15      MR. KEN:  We're going to come back into
16   the room, take some questions from you.  It's
17   a congratulatory (indiscernible) how does it
18   handle pedestrians at the moment
19   (indiscernible)
20      MR. MUSK:  Sure.  So it's a -- it, it --
21   I mean it should not -- it should not
22   pedestrians, hopefully.  So it does sense
23   pedestrians.  It can see pedestrians, it can
24   see cyclists.  So it should -- it should avoid
25   them or it should actually break before
                                        Page 35
```

```
 1   hitting them or it should handle them well,
 2   hopefully.  I would exercise caution at this
 3   early stage.  The pedestrian can't exercise
 4   fortunately because it better be done their
 5   way to the (indiscernible) are you talking
 6   about the car today or the car in the future?
 7      There's a difference between the car
 8   today and the car in the future.  Big
 9   differences.  Those meetings these days.
10   Yeah, that's why we, you know, in the
11   beginning we really recommend that in, in fact
12   we -- instructions to say you need to pay
13   attention to what's on the road and you need
14   to be ready to take the wheel at any time.
15      So it's certainly -- I certainly wouldn't
16   want to say that today, "Don't worry about
17   it."  And I -- in the long term it will be
18   safer than a person driving for all -- for
19   all, you know, pedestrians as well as for
20   people in the car and other cars.
21      MS. SOROKANICH:  I had a couple of
22   logistical questions.  When will the update be
23   available in to come with cars?  When will 7.1
24   coming and what about the Model X?
25      MR. MUSK:  We're not going to do model
                                        Page 36
```

```
 1   expressions today but when will it work on the
 2   Model X?  So we expect to begin uploading the
 3   software tonight to customers.  So sometime
 4   late tonight or it'll begin uploading and
 5   people should begin to be able to install it
 6   tomorrow.
 7      It'll probably take a few days to -- I
 8   sent it out to the whole fleet but it'll start
 9   sometime tonight and then, then that's for
10   North America.  For Europe and Asia, it's
11   about a week out because we're just waiting
12   for final regulatory approval.  So hopefully
13   we'll receive regulatory approval for Europe
14   and Asia sometime next week.
15      Well, actually all cars will receive
16   version 7 and then roughly 60 percent of those
17   cars -- so there's roughly 60,000 cars that
18   have autonomous capability.  But all cars will
19   receive version 7 just like mostly won't
20   happen through Auto steer and all of them.
21      SPEAKER 1:  : Hi (indiscernible) this
22   could possibly be a pretty expensive add on
23   and since the future is looking like we need
24   to make some sort of inexpensive mass market
25   car.
                                        Page 37
```

Autopilot v7.0 Conference    October 14, 2015

**Page 38**

```
 1      Do you see this being something that is
 2  standard on all this is going forward or an
 3  option you can remove the motor to have a more
 4  affordable?
 5      MR. MUSK:  Well the way we make the cars
 6  right now is that the hardware is standard on
 7  all cars and then you pay to have the
 8  Autopilot convenience features.  So the safety
 9  features are standard on all cars.  So it'll
10  be active emergency braking site, collision
11  avoidance, lane departure warning.
12      Basically all the safety features are
13  standard on all cars and then the convenience
14  features you pay $2,500 to enable.  So
15  essentially we actually take a slight loss on
16  people that don't pay for the convenience
17  features and then we make a gain on those that
18  do.  So hopefully that works out.
19      But I think in logs we would have the
20  hardware for autonomy on all clouds, but that
21  would just be enough charge for the
22  convenience feature.  Two more questions.
23      MR. GITLIN:  So a question from Jonathan
24  at Ars Technica.  Going back to the future of
25  autonomous cars, when do you think Tesla might
```

**Page 39**

```
 1  be ready to start selling cars that are
 2  autonomous to level four?
 3      MR. MUSK:  Well, I think from a
 4  technology standpoint and it is important to
 5  distinguish these things because they are very
 6  very different technologically.  I think Tesla
 7  will be able to -- will have a car that can do
 8  full autonomy in about three years.
 9      So maybe a bit sooner.  But I'm trying to
10  recalibrate my, you know, my sort of time
11  predictions.  So I think I'm quite confident
12  that within three years, the car will be able
13  to take you from point to point, basically
14  from your driveway to work without you
15  touching anything.  You could be asleep the
16  whole time and do so very safely.
17      However, from that point, to get
18  regulatory approval for full autonomy is
19  something that's going to vary by
20  jurisdiction.  So depending upon where you are
21  in the world and how that sort of legal
22  framework works and what the regulations are,
23  that could be anywhere from another year to
24  maybe several years.
25      I think the thing that would obviously be
```

**Page 40**

```
 1  convincing to a regulator is to see lots of
 2  data about how autonomy is working.  Is it
 3  safer or less safe than.  And at the point
 4  which the data says statistically that it's
 5  much safer to have autonomous cars.  That's
 6  the point which regulators will obviously be
 7  comfortable allowing a full autonomy.
