# Exhibit B

```
-------------------------------------------------




           *** AUDIO TRANSCRIPTION ***

 Tesla Conference 2016 - Q&A attachment 6 - June 1

              2016 Code-Audio 3

         Neima Benavides v. Tesla, Inc.

                    * * *


-------------------------------------------------
```

Transcribed

By:  Hillary Madete

Job No.: 127900

Q&A Attachment 6                                                                June 1, 2016

```
 1      MR. PATEL:  Hi, I'm Jeetu Patel from Box.
 2  Two-part question for you.  One is, if you
 3  think about fully autonomous vehicles which
 4  have passed through regulatory approvals, have
 5  passed through in-city driving and traffic
 6  conditions, how far do you think from a
 7  timeframe perspective we are for that, that
 8  becoming reality?
 9      And number two would be the second part
10  of that question is, how far before -- how
11  long before you think it's either illegal or
12  extremely prohibitively expensive for humans
13  to drive on the road?
14      MR. MUSK:  Well, I mean, I think, I mean
15  I really would consider autonomous driving to
16  be basically a solved problem.
17      MR. PATEL:  Even in cities like Beijing
18  and --
19      MR. MUSK:  Yeah, yeah.  Actually, it is.
20  The -- there's really only one area where
21  it's, like, a little dodgy, and that's
22  basically if you're at roughly the 30, 30 to
23  40 miles an hour in, in urban environments,
24  which is -- that's difficult to achieve in
25  Beijing.  It's, like, heavy traffic.
                                        Page 2
```

```
 1      MR. MUSK:  I think we're basically less
 2  than two years away from complete autonomy.
 3      SPEAKER A:  Wow.
 4      MR. PATEL:  Wow.
 5      MR. MUSK:  Wait.  Safer than a human.
 6  However, regulators will take, I think, at
 7  least another year, at least another year.
 8  And it's -- and it depends on which -- what
 9  part of the world you're in.  Because they all
10  want to see billions of miles of data to show
11  that it is statistically true that there is a
12  substantial improvement in safety if
13  something's autonomous versus not autonomous.
14      I don't think that regulators will accept
15  something that's close to -- that's, that's,
16  that's sort of approximately as good as a
17  person.  I think they'll have to be at least
18  twice as good as a person, maybe 5 or 10
19  times, you know, better in terms of safety.
20      And, and, and that will have to be --
21  have to be a statistically relevant data set.
22  So, like, billions of miles over widely
23  differing roads and, and situations.  So,
24  yeah.  You know, so I think it's, like,
25  probably three years before it's through from
                                        Page 4
```

```
 1      In, in, in, in dense traffic situations,
 2  autonomy is really easy because you can just
 3  maintain a set distance from various cars.
 4  It's actually quite, quite easy.  You're very
 5  unlikely to, to run anyone over because you're
 6  just not moving fast enough, and you can break
 7  in time.
 8      On highways, particularly highways that
 9  are -- that, that have barriers so that you,
10  you don't have pedestrians, that's also
11  relatively easy.  And, like, a Model S and
12  Model X, at this point, can drive autonomously
13  with greater safety than a person right now.
14      SPEAKER A:  This is the next question.
15      MR. PATEL:  Yeah.  My, my point is when
16  does it get to be where you don't need to be
17  sitting behind a vehicle and it actually --
18  the, the way that society starts expecting
19  this is I can have my 75-year-old mother, who
20  doesn't speak any English or doesn't drive, be
21  able to be transported from point A to point B
22  by just sitting in a car by herself and being
23  taken.  I know it's technically possible, but
24  how far do you think the regulatory approvals
25  are for that happening?
                                        Page 3
```

```
 1  a regulatory standpoint, but less than two
 2  before it is technically possible.
 3      MR. PATEL:  And do you think there's a
 4  day when it's illegal to drive for humans or,
 5  you know --
 6      MR. MUSK:  Well, I mean, we live in a
 7  democracy, so presumably that would be a
 8  function of the population deciding.  I mean,
 9  I'm -- I mean, I'm not in favor of banning
10  people from driving cars.  Like, I'm in favor
11  of freedom and, and not restricting what
12  people do.
13      Yeah.  But maybe the requirements for a
14  license will get more stringent.  I think that
15  seems like maybe a good move.  You know, so
16  you have to demonstrate a higher level of
17  skill to drive in order to be allowed to
18  manually drive.
19
20
21
22  (End of audio recording.)
23
24
25
                                        Page 5
```

Q&A Attachment 6                                          June 1, 2016

```
 1        CERTIFICATE OF TRANSCRIPTIONIST
 2
 3        I, HILLARY MADETE, do hereby certify:
 4
 5        That said audio transcription is a true
 6   record as reported by me, a disinterested
 7   person.
 8
 9        I further certify that I am not
10   interested in the outcome of said action, nor
11   connected with, nor related to any of the
12   parties in said action, nor to their
13   respective counsel.
14
15        IN WITNESS THEREOF, I have hereunto set
16   my hand this 4th day of July, 2025.
17
18
19        _____
          Hillary Madete
20
21
22
23
24
25
                                              Page 6
```

