# Exhibit C

```
-------------------------------------------------------



             *** AUDIO TRANSCRIPTION ***

         Tesla Press Conference 9-11-2016

           Neima Benavides v. Tesla, Inc.

                      * * *


-------------------------------------------------------
```

Transcribed

By:  Joseph Mwangi

Job No.: 127900

Tesla Press Conference                                              September 11, 2016

```
 1      MR. MUSK:  -- I assume this one.  I
 2  assume everyone's received the blog piece that
 3  I wrote and, and I'll, I'll just give a basic
 4  overview.  I think -- I think the, the really
 5  exciting thing is that we're, we're making
 6  much more effective use of radar.
 7      And whereas previously, the radar system
 8  on the car was used as a supplementary system
 9  to, to the vision system, essentially because
10  we, we weren't confident that, that, that we
11  could resolve false, false, false positives
12  where the radar would think that it should
13  brake, but it -- but it shouldn't.
14      But, but after a lot of analysis and,
15  and, and getting some upgraded drivers from
16  our supplier for the radar to expose more of
17  the raw functionality, we now believe that we
18  can combine that with fleet learning and
19  almost entirely eliminate the false positives
20  -- the false braking events -- and enable the
21  car to initiate braking no matter what the
22  object is, as long as it's not large and
23  fluffy.
24      But any, any -- particularly anything
25  large or anything metallic or anything that's
                                          Page 2
```

```
 1  dense, the, the radar system on the car, we're
 2  confident will be able to detect that and
 3  initiate a braking event.  And it'll do this
 4  when autopilot is active and when it's not
 5  active.
 6      Now, if autopilot is not active --
 7  they're not activated -- it will operate in an
 8  emergency braking mode.  So in that case, it's
 9  more likely to mitigate the impact speed
10  because if, if, if autosteer is not on, it
11  doesn't know whether the driver is actually
12  going to turn out of the way of an obstacle or
13  not.  So it'll only brake at the very last
14  second.
15      If autosteer is turned on, the, the, the
16  car computer knows what its probable path is
17  and whether it's actually going to turn in
18  time or not.  And so it'll be a much more
19  comfortable braking experience as opposed to
20  sort of a last minute.
21      And in that case, we think most likely
22  we'll be able to brake to a complete stop
23  instead of simply mitigating the impact
24  velocity.  So we think probably works better
25  with autopilot on than, than, than off.
                                          Page 3
```

```
 1  (beeping sound)
 2      But it's really quite an -- it's quite an
 3  exciting thing.  I, I just sort of heard a
 4  strange beep.  Hopefully, that means nothing.
 5  And in fact, can I just confirm that people
 6  can hear what I'm saying?
 7      SPEAKER 1:  Yes.  We can hear you.
 8      MR. MUSK:  Okay.  Great.  So, so the
 9  exciting thing is that even if the vision
10  system doesn't recognize what, what the object
11  is, because it could be a very strange looking
12  vehicle, it could be a multi-car pileup, it
13  could be a truck crossing the road, it could
14  be -- it, it really could be anything -- an
15  alien spaceship, a, a pile of, of sort of
16  junk, metal, it doesn't matter, you know --
17  that fell off the back of a truck.
18      It actually does -- it does not matter
19  what the object is.  It just knows that
20  there's something quite -- there's something
21  dense that is going to hit and it should not
22  hit that.  It doesn't need to know what that
23  thing is.  Whereas a vision system really
24  needs to know what the thing is.
25      So that, that, I think, will, will be
                                          Page 4
```

```
 1  really a dramatic improvement in the safety
 2  of, of the vehicle and, and done entirely via
 3  software.  So no additional sensors are
 4  needed.
 5      It's a lot of software and quite a
 6  complicated job to, to fit that software onto
 7  the available computer hardware on the
 8  vehicle.  Really very challenging software
 9  problem, but one that we are confident that we
10  can -- we can solve and, and something that
11  really quite uniquely Tesla is able to solve
12  because of the fact that we can use fleet
13  learning to have the fleet actually -- all,
14  all the Tesla cars out there effectively give
15  us the geocoded, geocoded locations of where
16  false alarms occur and what that object shape
17  is that causes a false alarm.
18      So that we know that if you're at a -- at
19  a particular position on a particular street
20  or highway, that if you see a radar object of
21  the following shape, don't worry, it's just a
22  road sign or a bridge or it could be, you
23  know, a Christmas decoration that somebody put
24  across the street.
25      As soon as a few cars pass that point, it
                                          Page 5
```

Tesla Press Conference                                September 11, 2016

```
 1  will be geocoded into the system via fleet
 2  learning system, which is now being
 3  generalized to create basically a list of
 4  exceptions.  This is -- this applies to radar
 5  as well as to things like the width of the --
 6  of a road so you know where the lines should
 7  be, you know where -- which line to -- which
 8  road marking to pay attention to.
 9       You know when the road markings may
10  disappear and you need to go on GPS navigation
11  for a few seconds and you know when to listen
12  to the -- to the ultrasonics.  So it's, it's
13  sort of -- we're essentially generalizing the
14  -- what was sort of a simpler geocoded kind of
15  blacklist of things to ignore to a more
16  generalized list of, of exceptions based on a
17  particular geocoded location with, with radar,
18  radar only braking being one of the
19  applications.
20       So I mean that's very exciting because it
21  means that all of the cars that have been
22  built to date that have radar, which is
23  everything over the past two years will
24  receive this, this upgrade just via -- over
25  the software.
                                         Page 6
```

```
 1  even if there's, there's something where --
 2  that was obscured directly both in vision and
 3  radar, we can use the bounce effect of the
 4  radar to look -- to look in front of that car
 5  and still brake.  So it takes it even to, to
 6  another level of, of safety.
 7       Now, I do want to emphasize this does not
 8  mean perfect safety.  This is -- this is by no
 9  means -- perfect safety is, is, is really an
10  impossible goal.  It's, it's really about
11  improving the probability of safety.  That's
12  the only thing that's really ever possible.
13       As we approach the law of large numbers -
14  - as the law of large numbers becomes more and
15  more applicable and, and we have, you know, I
16  think with 160,000 cars or something like
17  that, you know, we'll soon have 200,000 cars.
18  Eventually we'll have millions of cars doing
19  billions of miles per year.
20       And so that even if something is a one in
21  a billion chance, you know, there, there won't
22  be -- there won't ever be zero fatalities,
23  there won't ever be zero injuries.  You know,
24  there's, there's -- the world is a very big
25  place and there's a huge number of people and
                                         Page 8
```

```
 1       And it's, it's really, I think going to
 2  be, you know, far beyond what, what people
 3  expect because the -- being radar, it, it can
 4  see through rain, fog, snow, dust and it can
 5  trace that quite easily.
 6       And so, so even if there was something
 7  that if you're driving down the road and the
 8  visibility was, was very low and, and there
 9  was like a big multi-car pile-up or something
10  like that ahead view, you can't see it, but
11  the radar would and it would initiate braking,
12  then in time to avoid your car being added to
13  the multi-car pile-up.
14       In fact, going to an additional level of
15  sophistication, we're, we're confident we can
16  use the radar to look beyond the car in front
17  of you by bouncing the radar signal off the
18  road and, and around the car.  And, and being
19  able to, to process that echo by using the
20  unique signature of the -- of each radar pulse
21  as well as the time of flight of the photon to
22  determine that what we're seeing is in fact an
23  echo in front of the car that's, that's in
24  front of you.
25       So even if, if that car would -- even,
                                         Page 7
```

```
 1  a huge number of circumstances.
 2       So it's really just about minimizing the
 3  probability of injury, minimizing the
 4  probability of death, not sort of the, the
 5  illusion of perfect safety.  But I, I do -- I
 6  am highly confident that this will be quite a
 7  -- quite a substantial improvement by using
 8  radar, radar only braking with fleet learning.
 9       So I think this is really quite, quite a
10  -- quite a massive enhancement.  You know,
11  obviously, I wish we could have done it
12  earlier but the perfect is the enemy of the
13  good.  I mean, so you just can't, you know,
14  come fully formed into some ideal solution.
15  It's, it's not possible to do that if -- for
16  anything.
17       But, but yeah, I mean, it's, it's -- it
18  is important to note that people -- if some of
19  people die, die every year by, by getting
20  twisted up in their bed sheets, literally.
21  People in some other field die every year by,
22  by vending machines falling on them.  There
23  are -- there are these unusual situations that
24  people die in.  But I don't think anyone is
25  saying, well, there should be no bed sheets or
                                         Page 9
```

```
 1   there should be no vending machines.              1   it is the opposite.
 2       It's just that you have these, these,         2       Autopilot accidents are far more likely
 3   these rare events, occasionally tragic but if,    3   for, for expert users.  It's, it's not -- it's
 4   if we were to eliminate all of them, we would     4   not the neophytes, it's the experts.  They get
 5   be essentially limited to sitting at home on a    5   -- they get very comfortable with it and
 6   pillow as the only thing you're allowed to do.    6   repeatedly ignore the, the, the car's
 7       So, yeah, I'm very excited about this.        7   warnings.  And effectively, it comes like,
 8   There's also a number of other improvements to    8   like a reflex action where the car will beep
 9   autopilot I think will also enhance safety.       9   at them, they'll tug the wheel, beep at them,
10   We've increased the automatic braking ramp       10   they'll tug the wheel and it just -- it's,
11   rate and reduced latency by a factor of five.    11   it's -- and it becomes an unconscious reflex
12   This is as far -- I mean it was already better   12   action.
13   than human with the -- it's better than human    13       So, so we'll see half a dozen or more
14   to existing latency.  Now it's, it's three,      14   sometimes, sometimes as, as much as, you know,
15   five times better.                                15   as 10 warnings in, in space of an hour that
16       We're controlling now for, for two cars      16   are just, just continuously ignored by the --
17   ahead using radar, radar echo and improving      17   by the, the driver.  And so we really want to
18   the cut in and cut out response.  This is very   18   avoid that situation.
19   helpful where if the car in front of you         19       Yeah.  So I think -- I think that there
20   suddenly swerves out of the way of an            20   are many, many other improvements that both
21   obstacle, but if we're only tracking the car     21   improve not just the safety but the, the, the
22   in front of you, we don't see the, the           22   comfort and feel of autopilot.  And we want it
23   obstacle.  Now we do.                            23   -- we want it to be measured and, and
24       And, and there's a lot of -- a lot of        24   considered in the change that we make, not
25   little things like if the car in your lane       25   just have kind of a reaction.
                                         Page 10                                              Page 12

 1   that you're overtaking is still partially in     1       We want to make sure, does the data
 2   your lane, just a slight, slight amount, the,    2   support this change?  Is it the -- is it the
 3   the current system could, could scrape that      3   right thing for the, the occupants of the
 4   car with, with 8.0.  It should not.              4   vehicle?  What truly maximizes safety?  What a
 5       The interface loads are more prominent.      5   red herring.
 6   We've got better lane detection by downloading   6       So we, we really focus on things that
 7   the geocoded expected lane widths.  And just     7   matter and, and not just what people think
 8   there's just a large number of, of important     8   matter.  This, this really needs to be
 9   improvements.                                     9   something that's driven by real-world data.
10       Something that's actually, I think quite    10   And, and that's what I think we've achieved
11   significant is that if, if the user ignores     11   here in 8.0.
12   repeated warnings to, to keep hands on the      12       We're also going through a, a very
13   wheel, if, if, if it ignores the, the, the      13   extensive testing process.  We always go
14   audible alarm more than three times in an       14   through extensive testing process, I should
15   hour, then, then the driver will have to park,  15   point out.  I mean, the reason we use the word
16   park the car and restart it in order to enable  16   beta was autopilot is just to, to reduce
17   autosteer.                                       17   people's comfort level with turning it on.
18       Because one of the sort of ironies that     18       It's not really beta.  It's just that if
19   we've seen, it's sort of it's, it's             19   you -- if something is described very clearly
20   counterintuitive.  And I think a lot -- a lot   20   as beta, you're, you're less likely to be
21   of people in some of the -- some of the people  21   complacent if you turn it on than if it is not
22   on the -- on the consumer sort of watchdog      22   described as beta.
23   side and in some cases on the regulatory side   23       So it is really with, with the intent of
24   have assumed that the autopilot accidents are   24   diminishing people's complacency that we call
25   more likely for, for, for new users.  In fact,  25   it beta, not because it is -- nonetheless, for
                                         Page 11                                              Page 13
```

