UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 21-cv-21940-BLOOM/Torres

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

## STIPULATION REGARDING BODY CAM VIDEO

The Parties, through their undersigned counsel, Stipulate and agree, as follows: The Body Cam Video identified as Tesla Exhibit D-16 (approximately 8:25 minutes in length) (the video) is admissible for all purposes in trial. The parties may use all or portions of the video during trial.

*Signatures on Next Page*

1

Dated this 13th day of July 2025.

| | |
|---|---|
| By: /s/ *Brett J. Schreiber* | /s/ Wendy F. Lumish |
| **Brett Schreiber, Esq.** | **Whitney V. Cruz** |
| Admitted *Pro Hac Vice* | Florida Bar No. 800821 |
| **Satyarinivas "Srinivas" Hanumadass, Esq.** | **Wendy F. Lumish** |
| Admitted *Pro Hac Vice* | Florida Bar No. 334332 |
| **Carmela Birnbaum, Esq.** | **BOWMAN AND BROOKE LLP** |
| Admitted *Pro Hac Vice* | Two Alhambra Plaza, Suite 800 |
| SINGLETON SCHRIEBER | Coral Gables, FL 33134 |
| 591 Camino de la Reina, Suite 1025 | Tel. 305-995-5600 / Fax: 305-995-6100 |
| San Diego, CA 92108 | whitney.cruz@bowmanandbrooke.com |
| bschreiber@singletonschreiber.com | wendy.lumish@bowmanandbrooke.com |
| cbirnbaum@singletonschreiber.com | |
| | **Thomas P. Branigan** |
| **Adam T. Boumel, Esq.** | *(Admitted Pro Hac Vice)* |
| Florida Bar No. 0110727 | **BOWMAN AND BROOKE LLP** |
| THE ROUSSO, BOUMEL LAW FIRM, PLLC | 101 W. Big Beaver Road, Suite 1100 |
| 9350 South Dixie Highway, Suite 1520 | Troy, MI 48084 |
| Miami, FL 33156 | Tel. 248-205-3300 / Fax: 248-205-3399 |
| Tel. 305-670-6669 | thomas.branigan@bowmanandbrooke.com |
| adam@roussolawfirm.com | |
| | **Joel Smith** |
| **Todd Poses, Esq.** | *(Admitted Pro Hac Vice)* |
| Florida Bar No. 0075922 | **BOWMAN AND BROOKE LLP** |
| POSES & POSES, P.A. | 1441 Main Street, Suite 1200 |
| Alfred I. Dupont Building | Columbia, SC 2920 |
| 169 East Flagler Street, Suite 1600 | Tel. 803-726-7420 / Fax: 803.726.7421 |
| Miami, FL 33131 | Joel.Smith@bowmanandbrooke.com |
| Tel.  305-577-0200 | |
| tposes@posesandposes.com | **Hilarie Bass** |
| | Florida Bar No. 334243 |
| **Douglas F. Eaton, Esq.** | **HILARIE BASS, ESQUIRE LLC** |
| Florida Bar No. 0129577 | 2821 Bayshore Drive, UPH-B |
| EATON & WOLK PL | Miami, FL 33133 |
| 2665 South Bayshore Drive, Suite 609 | Tel. 305-505-8777 |
| Miami, FL 33133 | bassh@bassinstitute.org |
| Tel. 305-249-1640 | |
| Fax: 786-350-3079 | *Attorneys for Defendant Tesla, Inc.* |
| deaton@eatonwolk.com | |

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*