Exhibit A



# Transcript of Lex Fridman Podcast Episode 18

**Date:** April 12, 2019
**Case:** Benavides/Estate of Leon, et al. -v- Tesla, Inc. / Angulo -v- Tesla, Inc.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

LEX FRIDMAN PODCAST EPISODE 18

Friday, April 12, 2019

Job No.:  592391

Pages 1 - 36

Transcribed By:  Jennifer Candela-Alvarez

1          LEX FRIDMAN:  The following is a

2    conversation with Elon Musk.  He's the CEO of

3    Tesla, SpaceX, Neuralink, and a co-founder of

4    several other companies.  This conversation is part

5    of the Artificial Intelligence podcast.  The series

6    includes leading researchers in academia and

7    industry, including CEOs and CTOs of automotive,

8    robotics, AI, and technology companies.  This

9    conversation happened after the release of the

10   paper from our group at MIT on driver functional

11   vigilance during use of Tesla's Autopilot.

12          The Tesla team reached out to me

13   offering a podcast conversation with Mr. Musk.  I

14   accepted with full control of questions I could ask

15   and the choice of what is released publicly.  I

16   ended up editing out nothing of substance.  I've

17   never spoken with Elon before this conversation

18   publicly or privately.  Neither he nor his

19   companies have any influence on my opinion, nor on

20   the rigor and integrity of the scientific method

21   that I practice in my position at MIT.

22          Tesla has never financially supported my

1    research, and I've never owned a Tesla vehicle, and

2    I've never owned Tesla stock.  This podcast is not

3    a scientific paper.  It is a conversation.  I

4    respect Elon as I do all other leaders and

5    engineers I've spoken with.  We agree on some

6    things and disagree on others.  My goal, as always

7    with these conversations, is to understand the way

8    the guest sees the world.

9            One particular point of disagreement in

10   this conversation was the extent to which

11   camera-based driver monitoring will improve

12   outcomes and for how long it will remain relevant

13   for AI-assisted driving.  As someone who works on

14   and is fascinated by human-centered artificial

15   intelligence, I believe that, if implemented and

16   integrated effectively, camera-based driver

17   monitoring is likely to be of benefit in both the

18   short term and the long term.

19           In contrast, Elon and Tesla's focus is

20   on the improvement of Autopilot such that its

21   statistical safety benefits override any concern of

22   human behavior and psychology.  Elon and I may not

1    agree on everything, but I deeply respect the

2    engineering and innovation behind the efforts that

3    he leads.  My goal here is to catalyze a rigorous,

4    nuanced, and objective discussion in industry and

5    academia on AI-assisted driving, one that

6    ultimately makes for a safer and better world.  And

7    now here's my conversation with Elon Musk.

8              LEX FRIDMAN:  What was the vision, the

9    dream, of Autopilot when -- in the beginning?  The

10   big picture system level when it was first

11   conceived and started being installed in 2014, the

12   hardware in the cars.  What was the vision, the

13   dream?

14             ELON MUSK:  I wouldn't characterize it

15   as a vision or dream.  Simply that there are

16   obviously two massive revolutions in the automobile

17   industry:  one is the transition to

18   electrification, and then the other is autonomy.

19   And, yeah, it became obvious to me that in the

20   future, any car that does not have autonomy would

21   be about as useful as a horse which is not to say

22   that there's no use.  It's just rare and somewhat

1    idiosyncratic if somebody has a horse at this

2    point.  It's just obvious that cars will drive

3    themselves completely.  It's just a question of

4    time.  And if we did not participate in the

5    autonomy revolution, then our cars would not be

6    useful to people relative to cars that are

7    autonomous.  I mean, an autonomous car is arguably

8    worth five to ten times more than a car which is

9    not autonomous.

10           LEX FRIDMAN:  In the long term?

11           ELON MUSK:  It depends what you mean by

12   long term, but let's say, at least for the next

13   five years, perhaps ten years.

14           LEX FRIDMAN:  So there are a lot of very

15   interesting design choices with Autopilot early on.

