## PLAINTIFFS' EXHIBIT 1 –
## SUPPLEMENT TO PLAINTIFFS' RESPONSE TO ECF. NO. 433 REQUIRING ADDITIONAL INFORMATION WITH RESPECT TO PRIOR ACCIDENTS

**March 23, 2018 – The Huang Crash**

Walter Huang, a 38-year-old Apple engineer, was driving a 2017 Tesla Model X on Autopilot on March 23, 2018, around 9:27 a.m. Pacific Time on southbound US 101 near the Highway 85 offramp in Mountain View.  The Model X veered into a narrow concrete barrier, collided with following vehicles, and caught fire. Huang sadly succumbed to blunt force trauma. The NTSB investigation revealed that Autopilot followed incorrect lane markings—a "vee-shaped" gore area's left-side line instead of the proper lane boundary—steering the vehicle toward the barrier. Autopilot had been engaged for almost 19 minutes before the crash. In the final minute, Huang's hands were on the wheel for only 34 seconds; none were detected in the six seconds before impact. Investigators found that Huang was likely playing a video game on his phone moments before the collision.  The crash highlighted the following issues with Tesla's autopilot system present in the instant case:

1. Misleading Lane Detection and static object detection outside of drivable space/lane of travel.

2. Insufficient Driver Monitoring.

3. Overconfidence & Branding Issues of Autopilot.