# TESLA

13101 Tesla Road
Austin, TX 78725

2/8/2024

## IMPORTANT SAFETY RECALL



This notice applies to your vehicle,

NHTSA Recall No: 23V-838

Dear Tesla Owner,

This notice is sent to you in accordance with the National Traffic and Motor Vehicle Safety Act. Tesla, Inc. has decided that a defect, which relates to motor vehicle safety exists in certain Model Year 2012-2023 Model S, 2016-2023 Model X, 2017-2023 Model 3, and 2020-2023 Model Y vehicles. Our records show that you are the owner of a vehicle affected by this action.

## REASON FOR THIS RECALL

In certain circumstances when Autosteer is engaged, the prominence and scope of the feature's controls may not be sufficient to prevent driver misuse of the Autopilot, increasing the risk of a collision.

## WHAT TESLA WILL DO

At no charge to you, Tesla has begun deploying an over-the-air ("OTA") firmware update to affected vehicles that will incorporate additional controls and alerts to those already existing on affected vehicles to further encourage drivers to adhere to their continuous driving responsibility whenever Autosteer is engaged.

## WHAT YOU SHOULD DO

Please check that your vehicle is running software version 2023.44.30 or a later release, all of which contain the remedy. You can check the software version running on your vehicle by tapping 'Controls' then 'Software' on your touchscreen. If your vehicle is running software version 2023.44.30 or a later release, then there is no further action that you need to take, and you may disregard this notice. If your vehicle is not running one of these software versions, then please accept the latest pending software update for installation by tapping the yellow clock icon at the top of the vehicle touchscreen and following the prompts. For awareness, software updates typically take between 20 to 60 minutes to complete. See www.tesla.com/support/software-updates for additional details on Tesla vehicle software updates.

If you believe that Tesla has failed or is unable to remedy this defect without charge or within a reasonable time, you may submit a complaint to the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue SE, Washington, DC 20590, by calling 1-888-327-4236 (TTY: 1-800-424-9153), or by visiting www.safercar.gov.

Federal law requires any lessor who receives a notification of a determination of a noncompliance pertaining to any leased motor vehicle to send the notice to the lessee within 10 days.

If you no longer own the vehicle, update vehicle ownership in your Tesla Account. For more details adding or removing vehicles from your Tesla Account, visit www.tesla.com/support/account-support#add-remove-products. If have any questions or need assistance installing the software update, please contact Tesla online by visiting www.tesla.com/support/contact or by calling 1-877-79-TESLA (1-877-798-3752).

Thank you for being a Tesla customer. We are committed to ensuring that your vehicle provides the highest possible level of safety.

TESLA, INC.