UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*, and
DILLON ANGULO

    Plaintiffs,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

### ORDER ON TESLA, INC.'S OBJECTIONS TO PLAINTIFFS' NOTICE OF INTENT TO USE DEPOSITIONS OF AKSHAY PHATAK AT TRIAL

**THIS CAUSE** is before the Court upon Tesla's Objections to Plaintiffs' Deposition Designations as to Akshay Phatak. ECF No. [431]. The Court Rules as follows[1]:

| Witness: AKSHAY PHATAK<br>Deposition taken on July 20, 2023 (Volume 1) | | |
|---|---|---|
| Plaintiffs' Designations<br>PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations<br>PAGE(S):LINE(S) |
| 9:2-11 | | |
| 12:23-13:1 | | |
| 18:7-19:7 | | |

---

[1] Although Plaintiffs filed an Amended Notice of Intent to Use Deposition of Akshay Phatak, ECF No. [455], Tesla's objections to Phatak's depositions remained the same following the Amended Notice. *See* ECF No. [463]. Therefore, to the extent there is any inconsistency between the designations in ECF [431], and ECF No. [455], they are immaterial for the purposes of this Order.

|  |  |  |
|---|---|---|
|  |  | 19:8-25 |
|  |  | 19:8-25 |
|  |  | 20:1-2 |
|  |  | 20:8-18 |
| 21:24-22:8 | Subject to Tesla's Omnibus Motion in Limine [DE 320] re references to other incidents | Overruled |
| 23:5-18 | Subject to Tesla's Omnibus Motion in Limine [DE 320] re references to other incidents | Overruled |
| 23:22-25:4 | Subject to Tesla's Omnibus Motion in Limine [DE 320] re references to other incidents | Overruled |

**Witness: AKSHAY PHATAK**
**Deposition taken on July 20, 2023 (Volume 1)**

| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
|---|---|---|
| 25:7-13 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | Overruled |
| 33:10-34:6 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | Overruled |
| 34:10-17 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | Overruled |
| 34:20-35:12 |  |  |
| 35:16-17 |  |  |
| 35:19-25 |  |  |
| 36:4-5 |  |  |

| | | |
|---|---|---|
| 36:21-37:3 | | |
| 37:10-18 | | |
| 38:6-11 | | |
| 38:14-16 | | |
| 38:25-39:9 | | |
| 39:18-40:23 | | Strike objection at 40:16-17 |
| | | 43:5-16 |
| | | 43:22-25 |

**Witness: AKSHAY PHATAK**
**Deposition taken on July 20, 2023 (Volume 1)**

| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
|---|---|---|
| | | 44:1-25 |
| | | 45:1-25 |
| | | 46:1-25 |
| | | 47:1-21, 25 |
| | | 48:1-2 |
| | | 48:21-25 |
| | | 49:4-22 |
| | | 50:1-25 |
| | | 51:1-25 |
| 52:24-53:11 | | |
| 53:14-23 | | |

| Plaintiffs' Designations | OBJECTION | Tesla Counter-Designations |
|---|---|---|
| 57:3-13 | | |
| 58:20-23 | | |
| | | 60:19-25 |
| 61:3-7 | | 61:1-2 |
| 62:24-63:7 | | |
| 65:18-66:1 | | |
| 66:8-13 | | |
| 67:18-23 | | |
| 68:5-16 | | |

| Witness: AKSHAY PHATAK                              |||
| Deposition taken on July 20, 2023 (Volume 1)        |||
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
|---|---|---|
| | | 68:25 |
| | | 69:1-5 |
| 69:8-20 | | |
| 69:24-70: 1 | | |
| 70:11-15 | | |
| 71:24-72:23 | | |
| 73:2-9 | | |
| 73:11-20 | | |
| 74:6-12 | | |
| | | 76:12-25 |
| | | 77:1-25 |

| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
|---|---|---|
| | | 78:20-25 |
| | | 79:1-12 |
| 79:14-80:7 | | |
| 80:17-20 | | |
| 80:23-81:4 | | |
| 81:8-9 | | Strike objection at 81:5-9 |
| 82:22-25 | | |
| 83:3-4 | | |
| 83:13-21 | | |

| Witness: AKSHAY PHATAK Deposition taken on July 20, 2023 (Volume 1) | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
| 84:10-14 | | |
| 84:18-85:19 | | |
| 85:24-25 | | |
| | | 86:8-25 |
| | | 87:6-25 |
| 88:7-25 | | |
| 92:1-10 | | |
| | | 92:11-25 |
| | | 93:1-4 |
| | | 93:12-25 |
| | | 94:1-3 |

