**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

DILLON ANGULO,

      Plaintiff,

v.

                                           Case No. 22-22607-KMM

TESLA, INC. a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

**PLAINTIFFS' FINAL UNOPPOSED MOTION FOR LEAVE TO BRING ELECTRONIC**
**EQUIPMENT INTO THE COURTROOM FOR TRIAL**

      Plaintiffs, by and through undersigned counsel, respectfully move this Court for an Order

permitting Plaintiffs' counsel, technology consultants, and expert witnesses to bring electronic

equipment into the courtroom for the duration of trial in this matter, as follows:

| Name | Role | Equipment |
|---|---|---|
| Dr. Jason Lewis | Expert Witness | • Laptop computer<br>• Smartphone<br>• Charging and connection cables |
| Dr. Danielle Horn | Treating physician | • Laptop<br>• Smartphone<br>• Charging and connection cables |
| Dr. Kester Nedd | Expert Witness | • Laptop<br>• Smartphone<br>• Charging and connection cables |
| Dr. Sally Russell Kolitz | Expert Witness | • Laptop<br>• Smartphone<br>• Charging and connection cables |
| Dr. Craig Lichtblau | Expert Witness | • Laptop<br>• Smartphone<br>• Charging and connection cables |
| Dr. Carlos Placencia | Treating psychologist | • Laptop<br>• Smartphone<br>• Charging and connection cables |
| William Reader | Treating physical therapist | • Laptop<br>• Smartphone<br>• Charging and connection cables |

| | | |
|---|---|---|
| Monica Snyder | Treating | • Laptop<br>• Smartphone<br>• Charging and connection cables |
| Brett Schreiber | Counsel | • Apple laptop<br>• Apple iPad<br>• iPhone<br>• Air Pods<br>• Charging and connection cables |
| Todd Poses | Counsel | • Apple Laptop<br>• iPhone<br>• Charging and connection cables |
| Adam Boumel | Counsel | • Asus Zenbook laptop<br>• Apple iPad<br>• iPhone<br>• Air Pods<br>• Charging and connection cables |
| Douglas Eaton | Counsel | • HP Laptop<br>• iPhone<br>• Remarkable tablet<br>• Charging and connection cables |
| Srinivas Hanumadass | Consulting counsel | • Apple laptop<br>• iPhone<br>• Charging and connection cables |
| Haiyang De Giglio | Legal Staff | • Apple laptop<br>• iPhone<br>• Viwoods Carta 1300 tablet<br>• Charging and connection cables |
| Michael Gonzalez | Courtroom technology consultant | • Laptop<br>• Smartphone<br>• Charging and connection cables |

| William Scandella | Courtroom technology consultant | <ul><li>Samsung Galaxy phone</li><li>Vibe 55'Smartboard</li><li>ASUS G615LR Laptop</li><li>Inseego MiFi X Pro 5G INSGM3100 Mobile Hotspot Verizon Wireless</li><li>HP Envy Laptop 16-h1xxx</li><li>2 x Upperizon Portable Monitor 18.5 inch</li><li>OREI 4x4 HDMI 4K Matrix Switch/Splitter</li><li>PPT Wireless Presenter/clicker</li><li>JMMTAAG Green Red Violet Long Range Dot Clicker</li><li>LIONWEI USB C Hub Laptop Docking Station,</li><li>2 x 50ft HDMI Cables</li><li>2 x 25ft HDMI Cables</li><li>2 x 6ft HDMI Cables</li><li>USB C converter to HDMI</li><li>HP Laser Jet Printer</li><li>27" Amazon Basic Monitor</li></ul> |

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Plaintiffs has conferred with Tesla's counsel, who has indicated that Tesla does not oppose this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2025, I served the foregoing document and updated production to the parties on the service list below.

Respectfully Submitted,
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway, Suite 1520
Miami, Florida 33156
(305) 670-6669

By:   **/s/ *Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Pleadings@roussolawfirm.com (primary)
Adam@roussolawfirm.com (secondary)
Haiyang@roussolawfirm.com (secondary)

## SERVICE LIST

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*