# EXHIBIT A



# Safety Recommendation H-17-041

TO THE MANUFACTURERS OF VEHICLES EQUIPPED WITH LEVEL 2 VEHICLE AUTOMATION SYSTEMS (VOLKSWAGEN GROUP OF AMERICA, BMW OF NORTH AMERICA, NISSAN GROUP OF NORTH AMERICA, MERCEDES-BENZ USA, TESLA INC., AND VOLVO GROUP NORTH AMERICA): Incorporate system safeguards that limit the use of automated vehicle control systems to those conditions for which they were designed.

# Recommendation Details

📄 Original recommendation transmittal letter

| | |
|---|---|
| Overall status | ✅ Open - Acceptable Response |
| Mode | 🚗 Highway |
| On Most Wanted List | No |
| Priority level | Non-urgent |
| Times reiterated | 1 |
| Is hazmat | No |
| Is NPRM | Yes |
| SR coding | |
| Date issued | 09/28/2017 |
| Overall date closed | |



Exhibit #
Sumwalt 5
7/9/2024

# Event Details - HWY16FH018

At 4:36 p.m. eastern daylight time on Saturday, May 7, 2016, a 2015 Tesla Model S 70D car, traveling eastbound on US Highway 27A (US-27A) west of Williston, Florida, struck a semitrailer powered by a 2014 Freightliner Cascadia truck tractor. At the time of the collision, the truck was making a left turn from westbound US 27A across the two eastbound travel lanes onto NE 140th Court, a local paved road. The car struck the right side of the semitrailer, crossed underneath it, and then went off the right roadside at a shallow angle. Impact with the underside of the semitrailer sheared off the roof of the car.

After leaving the roadway, the car continued through a drainage culvert and two wire fences. It

then struck and broke a utility pole, rotated counterclockwise, and came to rest perpendicular to the highway in the front yard of a private residence. Meanwhile, the truck continued across the intersection and came to a stop on NE 140th Court, south of a retail business located on the intersection corner.

The driver and sole occupant of the car died in the crash; the commercial truck driver was not injured.

| | |
|---|---|
| Location | Williston, USA |
| Accident date | 05/08/2016 |
| Accident # | HWY16FH018 |
| Report # | [HAR-17-02](HAR-17-02) |

# Addressee Details

✅ Volkswagen Group of America, Inc. - Open - Acceptable Response  ⌄

✅ BMW North America, LLC - Open - Acceptable Response  ⌄

✅ Nissan Group of North America, Inc. - Open - Acceptable Response  ⌄

✅ Mercedes-Benz USA, LLC - Open - Acceptable Response  ⌄

ℹ️ Tesla Motors - Open - Unacceptable Response  ⌃

| | |
|---|---|
| Name | Tesla Motors |
| Acronym | |
| Category | Private Industry |
| Addressee status | Open - Unacceptable Response |

| | |
|---|---|
| From | NTSB |
| To | Tesla Motors |
| Date | 10/25/2021 |
| Type | Official Correspondence |
| Response | |

The National Transportation Safety Board (NTSB) appreciates the productive and professional cooperation extended by Tesla's technical staff to our investigators over the course of our various crash and incident investigations, such as our recent work in Spring, Texas, and Coral Gables, Florida.

I am deeply concerned, however, that Tesla's action—or rather, inaction—to

P-79-0002

implement critical NTSB safety recommendations has not demonstrated the same productivity or professionalism. Four years ago, on September 28, 2017, we issued Safety Recommendations H 17 41 and -42 to Tesla based on our investigation of the 2016 collision between a Tesla Model S operating with an engaged Level 2 automation system and a tractor semitrailer truck in Williston, Florida.

H-17-41

Incorporate system safeguards that limit the use of automated vehicle control systems to those conditions for which they were designed.

H-17-42

Develop applications to more effectively sense the driver's level of engagement and alert the driver when engagement is lacking while automated vehicle control systems are in use.

Our investigation of the Williston crash found that the driver used the Autopilot system outside of its operational design domain (ODD)—on roadways for which it was neither designed nor safe—and went extended periods of time without hands-on driving. We also found other indications of the driver's lack of engagement and awareness before the crash, and, accordingly,
determined that Tesla's Autopilot system did not effectively monitor and respond to the driver's interaction with the steering wheel to ensure driver engagement.

