# EXHIBIT B



# Safety Recommendation H-17-042

TO THE MANUFACTURERS OF VEHICLES EQUIPPED WITH LEVEL 2 VEHICLE AUTOMATION SYSTEMS (VOLKSWAGEN GROUP OF AMERICA, BMW OF NORTH AMERICA, NISSAN GROUP OF NORTH AMERICA, MERCEDES-BENZ USA, TESLA INC., AND VOLVO GROUP NORTH AMERICA): Develop applications to more effectively sense the driver's level of engagement and alert the driver when engagement is lacking while automated vehicle control systems are in use.

## Recommendation Details

📄 Original recommendation transmittal letter

| | |
|---|---|
| Overall status | ✅ Open - Acceptable Response |
| Mode | 🚗 Highway |
| On Most Wanted List | No |
| Priority level | Non-urgent |
| Times reiterated | 1 |
| Is hazmat | No |
| Is NPRM | Yes |
| SR coding | |
| Date issued | 09/28/2017 |
| Overall date closed | |

# Event Details - HWY16FH018



At 4:36 p.m. eastern daylight time on Saturday, May 7, 2016, a 2015 Tesla Model S 70D car, traveling eastbound on US Highway 27A (US-27A) west of Williston, Florida, struck a semitrailer powered by a 2014 Freightliner Cascadia truck tractor. At the time of the collision, the truck was making a left turn from westbound US 27A across the two eastbound travel lanes onto NE 140th Court, a local paved road. The car struck the right side of the semitrailer, crossed underneath it, and then went off the right roadside at a shallow angle. Impact with the underside of the semitrailer sheared off the roof of the car.

After leaving the roadway, the car continued through a drainage culvert and two wire fences. It

then struck and broke a utility pole, rotated counterclockwise, and came to rest perpendicular to the highway in the front yard of a private residence. Meanwhile, the truck continued across the intersection and came to a stop on NE 140th Court, south of a retail business located on the intersection corner.

The driver and sole occupant of the car died in the crash; the commercial truck driver was not injured.

| | |
|---|---|
| Location | Williston, USA |
| Accident date | 05/08/2016 |
| Accident # | HWY16FH018 |
| Report # | HAR-17-02 |

# Addressee Details

- ✅ Volkswagen Group of America, Inc. - Open - Acceptable Response ⌄
- ✅ BMW North America, LLC - Open - Acceptable Response ⌄
- ✅ Nissan Group of North America, Inc. - Open - Acceptable Response ⌄
- ✅ Mercedes-Benz USA, LLC - Open - Acceptable Response ⌄
- ⓘ Tesla Motors - Open - Unacceptable Response ⌃

| | |
|---|---|
| Name | Tesla Motors |
| Acronym | |
| Category | Private Industry |
| Addressee status | Open - Unacceptable Response |

| | |
|---|---|
| From | NTSB |
| To | Tesla Motors |
| Date | 10/25/2021 |
| Type | Official Correspondence |
| Response | |

The National Transportation Safety Board (NTSB) appreciates the productive and professional cooperation extended by Tesla's technical staff to our investigators over the course of our various crash and incident investigations, such as our recent work in Spring, Texas, and Coral Gables, Florida.

I am deeply concerned, however, that Tesla's action—or rather, inaction—to

P-81-0002

implement critical NTSB safety recommendations has not demonstrated the same productivity or professionalism. Four years ago, on September 28, 2017, we issued Safety Recommendations H 17 41 and -42 to Tesla based on our investigation of the 2016 collision between a Tesla Model S operating with an engaged Level 2 automation system and a tractor semitrailer truck in Williston, Florida.

H-17-41

Incorporate system safeguards that limit the use of automated vehicle control systems to those conditions for which they were designed.

H-17-42

Develop applications to more effectively sense the driver's level of engagement and alert the driver when engagement is lacking while automated vehicle control systems are in use.

