UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

       Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

       Defendant.
_____/

DILLON ANGULO,                                    Case No. 22-22607-KMM

       Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

       Defendant.
_____/

**TESLA'S UNOPPOSED SECOND SUPPLEMENTAL MOTION TO BRING
ELECTRONIC EQUIPMENT INTO THE COURTHOUSE FOR TRIAL**

Defendant Tesla, Inc. ("Tesla"), by and through its undersigned counsel, respectfully moves this Court to enter an order allowing electronic equipment into the Wilkie D. Ferguson, Jr. United States Courthouse, Courtroom 10-2, located at 400 North Miami Avenue for use or testing on the July 8, July 10, and for trial running July 14 through August 1, 2025. Plaintiffs do not oppose the relief sought in this Motion. In support of this Motion, Tesla states as follows:

    1.     The matter is set for trial beginning Monday, July 14, 2025 and continuing through Friday, August 1, 2025.

    2.     Pursuant to the notice regarding prohibited electronic devices and the Local Rules, electronic devices, including cellphones, laptop computers, and projectors may not be brought into the courtroom absent an order signed by the Judge forwarded to the U.S. Marshal for verification

32206962v1

allowing the specific persons into the Courtroom with a specific electronic device for a specific purpose and period of time.

3. Tesla requests permission for the following individuals to be permitted to bring the specified equipment into the courthouse on the date(s) and event listed below **(supplement in bold)**:

| Name / Company | Role | Type of Equipment | Date(s) / Event |
|---|---|---|---|
| Thomas P. Branigan<br>Bowman and Brooke LLP | Counsel for Tesla | (1) Apple iPhone with charging cord<br>(1) ThinkPad X1 laptop with power cord<br>(1) Bluetooth mouse<br>(1) Apple watch – non cellular | July 8 – Calendar Call<br><br>July 14 thru Aug 1 – Jury Trial |
| Joel Smith<br>Bowman and Brooke LLP | Counsel for Tesla | (1) Apple IPhone 12 with charging cord<br>(1) Lenovo Think Pad laptop with power cord<br>(1) IPadPro with power cord | July 8 – Calendar Call<br><br>July 14 thru Aug 1 – Jury Trial |
| Whitney V. Cruz<br>Bowman and Brooke LLP | Counsel for Tesla | (1) Apple iPhone with power cord<br>(1) ThinkPad X1 laptop with power cord | July 8 – Calendar Call<br><br>July 14 thru Aug 1 – Jury Trial |
| Kevin Malloy<br>Bowman and Brooke LLP | Counsel for Tesla | (1) Apple iPhone with power cord<br>(1) Lenovo laptop with power cord<br>(1) Bluetooth mouse for laptop<br>(1) External hard drive to connect to laptop with connection cables | July 8 – Calendar Call<br><br>July 14 thru Aug 1 – Jury Trial |
| Wendy F. Lumish<br>Bowman and Brooke LLP | Counsel for Tesla | (1) Apple iPhone with power cord<br>(1) Lenovo ThinkPad X1 laptop with power cord<br>(2) Mouse for laptop | July 8 – Calendar Call<br><br>July 14 thru Aug 1 – Jury Trial |

