# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

DILLON ANGULO,

      Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

## <u>PLAINTIFFS' AMENDED NOTICE OF INTENT TO USE DEPOSITION OF DAVID SHOEMAKER AT TRIAL, OBJECTIONS, AND COURT RULING</u>

      Pursuant to Federal Rules of Civil Procedure 32, et seq., Plaintiffs intent to use videotaped deposition testimony in addition to live testimony at trial, including, but not limited to, possibly introducing the following:

**Witness: DAVID SHOEMAKER**
Deposition taken on January 9, 2023

| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) | Cross-Designations | COURT RULING |
|---|---|---|---|---|
| 8:22-25 | AGREED | | | |
| 18:15-19:25 | AGREED | | | |
| 21:22-24 | AGREED | | | |
| 22:11-25 | AGREED | | | |
| 26:1-3 | AGREED | | | |
| 26:8 | AGREED | | | |
| 26:21-23 | AGREED | | | |
| 27:8-28:25 | AGREED | | | |
| 30:6-24 | AGREED | | | |
| 31:3-13 | AGREED | | | |
| 32:2-33:5 | AGREED | | | |
| 33:14-21 | AGREED | | | |
| 34:20-35:23 | AGREED | | | |
| 36:14-22 | AGREED | | | |
| 37:8-38:13 | AGREED | | | |
| 39:13-40:8 | AGREED | | | |
| 41:22-42:11 | AGREED | | | |
| 44:11-18 | AGREED | | | |
| 44:21-45:1 | AGREED | | | |
| 46:9-48:8 | AGREED | | | |

| | | | | |
|---|---|---|---|---|
| 49:1-50:2 | AGREED | | | |
| 52:13-17 | AGREED | | | |
| 55:22-56:10 | AGREED | | | |
| 56:22-57:5 | AGREED | | | |
| 57:9-17 | AGREED | | | |
| 60:10-18 | AGREED | | | |
| 61:8-20 | AGREED | | | |
| 62:6-64:10 | AGREED | | | |
| 64:19-65:14 | AGREED | | | |
| 66:5-7 | AGREED | | | |
| 66:22-67:1 | AGREED | | | |
| 67:3-12 | AGREED | | | |
| 68:10-15 | AGREED | | | |
| 68:20-69:17 | AGREED | | | |
| 71:16-72:24 | AGREED | | | |
| 73:9-74:3 | AGREED | | | |
| 74:19-75:19 | AGREED | | | |
| 75:21-76:5 | AGREED | | | |
| 77:18-78:14 | AGREED | | | |
| 88:18-22 | AGREED | | | |
| 89:2-90:21 | AGREED | | | |
| 90:23-91:2 | AGREED | | | |

| 95:11-96:16 | Relevance (FRE 401)<br>Waste of Time (FRE 403)<br>Witness Unavailable<br>(FRCP32(a)(4)<br>These passages are not<br>offered for completeness<br>or fairness. | | | |
| --- | --- | --- | --- | --- |
| 97:23-98:20 | Relevance (FRE 401)<br>Waste of Time (FRE 403)<br>Witness Unavailable<br>(FRCP32(a)(4)<br>These passages are not<br>offered for completeness<br>or fairness. | | | |
| 103:24-104:10 | AGREED | | | |
| 107:19-108:10 | AGREED | | | |
| | | | | |

Date:  July 22, 2025                         Respectfully submitted,


                                            By: */s/ Brett J. Schreiber*
                                            **Brett Schreiber, Esq.**
                                            Admitted *Pro Hac Vice*
                                            **Satyarinivas "Srinivas" Hanumadass,**
                                            **Esq.**
                                            Admitted *Pro Hac Vice*
                                            **Carmela Birnbaum, Esq.**
                                            Admitted *Pro Hac Vice*
                                            SINGLETON SCHRIEBER
                                            591 Camino de la Reina, Suite 1025
                                            San Diego, CA 92108
                                            bschreiber@singletonschreiber.com
                                            vas@singletonschreiber.com
                                            cbirnbaum@singletonschreiber.com
                                            jjusto@singletonschreiber.com
                                            eelms@singletonschreiber.com

                                            service@singletonschreiber.com
                                            *Co-Counsel for Plaintiffs Dillon Angulo*
                                            *and Neima Benavides*


## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Adam T. Boumel, Esq.**<br>Florida Bar No. 0110727<br>**Darren J. Rousso, Esq.**<br>Florida Bar No. 97410<br>THE ROUSSO, BOUMEL<br>LAW FIRM, PLLC<br>9350 South Dixie<br>Highway Suite 1520<br>Miami, FL 33156<br>Tel. 305-670-6669<br>Adam@roussolawfirm.com<br>darren@roussolawfirm.com<br>pleadings@roussolawfirm.com<br>*Attorneys for Plaintiff Dillon Angulo* | **Todd**<br>**Poses, Esq.**<br>Florida Bar<br>No.<br>0075922<br>POSES &<br>POSES,<br>P.A.<br>Alfred I. Dupont Building<br>169 East Flagler Street,<br>Suite 1600<br>Miami, FL 33131<br>Tel.  305-577-0200<br>Fax: 305-371-3550<br>tposes@posesandposes.com<br>maria@posesandposes.com<br>shelly@poseslawgroup.com<br>*Attorneys for Plaintiff Neima*<br>*Benavides* |
| **Whitney V. Cruz, Esq.**<br>Florida Bar No. 800821<br>**BOWMAN AND BROOKE LLP**<br>Two Alhambra Plaza, Suite 800<br>Coral Gables, FL 33134<br>Tel. 305-995-5600 / Fax: 305-995-6100<br>whitney.cruz@bowmanandbrooke.com<br><br>*Attorneys for Defendant Tesla, Inc.* | **Douglas F.**<br>**Eaton,**<br>**Esq.**<br>Florida Bar<br>No.<br>0129577<br>EATON &<br>WOLK PL<br>2665 South Bayshore Drive,<br>Suite 609<br>Miami, FL 33133<br>Tel. 305-249-1640<br>Fax: 786-350-3079<br>deaton@eatonwolk.com<br>cgarcia@eatonwolk.com<br>lhuete@eatonwolk.com<br>*Co-Counsel for Plaintiffs*<br>*Dillon Angulo and Neima*<br>*Benavides* |

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
Joel.Smith@bowmanandbrooke.com
Danya.Houghton@bowmanandbrooke.com
Juliet.Menendez@bowmanandbrooke.com
Peggy.Green@bowmanandbrooke.com
Carrie.Weaver@bowmanandbrooke.com
Brian.Dileo@bowmanandbrooke.com

Sara.margo@bowmanandbrooke.com

*Attorneys for Defendant*
*Tesla, Inc.*

*/s/ Haiyang De Giglio*
Haiyang De Giglio

**Page 1**

1       UNITED STATES DISTRICT COURT

2        SOUTHERN DISTRICT OF FLORIDA

3

4   NEIMA BENAVIDES, as Personal        :
5   Representative of the Estate        :
    of Naibel Benavides Leon,           :
6   deceased,                           :
                                        :  Case No.
7            Plaintiff,                 :  22-22607-KMM
                                        :
8        vs.                            :  Case No.
                                        :  21-CV-21940-BLOOM/Torres
9   TESLA, INC., a/k/a Tesla            :
    Florida, Inc.,                      :
10                                      :
             Defendant.                 :
11   _____
    DILLON ANGULO,                      :
12                                      :
             Plaintiff,                 :
13                                      :
         vs.                            :
14                                      :
    TESLA, INC., a/k/a Tesla            :
15   Florida, Inc.,                     :
                                        :
16           Defendant.                 :
17   _____x

18            DEPOSITION OF DAVID SHOEMAKER

19              Via Zoom Videoconference

20            Thursday, January 9, 2025

21

22  Stenographically Reported by:
    JUSTYNE N. JOHNSON
23  RPR, CSR. No. 14301

24  Job No. 567499

25  Pages 1-109

**Page 2**

1

2

3       The Deposition of DAVID SHOEMAKER, was taken on behalf

4   of Plaintiffs, all parties appearing remotely via Zoom

5   videoconference, beginning at 1:53 p.m., Pacific time, on

6   January 9, 2025, before JUSTYNE JOHNSON, RPR, Certified

7   Shorthand Reporter No. 14301.

8

**Page 3**

1   APPEARANCES:

2

3       FOR PLAINTIFFS

4       SINGLETON SCHREIBER, LLP

5       BY:  BRETT SCHREIBER, ESQ.

6       Attorney at Law

7       591 Camino de la Reina

8       Suite 1025

9       San Diego, California 92108

10      Bshreiber@singletonschreiber.com

11

12      FOR PLAINTIFF DILLON ANGULO:

13      THE ROUSSO, BOUMEL LAW FIRM, PLLC

14      BY:  ADAM T. BOUMEL, ESQ.

15      9350 South Dixie

16      Highway Suite 1520

17      Miami, Florida 33156

18      Adam@roussolawfirm.com

*Plaintiffs' Designations = Yellow*

*Tesla's Counter-Designations = Blue*

7/20/2025:

Green = from Brett
Blue = please do not delete
Red = from Tesla

**Page 4**

1   APPEARANCES (Continued):

2

3       FOR PLAINTIFF NEIMA BENAVIDES:

4       POSES & POSES, P.A.

5       BY:  TODD POSES, ESQ.

6       Attorney at Law

7       169 East Flagler Street

8       Suite 1600

9       Miami, Florida 33131

10      Tposes@posesandposes.com

11

12      FOR DEFENDANTS

13      BOWMAN AND BROOKE LLP

14      BY:  JOEL SMITH, ESQ.

15      Attorney at Law

16      1441 Main Street

17      Suite 1200

18      Columbia, South Carolina 29201

19      Joel.smith@bowmanandbrooke.com

20

21      ALSO PRESENT:

22      Ryan McCarthy, Esq.

23      Oleg Drokin

24

25

Transcript of David Shoemaker
Conducted on January 9, 2025

---

Page 5

```
                    INDEX
 1
 2   WITNESS                          EXAMINATION
 3      DAVID SHOEMAKER
 4           BY MR. SCHREIBER..................8
 5           BY MR. SMITH....................107
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 6

```
                    EXHIBITS
 1
 2   EXHIBIT      DESCRIPTION                     PAGE
 3   EXHIBIT 1    Notice of taking remote         13
 4                deposition and request for
                  production (7 pages)
 5
 6   EXHIBIT 2    Declaration of David Shoemaker  26
                  (8 pages)
 7   EXHIBIT 3    A document showing a street     108
 8                with street signs (1 page)
 9
10          WITNESS INSTRUCTED NOT TO ANSWER
11
12          PAGE          LINE
13          50            19
14          86            21
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 7

```
 1                January 9, 2025 | 1:53 p.m.
 2
 3
 4      THE VIDEOGRAPHER:  Okay.  Here begins media number one
 5   in the videotaped deposition of David Shoemaker in the
 6   matter of Benavides/Estate of Leon, et al., v. Tesla
 7   Inc./Angulo v. Tesla Inc., in the United States District
 8   Court, Southern District of Florida, Case Number
 9   21-CV-21940-BLOOM/Torres and 22-22607-KMM.
10          Today's date is January 9, 2025.  The time on the
11   video monitor is 13:53.  The remote videographer today is
12   Ken Lauguico, representing Planet Depos.  All parties of
13   this video deposition are attending remotely.
14          Would counsel please voice identify themselves
15   and state whom they represent?
16      MR. SCHREIBER:  Yes.  Brett Schreiber on behalf of the
17   plaintiffs.  And I'll also note for the record that
18   Mr. Oleg Drokin is -- and also present and -- a consultant
19   for the plaintiffs.
20      MR. BOUMEL:  Adam Boumel also here for the plaintiffs.
21      MR. SMITH:  Joel Smith here for Tesla.  And just to be
22   clear, the witness is on my laptop.  I'm sitting next to
23   him but don't have a camera on myself.  I'm using the
24   microphone that is -- that is -- the same microphone that
25   the witness is using on my laptop.  Just didn't want there
```

---

Page 8

```
 1   to be any confusion about my presence, if this was later
 2   used.
 3      THE VIDEOGRAPHER:  Okay.  Thank you so much.
 4          The court reporter today is Justyne Johnson,
 5   representing Planet Depos.  The witness will now be sworn.
 6      THE STENOGRAPHER:  And my California certification
 7   number is 14301.
 8          Mr. Shoemaker, can you raise your right hand,
 9   please?
10
11                    DAVID SHOEMAKER,
12      having first been sworn by the Certified Shorthand
13      Reporter, was examined and testified as follows:
14   THE WITNESS:  Yes.
15   THE STENOGRAPHER:  Go ahead, Counsel.
16   MR. SCHREIBER:  Thank you.
17
18                    EXAMINATION
19   BY MR. SCHREIBER:
20      Q   Good afternoon, Mr. Shoemaker.
21      A   Good afternoon.
22      Q   Sir, would you please just state your full name
23   and spell your last name for the record?
24      A   Yeah.  It's David James Shoemaker.
25   S-h-o-e-m-a-k-e-r.
```

T- Relevance FRE 401 and 403

9

1    Q   Mr. Shoemaker, have you ever been deposed before?
2    A   I have not.
3    Q   Well, welcome to a deposition.
4    A   Thank you.
5    Q   I can assure you that you will remember it
6 because it's the first time that you've done it. But
7 myself, the reporter, the videographer, and your counsel
8 have done thousands of them. And we will probably forget
9 about this shortly after it's over, but that's just the
10 nature of the beast.
11        With respect to a deposition, I just want to go
12 over a few basic ground rules. First and foremost, I need
13 clear, audible, English language responses to my
14 questions.
15        Do you understand that?
16   A   Yes.
17   Q   Secondly, because we are doing this proceeding on
18 Zoom, for the benefit of Madam Reporter, who is the most
19 important person in this room because she keeps our
20 record, it's key that I get my questions completed before
21 you provide your answers. I'll provide you the same
22 courtesy in return.
23        If any of us speak over each other, which we all
24 have a tendency to do from time to time -- it's
25 particularly bad in Zoom proceedings because it clips out

10

1 audio and then we just have Madam Reporter writing
2 something like "unintelligible" or "cannot hear" --
3 whatever the -- the lingo that they have is. Understood?
4    A   Understood.
5    Q   Similarly, I'm going to be asking about some
6 stuff of fairly recent vintage, so we're not going too
7 deep into -- into time. But I just want you to know that
8 I don't want you to guess or speculate, but I am entitled
9 to your best estimate. So if I ask you about a
10 communication or something you did, maybe you don't
11 remember it specifically to every granular, cellular
12 detail, but you can give me the general gestalt.
13        I am entitled to that general understanding or
14 recollection, but I don't want you to guess or speculate.
15 You understand that?
16   A   Understood.
17   Q   Similarly, sir, I hope (audio interference) up
18 and down in a couple hours on this. We're going to focus
19 primarily on a declaration you prepared as well as some
20 tooling that you did and work you did to create an
21 augmented visual overlay video. But I can assure you
22 during the course of this proceeding, I'll probably ask
23 you a question that is inarticulate, unclear, or -- or
24 otherwise unintelligible.
25        I do that not because I'm trying to trip you up.

