UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                              Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

## PROPOSED ORDER ON PLAINTIFFS' SECOND AMENDED NOTICE OF INTENT TO USE DEPOSITION OF DAVID SHOEMAKER AT TRIAL

THIS MATTER is before the Court upon the Amended Notice of Intent to Use Deposition of David Shoemaker at Trial, along with Tesla's objections thereto. Being fully advised in the premises, and having reviewed the deposition designations and objections as well as applicable law, it is hereby:

ORDERED:

1. The deposition designations of David Shoemaker in Plaintiffs' Second Amended Notice of Designation are hereby ADMITTED as set forth in the attached chart.

1

2. Tesla's objections are SUSTAINED or OVERRULED as reflected in the Court's rulings therein.

3. The parties shall ensure that the final trial presentation of the deposition testimony conforms to this Order.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. BETH BLOOM
UNITED STATES DISTRICT JUDGE