# EXHIBIT A



# Transcript of Choaswolfttv - 2.4

**Case:** Benavides/Estate of Leon, et al. -v- Tesla, Inc. / Angulo -v- Tesla, Inc.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

TRANSCRIPT OF VIDEO

"CHOASWOLFTTV - 2.4"

Job No.: 593576
Pages: 1 - 3
Transcribed by: Christian Naaden

P R O C E E D I N G S
[foreign language; screen reads "A good Nazi is a dead one. Do you agree? Fuck you, Elon Musk"]

CERTIFICATE OF TRANSCRIBER

I, Chris Naaden, a transcriber, hereby declare under penalty of perjury that to the best of my ability from the audio recordings and supporting information; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome, the above 2 pages contain a full, true and correct transcription of the tape-recording that I received regarding the event listed on the caption on page 1.

I further declare that I have no interest in the event of the action.

July 21, 2025
Chris Naaden

(593576, Choaswolfttv - 2.4.wmv)

**A**

**ability** 3:4
**above** 3:8
**action** 3:14
**agree** 2:3
**any** 3:6
**audio** 3:4

**B**

**best** 3:3

**C**

**caption** 3:11
**case** 3:7
**certificate** 3:1
**choaswolfttv** 1:8, 3:20
**chris** 3:2, 3:18
**christian** 1:22
**contain** 3:8
**correct** 3:9
**counsel** 3:5

**D**

**dead** 2:3
**declare** 3:2, 3:13

**E**

**elon** 2:3
**employed** 3:6
**event** 3:10, 3:14

**F**

**financial** 3:7
**foreign** 2:2
**fuck** 2:3
**full** 3:9
**further** 3:13

**G**

**good** 2:2

**H**

**hereby** 3:2

**I**

**information** 3:5
**interest** 3:7, 3:13

**J**

**job** 1:20
**july** 3:17

**L**

**language** 2:2
**listed** 3:10

**M**

**musk** 2:4

**N**

**naaden** 1:22, 3:2, 3:18
**nazi** 2:3
**neither** 3:5

**O**

**one** 2:3
**otherwise** 3:8
**outcome** 3:8

**P**

**page** 3:11
**pages** 1:21, 3:8
**parties** 3:6
**penalty** 3:3
**perjury** 3:3

**R**

**reads** 2:2
**received** 3:10
**recording** 3:10
**recordings** 3:4
**regarding** 3:10
**related** 3:6

**S**

**screen** 2:2
**signature-p1kal** 3:15
**supporting** 3:4

**T**

**tape** 3:9
**transcribed** 1:22
**transcriber** 3:1, 3:2
**transcript** 1:6
**transcription** 3:9
**true** 3:9

**U**

**under** 3:3

**V**

**video** 1:6

**W**

**wmv** 3:20

**2**

**2.4** 1:8, 3:20
**2025** 3:17
**21** 3:17

**5**

**593576** 1:20, 3:20



# Transcript of Choaswolfttv - 4.15

**Case:** Benavides/Estate of Leon, et al. -v- Tesla, Inc. / Angulo -v- Tesla, Inc.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

TRANSCRIPT OF VIDEO

"CHOASWOLFTTV - 4.15"

Job No.: 593576

Pages: 1 - 3

Transcribed by: Christian Naaden

P R O C E E D I N G S

MALE: My account came in, you know, videos, shadow- -- and what it was just called, restricted. You know what I'm saying? Fuck Donald Trump. Fuck JD Vance. Fuck President Musk.

And fuck you, whoever is putting my motherfucking videos -- like, seriously? Do you have anything better to do? I really hope it's not who I think it is because I don't -- I don't want to think about that shit, because if it is, that's fucked up, you know?

But whatever it is, you know, I guess you're having your fucking moment be putting some of these videos that doesn't get views or whatever. But again, fuck Trump. Fuck JD Vance. Fuck President Musk. Fuck you too, though.

CERTIFICATE OF TRANSCRIBER

I, Chris Naaden, a transcriber, hereby declare under penalty of perjury that to the best of my ability from the audio recordings and supporting information; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome, the above 2 pages contain a full, true and correct transcription of the tape-recording that I received regarding the event listed on the caption on page 1.

I further declare that I have no interest in the event of the action.

July 21, 2025

Chris Naaden

(593576, Choaswolfttv - 4.15.wmv)

**A**

**ability** 3:4
**about** 2:10
**above** 3:8
**account** 2:2
**action** 3:14
**again** 2:15
**any** 3:6
**anything** 2:8
**audio** 3:4

**B**

**because** 2:9, 2:10
**best** 3:3
**better** 2:8

**C**

**called** 2:3
**came** 2:2
**caption** 3:11
**case** 3:7
**certificate** 3:1
**choaswolfttv** 1:8, 3:20
**chris** 3:2, 3:18
**christian** 1:22
**contain** 3:8
**correct** 3:9
**counsel** 3:5

**D**

**declare** 3:2, 3:13
**donald** 2:4

**E**

**employed** 3:6
**event** 3:10, 3:14

**F**

**financial** 3:7
**fuck** 2:4, 2:5, 2:6, 2:15, 2:16
**fucked** 2:10
**fucking** 2:13
**full** 3:9
**further** 3:13

**G**

**guess** 2:12

**H**

**hereby** 3:2
**hope** 2:8

**I**

**information** 3:5
**interest** 3:7, 3:13

**J**

**jd** 2:5, 2:15
**job** 1:20
**july** 3:17

**K**

**know** 2:2, 2:4, 2:11, 2:12

**L**

**listed** 3:10

**M**

**male** 2:2
**moment** 2:13
**motherfucking** 2:7
**musk** 2:5, 2:16

**N**

**naaden** 1:22, 3:2, 3:18
**neither** 3:5

**O**

**otherwise** 3:8
**outcome** 3:8

**P**

**page** 3:11
**pages** 1:21, 3:8
**parties** 3:6
**penalty** 3:3
**perjury** 3:3
**president** 2:5, 2:15
**putting** 2:6, 2:13

**R**

**really** 2:8
**received** 3:10
**recording** 3:10
**recordings** 3:4
**regarding** 3:10
**related** 3:6
**restricted** 2:4

**S**

**saying** 2:4
**seriously** 2:7
**shadow** 2:3
**shit** 2:10
**signature-mig2k** 3:15
**some** 2:13
**supporting** 3:4

**T**

**tape** 3:9
**think** 2:9
**transcribed** 1:22
**transcriber** 3:1, 3:2
**transcript** 1:6
**transcription** 3:9

**true**
3:9
**trump**
2:5, 2:15

**U**

**under**
3:3

**V**

**vance**
2:5, 2:15
**video**
1:6
**videos**
2:3, 2:7, 2:14
**views**
2:14

**W**

**want**
2:9
**whatever**
2:12, 2:14
**whoever**
2:6
**wmv**
3:20

**2**

**2025**
3:17
**21**
3:17

**4**

**4.15**
1:8, 3:20

**5**

**593576**
1:20, 3:20