# EXHIBIT B

22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

JUROR QUESTIONNAIRE

Please answer fully all the following questions:

1. What is your name and date of birth? Camilo Campanel!a 11-12-1990

2. Place of birth: Cuba

3. In what city and county do you currently live? miami Fl

4. Please describe your current employment and past work history.
I work at a supermarket

5. What is your educational background (i.e., grade school, high school, college, etc.)?
High School

6. What, if any, degrees or certifications do you have, and what are/were your major areas of study/training?
only High School

7. Please describe your spouse or partner's current and past occupation and describe his/her educational background.
N/A

8. If you have any adult children, describe their level of schooling and/or employment.
No Kids

9. Have you served in the military? If so, please describe such service.
No

10. Have you ever served on a jury before? If so, state how many times; the type of case;

1

whether the trial was in state or federal court; if you reached a verdict and if you were the foreperson.

_This will be my firt First Time_

11. Do you have any strong feelings or attitudes, positive or negative, about personal injury lawsuits? If so, please describe.

_No_

12. If the law allows it and the evidence supports it, would you, as a juror, be able to award damages?

Yes ✓   No ___

13. Would you briefly describe any personal hobbies and/or interests you have?

_Gaming   anime_

14. What newspapers and/or magazines (including online sites) do you read regularly or rely on for news/current affairs? Also, what are your favorite T.V./streaming shows and/or social media websites?

_~~on~~ anime_

15. If you and/or a close family member or close friend has ever been a party to a lawsuit (i.e., sued someone or been sued by someone) please describe the circumstances, including whether you/your close family member/friend were the plaintiff (i.e. the party suing) or the defendant (i.e. the party being sued)

_N/A_

16. Is there anything in your background or personal feelings which might affect your ability to be fair and impartial to both sides?

_No_

17. To the best of your knowledge, have you ever participated in a software beta test?

18. Have you read or heard anything (in the media, from family or friends) about Tesla vehicles?
    Yes____  No ✓  Not Sure____
    Yes____  No ✓

If yes, please explain what you have read or heard and from what source(s):
_____
_____

19. Have you owned or driven a vehicle with driver assist features (e.g., adaptive cruise control, lane centering, lane departure assist, etc.)? If so, please identify the year, make and model of the vehicle and describe your experience with those features (e.g., positive, negative, neutral).
    No
_____
_____

20. Have you driven a Tesla with the Autopilot driver assist feature engaged, or been in a Tesla while the driver had Autopilot engaged? ☐ YES ☑ NO ☐ UNSURE. If yes, describe the circumstances, including if you have ever owned or leased a Tesla.
_____
_____

21. How often do you use the following driver-assist features:

|  | Never | Sometimes | Regularly | I would, if available |
|---|---|---|---|---|
| a. Cruise Control | ☐ | ☐ | ☐ | ☐ |
| b. Adaptive Cruise | ☐ | ☐ | ☐ | ☐ |
| c. Lane-Centering | ☐ | ☐ | ☐ | ☐ |
| d. Lane-Centering with Adaptive Cruise | ☐ | ☐ | ☐ | ☐ |

22. Do you have any strong feelings or attitudes, positive or negative, about the company Tesla, Inc., or Tesla vehicles?
    Yes____  No ✓

If yes, please explain:
_____
_____

23. Are you now or have you in the past been a caregiver?  No

3