UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

### PLAINTIFFS' NOTICE OF STRIKING D.E. 496

Pursuant to CM/ECF Administrative Procedures and applicable Local Rule, Plaintiffs, by and through undersigned counsel, submit this "Notice of Striking D.E. 496" and state as follows:

1. On July 22, 2025, Plaintiffs filed their "Amended Notice of Intent to Use Depositions at Trial, Counter-Designations, and Cross-Designations" for the deposition of Eloy Rubio Blanco [D.E. 496].

2. After the Plaintiffs submitted the filing, counsel for Tesla contacted counsel for Plaintiffs and requested that it be withdrawn and submitted for filing under seal.

3. Plaintiffs maintain that there is no valid basis for the document to be filed under seal, and that the content within D.E. 496 does not contain confidential information, consistent with the Court's rulings to date.

4. However, in the spirit of cooperation, and without waiving any objection or conceding that sealing is appropriate in this instance, Plaintiffs will refile the document under seal at Tesla's request.

WHEREFORE, Plaintiffs respectfully request that the Court deem D.E. 496 as stricken from the record so they may seek leave to refile under seal for the reasons set forth above.

Date: July 22, 2025                                      Respectfully submitted,

                                                         By: /s/ Brett J. Schreiber
                                                         **Brett Schreiber, Esq.**
                                                         Admitted *Pro Hac Vice*
                                                         **Satyarinivas "Srinivas" Hanumadass, Esq.**
                                                         Admitted *Pro Hac Vice*
                                                         **Carmela Birnbaum, Esq.**
                                                         Admitted *Pro Hac Vice*
                                                         SINGLETON SCHRIEBER
                                                         591 Camino de la Reina, Suite 1025
                                                         San Diego, CA 92108
                                                         bschreiber@singletonschreiber.com
                                                         vas@singletonschreiber.com
                                                         cbirnbaum@singletonschreiber.com
                                                         jjusto@singletonschreiber.com
                                                         eelms@singletonschreiber.com
                                                         service@singletonschreiber.com
                                                         *Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

## CERTIFICATE OF FILING

      I hereby certify that on July 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the parties on the attached list.

Respectfully Submitted,
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway, Suite 1520
Miami, Florida 33156
(305) 670-6669

By:    **/s/ *Adam T. Boumel, Esq.***
       Adam T. Boumel, Esq.
       Florida Bar No.: 0110727

## SERVICE LIST

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*