UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

## PLAINTIFFS' AMENDED NOTICE OF STRIKING D.E. 496
*(Amended to correct signature block)*

Pursuant to CM/ECF Administrative Procedures and applicable Local Rule, Plaintiffs, by and through undersigned counsel, submit this amended "Notice of Striking D.E. 496" and state as follows:

1. On July 22, 2025, Plaintiffs filed their "Amended Notice of Intent to Use Depositions at Trial, Counter-Designations, and Cross-Designations" for the deposition of Eloy Rubio Blanco [D.E. 496].

2. After the Plaintiffs submitted the filing, counsel for Tesla contacted counsel for Plaintiffs and requested that it be withdrawn and submitted for filing under seal.

3. Plaintiffs maintain that there is no valid basis for the document to be filed under seal, and that the content within D.E. 496 does not contain confidential information, consistent with the Court's rulings to date.

4. However, in the spirit of cooperation, and without waiving any objection or conceding that sealing is appropriate in this instance, Plaintiffs will refile the document under seal at Tesla's request.

WHEREFORE, Plaintiffs respectfully request that the Court deem D.E. 496 as stricken from the record so they may seek leave to refile under seal for the reasons set forth above.

                    THE ROUSSO, BOUMEL LAW FIRM, PLLC.
                    9350 South Dixie Highway
                    Suite 1520
                    Miami, Florida 33156
                    (305) 670-6669

By:    **/s/ *Adam T. Boumel, Esq.***
          Adam T. Boumel, Esq.
          Florida Bar No.: 0110727
          Direct email: adam@roussolawfirm.com
          Service emails:
          Pleadings@roussolawfirm.com
          haiyang@roussolawfirm.com

## SERVICE LIST

| **Singleton Schreiber, LLP** | **Bowman and Brooke LLP** |
|---|---|
| 591 Camino de la Reina, Suite 1025 | 41000 Woodward Ave., Suite 200E |
| San Diego, CA 92108 | Bloomfield Hills, Michigan 48304 |
| Tel: (619) 771-3473 | **Attn: Wendy Lumish, Esq.** |
| **Attn: Brett J. Schreiber, Esq.** | **Attn: Joel Smith Esq.** |
| bschreiber@singletonschreiber.com | **Attn: Thomas P. Branigan, Esq.** |
| eelms@singletonschreiber.com | **Attn: Whitney, Cruz, Esq.** |
| | **Attn: Drew P. Branigan, Esq.** |
| | Wendy.Lumish@bowmanandbrooke.com |
| | Joel.smith@bowmanandbrooke.com |
| | thomas.branigan@bowmanandbrooke.com |
| | whitney.cruz@bowmanandbrooke.com |
| | drew.branigan@bowmanandbrooke.com |

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*