UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                      Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**DEFENDANT TESLA, INC.'S RESPONSE TO PLAINTIFFS' AMENDED NOTICE OF INTENT TO USE DEPOSITION OF DAVID SHOEMAKER AT TRIAL**

Defendant, Tesla, Inc., files this response to Plaintiffs' Amended Notice of Intent to Use Deposition of David Shoemaker at Trial, Objections, and Court Ruling [DE 493] as follows:

    1.    The parties have agreed to the presentation of all but two sections of the deposition of David Shoemaker, pp. 95:11-96:16 and pp. 97:23-98:20.

    2.    The recovery and location of the "snapshot" data was pursued in this case for the purpose of creating an augmented video.

    3.    Recovery of the snapshot data allowed both of the parties to create their own augmented videos. Plaintiffs' continue to assign a nefarious motive to Tesla's inability to locate the snapshot data on its server and produce an augmented video until Plaintiffs' consultants data recovery efforts from the Autopilot ECU.

32212353v1

4. Plaintiffs' counsel examined Mr. Shoemaker in his deposition as to how, where, and by who the snapshot data was found, <u>and</u> how Tesla's version of the augmented video was created.

5. Plaintiffs have also claimed at trial that the quality of the Tesla augmented videos implies some intentional deceit. The methods used by Tesla (i.e. use of reconstructed 2018 software) are relevant in this case to show that Tesla's production of the augmented video was in good faith.

6. Similarly, and pursuant to FRCP 32(a)(6) the sections should, in fairness, be read with the parts of the deposition related to locating and recovering the data used to create the augmented video.

## **CONCLUSION**

Tesla respectfully requests that the Court overrule Plaintiffs' objections to the designated deposition testimony.

Dated: July 22, 2025

Respectfully submitted,

*/s/ Wendy F. Lumish*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**Bowman and Brooke LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 | Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**DREW P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084

32212353v1

Tel. 248-205-3300 | Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 2920
Tel. 803-726-7420 | Fax: 803.726.7421
Joel.Smith@bowmanandbrooke.com

**HILARIE BASS**
Florida Bar No. 334243
**HILARIE BASS, ESQUIRE LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
Tel. 305-505-8777
bassh@bassinstitute.org

*Attorneys for Defendant TESLA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

*s/* Wendy F. Lumish
   Wendy F. Lumish

32212353v1