UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Otazo-Reyes

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

## CONSENT MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rule 5.4(b), Plaintiffs, Neima Benavides and Dillon Angulo, by and through the undersigned attorneys and with the consent of Tesla, request leave of court to file their "Amended Notice of Intent to Use Depositions at Trial, Counter-Designations, and Cross-Designations" for the deposition of Eloy Rubio Blanco, previously filed at D.E. 496 (the "Amended Notice"), and in support state as follows:

1. On July 22, 2025, Plaintiffs filed D.E. 496, which was a publicly accessible version of their Amended Notice regarding the intended use of deposition designations.

2. Subsequent to the Amended Notice being filed and docketed, and at the request of Tesla, Plaintiffs agreed to withdraw D.E. 496 and refile it under seal (See D.E. 498, Plaintiffs' Notice of Striking).

3. Plaintiffs maintain that D.E. 496 does not contain confidential material, and that sealing is not required based on the Court's rulings to date and make this motion solely to avoid

unnecessary motion practice and to acknowledge Tesla's position.

4. Plaintiffs filed a corresponding Notice of Striking at D.E. 498 to formally seek removal of the public version of the document and now request leave of Court to refile the document under seal, pending a further ruling on its confidentiality, if any.

WHEREFORE, Plaintiffs request that the Court enter an order granting leave to file their Amended Notice of Intent to Use Depositions at Trial, Counter-Designations, and Cross-Designations for the deposition of Eloy Rubio Blanco previously filed at D.E. 496 under seal, and for such other and further relief as the Court deems just and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Plaintiffs has conferred with Tesla's counsel, who has indicated that Tesla consents to the relief sought in this motion.

Date:  July 23, 2025                            Respectfully submitted,

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

 **/s/ *Adam T. Boumel, Esq.***
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email: adam@roussolawfirm.com
Service emails: pleadings@roussolawfirm.com
haiyang@roussolawfirm.com

**CERTIFICATE OF FILING**

       I hereby certify that on July 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the parties on the attached list.

> THE ROUSSO, BOUMEL LAW FIRM, PLLC.
> 9350 South Dixie Highway
> Suite 1520
> Miami, Florida 33156
> (305) 670-6669
>
> By:   **/s/ *Adam T. Boumel, Esq.***
> Adam T. Boumel, Esq.
> Florida Bar No.: 0110727
> Direct email: adam@roussolawfirm.com
> Service emails:
> Pleadings@roussolawfirm.com
> haiyang@roussolawfirm.com

**SERVICE LIST**

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*