UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF STRIKING AMENDED NOTICE OF INTENT TO USE DEPOSITION OF DAVID SHOEMAKER AT TRIAL [D.E. 493]**

Plaintiffs, by and through undersigned counsel, file this Notice of Striking D.E. 493 and state as follows:

1. On July 22, 2025, Plaintiffs filed their "Amended Notice of Intent to Use Deposition of David Shoemaker at Trial [D.E. 493].

2. On July 22, 2025, the Clerk of Court issued a Notice to Filer identifying a Login/Signature Block Violation [D.E. 499], noting that the CM/ECF login credentials used to file the document did not match the name of the attorney listed in the document's signature block,

in violation of Section 3J(1) of the CM/ECF Administrative Procedures and Local Rule 5.1(b).

3. Plaintiffs submit this Notice of Striking to formally remove D.E. 493 from the docket in compliance with the Court's directive and will refile the corrected document in accordance with applicable procedures.

WHEREFORE, Plaintiffs respectfully request that the Court deem D.E. 493 as stricken from the record so they may seek leave to refile under seal for the reasons set forth above.

                THE ROUSSO, BOUMEL LAW FIRM, PLLC.
                9350 South Dixie Highway
                Suite 1520
                Miami, Florida 33156
                (305) 670-6669

By:    */s/ Adam T. Boumel, Esq.*
        Adam T. Boumel, Esq.
        Florida Bar No.: 0110727
        Direct email: adam@roussolawfirm.com
        Service emails:
        Pleadings@roussolawfirm.com
        haiyang@roussolawfirm.com

## SERVICE LIST

| **Singleton Schreiber, LLP** | **Bowman and Brooke LLP** |
|---|---|
| 591 Camino de la Reina, Suite 1025 | 41000 Woodward Ave., Suite 200E |
| San Diego, CA 92108 | Bloomfield Hills, Michigan 48304 |
| Tel: (619) 771-3473 | **Attn: Wendy Lumish, Esq.** |
| **Attn: Brett J. Schreiber, Esq.** | **Attn: Joel Smith Esq.** |
| bschreiber@singletonschreiber.com | **Attn: Thomas P. Branigan, Esq.** |
| eelms@singletonschreiber.com | **Attn: Whitney, Cruz, Esq.** |
| | **Attn: Drew P. Branigan, Esq.** |
| | Wendy.Lumish@bowmanandbrooke.com |
| | Joel.smith@bowmanandbrooke.com |
| | thomas.branigan@bowmanandbrooke.com |
| | whitney.cruz@bowmanandbrooke.com |
| | drew.branigan@bowmanandbrooke.com |

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*