UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-cv-22607-BLOOM

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

### PLAINTIFFS' AMENDED NOTICE OF INTENT TO USE DEPOSITION OF DAVID SHOEMAKER AT TRIAL, OBJECTIONS, AND COURT RULING

Pursuant to Federal Rules of Civil Procedure 32, et seq., Plaintiffs intend to use videotaped deposition testimony in addition to live testimony at trial, including, but not limited to, possibly introducing the following:

| Witness: DAVID SHOEMAKER Deposition taken on January 9, 2025 ||||| |
| --- | --- | --- | --- | --- |
| Plaintiffs' Designations PAGE(S):LINE(S) | OBJECTION | Tesla Counter-Designations PAGE(S):LINE(S) | Cross-Designations | COURT RULING |

| | | | | |
|---|---|---|---|---|
| 8:22-25 | AGREED | | | |
| 18:15-19:25 | AGREED | | | |
| 21:22-24 | AGREED | | | |
| 22:11-25 | AGREED | | | |
| 26:1-3 | AGREED | | | |
| 26:8 | AGREED | | | |
| 26:21-23 | AGREED | | | |
| 27:8-28:25 | AGREED | | | |
| 30:6-24 | AGREED | | | |
| 31:3-13 | AGREED | | | |
| 32:2-33:5 | AGREED | | | |
| 33:14-21 | AGREED | | | |
| 34:20-35:23 | AGREED | | | |
| 36:14-22 | AGREED | | | |
| 37:8-38:13 | AGREED | | | |
| 39:13-40:8 | AGREED | | | |
| 41:22-42:11 | AGREED | | | |
| 44:11-18 | AGREED | | | |
| 44:21-45:1 | AGREED | | | |
| 46:9-48:8 | AGREED | | | |
| 49:1-50:2 | AGREED | | | |
| 52:13-17 | AGREED | | | |
| 55:22-56:10 | AGREED | | | |

| | | | | |
|---|---|---|---|---|
| 56:22-57:5 | AGREED | | | |
| 57:9-17 | AGREED | | | |
| 60:10-18 | AGREED | | | |
| 61:8-20 | AGREED | | | |
| 62:6-64:10 | AGREED | | | |
| 64:19-65:14 | AGREED | | | |
| 66:5-7 | AGREED | | | |
| 66:22-67:1 | AGREED | | | |
| 67:3-12 | AGREED | | | |
| 68:10-15 | AGREED | | | |
| 68:20-69:17 | AGREED | | | |
| 71:16-72:24 | AGREED | | | |
| 73:9-74:3 | AGREED | | | |
| 74:19-75:19 | AGREED | | | |
| 75:21-76:5 | AGREED | | | |
| 77:18-78:14 | AGREED | | | |
| 88:18-22 | AGREED | | | |
| 89:2-90:21 | AGREED | | | |
| 90:23-91:2 | AGREED | | | |
| 95:11-96:16 | Relevance (FRE 401) Waste of Time (FRE 403) Witness Unavailable (FRCP32(a)(4) | | | |

| | These passages are not offered for completeness or fairness. | | | |
|---|---|---|---|---|
| 97:23-98:20 | Relevance (FRE 401) Waste of Time (FRE 403) Witness Unavailable (FRCP32(a)(4)) These passages are not offered for completeness or fairness. | | | |
| 103:24-104:10 | AGREED | | | |
| 107:19-108:10 | AGREED | | | |

Date:  July 23, 2025

        THE ROUSSO, BOUMEL LAW FIRM, PLLC.
        9350 South Dixie Highway
        Suite 1520
        Miami, Florida 33156
        (305) 670-6669

By: **/s/ *Adam T. Boumel, Esq.***
    Adam T. Boumel, Esq.
    Florida Bar No.: 0110727
    Direct email: adam@roussolawfirm.com
    Service emails:
    Pleadings@roussolawfirm.com
    haiyang@roussolawfirm.com

**SERVICE LIST**

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*