UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                            Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**PROPOSED ORDER ON PLAINTIFFS' SECOND AMENDED NOTICE OF INTENT
TO USE DEPOSITION OF DAVID SHOEMAKER AT TRIAL [D.E. 504]**

THIS MATTER is before the Court upon the Amended Notice of Intent to Use Deposition of David Shoemaker at Trial [D.E. 504], along with Tesla's objections thereto. Being fully advised in the premises, and having reviewed the deposition designations and objections as well as applicable law, it is hereby:

ORDERED:

1. The deposition designations of David Shoemaker in Plaintiffs' Second Amended Notice of Designation [D.E. 504] are hereby ADMITTED as set forth in the attached chart.

1

2. Tesla's objections are SUSTAINED or OVERRULED as reflected in the Court's rulings therein.

3. The parties shall ensure that the final trial presentation of the deposition testimony conforms to this Order.

**IT IS SO ORDERED.**

DATED: _____

_____
HON.  BETH BLOOM
UNITED STATES DISTRICT JUDGE