UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*, and
DILLON ANGULO

    Plaintiffs,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.

_____/

**ORDER ON PLAINTIFFS' NOTICE OF INTENT TO USE DEPOSITIONS AT TRIAL, COUNTER-DESIGNATIONS, AND CROSS-DESIGNATIONS OF ELOY RUBIO BLANCO AND DAVID SHOEMAKER**

**THIS CAUSE** is before the Court upon Plaintiffs Neima Benavides, as personal representative of the Estate of Naibel Benavides Leon, and Dillon Angulo's ("Plaintiffs") Amended Notice of Intent to Use Deposition of David Shoemake at Trial, ECF No. [505], and the Amended Notice of Intent to Use Depositions at Trial, Counter-Designations, and Cross-Designations. The Court has reviewed the designations, counter-designations, objections, and related submissions and is otherwise fully advised. The Court rules as follows.

    **I. David Shoemaker Deposition Designations**

Plaintiffs' objections to the use of the deposition designations (95:11-96:16 and 97:23-98:20) of the David Shoemaker Deposition are overruled to the extent that Shoemaker is unavailable as defined under Federal Rule of Procedure 32(a)(4).

    **II. Eloy Rubio Blanco Deposition Designations**

Plaintiffs' objections to Tesla's counter-designations of Eloy Rubio Blanco deposition

Case No. 21-cv-21940-BLOOM/Torres

(43:8-46:3; 46:6-47:25; 220:3-221:11; 228:17-229:25) are sustained to the extent that Blanco is unavailable as defined under Federal Rule of Procedure 32(a)(4).

Tesla's objections to Plaintiffs' use of the deposition designations of Blanco's Deposition (62:9-14; 62:17-25; 64:1-25; 65:15-66:23; 79:25-80:7) are sustained.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 23, 2025.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record