# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased,<br><br>  Plaintiff,<br><br>v.<br><br>TESLA, INC., a/k/a Tesla Florida, Inc.,<br><br>  Defendant. | Case No. 21-cv-21940-BLOOM/Torres |
| DILLON ANGULO,<br><br>  Plaintiff,<br><br>v.<br><br>TESLA, INC. a/k/a Tesla Florida, Inc.,<br><br>  Defendant. | Case No. 22-22607-KMM |

### PLAINTIFFS' NOTICE OF FILING

Plaintiffs Neima Benavides and Dillon Angulo file the attached Proposed Supplemental Jury Instruction.

Date: July 23, 2025

Respectfully submitted,

By: _s/ Douglas F. Eaton_
    DOUGLAS F. EATON
    FBN: 129577
    **EATON & WOLK, PL**
    *Co-counsel for Plaintiff*
    2665 S. Bayshore Drive, Suite 609
    Miami, Florida 33133
    Telephone: 305-249-1640
    Email: deaton@eatonwolk.com
           cgarcia@eatonwolk.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **23rd** day of **July 2025**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

By: /s/ *Douglas F. Eaton*
    DOUGLAS F. EATON
    FBN: 129577
    **EATON & WOLK, PL**
    *Co-counsel for Plaintiff*
    2665 S. Bayshore Drive, Suite 609
    Miami, Florida 33133
    Telephone: 305-249-1640
    Email: deaton@eatonwolk.com
           cgarcia@eatonwolk.com

**PLAINTIFFS' PROPOSED ADDITION TO JURY INSTRUCTION NO. 17**

Plaintiffs request the addition of the underlined language below to the current Jury Instruction No.17:

A product is unreasonably dangerous because of its design if the product fails to perform as safely as an ordinary consumer would expect when used as intended or when used in a manner reasonably foreseeable by the manufacturer or the risk of danger in the design outweighs the benefits. <u>The Consumer expectation test is based on an objective standard and not the viewpoint of any particular consumer.</u>

Authority: The Consumer expectation test is "based on an objective standard and not the viewpoint of any particular consumer." *Liggett Group, Inc. v. Davis*, 973 So. 2d 467, 475 (Fla. 4th DCA 2007), quoting *Jennings v. BIC Corp*., 181 F.3d 1250, 1255 (11th Cir. 1999).