Exhibit A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

## FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the**
**Securities Exchange Act of 1934**

**Date of report (Date of earliest event reported): July 23, 2025**

# Tesla, Inc.
### (Exact Name of Registrant as Specified in Charter)

| Texas | 001-34756 | 91-2197729 |
|---|---|---|
| **(State or Other Jurisdiction of Incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification No.)** |

**1 Tesla Road**
**Austin, Texas 78725**
**(Address of Principal Executive Offices, and Zip Code)**

**(512) 516-8177**
**Registrant's Telephone Number, Including Area Code**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

o   Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

o   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

o   Pre-commencement communication pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

o   Pre-commencement communication pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock | TSLA | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company o

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. o

**Item 2.02    Results of Operations and Financial Condition.**

      On July 23, 2025, Tesla, Inc. released its financial results for the quarter ended June 30, 2025 by posting its Second Quarter 2025 Update on its website. The full text of the update is attached hereto as Exhibit 99.1 and is incorporated herein by reference.

      This information is intended to be furnished under Item 2.02 of Form 8-K, "Results of Operations and Financial Condition" and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01    Financial Statements and Exhibits.**

(d)     Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Tesla, Inc. Second Quarter Update, dated July 23, 2025. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**TESLA, INC.**

By:    /s/ Brandon Ehrhart

**Brandon Ehrhart**
**General Counsel and Corporate Secretary**

Date: July 23, 2025



| | |
|---|---|
| Highlights | 03 |
| Financial Summary | 04 |
| Operational Summary | 06 |
| Automotive | 07 |
| Core Technology | 08 |
| Energy & Services and Other | 09 |
| Outlook | 10 |
| Photos & Charts | 11 |
| Key Metrics | 21 |
| Financial Statements | 23 |
| Additional Information | 29 |

T E S L A

HIGHLIGHTS

SUMMARY

**Profitability**

$0.9B GAAP operating income

$1.2B GAAP net income

$1.4B non-GAAP net income[1]

Q2 2025 was a seminal point in Tesla's history: the beginning of our transition from leading the electric vehicle and renewable energy industries to also becoming a leader in AI, robotics and related services. Our first Robotaxi service launched in Austin in June. While the service is limited in initial scope, we believe our approach to autonomy – a camera-only architecture with neural networks trained on data from our global fleet of millions of vehicles – allows us to continually improve safety, rapidly scale the network and improve profitability.

We continue to expand our vehicle offering, including first builds of a more affordable model in June, with volume production planned for the second half of 2025. Additionally, we continued development of Semi and Cybercab, both slated for volume production in 2026.

**Cash**

Operating cash flow of $2.5B

Free cash flow[2] of $0.1B

$0.2B decrease in our cash and investments[3] to $36.8B

The Energy business is more critical than ever. The availability of clean, reliable energy is necessary for economic growth and an imperative for the development and commercialization of AI enabled products and services. As electricity demand grows, our Megapack product helps to increase utilization of existing generation and transmission capacity, resulting in a more efficient use of the electric grid. When paired with solar PV, Megapack is cost competitive with traditional fossil fuel generation assets and can be deployed 4x faster than traditional fossil fuel plants of the same capacity. Trailing twelve-month Energy storage deployments achieved their 12th consecutive quarterly record.

**Operations**

Launched our Robotaxi service in Austin

Delivered first customer vehicle fully autonomously

Deployed first Megapacks from Megafactory Shanghai

Despite a sustained uncertain macroeconomic environment resulting from shifting tariffs, unclear impacts from changes to fiscal policy and political sentiment, we continue to make high-value investments in CapEx and R&D, while ensuring a strong balance sheet. Our priorities remain the same: delivering affordable and compelling autonomy-capable models that maximize our global fleet of vehicles as our autonomy software continues to rapidly progress, growing the Energy business and advancing our robotics efforts.

3   [1] Excludes SBC (stock-based compensation) & Digital assets gains and losses, net of tax; [2] Free cash flow = operating cash flow less capex; [3] Includes cash, cash equivalents and investments; Note: all information herein refers to the current quarter unless otherwise noted.

T E S L A

FINANCIAL SUMMARY
(Unaudited)

| ($ in millions, except percentages and per share data) | Q2-2024 | Q3-2024 | Q4-2024 | Q1-2025 | Q2-2025 | YoY |
|---|---|---|---|---|---|---|
| Total automotive revenues | 19,878 | 20,016 | 19,798 | 13,967 | 16,661 | -16% |
| Energy generation and storage revenue | 3,014 | 2,376 | 3,061 | 2,730 | 2,789 | -7% |
| Services and other revenue | 2,608 | 2,790 | 2,848 | 2,638 | 3,046 | 17% |
| | | | | | | |
| Total revenues | 25,500 | 25,182 | 25,707 | 19,335 | 22,496 | -12% |
| Total gross profit | 4,578 | 4,997 | 4,179 | 3,153 | 3,878 | -15% |
| Total GAAP gross margin | 18.0% | 19.8% | 16.3% | 16.3% | 17.2% | -71 bp |
| | | | | | | |
| Operating expenses | 2,973 | 2,280 | 2,596 | 2,754 | 2,955 | -1% |
| Income from operations | 1,605 | 2,717 | 1,583 | 399 | 923 | -42% |
| Operating margin | 6.3% | 10.8% | 6.2% | 2.1% | 4.1% | -219 bp |
| | | | | | | |
| Adjusted EBITDA [1] [2] | 3,674 | 4,665 | 4,333 | 2,814 | 3,401 | -7% |
| Adjusted EBITDA margin [1] [2] | 14.4% | 18.5% | 16.9% | 14.6% | 15.1% | 71 bp |
| | | | | | | |
| Net income attributable to common stockholders (GAAP) [1] | 1,400 | 2,173 | 2,128 | 409 | 1,172 | -16% |
| Net income attributable to common stockholders (non-GAAP) [1] [3] | 1,812 | 2,505 | 2,107 | 934 | 1,393 | -23% |
| | | | | | | |
| EPS attributable to common stockholders, diluted (GAAP) [1] | 0.40 | 0.62 | 0.60 | 0.12 | 0.33 | -18% |
| EPS attributable to common stockholders, diluted (non-GAAP) [1] [3] | 0.52 | 0.72 | 0.60 | 0.27 | 0.40 | -23% |
| | | | | | | |
| Net cash provided by operating activities | 3,612 | 6,255 | 4,814 | 2,156 | 2,540 | -30% |
| Capital expenditures [4] | (2,272) | (3,513) | (2,780) | (1,492) | (2,394) | 5% |
| Free cash flow [4] | 1,340 | 2,742 | 2,034 | 664 | 146 | -89% |
| Cash, cash equivalents and investments | 30,720 | 33,648 | 36,563 | 36,996 | 36,782 | 20% |

