UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR TRIAL**

Plaintiffs, by and through undersigned counsel, respectfully move this Court for an Order permitting Plaintiffs' counsel, jury consultants and technology consultants to bring electronic equipment into the courtroom for the duration of trial in this matter, as follows:

| Name | Role | Equipment |
|---|---|---|
| Bradley Fine | Intern | - iPhone<br>- Charging and connection cables<br>- Laptop |
| Costanza Musetti | Intern | - iPhone<br>- Charging and connection cables<br>- Laptop |

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Plaintiffs has conferred with Tesla's counsel, who has indicated that Tesla does not oppose this Motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of July, 2025, I served the foregoing document and updated production to the parties on the service list below.

                                  Respectfully Submitted,
                                  POSES LAW GROU, P.A.
                                  169 E. Flagler Street
                                  Suite 1600
                                  Miami, FL 33131
                                  (305) 577-0200

By:    **/s/ *Todd Poses, Esq.***
          Todd Poses, Esq.
          Florida Bar No.: 0075922
          tposes@poseslawgroup.com (primary)
          maria@poseslawgroup.com (secondary)
          shelly@poseslawgroup.com (secondary)

## SERVICE LIST

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*

The Rousso, Boumel Law Firm, PLLC.
9350 South Dixie Highway, Suite 1520
Miami, Florida 33156
(305) 670-6669
**Attn: Adam T. Boumel, Esq.**
Adam@roussolawfirm.com (secondary)
Haiyang@roussolawfirm.com (secondary

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*