UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased,<br><br>        Plaintiff,<br><br>v.<br><br>TESLA, INC., a/k/a Tesla Florida, Inc.,<br><br>        Defendant. | Case No. 21-cv-21940-BLOOM/Torres |
| DILLON ANGULO,<br><br>        Plaintiff,<br><br>v.<br><br>TESLA, INC. a/k/a Tesla Florida, Inc.,<br><br>        Defendant. | Case No. 22-22607-KMM |

### PLAINTIFFS' NOTICE OF FILING

Plaintiffs Neima Benavides and Dillon Angulo file the attached Proposed Supplemental Jury Instruction.

Date: July 27, 2025

Respectfully submitted,

By: *s/ Douglas F. Eaton*
DOUGLAS F. EATON
FBN: 129577
**EATON & WOLK, PL**
*Co-counsel for Plaintiff*
2665 S. Bayshore Drive, Suite 609
Miami, Florida 33133
Telephone: 305-249-1640
Email: deaton@eatonwolk.com
         cgarcia@eatonwolk.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **27th** day of **July 2025**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

By: /s/ *Douglas F. Eaton*
DOUGLAS F. EATON
FBN: 129577
**EATON & WOLK, PL**
*Co-counsel for Plaintiff*
2665 S. Bayshore Drive, Suite 609
Miami, Florida 33133
Telephone: 305-249-1640
Email: deaton@eatonwolk.com
cgarcia@eatonwolk.com

## **PLAINTIFFS' PROPOSED JURY INSTRUCTION**

In a Rule 30(b)(6) deposition, there is no distinction between the corporate representative and the corporation. The Rule 30(b)(6) designee does not give his personal opinion. Rather, he presents the corporation's "position" on the topic. The designee testifies on behalf of the corporation and thus holds it accountable.

Authority: *Vehicle Market Research, Inc. v. Mitchell International, Inc.,* 839 F.3d 1251 (2016). (Jury instruction regarding the effect of the 30(b)(6) witness "correctly stated the governing law":

In a [Rule 30(b)(6)](#) deposition, there is no distinction between the corporate representative and the corporation. The [Rule 30(b)(6)](#) designee does not give his personal opinion. Rather, he presents the corporation's "position" on the topic. The designee testifies on behalf of the corporation and thus holds it accountable. )