UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 21-CV-21940-BLOOM
BENAVIDES V. TESLA

## JURY QUESTIONS/NOTES TO THE COURT

**PLEASE NOTE: DO NOT SHOW YOUR NUMERICAL DIVISION**

Can we access the transcripts of the testimonies? Live and Zoom

SIGNED: ███████ For▒  DATE: 7/31/25  TIME: 4:15

### COURT'S RESPONSE TO THE JURY QUESTION

The transcripts of the testimonies, both live and zoom, are unavailable.

SIGNED: /s/ BETH BLOOM
UNITED STATES DISTRICT JUDGE
DATE: 7/31/2025  TIME: 4:33 pm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO21-CV-21940-BLOOM
BENAVIDES V. TESLA

## JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

How is the Punitive damage distributed? to Equally?
To whom is it deidistributed?

SIGNED: [redacted] For[redacted]   DATE: 8/1/25   TIME: 11:48

## COURT'S RESPONSE TO THE JURY QUESTION

The distribution of punitive damages is not an issue for your consideration.

SIGNED: /s/ Beth Bloom   DATE: 8/1/2025   TIME: 1:10 pm
BETH BLOOM
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO21-CV-21940-BLOOM
BENAVIDES V. TESLA

## JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

We have a Verdict

SIGNED: ███████ DATE: 8/1/25 TIME: 1:24
Fore███

**COURT'S RESPONSE TO THE JURY QUESTION**

SIGNED: _____ DATE: _____ TIME: _____
BETH BLOOM
UNITED STATES DISTRICT JUDGE