# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | **On-board camera footage/data** | | | |
| | | | | | |
| P-5. | Plaintiffs | On-board main camera video - Tesla - 00000005 (video) | | 7.15.25 P-5A, P-5B (still shots Tesla to provide) | 7.15.25 P-5A, P-5B (still shots Tesla to provide) |
| | | | | | |
| | | | I, UP | | |
| | | | I, R, UP | | |

# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■ | ■■■ | | |
| ■■■ | ■■■ | ■■■ | ■■■ | | |
| P-14. | Plaintiffs | Theory of Operation HW2.5 Model S - Benavides-00003048-3118 | | 7.29.25 | 7.29.25<br>14-1, 2, 4, 9-12, 16-17, 19, 21, 23, 25-26, 37, 41-46, 47-50, 59-60 |
| P-15. | Plaintiffs | Tesla Resp to NHTSA Oct 2021 - Benavides-00001016-1035 | I, R, UP | 7.17.25 | 7.17.25 |
| ■■■ | ■■■ | ■■■ | ■■■ | | |
| ■■■ | ■■■ | ■■■ | ■■■ | | |
| P-18. | Plaintiffs | Attachment 5d to Benavides 1016 – Resp to PE21020 - Benavides-00003135-3147 | I, R, UP | 7.17.25 | 7.17.25 |
| ■■■ | ■■■ | ■■■ | ■■■ | | |
| P-20. | Plaintiffs | Attachment 5f to Benavides 1016 – Resp to PE21020 - Benavides-00003150-3162 | I, R, UP | 7.29.25 | 7.29.25 |

## PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) Date Identified | (Clerk's Entries) Date Admitted |
|---|---|---|---|---|---|
| P-21. | Plaintiffs | Tesla Resp to 16007 from NHTSA 12-30-16 - Benavides-00003163-3185 | I, R, UP | 7.16.25 | 7.16.25 |
| P-22. | Plaintiffs | Tesla Qtrly Update to NHTSA 3-27-19 - Benavides-00003188-3222 | I, R, UP | 7.16.25 (incl. video at P-22-16 – BENA-3186) | 7.16.25 (incl. video at P-22-16 – BENA-3186) |
| P-23. | Plaintiffs | Tesla Qtrly Update to NHTSA 6-15-18 - Benavides-00003228-3260 | I, R, UP | 7.28.25 | 7.28.25 |
| | | **Augmented Videos** | | | |
| ████ | ████ | ████ | ████ | | |
| P-25. | Plaintiffs | Tesla Augmented video main (frame by frame) - Benavides-00007638 Tesla | R, UP | 7.18.25 | 7.18.25 |
| P-26. | Plaintiffs | Tesla Augmented video narrow - Benavides-00007639 | R, UP | 7.18.25 | 7.18.25 |
| P-27. | Plaintiffs | Plaintiffs Augmented video main | R, UP | 7.16.25 | 7.16.25 |
| P-28. | Plaintiffs | Plaintiffs Augmented video main (frame by frame) | R, UP | 7.16.25 | 7.16.25 |
| ████ | ████ | ████ | ████ | | |

# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | | |
| ■ | ■ | ■ | ■ | 7.24.25 | |
| ■ | ■ | ■ | ■ | | |
| P-35. | Plaintiffs | Tesla Press Conference Autopilot v 7.0 software 10-14-2015 (Video) | H, R, UP | 7.16.25 | 7.16.25 |
| | | **Elon Musk's Statements About Autopilot** | | | |
| P-36. | Plaintiffs | Tesla Press Conference Autopilot v 7.0 software 10-14-2015 (Certified Transcript) | H, R, UP | 7.17.25 | 7.17.25 |
| P-37. | Plaintiffs | Tesla Autopilot 2.0 Conference Call with Visuals 10-19-2016 (Video) | H, R, UP | 7.16.25 | 7.29.25 |
| ■ | ■ | ■ | ■ | | |
| P-39. | Plaintiffs | Code Conference 2016 – Q&A attachment 6 - (Video w Transcription) | H, R, UP | 7.16.25 | 7.16.25 |
| ■ | ■ | ■ | ■ | | |
| P-41. | Plaintiffs | Tesla Press Conference 9-11-2016 (Audio) | H, R, UP | 7.16.25 | 7.16.25 |

# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | +p12:2-18 | |
| P-43. | Plaintiffs | Clips of Lex Friedman Podcast #18, April 12, 2019 (with transcription) | H, R, UP | 7.29.25 | 7.29.25 |
| | | **Expert Reports** | | | |

# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) Date Identified | (Clerk's Entries) Date Admitted |
|---|---|---|---|---|---|
| P-53. | Plaintiffs | Tesla Owner's Manual - Benavides 00001795-1997 | | 7.15.25 (various pages) 7.16.25 (entire exhibit) | 7.15.25 (various pages) 7.16.25 (entire exhibit) |
| [REDACTED] | | | | | |
| | | **Government Investigation Findings** | | | |
| P-61. | Plaintiffs | ODI Closing Report – EA22002 PE21020 - 6-8-22 | R, H, UP | 7.17.25 (as redacted) | 7.17.25 (as redacted) |
| [REDACTED] | | | | | |
| P-63. | Plaintiffs | NHTSA - EA22002 Update 4-25-24 | R, H, UP | 7.17.25 (as redacted) | 7.17.25 (as redacted) |

# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) Date Identified | (Clerk's Entries) Date Admitted |
|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | | |
| ■ | ■ | ■ | ■ | | |
| ■ | ■ | ■ | ■ | | |
| | | **Reports and Data from Subject Collision** | | | |
| ■ | ■ | ■ | ■ | | |
| P-68. | Plaintiffs | Florida Highway Patrol Traffic Homicide Report (Ex 4 to Riso) | P, H, UP | 7.15.25 68-1, 2, 3, 22 | 7.15.25 68-1, 2, 3, 22 |
| P-69. | Plaintiffs | Florida Highway Patrol Traffic Field Note Packet (Ex 3 to Riso) | P, H, UP | 7.15.25 69 – 59-63, 77-78, 85-86, 97, 135 | 7.15.25 69 – 59-63, 77-78, 85-86, 97, 135 |
| ■ | ■ | ■ | ■ | | |
| P-71. | Plaintiffs | BENAVIDES-0002, 0003, 0006 Log Data (Excel) | P, H, UP | 7.29.25 71-3 | 7.29.25 71-3 |
| ■ | ■ | ■ | ■ | | |
| | | **Deposition Exhibits** | | | |
| ■ | ■ | ■ | ■ | | |

# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | | |
| P-75. | Plaintiffs | Paint it Black video | R, UP | 7.16.25 | 7.16.25 |
| P-76. | Plaintiffs | Elon's Tweet re Paint it Black | R, UP | 7.16.25 | 7.16.25 |
| ■ | ■ | ■ | ■ | | |

## PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | ███████████ | ███ | 7.21.25 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| P-89. | Plaintiffs | Hands-on email string - Exh 316 to deposition of Akshay Phatak – TESLA-0010688n2 | R, UP | 7.21.25 | 7.21.25 |
| | | ███████████ | | | |
| | | | | | |
| | | | | | |
| P-94. | Plaintiffs | AP 2020 Safety Goals – TESLA 00182327 (Exh 156 Deposition of Rubio Blanco) | I, R, UP | 7.29.25 94-1 to 3 | 7.29.25 94-1 to 3 |

# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) Date Identified | Date Admitted |
|---|---|---|---|---|---|
| ███ | ███ | ████████████████ | ███ | | |
| ███ | ███ | ████████████████ | ███ | | |
| ███ | ███ | ████████████████ | ███ | | |
| ███ | ███ | ████████████████ | ███ | | |
| ███ | ███ | ████████████████ | ███ | 7.23.25 | |
| ███ | ███ | ████████████████ | ███ | 7.23.25 | |
| ███ | ███ | ████████████████ | ███ | | |
| ███ | ███ | ████████████████ | ███ | 7.15.25<br>7.21.25 | |
| ███ | ███ | ████████████████ | ███ | 7.15.25 | |
| | | **Liability Demonstratives** | | | |

# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | | | |
| P-108. | Plaintiffs | Demonstrative – Road Class | Reserve right to object | 7.17.25 | 7.17.25 |
| | | | | | |

# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | Date Identified (Clerk's Entries) | Date Admitted (Clerk's Entries) |
|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■ | | 7.21.25 | |
| P-116. | Plaintiffs | Hands On Warning Logic – Ex 256 to Depo of Akshay Phatak | | 7.21.25 | 7.23.25 |
| ■■■ | ■■■ | ■■■ | | | |
| P-118. | Plaintiffs | Lewis Inspection Video - October 30, 2024 | | 7.25.25 | 7.25.25 |
| ■■■ | ■■■ | ■■■ | | | |
| | | **Damages – medical records, photographs, demonstratives** | | | |
| ■■■ | ■■■ | ■■■ | | | |
| ■■■ | ■■■ | ■■■ | | | |
| ■■■ | ■■■ | ■■■ | | | |
| ■■■ | ■■■ | ■■■ | | | |
| ■■■ | ■■■ | ■■■ | | | |
| ■■■ | ■■■ | ■■■ | | | |

# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | (Clerk's Entries) Date Identified | (Clerk's Entries) Date Admitted |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | 7.23.25 Lumbar, pelvic and brain | |
| ███ | ███ | ███ | ███ | | |
| P-152. | Plaintiffs | Photographs—Angulo and Naibel Benavides prior to the incident | Reserve right to object | 7.24.25 152-1 to 152-9 | 7.24.25 152-1 to 152-9 |
| ███ | ███ | ███ | ███ | | |
| P-154. | Plaintiffs | Photographs and Videos—Naibel Benavides' moments with family prior to the incident | Reserve right to object | 7.24.25 154-1 to 154-10 | 7.24.25 154-1 to 154-10 |
| ███ | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | | |
| ███ | ███ | ███ | ███ | | |

# PLAINTIFFS TRIAL EXHIBIT INDEX

**CASE NAME:** NEIMA BENAVIDES & DILLON ANGULO vs. TESLA

**CASE NUMBER:** 21-cv-21940-BLOOM/Torres

| Exhibit No. | Submitted By | Description | Legal Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| P-159. | Plaintiffs | | Reserve right to object | | |
| P-160. | Plaintiffs | | Reserve right to object | | |
| P-161. | Plaintiffs | | Reserve right to object | | |
| P-162. | Plaintiffs | | Reserve right to object | | |
| P-163. | Plaintiffs | | Reserve right to object | | |
| P-164. | Plaintiffs | | Reserve right to object | | |
| P-165. | Plaintiffs | | Reserve right to object | | |
| P-166. | Plaintiffs | Slide 41 – from Alan Moore's PPT – objects detected on approach | | 7.18.25 | 7.18.25 |
| P-167. | Plaintiffs | | | | |
| P-168. | Plaintiffs | | | | |

| EXHIBIT NO. | DESCRIPTION | DEMO / ID ONLY | ADMITTED |
|---|---|---|---|
| D-12 | Florida Highway Patrol on scene photographs (102) | | D-12.020 Admitted 7/15/25 |
| D-16 | FHP Officer Joel Torres body worn camera excerpt - video | OPENING D-16d; D-16e | Admitted 7/15/25 D-16; D-16a-e |
| D-31 | Tesla Motor Vehicle Order Agreement for subject Model S [BENAVIDES_00001707-00001711] | | Admitted 7/21/25 D-31.001 only |
| D-77 | Complaint in *Benavides, et al. v. George Brian McGee* | | Admitted 7/24/25 |
| D-78 | Complaint in *Dillon Angulo v. George Bryan McGee* | | Admitted 7/24/25 |
| D-138a | Please keep your hands on the wheel - Be prepared to take over at any time | Opening and Rubio direct | Admitted 7/28/25 |
| D-181.0006 | Exponent demo - McGee route of travel (work to home) | | Admitted 7/18/25 |
| D-181.0007 | Exponent demo - McGee route of travel | | Admitted 7/18/25 |
| D-307 | Tesla Moving Objects Manual | | Admitted 7/16/25 |
| D-308 | Annotated Video [HIGHLY CONF BENAVIDES-00007638] | Admitted Schreiber states 7/16/25 (I have it from our list as P-26 but I meant to show [and believe I did] P-24 which is the main; same as D-308. I suggest we pull P-26 from admitted and mark this instead. | Admitted 7/16/25 |
| D-368 | SAE J3016 | | Admitted 7/28/25 Only 386.001 and 021 |
| D-526a | Overview/aerial view of crash area at T-intersection (Walker report) | Schreiber: Admitted 7/15/25 - if this is P-114 aerial than lets mark this instead of P-114 | Admitted 7/15/25 |
| D-600 | Exemplar Tesla Model S Photographs (5) taken on July 1, 2025 [R. Harrington] | Admitted 7/21/25 600.003; 600.004 Demo only | Admitted 7/17/25 D-600.003-004 |
| D-610 | ODI Resume PE 16-007 Closed January 19, 2017 | | Admitted 7/17/25 |

32267958.v1