UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*, and
DILLON ANGULO

    Plaintiffs,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court for jury trial. The issues having been tried and the jury having duly rendered its verdict, it is **ORDERED AND ADJUDGED** as follows, consistent with the jury's verdict:

1. Judgment is entered in favor of Plaintiffs Neima Benavides, as personal representative of the Estate of Naibel Benavides Leon, and Dillon Angulo against Defendant Tesla, Inc. ("Tesla").

2. The jury having found Tesla thirty-three percent (33%) responsible for Plaintiffs' injuries, Plaintiff Neima Benavides, as personal representative of the Estate of Naibel Benavides, is entitled to compensatory damages in the following amounts from Tesla:

    a. For Lilia Marilin Leon: **$11,550,000.00.**

    b. For Guillermo Benavides: **$7,920,000.00**

3. The jury having found Tesla thirty-three percent (33%) responsible for Plaintiffs' injuries, Dillon Angulo is entitled to compensatory damages in the amount of

Case No. 21-cv-21940-BLOOM/Torres

**$23,100,000.00** from Tesla.

4. Plaintiffs Neima Benavides, as personal representative of the Estate of Naibel Benavides Leon, and Dillon Angulo are entitled to a total sum of **$200,000,000.00** in punitive damages from Tesla.

5. The Court reserves jurisdiction to entertain any appropriate post-trial motions.

6. Post-judgment interest shall accrue on this Final Judgment pursuant to 28 U.S.C. § 1961 for which let execution issue.

7. The Clerk of Court is directed to mark this case **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 1, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record