UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-cv-21940-BLOOM/TORRES

NEIMA BENAVIDES, as Personal
Representative of the Estate of
NAIBEL BENAVIDES LEON, deceased,

      Plaintiff,

v.

TESLA, INC. a/k/a TESLA FLORIDA,
INC.,

      Defendant.
_____/

## NOTICE OF FILING OF PROPOSED AGREED SUPPLEMENTAL ORDER ON PLAINTIFFS' MOTION FOR RULE 37 SANCTIONS

Pursuant to this Court's procedures, Plaintiffs give notice of filing the attached proposed "Agreed Order on Plaintiffs' Motion for Rule 37 Sanctions", as a supplement to the Court's Order (ECF 405) on Plaintiffs' Motion for Rule 37 Sanctions (ECF 285).

Dated August 4, 2025.

                                              Respectfully Submitted,

                                              **THE ROUSSO, BOUMEL LAW FIRM, PLLC.**
                                              9350 South Dixie Highway
                                              Suite 1520
                                              Miami, Florida 33156
                                              (305) 670-6669

                                 By: /s/ *Adam T. Boumel, Esq.*
                                              Adam T. Boumel, Esq.
                                              Florida Bar No.: 0110727
                                              Direct email: adam@roussolawfirm.com
                                              Service emails:
                                              Pleadings@roussolawfirm.com
                                              haiyang@roussolawfirm.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 4th day of August, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and served a copy via email to all parties on the attached service list.

By:    /s/ *Adam T. Boumel, Esq.*
         Adam T. Boumel, Esq.
         Florida Bar No.: 0110727

## SERVICE LIST

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Joel Smith Esq.**
**Attn:Thomas P. Branigan, Esq.**
**Attn: Whitney Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
**Attn: Wendy F. Lumish, Esq.**
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
Wendy.Lumish@bowmanandbrooke.com
*Counsel for Defendant*

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
eelms@singletonschreiber.com
*Counsel for Plaintiffs*

**Poses & Poses, P.A.**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*