UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel*
*Benavides Leon, deceased*, and
DILLON ANGULO

       Plaintiffs,

v.

TESLA, INC., *a/k/a. Tesla Florida, Inc.*,

       Defendant.

_____/

**SUPPLEMENTAL ORDER
ON PLAINTIFFS' MOTION FOR RULE 37 SANCTIONS**

**THIS CAUSE** came before the Court upon Plaintiffs Neima Benavides and Dillon

Angulo's (collectively, "Plaintiffs") Notice of Agreed Supplemental Order on Plaintiffs'

Motion for Rule 37 Sanctions. ECF No. [539]. This Court entered an Order on Plaintiffs'

Motion for Rule 37 Sanctions on April 14, 2025. ECF No. [405]. In its Order, the Court stated

that "[a]fter a thorough review of the record, including the depositions, and the briefings, the

Court does not find sufficient evidence to conclude that Tesla's conduct was intended to avoid

the production of evidence or otherwise undermine the discovery process" and further found

"Plaintiffs fail to show that Tesla's conduct caused any significant prejudice to Plaintiffs'

case." *Id.* at 12-13. However, the Court required "that Tesla reimburse Plaintiffs all of [their]

fees and costs, including all attorneys' and experts' fees, reasonably related to the production,

and related evaluation and testing of the snapshot package and augmented video." *Id.* at 15.

The Parties have conferred and agreed on a monetary amount, confirmed in writing

between the parties, to be paid by Tesla to Plaintiffs in satisfaction of this Court's Order.

Case No. 21-cv-21940-BLOOM/Torres

Accordingly, it is **ORDERED AND ADJUDGED** that Tesla shall make a payment, in the amount agreed upon in writing between the Parties, to Plaintiffs no later than **August 19, 2025.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 4, 2025.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Cc: Counsel of record

2