UNITED STATES DISTRICT
COURT SOUTHERN
DISTRICT OF FLORIDA

Case No. 21-cv-21940
BLOOM/TORRES

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida,*

    *Inc.*, Defendant.
_____/
DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida,*

*Inc.*,

    Defendant.

_____/

# JOINT ADMITTED TRIAL EXHIBIT LIST

| Exhibit No. | Submitted by | Description | Date Admitted |
|---|---|---|---|
| | | **Plaintiffs' Admitted Exhibits** | |
| P-5 | Plaintiffs | On-board main camera video - Tesla - 00000005 (video) | 7.15.25 |
| P-14 | Plaintiffs | Theory of Operation HW2.5 Model S- Benavides-00003048-3118 | 7.29.25 |

| Exhibit No. | Submitted by | Description | Date Admitted |
|---|---|---|---|
| P-15 | Plaintiffs | Tesla Resp to NHTSA Oct 2021 - Benavides-00001016-1035 | 7.17.25 |
| P-18 | Plaintiffs | NHTSA Attachment 5d to Benavides 1016 – Resp to PE21020 - Benavides-00003135-3147 | 7.17.25 |
| P-20 | Plaintiffs | NHTSA Attachment 5f to Benavides 1016 – Resp to PE21020 - Benavides-00003150-3162 | 7.29.25 |
| P-21 | Plaintiffs | Tesla Resp to 16007 from NHTSA 12-30-16 - Benavides-00003163-3185 | 7.16.25 |
| P-22 | Plaintiffs | Tesla Qtrly Update to NHTSA 3-27-19 - Benavides-00003188-3222 (P-22_00016_Video.MP4) | 7.16.25 |
| P-23 | Plaintiffs | Tesla Qtrly Update to NHTSA 6-15-18 - Benavides-00003228-3260 | 7.28.25 |
| P-25 | Plaintiffs | Tesla Augmented video main (frame by frame) - Benavides-00007638 Tesla | 7.18.25 |
| P-26 | Plaintiffs | Tesla Augmented video narrow - Benavides-00007639 | 7.18.25 |
| P-27 | Plaintiffs | Plaintiffs Augmented video main | 7.16.25 |
| P-28 | Plaintiffs | Plaintiffs Augmented video main (frame by frame) | 7.16.25 |
| P-35 | Plaintiffs | Tesla Press Conference Autopilot v 7.0 software 10-14-2015 (Video) | 7.16.25 |
| P-36 | Plaintiffs | Tesla Press Conference Autopilot v 7.0 software 10-14-2015 (Certified Transcript) | 7.17.25 |

| Exhibit No. | Submitted by | Description | Date Admitted |
|---|---|---|---|
| P-37 | Plaintiffs | Tesla Autopilot 2.0 Conference Call with Visuals 10-19-2016 (Video) | 7.29.25 |
| P-39 | Plaintiffs | Code Conference 2016 – Q&A attachment 6 - (Video w Transcription) | 7.16.25 |
| P-41 | Plaintiffs | Tesla Press Conference 9-11-2016 (Audio) | 7.16.25 |
| P-43 | Plaintiffs | Clips of Lex Friedman Podcast #18, April 12, 2019 (with transcription) | 7.29.25 |
| P-53 | Plaintiffs | Tesla Owner's Manual - Benavides 00001795-1997 | 7.15.25 |
| P-61 | Plaintiffs | ODI Closing Report – EA22002 PE21020 - 6-8-22 | 7.17.25 |
| P-63 | Plaintiffs | ODI Additional Info to Closing Report EA22002 Update 4-25-24 | 7.17.25 |
| P-68. | Plaintiffs | Florida Highway Patrol Traffic Homicide Report (Ex 4 to Riso) | 7.15.25 |
| P-69. | Plaintiffs | Florida Highway Patrol Traffic Field Note Packet (Ex 3 to Riso) | 7.15.25 |
| P-71-3 | Plaintiffs | Diagnostic Log Data Benavides-0002, 0003, 0006 | 7.29.25 |
| P-75 | Plaintiffs | Paint It Black Video | 7.16.25 |
| P-76 | Plaintiffs | Elon's Tweet re Paint it Black | 7.16.25 |
| P-89 | Plaintiffs | Hands-on email string - Exh 316 to deposition of Akshay Phatak – TESLA-0010688n2 | 7.21.25 |
| P-94 | Plaintiffs | AP 2020 Safety Goals – TESLA 00182327 (Exh 156 Deposition of Rubio Blanco) | 7.29.25 |

| Exhibit No. | Submitted by | Description | Date Admitted |
|---|---|---|---|
| P-108 | Plaintiffs | Demonstrative – Road Class | 7.17.25 |
| P-116 | Plaintiffs | Hands On Warning Logic – Ex 256 to Depo of Akshay Phatak | 7.23.25 |
| P-118. | Plaintiffs | Lewis Inspection Video - October 30, 2024 | 7.25.25 |
| P-152. | Plaintiffs | Photographs—Angulo and Naibel Benavides prior to the incident | 7.24.25 |
| P-154. | Plaintiffs | Photographs and Videos—Naibel Benavides' moments with family prior to the incident | 7.24.25 |
| P-166. | Plaintiffs | Slide 41 – from Alan Moore's PPT – objects detected on approach | 7.18.25 |
| | | **Defendant's Admitted Exhibits** | |
| D-012.020 | Defendant | Florida Highway Patrol Scene Photograph | 7.15.25 |
| D-016 | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-016a | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-016b | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-016c | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-016d | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-016e | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-031.001 | Defendant | Motor Vehicle Order Agreement for subject Model S | 7.21.25 |
| D-077 | Defendant | Complaint in Benavides et al. vs. George Brian McGee | 7.24.25 |
| D-078 | Defendant | Complaint in Dillon Angulo vs. George Brian McGee | 7.24.25 |

| Exhibit No. | Submitted by | Description | Date Admitted |
|---|---|---|---|
| D-181.006 | Defendant | Demonstrative related to analysis and opinions of David Cades, Ph.D. | 7.18.25 |
| D-181.007 | Defendant | Demonstrative related to analysis and opinions of David Cades, Ph.D. | 7.18.25 |
| D-307 | Defendant | Tesla Moving Objects Manual | 7.16.25 |
| D-308 | Defendant | Annotated Video | 7.16.25 |
| D-368.001 and 021 | Defendant | SAE International 2018.  Taxonomy and Definitions for terms related to Driving Automation Systems for On-Road Motor Vehicles.  SAE J3016 | 7.28.25 |
| D-526a | Defendant | Demonstratives related to analysis and opinions James Walker, Jr. | 7.15.25 |
| D-600.003 | Defendant | Ryan Harrington Exemplar photo | 7.17.25 |
| D-600.004 | Defendant | Ryan Harrington Exemplar photo | 7.17.25 |
| D-610 | Defendant | ODI Resume, Investigation PE16-007 | 7.17.25 |