# Driver Assistance System - Model S - HW2.5

`Last updated: May 06, 2024`

## Introduction and Overview

Model S and Model X vehicles built after August 1, 2017 are equipped with Driver Assistance hardware generation 2.5 (HW2.5) components. Although with vehicles built after March 2019 Driver Assistance hardware generation 3.0 (HW3) was introduced, both generations were installed in parallel for a certain period of time.

>  **Tip**
>
> The Driver Assist Hardware can be identified with the `cfg_driver_assist` vehicle configuration. Driver Assistance 2.5 hardware will have the `PARKER_PASCAL_2_5` configuration.

HIGHLY CONFIDENTIAL



1. Front ultrasonic sensors (x6)
2. Side repeater cameras (x2)
3. Driver Assistance Electronic Control Unit (ECU)
4. Forward-facing camera assembly with 3 cameras
5. B-Pillar cameras (x2)
6. Park Assist ECU
7. Rear view camera
8. Rear ultrasonic sensors (x6)
9. Radar sensor

**Component Location Overview - Model S**

| Common Abbreviation | Definition |
| --- | --- |
| EPAS | Electric Power Assisted Steering |
| RCM | Restraints Control Module |
| DI | Drive Inverter |
| MCU | Media Control Unit |
| PARK | Park Assist Electronic Control Unit (ECU) |



**Driver Assistance ECU Location (Left-Hand Drive Model X Shown, Model S Similar)**

BENAVIDES-00003051
P-14-0004



**Simplified DAS Firmware Update**

- Issue with radar calibration or radar communication (when equipped with radar) Cooling fan issue
- CAN wiring and connectors to the Driver Assistance ECU.

The Driver Assistance ECU can be replaced separately (cooling fans are part of the assembly).

## Cameras

Driver Assistance system generation 2.5 and later generation vehicles are manufactured with cameras containing RCCB type camera sensors (color cameras). Tesla Vision (Autopilot features using only cameras) requires all the cameras to be of RCCB type.

**Triple Camera Assembly**

The triple camera assembly is mounted on the front windshield and consists of the main, narrow, and fisheye camera. Using three different focal lengths gives the

BENAVIDES-00003056
P-14-0009

system both a wide and deep field of view. This wide field of view allows for detecting objects and environments when planning an appropriate vehicle trajectory or vehicle action. These cameras must be precisely aligned and calibrated. Power to the cameras, control of the cameras, and image data from the cameras is provided through the coaxial wiring connected to the Driver Assistance ECU.



**Triple Camera Location**

BENAVIDES-00003057
P-14-0010



1. Narrow camera connector
2. Main camera connector
3. Fisheye camera connector

**Triple Camera Assembly (Back)**

BENAVIDES-00003058
P-14-0011



1. Narrow camera
2. Main camera
3. Fisheye camera

**Triple Camera Field of View**

MAIN CAMERA

The main camera is one of the primary cameras used by Autopilot and can detect vehicles up to 150 m (164 yd) when conditions permit.

Specifications

- Field of view: 46 degree (horizontal) x 34 degree (vertical)

- Temperature range/rating: -40°C to +95°C (-40°F to +203°F)

- Operating voltage: 5V nominal (± 0.5V)

HIGHLY CONFIDENTIAL



1. Camera coaxial connector
2. LED indicator power

**Side Repeater Camera**

BENAVIDES-00003063



**Side Repeater Field of View**

Specifications

- Field of view: 75 degree (horizontal) x 55.4 degree (vertical)

- Temperature range/rating: -40°C to +85°C (-40°F to +185°F)

- Operating voltage: 5V nominal (± 0.5V)

DIAGNOSTICS, SERVICEABILITY, AND CALIBRATION

If the side repeater camera is not operating as expected, inspect connectors and the coaxial cable from the camera to the Driver Assistance ECU.

The Driver Assistance ECU sets alerts for the items listed below when:

- The ECU is unable to initialize cameras.

