CONFIDENTIAL BUSINESS INFORMATION

**NHTSA PE21-020: Question 5.d.**

> d. *Furnish an overview of Tesla's approach to the enforcement of driver engagement / attentiveness during the subject system's operation in the subject vehicles. Include a description of all means of detecting (both through direct measurement and inference) / monitoring driver engagement / attentiveness including:*
>   i) *The technological means and related logic (including direct measurement or inference) used to sense driver engagement / attentiveness;*
>   ii) *Minimum contact or detected engagement duration and time between contact / detected engagement required to satisfy the driver engagement / attentiveness logic including changes based on variations in driving conditions such as vehicle speed or presence of a lead vehicle;*
>   iii) *Describe any warning strategies or messaging and timing associated with each system identified above in subpart (ii) (include pictures/videos of all audible & visual warnings/alerts); and*
>   iv) *Describe any escalation or lockout strategies used to address either unresponsive drivers or repeated engagement warnings in any given drive cycle.*

**1. Hands-On Warning Reasons**

**Hands On Confirmation**

A driver can confirm hands on attentiveness through steering torque or other steering wheel interaction (e.g. stalk pulls or scroll wheel).

There are two torque sensors in the steering rack, located around the i-shaft. They measure the amount of torsion applied between the steering wheel and the steering rack. The power steering ECU monitors both of these torque sensors and provides a measurement in Nm over a vehicle CAN bus to the Driver's Assistance system, which applies a filter on the measurement.



The Driver's Assistance system attempts to learn a natural offset in the reported steering torque measurement from the power steering model. The Driver's Assistance system looks for the filtered applied torque to exceed a threshold above the learned offset as an indication that the driver has hands on the steering wheel. (The system makes no determination as to whether a driver is putting one or both hands on the steering wheel.) The filter parameters are different and unique to each vehicle platform.

## Overview of Hands-On Warning Reasons

CONFIDENTIAL BUSINESS INFORMATION

The following table summarizes the factors that influence the hands-on warning sequence. The columns represent:

- **Reason**: name of the warning reason
- **Active**: whether the warning reason is currently used in autopilot
- **Condition**: Indicates if warning reason only is applicable to a subset of autopilot functionality, e.g. for vehicles with Navigate on Autopilot
- **Logic**: Description of logic triggering the warning reason
- **Hardware**: Applicable hardware for the warning reason
- **Strikes Entering CHIME1**: Indicates whether the warning reason will count entering the CHIME1 state as a strike towards strikeout. Entering CHIME2 always counts as a strike.
- **Enters from detected**: Indicates whether the warning sequence can be entered although hands are detected on the steering wheel

Abbreviations:
- **ALC**: Auto Lane Change
- **CIPV**: Closest In-Path Vehicle
- **DAS**: Driver Assistance Systems ECU (Autopilot computer)
- **GTW**: Gateway component
- **NOA**: Navigate on Autopilot (feature)
- **RCS**: Radar Cross Section
- **TACC**: Traffic-Aware Cruise Control (ACC)
- **TC**: Traffic Control (e.g. stop sign, traffic light)
- **TTC**: Time-To-Collision
- **ULC**: Uncommanded Lane Change
- **wpm**: (wind shield) wipes per minute

