f. **List the conditions / events / alerts that may prompt an operating subject system to require a "take-over" by the driver. For each such condition, list:**
   i) *Sequence of events and timing for each; and*
   ii) *Intended vehicle behavior in the instance where a driver take-over is not detected.*

**Abort Behavior**

If at least one of the following conditions are met, the Autosteer system will begin the appropriate abort procedure detailed the abort procedures section below

- Any one of the sub-systems - vision, perception, planning and controls - reports an error or fault condition
- The last value received from any of the sub-systems above is stale
- Lane line markings can not be detected or inferred by vision
- Any interconnected vehicle system (EPAS, DI, ESP, GTW, SCCM) is unresponsive and unable to send or receive CAN signals
- Any interconnected vehicle system (EPAS, DI, ESP, GTW, SCCM) reports an error fault condition
- The radar is reported to be blind or faulty (ONLY CARS WITH RADAR)
- Any one of forward facing cameras is no longer streaming data
- The driver is pressing down on the accelerator pedal such that the speed has exceeded maximum allowed speed of 151 kph
- The system detects that the driver's seatbelt is not securely fastened
- The driver is determined to be inattentive
- A door is opened

**Abort Procedures**

In all of the below procedures, a loud audible chime is continuously played over the speakers and the autopilot visualizations in the user interface are completely replaced by a red steering wheel graphic and text indicating the driver must immediately take over. As soon as the driver takes control via the steering wheel, brake or gear/cruise lever, Autosteer is disabled.

As soon as the driver has taken over control of the vehicle or the vehicle has come to a complete halt (whichever happens first), Autosteer transitions to the unavailable state and lateral and longitudinal control are disabled.

- **Full Aborting**
  - Autosteer continues to maintain lateral control, but longitudinal control is relinquished and the vehicle will slow based on the user regenerative braking setting
- **Aborting**
  - Autosteer continues to maintain lateral and longitudinal control via the Drive Inverter and EPAS
  - The vehicle starts slowing down until it comes to a complete halt.
- **Aborted**
  - Autosteer ceases to control laterally but continues to control longitudinally
- **Full Aborted**
  - Neither lateral or longitudinal control is active, but the chime and UI are active

In any of the above procedures, hazard lights will start flashing if vehicle speed reduces by 7m/s compared to speed at the start of abort or goes lower than (0.4 * speed at the start of abort).

| TOI / Abort Reason | Cause | Intended vehicle behavior if driver does not take over |
|---|---|---|
| ABORT_WATCHDOG_HEALTH | The autopilot subsystem that monitors for health and responsiveness of all other subsystems has detected a non recoverable problem with one of those subsystems.<br><br>The autopilot computer will reboot after issuing the takeover command to the infotainment computer. | **Full Aborted** procedure is followed. *Hazard lights may not automatically engage in this case |
| ABORT_DI_MIA | The Drive inverter ECU is determined to not be responding on its CAN bus | **Full Aborting** procedure is followed |
| ABORT_ESP_MIA | The Electronic Stability Control ECU is determined to not be responding on its CAN bus | **Full Aborting** procedure is followed, unless the EPAS ECU also faults in which case the behavior will resemble **Full Aborted** |
| ABORT_GTW_MIA | The vehicle gateway is determined to not be responding via CAN | **Full Aborting** procedure is followed, unless the EPAS ECU also faults in which case the behavior will resemble **Full Aborted** |
| ABORT_SCCM_MIA | The Steering Column Control Module is determined to not be responding via CAN | **Aborting** procedure is followed, unless the EPAS ECU also faults in which case the behavior will resemble **Aborted** |
| ABORT_RADAR_MIA | In cars with radar hardware and configured to use radar, the radar ECU is determined to not be responding via CAN | **Full Aborting** procedure is followed |
| ABORT_VCFRONT_MIA | In cars with a VCFRONT vehicle controller ECU, the ECU is determined to not be responding via CAN | **Aborting** procedure is followed |
| ABORT_VCRIGHT_MIA | In cars with a VCRIGHT vehicle controller ECU, the ECU is determined to not be responding via CAN | **Aborting** procedure is followed |
| ABORT_CRUISE_FAULT | The drive inverter has communicated via CAN that it has encountered a fault state while in in ACC mode | **Full Aborting** procedure is followed |
| ABORT_CRUISE_NOT_ACTIVE | The drive inverter has communicated via CAN that has gone into the CRUISE_STATE_UNAVAILABLE state internally while autopilot was actively controlling | **Full Aborting** procedure is followed |
| ABORT_USER_DISABLED | The gateway ECU has communicated via CAN that the car has been configured to no longer have autopilot | **Full Aborting** procedure is followed |
| ABORT_TRAILER_MODE_ACTIVE | The infotainment computer has communicated via CAN that trailer mode in the customer UI has been engaged | **Aborting** procedure is followed |

