CONFIDENTIAL BUSINESS INFORMATION



December 30, 2016

Paul A. Hemmersbaugh
Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
Washington DC, 20590

RE:  PE16-007 Special Order

Dear Mr. Hemmersbaugh,

On behalf of Tesla Motors, Inc. ("Tesla" or "the Company"), this submission responds to the National Highway Traffic Safety Administration's ("NHTSA" or the "Agency") Special Order related to PE16-007. We note that this Special Order was provided to Tesla on December 15, 2016, seven weeks after Tesla's October 27, 2016 submission answering what were at the time characterized as NHTSA's final PE16-007-related questions. Regardless, Tesla produced the answers set forth below during the holiday period. As requested, Tesla repeats the applicable request verbatim above each response. Tesla is providing responsive answers dated, up to and including, December 15, 2016.

Additionally, before providing its responses, Tesla wishes to provide some introductory remarks. Throughout the PE, NHTSA has sought information about accidents that occurred while Autopilot was in use, but has never sought information about Autopilot's positive impact, including instances when Autopilot either prevented an accident or mitigated its consequences, or where Autopilot would have prevented an accident or mitigated its consequences had it been in use at the time.

To be clear, Autopilot has had a significantly positive impact. It has prevented countless accidents and almost certainly saved lives. Moreover, by any measure, our customers overwhelmingly love and feel protected by it. Every independent study that we are aware of has shown Autopilot to be the most advanced such system on the road; here are just some of the third-party reviews that Autopilot has received:

- *Car & Driver: ~2x better than the next closest competitor (29 interventions vs. 56 for the BMW 7-Series)*[1]

- *Autofil: ~10x better than the next closest comparison (3 interventions on the Model S vs. 31 for the E-Class)*[2]

- *Motor Trend: 6-9x better than the next best system (12 interventions for the Model S vs. 113 for the S-Class)*[3]

- *The Drive: "Without a doubt, [Autopilot] is the best ADAS system on the market."*[4]

---

[1] http://www.caranddriver.com/features/semi-autonomous-cars-compared-tesla-vs-bmw-mercedes-and-infiniti-feature-2015-tesla-model-s-p85d-page-5

[2] http://www.autofil.no/936897/hands-off

[3] http://www.motortrend.com/news/testing-semi-autonomous-cars-tesla-cadillac-hyundai-mercedes/

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 2

Tesla recognizes the very clear and natural sampling bias that inherently skews any comparison of incidents vs. "saves" caused or contributed to by a driver assistance system. The few incidents of misuse that Autopilot was not able to prevent have garnered far more attention than the many examples that demonstrate the efficacy of the system. Below are three (of undoubtedly countless) examples in which Autopilot and the suite of active safety and driver assistance features it entails likely saved a life or, at a minimum, prevented a collision:

- In July 2016, a Model S driver in Washington, DC was driving manually at night and failed to notice a darkly-dressed pedestrian jaywalking across the street. Autopilot detected the hazard, alerted the driver, and applied the brakes, avoiding a collision that almost certainly would have resulted in serious injury or death.[5]

- In July 2016, a Model X driver in Missouri suffered a pulmonary embolism while driving; Autopilot assisted him in maintaining control of the vehicle and safely reaching a hospital.[6]

- In December 2016, a Model S driver using Traffic-Aware Cruise Control ("TACC") and Autosteer avoided a high-speed collision with a car in front of the box truck he was following when the car (but not the box truck) suddenly stopped. Autopilot detected the car stopping, abruptly applied the brakes and alerted the driver long before the box truck suddenly veered off the road and revealed the hazard.[7]

In addition, below are three of the countless real-world examples where Autopilot likely would have prevented or mitigated accidents had it been in use at the time of the incident:

- In July 2016, a Model S driver in China failed to remain in the lane while driving manually and crashed into a fence, narrowly avoiding pedestrians on the other side.

- In July 2016, a Model S driver in Canada, while driving manually in daylight, drifted off the road at 60 miles per hour, went airborne and landed in a field.

- In December 2016, while driving manually at night, a Model S driver in New Jersey failed to follow the road as it curved to the left following a section of straight road. The vehicle departed the road traveling 48 miles per hour and collided with a roadside barrier.

These are only illustrative examples. There are countless more.

**Question 1:** Describe the intended use of Autopilot by a driver of a Tesla vehicle.

**Response 1:** This Special Order defines "Autopilot" as "the Tesla product, including hardware and software, designed for use as an advanced driver assistance system, and it includes both Traffic Aware Cruise Control and Autosteer enabled and active." When used together, TACC and Autosteer are intended to be an SAE Level 2 driving automation system. The system executes both steering and acceleration/deceleration using information

---

[4] http://www.thedrive.com/tech/4591/the-war-for-autonomous-driving-2017-mercedes-benz-e-class-vs-2017-tesla-model-s?xid=the-drive_socialflow_twitter

[5] https://twitter.com/elonmusk/status/756004029239472132?ref_src=twsrc%5Etfw

[6] https://cleantechnica.com/2016/08/08/tesla-autopilot-helps-man-experiencing-pulmonary-embolism-make-hospital/

[7] https://teslamotorsclub.com/tmc/threads/autopilot-worked-for-me-today-and-saved-an-accident.82268/#post-1865058

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 3

about the driving environment, with the expectation that the human driver will perform all remaining aspects of the dynamic driving task, including continuously monitoring the vehicle and the environment.

**Question 2:**  Describe any and all potential driver misuse(s) or abuse(s) of Autopilot that Tesla considered or evaluated prior to launching Autopilot 7.0 in October 2015. Your response should include, but not be limited to: (i) the types of potential misuses and/or abuses considered; (ii) any related analysis or testing performed by Tesla or third parties on behalf of Tesla, and (iii) any ranking or categorization performed by Tesla as to the likelihood, nature, and/or severity of those potential misuses and abuses.

**Response 2(i):**  Many features in all types of vehicles can be misused or abused by drivers. For example, cars have been sold for decades featuring sufficient power to quickly reach triple-digit speeds—far in excess of what is safe or legal on any public road. Even though Tesla is not aware of any car that seeks to prevent its drivers from misusing the car in any way, Tesla has taken a different approach to Autopilot. Tesla has used a series of unprecedented steps to identify and try to prevent various forms of potential driver misuse, all while trying not to detract from the significant safety benefits that Autopilot is designed to have in the first place.

