

P-25-0001



P-25-0002



P-25-0003





P-25-0005





P-25-0007



P-25-0008



P-25-0009





P-25-0011



P-25-0012











P-25-0017



P-25-0018









P-25-0022





P-25-0024







P-25-0027



P-25-0028





P-25-0030



P-25-0031







P-25-0034







P-25-0037











P-25-0042





P-25-0044







P-25-0047



P-25-0048











P-25-0053



















P-25-0062



P-25-0063



















P-25-0072





P-25-0074







P-25-0077











P-25-0082







P-25-0085





P-25-0087



















P-25-0096



P-25-0097























AP

Ego Speed: 62.00 MPH
time: 8658702475
CAL P 0.90 Y −0.40 R 0.00 deg

fps: 0
NL(0.00), E(0.92), F(0.08), S(0.00)

STOP

55m

MAIN

P-25-0108































































P-25-0139



















P-25-0148































P-25-0163







MAIN













P-25-0172









P-25-0176











P-25-0181







P-25-0184









P-25-0188



Ego Speed: 62.20 MPH
time: 8660035792
CAL P 0.90 Y −0.40 R 0.00 deg

fps: 17
** L20 HEALTH CRITICAL **

AP

55 m

MAIN

P-25-0189





















P-25-0199





P-25-0201





P-25-0203



P-25-0204



P-25-0205







P-25-0208



P-25-0209









P-25-0213



P-25-0214



P-25-0215



P-25-0216



P-25-0217



P-25-0218



P-25-0219



P-25-0220





P-25-0222





P-25-0224





P-25-0226



P-25-0227











P-25-0232























Ego Speed: 59.25 MPH
time: 8660924676
CAL P 0.90 Y −0.40 R 0.00 deg

fps: 17
** L20 HEALTH CRITICAL ** 12
CutInSuprsed (LC 0) (CA 0) (HWY v) (Prb 0.73) T (5)

AP

52m

MAIN

P-25-0243





















P-25-0253







P-25-0256



















P-25-0265



















P-25-0274





















P-25-0284









P-25-0288







P-25-0291



















P-25-0300



P-25-0301





P-25-0303



P-25-0304

















P-25-0312













P-25-0318







P-25-0321







P-25-0324



P-25-0325



P-25-0326



P-25-0327



P-25-0328



time: 8662369222
CAL P 0.90 Y −0.40 R 0.00 deg

fps: 17
** L20 HEALTH CRITICAL **

AP

L:0   R:0   F:2   ON:0
W:12.7   AP:12.7   I:1
VS: 54.2 MPH   St: 1
merge: 0.1   0

31m

MAIN



P-25-0330



P-25-0331









AP

time: 8662480231
CAL P 0.90 Y −0.40 R 0.00 deg

fps: 17
** L20 HEALTH CRITICAL **

L:0   R:1   F:2   ON:0
W:13.4   AP:3.7   I:1
VS: 48.8 MPH   St: 1
marge: 0.1   0

31 m

MAIN

P-25-0335



P-25-0336



P-25-0337



P-25-0338



P-25-0339





MAIN





P-25-0343



























P-25-0356



P-25-0357













P-25-0363











P-25-0368















P-25-0375



P-25-0376



















