

Acc: OFF (PedalOverride)  45MPH
Steer: 0.0deg / -0.9deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:16.89

45   62 MPH



Acc: OFF (PedalOverride)  45MPH
Steer: 0.0deg / -0.9deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:16.92

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -1.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:16.95

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -1.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:16.98

45   62 MPH



Acc: OFF (PedalOverride)  45MPH
Steer: 0.0deg / -1.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.00

45

62MPH



Acc: OFF (PedalOverride)  45MPH
Steer: 0.0deg / -0.9deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.03

45   62MPH







Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.9deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.11

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -1.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.14

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -1.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.17

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -1.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.20

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -1.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.23

45   62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -1.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.25

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -1.1deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.28

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.1deg / -1.1deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.31



Acc: OFF (PedalOverride)   45MPH
Steer: -0.1deg / -0.9deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.34



Acc: OFF (PedalOverride)   45MPH
Steer: -0.1deg / -0.9deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.36

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.1deg / -0.9deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.39

Stop Line 78.3%
Distance: 61.16m

45    62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.9deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.42

Stop Line 78.3%
Distance: 61.16m

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -1.2deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.45

Stop Line 88.5%
Distance: 48.64m

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -1.2deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.48

Stop Line 95.7%
Distance: 44.70m

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.3deg / -1.3deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.50

Stop Line 95.7%
Distance: 44.70m

45   62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.3deg / -1.3deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.53

Stop Line 95.7%
Distance: 44.70m

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.3deg / -1.3deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.56

Stop Line 95.7%
Distance: 44.70m

45    62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.3deg / -1.2deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.59

Stop Line 94.4%
Distance: 34.49m

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.3deg / -1.2deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.61

Stop Line 94.4%
Distance: 34.49m

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.3deg / -1.0deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.64

Stop Line 93.5%
Distance: 32.67m

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.3deg / -1.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.67

Stop Line 93.5%
Distance: 32.67m

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.7deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.70

Stop Line 94.4%
Distance: 35.24m

45    62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.7deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.73

Stop Line 94.4%
Distance: 35.24m

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.5deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.75

Stop Line 96.0%
Distance: 35.47m

45    62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.1deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.78

Stop Line 96.0%
Distance: 35.47m

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.1deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.81

Stop Line 96.0%
Distance: 35.47m

45      62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / 0.5deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.84

Stop Line 92.8%
Distance: 35.47m

45   62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / 0.5deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.86

Stop Line 92.8%
Distance: 35.47m

45    62 MPH



Acc: OFF (PedalOverride)  45MPH
Steer: -0.2deg / -0.3deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.89

Stop Line 94.7%
Distance: 41.66m

45

62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.3deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.92

Stop Line 94.7%
Distance: 41.66m

45   62 MPH



Acc: OFF (PedalOverride)  45MPH
Steer: -0.1deg / -0.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.95

Stop Line 95.6%
Distance: 45.41m

45    62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.1deg / -0.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:17.98

Stop Line 95.6%
Distance: 45.41m

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.1deg / -0.7deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.00

Stop Line 97.3%
Distance: 36.77m

45        62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.1deg / 0.4deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.03

Stop Line 97.3%
Distance: 36.77m

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.1deg / 0.4deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.06

STOP

Stop Line 97.3%
Distance: 36.77m

45        62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.1deg / -0.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.09

Stop Line 98.8%
Distance: 38.85m

45   62 MPH



Acc: OFF (PedalOverride)  45MPH
Steer: -0.1deg / -0.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.11

Stop Line 98.8%
Distance: 38.85m

45        62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.1deg / -1.1deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.14

Stop Line 98.4%
Distance: 35.50m

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -1.1deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.17

Stop Line 98.4%
Distance: 35.50m

45        62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -1.2deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.20

Stop Line 98.7%
Distance: 36.24m

45   62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -1.2deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.23

Stop Line 98.7%
Distance: 36.24m

45       62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.7deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.25

Stop Line 98.7%
Distance: 36.24m

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.28

Stop Line 99.3%
Distance: 31.05m

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.6deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.31

Stop Line 99.3%
Distance: 31.05m

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.34

Stop Line 99.3%
Distance: 31.77m

45   62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.36

Stop Line 99.3%
Distance: 31.77m

45        62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.39

Stop Line 99.1%
Distance: 34.17m

45    62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.42

Stop Line 99.1%
Distance: 34.17m

45      62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.1deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.45

