# FLORIDA HIGHWAY PATROL

SUBJECT: TRAFFIC HOMICIDE INVESTIGATION RELEASE

CASE NO.: FHP719-38-002

INVESTIGATOR: Corporal David N. Riso
Snapper Creek Svc Plz MM 19
Miami, Florida 33175

This is to certify that the above captioned case was reviewed by the Florida Highway Patrol and does not meet the Florida Highway Patrol's requirements for State Attorney review or release. The Florida Highway Patrol will release the above captioned case as a public record in accordance with Florida Statutes.

(Signature of Reviewing Supervisor)

Sergeant John Baker
(Reviewing Supervisor's Name – Typed/Printed)

8/28/2020
(Date)

LT Thomas M. O'Donnell
(Signature of Approving Supervisor)

Lieutenant Thomas O'Donnell
(Approving Supervisor's Name – Typed/Printed)

8-28-20
(Date)

Exhibit 4

# FLORIDA
# HIGHWAY PATROL




# TRAFFIC HOMICIDE INVESTIGATION

**PREPARED BY:** Corporal David N. Riso

**Case Number** FHP719-38-002



HSMV 62699 (REV.09/08)

# TABLE OF CONTENTS
# UPDATE


| Page(s) | | |
|---|---|---|
| 1 | Prosecutor's or Supervisor's Release (HSMV 62710 or HSMV 62004) | |
| 2 | Cover Sheet (HSMV 62699) or (HSMV 62700) | |
| 3 | Table of Contents (HSMV 62701) | |
| 4-33 | Investigative Report (HSMV 62702) | |
| 34-38 | Reconstruction Diagram (HSMV 62703) | |
| 39-45 | Witness List (HSMV 62704) | |
| 46-51 | Statements and/or Written Interviews (If applicable) (HSMV 62705, HSMV 62751, HSMV 62752) | |
| 52-54 | Chemical Test Information (HSMV 62706) | |
| 55 | Arrest Information (HSMV 62709) | |
| 56 | Exhibits * | Florida Uniform Traffic Citation |
| 57-60 | * | Florida Traffic Crash Report-Long Form |
| N/A | * | N/A |
| N/A | * | N/A |
| N/A | * | N/A |


Investigation Conducted by: Corporal David N. Riso [signature] 08/28/2020
Traffic Homicide Investigator — Date

Investigation Reviewed by: Sergeant John E. Baker [signature] 8/28/2020
Supervisor — Date

Investigation Reviewed by: Lieutenant Thomas M. O'Donnell [signature: LT. Thomas M. O'Donnell] 8-28-20
Captain / Designee — Date

Case Number FHP719-38-002 Page 3

HSMV 62701A (Rev. 09/08)

**INVESTIGATIVE REPORT**

On May 22, 2019, I contacted Mark Bagnard, Chief of investigations Division of NTSB- Office of Highway Safety in Washington, DC. Mr. Bagnard gave me the contact information for Mr. Al Prescott, an Associate General Counsel at the Tesla Corporation in California.

On May 23, 2019, I contacted Mr. Al Prescott. We discussed information about the Tesla model "S." Mr. Prescott gave me the contact information for Ryan McCarthy, who is the Managing Counsel for the Tesla Corporation, which is located at 901 Page Avenue in Fremont, California 94538.

On May 23, 2019, I contacted Ryan McCarthy, Managing Counsel at the Tesla Corporation in California. Mr. McCarthy has assisted with my investigation in this case and provided me with important evidence. He provided me with the video of the crash, which was uploaded to their headquarters in California immediately from the scene of the crash. Mr. McCarthy provided me with the "Infotainment" data uploaded from V-1 from the scene.

On Friday, May 24, 2019, I received a phone call to my work cellular phone from an unidentified number with a (202) area code. I immediately received an e-mail from John Brophy, with the same (202) area code and phone number out of Washington DC. Mr. Brophy is with the United States Department of Transportation serving as the chief of crash investigations for the National Highway Transportation Safety Administration (NHTSA) in Washington DC.

After speaking with Mr. Brophy, I contacted Sergeant Baker and informed him that the USDOT from Washington, DC was contacting me and inquiring about the crash and the Tesla "S" (V-1) involved. A short time later, Sergeant Baker informed me that FLAIR would be taking this over case. I was assigned this case in HITS on May 29, 2019, at 8:18 PM by Sergeant Baker.