## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STATE OF FLORIDA   )
          ) SS
COUNTY OF MIAMI-DADE)

### SEARCH WARRANT

IN THE NAME OF THE STATE OF FLORIDA, TO ALL AND SINGULAR:

The Director of the Miami-Dade Police Department, Miami-Dade County, Florida, and its Officers, and the Commissioner of the Florida Department of Law Enforcement, or any of his duly constituted agents, and the Director of the Florida Highway Patrol, or his Troopers, and all Investigators of the State Attorney of the Eleventh Judicial Circuit of Florida, Miami-Dade County, Florida with the proper and necessary assistance. Affidavit having been made before me by Corporal David N. Riso of the Florida Highway Patrol that he has probable cause to believe and does believe that evidence and an instrumentality of a felony crime is located at the below described premises, which are located in Miami-Dade county, Florida, and hereinafter referred to as "The Motor Vehicle."

### DESCRIPTION OF PREMISES TO BE SEARCHED

A motor vehicle described as: A 2019 Tesla S four door sedan, dark grey in color, VIN: 5YJSA1E24KF302997, Florida license tag of LFYB88 registered in the state of Florida, being in Miami-Dade County, Florida, hereinafter referred to as "The Motor Vehicle".

### STATUTE(S) BEING VIOLATED

Florida Statute § 782.071(1)-Vehicular Homicide.

### GROUNDS FOR ISSUANCE

The facts upon which the Affiant's belief is based have been stated under oath and are set out in the Affiant's AFFIDAVIT FOR SEARCH WARRANT. These facts are now incorporated herein and made a part of this SEARCH WARRANT.

Case Number: FHP719-38-002
Affiant's Initials _____   Page 1 of 4   Judge's Initials _____ Page 59

P-69-0059

NOW THEREFORE, the facts upon which the belief of said Affiant is based as set out in said AFFIDAVIT FOR SEARCH WARRANT are hereby deemed sufficient to show probable cause for the issuance of a Search Warrant in accordance with the application of the Affiant. And as I am satisfied that there is probable cause to believe that "The Property" described below is being concealed and stored at "The Motor Vehicle" above-described, I find probable cause for the issuance of this Search Warrant.

## PROPERTY SOUGHT

Your Affiant seeks to search "The Motor Vehicle" described above and to seize the below-described evidence, with the proper and necessary assistance of civilians, and further, to conduct a forensic examination of any of the listed items, if necessary:

1.  Any data contained in the vehicle's Restraint Control Module (RCM) which also known as an Event Data Recorder (EDR). This EDR component is designed to record data related to vehicle dynamics and safety systems when the system senses a crash or a crash-like situation, such as hitting a road obstacle. This data is stored in the vehicle's Restraint Control Module (RCM) This EDR data includes but is not limited to some or all of the following: Restraint system performance, Vehicle speed, Driver Action, Crash Pulse, and/or Velocity Change.

2.  Any data contained within the touch screen computer (tablet) mounted in the center of the vehicle's dashboard. This includes some or all of the following: the activity of devices attached to it via Bluetooth or by USB connection; navigation records including GPS coordinates at specific times which would enable computation of speed; video recorded via onboard, interior and exterior cameras; historical data which records a driver's responses to repeatedly taking the same route which would tend to establish a driving pattern; and/or information that will determine if this vehicle was in auto drive mode or cruise control.

3.  Any data contained in the vehicle's "Auto Pilot Unit." This data includes a "snapshot" of the 5 to 6.5 seconds of video recorded by onboard, interior and exterior cameras leading up to the actual deployment of the airbags.

4.  Motor vehicle engine and body parts to include the navigation system, rear view mirror, inside handle and airbags.

5.  Any personal property and effects inside the vehicle that may be relevant to proving the identity of the driver of the vehicle at the time of the crash, including, but not limited to: articles of clothing; personal cellular telephones; data storage devices; and/or other electronic devices.

6.  Any DNA and other trace forensic evidence which may be relevant to proving the identity of the driver of the vehicle at the time of the crash.

7.  Any papers or documents which tend to identify the driver of the vehicle at the time of the crash including but not limited to: registration and/or vehicle ownership papers; rental contract and/or agreements; identification cards.

