To: Nicklas Gustafsson[ngustafsson@tesla.com]; Sterling Anderson[sanderson@tesla.com]
Cc: Marc Sanselme[msanselme@tesla.com]; Frank Havlak[fhavlak@tesla.com]; Akshay Vijay Phatak[aphatak@tesla.com]
From: Alex Haag[/O=TESLA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ALEX HAAGC3F]
Sent: Sat 5/7/2016 11:01:50 AM Pacific Daylight Time
Subject: RE: Weekend branch

Nicklas' case is fore AP is active.

Question is how frequently drivers have torque on wheel but not eyes on road. Nicklas can you check the 3 cases that we trying to fix, what the hands off time was?

Alex

---

From: Nicklas Gustafsson
Sent: Friday, May 06, 2016 7:17 PM
To: Sterling Anderson
Cc: Alex Haag; Marc Sanselme; Frank Havlak; Akshay Vijay Phatak
Subject: Re: Weekend branch

Akshay P's change will address that scenario. My commit will hopefully warn for in lane freespace violations.

Nicklas

On May 6, 2016, at 19:14, Sterling Anderson <sanderson@tesla.com> wrote:

> Is requiring >=5 seconds since last hands on too conservative? For disengagements from the steering wheel (e.g., Andrew's case), or others similar to it, we would have crossed a lane marking (and likely hit a barrier) inside of 5 seconds after deactivation.
> On May 6, 2016, at 7:09 PM, Nicklas Gustafsson <ngustafsson@tesla.com> wrote:
>
>> Heey guys,
>> Enjoy this week's super safe and awesome branch!
>>
>> Branch: *all/user/ngustafsson/7.2/das/weekend-branch-w-18*
>> Package: `7.1.1-12130-gf8bcc43-f8bcc43`
>>
>> If you prefer UI terminal: 102.74.17
>>
>> **Akshay J.**
>>    1. CSA uses Tesla splines by default wherever they are available
>>    2. New localizer settings page in DAS app on the MCU which has a slider for changing the MPP bias. Increasing the bias will reduce false positives on highways when driving close to exit lane, but increase the reaction time for exits / offramps)
>>    3. Turn ON debug flag 1 in the DAS app to disable Tesla spline based CSA
>>
>> **Dhaval**
>> "Just watch out for traffic lights in general"
>>
>> **Dennis**
>> - reduce ACC stopline offset from 1 meter to 0.2 meters
>> - FCW for manually driving through stop signs activated
>>
>> **Nicklas**
>> Hands-on chime1 for free space violations in ego lane. **Deactivate on Flag4.**
>> Min speed 10 mph. LC need to be activated. Time since last hands on at least 5 seconds.
>> Please note clips when you get the hands-on chime, (hopefully) this should not happen all the time…
>>
>> **Akshay P. (might make it into a later build tonight)**
>> TOI when road departure is imminent.
>>
>> Will put this on my car and return with smoke test result within 2 hrs.
>>
>> Thanks! Happy Friday and all that!

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY INFORMATION

TESLA-00106882

P-89-0001