Pages / Home   13 Jira links

# AP 2020 Safety Goals

Created by Priyanka Sekhar, last modified by Chris Payne on Jul 02, 2020

2019 Data    2020 Q1    2020 Q2    Project Field Results    Planned Features

## 2019 Data: @Unknown User (hanzhang)

- ~6% of collisions occur with AP on and Ego at Fault



- Failure types for all collisions



- How many AP Engaged and Ego at Fault collisions
    - AP collision types:

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY INFORMATION



- AP collision types where Ego at fault:



- **Customers drive ~20M/day → ~19% using AP/NOA**

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY INFORMATION

TESLA-00182328

P-94-0002



- Miles driven per incident (manual vs AP)



HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY INFORMATION

TESLA-00182329
P-94-0003