# Tesla Road Classes

### Class 1: Major Highway





Divided road with large median or barrier, no VRUs allowed, controlled access on romps, no traffic controls, and no cross traffic.

### Class 2: Minor Highway





High speed road (ideally 45 MPH+, hard limit of 40MPH) could be considered a local highway, usually single lane or two lanes, low probability of pedestrians, few infrequent traffic lights, but the possibility of crossing traffic

### Class 3: Main Street



Lane lines present tmffic controls frequent possibility of VRU, oncoming vehicles, turning vehicles across path

### Class 4: Local



Unmarked lane lines. Connects, basically, main streets.

### Class 5: Residential



Unmarked lane lines, high probability of pedestrians, stop signs, yields, and T-junctions, residential, quieter than city roads

### Class 6: Parking



Parking lots, garage, driveway, in front of businesses

P-108