A. KOEHLER   12/13/2022
EXHIBIT
**256**
Harry Alan Palter

# Warning Sequence

- Overview
- Hardware 1 - Monocam
    - Hands On Reasons
- Hardware 2.x - ParkerPascal
    - Hands On Reasons
- Hands On Change History

## Overview

The hands on state machine is implemented in the LC_state_machine in HW1, and in a separate state machine in the driver monitor task in HW2. The logic is basically the same between the two, since the state machine in HW2 is a port of the legacy code. While the state machine flow is the same, the hands on reasons differ due to the different inputs available to each platform. The core reasons for transitioning to the visual warning are mostly the same and time and velocity based, as of 2018.20.9.

The HW1 state machine has reasons for transitioning that are tied the virtual lane input fusion status, and makes use of the construction failsafes provided by mobile eye, as well as the radar only braking function implemented in hardware one. The HW2 state machine does not rely on virtual lane at all, and uses the outputs of the road estimator and behavior manager, additionally it takes advantage of the drivable space detections available with Tesla vision.

The output of the hands on state machine is logged in car logs on change with the signals DAS_LC_handsOnReason, and DAS_autopilotHandsOnState.

## Hardware 1 - Monocam



## Hands On Reasons

**CHIME1_ANGLE_SATURATION**: Triggered when the alert DAS_w040_autopilotAngleSaturated is set and the vehicle speed is greater than 8 mph. The alert for angle saturation is set when the controller is at the maximum steering angle <u>magnitude</u> for the given speed. The intention behind this reason was that once the controller has saturated the angle magnitude, there is a possibility that we will depart the lane due to understeer for the given curvature.

**CHIME1_CONSTRUCTION**: Triggered when the there is relevant construction detected (specifically that virtual lane geometry overlaps with the construction object location, and the distance to the construction object is 10 meters away) and the driver has interacted within 10 seconds, and the ego vehicle speed is greater than 8 mph. The intention behind this reason was that construction areas are difficult to navigate, often have constrictions, may have pedestrians, and generally is an area not well handled by DAS.

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY INFORMATION                    TESLA-00122590

**VISUAL_FUSION_NAV**: Triggered when virtual lane is only fusing measurements from navigation, and has not been fusing "good" measurements for at least three seconds, and the driver has not been interacting in at least three seconds. Good measurements from virtual lane are defined as fusing at least one of the following, right lane lines, left lane lines, holistic probable path, or CIPV or good quality bots dots. The intention behind this reason was that driving on navigation usually has a high amount of lateral error, and the car will wander in the lane.

**VISUAL_FUSION_MODEL**: Triggered when virtual lane is not fusing any measurements, and has not been fusing any measurements for at least 500ms, and the driver has not been detected hands on for at least 500 ms. The intention behind this hands on reason is that when there are no measurements, the car is effectively not following any path and just maintaining it's last known course.

**VISUAL_DRIVER_NOT_PRESENT**: Triggered when the driver is not detected in the seat for at least 15 seconds, the driver has not been detected hands on for at least 15 seconds, and the vehicle speed is greater than 5 mph. The driver present bit is a signal from the GTW and is based on the seat belt latch state and the occupant sensor, if both are detected false, then the driver is determined to be not present.

**VISUAL_TIMEOUT_LONG_TERM**: Triggered when the driver has been detected hands off for at least 10 minutes, and the vehicle speed is above 8 mph. When the vehicle speed drops below 8 mph, this timer pauses, but is only reset when the driver hands on is detected. The intention here is a final check to occasionally trigger the hands on warning.

