

P-152-001





P-152-003



P-152-004



P-152-005





P-152-007



P-152-008



P-152-009