



154-002















