P-116

Accident Site

Autopilot Abort - 120ft

Pedestrian detected - 140ft

Stationary object ahead - 202ft

Vehicle detected as a target - 210ft

Older Autopilot warning due to radar object - 255ft

Radar In-Path Stationary Object - 352ft

Vehicle as drivable space boundary - 392ft

Max range of Forward Collision Warning - 525ft