

# Motor Vehicle Order Agreement
## Vehicle Configuration

**Customer**

George McGee



| | |
|---|---|
| **Order Number** | |
| **Deposit paid** | $2,500.00 |
| **Order placed with electronically accepted terms** | 1/6/2019 |
| **Vehicle design confirmed** | 1/9/2019 |

Price indicated does not include taxes and governmental fees, which will be calculated as your delivery date nears. You will be responsible for these additional taxes and fees.

| Description | Price (USD) |
|---|---|
| Model S 75D | $76,000 |
| Dual Motor All-Wheel Drive | Included |
| Midnight Silver Metallic Paint | $1,500 |
| Glass Roof | Included |
| 21" Sonic Carbon Twin Turbine Wheels | $4,500 |
| All Black Premium | Included |
| Figured Ash Wood Décor | Included |
| Dark Headliner | Included |
| Six Months of Free Supercharging | Included |
| Enhanced Autopilot | $5,000 |
| Premium Upgrades Package | Included |
| Smart Air Suspension | Included |
| **Subtotal** | **$87,000** |
| Documentation Fee | $75 |
| Destination Fee | $1,125 |
| **Total** | **$88,200** |

Motor Vehicle Order Agreement (v. *20181214 en_US*)
Tesla, Inc. ©2019

DEFENDANTS'
EXHIBIT
**031**

CONFIDENTIAL

BENAVIDES-00001707
031-0001