IN THE CIRCUIT COURT OF THE
16TH JUDICIAL CIRCUIT IN AND FOR
MONROE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.:

DILLON ANGULO,

    Plaintiff,

v.

GEORGE BRYAN MCGEE.

    Defendant.

_____/

## COMPLAINT

The Plaintiff, Dillon Angulo sues the Defendant, George Bryan McGee and alleges as follows:

### JURISDICTIONAL STATEMENT AND IDENTIFICATION OF PARTIES

1. This is an action for damages in excess of the minimum jurisdictional limits of the Court, exclusive of interest and costs.

2. Plaintiff, DILLON ANGULO, is a resident of Miami-Dade County, Florida that has suffered severe and permanent injuries as a result of Defendant's negligence.

3. Defendant George Bryan McGee is a resident of Palm Beach County, Florida.

4. Venue is proper in Monroe County, Florida where the events giving rise to the lawsuit occurred.

5. Any and all conditions precedent to the maintenance of this action have been complied with.

1
Law Offices Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134   T 305.442.8666   F 305.285.1668

9/25/2019 8:47 AM eFiled - Kevin Madok, CPA, Clerk of the Court Page 1

DEFENDANTS' EXHIBIT 078

078-0001

## FACTS GIVING RISE TO CAUSE OF ACTION

6. On April 25, 2019 Defendant McGee was operating his 2019 Tesla Model S Eastbound on County Road 905A in Monroe County approaching the intersection of County Road 905A and County Road 905.

7. Dillon Angulo's 2010 Chevy Tahoe was parked facing southbound on the East shoulder of County Road 905.

8. As he approached the intersection of County Road 905, Defendant, McGee failed to slow his vehicle and ran the red light striking a traffic sign and then the right side of Dillon Angulo's Chevy Tahoe.

9. The force was such that the impact spun the Chevy Tahoe Eastbound causing it to strike Dillon Angulo and his girlfriend, Naibel Benavides who were standing outside of the parked vehicle.

10. Ocean Reef Fire Rescue responded to the scene where they treated Dillon Angulo for serious injuries and pronounced Naibel Benavides dead.

11. As a direct and proximate result of the Defendant' negligence, Plaintiff Dillon Angulo sustained serious and permanent injuries and the damages detailed below.

## COUNT I

## CLAIM FOR NEGLIGENCE AGAINST DEFENDANT MCGEE

12. Plaintiff adopts and realleges paragraphs 1 through 11 as if fully set forth herein and further alleges:

13. At all times material, Defendant McGee owed a duty to exercise reasonable care in the operation, control, and use of the Tesla Model S for the benefit of other individuals on the public roadways, including Dillon Angulo.

2
Law Offices Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134   T 305.442.8666   F 305.285.1668

9/25/2019 8:47 AM eFiled - Kevin Madok, CPA, Clerk of the Court Page 2

078-0002

14. Defendant McGee, however, breached his duty in the following ways:

    a. Failing to operate the Tesla in a safe and reasonable manner;

    b. Failing to operate the Tesla in compliance with the state and local traffic laws;

    c. Failing to maintain control of the Tesla;

    d. Driving the Tesla at an unsafe speed, which was greater than reasonable and prudent under the circumstances;

    e. Failing to observe the Chevy Tahoe and to take appropriate action to avoid a collision when there was reasonable and sufficient time to do so;

    f. Other acts of negligence to be determined through discovery.

15. As a direct and proximate result of the negligence of Defendant McGee, Plaintiff has suffered the damages set forth below.

### PERSONAL INJURY DAMAGES OF DILLON ANGULO

29. Dillon Angulo has incurred and will continue to incur the following serious injuries and damages, which are permanent or continuing in nature:

    a. Past and future severe mental distress;

    b. Permanent bodily injury;

    c. Past and future permanent pain and suffering;

    d. Disability and disfigurement;

    e. Loss of capacity for the enjoyment of life;

    f. Past and future medical and other health care related expenses;

    g. Hospital expenses;

    h. Rehabilitation expenses;

    i. Past lost wages; and

3

Law Offices Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134   T 305.442.8666   F 305.285.1668

9/25/2019 8:47 AM eFiled - Kevin Madok, CPA, Clerk of the Court Page 3

078-0003

    j.    Loss of future earning capacity.

WHEREFORE, Dillon Angulo demands judgment for the damages alleged above against Defendant as well as post-judgment interest, the costs and fees of bringing this action as allowed by law, and any other relief this Honorable Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues triable as of right by a jury.

Dated this 25th day of September, 2019.

                                      GROSSMAN ROTH YAFFA COHEN, P.A.
                                      Attorneys for Plaintiff
                                      2525 Ponce de Leon Blvd.
                                      Suite 1150
                                      Coral Gables, Florida 33134
                                      Telephone: 305-442-8666
                                      Facsimile: 305-285-1668
                                      E-Mail: aby@grossmanroth.com
                                                      aag@grossmanroth.com
                                                      jjc@grossmanroth.com
                                                      omb@grossmanroth.com

                                      By: /s/Andrew B. Yaffa
                                            ANDREW B. YAFFA
                                            FL Bar No.: 897310
                                            ALEX ARTEAGA GOMEZ
                                            FL Bar No.: 18122
                                            JULIAN J. CATALA
                                            FL Bar No.: 101485

4
Law Offices Grossman Roth Yaffa Cohen, P.A.
2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134   T 305.442.8666   F 305.285.1668

9/25/2019 8:47 AM eFiled - Kevin Madok, CPA, Clerk of the Court Page 4

078-0004