

# Moving Objects Manual

Autopilot

DEFENDANTS'
EXHIBIT
**307**

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.



© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0002



# Change Log

January 22, 2021:
- Van Ontology Changes: We will now split into four types: van, minivan, SUV, small trucks
- Deprecated parking status attribute

January 27
- Pg. 11 Ambulances: We will not always consider Ambulances as Small Trucks. Please apply the correct vehicle type based on style and shape of Ambulances, but always apply Ambulance class if that is its function.

January 28
- Pg. 34 Barrier Rules: We will not annotate MO on the other side of a separating barrier when in a highway setting. If we are merging onto a highway and there is a separation between us and the MO we will inevitably be interacting with, we will annotate those MO even before the barrier ends.

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0003



# Contents

Overview _____ Pg. 4
Moving Objects and Autopilot _____ Pg. 5
Type: Introduction _____ Pg. 6
Type: Car _____ Pg. 7
Type: SUV _____ Pg. 8
Type: Minivan _____ Pg. 9
Type: Van _____ Pg. 10
Type: Small Truck _____ Pg. 11
Type: Pedestrian _____ Pg. 12
Type: Bicycle _____ Pg. 13
Type: Motorbike _____ Pg. 14
Type: Pickup Truck _____ Pg. 15
Type: Large Truck _____ Pg. 16
Type: MOs Hauling Trailers _____ Pg. 17
Type: Trailer + Bus + Trains _____ Pg. 18
Type: Animals + Wheelchair _____ Pg. 19
Type: Scooter + Skateboard _____ Pg. 20
Type: Other _____ Pg. 21
Type: Other Cont. _____ Pg. 22
Class: Introduction _____ Pg. 23
Class: Construction Vehicles _____ Pg. 24
Class: Construction Pedestrians _____ Pg. 25
Creating Annotations + Geometry _____ Pg. 26-29

Annotation Hot Keys _____ Pg. 30
Drivable Space _____ Pg. 31
Drivable Space Rules _____ Pg. 32
Nominal Space _____ Pg. 33
When to Label: Barriers _____ Pg. 34
When to Label: Visibility _____ Pg. 35
When to Label: Distance _____ Pg. 36-37
Quality Assurance: Needs Work _____ Pg. 38
Data Cleaning and VIP Images _____ Pg. 39

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0004



# Overview

In this work flow we will label **Moving Objects** by creating polygon annotations and giving them accurate attributes.

Moving Objects include:

- Pedestrians
- Bicycles
- Motorbikes
- Cars
- Vans
- Minivans
- SUVs
- Small Trucks
- Large Trucks
- Buses
- Other (Strollers, shopping carts, toy cars, and more!)
- Pickup trucks
- Animals (larger than a small bird)
- Trailers
- Scooters
- Skateboards
- Wheelchairs

This task **does not** include objects that <u>do not have wheels</u> such as street signs, traffic cones, dumpsters, and debris; these will be captured in other workflows.

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0005



# Moving Objects and AutoPilot

This is a TCLIP that demonstrates what the computer is seeing when AutoPilot is running.

Based on the annotations we make in Moving Objects; the AI can predict the objects around the car and make driving decisions accordingly.

Moving Objects can be a lot of hard work, but the results are incredible!



© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0006

# Type

## Introduction

Every moving object falls under one of the **15 Types** listed on the right

- This will help Autopilot respond appropriately to objects that move differently.
- For example, cars and large trucks both drive and react very differently on the road, and we need to take this into account.

Car
SUV
Minivan
Van
Small Truck
Pedestrian
Bicycle
Motorbike
Pickup Truck
Large Truck
Trailer
Bus
Animal
Wheelchair
Scooter
Skateboard
Other

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0007

# Type Cont.

## Cars

- Cars include **sedans**, **station wagons**, and **hatchbacks**
- Cars also include Tesla types: **Model 3** and **Model S**
- **BMW i3**



| Car - sedan | Car - sedan |
| Car - hatchback | Car - hatchback |
| Car - hatchback | Car -sedan |

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0008

# Type Cont.

## SUV

- A sport utility vehicle is a car classification that combines elements of road-going passenger cars with features from off-road vehicles, such as raised ground clearance and four-wheel drive.
- Kia Soul
- Honda Element

**SUV**


**SUV**


**SUV**


**SUV**


**SUV**


**SUV**


**SUV**


**SUV**


© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0009

# Type Cont.

## Minivans

- Minivans are a smaller sized personal van. Typically, one fitted with seats in the back for passengers.



