Downloaded from SAE International by Sean Scally, Tuesday, July 23, 2024



# SURFACE VEHICLE RECOMMENDED PRACTICE

| | |
|---|---|
| J3016™ | JUN2018 |
| Issued 2014-01 | |
| Revised 2018-06 | |
| Superseding J3016 SEP2016 | |

(R) Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles

## RATIONALE

This revision of Recommended Practice J3016 adds several new terms and definitions, corrects a few errors, and adds further clarification (especially in Section 8) to address frequently misunderstood concepts. As in the previous version, it provides a taxonomy describing the full range of levels of *driving automation* in on-road *motor vehicles* and includes functional definitions for advanced levels of *driving automation* and related terms and definitions. This Recommended Practice does not provide specifications, or otherwise impose requirements on, *driving automation systems* (for further elaboration, see 8.1). Standardizing levels of *driving automation* and supporting terms serves several purposes, including:

1. Clarifying the role of the (human) *driver*, if any, during *driving automation system* engagement.

2. Answering questions of scope when it comes to developing laws, policies, regulations, and standards.

3. Providing a useful framework for *driving automation* specifications and technical requirements.

4. Providing clarity and stability in communications on the topic of *driving automation*, as well as a useful short-hand that saves considerable time and effort.

This document has been developed according to the following guiding principles, namely, it should:

1. Be descriptive and informative rather than normative.

2. Provide functional definitions.

3. Be consistent with current industry practice.

4. Be consistent with prior art to the extent practicable.

5. Be useful across disciplines, including engineering, law, media, public discourse.

6. Be clear and cogent and, as such, it should avoid or define ambiguous terms.

**DEFENDANTS' EXHIBIT 368**

SAE Technical Standards Board Rules provide that: "This report is published by SAE to advance the state of technical and engineering sciences. The use of this report is entirely voluntary, and its applicability and suitability for any particular use, including any patent infringement arising therefrom, is the sole responsibility of the user."

SAE reviews each technical report at least every five years at which time it may be revised, reaffirmed, stabilized, or cancelled. SAE invites your written comments and suggestions.

Copyright © 2018 SAE International

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of SAE.  SAE hereby grants a limited, royalty free license to any interested person or entity to print or download from the SAE International website, and then store and display, a single copy of this publication in paper form or in electronic form on a website, computer, or  e-room for reference, reading or review by any interested person or entity provided this notice appears on the publication and the publication cannot be, or is prohibited from being, removed, recorded, copied, downloaded, printed, or transmitted.

| TO PLACE A DOCUMENT ORDER: | Tel: | 877-606-7323 (inside USA and Canada) |
|---|---|---|
| | Tel: | +1 724-776-4970 (outside USA) |
| | Fax: | 724-776-0790 |
| | Email: | CustomerService@sae.org |
| SAE WEB ADDRESS: | | http://www.sae.org |

SAE values your input. To provide feedback on this Technical Report, please visit
http://standards.sae.org/J2016_201806

Downloaded from SAE International by Sean Scally, Tuesday, July 23, 2024

*Table 2 - Roles of human driver and driving automation system by level of driving automation*

| Level of *Driving Automation* | Role of *User* | Role of *Driving Automation System* |
|---|---|---|
| ***DRIVER* PERFORMS PART OR ALL OF THE *DDT*** | | |
| **Level 0 - *No Driving Automation*** | *Driver* (at all times):<br>• Performs the entire *DDT* | *Driving Automation System* (if any):<br>• Does not perform any part of the *DDT* on a *sustained* basis (although other *vehicle* systems may provide warnings or support, such as momentary emergency intervention) |
| **Level 1 - *Driver Assistance*** | *Driver* (at all times):<br>• Performs the remainder of the *DDT* not performed by the *driving automation system*<br>• *Supervises* the *driving automation system* and intervenes as necessary to maintain safe *operation* of the *vehicle*<br>• Determines whether/when engagement or disengagement of the *driving automation system* is appropriate<br>• Immediately performs the entire *DDT* whenever required or desired | *Driving Automation System* (while engaged):<br>• Performs part of the DDT by executing either the *longitudinal or* the *lateral vehicle motion control* subtask<br>• Disengages immediately upon *driver* request |
| **Level 2 - *Partial Driving Automation*** | *Driver* (at all times):<br>• Performs the remainder of the *DDT* not performed by the *driving automation system*<br>• S*upervises* the *driving automation system* and intervenes as necessary to maintain safe *operation* of the *vehicle*<br>• Determines whether/when engagement and disengagement of the *driving automation system* is appropriate<br>• Immediately performs the entire *DDT* whenever required or desired | *Driving Automation System* (while engaged):<br>• Performs part of the *DDT* by executing both the *lateral and* the *longitudinal vehicle motion control* subtasks<br>• Disengages immediately upon *driver* request |