**United States District Court**
**Southern District of Florida**

Case Number: 21 CV 21940

FILED BY MCO D.C.
AUG 07 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

**Documents/Exhibits Retained in Supplemental Files (Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

**Documents/Exhibits Retained in Supplemental Files (Not Scanned)**

✓ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 8/7/25

Revised: 2/20/2019

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 21-CV-21940
BLOOM/TORRES

Neima Benavides, as Personal of The Estate of Naibel Benavides Leon, deceased & DILLON Angulo
_____
Plaintiff(s)

v.

Tesla, Inc., a/k/a
Tesla Florida, Inc.
_____
Defendant(s)

FILED BY MCO D.C.
AUG 07 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Joint Admitted Trial Exhibit List
*(TITLE OF DOCUMENT)*

I, POSES LAW GROUP FOR _____ (plaintiff) or defendant, in the above styled cause,

P-5, P-14, P-15, P-18, P-20, P-21,
P-22, P-23, P-25, P-26, P-27, P-28,
P-35, P-36, P-37, P-39, P-41, P-43,
P-53, P-61, P-63, P-68, P-69, P-71.3,
P-75, P-76, P-89, P-94, P-108, P-116,
P-118, P-152, P-154, P-166
D-012.020, D-016, D-016a, D-016b,
D-016c, D-016d, D-016e, D-031.001,
D-077, D-078, D-181.006, D-181.007,
D-307, D-308, D-368.001 & 021,
D-526a, D-600.003, D-600.004,
D-610

(Rev. 10/2002) General Document

**Certificate of Service**

I _____ , certify that on this date _____ a true copy of the foregoing document was mailed to: _____
                                                                                   name(s) and address(es)

By:

Shelly-Ann Ramdarsingh-Thomas
**Printed or typed name of Filer**

FRP ID 238037
**Florida Bar Number**

305-577-0200
**Phone Number**

169 E. Flagler ST #1600
**Street Address**

Miami, FL 33131
**City, State, Zip Code**

_Signature of Filer_

Shelly@Poseslawgroup.com
**E-mail address**

305-371-3550
**Facsimile Number**

UNITED STATES DISTRICT
COURT SOUTHERN
DISTRICT OF FLORIDA

Case No. 21-cv-21940
BLOOM/TORRES

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*,

    Plaintiff,

v.

TESLA, INC., *a/k/a. Tesla Florida,*

    *Inc.*, Defendant.

_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC., *a/k/a/ Tesla Florida,*

    *Inc.*,

    Defendant.

_____/

## JOINT ADMITTED TRIAL EXHIBIT LIST

| Exhibit No. | Submitted by | Description | Date Admitted |
|---|---|---|---|
| | | **Plaintiffs' Admitted Exhibits** | |
| P-5 | Plaintiffs | On-board main camera video - Tesla - 00000005 (video) | 7.15.25 |
| P-14 | Plaintiffs | Theory of Operation HW2.5 Model S- Benavides-00003048-3118 | 7.29.25 |

| Exhibit No. | Submitted by | Description | Date Admitted |
|---|---|---|---|
| P-15 | Plaintiffs | Tesla Resp to NHTSA Oct 2021 - Benavides-00001016-1035 | 7.17.25 |
| P-18 | Plaintiffs | NHTSA Attachment 5d to Benavides 1016 – Resp to PE21020 - Benavides-00003135-3147 | 7.17.25 |
| P-20 | Plaintiffs | NHTSA Attachment 5f to Benavides 1016 – Resp to PE21020 - Benavides-00003150-3162 | 7.29.25 |
| P-21 | Plaintiffs | Tesla Resp to 16007 from NHTSA 12-30-16 - Benavides-00003163-3185 | 7.16.25 |
| P-22 | Plaintiffs | Tesla Qtrly Update to NHTSA 3-27-19 - Benavides-00003188-3222 (P-22_00016_Video.MP4) | 7.16.25 |
| P-23 | Plaintiffs | Tesla Qtrly Update to NHTSA 6-15-18 - Benavides-00003228-3260 | 7.28.25 |
| P-25 | Plaintiffs | Tesla Augmented video main (frame by frame) - Benavides-00007638 Tesla | 7.18.25 |
| P-26 | Plaintiffs | Tesla Augmented video narrow - Benavides-00007639 | 7.18.25 |
| P-27 | Plaintiffs | Plaintiffs Augmented video main | 7.16.25 |
| P-28 | Plaintiffs | Plaintiffs Augmented video main (frame by frame) | 7.16.25 |
| P-35 | Plaintiffs | Tesla Press Conference Autopilot v 7.0 software 10-14-2015 (Video) | 7.16.25 |
| P-36 | Plaintiffs | Tesla Press Conference Autopilot v 7.0 software 10-14-2015 (Certified Transcript) | 7.17.25 |

