# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,   Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

### TESLA, INC.'S MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, EXTENSION OF TIME FOR FILING A MOTION CONCERNING CONFIDENTIALITY OF CERTAIN TRIAL EXHIBITS

    Tesla hereby moves for clarification, or, in the alternative, an extension of the deadline for the filing of a motion seeking confidentiality for trial exhibits or portions of trial exhibits. During trial on August 1, 2025, the Court asked Tesla for an anticipated timetable concerning post-trial motions related to whether exhibits that had been filed on the docket should be unsealed. Tesla requested three weeks from that day, and the Court agreed that the deadline for any such request would be August 22. (Tr. 8/1 pm at p. 16-17).

    L.R. 5.3(b)(2) provides that "[u]nless otherwise ordered by the Court," parties are to file copies of the exhibits they offered at trial or to seek an order concerning confidentiality of those exhibits within ten days of the conclusion of the trial, which in this case would be August 11. On

32330583v1

August 7, Plaintiffs filed and hand-delivered copies of the trial exhibits to the Court.  (ECF Nos. 542-43).

First, Tesla requests these exhibits be maintained as confidential until such time as the Court can consider any motion Tesla may make on or before the aforementioned August 22, 2025 deadline.  Tesla acknowledges the above-referenced discussion with the Court on August 1 was specifically related to whether pre-trial under-seal filings should be maintained as confidential.  However, there is significant overlap in documents and subject matter between those pre-trial filings and the trial exhibits.  For this reason, it would be most efficient for the Court and the parties if the confidentiality issues related to both pre-trial and trial exhibits were considered at one time, rather than piecemeal.

Therefore, Tesla moves for clarification that the Court's oral ruling concerning the August 22 deadline for the submission of motions concerning the confidentiality of exhibits extends to trial exhibits or, in the alternative, for an extension of the deadline for such a motion concerning trial exhibits be extended to August 22.  Tesla also requests that the trial exhibits be maintained as confidential until the Court has had an opportunity to consider an such motion.

Dated:  August 8, 2025

Respectfully submitted,

/s/Wendy F. Lumish
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**Bowman and Brooke LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**DREW P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 2920
Tel. 803-726-7420 / Fax: 803.726.7421
Joel.Smith@bowmanandbrooke.com

**HILARIE BASS**
Florida Bar No. 334243
**HILARIE BASS, ESQUIRE LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
Tel. 305-505-8777
bassh@bassinstitute.org

*Attorneys for Defendant TESLA, Inc.*

## CERTIFICATE OF GOOD FAITH COMPLIANCE

Counsel for Tesla has reached out to Plaintiffs' Counsel to discuss the relief sought in this Motion and, as of the time of filing, is unaware of Plaintiffs' position as to the filing of same.

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com
*Attorneys for Plaintiff Dillon Angulo*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com
*Attorneys for Plaintiff Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com
*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

*s/Wendy F. Lumish*
WENDY F. LUMISH