UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,       Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**[PROPOSED] AGREED ORDER ON JOINT MOTION
FOR LEAVE TO FILE AMENDED POST-TRIAL MOTIONS**

THIS CAUSE came before the Court upon the parties' Joint Motion for Leave to File Amended Post-Trial Motions (ECF ____). The Court has reviewed the motion and is otherwise fully advised. It is **ORDERED AND ADJUDGED** that:

1. The Joint Motion for Leave to File Amended Post-Trial Motions is **GRANTED.**

2. Tesla is granted leave to file amended post-trial motions within seven days after all of the final transcripts of the trial of this matter are filed and docketed.

3. Plaintiffs' response deadline shall run from the filing date of the amended motions.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record