UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

Case No. 22-22607-KMM

**UNOPPOSED MOTION FOR LEAVE
TO FILE A COMBINED POST-TRIAL MOTION, AMENDED MOTION,
RESPONSE AND REPLY IN EXCESS OF THE PAGE LIMITATIONS**

    Defendant, Tesla, Inc., moves for an order permitting Tesla to file a combined post-trial motion, an amended motion, and a reply, and for Plaintiffs to file a response, all in excess of the page limitations permitted by the local rules. In support, Tesla states:

    1.    Tesla seeks to file a single post-trial motion addressing all relevant grounds for relief under Federal Rules of Civil Procedure 50 and 59.[1]

    2.    If Tesla filed separate post-trial motions (Renewed Motion for Judgment as a Matter of Law under Rule 50(b), Motion for New Trial under Rule 59(a), and Motion to Alter or Amend the Judgment under Rule 59(e)), Tesla would be entitled to 20 pages for each motion. Instead, Tesla seeks to file one combined brief of 60 pages.

---

[1] This Court has granted the parties' joint motion seeking leave for Tesla to file an amended post-trial motion based on the unavailability of the final trial transcripts in this matter.

3. Under these circumstances, Tesla respectfully requests an order providing for page limits as follows:

(a) 60 total pages for Tesla's Rule 50 and Rule 59 post-trial motion;

(b) 60 total pages for Tesla's amended post-trial motion;

(c) 60 total pages for Plaintiffs' response;

(d) 30 total pages for Tesla's reply.

## **MEMORANDUM OF LAW**

Tesla recognizes that pursuant to Local Rule 7.1(c)(2), absent prior permission of the Court, "neither a motion and its incorporated memorandum of law nor the opposing memorandum of law shall exceed twenty (20) pages; a reply shall not exceed ten (10) pages." *Id.*

Here, there is good cause for an extension of the page limit because it will be one combined motion in lieu of three separate motions—in order to avoid repetition and conserve the Court's time and resources—and the complexity and volume of materials and issues in this product-liability trial require extensive briefing. This trial lasted three weeks, included numerous expert witnesses on both sides, and concerned technical details about complex technology, theories of liability, and underlying facts.

WHEREFORE, the Tesla respectfully request this Court grant this motion, extending the page limitations as stated above.

Respectfully submitted,

*/s/Wendy F. Lumish*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**Bowman and Brooke LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**DREW P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 2920
Tel. 803-726-7420 / Fax: 803.726.7421
Joel.Smith@bowmanandbrooke.com

**HILARIE BASS**
Florida Bar No. 334243
**HILARIE BASS, ESQUIRE LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
Tel. 305-505-8777
bassh@bassinstitute.org

*Attorneys for Defendant TESLA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

/s/ *Wendy F. Lumish*
WENDY F. LUMISH