UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,
v.

Case No. 22-22607-KMM

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** having come before the Court upon the Defendant's Unopposed Motion for Leave to File a Combined Post-Trial Motion, Amended Motion, Response and Reply in Excess of the Page Limitations, it is:

**ORDERED AND ADJUDGED** that Defendant's motion is GRANTED as follows:

    (a)    60 total pages for Tesla's Rule 50 and Rule 59 post-trial motion;

    (b)    60 total pages for Tesla's amended post-trial motion;

   (c)  60 total pages for Plaintiffs' response;

   (d)  30 total pages for Tesla's reply.

**DONE AND ORDERED** in Chambers at Miami, Florida, on _____.

                     _____
                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record