UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.                                                    /

DILLON ANGULO,                                          Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.                                                    /

## JOINT STIPULATION FOR STAY OF EXECUTION OF JUDGMENT

    Plaintiffs, Neima Benavides and Dillon Angulo, and Defendant, Tesla, Inc., pursuant to Federal Rule of Civil Procedure 62, jointly stipulate to a stay of the execution of the final judgment until 30 days after the Court enters an order ruling on Tesla's post-trial motion. This stipulation is without prejudice to Tesla seeking a further extension of the stay of execution.

                                                    Respectfully submitted,

| | |
|---|---|
| **DOUGLAS F. EATON** | */s/Wendy F. Lumish*<br>**WHITNEY V. CRUZ** |
| Florida Bar No. 0129577 | Florida Bar No. 800821 |
| EATON & WOLK PL | **WENDY F. LUMISH** |
| 2665 South Bayshore Drive, Suite 609 | Florida Bar No. 334332 |
| Miami, FL 33133 | **Bowman and Brooke LLP** |
| Tel. 305-249-1640 | Two Alhambra Plaza, Suite 800 |
| Fax: 786-350-3079 | Coral Gables, FL 33134 |
| deaton@eatonwolk.com | Tel. 305-995-5600 / Fax: 305-995-6100 |
| cgarcia@eatonwolk.com | whitney.cruz@bowmanandbrooke.com |
| lhuete@eatonwolk.com | wendy.lumish@bowmanandbrooke.com |
| *Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides* | |

**THOMAS P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**DREW P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 2920
Tel. 803-726-7420 / Fax: 803.726.7421
Joel.Smith@bowmanandbrooke.com

**HILARIE BASS**
Florida Bar No. 334243
**HILARIE BASS, ESQUIRE LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
Tel. 305-505-8777
bassh@bassinstitute.org

*Attorneys for Defendant Tesla, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

/s/ Wendy F. Lumish
WENDY F. LUMISH