UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

                                                              Case No. 22-22607-KMM

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

### [Proposed] ORDER

**THIS CAUSE** having come before the Court upon the Plaintiffs and Defendant's Motion to Approve Joint Stipulation for Stay of Execution of Judgment, it is:

**ORDERED AND ADJUDGED** that Defendant's motion is GRANTED as follows:

1. Execution of the final judgment is stayed until 30 days after the Court enters an order on Tesla's post-trial motion.

2. The Stipulation is without prejudice to Tesla seeing a further extension of the stay of execution.

**DONE AND ORDERED** in Chambers at Miami, Florida, on _____.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of record