UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,
v.

Case No. 22-22607-KMM

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Plaintiffs and Defendant's Motion to Approve Joint Stipulation for Stay of Execution of Judgment, ECF No. [553]. After thorough review and consideration, it is:

**ORDERED AND ADJUDGED** that the Parties' Motion, **ECF No. [553]**, is **GRANTED** as follows:

1. Execution of the final judgment is **STAYED** until thirty (30) days after the Court enters an order on Tesla's post-trial motion.

2. The Stipulation is without prejudice to Tesla seeking a further extension of the stay of execution.

Case No. 21-cv-21940-BLOOM/Torres

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 22, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

All Counsel of record