**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.                                                        /

DILLON ANGULO,                                                                               Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.                                                        /

**DEFENDANT TESLA, INC.'S MOTION TO COMPEL PLAINTIFFS
TO PROVIDE COPIES OF OPENING AND CLOSING
POWERPOINT SLIDES SHOWN TO THE JURY**

Defendant Tesla, Inc. moves to compel Plaintiffs to provide Tesla with the slides they used during their opening statement and closing argument. In support, Tesla states as follows:

1. Tesla is currently and diligently preparing its post-trial motions to be filed by August 29, 2025.

2. Throughout the trial, the parties exchanged PowerPoint slides used by witnesses, but the parties did not exchange the slides they showed the jury during opening statement and closing argument.

3. Shortly after trial, Tesla reached out to Plaintiffs and requested Plaintiffs' opening and closing slides, while offering to send Plaintiffs the slides used by the defense.

4.      In response to Tesla's request, Plaintiff's counsel, Brett Schreiber, indicated he would not exchange the opening and closing slides, asserting that the record is clear as to what each side argued.

5.      There have been several emails exchanged since that time, but the parties have been unable to reach agreement.

6.      Respectfully, there is no basis to refuse to provide the slides that were shown to the jury so that there is a full record of the trial for the parties' and the Court's benefit. They are relevant to the issues in the post-trial motions presently being drafted, and to an appeal.

7.      Accordingly, Tesla seeks an order compelling Plaintiffs to exchange these opening and closing PowerPoint slides with Tesla.

## **MEMORANDUM OF LAW**

It is a guiding principle in the Eleventh Circuit that the parties and the courts should work together to ensure that the trial record is complete and accurate. *See, e.g.*, *Selman v. Cobb Cnty. Sch. Dist.*, 449 F.3d 1320, 1334 (11th Cir. 2006) ("It is the responsibility of the parties to work with each other and the clerk's office to ensure that the record on appeal is complete for our review of the appellate issues.") (quoting *United States v. Garrison*, 133 F.3d 831, 846 n.28 (11th Cir. 1998)).

There is no dispute that PowerPoint presentations were used by the parties during openings and closings. Those slides complemented the arguments made by both sides and present visual aids to illustrate contemporaneously what the parties were arguing. Accordingly, the parties are entitled to receive the other side's slides as part of a full and complete record of the proceedings.

Plaintiffs have offered no principled basis for refusing this request. Accordingly, Plaintiffs should be required to turn over the slides they showed the jury at trial. Tesla has a right to explain

how their use could have contributed to errors at trial, and the courts should have a full record of what transpired.

WHEREFORE, Tesla respectfully requests the Court enter an order compelling Plaintiffs to exchange the slides Plaintiffs used during opening statement and closing argument, with Tesla doing the same.

## CERTIFICATE OF GOOD FAITH COMPLIANCE

Pursuant to Local Rule 7.1(a)(2), counsel for Tesla has conferred with counsel for Plaintiffs in a good faith effort to resolve the issues raised in this motion and has been unable to do so.

Respectfully submitted,

/s/ *Wendy. F. Lumish*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**Bowman and Brooke LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**DREW P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 2920
Tel. 803-726-7420 / Fax: 803.726.7421
Joel.Smith@bowmanandbrooke.com

**HILARIE BASS**
Florida Bar No. 334243
**HILARIE BASS, ESQUIRE LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
Tel. 305-505-8777
bassh@bassinstitute.org

*Attorneys for Defendant TESLA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

*s/ Wendy F. Lumish*
WENDY F. LUMISH