## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,

v.

Case No. 22-22607-KMM

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** having come before the Court upon the Defendant's Motion for Admission of Thomas H. Dupree, Jr., Esq. *Pro Hac Vice,* Consent to Designation and Request to Receive Electronically Notices of Electronic Filing, it is:

**ORDERED AND ADJUDGED** that Defendant's motion is GRANTED.

**DONE AND ORDERED** in Chambers at Miami, Florida, on _____.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record