UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.        /

DILLON ANGULO,                                             Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.        /

**MOTION FOR ADMISSION OF PAUL D. CLEMENT, ESQ.
*PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE
ELECTRONICALLY NOTICES OF ELECTRONIC FILING**

      In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Paul D. Clement, Esq. of the law firm of Clement & Murphy, PLLC, 706 Duke Street, Alexandria, Virginia, 22314, telephone: 202-742-8900, for purposes of appearance as co-counsel on behalf of Tesla, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Paul D. Clement, Esq. to receive electronic filings in this case, and in support thereof states as follows:

      1.    Paul D. Clement, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars and Courts identified in **Exhibit A**.

2. Movant, Wendy F. Lumish, Esq. of the law firm of Bowman and Brooke LLP, Two Alhambra Plaza, Suite 800, Coral Gables, FL 33134, telephone: 305-995-5600, is a member in good standing with the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Paul D. Clement has made payment of this Court's $200.00 admission fee.

4. A certification in accordance with Rule 4(b) is attached hereto.

5. Paul D. Clement, Esq. by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Paul D. Clement, Esq. at email address: paul.clement@clementmurphy.com.

WHEREFORE, Wendy F. Lumish, moves this Court to enter an Order allowing Paul D. Clement, Esq., to appear before this Court on behalf of Tesla, Inc. a/k/a Tesla Florida, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Paul D. Clement, Esq.

Date:  August 25, 2025                                   Respectfully submitted,

/s/ Wendy F. Lumish
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**Bowman and Brooke LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**DREW P. BRANIGAN**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
*(Admitted Pro Hac Vice)*
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 2920
Tel. 803-726-7420 / Fax: 803.726.7421
Joel.Smith@bowmanandbrooke.com

**HILARIE BASS**
Florida Bar No. 334243
**HILARIE BASS, ESQUIRE LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
Tel. 305-505-8777
bassh@bassinstitute.org

*Attorneys for Defendant Tesla, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

*s/ Wendy F. Lumish*
　　WENDY F. LUMISH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.                               /

DILLON ANGULO,                                    Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.                               /

## CERTIFICATION OF PAUL D. CLEMENT

Thomas H. Dupree, Jr., Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars and Courts identified in **Exhibit A**; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

    */s/Paul D. Clement*
    Paul D. Clement
    VA Bar No. 37915
    paul.clement@clementmurphy.com
    Clement & Murphy, PLLC
    706 Duke Street
    Alexandria, VA 22314
    Telephone: 202.742.8900

**EXHIBIT A:  LIST OF BAR MEMBERSHIPS OF THOMAS H. DUPREE, JR.**

| Federal Court | Admission Date | Status |
|---|---|---|
| District of Columbia Bar | 05/03/1996 | Active |
| Virginia State Bar | 10/06/1994 | Active |
| Wisconsin State Bar | 05/29/2003 | Active |
| Supreme Court of Virginia | 11/01/1994 | Active |
| Supreme Court of Wisconsin | 05/29/2003 | Active |
| Supreme Court of the United States | 01/24/2000 | Active |
| U.S. Court of Appeals for the First Circuit | 08/06/2010 | Active |
| U.S. Court of Appeals for the Second Circuit | 11/10/2003 | Active |
| U.S. Court of Appeals for the Third Circuit | 08/02/2011 | Active |
| U.S. Court of Appeals for the Fourth Circuit | 03/30/2000 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 09/28/2009 | Active |
| U.S. Court of Appeals for the Sixth Circuit | 03/02/2000 | Active |
| U.S. Court of Appeals for the Seventh Circuit | 01/09/20001 | Active |
| U.S. Court of Appeals for the Eighth Circuit | 09/03/1996 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 06/14/2002 | Active |
| U.S. Court of Appeals for the Tenth Circuit | 03/22/2000 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | 01/27/2009 | Active |
| U.S. Court of Appeals for the District of Columbia Circuit | 07/31/1996 | Active |
| U.S. Court of Appeals for the Federal Circuit | 04/19/2000 | Active |
| U.S. Court of Federal Claims | 11/03/2016 | Active |
| U.S. District Court for the District of Columbia | 09/29/2009 | Active |
| U.S. District Court for the Northern District of Florida | 05/01/2015 | Active |