UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

CASE NO. 21-CV-21940-BLOOM/OTAZO-REYES

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,
    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,
    Defendant.
_____/

DILLON ANGULO,                                 Case 22-CV-22607-BLOOM
    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,
    Defendant.
_____/

**PLAINTIFFS' MOTION TO DETERMINE**
**<u>ENTITLEMENT TO ATTORNEYS' FEES AND COSTS</u>**

Plaintiffs, Dillon Angulo and Neima Benavides, as personal Representative of the estate of Naibel Benavides, through undersigned counsel, and pursuant to Rule 1.525, Florida Rules of Civil Procedure, respectfully move this Court to enter an Order finding that Plaintiff is entitled to recovery of reasonable attorneys' fees and costs from Defendant, Tesla, Inc.

On May 30, 2025, Plaintiffs, Dillon Angulo and Neima Benavides, as personal Representative of the estate of Naibel Benavides, each served Defendant, Tesla, with their respective Proposals for Settlement, as follows:

1. Plaintiff, Dillon Angulo, served his Proposal for Settlement in the total amount of Thirty Million Dollars ($30,000,000.00), a true and correct copy of which is attached here as "**Exhibit 1**"; and

  2. Plaintiff, Naibel Benavides, as Personal Representative for the Estate of Naibel Benavides, served her Proposal for Settlement in the total amount of Thirty Million Dollars ($30,000,000.00), a true and correct copy of which is attached here as "**Exhibit 2**".

Both Proposals for Settlement were served in compliance with and pursuant to Florida Rule of Civil Procedure 1.442 and Fla. Stat. § 768.79.  Tesla did not accept Plaintiffs' Proposals for Settlement within thirty (30) days of service. Therefore, Tesla rejected the Proposals for Settlement by operation of the rule and statute.

On August 1, 2025, the Court entered final judgment against Tesla in the amount of $242,570,000.00. [DE 538] Of this amount, Plaintiff, Neima Benavides, as personal representative of the Estate Naibel Benavides, will recover $119,420,000.00. Additionally, Plaintiff, Dillon Angulo, will recover $123,100,000.00. Accordingly, each Plaintiff has recovered more than 125% of the amount of their respective Proposals for Settlement.  Plaintiffs are thus entitled to recover their reasonable attorneys' fees from May 30, 2025, onward. Plaintiffs are also entitled to recover their taxable costs as the prevailing parties in this action.

WHEREFORE, Plaintiffs respectfully requests that this Court enter an Order finding that Plaintiffs are entitled to recover attorneys' fees from Defendant, Tesla, pursuant to Florida Rule of Civil Procedure 1.442 and Fla. Stat. §768.79, and taxable costs as the prevailing parties, and retaining jurisdiction over this matter to determine their respective amounts.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Plaintiffs has conferred with Tesla's counsel, who have indicated that Tesla opposes this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record listed on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway, Suite 1520
Miami, Florida 33156
(305) 670-6669

By:   /s/ *Adam T. Boumel, Esq.*
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Pleadings@roussolawfirm.com (primary)
Adam@roussolawfirm.com (secondary)
Haiyang@roussolawfirm.com (secondary)

## SERVICE LIST

**Singleton Schreiber, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473
**Attn: Brett J. Schreiber, Esq.**
bschreiber@singletonschreiber.com
eelms@singletonschreiber.com

**Poses Law Group**
169 East Flagler Street, Suite 1600
Miami, Florida 33156
**Attn: Todd Poses, Esq.**
tposes@posesandposes.com
Maria@posesandposes.com
*Counsel for Plaintiffs*

**Eaton & Wolk PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
**Attn: Doug Eaton, Esq.**
deaton@eatonwolk.com
*Counsel for Plaintiffs*

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*

**Gibson, Dunn & Crutcher, LLP**
Theodore J. Boutrous, Jr., Esq.
Julian Poon, Esq.
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
TBoutrous@gibsondunn.com
JPoon@gibsondunn.com

*-and-*

Thomas H. Dupree, Jr., Esq.
Miguel A. Estrada, Esq.
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
TDupree@gibsondunn.com
MEstrada@gibsondunn.com
*Counsel for Tesla*

**Clement & Murphy, PLLC**
Paul D. Clement, Esq.
706 Duke Street
Alexandria, VA 22314
Telephone: 202.742.8900
paul.clement@clementmurphy.com
*Counsel for Tesla*