**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

      Defendant.
_____/

DILLON ANGULO,

      Plaintiff,

v.

                                                                                            Case No. 22-22607-KMM

TESLA, INC. a/k/a Tesla Florida, Inc.,

      Defendant.
_____/

**PLAINTIFF NEIMA BENAVIDES, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NAIBEL BENAVIDES LEON'S PROPOSAL FOR SETTLEMENT TO DEFENDANT TESLA, INC.**

      Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, by and through the undersigned attorney, and pursuant to Fla. Stat. §768.79 and Florida Rules of Civil Procedure, 1.442, hereby serves this Proposal for Settlement upon the Defendant, Tesla, Inc. The terms of this Offer are as follows:

1.      Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, makes this Proposal for Settlement to the Defendant, Tesla, Inc.

2.      Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, makes this Proposal for Settlement in full and final settlement of any and all claims (including those

which are currently pending and any other claims which could be made) between Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, and Defendant, Tesla, Inc., as it pertains to the subject incident at issue in this action which occurred on April 25, 2019.

3. Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, makes this Proposal for Settlement to Defendant, Tesla, Inc., for the total sum of THIRTY MILLION DOLLARS ($30,000,000.00), in full and complete settlement of all claims.

4. There is a claim for attorney's fees in this case, and this Proposal for Settlement includes any such attorney's fees which could be or are assessed.

5. There is a claim for punitive damages in this case, and this Proposal for Settlement includes any such punitive damages which could be or are assessed.

6. This offer shall be accepted by filing a written acceptance with the Court within (30) days, after which time it will be deemed rejected and/or withdrawn by this Plaintiff and Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, shall pursue all claims for attorney's fees and costs as applicable incurred from this date forward.

7. Should Defendant, Tesla, Inc. choose to accept this Proposal, Plaintiff, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, shall agree to dismiss all claims against Defendant, Tesla, Inc., with prejudice, and with each party to bear their own fees and costs.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I served the following Proposal for Settlement on this 30th day of May 2025 via e-mail to: Wendy Lumish, Esq. (Wendy.Lumish@bowmanandbrooke.com), Joel Smith Esq. (joel.smith@bowmanandbrooke.com), Thomas P. Branigan, Esq. (thomas.branigan@bowmanandbrooke.com), Whitney, Cruz, Esq. (whitney.cruz@bowmanandbrooke.com), and Drew P. Branigan, Esq. (drew.branigan@bowmanandbrooke.com), Bowman and Brooke LLP, 41000 Woodward Ave., Suite 200E, Bloomfield Hills, Michigan 48304; and Hilarie Bass, Esq. (bassh@bassinstitute.org), Hilarie Bass, Esquire LLC, 2821 Bayshore Drive, UPH-B, Miami, FL 33133, Counsel for Defendant Tesla, Inc.

      Respectfully Submitted,

THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway
Suite 1520
Miami, Florida 33156
(305) 670-6669

By:    **/s/ Adam T. Boumel, Esq.**
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Direct email: adam@roussolawfirm.com
Service emails:
Pleadings@roussolawfirm.com (primary)
Adam@roussolawfirm.com (secondary)
Haiyang@roussolawfirm.com (secondary)

cc: *Co-counsel for Plaintiffs*

| **Brett J. Schreiber, Esq.** | **Poses Law Group** | **Eaton & Wolk PL** |
|---|---|---|
| bschreiber@singletonschreiber.com | 169 East Flagler Street | 2665 South Bayshore Dr. |
| eelms@singletonschreiber.com | Suite 1600 | Suite 609 |
| Singleton Schreiber, LLP | Miami, Florida 33156 | Miami, FL 33133 |
| 591 Camino de la Reina | **Todd Poses, Esq.** | **Doug Eaton, Esq.** |
| Suite 1025 | tposes@posesandposes.com | deaton@eatonwolk.com |
| San Diego, CA 92108 | Maria@posesandposes.com | |
| Tel: (619) 771-3473 | | |