UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,                                Case No. 22-22607-KMM

    Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THEIR RESPONSE TO MOTION TO PRESERVE CONFIDENTIALITY [DE554]**

    Plaintiffs, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, and Dillon Angulo, through their undersigned counsel, submit this Unopposed Motion to Extend the Deadline for Plaintiffs' Response to Tesla's Motion to Preserve Confidentiality [DE 554] as follows:

    1.    Due to Plaintiff's counsel's end of summer travel schedules, we were unable to confer on the manner in which we intend to respond to Tesla's motion until today, September 2, the date our response is due.

2. In light of these scheduling issues, Plaintiffs respectfully request that this Honorable Court extend the deadline for Plaintiffs' Response for 10 days, through September 12, 2025.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that he has conferred with Tesla's counsel, Wendy Lumish, who has indicated that Tesla has no objection to the relief sought.

Date:  September 2, 2025                      Respectfully submitted,

*s/  Douglas Eaton*
**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of September, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **WHITNEY V. CRUZ**<br>Florida Bar No. 800821<br>**BOWMAN AND BROOKE LLP**<br>Two Alhambra Plaza, Suite 800<br>Coral Gables, FL 33134<br>Tel. 305-995-5600 / Fax: 305-995-6100<br>whitney.cruz@bowmanandbrooke.com<br><br>**THOMAS P. BRANIGAN**<br>(Admitted *Pro Hac Vice*)<br>**DREW P. BRANIGAN**<br>(Admitted *Pro Hac Vice*)<br>**BOWMAN AND BROOKE LLP**<br>101 W. Big Beaver Road, Suite 1100<br>Troy, MI 48084<br>Tel. 248-205-3300 / Fax: 248-205-3399<br>thomas.branigan@bowmanandbrooke.com<br>drew.branigan@bowmanandbrooke.com<br><br>**JOEL SMITH**<br>(Admitted *Pro Hac Vice*)<br>**BOWMAN AND BROOKE LLP**<br>1441 Main Street, Suite 1200<br>Columbia, SC 29201<br>Tel. 803-726-7420 / Fax: 803-726-7421<br>joel.smith@bowmanandbrooke.com<br><br>*Attorneys for Defendant Tesla, Inc.* | **Brett Schreiber, Esq.**<br>Admitted *Pro Hac Vice*<br>**Satyarinivas "Srinivas" Hanumadass, Esq.**<br>Admitted *Pro Hac Vice*<br>**Carmela Birnbaum, Esq.**<br>Admitted *Pro Hac Vice*<br>SINGLETON SCHRIEBER<br>591 Camino de la Reina, Suite 1025<br>San Diego, CA 92108<br>bschreiber@singletonschreiber.com<br>vas@singletonschreiber.com<br>cbirnbaum@singletonschreiber.com<br>jjusto@singletonschreiber.com<br>eelms@singletonschreiber.com<br>service@singletonschreiber.com<br>*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides* |

                                                  s/ *Douglas F. Eaton*
                                                Douglas F. Eaton