UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

DILLON ANGULO,                             Case No. 22-22607-KMM

      Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

**JOINT MOTION TO EXTEND DEADLINES FOR
RESPONSE AND REPLY TO TESLA'S POST-TRIAL MOTIONS [D.E. 591]**

Plaintiffs, Neima Benavides, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, and Dillon Angulo and Defendant, Tesla, Inc., submit this Joint Motion to Extend the Deadlines for Plaintiffs and Defendants to file their respective Response to and Reply in support of Tesla's post-trial motions [D.E. 591] as follows:

    1.      Plaintiffs' Response is presently due on September 29, 2025.

    2.      Defendant's Reply to Plaintiff's Response is presently due seven days after service of Plaintiffs' Response.

3.     Due to the length and complexity of Defendant's post-trial motions, Plaintiffs would respectfully request an additional 21 days, through October 20, 2025, to draft and file their response.

4.     Defendant, in turn, would request an additional 14 days, through November 10, 2025, to draft and file its reply memorandum.

WHEREFORE, the parties respectfully request the Court enter an order 1) extending the deadlines for Plaintiffs' Response through October 20, 2025, and 2) for Defendant's Reply to Plaintiffs' Response through November 10, 2025.

Respectfully submitted,

/s/ *Wendy F. Lumish*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

s/ *Douglas F. Eaton*
**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com

*-and-*

THE ROUSSO, BOUMEL LAW FIRM
9350 South Dixie Highway, Ste 1520
Miami, FL 33156
Tel: (305) 670-6669

/s/ *Adam T. Boumel*
**Adam T. Boumel (FBN: 0110727)**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record listed on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

THE ROUSSO, BOUMEL LAW FIRM,
9350 South Dixie Highway, Ste 1520
Miami, Florida 33156
Tel: (305) 670-6669

/s/ *Adam T. Boumel*
Adam T. Boumel (FBN: 0110727)
Adam@roussolawfirm.com
pleadings@roussolawfirm.com
haiyang@roussolawfirm.com

## SERVICE LIST

**Gibson, Dunn & Crutcher, LLP**
Theodore J. Boutrous, Jr., Esq.
Julian Poon, Esq.
333 South Grand Avenue
Los Angeles, CA 90071-3197
TBoutrous@gibsondunn.com
JPoon@gibsondunn.com

*-and-*

Thomas H. Dupree, Jr., Esq.
Miguel A. Estrada, Esq.
1700 M Street, N.W.
Washington, D.C. 20036-4504
TDupree@gibsondunn.com
MEstrada@gibsondunn.com
*Counsel for Tesla*

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Tesla*

**Clement & Murphy, PLLC**
Paul D. Clement, Esq.
706 Duke Street
Alexandria, VA 22314
Telephone: 202.742.8900
paul.clement@clementmurphy.com
*Counsel for Tesla*

**SINGLETON SCHRIEBER**
Brett Schreiber, Esq.
Admitted Pro Hac Vice
Satyarinivas "Srinivas" Hanumadass, Esq.
Admitted Pro Hac Vice
Carmela Birnbaum, Esq.
Admitted Pro Hac Vice
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com
*Co-Counsel for Plaintiffs*

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*

**POSES LAW GROUP, P.A.**
Todd Poses, Esq.
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel: (305) 577-0200
tposes@poseslawgroup.com
maria@poseslawgroup.com
shelly@poseslawgroup.com
*Counsel for Plaintiffs*