## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

      Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

DILLON ANGULO,
                                         Case No. 22-22607-KMM

      Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

      Defendant.

_____/

### PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO MOTION TO DETERMINE ENTITLEMENT TO ATTORNEYS' FEES AND COSTS

Plaintiffs, Dillon Angulo and Neima Benavides, as personal Representative of the estate of Naibel Benavides, through undersigned counsel, and pursuant to Rule 1.525, Florida Rules of Civil Procedure, reply to Tela's response to Plaintiffs' Motion to Determine Entitlement to Attorneys' Fees and Costs.

Having reviewed Tesla's Response to Plaintiffs' motion, we acknowledge that *R.J. Reynolds Tobacco v. Ward*, 141 So. 3d 236 (Fla. Dist. Ct. App. 2014) appears to be dispositive of

the outcome here.  Plaintiffs' failure to specify the amount of punitive damages in the proposal for settlement renders the proposal invalid.

However, this has no impact on Plaintiffs' ability to recover their taxable costs as the prevailing parties in this action.  There is no reason to delay a determination as to the amount of taxable costs Plaintiffs are entitled to recover, and Plaintiffs would request the Court grant the motion with respect to entitlement to taxable costs, and set a schedule for submission of costs that Plaintiffs believe to be taxable, and for Defendant to file any objections to specific cost items it believes are not taxable.

WHEREFORE, Plaintiffs respectfully requests that this Court enter an Order finding that Plaintiffs are entitled to recover taxable costs from Defendant, Tesla, as the prevailing parties, and retaining jurisdiction over this matter to determine the amount of costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2025, I served the foregoing document and updated production to the parties on the service list below.

Respectfully Submitted,
THE ROUSSO, BOUMEL LAW FIRM, PLLC.
9350 South Dixie Highway, Suite 1520
Miami, Florida 33156
(305) 670-6669

By:     */s/ Adam T. Boumel, Esq.*
Adam T. Boumel, Esq.
Florida Bar No.: 0110727
Pleadings@roussolawfirm.com (primary)
Adam@roussolawfirm.com (secondary)
Haiyang@roussolawfirm.com (secondary)

## SERVICE LIST

**Gibson, Dunn & Crutcher, LLP**
Theodore J. Boutrous, Jr., Esq.
Julian Poon, Esq.
333 South Grand Avenue
Los Angeles, CA 90071-3197
TBoutrous@gibsondunn.com
JPoon@gibsondunn.com

*-and-*

Thomas H. Dupree, Jr., Esq.
Miguel A. Estrada, Esq.
1700 M Street, N.W.
Washington, D.C. 20036-4504
TDupree@gibsondunn.com
MEstrada@gibsondunn.com
*Counsel for Tesla*

**Clement & Murphy, PLLC**
Paul D. Clement, Esq.
706 Duke Street
Alexandria, VA 22314
Telephone: 202.742.8900
paul.clement@clementmurphy.com
*Counsel for Tesla*

**SINGLETON SCHRIEBER**
Brett Schreiber, Esq.
Admitted Pro Hac Vice
Satyarinivas "Srinivas" Hanumadass, Esq.
Admitted Pro Hac Vice
Carmela Birnbaum, Esq.
Admitted Pro Hac Vice
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

**Bowman and Brooke LLP**
41000 Woodward Ave., Suite 200E
Bloomfield Hills, Michigan 48304
**Attn: Wendy Lumish, Esq.**
**Attn: Joel Smith Esq.**
**Attn: Thomas P. Branigan, Esq.**
**Attn: Whitney, Cruz, Esq.**
**Attn: Drew P. Branigan, Esq.**
Wendy.Lumish@bowmanandbrooke.com
Joel.smith@bowmanandbrooke.com
thomas.branigan@bowmanandbrooke.com
whitney.cruz@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com
*Counsel for Tesla*

**Hilarie Bass, Esquire LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
**Attn: Hilarie Bass, Esq.**
bassh@bassinstitute.org
*Counsel for Tesla*

**POSES LAW GROUP, P.A.**
Todd Poses, Esq.
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel: (305) 577-0200
tposes@poseslawgroup.com
maria@poseslawgroup.com
shelly@poseslawgroup.com
*Counsel for Plaintiffs*

**EATON & WOLK PL**
2665 South Bayshore Dr., Suite 609
Miami, FL 33133
Attn: Doug Eaton, Esq.
deaton@eatonwolk.com
*Counsel for Plaintiffs*

*Co-Counsel for Plaintiffs*