UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, as Personal
Representative of the Estate of Naibel
Benavides Leon, deceased,

    Plaintiff,
v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

DILLON ANGULO,

    Plaintiff,
v.

Case No. 22-22607-KMM

TESLA, INC. a/k/a Tesla Florida, Inc.,

    Defendant.
_____/

**TESLA, INC.'S AGREED MOTION TO UNSEAL CERTAIN PRE-TRIAL FILINGS THAT WERE FILED UNDER SEAL IN ACCORDANCE WITH LOCAL RULE 5.4**

Defendant Tesla, Inc. moves to unseal certain pre-trial filings that were filed under seal in accordance with Local Rule 5.4.

**MEMORANDUM OF LAW**

Prior to trial and in accordance with Local Rule 5.4, the parties and the Court made several filings under seal. On the last day of trial, before the verdict was read, Plaintiffs orally moved for the entirety of the pre-trial docket to be unsealed. (D.E. 588 at 8). Tesla objected to this oral motion, and the Court set an August 22, 2025, deadline for Tesla to file a motion concerning whether the pre-trial docket, or portions thereof, should remain sealed because it contains Tesla's trade secrets. (*Id*. at 9-10 and 18-19).

Tesla filed such a motion on August 22, which it styled "Tesla, Inc.'s Motion to Preserve Confidentiality of Certain Trial and Pre-Trial Records That Contain Trade Secrets," wherein it requested a very limited subset of the pre-trial docket (as well as certain trial exhibits) remain sealed in order to protect Tesla's trade secrets from public disclosure. (*See* D.E. 554). Plaintiffs opposed that motion, and Tesla submitted a reply in support thereof. (*See* D.E. 590 and 596). That motion is currently pending.

This agreed motion concerns the portions of the pre-trial docket that are (a) currently sealed and (b) not subject to Tesla's currently pending motion concerning continued confidentiality. In light of Plaintiffs' request to unseal the pre-trial docket and the Court's statement that there is "a presumption that it should be part of the public docket, unless [Tesla] provide[s] the Court with a justification that it is, in fact, a trade secret" (D.E. 588 at 19), Tesla hereby identifies, by docket entry number, the pre-trial filings that it contends can and should be immediately unsealed and placed onto the public docket.

Those docket entries are:

- D.E. 77
- D.E. 79
- D.E. 85
- D.E. 86
- D.E. 88
- D.E. 177
- D.E. 215
- D.E. 247
- D.E. 268

- D.E. 319
- D.E. 325
- D.E. 326
- D.E. 348
- D.E. 349
- D.E. 350
- D.E. 351
- D.E. 352
- D.E. 359
- D.E. 360
- D.E. 375
- D.E. 376
- D.E. 377
- D.E. 378
- D.E. 379
- D.E. 380
- D.E. 383
- D.E. 386
- D.E. 388
- D.E. 390
- D.E. 397
- D.E. 403
- D.E. 404

- D.E. 405
- D.E. 408
- D.E. 495
- D.E. 506

According, Tesla requests that the documents identified in this motion be unsealed.

Dated: October 9, 2025                                      Respectfully submitted,

/s/ *Wendy F. Lumish*
**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**DREW P. BRANIGAN**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
(Admitted *Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 29201
Tel. 803-726-7420 / Fax: 803-726-7421
joel.smith@bowmanandbrooke.com

**HILARIE BASS**
Florida Bar No. 334243
**HILARIE BASS, ESQUIRE LLC**
2821 Bayshore Drive, UPH-B
Miami, FL 33133
Tel. 305-505-8777
bassh@bassinstitute.org

**THEODORE J. BOUTROUS, JR.**
(Admitted *pro hac vice*)
**JULIAN W. POON**
(Admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel. 213-229-7000
tboutrous@gibsondunn.com
jpoon@gibsondunn.com

**MIGUEL A. ESTRADA**
(Admitted *pro hac vice*)
THOMAS H. DUPREE, JR.
(Admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C.  20036
Tel. 202-955-8500
mestrada@gibsondunn.com
tdupree@gibsondunn.com

**PAUL D. CLEMENT**
(Admitted *pro hac vice*)
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandria, VA 22314
Tel. 202-742-8900
paulclement@clementmurphy.com

*Attorneys for Defendant Tesla, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel.  305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Wendy F. Lumish*
Wendy F. Lumish
