| CASE NAME | DISTRICT COURT / CASE # | DATE OF VERDICT | TYPE | TOTAL VERDICT | COMPENSATORY | PUNITIVE | WESTLAW SOURCE # |
|---|---|---|---|---|---|---|---|
| Thompson v. Ford Motor Co. | D. Colorado / 1:22CV00541 | 4/17/2024 | Products Liability; Motor Vehicle; Unexpected Reversal of Vehicle | $56,575,00 | $11,575,000 | $45,000,000 | 2024 WL 3760326 |
| Estate of J.B. v. Moash Enter. Co., et al. | S.D. Ohio / 2:20CV03332 | 8/15/2023 | Products Liability; Bunk Bed; Death (Minor, 2y/o) | $787,000,000 | $265,000 | $522,000,000 $350,000,000* post reduction | 2023 WL 7224809 |
| Beal v. 3M Company, et al. | N.D. Florida / 7:20CV00006 | 5/20/2022 | Products Liability; Protective Equipment | $77,500,000 | $5,000,000 | $72,500,000 | 2022 WL 2229542 |
| Sloan v. 3M Company, et al. | N.D. Florida / 7:20CV00001 | 1/27/2022 | Products Liability; Protective Equipment | $55,000,000 | $15,000,000 | $40,000,000 | 2022 WL 1092531 |
| Wayman v. 3M Company, et al. | N.D. Florida / 7:20CV00149 | 1/27/2022 | Products Liability; Protective Equipment | $55,000,000 | $15,000,000 | $40,000,000 $0* plaintiff elected to forego for treble damages instead | 2022 WL 1092540 |
| J. Andrews v. Autoliv Japan, Ltd | N.D. Georgia / 1:14CV03432 | 12/31/2021 | Products Liability; Death; Air Bag/ Seatbelt; Automobile | $127,019,343 | $27,019,343 (reduced to $13,509,671.70 by apportionment) | $100,000,000 | 2021 WL 7287289 |
| Bader Farms v. Monsanto Co. | E.D. Missouri / 1:16CV00299 | 2/15/2020 | Products Liability; Agriculture / Forestry; Chemicals & Toxins | $265,000,000 | $15,000,000 | $250,000,000 $60,000,000* post reduction | 2020 WL 1043736 |
| Hardeman v. Monsanto Co. | N.D. California / 3:16CV00525 | 3/27/2019 | Products Liability; Pesticide | $80,267,634 | $5,267,634 | $75,000,000 $20,000,000* post reduction | 2019 WL 1906003 |
| Konrad v. Abbvie Inc., et al. | N.D. Illinois / 1:15CV00966 | 10/5/2017 | Products Liability; Prescription; Androgel | $140,140,000 | $140,000 | $140,000,000 | 2017 WL 6060717 |
| Davis v. Depuy Orthopaedics, et al. | N.D. Texas / 3:15CV01767 | 12/1/2016 | Products Liability; Medical Commodity; Hip Implant | $173,330,524 | $5,080,524 | $168,250,000 | 2016 WL 8457794 |
| Metzler v. Depuy Orthopaedics, et al. | N.D. Texas / 3:12CV02066 | 12/1/2016 | Products Liability; Medical Commodity; Hip Implant | $173,275,046 | $5,025,046 | $168,250,000 | 2016 WL 8457790 |
| Andrews v. Depuy Orthopaedics, et al. | N.D. Texas / 3:15CV03484 | 12/1/2016 | Products Liability; Medical Comodity; Hip Implant | $173,368,325 | $5,118,325 | $168,250,000 | 2016 WL 8457791 |
| Weiser v. Depuy Orthopaedics, et al. | N.D. Texas / 3:13CV03631 | 12/1/2016 | Products Liability; Medical Commodity; Hip Implant | $173,380,868 | $5,030,868 | $168,250,000 | 2016 WL 8457798 |
| Rodriguez v. Depuy Orthopaedics, et al. | N.D. Texas / 3:13CV03938 | 10/1/2016 | Products Liability; Medical Commodity; Hip Implant | $174,061,415 | $6,061,415 | $168,000,000 | 2016 WL 8457795 |
| Standerfer v. Depuy Orthopaedics, et al. | N.D. Texas / 3:14CV01730 | 12/1/2016 | Products Liability; Medical Commodity; Hip Implant | $174,045,470 | $6,045,470 | $168,000,000 | 2016 WL 8457796 |
| Aoki, et al. v. Depuy Orthopaedics, et al. | N.D. Texas / 3:13CV01071 | 3/17/2016 | Products Liability; Medical Commodity; Hip Implant | | Aoki - $15,000,000.01 Klusman - $50,000,432 Christopher - $15,000,600 Greer - $30,002,876 Peterson - $32,079,999.60 | Aoki Depuy (deft) - $20,000,000 Johnson (deft) - $40,000,000 Klusman Depuy (deft) - $40,000,000 Johnson (deft) - $80,000,000 Christopher Depuy (deft) - $20,000,000 Johnson (deft) - $ 40,000,000 Greer Depuy (deft) - $20,000,000 Johnson (deft) - $40,000,000 Peterson Depuy (deft) - $20,000,000 Johnson (deft) - $40,000,000 $151,600,000 | 2016 WL 4423417 |
| Kerrivan, Boersma v. R.J. Reynolds Tobacco Co., et al. | M.D. Florida / 3:09CV13703 | 10/20/2014 | Products Liability; Tobacco | $41,100,000 | $15,800,000 | R.J. (deft) - $9,600,000 Phillip (deft) - $15,700,000 | 2014 WL 8508685 |

| Allen v. Takeda Pharmaceuticals Int'l Inc., et al. | W.D. Louisiana / 6:12-CV-00064 | 4/7/2014 | Products Liability; Pharmaceutical; Negligence; Drug | $9,001,475,000 | $1,270,000 | Takeda - $6,000,000,000 $27,656,250 *post reduction Eli Lilly Co. - $3,000,000,000 $9,218,750 * post reduction | 2014 WL 1818048 |
|---|---|---|---|---|---|---|---|
| Ray v. Allergan, Inc. | E.D. Virginia / 3:10CV00136 | 4/28/2011 | Products Liability; Prescription; Botox | $212,000,000 | $12,000,000 | $200,000,000 $350,000 *post reduction | 2011 WL 11011975 |