UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21940-BLOOM/Torres

NEIMA BENAVIDES, *as Personal Representative of the Estate of Naibel Benavides Leon, deceased*, and
DILLON ANGULO,

    Plaintiffs,

v.

TESLA, INC., a/k/a.
TESLA FLORIDA, INC.,

    Defendant.
_____/

**ORDER ON MOTION TO APPROVE JOINT STIPULATION FOR FURTHER STAY OF EXECUTION OF JUDGMENT**

**THIS CAUSE** is before the Court upon the Plaintiffs and Defendant's Joint Motion to Approve Joint Stipulation for Further Stay of Execution of Judgment ("Motion"), ECF No. [614]. After thorough consideration and review, it is **ORDERED** and **ADJUDGED** as follows:

1. The parties' Motion, **ECF No. [614]**, is **GRANTED**.

2. Execution of the final judgment is stayed until Monday, **April 6, 2026**.

3. The Stipulation is without prejudice to Defendant Tesla, Inc. seeking a further extension of the stay of execution from the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 11, 2026.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc:    counsel of record