**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

  Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

  Defendant.          /

DILLON ANGULO,             Case No. 22-22607-KMM

  Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

  Defendant.          /

**JOINT MOTION TO APPROVE JOINT STIPULATION TO WAIVE APPEAL BOND**
**AND STAY EXECUTION OF JUDGMENT PENDING APPEAL**

Plaintiffs, Neima Benavides and Dillon Angulo, and Defendant, Tesla, Inc. ("Tesla") (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 62, jointly move for an order approving the concurrently filed Joint Stipulation to Waive Appeal Bond and Stay Execution of Judgment Pending Appeal.  The effect of the stipulation is to waive any requirement that Defendant Tesla post an appeal bond and further stay the execution of the final judgment until all appellate proceedings are finally and completely resolved, and if a final judgment of this Court against Tesla remains at the conclusion of all appellate proceedings, for an additional 30 days thereafter.  This motion is without prejudice to Defendant Tesla seeking further extensions of the stay of execution from the Court.

**MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 62(b) provides that, "[a]t any time after judgment is entered, a party may obtain a stay by providing a bond or other security" and that the "stay takes

effect when the court approves the bond or other security and remains in effect for the time specified in the bond or other security." Local Rule 62.1 further provides that a "supersedeas bond or other security staying execution of a money judgment shall be in the amount of 110% of the judgment, to provide security for interest, costs, and any award of damages for delay," but "the Court may direct otherwise" "upon application of a party."

The Parties have agreed and stipulate that Plaintiffs will waive the requirement for Defendant Tesla to post any appeal bond and will not make any attempts at executing upon or otherwise enforcing the final judgment until 30 days after the latest of (1) the expiration of the time to petition for a writ of certiorari in the Supreme Court from the judgment of the U.S. Court of Appeals for the Eleventh Circuit, (2) the denial of such petition for certiorari, or (3) if the Supreme Court grants review, its final disposition.

WHEREFORE, the Parties respectfully request that the Court enter an order approving their Joint Stipulation to Waive Appeal Bond and Stay Execution of Judgment Pending Appeal.

March 17, 2026

Respectfully submitted,

/s/ *Wendy F. Lumish*

**DOUGLAS F. EATON**
Florida Bar No. 0129577
**EATON & WOLK PL**
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640 / Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo
and Neima Benavides*

**WHITNEY V. CRUZ**
Florida Bar No. 800821
**WENDY F. LUMISH**
Florida Bar No. 334332
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
whitney.cruz@bowmanandbrooke.com
wendy.lumish@bowmanandbrooke.com

**THOMAS P. BRANIGAN**
*(*admitted *pro hac vice)*
**DREW P. BRANIGAN**
*(*admitted *pro hac vice)*
**BOWMAN AND BROOKE LLP**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
Tel. 248-205-3300 / Fax: 248-205-3399
thomas.branigan@bowmanandbrooke.com
drew.branigan@bowmanandbrooke.com

**JOEL SMITH**
*(*admitted *pro hac vice)*
**BOWMAN AND BROOKE LLP**
1441 Main Street, Suite 1200
Columbia, SC 2920
Tel. 803-726-7420 / Fax: 803.726.7421
Joel.Smith@bowmanandbrooke.com

**THEODORE J. BOUTROUS, JR.**
(admitted *pro hac vice*)
**JULIAN W. POON**
(admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel. (213) 229-7000
tboutrous@gibsondunn.com
jpoon@gibsondunn.com

3

**MIGUEL A. ESTRADA**
(admitted *pro hac vice*)
**THOMAS H. DUPREE, JR.**
(admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Tel. (202) 955-8500
mestrada@gibsondunn.com
tdupree@gibsondunn.com

**PAUL D. CLEMENT**
(admitted *pro hac vice*)
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandria, VA 22314
Tel. (202) 742-8900
paulclement@clementmurphy.com

*Attorneys for Defendant Tesla, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Adam T. Boumel, Esq.**
Florida Bar No. 0110727
THE ROUSSO, BOUMEL LAW FIRM, PLLC
9350 South Dixie Highway
Suite 1520
Miami, FL 33156
Tel. 305-670-6669
adam@roussolawfirm.com
haiyang@roussolawfirm.com
pleadings@roussolawfirm.com

*Attorneys for Plaintiff Dillon Angulo*

**Todd Poses, Esq.**
Florida Bar No. 0075922
POSES & POSES, P.A.
Alfred I. Dupont Building
169 East Flagler Street, Suite 1600
Miami, FL 33131
Tel. 305-577-0200
Fax: 305-371-3550
tposes@posesandposes.com
maria@posesandposes.com

*Attorneys for Plaintiff Neima Benavides*

**Brett Schreiber, Esq.**
Admitted *Pro Hac Vice*
**Satyarinivas "Srinivas" Hanumadass, Esq.**
Admitted *Pro Hac Vice*
**Carmela Birnbaum, Esq.**
Admitted *Pro Hac Vice*
SINGLETON SCHRIEBER
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
bschreiber@singletonschreiber.com
vas@singletonschreiber.com
cbirnbaum@singletonschreiber.com
jjusto@singletonschreiber.com
eelms@singletonschreiber.com
service@singletonschreiber.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

**Douglas F. Eaton, Esq.**
Florida Bar No. 0129577
EATON & WOLK PL
2665 South Bayshore Drive, Suite 609
Miami, FL 33133
Tel. 305-249-1640
Fax: 786-350-3079
deaton@eatonwolk.com
cgarcia@eatonwolk.com
lhuete@eatonwolk.com

*Co-Counsel for Plaintiffs Dillon Angulo and Neima Benavides*

s/ *Wendy F. Lumish*
WENDY F. LUMISH

5