**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, as Personal Representative
of the Estate of Naibel Benavides Leon, deceased,

     Plaintiff,

v.

TESLA, INC., a/k/a Tesla Florida, Inc.,

     Defendant.                         /

DILLON ANGULO,                                 Case No. 22-22607-KMM

     Plaintiff,

v.

TESLA, INC. a/k/a Tesla Florida, Inc.,

     Defendant.                         /

## [Proposed] ORDER

**THIS CAUSE** having come before the Court upon the Plaintiffs and Defendant's Joint Motion to Approve Joint Stipulation to Waive Appeal Bond and Stay Execution of Judgment Pending Appeal, it is:

**ORDERED AND ADJUDGED** that Plaintiffs and Defendant's joint motion is **GRANTED** as follows:

1.     Defendant Tesla, Inc. need not post any appeal bond under Federal Rule of Civil Procedure 62(b) or Local Rule 62.1.

2.     The execution of the final judgment is stayed until 30 days after the latest of (1) the expiration of the time to petition for a writ of certiorari in the Supreme Court from the judgment of the U.S. Court of Appeals for the Eleventh Circuit, (2) the denial of such petition for certiorari, or (3) if the Supreme Court grants review, its final disposition.

3.      This order is without prejudice to Defendant Tesla, Inc. seeking further extensions of the stay of execution from the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on _____.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Counsel of Record

2