**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-21940-BLOOM/Torres**

NEIMA BENAVIDES, *as Personal*
*Representative of the Estate of Naibel*
*Benavides Leon, deceased*, and
DILLON ANGULO,

      Plaintiffs,

v.

TESLA, INC., a/k/a.
TESLA FLORIDA, INC.,

      Defendant.

_____/

**ORDER ON JOINT MOTION TO APPROVE JOINT STIPULATION TO WAIVE**
**APPEAL BOND AND STAY EXECUTION OF JUDGMENT PENDING APPEAL**

**THIS CAUSE** is before the Court upon the Plaintiffs and Defendant's Joint Motion to

Approve Joint Stipulation to Waive Appeal Bond and Stay Execution of Judgment Pending Appeal

("Motion"), ECF No. [618]. After thorough consideration and review, it is **ORDERED** and

**ADJUDGED** as follows:

1. The parties' Motion, **ECF No. [618]**, is **GRANTED**.

2. Defendant Tesla, Inc. need not post any appeal bond under Federal Rule of Civil

   Procedure 62(b) or Local Rule 62.1.

3. Execution of the final judgment is stayed until **30 days after** the latest of (1) the

   expiration of the time to petition for a writ of certiorari in the Supreme Court from

   the judgment of the U.S. Court of Appeals for the Eleventh Circuit, (2) the denial

   of such petition for certiorari, or (3) if the Supreme Court grants review, its final

   disposition.

4. This Order is without prejudice to Defendant Tesla, Inc. seeking a further extension of the stay of execution from the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 17, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record