# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 19, 2026

Hilarie Fran Bass
Greenberg Traurig, PA
333 SE 2ND AVE STE 4400
MIAMI, FL 33131

Theodore Joseph Boutrous Jr.
Gibson Dunn & Crutcher LLP
2000 AVE OF THE STARS STE 1200N
LOS ANGELES, CA 90067-4700

Drew P. Branigan
Bowman And Brooke LLP
101 W BIG BEAVER RD STE 1100
248-205-3300
TROY, MI 48084

Thomas P. Branigan
Bowman and Brooke, LLP
41000 WOODWARD AVE STE 200E
BLOOMFIELD HILLS, MI 48304

Paul D. Clement
Clement & Murphy, PLLC
706 DUKE ST
ALEXANDRIA, VA 22314

Whitney V. Cruz
Bowman & Brooke, LLP
2 ALHAMBRA PLZ STE 800
CORAL GABLES, FL 33134

Thomas Henderson Dupree Jr.
Gibson Dunn & Crutcher, LLP
1700 M ST NW
WASHINGTON, DC 20036-4504

FILED BY ___JG___ D.C.

Mar 19, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Miguel A. Estrada
Gibson Dunn & Crutcher, LLP
1700 M ST NW
WASHINGTON, DC 20036-4504

Wendy F. Lumish
Bowman & Brooke, LLP
2 ALHAMBRA PLZ STE 800
CORAL GABLES, FL 33134

Julian Wing-Kai Poon
Gibson Dunn & Crutcher LLP
2000 AVE OF THE STARS STE 1200N
LOS ANGELES, CA 90067-4700

Joel H Smith
Bowman & Brooke, LLP
1441 MAIN ST STE 1200
COLUMBIA, SC 29201-3268

Appeal Number:  26-10858-B
Case Style:  Neima Benavides, et al v. TSLA
District Court Docket No:  1:21-cv-21940-BB

## CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1.  Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

    *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

    *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered. See FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **03/16/2026**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File in this Court (Eleventh Circuit) a Certificate of Interested Persons and Corporate Disclosure Statement (CIP), **OR** file the CIP at the same time the appellant submits its first filing, **whichever is earlier**. See 11th Cir. R. 26.1-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File in this Court (Eleventh Circuit) Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation

If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements

Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File in this Court (Eleventh Circuit) a CIP or a notice. See 11th Cir. R. 26.1-1(a)(2).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation

Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are

permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| NEIMA BENAVIDES, as Personal Representative of the Estate of Naibel Benavides Leon, deceased, | Case No. 21-cv-21940-BLOOM/Torres |

                              Plaintiff,

            v.

TESLA, INC., a/k/a/ Tesla Florida, Inc.,

                              Defendant.
_____

DILLON ANGULO,

Case No. 22-22607-BB

                              Plaintiff,

            v.

TESLA, INC., a/k/a/ Tesla Florida, Inc.,

                              Defendant.
_____

## NOTICE OF APPEAL

Defendant TESLA, INC. appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's final judgment entered on August 4, 2025 (Dkt. 538), all orders that merge into that judgment, *see* Fed. R. App. P. 3(c)(4), and this Court's order denying Defendant's Amended Renewed Motion for Judgment as a Matter of Law or, Alternatively, Motion for a New Trial or to Amend the Judgment entered on February 20, 2026 (Dkt. 612).

Date: March 16, 2026

Respectfully submitted,

/s/*Wendy F. Lumish*

**THEODORE J. BOUTROUS, JR.**
(admitted *pro hac vice*)
**JULIAN W. POON** (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel. (213) 229-7000
tboutrous@gibsondunn.com
jpoon@gibsondunn.com

**WENDY F. LUMISH**
Florida Bar No. 334332
**BOWMAN AND BROOKE LLP**
Two Alhambra Plaza, Suite 800
Coral Gables, FL 33134
Tel. 305-995-5600 / Fax: 305-995-6100
wendy.lumish@bowmanandbrooke.com