 8      MR. KEN:  Another question from Deanne
 9  Durbin at the Associated Press.
10      MS. DURBIN:  A question.  Can you just
11  clarify -- I think you spoke about it earlier,
12  but I can't hear very well.  Is the Model X
13  going to get this capability?  And also if you
14  are -- if you're -- if your car is
15  automatically changing lanes and it gets in an
16  accident, who is liable?
17      MR. MUSK:  Yeah.  So the, the Model X
18  will of course also have the same Autopilot
19  capability as the S.  So they'll have --
20  they'll have identical capability.  And if
21  there is an accident, the, the driver of the
22  car is liable.  So we're very clearly saying
23  that this is not a case of abdicating
24  responsibility.
25      The, the hardware and the software are
```

**Page 41**

```
 1  not yet at the point where a driver can
 2  abdicate responsibility.  That will come at
 3  some point in the future but it is -- it is
 4  not the case today.  These are still the early
 5  days.
 6      MS. DURBIN:  Could you talk a little bit
 7  about how many people are actively working on
 8  Autopilot within Tesla?  Because in terms of
 9  headcount, you guys are north of like 13,000
10  employees, right?
11      MR. MUSK:  Yeah, 14,000.  Yeah.
12      MS. DURBIN:  14,000.  So what's the size
13  of the unit?  And I'm sure it's
14  interdisciplinary.  So I don't even know if
15  calling it a unit is accurate.
16      MR. MUSK:  Yeah, it's actually not a --
17  not a huge team doing Autopilot stuff.  We've
18  got maybe in terms of people just working,
19  Autopilot software, it's maybe 50 people.  In
20  terms of those working on the Autopilot
21  hardware suite, it's maybe a little bigger.
22  Maybe 100 people, something like that.
23      It will increase over time but generally
24  with software you get amazing things done with
25  small teams and a small team will do much more
```

| Autopilot v7.0 Conference | October 14, 2015 |

```
 1  radical improvements in a vacuum.
 2      MR. KEN:  Okay.  Very nuts and bolts.
 3  One, I'm not sure that I understood you
 4  clearly earlier.  When people get this, when
 5  they get into their cars tomorrow and see if
 6  loaded up, do they have to pay to actually use
 7  the Autopilot feature one at a time?
 8      MR. MUSK:  Yeah.  So it actually depends.
 9  People would have done this when they bought
10  the car.  They can also do it after they own
11  the car as well.  So it's just basically
12  $2,500 to activate the autonomous features for
13  forever.  It's a one-time charge.
14      And then the autonomous features were. --
15  as I said though, the safety features are
16  automatically enabled on all cars.  So even if
17  somebody hasn't done that, they'll still get,
18  for example, side collision avoidance as part
19  of the version 7 software.  All right.  Thanks
20  everyone.
21
22  (End of audio recording.)
23
24
25
                                          Page 42
```

```
 1      CERTIFICATE OF TRANSCRIPTIONIST
 2
 3      I, EDWIN KEEGA, do hereby certify:
 4
 5      That said audio transcription is a true
 6  record as reported by me, a disinterested
 7  person.
 8
 9      I further certify that I am not
10  interested in the outcome of said action, nor
11  connected with, nor related to any of the
12  parties in said action, nor to their
13  respective counsel.
14
15      IN WITNESS THEREOF, I have hereunto set
16  my hand this 6th day of July, 2025.
17
18
19     _Edwin Keega_____
         Edwin Keega
20
21
22
23
24
25
                                          Page 43
```

Autopilot v7.0 Conference                                                                    October 14, 2015