Q&A Attachment 6     June 1, 2016

| Q&A Attachment 6 | | | | June 1, 2016 |
|---|---|---|---|---|
| **1** | autonomous 2:3, 15 4:13 | differing 4:23 | hour 2:23 | |
| 1  1:5 | autonomously 3:12 | difficult 2:24 | human 4:5 | order 5:17 |
| 10  4:18 | autonomy 3:2 4:2 | disinterested 6:6 | humans 2:12 5:4 | outcome 6:10 |
| 127900  1:24 | **B** | distance 3:3 | **I** | **P** |
| **2** | banning 5:9 | dodgy 2:21 | illegal 2:11 5:4 | part 2:9 4:9 |
| 2016  1:5,6 | barriers 3:9 | drive 2:13 3:12,20 5:4,17,18 | improvement 4:12 | parties 6:12 |
| 2025  6:16 | basically 2:16,22 4:1 | driving 2:5,15 5:10 | in-city 2:5 | passed 2:4,5 |
| **3** | Beijing 2:17,25 | **E** | interested 6:10 | Patel 2:1,17 3:15 4:4 5:3 |
| 3  1:6 | Benavides 1:7 | easy 3:2,4,11 | **J** | pedestrians 3:10 |
| 30  2:22 | billions 4:10,22 | end 5:22 | Jeetu 2:1 | people 5:10,12 |
| **4** | Box 2:1 | English 3:20 | Job 1:24 | person 3:13 4:17, 18 6:7 |
| 40  2:23 | break 3:6 | environments 2:23 | July 6:16 | perspective 2:7 |
| 4th  6:16 | **C** | expecting 3:18 | June 1:5 | point 3:12,15,21 |
| **5** | car 3:22 | expensive 2:12 | **L** | population 5:8 |
| 5  4:18 | cars 3:3 5:10 | extremely 2:12 | level 5:16 | problem 2:16 |
| **6** | CERTIFICATE 6:1 | **F** | license 5:14 | prohibitively 2:12 |
| 6  1:5 | certify 6:3,9 | fast 3:6 | live 5:6 | **Q** |
| **7** | cities 2:17 | favor 5:9,10 | long 2:11 | Q&a 1:5 |
| 75-year-old  3:19 | close 4:15 | freedom 5:11 | **M** | question 2:2,10 3:14 |
| **A** | Code-audio 1:6 | fully 2:3 | Madete 1:23 6:3,19 | **R** |
| accept 4:14 | complete 4:2 | function 5:8 | maintain 3:3 | reality 2:8 |
| achieve 2:24 | conditions 2:6 | **G** | manually 5:18 | record 6:6 |
| action 6:10,12 | Conference 1:5 | good 4:16,18 5:15 | miles 2:23 4:10,22 | recording 5:22 |
| allowed 5:17 | connected 6:11 | greater 3:13 | Model 3:11,12 | regulators 4:6,14 |
| approvals 2:4 3:24 | counsel 6:13 | **H** | mother 3:19 | regulatory 2:4 3:24 5:1 |
| approximately 4:16 | **D** | hand 6:16 | move 5:15 | related 6:11 |
| area 2:20 | data 4:10,21 | happening 3:25 | moving 3:6 | relevant 4:21 |
| attachment 1:5 | day 5:4 6:16 | heavy 2:25 | MUSK 2:14,19 4:1, 5 5:6 | reported 6:6 |
| audio 1:4 5:22 6:5 | deciding 5:8 | hereunto 6:15 | **N** | requirements 5:13 |
| | democracy 5:7 | higher 5:16 | Neima 1:7 | respective 6:13 |
| | demonstrate 5:16 | highways 3:8 | number 2:9 | restricting 5:11 |
| | dense 3:1 | Hillary 1:23 6:3,19 | | |
| | depends 4:8 | | | |

Contact us: CA.Production@LexitasLegal.com | 855-777-7865     1

P-39-0004

| | | |
|---|---|---|
| road  2:13 | **TRANSCRIPTIONI** | |
| roads  4:23 | **ST**  6:1 | |
| roughly  2:22 | transported  3:21 | |
| run  3:5 | true  4:11 6:5 | |
| | Two-part  2:2 | |
| **S** | | |
| | **U** | |
| Safer  4:5 | | |
| safety  3:13 4:12,19 | urban  2:23 | |
| set  3:3 4:21 6:15 | | |
| show  4:10 | **V** | |
| sitting  3:17,22 | | |
| situations  3:1 4:23 | vehicle  3:17 | |
| skill  5:17 | vehicles  2:3 | |
| society  3:18 | versus  4:13 | |
| solved  2:16 | | |
| something's  4:13 | **W** | |
| sort  4:16 | | |
| speak  3:20 | Wait  4:5 | |
| SPEAKER  3:14 4:3 | widely  4:22 | |
| standpoint  5:1 | world  4:9 | |
| starts  3:18 | Wow  4:3,4 | |
| statistically  4:11, 21 | **Y** | |
| stringent  5:14 | year  4:7 | |
| substantial  4:12 | years  4:2,25 | |
| **T** | | |
| technically  3:23 5:2 | | |
| terms  4:19 | | |
| Tesla  1:5,7 | | |
| THEREOF  6:15 | | |
| time  3:7 | | |
| timeframe  2:7 | | |
| times  4:19 | | |
| traffic  2:5,25 3:1 | | |
| Transcribed  1:22 | | |
| transcription  1:4 6:5 | | |

Q&A Attachment 6                                                                June 1, 2016

Contact us: CA.Production@LexitasLegal.com | 855-777-7865