Tesla Press Conference                                       September 11, 2016

```
 1  8.0, we've ramped it up to an even greater
 2  level of testing.
 3       And we're gradually expanding to our
 4  customers in our early access program, which
 5  is a sort of a -- roughly 1,000 customers
 6  around the world that work with us closely
 7  provide feedback on the nuances of a system
 8  and where it's working, where it's not, what
 9  feels right, what doesn't feel right.
10       And so we're, we're actually doing three
11  early access releases.  We might do a fourth
12  before rolling it out to all customers.  But
13  I, I think it's likely to -- it's feeling like
14  it's -- like it's almost there.  So I think
15  we're maybe one to two weeks away from rolling
16  it out to all of our customers.  With, with
17  that, let's jump into questions.
18       SPEAKER 1:  Thank you.  Our first
19  question is from Tim Stephens from Roadshow.
20  Tim, your line is now open.
21       MR. STEPHENS:  Hi, Elon.  You, you
22  mentioned the radar working well with science
23  and things like that but mentioned perhaps
24  something big and fluffy might be a challenge.
25  Can, can you give me an idea of what that
                                          Page 14
```

```
 1  means for something like moose or deer or
 2  horses?
 3       MR. MUSK:  Oh, yeah, that's a good
 4  question.  Actually, it should work for -- it
 5  should work for something like a moose but it
 6  -- because just it's -- like a moose is quite,
 7  quite a big mass, but it, it may not work for,
 8  say a small deer.  You know, like if, if -- a
 9  small deer, it probably would not trigger the
10  -- trigger braking, but a moose I think -- I
11  think would.  I'm not 100 percent of that, but
12  I think -- I think it would trigger on a
13  moose.
14       Yeah, we have -- we have a lot of
15  customers in Canada and other places where
16  there are -- there are sort of moose-sized
17  creatures.  So I think we'll, we'll get, get a
18  good information on that.
19       And, and obviously, you definitely want
20  to -- you definitely want to brake for a moose
21  because they're, they're very big and can, you
22  know, cause a lot of harm.  So I, I think it
23  will.  If not, I think we can -- I'm confident
24  we can tune it to, to do so.
25       SPEAKER 1:  Thank you.  Our next question
                                          Page 15
```

```
 1  is from Chris Woodyard from USA Today.  Your
 2  line is now open.
 3       MR. WOODYARD:  Yes, Elon, can you tell me
 4  how, how big a magnitude of improvement this
 5  will be?
 6       MR. MUSK:  I would imagine that the, the
 7  8.0 set of improvements, radar inclusive of,
 8  of the others probably cuts the accident rates
 9  in more than in half, but that's my guess.
10  So, I mean, I think it would make the Model S
11  by far the -- Model S and the X by, by -- I
12  mean by far the safest car on the road.  Not
13  even close -- I don't think it would be a car
14  that is even within a multiple of the S and
15  the X.
16       So I, I think it really will be quite --
17  I think it may -- it may be better than, than,
18  than (indiscernible) reduction.  And, and, and
19  it's important to note that this will improve
20  over time due to fleet learning.  So we would
21  expect a steady improvement over time.  Yeah.
22       SPEAKER 1:  Thank you.  Our next question
23  is from Jordan Golson from the Verge.  Your
24  microphone is now open.
25       MR. GOLSON:  Thanks a lot.  Can you talk
                                          Page 16
```

```
 1  a little bit more about what the differences
 2  will be between driving under autopilot and
 3  not as far as the emergency braking goes and,
 4  and when the car knows an accident is imminent
 5  and it's about to take over?
 6       Because automatic emergency braking has
 7  been around for, for a little while now.  But
 8  I noticed in the blog --
 9       MR. MUSK:  Yeah.
10       MR. GOLSON:  -- post it talks about, you
11  know, the autosteer will kick in and try and
12  help out and things like that.  So sort of,
13  you know, when will the car take over if it
14  knows something's going to happen if autosteer
15  is not on?
16       MR. MUSK:  Yeah, the, the full answer is,
17  is sort of complex and nuanced and I think
18  maybe difficult to incorporate into an
19  article, but I'll, I'll do my best here.
20       So the, the -- essentially, like if
21  autosteer is not on, like let's say you're
22  going around a sharp bend and there's a bunch
23  of, you know, there's a metal guard railing
24  or, or, or roadside or post or some obstacle,
25  there's, there's a sharp bend.
                                          Page 17
```

Contact us: CA.Production@LexitasLegal.com | 855-777-7865 Pages 14 to 17

P-42-0005

**Page 18**

```
 1        If, if autosteer is not on, it, it can --
 2   the logical thing to do is to only actuate at
 3   the, the brakes at the last split second
 4   because it, it really can't help if you're
 5   actually going to take the curve or whether
 6   you're distracted.
 7        And the assumption would be, normally,
 8   would be that the driver would, would actually
 9   take the curb and not just plow forward into
10   whatever the object is, you know, outside of
11   the sharp turn.
12        Now, it's, it's quite different than
13   with, with autosteer on, because autosteer
14   then knows what its predicted path is.  So it
15   knows that it's going to turn and it knows
16   that it, it shouldn't break just because an
17   obstacle in front of you on a sharp turn, you
18   know -- the obstacle off the road on a sharp
19   turn.
20        So, and what -- and what it can actually
21   do is scan ahead and see if there's an
22   obstacle on the road in, in its predicted path
23   and that -- in that case has much more time to
24   brake and can actually more likely come to --
25   come to a full stop.
```

**Page 19**

```
 1        If, let's say there's a car that's broken
 2   down or a truck that's broken down, or there's
 3   something, some, some object on the road, it,
 4   it can brake in a much more measured way and
 5   it's much more likely to be able to reach a
 6   full stop before -- and, and avoid hitting the
 7   object.
 8        So it's, it's really going to make a lot
 9   more sense in enabled autosteer than that's
10   not enabled autosteer.  Does that answer your
11   question?
12        I, I should mention there's also one
13   other element which is we want to be, you
14   know, very careful about this.  But even when
15   autosteer is not actually turned on, if the
16   car is highly confident that you're going to -
17   - that, that you're veering off the road and
18   are encountering -- and, and will encounter a
19   free space violation, in other words, you're
20   veering off road and you're going to hit
21   something unless you turn.
22        We, we will -- we, we will turn on the
23   ability gradually to, to nudge the car, at
24   least -- at least mostly back onto the road so
25   at least you're not completely going off the
```

**Page 20**

```
 1   road.  I mean, this will be a, a function that
 2   somebody can turn on or off.
 3        Do you want essentially autosteer where,
 4   where in, in that -- or emergency autosteer.
 5   In that scenario, it, it wouldn't try to keep
 6   you sort of centered within your lane lines,
 7   but it would simply try to keep you from
 8   veering off the road.
 9        SPEAKER 1:  Thank you.  Our next question
10   is from Alex Roy from Time Incorporated The
11   Drive.  Your line is now open.
12        MR. ROY:  Hello, Elon, how are you?
13        MR. MUSK:  (indiscernible)
14        MR. ROY:  Obvious question I have to ask.
15   Would the improvements in autopilot 8 have
16   mitigated or saved say, Josh Brown's life?
17        MR. MUSK:  We believe it would have.
18        MR. ROY:  And so the truck would have
19   been seen by the radar only and braking would
20   have been engaged?
21        MR. MUSK:  These, these things cannot be
22   said with absolute certainty, but we believe
23   it is very likely that yes, it would have.
24   And the reason is that it would -- it would
25   see -- it would see a large metal object
```