16   First is showing on the instrument cluster or in

17   the Model 3 on the center stack display what the

18   combined sensor suite sees.  What was the thinking

19   behind that choice?  Was there debate?  What was

20   the process?

21           ELON MUSK:  The whole point of the

22   display is to provide a health check on the

1    vehicle's perception of reality.  So the vehicle's

2    taking information from a bunch of sensors,

3    primarily cameras but also radar and ultrasonics,

4    GPS, and so forth.  And then that information is

5    then rendered into vector space and that, you know,

6    with a bunch of objects with properties like lane

7    lines and traffic lights and other cars.  And then

8    in vector space, that is re-rendered onto a display

9    so you can confirm whether the car knows what's

10   going on or not by looking out the window.

11           LEX FRIDMAN:  Right.  I think that's a

12   extremely powerful thing for people to get an

13   understanding to become one with the system and

14   understanding what the system is capable of.

15           ELON MUSK:  Mm-hmm.

16           LEX FRIDMAN:  Now have you considered

17   showing more?  So if we look at the computer

18   vision, you know, like road segmentation, lane

19   detection, vehicle detection, object detection

20   underlying the system, there is at the edges some

21   uncertainty.  Have you considered revealing the

22   parts that -- the uncertainty in the system, the

1    sort of more --

2         ELON MUSK:  A set of probabilities

3    associated with, say, image recognition or

4    something like that?

5         LEX FRIDMAN:  Yeah.  So right now it

6    shows, like, the vehicles in the vicinity, a very

7    clean, crisp image, and people do confirm that

8    there's a car in front of me and the system sees

9    there's a car in front of me but to help people

10   build an intuition of what computer vision is by

11   showing some of the uncertainty.

12        ELON MUSK:  Well, I think it's -- my car

13   -- I always look at the -- sort of the debug view,

14   and there's two debug views:  one is augmented

15   vision where -- which I'm sure you've seen where

16   it's basically we draw boxes and labels around

17   objects that are recognized.  And then there's what

18   we call the visualizer, which is basically a vector

19   space representation summing up the input from all

20   sensors.  That does not show any pictures, but it

21   shows all of the -- it just basically shows the

22   car's view of the world in vector space.

1              But I think this is very difficult for

2    people to -- normal people to understand.  They

3    would not know what the heck they're looking at.

4              LEX FRIDMAN:  So it's almost an HMI

5    challenge to the current things that are being

6    displayed is optimized for the general public

7    understanding of what the system --

8              ELON MUSK:  Yeah.

9              LEX FRIDMAN:  -- is capable of?

10             ELON MUSK:  Like, if you have no idea

11   what -- how a computer vision works or anything,

12   you can still look at the screen and see if the car

13   knows what's going on.  And then if you're, you

14   know, if you're a development engineer or if

15   you're, you know, if you're -- if you have the

16   development build, like I do, then you can see, you

17   know, all the debug information, but those would

18   just be, like, total gibberish to most people.

19             LEX FRIDMAN:  Right.  What's your view

20   on how to best distribute effort?  So there's

21   three, I would say, technical aspects of Autopilot

22   that are really important:  so it's the underlying

1    algorithms, like the neural network architecture;

2    there's the data, so the strain on; and then

3    there's the hardware development.  There may be

4    others, but -- so, look, algorithm, data, hardware.

5    You only have so much money.  You only have so much

6    time.  What do you think is the most important

7    thing to allocate resources to?  Do you see it as

8    pretty evenly distributed between those three?

9              ELON MUSK:  We automatically get vast

10   amounts of data because all of our cars have eight

11   external facing cameras and radar and usually 12

12   ultrasonic sensors, GPS obviously, and IMU.  And so

13   we basically have a fleet that has -- and we've got

14   about 400,000 cars on the road that have that level

15   of data.  I think you keep quite close track of it

16   actually.

17             LEX FRIDMAN:  Yes.

18             ELON MUSK:  Yeah.  So we're approaching

19   half a million cars on the road that have the full

20   sensor suite.

21             LEX FRIDMAN:  Yeah.

22             ELON MUSK:  So this is -- I'm not sure

1    how many other cars on the road have this sensor

2    suite, but I would be surprised if it's more than

3    5,000 which means that we have 99 percent of all

4    the data.