5

Case No. 21-cv-21940-BLOOM/Torres

|  |  | 94:12-25 |
|---|---|---|
|  |  |  |
| 101:3-8 |  | 101:9013 |
| 102:1-103:15 |  | 103:16-25 |
|  |  | 104:1-3 |
| 105:21-106:3 |  |  |
|  |  | 106:4-12 |
| 106:13-107:15 |  |  |
| 108:4-109:7 |  | 108:15-25 |

| Witness: AKSHAY PHATAK<br>Deposition taken on July 20, 2023 (Volume 1) | | |
|---|---|---|
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
|  |  | 110:1-17 |
| 110:18-112:5 |  |  |
| 112:21-113:15 |  |  |
| 113:20-114:15 |  |  |
| 116:3-11 |  |  |
|  |  | 116:12-20 |
| 116:21-25 |  |  |
| 120:3:121:16 |  | Strike objection at 120:14-15 |
| 121:19-122:5 |  |  |
| 122:9-14 |  |  |
| 122:18-23 |  |  |
| 123:7-13 |  |  |
| 124:22-25 |  |  |
| 126:9-14 |  |  |
|  |  | 127:13-25 |
|  |  | 128:1-25 |
|  |  | 129:25 |
|  |  | 130:1-3 |
|  |  | 130:7-17 |
| Witness: AKSHAY PHATAK<br>Deposition taken on July 20, 2023 (Volume 1) | | |

| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
|---|---|---|
| 134:9-135:8 | Subject to Tesla's Omnibus Motion *in Limine* [DE 320] re references to other incidents | Granted to the extent the testimony refers or relies upon the NTSB Board Accidents Reports as stated in the Court's Order at ECF No. [466] at 13. |
| 135:10-136:15 | | |
| 136:21-139:23 | | |
| 140:1-18 | | |
| 140:21-143:17 | | |
| | | 143:8-20 |
| | | 143:23-25 |
| 147:18-23 | | |
| 147:25-148:11 | | |
| 148:25-149:9 | | |
| 149:13-19 | | |
| 150:3-9 | | |
| 150:13-16 | | |
| 163:20-21 | | |
| 163:24-165:13 | | |

**Witness: AKSHAY PHATAK**
**Deposition taken on August 2, 2023 (Volume 2)**

| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
|---|---|---|
| 278:6-11 | | |
| 279:12-19 | | |

8

| Plaintiffs' Designations | OBJECTION | Tesla Counter-Designations |
|---|---|---|
| 279:24-280:14 | | |
| | | 280:15-25 |
| | | 281:1-23 |
| 281:24-282:2 | | |
| 295:9-296:14 | Hearsay FRE 802 | Sustained |
| 316:7-14 | | |
| 317:1-14 | Violation of Protective Order | Overruled |
| 318:8-12 | | |
| 318:19-320:3 | | |
| 320:21-321:6 | | |
| 321:9-15 | | |
| 321:25-322:20 | | |
| 344:6-15 | | |
| 344:24-345:3 | | |
| 351:13-14 | Relevance FRE 401 and 403 | Overruled |
| 351:18-21 | Relevance FRE 401 and 403 | Overruled |
| 352:20-353:2 | Relevance FRE 401 and 403 | Overruled |
| 356:5-357:1 | | |

**Witness: AKSHAY PHATAK**
**Deposition taken on August 2, 2023 (Volume 2)**

| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) |
|---|---|---|
| 358:4-11 | | |
| 358:20-359:1 | | |

9

Case No. 21-cv-21940-BLOOM/Torres

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 14, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record