The NTSB issued Safety Recommendation H-17-42 to Tesla and five other manufacturers of vehicles equipped with SAE Level 2 driving automation systems. The other five manufacturers responded to us, describing the actions they planned to take, or were taking, to better monitor a driver's level of engagement. Tesla is the only manufacturer that did not officially respond to us about the recommendation.

While we were awaiting a response from Tesla, in 2019, a crash nearly identical to that in Williston occurred in Delray Beach, Florida. The Delray Beach highway operating environment, like the cross-traffic conditions in Williston, was clearly outside the Autopilot system's ODD. The highway did not have limited access and had 34 intersecting roadways and private driveways in the 5-mile region encompassing the crash location. As we concluded after the Williston crash, if

automated control systems are not automatically restricted to operating in those conditions for which they were designed and are appropriate, the risk of driver misuse remains.

During our subsequent investigation of a fatal 2018 crash in Mountain View, California, Tesla stated the following:

Under the SAE J3016, operational design domain limits are not applicable for Level 2 driver assist systems, such as Autopilot, because the driver determines the acceptable operating environment. Autopilot can be safely used on divided and undivided roads as long as the driver remains attentive and ready to take control.

However, our crash investigations involving your company's vehicles have clearly shown that the potential for misuse requires a system design change to ensure safety. In the Delray Beach crash, a contributing factor in the crash was the operational design of Tesla's partial automation system, which permitted disengagement by the driver, and the company's failure to limit the use of the system to the conditions for which it was designed. Our investigation of the Mountain View crash found tragically similar evidence of driver disengagement and ineffective driver monitoring, and our report stated the following:

Despite communicating . . . operating conditions and limitations to owners and drivers, Tesla Autopilot firmware does not restrict the system's use based on functional road classification. The system can essentially be used on any roads where it can detect lane markings, which allows drivers to activate driving automation systems at locations and under circumstances for which their use is not appropriate or safe, such as on roadways with cross traffic or in areas that do not consistently meet the ODD, such as roadways with inconsistent lane markings.

Therefore, we reiterated Safety Recommendations H-17-41 and -42: that Tesla and other manufacturers of Level 2 automation incorporate system safeguards that limit use of automated vehicle control systems to those conditions for which they were designed. Tesla has still not officially responded to the NTSB regarding these safety recommendations.

You have stated that "safety is always the primary design requirement for a Tesla." Now that statement is undercut by the announcement that Tesla drivers can request access to "Full Self Driving Beta technology," operational on both

highways and city streets, without first addressing the very design shortcomings that allowed the fatal Williston, Delray Beach, and Mountain View crashes to occur.

If you are serious about putting safety front and center in Tesla vehicle design, I invite you to complete action on the safety recommendations we issued to you four years ago.

The NTSB has long advocated for implementation of myriad technologies to prevent tragedies and injuries and save lives on our nation's roads, but it's crucial that such technology is implemented with the safety of all road users foremost in mind. I look forward to receiving an update on our safety recommendations.

| | |
|---|---|
| From | NTSB |
| To | Tesla Motors |
| Date | 02/01/2021 |
| Type | NPRM Response |
| Response | |

The National Transportation Safety Board (NTSB) has reviewed the National Highway Traffic Safety Administration (NHTSA) advance notice of proposed rulemaking (ANPRM) titled "Framework for Automated Driving System Safety," published at 85 Federal Register 78058 on December 3, 2020. In its notice, NHTSA requests comments on the development of a framework for automated driving system (ADS) safety. ADS, as defined by SAE International and as used in the ANPRM, refers to driving automation levels 3, 4, and 5. An ADS is the hardware and software that are, collectively, capable of performing the entire dynamic driving task on a sustained basis, regardless of whether it is limited to a specific operational design domain. Specifically, the agency seeks input on its role in facilitating ADS risk management through guidance, regulation, or both. NHTSA also requests guidance on how it should select and design the structure of a safety framework and the appropriate administrative mechanisms for improving safety, mitigating risk, and enabling the development and introduction of innovative safety technology.

This recommendation was listed in the related safety recommendations list attached to this NPRM response.