Our investigation of the Williston crash found that the driver used the Autopilot system outside of its operational design domain (ODD)—on roadways for which it was neither designed nor safe—and went extended periods of time without hands-on driving. We also found other indications of the driver's lack of engagement and awareness before the crash, and, accordingly,
determined that Tesla's Autopilot system did not effectively monitor and respond to the driver's interaction with the steering wheel to ensure driver engagement.

The NTSB issued Safety Recommendation H-17-42 to Tesla and five other manufacturers of vehicles equipped with SAE Level 2 driving automation systems. The other five manufacturers responded to us, describing the actions they planned to take, or were taking, to better monitor a driver's level of engagement. Tesla is the only manufacturer that did not officially respond to us about the recommendation.

While we were awaiting a response from Tesla, in 2019, a crash nearly identical to that in Williston occurred in Delray Beach, Florida. The Delray Beach highway operating environment, like the cross-traffic conditions in Williston, was clearly outside the Autopilot system's ODD. The highway did not have limited access and had 34 intersecting roadways and private driveways in the 5-mile region encompassing the crash location. As we concluded after the Williston crash, if

P-81-0003

automated control systems are not automatically restricted to operating in those conditions for which they were designed and are appropriate, the risk of driver misuse remains.

During our subsequent investigation of a fatal 2018 crash in Mountain View, California, Tesla stated the following:

Under the SAE J3016, operational design domain limits are not applicable for Level 2 driver assist systems, such as Autopilot, because the driver determines the acceptable operating environment. Autopilot can be safely used on divided and undivided roads as long as the driver remains attentive and ready to take control.

However, our crash investigations involving your company's vehicles have clearly shown that the potential for misuse requires a system design change to ensure safety. In the Delray Beach crash, a contributing factor in the crash was the operational design of Tesla's partial automation system, which permitted disengagement by the driver, and the company's failure to limit the use of the system to the conditions for which it was designed. Our investigation of the Mountain View crash found tragically similar evidence of driver disengagement and ineffective driver monitoring, and our report stated the following:

Despite communicating . . . operating conditions and limitations to owners and drivers, Tesla Autopilot firmware does not restrict the system's use based on functional road classification. The system can essentially be used on any roads where it can detect lane markings, which allows drivers to activate driving automation systems at locations and under circumstances for which their use is not appropriate or safe, such as on roadways with cross traffic or in areas that do not consistently meet the ODD, such as roadways with inconsistent lane markings.

Therefore, we reiterated Safety Recommendations H-17-41 and -42: that Tesla and other manufacturers of Level 2 automation incorporate system safeguards that limit use of automated vehicle control systems to those conditions for which they were designed. Tesla has still not officially responded to the NTSB regarding these safety recommendations.

You have stated that "safety is always the primary design requirement for a Tesla." Now that statement is undercut by the announcement that Tesla drivers can request access to "Full Self Driving Beta technology," operational on both

highways and city streets, without first addressing the very design shortcomings that allowed the fatal Williston, Delray Beach, and Mountain View crashes to occur.

If you are serious about putting safety front and center in Tesla vehicle design, I invite you to complete action on the safety recommendations we issued to you four years ago.

The NTSB has long advocated for implementation of myriad technologies to prevent tragedies and injuries and save lives on our nation's roads, but it's crucial that such technology is implemented with the safety of all road users foremost in mind. I look forward to receiving an update on our safety recommendations.

| | |
|---|---|
| From | NTSB |
| To | Tesla Motors |
| Date | 02/01/2021 |
| Type | NPRM Response |
| Response | |

The National Transportation Safety Board (NTSB) has reviewed the National Highway Traffic Safety Administration (NHTSA) advance notice of proposed rulemaking (ANPRM) titled "Framework for Automated Driving System Safety," published at 85 Federal Register 78058 on December 3, 2020. In its notice, NHTSA requests comments on the development of a framework for automated driving system (ADS) safety. ADS, as defined by SAE International and as used in the ANPRM, refers to driving automation levels 3, 4, and 5. An ADS is the hardware and software that are, collectively, capable of performing the entire dynamic driving task on a sustained basis, regardless of whether it is limited to a specific operational design domain. Specifically, the agency seeks input on its role in facilitating ADS risk management through guidance, regulation, or both. NHTSA also requests guidance on how it should select and design the structure of a safety framework and the appropriate administrative mechanisms for improving safety, mitigating risk, and enabling the development and introduction of innovative safety technology.