| Name / Company | Role | Type of Equipment | Date(s) / Event |
|---|---|---|---|
| Sara Margo<br>Bowman and Brooke LLP | Paralegal | (1) Apple iPhone with power cord<br>(1) HP laptop with power cord<br>(1) Mouse<br>(1) Seagate portable hard drive with cables<br>(5) portable USB/flash drives<br>(1) GlocalMe portable wifi hotspot<br>(1) Extension cord with surge protector<br>(1) Thin folding table | July 8 – Calendar Call<br><br>July 10 – Equipment Testing<br><br>July 14 thru July 18 – Jury Trial |
| Christina Cyr<br>Bowman and Brooke LLP | Paralegal | (1) Apple iPhone with power cord<br>(1) Phone power bank<br>(1) Lenovo ThinkPad laptop with power cord<br>(1) Laptop power bank<br>(1) Mouse<br>(1) Portable monitor<br>(1) Extension Cord<br>(1) Mifi (Verizon)<br>(1) External drive | July 8 – Calendar Call<br><br>July 10 – Equipment Testing<br><br>July 14 thru July 18 – Jury Trial |
| David Sillers<br>Clare Locke LLP | Consulting counsel | (1) Apple iPhone with power cord<br>(2) MacBook Pro with power cord | July 14 thru August 1 – Jury Trial |
| Nyssa Kourakos<br>FGS Global | Consultant | (1) Apple iPhone with power cord<br>(2) Apple MacBook 4 Pro with power cord | July 14 thru August 1 – Jury Trial |
| Hilarie Bass<br>Hilarie Bass, Esquire LLC | Counsel for Tesla | (1) Apple iPhone with power cord<br>(1) Apple iPad with power cord | July 8 – Calendar Call<br><br>July 14 thru Aug 1 – Jury Trial |
| Ryan McCarthy<br>Tesla, Inc. | In-house Counsel for Tesla | (2) Apple iPhone<br>(1) Apple iPad | July 8 – Calendar Call<br><br>July 14 thru July 18 – Jury Trial |

32206962v1

| Name / Company | Role | Type of Equipment | Date(s) / Event |
| --- | --- | --- | --- |
| Brian Jazaeri<br>Tesla, Inc. | In-house Counsel for Tesla | (2) Apple iPhone<br>(1) Apple iPad | July 8 – Calendar Call<br><br>July 14 thru July 18 – Jury Trial |
| Tess Godhardt<br>Tesla, Inc. | In-house Counsel for Tesla | (2) Apple iPhone with power cord<br>(1) Dell PC laptop with power cord | July 8 – Calendar Call<br><br>July 14 thru July 18 – Jury Trial |
| Michael Kloss<br>Tesla, Inc. | Paralegal | (2) Apple iPhone with charging cord<br>(1) Apple Macbook Pro laptop with power cord<br>(1) Anker 337 PowerCore+Charger | July 10 – Equipment Testing<br><br>July 14 thru July 18 – Jury Trial |
| Rick Fuentes<br>R&D Strategic Solutions | Jury Consultant | (1) Apple iPhone with power cord<br>(1) Apple iPad with power cord<br>(1) Fitbit watch | July 8 – Calendar Call<br><br>July 14 thru July 18 – Jury Trial |
| Ray Fuentes<br>R&D Strategic Solutions | Jury Consultant | (1) Apple iPhone with power cord<br>(1) Microsoft Surface Laptop go 2 with power cord | July 8 – Calendar Call<br><br>July 14 thru July 18 – Jury Trial |
| George Mayleben<br>Digital Litigation Solutions | Trial Technician | (1) Apple iPhone with power cord<br>(2) Laptops with power cords<br>(1) USB Monitor<br>(2) Mouse for computers<br>(2) PowerPoint clickers/laser pointer<br>(1) HP Laser printer with power cord<br>(3) HDMI cables and extensions<br>(1) Internet Hotspot<br>(1) Small laptop stand with integrated cooling fan<br>(5) USB flash drives | July 8 – Calendar Call<br><br>July 10 – Equipment Testing<br><br>July 14 thru July 18 – Jury Trial |

32206962v1

| Name / Company | Role | Type of Equipment | Date(s) / Event |
|---|---|---|---|
| | | (1) External hard drive | |
| **Eloy Blanco-Rubio** Tesla, Inc. | **Corporate Representative** | **(1) Apple iPhone with power cord** **(1) Apple headphones** | **July 24-28, 2025** |
| **James Walker, Jr.** Carr Engineering, Inc. | **Expert** | **(1) Apple iPhone and power cord** **(1) Dell laptop computer with power cord** | **July 24-29, 2025** |
| **David Cades** Exponent | **Expert** | **(1) Apple iPhone with power cord** **(1) Lenovo T16 laptop with power cord** **(1) Fitbit smart watch** **(1) Verizon hotspot with power cord** | **July 25-29, 2025** |
| **Ryan Harrington** Exponent | **Expert** | **(1) Apple iPhone with power cord** **(1) Dell laptop with power cord** | **July 25-29, 2025** |

WHEREFORE, Tesla, Inc. respectfully moves this Court to enter an order permitting the use electronic equipment in this action as indicated for the individuals and on the date(s)/events noted herein.