11

1 It's just that when I sit there and talk to someone for a
2 couple hours, sooner or later I will ask a question that
3 is one of those things. It's incumbent upon you, if you
4 do not understand my question, to ask me to rephrase my
5 question. Because when this thing gets written down into
6 a transcript, if you answer questions, I or anybody else
7 looking at it is going to assume you understood my
8 question as phrased. Fair?
9    A   Understood.
10       MR. SMITH: Object to that last narrative.
11 BY MR. SCHREIBER:
12   Q   Similarly, your counsel will occasionally do what
13 he just did -- right? -- which is raise objections.
14 There's not a judge or a jury here -- well, the judge.
15 Jurors don't make those calls -- a judge to decide the
16 validity or the appropriateness of those objections. He's
17 just doing that for the record.
18       You will still answer my questions, unless your
19 lawyer tells you specifically not to answer them. You
20 understand that?
21   A   Yes. Understood.
22   Q   All right. There are other rules we call
23 admonitions to the deposition proceeding. They don't
24 really matter. Or what will often happen is they come up
25 during the course of the proceeding, so we'll remind you

12

1 or bring those up as they come. I like to give ^ the
2 witness an opportunity, though, before we start the
3 deposition and get into the meat of the thing. Do you
4 have any questions for me about this proceeding before we
5 get started?
6    A   No questions for me.
7    Q   All right. Great. So you understand -- oh, I
8 guess there's always one that matters. Although I've
9 never had a witness pretend that they didn't know. You
10 understand the oath you were given is the same oath as if
11 you were to testify in front of a judge and a jury;
12 correct?
13   A   Okay.
14   Q   All right. It is; right? So swearing to affirm
15 to tell the truth, the whole truth, and nothing but the
16 truth is the same as if you were testifying in a court of
17 law. You understand that now?
18   A   Okay. Sure. Yeah. I understand.
19   Q   All right. So we want to get your best testimony
20 here today. I know it's about 2:00 p.m. -- you're on the
21 West Coast; right? You're California based?
22   A   That's correct.
23   Q   All right. So we want to get your best testimony
24 here today. Any reason you feel, sir, that you cannot
25 give us your best testimony with respect to your

**13**

1 declaration and the work you performed recently in this
2 case?
3    **A   No reason that I can think of.**
4    Q   Okay.
5       MR. SCHREIBER: Sir, I'm going to show you what we
6 will mark as Exhibit 1 to your deposition. Let me ^ ck to
7 a quick "save as" so that it is saved in the right place
8 and I remember to send it off to the court reporter after.
9       (Exhibit 1 was marked for identification by the
10 Certified Shorthand Reporter and is attached hereto.)
11      (Exhibit 1, page 1, was displayed.)
12 BY MR. SCHREIBER:
13    Q   All right. See the document I'm sharing with
14 you, sir?
15    **A   I do see it.**
16    Q   Have you seen it before?
17    **A   Yes. This looks familiar.**
18    Q   So this is the deposition notice. It's just the
19 legal document that brings us all here. It was served on
20 your lawyers yesterday or the day before after Mr. Smith
21 and I had agreed that we would do these depositions on
22 this date. The only thing that really matters to it --
23 and I want to focus your attention on -- is we asked for
24 production of certain materials, documents. And one of
25 them was any and all augmented video renderings from the

**14**

1 narrow camera of the subject vehicle.
2       (Exhibit 1, page 3, was displayed.)
3 BY MR. SCHREIBER:
4    Q   I understand that a version of the augmented
5 video from the narrow was produced yesterday; correct?
6    **A   That's my understanding. Yes.**
7    Q   Did you already have that narrow iteration
8 prepared?
9    **A   We -- it was prepared shortly before it was**
10 **produced yesterday.**
11    Q   Okay. And when you are preparing it, after you
12 have already prepared one from the main, is there -- what
13 amount of time is required to then also make a rendering
14 from the narrow?
15    **A   So after we had prepared the augmented vision**
16 **rendering from the main camera, I believe it took only an**
17 **hour or two to produce the -- the rendering for the narrow**
18 **camera.**
19    Q   Thank you, sir.
20       All right. Did you review any documents to
21 prepare for your deposition today?
22    **A   I checked -- I -- I did review the vehicle logs**
23 **from the vehicle that were retrieved from the -- from the**
24 **disk image that was retrieved from the -- from the flash**
25 **chip on the vehicle. I reviewed the vehicle logs in**

**15**

1 **preparation for this deposition.**
2    Q   And what about the -- and when you refer ^ to the
3 "vehicle logs," what are you describing?
4    **A   I'm describing -- when I say "vehicle logs," I'm**
5 **describing text logs that are on the autopilot computer.**
6    Q   Okay. And so these are the text logs that exist
7 -- typically contained within a snapshot file that
8 essentially describe system states of the autopilot ECU?
9    **A   Yeah. They're -- you know, they're like appended**
10 **to -- by tasks running on the autopilot ECU. And we would**
11 **typically include those logs in a snapshot.**
12    Q   Okay. And that is different from the car log
13 data that we usually would see, for instance, that would
14 be obtained off of the SD card of an MCU; correct?
15    **A   Right. That's a very different thing. Yeah.**
16 **I'm -- personally, I am familiar -- pretty familiar with**
17 **the autopilot side, especially data collection from the**
18 **autopilot ECU. But I'm not so familiar with the -- the --**
19 **the other logs you described getting from the MCU.**
20    Q   Fair enough. And we just deposed someone on
21 behalf of Tesla who was on the service side. And he
22 described his experience reviewing what he called either
23 "CAN data" or "log data," which he finds on the MCU side.
24 And that, as I understand it, is kind of ^ an interpreted
25 or visualized, you know, version of log data regarding

**16**

1 system states of -- of the vehicle in its operation.
2       But that's different from what you reviewed;
3 correct?
4    **A   That's correct. What I reviewed was text logs.**
5 **So it wasn't -- it wasn't something that you would, like,**
6 **plot or view like a signal. It was -- it was a text-based**
7 **log.**
8    Q   Understood. And he described how he typically
9 reviews that in a -- one of Tesla's service-side programs.
10 I think it's in -- in Toolbox or Garage. I can't recall
11 which one, off the top of my head right now. Is that --
12 is that an interface or piece of software that -- that you
13 engage with with any regularity as part of your
14 professional duties at Tesla?
15    **A   Garage, I engage with occasionally. Toolbox,**
16 **on -- only very -- only a couple times maybe at my time at**
17 **Tesla. Very rarely.**
18    Q   When you reviewed the text logs about -- from the
19 autopilot ECU, did it show evidence to you that the
20 autopilot ECU of the subject vehicle had been powered on
21 on June 19, 2019?
22    **A   It did not. The text logs -- yeah. To the best**
23 **of my knowledge, it did not. The logs I looked at were**
24 **from April of 2019.**
25    Q   And what information, if any, did you glean from

**Page 17**

1  reviewing the text logs from April of 2019?
2  **A   I — so to be clear, I didn't — I didn't do any**
3  **kind of comprehensive review of the logs today.  I was**
4  **looking specifically to confirm the date and timestamp of**
5  **a snapshot being recorded and a snapshot being uploaded.**
6  **And so I — I only looked at those few log — log lines**
7  **that confirmed those — those date and timestamps.**
8  Q   All right.  Did you review any other material?
9  And that would include written material, digital material,
10 any other material in any form to prepare for your
11 deposition today?
12 **A   Yes.  I did look at a — a text message to a**
13 **coworker about searching for this — this snapshot.**
14 Q   Okay.  And who was that coworker?
15 **A   That was Dzuy Cao.**
16 Q   Spell that name for the benefit of the reporter.
17 **A   I'm going to try.  I think it's D-z-u-y, C-a-o.**
18 Q   Okay.  And Mr. Cao, what is his role in the
19 company?
20 **A   Honestly, I can't — I can't say what his role**
21 **is, off — I know that he — I know that he's involved in**
22 **tracking, like, safety statistics of autopilot.**
23 Q   And what was your text message with him about?
24 **A   I asked him if — this is — I don't remember the**
25 **date of this text message, but this is, I believe,**

**Page 18**

1  **probably October of last year.  So this was an older text**
2  **message.  And I asked him if we had received a snapshot**
3  **from this VIN on this day.  And he said that we had not.**
4  **And he said that -- "we have what looks to be dashcam**
5  **footage" is what he said to me.**
6  Q   Okay.  Did you have any follow-up conversations
7  with Mr. Cao since that text message exchange about that
8  text message exchange?
9  **A   Not about that text message exchange, no.**
10 Q   Okay.  And did you come to conclude at some point
11 that Tesla had received what Mr. Cao called a -- dashcam
12 footage?
13 **A   No.  I did not come to conclude that at any**
14 **point.**
15 Q   Okay.  We'll drill down deeper into some of this
16 as we move forward.  Before I do, though, I want to get a
17 little bit better understanding of your background.
18 What's the highest level of education you've received,
19 sir?
20 **A   I have a bachelor's degree.**
21 Q   In what?  From where?
22 **A   Computer science from the University of**
23 **California, San Diego.**
24 Q   Excellent.  And when did you obtain that?
25 **A   Summer of 2005.**

**T- Relevance FRE 401 and 403**

**Page 19**

1  Q   All right.  And so for the better part of
2  20 years, what have you done since you got your computer
3  science degree at UCSD?
4  **A   At a high level, I've been working as a software**
5  **engineer in Silicone Valley since then.**
6  Q   How long have you been with Tesla?
7  **A   Been with Tesla over seven years.**
8  Q   What's your current title?
9  **A   Autopilot manager.**
10 Q   What are the job duties of an autopilot manager?
11 **A   I manage a team of software engineers working on**
12 **autopilot software.**
13 Q   How many engineers?
14 **A   Thirteen, I believe.  Yeah.**
15 Q   And how long have you been in that role as an
16 autopilot manager?
17 **A   I've been in this role for about -- a little over**
18 **four years.**
19 Q   What did you do for the first three years at
20 Tesla?
21 **A   I was a software engineer on the autopilot team.**
22 Q   So you, essentially, elevated from software
23 engineer on the autopilot team to autopilot engineer -- or
24 autopilot manager?  Excuse me.
25 **A   Yes.  That's correct.**

**T- Relevance FRE 401 and 403.**

**Page 20**

1  Q   So you started there in approximately 2017?
2  A   Yeah.  That's right.
3  Q   And from 2017 to 2019 -- or maybe when -- 20- --
4  was it 2019 or 2020 when you elevated?
5  A   I think it was end of 2020.
6  Q   Okay.  Was -- describe for me -- and before this,
7  I'm assuming you were on a team similar to what you
8  oversee now?
9  A   Yeah.  That's correct.
10 Q   What was the turnover rate within the autopilot
11 department at Tesla from that 2017 to, let's say, 2020
12 timeframe?
13 A   In terms of, like, a percentage — like,
14 percentage of engineers that left the company per year or
15 something like that or —
16 Q   Yeah.  Whatever your best estimate is.
17 A   I don't — it's hard to estimate honestly, but
18 probably less than 10 percent a year would turn over.  I
19 real — honestly, I wasn't really paying to close of
20 attention to turnover rate.
21 Q   What about within your own team?
22 A   I would say similar to the rest of autopilot.
23 Yeah.
24 Q   Okay.
25 A   You're talking about the team that I was on

Transcript of David Shoemaker
Conducted on January 9, 2025

6 (21 to 24)

---

**21**

1  before I became the manager; is that correct?
2  Q   I am.
3  A   Okay.
4  Q   Prior to working at Tesla, what did you do?
5  A   Prior to Tesla, I was at a consumer electronics
6  start-up called Pearl Automation.
7  Q   How long were you there?
8  A   About three years.
9  Q   What came of Pearl Automation?
10  A   It died unfortunately.
11  Q   What were they in the business of?
12  A   We were making con — consumer electronics
13  products.  So hardware, software, integration products
14  for — like, they were aftermarket products for your car.
15  First product we made was, like, a wireless backup camera.
16  Q   What did you do before that?
17  A   Before that, I was at Apple for about six years.
18  Q   What did you do at Apple?
19  A   At Apple, I worked on iPods, mainly, like, iPod
20  Nano.  And I worked on the first version of the Apple
21  Watch.
22  Q   Okay.  Who is your direct supervisor that you
23  report to as an autopilot manager at Tesla?
24  A   I report to Srihari.
25  Q   Spell that.

**T- Relevance FRE 401 and 403**

---

**22**

1  A   Sri -- his full name is Srihari.  S-r-i-h-a-r-i.
2  Q   Okay.  What is Sri's last name?
3  A   Sampathkumar.
4  Q   He ain't going to read it so just try your best
5  to spell it.
6  A   S-a- -- S-a-m-p-a-t-h-k-u-m-a-r.
7  Q   Okay.  And what is Sri's title within the
8  company, to your knowledge?
9  A   I believe it's also autopilot manager.  I'm not
10  100 percent sure, to be honest.
11  Q   Okay.  And does the team that you oversee focus
12  on a particular aspect of autopilot software?
13  A   Yes, it does.
14  Q   What is it?
15  A   Data collection specifically.
16  Q   And has that been true for the four years that
17  you've been in this role?
18  A   Yes, it has.
19  Q   Okay.  And then does Sri oversee a team of
20  autopilot managers whose teams handle different aspects of
21  autopilot software?
22  A   Yes.  And also he oversees, you know, some
23  individual contributors.  He has some direct reports as
24  well.
25  Q   Okay.

**T- Relevance FRE 401 and 403.**

---

**23**

1  And who does Sri report to, to your knowledge?
2  A   He reports to Milan.
3  Q   Spell it -- spell the name.
4  A   M-i-l-a-n.  Last name is Kovac, K-o-v-a-c.
5  Q   Got you.
6  A   And he's — he's a vice president.
7  Q   Of autopilot?
8  A   Actually —
9  Q   Or --
10  A   — vice president of Optimus actually.
11  Q   Vice president of what?
12  A   Optimus.  It's — it's a different project.
13  It's, like, a humanoid-robot project that Tesla's working
14  on.
15  Q   Milan used to be on the autopilot team, though;
16  correct?
17  A   That's correct.
18  Q   Okay.  And what was his focus when he was on the
19  autopilot team?
20  A   He had — he eventually had a relatively broad
21  scope on the autopilot team.  But it was basically
22  anything what — they would call "infra," which is kind of
23  anything that's not directly the algorithms that control
24  the vehicle but all of the software that's — and systems
25  that are needed to support the development of autopilot,

---

**24**

1  whether that be things like I work on, that may run on the
2  autopilot computer, or it could be things that run on a
3  server or in a data center.
4  Q   Okay.
5  So was he essentially in the role of the director
6  of software engineering within the autopilot group?
7  A   No.  I would not say he was director of software
8  engineering.  He was — he was a director and he was in
9  charge of autopilot infra, basically.  Anything that —
10  'cause the — there were other directors involved, you
11  know, that were in charge of other aspects of software
12  engineering within autopilot.
13  Q   Okay.  So autopilot infra.  And I'm sorry.
14  That's not a phrase I've heard before.  And --
15  A   Yeah.
16  Q   I -- I was just going to say that at least
17  according to Mr. Kovac, in another deposition, he called
18  himself the director of software engineering.  So I -- I
19  didn't come up with that.  That's why I -- I was asking.
20  Describe for me what your understanding is to be
21  a VP or a director of autopilot infra as opposed to what
22  that -- what it includes and then what it excludes.  And I
23  apologize.  You're going to be somewhat repeating
24  yourself.  I know.
25  A   Yeah.  So he was a director of software

---

Transcript of David Shoemaker
Conducted on January 9, 2025

7 (25 to 28)

---

**25**

1  engineering.  Maybe just not the director of the software
2  engineering.  There were multiple directors of software
3  engineering in autopilot.
4      Q   Yep.
5      A   And, specifically, what we call "infra" or
6  "infrastructure," what that means is there's a lot of
7  software required to develop a project like autopilot that
8  is not actually the autopilot algorithms themselves.
9  Right?  Whether that's using computer vision to detect
10  something or control a vehicle.  That we consider to be,
11  like, the autonomous vehicle, the autopilot stack --
12  software stack.  Right?
13      And then there's also the -- the infrastructure
14  needed to develop that software.  And that is what Milan
15  owned -- what he oversaw.  And as I mentioned previously,
16  that could be software that runs on the autopilot
17  computer.  Like, for example, for data collection, we need
18  to have software running on the autopilot computer to log
19  data or it could be software that runs in -- on a server
20  to process the data or in a data center.
21      And so Milan's organization included all of that
22  infrastructure necessary to support the development of
23  autopilot software, but it didn't actually write the
24  actual autopilot algorithms themselves.
25      Q   Got it.  Okay.