[1] As a result of the adoption of the new crypto assets standard, the previously reported quarterly periods in 2024 have been recast.
[2] Beginning in Q1'25, Adjusted EBITDA (non-GAAP) is presented net of digital assets gains and losses and all prior periods have been adjusted.
[3] Beginning in Q1'25, Net income attributable to common stockholders (non-GAAP) is presented net of digital assets gains and losses and all prior periods have been adjusted.
[4] Beginning in Q1'25, Capital expenditures is presented inclusive of purchases of solar energy systems and all prior periods have been adjusted.

FINANCIAL SUMMARY

**Revenue**

Total revenue decreased 12% YoY to $22.5B. YoY, revenue was impacted by the following items:

- decline in vehicle deliveries
- lower regulatory credit revenue
- reduced vehicle average selling price (ASP) (excl. FX impact[1]), due to mix
- decline in Energy Generation and Storage revenue due to lower ASP
+ growth in Services and Other

**Profitability**

Our operating income decreased 42% YoY to $0.9B, resulting in a 4.1% operating margin. YoY, operating income was primarily impacted by the following items:

- lower regulatory credit revenue
- increase in operating expenses (ex. restructuring and SBC) driven by AI and other R&D projects
- decline in vehicle deliveries
- increase in SBC
+ decrease in restructuring charges
+ lower cost per vehicle, due to mix and lower raw materials partially offset by lower fixed cost absorption and an increase in tariffs
+ growth in Energy Generation and Storage gross profit

**Cash**

Quarter-end cash, cash equivalents and investments was $36.8B. The sequential decrease of $0.2B was primarily the result of changes in restricted cash and cash used in financing activities partially offset by free cash flow.

OPERATIONAL SUMMARY
(Unaudited)

| | Q2-2024 | Q3-2024 | Q4-2024 | Q1-2025 | Q2-2025 | YoY |
|---|---|---|---|---|---|---|
| Model 3/Y production | 386,576 | 443,668 | 436,718 | 345,454 | 396,835 | 3% |
| Other models production | 24,255 | 26,128 | 22,727 | 17,161 | 13,409 | -45% |
| **Total production** | **410,831** | **469,796** | **459,445** | **362,615** | **410,244** | **0%** |
| | | | | | | |
| Model 3/Y deliveries | 422,405 | 439,975 | 471,930 | 323,800 | 373,728 | -12% |
| Other models deliveries | 21,551 | 22,915 | 23,640 | 12,881 | 10,394 | -52% |
| **Total deliveries** | **443,956** | **462,890** | **495,570** | **336,681** | **384,122** | **-13%** |
| of which subject to operating lease accounting | 10,227 | 14,449 | 26,962 | 13,721 | 6,670 | -35% |
| | | | | | | |
| Total end of quarter operating lease vehicle count | 171,353 | 168,867 | 180,523 | 179,930 | 172,882 | 1% |
| Global vehicle inventory (days of supply)[1] | 18 | 19 | 12 | 22 | 24 | 33% |
| | | | | | | |
| Storage deployed (GWh) | 9.4 | 6.9 | 11.0 | 10.4 | 9.6 | 2% |
| | | | | | | |
| Tesla locations | 1,286 | 1,306 | 1,359 | 1,390 | 1,454 | 13% |
| Mobile service fleet | 1,896 | 1,933 | 1,895 | 1,799 | 1,684 | -11% |
| | | | | | | |
| Supercharger stations | 6,473 | 6,706 | 6,975 | 7,131 | 7,377 | 14% |
| Supercharger connectors | 59,596 | 62,421 | 65,495 | 67,316 | 70,228 | 18% |

6  [1] Days of supply is calculated by dividing new vehicle ending inventory by the relevant quarter's deliveries and using 75 trading days (aligned with Automotive News definition).

AUTOMOTIVE

We continue to make progress preparing for the launch of additional models this year. Our entire model lineup is better than ever with recent updates. Our ongoing focus on supply chain robustness has enabled a resilient vehicle capacity base despite trade and policy uncertainties. We produced our 8-millionth vehicle in June.

### US: California, Nevada and Texas

We had record test drives in North America, up 20% sequentially. Given the recent refreshes in our product portfolio and rapid improvement in FSD (Supervised)[1], it is paramount we maximize the number of prospective customers experiencing our vehicles. In May, the team launched the Long Range RWD Model Y with 357 miles of range, starting under $45k before incentives, opening the Model Y portfolio to more potential buyers.