- The camera image stream is interrupted.

BENAVIDES-00003064
P-14-0017



**B-Pillar Camera Location (Model S Shown, Model X Similar)**

BENAVIDES-00003066
P-14-0019



**B-Pillar Camera Field of View**

Specifications

- Field of view: 90 degree (horizontal) x 65.3 degree (vertical)

- Temperature range/rating: -40°C to +85°C (-40°F to +185°F)

- Operating voltage: 5V nominal (± 0.5V)

DIAGNOSTICS, SERVICEABILITY, AND CALIBRATION

If the B-pillar camera is not operating as expected, inspect connectors and the coaxial cable from the camera to the Driver Assistance ECU. An alert for each camera will be set by the Driver Assistance ECU when:

- The ECU is unable to initialize cameras.

- The camera image stream is interrupted.

BENAVIDES-00003068
P-14-0021



**Rear-View Camera Location**



**Rear-View Camera Field of View**

DIAGNOSTICS, SERVICEABILITY, AND CALIBRATION

If the rear-view camera is not operating as expected, inspect the connectors and wiring from the camera to the Driver Assistance ECU and from the Driver Assistance ECU to the MCU. Confirm there are no issues with the touchscreen displaying the camera image.

Potential points of failure:

- Wiring and connectors
- Camera
- Media Control Unit (MCU)
- Driver Assistance ECU

HIGHLY CONFIDENTIAL

The rear-view camera assembly is individually replaceable.

## Radar Assembly



**Radar Mounting Location (Model S Built after April 2016) (Radar for DAS HW2.5 and HW3 Shown)**

BENAVIDES-00003073



**GNSS Antenna Location**

The GNSS receiver is integrated into the Driver Assistance ECU. It uses a coaxial cable to power the antenna assembly and to receive Radio Frequency (RF) signals from the Low Noise Amplifier (LNA) built into the antenna assembly . The Autopilot secondary processor (Aurix) configures and controls the GNSS receiver. GNSS data is shared with both of the Driver Assistance ECU, and Aurix will transmit it to the touchscreen for navigation use via Ethernet. When the Driver Assistance ECU is not operational, GNSS is not available for all other consumers. To decrease the time until the location is calculated (GNSS fix), portions of the receiver module are always powered, even when the vehicle is asleep, to retain state.

BENAVIDES-00003084
P-14-0037

If the heater grid is not working as expected, make sure to inspect the wiring to it. Confirm the above enable conditions are met and that the ambient and windshield temperature sensors (if present) are reporting correct values.

An alert will be set by the Driver Assistance ECU when a short or open circuit is detected in the camera heater grid. Potential points of failure:

- Wiring and connectors
- Ambient temperature sensor
- Temperature sensor near windshield
- Driver Assistance ECU

The camera heater grid is part of the windshield and can only be replaced as a whole. After replacing the windshield, camera pitch angle verification is required. The camera heater grid is part of the windshield and can only be replaced as a whole. After replacing the windshield, camera pitch angle verification is required.

## Driver Assist Features

 **Note**

Not all Driver Assist features are available in every country. See the local Owner's Manual on Feature Availability and if there are different conditions for activation.

### Traffic Aware Cruise Control (TACC)

| Sensors and Data Used | Forward facing cameras:<br>• Monitors lane markings, vehicles, and other objects.<br><br>Radar (when equipped and configured):<br><br>• Used to detect vehicles and other objects.<br><br>Ultrasonic sensors (when equipped and configured): |
| --- | --- |

BENAVIDES-00003088<br>P-14-0041

|  | |
|---|---|
|  | • Only used for timeout cases in detecting pedestrians when the vehicle is not moving. |
|  | Navigation and GNSS: |
|  | • Used for GNSS position, road class and curvature. |
|  | • Also used for Fleet Speed data. |
| **Speed limitations** | Minimum speed for activation:<br>• Without vehicle in front: Ranges from 8 km/h or 5 mph to 30 km/h or 18 mph (depending on road class, vehicle and environmental conditions)<br>• With vehicle in front: 0 km/h or 0 mph.<br><br>Maximum speed for use:<br><br>• 150 km/h or 90 mph.<br><br>• This is the limit of the TACC set speed. The driver can press the accelerator pedal to achieve speeds greater than 90 mph or 150 km/h. |