| Reason | Active | Enters State | Condition | Logic | Hardware | Platform | Strikes Entering CHIME1 | Can Start From Detected |
|---|---|---|---|---|---|---|---|---|
| CHIME1_EXTREME_WEATHER | ✗ | CHIME1 | | N/A | N/A | SX3Y | ✗ | ✗ |
| VISUAL_FUSION_NAV | ✓ | VISUAL | | Triggered when virtual lane is only fusing measurements from navigation, and has not been fusing "good" measurements for at least three seconds. Good measurements from virtual lane are defined as fusing at least one of the following: right lane lines, left lane lines, holistic probable path, or CIPV or good quality bots dots. The intention behind this reason was that driving on navigation usually has a high amount of lateral error, and the car will wander in the lane. | HW1 | SX | ✓ | ✗ |
| VISUAL_TIMEOUT_CONSTRUCTION | ✓ | VISUAL | | HW1: Triggered when there is a low severity construction flag set, meaning there is construction detected, but not necessarily in virtual lane path, and driver has not been detected hands on for at least 10 seconds, and the vehicle speed is at least 8 mph. | HW1 | SX | ✓ | ✗ |
| VISUAL_TIMEOUT_CUTOUT_CIPV | ✓ | VISUAL | | HW1: Triggered when there is a CIPV (Closest In-Path Vehicle) cut out, the cruise set speed is greater than 45mph, the vehicle speed is greater than 25 mph, there has been no CIPV for at least one second. There is no time check on last detected hands on. The intention here is to detect the cases where a CIPV is moving out of lane due to a stopped obstacle which may be partially in path and difficult for the system to recognize. | HW1 | SX | ✓ | ✗ |
| VISUAL_TIMEOUT_CIPV | ✓ | VISUAL | | HW1: Triggered when there is a valid CIPV, the driver has not been detected hands on for at least three minutes, and the vehicle speed is greater than 45 mph. This check is effectively made obsolete by the VISUAL_TIMEOUT_HI_SPEED, which sets the maximum hands off time to one minute, regardless of CIPV | HW1 | SX | ✓ | ✗ |
| CHIME1_STATIONARY_RADAR | ✓ | CHIME1 | | Triggered when the vehicle speed is greater than 35 kph, the driver has not been detected hands on for at least 8 seconds, and there is a group of high RCS (Radar Cross Section) radar objects in the ego vehicle path with a time to collision less than 2.8 seconds. This behavior is intended to address cases where there is a partially in path, but unidentified object. It is using the radar only braking algorithm, but does not use the radar braking blacklist map to validate the target, so it will trigger on overhead signs and structures, if the driver is hands off. | HW1 | SX | ✓ | ✗ |
| CHIME1_ANGLE_SATURATION | ✓ | CHIME1 | | Triggered when the alert DAS_w040_autopilotAngleSaturated is set and the vehicle speed is greater than 8 mph. The alert for angle saturation is set when the controller is at the maximum steering angle magnitude for the given speed. The intention behind this reason was that once the controller has saturated the angle magnitude, there is a possibility that we will depart the lane due to under-steer for the given curvature. | HW1+ | SX3Y | ✗ | ✗ |
| CHIME1_CONSTRUCTION | ✓ | CHIME1 | | HW1: Triggered when the there is relevant construction detected (specifically that virtual lane geometry overlaps with the construction object location, and the distance to the construction object is 10 meters away) and the driver has interacted within 10 seconds, and the ego vehicle speed is greater than 8 mph. The intention behind this reason was that construction areas are difficult to navigate, often have constrictions, may have pedestrians, and generally is an area not well handled by DAS.<br><br>HW2+: Main camera construction scene tag active for at least 150 meters. Min time between warnings 1 min. | HW1+ | SX3Y | ✗ | ✗ |