| TOI / Abort Reason | Cause | Intended vehicle behavior if driver does not take over |
|---|---|---|
| ABORT_VEHICLE_SPEED_ABOVE_MAX | For radar control vehicles:<br><br>- The vehicle has exceeded a maximum speed of 90mph during autosteer (if accelerator pedal is being pressed a 1mph leeway is added)<br><br>For non radar control vehicles:<br><br>- The vehicle has exceeded a maximum speed of 80mph during autosteer (if accelerator pedal is being pressed a 1mph leeway is added) | **Aborting** procedure is followed. Autosteer is immediately considered struck out and lateral control (autopilot) is unavailable for the rest of the drive after driver takeover |
| ABORT_EPAS_EAC_NOT_ACTIVE | The Electric Power Assist Steering ecu has stopped sending an active state via CAN and sent an error code indicating it is idle | **Aborted** procedure is followed |
| ABORT_EPAS_EAC_ERROR | The Electric Power Assist Steering ecu has reported an error state via CAN | **Aborted** procedure is followed |
| ABORT_CAMERA_FAILSAFES | One of the following has occurred during autosteer:<br><br>- Any of the 3 forward facing cameras were detected as blocked and cannot see anything<br>- Any of the 3 forward facing cameras detected their view is impaired to the point of not being able to make reliable detections (sun glare, blur, etc)<br>- Camera pitch was detected to be out of bounds<br>- The camera calibration subsystem has stopped reporting the cameras are calibrate | **Full Aborting** procedure is followed |
| ABORT_RADAR_BLIND | In radar controlled vehicles, one of the below is true:<br><br>- The radar ECU is reporting that it is blocked. This can happen in heavy rain, ice, and snow conditions<br>- A radar issue has been detected by the autopilot ecu, including MIA, no radar objects being output, misalignment of the sensor, buffer read failure, and radar reported software and hardware failures. | **Full Aborting** procedure is followed |
| ABORT_RADAR_FAULT | In radar controlled vehicles, the radar ECU has reported one of the following:<br><br>- An issue with self calibration<br>- An issue with the ECU itself<br>- An issue communicating on the CAN bus | **Full Aborting** procedure is followed |