Over the course of researching and developing Autopilot features, Tesla engineers considered the possibility that drivers could misuse the system in a variety of ways, including through the examples below. Tesla designed Autopilot to address each of these examples:

- Mode confusion:  Tesla engineers considered that a driver might believe that Autopilot features were either on when they were off, or off when they were on. For example, Tesla considered that drivers might believe they had activated Autosteer when they had not, or a driver might mistakenly turn off Autosteer without realizing it.

- Lack of attention, falling asleep, incapacitation:  Just as countless drivers fail to pay attention, fall asleep, or become incapacitated due to medical or other conditions during manual driving—indeed, reducing the risk of harm from such occurrences is one of the most important benefits of Autopilot—Tesla engineers considered that a driver might also fail to pay attention, fall asleep, or become incapacitated while using Autopilot.

- Unbuckling seat belt:  Tesla engineers considered the possibility that a driver might unbuckle his seat belt while using Autopilot features, such as while attempting to reach something within the vehicle.

- Use outside of preferred environments:  Tesla engineers considered the possibility that a driver might attempt to use Autopilot features on roadways outside of the recommended environment, for example roads with stop lights or cross-traffic.

- Use outside of preferred conditions:  Tesla engineers considered that a driver might attempt to use Autopilot in conditions beyond the system's specified design intent, for example in adverse weather conditions, roadway construction, or at speeds unsuitable for the roadway.

**Response 2(ii):**  Analysis and testing for misuse is an integral and inseparable part of Tesla's process for development and validation of Autopilot. As previously outlined in Tesla's response to PE IR question 6, this process consists of the six steps listed below.

- Inception:  Combing through driving data and customer feedback, we identify elements of the driving task that Autopilot can improve, and design methods to meet those needs.

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 4

- <u>Simulation:</u>  Once a solution has been conceived and designed, we test it against several million miles of real-world driving data to verify that it provides an overall improvement in driving safety and performance.

- <u>Internal validation:</u>  We distribute the feature to approximately 300 internal development and validation vehicles worldwide, where trained drivers test the feature over an average of about a million miles, focusing particularly on the feature's performance in challenging or rare situations.

- <u>Inert, external validation:</u>  Once a feature has proven internally to provide a net safety or efficiency improvement, we typically introduce it inertly into customer vehicles to observe how it performs across 10 million to 150 million real-world miles. When operating in this mode the feature is not active to the driver, nor is the driver even aware it is there. Rather, the software quietly operates in the background of normal driving, logging and analyzing the action that would have been performed had it been active, and transmitting anonymized data back to Tesla's development team for evaluation.

- <u>Subjective customer experience assessment:</u>  Following these phases, if the proposed feature has demonstrated a net safety improvement, we release it to a small subset of customers who have volunteered to test new features and provide subjective feedback via Tesla's Early Access Program ("EAP"). During this phase of the development process, a feature typically undergoes evaluation by up to 900 customers for between 400,000 and one million miles, depending on the need.

- <u>Wide release and continuous improvement:</u>  Only after a feature undergoes all of these validation procedures do we roll it out to the entire customer base. As data about the feature's real-world use and performance then quickly accumulates (currently at a rate of over four million miles per day), we monitor key performance indicators and make ongoing improvements over time.

Misuse considerations are evaluated in each of the six steps listed above. For example, in the Inception stage misuse considerations can prompt the development of new Autopilot features or functionality, and in the Internal Validation stage internal testers explore the full use, misuse, and abuse spectrum.

**Response 2(iii):**  Tesla considers all of the misuse and abuse examples listed above to be safety-critical. Therefore, they all have the same ranking or categorization.

**Question 3:**  Describe any research or testing performed by Tesla, or by any third party on Tesla's behalf, prior to October 2015, regarding the impact of Autopilot on driver behavior, including, but not limited to, the potential for misuse and/or abuse, including but not limited to distracted driving.

**Response 3:**  As outlined above, Autopilot received extensive internal validation during its development, including testing by a wide variety of drivers for extremely long periods of time. This testing allowed Tesla to observe drivers who were unfamiliar with the system and those who had gained extensive experience and comfort with the system, giving Tesla access to a wide variety of user behaviors.

Tesla's internal validation provided data on the real-world performance of the system, including the actual uses of the system by human drivers. The data and feedback received from Tesla's internal validation, including information about potential misuse, resulted in many changes to Autopilot prior to launch. As just one illustrative example, in September 2015, an internal tester was driving a prototype of Autosteer when his vehicle drifted out of the lane and made lateral contact with a barrier. The incident resulted from mode confusion, and Tesla made software changes to prevent this confusion in the production version of Autopilot. The incident also illustrated the negative effects of overly frequent hands-on chimes, which can distract from the primary driving task and create frustration. The driver

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 5

reported that he jerked the steering wheel, unintentionally disengaging Autosteer, out of frustration from overly frequent hands-on chimes. This prototype system also lacked a clear disengagement chime, and the driver failed to notice that Autosteer had disengaged.

As a result, Tesla made changes to increase the effectiveness of both its existing hands-on-wheel detection and the warning chimes, and added a feature that increased the saliency of lane departure warnings for a period of time following Autosteer disengagement (technical details of this behavior can be found in Response 3 of Tesla's October 27, 2016 submission to the Agency).

**Question 4:**  Describe the steps you took prior to October 2015 to ensure the safe operation of a Tesla vehicle equipped with Autopilot. Your response should include, but not be limited to, a summary of any and all safeguards against driver misuse or abuse that were considered by Tesla, and an explanation for any safeguard that was not ultimately implemented.

**Response 4:**  Tesla's entire conception, design, and development of Autopilot was aimed at improving safety. Therefore, any description of the steps taken to ensure safe operation would be the same as the thousands of steps that Tesla took to conceive, design, and develop Autopilot. We refer to the development and validation process outline provided in Tesla's response to PE IR question 6 and in Response 2(ii) above.

The Company lists below some safeguards against driver misuse or abuse that Tesla considered and implemented, organized by the misuse and abuse cases provided in 2(i) above.

- Mode confusion:
  - Simple and intuitive controls for engagement and disengagement;
  - Sounds that clearly distinguish between engagement, disengagement, and failed engagement; and
  - Graphics that clearly distinguish between engagement, disengagement, and failed engagement.