Stop Line 99.2%
Distance: 28.17m

45

62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.1deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.48

Stop Line 99.2%
Distance: 28.17m

45     62 MPH



Acc: OFF (PedalOverride)  45MPH
Steer: 0.0deg / -0.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.50

Stop Line 99.5%
Distance: 28.50m

STOP

45        62 MPH



Acc: OFF (PedalOverride)  45MPH
Steer: 0.0deg / -0.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.53

Stop Line 99.5%
Distance: 28.50m

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.56

Stop Line 99.5%
Distance: 28.50m

45   62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.2deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.59

Stop Line 99.5%
Distance: 28.64m

45   **62**MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.0deg / -0.2deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.61

Stop Line 99.5%
Distance: 28.64m

45   62MPH











Car (51.1m)
ID:24
Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.1deg / -0.9deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.75

Stop Line 99.9%
Distance: 25.40m

45   62 MPH



Car (51.1m)
ID:24

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.1deg / -0.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.78

Stop Line 99.8%
Distance: 25.37m

45    62MPH



Car (51.1m)
ID:24

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.1deg / -0.0deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.81

Stop Line 99.8%
Distance: 25.37m

45        62MPH



Car (51.1m)
ID:24

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.1deg / 0.8deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.84

Stop Line 99.8%
Distance: 21.73m

45        62MPH



Car (51.1m)
ID:24

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.1deg / 0.8deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.86

Stop Line 99.8%
Distance: 21.73m

45   62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.1deg / 1.4deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.89

Stop Line 99.8%
Distance: 23.43m

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.1deg / 1.4deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.92

Stop Line 99.8%
Distance: 23.43m

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.1deg / 1.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:18.95

Stop Line 98.5%
Distance: 24.25m

45    62 MPH





Acc: OFF (PedalOverride)   45MPH
Steer: 0.2deg / 1.2deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.00

Stop Line 98.5%
Distance: 24.25m

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.3deg / 0.6deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.03

Stop Line 95.8%
Distance: 22.95m

45    62MPH



Acc: OFF (PedalOverride)  45MPH
Steer: 0.3deg / 0.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.06

Stop Line 95.8%
Distance: 22.95m

45        62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.3deg / -0.5deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.09

Stop Line 94.5%
Distance: 20.62m

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.4deg / -0.5deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.11

Stop Line 94.5%
Distance: 20.62m

45    62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.4deg / -1.0deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.14

Stop Line 91.3%
Distance: 22.06m

45    62 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.4deg / -1.0deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.17

Stop Line 91.3%
Distance: 22.06m

45    62MPH



Acc: OFF (PedalOverride)  45MPH
Steer: 0.4deg / -1.4deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.20

Stop Line 73.6%
Distance: 18.85m

45     **62**MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 0.4deg / -1.4deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.23

Stop Line 73.6%
Distance: 18.85m

45    62MPH



Pedestr (35.6m)
ID:21

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.4deg / -2.5deg
   AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.25

Stop Line 73.0%
Distance: 17.31m

45   62MPH



Pedestr (35.6m)
ID:21

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.4deg / -3.1deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.28

Stop Line 73.0%
Distance: 17.31m

45     62 MPH



Pedestr (35.6m)
ID:21

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.4deg / -3.1deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.31

Stop Line 73.0%
Distance: 17.31m

45

62MPH



Pedestr (35.6m)
ID:21

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.4deg / -2.6deg
AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.34

45   62MPH



Pedestr (35.6m)
ID:21

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)  45MPH
Steer: 0.4deg / -2.6deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.36

45    62 MPH



Cycle (32.6m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.3deg / -2.3deg
  AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.39

45

62MPH



Cycle (32.6m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.2deg / -2.3deg
AP: ON (Restricted)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.42

45    62MPH



Minivan (31.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)  45MPH
Steer: 0.1deg / -2.0deg
AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.45

Stop Line 76.8%
Distance: 13.87m

45

62 MPH



MiniVan (31.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)  45MPH
Steer: 0.1deg / -2.0deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.48

Stop Line 76.8%
Distance: 13.87m

45  62MPH



MiniVan (31.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.1deg / -1.6deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.50

Stop Line 76.8%
Distance: 13.87m

45      62MPH



Car (29.9m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.1deg / -1.2deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.53

45

62MPH



Car (29.9m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -1.2deg
AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.56

45   62MPH



Car (27.6m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.8deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.59

45   62MPH



Car (27.6m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)  45MPH
Steer: -0.2deg / -0.8deg
AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.61