8.  Any items and/or containers contained within the vehicle which may be relevant to establishing that the driver of the vehicle was under the influence of any controlled substances/prescription medications and/or alcohol while operating the vehicle, including, but not limited to: controlled substances, prescription medication containers, and/or alcoholic beverage containers.

All of the items detailed in paragraphs Number 1 through 8 above are hereinafter referred to as "The Property".

This warrant shall be deemed executed once touch screen computer (tablet) mounted in the center of the vehicle's dashboard and the Auto Pilot Unit have been removed from "The Motor Vehicle", and this Court further specifically authorizes that further analysis of these items shall be permitted at any time thereafter.

**YOU ARE HEREBY COMMANDED** to enter and search "The Premises" for "The Property" above-described, and all spaces therein, and all persons therein, and the curtilage thereof, including all vehicles and/or temporary structures within the curtilage for "The Property" above-described, serving this warrant and making the search in the Daytime or the Nighttime, as the exigencies may demand or require, or on Sunday, with the proper and necessary assistance, within ten (10) days from the date of issuance and if "The Property" above-described be found there, to seize the same evidence

and to arrest all persons in the unlawful possession thereof, leaving a copy of this Warrant and a receipt for the property taken and prepare a written inventory of the property seized and return this Warrant before a court having competent jurisdiction of the offense within ten (10) days from the date of execution as required by law.

WITNESS MY HAND and seal this the _____ 7th _____ day of

_____ May _____ , 2019 .

_____ S. Glick _____

JUDGE OF THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT OF FLORIDA

2019 Tesla Data
TAg # LFY B88

Case Number: FHP719-38-002
Affiant's Initials _____

Page 4 of 4

Judge's Initials _____
Page 62

P-69-0062

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

STATE OF FLORIDA        )
                        ) SS
COUNTY OF MIAMI-DADE)

## RETURN AND INVENTORY

I,  Corporal David N. Riso                , received  the  attached  Search  Warrant  on
_____May 7_____, _____2019___, and duly executed it as follows:

On  __May 8_____, ___2019_____, at _10:00__ o'clock _A_.M., I searched the
(premises) (motor vehicle) described in the Search Warrant and left a copy of the Search Warrant
with:  2019 Tesla "S"  VIN: 5YJSA1E24KF302997_____, together  with  an  inventory  of  property  taken
pursuant to the Search Warrant:

1) "Touch Screen Computer" with silver metal casing behind it FCCID: YZP-RBHP-B216C

2) "Passive Safety Restraints Control Module." Serial number: P1032224-00-B: SGXN8WGK

3) Flat silver metal box with multi-colored video cable connections and other connections.

   Serial number: 11 25800-00-G.

4) "Body Control Unit" Serial number: 70099840

5) Airbag from driver's steering wheel with suspected blood DNA on it.

6) Airbag from the driver's knee area with suspected blood DNA on it.

7) Driver's side Airbag from interior left side.

### (USE REVERSE SIDE FOR CONTINUATION)

I,  Corporal David N. Riso               , the officer by whom the warrant was executed, do
swear that the above Inventory contains a true and detailed account of all the property taken by me
on said Warrant.

Case Number: FHP719-38-002

Page 63

P-69-0063



# EVIDENCE



## CASE NUMBER
## FHPE19OFF022748

| | |
|---|---|
| **Report Number** | FHP01/R059834 |

**Description of Evidence**
Brand: OTHER  Model:   Ser#: 11 25800-00-G  (FLAT SILVER METAL BOX WITH MULTI-COLORED VIDEO CABLE CONNECTIONS  AND OTHER COLORED CONNECTIONS TAKEN FROM 2019 TESLA "S" VIN: 5YJSA1E24KF302997)

| | |
|---|---|
| **Seized From** | |
| **Owner** | GEORGE BRIAN MCGEE |
| **Reporting Officer** | DAVID N RISO |

# CHAIN OF CUSTODY

| Received From | | By | | Date | Time | |
|---|---|---|---|---|---|---|
| Received From | Reporting Officer | By | Transporting Officer | Date 05/08/2019 | Time 12:19 PM | |
| Received From | EVIDENCE SECTION | By | | Date 05/08/2019 | Time 12:20 PM | |
| Received From | | By | | Date 6/19/19 | Time 9:37 AM/PM | |
| Received From | | By | | Date 6/19/19 | Time 1230 AM/PM | |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time | AM/PM |
| Received From | | By | | Date | Time Page 77 AM/PM | |
| Received From | | By | | Date | Time | AM/PM |