**VISUAL_TIMEOUT_HI_SPEED:** Triggered when the vehicle speed is greater than 25 mph, and the last hands on detected is greater than a variable threshold, which is defined by the ego speed. The threshold is linear, where at 25 mph, the timer is 60 seconds, and at 90 mph the timer is 10 seconds. SW-141887. This behavior is new with the release of hydranet-4 (2018.20.9)

**VISUAL_TIMEOUT_MED_SPEED**: Triggered when the vehicle speed is between 8 mph and 25mph, and the driver has been hands off for at least two minutes. SW-141887. This behavior is new with the release of hydranet-4 (2018.20.9)

**VISUAL_TIMEOUT_LOW_SPEED**: Triggered when the vehicle speed is less than 8 mph and the driver has been hands off for at least 10 minutes. This check and the LONG_TERM check are effectively the same, with this check being more aggressive. SW-141887. This behavior is new with the release of hydranet-4 (2018.20.9)

**VISUAL_TIMEOUT_CONSTRUCTION**: Triggered when there is a low severity construction flag set, meaning there is construction detected, but not necessarily in virtual lane path, and driver has not been detected hands on for at least 10 seconds, and the vehicle speed is at least 8 mph.

**VISUAL_TIMEOUT_CUTOUT_CIPV**: Triggered when there is a CIPV (critical in path vehicle) cut out, the cruise set speed is greater than 45mph, the vehicle speed is greater than 25mph, there has been no CIPV for at least one second. There is no time check on last detected hands on. The intention here is to detect the cases where a CIPV is moving out of lane due to a stopped obstacle which may be partially in path and difficult for the system to recognize.

**VISUAL_TIMEOUT_CIPV**: Triggered when there is a valid CIPV, the driver has not been detected hands on for at least three minutes, and the vehicle speed is greater than 45mph. This check is effectively made obsolete by the VISUAL_TIMEOUT_HI_SPEED, which sets the maximum hands off time to one minute, regardless of CIPV.

**VISUAL_TIMEOUT_NO_CIPV**: Triggered when there is no valid CIPV, the driver has not been detected hands on for at least two minutes, and the vehicle speed is greater than 45mph. The difference between CIPV and no CIPV is due to the fact that the CIPV's path is fused in virtual lane and therefore makes the system more robust to bad lane measurements. This check is made obsolete by the VISUAL_TIMEOUT_HI_SPEED as well.

**VISUAL_TIMEOUT_RESTRICTED**: Triggered when autopilot is operating on a restricted road, the driver has not been detected hands on for at least 45 seconds and the vehicle speed is at least 25mph. The intention here is that on restricted roads there is a higher probability of oncoming traffic, cross traffic, and other difficult scenarios.

**VISUAL_TIMEOUT_ACCELERATOR**: Triggered when the accelerator is pressed such that cruise is operating in an "override" mode, meaning the driver is requesting to go faster than what the car would normally be doing under TACC control, the driver has not been detected hands on for at least 10 seconds, and the speed is greater than 25 mph.

**VISUAL_LATERAL_ACCELERATION**: This is a somewhat complicated reason, but it's effectively that the car is currently under at least 0.8 m/s^2 of lateral acceleration and the driver has not been detected hands on for the previous 45 seconds. This check is active when the vehicle speed is at least 80 kph.

**VISUAL_ALC**: This check is only valid in EU homologation regions, which requires the driver to be hands on to complete an automatic lane change. This check is applied at the beginning of the lane change.

**CHIME1_STATIONARY_RADAR**: Triggered when the vehicle speed is greater than 35 kph, the driver has not been detected hands on for at least 8 seconds, and there is a group of high RCS radar objects in the ego vehicle path with a time to collision less than 2.8 seconds. This behavior is intended to address cases where there is a partially in path, but unidentified object. It is using the radar only braking algorithm, but does not use the radar braking blacklist map to validate the target, so it will trigger on overhead signs and structures, if the driver is hands off. This behavior is new with the release of hydranet-4 (2018.20.9)

## Hardware 2.x - ParkerPascal

P-116-0002

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY INFORMATION

TESLA-00122591



## Hands On Reasons

**CHIME1_ANGLE_SATURATION**: Triggered when the alert DAS_w040_autopilotAngleSaturated is set and the vehicle speed is greater than 8 mph. The alert for angle saturation is set when the controller is at the maximum steering angle magnitude for the given speed. The intention behind this reason was that once the controller has saturated the angle magnitude, there is a possibility that we will depart the lane due to understeer for the given curvature.