Minivan

Minivan

Minivan

Minivan

Minivan

Minivan

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0010

# Type Cont.

## Vans

- A medium-sized motor vehicle with a high roof, used for transporting goods or passengers usually commercial.

- Sprinter vans
- Delivery vans
- Cargo vans



Van

Van

Van

Van

Van

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0011

# Type Cont.

## Small Truck

Small trucks are designed primarily for purposes of transportation of property or is a derivation of such a vehicle.

**Modified pickup trucks (see info below)**
**USPS style mail trucks**
**Small moving trucks**
**Armored vehicles**

This style of ambulance would be considered a Small truck. However, there are many styles of Ambulance vehicles. Please apply the correct vehicle type based on style and shape but always apply Ambulance class if that is its function.

Exclude roof racks and any cargo on top like ladders and equipment

Modified pickup trucks have large toolbox storage in the truck bed that alters the shape and size of the truck bed. These "maintenance" looking vehicles are considered Small Trucks.



The only significant difference between small truck and large truck for Autopilot is that they are visualized in the instrument cluster differently. Size is the most significant factor to distinguish between these two types.

**Small Truck**

**Small Truck**



**Small Truck**

**Small Truck**





**Small Truck**

**Small Truck**





© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0012



# Type Cont.

## Pedestrians

- We do not include items that a pedestrian is carrying in our annotations such as backpacks, purses, phones, etc.
- If a pedestrian is carrying another person, it will be **one** pedestrian annotation
- We do not annotate pedestrians seen through buildings unless they are near the entrance and visible from head to toe.
- We do not annotate statues, decorations or similar false pedestrians.
- We **do** annotate the **Tesla test dummy**.
- Pedestrians directing traffic will receive **Construction Class**.
- This does **NOT** include: *Pedestrians in/on strollers, scooters, skateboards,* or *wheelchairs* (each of these scenarios have their own attribute)





© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0013



# Type Cont.

## Bicycle

- **Bicycles can be two or three wheeled and will have thin bicycle style tires.**
- Bicycles include: Standard bicycles, tricycles, bicycles with child seats, and bicycles that have a small electric motor (like an E-bike)
- **Standalone** bicycles that are not in the drivable space (DS) will **not** be labeled
- Pedestrian riding a bike is **one** annotation
- Pedestrian walking a bicycle would be **two** separate annotations: Bicycle + Pedestrian
  (Bicycle would be **Not Parked**)
- Bicycles with trailers are **two** annotations: Bicycle + Trailer



| Bicycle | Bicycle + Pedestrian | Bicycle + Trailer |

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0014



# Type Cont.

## Motorbike

- Motorbikes are any two or three wheeled vehicles with wider wheels than a bicycle
- Motorbikes can come in different designs to suit a range of purposes & functions
- **Unmanned** motorbikes will always be **Parked**
- We will capture motorbikes both manned and unmanned if they are within our **drivable space**
- Motorbikes outside of the **DS** will only be annotated if being interacted with by Pedestrians
- Tuk tuks are labeled as motorbike



Vespa - **Motorbike** | Motorcycle - **Motorbike** | Motorbike- **Tuk Tuk**



**Motorbike -** Tuk Tuk Variation | **Motorbike -** Tuk Tuk Variation | Motorbike – Tuk Tuk Variation

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0015



# Type Cont.

## Pickup Truck

- Pickup Trucks have open backs/truck beds for cargo
- If it has a **camper shell or a camper bed**, it is still a pickup
- If we cannot see the actual truck bed or cab portion, we will label as **Minivan or SUV based on the appearance of the front end** so long as it is clearly larger than a car type
- Exclude cargo on top like ladders, racks and equipment
- Pickup Truck – Variation: These are commonly seen in Asian countries and are smaller than a normal pickup truck. Their shape looks similar to a small truck, so use context clues if you can!

| Pickup Truck | Pickup Truck | Pickup Truck -- Variation |
|---|---|---|





Notice the size of this small pickup next to the PEDS

| Pickup Truck - Camper Shell | Pickup Truck - Camper Shell | Pickup Truck – Camper Shell |
|---|---|---|



© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0016



# Type Cont.

## Large Truck

- Semi-trucks, 18-wheelers
- Commercial shipping trucks
- *Large* UPS/FedEx Trucks/U-Hauls
- Large Tow Trucks

 When an MO is carrying another MO, like in image #2, both MO will be included in a single geometry taking on the type of the base MO

- Cement Trucks
- Fire Trucks (Fire Class)
- Garbage Trucks
- Food Trucks
- Large RVs



Large Truck | Large Truck | Large Truck | Large Truck
Large Truck | Large Truck | Large Truck

 The only significant difference between small truck and large truck for Autopilot is that they are visualized in the instrument cluster differently. Size is the most significant factor to distinguish between these two types.

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0017



# Type Cont.

## MOs Hauling Trailers

- Annotating large trucks with a trailing load will be **two** annotations.
- The front of the truck will have the **Large Truck** attribute and the load attached will have a **Trailer** attribute.
- When annotating the two objects, please **exclude the hitch**.
  (see samples on the right)

When there is an MO is trailer cargo, we do not include it in the geometry

However, when an MO is being hauled on the back of another MO (such as a tow truck or a LTR hauling many cars), we would include all as one in the geometry



© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0018

# Type Cont.

## Trailers

- When a vehicle is towing an object, we will annotate the **two** parts separately instead of joining them into one large object
- Trailer hitch is **not included** in annotation **when attached**
- Trailer hitch **is included** when trailer is **standalone/unattached**
- The Trailer Type will **not** have CLASS attribute, (unless they are a **police** or **construction** trailer)
- Annotate Cargo Train cars **individually** as **Trailer**
- Hitched / Unhitched **Boats** on trailers are labeled **Trailer**
- Horse drawn carriages are Trailer

## Buses

- Buses carry many passengers
- They can be one or two stories (double decker)
- They include trolleys (cable on top) and trains
- **School** buses must have **School** Class

## Trains

- **Passenger Train cars (ex. Light rail)** will be annotated individually as **Bus**
- **Freight Train cars** will be annotated individually as **Trailer**

| Pickup with Trailer | Small Truck with Trailer | Standalone trailer |
|---|---|---|

  

| Bus | Bus | Bus - School |
|---|---|---|

  

| Passenger Train Cars - Bus | Freight Train Cars - Trailer |
|---|---|



© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0019



# Type Cont.

## Animals

- Animals will always have **Unknown Parking Status**
- Pedestrians on horses will be **one** annotation with **Animal** type and **Unknown Parking Status**
- **Do not** label small animals such as lizards, squirrels, or small birds.
- We are not concerned about small, fast moving animals that cannot damage the vehicle or affect driving.



## Wheelchair

- Wheelchair that's occupied by a pedestrian will be annotated as **one** and will have a **Not Parked** attribute.
- Pedestrian pushing a wheelchair, occupied or unoccupied, will be annotated separately and have a **Not Parked** attribute for the wheelchair.
- Standalone unoccupied wheelchair within our drivable space will be annotated but have a **Parked** attribute.



© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0020



# Type Cont.

## Scooter

- Pedestrians **riding** a scooter will be annotated as **one** and will have a **Not Parked** attribute.
- Pedestrians **walking** a scooter will be annotated separately and the **scooter** will be **Not Parked.**
- Single unmanned scooter that is within our drivable space will be annotated and will be **Parked**.



| Scooter | Pedestrian walking Scooter | Scooter in Driveable Space |
|---|---|---|

## Skateboard

- Pedestrians on a skateboard will be **one** annotation and will be **Not Parked**
- **Do not annotate** skateboards that are held by a pedestrian.
- **Do not annotate standalone** skateboards that are within our drivable space.
- Pedestrians riding **hoverboards** will be labeled as **Skateboards**



| Skateboard | Skateboard - Longboard | Skateboard - Hoverboard |
|---|---|---|

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0021



# Type Cont.

## Other

The Other category encompasses vehicles that do not fall into the main types. You can see these subcategories when you select **Type: Other** and below that select the **Other Type** drop down menu.

If there is a rider, annotate the vehicle as one MO as 'Other'.

We currently use these subcategories:

- Construction trailer signs
- Dolly/wheelbarrow
- Golfcart
- Segway
- Large construction
- Luggage
- Shopping cart
- Strollers
- Toys
- Trash bin
- Warehouse (forklift)





© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0022



# Type Other Cont.

Here are additional examples and how we would subclassify them.