| Exhibit No. | Submitted by | Description | Date Admitted |
|---|---|---|---|
| P-37 | Plaintiffs | Tesla Autopilot 2.0 Conference Call with Visuals 10-19-2016 (Video) | 7.29.25 |
| P-39 | Plaintiffs | Code Conference 2016 – Q&A attachment 6 - (Video w Transcription) | 7.16.25 |
| P-41 | Plaintiffs | Tesla Press Conference 9-11-2016 (Audio) | 7.16.25 |
| P-43 | Plaintiffs | Clips of Lex Friedman Podcast #18, April 12, 2019 (with transcription) | 7.29.25 |
| P-53 | Plaintiffs | Tesla Owner's Manual - Benavides 00001795-1997 | 7.15.25 |
| P-61 | Plaintiffs | ODI Closing Report – EA22002 PE21020 - 6-8-22 | 7.17.25 |
| P-63 | Plaintiffs | ODI Additional Info to Closing Report EA22002 Update 4-25-24 | 7.17.25 |
| P-68. | Plaintiffs | Florida Highway Patrol Traffic Homicide Report (Ex 4 to Riso) | 7.15.25 |
| P-69. | Plaintiffs | Florida Highway Patrol Traffic Field Note Packet (Ex 3 to Riso) | 7.15.25 |
| P-71-3 | Plaintiffs | Diagnostic Log Data Benavides-0002, 0003, 0006 | 7.29.25 |
| P-75 | Plaintiffs | Paint It Black Video | 7.16.25 |
| P-76 | Plaintiffs | Elon's Tweet re Paint it Black | 7.16.25 |
| P-89 | Plaintiffs | Hands-on email string - Exh 316 to deposition of Akshay Phatak – TESLA-0010688n2 | 7.21.25 |
| P-94 | Plaintiffs | AP 2020 Safety Goals – TESLA 00182327 (Exh 156 Deposition of Rubio Blanco) | 7.29.25 |

| Exhibit No. | Submitted by | Description | Date Admitted |
|---|---|---|---|
| P-108 | Plaintiffs | Demonstrative – Road Class | 7.17.25 |
| P-116 | Plaintiffs | Hands On Warning Logic – Ex 256 to Depo of Akshay Phatak | 7.23.25 |
| P-118. | Plaintiffs | Lewis Inspection Video - October 30, 2024 | 7.25.25 |
| P-152. | Plaintiffs | Photographs—Angulo and Naibel Benavides prior to the incident | 7.24.25 |
| P-154. | Plaintiffs | Photographs and Videos—Naibel Benavides' moments with family prior to the incident | 7.24.25 |
| P-166. | Plaintiffs | Slide 41 – from Alan Moore's PPT – objects detected on approach | 7.18.25 |
| | | **Defendant's Admitted Exhibits** | |
| D-012.020 | Defendant | Florida Highway Patrol Scene Photograph | 7.15.25 |
| D-016 | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-016a | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-016b | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-016c | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-016d | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-016e | Defendant | Body Worn Camera Excerpt | 7.15.25 |
| D-031.001 | Defendant | Motor Vehicle Order Agreement for subject Model S | 7.21.25 |
| D-077 | Defendant | Complaint in Benavides et al. vs. George Brian McGee | 7.24.25 |
| D-078 | Defendant | Complaint in Dillon Angulo vs. George Brian McGee | 7.24.25 |

| Exhibit No. | Submitted by | Description | Date Admitted |
|---|---|---|---|
| D-181.006 | Defendant | Demonstrative related to analysis and opinions of David Cades, Ph.D. | 7.18.25 |
| D-181.007 | Defendant | Demonstrative related to analysis and opinions of David Cades, Ph.D. | 7.18.25 |
| D-307 | Defendant | Tesla Moving Objects Manual | 7.16.25 |
| D-308 | Defendant | Annotated Video | 7.16.25 |
| D-368.001 and 021 | Defendant | SAE International 2018. Taxonomy and Definitions for terms related to Driving Automation Systems for On-Road Motor Vehicles. SAE J3016 | 7.28.25 |
| D-526a | Defendant | Demonstratives related to analysis and opinions James Walker, Jr. | 7.15.25 |
| D-600.003 | Defendant | Ryan Harrington Exemplar photo | 7.17.25 |
| D-600.004 | Defendant | Ryan Harrington Exemplar photo | 7.17.25 |
| D-610 | Defendant | ODI Resume, Investigation PE16-007 | 7.17.25 |