| $ | A | 41:24 | 38:20 39:8,18 40:2, 7 | BMW 21:1 |
|---|---|---|---|---|
| | | America 37:10 | | Bob 34:3 |
| $2,500 38:14 42:12 | abdicate 41:2 | analysis 24:2 | Autopilot 11:20 19:18 20:8,11 23:15,16 26:8 29:3 33:9 38:8 40:18 41:8,17,19,20 42:7 | bolts 42:2 |
| | abdicating 40:23 | anecdote 8:15 | | bonds 29:2,21 |
| - | abrupt 10:11 | anecdotes 17:22 | | boom 19:16 |
| --you 35:11 | access 16:2 17:4, 13 28:15 31:1 | anticipate 15:10, 12 | Autos 23:13,14 | boring 22:25 |
| | accident 40:16,21 | Apple 26:6 | Autosteer 12:3 | bought 42:9 |
| 0 | accidents 29:5,25 | applies 19:23 | average 27:20 | braking 12:9 38:10 |
| 0.5% 27:10 | accolades 21:20 | approval 37:12,13 39:18 | avoid 35:24 | break 35:25 |
| | accurate 41:15 | area 9:24 28:16 29:19 | avoidance 12:4,10 38:11 42:18 | Broker 24:16 |
| 1 | action 43:10,12 | | | Brown 24:16,19 25:2,6,10 26:3 |
| 1 37:21 | activate 42:12 | arenas 21:12 | aware 14:2 29:22 | buffer 29:10 |
| 100 28:4 41:22 | activated 11:20 | arguing 35:3 | B | bumper 33:21 |
| 13,000 41:9 | active 11:18 12:2,3, 5 38:10 | Ars 38:24 | back 18:18 24:3 35:11,15 38:24 | buy 27:1 |
| 14,000 41:11,12 | actively 41:7 | Asia 37:10,14 | Baker 21:24 22:11 | C |
| 2 | adaptive 23:18 | asleep 39:15 | barrier 12:13 | California 22:9 |
| 2025 43:16 | add 30:16 33:17 37:22 | Assist 20:25 | bases 20:4 | call 34:1 |
| | additional 27:6 33:18 | assume 18:11 | basic 10:17 | calling 41:15 |
| 3 | adjusted 21:21 | attempt 12:11 | basically 9:23 38:12 39:13 42:11 | calls 28:8 |
| 360 31:2,12 33:19 | ads 27:12 | attention 36:13 | basis 30:12 | camera 8:7 31:2 33:18 |
| 5 | advise 34:10 | attribution 9:17 | Bay 28:16 | cameras 31:12,13 34:24 |
| 50 41:19 | advising 15:16 | Audi 20:24 23:17 28:24 | begin 37:2,4,5 | cancelled 17:23 |
| 6 | affect 13:12 | audio 42:22 43:5 | beginning 15:20 34:16 36:11 | capability 26:20 37:18 40:13,19,20 |
| 60 37:16 | affordable 38:4 | Auto 37:20 | behave 18:3 20:12 | car 8:10,20,25 10:5, 23 12:13 13:15,18 14:1,4 16:10,15 18:3,25 20:11 21:2, 18 22:4,14,19 23:2, 23 24:7,13 26:25 29:9 30:25 31:5,6 32:10,15 33:1,13,22 35:4 36:6,7,8,20 37:25 39:7,12 40:14,22 42:10,11 |
| 60,000 37:17 | afraid 25:8 | automaker 13:8 | bend 27:18 | |
| 6th 43:16 | afternoon 28:12 | automated 18:21 | beta 16:1,3 | |
| | aggressive 20:15 | automatic 12:8,24 18:7,18 25:3,4 26:7 | big 28:19,20 29:21 32:2 36:8 | |
| 7 | aggressively 20:25 | | bigger 41:21 | |
| 7 12:25 37:16,19 42:19 | ahead 23:10 28:9 | automatically 8:18 28:22 40:15 42:16 | biggest 17:8 21:7 23:20 | |
| 7.1 30:13 36:23 | AI 25:8,15,17,24 | automotive 21:9 | billion 26:21 | car's 20:18 |
| | air 13:20 | autonomous 22:4 23:2 24:14 28:25 29:3 30:1 37:18 38:25 39:2 40:5 42:12,14 | bit 17:3 39:9 41:6 | cars 9:20 13:8,16 20:4,7,16 22:8 23:24 24:4,23 25:12 26:18 27:9 28:22 36:20,23 37:15,17, |
| 9 | algorithm 24:4 | | block 13:13 | |
| 90 10:11 | allowed 27:15 | | Bloomberg 17:3 | |
| | allowing 40:7 | autonomy 21:10 23:7 26:20 30:15, 18,22 31:10,11,17 | blown 10:24 | |
| | amazing 21:17 | | | |

Autopilot v7.0 Conference                                                              October 14, 2015

18 38:5,7,9,13,25 39:1 40:5 42:5,16