**Page 21**

```
 1   across the road.
 2        And knowing that there is no road sign,
 3   there's no overhead road sign in that
 4   position, this would -- this would therefore
 5   not be a whitelisted situation and impact
 6   probability would be assessed as high, and so
 7   it would brake.
 8        SPEAKER 1:  Thank you.  Our next question
 9   is from Daniel Sparks from the Motley Fool.
10   Your line is now open.
11        MR. SPARKS:  Hi.  Thanks for taking my
12   question.  Initially, when you guys launched
13   autopilot, you had mentioned that fleet
14   learning happens in real time.  And I was just
15   wondering to get an update on this, if that's
16   still the case and if this is specifically the
17   case with radar?
18        MR. MUSK:  Yes, yes.  It's happening in
19   real time.
20        MR. SPARKS:  And then --
21        MR. MUSK:  And, and, and the degree to
22   which we're able to -- the, the, the
23   intelligence of the fleet learning and when we
24   know when we should pay attention to
25   something, when we shouldn't, what constitutes
```

Page 22

 1  a sufficiently significant number of events to
 2  register it as, as something requiring
 3  actuation and what degree of actuation, these
 4  things are all refined over time.
 5       So it's, it's both the data and the way
 6  that that data is then used by the car.  And
 7  what, what algorithmically do we do with the
 8  data?  Those things are, are both improving
 9  rapidly over time.
10       They, they act like -- they have a
11  multiplying effect.  So it's sort of like the
12  data multiplied by the quality of the
13  algorithms.  And so both -- so the data is
14  increasing rapidly, the quality algorithms
15  increase rapidly.
16       So it ends up being the kind of the, you
17  know, the area under the curve of, of those
18  two things, which means it's really quite
19  dramatic over time.
20       SPEAKER 1:  Thank you.  Our next question
21  is from Michael Ballaban from Jalopnik.  Your
22  mic is now open.
23       MR. BALLABAN:  Hey, Elon.  Thanks for
24  taking this question.  Yesterday, you tweeted
25  that it had been an unusually difficult couple

Page 23

 1  of weeks to autopilot.  Was that just a
 2  reference to the SpaceX Launchpad Fire, or was
 3  there something else going on?
 4       MR. MUSK:  It's, it's just been, you
 5  know, a lot.  You know, we're still getting a
 6  lot of flak for the whole solar city thing,
 7  which I think, you know, I think is
 8  unreasonable.  And, you know, there's, there's
 9  a lot of effort to solving autopilot.  There's
10  a lot of effort on the Model 3 development
11  and, and getting the factory bringing out the
12  sort of -- the factory to Model 3 and yeah,
13  and then the rocket exploding.
14       SPEAKER 1:  Thank you.  Our next question
15  is from Will Oremus --
16       MR. MUSK:  (indiscernible) one of the
17  worst weeks ever really.
18       SPEAKER 1:  Our next question is from
19  Will Oremus from Slate.  Your mic is now open.
20       MR. OREMUS:  Hey, thanks very much.
21  Elon, this is a question I wanted to ask you
22  for a little while.  You mentioned in some of
23  the blog posts after Josh Brown's death that,
24  that the data showed that --
25       MR. MUSK:  The, the whole data set is, is

Page 24

 1  much more nuanced than, than fatalities.
 2  Although, it should be said we're now at
 3  roughly 200 million miles on autopilot, you
 4  know, with only one confirmed fatality on
 5  autopilot.
 6       So that compares with, you know, one
 7  fatality every 89 million miles in the US and,
 8  and, and roughly one fatality every, I
 9  believe, every roughly 60 to 70 million miles
10  in the rest of the world.  And the numbers I'm
11  quoting are whole world.  So perhaps it should
12  be sort of compared to, to whole world.
13       So we're relative to, to whole world
14  fatalities per mile, it would appear that
15  there's roughly a one at this point, it's
16  roughly three times the number of miles.
17       But as you point out, this is
18  (indiscernible).  With, with each passing day,
19  there are more miles accumulated.  We are now
20  adding roughly, I think one and a half million
21  miles per day on autopilot.  And that number
22  is increasing as the fleet, as the Tesla fleet
23  increases and as people or more people learn
24  how to use it and, and employ autopilot.
25       So, there's a greater percentage of miles

Page 25

 1  driven and more cars on the road.  So there's
 2  more and more data coming all the time.  The,
 3  the thing that we really think is quite
 4  powerful is the fact that it tends to reduce
 5  the impact velocity.
 6       And that's, I mean, I think that's --
 7  there may still be an impact, but if it
 8  decreases the impact velocity from something
 9  that would have been fatal or, or created
10  serious injury to something where you walk
11  away from the car, I think that's enormously
12  helpful.  And that's -- that is really a, a
13  very significant difference.
14       But just, just looking at the fatalities,
15  you know, it's at least sort of two and a half
16  to three times more miles per fatality.  And,
17  and that number is just growing every, every
18  day and, and, and the system is getting
19  better.
20       So that -- I think it's really quite
21  unequivocal that, that, that autopilot
22  improves safety.  Yeah, I think there should
23  be -- and, and with, with this update improves
24  it really even more.  I, I would estimate that
25  it's with, with fleet learning with, with the

Tesla Press Conference                                    September 11, 2016

```
 1  improved software.                            1  sufficient.  But now, you know, you say that
 2      I think we will end up probably three     2  you've improved the false positive rate to the
 3  times safer than a car that isn't on          3  point where you can rely on radar.
 4  autopilot.  That's my guess.  So it's just    4      So I'm just curious what the -- what,
 5  really, it's not -- it's not minor.           5  what that false positive rate was before and,
 6      SPEAKER 1:  Thank you.  Our next question 6  and how low you've managed to get it.
 7  is from Jonathan Gitlin from Ars Technica.    7      MR. MUSK:  Oh, it, it would have been
 8  Your line is now open.                        8  really -- I don't actually have the numbers
 9      MR. GITLIN:  Thanks.  Hi, Elon.  So when  9  offhand, but it would -- it would -- there,
10  I last got a chance to ask you a question    10  there was really no way we could have used
11  about autopilot and sensors which was in 2015,11 radar only braking without employing --
12  you -- to the load were fine.  So the question12 without the -- without improving the point
13  I'd like to know -- rate with radar then     13  cloud, the, the data associated with that
14  what's the false positive rate now?          14  point, with each point in that point cloud and
15      And maybe if you don't want to address   15  very importantly, the, the fleet learning to
16  whether or not this would have happened with 16  eliminate aggressive braking for overhead road
17  and without Mobileye, does this mean we might17  signs, bridges and, and sort of, you know,
18  see LiDAR added to testers in the future?    18  any, any sort of metal thing that -- or large
19      MR. MUSK:  And so you, you, you blacked  19  dense thing that's, that's kind of in front of
20  out a few times there when during your       20  the car but actually is not dangerous because
21  question.  I can answer the last one, which is21 the road is going to -- is, is on -- the road
22  we do not -- we, we, we do not anticipate    22  is going to -- the, the road pitch will
23  using LiDAR.                                 23  change.
24      I mean just sort of LiDAR is -- LiDAR    24      The -- it, it would have been probably
25  essentially active, active photon generator in25 you would have seen false braking events
                    Page 26                                         Page 28

 1  the visible spectrum.  Radar is active photon 1  several times a year, which would be
 2  generation in the kind of essentially the, the2  incredibly annoying, uncomfortable and
 3  radio spectrum.  And -- but LiDAR is, is not -3  dangerous.
 4  - does not -- does not penetrate occlusion, so4      Now we think we could probably get that
 5  it does not -- it does not penetrate rain,   5  down to, I don't know, like most people would
 6  fog, dust and snow, whereas a radar does.    6  never experience one for the entire ownership
 7      And radar also bounces, but LiDAR        7  of their car, that it would be more than --
 8  doesn't, doesn't bounce very well.  So you   8  more than five years.  Something like that.
 9  can't do the look, look in front of -- look, 9      SPEAKER 1:  Thank you.  Our next question
10  look in front of the car in front of you.  So10 is from David Shepardson from Reuters.  Your
11  I think the obvious thing is to use -- is to 11  line is now open.
12  use the radar and, and, and not to use LiDAR.12      MR. SHEPARDSON:  Yes, thank you.  Can you
13  Yeah.                                        13  hear me?  You mentioned some of the changes
14      But what was the first part of your     14  you're making in terms of preventing, you
15  question?  That blacked out, unfortunately.  15  know, or require people to put their hands
16      MR. GITLIN:  So I was curious what the  16  back in the steering wheel.
17  false positive rate was last -- in, in 2015  17      Can you tell us how it's changing in
18  when radar wasn't sufficient and what the    18  terms of how many seconds you'll, you'll be
19  false positive rate is down to now.          19  allowed of the new system to keep your hands
20      MR. MUSK:  Which false positive rate are 20  off the wheel versus the current one?  And
21  you talking -- you mean if we were to just use21 will this satisfy NHTSA or do you think you'll
22  radar?                                       22  have to do this upgrade as part of a formal
23      MR. GITLIN:  Well, yeah, well, so, I    23  recall?
24  mean, evidently it wasn't good enough last   24      MR. MUSK:  Well, I mean the, the word
25  year when, when optical sensors alone were   25  recall doesn't make sense in this context
                    Page 27                                         Page 29
```