5              LEX FRIDMAN:  So there's this huge --

6              ELON MUSK:  Now --

7              LEX FRIDMAN:  -- inflow of data?

8              ELON MUSK:  Absolutely.  Massive inflow

9    of data.  And then we -- it's taken us about three

10   years, but now we've finally developed our full

11   self-driving computer, which can process, in order

12   of magnitude, as much as the NVIDIA system that we

13   currently have in the cars, and it's really just --

14   to use it, you unplug the NVIDIA computer and plug

15   the Tesla computer in, and that's it.

16              And it's -- in fact, we're not even --

17   we still are exploring the boundaries of its

18   capabilities.  We're able to run the cameras at

19   full frame rate, full resolution, not even crop the

20   images, and it's still got headroom even on one of

21   the systems.

22              The full self-driving computer is really

1    two computers, two systems on a chip, that are

2    fully redundant.  So you could put a bullet through

3    basically any part of that system, and it still

4    works.

5              LEX FRIDMAN:  The redundancy -- are they

6    perfect copies of each other or --

7              ELON MUSK:  Yeah.

8              LEX FRIDMAN:  Oh, so it's purely for

9    redundancy as opposed to an arguing machine kind of

10   architecture where they're both making decisions?

11   This is purely for redundancy?

12             ELON MUSK:  Think of it more like --

13   it's -- if you have, say, a twin engine aircraft, a

14   commercial aircraft, the system will operate best

15   if both systems are operating, but it's capable of

16   operating safely on one.  So -- but as it is right

17   now, we can just run -- we haven't even hit the

18   edge of performance.  So there's no need to

19   actually distribute functionality across both SoCs.

20   We can actually just run a full duplicate on each

21   one.

22             LEX FRIDMAN:  So you haven't really

1    explored or hit the limit of the system?

2            ELON MUSK:  No.  Not yet hit the limit,

3    now.

4            LEX FRIDMAN:  So the magic of deep

5    learning is that it gets better with data.  You

6    said there's a huge inflow of data.  But --

7            ELON MUSK:  Yeah.

8            LEX FRIDMAN:  -- the thing about driving

9    -- the really valuable data to learn from is the

10   edge cases.

11           ELON MUSK:  Mm-hmm.

12           LEX FRIDMAN:  So how do you -- I mean

13   I've heard you talk somewhere about Autopilot

14   disengagement as being an important moment of time

15   --

16           ELON MUSK:  Yes.

17           LEX FRIDMAN:  -- to use.  Is there other

18   edge cases or perhaps can you speak to those edge

19   cases -- what aspects of them might be valuable or

20   if you have other ideas, how to discover more and

21   more and more edge cases in driving?

22           ELON MUSK:  Well, there's a lot of

1    things that are learned.  There are certainly edge

2    cases where, say, somebody is on Autopilot and they

3    take over.  And then -- okay -- that will -- that's

4    a trigger that goes to our system that says -- okay

5    -- did they take over for convenience, or did they

6    take over because the Autopilot wasn't working

7    properly?

8            There's also -- like, let's say we're

9    trying to figure out what is the optimal spline for

10   traversing an intersection.

11           LEX FRIDMAN:  Right.

12           ELON MUSK:  Then the ones where there

13   are no interventions and are the right ones.  So

14   you then say -- okay -- when it looks like this, do

15   the following.  And then you get the optimal spline

16   for a complex -- navigating a complex intersection.

17           LEX FRIDMAN:  So that's for this.  So

18   there's kind of the common case.