From        NTSB
To          Tesla Motors
Date        03/19/2020
Type        Reiteration
Response

Reiterated in the report "Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator Mountain View, California March 23, 2018" Accident Report NTSB/HAR-20/01, PB2020-100112, Published on March 19, 2020

From        NTSB
To          Tesla Motors
Date        03/19/2020
Type        Report Reclassification
Response

From "Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator Mountain View, California March 23, 2018" Accident Report NTSB/HAR-20/01, PB2020-100112, Published on March 19, 2020: 2.3.2 Risk Assessment Pertaining to Operational Design Domain

SAE J3016 discusses the need for manufacturers to accurately describe ADAS features and clearly define the level of driving automation and its capabilities, but also its operational design domain (ODD)?the conditions in which the driving automation system is intended to operate.73 Examples of such conditions include roadway type, geographic location, clear roadway markings, weather conditions, speed range, lighting conditions, and other manufacturer-defined system performance criteria or constraints. As shown in appendix C and summarized below, Tesla has outlined many operating conditions and limitations based on the Autopilot system design:

- • Designed for use on highways with a center divider,
- • Designed for areas with no cross-traffic and clear lane markings,
- • Not for use on city streets or where traffic conditions are constantly changing,
- • Not for use on winding roads with sharp curves, and
- • Not for use in inclement weather conditions with poor visibility.

Despite communicating these operating conditions and limitations to owners and

drivers, Tesla Autopilot firmware does not restrict the system's use based on functional road classification. The system can essentially be used on any roads where it can detect lane markings, which allows drivers to activate driving automation systems at locations and under circumstances for which their use is not appropriate or safe, such as on roadways with cross traffic or in areas that do not consistently meet the ODD, such as roadways with inconsistent lane markings. The Mountain View crash occurred in a challenging multi-lane operational environment with exit ramps on both sides of the highway and faded roadway lane markings. To characterize and evaluate the performance of Level 2 systems on public highways and in naturalistic environments, the American Automobile Association (AAA) conducted testing, which found that Level 2 systems performed best on open freeways but were challenged on freeways with moderate traffic and in areas of transitions (AAA 2018).[74] Most Level 2 systems were incapable of staying in their lane on curved portions of freeways, including in freeway transition areas.

SAE J3016 considers the ODD for Level 2 systems to be limited (see table 1). Today's Level 2 systems can assess a vehicle's location and the current roadway type/classification and determine whether the roadway is appropriate for the system's ODD. Despite this capability, Tesla has chosen to permit operation of Autopilot under conditions that do not meet its ODD. Tesla has informed the NTSB that its "operational design domain limits are not applicable for Level 2 driver assist systems, such as Autopilot, because the driver determines the acceptable operating environment." Moreover, Tesla has advised the NTSB that "Autopilot can be safely used on divided and undivided roads as long as the driver remains attentive and ready to take control."

The Williston, Florida, crash involved a 2015 Tesla Model S that collided with a tractor trailer combination crossing an uncontrolled intersection on a nonlimited-access highway.[75] Partial automated vehicle operation on nonlimited-access highways presents challenges in detecting cross-path intrusions, pedestrian and bicycle traffic, and signage at intersections. Additionally, cross-path collisions are challenging for collision avoidance systems. The NTSB concluded in the investigation of the Williston crash that if automated vehicle control systems do not automatically restrict their own operation to those conditions for which they were designed and are appropriate, the risk of driver misuse remains. The NTSB recommended that Tesla and other manufacturers of Level 2 automation take the following action:

H-17-41

Incorporate system safeguards that limit the use of automated vehicle control

systems to those conditions for which they were designed.