This recommendation was listed in the related safety recommendations list attached to this NPRM response.

P-81-0005

| | |
|---|---|
| From | NTSB |
| To | Tesla Motors |
| Date | 03/19/2020 |
| Type | Reiteration |
| Response | |

Reiterated in the report "Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator Mountain View, California March 23, 2018" Accident Report NTSB/HAR-20/01, PB2020-100112, Published on March 19, 2020

| | |
|---|---|
| From | NTSB |
| To | Tesla Motors |
| Date | 03/19/2020 |
| Type | Report Reclassification |
| Response | |

From "Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator Mountain View, California March 23, 2018" Accident Report NTSB/HAR-20/01, PB2020-100112, Published on March 19, 2020:

2.3.1 Risk Mitigation Pertaining to Monitoring Driver Engagement
2.3.1.1 Tesla Driver Monitoring System.

Based on system design, in an SAE-defined Level 2 partial driving automation system, it is the driver's responsibility to monitor the automation, maintain situational awareness of traffic conditions, understand the limitations of the automation, and be available to intervene and take over for the driving automation system at all times. In practice, however, drivers are poor at monitoring automation and do not perform well on tasks requiring passive vigilance (Parasuraman and Riley 1997; Moray and Inagaki 2000; and Parasuraman and Manzey 2010). Research shows that drivers often become disengaged from the driving task for both momentary and prolonged periods during automated phases of driving (Banks and others, 2018).
Driver disengagement from supervising Autopilot's partial automation was a critical factor in the four Tesla crashes the NTSB investigated.68 In the Mountain View and Culver City crashes, the drivers were found to be distracted and not supervising Autopilot's performance or monitoring the driving environment

(detecting and recognizing roadway hazards) leading up to the crash. Likewise, in the Williston and Delray Beach crashes, the drivers were inattentive and did not take any evasive action in response to semitrailer vehicles crossing the paths of their cars. Autopilot assesses a driver's level of engagement by monitoring his or her interaction with the steering wheel through changes in steering wheel torque. However, because driving is a highly visual task, a driver's touch or torque on the steering wheel is an ineffective method to determine whether he or she is fully engaged with the driving task. Simply checking whether the driver has placed a hand on the steering wheel gives little indication of where the driver is focusing his or her attention.

Following the investigation of the Williston crash, the NTSB concluded that the way the Tesla Autopilot system monitored and responded to the driver's interaction with the steering wheel was not an effective method of ensuring driver engagement. As a result, the NTSB recommended that six manufacturers of vehicles equipped with Level 2 driving automation systems take the following action:

H-17-42

Develop applications to more effectively sense the driver's level of engagement and alert the driver when engagement is lacking while automated vehicle control systems are in use.

Of the six automakers, Tesla was the only company that has not officially responded to Safety Recommendation H-17-42.69 The NTSB continues to maintain that the operational design of Tesla's automated vehicle control systems requires an attentive driver as an integral system element. Therefore, the NTSB reiterates Safety Recommendation H-17-42 to Tesla and reclassifies the recommendation from "Open-Await Response" to OPEN-UNACCEPTABLE RESPONSE.

| | |
|---|---|
| From | NTSB |
| To | Tesla Motors |
| Date | 09/28/2017 |
| Type | Transmittal Letter |
| Response | |

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad,

highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

On September 12, 2017, the NTSB adopted its report Collision Between a Car Operating With Automated Vehicle Control Systems and a Tractor-Semitrailer Truck Near Williston, Florida, May 7, 2016, NTSB/HAR-17/02. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

Among the Safety Recommendations are two issued to Tesla Inc., which can be found on page 43 of the report.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number.

✅ Volvo Cars of North America, Inc. - Open - Acceptable Response ⌄

P-81-0008

Case 1:21-cv-21940-BB   Document 487-2   Entered on FLSD Docket 07/21/2025   Page 10 of 10

P-81-0009