Dated:  July 22, 2025                         Respectfully submitted,

                                              *s/ Wendy F. Lumish*
                                              **WHITNEY V. CRUZ**
                                              Florida Bar No. 800821
                                              **WENDY F. LUMISH**
                                              Florida Bar No. 334332
                                              **BOWMAN AND BROOKE LLP**
                                              Two Alhambra Plaza, Suite 800
                                              Coral Gables, FL 33134
                                              Tel. 305-995-5600 / Fax: 305-995-6100
                                              whitney.cruz@bowmanandbrooke.com
                                              wendy.lumish@bowmanandbrooke.com

5

32206962v1

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

**HILARIE BASS**
Florida Bar No. 334243
**HILARIE BASS, ESQUIRE LLC**
2821 Bayshore Drive, UPH-B Miami, FL 33133
Tel. 305-505-8777
bassh@bassinstitute.org

*Attorneys for Defendant Tesla, Inc.*

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Tesla has conferred with Plaintiffs' counsel, who has indicated that Plaintiffs do not oppose this Motion.

*s/ Wendy F. Lumish*
**WENDY F. LUMISH**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 22, 2025, the foregoing was filed using the Court's CM/ECF system, which will send electronic notice of the same to all interested parties.

| | |
|---|---|
| **Adam T. Boumel, Esq.**<br>Florida Bar No. 0110727<br>THE ROUSSO, BOUMEL LAW FIRM, PLLC<br>9350 South Dixie Highway<br>Suite 1520<br>Miami, FL 33156<br>Tel. 305-670-6669<br>adam@roussolawfirm.com<br>haiyang@roussolawfirm.com<br>pleadings@roussolawfirm.com<br><br>*Attorneys for Plaintiff Dillon Angulo* | **Todd Poses, Esq.**<br>Florida Bar No. 0075922<br>POSES & POSES, P.A.<br>Alfred I. Dupont Building<br>169 East Flagler Street, Suite 1600<br>Miami, FL 33131<br>Tel. 305-577-0200<br>Fax: 305-371-3550<br>tposes@posesandposes.com<br>maria@posesandposes.com<br><br>*Attorneys for Plaintiff Neima Benavides* |
| **Brett Schreiber, Esq.**<br>Admitted *Pro Hac Vice*<br>**Satyarinivas "Srinivas" Hanumadass, Esq.**<br>Admitted *Pro Hac Vice*<br>**Carmela Birnbaum, Esq.**<br>Admitted *Pro Hac Vice*<br>SINGLETON SCHRIEBER<br>591 Camino de la Reina, Suite 1025<br>San Diego, CA 92108<br>bschreiber@singletonschreiber.com<br>vas@singletonschreiber.com<br>cbirnbaum@singletonschreiber.com<br>jjusto@singletonschreiber.com<br>eelms@singletonschreiber.com<br>service@singletonschreiber.com<br><br>*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides* | **Douglas F. Eaton, Esq.**<br>Florida Bar No. 0129577<br>EATON & WOLK PL<br>2665 South Bayshore Drive, Suite 609<br>Miami, FL 33133<br>Tel. 305-249-1640<br>Fax: 786-350-3079<br>deaton@eatonwolk.com<br>cgarcia@eatonwolk.com<br>lhuete@eatonwolk.com<br><br>*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides* |

*s/ Wendy F. Lumish*
Wendy F. Lumish