---

**26**

1      MR. SCHREIBER:  All right.  So, sir, I'm going to turn
2  now to what we will mark as Exhibit 2 to your
3  deposition --
4      (Exhibit 2 was marked for identification by the
5  Certified Shorthand Reporter and is attached hereto.)
6      (Exhibit 2, page 2, was displayed.)
7  BY MR. SCHREIBER:
8      Q   -- which is the declaration that you prepared.
9      MR. SMITH:  (Indiscernible.)
10      THE STENOGRAPHER:  I'm sorry.  Did someone say
11  something?
12      MR. SMITH:  I'm sorry.  It was me.  I should not --
13  this is Joel Smith.  I was just saying -- I meant to have
14  a paper copy for the witness and I don't.
15      MR. SCHREIBER:  All good.
16      MR. SMITH:  I might do that at a break, though.
17  Brett, I might get him a paper copy.
18      MR. SCHREIBER:  Yeah, that's fine.  I'll keep it up on
19  the screen.  We can talk about it and go from there.
20  BY MR. SCHREIBER:
21      Q   You see that on your screen now; right,
22  Mr. Shoemaker?

T- Relevance FRE 401 and 403.

23      A   Yes, I do.
24      (Exhibit 2, page 2, was displayed.)
25  ///

---

**27**

1  BY MR. SCHREIBER:
2      Q   And those highlights are obviously all mine.
3  It's just my notes to myself of the stuff I want to talk
4  to you about.  I think we've covered a bit on Number 3,
5  which is that you are and have been employed since
6  August 2017 as a software engineer and a manager of the
7  autopilot team.
8      And then you go on to say that throughout your
9  employment, you have personal knowledge about when and
10  what sorts of data vehicles transmit over the air to Tesla
11  in the event -- in the event of a crash or safety critical
12  event as well as Tesla's -- Tesla's methods and practices
13  for receiving, storing, and analyzing such data.
14      That is a true statement; right, Mr. Shoemaker?    T- Relevance FRE 401 and 403.
15      A   That is true.
16      Q   All right.  Spend a minute here on paragraph 5.
17  Here is where you tell us that "in the event of a
18  moderate-to-severe crash, certain data would be packaged
19  to the autopilot ECU in a Tape Archive" -- or known as
20  "TAR file" -- "that Tesla refers to as a snapshot";
21  correct?
22      A   That's correct.
23      Q   What is the requirement -- what is -- needs to
24  happen physically to the vehicle insofar as a
25  moderate-to-severe crash to trigger a snapshot?  Is it

---

**28**

1  the -- is -- my understanding it's a pyrotechnic event.
2  Is that your understanding?
3      A   That is not my understanding exactly.  We -- we
4  do collect snapshots or we did select snapshots, I should
5  say, for many different reasons, not just collisions.  But
6  if you want to limit -- limit the conversation to
7  collision snapshots, those are going to be triggered by
8  any event that the autopilot computer received from the
9  RCM, the restraint control module.  And it is my
10  understanding that the -- like the pyro event are only a
11  subset of those.
12      Q   All right.  So that's interesting.  So from your
13  perspective as an autopilot manager, there are snapshots
14  generally and then there are crash snapshots; true?
15      A   That's right.  Collision snapshots.  Yeah.         T- Relevance FRE 401 and 403.
16      Q   Or collision snapshots we'll call them.  Okay.
17      And insofar as a collision snapshot, that is when
18  there is a communication between the RCM, the restraint
19  control module, and the autopilot ECU?
20      A   That's right.
21      Q   And while a pyrotechnic event, which would
22  generally involve the firing of an airbag, I believe the
23  firing of a pretensioner; is that correct?
24      A   That, I'm not sure about.  I don't know too much
25  about the RCM.

---

Transcript of David Shoemaker
Conducted on January 9, 2025

---

**29**

1  Q   That's fine.  And/or what about the -- the firing
2  of that pedestrian mitigation thing that -- that, like,
3  hood -- I don't know what you guys -- what do you call
4  that thing?
5  A   I've heard that called Ped Pro, which, I believe,
6  is short for pedestrian protection.
7  Q   Something like that.  Yeah.  It's basically like
8  a pedestrian airbag, but it's just a hood kind of
9  softening the blow?
10  MR. SMITH:  Brett, this is Joel Smith.  I know you
11  didn't mean to, but he was still answering when you cut
12  him off.  And you asked him not to answer before you asked
13  the question.  So would you just make sure you let him
14  finish?  Thank you.
15  MR. SCHREIBER:  For sure.  For sure.
16  MR. SMITH:  Yeah.
17  MR. SMITH:  You're right.  I did.  I was just
18  trying to clarify what --
19  MR. SMITH:  I know.
20  MR. SCHREIBER:  -- what that thing was.
21  BY MR. SCHREIBER:
22  Q   Did you want to finish?  I apologize, sir.  Did
23  you want to finish your answer on the Pedestrian Pro?
24  A   No, problem.  No, I'm good.
25  Q   Okay.  Does that exist on -- on domestic vehicles

**30**

1  in the 2019 era, to your knowledge?  The United States
2  domestic vehicles.
3  A   I honestly have no idea.  Yeah.  I couldn't tell
4  you, one way or the other.
5  Q   Fair enough.
6  All right.  So the pyrotechnic event that you
7  know that triggers a collision snapshot is an airbag
8  firing.  Are there other pyro events, as you called them,
9  that would also trigger a collision snapshot other than an
10  airbag firing?
11  A   Other pyro events, I'm not sure.  Actually, I
12  don't -- so I know there are other RCM events that would
13  trigger a collision snapshot.  I don't -- and I believe
14  there are some that are pyro events and some that are not
15  pyro events.
16  Q   And so that's what I was trying to -- to separate
17  between.  What other RCM events trigger a collision
18  snapshot, to your knowledge, that are not -- we got pyro
19  events?  What else we got?
20  A   My understanding is the RCM can evaluate whether
21  an airbag deploy is necessary or not.  And we -- I know of
22  two categories of events that we receive from the RCM.
23  So -- in one category, we -- we consider a deploy event.
24  In another category, we consider a near deploy event.
25  Q   Okay.  That was going to be my next question

T- Relevance
FRE 401 and
403.

**31**

1  because I've seen that.  Hell, I've seen this in old
2  school, like, Bosch event data recorder things.  There's
3  deploy and then there's near deploy.  Is it your testimony
4  that a near deploy is, in your experience, an event that
5  will trigger a collision snapshot?
6  A   Yeah.  If we get a near deploy event from the
7  RCM, we will -- we will trigger a collision snapshot.
8  Q   And just to be clear, because we're discussing a
9  2019 vintage vehicle, that was true then; correct?
10  A   To the best of my memory, that was true then.
11  Yes.
12  Q   Does it remain true today?
13  A   Yes.  It remains true today.
14  Q   Fair enough.  And then you described other
15  snapshots that were not collision snapshots that you said
16  we collected.  And you made a point, it seemed to me,
17  emphasizing the "-ed" past tense of collected.  Tell me
18  about what those other snapshots that you collected were,
19  why they were collected, and why you stopped collecting
20  them.  So that is three questions.  I recognize it, and I
21  can break it down for you in bite size chunks, if you
22  prefer.
23  MR. SMITH:  Gosh, you made my objection for me.
24  MR. SCHREIBER:  You know, I do that sometimes.  And
25  I'll sustain it too.

T- Relevance FRE 401 and
403.

**32**

1  BY MR. SCHREIBER:
2  Q   So why don't you go ahead and tell me, what were
3  those non-collision snapshot?  We'll start with the what.
4  And then we're going to follow up with the why, and then
5  we're going to discuss the when -- you know what I'm
6  saying?  Start with the what.
7  A   Understood.  We -- we do collect data for many
8  different events, not just collision events.  And in
9  the -- in 2019, we would have collected snapshots for
10  other events.  For example, to evaluate how autopilot is
11  performing in some scenarios even perfectly nominal
12  performance.
13  We collect data to use to train autopilot
14  algorithms.  We collect data that will allow us -- allow
15  autopilot engineers to improve autopilot features.  We
16  have many, many reasons to collect data, also including
17  metrics.  We collect data to purely track metrics over
18  time.
19  Q   All right.  When was -- you said the -- you were
20  doing that in 2019.  Has that stopped?  Has that changed?
21  Tell me about that.
22  A   Yeah.  It has stopped and one -- it has changed.
23  It has not stopped.  Sorry.  I made that distinction just
24  because we moved to a slightly different format -- file
25  format, basically, that we collect the data.  We now

T- Relevance
FRE 401
and 403.

Transcript of David Shoemaker
Conducted on January 9, 2025

9 (33 to 36)

**T-Relevance FRE 401 and 403.**

Page 33

1  collect clips. We used to collect snapshots. So you may
2  hear the term "clip" and "snapshot" used almost
3  interchangeably. The reason being they are incredibly
4  similar in terms of the -- the data inside -- inside them.
5  It's just the file format is different.
6      Q   And when you would be analyzing that data,
7  whether it comes in the form of a snapshot or a clip, is
8  there a particular tool -- software tool that autopilot
9  engineers use to review and analyze those data streams?
10     MR. SMITH:  Object to the form just because it's not
11 limited to a specific time.
12     MR. SCHREIBER:  It's not.
13 BY MR. SCHREIBER:
14     Q   And that's by design because you said it changed.
15 So I'm trying to understand -- I'm assuming the software
16 used to interpret the data may have also changed; is that
17 correct, sir?
18     A   It is correct that it's changed. And now in --
19 you know, in 2025, we use ^ an internally developed tool
20 called AP Viz for visualizing and analyzing the data that
21 we collect in clips.
22     Q   Whereas historically -- let me ask you this:
23 When did AP Viz become the software tool used to visualize
24 and analyze the data collected in clips?  Best estimate.
25     A   Yeah. I'm going to have a hard time remembering

Page 34

1  an exact date there. But it would have been around 2020.
2  Maybe 2021. Probably 2020.
3      Q   Okay. And before that, snapshot data was
4  analyzed and visualized in what software tool?
5      A   Before that, we did have both clips and
6  snapshots, and they would both have been visualized in a
7  different software tool that was also developed in-house
8  that we just called "T-Clips."
9      Q   So you still collected clips pre-2020, and you
10 also collected snapshots. And those were visualized and
11 analyzed in your program called T-Clips; correct?
12     A   Pre-2020, we collected both clips and snapshots,
13 and they were visualized and analyzed in T-Clips.
14     Q   And explain to me what the difference -- 'cause
15 you -- you said a moment ago that snapshots and clips
16 were, quote, "incredibly similar in terms of the data
17 inside them but the file format is different."
18     Was that true when you used to collect both?
19     A   Yes. That was true.
20     Q   And now, you just no longer collect snapshots;
21 you collect clips. But, again, incredibly similar in
22 terms of the data inside. It's just a different file
23 format; correct?
24     A   We -- we used to collect two different types of
25 packages, a snapshot and a clip. They were very similar.

**T-Relevance FRE 401 and 403.**

Page 35

1  And we basically just consolidated on one format, which is
2  a clip.
3      Q   Describe for me how those packages were -- were
4  created. In other words, what were the -- there were -- I
5  assume there was some sort of a structure or architecture,
6  if you will, for what was contained within a clip just
7  like there was a certain structure or architecture within
8  a snapshot; is that true?
9      A   Both file formats are -- they're archives. So if
10 you know of, like, a zip file, for example, where you take
11 a bunch of files and zip them into one file, both clips
12 and snapshots use that model. They both use the Tape
13 Archive format, the TAR format. And they both are similar
14 in that they have -- they contain a large number of, like,
15 data files and then they also contain, at the top level,
16 a -- what we would call, like, a metadata file, which is,
17 you know, basically almost like a manifest kind of
18 describes what is in that package.
19     Q   Got it. Would the data files contained within a
20 clip versus a snapshot file in 2019 be different in terms
21 of their content?
22     A   There would be probably small differences but
23 nothing -- nothing that jumps out to me at the moment.
24     Q   Okay.
25     For the subject vehicle, 2019 Model S that you've

**T-Relevance FRE 401 and 403.**

Page 36

1  reviewed some of the data streams for, would there be both
2  a snapshot and a clip file for that vehicle?
3      A   No. There would only be a snapshot file for that
4  vehicle.
5      Q   Why?
6      A   At that time, we were not collecting clips from
7  customer cars. We were only collecting clips from
8  engineering cars.
9      Q   Got it.
10     MR. SCHREIBER:  All right. Going back to your
11 declaration, which I marked as Exhibit 2.
12     (Exhibit 2, page 2, was displayed.)
13 BY MR. SCHREIBER:
14     Q   You describe how the subject Model S running
15 hardware 2.5 in the event of a crash would create a
16 collision snapshot. And it would transmit this package
17 file to Tesla via the media control unit; correct?
18     A   That's right.
19     Q   Okay. Now, before the TAR file would be
20 transmitted via the media control unit, the TAR file would
21 first have to be created; correct?
22     A   That's right.
23     Q   All right. The files within a collision snapshot
24 were packed sequentially; true?
25     A   By "sequentially," do you mean, like,

**T-Relevance FRE 401 and 403.**

Transcript of David Shoemaker
Conducted on January 9, 2025

10 (37 to 40)

**37**

1 chronologically or just -- they're not, like, interweaved
2 with each other?
3    Q   I mean sequentially in that there was a
4 deterministic order that snapshot files were created.
5    A   I'm not sure, to be honest, if there -- if it was
6 determined -- if the order of the files was determined to
7 be snapshots.
8    Q   Okay.  What is your understanding as to how
9 the -- again, to use the phrase, as you seemed to
10 understand it before, what the basic architecture or
11 structure of a collision snapshot file was in 2019?
12    A   Basic architecture of a collision snapshot file
13 in 2019 would include an archive info -- or archive
14 info.json file at the top, which, as I mentioned
15 previously, there's this a top-level metadata file which
16 contains some metadata about the vehicle and about the
17 snapshot.
18        And then there would be multiple direct --
19 directories that contain data.  For example, there would
20 be a directory of image data or video data.  There would
21 be a directory of text logs.  There would be multiple
22 directories that contains data that we wanted to collect
23 from the car.
24    Q   Okay.  Would there be a directory of CAN bus
25 data?