### APAC: Shanghai

Gigafactory Shanghai remains our main export hub and continues to support greater market expansion. We achieved record delivery volumes in South Korea, Malaysia, the Philippines and Singapore. In July, we launched the Model Y in India, marking our entry into the world's third-largest car market. The refreshed Model Y earned a 5-star Overall Safety Rating from ANCAP, achieving 95% in the Child Occupant Protection pillar – the highest result recorded to date against ANCAP's 2023-2025 criteria. We continue to prepare for broader release of FSD (Supervised)[1] in China this year, pending regulatory approval.

### Europe and the Middle East: Berlin-Brandenburg

Model Y was the best-selling vehicle in Norway YTD and in Türkiye, Netherlands, Switzerland and Austria in June. The refreshed Model 3 achieved a 5-star Overall Safety Rating from EuroNCAP and is the safest car in Europe based on the latest EuroNCAP test scores. We continue to prepare for the launch of FSD (Supervised)[1] in Europe this year, pending regulatory approval.

**Current Installed Annual Vehicle Capacity**

| Region | Model | Capacity | Status |
|---|---|---|---|
| California | **Model S / Model X** | 100,000 | Production |
| | **Model 3 / Model Y** | >550,000 | Production |
| Shanghai | **Model 3 / Model Y** | >950,000 | Production |
| Berlin | **Model Y** | >375,000 | Production |
| Texas | **Model Y** | >250,000 | Production |
| | **Cybertruck** | >125,000 | Production |
| | **Cybercab** | - | Construction |
| Nevada | **Tesla Semi** | - | Construction |
| TBD | **Roadster** | - | Design development |

Installed capacity ≠ current production rate and there may be limitations discovered as production rates approach capacity. Production rates depend on a variety of factors, including equipment uptime, component supply, downtime related to factory upgrades, regulatory considerations and other factors. Construction includes factory and infrastructure buildout as well as tool installation.



**Market share of Tesla vehicles by region (TTM)**

Source: Tesla estimates based on latest available data from ACEA; Autonews.com, CAAM – light-duty vehicles only; TTM = Trailing twelve months; Q2 data for Europe unavailable as of 7/23/25.[1] Active driver supervision required; does not make the vehicle autonomous

CORE TECHNOLOGY

### Artificial Intelligence Software and Hardware

In June, we launched our Robotaxi service in the first city, Austin, with a safety rider. We will further improve and expand the service (more vehicles covering a larger area, eventually without a safety rider) while testing in other U.S. cities in anticipation of additional launches. Our efforts to refine the Robotaxi offering in Austin are not location-specific and will allow us to scale to other cities quickly with marginal investment. We achieved the world's first autonomous delivery to a customer with a new production Model Y driving itself ~30 minutes from the factory across town to its new owner's home, including on highways. We expanded AI training compute with an additional 16k H200 GPUs at Gigafactory Texas, bringing Cortex to a total of 67k H100 equivalents.

### Vehicle and Other Software

Our cars get better over time: a 2017 Model 3 owner today has access to features that did not exist when their car was built - improved security and safety (Sentry Mode, Dashcam Viewer, Automatic Blind Spot Camera, Dog Mode), increased convenience (Tesla Profiles, mobile app Trip Planner, battery preconditioning for faster Supercharging) and entertainment options (Netflix, YouTube, etc.) among many others – all delivered for free via software updates.

We launched the Robotaxi mobile app, which leverages existing Tesla app features and provides a seamless customer experience. With a Tesla Profile, customers can request a ride, follow the vehicle's location, preset cabin temperature, unlock the car using their phone, have access to their favorite entertainment and securely pay for the ride with their payment profile.

### Battery, Powertrain and Manufacturing

Our lithium refining and cathode production plants remain on track to begin production in 2025, on-shoring production of critical battery materials to the U.S. We are on course to begin domestic production of our first LFP cells for our energy storage products later this year.



Cumulative miles driven with FSD (Supervised)[1] (billions)



Tesla AI training capacity ramp through end of September (H100 equivalent GPUs)

[1] Active driver supervision required; does not make the vehicle autonomous

T E S L A

8

ENERGY & SERVICES AND OTHER

Energy storage deployments continue to grow as we expand capacity for both Megapack and Powerwall to meet demand globally. Services and Other – a collection of businesses that mainly supports vehicle sales – also continues to grow alongside our global fleet of vehicles.

### Energy Generation and Storage

Energy storage deployments once again increased on a trailing twelve-month (TTM) basis, including record Powerwall deployments for the fifth consecutive quarter. Gross profit increased sequentially and year-over-year, reaching a record of $846 million. We started deploying Megapacks from Megafactory Shanghai as the ramp continues as planned. Regionalizing energy storage manufacturing capacity is critical for meeting demand given shifting tariff, trade and fiscal policies globally.

### Services and Other

Services and Other gross profit grew 64% sequentially, partly due to improved Supercharging gross profit generation from increased volume. We added over 2,900 net new Supercharging stalls, growing the network 18% year-over-year.

As we continue redefining the vehicle buying and ownership experience, we have integrated AI agents to help resolve customer queries, reduce wait times for service and even provide assistance when placing an order for accessories, parts and products without having to wait for a person. We are leveraging this same technology in our service technician workflow to help improve turnaround times for service.



Energy and Services and Other gross profit (TTM; $M)



Energy Storage deployments (TTM; GWh)

OUTLOOK

**Volume**

It is difficult to measure the impacts of shifting global trade and fiscal policies on the automotive and energy supply chains, our cost structure and demand for durable goods and related services. While we are making prudent investments that will set up both our vehicle and energy businesses for growth, the actual results will depend on a variety of factors, including the broader macroeconomic environment, the rate of acceleration of our autonomy efforts and production ramp at our factories.