TACC maintains a driving set speed in the same way as standard cruise control but can also adjust the speed of the vehicle based on the distance to other vehicles in the same or adjacent lane (Undertake Assist). TACC will adjust the speed based on map data and during manual lane changes, reduce speed to target lane vehicles. TACC can be activated once traveling faster than 5 mph or 8 km/h, unless certain conditions allow an activation at even lower speeds. At standstill, TACC will activate if a vehicle is at least 5 feet (150 cm) detected ahead.

TACC is enabled by pulling the cruise control lever once or by pushing it up or down to the first or second position. If TACC was not enabled before, pushing the lever up or down sets the current speed as the cruise speed. Pulling the stalk sets the vehicle's current speed when no speed limit has been detected. When a speed limit is detected and shown in the cruise control symbol, this speed (+ possible speed warning offset) will be set as cruise control set speed when pulling the stalk, if the vehicle is going slower than the recognized speed limit the speed will be increased until it has reached the set speed.

HIGHLY CONFIDENTIAL

If cruise is active, speed can be increased by pushing the lever up to the first position 1 km/h (1 mph) and 5 km/h (5 mph) with the second position. Pushing the lever down will decrease speed with the same steps. Holding the cruise lever pulled will set the cruise speed to the speed limit determined by Speed Assist including a potential set speed offset. Cruise can be canceled by the driver by pressing the brake, pushing the lever forward or shifting into a different gear.

Cruise will not be available when:

- The speed drops below 5 mph / 8 km/h and no lead vehicle detected.
- Driving speed exceeds 90 mph or 150 km/h.
- The driver's seat belt is unbuckled.
- The door is opened.
- The trunk or frunk is opened.
- The view from the radar sensor (if equipped and configured) or camera(s) is obstructed.

The driver can choose 7 different following distances via the cruise control lever.

The distance will increase when the wiper activity suggests poor road conditions or ambient temperature is low (< 3°C / 38°F).

DIAGNOSTIC INFORMATION

If Traffic Aware Cruise Control does not become available, check:

- For any radar (if equipped), camera, drive inverter, or Driver Assistance System alerts.
- If a cruise control stalk signal change is logged.

If Traffic-Aware cruise control does not work as expected or aborts, check:

- If vehicle has been driven under mentioned limitations.
- For cruise control related alerts.

HIGHLY CONFIDENTIAL

- For radar (if equipped) or camera calibration alerts.

**Curve Speed Adaptation**

Curve Speed Adaptation (CSA) is a feature of TACC. CSA reduces the vehicle's speed in anticipation of upcoming curves or bends in the road. This is done by temporarily slowing the vehicle down to an appropriate speed.

CSA activates when:

- Taking a highway exit.
- Predicted lateral acceleration along the most probable path reaches a certain threshold (uses either local navigation data or online Tesla maps).
- Current measured lateral acceleration of the vehicle reaches a certain threshold.

**Fleet Speeds**

Fleet Speeds helps to slow the vehicle down to an appropriate speed when entering and exiting highways or driving on interchanges with Autosteer or TACC active. Speed will be reduced to the average speed that other Tesla vehicles drove on that road section but will not exceed the speed limit set by the driver. The set speed on the UI will be reduced in increments of 5 mph or 10 km/h rounded up to match the average Fleet Speed, though speed will not drop below 25 mph or 40 km/h. As long as Fleet Speeds is active, an animation of the circle around the set speed value will be shown on the UI. Drivers can override the new speed with the accelerator or brake pedal (as for TACC in general) if they consider it inappropriate.