| VISUAL_FUSION_MODEL | ✓ | VISUAL | | HW1: Triggered when virtual lane is not fusing any measurements, and has not been fusing any measurements for at least 500 ms, and the driver has not been detected hands on for at least 500 ms. The intention behind this reason is that when there are no measurements, the car is effectively not following any path and just maintaining it's last known course.<br><br>HW2+: Triggered when the mission planner health is not healthy for at least 500 ms, and driver has been hands off for at least 500 ms. | HW1+ | SX3Y | ✓ | ✗ |
| VISUAL_DRIVER_NOT_PRESENT | ✓ | VISUAL | | HW1/2/2.5: Triggered when the driver is not detected in the seat for at least 15 seconds, the driver has not been detected hands on for at least 15 seconds, and the vehicle speed is greater than 5 mph. The driver present bit is a signal from the GTW and is based on the seat belt latch state and the occupant sensor, if both are detected false, then the driver is determined to be not present.<br><br>HW3:<br>• Trigger<br>  ◦ Driver seat is qualified for >15 seconds<br>  ◦ Driver has not been seen in seat for >10 seconds<br>  ◦ 1 minute since last hands on warning for this reason<br>• Warning reset is requiring a difference in torque, such that a defeat device would not reset the warning. | HW1+ | SX3Y | ✓ | ✓ |
| VISUAL_TIMEOUT_LONG_TERM | ✓ | VISUAL | | Triggered when the driver has been detected hands off for at least 10 minutes, and the vehicle speed is above 8 mph. When the vehicle speed drops below 8 mph, this timer pauses, but is only reset when the driver hands on is detected. The intention here is a final check to occasionally trigger the hands on warning. | HW1+ | SX3Y | ✓ | ✗ |
| VISUAL_TIMEOUT_SPEED | ✓ | VISUAL | | HW1:<br>• **HI_SPEED**: Triggered when the vehicle speed is greater than 25 mph, and the last hands on detected is greater than a variable threshold, which is defined by the ego speed. The threshold is linear, where at 25 mph, the timer is 60 seconds, and at 90 mph the timer is 10 seconds.<br>• **MED_SPEED**: Triggered when the vehicle speed is between 8 mph and 25 mph, and the driver has been hands off for at least two minutes.<br>• **LOW_SPEED**: Triggered when the vehicle speed is less than 8 mph and the driver has been hands off for at least 10 minutes. This check and the LONG_TERM check are effectively the same, with this check being more aggressive.<br><br>HW2+:<br>This makes the timeout speed dependent. Hands on timeout from speeds of 25 mph up to 90 mph, should be 10 seconds at 90 mph.<br><br>[chart]<br><br>If the cabin cam networks are enabled and running AND they deem that 1) driver's eye's are visible 2) driver's eyes are on the road, hands on timeout increased for vehicle speeds > 50 mph. This was added to encourage drivers to leave their cabin cameras un-occluded to enable the distraction warnings.<br><br>[chart] | HW1+ | SX3Y | ✓ | ✗ |
| VISUAL_TIMEOUT_NO_CIPV | ✓ | VISUAL | | HW1: Triggered when there is no valid CIPV, the driver has not been detected hands on for at least two minutes, and the vehicle speed is greater than 45mph. The difference between CIPV and no CIPV is due to the fact that the CIPV's path is fused in virtual lane and therefore makes the system more robust to bad lane measurements. This check is made obsolete by the VISUAL_TIMEOUT_HI_SPEED as well.<br><br>HW2+: Triggered when there is no valid CIPV, the driver has not been detected hands on for at least two minutes, and the vehicle speed is greater than 45 mph. | HW1+ | SX3Y | ✓ | ✗ |
| VISUAL_TIMEOUT_RESTRICTED | ✓ | VISUAL | | Triggered when autopilot is operating on a restricted road, the driver has not been detected hands on for at least 45 seconds and the vehicle speed is at least 25 mph. The intention here is that on restricted roads there is a higher probability of oncoming traffic, cross traffic, and other difficult scenarios. | HW1+ | SX3Y | ✓ | ✗ |