| TOI / Abort Reason | Cause | Intended vehicle behavior if driver does not take over |
|---|---|---|
| ABORT_ACC_CANCEL_GENERIC | The drive inverter ECU is sending an autopark active state via CAN | **Full Aborting** procedure is followed |
| ABORT_ROAD_ESTIMATOR_HEALTH | In the current production firmware (non FSD): The autopilot subsystem responsible for creating the final road geometry used to plan a path out of the lanes that vision detects has detected illogical geometry or some other internal error with it's estimation | **Aborting** procedure is followed |
| ABORT_CONTROLLER_REFERENCE | The autopilot subsystem responsible for turning the planned trajectory into steering angle commands has not updated in 1 second. Can trigger if the trajectory is infeasible and causes too much computation, or there is a problem with the outputs from the subsystem creating the planned trajectory. | **Full Aborting** procedure is followed |
| ABORT_CONTROLLER_SOLVER | The autopilot subsystem responsible for turning the planned trajectory into steering angle commands has entered one of the following conditions:<br>• Data has not been output from the system<br>• It has failed to solve the trajectory into steering wheel commands<br>• The steering wheel commands that it has solved the trajectory into are beyond acceptable limits | **Full Aborting** procedure is followed |
| ABORT_CONTROLLER_NOT_ALLOWED | The autopilot subsystem responsible for turning the planned trajectory into steering angle commands has entered a condition which normally gates autosteer being available when it is not already active (acceleration bounds, steering angle limits). These conditions are not expected to be met while autosteer is engaged, but this abort reason exists as a failsafe. | **Aborting** procedure is followed |
| ABORT_THERMAL_ISSUE | The temperature of the autopilot computer has been determined to be either below 0 degrees celcius or above 105 degrees celcius | **Full Aborting** procedure is followed |
| ABORT_CONTROLLER_STALE_REFERENCE | The autopilot subsystem responsible for turning the planned trajectory into steering angle commands has determined that the trajectory it was given was too old (>250ms) | **Full Aborting** procedure is followed |
| ABORT_CONTROLLER_STALE_LOCALIZATION | The autopilot subsystem responsible for turning the planned trajectory into steering angle commands has determined its own time is too far behind the master time of the localizer subsystem by more than 250ms, and therefore its steering angle commands should not be trusted. | **Full Aborting** procedure is followed |

| TOI / Abort Reason | Cause | Intended vehicle behavior if driver does not take over |
|---|---|---|
| ABORT_CONTROLLER_BAD_REF_UPDATE | The autopilot subsystem responsible for turning the planned trajectory into steering angle commands could not walk down the trajectory spline correctly for more than 3 iterations in a row | **Full Aborting** procedure is followed |
| ABORT_AEB | An Automatic Emergency Braking event has started. | **Full Aborting** procedure is followed (but AEB safety subsystem is superceding normal longitudinal control) |
| ABORT_CONTROLLER_REF_TOO_SHORT | The autopilot subsystem responsible for turning the planned trajectory into steering angle commands has determined the trajectory it was given had less than 3 points for more than 4 iterations in a row | **Full Aborting** procedure is followed |
| ABORT_MISSION_PLANNER_NO_VISION_LANES_FOUND | The autopilot subsystem responsible for making decisions about choosing lanes to get into has stopped receiving ego lane outputs to use for planning | **Aborting** procedure is followed |
| ABORT_GORE_INCURSION | The vision system has determined that the ego vehicle is currently inside a road gore via scenewide boolean value output from a neural network | **Aborting** procedure is followed |
| ABORT_STEERING_SATURATED_LANE_DEPARTURE | The ego vehicle is detected as departing the lane at the same time as the maximum steering angle that autopilot can command has been reached.<br><br>This angle limit depends on the speed and vehicle type, but as an example for Model S and X starts around 470 degrees at 0mps, and ramps up to 13 degrees at 40mps in the US (r79 in EU has a different curve). | **Aborting** procedure is followed |
| ABORT_EPAS_STEERING_ANGLE_INVALID | The electronic power assist steering ECU has determined that the steering angle autopilot is requesting is not valid | **Aborting** procedure is followed |
| ABORT_INTEGRATOR_HEALTH_CRITICAL | The autopilot subsystem responsible for determining the orientation of the ego vehicle in 3D space (EnhancedIntegrator) has encountered an issue. This can be for several reasons:<br><br>• Yaw rate from the electronic stability controller is stale or empty<br>• The vehicle speed from the drive inverter ECU is stale or empty<br>• The integrator has not or never initialized | **Full Aborting** procedure is followed |
| ABORT_W048_FEATURES_DISABLED | On radar control vehicles, occurs when the radar is determined to not be responding, is misaligned, or the firmware on the radar is not the expected version for this version of autopilot. | **Full Aborting** procedure is followed |
| ABORT_INVALID_DI_PEDAL_POS | The autopilot computer has determined that the Drive Inverter ECU is sending invalid accelerator pedal position signal value. | **Full Aborting** procedure is followed |