- Lack of attention, falling asleep and incapacitation:
  - Extensive warnings in the owner's manual, when enabling Autosteer functionality for the first time, and every time that Autosteer is engaged;
  - Hands-on detection and hands-on warnings;
  - A user interface that displays the system's detection of lanes and detected vehicles, thereby allowing drivers to safely learn the system's parameters and limitations; and
  - Graceful slowdown sequence.

- Unbuckling seat belt:
  - Seat belt detection.

- Use outside of preferred environments:
  - Extensive warnings in the owner's manual, when enabling Autosteer functionality for the first time, and every time that Autosteer is engaged; and
  - A user interface that displays the system's detection of lanes and vehicles, thereby allowing drivers to safely learn the system's limitations.

- Use outside of preferred conditions:
  - Extensive warnings in the owner's manual, when enabling Autosteer functionality for the first time, and every time that Autosteer is engaged;
  - A user interface that displays the system's detection of lanes and vehicles, thereby allowing drivers to safely learn the system's limitations
  - Roadway-dependent speed restrictions; and

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 6

    o   Controls restricting availability of Autopilot features when sensory inputs are impaired.

**Question 5:** Describe the development of the written warnings contained in the Tesla Model S User Manual listed in the section on Driver Assistance, which is attached hereto as Exhibit 1. Your response should include a description of any alternative language that was considered, as well as a summary of any focus group testing or other research that was conducted, before such warnings were published.

**Response 5:** Tesla recognizes that our vehicles contain numerous innovative features and we are dedicated to producing high quality instructional documents. Production of Tesla owner's manuals, including the sections on Autopilot, is led by a team of technical writers with decades of experience writing documentation for technology products, and is supported by many departments within Tesla.

The process involved in writing each section of the owner's manual ensures that the manual accurately represents product features and clearly communicates associated risks and limitations. When writing a new section of the owner's manual, the technical writing team engages extensively with the subject matter experts to gain an in-depth understanding of not only how the features work, but any and all limitations of the features. Technical writers also drive the vehicles to gain first-hand experience operating the features. The team of technical writers then drafts language to communicate the feature and the associated risks and limitations, and iteratively revises this draft based on feedback from several teams within Tesla. Before being released, each section is thoroughly reviewed by other technical writers within the team, subject matter experts, and the homologation and legal teams in multiple regions worldwide. The result of this process is an owner's manual that clearly and concisely describes product features, limitations, and risk in simple, easy-to-understand language.

Unlike other automakers, most of whom are unable to update a manual after the vehicle is sold, Tesla can and does continually update the owner's manual based on new features or customer feedback. Tesla in fact actively encourages drivers to provide feedback for improving the manual via the email address OwnersManualFeedback@teslamotors.com. This email address is monitored by a team of technical writers, and owners are made aware of this email address in three ways:

- As a link on the vehicle's touchscreen. (See Figure 1.)

- Within the full owner's manual PDF that owners can access via their MyTesla account. (See Figure 2.)

- Within the inside cover of the printed Quick Guide that is provided in the glove compartment of every vehicle. (See Figure 3.)

BENAVIDES-00003168

P-21-0006

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 7



*Figure 1.  Link to owner's manual feedback email address provided on touch screen*



*Figure 2.  Reference to owner's manual feedback email address included in pdf of owner's manual*

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 8



*Figure 3.   Reference to owner's manual feedback email address included on inside cover of the Quick Guide*

In addition to the multiple channels of document review and feedback described above, the technical writers also receive feedback from owners using the features through the EAP, Tesla's pilot program for new feature introduction discussed in Response 2(ii) above. Throughout this program, carefully selected customers acknowledge receipt of the owner's manual and release notes prior to receiving an early access version of software on their vehicle. As a result of feedback from this program, the owner's manual is updated and fine-tuned to ensure it meets the needs of all drivers, including that it is comprehensive, readily understood, and addresses any questions that customers may have in learning a new feature or a feature update.

**Question 6:**  Describe the development of the Hold Steering Wheel message on a Tesla vehicle's instrument panel and accompanying audible chime warning that was part of Autopilot 7.0. Your response should include any focus group testing or other research conducted by Tesla or any third party on Tesla's behalf in connection with the development of these in-vehicle warnings, as well as any alternatives that Tesla considered implementing to monitor or influence driver attentiveness and hands on the wheel.

**Response 6:**  The Hold Steering Wheel message and accompanying chime were designed to clearly communicate necessary actions to the driver, without adding additional distraction. This message and chime were developed and extensively validated using the same processes outlined in Tesla's response to PE IR question 6 and in this document's Response 2(ii).

Specifically, the Hold Steering Wheel message is the result of multiple iterations of the Autopilot interface in which Tesla sought to most clearly convey to drivers that their hands are not detected on the steering wheel. The first pre-production iterations attempted to communicate all information regarding the system's state through visual cues in the "road scene" portrayed in the instrument cluster. Tesla did not find this to be sufficiently clear to drivers, so the next pre-production iteration represented the Hold Steering Wheel message visually by showing a "hollow" steering wheel in place of the regular steering wheel (see Figure 4).

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 9



*Figure 4.   Prototype interface using a hollow steering wheel to indicate to the driver that their hands are not detected on the steering wheel*

This hollow steering wheel graphic was also determined not to be clear enough, so Tesla then added hands to the graphic (see Figure 5).



*Figure 5.   Prototype interface showing hands on a hollow steering wheel to indicate to the driver that their hands are not detected on the steering wheel*

These interface options were each subject to internal testing, and these changes in the interface were determined to be too subtle to indicate what was required of the driver. Tesla determined that changing the steering wheel from solid to hollow did not intuitively indicate the state of the system. As a result, the Company changed the graphic to include the text explicitly stating "Hold Steering Wheel," which is the alert that was included in the released version of Autopilot 7.0 (see Figure 6). This message animates in from the bottom of the instrument cluster, and Tesla found that this motion, combined with the size of the alert, provided appropriate and clear visual feedback regarding the driver's need to place hands on the wheel.