45

62MPH



Minivan (25.9m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.4deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.64

45   62MPH



Minivan (25.9m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.4deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.67

45   62MPH



Minivan (25.9m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)  45MPH
Steer: -0.2deg / -0.0deg
   AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.70

45   62MPH



Minivan (27.6m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.0deg
   AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.73

45   62MPH



Minivan (27.6m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.0deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.75

45        62MPH



Minivan (28.9m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.0deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.78

45    62MPH



Minivan (28.9m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.0deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.81

45   62MPH



Car (29.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.0deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.84

45   62MPH



Car (29.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)  45MPH
Steer: -0.2deg / -0.0deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.86

45    62 MPH



Car (29.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)  45MPH
Steer: -0.2deg / -0.0deg
   AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.89

45        62 MPH



Car (29.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.0deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.92

45   62 MPH



Car (29.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.0deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 20.8%)
Brake: no

02:24:19.95

45    62MPH





Car (29.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.0deg
AP: ON (Aborting)
Motor: 0.0Nm  (pedal 21.2%)
Brake: no

02:24:20.00

45      62MPH



Acc: OFF (PedalOverride)  45MPH
Steer: -0.2deg / -0.0deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 22.4%)
Brake: no

02:24:20.03

45   62MPH



Acc: OFF (PedalOverride)   45MPH
Steer: -0.2deg / -0.0deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 22.8%)
Brake: no

02:24:20.06

45   62MPH









Car (28.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 0.2deg / 1.9deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 23.6%)
Brake: no

02:24:20.17

45    63MPH



Minivan (22.0m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)  45MPH
Steer: 0.6deg / 2.9deg
AP: ON (Aborting)
Motor: 0.0Nm  (pedal 23.6%)
Brake: no

02:24:20.20

45    63MPH





Minivan (22.0m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)  45MPH
Steer: 4.5deg / 3.9deg
  AP: ON (Aborting)
Motor: 0.0Nm  (pedal 12.8%)
Brake: no

02:24:20.25

45    63 MPH



Minivan (18.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 10.8deg / 4.6deg
AP: ON (Aborting)
Motor: 0.0Nm  (pedal 0.0%)
Brake: no

02:24:20.28

45    63MPH







Minivan (18.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 34.6deg / 28.1deg
AP: OFF (Aborted)
Motor: 0.0Nm  (pedal 0.0%)
Brake: no

02:24:20.36

45   63MPH





Minivan (18.7m)
ID:18

Lane: Unknown
No Rad sig

Acc: OFF (PedalOverride)   45MPH
Steer: 56.7deg / 49.3deg
AP: OFF (Aborted)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.42

45

63MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 68.1deg / 60.5deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.45

45   63 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 75.6deg / 68.3deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.48

45   63MPH



Acc: OFF (PedalOverride)  45MPH
Steer: 86.1deg / 79.6deg
AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.50

45

63 MPH



Acc: OFF (PedalOverride)   45MPH
Steer: 96.0deg / 88.8deg
  AP: OFF (Unavailable)
Motor: -0.8Nm  (pedal 0.0%)
Brake: YES

02:24:20.53

45    63MPH



Acc: OFF (Standby)  45MP
Steer: 106.3deg / 99.6deg
   AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.56

45

62 MPH



Acc: OFF (Standby)  45MP
Steer: 116.4deg / 109.8deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.59

45     62 MPH



Acc: OFF (Standby)  45MP
Steer: 123.4deg / 115.7deg
   AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.61

45          62 MPH



Acc: OFF (Standby)  0MPH
Steer: 133.9deg / 127.5deg
AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.64

61 MPH



Acc: OFF (Standby)  0MPH
Steer: 144.5deg / 137.3deg
AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.67

61 MPH



Acc: OFF (Standby)  0MPH
Steer: 154.0deg / 148.3deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.70

61 MPH



Acc: OFF (Standby)  0MPH
Steer: 158.6deg / 153.7deg
AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.73

61 MPH



```
 Acc: OFF (Standby)  0MPH
Steer: 161.8deg / 158.6deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES
```

02:24:20.75

61 MPH



Acc: OFF (Standby)  0MPH
Steer: 160.7deg / 159.3deg
AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.78

61 MPH



Acc: OFF (Standby)  0MPH
Steer: 155.7deg / 156.8deg
AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:20.81

61 MPH



```
  Acc: OFF (Standby)   0MPH
Steer: 151.6deg / 150.3deg
   AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES
```