Case Number: FHP719-38-002

P-69-0077



# EVIGENCE



**CASE NUMBER**
FHPE19OFF022748

| Report Number | FHP01IR059834 |
|---|---|

**Description of Evidence**
Brand: OTHER  Model: TOUCH SCREEN  Ser#: FCCID: YZP-RBHP-B216C  (TOUCH SCREEN COMPUTER WITH SILVER METAL CASING BEHIND IT. COMPUTER WAS TAKEN OUT OF CENTER OF THE DASH FROM INSIDE OF A 2019 TESLA "S")

**Seized From**
**Owner**        GEORGE BRIAN MCGEE
**Reporting Officer**   DAVID N RISO

# CHAIN OF CUSTODY

| Received From | | By | | Date | Time |
|---|---|---|---|---|---|
| Reporting Officer | *David Riso* | Transporting Officer | *David M. Riso* | 05/08/2019 | 12:00 PM |
| EVIDENCE SECTION | | | *David M. Riso RPR* | 05/08/2019 | 12:01 PM |
| | | | *David M. Riso* | 6/19/2019 | 7:55 AM/PM |
| | *David M. Riso* | | *RPR* | 6/19/19 | 12:30 AM/PM |
| | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |
| Received From | | By | | Date | Time ____ AM/PM |

Case Number:  FHP719-38-002                                     Page 78

P-69-0078



**Terry L. Rhodes**
Executive Director

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
www.flhsmv.gov

## DIVISION OF FLORIDA HIGHWAY PATROL

### TROOP Q – MARATHON / MIAMI

### May 23rd, 2019

| | |
|---|---|
| TO: | Tesla Corporation |
| Attention: | Ryan A. McCarthy<br>Managing Counsel |
| FROM: | Corporal David N. Riso |
| SUBJECT: | 2019 Tesla Model "S" Vin: 5YJSA1E24KF302997 |

A fatal traffic crash occurred on April 25th, 2019, approximately 9:14 PM Eastern Standard Time. This crash occurred at the intersection of County Road 905A (Card Sound Road) and County Road 905 in Monroe County, Florida. I am assisting with the investigation of the incident and am respectively requesting information from the 2019 Tesla Model "S" Vin: 5YJSA1E24KF302997.

Once again, the date of the crash was 04/25/2019
Timestamp: approximately 9:14 PM EST
I am requesting the following data for the relevant drive cycle(s) leading up to the collision:
1) Vehicle speed
2) Accelerator pedal percentage
3) Brake pedal
4) Steering wheel angle
5) Steering torque
6) Headlamp status
7) Autopilot state
8) Traffic Aware Cruise Control state
9) Hands-on state
10) EDR status/Crash Algorithm Wake-up
11) Images/video capture of the accident

• Service • Integrity • Courtesy • Professionalism • Innovation • Excellence •
An Equal Opportunity Employer

P-69-0085

I appreciate your assistance in this matter. If you have any questions, please do not hesitate to call my cell phone: (305)395-8882. My work e-mail is: davidriso@flhsmv.gov

Thank you,

Corporal David N. Riso
2088/706

Case Number:  FHP719-38-002

P-69-0097

# T E S L A

Case Number: FHP719-38-002

## EDR Report

| File Information | Value |
|---|---|
| VIN | 5YJSA1E24KF302997 |
| Retrieval Date | 2019/05/10 17:44:01 (UTC) |
| Retrieval User Comments | MBPD # 2019-43244 |
| | IMAGE AT MBPD AIU OFFICE |
| | TECH ERIC DOMINGUEZ # 02-0041 |
| | AUTHORITY VIA SEARCH WARRANT |
| | FHP # FHP719-38-002 |
| | PRESENT FHP TROOPER DAVID RISO |
| | PSRCM BENCHTOP DOWNLOAD |
| Retrieval Program Information | Tesla EDR Retrieval Program v19.6.1 |
| EDR Report Information | Tesla EDR Reporting Service v19.10.1 |
| Report Date | 2019/05/10 17:51:52 (UTC) |
| Number Of Events | 1 |
| Time From Event 1 To 2 (seconds) | N/A |
| Ignition Cycle At Retrieval | 544 |

P-69-0135