**VISUAL_FUSION_MODEL**: Triggered when the mission planner health is not healthy for at least 500 ms, and driver has been hands off for at least 500 ms.

**VISUAL_DRIVER_NOT_PRESENT**: Triggered when the driver is not detected in the seat for at least 15 seconds, the driver has not been detected hands on for at least 15 seconds, and the vehicle speed is greater than 5 mph. The driver present bit is a signal from the GTW and is based on the seat belt latch state and the occupant sensor, if both are detected false, then the driver is determined to be not present.

**VISUAL_TIMEOUT_LONG_TERM**: Triggered when the driver has been detected hands off for at least 10 minutes, and the vehicle speed is above 8 mph. When the vehicle speed drops below 8 mph, this timer pauses, but is only reset when the driver hands on is detected. The intention here is a final check to occasionally trigger the hands on warning.

**VISUAL_TIMEOUT_HI_SPEED:** Triggered when the vehicle speed is greater than 25 mph, and the last hands on detected is greater than a variable threshold, which is defined by the ego speed. The threshold is 2nd order, where at 25 mph, the timer is 60 seconds, and at 90 mph the timer is 10 seconds. SW-141887. This behavior is new with the release of hydranet-4 (2018.20.9)



**VISUAL_TIMEOUT_MED_SPEED**: Triggered when the vehicle speed is between 8 mph and 25mph, and the driver has been hands off for at least two minutes.

**VISUAL_TIMEOUT_LOW_SPEED**: Triggered when the vehicle speed is less than 8 mph and the driver has been hands off for at least 10 minutes. This check and the LONG_TERM check are effectively the same, with this check being more aggressive.

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY INFORMATION     TESLA-00122592

**VISUAL_TIMEOUT_CIPV**: Triggered when there is a valid CIPV, the driver has not been detected hands on for at least three minutes, and the vehicle speed is greater than 45mph. This check is effectively made obsolete by the VISUAL_TIMEOUT_HI_SPEED, which sets the maximum hands off time to one minute, regardless of CIPV.

**VISUAL_TIMEOUT_NO_CIPV**: Triggered when there is no valid CIPV, the driver has not been detected hands on for at least two minutes, and the vehicle speed is greater than 45mph. The difference between CIPV and no CIPV is due to the fact that the CIPV's path is fused in virtual lane and therefore makes the system more robust to bad lane measurements. This check is made obsolete by the VISUAL_TIMEOUT_HI_SPEED as well.

**VISUAL_TIMEOUT_RESTRICTED**: Triggered when autopilot is operating on a restricted road, the driver has not been detected hands on for at least 45 seconds and the vehicle speed is at least 25mph. The intention here is that on restricted roads there is a higher probability of oncoming traffic, cross traffic, and other difficult scenarios.

**VISUAL_TIMEOUT_ACCELERATOR**: Triggered when the accelerator is pressed such that cruise is operating in an "override" mode, meaning the driver is requesting to go faster than what the car would normally be doing under TACC control, the driver has not been detected hands on for at least 10 seconds, and the speed is greater than 25 mph.

**VISUAL_LATERAL_ACCELERATION**: This is a somewhat complicated reason, but it's effectively that the car is currently under at least 0.8 m/s^2 of lateral acceleration and the driver has not been detected hands on for the previous 45 seconds. This check is active when the vehicle speed is at least 80 kph.

**VISUAL_ALC**: Triggered only in EU homologation regions, which requires the driver to be hands on to complete an automatic lane change. This check is applied at the beginning of the lane change.

**CHIME1_NO_LINES**: Triggered when there is no CIPV, the vehicle is on a controlled access road, the car is driving on "inferred" lane lines, as in no painted lanes, and has been driving on inferred lanes for at least 400ms. The intention here is that when driving on a highway, occasionally there are sections of road with no lane lines, and we attempt to infer the path, but it is not always correct.