In the "Other Type" box, we can write our own subclasses. Please only use the subclasses provided or approved by your lead.

 Please pay special attention to the spelling, it is **critical** to be accurate!

- ATVs (ATV)
- Boats parked on stilts (boat)
- Riding lawnmowers (lawnmower)
- Push lawnmowers (lawnmower)
- Small wheeled bags, backpack, containers or similar (luggage)
- Wheeled garbage containers (trash bin)



| Other – Lawnmower | Other – Large Construction (Tractor) | Other – Golfcart | Other - Large Construction (Street Sweeper) |
| Other – Trash Bin | Other - Warehouse (Fork lift) | Other - Large Construction (Digger) | |

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0023



# Class



UNKNOWN_CLASS
CIVILIAN
POLICE
AMBULANCE
FIRE
SCHOOL
CONSTRUCTION






- **Class** indicates specific function
- **Do not add CIVILIAN to anything**
- **Unknown_Class** will be the default
- We will only change for the following moving objects:

  - Police (only applied to vehicles)
  - Ambulance
  - Fire
  - School
  - Construction (Can apply to vehicles and pedestrians)

The class of the moving object will impact the way the Tesla behaves when driving around it.

For example, we may drive more cautiously around school buses and police cars or pull over for an ambulance or firetruck.



© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0024

# Construction Class: Vehicles

Construction vehicles are typically found **within construction zones** (areas lined with cones where construction work is taking place). Construction class also needs to be applied to all Other- Large Construction vehicles.

These vehicles include but are not limited to examples on the right.

Regular Large Trucks with construction arms or cherry pickers will also have **Construction** class.

We do not want to include the appendages of construction vehicles in our annotations **unless they are obstructing our drivable space**

- Construction Trailer Signs will have **Construction** class

- Signs being trailed by another vehicle will adopt that vehicle's parking status and will be labeled as **Trailer**

- **Cement trucks will only receive Construction class when in a construction zone (cone zones, etc)**

- **Scissor lifts** geometry should only include the base of the vehicle and not the extended portion. (also, we would not include the PED at the top of the scissor lift)

| Construction Trailer Sign | Other – Large Construction | Large Truck - Construction |
|---|---|---|
|  |  | |
| Other – Large Construction | Large Truck + Trailer | Other – Large Construction |
|  | |  |
| Other – Large Construction | | |
|  | | |

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0025

# Construction Class: Pedestrians

Pedestrians directing traffic will receive **Construction** class:

- When they are actively guiding/assisting flow of traffic either by use of hand gestures or signs
- Police directing traffic will be labeled with **Construction** class.

 **Police Class is used only for vehicles**

| Pedestrian – Construction Class | Pedestrian – Construction Class |
|---|---|
| | |



| Pedestrian – Construction Class | Pedestrian – Construction Class |
|---|---|

 

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0026

# Creating Annotations + Geometry

Accurate and consistent annotation shapes called **geometry** are extremely important to teaching the network how to behave in different situations.

- When creating annotations, **imagine wrapping a rubber band** around the object. The rubber band will be tight and will not fill in the concave areas of the object.
- Make sure you keep your angles smooth. Adding two or three points around a tire edge, corners of the roof, or the fender of a vehicle creates smoothness.
- Pedestrian heads should be smoothed out and round on top. Adding extra points here ensures that the Tesla will identify pedestrians accurately and safely.

| ✚ (a) | 🖐 (s) | ✛ (d) | 🔧 (f) |
|---|---|---|---|
| Press (a) to begin an annotation and (a) again to complete it | Press (s) to enter selection mode | Press (d) to enter move mode | Press (f) to enter modify mode revealing your points to add or remove |



Example of points placed around a MO.



Notice the rubber band effect. No need to add points into the concave areas of MO.



Keep wheels and corners smooth by placing at least three points.

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0027



# Creating Annotations + Geometry cont.

**Extrapolating Occluded Moving Objects**

- Objects that you need to annotate may be blocked by other objects.
- We will need to extrapolate the shape of the objects that we cannot see.
- This is tricky at first but getting an understanding of perspective and familiarity with common MO shapes will come in handy.
- When MO are **truncated** (cut off at the sides of the image) you must bring your bounding box all the way to the edge.



Notice the MO is truncated. Make sure your bounding box snaps to the edge of the image.