**case** 8:4 15:17 16:23,25 40:23 41:4
**cases** 17:15
**caution** 15:19,24 16:4 34:11 36:2
**cautious** 15:15 25:23
**Cava** 20:23
**cell** 13:19 28:16 29:9,11,14
**center** 33:20
**central** 24:1
**CERTIFICATE** 43:1
**certify** 43:3,9
**CES** 21:1
**chance** 23:10
**change** 8:25 9:1,3 11:2
**changing** 33:12 40:15
**charge** 38:21 42:13
**charger** 23:6
**chauffeur** 20:12
**Chronicle** 21:25
**Chuck** 23:14
**civilization** 25:20
**clarify** 40:11
**clear** 19:8,12
**clouds** 38:20
**code** 20:4,21
**collected** 24:2
**collecting** 29:13
**collective** 24:25
**collectively** 21:14 27:3
**collision** 11:11 12:4,9 38:10 42:18
**combination** 26:9
**comfortable** 40:7

**comment** 25:24
**companies** 26:25 28:25
**company** 24:7,13
**company's** 14:24
**competing** 35:8
**completely** 32:1
**complexity** 28:5
**comprehensive** 31:17
**computing** 31:14,19 33:18
**concern** 25:14
**concerned** 14:21
**confident** 39:11
**conflicts** 20:3
**congratulatory** 35:17
**connected** 13:17 14:5,8 23:25 26:22 43:11
**connection** 29:12
**connectivity** 28:17,21 29:9,12,14,19
**cons** 14:10
**conservative** 20:15 22:24
**consideration** 33:8
**constant** 30:11
**constitutes** 10:1
**consumers** 13:7 14:6
**context** 32:3,10
**continually** 32:17
**control** 18:11,15 19:1 22:19,20 23:18 30:25 31:5,18
**convenience** 38:8, 13,16,22
**convincing** 40:1
**cool** 23:5

**copyright** 13:13
**corrected** 9:9
**correctly** 9:11 18:3
**counsel** 43:13
**couple** 19:25 36:21
**crash** 16:16 18:9
**cruise** 23:18
**cues** 8:19
**curious** 30:8
**current** 28:2,5
**curve** 10:12,15,16
**customers** 15:11 17:5,14,22 37:3
**cyclists** 35:24

**D**

**daily** 30:11
**Daniel** 33:5
**dash** 23:4
**data** 16:25 24:1,24 26:5,7,12,14,16 27:4 28:4,14 29:8, 10,13 31:1,3 32:17 35:6 40:2,4
**database** 9:17
**David** 21:24
**day** 26:19 32:23 43:16
**days** 14:7 36:9 37:7 41:5
**deactivated** 11:18
**dealer** 13:24
**Deanna** 17:2
**Deanne** 40:8
**debate** 13:11
**decided** 18:17
**deep** 25:15
**default** 23:7
**degree** 10:12 27:8 31:2,12 34:13
**Della** 20:23

**dense** 19:13
**density** 20:7
**departure** 38:11
**depending** 39:20
**depends** 42:8
**describe** 16:1,2
**destination** 16:11
**detailed** 27:22 28:2
**detects** 11:14
**developing** 32:7
**device** 14:7
**devices** 13:17
**difference** 21:13, 15 22:3 36:7
**differences** 36:9
**differentiated** 23:21
**differing** 23:16
**direction** 25:19,21 26:1
**directions** 10:4
**disabled** 11:13
**disclosed** 13:14
**disinterested** 43:6
**distinguish** 39:5
**distracted** 35:5
**distributed** 18:17
**diverging** 8:6,8
**docking** 32:5
**Dragon** 32:4
**drink** 35:3
**drive** 8:21 10:23 22:8,14 25:20 27:24 29:20 31:6
**driven** 32:19
**driver** 9:2,3,7 20:14,19 27:20,23 31:4 40:21 41:1
**drivers** 8:20 15:16 18:11,12 24:22 26:10

**driveway** 39:14
**driving** 20:6 22:24 24:3,14 25:12,19 26:8,10,11 29:1 31:24 36:18
**due** 25:18
**Durbin** 40:9,10 41:6,12
**dust** 31:25

**E**

**earlier** 40:11 42:4
**early** 15:15,18 16:5 17:4,13 33:9 36:3 41:4
**earth** 29:17
**Edwin** 43:3,19
**effort** 32:7 33:20
**electrification** 21:10
**elements** 11:19
**Elon** 28:12
**emergency** 12:8 38:10
**employees** 26:11 41:10
**enable** 38:14
**enabled** 42:16
**end** 42:22
**engagement** 13:9
**essentially** 12:9 20:10 24:23 31:7 34:12 38:15
**Europe** 37:10,13
**eventually** 16:8
**evidence** 16:18
**Evolved** 28:11
**exact** 8:21 9:23
**exercise** 15:19,24 16:4 36:2,3
**exists** 9:19
**expect** 13:7 14:6 37:2

Autopilot v7.0 Conference                            October 14, 2015

Contact us: CA.Production@LexitasLegal.com | 855-777-7865

Autopilot v7.0 Conference                                                                October 14, 2015

| | | | | |
|---|---|---|---|---|
| **expensive** 37:22 | **forever** 42:13 | **greater** 30:16,18 | **hurdles** 15:10 | 32:21 |
| **experience** 10:19 11:1 | **fortunately** 36:4 | **Greg** 19:24 | | **interact** 20:16 |
| **expert** 27:23 | **Fortune** 24:17 | **gridlock** 19:18 | **I** | **interacting** 20:19 |
| **experts** 35:8 | **forward** 31:1,2,13, 24 38:2 | **guess** 13:6 17:6 | **idea** 22:21 | **interaction** 15:4 20:21 |