Tesla Press Conference                                September 11, 2016

```
 1  since it's an over the air update.  You know,
 2  recall is for companies that require plug --
 3  where the car requires plugging, saying back
 4  to you if they can plug something into the,
 5  the car.
 6      So it's sort of a not a term that really
 7  makes sense in this situation.  We have gone
 8  over most of these changes with NHTSA and I
 9  don't want to speak for them but they appear
10  to be pretty happy with the changes.  They --
11  the reaction is quite positive, but I don't
12  want to speak for them.  That's really up to
13  them to make a decision.
14      SPEAKER 1:  Thank you.  Our next question
15  is from Harrison Weber from VentureBeat.  Your
16  line is now open.
17      MR. WEBER:  Hi Elon, I just have a
18  question regarding the, you know, the camera
19  and image processing system.  Could you
20  articulate basically what's in use now versus
21  what, you know, was in use before this update?
22      MR. MUSK:  Well, we were using just the,
23  the, the radar and the camera would have to
24  agree.  In fact, really without -- unless,
25  unless the camera system recognized the
                                          Page 30
```

```
 1  breaking up.  It's a bit hard to hear you.
 2      MS. BURGESS:  -- the radar echo works.
 3  So can you hear me now?
 4      MR. MUSK:  You're breaking up a little
 5  bit.  I can, yes.
 6      MS. BURGESS:  So apologies.  When will it
 7  be coming to Europe is my first question.
 8      MR. MUSK:  Yeah, it, it would be deployed
 9  worldwide I think in the next one to two
10  weeks.
11      MS. BURGESS:  Great.  Thank you.  And
12  also, how consistently does the radar echo
13  work?  You mentioned the blog post that it
14  sort of sends a signal under a vehicle in
15  front.  What if, let's say the vehicle was
16  very low?
17      MR. MUSK:  I mean it would have to be
18  very, very low.  The, the, the radar -- the
19  radar transmitter receiver is, is located on
20  the lower grille in the center of the car.  So
21  it's really, maybe -- I'm just guessing here -
22  - a foot above the ground.
23      And so, I mean, even if there was a, you
24  know, maybe a six-inch clearance or something
25  or less of the car in front, it would -- it
                                          Page 32
```

```
 1  object, object and, and then radar would cross
 2  check, then it, it would not initiate a
 3  braking event.
 4      So that's sort of quite tricky because
 5  there are things that the camera system
 6  doesn't recognize or where the -- where it's
 7  too ambiguous for a visual standpoint to, to
 8  initiate a braking event.  It's like if you've
 9  got a light object against light sky or you're
10  driving into the sun --
11      A lot of these things are -- these are
12  hard for people to see.  They're not just hard
13  for image recognition system to see.  It's
14  hard if you're a person.  So -- but, but the
15  radar would not care if it was staring at the
16  sun or what the contrast ratio is of the
17  object relative to the background.
18      So yeah, the, the radar only braking I
19  think is really going to be quite powerful.
20  It will be superhuman.
21      SPEAKER 1:  Thank you.  Our next question
22  is from Rachel Burgess from Autocar.  Your
23  line is now open.
24      MS. BURGESS:  (indiscernible)
25      MR. MUSK:  So you're, you're, you're
                                          Page 31
```

```
 1  should still be able to see the echo.  And it
 2  will -- it will also try to bounce, bounce it
 3  around the car through the glass house of the
 4  car.
 5      It's really going to be listening for
 6  anything that's an echo where that echo still
 7  has the original signature.  Like each, each
 8  pulse has a little signature in it.  So even
 9  if it's faint, we still know it's that
10  signature -- that, that pulse, because it's
11  got a little -- a little signature, sort of
12  like music has digital rights management or
13  like a little thing.
14      And now it's tell you it's that pulse,
15  not a prior pulse.  And then we know the
16  photon time of flight.  And so that's how
17  we're able to, even with the faint echo, see
18  something beyond the car in front of you.
19      SPEAKER 1:  Thank you.  Our next question
20  is from Frederick Lambert from Electrek.  Your
21  line is now open.
22      MR. LAMBERT:  Hi, thanks for taking my
23  call.  You talked about it a little about what
24  was needed for Tesla to, to make the, the
25  improvement.  You said you had upgraded
                                          Page 33
```

Tesla Press Conference                                        September 11, 2016

**Page 34**

```
 1  drivers from -- for the radar and you, you
 2  said Tesla needed to find the processing power
 3  within the, the current capacity of the Model
 4  S and X.
 5       I was wondering if you can elaborate on
 6  that because I think it's pretty much reaching
 7  its limit right now in terms of processing
 8  power.  So in terms of the --
 9       MR. MUSK:  (indiscernible)
10       MR. LAMBERT:  -- of the sensor and the
11  processing power inside --
12       MR. MUSK:  -- the problem.
13       MR. LAMBERT:  Yeah.  So I was wondering
14  if you can elaborate on that.  Are we reaching
15  the limit with, with this upgrade or?
16       MR. MUSK:  I, I think with, with this
17  upgrade, in terms of a -- of a macro of, of
18  major improvements, yes, we are reaching the
19  limit.  But it is important to emphasize that
20  the fleet learning will continue and the
21  intelligence of how that fleet learning is
22  applied to the car will continue to improve.
23       So although we're reaching the limit of
24  the hardware, I think we're still quite far
25  from reaching limit of the algorithmic
```

**Page 35**

```
 1  intelligence on the car.  And, and of course,
 2  anything that's done on our servers, we're not
 3  compute constrained or space constrained in
 4  any way.
 5       So I would imagine that, in fact, I would
 6  -- I'm quite certain that it will continue to
 7  improve quite a lot just because the software
 8  and the data will improve quite a lot -- quite
 9  a lot -- an enormous amount.  So it will
10  continue to improve for years to come, even
11  with the existing hardware.
12       SPEAKER 2:  And we're just going to be
13  taking a few more questions in the queue, so
14  please raise your hand if you have a final
15  question.
16       SPEAKER 1:  Our next question is from Joe
17  White from Reuters.  Your line is now open.
18       MR. WHITE:  Can you hear me on this?  Hi,
19  can you hear me on this?
20       MR. MUSK:  I can, yes.
21       MR. WHITE:  Good, thanks.  I'm sorry, I
22  got to retrace steps on a question and, and
23  see if I can clarify this with you.
24       MR. MUSK:  Sure.
25       MR. WHITE:  So if I'm in a Model X, how
```

**Page 36**

```
 1  many seconds or minutes may I take my hand off
 2  the wheel and how many times an hour may I do
 3  that?  I mean, how long are you now going to
 4  let me take my hands off the wheel versus the
 5  prior, you know, the previous generation of
 6  the system?
 7       MR. MUSK:  Well, it actually depends on
 8  how fast you're going.  So if you're going in
 9  very slow stop and go traffic we're talking
10  about, let's say you're, I believe the
11  threshold is about eight miles an hour.  You
12  can actually take your hands off the steering
13  wheel for an indefinite period of time.
14       I mean, this is just -- it's just going
15  sort of, you know, this is where you've got
16  your -- you're stopping and, you know, at
17  times when you're basically walking speed on
18  average on the freeway, then there's, there's
19  no limit on that because I don't think that
20  there should be.
21       That -- by the way, that limit
22  corresponds also to the limit for the
23  regulatory limit for automatic parallel
24  parking, sort of 12 kilometers an hour,
25  roughly 8 miles an hour.  Then -- so this is -
```

**Page 37**

```
 1  - this is a complicated answer.  It's not --
 2  it's not some simple, oh, it's, you know, two
 3  minutes or something like that.
 4       There's then the -- if, if you're below
 5  45 miles an hour, in theory, the longest you
 6  could go is, is about five minutes.  But
 7  actually, there are hands on wheel
 8  requirements as soon as the car has -- detects
 9  lateral acceleration above, above a certain
10  threshold.  So it's like the -- you, you have
11  to be on a very straight road below 45 miles
12  an hour to, to last five minutes.
13       And then if you're above 45 miles an hour
14  -- and this is -- so this is a complicated
15  answer, so I'm not sure how you put this in an
16  article.  The -- it's, it's one minute if you
17  are not -- if you don't have a car -- a car to
18  follow, and it's three minutes if you do have
19  a car to follow because the, the accuracy is
20  greater if you have a car to follow than if
21  you don't.
22       And yeah, but I think that the thing that
23  will probably be most effective is the limit,
24  you know, for, for expert users which is where
25  we tend to see the -- actually the biggest
```