19           ELON MUSK:  Mm-hmm.

20           LEX FRIDMAN:  So you're trying to

21   capture a huge amount of samples of a particular

22   intersection, how -- when things went right.  And

```
1    then there's the edge case where, as you said, not
2    for convenience, but something didn't go exactly
3    right.
4              ELON MUSK:  Yeah.  So if somebody took
5    over -- if somebody asserted manual control from
6    Autopilot.  And really, like, the way to look at
7    this is view all input as error.  If the user had
8    to do input, there's something.  All input is
9    error.
10             LEX FRIDMAN:  That's a powerful line to
11   think of it that way, because it may very well be
12   error, but if you want to exit the highway or if
13   you want to -- it's a navigation decision that all
14   Autopilot is not currently designed to do.  Then
15   the driver takes over.  How do you know --
16             ELON MUSK:  Yeah.
17             LEX FRIDMAN:  -- the difference?
18             ELON MUSK:  That's going to change with
19   Navigate on Autopilot which we've just released and
20   without (indiscernible) confirm.  So the navigation
21   -- like, lane change based -- you know, like,
22   asserting control in order to change -- do a lane
```

1    change or exit a freeway or during a highway

2    interchange -- the vast majority of that will go

3    away with the release that just went out.

4            LEX FRIDMAN:  Yeah.  So that -- I don't

5    think people quite understand how big of a step

6    that is.

7            ELON MUSK:  Yeah.  They don't.

8            LEX FRIDMAN:  So --

9            ELON MUSK:  If you drive the car, then

10   you do.

11           LEX FRIDMAN:  So you still have to keep

12   your hands on the steering wheel currently when it

13   does the automatic --

14           ELON MUSK:  Mm-hmm.

15           LEX FRIDMAN:  -- lane change?  What are

16   -- so there's these big leaps through the

17   development of Autopilot through its history.  And

18   what stands out to you as the big leaps?  I would

19   say this one, Navigate on Autopilot, without

20   confirm -- without having to confirm is a huge

21   leap.

22           ELON MUSK:  It is a huge leap.

1          LEX FRIDMAN:  What are the --

2          ELON MUSK:  It also automatically

3     overtakes slow cars.  So it's both navigation and

4     seeking the fastest lane.  So it'll, you know,

5     overtake slow cars and exit the freeway and take

6     highway interchanges.  And then we have traffic,

7     like where -- traffic light recognition, which was

8     introduced initially as a -- as a warning.  I mean,

9     on the development version that I'm driving, the

10    car fully stops and goes at traffic lights.

11         LEX FRIDMAN:  So those are the steps;

12    right?  You've just mentioned something, sort of an

13    inkling of a step towards full autonomy.

14         ELON MUSK:  Mm-hmm.

15         LEX FRIDMAN:  What would you say are the

16    biggest technological roadblocks to full

17    self-driving?

18         ELON MUSK:  Actually, I don't think -- I

19    think we just -- the full self-driving computer

20    that we just -- that the Tesla -- what we call the

21    FSD computer, that's now in production.  So if you

22    order any Model S or X or any Model 3 that has the

1    full self-driving package, you'll get the FSD

2    computer.  That was -- that's important to have

3    enough base computation.  Then refining the neural

4    net and the control software.  But all of that can

5    just be provided as an over-the-air update.

6            The thing that's really profound and

7    what I'll be emphasizing at the -- sort of what --

8    the Investor Day that we're having, focused on

9    autonomy, is that the cars currently being produced

10   or the hardware currently being produced is capable

11   of full self-driving.

12           LEX FRIDMAN:  But capable is an

13   interesting word because --

14           ELON MUSK:  Like, the hardware is.

15           LEX FRIDMAN:  Yeah.  The hardware.

16           ELON MUSK:  And as we refine the

17   software, the capabilities will increase

18   dramatically and then the reliability will increase

19   dramatically and then it will receive regulatory

20   approval.  So essentially buying a car today is an

21   investment in the future.  You're essentially

22   buying a -- you're buying -- the -- I think the

1    most profound thing is that, if you buy a Tesla

2    today, I believe you are buying an appreciating

3    asset, not a depreciating asset.

4            LEX FRIDMAN:  So that's a really

5    important statement there because, if hardware is

6    capable enough, that's the hard thing to upgrade --

7            ELON MUSK:  Yes.

8            LEX FRIDMAN:  -- usually.

9            ELON MUSK:  Exactly.

10           LEX FRIDMAN:  So then the rest is a

11   software problem.

12           ELON MUSK:  Yes.  Software has, like, no

13   marginal cost really.