Five automobile manufacturers responded to this recommendation with steps they were taking to address the issue. Tesla, however, has not responded. As mentioned previously, Tesla has stated that it does not believe ODD limits are applicable to the Autopilot system as long as the driver remains attentive. During the Mountain View investigation, Tesla was queried regarding plans to implement ODD restrictions and indicated that the driver was solely responsible for choosing when to use the SAE Level 2 system. However, Tesla vehicles continue to be involved in crashes where Autopilot is activated and operating outside the intended geographic ODD. In March 2019, in Delray Beach, Florida, a fatal crash involving a 2018 Tesla Model 3 occurred under circumstances very similar to the Williston crash. In the Delray Beach crash, a truck-tractor in combination with a semitrailer was traveling eastbound in a private driveway belonging to an agricultural facility on the west side of US-441. The combination vehicle entered the highway without stopping and was subsequently struck by the southbound Tesla. At the time of the crash, the Autopilot system was active, and the Tesla was traveling at 68 mph in a 55-mph posted speed limit area. The Autopilot system and collision avoidance systems did not classify the crossing truck as a hazard, did not attempt to slow the vehicle, and did not provide a warning to the driver of the approaching crossing truck. Further, the driver did not take evasive action in response to the crossing truck. At the crash location, the highway was not limited-access and had more than 34 roadways and private driveways intersecting US-441 within the immediate 5-mile area.

The Delray Beach highway operating environment, like the cross-traffic conditions in Williston, was clearly outside the Tesla Autopilot system's ODD. Tesla, however, fails to provide system safeguards to limit the use of Autopilot for the operating conditions for which it was designed. By placing full reliance on the success of its partial automation system on the premise that drivers will be attentive at all times and will be sufficiently knowledgeable to make proper decisions regarding where to operate the system, Tesla has created a system designed to fail because of the foreseeable misuse of the system. The NTSB concludes that if Tesla Inc. does not incorporate system safeguards that limit the use of the Autopilot system to those conditions for which it was designed, continued use of the system beyond its ODD is foreseeable and the risk for future crashes will remain. Therefore, the NTSB reiterates Safety Recommendation H-17-41 to Tesla and reclassifies the recommendation from "Open-Await Response" to OPEN--UNACCEPTABLE RESPONSE.

Without more rigorous standards or guidelines to manufacturers regarding Level 2

emerging automation technology, safeguards will be insufficient to prevent use of Level 2 systems in nondesigned ways. After the Williston crash, the NTSB recommended that NHTSA address this vital safety concern, as follows:

H-17-38

Develop a method to verify that manufacturers of vehicles equipped with Level 2 vehicle automation systems incorporate system safeguards that limit the use of automated vehicle control systems to those conditions for which they were designed.

In response to Safety Recommendation H-17-38, NHTSA stated the following:

The agency has no current plans to develop a specific method to verify manufacturers of vehicles equipped with Level 2 systems incorporate safeguards limiting the use of automated vehicle control systems to those conditions for which they were designed. Instead, if NHTSA identifies a safety-related defect trend in design or performance of a system, or identifies through its research or other

| From | NTSB |
|------|------|
| To | Tesla Motors |
| Date | 11/13/2017 |
| Type | NPRM Response |
| Response | |

The National Transportation Safety Board (NTSB) has reviewed the National Highway Traffic Safety Administration (NHTSA) notice of public availability and request for comments concerning the guidance document "Automated Driving Systems: A Vision for Safety," published at 82 Federal Register 178, September 15, 2017.

As a result of the Williston crash investigation, the NTSB issued multiple safety recommendations addressing the need to incorporate system safeguards to limit the use of automated vehicle control systems to those conditions for which they were designed. The NTSB also recommended that both the US Department of Transportation and NHTSA define the data parameters that must be recorded by vehicles operating with automated control systems of any level. We further recommended the establishment of reporting requirements for automated vehicles addressing incidents, crashes, and vehicle miles traveled with automated systems enabled. Finally, the NTSB recommended that manufacturers of Level 2 automated vehicle systems incorporate safeguards to limit system operations to

their intended domains, and develop more effective applications to sense the driver's degree of engagement with the driving task.

| From | NTSB |
|---|---|
| To | Tesla Motors |
| Date | 09/28/2017 |
| Type | Transmittal Letter |
| Response | |

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

On September 12, 2017, the NTSB adopted its report Collision Between a Car Operating With Automated Vehicle Control Systems and a Tractor-Semitrailer Truck Near Williston, Florida, May 7, 2016, NTSB/HAR-17/02. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

Among the Safety Recommendations are two issued to Tesla Inc., which can be found on page 43 of the report.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number.

✅ Volvo Cars of North America, Inc. - Open - Acceptable Response ⌄

P-79-0011