**38**

1    A   Yes.  There would be ^ a directory of CAN bus
2 data.
3    Q   Then there would be the text logs including some
4 of the ones that you reviewed to prepare for your
5 deposition today; correct?
6    A   That's correct.
7    Q   And then there would be a directory for realtime
8 data values; correct?
9    A   Yes.  There should be a directory for realtime
10 data values.
11    Q   And then there would be a directory for videos;
12 correct?
13    A   That's right.
14    Q   Okay.  In your experience, having reviewed
15 snapshots from this era, 2019, had you found review of
16 those files to ever be structured differently?  In other
17 words, where there's the archive.info.json [sic] --
18    MR. SCHREIBER:  Which is j-s-o-n, Madam Reporter.
19 BY MR. SCHREIBER:
20    Q   -- at the top, followed by CAN bus, followed by
21 text logs, followed by realtime data values, followed by
22 videos?
23    A   Different snapshots can contain different sets of
24 data.  The snapshot system and the clip system were both
25 architected to allow us to choose which types of data we

**39**

1 would include in any given snapshot or clip.  So, for
2 example, I have seen snapshots that contain -- I believe
3 I've seen snapshots that contain only the archive
4 info.json.  And I've seen snapshots that contain other
5 kind of subsets of those data directories that you
6 mentioned.
7        So not all snapshots had the same structure
8 and -- they all had the same structure, but they did not
9 have all of those directories that you would have listed.
10    Q   No.  I understand that.  And when you say
11 "snapshots," are you limiting that to collision snapshots?
12    A   No.  I'm talking about all snapshots.
13    Q   So let's -- let's hone in a little bit then.  In
14 collision snapshots, did they all have that same kind of
15 deterministic order of the json file, followed by the CAN
16 bus data, followed by the text logs, followed by the
17 realtime data values, followed by videos?
18    A   With the exception that over time we may have
19 decided to include more data in a collision snapshot, yes.
20 What you said is -- what you said is correct.  That all
21 collision snapshots could contain all the same set of data
22 streams.
23    Q   And in 2019, all collision data snapshots contain
24 the same set of data streams in the same order; true?
25    A   Maybe not for the entire year of 2019, but yeah,

**40**

1 more or less.
2    Q   Fair.  Because after all, you may have made a
3 decision as an engineering group to make some change to
4 collect some additional data that would have changed that
5 structure.  But otherwise, unless and until that occurred,
6 it would have continued to be the same in each collision
7 snapshot; correct?
8    A   That is correct.
9    Q   All right.  So going back to Exhibit 2,
10 paragraph 5, it says that a power supply and -- "because
11 the power supply and cell service are required, it was and
12 is not uncommon for Tesla to not receive the snapshot
13 package in a high-energy event," like you understand this
14 one was.
15        Did I read that one correctly?
16    A   Yeah.  That's correct.
17    Q   Do you have any understanding as to whether or
18 not the high-voltage and/or low-voltage battery of this
19 vehicle continued to function after impact?
20    A   I do not know.
21    Q   Okay.  Do you have any information to confirm
22 whether or not this vehicle -- well, what powers a
23 vehicle's cell service, to your knowledge?  Is it
24 high-voltage or low-voltage battery?
25    A   I'm not very familiar with that area of the

T-Relevance FRE 401 and 403.

T-Relevance FRE 401 and 403.

T-Relevance FRE 401 and 403.

Transcript of David Shoemaker
Conducted on January 9, 2025

11 (41 to 44)

**41**

1  vehicle architecture, but I believe it's low voltage.
2  Q   It's my understanding as well.
3      So typically, then, so long as the low-voltage
4  battery continues to operate and barring some physical
5  destruction of the -- the hardware that operates the --
6  the cellular connection, the vehicle should continue to
7  have cellular service such that it can transmit snapshot
8  data.  Is that true, sir?
9  A   I would not say the physical destruction is the
10  only thing that would disrupt power or cell service.  We
11  do, for example -- and I believe this applies even in
12  collision scenarios.  We do have timers that, you know,
13  after a certain period of time, we will power down various
14  ECUs, power rails on the -- on the vehicle.
15      And so I think even outside of a physical
16  destruction scenario the -- after a certain amount of
17  time, power would be shut off to the autopilot ECU, for
18  example.
19  Q   Okay.  Do you know if that happened in this
20  instance?
21  A   I do not know.
22  Q   All right.  And inside the collision snapshot
23  files that Tesla received in 2018 -- 2019, it included
24  videos.  And those were eight videos; correct?
25  A   That's -- yes, that's correct.

**42**

1  Q   Do you have an understanding as to whether or not
2  Tesla, in fact, received eight videos from this crash
3  immediately after this crash?
4  A   My understanding is that we did receive eight
5  videos from this crash, within minutes of the crash.
6  Q   And that would tell you, as an autopilot software
7  engineer and manager who has extensive experience in how
8  Tesla receives and stores and analyzes data from its
9  vehicles, that that means that Tesla received a collision
10  snapshot within minutes of this crash; true?
11  A   That's -- that's what I understand.  Yes.
12  Q   So going back to that text message that you had
13  with Mr. Cao, C-a-o --
14  A   Mm-hmm.
15  Q   -- there was discussion between you about whether
16  or not you had received dashcam video.  Did you ever have
17  any conversations with him or anyone at Tesla that, "No,
18  no, no.  We didn't receive dashcam video.  We received the
19  eight video files that were unpacked from the collision
20  snapshot"?
21  A   I did not have a conversation like that with
22  anybody at Tesla.  Although I did later learn that we did,
23  in fact, receive the eight videos from the collision
24  snapshot.
25  Q   And did that tell you as an autopilot engineer --

**43**

1  software engineer and autopilot engineer, ding, ding,
2  ding, we obviously got a collision snapshot if we got
3  those eight videos because that's the only place you would
4  get them from?
5      MR. SMITH:  Object to the form.
6      THE WITNESS:  My -- it didn't proceed as you
7  described.  Like, I didn't know that we had the videos and
8  therefore know that we had received the snapshot.  It was
9  in reviewing the logs that I mentioned earlier that --
10  that was the first time that I ever saw any information
11  that would lead me to believe that we had received the
12  snapshot.
13  BY MR. SCHREIBER:
14  Q   Well, you were never asked to do any analysis
15  with respect to this crash, this snapshot, or anything
16  about this case up until -- it was within the last few
17  months -- right? -- the fall of 2024?
18  A   That's what -- yeah.  I don't remember -- it's
19  possible that I could have been asked, you know, years ago
20  to look for the snapshot, but I don't remember ever
21  looking at it before October of '24.
22  Q   Okay.  And so if you had been asked to look for a
23  collision snapshot and perhaps other pieces of it, like
24  the json file or the CAN bus data or the other logs were
25  missing, but you found eight videos, would that be a

**44**

1  telltale sign to you that a collision snapshot was
2  received?
3  A   To be clear, that's -- that's not what happened.
4  I didn't -- I didn't find, like, any partial snapshot data
5  anywhere.  So I --
6  Q   Mister -- let me just be clear.  I'm not
7  suggesting that happened.  I'm asking this as a
8  hypothetical question to you as an auto -- as a software
9  engineer and autopilot manager.
10  A   Understood.
11  Q   If you had been asked four years ago to look for
12  this and you found eight videos but you didn't find the
13  other buckets that is typically contained within a
14  collision snapshot, does that lead to you to believe in
15  your mind's eye, "Oh, wait.  That's a bread crumb.  That
16  means we got a collision snapshot because the only place
17  we get these eight videos in this format is through a
18  collision snapshot"?
19      MR. SMITH:  Objection.  Incomplete hypothetical.
20  BY MR. SCHREIBER:
21  Q   You can answer.
22  A   Hypothetically, if I had found the eight video
23  files, that would lead me to believe that we would have
24  received a snapshot.  Because, as you mentioned, that's
25  the only way that I know of that we received those eight

T-Relevance FRE 401 and 403.

T-Relevance FRE 401 and 403.

Transcript of David Shoemaker
Conducted on January 9, 2025

12 (45 to 48)

---

45

1 video files.
2   Q   As you sit here today having, I guess -- you must
3 have drawn the short straw or something to have to have
4 gotten involved in this and -- and now have to sit here
5 and talk to me.  Have you had any conversations, done any
6 kind of analysis to figure out how Tesla found the eight
7 videos that were contained within the collision snapshot
8 that was received in April of 2019?
9     MR. SMITH:  Object to and move to strike the editorial
10 comments about the short straw, but he can answer the
11 question.
12     THE WITNESS:  Sorry.  I'm sorry.  Could you repeat the
13 question?
14 BY MR. SCHREIBER:
15   Q   Yeah.  I'll -- I mean, I was just thinking about
16 it.  'Cause I was just going to say, "How'd you do it?"  I
17 know you didn't.  You must have, like, raised your hand or
18 maybe somebody just asked you.  Put all that aside.
19   A   Okay.
20   Q   My question -- but I appreciate you being here,
21 is all I'm saying.  I know, again, no one wants to do this
22 stuff.
23     MR. SMITH:  Can I just have a running objection to the
24 editorial comments?
25     MR. SCHREIBER:  Of course.  You got them.  You know,

---

46

1 it's not like I can use that stuff at trial anyways.
2 Don't worry about it.  It's not going to get clipped out,
3 you know, for use at trial.  Trust me.  I've tried.  I've
4 tried to include my editorial.  Judges don't like it.
5     MR. SMITH:  They only need a question with an actual
6 question.
7     MR. SCHREIBER:  I'll try my best.
8 BY MR. SCHREIBER:
9   Q   Sir, do you know, as you sit here today, since
10 being tasked to assist Tesla in this endeavor regarding
11 this collision snapshot in about October of 2024, where
12 the eight video files that were received in a collision
13 snapshot were found?
14   A   I know approximately where they were found.  Yes.
15 And I'm --
16   Q   Tell me about that.
17   A   -- I'm pretty familiar with how they were found.
18   Q   Okay.  So let's start with where they were found.
19   A   They were found in S3, which is an object
20 stores -- storage service provided by Amazon Web Services
21 that we use.  They were found associated with a snapshot
22 ID, which is something that we generate during process --
23 while processing a snapshot on our servers.  So within S3,
24 you could think of it as kind of like a file path on your
25 hard drive.  They would be, like, in a directory named

**T-Relevance FRE 401 and 403.**

---

47

1 with a that snapshot ID.  And inside there is where the
2 videos were found.
3   Q   Okay.  How were they found?
4   A   They were found by several steps that it took
5 to -- for us to generate that snapshot ID.  Basically
6 the -- the way we, back in 2019 at least, the way that we
7 generated a snapshot ID was a simple algorithm that used a
8 Trip ID, which is also -- another unique identifier that
9 is generated every time you drive your car basically.  A
10 unique ID for each trip.  And the -- a timestamp of an
11 event that triggered the snapshot.
12     In this case, that event would be the collision.
13 So the timestamp of that collision plus the Trip ID, with
14 those two pieces of information, we would generate a
15 snapshot -- like, a unique ID for that snapshot on our
16 servers.  And so for us to find these videos files, we
17 first had to know the snapshot I- -- snapshot ID because
18 the videos were stored according to that snapshot ID.  So
19 we first had to know the Trip ID and the timestamp in
20 order to generate the snap -- the snapshot ID.
21     The Trip ID we could get from the text logs that
22 we found on the autopilot ECU after we were given access
23 to the disk image.  The timestamp was not on there.  We
24 had to look on that day for that Trip ID in a -- in a
25 message queue system we use called Kinesis Fire Hose.  We

**T-Relevance FRE 401 and 403.**

---

48

1 looked in the fire hose and found ^ a timestamp associated
2 with this event.
3     We were able to then look at the code from 2019
4 that would take a Trip ID and the timestamp and generate a
5 snapshot ID.  We basically manually ran that same
6 algorithm to generate a snapshot ID, and then we were able
7 to look into S3 onto that snapshot ID and find those
8 videos.
9   Q   Okay.  I think -- I ^ -- believe it or not, I
10 think I actually understood most of that.  What I didn't
11 get was the name of the program that has the word "fire
12 hose" in it.
13   A   Oh, Kinesis.  That's also an Amazon Web Services
14 service called Kinesis Fire Hose.
15   Q   Okay.
16     THE STENOGRAPHER:  And, Counsel, I would appreciate a
17 break soon.
18     MR. SCHREIBER:  I was going to say, I wonder why.  I
19 got you.  And I was thinking the same thing.
20     Two minutes.  Okay?
21     MR. SMITH:  Ah.
22 BY MR. SCHREIBER:
23   Q   So that's how it was done in the fall of 2024
24 that you were involved with; correct?
25   A   That's right.

---

49

1    Q   My question is slightly different.  Was it ever
2  brought to your attention that the eight video files
3  contained within the snapshot that Tesla received in April
4  of 2019 was produced in this litigation several years ago?
5  I can go back and -- and tell you.  That was produced --
6  wait for it -- in, it looks like, March of 2023.  Nearly
7  two years ago.
8    A   It was never brought to my attention that we had
9  eight video files from this incident.  It was brought to
10  my attention that we had a video from this incident which
11  is why I had that text message with Dzuy.
12    Q   So it was never brought to your attention until
13  this moment that prior to October of 2024, going back
14  nearly two years before that -- 20 months before that,
15  Tesla had in its possession eight video files that came
16  from the collision snapshot in this crash.  Is that a true
17  statement?
18    A   That's correct.  I did not know before right now
19  that we had eight video files from this collision event.
20    Q   But it was brought to your attention that they
21  had one video file regarding this event prior to your
22  involvement in October of 2024.  Is that true?
23    A   That's true.
24    Q   And where did you get that information from?
25    A   The information that we had a video file from

T-
Relevance
FRE 401
and 403.

50

1  this event, I believe, was from a member of the Tesla
2  legal team.
3    Q   Which one?
4    MR. SMITH:  I'm going to object to discussions with
5  the legal team as privileged.
6    MR. SCHREIBER:  And so you should.  But the
7  presence -- the foundational facts of when it was
8  communicated, what date it was communicated, and who it
9  was communicated by and in the presence of are, in any
10  jurisdiction I practice in, not considered to be part of
11  the privilege.  It's the foundational facts that kind of
12  surround it.  So I'm just simply asking who within the
13  Tesla legal team told that to Mr. Shoemaker.
14    MR. SMITH:  I'm going to object and ask him not to
15  answer that question at this point.  And during a break,
16  I'll consult with him on the issue of privilege, and we
17  may be willing to answer that question.  But just for
18  right now I'm going to instruct him not to answer.
19    (Witness instructed not to answer.)
20    MR. SCHREIBER:  Why don't we go ahead and use this as
21  the opportunity to use that break that Madam Court
22  Reporter was asking for.
23    MR. SMITH:  All right.  Why don't we just take ten so
24  I can cover this with him?
25    MR. SCHREIBER:  That's fine.  Let's come back -- make

51

1  it a hard ten.  We'll come back at 3:13 Pacific.
2    MR. SMITH:  Great.  Thanks.
3    THE WITNESS:  Thank you.
4    THE VIDEOGRAPHER:  We are going off the record at
5  3:03.
6    (Off the record.)
7    THE VIDEOGRAPHER:  And we are back on at 3:16.
8    MR. SMITH:  Brett, during the break, we had a
9  conversation about privilege.  And if you re-ask the
10  questions that you had, I think you'll get an answer.
11    MR. SCHREIBER:  Fair enough.
12  BY MR. SCHREIBER:
13    Q   I should ask you this too.  Mr. Shoemaker, other
14  than you and Mr. Smith, is there anyone else in the room
15  with you?
16    A   Yes.
17    Q   Who?
18    A   Ryan McCarthy is in the room.
19    Q   Oh, okay.  I see he's on Zoom as well.  But okay.
20  Got it.
21    A   Yes.
22    Q   Okay.
23    A   He's just muted.
24    Q   Very well.
25    MR. SMITH:  He was involved in the privilege

52

1  conversation as well.
2    MR. SCHREIBER:  Had a feeling.
3  BY MR. SCHREIBER:
4    Q   So tell me, Mr. Shoemaker, before I asked --
5  before we broke, I had asked you about -- if you had been
6  informed of whether or not Tesla had received videos --
7  eight videos over air from the collision snapshot after
8  the subject collision.  You said you didn't know that.
9  You did know, however, it had been brought to your
10  attention that you had a video file for this event, and
11  you learned that from a member of the Tesla legal team.
12    I asked who that was.  You had an opportunity to
13  confer with counsel.  Can you please answer my question?
14    A   Yes, I can.  My -- my memory is that I had not --
15  nobody told me that we received any video over the air,
16  and nobody told me that we had eight videos.  My memory is
17  that Ryan McCarthy told me that we had one video.
18    Q   Okay.  And when were you told that?
19    A   I don't know exactly.  But it would have been
20  sometime after I was asked to get involved in this case,
21  which was in, you know, end of October.  So it would have
22  either been October, November of 2024.
23    Q   And did you at any point ask Mr. McCarthy or
24  anyone from the legal team to see a copy of that video?
25    A   I am pretty sure he showed me that video when he