**Cash**

We have sufficient liquidity to fund our product roadmap, long-term capacity expansion plans and other expenses. Furthermore, we will manage the business such that we maintain a strong balance sheet during this uncertain period.

**Profit**

While we continue to execute on innovations to reduce the cost of manufacturing and operations, over time, we expect our hardware-related profits to be accompanied by an acceleration of AI, software and fleet-based profits.

**Product**

Our focus remains on prudently growing our vehicle volumes in a capex efficient manner by using our existing vehicle production capacity before building new lines. Plans for new vehicles that will launch in 2025 remain on track, including initial production of a more affordable model in 1H25.

Our purpose-built Robotaxi product – Cybercab – will continue to pursue a revolutionary "unboxed" manufacturing strategy and is scheduled for volume production starting in 2026.





**FSD (SUPERVISED)[1] TESTING –** PARIS, LONDON, SYDNEY AND ROME (CLOCKWISE)



13    (1) Active driver supervision required; does not make the vehicle autonomous

FIRST AUTONOMOUS DELIVERY OF A VEHICLE – MODEL Y IN AUSTIN, TX



14

**TESLA DINER –** FIRST RESPONDERS EVENT



15

TESLA DINER – NOW OPEN FOR CHARGING, DINING AND ENTERTAINMENT



16   Source: @JEHazel75 via x.com

**TESLA DINER –** NOW OPEN FOR CHARGING, DINING AND ENTERTAINMENT



TESLA DINER – CAR-SIDE FOOD DELIVERY



18

PROGRESS ON WORLD'S LARGEST SUPERCHARGER SITE – LOST HILLS, CA | 168 STALLS POWERED BY SOLAR AND MEGAPACK



GIGAFACTORY BERLIN-BRANDENBERG – PRODUCED TESLA'S 8-MILLIONTH VEHICLE





**KEY METRICS** QUARTERLY
(Unaudited)



(1) Beginning in Q1'25, Capital expenditures is presented inclusive of purchases of solar energy systems and all prior periods have been adjusted.
(2) As a result of the adoption of the new crypto assets standard, the previously reported quarterly periods in 2024 have been recast.
(3) Beginning in Q1'25, Adjusted EBITDA (non-GAAP) is presented net of digital assets gains and losses and all prior periods have been adjusted.

21

**KEY METRICS** TRAILING 12 MONTHS (TTM)
(Unaudited)



(1) Beginning in Q1'25, Capital expenditures is presented inclusive of purchases of solar energy systems and all prior periods have been adjusted.
(2) As a result of the adoption of the new crypto assets standard, the previously reported quarterly periods in 2024 have been recast.
(3) Beginning in Q1'25, Adjusted EBITDA (non-GAAP) is presented net of digital assets gains and losses and all prior periods have been adjusted.



STATEMENT OF OPERATIONS
(Unaudited)

| In millions of USD or shares as applicable, except per share data | Q2-2024 | Q3-2024 | Q4-2024 | Q1-2025 | Q2-2025 |
|---|---|---|---|---|---|
| REVENUES | | | | | |
| Automotive sales | 18,530 | 18,831 | 18,659 | 12,925 | 15,787 |
| Automotive regulatory credits | 890 | 739 | 692 | 595 | 439 |
| Automotive leasing | 458 | 446 | 447 | 447 | 435 |
| Total automotive revenues | 19,878 | 20,016 | 19,798 | 13,967 | 16,661 |
| Energy generation and storage | 3,014 | 2,376 | 3,061 | 2,730 | 2,789 |
| Services and other | 2,608 | 2,790 | 2,848 | 2,638 | 3,046 |
| **Total revenues** | **25,500** | **25,182** | **25,707** | **19,335** | **22,496** |
| COST OF REVENUES | | | | | |
| Automotive sales | 15,962 | 15,743 | 16,268 | 11,461 | 13,567 |
| Automotive leasing | 245 | 247 | 242 | 239 | 228 |
| Total automotive cost of revenues | 16,207 | 15,990 | 16,510 | 11,700 | 13,795 |
| Energy generation and storage | 2,274 | 1,651 | 2,289 | 1,945 | 1,943 |
| Services and other | 2,441 | 2,544 | 2,729 | 2,537 | 2,880 |
| Total cost of revenues | 20,922 | 20,185 | 21,528 | 16,182 | 18,618 |
| **Gross profit** | **4,578** | **4,997** | **4,179** | **3,153** | **3,878** |
| OPERATING EXPENSES | | | | | |
| Research and development | 1,074 | 1,039 | 1,276 | 1,409 | 1,589 |
| Selling, general and administrative | 1,277 | 1,186 | 1,313 | 1,251 | 1,366 |
| Restructuring and other | 622 | 55 | 7 | 94 | — |
| Total operating expenses | 2,973 | 2,280 | 2,596 | 2,754 | 2,955 |
| **INCOME FROM OPERATIONS** | **1,605** | **2,717** | **1,583** | **399** | **923** |
| Interest income | 348 | 429 | 442 | 400 | 392 |
| Interest expense | (86) | (92) | (96) | (91) | (86) |
| Other (expense) income, net [1] | (80) | (263) | 595 | (119) | 320 |
| INCOME BEFORE INCOME TAXES [1] | 1,787 | 2,791 | 2,524 | 589 | 1,549 |
| Provision for income taxes [1] | 371 | 602 | 381 | 169 | 359 |
| NET INCOME [1] | 1,416 | 2,189 | 2,143 | 420 | 1,190 |
| Net income attributable to noncontrolling interests and redeemable noncontrolling interests in subsidiaries | 16 | 16 | 15 | 11 | 18 |
| **NET INCOME ATTRIBUTABLE TO COMMON STOCKHOLDERS** [1] | **1,400** | **2,173** | **2,128** | **409** | **1,172** |
| Less: Buy-out of noncontrolling interest | — | — | 3 | — | — |
| NET INCOME USED IN COMPUTING NET INCOME PER SHARE OF COMMON STOCK [1] | 1,400 | 2,173 | 2,125 | 409 | 1,172 |
| | | | | | |
| Net income per share of common stock attributable to common stockholders | | | | | |
| Basic [1] | $ 0.44 | $ 0.68 | $ 0.66 | $ 0.13 | $ 0.36 |
| Diluted [1] | $ 0.40 | $ 0.62 | $ 0.60 | $ 0.12 | $ 0.33 |
| Weighted average shares used in computing net income per share of common stock | | | | | |
| Basic | 3,191 | 3,198 | 3,213 | 3,218 | 3,223 |
| Diluted | 3,481 | 3,497 | 3,517 | 3,521 | 3,519 |