Entering highways (on-ramp):

- Fleet Speeds might slow the vehicle down (depending on current set speed).
- Speed can change dynamically similar to how the fleet reported speed changes.
- Once the vehicle is on the highway, it will accelerate back to the previous set speed.

Highway interchanges:

BENAVIDES-00003091
P-14-0044

- Fleet Speeds might slow the vehicle down (depending on current set speed).

- Speed can change dynamically similar to how the fleet reported speed changes.

- Once the vehicle is in targeted space, it will accelerate back to the previous set speed.

Exiting highways (off-ramp):

- Fleet Speeds might slow the vehicle down (depending on current set speed).

- Speed can change dynamically similar to how the fleet reported speed changes.

- If the driver wants to change the set speed using the stalk, Fleet Speeds will stop updating the set speed but still limit the driving speed to speed of the fleet.

- Upon leaving the exit, Fleet Speeds will be actively controlling the speed for at least 100 m (110 yd) up to 2 km (1.2 mi) until the next road speed limit is detected.

- Fleet Speeds becomes inactive after either the new detected speed limit is set, or the previous set speed is restored.

DIAGNOSTIC INFORMATION

Fleet Speeds cannot be deactivated but depends on the availability on map data of the fleet's average speed. If Fleet Speeds does not work as expected or at all, check for incorrect localization to nearby roads resulting in incorrect speed adjustments.

**Overtake Acceleration**

When Traffic Aware Cruise Control is active, Overtake Acceleration helps passing a vehicle more quickly by briefly reducing the following distance to the target in front with the turn signal active. Overtake Acceleration will engage when:

- TACC is operating and detects a vehicle in front.

- No obstacles or vehicles are detected in the target lane.

- Speed is above 72 km/h (45 mph) but below the TACC set speed.

- Turn signal stalk is fully or partially engaged for the passing lane.

BENAVIDES-00003092
P-14-0045

- Accelerator pedal is not pressed.

Overtake Acceleration cancels when:

- Cruise set speed is reached.
- Changing lanes takes too long.
- Vehicle gets too close to the vehicle ahead.
- Turn signal stalk returns to neutral.

DIAGNOSTIC INFORMATION

There are no feature specific signals available in logs.

**Passing Lane Assist (Undertake Assist)**

Undertake Assist or Passing Lane Assist is designed to prevent passing vehicles with TACC active in a lane where it is not legally allowed. For example, this applies to continental Europe, where in right-hand traffic vehicles have to be passed in the left lane, passing on the right is not allowed. If moving faster in the slower lane than a vehicle ahead in the faster lane, Undertake Assist will match the speed and prevent passing. This behavior can be overridden by pressing the accelerator pedal, disabling TACC, or changing lanes. It stays disabled until the next disable/enable cycle of TACC.

DIAGNOSTIC INFORMATION

There are no feature specific signals available in logs.

If Passing Lane Assist does not work as expected or at all, confirm the following:

- Vehicle speed is above 50 mph or 80 km/h.
- TACC or Autosteer is active.
- The faster vehicle is not too close as the camera might not be able to capture it.

## Autosteer

| | |
|---|---|
| **Sensors Used** | Cameras:<br>• Used to detect lane markings, other vehicles and objects.<br><br>Radar (when equipped and configured):<br>• Used to detect vehicles and other objects.<br><br>Ultrasonic sensors (when equipped and configured):<br>• Used to detect objects on the side of the vehicle.<br><br>Map data and GNSS:<br>• GNSS location, road class, road curvature, lanes, exits etc. |
| **Speed Limitations** | Minimum speed for Autosteer activation:<br>• Without vehicle in front: Ranges from 8 km/h or 5 mph to 30 km/h or 18 mph (depending on road class, vehicle and environmental conditions)<br>• With vehicle in front: 0 km/h.<br><br>Maximum speed for use:<br>• 150 km/h or 90 mph. |

Autosteer is used to assist the driver in steering the vehicle on main roads and highways. Autosteer is an extension of TACC and keeps the vehicle in its lane while controlling cruise speed based on target vehicles ahead or map data. Always refer to the Owner's manual for the latest Autosteer visualizations, as the user interface is subject to change.