| VISUAL_TIMEOUT_ACCELERATOR | ✓ | VISUAL | | Triggered when the accelerator is pressed such that cruise is operating in an "override" mode, meaning the driver is requesting to go faster than what the car would normally be doing under TACC control, the driver has not been detected hands on for at least 10 seconds, and the speed is greater than 25 mph. | HW1+ | SX3Y | ✓ | ✗ |
| VISUAL_LATERAL_ACCELERATION | ✓ | VISUAL | | The car is currently under at least 0.8 m/s² of lateral acceleration and the driver has not been detected hands on for the previous 45 seconds. This check is active when the vehicle speed is at least 80 kph. | HW1+ | SX3Y | ✓ | ✗ |
| CHIME1_NO_LINES | ✓ | CHIME1 | | Triggered when there is no CIPV, the vehicle is on a controlled access road, the car is driving on "inferred" lane lines, as in no painted lanes, and has been driving on inferred lanes for at least 400 ms. The intention here is that when driving on a highway, occasionally there are sections of road with no lane lines, and we attempt to infer the path, but it is not always correct. | HW2+ | SX3Y | ✗ | ✗ |
| CHIME1_RE_DEGRADED_MEASUREMENTS | ✓ | CHIME1 | | Triggered when the road estimator has degraded inputs and has been rejecting inputs for at least 500 ms. The road estimator inputs can be degraded when for example there is a sudden blockage in front of the windshield, or the new measurements from vision disagree with the historical lane lines. | HW2+ | SX3Y | ✗ | ✗ |
| CHIME1_DRIVABLE_SPACE_VIOLATION | ✓ | CHIME1 | | Triggered when there is a violation to drivable space in the ego vehicle's path with a TTC less than 2.5 seconds. Note that the car will also control longitudinally for this free space violation, but the addition of a hands on warning can help with driver engagement. | HW2+ | SX3Y | ✗ | ✗ |
| CHIME1_TOLL_BOOTH | ✓ | CHIME1 | NOA | Triggered at ego speed > 15 mph, navigate on autopilot active, toll booth detected by vision scene tag. Max 1 toll booth warning transition per minute. | HW2+ | SX3Y | ✗ | ✓ |
| VISUAL_ULC_REQUEST | ✓ | VISUAL | NOA | Same as VISUAL_ALC, but applied to all regions in Navigate on Autopilot. Requires the driver to be hands on to initiate a ULC. This check is applied at the beginning of the lane change when lane change confirmations are disabled in Autopilot settings | HW2+ | SX3Y | ✓ | ✗ |
| VISUAL_STOP_AND_GO | ✓ | VISUAL | | Triggered when Autosteer is active and we are going on green behind a CIPV from standstill. | HW2+ | SX3Y | ✗ | ✗ |
| VISUAL_POOR_WEATHER | ✓ | VISUAL | | As a function of wiper speed, apply a linear scale factor to the speed based hands off reason to account for reduced visibility. At 10 wpm, 90% of allowed time, and at 100 wpm, 50% of nominal time. | HW2+ | SX3Y | ✓ | ✗ |
| VISUAL_DEFEAT_DEVICE_DETECTED | ✓ | VISUAL | | Prolonged small variation in observed torsion bar torque. Warning reset is requiring a difference in torque, such that a defeat device would not reset the warning. | HW2+ | SX3Y | ✓ | ✓ |
| VISUAL_TRAFFIC_CONTROLS | ✓ | VISUAL | TRAFFIC LIGHT AND STOP SIGN CONTROL ENABLED | Triggers with stops feature active while controlling to a TC, limit between 15 seconds and 45 seconds with no CIPV and use the nominal 45 second timing with a CIPV. | HW3+ | SX3Y | ✓ | ✗ |
| CHIME1_DRIVER_DISTRACTED | ✓ | CHIME1 | | Cabin camera region tags suggest distraction | HW3+ | 3Y | ✗ (exception: FSD enabled) | ✗ (exception: FSD enabled) |
| CHIME1_TRAFFIC_CONTROL_WARNING | ✓ | CHIME1 | TRAFFIC LIGHT AND STOP SIGN CONTROL NOT ENABLED | Impending red light or stop sign but stops-alert warning does not fire due to lack of map support | HW3+ | SX3Y | ✗ | ✓ |
| CHIME1_CAPTIVE_EXIT | ✓ | CHIME1 | | Driver on captive exit lane but route wants to go straight | HW3+ | SX3Y | ✗ | ✗ |
| CHIME1_CAUTION_LIGHTS | ✓ | CHIME1 | | Caution lights detections active, no CIPV, low ambient light conditions | HW3+ | SX3Y | ✗ | ✗ |