| TOI / Abort Reason | Cause | Intended vehicle behavior if driver does not take over |
|---|---|---|
| ABORT_INVALID_VEHICLE_SPEED | The autopilot computer has determined that the vehicle speed message received from the Drive Inverter ECU via CAN is either too old or invalid | **Full Aborting** procedure is followed, unless the EPAS ECU also faults in which case the behavior will resemble **Full Aborted** |
| ABORT_PERCEPTION_HEALTH_VISION | The autopilot subsystem responsible for tracking moving objects in the scene has detected a problem with its inputs from the vision subsystem. If radar is being used for control, the detected health of the radar is also used to declare unhealthy. | **Full Aborting** procedure is followed |
| ABORT_PERCEPTION_HEALTH_POST_PROCESSING | The autopilot subsystem responsible for tracking moving objects in the scene has detected that its inputs are missing from either the localization subsystem, the road estimation subsystem, or the time delta from the localization subsystem is too high | **Full Aborting** procedure is followed |
| ABORT_PERCEPTION_HEALTH_STALE | The data being received from the autopilot subsystem responsible for tracking moving objects in the scene (which runs on the secondary autopilot computer) has taken too long to arrive (>1 second) or is empty | **Full Aborting** procedure is followed |
| ABORT_SEATBELT_UNBUCKLED | The driver seatbelt has been unbuckled | **Aborting** procedure is followed |
| ABORT_USER_OVERRIDE_STRIKEOUT | The driver has entered "strike out" mode by ignoring 3 hands on warning strikes within a drive cycle and has been overriding longitudinal control via accelerator pedal for more than 5 seconds. Strike out mode chimes and requests driver take over and slows to a stop but is not technically an aborting state and autopilot will continue to control laterally and longitudinally, so the pedal overriding check ensures an autopilot abort. | **Aborting** procedure is followed |
| ABORT_IBOOSTER_MIA | The electronic brake actuation ECU is determined to not be responding on its CAN bus | **Full Aborting** procedure is followed |
| ABORT_ONCOMING_LANE | The autopilot subsystem responsible for creating the final road geometry used to plan a path out of the lanes that vision detects is both in critical health and has determined that the lane the ego vehicle is in is actually an oncoming lane. Ego can only be determined to be in an oncoming lane in the following conditions:<br><br>• Ego is not near a traffic control (within 5 meters or having last stopped at one less than 10 seconds ago)<br>• The neural network output from the vision subsystem has assigned the current lane that ego is in a direction of oncoming | **Aborting** procedure is followed |

| TOI / Abort Reason | Cause | Intended vehicle behavior if driver does not take over |
|---|---|---|
| ABORT_INVALID_BEHAVIOR | The autopilot subsystem responsible for choosing which trajectory of the multiple possible trajectories computed simultaneously has encountered a problem making that decision and falls into an error state. | **Full Aborting** procedure is followed |
| ABORT_CITY_STREETS_REF_TOO_SHORT | This abort reason is only active in FSD mode, and is very similar to ABORT_CONTROLLER_REF_TOO_SHORT | **Aborting** procedure is followed |
| ABORT_HEADLIGHTS_FAILSAFE | Low beams on the vehicle are not active (manually turned off by the user), but the rain/light sensing autopilot subsystem has determined that they should be and are requesting they are on based on the luminance of the scene | **Aborting** procedure is followed |
| ABORT_EXTENDED_COMPUTE_INACTIVE | The secondary autopilot computer responsible for a subset of tasks required to control the vehicle has been determined to not be responding or sending valid data. | **Full Aborting** procedure is followed |
| ABORT_DRIVER_NOT_PRESENT | The driver has been detected as not present via either of the following conditions:<br><br>• The front driver occupancy sensor reports the driver is not present, and we are confident the seat sensor has been reliably detecting an occupant<br>• The selfie camera has not detected a driver in 20 seconds (only applicable in vehicles equipped with a selfie camera) | **Aborting** procedure is followed |
| ABORT_CABIN_CAMERA_BLINDED | The vision subsystem has determined that the interior cabin camera has been blinded or blocked<br><br>*Not active in all customer releases | **Aborting** procedure is followed |