*Figure 6.   Released interface showing a steering wheel and the text "Hold Steering Wheel"*

Tesla also included an audible chime to accompany the visual alert, in order to reinforce that the driver's hands are not detected on the steering wheel. The goal in choosing the audible chime was to devise a noise that the driver would not miss the first time, and that would escalate thereafter, which is similar to the goal for the seatbelt reminder. Tesla selected a double-beep alert, which fits in with the overall audio design of the car but is also quite distinct from other chimes, so as not to be confused with other warning alerts or Autopilot engage/disengage chimes. Tesla notes that this Hold Steering Wheel alert is only

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 10

one of **many** instructions provided to the driver to keep their hands on the steering wheel. Other occasions when the driver receives this instruction are listed in Response 14 below.

**Question 7:**  Describe any knowledge you have of driver misuse or abuse of Autopilot since October 2015, including when you gained that knowledge and whether the misuse or abuse resulted in a death or injury. Your response should also describe any efforts by Tesla to monitor for Autopilot misuse or abuse on social media (including, but not limited to, YouTube, Facebook, Snapchat, Twitter) and elsewhere.

**Response 7:**  While Tesla of course cannot and does not track everything that occurs in its vehicles, Tesla learns how its vehicles are being used through multiple channels, including:

- Tesla vehicles collect and transmit log data, which can be used to identify and analyze characteristics of feature usage.

- Tesla vehicles send out an over-the-air ("OTA") notification to Tesla any time a crash is detected and the system is able to do so. In response, Tesla immediately attempts to contact the owner by telephone, which often provides Tesla with a mechanism for learning about crash circumstances.

- Tesla owners are very active on online forums and social media, including video sharing services such as YouTube. Tesla has multilingual employees assigned worldwide to monitor such forums. Noteworthy postings, which may include instances illustrating Autopilot misuse or abuse, are summarized in three English-language weekly email newsletters that are widely distributed within the company: one for North America, one for Europe, and one for APAC.

- All Tesla vehicles are equipped with the ability for a driver to hold down two buttons on their steering wheel and record a time-stamped audible bug report, which is reviewed by Tesla's engineering personnel.

Just as other manufacturers do not maintain an archived list of every burnout or similarly dangerous misuse or abuse that they learn was performed using one of their vehicles, Tesla does not maintain an archive of reports of Autopilot misuse or abuse. However, Tesla previously provided information regarding death, injuries, or crashes in response to PE16-007 IR Questions 2, 3 and 4, as well as in our ongoing submissions to NHTSA's Standing Special Order dated August 26, 2016, some of which were noted to have resulted from misuse or abuse of the Autopilot system.

**Question 8:**  Describe in detail all modifications or changes made to Autopilot from October 2015 to date. For each such modification or change, provide the following information:
   a. The date or approximate date on which the modification or change was incorporated into Autopilot;
   b. A detailed description of the modification or change;
   c. The reason(s) for the modification or change;
   d. A description of any testing or analysis done before instituting the modification or change;
   e. When the modification or change was made available to consumers; and
   f. How the modification or change can be interchanged with earlier versions of Autopilot.

**Response 8:**  Tesla previously answered many of these questions in response to PE IR question 6, and for clarity the table provided in Appendix A lists all Autopilot software updates to the subject vehicles.

Each software release is generally automatically released for service (with some exceptions), meaning that a vehicle serviced at a Tesla Service Center will receive the latest release. Vehicles that are not brought in for service will receive an OTA update,

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 11

however not every update is made immediately available to the general fleet via OTA update. Instead, Tesla may aggregate minor updates into major OTA updates for the entire fleet. Because of this, the date that a software release was first released to service, production, or OTA to a small segment of the fleet may be earlier than the date when the change was included in a fleet-wide OTA update.

**Response 8.a:**  See Appendix A.

**Response 8.b:**  See Appendix A.

**Response 8.c:**  See Appendix A.

**Response 8.d:**  All Autopilot features and updates are subject to the same rigorous development and validation process that is outlined in Tesla's response to PE IR question 6 and in this document's Response 2(ii).

**Response 8.e:**  See Appendix A.

**Response 8.f:**  Tesla software updates are downloaded and installed as a single package; owners cannot elect to only install certain portions of an update. The software updates are not interchangeable with earlier versions of Autopilot hardware or software.

**Question 9:**  Describe the steps (other than those described in your response to Request No.8) that you have taken since October 2015 to ensure the safe operation of a Tesla vehicle operating in Autopilot mode. Your response should include, but not be limited to: (i) a summary of any additional safeguards against driver misuse or abuse that were considered by Tesla, but were not ultimately implemented, including the rationale for the decision not to implement a safeguard; (ii) a summary of any and all driver education or monitoring that Tesla performs or has performed to confirm whether Autopilot is being used as intended; and (iii) a detail of any research performed by Tesla or by any third party on Tesla's behalf regarding the impact of Autopilot on driver behavior, including distracted driving.

**Response 9:**  As far as Tesla is aware, ***Autopilot has the most robust set of warnings against driver misuse and abuse of any feature ever deployed in the automotive industry***. The forms in which Autopilot limitations are conveyed to owners are described in Response 14 below.

Tesla continually reviews Autopilot data and has investigated every complaint received regarding Autopilot. This information drove the steps described in Appendix A, in Response 8, which represent a level of post-sale product improvement that is unprecedented in the history of automobile manufacturing. While improving Autopilot is an important way to improve the safety of the features, Tesla also works to implement accurate and consistent public education regarding the functionality and intended uses of Autopilot features. Tesla makes significant efforts to accurately and completely describe the functionality and intended uses of Autopilot features to current and future owners, the public, the press, and government entities.

As part of Tesla's commitment to educating owners, Tesla continually provides updated instructions and training to its own sales, service, and customer support teams. Tesla provides uniform instruction to internal teams through multimedia online courses. Proper use of Autopilot is clearly addressed in many such courses including "Tesla Autopilot," "Hosting Safe Test Drives," "Self-Driving Hardware Overview," "Handling Autopilot Concerns," and "Software 8.0 Overview."

New Tesla owners receive an orientation regarding all aspects of their Tesla vehicles at the time of delivery, and Tesla's Delivery Orientation Checklist ensures that all owners who have purchased the Autopilot convenience package receive instructions regarding safe use of TACC and Autosteer.

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 12

Again, Tesla is not aware of a more comprehensive, thorough, and easy-to-understand set of warnings and education protocol, including through in-car communications directly to the driver, for any feature deployed in the automotive industry—ever. We believe these efforts have been successful considering, as discussed in greater detail in Response 14, a third-party survey independently verified that our customers clearly understand what Autopilot is and how to properly use it.