02:24:20.84

60 MPH



Car (8.8m)
ID:23

Acc: OFF (Standby)  0MPH
Steer: 139.6deg / 149.3deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

Lane: Unknown
No Rad sig

02:24:20.86

60MPH



Car (8.8m)
ID:23

Acc: OFF (Standby)   0MPH
Steer: 127.8deg / 131.7deg
AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

Lane: Unknown
No Rad sig

02:24:20.89

60MPH



Car (8.8m)
ID:23

Acc: OFF (Standby)  0MPH
Steer: 117.3deg / 114.1deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

Lane: Unknown
No Rad sig

02:24:20.92

60 MPH



Car (8.8m)
ID:23

Acc: OFF (Standby)  0MPH
Steer: 102.1deg / 109.1deg
AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

Lane: Unknown
No Rad sig

02:24:20.95

60 MPH



Car (8.8m)
ID:23

Acc: OFF (Standby)  0MPH
Steer: 91.2deg / 97.8deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

Lane: Unknown
No Rad sig

02:24:20.98

60MPH



Car (8.8m)
ID:23

Acc: OFF (Standby)  0MPH
Steer: 82.8deg / 83.3deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

02:24:21.00

Lane: Unknown
No Rad sig

60 MPH



Car (8.8m)
ID:23

Acc: OFF (Standby)  0MPH
Steer: 819.1deg / 89.7deg
AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YES

Lane: Unknown
No Rad sig

02:24:21.03

60 MPH



Acc: OFF (Standby)  0MPH
Steer: 819.1deg / 113.5deg
   AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YESAEB!!!

02:24:21.06

59 MPH



Acc: OFF (Standby) | 0MPH
Steer: 819.1deg / 113.5deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YESAEB!!!

02:24:21.09

59 MPH



Acc: OFF (Standby)  0MPH
Steer: 819.1deg / 113.5deg
AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YESAEB!!!

02:24:21.11

59 MPH



Acc: OFF (Standby)  0MPH
Steer: 819.1deg / 113.5deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YESAEB!!!

02:24:21.14

59MPH



```
 Acc: OFF (Standby)  0MPH
Steer: 819.1deg / 113.5deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YESAEB!!!
```

02:24:21.17

59 MPH



```
   Acc: OFF (Standby)  0MPH
 Steer: 819.1deg / 113.5deg
    AP: OFF (Unavailable)
 Motor: 0.0Nm  (pedal 0.0%)
 Brake: YESAEB!!!
```

02:24:21.20

59 MPH



Acc: OFF (Standby)  0MPH
Steer: 819.1deg / 113.5deg
  AP: OFF (Unavailable)
Motor: 0.0Nm  (pedal 0.0%)
Brake: YESAEB!!!

02:24:21.23

59 MPH

P-28-0157



02:24:21.25



02:24:21.28



02:24:21.31



02:24:21.34



02:24:21.36



02:24:21.39



02:24:21.42



02:24:21.45

P-28-0165



02:24:21.48



02:24:21.50



02:24:21.53



02:24:21.56



02:24:21.59



02:24:21.61



02:24:21.64



02:24:21.67



02:24:21.70



02:24:21.73

P-28-0175



02:24:21.75



02:24:21.78



02:24:21.81



02:24:21.84



02:24:21.86



02:24:21.89



02:24:21.92



02:24:21.95



02:24:21.98



02:24:22.00



02:24:22.03

P-28-0186



02:24:22.06



02:24:22.09



02:24:22.11

P-28-0189



02:24:22.14



02:24:22.17



02:24:22.20



02:24:22.23



02:24:22.25



02:24:22.28



02:24:22.31



02:24:22.34



02:24:22.36



02:24:22.39



02:24:22.42

P-28-0200



02:24:22.45



02:24:22.48



02:24:22.50



02:24:22.53



02:24:22.56



02:24:22.59



02:24:22.61



02:24:22.64



02:24:22.67



02:24:22.70



02:24:22.73



02:24:22.75



02:24:22.78



02:24:22.81



02:24:22.84



02:24:22.86



02:24:22.89

P-28-0217



02:24:22.92



02:24:22.95



02:24:22.98



02:24:23.00



02:24:23.03



02:24:23.06

P-28-0223



02:24:23.09



02:24:23.11



02:24:23.14



02:24:23.17



02:24:23.20



02:24:23.23



02:24:23.25



02:24:23.28



02:24:23.31



02:24:23.34



02:24:23.36