**CHIME1_RE_DEGRADED_MEASUREMENTS**: Triggered when the road estimator has degraded inputs and has been rejecting inputs for at least 500ms (see SW-133940). The road estimator inputs can be degraded when for example there is a sudden blockage in front of the windshield, or the new measurements from vision disagree with the historical lane lines.

**CHIME1_DRIVABLE_SPACE_VIOLATION**: Triggered when there is a violation to drivable space in the ego vehicle's path with a TTC less than 2.5 seconds. Note that the car will also control longitudinally for this free space violation, but the addition of a hands on warning can help with driver engagement.

# Hands On Change History

| Key | Summary | T | Created | Updated | Due | Assignee | Reporter | P | Status | Resolution |
|---|---|---|---|---|---|---|---|---|---|---|
| SW-156056 | Autopilot Scene Tag Behaviors | | Aug 28, 2018 | Sep 20, 2018 | | CJ Moore | Pete Scheutzow | | Closed | Won't Fix |
| SW-153325 | Drive on nav + approaching toll booth should emit a chime1 | | Aug 07, 2018 | Sep 20, 2018 | | CJ Moore | Aurelio Rosa | | Validated | Fixed |
| SW-150531 | RoadEstimator aborts caused by MissionPlanner going CRITICAL | | Jul 16, 2018 | Sep 20, 2018 | | Frank Havlak | Conor Lansford | | Validated | Fixed |
| SW-144027 | Make Visual Hands on Timeout Speed Dependent (HW1) | | May 19, 2018 | Jul 31, 2018 | | CJ Moore | CJ Moore | | Validated | Fixed |
| SW-143386 | AP Hands on UI Glow: Show Top Edge Only | | May 15, 2018 | Jul 31, 2018 | | Alex Bustin | Alex Bustin | | Validated | Fixed |
| SW-141887 | Make Visual Hands on Timeout Speed Dependent | | May 03, 2018 | Jun 11, 2018 | | CJ Moore | CJ Moore | | Failed Validation | Fixed |
| SW-139497 | Offer a hands-on chime and slow down for drivable space violations | | Apr 13, 2018 | Jun 08, 2018 | | Nenad Uzunovic | Frank Havlak | | Validated | Fixed |
| SW-133940 | Tune RE association threshold to reject crazy vision measurmenets | | Feb 23, 2018 | Jul 30, 2018 | | Dhaval Shroff | Chris Payne | | Validated | Fixed |

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY INFORMATION

| ID | Summary | | Created | Updated | Reporter | Assignee | | Status | Resolution |
|---|---|---|---|---|---|---|---|---|---|
| SW-133165 | Go to CHIME1 when Both Lanes are Inferred | | Feb 15, 2018 | Jun 08, 2018 | CJ Moore | CJ Moore | ↑ | Validated | Fixed |
| SW-126036 | Customer facing visualization should listen to Road Estimator | | Dec 12, 2017 | Jun 08, 2018 | Dhaval Shroff | Chris Payne | ↑ | Failed Validation | Fixed |
| SW-121488 | Reenable "Hands on Detection" button | | Oct 26, 2017 | Jun 08, 2018 | Akshay Vijay Phatak | RJ Sekator | ↑ | Validated | Fixed |
| SW-111965 | Populate hands on reason on CAN and log it in carlogs | | Jul 31, 2017 | Jun 08, 2018 | Nicklas Gustafsson | Andreas Koehler [X] | ⇧ | Validated | Fixed |
| SW-103936 | Implement legacy-style ALC restrictions for the next-generation control stack | | May 24, 2017 | Jun 08, 2018 | Mark McClelland | Frank Havlak | ↑ | Validated | Fixed |
| SW-100144 | Implement hands-on logic in next-get state machine | | Apr 12, 2017 | Jun 08, 2018 | Nickolai Belakovski [X] | Frank Havlak | ↑ | Validated | Fixed |

14 issues

P-116-0005

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY INFORMATION    TESLA-00122594