**Mind the gap!**
Often, simply clicking at the edge of the image does not snap a point into place. Be sure to manually drag those points to the edge of the image.



© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0028



# Creating Annotations + Geometry cont.

**What to Exclude**

Because we have a standard shape and height for the different vehicle types, we will sometimes need to exclude things such as tall vertical cargo and extended horizontal cargo as to not throw off the network's predictions.

- For vehicles, we **always exclude object extensions**: sideview mirrors, open car doors, antennas/shark fins, roof racks, bike racks, open rear trunks, open front hoods and mud flaps.

- For pedestrians, we can **always exclude accessories**: backpacks, bags/purses, phones, signs, boxes, oversized clothing and hat brims.



**Exclude** open trunk doors, side, and side view mirrors



**Exclude** Object extension like bike racks and bikes



**Exclude** items such as backpacks, phones, bags and oversized clothing



**Exclude** all construction arms and do not label the PED at this height



© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0029

# Creating Annotations + Geometry cont.

**Using Perspective**

- When MO are angled and farther away from us we will use perspective to create accurate and proportional geometry.
- Imagine the MO as a 3D cube.



We can use the lane lines to help determine the angle of the vehicle



Sides further away will appear more narrow

Sides closest to us will be wider

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0030



# Keyboard Shortcuts (/)

**Most Common Hot Keys:**

**c = car**

**v = van**

**e = suv**

**m = minivan**

**s = small truck**

**l = large truck**

**k = pickup truck**

**y = trailer**

**u = bus**

**o = motorbike**

**t = other**

Make sure CAPS LOCK is off

| Key | Action | Key | Action |
|---|---|---|---|
| Press shift + 1 | Submit vote | Press shift + 2 | Submit label edits |
| Hold 'r' | Show the original image | Hold 'shift+r' | Hide all interesting regions |
| Hold ',' | Toggle the heatmap | Press 'e' | Zoom in at mouse position |
| Press 'w' | Zoom out at mouse position | Press ']' | Increase brightness |
| Press '[' | Decrease brightness | Press ']' | Increase contrast |
| Press '[' | Decrease contrast | Press 'i' | Invert image |
| Press ''' | Show image grid | Press 'backspace' | Undo last modification |
| Press 'a' | Switch to 'add' mode | Press 's' | Switch to 'select' mode |
| Press 'd' | Switch to 'move' mode | Press 'f' | Switch to 'modify' mode |
| Click 'a' | Create object based on current points | Press 'g' | Remove selection or current points |
| In 'modify' mode, click 'g' | Remove last point from selection | Press 'ctrl+shift+g' | Remove all labels for the current project |
| In 'modify' mode, hold 'shift' + 'g', and click at point | Remove point from selection | In 'modify' mode, hold 'shift', and click at point | Add point to selection |
| Press left or right arrow | Change selection | Press down or up arrow | Change selection specificity |
| Press command + 'v' | Clone selection | Press 'u' | Focus into current selection |
| Press n (forwards) or shift+n (backwards). | Cycle through vehicleAttributes.vehicleClass values. | Press p (forwards) or shift+p (backwards). | Cycle through vehicleAttributes.parked values. |
| Press z (forwards) or shift+z (backwards). | Cycle through criticalType values. | In 'modify' mode, hold '1' and click at point | Add keypoint 'Front Left Wheel' |
| In 'modify' mode, hold '2' and click at point | Add keypoint 'Front Right Wheel' | In 'modify' mode, hold '3' and click at point | Add keypoint 'Back Left Wheel' |
| In 'modify' mode, hold '4' and click at point | Add keypoint 'Back Right Wheel' | In 'modify' mode, hold '5' and click at point | Add keypoint 'Middle Left Wheel' |
| In 'modify' mode, hold '6' and click at point | Add keypoint 'Middle Right Wheel' | Press 't' 'a' | Change the type to ANIMAL |
| Press 't' 'b' | Change the type to BICYCLE | Press 't' 'u' | Change the type to BUS |
| Press 't' 'c' | Change the type to CAR | Press 't' 'l' | Change the type to LARGE_TRUCK |
| Press 't' 'e' | Change the type to LEGACY_CAR | Press 't' 'm' | Change the type to MINIVAN |
| Press 't' 'o' | Change the type to MOTORBIKE | Press 't' 't' | Change the type to OTHER |
| Press 't' 'p' | Change the type to PEDESTRIAN | Press 't' 'k' | Change the type to PICKUP_TRUCK |
| Press 't' 's' | Change the type to SMALL_TRUCK | Press 't' 'r' | Change the type to SKATEBOARD |
| Press 't' '_' | Change the type to SMALL_TRUCK | Press 't' 'n' | Change the type to UNKNOWN_TYPE |
| Press 't' 'w' | Change the type to WHEELCHAIR | Press 't' 'q' | Change the type to SCOOTER |
| Press 't' 'y' | Change the type to TRAILER | Hold ',' | Show predictions if available |
| option+shift+p | Prepopulate labels with predictions (if available) | | |