| **explicitly** 16:1 | **framework** 39:22 | **guided** 8:12 | **identical** 40:20 | **interdisciplinary** 41:14 |
| **exploiting** 14:22 | **freeway** 11:24 33:2 | **guys** 20:2 41:9 | **ignore** 8:13 27:13 | **interested** 43:10 |
| **expressions** 37:1 | **friends** 10:22 | | **illegal** 27:11 | **interesting** 11:1 |
| **eyes** 35:11 | **front** 29:23 33:21 | **H** | **imagine** 30:24 34:23 | **intersection** 27:10 |
| | **full** 31:10,11,17 39:8,18 40:7 | **half** 26:19,21 | **impinging** 11:22 | **irobot** 23:1 |
| **F** | **functionality** 14:4 29:20 | **Hallett** 17:2 | **implemented** 8:24 | **issue** 13:22 18:20 19:3 28:19,20 |
| **facing** 31:2 | **funny** 8:15 | **hand** 15:8 43:16 | **important** 14:3 15:2,19,24 16:4 21:2 39:4 | **issues** 14:22 20:20 |
| **fact** 36:11 | **future** 11:3 22:5,7, 11,14 29:6 36:6,8 37:23 38:24 41:3 | **handle** 35:18 36:1 | **improve** 30:21 32:15 | |
| **fails** 16:15 | | **hands** 15:9,12,17, 22 16:7,20,21 19:20,21 | | **J** |
| **fairly** 18:1 | | **happen** 37:20 | **improved** 14:4 | **Jaynes** 11:5,9 |
| **fake** 8:5 | **G** | **hard** 14:12,16,18 | **improvements** 13:20 30:10 42:1 | **Jonathan** 38:23 |
| **fan** 32:2 | **gain** 38:17 | **harder** 12:21 34:9 | **improving** 18:23 32:18 | **Journal** 30:7 |
| **fast** 27:18 31:24 | **gaining** 9:14 | **hardware** 14:14 15:4 31:14 33:9,19 38:6,20 40:25 41:21 | **increase** 41:23 | **July** 43:16 |
| **feature** 29:3 34:5 38:22 42:7 | **gathering** 29:8 | | **increased** 12:14 | **jumping** 16:10 |
| **features** 38:8,9,12, 14,17 42:12,14,15 | **general** 10:4 12:23 14:5 21:5 25:24 32:8 | **harness** 33:13,23 | **independent** 20:4 | **juncture** 18:25 |
| **feed** 9:23 24:3 | | **head** 35:12 | **independently** 20:1 | **jurisdiction** 39:20 |
| **feedback** 17:5,8, 12,16 18:1 | **generally** 17:19 41:23 | **headcount** 41:9 | **indiscernible** 8:2 10:2 11:4,6 12:24 13:1,3,5,11,13,14 14:5 16:3,14 19:23 20:16 21:23 22:6, 15,22 23:6 24:20 27:13 31:19 32:14 35:17,19 36:5 37:21 | **K** |
| **feel** 12:14,16 | **Germany** 19:9 | **hear** 40:12 | | **Katie** 24:16 |
| **fewer** 29:25 | **get all** 13:23 26:14 | **heard** 24:10 | | **Keega** 43:3,19 |
| **figments** 8:1 | **GITLIN** 38:23 | **heavy** 34:9,11 | | **keeping** 23:19 |
| **figure** 34:14 | **give** 9:12 23:9 | **helped** 17:17 | | **Ken** 28:7,10 35:15 40:8 42:2 |
| **figuring** 9:14 10:5 | **goal** 21:16 | **helpful** 18:22 | | **kind** 14:7 17:4 18:1 20:1 23:5 24:21 29:3 |
| **final** 37:12 | **good** 15:1 19:11 20:12,13,19 21:20 23:8 24:14 25:21 26:2,7 28:12 31:4 34:16,18 | **hereunto** 43:15 | **individually** 21:14 | **knew** 8:23 |
| **financial** 33:25 | | **Hey** 20:23 | **inexpensive** 37:24 | **knowing** 20:5 |
| **fine** 10:3 | | **high** 10:7 19:16 26:14,23 27:5 | **information** 16:23 26:22,23 27:22 | **Kumparak** 19:24 |
| **fix** 19:3 | | **highway** 12:12 18:19 | **infrastructure** 19:11 | |
| **fleet** 9:14 23:22,23 24:11 26:12,18 27:3 32:21 37:8 | **Google** 26:5 28:24 | **hitting** 36:1 | | **L** |
| | **GORDON** 28:12 | **hold** 9:10 | **innovations** 21:8 | |
| **flip** 10:15 | **GPS** 8:11,13,18 9:5 10:14 27:5 28:14 29:15,17,20 | **huge** 33:20 35:6 41:17 | **install** 37:5 | **lane** 8:3,4,5,9,13 9:3 10:8 11:15 12:1, 2 23:19 27:21 34:5, |
| **folks** 23:9 | | **human** 9:2 20:6,19 35:8 | **instructions** 36:12 | |
| **follow** 8:8 10:14 21:25 26:3 | **great** 10:4 16:4 22:8 28:16 | | **intelligence** 24:25 | |

Autopilot v7.0 Conference                                                                October 14, 2015

|  |  |  |  |  |
|---|---|---|---|---|
| 6 38:11 | **M** | Mike 30:6 | nilly 25:25 | owner 11:18 |
| lanes 8:22,23 9:1, 10 40:15 |  | miles 26:19 32:19 | non-autonomous 30:1 |  |