Tesla Press Conference                                           September 11, 2016

```
 1  issue.  It's not against -- not with the new
 2  users.  The new users of autopilot are
 3  incredibly tentative.  Like, they're, they're
 4  -- they, they pay attention very closely.
 5  They're -- even intermediate users.  The same
 6  thing.
 7       It's the -- it's actually the people who
 8  know it best ironically where this -- where,
 9  where we see some of the biggest challenges.
10  And so the limitation of, of only three
11  audible warnings per hour, which is really,
12  that's a fair number of warnings.
13       But we see people just engage in reflex
14  action where they'll get an audible warning
15  every three minutes and they'll just tug the
16  steering wheel but not actually pay attention
17  to the road.
18       That I think will be most effective in
19  addressing the, the learned response, the, the
20  sort of -- the, the instinctive I want the --
21  I want the beep to go away response with a
22  type of (indiscernible).  It will only allow
23  people to do that three times in an hour and
24  therefore the learned behavior should be --
25  should be better.
                                          Page 38
```

```
 1  autopilot.  But then it becomes useless and,
 2  and painful to use or by the (indiscernible)
 3  token you can loosen all those limits and then
 4  you have more access.
 5       So it's a very difficult thing to both
 6  improve the safety and improve the utility of
 7  the system, which I think we have achieved.
 8       SPEAKER 1:  Thank you.  Our next question
 9  is from Andrew Corey from the Los Angeles
10  Times.  Your line is now open.
11       MR. COREY:  Hi, thanks for taking my
12  question.  So companies -- other companies
13  like Ford and Volvo say they want to skip over
14  the Level 3 automation where the driver and
15  robot share the duties to completely
16  autonomous cars.  The idea being that, you
17  know, people that know they need to pay
18  attention but a lot won't.  Can you share your
19  views on, on that subject?
20       MR. MUSK:  Yeah, I mean, I feel quite
21  strongly that as soon as you have data that
22  says that autonomy improves safety, even
23  hypothetically, even if it only made it one
24  percent safer or two percent safer, I mean,
25  there's 1.2 million people are dying
                                          Page 40
```

```
 1       It's also we're going to provide a visual
 2  indicator where the perimeter of the
 3  instrument panel lights up with an increasing
 4  pulse rate before giving you the audible
 5  warning.  So that the visual warning allows
 6  you to -- it's just a reminder to pay
 7  attention to the road before you get the
 8  audible warning.
 9       And I, I beta test -- a true beta test,
10  alpha test really the software personally.
11  So, you know, I believe strongly in, in sort
12  of eating from the fruit bowl myself and
13  making sure it's good before anyone else uses
14  it.  So I mean I use an, an alpha basis just
15  to confirm it's good.
16       And I, I found that -- I, I really feel
17  like we've struck a great balance between
18  improving the safety.  It's not even a
19  balance.  I think were -- it's, it's both
20  going to improve the safety and improve the
21  usefulness and comfort level of the system.
22       And that's a very difficult thing -- it's
23  very difficult to bug.  So obviously, you
24  could hand string the whole system and, and
25  therefore reduce any actions that on
                                          Page 39
```

```
 1  automotive accidents a year.  One percent is
 2  12,000 lives saved.
 3       And I, I would not -- I, I, I think it
 4  would be at least from my standpoint, I would
 5  not -- I think it would be morally wrong to
 6  withhold functionality that improves safety
 7  simply in order to avoid criticism or for fear
 8  of being embroiled in lawsuit.
 9       SPEAKER 1:  We have one last question.
10  It's a follow up from Jordan Golson from the
11  Verge.  Your line is now open.
12       MR. GOLSON:  Thank you.  I just got two
13  quick things.  One is, I think previously the
14  camera was primary and then the radar backed
15  that up.  Right?  And now the radar is
16  primary.
17       MR. MUSK:  Correct.
18       MR. GOLSON:  What role is --
19       MR. MUSK:  Both --
20       MR. GOLSON:  -- the camera playing --
21       MR. MUSK:  Yeah, it's really just going
22  from camera primary supplemented by radar to
23  still using camera supplemented by radar.  But
24  in addition, taking -- having radar become a
25  primary sensor so it's no longer a supporting
                                          Page 41
```

Tesla Press Conference                                                September 11, 2016

**Page 42**

1  that, it is also a star.
2      MR. GOLSON:  Okay.  So they're sort of
3  side by side now.  But it's not like the --
4      MR. MUSK:  Yeah.
5      MR. GOLSON:  Camera's being ignored.
6  It's, it's -- they're both still --
7      MR. MUSK:  No, it's both.
8      MR. GOLSON:  -- done together?
9      MR. MUSK:  Yeah, yeah.
10     MR. GOLSON:  Got it.  And then one last
11 question is how long has this sort of radar
12 primary thing been in development?  Is that
13 something you've done in the past couple
14 months since the -- since the fatal accident,
15 or is this -- has this been the, the primary
16 thing all along?
17     It's, it's something, you know, it's
18 something that I've wanted to do for a while.
19 Probably -- well, really for, for -- since
20 late last year.  But, but I was always told
21 that, no, it's not possible, you can't do it.
22 It's not going to work.  Nobody else has made
23 it work.  Software is too hard, the sensor is
24 not good enough.
25     And I really pushed hard on questioning

**Page 43**

1  all those assumptions last, you know, last
2  three or four months.  It's at least got to be
3  a way to make this thing work.  And, and, and
4  now we believe that there is.  I'm confident
5  that there is.
6      It's a very hard problem.  No one else
7  has solved this and, and no one could without
8  having all their cars connected and fleet
9  learning.  It's not -- it's simply not
10 possible.
11     SPEAKER 2:  And it's 11:59, so you guys
12 can go ahead and post your stories as soon as
13 noon hits.  And I think that is -- that's all
14 the questions we're taking today.  Elon, do
15 you have any last statements?
16     MR. MUSK:  Thanks, everyone, for being on
17 the call.  And, you know, I, I really -- I
18 think this is really going to make, make a
19 difference.  But I mean, I do want to
20 emphasize that it's, it's not going from, from
21 bad to good.
22     I think things actually are already --
23 they're already good.  They're already better
24 than, than if there wasn't autopilot.  This is
25 very important to appreciate.  This is not

**Page 44**

1  going from bad to good.  It's going from good
2  to I think, great.
3      And, and, and my personal guess is that
4  ultimately this will probably be a threefold
5  improvement in safety.  That's approximately
6  where it would asymptote with the current
7  hardware system, which, which I think is a
8  wonderful thing and, and, and not a lot of
9  time.
10     I mean, when I say a long time, I mean
11 for me that's like I think we'll be there next
12 year kind of thing.  Not, not far.  And, and
13 the great thing is it doesn't require any
14 additional hardware.  It's just software over
15 the air update doesn't even require somebody
16 to bring their car into service.  Just the car
17 can be in 10 buck 2 and we would be able to
18 update it.
19     So I think this is really good solution.
20 And yeah, yeah, I think it's perhaps something
21 that other car makers would, would think about
22 using as well, you know, the -- pursuing a
23 similar path because I think it's going to be
24 very good for all.
25     All right.  Thanks, everyone.  Appreciate

**Page 45**

1  you being online.
2
3  (End of audio recording.)

```
 1       CERTIFICATE OF TRANSCRIPTIONIST
 2
 3       I, JOSEPH MWANGI, do hereby certify:
 4
 5       That said audio transcription is a true
 6   record as reported by me, a disinterested
 7   person.
 8
 9       I further certify that I am not
10   interested in the outcome of said action, nor
11   connected with, nor related to any of the
12   parties in said action, nor to their
13   respective counsel.
14
15       IN WITNESS THEREOF, I have hereunto set
16   my hand this 6th day of July, 2025.
17
18
19       _____
         Joseph Mwangi
20
21
22
23
24
25
                                          Page 46
```

Tesla Press Conference                                                                                                                September 11, 2016

|   1    |   A    | allowed 10:6 29:19 | avoid 7:12 12:18 19:6 | 16,25 31:3,8,18 |
|---|---|---|---|---|
| **1**  4:7 14:18 15:25 16:22 20:9 21:8 22:20 23:14,18 26:6 29:9 30:14 31:21 33:19 35:16 40:8 | **ability** 19:23 | **alpha** 39:10,14 |  | **break** 18:16 |
| **1,000** 14:5 | **absolute** 20:22 | **ambiguous** 31:7 | **B** | **breaking** 32:1,4 |
| **1.2** 40:25 | **acceleration** 37:9 | **amount** 11:2 35:9 | **back** 4:17 19:24 29:16 30:3 | **bridge** 5:22 |
| **10** 12:15 | **access** 14:4,11 40:4 | **Andrew** 40:9 | **background** 31:17 | **bridges** 28:17 |
| **100** 15:11 | **accident** 16:8 17:4 | **Angeles** 40:9 | **balance** 39:17,19 | **bringing** 23:11 |
| **12** 36:24 | **accidents** 11:24 12:2 | **annoying** 29:2 | **Ballaban** 22:21,23 | **broken** 19:1,2 |
| **160,000** 8:16 | **accumulated** 24:19 | **anticipate** 26:22 | **based** 6:16 | **Brown's** 20:16 23:23 |
|  | **accuracy** 37:19 | **apologies** 32:6 | **basically** 6:3 30:20 36:17 | **bug** 39:23 |
| **2** | **achieved** 13:10 40:7 | **applicable** 8:15 | **basis** 39:14 | **built** 6:22 |
| **2** 35:12 | **act** 22:10 | **applications** 6:19 | **bed** 9:20,25 | **bunch** 17:22 |
| **200** 24:3 | **action** 12:8,12 38:14 | **applied** 34:22 | **beep** 4:4 12:8,9 38:21 | **Burgess** 31:22,24 32:2,6,11 |
| **200,000** 8:17 | **actions** 39:25 | **applies** 6:4 | **beeping** 4:1 |  |
| **2015** 26:11 27:17 | **active** 26:25 27:1 | **approach** 8:13 | **behavior** 38:24 | **C** |
|  | **actuate** 18:2 | **area** 22:17 | **bend** 17:22,25 | **call** 13:24 33:23 |
| **3** | **actuation** 22:3 | **Ars** 26:7 | **beta** 13:16,18,20, 22,25 39:9 | **camera** 30:18,23, 25 31:5 |
| **3** 23:10,12 40:14 | **added** 7:12 26:18 | **article** 17:19 37:16 | **big** 7:9 8:24 14:24 15:7,21 16:4 | **Canada** 15:15 |
|  | **adding** 24:20 | **articulate** 30:20 | **biggest** 37:25 38:9 | **capacity** 34:3 |
| **4** | **additional** 5:3 7:14 | **assessed** 21:6 | **billion** 8:21 | **car** 7:12,16,18,23, 25 8:4 10:19,21,25 11:4,16 12:8 16:12, 13 17:4,13 19:1,16, 23 22:6 25:11 26:3 27:10 28:20 29:7 30:3,5 32:20,25 33:3,4,18 34:22 35:1 37:8,17,19,20 |
| **45** 37:5,11,13 | **address** 26:15 | **assumed** 11:24 | **billions** 8:19 |
|  | **addressing** 38:19 | **assumption** 18:7 | **bit** 17:1 32:1,5 |
| **6** | **aggressive** 28:16 | **attention** 6:8 21:24 38:4,16 39:7 40:18 | **blacked** 26:19 27:15 |
| **60** 24:9 | **agree** 30:24 | **audible** 11:14 38:11,14 39:4,8 | **blacklist** 6:15 |
|  | **ahead** 7:10 10:17 18:21 | **Autocar** 31:22 | **blog** 17:8 23:23 32:13 | **car's** 12:6 |
| **7** | **air** 30:1 | **automatic** 10:10 17:6 36:23 | **bounce** 8:3 27:8 33:2 | **care** 31:15 |
| **70** 24:9 | **alarm** 5:17 11:14 | **automation** 40:14 | **bounces** 27:7 | **careful** 19:14 |
|  | **alarms** 5:16 | **autonomous** 40:16 | **bouncing** 7:17 | **cars** 5:14,25 6:21 8:16,17,18 10:16 25:1 40:16 |
| **8** | **Alex** 20:10 | **autonomy** 40:22 | **bowl** 39:12 |
| **8** 20:15 36:25 | **algorithmic** 34:25 | **autopilot** 10:9 11:24 12:2,22 13:16 17:2 20:15 21:13 23:1,9 24:3,5,21,24 25:21 26:4,11 38:2 40:1 | **brake** 8:5 15:20 18:24 19:4 21:7 | **case** 18:23 21:16, 17 |
| **8.0** 11:4 13:11 14:1 16:7 | **algorithmically** 22:7 |  | **brakes** 18:3 | **cases** 11:23 |
| **89** 24:7 | **algorithms** 22:13, 14 |  | **braking** 6:18 7:11 9:8 10:10 15:10 17:3,6 20:19 28:11, | **center** 32:20 |
|  | **alien** 4:15 | **autosteer** 11:17 17:11,14,21 18:1,13 19:9,10,15 20:3,4 |  | **centered** 20:6 |
|  |  | **average** 36:18 |  | **certainty** 20:22 |
|  |  |  |  | **challenge** 14:24 |