14           LEX FRIDMAN:  Right.  But what's your

15   intuition on the software side?  How hard are the

16   remaining steps to get it to where, you know, the

17   experience -- not just the safety but the full

18   experience is something that people would enjoy?

19           ELON MUSK:  Well, I think people enjoy

20   it very much so on the highways.  It's a total game

21   changer for quality of life, for using, you know,

22   Tesla Autopilot on the highways.  So it's really

1   just extending that functionality to city streets;

2   adding in the traffic light -- traffic light

3   recognition; navigating complex intersections; and

4   then being able to navigate complicated parking

5   lots so the car can exit a parking space and come

6   and find you, even if it's in a complete maze of a

7   parking lot.  And then if -- and then you can just

8   -- it can just drop you off and find a parking spot

9   by itself.

10              LEX FRIDMAN:  Yeah.  In terms of

11  employability and something that people would

12  actually find a lot of use from, the parking lot is

13  a -- is a really -- you know, it's rich of

14  annoyance when you have to do it manually.  So

15  there's a lot of benefit to be gained from

16  automation there.

17              So let me start injecting the human into

18  this discussion a little bit.  So let's talk about

19  full autonomy.  If you look at the current level

20  for vehicles being tested on RO, like Waymo and so

21  on, they're only technically autonomous.  They're

22  really level two systems with just a different

1    design philosophy, because there's always a safety

2    driver in almost all cases, and they're monitoring

3    the system.

4              ELON MUSK:  Right.

5              LEX FRIDMAN:  Do you see Tesla's full

6    self-driving as still for a time to come, requiring

7    supervision of the human being?  So its

8    capabilities are powerful enough to drive but,

9    nevertheless, requires the human to still be

10   supervising just like a safety driver is in a --

11   other fully autonomous vehicles?

12             ELON MUSK:  I think it will require

13   detecting hands on wheel for at least six months or

14   something like that from here.  Really, it's a

15   question of, like, from a regulatory standpoint,

16   what -- how much safer than a person does Autopilot

17   need to be for it to be okay to not monitor the

18   car?  You know, and this is a debate that one can

19   have.  And then if you -- but you need -- you need

20   large samples, a large amount of data so that you

21   can prove with high confidence, statistically

22   speaking, that the car is dramatically safer than a

1    person and that adding in the person monitoring

2    does not materially affect the safety.  So it might

3    need to be, like, 2- or 300 percent safer than a

4    person.

5                LEX FRIDMAN:  And how do you prove that?

6                ELON MUSK:  Incidents per mile.

7                LEX FRIDMAN:  Incidents per mile?

8                ELON MUSK:  Yeah.

9                LEX FRIDMAN:  So crashes and fatalities?

10   So --

11               ELON MUSK:  Yeah.  Fatalities would be a

12   factor, but there are just not enough fatalities to

13   be statistically significant at scale, but there

14   are enough crashes.  You know, there are far more

15   crashes than there are fatalities.  So you can

16   assess what is the probability of a crash.  Then

17   there's another step, which is probability of

18   injury, then probability of permanent injury, then

19   probability of death.  And all of those need to be

20   much better than a person by at least perhaps 200

21   percent.

22               LEX FRIDMAN:  And you think there's the

1    ability to have a healthy discourse with the

2    regulatory bodies on this topic?

3            ELON MUSK:  I mean, there's no question

4    that regulators pay a disproportionate amount of

5    attention to that which generates press.  This is

6    just an objective fact.  And Tesla generates a lot

7    of press.  So that -- you know, in the United

8    States, there's, I think, almost 40,000 automotive

9    deaths per year, but if there are four in Tesla,

10   they'll probably receive a thousand times more

11   press than anyone else.

12           LEX FRIDMAN:  So the psychology of that

13   is actually fascinating.  I don't think we'll have

14   enough time to talk about that.  But I have to talk

15   to you about the human side of things.  So myself

16   and our team at MIT recently released the paper on

17   Functional Vigilance of Drivers While Using

18   Autopilot.  This is work we've been doing since

19   Autopilot was first released publicly over three

20   years ago, collecting video of driver faces and

21   driver body.