**53**

1  told me he had it.
2    Q    And what was it a video of?
3      A    It looks like the main camera or one of the front
4  cameras of the collision for this case.
5    Q    And how long was that video in length?
6      A    I'm not sure. I honestly did not look at it very
7  closely, but I think it was less than ten seconds long.
8    Q    And generally, in your experience, videos
9  contained in collision snapshot files are less than ten
10  seconds long; true?
11      A    That's something that has changed a lot over
12  time. But yeah. I think -- yeah. In 2019, it would have
13  been around ten seconds or less than ten seconds.
14    Q    Somewhere, six to ten seconds?
15      A    Potentially.
16    Q    Okay. And, again, that may have changed over
17  time. But I'm discussing -- the relevant time period for
18  us in this case is 2019. So it was your understanding
19  that in 2019, a video file contained in a collision
20  snapshot was ten seconds or less; true?
21      A    The reason I mention a change over time is -- is
22  just because it's hard for me to -- because it has changed
23  over time, it's hard for me to remember, like, how long a
24  collision snapshot video was in 2019. But it's
25  definitely, you know, reasonable that a colli-- that a

**54**

1  snapshot from 2019 would contain six to ten seconds of
2  video.
3    Q    Fair enough. I appreciate that.
4        Dashcam footage, however, is generally -- in the
5  2019 era, was much longer -- true? -- in terms of --
6      A    I don't know.
7    Q    -- time.
8      A    Yeah. To -- to -- yeah. I don't know really
9  hardly anything about dashcam footage unfortunately.
10    Q    Okay. To your knowledge, as a software engineer
11  and autopilot manager, has dashcam, which is generally
12  from the forward camera, ever been received by Tesla
13  over the air?
14      A    Sorry. You cut out for a second. Did you say
15  "has dashcam footage been collected over the air"?
16    Q    Correct.
17      A    I don't believe so. I believe dashcam footage is
18  recorded locally to an SD card or a USB stick.
19    Q    Right. And dashcam footage, to your knowledge,
20  has always been collected locally --
21        (Mr. Poses joined the videoconference.)
22  BY MR. SCHREIBER:
23    Q    -- to a USB or some kind of stick; correct?
24      A    Yes. That's correct.
25    Q    Do you know that -- how Tesla received the

**55**

1  collision snapshot videos -- well, let me rephrase that.
2  Do you know where Tesla stored the collision snapshot
3  videos that it received in 2019 up until the time it
4  produced them in this litigation in 2023?
5      A    Not entirely. I know where the -- the snapshot
6  was uploaded to initially from the car.
7    Q    To the S3 server; correct?
8      A    That's correct. Yes.
9        I don't know -- yeah. As I said, I was not aware
10  that we had eight videos until just our conversation
11  today. So I do not know where those eight videos were
12  stored, you know, between 2019 and -- and now.
13    Q    All right. Who would know?
14      A    Whoever -- I guess whoever produced those eight
15  videos -- or who had those eight videos? I imagine they
16  would know where they stored them.
17    Q    Okay. Now, I want to walk through a little bit
18  more of Exhibit 2. And I have some follow-up questions
19  about some of the processes that you describe.
20        (Exhibit 2, page 2, was displayed.)
21  BY MR. SCHREIBER:
22    Q    In paragraph 6, you said you understood it was
23  Tesla's regular practice to store a snapshot package on
24  the S3 server; true?
25      A    That's true.

*T-Relevance FRE 401 and 403.*

**56**

1    Q    All right. Do you know what the retention policy
2  was in terms of how long Tesla would store a snapshot file
3  or a snapshot package on the S3 server in 2019?
4      A    We do have different retention policies for
5  different types of data. But for a collision snapshot, I
6  would expect it to be retained indefinitely.
7    Q    Why?
8      A    We consider it, you know, sensitive data that
9  we -- that we would just like to retain for -- you know,
10  just so we have it for any future reference.
11    Q    Okay.
12        And then you go on to say that it's typically
13  queried by a Board ID. And that is a unique identifier
14  that is associated with the autopilot ECU; correct?
15      A    That's correct.
16    Q    And if I understood you correctly, that is one
17  way to query it. But there were other ways to query it,
18  including to look for it by way of Trip ID; correct?
19      A    We could have. So we do have a -- like, a search
20  index for snapshots. And so that would allow us to search
21  based on multiple fields, including Trip ID and Board ID.
22    Q    Okay. Because what you described for me -- and I
23  think you talk about it here --
24        (Exhibit 2, page 3, was displayed.)
25  ///

57

BY MR. SCHREIBER:

2    Q    -- is that a snapshot ID is created based upon an
3    algorithm, which looks at both the Trip ID and the
4    timestamp to create this unique snapshot ID; true?
5    A    That's correct.
6    Q    The search index that you have for snapshots, can
7    it also be searched by timestamp?
8    A    Yes.  I believe it can.
9    Q    So if you know the time when a crash occurred,
10   you could do a query of collision snapshots based upon
11   your snapshot index; true?
12   A    Yes, I can.
13   Q    Was that ever done in this case prior to your
14   involvement in October of 2024?
15   A    I do not know exactly what was done prior to my
16   involvement in the case.  So I don't know if that was done
17   or not.
18   Q    When you searched S3 for the Board ID associated
19   with the vehicle, did you locate any other snapshot
20   packages that perhaps were in collision snapshots?
21   A    Yes, I did.
22   Q    Okay.  And what did you find in that regard?
23   A    There were other snapshots.  As I mentioned
24   earlier, we collect snapshots for a multitude of reasons,
25   just collecting metrics or just, you know, any kind of

58

1    data collection we want from the vehicle.  So there were
2    snapshots from before April of 2019.  You know, Fe- -- I
3    remember seeing some from February 2019, for example.
4         I think -- to give an example, I think we fired a
5    snapshot -- whenever we noticed that the car had upgraded
6    to a new version of autopilot software, we would collect a
7    snapshot.  And I believe I saw at least one of those from
8    this car.
9    Q    So when you refer in paragraph 7 -- that you
10   searched S3 for the Board ID and confirmed it's not
11   present, i.e., the snapshot package, you're saying you
12   didn't find the collision snapshot package, but you found
13   other snapshot packages; true?
14   A    That's true.
15   Q    Now, I know you weren't involved in locating the
16   eight videos that had previously been received from the
17   snapshot package, but I want to walk through the process a
18   little bit.
19        So files get transferred to S3.  And then they
20   are essentially unbucketed [sic].  I had to -- they come
21   in a bucket.  They're taken out of the bucket, and then
22   they're put in different locations, different databases, I
23   assume.  And then there would be some kind of record of
24   that; true?
25        MR. SMITH: Object to multiple questions.

59

1         MR. SCHREIBER:  Well --
2         MR. SMITH:  Compound.
3         MR. SCHREIBER:  Break it down.
4    BY MR. SCHREIBER:
5    Q    Collision snap -- that's fair.
6         Collision snapshot gets transferred to S3.  At
7    some point, it gets -- and apologies for my phrase, if it
8    doesn't make sense to you -- unbucketed [sic], gets taken
9    apart and put in different places; true?
10   A    That is true.
11   Q    Okay.  I assume when that happens, there's some
12   record or index of that happening so that if one were to
13   later look to find the various components -- I don't
14   know -- picking up random stuff here, but I have random
15   things.  I need to find out where my CAN bus data goes
16   versus my videos versus my text logs; correct?
17   A    Yes.  We do have a record that keeps track of
18   where those things are.
19   Q    Tell me, what is that record called?  Explain to
20   me that process.
21   A    We typically call that the clip document, you
22   know, using like the clip terminology, I guess it would be
23   the snapshot document in this case.  And that is all keyed
24   off of snapshot ID.  So the ID that we mentioned generated
25   from the Trip ID and the event timestamp.  We get a

60

1    snapshot ID, and then we create a document for that
2    snapshot.
3         And that document will have, as you mentioned,
4    the location of all these kind of parts that we unzipped
5    or unbucketed [sic] in an S3.  Tho- -- tho- -- to be
6    clear, tho- -- all of those parts are unzipped also into
7    S3, just in different locations within S3.  And the
8    snapshot document in our database would be what you
9    reference to find those files in S3.
10   Q    Because if they're a collision snapshot, they
11   continue to live in S3 in perpetuity?
12   A    Well, the original snapshot, which is like the
13   zip file of the TAR -- the TAR file, would continue to
14   live in S3.  And that would be under -- in a location
15   indexed by the Board ID.  And then when we unzip it,
16   those -- the -- you know, the files that come out of
17   the -- of the package, they live in other locations across
18   S3, and those are generally indexed by the snapshot ID.
19   Q    And so if a particular snapshot is -- a collision
20   snapshot is unzipped, I'll use that better -- is unzipped
21   and the various components like the realtime data values
22   or the videos, what is the name of -- of the database
23   or -- or the serve -- location where that continues to
24   live?  Like, how does one go and find it?
25   A    Typically, there's actually two databases that we

T-Relevance
FRE 401
and 403.

Transcript of David Shoemaker
Conducted on January 9, 2025

16 (61 to 64)

---

**61**

1　could look for that information.  One is the search index,
2　which we mentioned previously, which is -- we use Elastic
3　Search.  And then the other is a -- like, a key value
4　database, which we used an -- at this time, we used
5　Amazon's Dynamo database.  And you could look up the
6　snapshot ID in either of those two places and find this --
7　this, like, snapshot document.
8　　　Q　Now, you told me previously that you could search
9　by timestamp.  And where would you -- what index or -- or
10　where within Tesla's servers or systems would you be able
11　to search by timestamp?
12　　　A　That would be in the search index, which we use
13　Elastic Search for.
14　　　Q　Okay.  So one could go into Elastic Search if
15　they have a specific timestamp and search and potentially
16　find various collision snapshots in the contents of those
17　snapshots; true?
18　　　A　You could find the records for those snapshots
19　and then you would find, like, the URL of where in S3 you
20　could find the contents of those snapshots.
21　　　Q　Got it.  So you would essentially find the --
22　maybe it would -- would it get you to the snapshot ID
23　or --
24　　　A　Yes.
25　　　Q　-- get you -- okay.

**62**

1　　　A　It would get you the snapshot ID.  With -- yeah.
2　With the search index, you can kind of search based on
3　numerous fields, Board ID.  You can search by snapshot ID.
4　You can search by content.  But it will all result in you
5　finding that snapshot document basically.
6　　　Q　Fair.  So going back to Exhibit 2, paragraph 7,
7　you searched for Board ID in an effort to locate the
8　snapshot package and understood it was not found.  And
9　then you tried it again and confirmed it wasn't present.
10　Is there any reason you didn't search by timestamp?
11　　　A　There's no reason why I would not search by
12　timestamp.  And, in fact, I may have searched by
13　timestamp.  Given that, in 2019, there would be a small
14　number of collisions per day, I may have actually searched
15　for all collision snapshots from that day.  I don't
16　remember.
17　　　But, I mean, in either case, I do know I searched
18　by Board ID.  I may have searched by timestamp and I know
19　that I did not find a record of this snapshot.
20　　　Q　When you searched by Board ID which is what you
21　say here in your declaration sworn under penalty of
22　perjury from -- what is that? -- about two weeks ago --
23　　　A　Yes.
24　　　Q　-- December 27th, do you think you may have also
25　searched by timestamp and -- and just forgot to include

**63**

1　that in your declaration?
2　　　A　It's possible.  I don't remember if I searched by
3　timestamp or not.  But it is, it's possible.
4　　　Q　Well, if you searched by timestamp back in 2019,
5　it would have resulted in a fairly small data set, would
6　it not?
7　　　A　If I searched by timestamp for collisions on this
8　day and if -- so in 2024, if I searched for -- did a
9　search -- a timestamp-based search for collisions in 2019,
10　it would have been a small set of collisions.  Yes.
11　　　Q　Okay.  And there was nothing that stopped anyone
12　on the Tesla side who understood how data was stored,
13　received, and analyzed like you at Tesla.  Nothing
14　prevented anyone prior to October 2024 going in to Elastic
15　Search and performing a search for snapshot data based
16　upon the timestamp of this particular crash; true?
17　　　A　Well, only very few people have access to search
18　collision snapshots.  So that would be one thing that
19　would prevent somebody at Tesla from -- from searching.
20　We do limit the access.  But for those that do have
21　access, they could have searched for the snapshot.
22　　　Q　And nothing would have prevented legal counsel
23　from directing someone who had access to search these
24　indexes to go into Elastic Search and to do a query based
25　upon the timestamp to see if, in fact, there were

**64**

1　collision snapshot files received from the date of this
2　crash; true?
3　　　A　That is true.  However, you know, legal did ask
4　me to search for the data.  And I should make clear that
5　whether you search by Board ID or search by timestamp, if
6　the record is not there, you're not going to find it.
7　Right?  So let's -- let's assume that I did search by both
8　Board ID and timestamp, which, like I said, I don't
9　remember.  But if I did, either search would have resulted
10　in me not finding the record.
11　　　Q　Okay.  But again when drafting a declaration with
12　the assistance of your counsel sworn under penalty of
13　perjury two weeks ago, you did not make any reference to
14　actually doing a search by timestamp; correct?
15　　　A　Right.  And the reason is what I just described,
16　which is the -- if I had searched by timestamp, it would
17　have had the same results of searching by Board ID, which
18　is the record would not be found.
19　　　Q　Okay.  But at the end of the day, the files were,
20　in fact, received; true?
21　　　A　That is true.  We did -- we eventually discovered
22　that the files were received.
23　　　Q　Okay.  And so -- and it was a complete snapshot
24　file that was received in April of 2019; correct?
25　　　A　I don't actually have ^ a great way of verifying

*T-Relevance FRE 401 and 403.*

Transcript of David Shoemaker
Conducted on January 9, 2025

17 (65 to 68)

**65**

1  for you that it was a complete snapshot file, but I will
2  say that I -- I've never seen an incomplete snapshot file.
3  It does come as -- as one file. And so I'm -- yeah. In
4  my experience, I've never seen an incomplete snapshot
5  file.

6  Q  Thank you. 'Cause that was going to my next
7  question. Have you ever -- and you just said it, but just
8  so I have a clean question and answer. Have you, in your
9  experience as a software engineer and autopilot manager,
10  ever seen an incomplete collision snapshot file?

11  A  I have not. I've seen collisions where we
12  receive a snapshot. I've seen collisions where we do not
13  receive a snapshot. I've never seen, like, a partial
14  snapshot.

15  Q  Got it.
16      And so, Mr. Shoemaker, while you were never able
17  to find a snapshot ID for this particular collision
18  snapshot, were you ever able to go and look and see and
19  find the actual snapshot -- the collision snapshot on S3
20  or in any of the other databases where the contents of a
21  collision snapshot go after they've been unzipped?
22  MR. SMITH: Object to the form. I think that's
23  multiple questions.
24  THE WITNESS: So the -- we were never able to find the
25  original snapshot file which is, like, the zipped-up file,

T-Relevance FRE 401 and 403.

**66**

1  the package. We were able to find the unzipped files in
2  S3 after -- after we knew the -- the Trip ID and the event
3  timestamp.
4  BY MR. SCHREIBER:
5  Q  And so you found the unzipped files on S3 once
6  you used the metadata and recreated the snapshot ID; true?
7  A  That -- that's correct.
8  Q  We covered this earlier, but I had written this
9  down before. But I just want to confirm I get you to say
10  it. Power log data from the MCU's SD card is completely
11  independent of the collision snapshot data that we're
12  discussing here; correct?
13  A  That's correct.
14  Q  I think you said that, like, an hour and a half
15  ago, but just in case, it was deep further down in my
16  notes.
17  A  No problem.
18  Q  So paragraph 8, going back -- sorry. I took it
19  down.
20      (Exhibit 2, page 3, was displayed.)
21  BY MR. SCHREIBER:
22  Q  Paragraph 8 tells us that after the snapshot was
23  received on S3, it's unpackaged, untarred, unzipped --
24  pick your adjective -- and then distributed across the
25  servers. But as you said, a copy retains -- excuse me --

T-Relevance FRE 401 and 403.