24  [1] As a result of the adoption of the new crypto assets standard, the previously reported quarterly periods in 2024 have been recast.

BALANCE SHEET
(Unaudited)

| In millions of USD | 30-Jun-24 | 30-Sep-24 | 31-Dec-24 | 31-Mar-25 | 30-Jun-25 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets | | | | | |
| Cash, cash equivalents and investments | 30,720 | 33,648 | 36,563 | 36,996 | 36,782 |
| Accounts receivable, net | 3,737 | 3,313 | 4,418 | 3,782 | 3,838 |
| Inventory | 14,195 | 14,530 | 12,017 | 13,706 | 14,570 |
| Prepaid expenses and other current assets | 4,325 | 4,888 | 5,362 | 4,905 | 5,943 |
| Total current assets | 52,977 | 56,379 | 58,360 | 59,389 | 61,133 |
| Operating lease vehicles, net | 5,541 | 5,380 | 5,581 | 5,477 | 5,230 |
| Solar energy systems, net | 5,102 | 5,040 | 4,924 | 4,855 | 4,788 |
| Property, plant and equipment, net | 32,902 | 36,116 | 35,836 | 37,088 | 38,574 |
| Operating lease right-of-use assets | 4,563 | 4,867 | 5,160 | 5,330 | 5,633 |
| Digital assets [2] | 722 | 729 | 1,076 | 951 | 1,235 |
| Goodwill and intangible assets, net | 413 | 411 | 394 | 392 | 396 |
| Deferred tax assets [2] | 6,573 | 6,366 | 6,524 | 6,687 | 6,721 |
| Other non-current assets | 4,458 | 4,989 | 4,215 | 4,942 | 4,857 |
| **Total assets** [2] | 113,251 | 120,277 | 122,070 | 125,111 | 128,567 |
| **LIABILITIES AND EQUITY** | | | | | |
| Current liabilities | | | | | |
| Accounts payable | 13,056 | 14,654 | 12,474 | 13,471 | 13,212 |
| Accrued liabilities and other | 9,616 | 10,601 | 10,723 | 10,802 | 11,519 |
| Deferred revenue | 2,793 | 3,031 | 3,168 | 3,243 | 3,237 |
| Current portion of debt and finance leases (1) | 2,264 | 2,291 | 2,456 | 2,237 | 2,040 |
| Total current liabilities | 27,729 | 30,577 | 28,821 | 29,753 | 30,008 |
| Debt and finance leases, net of current portion (1) | 5,481 | 5,405 | 5,757 | 5,292 | 5,180 |
| Deferred revenue, net of current portion | 3,357 | 3,350 | 3,317 | 3,610 | 3,764 |
| Other long-term liabilities | 9,002 | 9,810 | 10,495 | 11,038 | 11,543 |
| **Total liabilities** | 45,569 | 49,142 | 48,390 | 49,693 | 50,495 |
| Redeemable noncontrolling interests in subsidiaries | 72 | 70 | 63 | 62 | 61 |
| Total stockholders' equity [2] | 66,887 | 70,356 | 72,913 | 74,653 | 77,314 |
| Noncontrolling interests in subsidiaries | 723 | 709 | 704 | 703 | 697 |
| **Total liabilities and equity** [2] | 113,251 | 120,277 | 122,070 | 125,111 | 128,567 |
| | | | | | |
| (1) Breakdown of our debt is as follows: | | | | | |
| Non-recourse debt | 7,355 | 7,379 | 7,871 | 7,238 | 6,953 |
| Recourse debt | 7 | 11 | 7 | 6 | 3 |
| | | | | | |
| Days sales outstanding | 14 | 13 | 14 | 19 | 15 |
| Days payable outstanding | 60 | 63 | 58 | 72 | 65 |

[2] As a result of the adoption of the new crypto assets standard, the previously reported quarterly periods in 2024 have been recast.

STATEMENT OF CASH FLOWS
(Unaudited)