A gray steering wheel icon appears on the vehicle UI to indicate that Autosteer is available for use, but not actively steering the vehicle.



**UI Autosteer Available Symbol**

HIGHLY CONFIDENTIAL

The Autosteer feature uses the front camera(s) to recognize lane markings to center the vehicle. Based on camera inputs, radar (when equipped and configured) , and ultrasonic information (when equipped and configured) the Driver Assistance ECU will calculate an appropriate driving path for the vehicle. The calculated steering output will be sent via CAN to the steering rack Electric Power-Assisted Steering (EPAS) module.

Autosteer is designed to correct for external disturbances that may affect the vehicle's steering, such as crosswinds or poor wheel alignment. If obstacles like guard rails are detected on one side, Autosteer will offset the vehicle within the lane to increase free space there.

Different from TACC only driving, Autosteer restricts the maximum speed depending on the road's speed limit (only off highway). The driver can go above the speed limit by overriding with the accelerator pedal or setting a relative speed limit warning on the UI. If the speed limit of the current road is unknown a speed limit appropriate to the detected road class will be used.

While driving with Autosteer active, the driver's hands are required to be on the steering wheel. This will be checked at certain intervals by querying the driver applied torque on the steering wheel by the power steering system. The interval varies by region, weather conditions, road geometry and class, detected vehicles, constructions zones, and speed. If the driver does not respond to the audio and visual reminders on the UI, Autosteer will abort and gradually slow the vehicle down to a standstill. If the driver chooses to ignore the "Apply light force to steering wheel" reminders 3 times or accelerates over the Autosteer speed limit, Autosteer will be disabled until the next drive cycle. If Autosteer is active but is unable to continue due to lack of information, the driver is required to take over steering control and is warned by a series of chimes and a driver-facing alert, "Take over immediately." While driving with Autosteer active, the driver's hands are required to be on the steering wheel. This will be checked at certain intervals by querying the driver applied torque on the steering wheel by the power steering system. The interval varies by region, weather conditions, road geometry and class, detected vehicles, constructions zones, and speed. If the driver does not respond to the audio and visual reminders on the UI, Autosteer will abort and gradually slow the vehicle down

BENAVIDES-00003095
P-14-0048

to a standstill. If the driver chooses to ignore the "Apply light force to steering wheel" reminders 3 times or accelerates over the Autosteer speed limit, Autosteer will be disabled until the next drive cycle. If Autosteer is active but is unable to continue due to lack of information, the driver is required to take over steering control and is warned by a series of chimes and a driver-facing alert, "Take over immediately."

To cancel Autosteer the driver pushes the cruise control stalk forward, moves the steering wheel, presses the brake pedal or shifts out of Drive. Normally, 2 to 4 Nm of torque on the steering wheel is required to cancel Autosteer, depends on the vehicle model and region of operation. When the turn signals are on, the amount of force to cancel Autosteer is ~1 Nm (depends on vehicle platform). When Autosteer is canceled, a chime will sound, UI displays the lane markings in white and the Autosteer icon changes from blue to gray.

DIAGNOSTIC INFORMATION

If Autosteer will not activate, check:

- If all Autosteer activation criteria is met (especially UI Autosteer setting is on, trailer mode is off, and lane markings are detected).
  - If a cruise stalk double pull is registered.
- If there are any alerts relating to the Driver Assistance ECU, cameras, or ultrasonic sensors (when equipped and configured).
- If there are any Autosteer unavailable alerts.

If Autosteer does not perform as expected or aborts, check:

- If the vehicle is driven in conditions mentioned under limitations.
- If camera calibration is fully complete and the camera pitch is in specification.
- If there are any alerts on Autopilot steering angle or steering angle rate saturation indicating a potential issue in identifying lane markings.
- If there are any alerts on Autopilot aborting giving the reason why Autosteer could not continue steering the vehicle.