CONFIDENTIAL BUSINESS INFORMATION

**State Transition Diagram**

**Hardware 2+**



CONFIDENTIAL BUSINESS INFORMATION



CONFIDENTIAL BUSINESS INFORMATION

### 2. Hands-On Warning Sequence

**Overview of Hands-On Warning States**

This section documents the hands on warning sequence timing. The logic that determines the 'Trigger Conditions' for when to initiate the sequence are documented above (See Section: Hands-On Warning Reasons).



Fig. 1. Hands-on Warning Sequence

**State Transition Timing**

The timing between the states in the hands-on warning sequence is as follows:

| Timing Denominator | Time |
| --- | --- |
| X | max(4, 15 x compression_factor) seconds |
| Y | max(4, 10 x compression_factor) seconds |
| Z | max(4, 5 x compression_factor) seconds |

**Compression Factor**

The compression_factor was introduced for HW3 vehicles. It is determined by the following logic:

- Default compression_factor value is 1.0
- Max value of compression_factor is 1.0
- Min value of compression_factor is 0.2
- The compression_factor is decreased by 0.1 if
  - the time since the previous visual warning is < (min(60, variable_timeout, weather_timeout) + 10 seconds) and
  - the visual warning reset occurs >4 s after onset
- The compression_factor is increased by 0.2 for each minute that elapse since the last visual hands on warning

The idea behind the compression factor is to penalize frequent back-to-back visual warnings that are reset and followed by hands-off driving. Compressing the hands-on warning timeline will increase the

CONFIDENTIAL BUSINESS INFORMATION

likelihood of hitting CHIME1/2/SLOWDOWN states that would count towards a strikeout. Drivers that promptly (<4 s) resets the visual warnings shall not be affected.

The compression_factor is 1 for non HW3 vehicles.

**User Interface**

Figure 1 above is depicting the hands on warning sequence with its four states:

- **Visual (left image Fig. 2):** purely visual hands-on warning that prompts the driver to apply a light force to the steering wheel.
- **Chime 1 (middle image Fig. 2):** Issues an audible chime and prompts the user to apply a light force to the steering wheel.
- **Chime 2 (middle image Fig. 2):** Issues a second audible chime and prompts the user to apply a light force to the steering wheel.
- **Slowdown (right image Fig. 2):** Continuously chiming while slowing the vehicle down to a complete stop, asking the driver to hold steering wheel and drive manually. The driver is informed that Autosteer will be unavailable for the rest of the drive.



**Fig. 2. UI images of first visual warning, second visual visual warning (CHIME1/2) and abort (strikeout)**

3. Strike Out Behavior

Strikes are issued to the driver when they ignore the visual hands on warning long enough to trigger an audible warning, or when transitioning from CHIME1 to CHIME2. This behavior was developed to train drivers to use autopilot with their hands on the wheel.

- See Hands-On Warning Sequence for timing between the VISUAL warning state and the CHIME1 and CHIME2 states.

CONFIDENTIAL BUSINESS INFORMATION

- Each strike has a timer associated with it, where a strike will expire 60 minutes after being issued.
- Transitions to the CHIME1 directly from the hands on required state do not trigger a strike. These transitions are the result of environmental changes, and not the result of driver inattention, and therefore we should not punish the driver.
- Striking out
    - Three strikes will cause a transition to the struck out state
    - Driving faster than 90 mph in Autopilot anywhere outside of Germany causes an instant transition to the struck out state. (SW-86962)
- In the struck out (or "slowdown") state, in the absence of driver input:
    - Lateral and longitudinal control are maintained
    - A continuous audible chime will play along with a prominent visual warning
    - If the audible chime is active for more than 15 seconds, the hazard lights are turned on
    - The vehicle speed will be lowered by 25 kph below the current set speed or speed limit (whichever is lower)
    - Lane Departure Avoidance will be allowed to operate with a minimum speed of 0 kph
- Autopilot will be unavailable for the rest of the drive (until entering Park) when the struck out

### 4. Driver-not-present-in-seat Detection

This section is documenting the functionality that detects and acts upon the driver moving out of the driver seat. Three primary mechanisms are used:

- Driver seat belt buckle status
- Seat (all seats) occupancy sensors
- Cabin / selfie camera (3Y)

**Driver Seatbelt Unbuckled**

Unbuckling the seatbelt will:

- Inhibit activation of TACC (implemented on the Drive Inverter side)
- Abort an active Autosteer session by
    - Issuing a Take Over Immediately prompt (loud chimes and visual graphics)
    - Slowing the vehicle down to standstill
    - Eventually, activating the hazard lights

**Seat Occupancy Sensing**

The driver seat occupancy sensor has historically been used to trigger a visual hands-on warning after 15 seconds of not detected. When considering using this sensor in this new application, it is important to minimize false positive detections that may annoy and frustrate an attentive user. Accordingly, we designed some additional qualifications to ensure a high precision design.