**Question 10:**  Describe in detail any and all concerns or allegations (regardless of whether or not such concerns or allegations were substantiated) raised by a Tesla employee or contractor regarding the safety of Autopilot or the potential for driver misuse or abuse. Your response should include a description of the actions you took to investigate and address each concern or allegation.

**Response 10:** The entire purpose – and therefore focus – of Tesla engineering during the design, development, and ongoing support of Autopilot was and is improving road safety. The process for this development started with an enumeration of road traffic scenarios in which the Autopilot system should be expected to improve safety relative to an unassisted driver. As Autopilot progressed, additional considerations were made, including the potential misuses of the system outlined in Response 2.

Tesla encourages open communication between engineers, unencumbered by considerations regarding future disclosure of such communications. Each concern or risk raised is carefully considered, and where possible, data is used to determine if the concern is valid. If a concern regarding a feature is valid, countermeasures are discussed and evaluated. A feature is only implemented if the feature together with available countermeasures is determined to result in a probability-weighted net improvement in safety. Enumerating all such concerns that were discussed in the development and refinement of the system is simply not possible as it is what was happening throughout the entirety of the development process.

While the vast majority of expressed concerns are addressed before feature launch in a manner that satisfies all involved parties, differences of opinion are not uncommon during the development of any new technology. Any innovation, especially when safety is a consideration, is bound to invite differences of opinion. Recognizing this, Tesla always seeks to make the best decision it possibly can based on the data that it has and then continues to evaluate those decisions as new data or information is obtained. The level of outside interest in this process and transparency around specific concerns voiced during it is a testament to how effective this culture of open, meritocratic decision-making was in surfacing any and all concerns and ensuring robust debate around how to solve them.

**Question 11:**  Describe in detail any and all safety concerns that Mobileye Inc. ("Mobileye") communicated to Tesla regarding Autopilot, as described in the September 16, 2016 press release included as Exhibit 99.1 to Mobileye's Form 6-K for the month of September 2016 filed with the U.S. Securities and Exchange Commission and attached hereto as Exhibit 2. Your response should include the date of any such communications as well as a description of the actions you took to investigate and address, if applicable, the safety concerns. Your response should also include copies of all written communications from Mobileye expressing those safety concerns and any internal Tesla communications documenting or memorializing them.

**Response 11:**  In the September 16, 2016 statement to its investors included with this Special Order, Mobileye stated "[i]n communications dating back to May 2015 between the Mobileye Chairman and Tesla's CEO, Mobileye expressed safety concerns regarding the use of Autopilot hands-free." While Tesla agrees with Mobileye that Autopilot should not be used as a hands-free feature and in fact has made this recommendation clear to its customers in numerous and repeated ways, Tesla has been unable to locate any communications from Mobileye's Chairman conveying this concern. Specifically, on December 22, 2016, Tesla reviewed the 221 emails that had ever been sent by Mobileye Chairman Amnon Shashua to a Tesla email account and found that none of them

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 13

expressed any safety concerns whatsoever. As set forth in Response 12, it bears noting that Mobileye's recent criticism of Autopilot stands in stark contrast to the many public statements that Mobileye previously made lauding Autopilot and its capabilities, and only came after Tesla informed Mobileye that it was going to be in-sourcing its computer vision program. Tesla believes that Mobileye's recent statements about Autopilot are therefore disingenuous at best.

**Question 12:** Describe in detail what, if any, information or guidance you received from Mobileye regarding: (i) the potential for driver misuse or abuse of Autopilot; (ii) the intended purpose of Autopilot; (iii) and the limitations of Autopilot. Your response should include the dates on which Tesla received the information or guidance from Mobileye and what, if any, actions Tesla took or decisions it made as a result of that information or guidance.

**Response 12:** Tesla's Autopilot system—including its purpose, implementation, and safeguards—was defined, designed, and developed in-house. While the system includes sensors and subsystems from a variety of suppliers, Mobileye supplied the computer vision system and was therefore only qualified to speak to likely errors in perception resulting from their system's processing of camera data. As referenced in Response 11, Tesla has no record of receiving the concerns over driver misuse or abuse that Mobileye wrote about in its September 16, 2016 public statement. Specific to the evolution of Tesla's use of Mobileye as a supplier and the context in which Mobileye made its recent Autopilot comments, we released a detailed public statement on September 15, 2016, i.e., the day before Mobileye issued the public statement to which NHTSA has referred:

> *Recent statements made by MobilEye about Tesla Autopilot are inaccurate.*

> *Here are the facts:*

> *MobilEye had knowledge of and collaboration with Tesla on Autopilot functionality for the past 3 years.*

> *Tesla has been developing its own vision capability in-house for some time with the goal of accelerating performance improvements. After learning that Tesla would be deploying this product, MobilEye attempted to force Tesla to discontinue this development, pay them more, and use their products in future hardware.*

> *In late July when it became apparent to MobilEye that Tesla planned to use its own vision software in future Autopilot platforms, MobilEye made several demands of Tesla in exchange for continuing supply of first generation hardware, including:*
> - *Raising the price of their product retroactively*
> - *Demanding an agreement to extremely unfavorable terms of sale and*
> - *Demanding that Tesla not use data that was collected by its vehicles' cameras for any purpose other than helping MobilEye develop its products*
> - *Requiring that Tesla collaborate on Tesla Vision and source future vision processing from them until at least level 4.*

> *When Tesla refused to cancel its own vision development activities and plans for deployment, MobilEye discontinued hardware support for future platforms and released public statements implying that this discontinuance was motivated by safety concerns.*

Additionally, it is worth noting that as recently as April 2016, Mobileye's Chairman publicly praised and took credit for the capabilities of the Autopilot system, including its ability to engage in hands-free driving, something that Tesla notably instructs its customers not to do. Below is a small sampling of his public comments about Autopilot:

> <u>January 2015</u>: *In that way we get this environmental model to enable to do hands free driving...When is all of this coming out? This year. I'm not talking about something very futuristic. Around middle towards third quarter of 2015 a car manufacturer is going to have this kind of technology running on the car on our*

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 14

> *chips.  So it's not very futuristic … our third generation chip launched two months ago on Tesla…[8]*