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

31

307-0031

# Drivable Space

**What is our Drivable Space?**

- **Drivable space**, also known as the **DS**, is the space that our car can drive on from its current location without hitting a curb, trees, or barriers
- This is important because it helps us determine whether certain moving objects are relevant enough to be annotated
- Notice how there are unmanned motorbikes outside of our drivable space in this image. Because they are not in motion and are outside of our drivable space, we will not annotate them.



The yellow highlighted area is our drivable space

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0032

# Drivable Space Rule for Motorbikes, Bicycles, and Scooters

You will annotate Motorbikes, Bicycles, and Scooters when they are:
- **In our Drivable Space (both manned and unmanned)**

You will not annotate Motorbikes, Bicycles, and Scooters when they are:
- **Not in our Drivable Space / are standalone (no PEDS interacting with it)**
- **They are in clusters**



**Annotate:**
- **These are in the DS, but, are in a cluster, however the ones being interacted with by PEDS should be annotated**



**Don't Annotate:**
- **Unmanned**
- **Cluster**

**Annotate:**
- **Within the Drivable Space**



**Don't Annotate:**
- **When parked over a curb or leaning on buildings.**
- **Parked clusters within our drivable space (3+)**



© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0033

# Nominal Spaces

**What is Nominal vs Non-nominal?**

- **Nominal** spaces are places we would expect Autopilot to be functional, such as: **highways**, **main roads**, and **freeways**.

- **Non-nominal** spaces are places where we wouldn't use Autopilot such as when we are driving in: **parking lots**, **driveways**, **unmarked roads**, **private roads**, **dirt roads**, **toll booths**, and **mid-turn** or **ambiguous scenarios**.



| Nominal - Highway | Nominal - Freeway | Nominal - Main Road |
| Non-nominal - Private Road | Non-nominal - Parking Lot | Non-nominal - Toll Booth |

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0034



# When to Label: Barriers

The barrier rule only applies to **freeway** and **highway** settings. If you are on a normal street setting, you will annotate all MO regardless of the presence of a barrier.

- We will not annotate MO on the other side of a **separating barrier** (see examples) when in a highway setting.

- However, if we are **merging** onto a highway and there is a separation between us and the MO we will inevitably be interacting with, we will annotate those MO even before the barrier ends.











© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0035

# When to Label: Visibility

**Visibility is determined by:**

- How much of the MO we're able to see
- If there are defining features visible
- If the MO is **more than 10%** visible, then we *will annotate it*
- If the MO is **less than 10% visible**, then we *will NOT annotate it*
- Visibility can also be affected by the angle of the road.



Hillcrest Occlusion



Hillcrest Increasing Visibility

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0036

# When to Label: Distance

Distance Example

We want to capture MO that are visible and identifiable. We have already covered occluded, truncated, and percentage of visibility when determining when to label.

Distance and proximity are also very important in this workflow.

**Do not annotate:**

• When MO are so far away that you are unable to determine their shape or Type.



© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0037

# When to Label: Distance cont.



The cars at the very end of these rows are too occluded to mark, so we will stop with the last visible car #28

We must also include #29, because the car is fully visible.

Typically, cars smaller than #29, or smaller than your cursor, will not be captured.

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0038

# Quality Assurance (QA)

**Needs Work**

*My lead asked me to check my Needs Work...what does that mean?*

Every image completed in TIDE will enter a QA queue. The QAers will verify these images and make sure that all tags and geometry are correct and up to standard.
Mistakes happen; this team will catch them!