| laptop 13:19 | machine 24:19,22 | million 26:19 | normal 10:3 | **P** |
| large 11:23 | made 9:3,8 21:19 30:10 | millisecond 35:1 | north 37:10 41:9 | packet 11:12 |
| late 37:4 | magazine 34:4 | mine 10:22 | note 18:8 | parking 9:15,25 10:1,2 |
| lateral 8:12 | magnitude 28:1 | misleading 8:19 | notice 14:2 32:24 | part 28:23,24 32:12 42:18 |
| learning 24:11,20, 22 25:3,4 | make 10:1,11,12 16:23,25 17:9,17 20:10,11 21:13,14, 17,18 30:3 33:25 37:24 38:5,17 | mode 23:2 30:1,2 | noticed 10:22 | parties 43:12 |
| learns 23:23 |  | model 33:9 36:24, 25 37:2 40:12,17 | NPR 13:2 | parts 13:23 22:9 28:17,18 |
| left 10:12 27:10 |  | modes 28:23 | number 27:9 |  |
| legal 39:21 |  | Molly 33:5 | nuts 42:2 | passing 32:16,23 |
| level 9:13 24:6 27:22 30:15,18,21 35:1 39:2 | makers 13:16 | moment 35:18 |  | passive 31:23 |
|  | makes 14:4 21:11 25:19 32:3,6,9 | monitoring 11:11 | **O** | past 30:15 33:2 |
|  |  | month 17:7 |  | patiently 28:6 |
| liable 40:16,22 | making 9:5 13:4 14:25 17:18 | months 13:3 17:15,16 | obstacle 11:14,16 | pay 36:12 38:7,14, 16 42:6 |
| Lidar 30:17 31:21, 22 32:2,4,8 | manner 22:24 | motor 38:3 | obvious 18:1,3 | pedals 16:9 22:18 |
| limit 31:7 | manual 18:11,12, 18 19:1 23:3,8 | motors 31:15 | occur 16:12 | pedestrian 36:3 |
| limitations 34:7 | map 8:21 9:24 10:3, 7 18:10 28:5 | move 9:6,8 11:15 12:20,21 30:14 | odd 14:7 22:12 | pedestrians 35:18,22,23 36:19 |
| limited 30:23 |  |  | offer 33:15 |  |
| lines 34:6 | mapped 9:23 10:8 | movement 12:11 | offering 33:8 | penalizing 30:4 |
| loaded 42:6 | mapping 26:4 | moving 19:17 21:9 | offset 12:1 | penalty 30:2 |
| location 18:4 19:2 | maps 26:5,6,15 28:3 | MUSK 11:8,19 13:15 15:14 17:11 20:7 21:5 22:10,16 23:20 24:18,21 25:4,7,11 26:16 29:7 30:20 33:6,11 34:8 35:20 36:25 38:5 39:3 40:17 41:11,16 42:8 | one-time 42:13 | people 10:1,19 13:24 14:22 15:19, 24 16:2,6 18:7 19:22 22:8,14 25:18 28:6 32:14 36:20 37:5 38:16 41:7,18, 19,22 42:4,9 |
| logical 20:3 29:24 |  |  | open 14:20 26:24 28:11 30:7 |  |
| logically 30:23 | Marco 20:23 |  | operate 13:18 |  |
| logistical 36:22 | market 37:24 |  | operates 13:19 23:22 |  |
| logs 38:19 | markets 19:5 |  |  |  |
| long 15:22 16:6 32:8 34:22 36:17 | markings 19:8,12 |  | operating 19:5 |  |
|  | marks 8:2 |  | operation 31:20 | people's 11:2 |
| looked 18:21 23:5 | Mashable 11:10 | **N** | operational 16:13 | perceive 23:16 |
| lose 13:24 | mass 37:24 |  | optical 31:23 | perceived 22:3 |
| loss 38:15 | massive 29:2 | navigate 8:18 | option 33:8 38:3 | percent 37:16 |
| lost 28:21 | matters 14:23 | navigation 8:11 10:3 27:5 28:3,5 29:8 | optional 23:7 | perception 11:2 |
| lot 9:25 10:1,2 16:22 17:12 18:6,12 28:6,16 30:8 32:7 33:12 | Mccarthy 13:1,2 |  | order 8:9 16:12,23 19:11 23:24 28:1 | perplexing 9:4 |
|  | means 18:17 | nearby 11:22 | organizations 27:1 | person 34:12,13, 17,18,19,21,23 35:14 36:18 43:7 |
|  | meetings 36:9 | needed 16:23 |  |  |
|  | mention 24:10 | network 23:22 24:12 32:20 | outcome 43:10 |  |
| lots 9:15 40:1 | menu 11:13 |  | overcome 12:18 | person's 35:10 |
| love 17:20 22:21 | Mercedes 23:17 | Nick 11:9 | overlay 27:6 | personal 26:10 |
| low 20:8 | middle 11:25 | Nikki 28:10 | oversized 11:24 | personally 21:3 |
|  |  |  |  | philosophies 22:3 |

Autopilot v7.0 Conference                                                October 14, 2015
Contact us: CA.Production@LexitasLegal.com | 855-777-7865

Autopilot v7.0 Conference                                                                                                          October 14, 2015

| | | | | |
|---|---|---|---|---|
| **phone** 11:7 13:19 23:9,11 28:7,8,17 29:14 34:2 | **program** 17:4,13 | **recall** 13:21,22 14:2 | **revert** 8:18 | 35:6 43:15 |