Tesla Press Conference                                                                                                                    September 11, 2016

| | | | | |
|---|---|---|---|---|
| challenges 38:9 | constrained 35:3 | decision 30:13 | early 14:4,11 | 10:5 17:20 20:3 26:25 27:2 |
| challenging 5:8 | consumer 11:22 | decoration 5:23 | easily 7:5 | estimate 25:24 |
| chance 8:21 26:10 | context 29:25 | decreases 25:8 | eating 39:12 | Europe 32:7 |
| change 12:24 13:2 28:23 | continue 34:20,22 35:6,10 | deer 15:1,8,9 | echo 7:19,23 10:17 32:2,12 33:1,6,17 | event 31:3,8 |
| changing 29:17 | continuously 12:16 | degree 21:21 22:3 | effect 8:3 22:11 | events 10:3 22:1 28:25 |
| check 31:2 | contrast 31:16 | dense 4:21 28:19 | effective 37:23 38:18 | Eventually 8:18 |
| Chris 16:1 | controlling 10:16 | depends 36:7 | effectively 5:14 12:7 | evidently 27:24 |
| Christmas 5:23 | Corey 40:9,11 | deployed 32:8 | effort 23:9,10 | exceptions 6:4,16 |
| circumstances 9:1 | corresponds 36:22 | detection 11:6 | elaborate 34:5,14 | excited 10:7 |
| city 23:6 | counterintuitive 11:20 | detects 37:8 | Electrek 33:20 | exciting 4:3,9 6:20 |
| clarify 35:23 | couple 22:25 | determine 7:22 | element 19:13 | existing 10:14 35:11 |
| clearance 32:24 | create 6:3 | development 23:10 | eliminate 10:4 28:16 | expanding 14:3 |
| close 16:13 | created 25:9 | die 9:19,21,24 | Elon 14:21 16:3 20:12 22:23 23:21 26:9 30:17 | expect 7:3 16:21 |
| closely 14:6 38:4 | creatures 15:17 | difference 25:13 | | expected 11:7 |
| cloud 28:13,14 | cross 31:1 | differences 17:1 | emergency 17:3,6 20:4 | experience 29:6 |
| comfort 12:22 13:17 39:21 | crossing 4:13 | difficult 17:18 22:25 39:22,23 40:5 | emphasize 8:7 34:19 | expert 12:3 37:24 experts 12:4 |
| comfortable 12:5 | curb 18:9 | digital 33:12 | employ 24:24 | exploding 23:13 |
| companies 30:2 40:12 | curious 27:16 28:4 | diminishing 13:24 | employing 28:11 | extensive 13:13,14 |
| compared 24:12 | current 11:3 29:20 34:3 | directly 8:2 | enable 11:16 | |
| compares 24:6 | curve 18:5 22:17 | disappear 6:10 | enabled 19:9,10 | **F** |
| complacency 13:24 | customers 14:4,5, 12,16 15:15 | distracted 18:6 | encounter 19:18 | fact 4:5 5:12 7:14, 22 11:25 25:4 30:24 35:5 |
| complacent 13:21 | cut 10:18 | downloading 11:6 | encountering 19:18 | factor 10:11 |
| completely 19:25 40:15 | cuts 16:8 | dozen 12:13 | end 26:2 | factory 23:11,12 |
| complex 17:17 | | dramatic 5:1 22:19 | ends 22:16 | faint 33:9,17 |
| complicated 5:6 37:1,14 | **D** | Drive 20:11 | enemy 9:12 | fair 38:12 |
| compute 35:3 | dangerous 28:20 29:3 | driven 13:9 25:1 | engage 38:13 | falling 9:22 |
| computer 5:7 | Daniel 21:9 | driver 11:15 12:17 18:8 40:14 | engaged 20:20 | false 5:16,17 26:14 27:17,19,20 28:2,5, 25 |
| confident 5:9 7:15 9:6 15:23 19:16 | data 13:1,9 22:5,6, 8,12,13 23:24,25 25:2 28:13 35:8 40:21 | drivers 34:1 | enhance 10:9 | fast 36:8 |
| confirm 4:5 39:15 | | driving 7:7 17:2 31:10 | enhancement 9:10 | fatal 25:9 |
| confirmed 24:4 | date 6:22 | due 16:20 | enormous 35:9 | fatalities 8:22 24:1, 14 25:14 |
| considered 12:24 | David 29:10 | dust 7:4 27:6 | enormously 25:11 | |
| consistently 32:12 | day 24:18,21 25:18 | duties 40:15 | entire 29:6 | fatality 24:4,7,8 25:16 |
| constitutes 21:25 | death 9:4 23:23 | dying 40:25 | essentially 6:13 | |
| | | **E** | | |
| | | earlier 9:12 | | |

Tesla Press Conference

September 11, 2016

| | | | | |
|---|---|---|---|---|
| **feedback** 14:7 | **function** 20:1 | **hands** 11:12 29:15, 19 36:4,12 37:7 | **imagine** 16:6 35:5 | **injury** 9:3 25:10 |
| **feel** 12:22 14:9 39:16 40:20 | **future** 26:18 | **happen** 17:14 | **imminent** 17:4 | **inside** 34:11 |
| **feeling** 14:13 | **G** | **happened** 26:16 | **impact** 21:5 25:5,7,8 | **instinctive** 38:20 |
| **feels** 14:9 | | **happening** 21:18 | **important** 9:18 11:8 16:19 34:19 | **instrument** 39:3 |
| **fell** 4:17 | **generalized** 6:3,16 | **happy** 30:10 | **importantly** 28:15 | **intelligence** 21:23 34:21 35:1 |
| **field** 9:21 | **generalizing** 6:13 | **hard** 31:12,14 32:1 | **impossible** 8:10 | **intent** 13:23 |
| **final** 35:14 | **generation** 27:2 36:3 | **hardware** 5:7 34:24 35:11 | **improve** 12:21 16:19 34:22 35:7,8, 10 39:20 40:6 | **interface** 11:5 |
| **find** 34:2 | **generator** 26:25 | **harm** 15:22 | | **intermediate** 38:5 |
| **fine** 26:12 | **geocoded** 5:15 6:1,14,17 11:7 | **Harrison** 30:15 | **improved** 26:1 28:2 | **ironically** 38:8 |
| **Fire** 23:2 | | **hear** 4:6,7 29:13 32:1,3 35:18,19 | | **ironies** 11:18 |
| **fit** 5:6 | **Gitlin** 26:7,9 27:16, 23 | | **improvement** 5:1 9:7 16:4,21 33:25 | **issue** 38:1 |
| **flak** 23:6 | | **heard** 4:3 | | |
| **fleet** 5:12,13 6:1 9:8 16:20 21:13,23 24:22 25:25 28:15 34:20,21 | **give** 5:14 14:25 | **helpful** 10:19 25:12 | **improvements** 10:8 11:9 12:20 16:7 20:15 34:18 | **J** |
| | **giving** 39:4 | **herring** 13:5 | | **Jalopnik** 22:21 |
| | **glass** 33:3 | **Hey** 22:23 23:20 | **improves** 25:22,23 40:22 | **job** 5:6 |
| **flight** 7:21 33:16 | **goal** 8:10 | **high** 21:6 | | **Joe** 35:16 |
| **fluffy** 14:24 | **Golson** 16:23,25 17:10 | **highly** 9:6 19:16 | **improving** 8:11 10:17 22:8 28:12 39:18 | **Jonathan** 26:7 |
| **focus** 13:6 | | **highway** 5:20 | | **Jordan** 16:23 |
| **fog** 7:4 27:6 | **good** 9:13 15:3,18 27:24 35:21 39:13, 15 | **hit** 4:21,22 19:20 | **inclusive** 16:7 | **Josh** 20:16 23:23 |
| **follow** 37:18,19,20 | | **hitting** 19:6 | **incorporate** 17:18 | **jump** 14:17 |
| **Fool** 21:9 | **GPS** 6:10 | **home** 10:5 | **Incorporated** 20:10 | **junk** 4:16 |
| **foot** 32:22 | **gradually** 14:3 19:23 | **horses** 15:2 | | |
| **Ford** 40:13 | | **hour** 11:15 12:15 36:2,11,24,25 37:5, 12,13 38:11,23 | **increase** 22:15 | **K** |
| **formal** 29:22 | **great** 4:8 32:11 39:17 | | **increased** 10:10 | **kick** 17:11 |
| **formed** 9:14 | | | **increases** 24:23 | **kilometers** 36:24 |
| **forward** 18:9 | **greater** 14:1 24:25 37:20 | **house** 33:3 | **increasing** 22:14 24:22 39:3 | **kind** 6:14 12:25 22:16 27:2 28:19 |
| **found** 39:16 | **grille** 32:20 | **huge** 8:25 9:1 | | |
| **fourth** 14:11 | **ground** 32:22 | **human** 10:13 | **incredibly** 29:2 38:3 | **knowing** 21:2 |
| **Frederick** 33:20 | **growing** 25:17 | **hypothetically** 40:23 | **indefinite** 36:13 | |
| **free** 19:19 | **guard** 17:23 | | **indicator** 39:2 | **L** |
| **freeway** 36:18 | **guess** 16:9 26:4 | **I** | **indiscernible** 16:18 20:13 23:16 24:18 31:24 34:9 38:22 40:2 | **Lambert** 33:20,22 34:10,13 |
| **front** 7:16,23,24 8:4 10:19,22 18:17 27:9,10 28:19 32:15,25 33:18 | **guessing** 32:21 | **idea** 10:25 40:16 | | |
| | **guys** 21:12 | **ideal** 9:14 | | **lane** 10:25 11:2,6,7 20:6 |
| | **H** | **ignore** 6:15 12:6 | **information** 15:18 | **large** 8:13,14 11:8 20:25 28:18 |
| **fruit** 39:12 | | **ignores** 11:11,13 | **Initially** 21:12 | |
| **full** 17:16 18:25 19:6 | **half** 12:13 16:9 24:20 25:15 | **illusion** 9:5 | **initiate** 7:11 31:2,8 | **latency** 10:11,14 |
| | **hand** 35:14 36:1 39:24 | **image** 30:19 31:13 | **injuries** 8:23 | **lateral** 37:9 |
| **fully** 9:14 | | | | **launched** 21:12 |