22           So I saw that you tweeted a quote from

1    the abstract.  So I can at least guess that you've

2    glanced at it.

3                ELON MUSK:  Yeah.  Right.

4                LEX FRIDMAN:  Can I talk you through

5    what we found.

6                ELON MUSK:  Sure.

7                LEX FRIDMAN:  Okay.  So it appears that,

8    in the data that we've collected, that drivers are

9    maintaining functional vigilance such that we're

10   looking at 18,000 disengagements from Autopilot,

11   18,900, and annotating were they able to take over

12   control in a timely manner.  So they were there

13   present, looking at the road, to take over control.

14   Okay.  So this goes against what many would predict

15   from the body of literature on vigilance with

16   automation.

17               Now the question is do you think these

18   results hold across the broader population.  So

19   ours is just a small subset.  Do you think -- one

20   of the criticism is that, you know, there's a small

21   minority of drivers that may be highly responsible

22   where their vigilance decrement would increase with

1    Autopilot use.

2            ELON MUSK:  I think this is all really

3    going to be swept -- I mean, the system's improving

4    so much so fast that this is going to be a moot

5    point very soon where vigilance is -- like, if

6    something's many times safer than a person, then

7    adding a person does -- the effect on safety is

8    limited.  And, in fact, it could be negative.

9            LEX FRIDMAN:  That's really interesting.

10   So the -- so the fact that a human may -- some

11   percent of the population may exhibit a vigilance

12   decrement will not affect the overall statistics

13   numbers of safety?

14           ELON MUSK:  No.  In fact, I think it

15   will become very, very quickly -- maybe even

16   towards the end of this year, but I'd say I'd be

17   shocked if it's not next year at the latest -- that

18   having the person -- having a human intervene will

19   decrease safety.  Decrease.  It's -- like, imagine

20   if you're in an elevator.  And it used to be that

21   the elevator operators, and you couldn't go in an

22   elevator by yourself and work the lever to move

1   between floors.  And now nobody wants an elevator

2   operator because the automated elevator that stops

3   at the floors is much safer than the elevator

4   operator.  And, in fact, it would be quite

5   dangerous to have someone with a lever that can

6   move the elevator between floors.

7           LEX FRIDMAN:  So that's a -- that's a

8   really powerful statement and a really interesting

9   one, but I also have to ask from a user experience

10  and from a safety perspective.  One of the passions

11  for me algorithmically is camera-based detection of

12  just sensing the human but detecting what the

13  driver is looking at -- cognitive load, body pose.

14  On the computer vision side, that's a fascinating

15  problem, but do you -- and there's many in industry

16  who believe you have to have camera-based driver

17  monitoring.  Do you think there could be benefit

18  gained from driver monitoring?

19          ELON MUSK:  If you have a system that's

20  at or -- that's at or below human level

21  reliability, then driver monitoring makes sense.

22  But if your system is dramatically better, more

1   reliable than a human, then driver monitoring is

2   not -- does not help much.  And like I said, you --

3   just like as you wouldn't want someone in -- like,

4   you wouldn't want someone in the elevator.  If

5   you're in an elevator, do you really want someone

6   with a big lever?  Some random person operating the

7   elevator between floors?  They could -- I wouldn't

8   trust that.  I would rather have the buttons.

9           LEX FRIDMAN:  Okay.  You're optimistic

10  about the pace of improvement of the system from

11  what you've seen with the full self-driving car

12  computer.

13          ELON MUSK:  The rate of improvement is

14  exponential.

15          LEX FRIDMAN:  So one of the other very

16  interesting design choices early on, that connects

17  to this, is the operational design domain of

18  Autopilot; so where Autopilot is able to be turned

19  on.  The -- so contrast another vehicle system that

20  we're studying is the Cadillac Super Cruise system.

21  That's, in terms of ODD, very constrained to

22  particular kinds of highways, well mapped, tested;

1       but it's much narrower than the ODD of Tesla

2       vehicles.