**67**

1  remains on S3 for these collision snapshots as well?
2  MR. SMITH: Objection. Form.
3  THE WITNESS: My expectation is we would retain the
4  original package and we also would retain the unzipped
5  files on S3.
6  MR. SCHREIBER: Got it.
7  BY MR. SCHREIBER:
8  Q  All right. And so you say in paragraph 9 that
9  the untarred files are automatically indexed giving a
10  unique identifier. That's the snapshot ID which is a
11  combination of the Trip ID and the timestamp; true?
12  A  That's true.
13  Q  Okay. And while you go on to say "this unique
14  identifier" -- reflecting the specific snapshot and the
15  snapshot ID -- "is needed to search the index for the data
16  that had been in the snapshot package," that is a true
17  statement; correct?
18  A  I think the index in this case is more referring
19  to -- not the Elastic Search index but like the file index
20  in S3 --
21  Q  Correct.
22  A  -- in which case, yes, that's true.
23  Q  All right. Is ^ it possible to search the index
24  in S3 via timestamp?
25  A  Not easily. No.

T-Relevance FRE 401 and 403.

**68**

1  Q  Not easily. But it's possible; correct?
2  A  I -- it would be hard for me to determine that
3  right now. I think that's something that you would have
4  to research the feasibility of. But I imagine that
5  through some sort of brute force method looking at every
6  file in S3, it could be possible.
7  Q  Can you search S3 by Trip ID?
8  A  No. It's similar to timestamp. Like, it may be
9  possible, but not -- it's not straightforward.
10  Q  Were you able to determine what the snapshot ID
11  was from the imaged data that you received from the
12  autopilot ECU?
13  A  No. We were not. We had to use the data from
14  the image data, and we had to find that record in the fire
15  hose to -- to generate the snapshot ID.
16  MR. SCHREIBER: Whoops. Searching the wrong file.
17  I'm just looking back at my notes where you said "fire
18  hose."
19  BY MR. SCHREIBER:
20  Q  Well, you were able to get the Trip ID from the
21  text logs from the image files; right?
22  A  That's correct.
23  Q  And then from there you got the timestamp by
24  looking into Kinesis Fire Hose; correct?
25  A  That's right.

69

1    Q    And then what program did you have to use to
2    combine the timestamp and the Trip ID to create the
3    snapshot ID?
4        A    We actually looked at the source code back in
5    2019 that we would have run to create that snapshot ID.
6    I'm not sure if we then compiled that source code and ran
7    it again now or if we -- you know, simply we created the
8    logic that that source code used.  But we were able to
9    accurately reproduce what would have been generated as the
10   snapshot ID in 2019.
11       Q    And then you went back and queried S3, and that's
12   where you found all of the individual files that you had
13   already seen in the imaged copy that you got from us;
14   correct?
15       A    We found all the -- that's how we found all the
16   individual files, yes.  We had not seen those individual
17   files in the image copy that we got from you.
18       Q    Okay.
19           And where did you find the unzipped contents of
20   the collision snapshot that was received by Tesla in 2019?
21       A    We found the unzipped contents in S3.  I don't
22   know the exact path in S3, but I know the path contained
23   the snapshot ID.
24       Q    So what do you mean in paragraph 10 --
25           (Exhibit 2, page 2, was displayed.)

70

1    BY MR. SCHREIBER:
2        Q    -- when you say, "I am unaware of another
3    instance in which we did not have the snapshot package on
4    S3 but did have its untarred contents elsewhere on the
5    servers"?
6        A    I mean that, you know, in my experience looking
7    for -- for data on our servers, I've never seen another
8    instance like this one where we look for the original
9    snapshot package, you know, the TAR -- TAR file and it's
10   not there.  But then we do find the unzipped files
11   elsewhere in S3.  I've never seen that before.
12       Q    Oh, and when you said -- so when you say
13   "elsewhere on the servers," you're talking about elsewhere
14   on the S3 server?
15       A    Right.
16           (Exhibit 2, page 4, was displayed.)
17       MR. SCHREIBER:  I'm just going through my notes, sir.
18   BY MR. SCHREIBER:
19       Q    Is a Board ID associated with a vehicle VIN in
20   any way?  Is that, like, an anonymized version of a VIN?
21       A    It's -- no.  It's not an anonymized version of
22   the VIN.  It is associated in the sense that, in Garage --
23   if you have access to customer Garage -- production
24   Garage, you can look up that vehicle, and you can see both
25   the VIN and the Board ID in Garage.  So you can kind of

71

1    know which autopilot board is installed in that VIN.
2        And there are instances when, you know, a new
3    autopilot computer is installed in a car by service.  And
4    in that case, it would be a different Board ID now
5    associated with that same VIN.  So they're not -- they're
6    not, like, tied to each other but we do -- we are able to
7    associate them through Garage.
8        (Exhibit 2, page 6, was displayed.)
9    BY MR. SCHREIBER:
10       Q    Paragraph 16, you note that Mr. Drokin claims the
11   data extracted from the ECU indicates the snapshot package
12   was successfully transmitted to Tesla over the air to the
13   specific server address he identified.  And he correctly
14   identified the S3 address where you and others had
15   previously searched.
16       You would agree that the data extracted -- excuse
17   me, that the collision snapshot was, in fact, successfully
18   transmitted to Tesla over the air to the S3 server on the
19   date of this collision; correct?
20       A    Based on the information I have, that's what --
21   that's what happened.  Yes.
22       Q    And then the snapshot file was automatically
23   deleted once successful transformation -- excuse me,
24   successful transfer confirmation was recorded; correct?
25       A    It was deleted from the vehicle when --

**T-Relevance FRE 401 and 403.**

72

1    Q    Okay.
2        A    -- once the upload was successful.  Yes.
3        Q    And it's only deleted from the vehicle when
4    successful transfer confirmation is received by the
5    vehicle; true?
6        A    That's true.  Well, either that or if we have --
7    it has, like, an expiration, then we would delete it, if
8    the data -- if the data does not upload by the expiration
9    date.  But a collision snapshot would not have an
10   expiration.  So for a collision snapshot, it should only
11   be deleted off the vehicle if the server confirms the
12   upload to be completed.
13       Q    So if you go to the autopilot ECU and the
14   collision snapshot is still there, that is a telltale sign
15   that transfer wasn't completed to Tesla servers; correct?
16       A    That's correct.
17       Q    Flip side to that coin, if you go to the
18   autopilot ECU and the collision snapshot has been
19   completed after a crash, that is a telltale sign that
20   successful transfer did, in fact, occur to Tesla servers;
21   true?
22       A    That's a pretty good indication that the transfer
23   has succeeded.  You'd want to confirm that, but it's
24   pretty good data files.
25       Q    Fair.  Focusing on paragraph 7, Mr. Drokin

73

1 provided you with two new and critical pieces of
2 information: "One, confirmation that the vehicle had, in
3 fact, attempted to transmit the data to Tesla, including
4 the timestamp."
5        What do you mean by that?
6    A   So this is the text logs that confirm that the
7 vehicle transmitted the snapshot to Tesla and the log --
8 log lines do have timestamps for every log line.
9    Q   And what was the specific ID within that data
10 that assisted you in locating what Tesla received
11 over the air?
12   A   Those logs were very helpful because they did
13 show us what time the upload completed, and they did show
14 us the Trip ID.  Because the Trip ID is actually part of a
15 file name of the snapshot package.
16   Q   And so then because you now had the Trip ID and
17 the timestamp, you were able to create the snapshot ID;
18 true?
19   A   Well, there's -- not entirely.  Because the --
20 the timestamp here in the logs is like the timestamp that
21 the snapshot was uploaded.  Well, it's actually the
22 timestamp snapshot was written and uploaded.  But it does
23 not have the event timestamp that we would need to
24 generate the snapshot -- snapshot ID.  That event
25 timestamp would be contained inside the snapshot package.

74

1    Q   Okay.  So how did you find that?
2    A   That event timestamp is what we found in the
3 Kinesis Fire Hose.
4    Q   But the timestamp that you got from the data
5 transmission was -- was close?  Did it, like, put you in
6 the wheelhouse so that you were able to then look in Fire
7 Hose and -- and drill down a little closer?
8    A   That's right.  We -- the snapshot presumably
9 would -- would have been written within, you know, seconds
10 or minutes after the collision.  However, it could have
11 been uploaded, you know, hours or days after the
12 collision.  So it was helpful to get the upload timestamps
13 so that we could then look in the Kinesis Fire Hose around
14 that time and find this record.
15   Q   And the timestamps that you did have from the log
16 data you did review showed that the upload was successful
17 within minutes of the crash; true?
18   A   That's correct.
19   Q   So you go on at paragraph 18 to say that contrary
20 to Mr. Drokin, the snapshot was not where Tesla had looked
21 before and was not where it was supposed to be.  Rather,
22 it had been broken up into numerous files.  That's
23 typically what happens; correct?
24   A   It is typically broken up into numerous files,
25 but we also maintain the original file in its original

75

1 location.
2    Q   Okay.  And then stored in different locations on
3 the servers.  And this is on the S3 server?
4    A   That's correct.
5    Q   But when they are on those servers, these files,
6 like video files, realtime data values, CAN bus data,
7 you're telling me that can't be queried once it's unzipped
8 and searched by timestamp?
9    A   Typically, it can.  Yeah.  Typically, we can
10 search by timestamp.  We can search by Board ID, by Trip
11 ID, and we find that record in Elastic Search.  But in
12 this case, there was no record in Elastic Search.
13   Q   Okay.  Why?  Why did -- why of all the collision
14 snapshots, 2019, that were received by Tesla servers and
15 this process of unzipping and distributing and indexing,
16 why did you believe as a software engineer, an autopilot
17 manager, that this particular collision snapshot did not
18 go through the same process as every other collision
19 snapshot received in that year?
20   MR. SMITH:  Object to the form.  Mischaracterization.
21   THE WITNESS:  I do believe that this collision
22 snapshot went through the same that all other snapshots
23 went through.  I do believe that it was -- the record was
24 added to Elastic Search and that the original snapshot TAR
25 file was retained in its original location just like all

T-
Relevance
FRE 401
and 403.

76

1 other collision snapshots.
2        I do not know why between 2019 after it was
3 processed and now that the original snapshot has been
4 moved or deleted and that the record from Elastic Search
5 is no longer there either.  I don't know why.
6 BY MR. SCHREIBER:
7    Q   All right.  So you actually believe that when
8 this -- because it's not -- I'm not -- I am a lot of
9 things.  A software engineer, I am not.  But I can say
10 that, you know, software and computers are a lot of
11 things, but they don't really make a lot of assumptions;
12 right?  They're just -- they're designed to do certain
13 things.  It's not like, well, on the one hand, I'm a
14 little tired today, and I haven't had my coffee, and I
15 didn't sleep well last night.
16        Like, this stuff is -- is hardwired into system
17 such that if the collision snapshot is sent to S3
18 successfully received, it is deleted on the vehicle side,
19 and then on the server side, a series of things occur,
20 like indexing -- or unzipping, indexing, and -- and -- and
21 placed in all of the various locations across Tesla
22 servers that it's supposed to be in; true?
23   MR. SMITH:  Object to the colloquial narrative and the
24 multiple questions in that last minute-long paragraph.
25   MR. SCHREIBER:  Fair.

### Page 77

1   BY MR. SCHREIBER:
2   Q   You can answer, sir.
3   MR. SMITH:  If you --
4   BY MR. SCHREIBER:
5   Q   If you can.
6   A   Yeah.  I would say while software does -- does
7   tend to behave deterministically, we -- you know, we are
8   often frustrated when it does things we don't expect.
9   However, in this case, I would agree with you that most
10  likely this snapshot was processed just like all other
11  snapshots.
12      We have evidence to show that.  Right?  Like, we
13  have the untarred files, for example.  We have that record
14  in the Kinesis Fire Hose.  We have a lot of evidence
15  showing that this snapshot was processed the same as all
16  other snapshots from that time period.  So I believe that
17  it was.
18  Q   Okay.  Then just to have a simple question
19  answered, you believe that this snapshot from this subject
20  vehicle of the subject crash was processed like all other
21  collision snapshots were for any Tesla vehicle in 2019;
22  true?
23  A   Yes.  That's true.
24  Q   All right.  So as you sit here today having been
25  asked to forensically look back, so to speak, at what

*T-Relevance FRE 401 and 403.*

### Page 78

1   happened, what do you, as an autopilot engineer and
2   manager, think happened to the processed snapshot file
3   from the time it was received in April of 2019 until the
4   time that you were tasked with the work that you began
5   doing in the fall of 2024?
6   A   I think it was first processed as all other
7   snapshots were.  I think the -- the unzipped files that
8   were created during that initial processing remained
9   untouched since 2019 and have -- have sat -- sat in their
10  same location that, you know, for five year -- six years.
11  And I think that the original snapshot zip file or TAR --
12  TAR file was probably deleted or possibly moved in the
13  intervening six years.  And I -- I don't have any
14  information about how or why that would have happened.
15  Q   If you were to have gone and done this search in
16  the fall of 2019 or 2020, do you believe, as you sit here
17  today, that you would have found all of the -- the typical
18  indices of a properly processed collision snapshot if you
19  had looked then?
20  A   I don't know if I would have -- if I would have
21  found it if I looked in late 2019, early 2020.  I'm not
22  sure what I would have found at that point.  But my belief
23  is, as I said, that it was there in April of 2019.  And
24  sometime in the intervening six years, it was moved or
25  deleted.

### Page 79

1       So if we kind of assume a uniform distribution of
2   when that deletion or move event could have taken place,
3   then I would assume the earlier I would have looked, the
4   higher the chances are that I would have found something.
5   But for any given time, like, say, January 2020, I don't
6   know whether I would have found it or not.
7   Q   Understood.  Do you believe that there is some
8   log on the S3 side that would show when the snapshot file
9   would have been deleted or moved?
10  A   You can enable that logging on S3, and we have in
11  the past in limited circumstances enabled that logging.
12  But we typically do not enable S3 access logs, and we do
13  not retain them for -- for six years for sure.  So I do
14  not believe we could find an S3 access log that would show
15  when or who deleted this file.
16  Q   Would it be in the Elastic index?
17  A   The dele- -- if the file was deleted, then no.
18  That -- that event would not be recorded in the Elastic
19  Search index.
20  MR. SCHREIBER:  Okay.  We've been going for a while.
21  Why don't we go ahead and take five?
22  THE WITNESS:  Okay.  Sure.
23  THE VIDEOGRAPHER:  Okay.  We are going off the record
24  at 4:08.
25      (Off the record.)

*T-Relevance FRE 401 and 403.*

### Page 80

1       THE VIDEOGRAPHER:  And we are back on the record at
2   4:18.
3   BY MR. SCHREIBER:
4   Q   So can you explain to me what Elastic Search is?
5   A   It's -- you could think of it as a search index.
6   Basically, I guess, in the same way you think of, like,
7   Google where you have this large data set and you want to
8   be able to search over it and find records in that data
9   set.
10  Q   Got it.  So it -- it's like -- it's a magnifying
11  lens on your index of information allowing you to
12  locate -- it's the Google of your index data sets;
13  correct?
14  A   That's right.  Yeah.  Allows us to search over
15  our clip and snapshot data sets.
16  Q   Okay.  So it oversees -- it's the Google of your
17  clip and snapshot data set?
18  A   In some ways, yeah.
19  Q   Fair.  That's just helpful for my brain to
20  understand it.
21      So when a snapshot is deleted, wouldn't there be
22  some sort of log around it, something to indicate that it
23  had been deleted?
24  A   So on our servers, if we delete a snapshot, for
25  example, because of a retention policy --

81

1    Q    Yeah.
2    A    — then we would — we would mark that in the
3    Elastic Search record that the snapshot had been deleted.
4    Q    Because there are some snapshots that are less
5    important; right?
6    A    Yeah.  There are.  And there are some snapshots
7    that have shorter retention policies.  Or yeah.  I
8    guess —
9    Q    For instance —
10   A    — you could say "less important" meaning they're
11   not — they're not being used anymore.  We might have —
12   Q    Yeah.
13   A    — collected snapshots that contain, you know,
14   specific data like cars driving by construction sites, and
15   we don't need those anymore.  And to save money on
16   storage, we decide to delete them.
17   Q    Right.  And so -- and then that would be logged;
18   correct?
19   A    The Elastic — so assuming there's a record in
20   Elastic Search, that record which there — there typically
21   is, that record would be updated to reflect that the
22   snapshot has been deleted.
23   Q    Got it.
24        Is there backups regularly for the snapshot and
25   clip databases?