| In millions of USD | Q2-2024 | Q3-2024 | Q4-2024 | Q1-2025 | Q2-2025 |
|---|---|---|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES | | | | | |
| Net income [1] | 1,416 | 2,189 | 2,143 | 420 | 1,190 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | | |
| Depreciation, amortization and impairment | 1,278 | 1,348 | 1,496 | 1,447 | 1,433 |
| Stock-based compensation | 439 | 457 | 579 | 573 | 635 |
| Deferred income taxes [1] | 122 | 286 | 6 | (43) | 52 |
| Digital assets loss (gain), net [1] | 100 | (7) | (347) | 125 | (284) |
| Other | 119 | 408 | (93) | 188 | 187 |
| Changes in operating assets and liabilities | 138 | 1,574 | 1030 | (554) | (673) |
| Net cash provided by operating activities | 3,612 | 6,255 | 4,814 | 2,156 | 2,540 |
| CASH FLOWS FROM INVESTING ACTIVITIES | | | | | |
| Capital expenditures [2] | (2,272) | (3,513) | (2,780) | (1,492) | (2,394) |
| Purchases of investments | (8,143) | (6,032) | (15,158) | (6,015) | (7,485) |
| Proceeds from maturities of investments | 6,990 | 6,670 | 10,335 | 5,856 | 6,935 |
| Proceeds from sales of investments | 200 | — | — | — | — |
| Net cash used in investing activities | (3,225) | (2,875) | (7,603) | (1,651) | (2,944) |
| CASH FLOWS FROM FINANCING ACTIVITIES | | | | | |
| Net cash flows from other debt activities | 2,598 | (75) | (108) | (50) | (23) |
| Net (repayments) borrowings under vehicle and energy product financing | (212) | (107) | 677 | (674) | (400) |
| Net cash flows from noncontrolling interests – Solar | (43) | (26) | (37) | (22) | (14) |
| Other | 197 | 340 | 453 | 414 | 215 |
| Net cash provided by (used in) financing activities | 2,540 | 132 | 985 | (332) | (222) |
| | | | | | |
| Effect of exchange rate changes on cash and cash equivalents and restricted cash | (37) | 108 | (133) | 40 | 111 |
| Net increase (decrease) in cash and cash equivalents and restricted cash | 2,890 | 3,620 | (1,937) | 213 | (515) |
| Cash and cash equivalents and restricted cash at beginning of period | 12,464 | 15,354 | 18,974 | 17,037 | 17,250 |
| Cash and cash equivalents and restricted cash at end of period | 15,354 | 18,974 | 17,037 | 17,250 | 16,735 |

[1] As a result of the adoption of the new crypto assets standard, the previously reported quarterly periods in 2024 have been recast.
[2] Beginning in Q1'25, Capital expenditures is presented inclusive of purchases of solar energy systems and all prior periods have been adjusted.

RECONCILIATION OF GAAP TO NON−GAAP FINANCIAL INFORMATION
(Unaudited)

| In millions of USD or shares as applicable, except per share data | Q2-2024 | Q3-2024 | Q4-2024 | Q1-2025 | Q2-2025 |
|---|---|---|---|---|---|
| Net income attributable to common stockholders (GAAP) [1] | 1,400 | 2,173 | 2,128 | 409 | 1,172 |
| Stock-based compensation expense, net of tax | 334 | 338 | 249 | 428 | 443 |
| Digital assets loss (gain), net of tax [1] | 78 | (6) | (270) | 97 | (222) |
| Net income attributable to common stockholders (non-GAAP) [1][2] | 1,812 | 2,505 | 2,107 | 934 | 1,393 |
| Less: Buy-outs of noncontrolling interests | — | — | 3 | — | — |
| Net income used in computing diluted EPS attributable to common stockholders (non-GAAP) [1][2] | 1,812 | 2,505 | 2,104 | 934 | 1,393 |
| | | | | | |
| EPS attributable to common stockholders, diluted (GAAP) [1] | 0.40 | 0.62 | 0.60 | 0.12 | 0.33 |
| Stock-based compensation expense, net of tax, per share | 0.10 | 0.10 | 0.08 | 0.12 | 0.13 |
| Digital assets loss (gain), net of tax, per share [1] | 0.02 | — | (0.08) | 0.03 | (0.06) |
| EPS attributable to common stockholders, diluted (non-GAAP) [1][2] | 0.52 | 0.72 | 0.60 | 0.27 | 0.40 |
| Shares used in EPS calculation, diluted (GAAP and non-GAAP) | 3,481 | 3,497 | 3,517 | 3,521 | 3,519 |
| | | | | | |
| Net income attributable to common stockholders (GAAP) [1] | 1,400 | 2,173 | 2,128 | 409 | 1,172 |
| Interest expense | 86 | 92 | 96 | 91 | 86 |
| Provision for income taxes [1] | 371 | 602 | 381 | 169 | 359 |
| Depreciation, amortization and impairment | 1,278 | 1,348 | 1,496 | 1,447 | 1,433 |
| Stock-based compensation expense | 439 | 457 | 579 | 573 | 635 |
| Digital assets loss (gain), net [1] | 100 | (7) | (347) | 125 | (284) |
| Adjusted EBITDA (non-GAAP) [1][3] | 3,674 | 4,665 | 4,333 | 2,814 | 3,401 |
| Total revenues | 25,500 | 25,182 | 25,707 | 19,335 | 22,496 |
| Adjusted EBITDA margin (non-GAAP) [1][3] | 14.4% | 18.5% | 16.9% | 14.6% | 15.1% |

[1] As a result of the adoption of the new crypto assets standard, the previously reported quarterly periods in 2024 have been recast.
[2] Beginning in Q1'25, Net income attributable to common stockholders (non-GAAP) is presented net of digital assets gains and losses and all prior periods have been adjusted.
[3] Beginning in Q1'25, Adjusted EBITDA (non-GAAP) is presented net of digital assets gains and losses and all prior periods have been adjusted.