HIGHLY CONFIDENTIAL

See also Traffic Aware Cruise Control, as some limitations can affect Autosteer behavior.

 **Warning**

Autosteer's lateral acceleration is limited for vehicles where European regulations apply. An pop-up with "Autosteer limited - Be prepared to take over" is shown on the UI accompanied by a chime when those limits are reached.

**Auto Lane Change**

Automatic Lane Change (ALC) is used to assist in changing lanes with Autosteer active. The minimum speed at which ALC is available depends on the region, adjacent lane speeds and road class.

- The driver's hands must be detected on the steering wheel before being able to activate Auto Lane Change.

- Activation is only possible on major highways and well-marked local roads with multiple lanes.

- Turn signal stalk needs to be pushed lightly up/down (not fully engaged)to activate Auto Lane Change.

- Lane changes will abort if not completed within 5 seconds after using the turn indicator.

A successful Auto Lane Change is dependent on information from several sources:

- The forward-facing camera provides information about the location the current lane, adjacent lanes, lane line types, forks, road curvature, location of lead vehicle and objects that would prevent an Auto Lane Change.

- The side cameras provide location of objects and other vehicles that would prevent a lane change including vehicles in or approaching the blind spot.

- The ultrasonic sensors (when equipped and configured) corroborate the side camera measurements but have limited range. Both camera and ultrasonic sensors must report the target lane as empty.

HIGHLY CONFIDENTIAL

**Forward Collision Warning**

The cameras and radar (when equipped and configured) monitor the area in the driving path for the presence of vehicles, pedestrians, and/or other objects. If a collision is deemed unavoidable given the current trajectory, and unless the driver takes corrective action, a warning chime will be triggered and the object in front will be highlighted in red on the UI. The warnings stop immediately if the risk of collision is reduced. For example, if the driver decelerates or stops the vehicle, or if the vehicle in front moves out of the driving path.



**Forward Collision Warning Active (Model 3 UI Shown)**

Forward Collision Warning can be set to Late, Medium, Early and Off. Late gives the driver less time to react to a warning than the Early setting.

DIAGNOSTIC INFORMATION

HIGHLY CONFIDENTIAL

If Forward Collision Warning becomes active, an FCW event alert will be set in the logs. If it is unavailable, an FCW canceled alert will be stored in logs.

>  **Note**
>
> When Traffic-Aware Cruise Control is active a Brake Capacity Warning (BCW) will be issued instead of a Forward Collision Warning. This is done to make the driver aware of reaching Traffic Aware Cruise Control deceleration limits with same the UI warning and chime of a Forward Collision Warning. FCW is disabled in track mode.

**Automatic Emergency Braking**

Using the information from the front camera(s) and radar (when equipped and configured), Automatic Emergency Braking is activated to reduce the impact with objects ahead if a frontal collision is deemed unavoidable. When AEB applies the brakes, a visual warning, followed by an audible chime will warn the driver of an AEB event.

AEB applies the brakes until standstill for speeds up to 55 km/h or 35 mph. For higher speeds the vehicle speed is reduced by 50 km/h or 30 mph. For example, when AEB becomes active and the vehicle is driving at 50 mph (80 km/h), brakes are applied until the speed is reduced to 20 mph (30 km/h). If the radar is equipped and configured, Autopilot Secondary confirms the object using radar, AEB will brake until standstill even above aforementioned speed limit.

AEB is not designed to prevent a collision; it will only reduce the severity of a frontal collision. This feature can be overridden by pressing the accelerator pedal fully, applying and releasing the brake or actively steering.

DIAGNOSTIC INFORMATION

If Automatic Emergency Braking became active, an AEB event alert will be set in logs. If it is unavailable, an AEB canceled or AEB fault alert will be stored in logs.

>  **Note**
>
> AEB is disabled in track mode.

HIGHLY CONFIDENTIAL