The following logic has been put in place to address the aforementioned qualifications:

- **Qualification of sensor (since last parked and all doors closed):** Accumulates the consecutive time that the driver consistently has been detected in the seat. When this time is large we know that the seat sensor **can** detect the particular individual currently in the seat.
- **Driver seat travel detection:** Maintains the maximum number of consistently (>5 s) detected occupants while the driver is detected in his seat since last parked and all doors closed. If the current number of consistently detected occupants is >= the max number of consistently detected occupants, while the driver is not detected in seat, it indicates that the driver moved over to

CONFIDENTIAL BUSINESS INFORMATION

another seat. Exceptions to this would be (1) spotty detections of occupants or objects in seat (2) occupants that lean onto unused seats and thereby occupy multiple seats at once, while the driver occupancy is falsely detected as a negative.
- **Disqualification of sensor (since last parked and all doors closed):** The pedals are used to disqualify the driver seat sensor. When the pedals are consistently used, we expect to see a driver in the seat. If that is not the case for a prolonged duration (>20 s) the sensor can be considered disqualified for the trip.

The following actions are taken based on seat occupancy sensing:

- **Abort Autosteer:**
    - Driver seat is qualified for >20 seconds
    - Driver has not been seen in seat for >20 seconds
    - Driver seat travel detected
    - Driver seat sensor is not disqualified
- **TACC Activation Inhibition:**
    - Driver seat is qualified for >10 seconds
    - Driver currently not detected in seat, driver currently not using any pedals
    - Driver seat sensor is not disqualified
- **Hands on Warning with torque diff reset requirement:**
    - Driver seat is qualified for >15 seconds
    - Driver has not been seen in seat for >10 seconds
    - 1 minute since last hands on warning for this reason

The above logic went live after a shadow mode that ensured that false trips of the abort were infrequent.

**Selfie Camera based Presence Detection**

Consider the driver present or sensor inoperable when any of the following region tags are set (>0.1 probability):

- SELFIE_BLINDED
- SELFIE_DARK
- SELFIE_EYES_CLOSED
- SELFIE_EYES_DOWN
- SELFIE_EYES_NOMINAL
- SELFIE_EYES_UP
- SELFIE_HEAD_DOWN
- SELFIE_HEAD_TRUNC
- SELFIE_LOOKING_LEFT
- SELFIE_LOOKING_RIGHT
- SELFIE_PHONE_USE
- SELFIE_SUNGLASSES_EYES_LIKELY_NOMINAL
- SELFIE_SUNGLASSES_LIKELY_EYES_DOWN

The signals above all indicate that either (1) a driver is in the seat or (2) we can expect to not detect a driver in the seat (blinded). Count the time since driver last present (or sensor inoperable).

Consider the driver not present when all the following region tags are not set (<0.1 probability):

- SELFIE_EYES_CLOSED
- SELFIE_EYES_DOWN
- SELFIE_EYES_NOMINAL

CONFIDENTIAL BUSINESS INFORMATION

- SELFIE_EYES_UP
- SELFIE_HEAD_DOWN
- SELFIE_HEAD_TRUNC
- SELFIE_LOOKING_LEFT
- SELFIE_LOOKING_RIGHT
- SELFIE_PHONE_USE
- SELFIE_SUNGLASSES_EYES_LIKELY_NOMINAL
- SELFIE_SUNGLASSES_LIKELY_EYES_DOWN

Count the max consecutive time that the driver has been present, as a qualifier. Abort Autosteer if all of the following is true

- Selfie has not seen driver in last 20 s
- Selfie has qualified a driver for at least 20 s
- Driver seat is qualified for >20 seconds
- Driver has not been seen in seat for >20 seconds
- Driver seat sensor is not disqualified

**5. Cabin Camera Usage**

**Intent**

Leverage the in-cabin camera to asses and act on cases of driver distraction and attentiveness.