> <u>August 2015</u>: *So this is far from science fiction. It's actually unfolding as we speak. The first hands free driving on highways is coming out now. The first one is Tesla, they have already launched … and you can do hands free when driving on a highway. Unlimited speed. You can go at highway speeds and let go of the steering wheel … GM already announced that middle of 2016 … more or less the same kind of functionality. Audi already announced 2016.  These are just the first comers. We are working with about 13 car manufacturers that within the next 3-4 years having this kind of capability. … the driver still has primary responsibility and has to stay alert … for the car industry this is the first step to start practicing towards reaching autonomous driving.[9]*

> <u>April 2016</u>: *So you clearly see that the woman here is driving without touching the steering wheel … one of the biggest successes of Tesla Autopilot in terms of the ability to do hands free driving comes from these types of technological components, but this is only the beginning.[10]*

Mobileye contradicted these and many of its other public statements only after Tesla informed Mobileye that the Company was going to in-source its computer vision program.

**Question 13:**  Provide a list of every lawsuit filed on or after October 14, 2015 naming Tesla as a defendant, for which Tesla has raised consumer misuse or abuse of Autopilot as a defense. For each lawsuit, provide the full case caption (including case number and jurisdiction), the name and contact information for the plaintiffs counsel, and the current status of the lawsuit. Your response should include copies of all pleadings, transcripts, opinions, and discovery responses that discuss or concern driver misuse or abuse, with the applicable passages highlighted or flagged.

**Response 13:**  No lawsuits responsive to this question have been filed against Tesla.

**Question 14:**  Provide any additional information that you believe demonstrates that Tesla took appropriate action to address driver misuse or abuse of Autopilot.

**Response 14:**  As described above, many vehicle features can be misused or abused. Unlike features in other manufacturers' cars that can be misused, Tesla has taken unprecedented steps to warn against misuse with its Autopilot system, and has demonstrated an unmatched level of post-sale commitment to product improvement. Tesla's efforts to safeguard its customers through Autopilot demonstrate how connected technology can be used effectively to address vehicle misuse and abuse.

<u>Warnings</u>
Tesla believes that Autopilot has the most robust set of warnings against driver misuse and abuse of any feature ever deployed in the automotive industry. Autopilot uses multiple means of conveying system limitations. The messaging is consistent and is conveyed at levels of detail appropriate for the communication method and level of driver's attention available at the time of instruction, including through easy-to-understand written, audible, and pictorial warnings that are made clearly and repeatedly to the customer directly in the car. Autopilot limitations are conveyed in the following forms:

---

[8] https://www.youtube.com/watch?v=kp3ik5f3-2c

[9] https://www.youtube.com/watch?v=PhpkvuPYfn8

[10] https://www.youtube.com/watch?v=GCMXXXmxG-I&feature=youtu.be&t=32m19s

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 15

1. In the owner's manual
   The Tesla owner's manuals contain both general and detailed descriptions of the limitations of Autopilot features, including Automatic Emergency Braking ("AEB"), TACC, and Autosteer functionality. Examples of such limitations are provided in Appendix A, attached.

2. In release notes
   After installing new software, the driver is presented with release notes on the center screen that include descriptions of new vehicle features and a reminder to refer to the owner's manual for more detailed information. The release notes for Autopilot have stated, among other things, "[w]hile Autosteer facilitates basic highway driving, it is vital that you pay attention to your driving environment so you can take over if needed."

3. Before enabling Autosteer for the first time
   Autosteer is disabled by default. Before enabling Autosteer, the driver first needs to enter the "Driver Assistance" menu on the vehicle's Control Panel and agree to the following communication about the limitations of Autosteer and the proper manner for using it:



*Figure 7.   Dialog when enabling Autosteer*

4. Every time Autosteer is activated
   ***Every time*** Autosteer is activated, a dialog appears on the instrument panel screen directly in front of the driver reminding the driver to "Always Keep Your Hands on the Wheel" and "Be Prepared to Take Over at Any Time."

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 16



*Figure 8.   Dialog every time Autosteer is activated*

5. At all times while driving
Whether or not Autopilot features are engaged, the Tesla driver is presented with an intuitive user interface that displays Autopilot's perception of the world around the Tesla. This interface depicts the most important data the system uses to assist in longitudinal and lateral control: lane lines, other vehicles, and ultrasonic objects. This information conveys the core of what Autopilot sees, helps the driver understand current system limitations, and trains the driver to recognize conditions that are challenging for Autopilot to correctly recognize.



*Figure 9.   Autopilot user interface showing vehicle-perceived lane lines, other vehicles, and ultrasonic objects*

<u>Customer Understanding</u>
As expected, given the extensive instructions and warnings provided, Tesla customers are very well educated about Autopilot and clearly understand the proper way to use it, including the need to maintain control at all times, as well as what Autopilot is (a diver's assistance system) and what it is not (a self-driving car). Tesla recently worked with a third-party to survey a set of Tesla owners to better understand how they perceive Autopilot. **_98%_** of customers surveyed said they understand that, when using Autopilot, the driver is expected to maintain control of the vehicle at all times.[11]

---

[11] A full copy of the survey can be found here: https://www.tesla.com/en_CA/blog/tesla-owners-germany

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 17

Commitment to Product Improvement

While Tesla firmly believes that Autopilot has improved driver safety since it was introduced, Tesla has introduced significant product enhancements to deter and mitigate the effects of driver misuse. These changes, including significant feature additions in version 8.0, have already been described in detail in NHTSA PE submissions.

* * *

If you have any questions regarding the information provided in this response, you may contact me at (510) 946-4120 or todd@tesla.com.  I have attached an affidavit as requested in Appendix B.