When you have an image that has an error, you will receive Needs Work for that image. In **TIDE**, if you go to **Responses** and filter by your **LDAP** (username) and sort by **Status: Needs Work**, you can see everything that needs to be corrected.
You can also follow this link: Needs Work



*If you ever receive a Needs Work that isn't clear or that you aren't sure about, you should always reach out to the QAer or your lead for clarity.*

It is **crucial** to complete all Needs Work by the end of the workday to ensure that your numbers are being accurately recorded.

- For example, if you had 1 Needs Work every day for a week, but put off completing until Friday, you would show good quality for the week, then extremely poor quality on Friday.





**COMMENT** from smithmar@tesla.com
MA: Can grab an additional layer of MO - MS



**COMMENT** from smithmar@tesla.com
WA: 1 - MS

## What do the QA acronyms mean?

**WA: Wrong Attribute**
This means the object has the wrong vehicle type, parking status, or class attribute.

**MA: Missing Annotation**
There is a missed moving object in the image. You can press the single quote key ' to open a grid overlay.

**FP: False Positive**
A moving object was falsely annotated. Accidentally marking a pole as a pedestrian would be a FP.

**BG: Bad Geometry**
The geometry of the moving object is not up to standard. There may be gaps or part of the annotation may be cut off.

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0039

# Data Cleaning and VIPs

**Before**  **After**

## Data Cleaning

Data cleaning jobs allow us to correct previous images up to current workflow standard. The workflow is constantly being refined and perfected, which makes this process necessary.

When you are assigned a Data Cleaning job, it is **crucial** that you treat the image like a normal labeling image. We must correct all mistakes and capture any additional missed MO.

In this example we can see that the labeler corrected the geometry and assigned parking tags to fix this image.

 

## VIP Images

Occasionally we will come across VIP Images with **red critical tags**. These tags are added by other workflows and are sent to the MO team to be cleaned and perfected before submitting to the engineers for testing.

**It is crucial to not remove the critical tags from these objects**. It is also crucial to not add critical tags without instruction to do so.

## VIP-Bicyclist examples

  

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0040



# Parking Status

Every moving object must have a **Parked** or **Not Parked** status
Except, Pedestrians and Animals, which will always have **Unknown Parking Status**

Parking status helps the car decide whether or not to maneuver around the
obstacle. It's crucial to get these correct to avoid unnecessary stops and slowdowns.

**What is Parked?**

- Vehicles on a residential driveway
  (partially or completely)
- Vehicles with visible parking slot lines surrounding
- Vehicles parked close to a curb at night with
- Vehicles in which we can clearly see the
- Vehicles with their side-view mirror
- Vehicles whose surrounding
  (they are in a row of other

**What is Not Parked?**

- Vehicles with **doors open** or **lights** that **are not set next to a curb**
- Vehicles that appear to be pulling over or into a parking space or driving away
  from a curb
- Vehicles whose surroundings imply that they are driving (they are in the
  middle of a road)

parked

| UNKNOWN PARKED |
| PARKED |

Deprecated

**Your annotations will be colored as:**

| Parked |
| Not Parked |
| Unknown Parked |

**Not Parked**



Whenever an object
is being ***pushed/pulled/ridden*** by
*a pedestrian*, it will be **Not Parked**.

**Parked**



When an object in our drivable space
that would typically be
pushed/pulled/ridden by a pedestrian
is **standalone** it will be **Parked.**

(shopping carts, strollers, trash bins
with wheels, for example.)

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0041

# Parking Status Cont.



Deprecated

- The pedestrian is always **Unknown** ~~Parked~~.

- The vehicles with lights off and are again~~st the curb are~~ considered **Parked**.

- The small truck directly ahead is driving tow~~ards~~ us and is considered **Not Parked**.

| Parked |
|---|
| Not Parked |
| Unknown Parked |

- T~~he~~ ~~vehicles are withi~~n painted road parking lines. Their lights are off, an~~d because of this, we~~ we know these are **Parked**!

- The vehicles on ~~the right si~~de of the image look to be normal traffic. Because we can't confirm that ~~any~~ of those vehicles are parked, we will leave them as **Not Parked**.

 If you ever come across a scenario that is ambiguous, it is safer to leave the car marked as **Not Parked**.

© Copyright 2020 Tesla Motors, Inc. All rights reserved. Proprietary and confidential business information subject to and disclosed under applicable Non-disclosure Agreement and/or exempt from FOIA disclosure.

307-0042