| **Pilot** 20:25 | **programs** 22:4 | **receive** 37:13,15, 19 | **road** 8:1 9:19 19:13 22:15 29:4 34:3 36:13 | **sets** 31:7 |
| **pioneer** 21:6,11 | **pros** 14:10 | **recommend** 36:11 | **roads** 9:15 22:8 27:17 | **short** 15:23 |
| **place** 18:19 22:23 29:11 | **provide** 26:22 27:5 | **record** 43:6 | **roll** 13:4 | **showed** 21:1 |
| **places** 10:13 19:7, 14 | **providing** 24:23 | **recording** 42:22 | **room** 35:16 | **side** 12:1,4,9,22 42:18 |
| **plan** 26:9 | **provision** 29:5 | **redefine** 17:9 | **roughly** 37:16,17 | **sideways** 12:20 |
| **point** 8:10 13:5 18:13,15 19:20 29:1 33:10 39:13,17 40:3,6 41:1,3 | **purpose** 11:17 **push** 22:5 | **redundant** 31:13, 14,15 | **route** 27:24 34:14 | **similar** 20:24 23:17 |
| **pose** 28:13 | **put** 10:22 29:4 32:6 | **reference** 9:7 | **routes** 26:23 | **simply** 27:8 |
| **position** 8:4,5,12, 13 9:11 | **Q** | **regard** 21:21 | **S** | **simultaneously** 35:9 |
| **possibly** 37:22 | **question** 13:6 20:24 22:1 23:12 24:15 25:6,8 30:5, 14 32:13 33:4,6 38:23 40:8,10 | **regulations** 39:22 | **S-OWNERS** 33:9 | **site** 11:10 38:10 |
| **posted** 29:2 | | **regulator** 40:1 | **safe** 15:5 27:19 40:3 | **situation** 16:21 19:16 30:5 |
| **posting** 29:21 | **questions** 11:3 13:2 23:10 28:13 35:16 36:22 38:22 | **regulators** 16:17 40:6 | **safely** 39:16 | **size** 41:12 |
| **potentially** 14:22 25:16 | | **regulatory** 15:10 37:12,13 39:18 | **safer** 30:4 36:18 40:3,5 | **skid** 8:1 |
| **powerful** 24:12 | **R** | **related** 43:11 | **safety** 12:23 14:3 21:16 38:8,12 42:15 | **slight** 38:15 |
| **precipitation** 34:11 | **rack** 31:15 | **released** 12:25 | **Sage** 15:6 | **small** 41:25 |
| **precisely** 8:21 | **radar** 31:2,24 33:17 34:24 | **reliability** 16:18,20 | **satellite** 29:17 | **snow** 31:25 34:7,9 |
| **precision** 9:13 10:7 26:15,23 27:5 | **radical** 42:1 | **remote** 30:25 31:5 | **satellites** 29:15 | **software** 13:9,12, 25 14:9,10,12,15, 20,25 15:4,18,25 17:10,14,24 18:14 19:3 32:16 37:3 40:25 41:19,24 42:19 |
| **predictions** 39:11 | **rain** 31:25 34:6 | **remotely** 31:4 | **section** 8:21 | |
| **presentation** 10:18 | **ramp** 33:3 | **remove** 33:23 38:3 | **seek** 16:18 | **solve** 8:9 |
| **Press** 40:9 | **Ramsey** 30:6,7 | **replace** 33:21 | **self-** 21:1 | **solves** 32:1 |
| **pretty** 20:8,25 21:20 37:22 | **randomly** 18:16 | **reported** 43:6 | **selling** 26:25 39:1 | **sooner** 39:9 |
| **previously** 33:1 | **rapidly** 11:3 | **reporter** 22:1 | **send** 18:8 | **SOROKANICH** 34:3 36:21 |
| **primarily** 26:17 | **rating** 21:22 | **reporting** 18:22 | **sense** 9:13 12:20 21:11 30:3 32:3,6,9 33:25 35:22 | **sort** 8:5,15 12:23 17:13 18:6 22:2,21 24:5 25:17,25 29:7 31:10 32:20 37:24 39:10,21 |
| **problem** 20:2 29:13 | **react** 20:5 | **reports** 21:21 | | |
| **processing** 34:25 | **ready** 36:14 39:1 | **require** 33:12 | **sensing** 34:5 | |
| **producing** 27:3 | **real** 10:2 19:16 | **resist** 12:10 | **sensor** 30:19,22,24 31:10,18 | **sounds** 22:25 |
| **production** 21:9 | **realized** 8:16 | **resistance** 12:14 | **sensors** 11:21 30:16 31:8 | **sourcing** 14:20 |
| **profound** 10:19 17:21 21:8 | **realizing** 12:13 | **respect** 14:8 29:21 | **separately** 12:7 13:10 | **space** 32:5 |
| | **reason** 16:15 | **respective** 43:13 | **server** 24:1 | **spacecraft** 32:5 |
| | **reasonable** 33:15 | **response** 17:19 | **service** 33:20 | **Sparks** 33:5,7 34:1 |
| | **reasons** 13:24 | **responsibility** 40:24 41:2 | **set** 24:24 27:4 30:19,22,24 31:1 | **SPEAKER** 37:21 |
| | **recalibrate** 39:10 | **restrictions** 27:7 | | **speaking** 9:21 |