Tesla Press Conference                                                                                   September 11, 2016

| | | | | |
|---|---|---|---|---|
| **Launchpad** 23:2 | **lower** 32:20 | 40:25 | **nudge** 19:23 | **parking** 36:24 |
| **law** 8:13,14 | **M** | **millions** 8:18 | **number** 8:25 9:1 10:8 11:8 22:1 24:16,21 25:17 38:12 | **part** 27:14 29:22 |
| **learn** 24:23 | | **minimizing** 9:2,3 | | **partially** 11:1 |
| **learned** 38:19,24 | **machines** 9:22 10:1 | **minor** 26:5 | | **pass** 5:25 |
| **learning** 5:13 6:2 9:8 16:20 21:14,23 25:25 28:15 34:20, 21 | **macro** 34:17 | **minute** 37:16 | **numbers** 8:13,14 24:10 28:8 | **passing** 24:18 |
| | **made** 40:23 | **minutes** 36:1 37:3, 6,12,18 38:15 | | **past** 6:23 |
| | **magnitude** 16:4 | | **O** | **path** 18:14,22 |
| **level** 7:14 8:6 13:17 14:2 39:21 40:14 | **major** 34:18 | **mitigated** 20:16 | **object** 4:10,19 5:16,20 18:10 19:3, 7 20:25 31:1,9,17 | **pay** 6:8 21:24 38:4, 16 39:6 40:17 |
| | | **Mobileye** 26:17 | | |
| **Lidar** 26:18,23,24 27:3,7,12 | **make** 12:24 13:1 16:10 19:8 29:25 30:13 33:24 | **Model** 16:10,11 23:10,12 34:3 35:25 | **obscured** 8:2 | **penetrate** 27:4,5 |
| | | **moose** 15:1,5,6,10, 13,20 | | **people** 4:5 7:2 8:25 9:18,19,21,24 11:21 13:7 24:23 29:5,15 31:12 38:7,13,23 40:17,25 |
| **life** 20:16 | **makes** 30:7 | | **obstacle** 10:21,23 17:24 18:17,18,22 | |
| **light** 31:9 | **making** 29:14 39:13 | **moose-sized** 15:16 | **obvious** 20:14 27:11 | |
| **lights** 39:3 | | **Motley** 21:9 | | **people's** 13:17,24 |
| **limit** 34:7,15,19,23, 25 36:19,21,22,23 37:23 | **managed** 28:6 | **multi-car** 4:12 7:9, 13 | **occasionally** 10:3 | **percent** 15:11 40:24 |
| | **management** 33:12 | | **occlusion** 27:4 | |
| | **marking** 6:8 | **multiple** 16:14 | **occupants** 13:3 | **percentage** 24:25 |
| **limitation** 38:10 | **markings** 6:9 | **multiplied** 22:12 | **occur** 5:16 | **perfect** 8:8,9 9:5,12 |
| **limited** 10:5 | **mass** 15:7 | **multiplying** 22:11 | **offhand** 28:9 | **perimeter** 39:2 |
| **limits** 40:3 | **massive** 9:10 | **music** 33:12 | **open** 14:20 16:2,24 20:11 21:10 22:22 23:19 26:8 29:11 30:16 31:23 33:21 35:17 40:10 | **period** 36:13 |
| **lines** 6:6 20:6 | **matter** 4:16,18 13:7,8 | **MUSK** 4:8 15:3 16:6 17:9,16 20:13, 17,21 21:18,21 23:4,16,25 26:19 27:20 28:7 29:24 30:22 31:25 32:4,8, 17 34:9,12,16 35:20,24 36:7 40:20 | | **person** 31:14 |
| **list** 6:3,16 | | | | **personally** 39:10 |
| **listen** 6:11 | **maximizes** 13:4 | | | **photon** 7:21 26:25 27:1 33:16 |
| **listening** 33:5 | **means** 4:4 6:21 8:9 15:1 22:18 | | **opposite** 12:1 | |
| **literally** 9:20 | | | **optical** 27:25 | **pile** 4:15 |
| **load** 26:12 | **measured** 12:23 19:4 | | **order** 11:16 | **pile-up** 7:9,13 |
| **loads** 11:5 | | | **Oremus** 23:15,19, 20 | **pileup** 4:12 |
| **located** 32:19 | **mention** 19:12 | | | **pillow** 10:6 |
| **location** 6:17 | **mentioned** 14:22, 23 21:13 23:22 29:13 32:13 | **N** | **original** 33:7 | **pitch** 28:22 |
| **locations** 5:15 | | **navigation** 6:10 | **overhead** 21:3 28:16 | **place** 8:25 |
| **logical** 18:2 | | **needed** 5:4 33:24 34:2 | | **places** 15:15 |
| **long** 36:3 | **metal** 4:16 17:23 20:25 28:18 | | **overtaking** 11:1 | **plow** 18:9 |
| **longest** 37:5 | | **neophytes** 12:4 | **ownership** 29:6 | **plug** 30:2,4 |
| **loosen** 40:3 | **mic** 22:22 23:19 | **NHTSA** 29:21 30:8 | **P** | **plugging** 30:3 |
| **Los** 40:9 | **Michael** 22:21 | **nonetheless** 13:25 | | **point** 5:25 13:15 24:15,17 28:3,12,14 |
| **lot** 5:5 10:24 11:20 15:14,22 16:25 19:8 23:5,6,9,10 31:11 35:7,8,9 40:18 | **microphone** 16:24 | **note** 9:18 16:19 | **painful** 40:2 | |
| | **mile** 24:14 | **noticed** 17:8 | **panel** 39:3 | **position** 5:19 21:4 |
| | **miles** 8:19 24:3,7,9, 16,19,21,25 25:16 36:11,25 37:5,11,13 | **nuanced** 17:17 24:1 | **parallel** 36:23 | **positive** 26:14 27:17,19,20 28:2,5 30:11 |
| **low** 7:8 28:6 32:16, 18 | | **nuances** 14:7 | **park** 11:15,16 | |
| | **million** 24:3,7,9,20 | | | |