3                  ELON MUSK:  Mm-hmm.

4                  LEX FRIDMAN:  What's -- there's pros and

5       --

6                  ELON MUSK:  It's like ADD.  Uh-huh.

7                  LEX FRIDMAN:  Yeah.  That's good.

8       That's a good line.  What was the design decision

9       -- what -- in that different philosophy of thinking

10      where -- so there's pros and cons.  What we see

11      with a wide ODD is driver -- Tesla drivers are able

12      to explore more the limitations of the system, at

13      least early on, and they understand.  Together with

14      the instrument cluster display, they start to

15      understand what are the capabilities.  So that's

16      the benefit.  The con is you're letting drivers use

17      it basically anywhere.

18                 ELON MUSK:  Well, anywhere --

19                 LEX FRIDMAN:  (Crosstalk).

20                 ELON MUSK:  -- that it can detect lanes

21      with confidence.

22                 LEX FRIDMAN:  Lanes.  Was there a

1    philosophy -- design decisions that were

2    challenging that were being made there?  Or from

3    the very beginning, was that done on purpose with

4    intent?

5            ELON MUSK:  Well, I mean, I think it's

6    -- frankly, it's pretty crazy giving -- letting

7    people drive a two-ton death machine manually.

8    That's crazy.  Like, in the future, people will be

9    like, I can't believe anyone was just allowed to

10   drive one of these two-ton death machines, and they

11   could just drive wherever they wanted.  Just like

12   elevators, you could just, like, move the elevator

13   with the lever wherever you wanted.  You could stop

14   it halfway between floors if you want.  It's pretty

15   crazy.  So it's going to seem like a mad thing in

16   the future that people were driving cars.

17           LEX FRIDMAN:  So I have a bunch of

18   questions about the human psychology about behavior

19   and so on.

20           ELON MUSK:  (Crosstalk).

21           LEX FRIDMAN:  That would become moot?

22   That --

1              ELON MUSK:  Yeah.  Moot.  It's totally

2      moot.

3              LEX FRIDMAN:  Moot.

4              ELON MUSK:  Yeah.

5              LEX FRIDMAN:  Because you have faith in

6      the AI system.  Not faith, but the -- both on the

7      hardware side and the deep learning approach of

8      learning from data will make it just far safer than

9      humans.

10             ELON MUSK:  Yeah.  Exactly.

11             LEX FRIDMAN:  Recently, there are a few

12     hackers who tricked Autopilot to act in unexpected

13     ways with adversarial examples.

14             ELON MUSK:  Mm-hmm.

15             LEX FRIDMAN:  So we all know that neural

16     network systems are very sensitive to minor

17     disturbances to these adversarial examples on

18     input.  Do you think it's possible to defend

19     against something like this --

20             ELON MUSK:  Oh, yeah.  No problem.

21             LEX FRIDMAN:  -- for the broader -- for

22     the industry?

1           ELON MUSK:  Sure.

2           LEX FRIDMAN:  So --

3           ELON MUSK:  Yeah.

4           LEX FRIDMAN:  -- can you elaborate on

5      the -- on the confidence behind that answer.

6           ELON MUSK:  Well, the -- you know, a

7      neural net is just, like, basically a bunch of

8      matrix math.  I mean, you have to be, like, a very

9      sophisticated somebody who really understands

10     neural nets and, like, basically reverse engineer

11     how the matrix is being built and then create a

12     little thing that just exactly causes the matrix

13     math to be slightly off.  But it's very easy to

14     then block it -- block that by having basically

15     anti, right, negative recognition.  It's like if

16     you -- if the system sees something that looks like

17     a matrix hack, exclude it.  So it's such an easy

18     thing to do.

19          LEX FRIDMAN:  So learn both on the valid

20     data and the invalid data?  So basically learn on

21     the adversarial examples to exclude -- be able to

22     exclude them?

1          ELON MUSK:  Yeah.  Like, you basically

2     want to both know what is -- what is a car and what

3     is definitely not a car.  And you train for this is

4     a car and this is definitely not a car.  Those are

5     two different things.  People have no idea of

6     neural nets really.  They probably think neural

7     nets involves, like, you know, a fishing net only.

8          LEX FRIDMAN:  So, as you know -- so

9     taking a step beyond just Tesla and Autopilot,

10    current deep learning approaches still seem in some

11    ways to be far from general intelligence systems.