82

1    A    The databases, yes.  We do have -- I don't know
2    the -- like, the frequency of, like -- of backups, but
3    yeah, we do have backups of the -- of the clip snapshot
4    database.
5    Q    And is there backups of the index for the clip
6    snapshot database?
7    A    The Elastic Search index I don't believe we --
8    actually, I don't know.  There might be.  But I'm not sure
9    if there's backups to the Elastic Search index.
10   Q    Okay.  Do you know how often the clip and
11   snapshot database is backed up?
12   A    I don't know how often.
13   Q    Do you know what the general retention policy is
14   for those backups?
15   A    In general, we don't -- while we may delete
16   snapshots for the reasons we just discussed a few
17   minutes -- a minute ago, we generally do not delete any
18   data from our database.  So that would be, like, an
19   infinite retention.
20   Q    So would it be possible to go back in time and
21   look over some interval of time to see when the snapshot
22   package -- the collision snapshot received in this case
23   was deleted from the S3 side?
24   A    I don't think it will be possible in this case.
25   The -- so the database -- which I mentioned earlier, we

83

1    use Amazon's dynamo database — the record is still there
2    in that database.  That record was never deleted.  And
3    that is a record that you can only look up based on the —
4    the — the snapshot ID.  And that record — I would want
5    to double-check, but I don't believe that it indicates
6    that the snapshot was deleted.  In other words, the
7    database still thinks the snapshot is there.
8    Q    Okay.  I'm sorry.  I think I -- I misspoke, and
9    I -- for a moment, my brain misunderstood.  So what you're
10   actually saying is on the S3 side, the original collision
11   snapshot in its original form still exists; true?
12   A    No.  The original snapshot does not exist on the
13   S3 side.
14   Q    What happened to it?
15   A    I don't know.  That's — that's the one you're
16   asking me —
17   Q    Okay.
18   A    — if we could look at logs or databases —
19   Q    Correct.
20   A    — to try to — to try to discover what happened
21   to that.  And I think the answer is no.  I — I don't — I
22   can't think of any log or any database that would have any
23   kind of tracking that would indicate what happened to that
24   original snapshot file.
25   Q    But similarly, the processed snapshot file on the

84

1    Tesla side which would have also created the snapshot ID,
2    you believe that that occurred back in 2019; correct?
3    A    Correct.
4    Q    But the index that shows that that snapshot ID
5    was created in the normal course in April of 2019 is also
6    no longer existing on Tesla servers; true?
7    A    Kind of true.  Yes.  Which I — I do realize is
8    anomalous — it's kind of two anomalies that affected the
9    same snapshot here.  I will say that that index from April
10   of 2019 is — has broader issues with it.  In other words,
11   we — there's many records that are missing or unreadable
12   from — we have, you know, per — it's a per-month index;
13   right?
14        And so the index from April of 2019, you know,
15   after we started looking more into this question that
16   you're asking of, you know, what happened to the snapshot
17   file, we discovered that that particular index is — just
18   broadly has issues.  Maybe it was corrupted or something
19   went wrong with it.  So that makes it a little more — a
20   little easier to understand.  It's not just it's one
21   record that is missing from the index.
22   Q    But it is this one collision snapshot that is
23   missing from the S3 side?
24   MR. SMITH:  Object to the form.
25   THE WITNESS:  I — I can't think of any other case

Transcript of David Shoemaker
Conducted on January 9, 2025

85

1 where a snapshot was uploaded. But we no longer have the
2 original snapshot -- the original selection snapshot in
3 S3. So yeah. In that case, it -- this is the only
4 snapshot that I know that was affected by that.
5 BY MR. SCHREIBER:
6     Q   Of all collisions involving Teslas that uploaded
7 a collision snapshot in all of the time that you've worked
8 there, this is the only time that has ever happened? That
9 is your testimony, sir?
10     MR. SMITH: Object to form.
11     THE WITNESS: I would characterize it as of all the
12 collisions that I have investigated, this is the only one
13 where I know that a snapshot was uploaded and yet that
14 snapshot is not where I would expect it to be on S3.
15 BY MR. SCHREIBER:
16     Q   How many collisions have you been involved in
17 investigating in your years at Tesla?
18     **A   It's hard to estimate, but probably less than one**
19 **a month. So maybe half a dozen a year or so.**
20     Q   Okay. Have you had conversations with other
21 autopilot engineers or managers about this issue to get
22 their thoughts on how this could have occurred?
23     MR. SMITH: To the extent that those conversations
24 were in meetings with counsel investigating the issues
25 that you've been asking questions about, I'm going to ask

86

1 that he not disclose those. But to the extent that this
2 is part of his investigation not presented to counsel,
3 then I don't have an objection.
4     Does that make sense?
5     MR. SCHREIBER: It does.
6     MR. SMITH: Okay.
7 BY MR. SCHREIBER:
8     Q   So could you just -- as a part -- I'm going to
9 call it "water cooler talk." I know most places don't
10 have a water cooler. Maybe you guys do. But you just --
11 communicating with your fellow engineers about -- "you all
12 won't believe this." Right? "You ever had this
13 experience?"
14     Did you have any conversations like that since
15 October of 2024 to the present outside of the presence of
16 the lawyers?
17     MR. SMITH: Don't answer.
18     Brett, let me just make this clear. So it -- I
19 was not trying to limit you to only casual, water cooler
20 talk. Okay?
21     (Witness instructed not to answer.)
22     MR. SCHREIBER: No. No. I got you.
23     MR. SMITH: Well, you know from our discussions, you,
24 Brett, know from our discussions is that counsel --
25 outside counsel were here, were in Palo Alto and had

87

1 meetings that -- where David attended and others, and they
2 downloaded their investigation to us. Okay?
3     And we had comments and asked them to do
4 additional work, all the kinds of things you would expect
5 us to do. But they did work on their own before that and
6 they did work on their own after that. And those
7 conversations are appropriate for you to ask questions
8 about. I wasn't asking you to sort of -- to get the
9 casual conversation.
10     The investigation of this with others is fine. I
11 just don't want the conversations with counsel to be
12 included. Fair enough?
13     MR. SCHREIBER: Fair enough.
14     MR. SMITH: Okay.
15 BY MR. SCHREIBER:
16     Q   So with that understanding, sir, explain.
17     **A   I did talk to at least two other engineers on my**
18 **team about, you know, what might have happened to this**
19 **snapshot file, why is it not where we expect it to be.**
20     Q   And what did they say?
21     **A   They were similarly stumped and also shared my**
22 **opinion that there's probably not any record that we could**
23 **find that would give us, you know, hints and -- and**
24 **evidence to determine what happened to it.**
25     Q   So who were those engineers?

88

1     **A   They were two engineers on my team. One was Andy**
2 **Newell and one was Airel Shemtov.**
3     Q   Okay. Could you spell those names for the
4 benefit of the reporter?
5     **A   Yeah. A-N-D-Y, Andy. And Newell is N-e-w-e-l-l.**
6 **And Airel is A-i-r-e-l. Shemtov, S-h-e-m-t-o-v.**
7     Q   And are they on the team of 13 software engineers
8 that you manage?
9     **A   Yes.**
10     Q   Did the three of you, at any point, try to come
11 up with some explanation as to what could have happened to
12 this file -- to this collision snapshot and where it went?
13     **A   I think all three of us have certainly thought**
14 **about it over the last, you know, couple months.**
15     Q   And what have you concluded?
16     **A   I wish I -- I wish I could tell you I knew what**
17 **happened to it, but I -- I don't.**
18     Q   You must have some hypothesis. What is your
19 hypothesis as to what most likely happened to the
20 collision snapshot file after it was received and properly
21 processed in the normal course of how collision snapshot
22 files are processed at Tesla?

T-
Relevance
FRE 401
and 403.

23     MR. SMITH: Object to that question to the extent that
24 it calls for speculation.
25 ///

**T-Relevance FRE 401 and 403.**

**89**

1  BY MR. SCHREIBER:
2     Q    You can answer.
3     A    I don't have any hypothesis that I think is more
4  than very remotely likely.  You know, I very – I only
5  have very unlikely hypotheses, I guess.  And that would –
6     Q    Go ahead.
7     A    And that would be that, you know, as -- engineer
8  wrote a one-off script or batch job to try – you know, in
9  an attempt to do something, like, save storage or, you
10  know, delete old files that we don't need any more,
11  something like that, and they accidentally deleted this
12  file.  I mean, that's kind of the best hypothesis I can
13  come up with.
14     Q    How would that even happen, especially when
15  collision snapshots are the only form of snapshot that
16  everyone knows is saved in perpetuity?
17     A    Right.  We do consider collision snapshots to be,
18  you know, high value, high priority.  We treat them – we
19  treat them with care.  So it would – it would have just
20  been a mistake.
21     Q    You told me earlier that the turnover in the
22  autopilot team is about 10 percent a year, as you've
23  experienced it within the teams that you've been on since
24  2019.  Fair to say some of the people on the team that you
25  currently manage were on the team that you're currently

**90**

1  managing in 2019; true?
2     A    That's true.
3     Q    Did you have any discussions with them
4  independently outside of the presence of lawyers about,
5  "Hey, did any of you all ever write some one-off script or
6  batch job to try to save some storage that may have
7  deleted this collision snapshot?"
8     A    So, Airel, who I mentioned is one of those
9  engineers who was on the team in 2019, and I did ask him.
10  I don't believe I asked anybody else besides Airel.
11     Q    And what did Airel tell you?
12     A    He also had no, you know, kind of plausible
13  explanation for why it would be gone.
14     Q    But the only way for it to be gone would have
15  required someone at Tesla to have taken some affirmative
16  action; true?
17     A    Mostly true.  I mean, it's potential – there's
18  always potential for S3 to lose data.  But S3 is extremely
19  reliable in our experience.  I – I would say it's much
20  more likely that somebody at Tesla took an affirmative
21  action to delete it.
22     Q    Thank you.
23     A    However, I should note that it's very unlikely
24  that they took action to delete one particular snapshot.
25  It is mostly – most likely they – deleting a large batch

**91**

1  of files, and this one was caught up in the -- in the
2  delete job.
3     Q    All right.  I'm going to go to ex- -- back to
4  Exhibit 2.  I think we've covered the balance of your
5  declaration that I need to chat with you about.  But I
6  want to go to the end, and I want to bring it to your
7  attention.
8           (Exhibit 2, pages 6 and 7, was displayed.)
9  BY MR. SCHREIBER:
10     Q    Well, actually, I'm sorry.  I need to finish the
11  piece with Mr. Drokin.
12         So you say in paragraph 19 -- we talked about how
13  you were able to ultimately come up with a snapshot ID and
14  find it.  You reassembled those files into a TAR package
15  and then provided both the TAR and untarred files to Tesla
16  to then produce them.  Okay.  That included the -- the
17  json file, the archive file.
18     A    Mm-hmm.
19     Q    And that included the CAN bus data and the text
20  logs and the realtime data values and the videos; true?
21     A    I think so.
22     Q    Okay.  I noticed that there were 16 videos.  And
23  at least in my experience, it was typically in the format
24  of eight videos.  Do you have any information as to why
25  there were 16 videos that were ultimately made part of --

**92**

1  of this production as opposed to eight which I understand
2  is typically included in a collision snapshot?
3     A    I do believe at that time that we actually
4  included 16 videos in the collision snapshot.  Eight of
5  them would have been the full frame rate but, like, a
6  lower -- a lower bit rate.  So kind of lower quality.  And
7  then 16 of them would have been in the one frame per
8  second but higher quality.  So lower frame rate, higher
9  quality.
10     Q    Okay.  So essentially the distinction between the
11  two sets was frames per second?
12     A    Sorry.  I said 16 of the sparse.  I meant there
13  are eight full frame and eight sparse.  So 16 total.
14     Q    I was going to correct that in the answer, but I
15  agree.  So right.  So you have eight at a particular -- at
16  a full frame rate, and eight at a lower frame rate;
17  correct?
18     A    Correct.  Correct.
19     Q    And, again, in 2019 -- I was told I don't think I
20  had gotten this testimony as cleanly as I should have.  In
21  2019, the snapshots all contained that same architecture
22  or structure of CAN bus data, text log data, realtime data
23  values, videos, and then the json file; correct?
24     A    Collision snapshots from that time would contain
25  all that data.  Yes.

---

93

1    Q   Thank you.
2        And nothing else.  That was ^ the totality of
3  what was contained within a collision snapshot in that
4  time, as best as you can recall today, understanding it
5  changed a bit over time?
6    A   Yeah.  Yeah.  As best I can recall.  Yeah.
7  That's it.
8    Q   Fair enough.
9        All right.  Let's now switch to the augmented
10 video.
11       (Exhibit 2, page 8, was displayed.)
12 BY MR. SCHREIBER:
13   Q   Talk to me -- so it just says that Tesla doesn't
14 have augmented videos or the software to generate them.
15 In -- at the time that you wrote this two weeks ago, your
16 team was seeking to recreate it.  And what you were
17 seeking to recreate was T-Clips; correct?
18   A   No.  Actually we were seeking to recreate -- to
19 rebuild, essentially, a portion of autopilot software from
20 that -- that time from 2019 'cause that's what we needed
21 to -- that's the software we needed to generate the
22 augmented vision videos.
23   Q   Okay.  Fair enough.
24       So explain to me what exactly -- what you mean by
25 that.

---

94

1    A   So at that time, we would actually -- on
2  engineering cars, we would actually generate this
3  augmented vision video in realtime on the fly on the car.
4  So you could actually view augmented vision video live as
5  you were driving an engineering car.
6        And then for customer builds of autopilot
7  software, we would not include that -- that code that
8  generated augmented vision video.  But what we would do is
9  if we got a snapshot from a customer car, we would run it
10 through what we call Replay, which is our ability to
11 replay a snapshot through autopilot software in our data
12 centers.  And in doing so, we can replay the snapshot, run
13 that same code that we would run in an engineering car to
14 generate an augmented video.  And at that point, we could
15 then record that augmented video on our servers.
16   Q   Okay.  So just so I'm clear, engineering cars,
17 you could actually be playing or visualizing augmented
18 vision in realtime as the vehicle was traveling down the
19 road; correct?
20   A   That is correct.
21   Q   But in customer cars, you could take the snapshot
22 file and run it through a program called Replay to then
23 create augmented vision?
24   A   That's correct.
25   Q   Okay.  How, if at all, was T-Clips used to create

---

95

1  augmented vision in 2019?
2    A   It was not used to create augmented vision.
3  However, in 2019, when you viewed a snapshot in T-Clips,
4  if we had created augmented vision for that snapshot, you
5  would be able to view the augmented vision video in
6  T-Clips.
7    Q   Ah.  So T-Clips was just another place where
8  augmented vision created in Replay lived in the 2019 era?
9    A   Yeah.  It's where you could view the augmented
10 vision videos in 2019.
11   Q   And today, if you were to create augmented
12 vision, do you use -- first, let me ask you this.  For
13 purposes of this case, to create augmented vision, what
14 software tool did you use?  Was it T-Clips?  Was it AP
15 Viz?  Was it Replay?  Describe.
16   A   It was Replay.  So we tried to replicate the same
17 exact process that we would have run in 2019 as closely as
18 possible, which is a process I did just as described in my
19 previous answer, which is using Replay.  So we ran Replay
20 on this snapshot using a 2019 -- or, actually, it was a
21 December 2018 version of autopilot software, which is the
22 exact version that was running on the car when the
23 collision occurred.
24       And we built that and we ran -- we re- -- we ran
25 Replay on that snapshot using that version of autopilot

---

96

1  software and reported the augmented vision.
2    Q   All right.  So you took, basically, the software
3  stack as it existed in the time of December of 2018, used
4  that with the snapshot file, run through Replay to create
5  the augmented vision; correct?
6    A   That's correct.
7    Q   All right.  If you wanted to, could you have
8  taken the snapshot file and run it through AP Viz to
9  create augmented vision?
10   A   No, we could not have.
11   Q   Why not?
12   A   I mean, AP Viz does -- has never had the
13 capability of creating augmented vision on any file.
14   Q   How do you create augmented vision today?
15   A   We, actually do not create augmented vision
16 today.  We don't use augmented vision anymore.
17   Q   What do you use to visualize what the vision
18 system and autopilot system are seeing, doing, and
19 perceiving in a given time and place?
20   A   App -- so we use AP Viz.  That's the tool that we
21 use, and it does have the ability to visualize all the
22 signals from the car, like the RTDVs that you mentioned.
23 But it does not -- does not imbed those signals into a
24 video.  It doesn't use, like, the augmented video method.
25   Q   Why not?