27

RECONCILIATION OF GAAP TO NON−GAAP FINANCIAL INFORMATION
(Unaudited)

| In millions of USD | 4Q-2021 | 1Q-2022 | 2Q-2022 | 3Q-2022 | 4Q-2022 | 1Q-2023 | 2Q-2023 | 3Q-2023 | 4Q-2023 | 1Q-2024 | 2Q-2024 | 3Q-2024 | 4Q-2024 | 1Q-2025 | 2Q-2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net cash provided by operating activities (GAAP) | 4,585 | 3,995 | 2,351 | 5,100 | 3,278 | 2,513 | 3,065 | 3,308 | 4,370 | 242 | 3,612 | 6,255 | 4,814 | 2,156 | 2,540 |
| Capital expenditures [1] | (1,814) | (1,772) | (1,730) | (1,803) | (1,858) | (2,073) | (2,060) | (2,459) | (2,307) | (2,777) | (2,272) | (3,513) | (2,780) | (1,492) | (2,394) |
| Free cash flow (non-GAAP) [1] | 2,771 | 2,223 | 621 | 3,297 | 1,420 | 440 | 1,005 | 849 | 2,063 | (2,535) | 1,340 | 2,742 | 2,034 | 664 | 146 |

| In millions of USD | 4Q-2021 | 1Q-2022 | 2Q-2022 | 3Q-2022 | 4Q-2022 | 1Q-2023 | 2Q-2023 | 3Q-2023 | 4Q-2023 | 1Q-2024 | 2Q-2024 | 3Q-2024 | 4Q-2024 | 1Q-2025 | 2Q-2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income attributable to common stockholders (GAAP) [2] | 2,321 | 3,318 | 2,259 | 3,292 | 3,687 | 2,513 | 2,703 | 1,853 | 7,928 | 1,390 | 1,400 | 2,173 | 2,128 | 409 | 1,172 |
| Interest expense | 71 | 61 | 44 | 53 | 33 | 29 | 28 | 38 | 61 | 76 | 86 | 92 | 96 | 91 | 86 |
| Provision for (benefit from) income taxes [2] | 292 | 346 | 205 | 305 | 276 | 261 | 323 | 167 | (5,752) | 483 | 371 | 602 | 381 | 169 | 359 |
| Depreciation, amortization and impairment | 848 | 880 | 922 | 956 | 989 | 1,046 | 1,154 | 1,235 | 1,232 | 1,246 | 1,278 | 1,348 | 1,496 | 1,447 | 1,433 |
| Stock-based compensation expense | 558 | 418 | 361 | 362 | 419 | 418 | 445 | 465 | 484 | 524 | 439 | 457 | 579 | 573 | 635 |
| Digital assets loss (gain), net [2] | — | — | 170 | — | 34 | — | — | — | — | (335) | 100 | (7) | (347) | 125 | (284) |
| Adjusted EBITDA (non-GAAP) [2] [3] | 4,090 | 5,023 | 3,961 | 4,968 | 5,438 | 4,267 | 4,653 | 3,758 | 3,953 | 3,384 | 3,674 | 4,665 | 4,333 | 2,814 | 3,401 |

| In millions of USD | | | | 3Q-2022 | 4Q-2022 | 1Q-2023 | 2Q-2023 | 3Q-2023 | 4Q-2023 | 1Q-2024 | 2Q-2024 | 3Q-2024 | 4Q-2024 | 1Q-2025 | 2Q-2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net cash provided by operating activities – TTM (GAAP) | | | | 16,031 | 14,724 | 13,242 | 13,956 | 12,164 | 13,256 | 10,985 | 11,532 | 14,479 | 14,923 | 16,837 | 15,765 |
| Capital expenditures – TTM [1] | | | | (7,119) | (7,163) | (7,464) | (7,794) | (8,450) | (8,899) | (9,603) | (9,815) | (10,869) | (11,342) | (10,057) | (10,179) |
| Free cash flow – TTM (non-GAAP) [1] | | | | 8,912 | 7,561 | 5,778 | 6,162 | 3,714 | 4,357 | 1,382 | 1,717 | 3,610 | 3,581 | 6,780 | 5,586 |

| In millions of USD | | | | 3Q-2022 | 4Q-2022 | 1Q-2023 | 2Q-2023 | 3Q-2023 | 4Q-2023 | 1Q-2024 | 2Q-2024 | 3Q-2024 | 4Q-2024 | 1Q-2025 | 2Q-2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income attributable to common stockholders – TTM (GAAP) [2] | | | | 11,190 | 12,556 | 11,751 | 12,195 | 10,756 | 14,997 | 13,874 | 12,571 | 12,891 | 7,091 | 6,110 | 5,882 |
| Interest expense – TTM | | | | 229 | 191 | 159 | 143 | 128 | 156 | 203 | 261 | 315 | 350 | 365 | 365 |
| Provision for (benefit from) income taxes – TTM [2] | | | | 1,148 | 1,132 | 1,047 | 1,165 | 1,027 | (5,001) | (4,779) | (4,731) | (4,296) | 1,837 | 1,523 | 1,511 |
| Depreciation, amortization and impairment – TTM | | | | 3,606 | 3,747 | 3,913 | 4,145 | 4,424 | 4,667 | 4,867 | 4,991 | 5,104 | 5,368 | 5,569 | 5,724 |
| Stock-based compensation expense – TTM | | | | 1,699 | 1,560 | 1,560 | 1,644 | 1,747 | 1,812 | 1,918 | 1,912 | 1,904 | 1,999 | 2,048 | 2,244 |
| Digital assets loss (gain), net – TTM [2] | | | | 170 | 204 | 204 | 34 | 34 | — | (335) | (235) | (242) | (589) | (129) | (513) |
| Adjusted EBITDA – TTM (non-GAAP) [2] [3] | | | | 18,042 | 19,390 | 18,634 | 19,326 | 18,116 | 16,631 | 15,748 | 14,769 | 15,676 | 16,056 | 15,486 | 15,213 |

TTM = Trailing twelve months
[1] Beginning in Q1'25, Capital expenditures is presented inclusive of purchases of solar energy systems and all prior periods have been adjusted.
28  [2] As a result of the adoption of the new crypto assets standard, the previously reported quarterly periods in 2024 have been recast.
[3] Beginning in Q1'25, Adjusted EBITDA (non-GAAP) is presented net of digital assets gains and losses and all prior periods have been adjusted.