A set of region tags are developed using cabin cam images that are based on eye position (SELFIE_EYES_CLOSED, SELFIE_EYES_DOWN, SELFIE_EYES_NOMINAL, SELFIE_EYES_UP, SELFIE_SUNGLASSES_EYES_LIKELY_NOMINAL, SELFIE_SUNGLASSES_LIKELY_EYES_DOWN) , head position (SELFIE_HEAD_DOWN, SELFIE_HEAD_TRUNC, SELFIE_LOOKING_LEFT, SELFIE_LOOKING_RIGHT), hand/phone position (SELFIE_PHONE_USE) and camera visibility (SELFIE_BLINDED, SELFIE_DARK).

Region tags that can generally be tied to the attention state are

Driver attentive:

- SELFIE_EYES_NOMINAL
- SELFIE_SUNGLASSES_EYES_LIKELY_NOMINAL

Driver distracted:

- SELFIE_EYES_CLOSED
- SELFIE_EYES_DOWN
- SELFIE_SUNGLASSES_LIKELY_EYES_DOWN
- SELFIE_HEAD_DOWN
- SELFIE_PHONE_USE

**Production Behavior**

On newly manufactured vehicles the cabin camera based predictions are incorporated into the Hands-On Warning Sequence. The goal is to catch cases where the driver has turned their gaze and attention from the roadway and display an alert (enter the CHIME 1) state to bring back their attention. The feature is

CONFIDENTIAL BUSINESS INFORMATION

meant to be **high precision** without much consideration for recall as the intention is to be an improvement to the current Autopilot experience.

The driver is alerted with a chime + hands on request when all of these are true:

- Drivers hands are not detected on the wheel (not detected state)
- It has been at least 15 seconds since the driver was last alerted for being distracted
- At least one of the "distracted" region tags (eyes_closed, eyes_down, head_down, phone_use) indicate a high probability
- The "attentive" region tags (eyes_nominal, sunglasses_eyes_likely_nominal) do not indicate a high probability
- Ego vehicle is not stopped behind a lead vehicle at a traffic control
- Ego vehicle speed is greater than 1 m/s or 30% of the speed limit (whichever is greater)
- Ego vehicle is not following a lead vehicle with a speed less than the speed limit of the road
- Failsafes network in main and narrow forward facing cameras indicates good visibility

The last four checks are in place to suppress over-alerting resulting in a frustrating user experience.

The alert is stopped when the driver nudges the wheel to confirm hands on. This chime is not counted as a strike.

Conversely, to encourage drivers to remain attentive and not occlude the cabin cameras, we allow increased time between visual warnings when we detect the SELFIE_EYES_NOMINAL tag is consistently high (indicating that the driver's eyes are visible and on the road) and none of the tags that count as "distraction" are high. This time gap is speed dependent such that it is 2 minutes at 60 mph, and 10 seconds at 90mph when the vehicle is on. The image below shows the timeout as a function of speed. A larger maximum time gap is also allowed on highway when the vehicle is following a lead in-path vehicle. If the "Traffic Light and Stop Sign Control" feature is enabled, a maximum timeout of 60 seconds is enforced. These increased times do not apply if inclement weather is detected or environmental conditions listed in "Hands-On Warning Reasons" apply.



CONFIDENTIAL BUSINESS INFORMATION

The cabin camera is also used to abort Autosteer as described in section "Driver-not-present-in-seat Detection."

**Current Limitations and Capabilities**

Today, the cabin cam based approach cannot be relied on entirely and cannot be used as a replacement for steering torque because it suffers from both hardware and software limitations like:

- Cabin Camera is not present in Gen 2 Models S and X
- Visibility is poor in the dark
- Camera can be blinded or taped over
- Driver's face / head may not be visible
- Sunglasses add ambiguity to attention state - we cannot differentiate between eyes open/closed in a lot of cases
- 2D images of faces can be difficult to distinguish from real faces
- The detections are only used on HW3 vehicles

**City Streets Behavior**

Additional selfie camera based checks were added for vehicles equipped for vehicles in the FSD Early Limited Beta that have the Full Self-Driving Beta setting toggled on under Autopilot settings. The following behaviors are implemented in this mode (provided that the vehicle is equipped with a functioning cabin camera and the driver's eyes are visible to the camera):