Sincerely,

**Todd Maron**
General Counsel

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 18

## Appendix A

### Table of Autopilot Software Changes

| Date First Released for Service, Production or OTA | Date Released for Fleet Wide OTA Updates | Software Package Version / Branch | Description of Change | Reason for Change |
|---|---|---|---|---|
| 12/9/2016 | | 2.48.204 2016.48.20 HW2 SOP3 | • DAS HW2.0 Features enabled<br>   ○ Speed assist<br>   ○ Auto headlights<br>• Camera calibration enabled for main and narrow cameras | • DAS HW2.0 initial feature rollout<br>• Camera calibration is enabled to collect fleet data for future functionality |
| 11/14/2016 | | 2.44.150 2016.44.9 | Customer release for DAS HW 2.0 | • Basic functionality to suit new DAS hardware |
| 10/7/2016 | | 2.40.21 2016.40 MX | Model X release of 8.0 | |
| 9/21/16 Model S&X OTA | 9/21/2016 - 9/26/2016 Model S&X OTA | 2.36.106 2016.36.6 8.0 Release MS | • Hands on warning three strikes rule<br>• Vision-based offset for Lateral Control<br>• Higher TACC braking limits<br>• Improved BCW tuning<br>• TACC enable speed when no car in front is now 5mph instead of 18mph<br>• TACC control for pedestrians and cyclists | • General release for features detailed below plus some tuning improvements |
| 9/14/2016 Model S&X EAP3 Fleet OTA | 9/14/2016 Model S&X EAP3 Fleet OTA | 103.53.1 8.0-eap4 | No specific AP update | Release to a larger fleet which included features below |
| 9/12/2016 Model S&X EAP2 Fleet OTA | 9/13/2016 Model S&X EAP2 Fleet OTA | 103.3.17 8.0-eap3 | No specific AP update | Release to a larger fleet which included features below |
| 8/26/2016 Model S&X EAP1 Fleet OTA | 8/26/2016 Model S&X EAP1 Fleet OTA | 103.2.56 8.0-eap2 | • Hands on warning three strikes rule<br>• Higher TACC braking limits<br>• TACC enable speed when no car in front is now 5mph instead of 18mph<br>• TACC control for pedestrians and cyclists | • Hands on change to ensure driver attention when autopilot is active<br>• TACC brake limit change to reduce potential subsequent AEB intervention<br>• TACC general functional improvements |
| 6/29/2016 Model S&X EAP1 Fleet OTA | 6/29/2016 Model S&X EAP1 Fleet OTA | 103.1.36 8.0-eap1 | • ACC improvement<br>• AEB improvement<br>• Exit on blinker (follow off ramp) | • ACC extended decel limits |
| 6/8/2016 Model S Service | 6/8/2016 Model S&X Limited release OTA | 2.22.26 2016.22.1 | • DAS data dump update | • DAS update for new Mobileye address range for min core dumps |
| 6/3/2016 Model S&X OTA | 6/3/2016 Model S&X OTA | 2.22.15 2016.22 | • MX Steering Ratio update | • Update steering ratio for Mando rack |

BENAVIDES-00003180

P-21-0018

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 19

| Date First Released for Service, Production or OTA | Date Released for Fleet Wide OTA Updates | Software Package Version / Branch | Description of Change | Reason for Change |
|---|---|---|---|---|
| 5/25/2016 Model S Service | 5/25/2016 – 5/29/2016 Model S&X OTA | 2.20.30 2016.20.1 and 2.20.60 2016.20.2 | • Mobileye Version Update (from unreleased 2.20.19 package) | • Fix cause of Mobileye freeze<br>• Change to automatic high/low beam headlights<br>• Filtering additional false positive events based on free space indication.  No change to true events. |
| 5/16/2016 Model S OTA | 5/16/2016 Model S OTA 5/17/2016 Model S&X Production | 2.18.77 2016.18 | No specific AP update | Release which included features below |
| 5/6/2016 Model S Service | Not released fleet wide (changes included in subsequent release) | 2.18.18 2016.18 | • Hands on detection for Model X | Improved hands on detection when driver is putting high torque on the steering wheel |
| 4/22/2016 Model S OTA | 4/22/2016- 4/27/2016 Model S OTA | 2.17.37 2016.16.1 | No specific AP update | Release which included features below |
| 4/21/2016 Not released | Not released fleet wide (changes included in subsequent release) | 2.17.16 2016.16 | • Fixed parking space display issue for Autopark | Note: Most recent AP version installed to Subject Vehicle |

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 20

| Date First Released for Service, Production or OTA | Date Released for Fleet Wide OTA Updates | Software Package Version / Branch | Description of Change | Reason for Change |
|---|---|---|---|---|
| 4/8/2016 Model S&X Production, Service and OTA | 4/8/2016 – 4/11/2016 Customer Release Version 7.1.2 | 2.16.17 2016.14 | <ul><li>Mobileye version update 8.2.0</li><li>Traffic Aware Cruise Control (TACC) improvements during merge scenarios</li><li>AEB improvements (Pedestrian, overlap, ME flag, improved integration with TACC)</li><li>Pedal Misapplication Mitigation (PMM) V1 (ultrasonic only)</li><li>Improvements to Autosteer lane width estimation</li><li>Logging for AEB and PMM next gen</li><li>Support for Model S Refresh</li></ul> | <ul><li>Mobileye Update<ul><li>Improvement in lane lines detection</li><li>Improvements in cut-in detections</li><li>Improved support for Traffic Lights and Stop Sign (never used in customer release)</li><li>Reduction of false In Path Stationary Objects (with no reduction of true positives)</li><li>Added more debug/logging information</li></ul></li><li>TACC merge improvements: better control for vehicles cutting into ego path.</li><li>AEB improvements: Activated AEB for pedestrians to increase safety for vulnerable road users (VRU). Reduced overlap required for AEB and FCW to trigger for more scenarios. Changed ME AEB configuration to integrate better with TACC.</li><li>PMM initial release</li><li>AEB logging: Investigate feasibility of AEB level braking on In-Path Stationary Objects.</li></ul> |
| 3/25/2016 Model X EAP OTA | 3/27/2016 Model X OTA Model S Service remainder included in subsequent release | 2.15.16 2016.12 | <ul><li>Radar update</li><li>Support for Model S Refresh</li></ul> | <ul><li>Radar update to support new Model S front bumper</li></ul> |
| 3/9/2016 Model X EAP OTA Model S Selected vehicles | Data collection release - not released fleet wide | 2.13.103 | <ul><li>Mobileye 7.7.4 update</li></ul> | Data collection release to aid development of future Mobileye updates |