| | | **retrofit** 33:8,12,15 | | |
| | | **Reuters** 15:6 22:1 | | |

Autopilot v7.0 Conference                                                                                           October 14, 2015

| | | | | |
|---|---|---|---|---|
| **speed** 27:16,17,20 | **Tanner** 23:12,14 | **tomorrow** 37:6 42:5 | **USA** 20:24 | **work** 14:13,17,18 15:13 19:6,7,12 34:10 37:1 39:14 |
| **spoke** 40:11 | **target** 14:14 | **tonight** 37:3,4,9 | **user** 9:17,23 | |
| **stage** 15:15,18 16:5 36:3 | **team** 41:17,25 | **touch** 13:24 | **V** | **worked** 28:25 |
| **standard** 38:2,6,9,13 | **teams** 20:1 41:25 | **touching** 39:15 | **vacations** 17:23 | **working** 20:2,25 40:2 41:7,18,20 |
| **standpoint** 39:4 | **Techcrunch** 19:25 | **Track** 34:4 | **vacuum** 42:1 | **works** 19:8,10,15,19 38:18 39:22 |
| **start** 37:8 39:1 | **Technica** 38:24 | **traffic** 19:14,16,18 | **valeting** 21:2 | **world** 21:13 25:14,19 26:14 28:18 39:21 |
| **states** 15:7 | **technically** 33:24 | **trained** 9:2 32:21 | **vary** 39:19 | |
| **station** 32:6 | **technologically** 39:6 | **training** 24:24,25 | **vehicle** 11:13,22 12:12 14:25 16:15 21:17 | |
| **statistical** 9:16 24:2 | **technology** 21:6 23:17,19 39:4 | **transcription** 43:5 | **vehicles** 13:12 | **worry** 20:3,9 22:13 25:12 36:16 |
| **statistically** 9:20 27:14 40:4 | **telling** 13:7 | **TRANSCRIPTIONIST** 43:1 | **version** 12:25 37:16,19 42:19 | **worse** 16:21 |
| **steer** 37:20 | **tend** 19:7 | **transitions** 10:10 | **visual** 8:14,19 | **wrong** 8:9 9:3,5,8 18:14 19:1 |
| **steered** 33:1 | **term** 15:22,23 16:6 34:22 36:17 | **Transport** 28:10 | **volume** 28:4 | |
| **steering** 12:15,21 22:6,18 23:4 31:15 | **terms** 9:14 13:8 28:3 41:8,18,20 | **tricky** 33:11 | | **Y** |
| **stop** 23:18 | **Tesla** 9:14,22 19:25 21:3 23:21 25:1 26:11,12,17 29:4 38:25 39:6 41:8 | **truck** 11:23,24 22:15 | **W** | **Yahoo** 23:13,14 |
| **strange** 8:1 | | **true** 8:4 27:16 43:5 | **wait** 30:13 | **year** 10:21 21:1 39:23 |
| **stream** 30:11 | | **turn** 12:5,6,11 19:18 27:7,9,14,21 | **waiting** 28:7 30:12 37:11 | **years** 39:8,12,24 |
| **Street** 30:7 | **Tesla's** 19:5 | **turned** 12:7 | **Wall** 30:7 | |
| **stuff** 18:2 41:17 | **test** 15:2,3 29:2 | | **wanted** 21:25 | |
| **suite** 31:10,11,18 41:21 | **tested** 19:4 | **U** | **warning** 11:11 38:11 | |
| **super** 19:19 22:20 | **testing** 10:20 14:24,25 17:6 | **U.S.** 28:18 | **ways** 16:16 34:18,19 | |
| **switch** 11:6 23:3 28:22 | **THEREOF** 43:15 | **ultrasonic** 11:21 | **weatherproof** 34:5 | |
| **system** 8:7,8,17,24 11:11 12:23 18:23 21:22 24:14 25:3,5 26:4,8 33:17,18 34:10,24 | **thing** 15:2 29:24 33:11 39:25 | **ultrasonics** 31:3 33:19 34:25 | **week** 32:16,25 33:3 37:11,14 | |
| | **things** 21:12 30:9 39:5 41:24 | **understand** 27:7 | **weeks** 32:25 | |
| | **thinking** 11:10 24:8 26:1 | **understood** 42:3 | **wheel** 12:15,21 15:17,22 16:7 22:18 23:4 36:14 | |
| **systems** 31:18,19 33:13 | **thirds** 26:20 | **unit** 41:13,15 | **wheels** 16:8,9 | |
| | **thought** 33:14 | **unnatural** 12:17 | **Wi-Fi** 17:2 | |
| **T** | **time** 12:5 15:21 16:22 27:10,29:16 34:17,19 36:14 39:10,16 41:23 42:7 | **unnecessary** 32:11 | **willy** 25:25 | |
| **takes** 22:12 | | **unsafe** 13:25 | **windscreen** 33:22 | |
| **taking** 18:12 | | **update** 17:24 32:17 36:22 | **wiring** 33:13,23 | |
| **talk** 15:7,9 17:3 41:6 | **times** 8:17 28:4 | **updates** 30:9 | **wondering** 23:15 34:4 | |
| | **tired** 35:2 | **upload** 29:10 | | |
| **talking** 24:19 27:24 36:5 | **today** 20:24 36:6,8,16 37:1 41:4 | **uploaded** 30:10 | | |
| | | **uploading** 24:1 37:2,4 | | |