Tesla Press Conference

September 11, 2016

| | | | | |
|---|---|---|---|---|
| **post** 17:10,24 32:13 | **radar** 5:20 6:4,17, 18,22 7:3,11,16,17, 20 8:3,4 9:8 10:17 14:22 16:7 20:19 21:17 26:13 27:1,6, 7,12,18,22 28:3,11 30:23 31:1,15,18 32:2,12,18,19 34:1 | **refined** 22:4 | **safest** 16:12 | 21:5 30:7 |
| **posts** 23:23 | | **reflex** 12:8,11 38:13 | **safety** 5:1 8:6,8,9, 11 9:5 10:9 12:21 13:4 25:22 39:18,20 40:6,22 | **situations** 9:23 |
| **power** 34:2,8,11 | | **register** 22:2 | | **six-inch** 32:24 |
| **powerful** 25:4 31:19 | | **regulatory** 11:23 36:23 | **satisfy** 29:21 | **skip** 40:13 |
| **predicted** 18:14,22 | **radio** 27:3 | **relative** 24:13 31:17 | **saved** 20:16 | **sky** 31:9 |
| **pretty** 30:10 34:6 | **rafting** 17:23 | **releases** 14:11 | **scan** 18:21 | **Slate** 23:19 |
| **preventing** 29:14 | **rain** 7:4 27:5 | **rely** 28:3 | **scenario** 20:5 | **slight** 11:2 |
| **previous** 36:5 | **raise** 35:14 | **reminder** 39:6 | **science** 14:22 | **slow** 36:9 |
| **prior** 33:15 36:5 | **ramp** 10:10 | **repeated** 11:12 | **scrape** 11:3 | **small** 15:8,9 |
| **probability** 8:11 9:3,4 21:6 | **ramped** 14:1 | **repeatedly** 12:6 | **seconds** 6:11 29:18 36:1 | **snow** 7:4 27:6 |
| **problem** 5:9 34:12 | **rapidly** 22:9,14,15 | **require** 29:15 30:2 | **sends** 32:14 | **software** 5:3,5,6,8 6:25 26:1 35:7 39:10 |
| **process** 7:19 13:13,14 | **rare** 10:3 | **requirements** 37:8 | **sense** 19:9 29:25 30:7 | **solar** 23:6 |
| **processing** 30:19 34:2,7,11 | **rate** 10:11 26:13,14 27:17,19,20 28:2,5 39:4 | **requires** 30:3 | **sensor** 34:10 | **solution** 9:14 |
| **program** 14:4 | **rates** 16:8 | **requiring** 22:2 | **sensors** 5:3 26:11 27:25 | **solve** 5:10,11 |
| **prominent** 11:5 | **ratio** 31:16 | **response** 10:18 38:19,21 | **servers** 35:2 | **solving** 23:9 |
| **provide** 14:7 39:1 | **reach** 19:5 | **rest** 24:10 | **set** 16:7 23:25 | **something's** 17:14 |
| **pulse** 7:20 33:8,10, 14,15 39:4 | **reaching** 34:6,14, 18,23,25 | **restart** 11:16 | **shape** 5:16,21 | **sophistication** 7:15 |
| **put** 5:23 29:15 37:15 | **reaction** 12:25 30:11 | **retrace** 35:22 | **share** 40:15,18 | **sort** 4:3,15 6:13,14 9:4 11:18,19,22 14:5 15:16 17:12,17 20:6 22:11 23:12 24:12 25:15 26:24 28:17,18 30:6 31:4 32:14 33:11 36:15, 24 38:20 39:11 |
| | **real** 21:14,19 | **Reuters** 29:10 35:17 | **sharp** 17:22,25 18:11,17,18 | |
| **Q** | **real-world** 13:9 | **rights** 33:12 | **sheets** 9:20,25 | |
| **quality** 22:12,14 | **reason** 13:15 20:24 | **road** 4:13 5:22 6:6, 8,9 7:7,18 16:12 18:18,22 19:3,17, 20,24 20:1,8 21:1,2, 3 25:1 28:16,21,22 37:11 38:17 39:7 | **Shepardson** 29:10,12 | |
| **question** 14:19 15:4,25 16:22 19:11 20:9,14 21:8,12 22:20,24 23:14,18, 21 26:6,10,12,21 27:15 29:9 30:14,18 31:21 32:7 33:19 35:15,16,22 40:8,12 | **recall** 29:23,25 30:2 | | **showed** 23:24 | **sound** 4:1 |
| | **receive** 6:24 | | **side** 11:23 | **space** 12:15 19:19 35:3 |
| | **receiver** 32:19 | | **sign** 5:22 21:2,3 | **spaceship** 4:15 |
| | **recognition** 31:13 | **Roadshow** 14:19 | **signal** 7:17 32:14 | **Spacex** 23:2 |
| | **recognize** 4:10 31:6 | **roadside** 17:24 | **signature** 7:20 33:7,8,10,11 | **Sparks** 21:9,11,20 |
| | | **robot** 40:15 | **significant** 11:11 22:1 25:13 | **speak** 30:9,12 |
| **questions** 14:17 35:13 | **recognized** 30:25 | **rocket** 23:13 | **signs** 28:17 | **SPEAKER** 4:7 14:18 15:25 16:22 20:9 21:8 22:20 23:14,18 26:6 29:9 30:14 31:21 33:19 35:12,16 40:8 |
| **queue** 35:13 | **red** 13:5 | **rolling** 14:12,15 | | |
| **quoting** 24:11 | **reduce** 13:16 25:4 39:25 | **roughly** 14:5 24:3, 8,9,15,16,20 36:25 | **simple** 37:2 | |
| | | **Roy** 20:10,12,14,18 | **simpler** 6:14 | |
| **R** | **reduced** 10:11 | | **simply** 20:7 | **specifically** 21:16 |
| **Rachel** 31:22 | **reduction** 16:18 | **S** | **sitting** 10:5 | **spectrum** 27:1,3 |
| | **reference** 23:2 | **safer** 26:3 40:24 | **situation** 12:18 | |

Tesla Press Conference                                                                                                             September 11, 2016

| | | | | |
|---|---|---|---|---|
| **speed** 36:17 | **talking** 27:21 36:9 | **trigger** 15:9,10,12 | **V** | **wondering** 21:15 34:5,13 |
| **split** 18:3 | **talks** 17:10 | **truck** 4:13,17 19:2 20:18 | | **Woodyard** 16:1,3 |
| **standpoint** 31:7 | **Technica** 26:7 | **true** 39:9 | **veering** 19:17,20 20:8 | **word** 13:15 29:24 |
| **staring** 31:15 | **tend** 37:25 | **tug** 12:9,10 38:15 | **vehicle** 4:12 5:2,8 13:4 32:14,15 | **words** 19:19 |
| **steady** 16:21 | **tentative** 38:3 | **tune** 15:24 | **velocity** 25:5,8 | **work** 14:6 15:4,5,7 32:13 |
| **steering** 29:16 36:12 38:16 | **term** 30:6 | **turn** 13:21 18:11, 15,17,19 19:21,22 20:2 | **vending** 9:22 10:1 | **working** 14:8,22 |
| **Stephens** 14:19,21 34:7,10,17 | **terms** 29:14,18 | **turned** 19:15 | **Venturebeat** 30:15 | **works** 32:2 |
| **steps** 35:22 | **Tesla** 5:11,14 24:22 33:24 34:2 | **turning** 13:17 | **Verge** 16:23 | **world** 8:24 14:6 24:10,11,12,13 |
| **stop** 18:25 19:6 36:9 | **test** 39:9,10 | **tweeted** 22:24 | **versus** 29:20 30:20 36:4 | **worldwide** 32:9 |
| **stopping** 36:16 | **testers** 26:18 | **twisted** 9:20 | **view** 7:10 | **worry** 5:21 |
| **straight** 37:11 | **testing** 13:13,14 14:2 | **type** 38:22 | **views** 40:19 | **worst** 23:17 |
| **strange** 4:4,11 | **theory** 37:5 | | **violation** 19:19 | |
| **street** 5:19,24 | **thing** 4:3,9,23,24 8:12 10:6 13:3 18:2 23:6 25:3 27:11 28:18,19 33:13 37:22 38:6 39:22 40:5 | **U** | **visibility** 7:8 | **Y** |
| **string** 39:24 | | **ultrasonics** 6:12 | **visible** 27:1 | **year** 8:19 9:19,21 27:25 29:1 |
| **strongly** 39:11 40:21 | | **uncomfortable** 29:2 | **vision** 4:9,23 8:2 | **years** 6:23 29:8 35:10 |
| **struck** 39:17 | **things** 6:5,15 10:25 13:6 14:23 17:12 20:21 22:4,8,18 31:5,11 | **unconscious** 12:11 | **visual** 31:7 39:1,5 | **Yesterday** 22:24 |
| **subject** 40:19 | | **unequivocal** 25:21 | **Volvo** 40:13 | |
| **substantial** 9:7 | | **unique** 7:20 | | |
| **suddenly** 10:20 | **threshold** 36:11 37:10 | **uniquely** 5:11 | **W** | |
| **sufficient** 27:18 28:1 | **Tim** 14:19,20 | **unreasonable** 23:8 | **walk** 25:10 | |
| **sufficiently** 22:1 | **time** 7:12,21 16:20, 21 18:23 20:10 21:14,19 22:4,9,19 25:2 33:16 36:13 | **unusual** 9:23 | **walking** 36:17 | |
| **sun** 31:10,16 | | **unusually** 22:25 | **wanted** 23:21 | |
| **superhuman** 31:20 | | **update** 21:15 25:23 30:1,21 | **warning** 38:14 39:5,8 | |
| **support** 13:2 | **times** 10:15 11:14 24:16 25:16 26:3,20 29:1 36:2,17 38:23 40:10 | **upgrade** 6:24 29:22 34:15,17 | **warnings** 11:12 12:7,15 38:11,12 | |
| **swerves** 10:20 | | **upgraded** 33:25 | **watchdog** 11:22 | |
| **system** 4:10,23 6:1,2 11:3 14:7 25:18 29:19 30:19, 25 31:5,13 36:6 39:21,24 40:7 | **Today** 16:1 | **USA** 16:1 | **Weber** 30:15,17 | |
| | **token** 40:3 | **usefulness** 39:21 | **weeks** 14:15 23:1, 17 32:10 | |
| | **trace** 7:5 | **useless** 40:1 | **wheel** 11:13 12:9, 10 29:16,20 36:2,4, 13 37:7 38:16 | |
| **T** | **tracking** 10:21 | **user** 11:11 | **White** 35:17,18,21, 25 | |
| **takes** 8:5 | **traffic** 36:9 | **users** 11:25 12:3 37:24 38:2,5 | **whitelisted** 21:5 | |
| **taking** 21:11 22:24 33:22 35:13 40:11 | **tragic** 10:3 | **utility** 40:6 | **width** 6:5 | |
| **talk** 16:25 | **transmitter** 32:19 | | **widths** 11:7 | |
| **talked** 33:23 | **tricky** 31:4 | | | |