12    Do you think the current approaches will take us to

13    general intelligence?  Or do totally new ideas need

14    to be invented?

15         ELON MUSK:  I think we're missing a few

16    key ideas for general intelligence -- general --

17    artificial general intelligence, but it's going to

18    be upon us very quickly, and then we'll need to

19    figure out what shall we do if we even have that

20    choice.  It's amazing how people can't

21    differentiate between, say, the narrow AI that, you

22    know, allows a car to figure out what a lane line

1    is and, you know, and navigate streets versus

2    general intelligence.  Like, these are just very

3    different things.  Like, your toaster and your

4    computer are both machines, but one's much more

5    sophisticated than another.

6            LEX FRIDMAN:  You're confident, with

7    Tesla, you can create the world's best toaster?

8            ELON MUSK:  The world's best toaster,

9    yes.  The world's best self-driving -- I'm -- yes.

10   To me, right now this seems game, set, match.  I

11   don't want -- I mean, that -- I don't want to be

12   complacent or overconfident, but that's what it

13   appear -- that is just literally what it -- how it

14   appears right now.  I could be wrong, but it

15   appears to be the case that Tesla is vastly ahead

16   of everyone.

17           LEX FRIDMAN:  Do you think we will ever

18   create an AI system that we can love and loves us

19   back in a deep, meaningful way like in the movie

20   Her?

21           ELON MUSK:  I think I will be capable of

22   convincing you to fall in love with it very well.

1        LEX FRIDMAN:  And that's different than

2   us humans?

3        ELON MUSK:  You know, we start getting

4   into a metaphysical question of, like, do emotions

5   and thoughts exist in a different realm than the

6   physical?  And maybe they do.  Maybe they don't.  I

7   don't know.  But from a physics standpoint, I tend

8   to think -- I tend to think of things -- you know,

9   like, physics was my main sort of training and from

10  a physics standpoint, essentially, if it loves you

11  in a way that is -- that you can't tell whether

12  it's real or not, it is real.

13       LEX FRIDMAN:  It's a physics view of

14  love?

15       ELON MUSK:  Yeah.  If there's no -- if

16  you -- if you -- if you cannot -- just if you can't

17  prove that it does not -- if there's no test that

18  you can apply that would make it -- make -- allow

19  you to tell the difference, then there is no

20  difference.

21       LEX FRIDMAN:  Right.  And it's similar

22  to seeing our world as simulation.  There may not

1   be a test to tell the difference between what --

2   the real world --

3           ELON MUSK:  Yes.

4           LEX FRIDMAN:  -- and the simulation;

5   and, therefore, from a physics perspective, it

6   might as well be the same thing.

7           ELON MUSK:  Yes.  And there may be ways

8   to test whether it's a simulation.  There might be.

9   I'm not saying there aren't, but you could

10  certainly imagine that a simulation could correct

11  that.  Once an entity in the simulation found a way

12  to detect the simulation, it could either restart

13  the -- you know, pause the simulation or start a

14  new simulation, or do one of many other things that

15  then corrects for that error.

16          LEX FRIDMAN:  So when maybe you or

17  somebody else creates an AGI system and you get to

18  ask her one question, what would that question be?

19          ELON MUSK:  What's outside the

20  simulation?

21          LEX FRIDMAN:  Elon, thank you so much

22  for talking today.  It was a pleasure.

1              ELON MUSK:  All right.  Thank you.

2         (End of audio.)

1                    CERTIFICATE OF TRANSCRIBER

2              I, Jennifer Candela-Alvarez, do

3    hereby certify that this transcript was prepared

4    from the digital audio recording of the foregoing

5    proceeding; that said transcript is a true and

6    accurate record of the proceedings to the best of

7    my knowledge, skills, and ability; and that I am

8    neither counsel for, related to, nor employed by

9    any of the parties to the case and have no

10   interest, financial or otherwise, in its outcome.

11

12   *Jenf Cv*

13   _____

14   JENNIFER CANDELA-ALVAREZ

15   JULY 12, 2025

16

17

18

19

20

21

22