97

1    A  So over time, we -- augmented vision -- the --
2 would continue to evolve as, you know, engineers needed
3 different sets of signals visualized. And what we noticed
4 is that not all engineers needed the same -- were
5 interested in the same set of visualizations. Right? And
6 we also noticed that the visualizations as -- as the
7 autopilot software matured, there were more and more
8 signals that could be visualized and the information
9 became too dense to imbed into a video.
10      And so AP Viz allows you to recreate these
11 visualizations kind of on the fly as opposed to
12 pre-generating a video of them. Right? And that allows
13 different engineers to kind of toggle on and off different
14 signals that they're interested in, and everybody can get,
15 like, their own more custom view of the visual --
16 visualizations they need.
17    Q  So you can now just be more precise with the
18 visualizations that you want to see. You just do not
19 superimpose it on top of camera imaging that you receive
20 from the vehicle?
21    A  You can be more -- more customizable, yeah. And
22 we do not superimpose it on top of the video.
23    Q  How long did it take you to recreate the software
24 stack that existed in December 2018 for purposes of
25 creating the -- and then -- well, start there. How long

98

1 did it take you to recreate the autopilot software from
2 December 2018 for purposes of creating the augmented
3 vision? But I'm just focusing on that piece.
4    A  It took a surprising -- a surprisingly long time.
5 We had initially two engineers working on it, and
6 eventually, I think, five or six total engineers
7 contributed to this effort of recreating the December 2018
8 autopilot software for the purposes of Replay. We
9 estimate over 100 hours total of engineering time just to
10 get that software built.
11    Q  Did you not store the old software binaries
12 somewhere on Tesla's servers?
13    A  We do store old software binaries in Tesla
14 servers but not for six years. I don't know what the
15 current, like, typical retention policy is for builds like
16 that. And it probably depends on -- we probably keep
17 builds that we -- that we sent to customer cars longer
18 versus just like daily engineering builds are kept for a
19 shorter amount of time. But I don't -- I'm relatively
20 sure that we don't keep any builds for six years.
21    Q  Do you know what that retention policy is?
22    A  I don't know.
23    Q  Okay.
24      Having reviewed Mr. Drokin's augmented vision,
25 did you have any -- any criticism of it, or did you find

99

1 that it was a valid recreation?
2    A  I should start by saying I don't really -- I
3 never really used augmented vision video because I don't
4 work on the, you know, autopilot algorithms. So I
5 wouldn't be the best critic of augmented vision video.
6 And I -- I just looked at his briefly and it looked
7 reasonable. But yeah. I don't -- I don't think I could
8 really be -- really criticize -- may be a good critic.
9    Q  Fair. So fair to say that going through the
10 augmented vision that was produced by Tesla and discussing
11 it in terms of its classification of objects, its
12 classification of road edge, it's confidence levels, those
13 are not things that -- that you can speak to based upon
14 your role on -- on the infrastructure side of autopilot;
15 true?
16    A  That's correct. Yeah.
17    Q  Boy. That saves you a lot of questions.
18    A  That's good to hear.
19    Q  One thing I -- I don't know if someone's answered
20 yet. It shows a health critical warning. Do you recall
21 that lasting for the last about 1.4 seconds? I can show
22 it to you if you don't recall.
23    A  I think -- okay. If -- does it say "LP20 health
24 critical"? Is that what you're referring to?
25    Q  It might --

100

1    A  Or LP -- or LP20, something like that?
2    Q  Something like that.
3    A  I remember seeing something like that when I
4 reviewed the -- augmented vision video.
5    Q  What does it mean?
6    A  Yeah. That -- you know, obviously, that kind of
7 stands out in the video. So I was thinking about that as
8 well. I think it means -- L2P0 [sic], I think that --
9 hold on. Yeah. I think that means lane -- Lanes 2.0. I
10 remember that being -- it's not something I worked on, but
11 I remember that being discussed in the autopilot team,
12 which is, you know, like, a new version of lane -- of lane
13 line detection. Right? And I don't know what it means
14 for lane detection to be health critical. But apparently
15 that's the state that lane detection was in at that
16 moment.
17    Q  Okay. Here. I'll just show it to you. And I'm
18 going to show it to you in this form. We just had the
19 frames per sec. We just had converted to a PDF so we
20 could see multiple frames. You'll see it's 386 for six
21 seconds, so you can do the math. But it just allows me to
22 do this, and I find it's a lot easier in deposition to
23 talk to someone about it like this as opposed to toggling
24 on video. But it is about this moment -- yeah.
25    A  Okay.

101

1    Q   There you go.  And it -- basically, I'll just
2  represent to you for the last 11.4 seconds, it holds up an
3  "L2 health critical."  You know it has something to do
4  with Lanes 2-- -- Lanes 2.0, which was -- what was
5  Lanes 2.0?
6    A   I -- yeah.  As I --
7    MR. SMITH:  Before you answer, just for clarity, can
8  we -- is this -- is this the video we produced on Monday
9  or is it --
10    MR. SCHREIBER:  Yes, sir.
11    MR. SMITH:  Okay.  Good.
12    THE WITNESS:  As I said, I was not involved in lane
13  detection or, you know, any -- any of those efforts, but I
14  did -- you know, I was in enough meetings that I heard
15  these things discussed.  And my understanding is that L20
16  refers to Lane 2.0 [sic], which was just a new version of
17  detecting lane geometry.  Right?  So you're trying --
18  you -- you're trying to, you know, through computer vision
19  look at the video and predict lane geometry.
20 BY MR. SCHREIBER:
21    Q   And do you think that has something to do with
22  the fact and in this moment that, starting at this point,
23  because it doesn't know where the lanes are, it's health
24  critical?
25    MR. SMITH:  Calls for speculation.

102

1  BY MR. SCHREIBER:
2    Q   If you know.  Or if you've been in meetings
3  where, you know, a collision analysis was done and this
4  was discussed.
5    A   I mean, this is almost pure speculation on my
6  part.  But if there -- you know, it may mean that there's
7  no lane lines visible in the frame.  I'm not sure
8  actually -- I can't tell from this video if there are lane
9  lines visible in the frame.
10    Q   Yeah.  I don't -- I think -- I don't think there
11  is.  I think it just crosses the stop bar.  But again.
12  You're not the guy.  That's all right.
13    A   Yeah.
14    Q   You just simply were told on the -- from your
15  training and experience to build this, and you built it.
16  But, again, you are not trained nor have you spent your
17  time in Tesla on the -- the algorithmic side of autopilot
18  in terms of the how and the why and the confidence levels
19  and that sort of thing; true?
20    MR. SMITH:  Object to the first part of that question.
21 BY MR. SCHREIBER:
22    Q   Go ahead.
23    A   Yeah.  I was asked to build this video, but I do
24  not know how to interpret it unfortunately.
25    Q   And if you wanted to interpret it, who would you

103

1  speak to within the autopilot team today?
2    A   I do remember that Chris Payne (phonetic) was
3  involved with and, I believe, leading the Lanes 2.0 effort
4  specifically.  So he -- if I had a Lanes 2.0 question, I
5  would go to Chris.
6    Q   And if you just had a -- well, and so -- okay.
7  This's fair.  Either way, answer it that way.
8    I stopped sharing; right?  Yeah?
9    A   Yes.
10    Q   Sorry.  You go back and forth so many times in
11  the course of a day, you forget.
12    All right.
13    Do you know who -- you told me that only a
14  certain number of people -- limited number of people have
15  access and -- and, essentially, permission to delete or --
16  or move or alter snapshot files -- collision snapshot
17  files; true?
18    A   That's true.
19    Q   Have you ever had the occasion to delete a
20  collision snapshot file in your time at Tesla?
21    A   No, I have not.
22    Q   Do you know anyone who has?
23    A   No, I do not.
24    Q   Do you know who all from 2019 till -- let's call
25  it the end of 2024, who within autopilot or within Tesla

104

1  would have the permission to do that with respect to
2  collision snapshot files on the servers at Tesla?
3    A   It would be engineers who work on our back-end
4  systems that run on these servers.  They would have access
5  to the servers.  That's -- that's a list.  It changes as,
6  you know, new people are hired or brought on to ^ the
7  project.
8    Q   Would it involve the legal department as well?
9    A   To my knowledge, nobody in the legal department
10  has any access to our servers.
11    Q   Okay.  All right, sir.  I know it's getting late
12  for our friends on the East Coast.  For those of us on the
13  West Coast, it's pushing 5:00 o'clock.
14    Do you know how many people are on that team?
15    A   How many -- do I know how many people -- do I
16  know how many people have access to our servers?
17    Q   Yes, sir.
18    A   I don't know offhand.
19    Q   Do you know approximately how many people that is
20  at any given time?
21    A   I would estimate probably close to a hundred.
22    Q   Got it.
23    MR. SCHREIBER:  Okay.  So 4:56.  I'm going to pause
24  for the cause.  I'm going to consult with my colleagues
25  and see if there's anything else.  But I think we're --

105

1  we're about to wrap.  So why don't we just pause till
2  5:00 o'clock and either we're going to come back on the
3  record simply to do orders of the transcript or I'm going
4  to come back and have a couple more minutes of question.
5  But we're in the very short strokes.  Okay?
6      MR. SMITH:  And I have one question so far.  I may
7  have more if you go -- get long-winded, but --
8      MR. SCHREIBER:  Fair enough.
9      MR. SMITH:  All right.
10     MR. SCHREIBER:  We'll be right back.
11     MR. SMITH:  Great.
12     THE VIDEOGRAPHER:  Okay.  We are going off the record
13  at 4:57.
14         (Off the record.)
15     THE VIDEOGRAPHER:  And we are back on at 5:04.
16  BY MR. SCHREIBER:
17     Q   Mr. Shoemaker, in your time at Tesla, was
18  there -- has there ever been any push to save space on S3
19  as some sort of a, you know, money-saving endeavor?
20     MR. SMITH:  Object to form.
21     THE WITNESS:  Yes.  There has been efforts to save
22  costs -- storage costs.
23  BY MR. SCHREIBER:
24     Q   Okay.  And in those storage cost efforts, did
25  that ever include the reduction or elimination of

106

1  collision snapshot files?
2      A   Not that I'm aware of.
3      Q   In the effort to save money and cost on storage,
4  was there ever an effort to eliminate other snapshot
5  files?
6      A   Actually, not that I'm aware of.  We — we have
7  moved snapshot files into, like, archive storage —
8  cheaper storage tiers.  And, in fact, I should mention
9  that, you know, whenever we go through these efforts to
10  save storage costs, we, actually, particularly pay
11  attention to collision data to make sure that it, you
12  know, receives special treatment, it does not get archived
13  or deleted.
14     Q   And when -- give me a timeline in the seven years
15  that you've been there, when was the last time that that
16  push or -- or drive was -- was done to save money on
17  storage?
18     A   The last big push would have been in that kind of
19  May through June of 2024.  Although really what we've
20  tried to do is make it an ongoing process of tracking —
21  you know, tracking the usage of the data and archiving
22  data that's not being used for a long period of time.
23     Q   Fair enough.  Was it ever done, to your
24  knowledge, in the 2019/2020 era?
25     A   No.  It wasn't — to my knowledge, it was not

107

1  done in that era.
2      Q   Last question 'cause you just said it about
3  archive.  Did you ever go look at any archive files to see
4  if any of the collision snapshot indexes or -- or original
5  file were -- were located there?
6      A   The way S3 works with their, like, glacier deep
7  archive tier is you actually -- the location of the object
8  remains the same, but the storage class changes.  So it
9  wouldn't be like looking in a separate location.
10     Q   Got it.  I -- I actually kind of understand what
11  you just said there.
12     MR. SCHREIBER:  So okay.  I'm good.  I have nothing
13  else.
14     MR. SMITH:  This is Joel Smith.  I just have one
15  question or just one subject.
16
17          EXAMINATION
18  BY MR. SMITH:
19     Q   You mentioned that Ryan McCarthy had shown you a
20  video; right?
21     A   That's correct.
22     Q   Did he tell you that was the only video that we
23  had?
24     A   He did not.  He just -- he showed me a video.
25     Q   And can you describe your recollection of that?

108

1      A   My recollection is that I had already searched
2  for the snapshot and not found it.  And Ryan kind of
3  flipped his laptop around and said, "But we do have
4  video."  And that was surprising to me.
5      Q   All right.  And what did that cause you to do?
6      A   That — that is what caused me to then go send a
7  text message to Dzuy and say, "Did we, in fact, get a
8  snapshot from this incident?"
9          And that's when Dzuy responded, "No, we did not,
10  but we have what looks to be dashcam footage."
11     MR. SMITH:  Okay.  That's all I got.
12     THE STENOGRAPHER:  Are we doing the same orders as
13  this morning?
14     MR. SCHREIBER:  Yes, please.
15     MR. SMITH:  Yes, please.
16     THE STENOGRAPHER:  I'm done.  Thank you.
17     THE VIDEOGRAPHER:  Thank you.  This marks the end of
18  the deposition of David Shoemaker.  We are going off the
19  record at 5:08.
20     (Time noted 5:08 p.m.)
21     (Exhibit 3 was marked for identification by the
22  Certified Shorthand Reporter and is attached hereto.)
23
24
25         ---o0o---

109

```
1              )
     STATE OF CALIFORNIA       )
2              )
3
              CERTIFICATE OF REPORTER
4
5        I, JUSTYNE N. JOHNSON, do hereby certify that the
6    witness in the foregoing deposition was by me duly
7    affirmed to tell the truth, the whole truth and nothing
8    but the truth in the within-entitled cause; that said
9    deposition was taken at the time and place therein stated;
10   that the testimony of said witness was reported by me and
11   was thereafter transcribed under my direction and
12   supervision; that the foregoing is a full, complete and
13   true record of said testimony; that the witness was given
14   an opportunity to read and, if necessary, correct said
15   deposition and to subscribe the same.
16       I further certify that I am not of counsel or
17   attorney for any of the parties in the foregoing
18   deposition and caption named, or in any way interested in
19   the outcome of the cause named in said caption.
20       IN WITNESS WHEREOF, I have hereunto set my hand
21   this 9th day of January, 2025.
22
23       _____Justyne Johnson_____
24       JUSTYNE N. JOHNSON, CSR NO. 14301
25
```