ADDITIONAL INFORMATION

**WEBCAST INFORMATION**

Tesla will provide a live webcast of its second quarter 2025 financial results conference call beginning at 4:30 p.m. CT on July 23, 2025 at ir.tesla.com. This webcast will also be available for replay for approximately one year thereafter.

**CERTAIN TERMS**

When used in this update, certain terms have the following meanings. Our vehicle deliveries include only vehicles that have been transferred to end customers with all paperwork correctly completed. Our energy product deployment volume includes both customer units when installed and equipment sales at time of delivery. "Net income attributable to common stockholders (non-GAAP)" is equal to (i) net income attributable to common stockholders before (ii)(a) stock-based compensation expense, net of tax and (b) digital assets loss (gain), net of tax. "Adjusted EBITDA (non-GAAP)" is equal to (i) net income attributable to common stockholders before (ii)(a) interest expense, (b) provision for income taxes, (c) depreciation, amortization and impairment, (d) stock-based compensation expense and (e) digital assets loss (gain), net. "Free cash flow" is operating cash flow less capital expenditures. Average cost per vehicle is cost of automotive sales divided by new vehicle deliveries (excluding operating leases). "Days sales outstanding" is equal to (i) average accounts receivable, net for the period divided by (ii) total revenues and multiplied by (iii) the number of days in the period. "Days payable outstanding" is equal to (i) average accounts payable for the period divided by (ii) total cost of revenues and multiplied by (iii) the number of days in the period. "Days of supply" is calculated by dividing new car ending inventory by the relevant period's deliveries and using trading days. Constant currency impacts are calculated by comparing actuals against current results converted into USD using average exchange rates from the prior period.

**NON-GAAP FINANCIAL INFORMATION**

Consolidated financial information has been presented in accordance with GAAP as well as on a non-GAAP basis to supplement our consolidated financial results. Our non-GAAP financial measures include non-GAAP net income (loss) attributable to common stockholders, non-GAAP net income (loss) attributable to common stockholders on a diluted per share basis (calculated using weighted average shares for GAAP diluted net income (loss) attributable to common stockholders), Adjusted EBITDA, Adjusted EBITDA margin and free cash flow. These non-GAAP financial measures also facilitate management's internal comparisons to Tesla's historical performance as well as comparisons to the operating results of other companies. Management believes that it is useful to supplement its GAAP financial statements with this non-GAAP information because management uses such information internally for its operating, budgeting and financial planning purposes. Management also believes that presentation of the non-GAAP financial measures provides useful information to our investors regarding our financial condition and results of operations, so that investors can see through the eyes of Tesla management regarding important financial metrics that Tesla uses to run the business and allowing investors to better understand Tesla's performance. Non-GAAP information is not prepared under a comprehensive set of accounting rules and therefore, should only be read in conjunction with financial information reported under U.S. GAAP when understanding Tesla's operating performance. A reconciliation between GAAP and non-GAAP financial information is provided above.

**FORWARD-LOOKING STATEMENTS**

Certain statements in this update, including, but not limited to, statements in the "Outlook" section; statements relating to the development, strategy, ramp, production and capacity, demand and market growth, cost, pricing and profitability, investment, deliveries, deployment, availability and other features and improvements and timing of existing and future Tesla products and services; statements regarding operating margin, operating profits, spending and liquidity; and statements regarding expansion, improvements and/or ramp and related timing at our factories and refinery are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are based on assumptions and management's current expectations, involve certain risks and uncertainties, and are not guarantees. Future results may differ materially from those expressed in any forward-looking statement. The following important factors, without limitation, could cause actual results to differ materially from those in the forward-looking statements: the risk of delays in launching and/or manufacturing our products, services and features cost-effectively; our ability to build and/or grow our products and services, sales, delivery, installation, servicing and charging capabilities and effectively manage this growth; our ability to successfully and timely develop, introduce and scale, as well as our consumers' demand for, products and services based on artificial intelligence, robotics and automation, electric vehicles, Autopilot and FSD (Supervised) features, and ride-hailing services generally and our vehicles and services specifically; the ability of suppliers to deliver components according to schedules, prices, quality and volumes acceptable to us, and our ability to manage such components effectively; any issues with lithium-ion cells or other components manufactured at our factories; our ability to ramp our factories in accordance with our plans; our ability to procure supply of battery cells, including through our own manufacturing; risks relating to international operations and expansion, including unfavorable and uncertain regulatory, political, economic, tax, tariff, export controls and labor conditions; any failures by Tesla products to perform as expected or if product recalls occur; the risk of product liability claims; competition in the automotive, transportation and energy product and services markets; our ability to maintain public credibility and confidence in our long-term business prospects; our ability to manage risks relating to our various product financing programs; the status of government and economic incentives for electric vehicles and energy products; our ability to attract, hire and retain key employees and qualified personnel; our ability to maintain the security of our information and production and product systems; our compliance with various regulations and laws applicable to our operations and products, which may evolve from time to time; risks relating to our indebtedness and financing strategies; and adverse foreign exchange movements. More information on potential factors that could affect our financial results is included from time to time in our Securities and Exchange Commission filings and reports, including the risks identified under the section captioned "Risk Factors" in our annual report on Form 10-K filed with the SEC on January 30, 2025 and subsequent quarterly reports on Form 10-Q. Tesla disclaims any obligation to update information contained in these forward-looking statements whether as a result of new information, future events or otherwise.

T E S L A