1. FSD Beta cannot be engaged if the cabin camera is detected to be "blinded" - This uses the BLINDED and DARK tags with a 20 seconds hysteresis to determine if the camera has been completely occluded. If FSD Beta was already engaged when the cabin camera was blinded, FSD Beta will execute the abort sequence and request the driver to take over (Take Over Immediately)
2. The driver monitor state machine will enter the "NOT_DETECTED" stated if the "distracted" flag is set irrespective of whether the driver's hands are detected on the steering wheel.
3. A chime1 alert can trigger even if the driver's hands are detected on the steering wheel. The "distracted" alert is accompanied with the text "Please pay attention to the road" instead of the usual hands-on message.
4. A chime1 alert triggered because of the "distracted" signal is counted as a strike **each time** two such alerts trigger within 10 minutes of one another.

**Privacy**

Given the sensitive nature of the interior cabin camera, privacy is built into the design of its functionality. Tesla does not collect any cabin camera images or videos unless given explicit permissions to do so via the Data Sharing settings of each vehicle. Even when data collection is enabled, telemetry uploaded to Tesla's servers are not linked with a VIN; this ensures that data is only used in aggregate.

Currently, data sharing options are just available to vehicles delivered in the United States. For cars without the data sharing options, the interior cabin camera is not "on". This means that not only is there no data collection, nothing is allowed to read data from the Autopilot computer.

For more regional information about the cabin camera's functionality, please refer to the support page (https://www.tesla.com/support/car-safety-security-features).

HIGHLY CONFIDENTIAL

BENAVIDES-00003145

P-18-0011

**CONFIDENTIAL BUSINESS INFORMATION**

**6. Defeat Device Detection**

**Detection**

The defeat device detection lives in the driver monitor task. It performs the following tasks:

- Maintain a 120 tap ring buffer. Sample the low-pass filtered (0.05 Hz) torsion bar torque every five seconds.
- Aggregate metrics from the ring buffer:
    - Average torque [Nm]
    - Maximum torque [Nm]
    - Minimum torque [Nm]
    - Min-to-max torque difference [Nm]
    - Length of ring buffer
- Clear data structures and buffer when Autosteer is not active, and the first five seconds after Autosteer is activated.

It will take ten minutes (5 seconds x 120 taps) to fill the buffer.



**Action**

Start the hands on warning sequence (See Section: Hands-On Warning Sequence) starting in the VISUAL warning state (generic, not indicating the reason to the user) if the following criteria are met, save the minimum and maximum torque in the buffer and the time of the warning

- Buffer is full
- The min-to-max torque difference is less than 0.2 Nm
- The time elapsed since the last warning (due to defeat device detection) is larger than ten minutes

Special hands on warning reset conditions apply when this warning is triggered. This is to avoid having the device itself immediately reset the warning through hands on being detected:

- The filtered torsion bar torque is less than the saved minimum torque when the warning was commenced, by a margin of 0.1 Nm, OR
- The filtered torsion bar torque is greater than the saved maximum torque when the warning was commenced, by a margin of 0.1 Nm

CONFIDENTIAL BUSINESS INFORMATION

**Relevant Parameters**

| Parameter Name | Value | Description |
|---|---|---|
| WARNING_MAX_TORQUE_DIFF_NM | 0.2 Nm | Maximum torque diff observed the last 10 minutes to apply warning |
| WARNING_HYSTERESIS_TORQUE_NM | 0.1 Nm | Margin applied to reset hands on warning for defeat device |
| MIN_TIME_BETWEEN_DETECTION_WARNINGS | 10 min | Minimum time elapsed between warnings |
| DEFEAT_DEVICE_DATA_COLLECTION_START_TIME | 5 seconds | Minimum time elapsed since Autosteer activation to start sampling data |
| DEFEAT_DEVICE_BUFFER_TIME_PER_SAMPLE | 5 seconds | Interval between samples in the buffer |
| DEFEAT_DEVICE_BUFFER_NUM_SAMPLES | 120 | Number of samples in ring buffer used for defeat device detection |