BENAVIDES-00003182

P-21-0020

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 21

| Date First Released for Service, Production or OTA | Date Released for Fleet Wide OTA Updates | Software Package Version / Branch | Description of Change | Reason for Change |
|---|---|---|---|---|
| 2/16/2016 Model S OTA | 2/16/2016 Model S OTA Customer release version 7.1.1 | 2.12.22 2016.6 | ▪ Increased data logging<br>▪ Brake Capacity Warning (BCW) for cars cutting in<br>▪ Summon improvements<br>▪ Increase min speed for Lane Departure Warning and Side Collision Assist to 45mph<br>▪ Improved In Path Stationary Object (IPSO) detection<br>▪ Mobileye update 7.7.3<br>▪ Improvement of ultrasonic offset | ▪ BCW extended for vehicle cut in cases.<br>▪ Summon user interface improvements, user selection of max reverse distance. Auto-Summon<br>▪ TACC IPSO braking for in path object not recognized as a vehicle, but violating freespace and matching a radar target<br>▪ LDW and SCA speed is increased to limit false positive cases |
| 2/6/2016 Model S&X Service | 2/8/2016 – 2/12/2016 Model S&X OTA | 2.11.54 2016.4.3 | No specific AP update | Release which included features below |
| 2/5/2016 Not released | Not released fleet wide (changes included in subsequent release) | 2.11.21 2016.4 | ▪ Silent (logging) version of Pedal Mismatch Mitigation | ▪ |
| 1/21/2016 Model X OTA | 1/21/2016 Model X OTA | 2.10.56 2016.2.5 | ▪ Summon feature for Model X<br>▪ Model X hands on detection | ▪ Merge of features between Model S and X<br>▪ Hands on Detection refinement to improve sensitivity while avoiding false positives |
| 1/8/2016 Model S Production, Service and OTA | 1/8/2016 – 1/12/2016 Customer Release Version 7.1 | 2.9.154 7.1-eap8 | ▪ Summon feature introduction<br>▪ Curve speed adaption improvements<br>▪ Brake Capacity Warning (BCW) improvements<br>▪ Autosteer improvements<br>▪ Autopilot Map V1<br>▪ TACC enable speed<br>▪ First Version of In Path Stationary Object (IPSO) detection<br>▪ Mobileye 7.7.0 | ▪ Summon feature release<br>▪ Curve speed adaption tuning improvements to better match vehicle speed to conditions<br>▪ BCW improvements: Internal vehicle kinematic models improved to limit lead vehicle motion to moving in the forward direction.<br>▪ TACC enable speed change: Smart Enable speed feature based on the speed limit of the current road.<br>▪ Autosteer lane fusion algorithm ("Virtual Lane") was significantly reworked and improved based on the data that we collected in the fleet.<br>▪ TACC ISPSO braking for in path object not recognized as a vehicle, but violating free space and matching a radar target<br>▪ Autopilot Map gives a better geometry of the road than the onboard navigation map, giving an additional robust input to the Autosteer algorithm. |

BENAVIDES-00003183

P-21-0021

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 22

| Date First Released for Service, Production or OTA | Date Released for Fleet Wide OTA Updates | Software Package Version / Branch | Description of Change | Reason for Change |
|---|---|---|---|---|
| 12/9/2015 Model S&X Service and Production | 12/9/2016 – 12/18/2016 | 2.9.40 2015.3.54 to 2.9.68 2105.3.59 | No specific AP update | Release which included features below |
| 12/4/2015 Not released | Not released fleet wide (changes included in subsequent release) | 2.9.37 2015.3.53 | ▪ Cruise control disabled during Autopark<br>▪ Different Model S and Model X hands-on detection<br>▪ Enable (limited) AEB in Trailer Mode (Model X) | ▪ Incompatible features explicitly separated.<br>▪ Model S hands on detection algorithm resulted in false negatives on Model X.<br>▪ AEB enabled while towing |
| 11/30/2015 Model S Service and OTA | 12/1/2015 Model S OTA | 2.9.12 2015.4.47 | ▪ Merge feature / Autopark into mainline | ▪ Feature commonization |
| 11/14/2015 Model S&X OTA (limited) | 11/14/2015 Model S&X OTA (limited) | 2.8.217 2015.3.41 | ▪ Enable Autosteer in Model X | ▪ Introduction of Autosteer feature in Model X |
| 11/5/2015 Model S OTA | Not released fleet wide (changes included in subsequent release) | 2.7.106 2015.2.55 includes hotfix 2.7.81 2015.2.50 | ▪ ME-7.5.3 software for short range Botts' dots detection<br>▪ Autosteer improvements - Updated blacklist<br>▪ Nav (database) + short range Botts' dots fusion<br>▪ Improved ego lane estimation<br>▪ Bug fixes to ultrasonic offset | ▪ General improvements |
| 10/24/2015 Model S OTA | 10/24/2015-10/26/2015 Model S OTA | 2.7.77 2015.2.49 | ▪ Included requirements from EU homologation to Enable Autosteer in EU<br>▪ Adjusted Hands-on timeouts and sensitivity | General release of Autosteer to EU and AU<br>▪ Hands on parameter were adjusted to prevent abuse of the system (which was then also matching EU homologation requirements)<br>▪ EU has specific requirement for Auto Lane Change Hands on detection |
| 10/21/2015 Model X OTA | 10/21/2015 Model X OTA | 2.8.165/6 2015.3.29 | ▪ Autopark tuning<br>▪ Ride height tuning | ▪ Tuning of Autopark to avoid bumping tow hitch when reversing<br>▪ Tuning to suit Model X ride height |
| 10/14/2015 Model S OTA | 10/14/2015-10/21/2015 Customer Release Version 7.0 | 2.7.56 2015.2.46 | | General release of Autopilot functionality for US, CA, CN |

CONFIDENTIAL BUSINESS INFORMATION

December 30, 2016
Page 23

**Appendix B**
Declaration

I, Todd Maron, state as follows:

(1) I am General Counsel for Tesla Motors, Inc. ("Tesla Motors" or "Company"), and I am authorized by the Company to execute documents on behalf of Tesla Motors.

(2) I have undertaken and directed an inquiry reasonably calculated to assure that the answers and production of the foregoing response to the NHTSA Special Order is complete and correct.

(3) I have directed a diligent search of information and documents responsive to this Special Order and produced them to NHTSA.

(4) The answers to the inquiries provided to NHTSA respond completely and correctly to this Special Order.

(5) I certify under penalty of perjury that the foregoing is true and correct.

Executed on this the 30th day of December, 2016.

Todd Maron